|   |   |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 6 | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017 |
|   | Tel: (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
|   | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| v. | Case No. CV 04-9059 |
|  | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING MGA ENTERTAINMENT, INC.'S APPLICATION TO FILE UNDER SEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Judge:   Hon. David O. Carter |

[PROPOSED] ORDER RE APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1) MGA Parties' Motion to Overrule Certain Discovery Master Rulings at the Deposition of Brian Wing;

2) Declaration of Mark P. Wine in Support of the MGA Parties' Motion to Overrule Discovery Master Rulings at the Deposition of Brian Wing, including Exhibits 5-8.

**It is so ORDERED.**

Dated: _____, 2010

Hon. David O. Carter