| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone: 415-773-5700 |
| | Facsimile: 415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone: 213-629-2020 |
| | Facsimile: 213-612-2499 |
| 11 | |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| | **PROOF OF SERVICE VIA HAND DELIVERY** |
| Defendant. | Hearing Date: TBD |
| | Hearing Time: 8:30 a.m. |
| AND CONSOLIDATED ACTIONS | Location: 9D |
| | Phase 2 |
| | Discovery Cutoff: June 1, 2010 |
| | Pretrial Conference None Set |
| | Trial Date: None Set |

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

# PROOF OF SERVICE BY HAND DELIVERY

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On February 26, 2010, I served the following document(s):

1. **DECLARATION OF JEANINE M. PISONI IN SUPPORT OF MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF BRIAN WING**

2. **PROOF OF SERVICE VIA HAND DELIVERY**

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel Brian Wing
Mike Margolis, Esq.
Margolis & Tisman LLP
444 Flower Street
Suite 2300
Los Angeles, California 90071
Margolis@winlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2010, at Los Angeles, California.

Ruben Fraire

USA Network, Inc.