| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 6 | Telephone:  (415) 773-5700/Fax: (415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA  90017 |
|   | Telephone:  (213) 629-2020/Fax: (213) 612-2499 |
| 10 | |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905 |
|    | tmcconville@orrick.com |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
|    | Irvine, CA 92614-2258 |
| 13 | Telephone: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI** |
| v. | |
| MATTEL, INC., a Delaware Corporation | |
| Defendant. | Date: March 29, 2010 |
|  | Time: 8:30 a.m. |
|  | Courtroom:  9D |
| AND CONSOLIDATED ACTIONS. | **Phase 2** |
|  | Discovery Cutoff:    None Set |
|  | Pretrial Conference: None Set |
|  | Trial Date:   None Set |

1    I, Annette L. Hurst, declare as follows:

2    1.  I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to such facts under oath.

3    2.  Attached hereto as **Exhibit A** is a true and correct copy of my correspondence with Patrick A. Fraioli regarding the return of privileged documents and work-product materials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of February, 2010, at San Francisco, California.

　　　　　　　　　　　　　　　　　*/s Annette L. Hurst*
　　　　　　　　　　　　　　　　　Annette L. Hurst

# EXHIBIT A

**From:** Hurst, Annette
**Sent:** Monday, February 08, 2010 3:32:24 PM
**To:** Warrington S. Parker III; McBirney, Jimmy
**Subject:** FW: MGA
**Response requested:** No

---

**From:** Patrick Fraioli [mailto:pfraioli@ECJLAW.COM]
**Sent:** Wednesday, December 30, 2009 1:51 PM
**To:** Hurst, Annette
**Cc:** Byron Moldo; Russell, Jason D; Peter Davidson; Randall Leff; David Seror
**Subject:** RE: MGA

Annette,

Thanks for your email. I think, given that there is a stay, a specific Court Order directing us to stand down temporarily, and also given that we have not been discharged, any action of the kind you suggest should be ordered by the Court rather than just decided unilaterally by me. In the meantime, of course, we will preserve all of our (and your) files and records, pending further order of court.

Best wishes for a terrific holiday season and 2010.

PAF

Patrick A. Fraioli, Jr., Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California  90212-2974
Phone: 310-281-6346
Direct Fax: 310-887-6818
Email: pfraioli@ecjlaw.com

*It's not a common practice.*®

The information contained herein is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed.  Any unauthorized use, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately.
 Please don't print this e-mail unless it is necessary.

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Tuesday, December 29, 2009 3:53 PM
**To:** Patrick Fraioli
**Cc:** Byron Moldo; Russell, Jason D
**Subject:** MGA

Pat:

In light of the Court's order staying all further matters involving the Monitor and potential future disputes regarding Monitor costs, MGA requests the following:

1.   that ECJ and all its agents and consultants in connection with this matter return all MGA attorney-client privileged or work product materials in their possession (we will maintain them in the event there is any argument that they are needed for any purpose in the future);

2.   that ECJ and its agents otherwise preserve all materials in their possession relating in any fashion to your

service as Temporary Receiver and Monitor, including all documents created in connection therewith and all communications with third parties relating thereto;

3.   all detailed timekeeping records of ECJ and its agents related to your service as Temporary Receiver and Monitor, irrespective of whether such records would ordinarily be maintained in accordance with document retention policies of the relevant firms.

Please let me know if you have any questions or concerns.

Sincerely,
Annette Hurst



**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com

```
"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------
============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
============================================================
==============================================================================
```