MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx) <br><br> Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 <br><br> **[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI** <br><br> Date: March 29, 2010 <br> Time: 8:30 a.m. <br> Courtroom: 9D <br><br> **Phase 2** <br> Discovery Cutoff: None Set <br> Pretrial Conference: None Set <br> Trial Date: None Set |

1  The Court, having considered the MGA Parties' Motion to Compel the
2  Return of Privileged Documents in the Possession of Patrick A. Fraioli, and having
3  found good cause appearing, HEREBY ORDERS that Mr. Fraoli return to MGA all
4  documents in his possession that are protected by the attorney-client privilege and
5  work product doctrine forthwith.
6  **It is so ORDERED.**

9  Dated: _____, 2010

   David O. Carter
10 United States District Judge