MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendant. | Date: March 29, 2010 Time: 8:30 a.m. Courtroom: 9D |
| AND CONSOLIDATED ACTIONS | **Phase 2** Discovery Cutoff: None Set Pretrial Conference: None Set Trial Date: None Set |

**PROOF OF SERVICE BY HAND DELIVERY**

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On February 26, 2010, I served the following document(s):

1. **THE MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI;**

2. **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI;**

3. **[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI;**

4. **PROOF OF SERVICE VIA HAND DELIVERY AND E-MAIL**

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2010, at Los Angeles, California.

Isaac Trenco

USA Network, Inc.

## PROOF OF SERVICE BY EMAIL

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105.  On February 26, 2010, I served the following document(s):

1. **THE MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI;**

2. **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI;**

3. **[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI;**

4. **PROOF OF SERVICE VIA E- MAIL**

I served copies of said papers on February 26, 2010, by attaching them to an email addressed to:

Patrick Fraioli, Esq.
Special Master
***PFRAIOLI@ECJLAW.COM***

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2010, at San Francisco, California.

*/s/ Jimmy McBirney*
Jimmy McBirney

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)