QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
  Annette L. Hurst (Bar No. 148738)
  (ahurst@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:  415-773-5759

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No.  CV 04-09059 <br> Case No.  CV 05-2727 <br><br> Honorable David O. Carter <br><br> STIPULATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING AND ANY DECLARATIONS IN SUPPORT THEREOF <br><br> **Phase 2:** <br> Disc. Cut-off:    TBD <br> Pre-trial Conf.:  TBD <br> Trial Date:       TBD |

1  WHEREAS, Mattel's Opposition to Motion to Overrule Certain Discovery Master Rulings at the Deposition of Brian Wing will contain information that MGA has designated confidential and/or attorneys' eyes only under the protective order, and/or information the Court has ordered maintained under seal, as will any supporting Declarations; and

6  WHEREAS, the parties understand that the Court has ordered that no briefs may be filed under seal absent a prior request for permission to file the briefs in that manner;

9  NOW THEREFORE, Mattel, Inc. ("Mattel") and MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, and Isaac Larian (collectively, the "MGA Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to approval by the Court, that Mattel may file its Opposition to the MGA's Parties' Motion to Overrule Certain Discovery Master Rulings at the Deposition of Brian Wing and any Declarations In Support Thereof under seal.

16  IT IS SO STIPULATED.

DATED: February 26, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

                                  By  /s/ Michael T. Zeller
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc.

DATED: February 26, 2010          ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                  By  /s/ Warrington Parker
                                      Warrington Parker
                                      Attorneys for the MGA Parties.