QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et. al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel's Opposition to the MGA Parties' Motion to Overrule Certain Discovery Master Rulings at the Deposition of Brian Wing, Declaration of B. Dylan Proctor In Support Thereof

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other

**Reason:**
☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| | |
|---|---|
| March 1, 2010<br>Date | Michael T. Zeller<br>Attorney Name<br>Mattel, Inc.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)　　　　　　　　　　NOTICE OF MANUAL FILING