# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                    Date: February 25, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____ Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

    Nancy Boehme                                           Not Present
    Courtroom Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

    NONE PRESENT                                           NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER GRANTING LEAVE TO FILE AMENDED PLEADINGS

    Following the transfer of this matter from the docket of the Honorable Stephen G. Larson to this Court, the parties appeared for a status conference at which they were instructed to complete all Phase 2 depositions on or before February 28, 2010. Counsel for both parties have worked tirelessly to comply with the Court's instruction and, with leave of Court, a few depositions remain.

    The Court nonetheless recognizes that the culmination of depositions is imminent and that the parties await instruction as to the final amendment of pleadings. Both parties and the Court previously agreed that Mattel would file a Fourth Amended Answer and Counterclaims in anticipation of an April 20, 2010 trial date. Based upon its extensive review of relevant deposition testimony and its consideration of discovery disputes pending between the parties, as well as the interest in resolving Mattel's long pending request for leave to file a Fourth Amended Answer and Counterclaims, the Court ORDERS as follows:

    1.    Mattel is hereby granted leave to file a Fourth Amended Answer and

        Counterclaims on or before March 15, 2010;

2.      All parties shall appear for a status conference on March 15, 2010.

The Clerk shall serve this minute order on all parties to the action.