UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MGA ENTERTAINMENT, INC., <br><br> Defendant(s). | CASE NO. CV 04-9049 DOC (RNBx) <br><br> O R D E R DENYING OBJECTIONS TO DISCOVERY MASTER'S PRIVILEGE RULINGS CONCERNING KEYWORDS AT DEPOSITION OF MICHAEL MOORE |

Before the Court is Mattel, Inc.'s Motion for an Order Overruling Objections to Discovery Master's Privilege Rulings Concerning Keywords at Deposition of Michael Moore (the "Motion"). After considering the moving and opposing papers, the Court DENIES the Motion.

IT IS SO ORDERED.

DATED: February 26, 2010

_____
DAVID O. CARTER
United States District Judge