**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                   Date: February 27, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                Date:_____  Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Kristee Hopkins                                                      Not Present
   Courtroom Clerk                                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                      NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING SUPPLEMENTAL BRIEFING WITH RESPECT TO MATTEL, INC.'S REQUEST TO COMPEL DEPOSITION OF MOINIAN

        Before the Court is Mattel, Inc. ("Mattel") request that Mr. Joseph Moinian ("Moinian"), an Omni 808, LLC ("Omni") investor be compelled to appear for deposition in Santa Ana, California. Counsel for Omni submitted an opposition brief indicating that no action by the Court was necessary, and that "Omni will find out when Mr. Moinian may be deposed in New York, or see if there are dates and times in the future when Mr. Moinian will be in California and available to sit for deposition here." *See* Dkt. 7512 at 5:7-9.  Since February 17, 2010, the date of Omni's counsel's representation, the Court has not been informed of any date on which Moinian has agreed to appear for deposition in California, or elsewhere.  Due to the complexity of this lawsuit and the parties' request that the Court dispose of discovery disputes (including disputes during depositions) with haste, the Court has instructed the parties to conduct depositions in Santa Ana, California to the extent possible.  The Court therefore appreciates any effort by Omni and Moinian to appear for deposition in Santa Ana in the near future.

      Accordingly, the Court ORDERS that the parties meet and confer with Omni on or before March 2, 2010 and inform the Court, by filed stipulation, of any agreement reached with respect to the date and location of Moinian's deposition.  The Court defers a ruling with respect to the presence of the Discovery Master, *see* Dkt. 7512 at 5 n.6, at the present time.

      The Clerk shall serve this minute order on all parties to the action.