MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING THE MGA PARTIES' EX PARTE APPLICATION FOR CLARIFICATION AND/OR CORRECTION OF FEBRUARY 25, 2010 ORDER AND REQUESTING FURTHER RELIEF RE MATTEL'S PROPOSED PLEADING AMENDMENTS** |

1  The Court, having considered the MGA Parties' Ex Parte Application for Clarification and/or and Correction of Order Dated February 25, 2010 and Requesting Further Relief re Mattel's Proposed Pleading Amendments, and having found good cause appearing, HEREBY ORDERS as follows:

1. The February 25, 2010 is modified and corrected to note that the MGA Parties have not agreed to, and oppose, the filing of Mattel's Fourth Amended Answer and Counterclaims.

2. The MGA Parties have 21 days from the service of Mattel's Fourth Amended Answer and Counterclaims to file a response.

3. Mattel is not entitled to file an amended answer and/or counterclaims in response to the MGA Parties' response to Mattel's Fourth Amended Answer and Counterclaims.

**It is so ORDERED.**

Dated: _____, 2010

David O. Carter
United States District Judge