| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| 2 | mhaag@orrick.com<br>ANNETTE L. HURST (State Bar No. 148738) |
| 3 | ahurst@orrick.com<br>WARRINGTON S. PARKER III (State Bar No. 148003) |
| 4 | wparker@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | 405 Howard Street<br>San Francisco, CA  94105-2669 |
| 6 | Tel: (415) 773-5700/Fax:(415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186)<br>wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA  90017<br>Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600<br>Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**NOTICE OF LODGING COVER LETTERS PURSUANT TO MARCH 1, 2010 ORDER** |

1    PLEASE TAKE NOTICE THAT The MGA Parties hereby lodge the
2 following documents:
3    1.    correspondence dated February 17, 2010 to Judge Carter re in camera
4 submission of documents concerning Issues 10, 16 & 17 of the Court's Order of
5 January 26, 2010 (Letter 1);
6    2.    correspondence dated February 17, 2010 to Judge Carter re in camera
7 submission of documents responsive to paragraph 15 of the Court's February 12,
8 2010 Order (Letter 2); and
9    3.    correspondence dated February 19, 2010 to Judge Carter re in camera
10 submission of documents in response to the Court's February 18, 2010 Order
11 (Letter 3).

Dated: March 2, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By:    /s/ Thomas S. McConville
                                           Thomas S. McConville
                                           Attorneys for MGA Parties

- 2 -

NOTICE OF LODGING
CV 04-9049 DOC (RNBx)