

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
4 PARK PLAZA
SUITE 1600
IRVINE, CALIFORNIA 92614-2558

tel +1-949-567-6700
fax +1-949-567-6710

WWW.ORRICK.COM

February 17, 2010

Thomas S. McConville
(949) 852-7747
tmcconville@orrick.com

**VIA PERSONAL DELIVERY**

Honorable David O. Carter
United States District Court
411 W. Fourth Street
Santa Ana, California 92701

## IN CAMERA SUBMISSION FOR CHAMBERS ONLY

Re:   <u>Carter Bryant v. Mattel, Inc. and consolidated actions</u>
      Case No. SACV 04-09049 DOC (RNBx)

Dear Judge Carter:

The Court's Order of January 26, 2010 required the *in camera* submission by MGA of documents concerning Issue 10 (related to Forecasting and Inventory Systems), Issue 16 (related to any analysis of Ron Brawer's hard drives), and Issue 17 (related to Agreements with Pablo Vargas).

As to Issue 10, MGA has not withheld any documents from production to Mattel that fall into this category. And, I misread the Court's Order on this issue, assuming that the Court only wanted documents submitted for *in camera* review which reflected forecasting or inventory systems which were "considered, contemplated or discussed" during the time period. MGA does not have any documents that reflect this. I apologize for my error. Enclosed with this letter are the documents relating to the forecasting and inventory system, all of which have been produced to Mattel.

As to Issue 16, MGA has no hard drive analysis of Ron Brawer which it is withholding on privilege grounds.

As to Issue 17, MGA has no agreements with Pablo Vargas. However, MGA continues to look for any agreements "referring or relating" to Mr. Vargas, and will provide any agreements to the Court.

Respectfully submitted,

Thomas S. McConville

OHS West:260844906.1