

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

tel 213-629-2020
fax 213-612-2499
WWW.ORRICK.COM

February 19, 2010

Thomas S. McConville
(949) 852-7747
tmcconville@orrick.com

**VIA PERSONAL DELIVERY**

Honorable David O. Carter
United States District Court
411 W. Fourth Street
Santa Ana, California 92701

## IN CAMERA SUBMISSION FOR CHAMBERS ONLY

Re:   <u>Carter Bryant v. Mattel, Inc. and consolidated actions</u>
      Case No. SACV 04-09049 DOC (RNBx)

Dear Judge Carter:

Pursuant to the Court's February 18, 2010 Order, enclosed please find: Skadden Arps' Notice of in Camera Submission in Response to the Court's Order to Show Cause Regarding Document No. MGA2 0070266-0070270; Report of Skadden Arps In Response to the Court's Order to Show Cause Regarding Document No. MGA2 0070266-0070270; Declaration of Thomas J. Nolan In Response to the Court's Order to Show Cause Regarding Document No. MGA2 0070266-0070270; Declaration of Jose R. Allen In Response to the Court's Order to Show Cause Regarding Document No. MGA2 0070266-0070270; and Declaration of Kenneth A. Plevan In Response to the Court's Order to Show Cause Regarding Document No. MGA2 0070266-0070270.

Respectfully submitted,

Thomas S. McConville

OHS West:260846236.1