Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
MICHAEL D. MORTENSON (SBN 247758)
michael.mortenson@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-Party
OMNI 808 INVESTORS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>**NOTICE OF LODGING IN RESPONSE TO COURT'S MARCH 1, 2010 ORDER DIRECTING LODGING OF LETTER BRIEFS**<br><br>**Phase 2**:<br>Discovery Cut-off:   TBD<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

A/73309755.1

- 1 -

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Non-Party OMNI 808 INVESTORS, LLC, hereby lodges the following document with the Court in accordance with this Court's order dated March 1, 2010 directing lodging of Letter Briefs:

Letter dated February 16, 2010 addressed to The Honorable David O. Carter pursuant to February 12 Order.

DATED: March 2, 2010          Bingham McCutchen LLP

By: _____
Todd E. Gordinier
Attorneys for Non-Party
Omni 808 Investors, LLC

A/73309755.1                    - 2 -

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY FEDERAL EXPRESS TO COUNSEL** |
| 2 | I am over eighteen years of age, not a party in this action, and employed in |
| 3 | Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, |
| 4 | California 92626-1924. On **March 2, 2010**, I served the attached document(s) |
| 5 | listed below on this date before 5:00 p.m. PST: |
| 6 | **NOTICE OF LODGING IN RESPONSE TO COURT'S MARCH 1, 2010 ORDER DIRECTING LODGING OF LETTER BRIEFS** |
| 7 | |
| 8-11 | ☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business. |

John B. Quinn
Michael T. Zeller, Esq.
Jon D. Corey, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
Overland Borenstein Scheper & Kim LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017

Melinda Haag
Annette L. Hurst
Warrington S. Parker
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

William A. Molinski
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

A/73309755.1

- 3 -

Thomas S. McConville
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on **March 2, 2010**.

_____
Paul A. McConnell