UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)            Date: March 2, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
     [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
     Date:_____ Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Kristee Hopkins                Not Present  
Courtroom Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): AMENDED ORDER SETTING DEADLINE FOR SUBMISSION OF APPLICATION FOR LEAVE TO FILE AMENDED PLEADING

     Following the transfer of this matter from the docket of the Honorable Stephen G. Larson to this Court, the parties appeared for a status conference at which they were instructed to complete all Phase 2 depositions on or before February 28, 2010.[1] Counsel for both parties have worked tirelessly to comply with the Court's instruction and, with leave of Court, a few depositions remain.

     The Court nonetheless recognizes that the culmination of depositions is imminent and that the parties await instruction as to the final amendment of pleadings. Both parties and the Court previously agreed that Mattel would apply for leave to file a Fourth Amended Answer and

---

     [1] At that status conference, the parties informed the Court that Mattel's pending application for leave to file a Fourth Amended Answer and Counterclaims had been taken off calendar by Judge Larson, as a courtesy to this Court.

Counterclaims in view of an April 20, 2010 trial date. Based upon its extensive review of relevant deposition testimony and its consideration of discovery disputes pending between the parties, as well as the interest in resolving Mattel's long pending request for leave to file a Fourth Amended Answer and Counterclaims, the Court ORDERS as follows:

1. The Court's prior Order (Docket Number 7592) and the MGA Parties' *ex parte* Application (Docket Number 7599) concerning this issue are hereby VACATED AS MOOT.

2. Mattel shall submit any application for leave to file a Fourth Amended Answer and Counterclaims on or before March 15, 2010;

3. All parties shall appear for a status conference on March 15, 2010.

    The Clerk shall serve this minute order on all parties to the action.