QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING PURSUANT TO THE COURT'S MARCH 1, 2010 ORDER DIRECTING THE LODGING OF LETTER BRIEFS**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3349063.1

NOTICE OF LODGING

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2   RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's Order Directing
3   Lodging of Letter-Briefs, dated March 1, 2010, plaintiff Mattel, Inc. hereby lodges
4   the following:

  1.  A letter from Michael T. Zeller to The Honorable David O. Carter, dated February 17, 2010, describing Mattel, Inc.'s submissions to the Court pursuant to the Court's Order Regarding Discovery Matters, dated January 26, 2010.

DATED: March 2, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                              By /s/ Diane C. Hutnyan
                                 Diane C. Hutnyan
                                 Attorneys for Mattel, Inc.

00505.07975/3349063.1

-1-

NOTICE OF LODGING