**Exhibit "A"**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)          Date: February 27, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
Date:_____ Deputy Clerk: _____

PRESENT:
### THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT          NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING SUPPLEMENTAL BRIEFING WITH RESPECT TO MATTEL, INC.'S REQUEST TO COMPEL DEPOSITION OF MOINIAN

     Before the Court is Mattel, Inc. ("Mattel") request that Mr. Joseph Moinian ("Moinian"), an Omni 808, LLC ("Omni") investor be compelled to appear for deposition in Santa Ana, California. Counsel for Omni submitted an opposition brief indicating that no action by the Court was necessary, and that "Omni will find out when Mr. Moinian may be deposed in New York, or see if there are dates and times in the future when Mr. Moinian will be in California and available to sit for deposition here." See Dkt. 7512 at 5:7-9. Since February 17, 2010, the date of Omni's counsel's representation, the Court has not been informed of any date on which Moinian has agreed to appear for deposition in California, or elsewhere. Due to the complexity of this lawsuit and the parties' request that the Court dispose of discovery disputes (including disputes during depositions) with haste, the Court has instructed the parties to conduct depositions in Santa Ana, California to the extent possible. The Court therefore appreciates any effort by Omni and Moinian to appear for deposition in Santa Ana in the near future.

---

MINUTES FORM 11 DOC          Initials of Deputy Clerk kh___
CIVIL - GEN          Page 1 of 2

Accordingly, the Court ORDERS that the parties meet and confer with Omni on or before March 2, 2010 and inform the Court, by filed stipulation, of any agreement reached with respect to the date and location of Moinian's deposition. The Court defers a ruling with respect to the presence of the Discovery Master, *see* Dkt. 7512 at 5 n.6, at the present time.

The Clerk shall serve this minute order on all parties to the action.

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, March 02, 2010 10:56 AM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Cc:** | zz calendar dept la |
| **Subject:** | Activity in Case 2:04-cv-09049-DOC-RNB Carter Bryant v. Mattel Inc Minutes of In Chambers Order/Directive - no proceeding held |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 3/2/2010 at 10:55 AM PST and filed on 2/27/2010
**Case Name:**   Carter Bryant v. Mattel Inc
**Case Number:**   2:04-cv-09049-DOC-RNB
**Filer:**
**Document Number:** 7596

**Docket Text:**
**MINUTES OF IN CHAMBERS ORDER by Judge David O. Carter: DIRECTING SUPPLEMENTAL BRIEFING WITH RESPECT TO MATTEL, INC.'S REQUEST TO COMPEL DEPOSITION OF MOINIAN: The Court has instructed the parties to conduct depositions in Santa Ana, California to the extent possible. The Court therefore appreciates any effort by Omni and Moinian to appear for deposition in Santa Ana in the near future. Accordingly, the Court ORDERS that the parties meet and confer with Omni on or before March 2, 2010 and inform the Court, by filed stipulation, of any agreement reached with respect to the date and location of Moinian's deposition. The Court defers a ruling with respect to the presence of the Discovery Master, see Dkt. 7512 at 5 n.6, at the present time. The Clerk shall serve this minute order on all parties to the action. (rla)**

**2:04-cv-09049-DOC-RNB Notice has been electronically mailed to:**

Marina Vladimir Bogorad    marina.bogorad@skadden.com

Annette L Hurst    mawilliams@orrick.com, ahurst@orrick.com

L Kieran Kieckhefer    kkieckhefer@orrick.com

John B Quinn    johnquinn@quinnemanuel.com

3/2/2010

Brett Dylan Proctor     westonreid@quinnemanuel.com, dylanproctor@quinnemanuel.com

Thomas P Lambert     tpl@msk.com

Robyn Aronson     robyn.aronson@gmail.com

Linda M Burrow     wilson@caldwell-leslie.com, popescu@caldwell-leslie.com_sumry, burrow@caldwell-leslie.com

Jeffrey B Valle     jvalle@valleassociates.com

Todd E Gordinier     theresa.miletich@tempbingham.com, michael.mortenson@bingham.com, todd.gordinier@bingham.com, karina.ward@bingham.com, lan.ly@bingham.com, craig.taggart@bingham.com, julie.valenzuela@bingham.com

Alexander H Cote     acote@scheperkim.com, ppoloski@scheperkim.com

Alisa M Morgenthaler     amorgenthaler@glaserweil.com

J Christopher Jennings     cjennings@gibsondunn.com

Cyrus S Naim     cyrusnaim@quinnemanuel.com, sahilyfeliciano@quinnemanuel.com

Ilan Wisnia     iwisnia@valleassociates.com

Richard M Pachulski     jstang@pszjlaw.com

Sanford I Weisburst     sandyweisburst@quinnemanuel.com

Blaine H Evanson     bevanson@gibsondunn.com

Jason S Angell     jangell@orrick.com

Frank D Rorie     frorie@orrick.com

Warrington S Parker     jpisoni@mgae.com, wparker@orrick.com, jshapiro@mgae.com, mawilliams@orrick.com, alaclair@mgae.com, cholden@mgae.com

Jon D Corey     joncorey@quinnemanuel.com

Craig A Taggart     lan.ly@bingham.com, craig.taggart@bingham.com

Diane C Hutnyan     dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

Sugithra Somasekar     descamilla@orrick.com, ssomasekar@orrick.com

Rory S Miller     westonreid@quinnemanuel.com, elainechavarria@quinnemanuel.com, rorymiller@quinnemanuel.com

Jennifer A Lopez     jennifer.lopez@bingham.com

Kevin S Rosen     krosen@gibsondunn.com

Thomas Jerome Nolan     karoleen.tshabourian@skadden.com, carl.roth@skadden.com, tnolan@skadden.com

3/2/2010

Andre De La Cruz     adelacruz@orrick.com, ymeneses@orrick.com, jdavis@orrick.com

Randa A F Osman     randaosman@quinnemanuel.com

Byron Z Moldo     bmoldo@ecjlaw.com

Thomas S McConville     vcloyd@orrick.com, tmcconville@orrick.com

Mark E Overland     moverland@scheperkim.com, jhibino@scheperkim.com

Sandra L Tholen     wilson@caldwell-leslie.com, mejia@caldwell-leslie.com, tholen@caldwell-leslie.com

Jason D Russell     allison.velkes@skadden.com_sumry, jrussell@skadden.com

Peter A Davidson     pdavidson@ecjlaw.com

Larry W McFarland     lmcfarland@kmwlaw.com

Michael T Zeller     michaelzeller@quinnemanuel.com

Jimmy S McBirney     jmcbirney@orrick.com

Robert C O'Brien     obrien.robert@arentfox.com

Douglas Andrew Winthrop     dwinthrop@howardrice.com, aaustin@howardrice.com

Diana M Rutowski     kime@orrick.com, drutowski@orrick.com

David C Scheper     feseroma@scheperkim.com

Thomas H Bienert     admin@bmkattorneys.com, tbienert@bmkattorneys.com

Theresa A Sutton     tsutton@orrick.com

Patrick A Fraioli     pfraioli@ecjlaw.com

James I Stang     jstang@pszjlaw.com

Kevin E Deenihan     kdeenihan@ktbslaw.com

Joseph C Sarles     josephsarles@quinnemanuel.com

Luis A Feldstein     lfeldstein@bmwklaw.com

Matthew C Heyn     mheyn@ktbslaw.com

Stan Karas     westonreid@quinnemanuel.com, stankaras@quinnemanuel.com, marthaherrera@quinnemanuel.com

Melinda L Haag     mhaag@orrick.com

David M Stern     dstern@ktbslaw.com

3/2/2010

Peter N Villar     peter.villar@bingham.com, paul.mcconnell@bingham.com

William A Molinski     mm7@orrick.com, wmolinski@orrick.com

**2:04-cv-09049-DOC-RNB Notice has been delivered by First Class U. S. Mail or by fax to: :**
Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino CA 91316


Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York NY 10019
US

Peter H Bonis
Peter H. Bonis Law Offices
1990 N. California Blvd, 8th Floor
Walnut Creek CA 94596
US

Yas Raouf
Orrick Building
Orrick Herrington and Sutcliffe LLP
405 Howard Street
San Francisco CA 94105

===============================================================================
This message for has been cc'd to the local Bingham McCutchen LLP litigation docketing department per the Docketing - LA & OC email routing policy.
===============================================================================

3/2/2010