Exhibit "B"

**From:** Villar, Peter N.
**Sent:** Thursday, February 25, 2010 4:27 PM
**To:** 'Michael T Zeller'; 'Hurst, Annette'; McConville, Thomas
**Cc:** Gordinier, Todd E.
**Subject:** Moinian Deposition

Counsel: We continue to believe that Mr. Moinian's deposition is neither appropriate nor necessary, as set out in our papers before the Court. If the Court decides that Mr. Moinian's deposition should go forward, for your planning purposes, we have made arrangements for the deposition to occur on March 22 at 9:30 a.m. at Mr. Moinian's office in New York.

Regards, Peter

BINGHAM
Peter N. Villar |
Plaza Tower, 18th Floor |
600 Anton Boulevard |
Costa Mesa, CA 92626-1924 |
T 714.830.0640 |
F 714.830.0700 |
peter.villar@bingham.com |

1

| | |
|---|---|
| **From:** | Villar, Peter N. |
| **Sent:** | Monday, March 01, 2010 9:11 AM |
| **To:** | 'Michael T Zeller'; 'Hurst, Annette' |
| **Cc:** | Gordinier, Todd E.; 'McConville, Thomas' |
| **Subject:** | Moinian Deposition |

Mike, Annette: We are in receipt of the Court's February 27 Order instructing the parties to meet and confer regarding the deposition of Mr. Moinian. As previously indicated, we have made arrangements for the deposition to occur on March 22 at 9:30 a.m. at Mr. Moinian's office in New York. Please let us know if that is acceptable to Mattel and MGA.

Regards, Peter

BINGHAM
Peter N. Villar |
Plaza Tower, 18th Floor |
600 Anton Boulevard |
Costa Mesa, CA 92626-1924 |
T 714.830.0640 |
F 714.830.0700 |
peter.villar@bingham.com |

1

**From:** Villar, Peter N.
**Sent:** Monday, March 01, 2010 9:28 AM
**To:** 'Michael T Zeller'; 'ahurst@orrick.com'
**Cc:** Gordinier, Todd E.; 'tmcconville@orrick.com'
**Subject:** RE: Moinian Deposition

Unfortunately, there are no present plans for Mr. Moinian to be in Southern California. Since we, like Mattel and MGA, would like to complete his deposition as soon as possible, we have arranged for the deposition to occur in New York on March 22.

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Monday, March 01, 2010 9:16 AM
**To:** Villar, Peter N.; 'ahurst@orrick.com'
**Cc:** Gordinier, Todd E.; 'tmcconville@orrick.com'
**Subject:** Re: Moinian Deposition

The order also asks re Santa Ana, which Todd had promised dates for. Are there such dates?

---

**From:** Villar, Peter N. <peter.villar@bingham.com>
**To:** Michael T Zeller; 'Hurst, Annette' <ahurst@orrick.com>
**Cc:** Gordinier, Todd E. <todd.gordinier@bingham.com>; 'McConville, Thomas' <tmcconville@orrick.com>
**Sent:** Mon Mar 01 09:11:17 2010
**Subject:** Moinian Deposition

Mike, Annette: We are in receipt of the Court's February 27 Order instructing the parties to meet and confer regarding the deposition of Mr. Moinian. As previously indicated, we have made arrangements for the deposition to occur on March 22 at 9:30 a.m. at Mr. Moinian's office in New York. Please let us know if that is acceptable to Mattel and MGA.

Regards, Peter

BINGHAM
Peter N. Villar |
Plaza Tower, 18th Floor |
600 Anton Boulevard |
Costa Mesa, CA 92626-1924 |
T 714.830.0640 |
F 714.830.0700 |
peter.villar@bingham.com |

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient.

3/2/2010

If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

---

**From:** Villar, Peter N.
**Sent:** Tuesday, March 02, 2010 10:40 AM
**To:** 'Michael T Zeller'; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** RE: Moinian Deposition

It is not clear whether Mr. O'Brien intends to further respond. Moreover, the Court's Order requires us to file a stipulation today regarding any agreement as to the date and location of Mr. Moinian's deposition and expressly deferred any ruling with respect to the presence of the Discovery Master.

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Tuesday, March 02, 2010 10:30 AM
**To:** Villar, Peter N.; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** Re: Moinian Deposition

We are waiting for Mr. O'Brien's further response.

---

**From:** Villar, Peter N. <peter.villar@bingham.com>
**To:** Michael T Zeller; 'ahurst@orrick.com' <ahurst@orrick.com>; 'tmcconville@orrick.com' <tmcconville@orrick.com>
**Cc:** Gordinier, Todd E. <todd.gordinier@bingham.com>
**Sent:** Tue Mar 02 10:21:02 2010
**Subject:** RE: Moinian Deposition

We assume this means that we are confirmed for March 22. We need to get the stipulation on file with the Court.

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Monday, March 01, 2010 1:21 PM
**To:** Villar, Peter N.; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** RE: Moinian Deposition

thanks.

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3100 FAX
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in

3/2/2010

error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Villar, Peter N. [mailto:peter.villar@bingham.com]
**Sent:** Monday, March 01, 2010 1:20 PM
**To:** Michael T Zeller; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** RE: Moinian Deposition

I was only responding to your rhetoric at your request. To answer your question, yes, Mr. Moinian has cleared his calendar on March 22.

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Monday, March 01, 2010 12:46 PM
**To:** Villar, Peter N.; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** RE: Moinian Deposition

I won't respond to your rhetoric. You had previously stated in emails that Mr. Moinian was available for only 2-3 hours on some days. Is that the case for the 22d or has he cleared his calendar for that day so we can get it done?

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3100 FAX
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Villar, Peter N. [mailto:peter.villar@bingham.com]
**Sent:** Monday, March 01, 2010 12:31 PM
**To:** Michael T Zeller; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** RE: Moinian Deposition

If by "questions" you mean your rude and unproductive email to me earlier today, I will do my best to respond.

Your email stated the following: "We will of course bring to the Court's attention this refusal as well as Omni counsel's reneging of his promise to the Court. We also expect that the DM will be present to avoid further games by this witness and you. Please confirm that there are no restrictions on the 22d and that Mr. Moinian will stay

3/2/2010

until his dep is done." First, we disagree that Omni's counsel "reneged" on any promise to the Court. Your assertion is not only false but also extremely hypocritical given that you recently requested that your client Matthew Bousquette's deposition be taken in Illinois, and MGA agreed. You continue to want to apply a double standard in this case. Second, as we previously indicated, we do not see a need to have the Discovery Master present at Mr. Moinian's deposition, and we have no clue what you are referring to when you say "to avoid further games by this witness and you." Moreover, the Court's Order was clear that the Court has made no determination regarding the presence of the Discovery Master. ("The Court defers a ruling with respect to the presence of the Discovery Master, *see* Dkt. 7512 at 5 n.6, at the present time.") Finally, we do not follow your request for us to "confirm that there are no restrictions on the 22nd and that Mr. Moinian will stay until his dep is done." The restrictions for all non-party depositions are governed by the FRCP and we note that Mattel has never agreed to "no restrictions" for any of its own witnesses. We expect that the deposition will proceed in a proper manner consistent with the FRCP. Please let us know if you will or will not sign the stipulation.

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Monday, March 01, 2010 12:08 PM
**To:** Villar, Peter N.; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** RE: Moinian Deposition

please answer my earlier questions.

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3100 FAX
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Villar, Peter N. [mailto:peter.villar@bingham.com]
**Sent:** Monday, March 01, 2010 12:04 PM
**To:** Michael T Zeller; 'ahurst@orrick.com'; 'tmcconville@orrick.com'
**Cc:** Gordinier, Todd E.
**Subject:** Moinian Deposition

Counsel: Attached is the stipulation regarding the Moinian deposition. Please sign if acceptable so we can file it with the Court.

Regards, Peter

BINGHAM
Peter N. Villar |

3/2/2010

Plaza Tower, 18th Floor |
600 Anton Boulevard |
Costa Mesa, CA 92626-1924 |
T 714.830.0640 |
F 714.830.0700 |
peter.villar@bingham.com |

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.