# Exhibit "C"

```
 1  Bingham McCutchen LLP
    TODD E. GORDINIER (SBN 82200)
 2  todd.gordinier@bingham.com
    PETER N. VILLAR (SBN 204038)
 3  peter.villar@bingham.com
    MICHAEL D. MORTENSON (SBN 247758)
 4  michael.mortenson@bingham.com
    600 Anton Boulevard, 18th Floor
 5  Costa Mesa, CA 92626-1924
    Telephone: 714.830.0600
 6  Facsimile: 714.830.0700

 7  Attorneys for Non-Party
    OMNI 808 INVESTORS, LLC
 8
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>**STIPULATION REGARDING DEPOSITION OF NON-PARTY JOSEPH MOINIAN**<br><br>**Phase 2**:<br>Discovery Cut-off:    TBD<br>Pre-trial Conference: TBD<br>Trial Date:           TBD |

A/73308409.1

1  WHEREAS, on February 27, 2010, the Court ordered Mattel, Inc., MGA Entertainment, Inc. and Omni 808 Investors, LLC (collectively the "Parties") to meet and confer on or before March 2, 2010, regarding the deposition of Joseph Moinian;

WHEREAS, pursuant to the Court's Order, the Parties met and conferred on March 1, 2010 regarding Mr. Moinian's deposition;

WHEREAS, the Parties agreed that the deposition will proceed on March 22, 2010, commencing at 9:30 a.m., at Mr. Moinian's office in New York.

THEREFORE, the Parties hereby stipulate as follows:

1. Mattel shall take the deposition of Mr. Moinian on Monday, March 22, 2010, at 9:30 a.m., at Mr. Moinian's office located at 530 Fifth Avenue, Suite 1800, New York, New York, 10036.

IT IS SO STIPULATED.

DATED: March 1, 2010        Bingham McCutchen LLP


By: _____
Todd E. Gordinier
Attorneys for
Omni 808 Investors, LLC

DATED: March 1, 2010        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By: _____
Michael T. Zeller
Attorneys for Mattel, Inc.

DATED: March 1, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____
Annette L. Hurst
Attorneys for MGA Entertainment, Inc.

A/73308409.1                - 1 -

## Mortenson, Michael D.

| | |
|---|---|
| **From:** | Villar, Peter N. |
| **Sent:** | Monday, March 01, 2010 12:04 PM |
| **To:** | 'Michael T Zeller'; 'ahurst@orrick.com'; 'tmcconville@orrick.com' |
| **Cc:** | Gordinier, Todd E. |
| **Subject:** | Moinian Deposition |
| **Attachments:** | Stip.pdf |

Counsel: Attached is the stipulation regarding the Moinian deposition. Please sign if acceptable so we can file it with the Court.

Regards, Peter

BINGHAM
Peter N. Villar |
Plaza Tower, 18th Floor |
600 Anton Boulevard |
Costa Mesa, CA 92626-1924 |
T 714.830.0640 |
F 714.830.0700 |
peter.villar@bingham.com |



Stip.pdf (10 KB)

1