Exhibit "D"

**From:** Villar, Peter N.
**Sent:** Tuesday, March 02, 2010 10:51 AM
**To:** 'Michael T Zeller'; 'O'Brien, Robert'; 'Hansen, Drew'
**Cc:** 'ahurst@orrick.com'; 'tmcconville@orrick.com'; Gordinier, Todd E.
**Subject:** RE: Moinian

Mr. O'Brien: We notified the parties last week, before Judge Carter issued his Order on Monday, that we had reserved Monday March 22 for Mr. Moinian's deposition. As we assume you are aware, the Court's Order regarding Mr. Moinian's deposition deferred ruling on whether your presence would be necessary at all and asked the parties to agree on a date and time, which we have now done. Obviously we have no objection if the Court feels your presence is necessary but we otherwise have agreement in line with the court's Order and want to file the stipulation as requested. Thanks, Peter

BINGHAM
Peter N. Villar |
Plaza Tower, 18th Floor |
600 Anton Boulevard |
Costa Mesa, CA 92626-1924 |
T 714.830.0640 |
F 714.830.0700 |
peter.villar@bingham.com |

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Tuesday, March 02, 2010 10:43 AM
**To:** Villar, Peter N.; 'O'Brien, Robert'; 'Hansen, Drew'
**Cc:** 'ahurst@orrick.com'; 'tmcconville@orrick.com'; Gordinier, Todd E.
**Subject:** RE: Moinian

Mr. O'Brien, just following up. Is the 22d possible for the DM or should Mr. Moinian's counsel propose alternative dates?

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3180 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Villar, Peter N. [mailto:peter.villar@bingham.com]
**Sent:** Monday, March 01, 2010 1:56 PM
**To:** 'O'Brien, Robert'; Michael T Zeller; Hansen, Drew
**Cc:** 'ahurst@orrick.com'; 'tmcconville@orrick.com'; Gordinier, Todd E.
**Subject:** RE: Moinian

Mr. O'Brien: Those dates do not work for us or Mr. Moinian.

- Peter


BINGHAM
Peter N. Villar |
Plaza Tower, 18th Floor |
600 Anton Boulevard |
Costa Mesa, CA 92626-1924 |
T 714.830.0640 |
F 714.830.0700 |
peter.villar@bingham.com |


**From:** O'Brien, Robert [mailto:O'Brien.Robert@ARENTFOX.COM]
**Sent:** Monday, March 01, 2010 12:42 PM
**To:** 'michaelzeller@quinnemanuel.com'; Hansen, Drew
**Cc:** 'ahurst@orrick.com'; 'tmcconville@orrick.com'; Villar, Peter N.
**Subject:** Re: Moinian

Counsel,

The 23d or 24th would be better. Any chance of one of those dates?

Best, RCO


**From:** Michael T Zeller <michaelzeller@quinnemanuel.com>
**To:** O'Brien, Robert; Hansen, Drew
**Cc:** 'ahurst@orrick.com' <ahurst@orrick.com>; 'tmcconville@orrick.com' <tmcconville@orrick.com>; 'Villar, Peter N.' <peter.villar@bingham.com>
**Sent:** Mon Mar 01 12:36:41 2010
**Subject:** Moinian

Bingham has offered to produce Mr. Moinian for depositon on March 22 in NYC. Is the DM available to attend the deposition?

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3180 Direct
213-443-3000 Main Office Number
213-443-3100 FAX


3/2/2010

michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

3/2/2010