FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY SDK   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER RE STIPULATION RE FILING UNDER SEAL MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING AND ANY DECLARATIONS IN SUPPORT THEREOF |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Stipulation Re Filing Under Seal, and for good cause shown, IT IS HEREBY ORDERED that:

Mattel, Inc.'s Opposition to the MGA Parties' Motion to Overrule Certain Discovery Master Rulings at the Deposition Brian Wing and its Supporting Declarations shall be filed under seal.

DATED: March 1, 2010

_____
Hon. David O. Carter
United States District Judge