UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                                                    Date   March 3, 2010

Title   CARTER BRYANT v. MATTEL, INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   (IN CHAMBERS)   ORDER SETTING STATUS CONFERENCE

    On the Court's own motion, a status conference is set for Thursday, **March 4, 2010 at 9:00 p.m.** The Clerk shall serve this minute order on all parties to the action.

                                                                                                         :

Initials of Preparer   sdm