MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Date: March 4, 2010<br>Time: 9:00 p.m..<br>Courtroom: 9D<br><br>Phase 2<br>Discovery Cutoff: June 1, 2010<br>Pretrial Conference: None Set<br><br>Trial Date: None Set |

## PROOF OF SERVICE BY HAND DELIVERY

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On March 3, 2010, I served the following document(s):

1. **PROPOSED ORDER GRANTING UNDER SEAL FILING;**

2. **MGA PARTIES' REPLY IN SUPPORT OF MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING [ATTORNEYS' EYES ONLY–PURSUANT TO PROTECTIVE ORDER-FILED UNDER SEAL];**

3. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel Brian Wing
Mike Margolis, Esq.
Margolis & Tisman LLP
444 Flower Street
Suite 2300
Los Angeles, California 90071
Margolis@winlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2010, at Los Angeles, California.

_____

Emmanuel Lomeli
USA Network, Inc.

**PROOF OF SERVICE**

I, Bernadette Murray, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On March 3, 2010, I served the following document(s):

1. **PROPOSED ORDER GRANTING UNDER SEAL FILING;**

2. **MGA PARTIES' REPLY IN SUPPORT OF MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING [ATTORNEYS' EYES ONLY–PURSUANT TO PROTECTIVE ORDER-FILED UNDER SEAL]**

3. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee.

<u>Counsel for Carlos Gustavo Machado Gomez</u>

Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

<u>Additional Counsel:</u>

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this

|  |  |
|---|---|
| 1 | firm's practice for the collection and processing of correspondence for mailing with |
| 2 | the United States Postal Service. Under that practice, the firm's correspondence |
| 3 | would be deposited with the United States Postal Service on this same date with |
| 4 | postage thereon fully prepaid in the ordinary course of business. |

        I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2010, at Los Angeles, California.

                                                                */s/ Bernadette Murray*

                                                                   Bernadette Murray