**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                    Date: March 3, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
     [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                      Date:_____   Deputy Clerk: _____

PRESENT:

                    THE HONORABLE DAVID O. CARTER, JUDGE

  Kristee Hopkins                            Not Present
Courtroom Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                             NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING PRESENCE OF DISCOVERY MASTER AT MARCH 22, 2010 DEPOSITION OF MR. JOSEPH MOINIAN

      Before the Court is Mattel, Inc. ("Mattel") request that Mr. Joseph Moinian ("Moinian"), a member of Omni 808 Investors, LLC ("Omni") be compelled to appear for deposition in Santa Ana, California. Counsel for Omni submitted an opposition brief indicating that no action by the Court was necessary, and that "Omni will find out when Mr. Moinian may be deposed in New York, or see if there are dates and times in the future when Mr. Moinian will be in California and available to sit for deposition here." *See* Dkt. 7512 at 5:7-9. On the basis of that representation, the Court ordered the parties and Omni to meet and confer and attempt to reach an agreement as to the date and location of Mr. Moinian's deposition. While the parties and Omni agreed as to availability for deposition in New York, NY on March 22, 2010,[1] no agreement was reached as to the presence of the Discovery Master.

---

     [1]     Mattel expressed a preference that the deposition occur in Santa Ana, CA. Omni was unable to accommodate that request. *See* Ex. B to Dkt. 7606.

MINUTES FORM 11 DOC                                          Initials of Deputy Clerk sdm
CIVIL - GEN                                                                    Page 1 of 2

   The Court previously deferred a ruling on the presence of the Discovery Master. Though the Discovery Master has not attended the depositions of any of the other deposed Omni investors, in light of the rapidly approaching discovery deadline, open contention between the parties and their counsel, *see* Ex. B to Dkt. 7606, and the Court's inability to respond to concerns that may arise during a deposition in New York, the Court considers the presence of the Discovery Master both appropriate and necessary.

   Accordingly, the Court ORDERS that the Discovery Master shall be present at the deposition of Mr. Moinian on March 22, 2010 in New York, NY.

   The Clerk shall serve this minute order on all parties to the action.