# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV04-9049-DOC(RNBx)                          Date    March 4, 2010

Title    CARTER BRYANT v. MATTEL, INC.

Present: The Honorable          David O. Carter, U.S. District Judge

| Kristee Hopkins | Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller | Annette Hurst<br>Thomas McConville |

Proceedings:    STATUS CONFERENCE

     Cause is called and counsel state their appearances.  Tentative rulings are issued as attached. The matters are taken under submission.

| | 1 | : | 30 |
|---|---|---|---|
| Initials of Preparer | sdm | | |