```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
```

7  Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DOCUMENTS FROM INTERNATIONAL CORPORATE ADVISORS AND MARIA BASHAW**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, New York, and Illinois and am a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could an d would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Lexington's UCC filings with the State of California, which reflects a London business address for Lexington. The London address is the address of a virtual office service, called OfficeFront.

3. After Lexington failed to appear for its 30(b)(6) deposition in this litigation, Mattel brought a proceeding in the High Court of Justice in London to obtain discovery from OfficeFront. The documents produced by OfficeFront in the U.K. proceeding led back to Southern California — and to ICA. According to these documents, ICA set up, maintained and made payments for Lexington's London mail drop, and ICA did so from its Southern California offices. For example, a June 4, 2008 fax from ICA (on ICA letterhead) to OfficeFront is entitled "Payment For Lexington Financial Ltd".

4. OfficeFront documents also show that mail and other communications for Lexington were forwarded to ICA's Southern California office and that ICA was invoiced for OfficeFront's services for Lexington.

5. Attached hereto as Exhibit 2 is a true and correct copy of an email produced by OfficeFront in the U.K. proceedings from Maria Bashaw dated January 13, 2010. In it, after receiving notice of Mattel's U.K. proceedings, she stated: "We [ICA] are working with the principal of Lexington to address this matter."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of March, 2010, at Los Angeles, California.

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

Exhibit 1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
FRED MASHIAN
3102747501

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
FRED MASHIAN
9255 SUNSET BOULEVARD
SUITE 830
LOS ANGELES, CA 90069
USA

DOCUMENT NUMBER: 18290830002
FILING NUMBER: 06-7170410109
FILING DATE: 08/28/2006 14:33
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME**: VISION CAPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1525 SOUTH BROADWAY | LOS ANGELES | CA | 90015 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | LLC | DE | 4589296 □ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME:

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any □ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**: LEXINGTON FINANCIAL LIMITED, A NEVIS COMPANY

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 33-35 DAWS LANE | LONDON | | NW7 4SD | UK |

**4. This FINANCING STATEMENT covers the following collateral:**
ALL OF DEBTOR'S RIGHT, TITLE AND INTEREST IN MEMBERSHIP INTERESTS OF OMNI 808 INVESTORS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, SECRETARY OF STATE FILING #200812610026.

5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

Exhibit 2

**Debjani**

| | |
|---|---|
| From: | Maria Bashaw [maria.bashaw@intlca.com] |
| Sent: | 13 January 2010 19:04 |
| To: | debjani@hmains.co.uk |
| Cc: | juan.haraguchi@intlca.com |
| Subject: | RE: Lexington Financial Limited |

Thank you for your email. We are working with the principal of Lexington to address this matter. We will be in touch as soon as we have the authorization from the client.

If you have any questions, please let us know.

Best regards,

*Maria Bashaw*

Corporate Counsel
International Corporate Advisors, LLC
19200 Von Karman Ave. Suite 400
Irvine, California 92612
Tel. 949.622.5599
Fax. 949.360.0985
mailto:maria.bashaw@intlca.com
www.intlca.com

This e-mail (including any attachments) may contain privileged, confidential, or proprietary information to ICA and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please delete this message and notify the sender immediately.

---

From: "Debjani" <debjani@hmains.co.uk>
Date: Wed, 13 Jan 2010 12:05:49 -0000
To: <juan.haraguchi@intlca.com>
Subject: Lexington Financial Limited

Dear Sir,
We act on behalf of Officefront Limited in relation to disclosure proceedings brought against it by Mattel Inc. The disclosure sought relates to the Lexington Financial Limited.
We understand from our client that whilst the said company was a virtual client at Officefront you dealt with all its correspondence and communications. In these circumstances we attach copies of our letter to Lexington Financial Limited dated 12 January 2010, the contents of which are self-explanatory and all the documents the letter refers to.

Please confirm by return that you are able to forward or have forwarded these attachments directly to Lexington Financial Limited particularly in view of the High Court hearing which is due to take place on 19 January 2010.

Yours faithfully,


HMC Solicitors
Tel : +44 (0) 20 8906 6660

1