**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                          Date: March 8, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
 [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                                  Date:_____ Deputy Clerk: _____

---

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

     Kristee Hopkins                                    Not Present
     Courtroom Clerk                                    Court Reporter

     ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

          NONE PRESENT                               NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER RE EXTENSION TO DEADLINE FOR FILING OF AMENDED PLEADING

In light of the representations of lead counsel for Mattel, Inc. ("Mattel") and MGA Entertainment, Inc. and Isaac Larian (the "MGA Parties") at the informal hearing held on Saturday March 6, 2010, the Court will consider a short extension to the March 15, 2010 deadline for Mattel's filing for leave to file a Fourth Amended Answer and Counterclaims ("FAAC"). A limited extension may be warranted by the delayed scheduling of certain depositions – including the deposition of MGA Entertainment, Inc.'s 30(b)(6) designee – as well as the Fed. R. Civ. P. 9(b) pleading requirements for certain RICO predicate acts, *see Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065-66 (9th Cir. 2004) ("In all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity.") (citing *Alan Neuman Prods., Inc. v. Albright*, 862 F.2d 1388, 1392 (9th Cir. 1989)). The Court shall receive oral argument as to the merit of such an extension on March 9, 2010. In the meantime, the parties are instructed to budget their time for important discovery tasks, including the production of documents and scheduling of depositions, and refrain from submitting briefs with respect to an extension.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                Initials of Deputy Clerk _kh_
CIVIL - GEN                                                                       Page 1 of 1