**DENIED**
BY ORDER OF
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE
ON ___Merch 8 2010___

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13
   Attorneys for MGA Parties
14

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                   SOUTHERN DIVISION

18 | CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
19 | Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
20 | v. | |
21 | MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO COMPEL THE RETURN OF PRIVILEGED DOCUMENTS IN THE POSSESSION OF PATRICK A. FRAIOLI |
22 | | |
23 | Defendant. | |
24 | | Date: March 29, 2010 |
25 | AND CONSOLIDATED ACTIONS | Time: 8:30 a.m.  Courtroom: 9D |
26 | | **Phase 2** |
27 | | Discovery Cutoff:    None Set  Pretrial Conference: None Set |
28 | | Trial Date:   None Set |

Case 2:04-cv-09049-DOC-RNB   Document 7620   Filed 03/08/10   Page 2 of 2   Page ID
#:258905
Case 2:04-cv-09049-DOC-RNB   Document 7571-2   Filed 02/26/10   Page 2 of 2

1   The Court, having considered the MGA Parties' Motion to Compel the

2   Return of Privileged Documents in the Possession of Patrick A. Fraioli, and having

3   found good cause appearing, HEREBY ORDERS that Mr. Fraoli return to MGA all

4   documents in his possession that are protected by the attorney-client privilege and

5   work product doctrine forthwith.

6   **It is so ORDERED.**

7

8

9   Dated: _____, 2010        _____

10                                                David O. Carter
                                                 United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28