MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING UNDER SEAL FILING<br><br>Judge:    Hon. David O. Carter |

The Court, aware of the privilege issues raised in the Wing depositions, HEREBY ORDERES that the MGA Parties may file under seal the documents listed below.

The Clerk shall maintain under Seal the following documents:

**MGA PARTIES' REPLY IN SUPPORT OF MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING**

**DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MOTION TO OVERRULE CERTAIN DISCOVERY MASTER RULINGS AT THE DEPOSITION OF BRIAN WING**

**It is so ORDERED.**

Dated: March 3, 2010

_David O. Carter_
Hon. David O. Carter