1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-2727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant. | [PROPOSED ORDER] ON STIPULATION REGARDING SCHEDULE FOR COMPLIANCE WITH THE ELECTRONIC DISCOVERY SPECIAL MASTER'S JANUARY 21, 2010 REPORT AND RECOMMENDATION |
| AND CONSOLIDATED ACTIONS | |

**Phase 2:**
Disc. Cut-off:        TBD
Pre-trial Conf.:      TBD
Trial Date:           TBD

00505.07975/3359869.1

Case No. CV 04-9049 DOC (RNBx)

[PROPOSED] ORDER ON STIPULATION

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Schedule for Compliance with the Electronic Discovery Special Master's January 21, 2010 Report and Recommendation,

IT IS HEREBY ORDERED:

1.      Ronald Brawer Hard Drives/Media.

A.      The MGA Parties will arrange for immediate delivery of Mr. Brawer's hard drives/media to the Court-appointed forensic experts for expeditious examination.

B.      On or before March 10, 2010, the parties shall agree on search terms and search methods to be used by the Court-appointed experts in searching Mr. Brawer's media.  If the parties are unable to reach agreement by March 10, 2010, they shall request a hearing with the Electronic Discovery Special Master to resolve any unresolved issues, which request shall be made on or before March 10, 2010.  The Court-appointed experts shall examine the Brawer media pursuant to the agreement or other resolution reached per the above.

C.      The Court-appointed experts shall deliver any and all documents located pursuant to this examination to Mr. Brawer's personal counsel, Lynette Brawer.  The MGA Parties represent that Lynette Brawer is separate from, and does not represent, the MGA Parties.

D.

[[[**Mattel's Proposed Language for 1(D):**  Within 7 days of delivery of such documents (a deadline which may be extended upon a showing of good cause), Mr. Brawer's counsel shall (1) complete a review of such documents for (a) privileged Brawer information and/or (b) private and nonresponsive Brawer information; (2) produce to all parties a log of all documents withheld as either (a) privileged or (b) private and nonresponsive, regardless of date; and (3) produce to

1   counsel for Mattel, and not the MGA Parties, all other documents retrieved from Mr.

2   Brawer's media.  This review will only be for (1) privileged Brawer information

3   and/or (2) private and nonresponsive Brawer information.

4            **MGA's Proposed Language for 1(D):**  Upon being provided with

5   results of the search, Mr. Brawer's counsel shall (1) complete a review of such

6   documents for (a) privileged Brawer information and/or (b) private Brawer

7   information; (2) produce to all parties a log of all documents withheld as either (a)

8   privileged or (b) private, regardless of date; and (3) produce to counsel for Mattel all

9   other documents retrieved from Mr. Brawer's media.  This review will only be for

10  (1) privileged Brawer information and/or (2) private Brawer information.  The

11  parties shall meet and confer to determine the length of review time permitted for

12  Brawer's counsel upon learning of the volume of material provided for review.  If

13  the parties cannot agree on the time permitted for review within two (2) days, the

14  matter will be submitted to the Electronic Discovery Special Master.  The Electronic

15  Discovery Master may then either (1) order the parties to meet further in an effort to

16  narrow the terms further, or (2) shall establish a period for completion of the

17  review.]]]

18           E.     Within 5 days of receiving these documents from counsel for Mr.

19  Brawer (a deadline which may be extended upon a showing of good cause), Mattel

20  will conduct its own review of the documents for privileged Mattel information.

21  Mattel will then (1) produce all such documents other than any withheld on

22  privilege grounds to the MGA Parties, and (2) produce a privilege log listing any

23  and all withheld documents, regardless of date.  Both Mr. Brawer and MGA agree

24  that Brawer's counsel's prior review of the documents located on the media (as

25  discussed above) does not constitute a waiver of Mattel's privilege as to any of the

26  documents.

27           F.

28

00505.07975/3359869.1

-3-

Case No. CV 04-9049 DOC (RNBx)

[PROPOSED] ORDER ON STIPULATION

1   [[[**Mattel's Proposed Language for 1(F):**  The Court-appointed

2   experts shall deliver any and all reports regarding and/or evidence of spoliation or

3   deletion activities which they locate directly to Mattel and the MGA Parties.

4   Reports regarding and/or evidence of spoliation or deletion activities which the

5   Court-appointed experts locate shall not be subject to steps C to E, above.

6          **MGA's Proposed Language for 1(F):**  The MGA Parties object to

7   this provision.]]]

8

9          2.      The MGA Parties' ArchiveOne Database.

10          A.      Mattel has requested certain information from the MGA Parties

11   regarding the search capabilities of the MGA Parties' ArchiveOne system.  The

12   MGA Parties will provide Mattel with the information Mattel has requested on or

13   before March 8, 2010.

14          B.      On or before March 11, 2010, Mattel shall provide the MGA

15   Parties with proposed search terms for the search of MGA's ArchiveOne system.

16          C.      On or before March 15, 2010, the parties shall meet-and-confer

17   regarding the proposed search terms and search methods.  If the parties are unable to

18   reach agreement, the parties shall request a hearing with the Electronic Discovery

19   Special Master to address any unresolved issues, which request shall be made on or

20   before March 15, 2010.  The Court-appointed experts shall examine the MGA

21   Parties' ArchiveOne system pursuant to the agreement or other resolution reached

22   per the above.

23          D.      The Court-appointed experts shall deliver any and all documents,

24   if any, located pursuant to this examination to counsel for the MGA Parties.

25          E.

26          [[[**Mattel's Proposed Language for 2(E):**  Within 14 days of

27   receiving such documents (a deadline which may be extended upon a showing of

28   good cause), the MGA Parties shall (1) complete a review of the documents for

1  privileged MGA Party information; (2) produce to counsel for Mattel a log of all

2  documents withheld as privileged; and (3) produce to counsel for Mattel all other

3  documents located by the Court-appointed experts from the ArchiveOne system.

4          **MGA's Proposed Language for 2(E):**  No later than two days after

5  receiving such documents, if any, the parties will meet and confer concerning the

6  timing of (1) a complete a review of the documents for privileged MGA Party

7  information; (2) the production to counsel for Mattel of a log of all documents

8  withheld as privileged; and (3) the production to counsel for Mattel all other

9  documents relevant to this lawsuit located by the Court-appointed experts from the

10  ArchiveOne system.]]]

11          F.

12          [[[**Mattel's Proposed Language for 2(F):**  The Court-appointed

13  experts shall deliver any and all reports regarding and/or evidence of spoliation or

14  deletion activities which they locate directly to Mattel and the MGA Parties.

15  Reports regarding and/or evidence of spoliation or deletion activities which the

16  Court-appointed experts locate shall not be subject to steps D to E, above.

17          **MGA's Proposed Language for 2(F):**  The MGA Parties object to

18  this provision.]]]

19

20      3.     CD Containing Mattel Trade Secrets.  The parties have provided to the

21  Court-appointed experts their respective copies of the CD recovered from MGA

22  Mexico's offices, as ordered.  The Court-appointed experts will report their findings

23  to the parties.

24

25      4.     Isaac Larian Hard Drives/Media.

26          A.

27

28

1    [[[**Mattel's Proposed Language for 4(A):**  No later than March 8,

2    2010, the parties shall file their supplemental briefs in response to the Court's

3    February 27, 2010 Order.

4          **MGA's Proposed Language for 4(A):**  The MGA Parties request that

5    the supplemental briefing be ordered filed no later than March 15, 2010.]]]

6

7          B.      If the Report and Recommendation for a search of the hard

8    drives is affirmed by the Court, MGA shall make Mr. Larian's hard drives/media

9    available according to the terms of the Court's Order within 2 business days of any

10   such Order.  The parties will meet and confer within 2 business days of the Court's

11   Order to discuss a schedule for the expeditious searching of Mr. Larian's hard

12   drives/media.

13

14   DATED:                      , 2010 _____

15                                        Hon. David O. Carter
                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28