# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                                           Date   March 9, 2010

Title   CARTER BRYANT v. MATTEL, INC.

| | | |
|---|---|---|
| Present: The Honorable | David O. Carter, U.S. District Judge | |
| Kristee Hopkins | Jane Sutton | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

John Quinn                                                    Annette Hurst
Michael Zeller                                                Thomas McConville

Proceedings:   STATUS CONFERENCE
               MOTION HEARING (Evidentiary)

      Cause is called and counsel state their appearances.   Also appearing, Peter Villar on behalf of Movant Omni 808 Investors LLC and Maria Maldonado-Bashaw, pro se.  Court and counsel confer regarding discovery and case management.

      Court ORDERS Maria Maldonado-Bashaw to appear at a status conference on March 10, 2010 at 6:00 p.m.

      Court ORDERS counsel to appear at a status conference on March 10, 2010 at 8:00 a.m. and 6:00 p.m.

      Witness called, sworn, and testifies.  Exhibits identified, separate list of witnesses and exhibits filed this date.

|  |  |  |
|---|---|---|
| sc | 3 : | 25 |
| mtn hrg | 2 | 00 |

Initials of Preparer   sdm