1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:    (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | **MATTEL INC.'S NOTICE OF CHANGE OF COUNSEL'S FIRM NAME** |
| MGA ENTERTAINMENT, INC., a California corporation, | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Mattel, Inc.'s counsel of record, QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, has changed its name to QUINN EMANUEL URQUHART & SULLIVAN, LLP effective March 11, 2010. All pleadings, notices and correspondence in connection with the above-captioned matter should be addressed to the following:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

The firm's telephone number remains (213) 443-3000 and its facsimile number remains (213) 443-3100.

DATED: March 11, 2010              QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                   By /s/ Michael T. Zeller
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc.