QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 10 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>FINAL<br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION TO COMPEL DOCUMENTS FROM INTERNATIONAL CORPORATE ADVISORS AND MARIA BASHAW |

## FINAL [~~PROPOSED~~] ORDER

Having reviewed Mattel, Inc.'s Motion to Compel Documents from International Corporate Advisors and Maria Bashaw, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

1. Within ten (10) ~~three (3)~~ days hereof, International Corporate Advisors shall produce all non-privileged documents responsive to Mattel's subpoena and produce a privilege log specifying and documents withheld on the basis of privilege or work product.

2. Within ten (10) ~~three (3)~~ days hereof, Maria Bashaw shall produce all non-privileged documents responsive to Mattel's subpoena and produce a privilege log specifying and documents withheld on the basis of privilege or work product.

DATED: March 10, 2010     /s/ David O. Carter
Hon. David O. Carter
United States District Judge