QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO MGA'S INTERNAL TRADE SECRET INVESTIGATIONS** |

[PROPOSED] ORDER

Having reviewed Mattel, Inc.'s Motion to Compel Documents Related to MGA's Internal Trade Secret Investigations, and good cause appearing therefor,

IT IS HEREBY ORDERED:

Within three (3) days hereof, MGA shall produce [to Mattel] [for the Court's *in camera* review] all documents related to MGA's internal investigations concerning Mattel's allegations of trade secret theft, including any Mattel documents uncovered during or in connection with these investigations, any evidence of MGA's use or consideration of Mattel information, any witness statements, any documents concerning how these investigations were conducted, any communications regarding the investigations and/or their results, and any reports that summarize the findings of the investigations.

DATED:            , 2010     _____
                              Hon. David O. Carter
                              United States District Judge