

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MGA ENTERTAINMENT, INC., <br><br> Defendant(s). | CASE NO. CV 04-9049 DOC (RNBx) <br><br> **O R D E R** COMPELLING PRODUCTION OF DOCUMENTS DELIVERED AND/OR RETURNED TO THE MGA PARTIES BY FORMER EMPLOYEE BRIAN WING |

Mr. Brian Wing ("Wing") is a former executive of MGA Entertainment, Inc. ("MGA"), who is alleged to have absconded with six boxes of MGA documents and personal files soon after his termination in 2009. Prior to Wing's deposition in this matter, Mattel, Inc. ("Mattel") requested production of all relevant documents contained in the files removed from MGA by Wing. The documents were produced to counsel for MGA Entertainment, Inc. and Isaac Larian (the "MGA Parties") to allow counsel time to assert privilege and/or work product with respect to one or more of the documents. The Court is informed that MGA received Wing's documents from Wing's counsel the night before the commencement of Wing's

deposition. On the morning of Wing's deposition, the MGA Parties delivered to Mattel a partial production of the documents delivered by counsel for Wing and, in addition, supplied Mattel with a privilege log that explained the withholding of documents not produced to Mattel.

Over the last three days, the Court performed an *in camera* review of the documents withheld as privileged and/or irrelevant on the MGA Parties' log. As some of the documents contained Wing's handwritten notes, the Court ordered Wing to appear before the Court on March 10, 2010 and explain to the Court *in camera* the surrounding context for each page of handwritten notes withheld by the MGA Parties. Specifically, in an extensive hearing during which the Court reviewed the hand written notes on a page by page basis with Wing, the Court asked Wing about whether each page of notes was taken during a meeting or at the direction of counsel, who the participants were at any meetings memorialized in Wing's notes, and the context of those meetings.

Having completed the *in camera* review of the documents withheld by the MGA Parties on grounds of privilege and/or relevance, the Court hereby ORDERS as follows:

1. The MGA Parties shall produce to Mattel on or before 10:00 p.m. on March 12, 2010 the following documents designated by Bates Number beginning with the letters "WING": 740-41, 867-868, 924-230, 943-974, 1062-64, 1120, 1185-1188, 1194-1197, 1256, 1286-1316, 1718-1721, 1763-1766, 1872, 1873-78, 1915, 2045-2075, 2178-2191, 5014-16, 5043-5067, 5091, 5093-5100, 5102-03, 5105, 5107, 5109-12, 5114, 5116-5118, 5122-23, 5126, 5128, 5129-32, 5135, 5137-142, 5144-46, 5150-51, 5153-56, 5158-59, 5161-62, 5165, 5167-68, 5171, 5174-75, 5180, 5183, 5251-5260, 5421-5423, 5669-708, 5962-6057, 6770, 6997-7033, 7113-7129, 7346-7349, 7352-63, 7366, 7373-81, 7432-441, 7468-7471, 7520, 7582-7611, 7622-7652, 7653-7795, 7900, 7942-43, 8244-47, 10005-06, 10043-73, 10074, 10162-70, 10196-10204, 10206-08, 10351-53, 10354-61, 10372-10403, 10423-36, 10442-47, 10462-63, 10474-75, 10528, 10595-97, 10614-18, 10623-26, 10639-10641, 10644, 10652-57, 10685, 10693, 10696-99, 10700-703, 10725-10733, 10735-737, 10739-10798, 10808-09, 10817-18, 10829-34, 10837-10844, 10852-

65, 10869-73, 10895-96, 10900-03, 10904-08, 10943-71, 10989-91, 10997, 11020-24, 11033-35, 11088-92, 11274, 11276-77, 11278, 13651-53, 13741-49, 13929-14096, 14270, 14525-27, 14528-29, 14539, 15027-47, 15049-052, 15054-66, 15068-72

2. The MGA Parties shall further produce to Mattel on or before 10:00 p.m. on March 12, 2010 redacted versions of the following documents identified by Bates Number:

   a. WING 0005119: The MGA Parties shall produce to Mattel a redacted version of this document that redacts all information contained in the box immediately above the words "Need specific game plan," to the right of the words "No known claims letter" and below the words "Organizational Effectiveness Survey."

   b. WING 0005143: The MGA Parties shall produce to Mattel a redacted version of this document that redacts the information to the right of the words "Imperial," "data out" and "07/08 financials" in lines 2, 3, and 4.

   c. WING 0005160: The MGA Parties shall produce to Mattel a redacted version of this document that redacts all information below the words "how much?"

   d. WING 0005176: The MGA Parties shall produce to Mattel a redacted version of this document that redacts all information to the right of the words "Poland," "VAT Refund Status" and "TP Issues" that is below the horizontal line separating the top and bottom half of the page

   e. WING 0005181: The MGA Parties shall produce to Mattel a redacted version of this document that redacts all information below the words "Isaac buy Wachovia debt? Equity?"

   f. WING 0005182: The MGA Parties shall produce to Mattel a redacted version of this document that redacts all information below the word "licensing –>"

| | | |
|---|---|---|
| 1 | g. | WING 00015048: The MGA Parties shall produce to Mattel a redacted version of this document that redacts all information above the word "Posted." |
| 4 | 3. | The MGA Parties shall return to Wing on or before 10:00 p.m. on March 12, 2010 all originals and/or copies of the following documents, which are deemed to contain personal and private information irrelevant to the issues in this case: WING 0005147, WING 0005163, WING 0005164, WING 0005170, WING 0005177, WING 0005179, WING 0005184. The MGA Parties shall also return to Wing on or before 10:00 p.m. on March 12, 2010 all originals and/or copies of the document identified as WING 0005182, however, the MGA Parties may preserve for their records a redacted copy of WING 0005182 that contains *only* the information above line eight of that document. |

IT IS SO ORDERED.

DATED: March 11, 2010

_____
DAVID O. CARTER
United States District Judge