FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY SDM   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant(s). | CASE NO. CV 04-9049 DOC (RNBx)<br><br>O R D E R REGARDING CERTAIN DISCOVERY ISSUES AND/OR DISPUTES IDENTIFIED BY FEBRUARY 12, 2010 ORDER |

Before the Court are a sub-set of the pending discovery disputes identified by the Court's February 12, 2010 Order Regarding Discovery Issues, Docket # 7497. The February 12, 2010 Order identified approximately twenty seven discovery issues and/or disputes between the parties, grouped in twenty one categories, and ordered supplementary briefing as to a sub-set of the issues on February 16, 2010. The Court has ruled on a number of the issues by separate orders. On March 10, 2010, the Court heard argument from the parties as to those issues that remained outstanding. This Order addresses a sub-set of the presently outstanding issues.

On the basis of the moving and opposing papers, as well as the parties, oral argument, the Court hereby ORDERS as follows:

1. Mattel requests the production of documents provided by the MGA Parties to the Court-appointed Forensic Auditor Mr. Ronald Durkin. This request relates to **Issue Number 16** identified by the February 12, 2010 Order. The request should be simplified to a request for the production of categories of financial documents. The manner in which the request is presently worded requires the MGA Parties to not only disclose the documents but, in addition, implicitly identify those documents as documents provided to the Forensic Auditor. Mattel has failed to demonstrate the relevance of the latter discovery. The Court therefore DENIES this request.

2. Mattel requests the production of documents identified at the Woolard deposition. The request relates to **Issue Number 17** identified by the February 12, 2010 Order. The request seeks documents that are not relevant to Phase 2. Accordingly, the Court DENIES this request without prejudice and with leave for Mattel to re-submit the Motion following the completion of the pending Phase 1 appeal.

3. Mattel requests the production of documents identified by Mr. Patrick Ma, Vice President of Finance at MGA Hong Kong, during his deposition. The request relates to **Issue Number 17** identified by the February 12, 2010 Order. Such documents are relevant to damages. The Court therefore GRANTS the request.

4. Mattel requests the production of Isaac Larian's deposition transcripts from other actions. The request relates to **Issue Number 19(A)** identified by the February 12, 2010 Order. The MGA Parties have represented compliance with this request. The Court therefore DENIES the request.

5. The MGA Parties request the production of Mattel's non-disclosure agreements with retailers. The request relates to **Issue Number 6** identified

2

by the February 12, 2010 Order. The Court agrees with Mattel that the request is temporally overbroad and, on that basis, DENIES WITHOUT PREJUDICE the request.

6. The MGA Parties request the production of documents "related to ownership" of trade secrets "which have not yet been produced." The request relates to **Issue Number 6** identified by the February 12, 2010 Order. In essence, the MGA Parties seek the production of all documents encompassed by the request that pre-date December 2006. Mattel represented that it has already produced all documents encompassed by the MGA Parties request. With an abundance of caution, and to create a standing precedent that all later-discovered documents be produced by Mattel, the Court GRANTS the request.

IT IS SO ORDERED.

DATED: March 11, 2010

_____
DAVID O. CARTER
United States District Judge