UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 04-9049 DOC (RNBx)      Date: March 11, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                      Date:_____ Deputy Clerk:_____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Kristee Hopkins             Not Present
Courtroom Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT             NONE PRESENT

---

PROCEEDING (IN CHAMBERS): Order Denying Mattel's *Ex Parte* Application for Order to Show Cause Re Court's February 12, 2010 Order

     Before the Court is Mattel, Inc. ("Mattel")'s *ex parte* Application for Order to Show Cause re Court's February 12, 2010 Order (the "Application"). Having considering the moving and opposing papers, the Court DENIES the Application.

     The Clerk shall serve this minute order on all parties to the action.