SCHEPER KIM & OVERLAND LLP
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Counter-Defendant
Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC,<br><br>        Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**RESPONSE OF CARLOS GUSTAVO MACHADO GOMEZ TO REQUEST FOR AN ORDER RELATING TO PROVISION OF INFORMATION TO MGA 30(b)(6) DESIGNEE**<br><br>Judge: Hon. David O. Carter<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Phase 2<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

Mr. Machado understands that currently before the Court is a request for an order relating to Mr. Machado providing information to MGA Entertainment, Inc.'s designee under Federal Rule of Civil Procedure 30(b)(6). Mr. Machado responds that he will comply with an Order of this Court that he provide information to that designee notwithstanding his claim of privilege under the Fifth Amendment.

DATED: March 12, 2010

SCHEPER KIM & OVERLAND LLP
MARK E. OVERLAND
ALEXANDER H. COTE


By: _____/s/_____
Mark E. Overland
Attorneys for CARLOS GUSTAVO MACHADO GOMEZ