# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)　　　　　　　　　　　　Date: March 12, 2010

Title: MATTEL, INC. V. MGA ENTERTAINMENT, INC.

---

**DOCKET ENTRY**
　　　[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
　　　　　　　　　　　　　　　　　　　　　　Date:_____　Deputy Clerk:_____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

　　Kristee Hopkins　　　　　　　　　　　　　Not Present
　　Courtroom Clerk　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　ATTORNEYS PRESENT FOR DEFENDANTS:

　　NONE PRESENT　　　　　　　　　　　　　NONE PRESENT

---

PROCEEDING (IN CHAMBERS): Order Compelling Production of Redacted Fee Agreements and Joint Representation Agreement

　　　　On March 11 and March 12, 2010, the Court heard argument concerning the following agreements, which relate to the payment of certain legal fees by MGA. Such agreements are relevant to the bias of potential witnesses in this action, but the precise terms contained therein are neither irregular nor relevant. After considering the agreements at issue, as well as the parties' oral argument, the Court hereby ORDERS that MGA Entertainment, Inc. and Isaac Larian (collectively the "MGA Parties") shall assign Bates Numbers and produce on or before March 15, 2010, redacted versions of the agreements in the form attached to this Minute Order.

　　1.　May 4, 2010 letter memorializing joint representation of MGA Entertainment, MGA de Mexico, MGA (HK), Isaac Larian and Didier Pietri by Orrick, Herrington & Sutcliffe LLP.

　　2.　May 13, 2004 "Engagement Agreement" entered into between Littler Mendelson

---

MINUTES FORM 11 DOC　　　　　　　　　　　　　Initials of Deputy Clerk _sdm_
CIVIL - GEN　　　　　　　　　　　　　　　　　　Page 1 of 2

and Carter Bryant.

3. January 7, 2010 representation letter from Bienert, Miller & Katzman to Ms. Mariana Trueba.

4. July 19, 2007 "Retainer Letter" from Keker & Van Nest LLP to Craig Holden, MGA Entertainment, Inc.

The Clerk shall serve this minute order on all parties to the action.



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
4 PARK PLAZA
SUITE 1600
IRVINE, CALIFORNIA 92614-2558

tel +1-949-567-6700
fax +1-949-567-6710

WWW.ORRICK.COM

March 4, 2010

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

*VIA E-MAIL*

Jeanine Pisoni, Esq.
MGA Entertainment, Inc.
16360 Roscoe Boulevard, Suite 105
Van Nuys, California 91406

Didier Pietri

Re:   *Carter Bryant v. Mattel and consolidated cases*

Dear Jeanine and Didier:

This will confirm our agreement regarding the joint representation of MGA Entertainment, MGA de Mexico, MGA (HK), Isaac Larian (collectively the "MGA Parties") and Didier Pietri by Orrick, Herrington & Sutcliffe LLP ("Orrick") in connection with the above matter. Mr. Pietri is a former Chief Operating Officer of MGA Entertainment, Inc.

## ENGAGEMENT AGREEMENT

### Scope of Representation

We are pleased you have decided to retain Littler Mendelson to provide legal services in the area of employment law. The scope of representation that you have asked us to undertake is representation of you in the matter of *Mattel, Inc. v. Carter Bryant and Does 1 through 10*, Los Angeles Superior Court Case No. BC314398. All of the attorneys in our Firm are well-versed in employment law, although some attorneys have greater experience in particular areas. As appropriate, various attorneys within the Firm may participate in representing your interests. In addition, the Firm may utilize the services provided by our paralegal staff. The scope of our representation may expand from the work described above (a) as specifically agreed in writing or (b) to the extent of work actually rendered and billed.

1.

Attorneys' Eyes Only    BRYANT2 000010

MAY 13 2004 16:53   KEHIST/JOHN WILSON   310 860 0363 TO   3103035000001 P.10/14
May 13 04 08:10p   Car...
MAY 13 2004 15:58 F... RTS/CARL AND WILSON   310 860 0363 TO ... 3103035000033 P.09/14

MGA Entertainment has agreed to assume responsibility for payment of the legal fees incurred as a result of Littler Mendelson's representation of you in the Action. While, at this time, MGA is aware of no facts that would call your truthfulness into question and sees no reason to do so, MGA must reserve its right to terminate this agreement at any time, for any reason and, if appropriate, seek reimbursement of any fees expended in your defense. Any termination of this agreement will be in writing and shall be immediately effective, and upon receipt of that termination notice, you agree to personally assume responsibility for fees under this Agreement on a going forward basis. We will bill you for our services and expenses monthly, and you agree to pay our statements upon presentation. We believe that our billing procedures are simple and clear. Our billings, together with communications with you through telephone conversations, meetings, letters, facsimiles and copies of significant documents, serve to inform you of the work being performed on your behalf. However, should you have any questions or comments about hourly rates, hours charged, billing practices, or expenses, we strongly encourage you to contact us promptly.

2.

MAY 13 2004 16:12                                       4177257936       PAGE.09

Attorneys' Eyes Only        BRYANT2 000011

### Acknowledgment of This Agreement

Please acknowledge this agreement by signing and returning it to us, keeping a signed copy for your records, with your check in the amount of $ , representing the retainer discussed above. We appreciate the confidence you have in Littler Mendelson. We look forward to serving you.

APPROVED, ACCEPTED AND AGREED TO THIS
___13th___ DAY OF May, 2004

ON BEHALF OF CARTER BRYANT,

_[signature]_
CARTER BRYANT

6.

Attorneys' Eyes Only    BRYANT2 000015

# BIENERT, MILLER, & KATZMAN
### A Professional Law Corporation
115 Avenida Miramar
San Clemente, California 92672
Telephone (949) 369-3700 • Facsimile (949) 369-3701

---

January 7, 2010

Ms. Mariana Trueba
truebamariana@hotmail.com

    Re:    <u>Deposition of Mariana Trueba in *Carter Bryant v. Mattel Inc.*, Case No. 2:04-cv-9049DOC</u>

Dear Ms. Trueba:

    Thank you for retaining Bienert, Miller & Katzman PLC ("the Firm") to represent you, Mariana Trueba ("Client" or "You"), in the above referenced matter.

C.     **PAYMENT OF LEGAL FEES**

    Rule 3-310(F) of the <u>Rules of Professional Conduct</u> requires that an attorney not accept compensation for representing a client from a person other than the client unless: (1) there is no interference with the attorney's independent professional judgment or with the attorney-client relationship; (2) information relating to the representation of the client is protected as required by <u>Business and Professions Code</u> Section 6068(e); and (3) the attorney obtains the client's informed written consent to such an arrangement.

    After reviewing pertinent facts and discussing the payment arrangement with counsel for MGA, I do not believe there will be any interference with my independent professional judgment or with our attorney-client relationship as a result of MGA's payment of the firm's fees and costs. Further, I believe that all information relating to my representation of you will be able to be

protected by all relevant privileges. However, I must inform you of these matters and request your written consent to these arrangements. Thus, your execution of this Agreement constitutes such written consent to payment of my fees by MGA. As we have discussed, MGA's payment of the Firm's fees and costs in no way abrogates or diminishes our responsibilities to you as our client.

Retainer Agreement
January 7, 2010
Page 6 of 6

---

     I CONCUR WITH THE CONTENTS OF THIS AGREEMENT CONCERNING REPRESENTATION BY BIENERT, MILLER & KATZMAN, PLC AND AGREE THAT I WILL ABIDE BY ALL CONDITIONS CONTAINED IN THIS AGREEMENT.

Dated: _____          _____
                                                MARIANA TRUEBA

     I AM AUTHORIZED TO ENTER INTO THIS AGREEMENT ON BEHALF OF MGA ENTERTAINMENT, INC. I CONCUR WITH THE CONTENTS OF THIS AGREEMENT CONCERNING THE REPRESENTATION OF MARIANA TRUEBA BY BIENERT, MILLER & KATZMAN, PLC. MGA ENTERTAINMENT, INC. WILL ABIDE BY ALL CONDITIONS CONTAINED IN THIS AGREEMENT, INCLUDING PAYMENT OF MARIANA TRUEBA'S LEGAL FEES AND COSTS ASSOCIATED WITH THIS REPRESENTATION.

                                        MGA ENTERTAINMENT, INC.

DATED: _____
                                By: _____
                                Title: CFO/EVP

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

JOHN W. KEKER

July 19, 2007

**VIA PDF AND FEDERAL EXPRESS**

Craig Holden
MGA Entertainment, Inc.
16360 Roscoe Boulevard
Van Nuys, CA 91406

**RETAINER LETTER**

Dear Craig:

    As you know, Carter Bryant has asked Keker & Van Nest (KVN) to represent him in connection with litigation pending between Mattell, Inc., MGA Entertainment, Inc. ("MGA"), and Carter Bryant, Case Nos. CV 04-9049, CV 04-9059, and CV 05-2727 SGL (RNBx) ("the Litigation"), now pending in the Central District of California. I understand that MGA has agreed to pay for our services, other than transition costs which are being billed directly to Mr. Bryant.