QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[Proposed] ORDER GRANTING ACCESS TO COURTHOUSE TO PLACE NON-PAPER PHYSICAL EXHIBITS IN COURT CUSTODY**<br><br>Date:   TBA<br>Time:   TBA<br>Place:  9D<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

00505.07975/3371312.4

[PROPOSED] ORDER GRANTING MATTEL AND MGA ACCESS TO STORE PHYSICAL EXHIBITS IN COURT

1 **[Proposed] Order**

3   Upon due consideration, it is hereby ORDERED that Mattel, Inc. and MGA Entertainment, Inc., and their respective counsel and staff, may have access to the storage room, including by way of the loading dock, at the Courthouse at 411 W Fourth St, Room 1053, Santa Ana 92701, so that they may place non-paper physical exhibits into Court custody.

   IT IS SO ORDERED.

DATED: March __, 2010                    _____

                                          Hon. David O. Carter
                                          United States District Judge