MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br><br>**THE MGA PARTIES' EX PARTE APPLICATION FOR MODIFICATION OF MARCH 11, 2010 ORDER ADOPTING THE JAN. 21, 2010 REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY MASTER OR, ALTERNATIVELY, FOR A STAY AS TO ITEM NO. 5 OF THAT ORDER (DKT. NO. 7636)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., MGA
Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian
(collectively, the "MGA Parties"), respectfully submit this *ex parte* application
seeking modification of the Order of March 11, 2010, Dkt. No. 7636, adopting the
January 21, 2010 Report and Recommendation of the Electronic Discovery Master.
Specifically, the MGA Parties ask this Court to modify the Order to reflect that this
Court has not adopted the Report and Recommendation to the extent, and only to
the extent, the Report and Recommendation concerns a review of the hard drives of
Isaac Larian, identified in the Order and Report and Recommendation as Item No.
5.  Alternatively, the MGA Parties request that this Court stay its Order with regard
to Item No. 5 and the review of the Isaac Larian hard drives pending resolution of
the MGA Parties' pending objections to Item No. 5 of the Report and
Recommendation.  *See* Dkt. No. 7467.

The MGA Parties make this request, at this Court's suggestion, because still
pending before this Court is the MGA Parties' Objections to the January 21, 2010
relating to Item No. 5.  Dkt. No. 7467.  Moreover, this Court has ordered additional
briefing on the matter due March 15, 2010. Dkt. No. 7595.

Pursuant to Local Rule 7-19.1, counsel for the MGA Parties gave notice of
this Application to counsel for Mattel on March 15, 2010.  Counsel for Mattel, Inc.
includes Michael Zeller and B. Dylan Proctor of Quinn, Emanuel, Urquhart, Oliver
& Hedges, LLP (telephone: 213-443-3000; address: 865 South Figueroa Street,
10th Floor, Los Angeles, CA 90017).

Dated:    March 15, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By:      /s/ *Thomas McConville*
                                           Thomas McConville
                                        Attorneys for MGA Parties

EX PARTE RE MARCH 11, ORDER RE REPORT &
RECOMMENDATION
CV 04-9049 DOC (RNBx)

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  STATEMENT OF FACTS

On February 2, 2010, the MGA Parties timely filed an objection to the Electronic Discovery Master's Report and Recommendation dated January 21, 2010.  Dkt. No. 7467 (The MGA Parties' Objections).  Specifically, the MGA Parties objected to Item No. 5 of the Report and Recommendation, which concerned the review of the hard drives of Isaac Larian.  *Id.*

On February 27, 2010, this Court asked for supplemental briefing on those objections.  Dkt. No. 7595.  This briefing is due and will be filed on March 15, 2010.

On March 11, 2010, prior to the due date of the supplemental briefing, this Court entered an Order adopting the Report and Recommendation, including Item No. 5, the provisions regarding the review of the hard drives of Isaac Larian.  Dkt. No. 7636 (Order).

When counsel for the MGA Parties brought these facts to the Court's attention, this Court suggested that the MGA Parties file an *ex parte* application in order to obtain relief from the March 11, 2010 Order as it pertains to Item No. 5 until such time as the Court decides and considers the MGA Parties' Objections and supplemental briefing.

This *ex parte* therefore follows.

### II.  REQUESTED RELIEF

In light of the pending Objections, Dkt. No. 7467, and in light of this Court's request for supplemental briefing due March 15, 2010, Dkt. No. 7595, the MGA Parties request that this Court modify its March 11, 2010 Order, Dkt. No. 7636, to reflect that the Court has not adopted the Report and Recommendation to the extent it pertains to Item No. 5 and the review of the Isaac Larian hard drives.

Alternatively, the MGA Parties request that this Court stay its March 11, 2010 Order to the extent it pertains to Item No. 5 and the review of the Isaac Larian

1   hard drives until such time as this Court decides and considers the MGA Parties'

2   objections and supplemental briefing.

3         The MGA Parties respectfully submit that such a modification or stay is

4   appropriate given that this Court has not yet decided the MGA Parties Objections

5   and has not yet received or considered the supplemental briefing ordered by this

6   Court.

7         The MGA Parties make this *ex parte* application as requested by this Court

8   when counsel for the MGA Parties raised this issue with this Court following the

9   issuance of this Court's March 11, 2010 Order.

10                                **CONCLUSION**

11        For the foregoing reasons, the MGA Parties respectfully request that this *ex*

12  *parte* application be granted.

13

14  Dated:     March 15, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

15                              By:      */s/ Thomas McConville*
                                          Thomas McConville
16                                      Attorneys for MGA Parties

17

18

19

20

21

22

23

24

25

26

27

28