MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING THE MGA PARTIES' EX PARTE APPLICATION FOR MODIFICATION OF MARCH 11, 2010 ORDER ADOPTING THE JAN. 21, 2010 REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY MASTER OR ALTERNATIVELY, FOR A STAY AS TO ITEM NO. 5 OF THAT ORDER (DKT. NO. 7636)** |

1  The Court, having considered the MGA Parties' Ex Parte Application for Modification, or in the alternative, Stay of this Court's Order of March 11, 2010 adopting the January 21, 2010 Report and Recommendation of the Electronic Discovery Master, HEREBY ORDERS as follows:

The March 11, 2010 Order is modified to reflect that this Court has adopted, as an order of this Court, the January 21, 2010 Report and Recommendation of the Electronic Discovery Master except as to Item No. 5 and those provisions regarding the Isaac Larian hard drives, pending resolution of the MGA Parties' Objections to Item No. 5 of the Report and Recommendation.

[Alternative Order]

This Court stays its March 11, 2010 Order adopting the January 21, 2010 Report and Recommendation of the Electronic Discovery Master to the extent, and only to the extent, the Order pertains to Item No. 5 and those provisions relating to the review of the Isaac Larian hard drives, pending resolution of the MGA Parties' Objections to Item No. 5 of the Report and Recommendation.

**It is so ORDERED.**

Dated: _____, 2010

David O. Carter
United States District Judge