UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTEL, INC., | ) | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff(s), | ) | |
| v. | ) | **O R D E R** COMPELLING PRODUCTION OF FEE AGREEMENTS AND JOINT REPRESENTATION AGREEMENT |
| MGA ENTERTAINMENT, INC., | ) | |
| Defendant(s). | ) | |

On March 11 and March 12, 2010, the Court heard argument concerning the following agreements, which relate to the payment of certain legal fees by MGA.[1] It was represented to the Court by the MGA Parties that all such agreements would be presented to the Court for its *in camera* review by 10:00 a.m. on March 12, 2010. The MGA Parties only

---

[1] The Court previously ordered, on January 26, 2010, that "Mattel and the MGA Parties shall, on or before February 2, 2010, produce all nonprivileged documents referring or relating to fee and/or indemnity agreements concerning Carter Bryant and/or Pablo Vargas, including the agreements themselves, as well as any demands for payment and/or indemnification."

1  partially did so.

2        Upon further review of the agreements at issue, as well as the parties' oral 3 argument, the Court ORDERS that the MGA Parties produce Bates stamped unredacted versions 4 of the below-identified fee agreements and joint representation agreement on or before 1:00 p.m. 5 on March 13, 2010. The amounts charged for legal fees, as represented in the agreements, are 6 relevant to the extent of the MGA Parties' commitment to the representations at issue, and are 7 therefore relevant to bias. Any fee agreements entered into between Mattel and any potential 8 witness to this lawsuit shall be produced in unredacted form to the MGA Parties on or before 9 1:00 p.m. on March 13, 2010. By the stipulation of the parties, sanctions of $1,000.00 per hour 10 will be imposed for each hour of non-compliance with the instant Order after 1:00 p.m. on 11 Saturday March 13, 2010.

12        The below agreements have already been disclosed, in redacted form, to the parties 13 pursuant to the Court's March 12, 2010 Order Compelling Production of Redacted Fee 14 Agreements and Joint Representation Agreement.

15      1. May 4, 2010 letter memorializing joint representation of MGA Entertainment, MGA de Mexico, MGA (HK), Isaac Larian and Didier Pietri by Orrick, Herrington & Sutcliffe LLP.

18      2. May 13, 2004 "Engagement Agreement" entered into between Littler Mendelson and Carter Bryant.

20      3. January 7, 2010 representation letter from Bienert, Miller & Katzman to Ms. Mariana Trueba.

22      4. July 19, 2007 "Retainer Letter" from Keker & Van Nest LLP to Craig Holden, MGA Entertainment, Inc.

24      5. March 25, 2008 Retention Letter from Stockwoods Barristers to Jeanine M. Pisoni, attaching Retainer, Retainer Agreement, and Notice of Intent to Defend.

27      6. August 28, 2009 letter from Scheper Kim & Overland LLP to Jeanine Pisoni entitled "Mattel v. MGA Entertainment, et al."

7. May 14, 2008 letter from Orrick, Herrington & Sutcliffe LLP to Jeanine Pisoni entitled "Representation of Jorge Castilla."

8. December 11, 2006 letter from Beck, De Corso, Daly, Kreindler & Harris to Jorge Castilla entitled "Government Investigation."

9. February 24, 2010 letter from Lynnette Brawer, Esq. entitled "Invoice for Services Rendered."

IT IS SO ORDERED.

DATED: March 12, 2010

_____
DAVID O. CARTER
United States District Judge