QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 12 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC. a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING ACCESS TO COURTHOUSE TO PLACE NON-PAPER PHYSICAL EXHIBITS IN COURT CUSTODY**<br><br>Date: TBA<br>Time: TBA<br>Place: 9D<br><br>Phase 2<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

[PROPOSED] ORDER GRANTING MATTEL AND MGA ACCESS TO STORE PHYSICAL EXHIBITS IN COURT

## ORDER

Upon due consideration, it is hereby ORDERED that Mattel, Inc. and MGA Entertainment, Inc., and their respective counsel and staff, may have access to the storage room, including by way of the loading dock, at the Courthouse at 411 W Fourth St, Room 1053, Santa Ana 92701, so that they may place non-paper physical exhibits into Court custody.

IT IS SO ORDERED.

DATED: March _12_, 2010    _/s/ David O. Carter_
Hon. David O. Carter
United States District Judge