QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>Hon. David O. Carter<br><br>**STIPULATION RE DEPOSITION OF MGA DE MEXICO, S.R.L. DE C.V.**<br><br>**Phase 2:**<br>Disc. Cut-off:      TBD<br>Pre-trial Conf.:   TBD<br>Trial Date:          TBD |

1  WHEREAS, on February 25, 2010, the Court ordered the parties to
2  meet and confer as to a date for the resumed deposition of the 30(b)(6) designee of
3  MGA de Mexico, S.R.L. de C.V., but requiring the deposition take place before
4  March 15, 2010;
5  WHEREAS, the parties have met and conferred and determined that
6  March 17, 2010, is the most satisfactory date for the resumed deposition, taking into
7  account the schedules of the witness, counsel and the Discovery Master and the time
8  MGA Mexico needs to prepare its witness;
9  WHEREAS, March 17, 2010 is two days after the date ordered by the
10  Court;
11  NOW, THEREFORE, MGA Entertainment, Inc., MGA Entertainment
12  (HK) Ltd., Isaac Larian, MGAE de Mexico, S.R.L. de C.V., Carlos Gustavo
13  Machado Gomez and Mattel, Inc., by and through their respective counsel of record,
14  and subject to the Court's approval, hereby stipulate and agree that the resumed
15  /
16  /
17  /
18  /
19  /
20  /
21  /
22  /
23  /
24  /
25  /
26  /
27  /
28  /

deposition of the 30(b)(6) designee of MGA de Mexico, S.R.L. de C.V., shall proceed on March 17, 2010.

IT IS SO STIPULATED.

DATED: March 15, 2010

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *Jon Corey*
Jon Corey
Attorneys for Mattel, Inc.

DATED: March 15, 2010

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By *William Molinski /jsc*
William Molinski
Attorneys for the MGA Parties

DATED: March 15, 2010

SCHEPER KIM & OVERLAND LLP

By *Alexander Cote /jsc*
Alexander Cote
Attorneys for Carlos Gustavo Machado Gomez