UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER RE STIPULATION RE DEPOSITION OF MGA DE MEXICO, S.R.L. DE C.V. |

00505.07975/3373628.1

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

      Based on the concurrently filed joint stipulation, and for good cause shown, IT IS HEREBY ORDERED that the resumed deposition of the Rule 30(b)(6) designee of MGA de Mexico, S.R.L. de C.V., shall proceed on March 17, 2010.

DATED:                    . 2010  _____
                                          Hon. David O. Carter
                                          United States District Judge