Case 2:04-cv-09049-DOC-RNB   Document 7647   Filed 03/15/10   Page 1 of 8   Page ID #:259087
SACV 04-9049 DOC - 3/10/2010 - Volume I

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

```
CARTER BRYANT,                    )
                                  )
          Plaintiff,              )
                                  )
     vs.                          ) No. SACV 04-9049 DOC
                                  )     Volume I
MATTEL, INC.,                     )
                                  )
          Defendant.              )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Status Conference

Santa Ana, California

Wednesday, March 10, 2010

Debbie Gale, CSR 9472, RPR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

04cv9049 Mattel 2010-03-10 V1

**APPEARANCES OF COUNSEL:**

FOR INTERVENER DEFENDANT MGA ENTERTAINMENT, INC.:

    ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
    BY:  THOMAS S. McCONVILLE
        MARK P. WINE
        Attorneys at Law
    4 Park Plaza
    Suite 1600
    Irvine, California 92614
    (949) 567-6700

FOR DEFENDANT MATTEL, INC.:

    QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
    BY:  MICHAEL T. ZELLER
        JOHN QUINN
        Attorneys at Law
    865 South Figueroa Street
    10th Floor
    Los Angeles, California 90017
    (213) 443-3000

| | | |
|---|---|---|
| 1 | **I N D E X** | |
| 2 | **PROCEEDINGS** | **PAGE** |
| 3 | Status Conference | 4 |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, WEDNESDAY, MARCH 10, 2010**         |
|       | 2  | **Volume I**                                                 |
|       | 3  | (10:02 A.M.)                                                 |
| 09:52 | 4  | THE COURT: Counsel, good morning.                            |
| 10:02 | 5  | Mr. McConville --                                            |
| 10:02 | 6  | MR. WINE: I apologize, Your Honor. He stepped                |
| 10:02 | 7  | outside for a second.                                        |
| 10:02 | 8  | THE COURT: Would you go get him.                             |
| 10:02 | 9  | MR. QUINN: Your Honor, while we're waiting --                |
| 10:02 | 10 | THE COURT: Thank you very much, Mr. Quinn.                   |
| 10:02 | 11 | Mr. McConville is present. Mr. Quinn is present.             |
| 10:02 | 12 | You can introduce yourself.                                  |
| 10:02 | 13 | MR. ZELLER: Mike Zeller.                                     |
| 10:02 | 14 | THE COURT: I'm so used to "Mike" and "John" that             |
| 10:02 | 15 | I apologize to you.                                          |
| 10:02 | 16 | MR. McCONVILLE: Your Honor, may I introduce Mark             |
| 10:02 | 17 | Wine today.                                                  |
| 10:02 | 18 | MR. WINE: Good morning.                                      |
| 10:02 | 19 | THE COURT: Good morning.                                     |
| 10:02 | 20 | Have we heard anything from Mr. Margolis, Counsel?           |
| 10:02 | 21 | MR. ZELLER: We have, Your Honor.                             |
| 10:02 | 22 | Mr. McConville is on these e-mails as well. We               |
| 10:02 | 23 | understand that Mr. Wing does have some availability and is  |
| 10:03 | 24 | willing to make himself available. He was just looking for   |
| 10:03 | 25 | a more definitive time since it does take away from his      |

```
10:03   1   work.  Mr. Margolis, as I understand it, is committed to
10:03   2   this trial and has that trial conflict apparently.  So as I
10:03   3   understand the issue -- and I'm sort of a bystander on this,
10:03   4   so I'll do my best, but Mr. Wing -- because of the
10:03   5   unavailabilty of his counsel, I think that he is willing --
10:03   6   willing to agree to proceed with working with the Court to
10:03   7   do a review of the notes without his counsel present.
10:03   8             Now, from the e-mails, it appears that there may
10:03   9   be an issue.
10:03  10             THE COURT:  When is he available?
10:03  11             MR. ZELLER:  Well, from the e-mail, it's --
10:03  12   basically, it sounded like he would be available potentially
10:03  13   today.
10:03  14             THE COURT:  Okay.
10:03  15             MR. ZELLER:  And then potentially Friday were the
10:03  16   days that were mentioned.
10:03  17             THE COURT:  Today is fine.
10:03  18             MR. ZELLER:  So it's a matter of just pinning down
10:04  19   the exact time for Mr. Wing.
10:04  20             THE COURT:  He can come down.
10:04  21             MR. ZELLER:  In fact, this e-mail came in a few
10:04  22   minutes ago, so I was waiting for Your Honor in order to
10:04  23   respond.
10:04  24             THE COURT:  Why don't both of you join together so
10:04  25   it's a mutual communication, and see when he can come down.
```

Case 2:04-cv-09049-DOC-RNB   Document 7647   Filed 03/15/10   Page 6 of 8   Page ID #:259092
SACV 04-9049 DOC - 3/10/2010 - Volume I

6

| | | |
|---|---|---|
| 10:04 | 1 | MR. McCONVILLE: Your Honor, I think one of the |
| 10:04 | 2 | concerns Mr. Zeller -- that's in the e-mail that Mr. Zeller |
| 10:04 | 3 | was talking about is that his lawyer cannot be here.  So, |
| 10:04 | 4 | Mr. Wing has his own counsel and he can't be here.  And I |
| 10:04 | 5 | think one of the statements he made in the e-mail was, "I'd |
| 10:04 | 6 | be okay with the Court talking to Mr. Wing in camera without |
| 10:04 | 7 | any of the parties present."  The difficulty with that is -- |
| 10:04 | 8 | THE COURT:  No.  This case already is astounding. |
| 10:04 | 9 | So, no, I won't be doing that.  That's how Judge Larsen, |
| 10:04 | 10 | Robert O'Brien, everybody has been suspect by different |
| 10:04 | 11 | parties at different times because there have been too many |
| 10:04 | 12 | ex parte communications. |
| 10:04 | 13 | Now, there's going to be transparency in this |
| 10:05 | 14 | matter. |
| 10:05 | 15 | Well, I guess Mr. Margolis isn't engaged after |
| 10:05 | 16 | 5:00 o'clock in trial, is he? |
| 10:05 | 17 | MR. ZELLER:  I don't know the answer to that.  We |
| 10:05 | 18 | can go find out. |
| 10:05 | 19 | THE COURT:  Okay.  And Mr. Wing should be |
| 10:05 | 20 | available after 5:00 o'clock, and his attorney should be |
| 10:05 | 21 | available.  So if they can't come down during normal hours, |
| 10:05 | 22 | then 5:00 o'clock. |
| 10:05 | 23 | MR. ZELLER:  We'll communicate that, Your Honor. |
| 10:05 | 24 | THE COURT:  Okay.  Why don't you do that and then |
| 10:05 | 25 | I'll come back with you. |

| | | |
|---|---|---|
| 10:05 | 1 | MR. QUINN: Your Honor, may I request the |
| 10:05 | 2 | Court's -- may I address the court? |
| 10:05 | 3 | THE COURT: Sure. Be right with you in just a |
| 10:05 | 4 | minute. |
| 10:05 | 5 | *(Informal discussion betweeen Mr. Quinn and* |
| 10:05 | 6 | *the Court not reported.)* |
| 11:41 | 7 | *(Recess held at 10:05 a.m.)* |
| 11:03 | 8 | *(Further proceedings reported by Jane Rule* |
| 11:03 | 9 | *in Volume II.)* |
| 11:41 | 10 | -oOo- |

```
11:41    1                              -oOo-

11:41    2

11:41    3                           CERTIFICATE

11:41    4

11:41    5        I hereby certify that pursuant to Section 753,

11:41    6   Title 28, United States Code, the foregoing is a true and

11:41    7   correct transcript of the stenographically reported

11:41    8   proceedings held in the above-entitled matter and that the

11:41    9   transcript page format is in conformance with the

11:41   10   regulations of the Judicial Conference of the United States.

11:41   11

11:41   12   Date:  March 15, 2010

11:41   13

11:41   14
11:41
11:41   15                          _____
11:41                               DEBBIE GALE, U.S. COURT REPORTER
11:41   16                          CSR NO. 9472, RPR

11:41   17

        18

        19

        20

        21

        22

        23

        24

        25
```