UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                                        Date   March 11, 2010

Title   CARTER BRYANT v. MATTEL, INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Kristee Hopkins | Debbie Gale, Jane Sutton and Sharon Seffens | N/A |
| Deputy Clerk | Court Reporters | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michael Zeller<br>Marshall Searcy | Thomas McConville<br>Mark Wine<br>William Molinski | |

Proceedings:   STATUS CONFERENCE

      Cause is called and counsel state their appearances. Court and counsel confer throughout the day regarding discovery. The transcripts of the proceedings are incorporated by reference into this minute order.

      Counsel are ordered to appear for a status conference on March 12, 2010 at 8:30 a.m.

                                                                                   **6**   :   **45**

Initials of Preparer   sdm