UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                                                    Date   March 10, 2010

Title   CARTER BRYANT v. MATTEL, INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Kristee Hopkins | Jane Sutton Sharon Seffens and Debbie Gale | N/A |
| Deputy Clerk | Court Reporters | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller | Thomas McConville<br>Mark Wine<br>William Molinski<br>Mike Margolis, by telephone |

Proceedings:   STATUS CONFERENCE
                        MOTION HEARING

      Cause is called and counsel state their appearances.   Court and counsel confer throughout the day regarding discovery.  Court and MGA Parties' attorneys review documents with Brian Wing, his counsel appearing telephonically. The transcripts of the proceedings are incorporated by reference into this minute order.

      International Corporate Advisors' Maria Maldonado-Bashaw appears pursuant to Court order at 6:00 p.m.  Ms. Maldonado-Bashaw addresses the Court.

      Counsel are ordered to appear for a status conference on March 11, 2010 at 8:30 a.m.

|  |  | 7 | : | 00 |
|---|---|---|---|---|
|  |  | 1 |  | 30 |
|  | Initials of Preparer | sdm |  |  |