UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No.   CV04-9049-DOC(RNBx) | | Date   March 12, 2010 |
| Title   CARTER BRYANT v. MATTEL, INC. | | |

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Kristee Hopkins | Debbie Gale and Jane Sutton | N/A |
| Deputy Clerk | Court Reporters | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michael Zeller<br>Marshall Searcy | Thomas McConville | |

Proceedings:   STATUS CONFERENCE

     Cause is called and counsel state their appearances. Court and counsel confer on and off the record regarding discovery. The transcripts of the proceedings are incorporated by reference into this minute order.

     Counsel are ordered to appear for a status conference regarding exhibits on March 13, 2010 at 8:00 a.m. and for a motion hearing at 1:00 p.m.

 

                                                                              **3**   :   **20**

                                          Initials of Preparer   sdm