FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER RE STIPULATION RE DEPOSITION OF MGA DE MEXICO, S.R.L. DE C.V. |

00505.07975/3373628.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed joint stipulation, and for good cause shown, IT IS HEREBY ORDERED that the resumed deposition of the Rule 30(b)(6) designee of MGA de Mexico, S.R.L. de C.V., shall proceed on March 17, 2010.

DATED: *March 15*, 2010   *David O. Carter*
Hon. David O. Carter
United States District Judge