### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                                                    Date   March 13, 2010

Title   CARTER BRYANT v. MATTEL, INC.

---

Present: The Honorable    David O. Carter, U.S. District Judge

| Stephanie Mikhail | Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporters | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Annette Hurst |
| John Quinn | William Molinski |
| Scott Watson | |

Proceedings:   STATUS CONFERENCE
               MOTION HEARING RE. MGA PARTIES OBJECTIONS TO DISCOVERY ORDER NO. 90

      Court and counsel confer off the record regarding exhibits including issues of storage and access. Counsel for MGA Parties are ordered to deliver the remaining exhibits to the Court no later than 4:00 p.m.

      Court addresses counsel on the record regarding the MGA Parties Objections to Discovery Order No. 90.  Counsel argue.

      Counsel are ordered to appear before the Court at a status conference on Tuesday, March 16, 2010 at 8:00 a.m.

|  | : | 20 |
|---|---|---|
|  | 2 | 45 |

Initials of Preparer   sdm