MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF WILLIAM A. MOLINSKI RE BATES RANGES FOR MGA MEXICO DOCUMENT PRODUCTIONS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

### DECLARATION OF WILLIAM A. MOLINSKI

I, WILLIAM A. MOLINSKI, declare:

1.   I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.   On March 11, 2009, I received a list of document bates ranges from Mattel's counsel that Mattel claims they have not received from MGA.  Attached hereto as **Exhibit A** is a true and correct copy of the list provided by Mattel.

3.   MGA has previously represented that the documents on Mattel's list are either not missing and have been produced, or that there is no document associated with that bates number.  Upon receiving Mattel's list, MGA counsel conducted a diligent search and an exhaustive inquiry for documents within the ranges provided by Mattel.  As a result of this effort, counsel has confirmed the following:

a)   The bates ranges identified by Mattel refer exclusively to document productions originally made by MGA counsel prior to Orrick's entry into this action on July 3, 2009.

b)   MGA counsel has identified 759 documents with production numbers within the ranges provided by Mattel.  Some of these documents appear to have been marked as trial exhibits during trial in Phase I.  It is MGA's understanding that these documents were previously produced to Mattel.  Nevertheless, MGA will again produce these documents to Mattel.  Attached hereto as **Exhibit B** is true and correct copy of an image of a CD containing 759 documents from MGA's production database that are within the ranges identified by Mattel.  A copy of this CD was produced to Mattel's counsel on March 17, 2010.

/ / /

4.      Attached hereto as **Exhibit C** is a chart that compares the bates ranges identified by Mattel to the records found with MGA's production database.  The records found within MGA's production database are listed in the "Documents Within Range" column of Exhibit C.  Also included are the ranges identified by Mattel for which MGA was not able to locate a document within its production database.  The ranges for which MGA was not able to locate a document are listed in the "True Gaps In Production" column of Exhibit C.

5.      Based on all of the information available to me, and the extensive search conducted by and at the direction of MGA counsel, I affirm under penalty of perjury that there are no documents within MGA's production database associated with the bates ranges identified in the "True Gaps In Production" column of Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Los Angeles, California on the 17th of March, 2010.

_/s William A. Molinski_
William A. Molinski

DECLARATION OF WILLIAM A. MOLINSKI
CV 04-9049 DOC (RNBx)

# EXHIBIT

# A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

## Gaps in Production

| |
|---|
| MGA 0616178 - MGA 0799999 |
| MGA 0887426 - MGA 0999999 |
| MGA 3789915 - MGA 3793951 |
| MGA 3854589 - MGA 3857634 |
| MGA 3857549 - MGA 3857584 |
| MGA 3857637 - MGA 3857638 |
| MGA 3857643 - MGA 3857890 |
| MGA 3857892 - MGA 3857897 |
| MGA 3857899 - MGA 3857928 |
| MGA 3857931 - MGA 3857969 |
| MGA 3857972 - MGA 3857984 |
| MGA 3857989 - MGA 3858004 |
| MGA 3858005 - MGA 3861999 |
| MGA 3862529 - MGA 3865981 |
| MGA 3881089 - MGA 3881129 |
| MGA 3896995 - MGA 3999999 |
| MGA 4453564 - MGA 4453637 |
| MGA 4453777 - MGA 4453788 |
| MGA 4453980 - MGA 4454016 |
| MGA 4454049 - MGA 4454059 |
| MGA 4454179 - MGA 4454249 |
| MGA 4454266 - MGA 4454294 |
| MGA 4455834 - MGA 4455954 |
| MGA 4458214 - MGA 4458227 |
| MGA 4458235 - MGA 4458311 |
| MGA 4463014 - MGA 4463018 |
| MGA 4463020 |
| MGA 4463024 - MGA 4463026 |

EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
|---|
| MGA 4463028 - MGA 4463032 |
| MGA 4463034 - MGA 4463036 |
| MGA 4463038 - MGA 4463039 |
| MGA 4463043 |
| MGA 4463045 - MGA 4463046 |
| MGA 4463048 - MGA 4463049 |
| MGA 4463051 - MGA 4463052 |
| MGA 4463054 |
| MGA 4463060 - MGA 4463063 |
| MGA 4463184 - MGA4463197 |
| MGA 4463199 |
| MGA 4463201 - MGA 4463202 |
| MGA 4463206 - MGA 4463207 |
| MGA 4463211 - MGA 4463212 |
| MGA 4463214 |
| MGA 4463216 - MGA 4463217 |
| MGA 4463221 |
| MGA 4463223 |
| MGA 4463225 - MGA 4463229 |
| MGA 4463231 |
| MGA 4463233 - MGA 4463235 |
| MGA 4463852 - MGA 4466135 |

EXHIBIT A

PAGE 4

Case No. CV 04-9049 SGL (RNBx)
STIPULATION RE BATES RANGES

00505.07975/3368637.1

# EXHIBIT

# B



*Mattel, Inc.*
*v.*
*MGA Entertainment, Inc., et. al.*

No. CV 04-09049-DOC (RNBx)
[Consolidated with CV 04-9059 & CV 05-277]

ORRICK

Exhibit B to Declaration of William A.
Molinski re Bates Ranges for MGA
Mexico Document Production

03/17/2010

# EXHIBIT

# C

*MGA v. Mattel*
U.S. District Court – Central District California
Case No. SACV -4-9049 DOC (RNBx)

**Exhibit C To Declaration of William A Molinski re
Bates Ranges for MGA Mexico Document Productions**

| | Range Identified by Mattel | Documents Within Range | True Gaps In Production |
|---|---|---|---|
| 1 | MGA 0616178 - MGA 0799999 | None | MGA 0616178 - MGA 0799999 |
| 2 | MGA 0887426 - MGA 0999999 | None | MGA 0887426 - MGA 0999999 |
| 3 | MGA 3789915 - MGA 3793951 | None | MGA 3789915 - MGA 3793951 |
| 4 | MGA 3854589 - MGA 3857634 | MGA 3854567-MGA 3854597; MGA 3854598-MGA 3854626; MGA 3854627-MGA 3854657; MGA 3854658-MGA 3854687; MGA 3854688-MGA 3854718; MGA 3854719-MGA 3854748; MGA 3854749-MGA 3854779; MGA 3854780-MGA 3854810; MGA 3854811-MGA 3854840; MGA 3854841-MGA 3854871; MGA 3854872-MGA 3854901; MGA 3854902-MGA 3854932; MGA 3854933-MGA 3854963; MGA 3854964-MGA 3854992; MGA 3854993-MGA 3855023; | MGA 3857506-MGA 3857544; MGA 3857549-MGA 3857584; MGA 3857589-MGA 3857634 |

EXHIBIT C
PAGE 06

| | | | |
|---|---|---|---|
| | | MGA 3855024-<br>MGA 3855053;<br>MGA 3855054-<br>MGA 3855084;<br>MGA 3855085-<br>MGA 3855114;<br>MGA 3855115-<br>MGA 3855145;<br>MGA 3855146-<br>MGA 3855176;<br>MGA 3855177-<br>MGA 3855206;<br>MGA 3855207-<br>MGA 3855237;<br>MGA 3855238-<br>MGA 3855267;<br>MGA 3855268-<br>MGA 3855298;<br>MGA 3855299-<br>MGA 3855329;<br>MGA 3855330-<br>MGA 3855358;<br>MGA 3855359-<br>MGA 3855389;<br>MGA 3855390-<br>MGA 3855419;<br>MGA 3855420-<br>MGA 3855450;<br>MGA 3855451-<br>MGA 3855480;<br>MGA 3855481-<br>MGA 3855511;<br>MGA 3855512-<br>MGA 3855542;<br>MGA 3855543-<br>MGA 3855572;<br>MGA 3855573-<br>MGA 3855603;<br>MGA 3855604-<br>MGA 3855633;<br>MGA 3855634-<br>MGA 3855664;<br>MGA 3855665-<br>MGA 3855695;<br>MGA 3855696-<br>MGA 3855724; | |

EXHIBIT C<br>PAGE 07

| | | | |
|---|---|---|---|
| | | MGA 3855725-MGA 3855755;<br>MGA 3855756-MGA 3855785;<br>MGA 3855786-MGA 3855816;<br>MGA 3855817-MGA 3855846;<br>MGA 3855847-MGA 3855877;<br>MGA 3855878-MGA 3855908;<br>MGA 3855909-MGA 3855938;<br>MGA 3855939-MGA 3855969;<br>MGA 3855970-MGA 3855999;<br>MGA 3856000-MGA 3856030;<br>MGA 3856031-MGA 3856061;<br>MGA 3856062-MGA 3856090;<br>MGA 3856091-MGA 3856121;<br>MGA 3856122-MGA 3856151;<br>MGA 3856152-MGA 3856182;<br>MGA 3856183-MGA 3856212;<br>MGA 3856213-MGA 3856243;<br>MGA 3856244-MGA 3856274;<br>MGA 3856275-MGA 3856304;<br>MGA 3856305-MGA 3856335;<br>MGA 3856336-MGA 3856365;<br>MGA 3856366-MGA 3856396;<br>MGA 3856397-MGA 3856397; | |

EXHIBIT C<br>PAGE 08

| | | | |
|---|---|---|---|
| | | MGA 3856398-MGA 3856400;<br>MGA 3856401-MGA 3856401;<br>MGA 3856402-MGA 3856403;<br>MGA 3856404-MGA 3856405;<br>MGA 3856406-MGA 3856406;<br>MGA 3856407-MGA 3856408;<br>MGA 3856409-MGA 3856410;<br>MGA 3856411-MGA 3856412;<br>MGA 3856413-MGA 3856414;<br>MGA 3856415-MGA 3856416;<br>MGA 3856417-MGA 3856418;<br>MGA 3856419-MGA 3856420;<br>MGA 3856421-MGA 3856422;<br>MGA 3856423-MGA 3856424;<br>MGA 3856425-MGA 3856426;<br>MGA 3856427-MGA 3856428;<br>MGA 3856429-MGA 3856430;<br>MGA 3856431-MGA 3856432;<br>MGA 3856433-MGA 3856434;<br>MGA 3856435-MGA 3856436;<br>MGA 3856437-MGA 3856438;<br>MGA 3856439-MGA 3856440;<br>MGA 3856441-MGA 3856442; | |

EXHIBIT C<br>PAGE 09

| | | | |
|---|---|---|---|
| | | MGA 3856443-<br>MGA 3856444;<br>MGA 3856445-<br>MGA 3856446;<br>MGA 3856447-<br>MGA 3856448;<br>MGA 3856449-<br>MGA 3856450;<br>MGA 3856451-<br>MGA 3856452;<br>MGA 3856453-<br>MGA 3856454;<br>MGA 3856455-<br>MGA 3856456;<br>MGA 3856457-<br>MGA 3856458;<br>MGA 3856459-<br>MGA 3856460;<br>MGA 3856461-<br>MGA 3856462;<br>MGA 3856463-<br>MGA 3856464;<br>MGA 3856465-<br>MGA 3856466;<br>MGA 3856467-<br>MGA 3856468;<br>MGA 3856469-<br>MGA 3856469;<br>MGA 3856470-<br>MGA 3856470;<br>MGA 3856471-<br>MGA 3856472;<br>MGA 3856473-<br>MGA 3856474;<br>MGA 3856475-<br>MGA 3856476;<br>MGA 3856477-<br>MGA 3856478;<br>MGA 3856479-<br>MGA 3856480;<br>MGA 3856481-<br>MGA 3856482;<br>MGA 3856483-<br>MGA 3856484;<br>MGA 3856485-<br>MGA 3856486; | |

EXHIBIT C<br>PAGE 10

| | | MGA 3856487-MGA 3856488; MGA 3856489-MGA 3856490; MGA 3856491-MGA 3856492; MGA 3856493-MGA 3856494; MGA 3856495-MGA 3856496; MGA 3856497-MGA 3856498; MGA 3856499-MGA 3856500; MGA 3856501-MGA 3856502; MGA 3856503-MGA 3856504; MGA 3856505-MGA 3856506; MGA 3856507-MGA 3856508; MGA 3856509-MGA 3856510; MGA 3856511-MGA 3856512; MGA 3856513-MGA 3856515; MGA 3856516-MGA 3856517; MGA 3856518-MGA 3856519; MGA 3856520-MGA 3856521; MGA 3856522-MGA 3856523; MGA 3856524-MGA 3856525; MGA 3856526-MGA 3856527; MGA 3856528-MGA 3856529; MGA 3856530-MGA 3856530; MGA 3856531-MGA 3856531; | |
|---|---|---|---|

EXHIBIT C
PAGE 11

| | | | |
|---|---|---|---|
| | | MGA 3856532-MGA 3856534; | |
| | | MGA 3856535-MGA 3856536; | |
| | | MGA 3856537-MGA 3856538; | |
| | | MGA 3856539-MGA 3856540; | |
| | | MGA 3856541-MGA 3856542; | |
| | | MGA 3856543-MGA 3856544; | |
| | | MGA 3856545-MGA 3856546; | |
| | | MGA 3856547-MGA 3856548; | |
| | | MGA 3856549-MGA 3856550; | |
| | | MGA 3856551-MGA 3856552; | |
| | | MGA 3856553-MGA 3856554; | |
| | | MGA 3856555-MGA 3856556; | |
| | | MGA 3856557-MGA 3856558; | |
| | | MGA 3856559-MGA 3856560; | |
| | | MGA 3856561-MGA 3856562; | |
| | | MGA 3856563-MGA 3856564; | |
| | | MGA 3856565-MGA 3856566; | |
| | | MGA 3856567-MGA 3856568; | |
| | | MGA 3856569-MGA 3856570; | |
| | | MGA 3856571-MGA 3856574; | |
| | | MGA 3856575-MGA 3856576; | |
| | | MGA 3856577-MGA 3856578; | |
| | | MGA 3856579-MGA 3856580; | |

EXHIBIT C
PAGE 12

| | | | |
|---|---|---|---|
| | | MGA 3856581-MGA 3856582; | |
| | | MGA 3856583-MGA 3856584; | |
| | | MGA 3856585-MGA 3856586; | |
| | | MGA 3856587-MGA 3856588; | |
| | | MGA 3856589-MGA 3856590; | |
| | | MGA 3856591-MGA 3856592; | |
| | | MGA 3856593-MGA 3856594; | |
| | | MGA 3856595-MGA 3856596; | |
| | | MGA 3856597-MGA 3856597; | |
| | | MGA 3856598-MGA 3856598; | |
| | | MGA 3856599-MGA 3856600; | |
| | | MGA 3856601-MGA 3856602; | |
| | | MGA 3856603-MGA 3856604; | |
| | | MGA 3856605-MGA 3856606; | |
| | | MGA 3856607-MGA 3856608; | |
| | | MGA 3856609-MGA 3856610; | |
| | | MGA 3856611-MGA 3856612; | |
| | | MGA 3856613-MGA 3856614; | |
| | | MGA 3856615-MGA 3856616; | |
| | | MGA 3856617-MGA 3856618; | |
| | | MGA 3856619-MGA 3856620; | |
| | | MGA 3856621-MGA 3856622; | |
| | | MGA 3856623-MGA 3856624; | |

EXHIBIT C
PAGE 13

| | | | |
|---|---|---|---|
| | | MGA 3856625-<br>MGA 3856626;<br>MGA 3856627-<br>MGA 3856628;<br>MGA 3856629-<br>MGA 3856630;<br>MGA 3856631-<br>MGA 3856632;<br>MGA 3856633-<br>MGA 3856634;<br>MGA 3856635-<br>MGA 3856636;<br>MGA 3856637-<br>MGA 3856638;<br>MGA 3856639-<br>MGA 3856640;<br>MGA 3856641-<br>MGA 3856642;<br>MGA 3856643-<br>MGA 3856644;<br>MGA 3856645-<br>MGA 3856646;<br>MGA 3856647-<br>MGA 3856648;<br>MGA 3856649-<br>MGA 3856650;<br>MGA 3856651-<br>MGA 3856652;<br>MGA 3856653-<br>MGA 3856654;<br>MGA 3856655-<br>MGA 3856656;<br>MGA 3856657-<br>MGA 3856658;<br>MGA 3856659-<br>MGA 3856659;<br>MGA 3856660-<br>MGA 3856660;<br>MGA 3856661-<br>MGA 3856663;<br>MGA 3856664-<br>MGA 3856665;<br>MGA 3856666-<br>MGA 3856667;<br>MGA 3856668-<br>MGA 3856669; | |

EXHIBIT C<br>PAGE 14

| | | | |
|---|---|---|---|
| | | MGA 3856670-MGA 3856671; | |
| | | MGA 3856672-MGA 3856673; | |
| | | MGA 3856674-MGA 3856675; | |
| | | MGA 3856676-MGA 3856677; | |
| | | MGA 3856678-MGA 3856679; | |
| | | MGA 3856680-MGA 3856681; | |
| | | MGA 3856682-MGA 3856683; | |
| | | MGA 3856684-MGA 3856685; | |
| | | MGA 3856686-MGA 3856687; | |
| | | MGA 3856688-MGA 3856689; | |
| | | MGA 3856690-MGA 3856691; | |
| | | MGA 3856692-MGA 3856693; | |
| | | MGA 3856694-MGA 3856695; | |
| | | MGA 3856696-MGA 3856697; | |
| | | MGA 3856698-MGA 3856699; | |
| | | MGA 3856700-MGA 3856701; | |
| | | MGA 3856702-MGA 3856703; | |
| | | MGA 3856704-MGA 3856705; | |
| | | MGA 3856706-MGA 3856707; | |
| | | MGA 3856708-MGA 3856709; | |
| | | MGA 3856710-MGA 3856711; | |
| | | MGA 3856712-MGA 3856713; | |
| | | MGA 3856714-MGA 3856715; | |

EXHIBIT C
PAGE 15

| | | MGA 3856716-MGA 3856717; MGA 3856718-MGA 3856719; MGA 3856720-MGA 3856721; MGA 3856722-MGA 3856723; MGA 3856724-MGA 3856724; MGA 3856725-MGA 3856725; MGA 3856726-MGA 3856727; MGA 3856728-MGA 3856729; MGA 3856730-MGA 3856731; MGA 3856732-MGA 3856733; MGA 3856734-MGA 3856735; MGA 3856736-MGA 3856737; MGA 3856738-MGA 3856739; MGA 3856740-MGA 3856741; MGA 3856742-MGA 3856743; MGA 3856744-MGA 3856745; MGA 3856746-MGA 3856747; MGA 3856748-MGA 3856749; MGA 3856750-MGA 3856751; MGA 3856752-MGA 3856753; MGA 3856754-MGA 3856755; MGA 3856756-MGA 3856757; MGA 3856758-MGA 3856759; | |

EXHIBIT C
PAGE 16

| | | | |
|---|---|---|---|
| | | MGA 3856760-MGA 3856761; MGA 3856762-MGA 3856763; MGA 3856764-MGA 3856765; MGA 3856766-MGA 3856767; MGA 3856768-MGA 3856769; MGA 3856770-MGA 3856771; MGA 3856772-MGA 3856773; MGA 3856774-MGA 3856775; MGA 3856776-MGA 3856777; MGA 3856778-MGA 3856779; MGA 3856780-MGA 3856781; MGA 3856782-MGA 3856783; MGA 3856784-MGA 3856785; MGA 3856786-MGA 3856786; MGA 3856787-MGA 3856787; MGA 3856788-MGA 3856789; MGA 3856790-MGA 3856791; MGA 3856792-MGA 3856793; MGA 3856794-MGA 3856795; MGA 3856796-MGA 3856797; MGA 3856798-MGA 3856799; MGA 3856800-MGA 3856801; MGA 3856802-MGA 3856803; | |

EXHIBIT C
PAGE 17

| | | | |
|---|---|---|---|
| | | MGA 3856804-<br>MGA 3856805;<br>MGA 3856806-<br>MGA 3856807;<br>MGA 3856808-<br>MGA 3856809;<br>MGA 3856810-<br>MGA 3856811;<br>MGA 3856812-<br>MGA 3856813;<br>MGA 3856814-<br>MGA 3856815;<br>MGA 3856816-<br>MGA 3856817;<br>MGA 3856818-<br>MGA 3856819;<br>MGA 3856820-<br>MGA 3856821;<br>MGA 3856822-<br>MGA 3856823;<br>MGA 3856824-<br>MGA 3856825;<br>MGA 3856826-<br>MGA 3856827;<br>MGA 3856828-<br>MGA 3856829;<br>MGA 3856830-<br>MGA 3856831;<br>MGA 3856832-<br>MGA 3856833;<br>MGA 3856834-<br>MGA 3856835;<br>MGA 3856836-<br>MGA 3856837;<br>MGA 3856838-<br>MGA 3856839;<br>MGA 3856840-<br>MGA 3856841;<br>MGA 3856842-<br>MGA 3856843;<br>MGA 3856844-<br>MGA 3856845;<br>MGA 3856846-<br>MGA 3856847;<br>MGA 3856848-<br>MGA 3856849; | |

EXHIBIT C
PAGE 18

| | | | |
|---|---|---|---|
| | | MGA 3856850-<br>MGA 3856850;<br>MGA 3856851-<br>MGA 3856851;<br>MGA 3856852-<br>MGA 3856853;<br>MGA 3856854-<br>MGA 3856855;<br>MGA 3856856-<br>MGA 3856857;<br>MGA 3856858-<br>MGA 3856859;<br>MGA 3856860-<br>MGA 3856861;<br>MGA 3856862-<br>MGA 3856863;<br>MGA 3856864-<br>MGA 3856865;<br>MGA 3856866-<br>MGA 3856867;<br>MGA 3856868-<br>MGA 3856869;<br>MGA 3856870-<br>MGA 3856871;<br>MGA 3856872-<br>MGA 3856873;<br>MGA 3856874-<br>MGA 3856875;<br>MGA 3856876-<br>MGA 3856877;<br>MGA 3856878-<br>MGA 3856879;<br>MGA 3856880-<br>MGA 3856881;<br>MGA 3856882-<br>MGA 3856885;<br>MGA 3856886-<br>MGA 3856887;<br>MGA 3856888-<br>MGA 3856889;<br>MGA 3856890-<br>MGA 3856891;<br>MGA 3856892-<br>MGA 3856893;<br>MGA 3856894-<br>MGA 3856895; | |

EXHIBIT C<br>PAGE 19

| | | | |
|---|---|---|---|
| | | MGA 3856896-<br>MGA 3856897;<br>MGA 3856898-<br>MGA 3856899;<br>MGA 3856900-<br>MGA 3856901;<br>MGA 3856902-<br>MGA 3856903;<br>MGA 3856904-<br>MGA 3856905;<br>MGA 3856906-<br>MGA 3856907;<br>MGA 3856908-<br>MGA 3856909;<br>MGA 3856910-<br>MGA 3856911;<br>MGA 3856912-<br>MGA 3856913;<br>MGA 3856914-<br>MGA 3856915;<br>MGA 3856916-<br>MGA 3856916;<br>MGA 3856917-<br>MGA 3856917;<br>MGA 3856918-<br>MGA 3856919;<br>MGA 3856920-<br>MGA 3856921;<br>MGA 3856922-<br>MGA 3856923;<br>MGA 3856924-<br>MGA 3856925;<br>MGA 3856926-<br>MGA 3856927;<br>MGA 3856928-<br>MGA 3856929;<br>MGA 3856930-<br>MGA 3856931;<br>MGA 3856932-<br>MGA 3856933;<br>MGA 3856934-<br>MGA 3856935;<br>MGA 3856936-<br>MGA 3856937;<br>MGA 3856938-<br>MGA 3856939; | |

EXHIBIT C
PAGE 20

| | | | |
|---|---|---|---|
| | | MGA 3856940-<br>MGA 3856941;<br>MGA 3856942-<br>MGA 3856943;<br>MGA 3856944-<br>MGA 3856945;<br>MGA 3856946-<br>MGA 3856947;<br>MGA 3856948-<br>MGA 3856949;<br>MGA 3856950-<br>MGA 3856951;<br>MGA 3856952-<br>MGA 3856953;<br>MGA 3856954-<br>MGA 3856955;<br>MGA 3856956-<br>MGA 3856957;<br>MGA 3856958-<br>MGA 3856959;<br>MGA 3856960-<br>MGA 3856961;<br>MGA 3856962-<br>MGA 3856963;<br>MGA 3856964-<br>MGA 3856965;<br>MGA 3856966-<br>MGA 3856967;<br>MGA 3856968-<br>MGA 3856969;<br>MGA 3856970-<br>MGA 3856971;<br>MGA 3856972-<br>MGA 3856973;<br>MGA 3856974-<br>MGA 3856975;<br>MGA 3856976-<br>MGA 3856977;<br>MGA 3856978-<br>MGA 3856978;<br>MGA 3856979-<br>MGA 3856979;<br>MGA 3856980-<br>MGA 3856981;<br>MGA 3856982-<br>MGA 3856983; | |

EXHIBIT C<br>PAGE 21

| | | | |
|---|---|---|---|
| | | MGA 3856984-<br>MGA 3856985;<br>MGA 3856986-<br>MGA 3856987;<br>MGA 3856988-<br>MGA 3856989;<br>MGA 3856990-<br>MGA 3856991;<br>MGA 3856992-<br>MGA 3856993;<br>MGA 3856994-<br>MGA 3856995;<br>MGA 3856996-<br>MGA 3856997;<br>MGA 3856998-<br>MGA 3856999;<br>MGA 3857000-<br>MGA 3857001;<br>MGA 3857002-<br>MGA 3857003;<br>MGA 3857004-<br>MGA 3857005;<br>MGA 3857006-<br>MGA 3857007;<br>MGA 3857008-<br>MGA 3857009;<br>MGA 3857010-<br>MGA 3857011;<br>MGA 3857012-<br>MGA 3857013;<br>MGA 3857014-<br>MGA 3857015;<br>MGA 3857016-<br>MGA 3857017;<br>MGA 3857018-<br>MGA 3857019;<br>MGA 3857020-<br>MGA 3857021;<br>MGA 3857022-<br>MGA 3857023;<br>MGA 3857024-<br>MGA 3857025;<br>MGA 3857026-<br>MGA 3857027;<br>MGA 3857028-<br>MGA 3857029; | |

EXHIBIT C<br>PAGE 22

| | | | |
|---|---|---|---|
| | | MGA 3857030-<br>MGA 3857031;<br>MGA 3857032-<br>MGA 3857033;<br>MGA 3857034-<br>MGA 3857035;<br>MGA 3857036-<br>MGA 3857037;<br>MGA 3857038-<br>MGA 3857039;<br>MGA 3857040-<br>MGA 3857041;<br>MGA 3857042-<br>MGA 3857042;<br>MGA 3857043-<br>MGA 3857043;<br>MGA 3857044-<br>MGA 3857045;<br>MGA 3857046-<br>MGA 3857047;<br>MGA 3857048-<br>MGA 3857049;<br>MGA 3857050-<br>MGA 3857051;<br>MGA 3857052-<br>MGA 3857053;<br>MGA 3857054-<br>MGA 3857055;<br>MGA 3857056-<br>MGA 3857057;<br>MGA 3857058-<br>MGA 3857059;<br>MGA 3857060-<br>MGA 3857061;<br>MGA 3857062-<br>MGA 3857063;<br>MGA 3857064-<br>MGA 3857065;<br>MGA 3857066-<br>MGA 3857067;<br>MGA 3857068-<br>MGA 3857069;<br>MGA 3857070-<br>MGA 3857071;<br>MGA 3857072-<br>MGA 3857073; | |

EXHIBIT C<br>PAGE 23

| | | | |
|---|---|---|---|
| | | MGA 3857074-<br>MGA 3857075;<br>MGA 3857076-<br>MGA 3857077;<br>MGA 3857078-<br>MGA 3857079;<br>MGA 3857080-<br>MGA 3857081;<br>MGA 3857082-<br>MGA 3857083;<br>MGA 3857084-<br>MGA 3857085;<br>MGA 3857086-<br>MGA 3857087;<br>MGA 3857088-<br>MGA 3857089;<br>MGA 3857090-<br>MGA 3857091;<br>MGA 3857092-<br>MGA 3857093;<br>MGA 3857094-<br>MGA 3857095;<br>MGA 3857096-<br>MGA 3857097;<br>MGA 3857098-<br>MGA 3857099;<br>MGA 3857100-<br>MGA 3857101;<br>MGA 3857102-<br>MGA 3857103;<br>MGA 3857104-<br>MGA 3857104;<br>MGA 3857105-<br>MGA 3857105;<br>MGA 3857106-<br>MGA 3857107;<br>MGA 3857108-<br>MGA 3857109;<br>MGA 3857110-<br>MGA 3857111;<br>MGA 3857112-<br>MGA 3857114;<br>MGA 3857115-<br>MGA 3857116;<br>MGA 3857117-<br>MGA 3857134; | |

EXHIBIT C<br>PAGE 24

| | | | |
|---|---|---|---|
| | | MGA 3857135-MGA 3857136; MGA 3857137-MGA 3857139; MGA 3857140-MGA 3857141; MGA 3857142-MGA 3857143; MGA 3857144-MGA 3857145; MGA 3857146-MGA 3857147; MGA 3857148-MGA 3857149; MGA 3857150-MGA 3857151; MGA 3857152-MGA 3857153; MGA 3857154-MGA 3857155; MGA 3857156-MGA 3857157; MGA 3857158-MGA 3857159; MGA 3857160-MGA 3857161; MGA 3857162-MGA 3857163; MGA 3857164-MGA 3857165; MGA 3857166-MGA 3857167; MGA 3857168-MGA 3857169; MGA 3857170-MGA 3857171; MGA 3857172-MGA 3857173; MGA 3857174-MGA 3857175; MGA 3857176-MGA 3857177; MGA 3857178-MGA 3857179; MGA 3857180-MGA 3857181; | |

EXHIBIT C
PAGE 25

| | | | |
|---|---|---|---|
| | | MGA 3857182-<br>MGA 3857183;<br>MGA 3857184-<br>MGA 3857185;<br>MGA 3857186-<br>MGA 3857186;<br>MGA 3857187-<br>MGA 3857192;<br>MGA 3857193-<br>MGA 3857193;<br>MGA 3857194-<br>MGA 3857194;<br>MGA 3857195-<br>MGA 3857195;<br>MGA 3857196-<br>MGA 3857196;<br>MGA 3857197-<br>MGA 3857197;<br>MGA 3857198-<br>MGA 3857198;<br>MGA 3857199-<br>MGA 3857199;<br>MGA 3857200-<br>MGA 3857200;<br>MGA 3857201-<br>MGA 3857201;<br>MGA 3857202-<br>MGA 3857202;<br>MGA 3857203-<br>MGA 3857203;<br>MGA 3857204-<br>MGA 3857204;<br>MGA 3857205-<br>MGA 3857288;<br>MGA 3857289-<br>MGA 3857289;<br>MGA 3857290-<br>MGA 3857290;<br>MGA 3857291-<br>MGA 3857291;<br>MGA 3857292-<br>MGA 3857292;<br>MGA 3857293-<br>MGA 3857293;<br>MGA 3857294-<br>MGA 3857294;</br> | |

EXHIBIT C<br>PAGE 26

| | | | |
|---|---|---|---|
| | | MGA 3857295-<br>MGA 3857295;<br>MGA 3857296-<br>MGA 3857296;<br>MGA 3857297-<br>MGA 3857297;<br>MGA 3857298-<br>MGA 3857298;<br>MGA 3857299-<br>MGA 3857299;<br>MGA 3857300-<br>MGA 3857300;<br>MGA 3857301-<br>MGA 3857301;<br>MGA 3857302-<br>MGA 3857302;<br>MGA 3857303-<br>MGA 3857303;<br>MGA 3857304-<br>MGA 3857304;<br>MGA 3857305-<br>MGA 3857305;<br>MGA 3857306-<br>MGA 3857306;<br>MGA 3857307-<br>MGA 3857307;<br>MGA 3857308-<br>MGA 3857308;<br>MGA 3857309-<br>MGA 3857309;<br>MGA 3857310-<br>MGA 3857310;<br>MGA 3857311-<br>MGA 3857311;<br>MGA 3857312-<br>MGA 3857312;<br>MGA 3857313-<br>MGA 3857313;<br>MGA 3857314-<br>MGA 3857314;<br>MGA 3857315-<br>MGA 3857315;<br>MGA 3857316-<br>MGA 3857316;<br>MGA 3857317-<br>MGA 3857317; | |

EXHIBIT C<br>PAGE 27

| | | | |
|---|---|---|---|
| | | MGA 3857318-MGA 3857318; | |
| | | MGA 3857319-MGA 3857319; | |
| | | MGA 3857320-MGA 3857320; | |
| | | MGA 3857321-MGA 3857321; | |
| | | MGA 3857322-MGA 3857322; | |
| | | MGA 3857323-MGA 3857323; | |
| | | MGA 3857324-MGA 3857324; | |
| | | MGA 3857325-MGA 3857325; | |
| | | MGA 3857326-MGA 3857326; | |
| | | MGA 3857327-MGA 3857327; | |
| | | MGA 3857328-MGA 3857328; | |
| | | MGA 3857329-MGA 3857329; | |
| | | MGA 3857330-MGA 3857330; | |
| | | MGA 3857331-MGA 3857331; | |
| | | MGA 3857332-MGA 3857332; | |
| | | MGA 3857333-MGA 3857333; | |
| | | MGA 3857334-MGA 3857334; | |
| | | MGA 3857335-MGA 3857335; | |
| | | MGA 3857336-MGA 3857336; | |
| | | MGA 3857337-MGA 3857337; | |
| | | MGA 3857338-MGA 3857338; | |
| | | MGA 3857339-MGA 3857339; | |
| | | MGA 3857340-MGA 3857340; | |

EXHIBIT C
PAGE 28

| | | MGA 3857341-MGA 3857341; MGA 3857342-MGA 3857342; MGA 3857343-MGA 3857343; MGA 3857344-MGA 3857344; MGA 3857345-MGA 3857345; MGA 3857346-MGA 3857346; MGA 3857347-MGA 3857347; MGA 3857348-MGA 3857348; MGA 3857349-MGA 3857349; MGA 3857350-MGA 3857350; MGA 3857351-MGA 3857351; MGA 3857352-MGA 3857352; MGA 3857353-MGA 3857353; MGA 3857354-MGA 3857354; MGA 3857355-MGA 3857355; MGA 3857356-MGA 3857356; MGA 3857357-MGA 3857357; MGA 3857358-MGA 3857358; MGA 3857359-MGA 3857359; MGA 3857360-MGA 3857360; MGA 3857361-MGA 3857361; MGA 3857362-MGA 3857362; MGA 3857363-MGA 3857363; | |
|---|---|---|---|

EXHIBIT C
PAGE 29

| | | MGA 3857364-MGA 3857364; MGA 3857365-MGA 3857365; MGA 3857366-MGA 3857366; MGA 3857367-MGA 3857367; MGA 3857368-MGA 3857368; MGA 3857369-MGA 3857369; MGA 3857370-MGA 3857370; MGA 3857371-MGA 3857371; MGA 3857372-MGA 3857372; MGA 3857373-MGA 3857373; MGA 3857374-MGA 3857374; MGA 3857375-MGA 3857375; MGA 3857376-MGA 3857376; MGA 3857377-MGA 3857377; MGA 3857378-MGA 3857378; MGA 3857379-MGA 3857379; MGA 3857380-MGA 3857380; MGA 3857381-MGA 3857381; MGA 3857382-MGA 3857382; MGA 3857383-MGA 3857383; MGA 3857384-MGA 3857384; MGA 3857385-MGA 3857385; MGA 3857386-MGA 3857386; | |

EXHIBIT C
PAGE 30

| | | MGA 3857387- MGA 3857387; MGA 3857388- MGA 3857388; MGA 3857389- MGA 3857389; MGA 3857390- MGA 3857390; MGA 3857391- MGA 3857391; MGA 3857392- MGA 3857392; MGA 3857393- MGA 3857393; MGA 3857394- MGA 3857394; MGA 3857395- MGA 3857395; MGA 3857396- MGA 3857396; MGA 3857397- MGA 3857397; MGA 3857398- MGA 3857398; MGA 3857399- MGA 3857399; MGA 3857400- MGA 3857400; MGA 3857401- MGA 3857401; MGA 3857402- MGA 3857402; MGA 3857403- MGA 3857403; MGA 3857404- MGA 3857404; MGA 3857405- MGA 3857405; MGA 3857406- MGA 3857406; MGA 3857407- MGA 3857407; MGA 3857408- MGA 3857408; MGA 3857409- MGA 3857409; | |
|---|---|---|---|

EXHIBIT C
PAGE 31

| | | | |
|---|---|---|---|
| | | MGA 3857410-<br>MGA 3857410;<br>MGA 3857411-<br>MGA 3857411;<br>MGA 3857412-<br>MGA 3857412;<br>MGA 3857413-<br>MGA 3857413;<br>MGA 3857414-<br>MGA 3857414;<br>MGA 3857415-<br>MGA 3857415;<br>MGA 3857416-<br>MGA 3857416;<br>MGA 3857417-<br>MGA 3857417;<br>MGA 3857418-<br>MGA 3857418;<br>MGA 3857419-<br>MGA 3857419;<br>MGA 3857420-<br>MGA 3857420;<br>MGA 3857421-<br>MGA 3857421;<br>MGA 3857422-<br>MGA 3857422;<br>MGA 3857423-<br>MGA 3857423;<br>MGA 3857424-<br>MGA 3857424;<br>MGA 3857425-<br>MGA 3857425;<br>MGA 3857426-<br>MGA 3857426;<br>MGA 3857427-<br>MGA 3857427;<br>MGA 3857428-<br>MGA 3857428;<br>MGA 3857429-<br>MGA 3857429;<br>MGA 3857430-<br>MGA 3857430;<br>MGA 3857431-<br>MGA 3857431;<br>MGA 3857432-<br>MGA 3857432; | |

EXHIBIT C<br>PAGE 32

| | | | |
|---|---|---|---|
| | | MGA 3857433-<br>MGA 3857433;<br>MGA 3857434-<br>MGA 3857434;<br>MGA 3857435-<br>MGA 3857435;<br>MGA 3857436-<br>MGA 3857436;<br>MGA 3857437-<br>MGA 3857437;<br>MGA 3857438-<br>MGA 3857438;<br>MGA 3857439-<br>MGA 3857439;<br>MGA 3857440-<br>MGA 3857440;<br>MGA 3857441-<br>MGA 3857441;<br>MGA 3857442-<br>MGA 3857442;<br>MGA 3857443-<br>MGA 3857443;<br>MGA 3857444-<br>MGA 3857444;<br>MGA 3857445-<br>MGA 3857445;<br>MGA 3857446-<br>MGA 3857446;<br>MGA 3857447-<br>MGA 3857447;<br>MGA 3857448-<br>MGA 3857448;<br>MGA 3857449-<br>MGA 3857449;<br>MGA 3857450-<br>MGA 3857450;<br>MGA 3857451-<br>MGA 3857451;<br>MGA 3857452-<br>MGA 3857452;<br>MGA 3857453-<br>MGA 3857453;<br>MGA 3857454-<br>MGA 3857454;<br>MGA 3857455-<br>MGA 3857455; | |

EXHIBIT C<br>PAGE 33

| | | | |
|---|---|---|---|
| | | MGA 3857456-<br>MGA 3857456;<br>MGA 3857457-<br>MGA 3857457;<br>MGA 3857458-<br>MGA 3857458;<br>MGA 3857459-<br>MGA 3857459;<br>MGA 3857460-<br>MGA 3857460;<br>MGA 3857461-<br>MGA 3857461;<br>MGA 3857462-<br>MGA 3857462;<br>MGA 3857463-<br>MGA 3857463;<br>MGA 3857464-<br>MGA 3857464;<br>MGA 3857465-<br>MGA 3857465;<br>MGA 3857466-<br>MGA 3857466;<br>MGA 3857467-<br>MGA 3857467;<br>MGA 3857468-<br>MGA 3857468;<br>MGA 3857469-<br>MGA 3857469;<br>MGA 3857470-<br>MGA 3857470;<br>MGA 3857471-<br>MGA 3857471;<br>MGA 3857472-<br>MGA 3857472;<br>MGA 3857473-<br>MGA 3857473;<br>MGA 3857474-<br>MGA 3857474;<br>MGA 3857475-<br>MGA 3857475;<br>MGA 3857476-<br>MGA 3857476;<br>MGA 3857477-<br>MGA 3857477;<br>MGA 3857478-<br>MGA 3857478; | |

EXHIBIT C<br>PAGE 34

| | | | |
|---|---|---|---|
| | | MGA 3857479-<br>MGA 3857479;<br>MGA 3857480-<br>MGA 3857480;<br>MGA 3857481-<br>MGA 3857481;<br>MGA 3857482-<br>MGA 3857482;<br>MGA 3857483-<br>MGA 3857483;<br>MGA 3857484-<br>MGA 3857484;<br>MGA 3857485-<br>MGA 3857485;<br>MGA 3857486-<br>MGA 3857486;<br>MGA 3857487-<br>MGA 3857487;<br>MGA 3857488-<br>MGA 3857488;<br>MGA 3857489-<br>MGA 3857489;<br>MGA 3857490-<br>MGA 3857490;<br>MGA 3857491-<br>MGA 3857491;<br>MGA 3857492-<br>MGA 3857492;<br>MGA 3857493-<br>MGA 3857493;<br>MGA 3857494-<br>MGA 3857494;<br>MGA 3857495-<br>MGA 3857495;<br>MGA 3857496-<br>MGA 3857496;<br>MGA 3857497-<br>MGA 3857497;<br>MGA 3857498-<br>MGA 3857498;<br>MGA 3857499-<br>MGA 3857499;<br>MGA 3857500-<br>MGA 3857500;<br>MGA 3857501-<br>MGA 3857501; | |

EXHIBIT C<br>PAGE 35

|  |  | MGA 3857502-<br>MGA 3857502;<br>MGA 3857503-<br>MGA 3857503;<br>MGA 3857504-<br>MGA 3857504;<br>MGA 3857505-<br>MGA 3857505;<br>MGA 3857545-<br>MGA 3857548;<br>MGA 3857585-<br>MGA 3857588; |  |
|---|---|---|---|
| 5 | MGA 3857549 -<br>MGA 3857584 | None | MGA 3857549 -<br>MGA 3857584 |
| 6 | MGA 3857637 -<br>MGA 3857638 | None | MGA 3857637 -<br>MGA 3857638 |
| 7 | MGA 3857643 -<br>MGA 3857890 | None | MGA 3857643 -<br>MGA 3857890 |
| 8 | MGA 3857892 -<br>MGA 3857897 | None | MGA 3857892 -<br>MGA 3857897 |
| 9 | MGA 3857899 -<br>MGA 3857928 | None | MGA 3857899 -<br>MGA 3857928 |
| 10 | MGA 3857931 -<br>MGA 3857969 | None | MGA 3857931 -<br>MGA 3857969 |
| 11 | MGA 3857972 -<br>MGA 3857984 | None | MGA 3857972 -<br>MGA 3857984 |
| 12 | MGA 3857989 -<br>MGA 3858004 | None | MGA 3857989 -<br>MGA 3858004 |
| 13 | MGA 3858005 -<br>MGA 3861999 | None | MGA 3858005 -<br>MGA 3861999 |
| 14 | MGA 3862529 -<br>MGA 3865981 | None | MGA 3862529 -<br>MGA 3865981 |
| 15 | MGA 3881089 -<br>MGA 3881129 | None | MGA 3881089 -<br>MGA 3881129 |
| 16 | MGA 3896995 -<br>MGA 3999999 | None | MGA 3896995 -<br>MGA 3999999 |
| 17 | MGA 4453564 -<br>MGA 4453637 | MGA 4453564 -<br>MGA 4453574 | MGA 4453575-<br>MGA 4453637 |
| 18 | MGA 4453777 -<br>MGA 4453788 | MGA 4453777 -<br>MGA 4453788 | None |
| 19 | MGA 4453980 -<br>MGA 4454016 | MGA 4453980-<br>MGA 4453992 | MGA 4453993 -<br>MGA 4454016 |
| 20 | MGA 4454049 -<br>MGA 4454059 | MGA 4454049-<br>MGA 4454050;<br>MGA 4454051-<br>MGA 4454052; | None |

EXHIBIT C<br>PAGE 36

| | | MGA 4454053-<br>MGA 4454055;<br>MGA 4454056-<br>MGA 4454057;<br>MGA 4454058-<br>MGA 4454059 | |
|---|---|---|---|
| 21 | MGA 4454179 -<br>MGA 4454249 | MGA 4454179;<br>MGA 4454180-<br>MGA 4454191 | MGA 4454192 -<br>MGA 4454249 |
| 22 | MGA 4454266 -<br>MGA 4454294 | MGA 4454266;<br>MGA 4454267-<br>MGA 4454280 | MGA 4454281 -<br>MGA 4454294 |
| 23 | MGA 4455834 -<br>MGA 4455954 | MGA 4455834;<br>MGA 4455835-<br>MGA 4455954 | None |
| 24 | MGA 4458214 -<br>MGA 4458227 | MGA 4458214-<br>MGA 4458227 | None |
| 25 | MGA 4458235 -<br>MGA 4458311 | MGA 4458235;<br>MGA 4458236-<br>MGA 4458238;<br>MGA 4458239-<br>MGA 4458240 | MGA 4458241 -<br>MGA 4458311 |
| 26 | MGA 4463014 -<br>MGA 4463018 | MGA 4463014 | MGA 4463015 -<br>MGA 4463018 |
| 27 | MGA 4463020 | MGA 4463020 | None |
| 28 | MGA 4463024 -<br>MGA 4463026 | MGA 4463024 | MGA 4463025 -<br>MGA 4463026 |
| 29 | MGA 4463028 -<br>MGA 4463032 | MGA 4463028 | MGA 4463029 -<br>MGA 4463032 |
| 30 | MGA 4463034 -<br>MGA 4463036 | MGA 4463034 | MGA 4463035 -<br>MGA 4463036 |
| 31 | MGA 4463038 -<br>MGA 4463039 | MGA 4463038 | MGA 4463039 |
| 32 | MGA 4463043 | MGA 4463043 | None |
| 33 | MGA 4463045 -<br>MGA 4463046 | MGA 4463045 | MGA 4463046 |
| 34 | MGA 4463048 -<br>MGA 4463049 | MGA 4463048 | MGA 4463049 |
| 35 | MGA 4463051 -<br>MGA 4463052 | MGA 4463051 | MGA 4463052 |
| 36 | MGA 4463054 | MGA 4463054 | None |
| 37 | MGA 4463060 -<br>MGA 4463063 | MGA 4463060 -<br>MGA 4463061 | MGA 4463062 -<br>MGA 4463063 |
| 38 | MGA 4463184 –<br>MGA 4463197 | MGA 4463130 –<br>MGA 4463185 | MGA 4463186 -<br>MGA 4463197 |
| 39 | MGA 4463199 | MGA 4463199 | None |

EXHIBIT C<br>PAGE 37

| 40 | MGA 4463201 - MGA 4463202 | MGA 4463201 | MGA 4463202 |
|----|---------------------------|-------------|-------------|
| 41 | MGA 4463206 - MGA 4463207 | MGA 4463206 | MGA 4463207 |
| 42 | MGA 4463211 - MGA 4463212 | MGA 4463211 | MGA 4463212 |
| 43 | MGA 4463214 | MGA 4463214 | None |
| 44 | MGA 4463216 - MGA 4463217 | MGA 4463216 | MGA 4463217 |
| 45 | MGA 4463221 | MGA 4463221 | None |
| 46 | MGA 4463223 | MGA 4463223 | None |
| 47 | MGA 4463225 - MGA 4463229 | MGA 4463225 | MGA 4463226 - MGA 4463229 |
| 48 | MGA 4463231 | MGA 4463231 | None |
| 49 | MGA 4463233 - MGA 4463235 | MGA 4463233 | MGA 4463234 - MGA 4463235 |
| 50 | MGA 4463852 - MGA 4466135 | MGA 4463852-MGA 4463852; MGA 4463853-MGA 4464318; MGA 4464319-MGA 4464319; MGA 4464320-MGA 4464377; MGA 4464378-MGA 4464383; MGA 4464384-MGA 4464384; MGA 4464385-MGA 4464394; MGA 4464395-MGA 4464498; MGA 4464499-MGA 4464499; MGA 4464500-MGA 4464667; MGA 4464668-MGA 4464678; MGA 4464679-MGA 4464680; MGA 4464681-MGA 4464681; MGA 4464682-MGA 4464695; MGA 4464696-MGA 4464954; | None |

EXHIBIT C
PAGE 38

| | | | |
|---|---|---|---|
| | | MGA 4464955-MGA 4464955; MGA 4464956-MGA 4465291; MGA 4465292-MGA 4465295; MGA 4465296-MGA 4465307; MGA 4465308-MGA 4465308; MGA 4465309-MGA 4465323; MGA 4465324-MGA 4465670; MGA 4465671-MGA 4465691; MGA 4465692-MGA 4465692; MGA 4465693-MGA 4465719; MGA 4465720-MGA 4466130; MGA 4466131-MGA 4466132; MGA 4466133-MGA 4466134; MGA 4466135-MGA 4466135 | |

EXHIBIT C
PAGE 39