UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV04-9049-DOC(RNBx)                                        Date   March 16, 2010

Title   CARTER BRYANT v. MATTEL, INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Stephanie Mikhail | Not Present | N/A |
| Deputy Clerk | Court Reporters | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Michael Zeller | | Annette Hurst |
| John Quinn | | Thomas McConville |
| | | William Molinski |

Proceedings:   STATUS CONFERENCE

    Court and counsel confer off the record regarding discovery, case status and lodged exhibits. Orders distributed to counsel. Recess is taken, during which counsel resume their review of lodged exhibits.

    After recess, counsel report to the Court at a status conference held off the record.

                                                                                                              :   50

                                                                       Initials of Preparer    sdm