SACV 04-9049-DOC - 03/10/2010 - Vol. II

1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### HONORABLE DAVID O. CARTER, JUDGE PRESIDING

- - - - - - -


CARTER BRYANT,                          )
                                        )
          Plaintiff,                    )
                                        )
     vs.                                ) No. SACV 04-9049-DOC
                                        )      Volume II
MATTEL, INC.,                           )
                                        )
          Defendant.                    )
_____ )


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Status Conference/Motions

Santa Ana, California

Wednesday, March 10, 2010


Jane C.S. Rule, CSR 9316
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-7755

10-03-10 MattelV2

JANE C.S. RULE, CSR NO. 9316 - U.S. COURT REPORTER

1    **APPEARANCES OF COUNSEL:**

2

3    FOR INTERVENOR DEFENDANT MGA ENTERTAINMENT, INC.:

4            ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:  THOMAS S. MC CONVILLE
5                 MARK P. WINE
                  Attorneys at Law
6            4 Park Plaza
             Suite 1600
7            Irvine, California 92614
             (949) 567-6700
8
             - AND -
9
             ORRICK, HERRINGTON & SUTCLIFFE, LLP
10           BY:  WILLIAM A. MOLINSKI
                  Attorney at Law
11           777 South Figueroa Street
             Los Angeles, California 90017
12           (213) 612-2256

13

14   FOR DEFENDANT MATTEL, INC.:

15           QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
             By:  JOHN B. QUINN
16                MICHAEL T. ZELLER
                  MARSHALL M. SEARCY, III
17                JOHN GORDON
                  Attorneys at Law
18           865 South Figueroa Street
             10th Floor
19           Los Angeles, California 90017-2543
             (213) 443-3000
20

21   FOR MOVANT OMNI 808 INVESTORS LLC:

22           BINGHAM MC CUTCHEN, LLP
             By:  PETER N. VILLAR
23                Attorney at Law
             600 Anton Boulevard
24           18th Floor
             Costa Mesa, California 92626
25           (714) 830-0600

Case 2:04-cv-09049-DOC-RNB   Document 7664   Filed 03/18/10   Page 3 of 34   Page ID #:259339
SACV 04-9049-DOC - 03/10/2010 - Vol. II

3

1    APPEARANCES OF COUNSEL (Continued):

2

3    FOR OBJECTOR MARIA MALDONADO BASHAW:

4              LAW OFFICES OF MARIA MALDONADO BASHAW
               By:  MICHAEL T. ZELLER
5                   Attorney at Law
               1920 Main Street
6              Suite 1090
               Irvine, California 92614
7              (949) 873-3048

8

9    ALSO PRESENT:

10             MIKE MARGOLIS, Attorney for Brian Wing
                         (Via Teleconference)
11
               JEANINE PISONI, General Counsel, MGA Entertainment
12                       (Via Teleconference)

13

14

15

16

17

18

19

20

21

22

23

24

25

SACV 04-9049-DOC - 03/10/2010 - Vol. II

4

1          **I N D E X**

2

3

4      **STATUS CONFERENCE / MOTIONS HEARING**

5

6

7          **SEALED PROCEEDINGS**

8          (Pages 11 - 32)

9

10

11    **EXAMINATION OF BRIAN WING BY THE COURT**

12          (Pages 5 - 32)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          SANTA ANA, CALIFORNIA, WEDNESDAY, MARCH 10, 2010

2                            VOLUME II

3                           (1:35 p.m.)

4          THE COURT:  We are on the record.  All counsel are

5     present for Mattel and MGA, with the exception of Mr. Quinn

6     and Ms. Hurst, who are engaging in a deposition in another

7     personal matter for Mr. Quinn.

8          Mr. Wing, I want to thank you for responding.  You

9     are Mr. Wing?

10         MR. WING:  Yes, I am.

11         THE COURT:  Come on up for just a moment at the

12    lectern.  I have about 200 pages of notes that you took that

13    I'm going to show you in camera.  Right now they are

14    privileged.  I am not sure whether the privilege applies,

15    but I'm going to ask you to sit over here at the side table

16    for a few moments.

17         Counsel are going to go about their business.

18    They can be in the courtroom, but they are not going to be

19    anywhere near your notes, but I need to get your attorney on

20    the phone, Mr. Margolis.

21         MR. WING:  Yes.

22         THE COURT:  Can I give that to Stephanie?

23         Get the number, and we'll call Mr. Margolis, and I

24    think -- I don't know if it will take you a half hour to go

25    through those notes or three hours, but when you are done,

1   I've got just a couple questions to ask you in camera

2   without counsel present, okay?

3            MR. WING:  Sure, your Honor.

4            THE COURT:  Okay.  Why don't you just have a seat

5   at one of those tables.

6            Hello, Mr. Margolis?  Mr. Margolis?

7            THE CLERK:  Just one moment, Mr. Margolis.

8            *(Interruption in the proceedings.)*

9            *(Teleconference with Mike Margolis*

10      *commenced.)*

11           MR. MARGOLIS:  Hi, Stephanie.  I'm sorry to be

12   causing so much trouble.

13           THE COURT:  No, Mr. Margolis, you're not.  I'm

14   Judge Carter, and it's my inability to operate this phone.

15   So it's not her fault, it's mine.

16           MR. MARGOLIS:  Sorry, your Honor.

17           THE COURT:  You've done nothing wrong.  In fact,

18   it's a pleasure to talk to you.

19           Listen, I have Mr. Wing here and counsel for MGA

20   and Mattel, and what I needed to do was ask your client some

21   questions in camera, out of the presence of both juries --

22   both parties, I'm sorry.  But to do that, he's got about 200

23   pages of written notes that I've gone through.  Some of it I

24   understand, some of it I'm not quite certain if there was a

25   compilation of different events or conversations or

SACV 04-9049-DOC - 03/10/2010 - Vol. II

7

1   meetings, and I would like him to refresh his recollection

2   by going through those first, excusing counsel, calling you

3   back at whatever time that takes so that you are not just

4   sitting on the phone.  It may take him five minutes, it may

5   take him, you know, a couple hours.  And then I have some

6   questions in camera to ask him before I make a couple

7   rulings concerning the privilege logs I have.  Would that be

8   acceptable to you?

9           MR. MARGOLIS:  Absolutely, your Honor.  I

10   communicated to the parties' counsel that if the parties are

11   excluded, I have no objection at all to your Honor speaking

12   directly with Brian.

13           THE COURT:  You know, I'd still feel more

14   comfortable if I can reach you in a while.  I'd just like

15   the transparency of the process, quite frankly.

16           MR. MARGOLIS:  Absolutely, your Honor.  I am just

17   sitting around preparing for trial, so I'm not going

18   anywhere.

19           THE COURT:  Well, listen, it's a pleasure.  I

20   don't know how long.  I think it will take 18 minutes, 32

21   seconds?  I'm just joking with you.  I don't know how long

22   it will take.  If it's 200 pages, I think when he recognizes

23   those handwritten pages, the few questions I have will be

24   readily, you know, at his access, okay?  So we'll give you a

25   call back.

1          MR. MARGOLIS:  Very good, your Honor.  Thank you.

2          THE COURT:  Thank a lot.  Appreciate it.  Bye bye.

3          *(Teleconference with Mike Margolis ended.)*

4          THE COURT:  All right.  Why don't you get a cup of

5     coffee, counsel, because he needs a little bit of time, and

6     I would say come back at 2:00.

7          MR. MC CONVILLE:  So your Honor, just one thing

8     from MGA's perspective.  We -- the notes that would reflect

9     any privilege communication would be MGA's privilege, so to

10    the extent there's going to be a session with Mr. Wing about

11    what his notes reflect, that's what his deposition was

12    about.  We needed to lay a foundation before we can properly

13    invoke a privilege.  I just want to put that on the record

14    so the Court -- I know the Court is aware that the privilege

15    we would be asserting would be MGA's privilege, not

16    Mr. Wing's privilege.

17          THE COURT:  Thank you very much.

18          MR. MC CONVILLE:  All right.  Thank you, your

19    Honor.

20          THE COURT:  Now, why don't you come back at 2:00.

21          MR. MC CONVILLE:  Thank you.

22          THE COURT:  Now, this is off the record.

23          *(Recess.)*

24          THE COURT:  All the parties are here for Mattel

25    and for MGA, with the exception of Ms. Hurst, who is in

SACV 04-9049-DOC - 03/10/2010 - Vol. II

9

1   Chicago taking a deposition.

2          These involve a series of privileges, Mr. Wing,

3   that have been asserted by MGA, but MGA may have, and I'm

4   not certain, a hostile position on some occasions, and as

5   such, I -- I propose to go through these binders, and what

6   I'm looking for in these notes, these 200 pages of notes, is

7   if you were receiving information on advice of counsel, for

8   instance, if an attorney was advising you where the

9   attorney-client privilege, in this Court's opinion, might

10  apply.

11         I don't know, for instance, if these are one

12  setting when I looked at them or a series of different

13  settings or just notes that you independently were making of

14  some of the past conversations that you might have had.  I

15  don't know.  For instance, hypothetically, if Mr. Larion

16  might have come in said, "I received information from an

17  attorney, and his advice is," and then conveyed it to you.

18  So I want to be careful, and if you don't mind spending the

19  rest of your life with me while we go through that -- I'm

20  just kidding you.  But in the next couple of hours, I'm

21  going to come down and sit by you, okay?

22         Now, first of all, this is a proceeding that I

23  don't think Mattel should be privy to, because I don't know

24  what his answers are going to be.

25         So why don't you go out and get a bite to eat and

JANE C.S. RULE, CSR NO. 9316 - U.S. COURT REPORTER

1    then come back and join me at -- well, the first time, 5:30?

2            MR. ZELLER:  5:30?

3            THE COURT:  5:30.  Okay.

4            * * <u>SEALED PROCEEDINGS FOLLOW</u> * *

5            *(Written Court approval required to view.)*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25







SACV 04-9049-DOC - 03/10/2010 - Vol. II

14

















1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25













1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 2:04-cv-09049-DOC-RNB   Document 7664   Filed 03/18/10   Page 30 of 34   Page ID #:259366
SACV 04-9049-DOC - 03/10/2010 - Vol. II

30





SACV 04-9049-DOC - 03/10/2010 - Vol. II

32



Case 2:04-cv-09049-DOC-RNB   Document 7664   Filed 03/18/10   Page 33 of 34   Page ID #:259369
SACV 04-9049-DOC - 03/10/2010 - Vol. II

33

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:04-cv-09049-DOC-RNB   Document 7664   Filed 03/18/10   Page 34 of 34   Page ID #:259370
SACV 04-9049-DOC - 03/10/2010 - Vol. II

34

1                           -oOo-

2                       **CERTIFICATE**

3

4        I hereby certify that pursuant to Section 753,

5   Title 28, United States Code, the foregoing is a true and

6   correct transcript of the stenographically reported

7   proceedings held in the above-entitled matter and that the

8   transcript page format is in conformance with the

9   regulations of the Judicial Conference of the United States.

10

11  Date:  March 17, 2010

12

13

14                      _____

                        JANE C.S. RULE, U.S. COURT REPORTER
15                      CSR NO. 9316

16

17

18

19

20

21

22

23

24

25