QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE COURT'S FEBRUARY 25, 2010 ORDER AND TO COMPEL MGA MEXICO TO PROVIDE PROPERLY PREPARED 30(b)(6) WITNESS<br><br>Hearing Date:    TBD<br>Time:            TBD<br>Place:           Courtroom 9D<br><br>**Phase 2:**<br>Discovery Cut-off:      TBD<br>Pre-trial Conference:   TBD<br>Trial Date:             TBD |

<u>DECLARATION OF JON D. COREY</u>

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California, the District of Columbia and the State of New York and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of the Notice of Deposition of MGAE de Mexico, S.R.L. de C.V. Pursuant to <u>Federal Rule of Civil Procedure</u> 30(b)(6), dated January 9, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2010, at Los Angeles, California.

/s/ Jon D. Corey
Jon D. Corey

00505.07975/3382610.1

-1-

DECLARATION OF JON D. COREY