# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV04-9049DOC(RNBx) | Title | Carter Bryant v. Mattel Inc. |
|---|---|---|---|
| Judge | DAVID O. CARTER | | |
| Dates of Trial or Hearing | 3/9/10 | | |
| Court Reporters or Tape No. | Jane Sutton | | |
| Deputy Clerks | Stephanie Mikhail | | |

FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT
MAR - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY SDM DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Michael Zeller | Annette Hurst |
| John Quinn | Thomas McConville |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Michael Christopher Moore | Plaintiff |
| 13873 | 3/9/10 | | | | | Copyright VA1-378-648 Drawing of Doll No. 1 | Plaintiff |
| 13874 | 3/9/10 | | | | | Copyright VA 1-378-649 Drawing of Doll No. 2 | Plaintiff |
| 13875 | 3/9/10 | | | | | Copyright VA 1-378-650 Group Drawing of Dolls | Plaintiff |
| 13876 | 3/9/10 | | | | | Copyright VA 1-378-651 Drawing of Doll No. 3 | Plaintiff |
| 13877 | 3/9/10 | | | | | Copyright VA 1-378-652 Drawing of Doll No. 4 | Plaintiff |
| 13878 | 3/9/10 | | | | | Copyright VA 1-378-653 Drawing of Doll No. 5 | Plaintiff |
| | 3/9/10 | | | | | Letter dated 10/30/06 from Bruce Van Dalsem | Plaintiff |