MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' EX PARTE APPLICATION TO STRIKE AND REMOVE FROM THE DOCKET THE EXHIBITS TO MATTEL'S PROPOSED FOURTH AMENDED ANSWER AND COUNTERCLAIMS AND FOR SANCTIONS**<br><br>**Phase 2**<br>Discovery Cutoff:     None Set<br>Pretrial Conference: None Set<br>Trial Date:              None Set |

1    I, Denise M. Mingrone, declare as follows:

2        1.    I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP,

3    counsel of record for the MGA Parties in the above-captioned action.  I am a

4    member in good standing of the State Bar of California and am admitted to practice

5    before this Court.  I have personal knowledge of the facts set forth in this

6    declaration, and if called as a witness, I could and would testify competently to

7    such facts under oath.

8        2.    Attached hereto as **Exhibit A** is a chart, prepared by members of my

9    law firm and reviewed by me, listing the Exhibits to Mattel's Proposed Fourth

10   Amended Answer and Counterclaims and their designation status under the

11   stipulated protective order in effect in this case.

12       3.    Attached hereto as **Exhibit B** is a true and correct copy of a letter I

13   sent to John Quinn of the law firm Quinn, Emanuel, Urquhart & Sullivan, LLP,

14   counsel of record for Mattel, on March 26, 2010.

15       4.    As of the date of this declaration, no response to the aforementioned

16   letter has been received.

17       I declare under penalty of perjury under the laws of the United States of

18   America that the foregoing is true and correct.

19       Executed this 29th day of March, 2010, at Menlo Park, California.

20

21           */s Denise M. Mingrone*
             Denise M. Mingrone

22

23

24

25

26

27

28

MINGRONE DECL. ISO MGA'S *EX PARTE* APPLICATION TO
STRIKE EXHIBITS TO MATTEL'S PROPOSED 4AAC
CV 04-09049 DOC (RNBx)

# EXHIBIT A

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| A | 1/4/99 | Bryant Cof Info/Inventions Agrmt | M0001622 | | | at ¶ 25 |
| B | 1/4/99 | Bryant Conflict of Interest Questionnaire | M0001621 | | | at ¶ 27 |
| C | 12/8/00 | Gustavo Machado Conflicts Letter | M0128330-336 | AEO | | at ¶ 38 |
| D | 3/8/02 | Carmen Mendez email/conflicts letter | M0128302-326 | AEO | | at ¶ 39 |
| E | Jan. 2003 | Mattel Code of Conduct | | | No Bates Range | at ¶ 40 |
| F | 5/16/00 | Trueba Mariana Conflict Questionnaire | M0256335-36; M0256374-84 | AEO | | at ¶ 41 |
| G | June 2002 | Vargo Santos Conflicts Questionnaire | M0128510 | AEO | | at ¶ 42 |
| H | 4/2/96 | Ron Brawer Employee Invention Agmt w/Tyco | M0098287-88 | CONFIDENTIAL | | at ¶ 64 |
| I | 10/29/99 | Jorge Castilla Employee Agreement | M0258862 | AEO | | at ¶ 71 |
| J | 8/29/94 | Nick Contreras Invention Agmt | M0097963-64 | CONFIDENTIAL | | at ¶ 79 |
| K | None | Daniel Cooney, Jr. Agmt | M0896949-50 | AEO | | at ¶ 86 |
| L | 11/17/95 | Ana Isabel Cabrera Agrmt w/Matt Bousquette 3/14/04 memo re: protecting Mattel IP | M0262449; M0262433-438 | CONFIDENTIAL | | at ¶ 86 |
| M | 6/10/00 | Beatrice Morales Emply Agmt | M0262518; 2503-07 | CONFIDENTIAL | | at ¶ 86 |
| N | 8/26/96 | Maria Elena Salazar | M0262575-76 | CONFIDENTIAL | | at ¶ 86 |
| O | | MGA & Larian Mail Fraud Chart | | | | at ¶ 124(a) |
| O-1 | Shortly before 7/28/2003 | Statements made by Isaac Larian to Reporters reflected and transmitted in the newspaper article entitled "To Really Be a Player. Mattel Needs Hotter Toys" by Christopher Palmeri in Business Week | M 0074054 - M 0074059 | | | |
| O-2 | Shortly before 12/26/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the | M 0074224 - M 0074225 | | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | newspaper article entitled "Meet the Bratz" in the Telegraph | | | | |
| O-3 | Shortly Before 3/5/2004 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Bratz packers are what's cool in doll world" by Denise I. O'Neal in Chicago Sun-Times | M 0070398 - M 0070399 | | | |
| O-4 | Shortly Before 3/29/2004 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Immigrant's Creative Company Shakes Up Toy Industry" by Jeff Weiss in San Fernando Valley Business Journal | M 0101133 - M 0101135 | | | |
| O-5 | On or about 12/22/2003 | BRATZ Group Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110188 - M 0110192 | | | |
| O-6 | On or about 12/22/2003 | CLOE Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110193 - M 0110197 | | | |
| O-7 | On or about 12/22/2003 | JADE Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110179 - M 0110183 | | | |
| O-8 | On or about 12/22/2003 | SASHA Drawing Copyright Registration transmitted by MGA to the Copyright Office | M 0110184 - M 0110187 | | | |
| O-9 | On or about 12/22/2003 | YASMIN Drawing Copyright Registration transmitted by MGA to the Copyright | M 0110198 - M 0110202 | | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Office | | | | |
| O-10 | 5/14/2004 | Affidavit of Isaac Larian | MGA 0868039, MGA 0868040, MGA 0868090 | AEO | | |
| O-11 | In or about December 2003 | Patent Application for Doll with Aesthetic Changeable Footgear | MGA 0825485 - MGA 0825495 | | | |
| O-12 | On or about 5/7/2001 | Shipment of Diva Starz from MGA to MGA HK | MGA 0052265 - MGA 0052266 | AEO | | |
| O-13 | On or about 10/26/2000 | Federal Express Shipment of Bratz rough sculpt from MGA to MGA HK | MGA000012 - MGA000013 | AEO | | |
| O-14 | On or about 4/17/2004 | Shipment of Vargas, Trueba, and Machado employment agreements from MGA to Mexico via courier | MGA 3512499-500 | AEO | | |
| O-15 | 9/23/2005 | Offer Letter to Janine Brisbois sent from MGA to Brisbois in Canada | MGA 0869782 - MGA 0869784 | | | |
| P | | MGA HK Mail Fraud Chart | | | | at ¶ 124(a) |
| P-1 | 10/25/2000 | Federal Express shipment of Bratz sculpt from MGA to MGA HK | MGA000015 - MGA000017 | AEO | | |
| P-2 | 1/24/2001 | Shipment of Bratz fabric swatches from MGA HK to MGA and Bryant | MGA000381 | AEO | | |
| P-3 | On or about 2/2/2001 | Shipment of Bratz fabrics from MGA HK to MGA and Bryant | MGA000606 | AEO | | |
| P-4 | On or about 3/2/2001 | Federal Express shipment of production fabric from MGA HK to MGA | MGA000634 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| P-5 | On or about 2/13/2001 | Shipment of Bratz deco samples from MGA HK to MGA and Bryant | MGA000603 - MGA000605 | AEO | | |
| P-6 | On or about 5/12/2001 and 5/15/2001 | Shipment of Bratz samples from MGA HK to MGA | MGA000666 B - MGA000667 B | AEO | | |
| P-7 | On or about 5/7/2001 | Shipment of Diva Starz from MGA to MGA HK | MGA 0052265 - MGA 0052266 | AEO | | |
| Q | | Bryant Mail Fraud Chart | | | | at ¶ 124(a) |
| Q-1 | On or about 10/5/2000 C | Shipment of hair samples from Universal Commerce to Bryant via Airborne Express | Bryant 01212, Bryant 04429 | | | |
| Q-2 | On or about 2/20/2001 | Federal Express shipment of Bratz sewn samples from Carter Bryant to Cecilia Kwok at MGA 1-HK | MGA000566 | AEO | | |
| Q-3 | 2/26/2001 | Shipment of Bratz yarn samples from Bryant to MGA HK | MGA000550 | AEO | | |
| Q-4 | On or about 4/17/2001 | Shipment of Bratz fabric from MGA HK to MGA | MGA000635 | AEO | | |
| R | | Machado Mail Fraud Chart | | | | at ¶ 124(a) |
| R-1 | On or about 4/16/2004 | Shipment of Vargas, Trueba, and Machado employment agreements from Mexico to MGA via courier | MGA 0869777-8 | AEO | | |
| R-2 | On or about 4/17/2004 | Shipment of Vargas, Trueba, and Machado employment agreements from MGA to Mexico via courier | MGA 3512499-500 | AEO | | |
| S | | MGA & Larian Wire Fraud Chart | | | | at ¶ 1249(b) |
| S-1 | 8/2000 | Phone calls from Carter Bryant to Veronica Marlow on 8/24, 8/24, 8/24, 8/24 | M 0001808 - M0001810 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | and 8/29 (Ph. No. 818-517-0640). | | | | |
| S-2 | 10/26/2000 - 11/8/2000 | Phone calls from Carter Bryant to Hong Kong on 10/26 (Phone No. 852 23120101). | BRYANT 01294- BRYANT 01296 | AEO | | |
| S-3 | 9/27/2000 | Email from Paula Treantafelles to Franki Tsang et al. | MGA000422 | AEO | | |
| S-4 | 10/26/2000 | Email from Cecilia Kwok to Mercedeh Ward et al. | MGA 006396 - MGA 006397 | AEO | | |
| S-5 | 10/30/2000 | Email from Cecilia Kwok to Paula Treantafelles et al.: Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Paula Treantafelles to Mercedeh Ward | MGA000019 - MGA000021 | AEO | | |
| S-6 | 11/2/2000 - 11/6/2000 | Emails from Victor Lee to Mercedeh Ward and Paula Treantafelles et al.; Emails from Mercedeh Ward to Victor Lee and Paula Treantafelles et al. | MGA000043 - MGA000045 | | | |
| S-7 | Shortly before 12/26/2003 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Meet the Bratz" in The Telegraph | M 0074224 - M0074225 | | | |
| S-8 | Shortly before 3/5/2004 | Statements made by Isaac Larian to reporters reflected and transmitted in the newspaper article entitled "Bratz packers are what's cool in doll world" by Denise I. O'Neal in Chicano Sun-Times | M 0070398 - M0070399 | | | |
| S-9 | Shortly before 3/29/2004 | Statements made by Isaac Larian in the reporters reflected and transmitted in the | M 0101133 - M0101135 | | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | newspaper article entitled "Immigrant's Creative Company Shakes Up Tov Industry" by Jeff Weiss in San Fernando Valley Business Journal | | | | |
| S-10 | 5/14/2004 | Affidavit of Isaac Larian | MGA 0868039, MGA 0868040, MGA 0868090 | AEO | | |
| S-11 | 10/16/2000 - 10/17/2000 | Email from Paula Treantafelles to Cecilia Kwok et al.; Email from Judy Rich to Isaac Larian et al.; Email from Mercedeh Ward to Judy Rich et al.; Email from Isaac Larian, to Mercedeh Ward et al. | MGA 0009131R- MGA 0009132R | AEO | | |
| S-12 | 10/17/2000 - 10/23/2000 | Email from Paula Treantafelles to Cecilia Kwok et A; Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.; Email from Samuel Won to Mercedeh Ward et al.; Emails from Paula Treantafelles to Samuel Wona et al.; Email from Samuel Wona to Paula Treantafelles et al.; Emails from Carter Bryant to Paula Treantafelles; Email from Paula Treantafelles to Carter Bryant | MGA 0052031 - MGA 0052036 | AEO | | |
| S-13 | 12/15/2000 - 12/18/2000 | Emails from Samuel Wong to Mercedeh Ward and Paula Treantafelles et al.; Email from Samuel Wong to Judy Rich et al.; Emails from Judy Rich to Samuel Wong et al.; Email from Mercedeh Ward to Samuel | MGA000097 - MGA000104 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Wong et al. | | | | |
| S-14 | 5/4/2001 - 5/10/2001 | Email from Nana Ashona to Isaac Larian and Didi Brown; Email from Isaac Larian to Stephen Lee et al.; Emails from Stephen Lee to Isaac Larian et al.; Email from Isaac Larian to Stephen Lee; Email from Paula Treantafelles to Stephen Lee et al.; Email from Stephen Lee to Paula Treantafelles et al. | MGA 0047234 - MGA 0047237 | AEO | | |
| S-15 | 9/14/2000 | Facsimile transmission from Carter Bryant to David Rosenbaum (attorney for MGA) | MGA007337 - MGA007340 | AEO | | |
| S-16 | 9/19/2000 | Email from David Rosenbaum to Carter Bryant, Victoria O'Connor and Isaac Larian | MGA001355 | AEO | | |
| S-17 | 10/4/2000 | Emails from David Rosenbaum to Anne Wana (attorney for Carter Bryant) and Victoria O'Connor | MGA001318-27, MGA001329 | AEO | | |
| S-18 | 10/5/2000 | Email from Carter Bryant to Isaac Larian; Email from Isaac Larian to Carter Bryant et al. | MGA000423 | AEO | | |
| S-19 | 10/5/2000 | Email from Isaac Larian to Carter Bryant et al. | MGA 0064575 | AEO | | |
| S-20 | 10/17/2000 | Email from Paula Treantafelles to Isaac Larian et al.; Email from Isaac Larian to Paula Treantafelles et al. | MGA 0009128R | AEO | | |
| S-21 | 3/9/2002- 3/12/2002 | Email from Paula Treantafelles to Isaac Larian, Abe Mirza, Beth Cahill; Email | MGA 3801819  MGA 3801822 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | from Isaac Larian to Victoria O'Connor, Dave Malacrida, Aileen Storer, Paula Treantafelles, Margo Chazen, Dianna Eisenberg, copy to Abe Mirza, Julie Mote, Beth Cahill. | | | | |
| S-22 | 2/6/2003 | Email from Dee Dee Valencia to Isaac Larian; Email from Isaac Larian to Dee Dee Valencia | MGA 3801558 | AEO | | |
| S-23 | 10/23/2002 | Email chain between Larian and Victoria O'Connor | MGA 2 0070266- 270 | AEO | | |
| S-24 | 10/10/2000 | Email from Larian to Victoria O'Connor; Email from Victoria O'Connor to Isaac Larian: Email from Paula Garcia to Victoria O'Connor | MGA 0836717 | AEO | | |
| S-25 | 3/22/2004 - 3/23/2004 | Email from "p1ot04@aol.com" to Isaac Larian et al.; Email from Isaac Larian to "plot04@aol.com" et al.; Email from Marlene Parker to Isaac Larian and "plot04@aol.com" | M 0059790 - M 0059792 | | | |
| S-26 | 3/30/2004 & 4/12/2004 | Email from Thomas Park to "plot04@aol.com" and Isaac Larian; Email from Thomas Park to "plot04@aol.com" | M 0059808 - M 0059809 | | | |
| S-27 | 4/14/2004 | Email from "plot04@aol.com" to Isaac Larian and Thomas Park; Email from Isaac Larian to "plot04@aol.com" et al. | M 0059818 - M 0059819 | | | |
| S-28 | 4/14/2004 | Email from "p1ot04@aol.com" to Thomas Park et al. | M 0059826 - M 0059827 | | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| S-29 | 4/14/2004 - 4/15/2004 | Email from Susana Kuemmerle to Isaac Larian and Thomas Park; Email from Susana Kuemmerle to "plot04@aol.com" | M 0059828 | | | |
| S-30 | 4/21/2004 | Email between Larian and p1ot04@aol.com | TX 3618 (MGA 141356) | AEO | | |
| S-31 | 3/16/04 | Email from Larian to nlot04Qaol.com and Kuemmerle | TX 3607 (MGA 141660) | AEO | | |
| S-32 | 2/5/04 | Email chain between Kuemmerle and Larian | TX 3601 (MGA 0428161) | AEO | | |
| S-33 | 3/25/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059785 | Confidential | | |
| S-34 | 4/15/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059786 | Confidential | | |
| S-35 | 4/15/2004 | Email from Mariana Trueba Almada to Carlos Gustavo Machado Gomez | M 0059787 | Confidential | | |
| S-36 | 4/15/2004 | Email from "plot04@aol.com" to Thomas Park et al. | M 0059831 | | | |
| S-37 | 10/5/2004 | Email from Summer Wells to Ninette Pembleton | MGA 0320274-6 | AEO | | |
| S-38 | 3/7/2006 | Email from Jorge Castilla to Schulyer Bacon | MGA 1753307-8 | AEO | | |
| S-39 | 8/4- 8/19/2004 | Email chain between Isaac Larian and Ron Brawer | MGA0887147- MGA08887150 | AEO | | |
| S-40 | 4/4/2006 | Email dated 4/04/2006 from Janine Brisbois to Diane Goveia Gordon re: "Mattel Org Structure." | MGA 0301515- MGA 0301517 | AEO | | |
| S-41 | 12/2/08 | Email from Larian to Shirin Makabi, | DFI-25 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Angela Larian, and Brian Wing | | | | |
| S-42 | 12/2/08 | Email from Larian to Leon Farahnik | DFI-26 | AEO | | |
| S-43 | 7/22/2008 | Email correspondence between Larian and Amir Mossanen | MGA2 0558526 | AEO | | |
| S-44 | 12/2/2008 | Email from Larian to Shirin Makabi | IGWT14394-96 | AEO | | |
| S-45 | 10/3/2003 | Email from Larian to Paula Treantafelles and Lois Ungar | MGA 3797015-17 | AEO | | |
| S-46 | 7/31/2008 | E-mail from Larian to Koren Kordes and Michael Daniel | OMNI0007314-15 | Conf – Prod Per PO | | |
| S-47 | 7/31/2008 | E-mail from Larian to Koren Kordes and Michael Daniel | OMNI0007314-15 | Conf – Prod Per PO | | |
| S-48 | 10/17/2008 | E-mail from Larian to neil@omninet.com | MGA2 0540678  80 | | | |
| S-49 | 11/14/2008 | E-mail from Larian to Angela Larian | IGWT 14397 | AEO | | |
| S-50 | 12/2/2008 | E-mail from Larian to Shirin Makabi, Angela Larian and Brian Wing | MGA2 0540632 | Confidential | | |
| S-51 | 3/22/2007 | E-mail from Lisa Tonnu to David Pollock, SMullinabear.com, Shirin Makabi, Angela Larian, Mondana Hamzavi and Isaac Larian | MGA2 0553445- 446 | AEO | | |
| S-52 | 10/18/2008 | E-mail from Lisa Tonnu to Brian Wing | MGA2 0852380  81 | AEO | | |
| S-53 | 10/20/2008 | E-mail from Lisa Tonnu to Tiffanie L. Baker and Shirin Makabi | IGWT 00144-46 | | | |
| S-54 | 9/15/2008 | Email from Larian to Joseph Moinian | MGA2 0540626¬28 | Confidential | | |
| S-55 | 2/9/2004 - 4/19/2004 | Telephone calls from Carlos Gustavo Machado Gomez to MGA Entertainment, Inc., Susana Kuemmerle and Maria C. Mendez; from Mariana Trueba Almada to | | | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Maria C. Mendez; and from Pablo Vargas San Jose to Ritch, Heather and Mueller. | | | | |
| S-56 | 10/23/2002 | Email from Larian to Victoria O'Connor and Sandrine de Raspide | TX 11907 (MGA 3819572-76) | AEO | | |
| S-57 | 11/15/2005 | Email from Susana Kuemmerle to Laura Ochoa-Mexico City | MGA2 0010265 | AEO | | |
| S-58 | 10/3/2002 | Email from Isaac Larian to Paula Treantafelles and Lois Ungar | TX13625 (MGA 3797015-17) | AEO | | |
| S-59 | 2/6/2003 | Email from Isaac Larian to Dee Dee Valencia | MGA 3801558-9 | AEO | | |
| S-60 | 10/23/2002 | Email from Isaac Larian to Victoria O'Connor and Sandrine de Raspide | MGA 3819572-6 | AEO | | |
| S-61 | 12/7/2000 | Fax Cover Sheet from Lucy B. Arant. Esq. to ABC Intl. Traders, Inc. with attached US application for registration and power of attorney | MGA 0829296- 305 | AEO | | |
| S-62 | 8/29/2008 | Email from Isaac Larian to Peter H. Carson, Moshe J. Kupietzky, Neil Kadisha and David S. Witek Bingham, Solleh | OMNI0005550-53 | Conf – Prod Per PO | | |
| S-63 | 10/28/2004 | Email from Schuyler Bacon to cubmex9@msn.com | NC 00025 | AEO | | |
| S-64 | 10/26/2004 | Email from Isaac Larian to Janice Foti and Schuyler Bacon | MGA 0200941-42 | AEO | | |
| S-65 | 3/30/2006 | Email from Nick Contreras to Nicole Coleman | MGA 0518291-92 | AEO | | |
| S-66 | 4/11/2005 | Email from Isaac Larian to Ron Brawer | MGA 1023037-39 | AEO | | |
| S-67 | 2/3/2006 | Email from Isaac Larian to Heather Hocut- | MGA 0232301-04 | AEO | | |

11

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Walmart | | | | |
| S-68 | 11/9/2005 | Email from Karen Ouadrio to Isaac Larian, Eric Villette-EVP Operations. Ron Brawer, Nicole Coleman and Nick Contreras | MGA 0462564-69 | AEO | | |
| S-69 | 6/16/2005 | Email from Phoebe Ho to Eric Yip and Kit Lam | MGA 0173699- 701 | AEO | | |
| S-70 | 2/15/2006 | Email from Ron Brawer to Nicole Coleman, Nick Contreras, Julie Chomo, Karen Ouadrio, Janine Firth, Andy Wiseman, Luci Kuemmerle and Jan Rose | MGA 0257577-79 | AEO | | |
| S-71 | 3/10/2006 | Castilla Offer of Employment | M 0259551-7 | AEO | | |
| S-72 | 10/3/2002 | Email from Isaac Larian to Paula Treantafelles and Lois Ungar | TX 13625 (MGA 3797015-17) | AEO | | |
| S-73 | 4/15/2003 | Email from Isaac Larian to Mel Woods | MGA2 0544306  08 | AEO | | |
| S-74 | 10/23/2002 | Email from Isaac Larian to Victoria O'Connor and Sandrine de Raspide | MGA 3819572-76 | AEO | | |
| S-75 | 12/7/2000 | E-mail from Lucy B. Arent ESQ. to Paula Treantafellas with attached application for registration and power of attorney | MGA 0829296- 305 | AEO | | |
| S-76 | 8/29/2008 | Email from Isaac Larian to Peter H. Carson and Moshe J. Kupietzky et. al | OMNI0005550-53 | Conf – Prod Per PO | | |
| S-77 | 3/29/2009 | Email from Isaac Larian to Shirin Makabi and Brian Wing | MGA2 1095383- 86 | AEO | | |
| S-78 | 10/26/2004 | Email from Isaac Larian to Janice Foti, Schuyler Bacon and Mel Woods | MGA 0200941-42 | AEO | | |
| S-79 | 9/16/2005 | Email from Isaac Larian to Jev Wanner, | MGA 0202500- 505 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Diane Goyeia Gordon | | | | |
| S-80 | 11/16/09 | Larian Declaration iso Opposition to Motion to Compel Responses to RFAs re O'Connor Email | | | | |
| S-81 | 3/10/2004 | Email from Isaac Larian to Randy Cameron- Wal Mart | MGA 0429243 | AEO | | |
| S-82 | 4/28/2004 | Email from Isaac Larian to Scot Rank et. al | MGA 0182009-13 | AEO | | |
| S-83 | 2/1/2004 | Security File #04-0287 Suspicious Telephone Calls, Mattel Mexico Office Extensions list | M 0128850-53 | | | |
| S-84 | 5/8/2004 | Email from Isaac Larian to Pablo Vargas, Susana Argentrade et. al | MGA 0181257-58 | AEO | | |
| S-85 | 5/13/2004 | Email from Isaac Larian to Pablo Vargas et. al | MGA 0181076-77 | AEO | | |
| S-86 | 10/26/2004 | E-mail from Isaac Larian to Janice Foti., Schuyler Bacon and cc to Mel Woods Re Nick Contreras offering $150K, 35% bonus clan. 10,000 shares | MGA 0200941- 942 | AEO | | |
| S-87 | 12/08/2006 | E-mail from Patrick Potgiesser — Benelux office to Isaac Larian Re URGENT Privileged&Confidential: Benelux Developments | MGA 4368749- 751 | AEO | | |
| S-88 | 11/29/2006 | E-mail from Patrick Potgiesser — Benelux office to Isaac Larian and cc to Ron Brawer re Canada tru | MGA 0609319- 920 | AEO | | |
| S-89 | 10/05/2004 | E-mail from Summer Wells to Ninette | MGA 0320274- 276 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Pembleton re Alien Racers Action Figure Update | | | | |
| S-90 | 04/26/2006 | E-mail from Isaac Larian to Ron Brawer Re TRU Position | MGA 0235641- 644 | AEO | | |
| S-91 | 10/06/2000 | E-mail from Isaac Larian to Carter Bryant cc to Paula Treantafelles Re the Bratz | TX1762 (MGA 0046778) | AEO | | |
| S-92 | 09/09/2005 | E-mail from Schuyler Bacon to Isaac Larian re Nice to meet you | MGA2 0537067- 68 | AEO | | |
| S-93 | 02/05/2004 | E-mail from Isaac Larian to Susana (Argentrade) cc to Tom Park Re MGA Mexico | TX 3601 (MGA 0428161) | AEO | | |
| T | | MGA HK Wire Fraud Chart | | | | at ¶ 1249(b) |
| T-1 | 9/27/2000 | Email from Paula Treantafelles to Franki Tsang et al. | MGA000422 | AEO | | |
| T-2 | 10/26/2000 | Email from Cecilia Kwok to Mercedeh Ward et al. | MGA 006396 - MGA 006397 | AEO | | |
| T-3 | 10/30/2000 | Email from Cecilia Kwok to Paula Treantafelles et al.; Email from Mercedeh Ward to Cecilia Kwok et al.: Email from Paula Treantafelles to Mercedeh Ward | MGA000019- MGA000021 | AEO | | |
| T-4 | 06/16/2005 | Email from: Phoebe Ho (HK-SS) to Eric Yip and Kit Lam | MGA 0173699-701 | AEO | | |
| U | | MGA de Mexico Wire Fraud Chart | | | | at ¶ 1249(b) |
| U-1 | 4/15/2004 | Email from Jean Paul Farah to "plot04@aol.com" et al. | M 0059829 - M 0059830 | | | |
| U-2 | 11/24/2006 | Email from Nicole Coleman to David | MGA 1627665-68 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Dutton; Luci Kuemmerle; Mark Collier; Ricardo Abundis et al. | | | | |
| U-3 | 03/10/2004 | Email from Isaac Larian to: Wal-Mart, Randy Cameron (VP -GMM of Global Sourcing) and Mark Clark | MGA 0429243 | AEO | | |
| U-4 | 04/28/2004 | Email from Isaac Larian to Scot Rank CC: David Dager, Susana (Argentrade) | MGA 0182009- MGA0182013 | AEO | | |
| U-5 | 04/19/2004 | Chart entitled Suspicious Telephone Calls - February 1, 2004 to April 19, 2004; Exhibit 87 to Mexican Criminal Complaint | M 0128850-53 | | | |
| U-6 | 4/21/2004 | Email from Plot04(aaol.com (Gustavo Machado) to I Larian cc: T. Park; Argentrade (Susana Kuemmerle) re Machado's description of Mattel Mexico's reaction to resignations of Gustavo Machado, Pablo Vargas and Mariana Trueba | Exhibit 6438 | AEO | | |
| U-7 | 05/08/2004 AEO | Email from:    Isaac Larian    to Pablo Varg (MGA-Mexico) and Susana (Argentrade) CC: Julie Wineberg: Tom Park (Chief Operating Officer) | MGA 0181257- MGA 0181258 | AEO | | |
| U-8 | 05/13/2004 AEO | Email from Isaac Larian to Pablo Vargas (MGA-Mexico) and Tom Park (Chief Operating Officer) and Julie Wineberg | MGA 0181076— MGA 0181077 | AEO | | |
| U-9 | 10/15/2004 | Email from: Gustavo Machado Gomez (MGA- Mexico) to: Isaac Larian | MGA 0292464-65 | AEO | | |
| U-10 | 6/16/2008 | Spanish email (with certified English | Exhibit 6828 | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | translation) from S. Kuemmerle to A. Perez Kuemmerle wanted to be told by the MGA Mexico office receptionist if anyone from the District Attorney's office comes looking for P. Vargas; M. Trueba or G. Machado | | | | |
| U-11 | 03/25/2004 | Email from Marianna Trueba to Gustavo Machado | M 0059785 | Confidential | | |
| U-12 | 04/15/2004 | Email from Marianna Trueba to Gustavo Machado | M 0059786 | Confidential | | |
| U-13 | 03/11/2004 | Email from Jill Nordauist to Mariana Trueba and Therese Wilbur | M 0128844 | AEO | | |
| U-14 | 05/09/2006 | Email from Eric Villette - EVP Operations to Isaac Larian and Susana Kuemmerle - MGA Mexico City | MGA 0510478-MGA 0510479 | AEO | | |
| U-15 | 06/27/2003 | Email from Isaac Larian to Sandrine de Raspide and Fanny Salazar CC: Mel Woods | MGA0188938-MGA0188940 | AEO | | |
| U-16 | 09/23/2008 | Email from Laura Ochoa - MGA Mexico to Gustavo Machado,Pablo Vargas, and Jorge Delgado - MGA Mexico, et al | MGA2 0396839 | AEO | | |
| U-17 | 11/15/2005 | Email from Susana Kuemmerle - MGA Mexico City to: Laura Ochoa - Mexico City | MGA2 0010265 | AEO | | |
| V | | Bryant Wire Fraud Chart | | | | at ¶ 1249(b) |
| V-1 | 9/17/2000 | Facsimile transmission from Carter Bryant to Kinuyo Shichijyo | BRYANT 01200 - BRYANT 01201 | Confidential | | |
| V-2 | 10/24/2000 - 10/25/2000 | Email from Carter Bryant to Kinuyo Shichijyo; Email from Carter Bryant to Paula | MGA005053 B - MGA005055 B | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| | | Treantafelles; Email from Paula Treantafelles to Carter Bryant et al. | | | | |
| V-3 | 9/14/2000 | Facsimile transmission from Carter Bryant to David Rosenbaum (attorney for MGA) | MGA007337 - MGA007340 | AEO | | |
| V-4 | 9/19/2000 | Email from David Rosenbaum to Carter Bryant, Victoria O'Connor and Isaac Larian | MGA001355 | AEO | | |
| V-5 | 10/4/2000 | Emails from David Rosenbaum to Anne Wang (attorney for Carter Bryant) and Victoria O'Connor | MGA001318-27, MGA001329 | AEO | | |
| V-6 | 10/5/2000 | Email from Carter Bryant to Isaac Larian: Email from Isaac Larian to Carter Bryant et al. | MGA000423 | AEO | | |
| V-7 | 8/11/2003 | Letter from Alan C. Rose to Carter Bryant | TX 11898 | | | |
| W | | Machado Wire Fraud Chart | | | | at ¶ 1249(b) |
| W-1 | 3/22/2004 - 3/23/2004 | Email from "plot04@aol.com" to Isaac Larian et al.; Email from Isaac Larian to "plot04@aol.com" et al.; Email from Marlene Parker to Isaac Larian and "plot04@aol.com" | M 0059790 - M 0059792 | | | |
| W-2 | 4/14/2004 | Email from "plot04@aol.com" to Isaac Larian and Thomas Park; Email from Isaac Larian to "plot04@aol.com" et al. | M 0059818 - M 0059819 | | | |
| W-3 | 4/14/2004 | Email from "plot04@aol.com" to Thomas Park et al. | M 0059826 - M 0059827 | | | |
| W-4 | 4/21/2004 | Email between Larian and plot04@aol.com | TX 3618 (MGA 141356) | AEO | | |

| Mattel Complt Exhibit | Date | Doc Description | Bates Range | Designation | Notes/Other | Mattel Exhibit |
|---|---|---|---|---|---|---|
| W-5 | 3/16/04 | Email from Larian to plot04@aol.com and Kuemmerle | TX 3607 (MGA141660) | AEO | | |
| W-6 | 4/15/2004 | Email from "plot04@aol.com" to Thomas Park et al. | M 0059831 | | | |
| W-7 | 2/9/2004 - 4/19/2004 | Telephone calls from Carlos Gustavo Machado Gomez to MGA Entertainment. Inc., Susana Kuemmerle and Maria C. Mendez; from Mariana Trueba Almada to Maria C. Mendez; and from Pablo Vargas San Jose to Ritch, Heather and Mueller. | | | | |
| W-8 | 3/16/04 | Email from Gistavo Machado to Tom Park | MGA1184326-30 | AEO | | |
| W-9 | 4/15/2004 | Email from Isaac Larian to Julie Wineberg | MGA0181261-63 | AEO | | |
| W-10 | 04/19/2004 | Larian email. | MGA1002710-712 | AEO | | |
| W-11 | 5/12/2004 | Email from Gustavo Machado to T. Park; Susana (Argentrade). Julie Wineberg cc: M. Trueba: I. Larian, P. Vargas; Valerie Grant re attached Integrated Marketing Plan spreadsheet | MGA1184326-30 | AEO | | |
| W-12 | 10/15/2004 | Email from B___ to Gustavo Machado Gomez (MGA- Mexico) | MGA1002710-12 | AEO | | |
| W-13 | 10/15/2004 | | MGA0292464-465 | AEO | | |
| W-14 | 10/15/2004 | Email CSCAC to Susan | MGA0205769-70 | AEO | | |
| X | | | | | | X at ¶ 207(a) |
| | | | | | | |

# EXHIBIT B



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

*tel +1-650-614-7400*
*fax +1-650-614-7401*

WWW.ORRICK.COM

Denise M. Mingrone
(650) 614-7682
dmingrone@orrick.com

March 26, 2010

*BY VIA EMAIL*

John Quinn
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:     MGA Entertainment, Inc. v. Mattel, Inc.

Dear Counsel:

We have determined that some documents protected by the attorney-client privilege and/or work product doctrine were inadvertently produced to you during this litigation.  Pursuant to Federal Rule of Civil Procedure 25(b)(5)(B) and Paragraph 13 of the Stipulated Protective Order (DE 54), we request that all copies, electronic, or printed of the inadvertently produced documents identified at IGWT 00144-00146 be immediately destroyed.

Additionally, please destroy any document or material information reflecting the contents of the inadvertently produced documents. Please confirm in writing your compliance with Paragraph 13 with regard to these documents.

Further, in violation of the Protective Order, Mattel publicly filed these documents on March 24, 2010 as Exhibit 53 to its proposed Fourth Amended Answer and Counterclaims. These materials, along with virtually all of the additional exhibits attached to the Answer, are clearly designated "Confidential – Attorneys' Eyes Only" and must be immediately withdrawn from the public record. MGA intends to file *ex parte* relief absent Mattel's agreement to withdraw the exhibits to its proposed counterclaim by the close of business today.

Very truly yours,

Denise M. Mingrone

cc:     Annette L. Hurst

OHS West:260885239.1
22161-2006 D6M/D6M