MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES' EX PARTE APPLICATION TO STRIKE AND REMOVE FROM THE DOCKET THE EXHIBITS TO MATTEL'S PROPOSED FOURTH AMENDED ANSWER AND COUNTERCLAIMS AND GRANTING SANCTIONS**<br><br>**Phase 2**<br>Discovery Cutoff:  None Set<br>Pretrial Conference: None Set<br>Trial Date:  None Set |

1  The Court, having considered MGA's *Ex Parte* Application to Strike and Remove From the Docket the Exhibits to Mattel's Proposed Fourth Amended Answer and Counterclaims, and having found good cause appearing, HEREBY ORDERS that:

  1. Docket No. 7576 be stricken and removed from the docket;

  2. Mattel is sanctioned to pay MGA its reasonable attorneys' fees and costs incurred in preparing its *ex parte* motion in an amount to be set by the Court upon the submission of the fees incurred by MGA, and;

  3. Mattel is further sanctioned as follows: _____

  **It is so ORDERED.**

Dated: _____, 2010    _____
David O. Carter
United States District Judge