| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building, 405 Howard Street |
| 5 | San Francisco, CA 94105 |
| | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | |
| | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF WILLIAM A. MOLINSKI IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO MGA'S INTERNAL TRADE SECRET INVESTIGATIONS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [MGA Parties' Opposition Filed Concurrently Herewith] |

I, WILLIAM A. MOLINSKI, declare:

1.  I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  Over the years, litigation counsel has interviewed MGA employees and former employees regarding the claimed theft of trade secrets for the purpose of providing legal advice to MGA. The results of these interviews, which Mattel now seeks, are notes and memoranda prepared by the attorneys who conducted them. None are verbatim accounts of the interviews and many were not prepared contemporaneously.

3.  The MGA Parties have not withheld any document or information from production merely because it was communicated to counsel. Nor have the MGA Parties withheld any document from production because it related to Mattel or to Mattel's alleged trade secrets.

4.  MGA has produced more than 35,000 documents referring to Machado, including over 77,800 pages of documents from Mr. Machado's hard dive.

5.  MGA has produced more than 16,000 documents that refer to Trueba.

6.  MGA and its accused employees share an interest in rebutting Mattel's allegations that the accused employees stole and used Mattel's trade secrets for MGA's benefit. The interviews were conducted in the course of defending those allegations. Brisbois and Castilla were informed that their interviews were subject to privilege. Documents relating to the interviews have been maintained in the confidential files of MGA's litigation counsel.

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct. Executed at Los Angeles, California on March 29,
3 | 2010.

                          */s William A. Molinski*
                          William A. Molinski