MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**DECLARATION OF ANDRÉ DE LA CRUZ IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO ENFORCE COURT'S FEBRUARY 25, 2010 ORDER AND TO COMPEL MGA MEXICO TO PROVIDE AN ADDITIONAL 30(b)(6) WITNESS** |

# DECLARATION OF ANDRÉ DE LA CRUZ

I, André De La Cruz, declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. The documents and transcripts relied upon in support of the MGA Parties' opposition have been designated by Mattel, Inc. as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order adopted in this action. The MGA Parties will lodge the confidential exhibits herein referenced for the Court's consideration if so requested.

3. On September 12, 2006, a Mexican Federal Court dismissed the underlying criminal causes of action as to Gustavo Machado, Mariana Trueba, Pablo Vargas, Isaac Larian, and Jahangir Makabi and further denied issuance of arrest warrants.

4. On August 14, 2007, after continued efforts by Mattel, the Mexican appellate court (Unitary Tribunal) reversed the denial of arrest warrants as to Gustavo Machado, Marian Trueba, and Pablo Vargas. Tellingly, however, the court affirmed the denial of arrest warrants as to Isaac Larian and Jahangir Makabi for failure to establish any evidence of use or disclosure of any Mattel information at MGA.

5. Mattel has produced a forensic report prepared by Mr. Roy Schwarz, dated May 4, 2004.

6. Mattel has produced a forensic report prepared by Mr. Mark Spencer, dated September 27, 2004.

7. Mattel has produced a forensic report prepared by Mr. Tim Lider, dated March 15, 2005.

1   8.   Attached hereto as **Exhibit A** is a true and correct copy of an email chain
2   between counsel for MGA and Mattel attempting to meet and confer pursuant to the
3   Court's February 25 Order.
4      I declare under penalty of perjury under the laws of the United States that the
5   foregoing is true and correct.  Executed at Irvine, California on the 31st of March,
6   2010.

*/s André De La Cruz*
André De La Cruz

# Exhibit A

## De La Cruz, Andre

| | |
|---|---|
| **From:** | Jon Corey [joncorey@quinnemanuel.com] |
| **Sent:** | Tuesday, March 09, 2010 9:27 AM |
| **To:** | Molinski, William |
| **Cc:** | McConville, Thomas; De La Cruz, Andre; Hurst, Annette |
| **Subject:** | RE: MGA Mex 30 |

Bill,

The topics of examination have not changed. The same deficiencies remain. Your e-mail message does not directly answer the question that I asked. There is no reason that Mr. Small should not have asked Machado, Vargas and Trueba the same questions asked of the other witnesses. He spoke with Ms. Trueba, but asked her no questions. Mr. Vargas invited questions in writing. He did not refuse. Can you confirm that Mr. Small will have filled this gap by the 10th? If he cannot, then I invite you to tell me how MGA Mexico intends to address the Court's concern regarding its failure to obtain information from them.

I am aware that Mr. Machado and Ms. Trueba have invoked rights under the Fifth Amendment, even though Judge Carter ruled that Mr. Machado had no such rights. It is apparent from your questioning of Messrs. Ibarra, Isaias and Storie, however, that Machado and/or Trueba have provided the MGA parties with information about their conduct and actions at Mattel, notwithstanding their refusals to answer questions on this subject at deposition. MGA Mexico's insistence on disclaiming knowledge based on the assertion of the Fifth Amendment rights while using that same knowledge from Machado and/or Trueba offensively in depositions is improper.

Mattel's position should be clear, given that we have set it forth in letters, before the Discovery Master and before the Court, but I will reiterate it. MGA Mexico has not provided a witness adequately prepared to testify regarding Topic Nos. 1, 2, 3, 5, 6, 8 or 27. I will not provide you with an outline of subsequent questioning, as you have refused to do that in the past with respect to Mattel Rule 30(b)(6) witnesses. Certain obvious deficiencies that Mattel expects MGA Mexico to remedy at the next session include, without limitation, the following:

(a) Identification of the documents located during the search, including authentication of Mr. Aguirre's signature upon the hard copy documents located during the search. Mr. Aguirre is one of the persons interviewed by Mr. Small. He should be able to authenticate his own signature.

(b) Efforts, if any, by MGA Mexico to determine whether any additional Mattel-authored documents existed in the offices of MGA Mexico or in the possession of MGA Mexico employees, whether any were located, whether they were preserved, how they were preserved, whether they were destroyed, and if so, the circumstances under which they were destroyed, and whether any documents were disclosed or distributed before or after the search.

(c) How the Mattel-authored documents arrived in the offices of MGA Mexico, by whom, why they were there, why they were on the desktops and work areas of Mr. Machado, Mr. Vargas and Ms. Trueba, and what route they traveled to get there. This should include how the Mattel-authored documents that post-dated April 19, 2004 were found in MGA Mexico's offices.

(d) Of the copy of the documents that were located in the search, to whom they (or any copy) were delivered, whether they were sent to MGA Entertainment or any employee or agent thereof (including counsel), when they were sent, the reason that they were sent, and the location, custody and use of any information in those documents, up to and including the last date as to which there were no such documents in the possession, custody or control of MGA Mexico.

(e) Efforts, if any, by MGA Mexico, to determine whether any of its hard copy documents or electronic documents were created with or using any information contained in the Mattel-authored documents located during the search or any other Mattel-authored document.

(f) The creation of the CD containing Mattel-authored documents located during the search, including the computer on which it was created, who created it, when it was created, the location on MGA or MGA

Mexico's computers or servers of the files that were burned to the CD, whether those files continue to exist, whether they appear on any backup tape or device, and if not, when and how and by whom were they deleted.

Please let me know when you would like to discuss the foregoing.

Finally, your suggestion that Mr. Vargas is under Mattel's control and is wrong, as is the characterization of the "continuous" communications. Mr. Tiburcio testified that since last fall he has spoken with Mr. Vargas and his counsel on two occasions (and was present on another when Mr. Vargas was reviewing documents). Ongoing settlement negotiations prove, if anything, continued adversity, not control.

Best regards,


Jon Corey

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

---

**From:** Molinski, William [mailto:wmolinski@orrick.com]
**Sent:** Monday, March 08, 2010 7:38 PM
**To:** Jon Corey
**Cc:** McConville, Thomas; De La Cruz, Andre; Hurst, Annette
**Subject:** RE: MGA Mex 30

Jon:
I am happy to discuss this in the context of what the court has ordered in meeting and conferring over the questions to be asked and the manner of questioning. It is difficult for me to commit to specific interviews without knowing the topics of examination or questions to be asked. That being said, as you well know, Mr. Vargas is under Mattel's control--not MGA's--and our prior efforts to interview him have been refused. Indeed, Mattel's lawyer testified last week that he has been in constant contract with Mr Vargas and was nearing a deal whereby he would testify for Mattel in exchange for a complete "pardon" of criminal charges in Mexico. As you are also aware, Ms Trueba and Mr Machado have asserted the Fifth Amendment and Mr. Machado's counsel would not previously allow us to interview him. I do not expect that situation has changed. However, once you provide us with topics and questions, we will make every reasonable effort to obtain the requested information so that Mr. Small is prepared to testify.
Regards,
Bill

---

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Monday, March 08, 2010 7:27 PM
**To:** Jon Corey; Molinski, William
**Cc:** McConville, Thomas; De La Cruz, Andre
**Subject:** RE: MGA Mex 30

Bill,

I do not believe that I received a response to this e-mail message.


3/30/2010

**Exhibit A, Page 4**

Best regards,

Jon Corey

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

---

**From:** Jon Corey
**Sent:** Monday, March 08, 2010 12:46 PM
**To:** Molinski, William
**Cc:** McConville, Thomas; De La Cruz, Andre
**Subject:** RE: MGA Mex 30

Bill,

Will he have interviewed Machado, Vargas and Trueba by March 10th?

Best regards,

Jon Corey

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

---

**From:** Molinski, William [mailto:wmolinski@orrick.com]
**Sent:** Monday, March 08, 2010 11:07 AM
**To:** Jon Corey
**Cc:** McConville, Thomas; De La Cruz, Andre
**Subject:** MGA Mex 30

Jon:

As you know, the court ordered that we meet and confer over the manner in which Mr. Small will be prepared and

the questions he will be asked. We are willing to make him available on March 10 or 17, but to do so, we need a list from you of what subjects you believed he was not prepared to answer and the questions you would like to ask. He can then re-interview individuals from MGA Mexico to be able to testify on those topics and questions. If you would like to depose him on March 10, I will need that list from you today so we can reach resolution on this today, to allow him tomorrow to prepare.

Regards,
Bill



ORRICK

**BILL A. MOLINSKI**
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

*tel* 213-612-2256
*fax* 213-612-2499
*mobile* 310-502-7580
wmolinski@orrick.com

www.orrick.com

```
"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------
========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.




========================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
========================================================
```

3/30/2010

**Exhibit A, Page 6**

===============================================================================