UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                      Date: March 31, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                  Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Stephanie Mikhail | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                              NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER RE EX PARTE APPLICATION TO STRIKE AND REMOVE FROM THE DOCKET THE EXHIBITS TO MATTEL'S PROPOSED FOURTH AMENDED ANSWER AND COUNTERCLAIMS AND FOR SANCTIONS

       Before the Court is MGA Entertainment, Inc. and Isaac Larian (collectively "MGA")'s *ex parte* Application to Strike and Remove from the Docket the Exhibits to Mattel's Proposed Fourth Amended Answer and Counterclaims and for Sanctions. Upon considering the moving, opposing, and replying papers, the Court hereby ORDERS as follows:

       1.      MGA and Mattel, Inc. shall appear at 2:00 p.m. on Tuesday April 20, 2010 for a hearing on MGA's instant *ex parte* Application;

       2.      The parties, and any other interested entities or individuals, are ORDERED TO SHOW CAUSE, in writing, on or before 5:00 p.m. PST on April 5, 2010, why Court, on its own motion, should not lift the Stipulated Protective Order in this lawsuit in its entirety. The protective order in this lawsuit has interfered with the

discovery of relevant information and the fair administration of justice. Moreover, and as exemplified by the parties' recent dispute concerning the exhibits attached to Mattel's Fourth Amended Answer and Counterclaims, the parties have clearly failed to manage and apply the protective order designations in an agreeable and consistent fashion. It therefore appears to the Court that good cause no longer exists for the continued existence of a Protective Order, that any prior reliance upon the Protective Order did not result in a material change to the form and type of disclosures made during this litigation, and that the continued administration of the Protective Order is burdensome to the Court and to the parties. *See Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002). MGA, Mattel, and any other interested party or non-party to this lawsuit shall appear for a hearing at 2:00 p.m. PST on Tuesday April 20, 2010 on this Order to Show Cause.

3. The parties, and any other interested entities or individuals, are ORDERED TO SHOW CAUSE, in writing, on or before 5:00 p.m. PST on April 5, 2010, why MGA de Mexico should not be ordered to produce a 30(b)(6) designee, who is not subject to the Stipulated Protective Order, for deposition in Santa Ana, California on or before April 8, 2010. The parties shall appear for a hearing to discuss this Order to Show Cause at 2:00 p.m. PST on Tuesday April 20, 2010.

4. The Court hereby ORDERS that Docket 7676 be SEALED by the Clerk of the Court pending the resolution of the instant *ex parte* Application.

The Clerk shall serve this minute order on all parties to the action.