# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 04-9049 DOC (RNBx)                               Date: April 2, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                    Date:_____  Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

    Stephanie Mikhail                             Not Present
    Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

        NONE PRESENT                          NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER COMPELLING DEPOSITION TESTIMONY OF
MARIANA TRUEBA

    Before the Court is Mattel, Inc.'s ("Mattel")'s Motion to Compel Deposition Testimony of Mariana Trueba (the "Motion"). Trueba is a former MGA de Mexico employee whose legal fees in connection with the instant lawsuit are being reimbursed by MGA Entertainment, Inc. ("MGA"), a party to this lawsuit. In addition, Trueba has previously appeared for a deposition in this jurisdiction and in connection with this lawsuit. Trueba's attorney appeared before the Court on January 19, 2010 due to a shared interest with Trueba and another former MGA de Mexico employee, Gustavo Machado.

    Trueba's testimony is relevant to Mattel's claims for theft of trade secrets and the importance of Trueba's testimony is exemplified by the failure of MGA de Mexico's 30(b)(6) designee to offer responsive testimony, or any testimony at all, about the purported discovery of Mattel trade secret documents in MGA de Mexico's offices. The record reflects, and indeed all parties agree, that Trueba possesses relevant and unique knowledge about Mattel's allegations with regard to MGA de Mexico and MGA de Mexico's potential defenses.

MINUTES FORM 11 DOC                          Initials of Deputy Clerk sdm
CIVIL - GEN                                  Page 1 of 2

For the foregoing reasons, the Court GRANTS Mattel's Motion and directs Trueba to appear for deposition in Santa Ana, California on or before April 20, 2010.

The Clerk shall serve this minute order on all parties to the action.