QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>              Defendant.<br><br>———————————————<br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MASTER ORDER NOS. 89 AND 91**<br><br>Hearing Date:        TBD<br>Time:                TBD<br>Place:                Courtroom 9D<br><br>**Phase 2:**<br>Discovery Cut-off:        TBD<br>Pre-trial Conference:     TBD<br>Trial Date:                TBD |

-1-

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1.      I am a member of the bar of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      The purpose of this declaration is to update the Court on recent changes in the MGA Parties' asserted claims that are relevant to Mattel's pending objections to Discovery Master Order Nos. 89/91.  Dkt. No. 7396, 7465.

3.      On March 2, 2010, subsequent to discussions with MGA's counsel in accordance with the Court's direction to determine if the scope of the Rule 30(b)(6) topics could be resolved amicably by the parties, Mattel sent MGA a letter that proposed a prioritization of the noticed topics for MGA's Rule 30(b)(6) deposition. MGA nevertheless did not substantively respond to Mattel's proposals to resolve the matter.  Instead, at the March 6, 2010 hearing and without any attempt to discuss the subject with Mattel in advance, MGA's counsel Tom McConville reargued MGA's prior requests to the Court to limit or otherwise change the topics.  Rejecting MGA's arguments, the Court ruled that the deposition would proceed for three days on Mattel's topics and that it would the review the transcript to decide how to further proceed once the three days were completed.  Later, on March 16, 2010, MGA's counsel Annette Hurst again asked the Court to limit the noticed topics, and again the Court rejected the request.

4.      Despite the Court's rulings, nearly three weeks after Mattel's March 2, 2010 letter and without having sought to discuss the matter with Mattel beforehand, MGA sent a letter on March 21, 2010 which refused to provide any witness for 19 of the 28 categories listed in Mattel's letter and stated that it was purporting to unilaterally limit the scope of the other nine categories. On March 24, 2010, after the MGA Rule 30(b)(6) deposition had commenced, counsel for MGA sent an additional letter stating

that MGA was further limiting even the few subjects for which it was providing any Rule 30(b)(6) witness.  MGA stated in the letter that it was withdrawing, and therefore would not be providing any witness to testify about, MGA's claims relating to (1) the "Little Mommy" line of products, (2) the "Acceleracers" line of products or (3) Bratz trade dress (with the exception of the Bratz trapezoidal packaging shape).  Accordingly, not only did MGA abandon claims relating to these products, but also the corresponding allegedly infringed or allegedly infringing product lines:  MGA's "Alien Racers" and "Mommy's Little" products and Mattel's "My Scene" products (except for one product package as explained below).  A true and correct copy of MGA's March 24, 2010 letter is attached as Exhibit 1.

5.      Furthermore, at the Rule 30(b)(6) deposition, MGA's representative Sam Khare testified that only three Mattel product packages purportedly infringed the so-called Bratz trapezoidal packaging shape.  This was in contrast to MGA's earlier contentions that numerous (perhaps hundreds) of Mattel "My Scene" product packages were infringing.  Mr. Khare identified as allegedly infringing only the "My Scene Sound Lounge" product packaging, the "Barbie Happy Birthday Doll" product packaging, and the "Barbie Pink World Family Stacie & Kelly Dolls" product packaging.  Khare Deposition Transcript, dated March 25, 2010, at 213:24-214:15.

6.      MGA's abandonment of these claims as well as much of its packaging trade dress claim renders irrelevant and/or overbroad many of the requests for production compelled in the Discovery Master's Order Nos. 89/91.  Dkt. No. 7396, 7465.  In its Motion, MGA argued that the requests were relevant, despite having been served in Phase 1, because "many of these requests were directed to Phase 2 issues, such as trade dress similarities between 'Bratz' and 'My Scene' products" and "the serial copying by Mattel of MGA products."  Dkt. No. 6816 at 3.

7.      Sixty-seven of the requests compelled by Order Nos. 89/91 are mooted in their entirety by MGA's abandonment of its Bratz trade dress claims.  They are: 9049 Requests 1-4, 7-9, 12, 14-16, 22, 25-27, 29, 68, 76-77, 79, 82-84, 92-93, 168,

420, 440-444, 471, 540, 597, 695, 734, and 748-756; and 9059 Requests 69-70, 114, 120, 122-123, 125-126, 128-131, 136-138, 140-141, 144, and 146-148. For the vast majority of these requests, MGA's sole argument as to their relevance was its now-withdrawn copying claims. See Dkt. Nos. 6819, 6820, 6822, 6823, 6824, 6825, and 6828. Attached as Exhibit 2 is a chart of the true and correct text of these requests.

8. Nineteen of the requests compelled by Order Nos. 89/91, 9049 Requests 384-400 and 652-653, are mooted in their entirety by MGA's abandonment of its "Acceleracers"/Alien Racers trade dress claims. MGA justified the relevance of these Acceleracers requests solely on the basis of its copying claim regarding Mattel's Acceleracers product line. See Dkt. Nos. 6822 and 6825. Attached as Exhibit 3 is a chart of the true and correct text of these requests.

9. Ten of the requests compelled by Order Nos. 89/91, 9049 Requests 401-409 and 654, are mooted in their entirety by MGA's abandonment of its "Little Mommy" claims. MGA justified the relevance of these "Little Mommy" requests on the grounds that "MGA has alleged that Mattel is engaged in copying of MGA products, packaging, themes and advertising [and] 'LITTLE MOMMY' is an example of one such product line." See Dkt. No. 6822. Attached as Exhibit 4 is a chart of the true and correct text of these requests.

10. Fifty-four of the requests compelled by Order Nos. 89/91 relate almost exclusively or in substantial part to MGA's withdrawn products and claims, although they potentially concern aspects of surviving claims as well. Accordingly, these requests have been rendered substantially overbroad and defective by MGA's withdrawal. They are: 9049 Requests 5, 6, 10-11, 13, 18, 20-21, 23-24, 28, 70, 78, 80-81, 85, 94, 106-112, 114-115, 171, 421-423, 431-432, 452, 454-455, 525, 550, 556-557, 581-583, 674, 676-678, and 785; and 9059 Requests 113, 119, 139, 157, and 162-164. When it argued anything more specific than boilerplate statements that these requests were relevant to its "claims and defenses," MGA argued that each of these requests was highly relevant to its now-withdrawn copying claims. See Dkt. Nos. 6819, 6820, 6822,

6823, 6824, 6825, 6827, and 6828.  Attached as Exhibit 5 is a chart of the true and correct text of these requests.

11.     In direct reliance upon MGA's statement during motion practice that "at the core of this dispute are MGA's 'Bratz' and Mattel's 'My Scene' product lines," (Dkt. No. 7396 at 9, quoting MGA's Brief at 17), the Discovery Master compelled many of the other requests subject to limitations that narrowed their scope to documents related to MGA's My Scene/Bratz copying claims.  The scope of several requests was thus limited to only Mattel documents relating to:

• the conception and changes in the design of "My Scene" products, packaging, and advertising;

• the conception and changes in the design of "Bratz" products, packaging, and advertising;

• Mattel and its employees' and contractors' knowledge of "Bratz";

• the advertising and marketing of "Bratz" and "My Scene" products;

• similarities between and alleged confusion resulting from "Bratz" and "My Scene" products;

• predecessors of "Bratz" and "My Scene" products; and

• competitive analyses of the markets for "My Scene" products and "Bratz" products.  Dkt. No. 7396 at 9-10.

12.     MGA's motion as to 9049 Requests 445-446, 472-473, 598-599, 693, 776-784, 792 and 793 and 9059 Requests 17-19, 26-28, 112, and 121 were among those granted subject to these limitations.  Thus, as narrowed, they are mooted by MGA's abandonment of its Bratz trade dress claims.  Attached as Exhibit 6 is a chart of the true and correct text of these requests.

13.     MGA's motion as to 9049 Requests 424, 434, 549, 551-552, 555, 566-567, 595-596, 775, and 786-788, and  9059 Requests 71, 170, 171, and 175 were also among those granted subject to these limitations. Dkt. No. 7396 at 9-10.  Thus, as narrowed, they relate in substantial part to MGA's withdrawn products and claims,

1 although they concern minor aspects of surviving claims as well.  Accordingly, these
2 requests have been rendered substantially overbroad and defective as a consequence of
3 MGA's withdrawal.  Attached as Exhibit 7 is a chart of the true and correct text of these
4 requests.

5

6        I declare under penalty of perjury under the laws of the United States of
7 America that the foregoing is true and correct.

8        Executed on April 4, 2010, at Los Angeles, California.

9

10           /s/ Michael T. Zeller
            Michael T. Zeller

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA  94105-2669

*tel*  +1-415-773-5700
*fax*  +1-415-773-5759

WWW.ORRICK.COM

March 24, 2010

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

*VIA EMAIL AND U.S. MAIL*

Michael T. Zeller, Esq.
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

Re:      <u>MGA v. Mattel - Scope of Trade Dress</u>

Mike:

This will provide further information regarding our 30b6 witnesses testifying today through Friday.

First, as I believe Bill Molinski has already informed you, we have moved the topic of MGA's efforts to protect its confidential information to Sam Khare, who will be testifying tomorrow starting at 9 a.m.. As you did not respond to my proposal to postpone this particular deposition so that Ms. Pembleton could be the witness, Mr. Khare will be the witness on the affirmative-claims-related topics set forth in my prior letter.

Second, you previously asked me to send a writing with respect to the trade dress MGA is asserting. As Mr. Larian testified at his deposition, MGA is not pursuing any claim associated with the "Little Mommy" line of products.  MGA also will not pursue a claim of trade dress infringement against the Acceleracers car.  In light of the Phase 1 findings and equitable orders by the Court, MGA does not see any means whereby it can presently assert or enforce a claim of trade dress based on the Bratz dolls (a position which I believe Mattel has also taken).  MGA's 30b6 witness therefore will offer factual testimony supporting trade dress claims on trapezoidal packaging and 4Ever Best Friends.

Third, we have split the financial topics between Mr. Woolard and Mr. Schultz.  Mr. Woolard will testify as to MGA's knowledge regarding the Omni/IGWT transactions and regarding any nonprivileged information concerning consideration of bankruptcy.  Mr. Schultz will testify regarding all of the remaining financial topics identified in my prior letter.

Very truly yours,

/s/ *Annette L. Hurst*

Annette L. Hurst

EXHIBIT 1, Page 1

# Exhibit 2

Exhibit 2

9049 Requests:

| 1 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "MY SCENE" including, without limitation, the purpose for which "MY SCENE" products were created. |
|---|---|
| 2 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of "MY SCENE" dolls as identified in paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. |
| 3 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of the doll YOU refer to as "a Mattel doll character called BARBIE" as asserted in paragraph 25 of YOUR ANSWER responding to paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. |
| 4 | All DOCUMENTS REFERRING OR RELATING TO consideration being given to changing the appearance, including but not limited to DOCUMENTS REFERRING OR RELATING TO sculpts, face paint, and eye design, of the "MY SCENE" dolls, as identified in paragraph 34 of the COMPLAINT, to the appearance as identified in paragraphs 37-40 of the COMPLAINT. |
| 7 | All DOCUMENTS REFERRING OR RELATING TO changes to "MY SCENE" from the appearance as identified in paragraph 34 of the COMPLAINT to the appearance as identified in paragraphs 37-40 of the COMPLAINT including, without limitation, the sculpt, face paint plans or designs, eye designs, ideas, and drafts. |
| 8 | All DOCUMENTS which support YOUR assertions in paragraphs 27 and 30 of YOUR ANSWER regarding dolls identified in paragraphs 37 and 40 of the COMPLAINT.[1] |
| 9 | All DOCUMENTS which support YOUR assertions in paragraphs 28 and 29 of YOUR ANSWER regarding eye designs identified in paragraphs 38 and 39 of the COMPLAINT.[2] |
| 12 | DOCUMENTS sufficient to show any position MATTEL has taken with respect to its claimed trade dress in connection with any "MY SCENE" product, including but not limited to internal COMMUNICATIONS, COMMUNICATIONS with third parties, trademark applications and related DOCUMENTS, filings in judicial proceedings or regulatory filings. |
| 14 | All DOCUMENTS REFERRING OR RELATING TO the creation or development of the "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond") themes |

---

[1]   The dolls in paragraphs 37 and 40 of MGA's Complaint are Barbie and My Scene dolls, and Mattel's assertions in paragraphs 27 and 30 of its Answer are denials that My Scene dolls "became 'Bratz'" or have changed to look more like Bratz.

[2]   The assertions in paragraphs 28 and 29 of Mattel's Answer deny that the "'My Scene' eye" has changed to look more like the "'Bratz' eye."

| | |
|---|---|
| | including but not limited to DOCUMENTS showing when and how they were first conceived and any awareness by MATTEL of similar or proposed MGA themes. |
| 15 | All DOCUMENTS REFERRING OR RELATING TO the timing or plans for release of the "MY SCENE" themes "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond"). |
| 16 | All DOCUMENTS REFERRING OR RELATING TO the "BRATZ" themes including but not limited to "Forever Diamondz," "Rock Angelz," "Bratz Rodeo," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk," "Funky Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer" before they were advertised or otherwise made publicly available. |
| 22 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" dolls, including without limitation, feet, hair, removable heads, face paint, eye design, head size, body proportions, and any other physical attributes. |
| 25 | All DOCUMENTS REFERRING OR RELATING TO whether "MY SCENE" infringes or potentially infringes the copyrights, trademarks, or trade dress of "BRATZ." |
| 26 | All DOCUMENTS REFERRING OR RELATING TO whether "BRATZ" infringes or potentially infringes the copyrights, trademarks, or trade dress of "MY SCENE." |
| 27 | All DOCUMENTS REFERRING OR RELATING TO actual or potential consumer confusion between any "MY SCENE" product and any "BRATZ" product. |
| 29 | DOCUMENTS sufficient to show all iterations of the www.myscene.com, www.myscene.everythinggirl.com, or http://myscene.everythinggirl.corn websites. |
| 68 | All commercials referenced in paragraph 47 of YOUR ANSWER.[3] |
| 76 | All DOCUMENTS REFERRING OR RELATING TO the quality or reputation of "MY SCENE" including, without limitation, accolades or awards for "MY SCENE." |
| 77 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "MY SCENE," including in relation to "BRATZ" by any third party. |
| 79 | All DOCUMENTS evidencing confusion between "BRATZ" and "MY SCENE," including without limitation DOCUMENTS in which photographs of one party's products have been used to depict another party's products or reference to one party's products have been made in lieu of the other party's products. |
| 82 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel comprising the primary team that worked on the design and development of the original "MY SCENE" products as identified in paragraph 34 of the COMPLAINT. |
| 83 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel comprising the primary team that worked on the design and development of the more recent "MY SCENE" |

---

[3]   Paragraph 47 of Mattel's Answer denies MGA's assertion in paragraph 57 of its Complaint that "Mattel's television commercial for its 'My Scene' styling head was like watching a re-run of MGA's commercial for its 'Funky Fashion Makeover Head'."

| | |
|---|---|
| | products as identified in paragraphs 37 and 38 of the COMPLAINT. |
| 84 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current MATTEL personnel comprising the primary team currently working on the design and development of "MY SCENE" products. |
| 92 | All "New Toy Status Reports" for "MY SCENE." |
| 93 | DOCUMENTS sufficient to indicate when a project number was first assigned to "MY SCENE." |
| 168 | All DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS with any third party regarding MY SCENE MY BLING BLING product with real gems, including but not limited to advertisements, announcements, memoranda, conversations, offers for sale, and purchase orders, including but not limited to any such COMMUNICATIONS made before May 12, 2006. |
| 420 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "BRATZ" during the creation, design and development of "MY SCENE." |
| 440 | All DOCUMENTS REFERRING OR RELATING TO the conception, creation and design of BARBIE GIRL, including without limitation, the motivation, purpose, origins of, or inspiration for BARBIE GIRL. |
| 441 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between BARBIE GIRL and "BRATZ." |
| 442 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BARBIE GIRL and "BRATZ." |
| 443 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BARBIE GIRL and the animated "Barbie" character currently on the homepage of YOUR Barbie.com website. |
| 444 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of BARBIE GIRL. |
| 471 | All DOCUMENTS REFERRING OR RELATING TO any claims, threat of litigation and/or litigation that any PERSON has asserted against MATTEL regarding infringement by MY SCENE or DIVA STARZ, including, but not limited to, cease and desist letters. |
| 540 | Each of MATTEL's Brand Directional Outlines. |
| 597 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any litigation with Simba.[4] |

---

[4]   While this Request was always fatally overbroad and vague because Simba, as one of the world's largest toy companies, has been involved in numerous lawsuits with Mattel in multiple countries over the past decade on many subjects that do not have even arguable relevance to this case, the only at one time potentially relevant litigation with Simba involved claims of infringement of Mattel's MY SCENE trademarks and dolls that is no longer relevant

| 695 | All testimony, transcripts, declarations, affidavits and other sworn written statements of any other type by or from YOU or made on YOUR behalf that REFER OR RELATE TO ACCELERACERS, DIVA STARZ, MY SCENE, FLAVAS, and BARBIE that REFER OR RELATE TO the RELEVANT TIME PERIOD (regardless of when such testimony or sworn statement was taken , given, signed, made or filed), other than those previously filed and served in this ACTION or in which MGA's counsel in this ACTION was in attendance. |
|---|---|
| 734 | All DOCUMENTS REFERRING OR RELATING TO the value of the "My Scene" brand. |
| 748 | All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the GLAMERMAIDS, including, without limitation, the purpose for which GLAMERMAIDS were created and whether BRATZ was a source of inspiration for or factor in the development of GLAMERMAIDS. |
| 749 | All DOCUMENTS REFERRING OR RELATING TO the decision to discontinue development of or not to sell GLAMERMAIDS. |
| 750 | All DOCUMENTS REFERRING OR RELATING TO the decision to develop, revise, refresh or use GLAMERMAIDS in the development of MY SCENE. |
| 751 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the GLAMERMAIDS products and themes, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. |
| 752 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of BRATZ during the creation, design and development of GLAMERMAIDS. |
| 753 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BRATZ and GLAMERMAIDS. |
| 754 | All DOCUMENTS REFERRING OR RELATING TO whether GLAMERMAIDS copy, replicate, or in any way imitate BRATZ. |
| 755 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, RETAILERS, distributors, licensees or members of the press) between GLAMERMAIDS and BRATZ. |
| 756 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising , the primary team that worked on the creation, design and development of the GLAMERMAIDS products, commercials, themes and logo. |

9059 Requests:

| 69 | All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic BRATZ. |
|---|---|

here as a result of MGA's abandonment of its Bratz trade dress claims.  None of the litigation with Simba involved the shape of product packaging.

| | |
|---|---|
| 70 | All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic any MGA PRODUCT with which BRYANT had any involvement. |
| 114 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of "My Scene." |
| 120 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "My Scene," including, without limitation, the reasons for and factors influencing its decision. |
| 122 | DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" styling head idea, concept or products. |
| 123 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of the "My Scene" styling head. |
| 125 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to the "My Scene" styling head including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to the "My Scene" styling head. |
| 126 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. |
| 128 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing the "My Scene" styling head including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of the "My Scene" styling head. |
| 129 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. |
| 130 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and the "My Scene" styling head on the other. |
| 131 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all |

| | |
|---|---|
| | DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design, development, sales and marketing of the "Diva Starz" idea, concept or products. |
| 136 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "Diva Starz" including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Diva Starz." |
| 137 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "Diva Starz" including, without limitation, the reasons for and factors influencing its decision. |
| 138 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Diva Starz" on the other. |
| 140 | All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "Flavas" idea, concept or products. |
| 141 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of "Flavas." |
| 144 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "Flavas" including, without limitation, the reasons for and factors influencing its decision. |
| 146 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "Flavas" including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Flavas." |
| 147 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "Flavas" including, without limitation, the reasons for and factors influencing its decision. |
| 148 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Flavas" on the other. |

# Exhibit 3

Exhibit 3

9049 Requests:

| 384 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "ACCELERACERS," including, without limitation, the purpose for which "ACCELERACERS" products were created. |
|---|---|
| 385 | All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the "ACCELERACERS" logo. |
| 386 | All DOCUMENTS REFERRING OR RELATING TO the decision [sic] rename one of YOUR "Hot Wheels" toy lines "ACCELERACERS." |
| 387 | All DOCUMENTS REFERRING OR RELATING TO the decision to re-brand the "Hot Wheels Highway 35" line under the logo "ACCELERACERS." |
| 388 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "ACCELERACERS" products and themes prior to their initial release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. |
| 389 | All DOCUMENTS REFERRING OR RELATING TO "ALIEN RACERS" as a source of inspiration for or factor in the development of "ACCELERACERS." |
| 390 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "ALIEN RACERS" during the creation, design and development of "ACCELERACERS." |
| 391 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between John Handy and Matt Bousquette regarding "ALIEN RACERS." |
| 392 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "ALIEN RACERS" and "ACCELERACERS." |
| 393 | All DOCUMENTS REFERRING OR RELATING TO whether "ACCELERACERS" copy, replicate, or in any way imitate "ALIEN RACERS." |
| 394 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between "ACCELERACERS" and "ALIEN RACERS." |
| 395 | Copies of all television ADVERTISEMENTS for "ACCELERACERS." |
| 396 | All DOCUMENTS REFERRING OR RELATING TO MGA's ADVERTISEMENTS for "ALIEN RACERS," including but not limited to YOUR efforts to analyze, copy or imitate MGA's ADVERTISEMENTS for "ALIEN RACERS." |
| 397 | All DOCUMENTS REFERRING OR RELATING TO the inspiration for, development of, or creation of the theme of the ADVERTISEMENTS for "ACCELERACERS." |
| 398 | All DOCUMENTS REFERRING OR RELATING TO the inspiration for, development of, or creation of the ad copy for the ADVERTISEMENTS for "ACCELERACERS," including but not limited to the phrase "race to save the world." |
| 399 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO "ACCELERACERS." |

| 400 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of the "ACCELERACERS" products, commercials, themes and, logo. |
|-----|---|
| 652 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each HOT WHEELS product, broken down by SKU #, from 2001 to the present. |
| 653 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each ACCELERACERS product, broken down by SKU #, from 2001 to the present. |

# Exhibit 4

Exhibit 4

9049 Requests:

| | |
|---|---|
| 401 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "LITTLE MOMMY," including, without limitation, the purpose for which "LITTLE MOMMY" products were created and why the "LITTLE MOMMY" name was selected. |
| 402 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "LITTLE MOMMY" name, products and themes prior to their initial release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. |
| 403 | All DOCUMENTS REFERRING OR RELATING TO any "MOMMY'S LITTLE..." product, theme or name as an inspiration for or factor in the development of any "LITTLE MOMMY" product, theme or name. |
| 404 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "MOMMY'S LITTLE..." during the creation, design and development of "LITTLE MOMMY." |
| 405 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "MOMMY'S LITTLE..." and "LITTLE MOMMY." |
| 406 | All DOCUMENTS REFERRING OR RELATING TO whether the name, products, appearance, or themes of "LITTLE MOMMY" copy, replicate, or in any way imitate the name, products, appearance, or themes of "MOMMY'S LITTLE...." |
| 407 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between "LITTLE MOMMY" and "MOMMY'S LITTLE ..." |
| 408 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO "LITTLE MOMMY." |
| 409 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the design and development of the "LITTLE MOMMY" products, themes and name. |
| 654 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each LITTLE MOMMY product, broken down by SKU #, from 2001 to the present. |

# Exhibit 5

Exhibit 5

9049 Requests:

| 5 | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls ever released as a commercial product, including without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas or concepts. |
|---|---|
| 6 | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls considered by YOU but never released as a commercial product, including without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas or concepts. |
| 10 | All DOCUMENTS REFERRING OR RELATING TO the design, development, themes, conception or creation of the packaging or artwork of "MY SCENE" including without limitation, the motivation, purpose, or inspiration for the packaging or artwork. |
| 11 | All DOCUMENTS REFERRING OR RELATING TO the development of the product design trade dress or packaging trade dress of "MY SCENE," including but not limited to the total image, design and appearance of the "MY SCENE" product, as well as features of the "MY SCENE" product such as size, shape, color, color combinations, texture or graphics, or anything else MATTEL considers to be its proprietary trade dress of "MY SCENE," and any changes thereto. |
| 13 | All DOCUMENTS REFERRING OR RELATING TO any MARKET RESEARCH, projections or plans pertaining to the release of "MY SCENE" to the market. |
| 18 | All DOCUMENTS REFERRING OR RELATING TO any "BRATZ" product or theme as an inspiration or factor in the development of any "MY SCENE" product. |
| 20 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" packaging, including without limitation, advertising (including commercials), color schemes, product display, shape, and the transparent style of packaging. |
| 21 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE," including without limitation, themes, accessories, clothing, and shoes. |
| 23 | All DOCUMENTS REFERRING OR RELATING TO whether the appearance of "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." |
| 24 | All DOCUMENTS REFERRING OR RELATING TO whether the appearance of "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE." |
| 28 | All MATTEL product catalogs, sell sheets and product information sheets that include "MY SCENE" products, from 2001 to the present. |
| 70 | All studies, analyses, presentations or investigations, including internal studies, analyses, presentations or investigations, REFERRING OR RELATING TO actual or potential market competition between "MY SCENE" and "BRATZ." |
| 78 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "BRATZ," including in relation to "MY SCENE." |
| 80 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel with responsibility, at any time since January 2001, for marketing or MARKET RESEARCH, REFERRING OR RELATING TO "MY SCENE." |

| 81 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel with responsibility for "MY SCENE" sales, promotions, marketing, packaging, advertising (including but not limited to television commercials), development or design, including without limitation internal departments, teams or organizations with responsibility for any specific retailer, licensee or others in the industry. |
|---|---|
| 85 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all former MATTEL personnel who were ever a member of the primary team that worked on the design and development of "MY SCENE" products. |
| 94 | All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATION between MATTEL and any participant in any MARKET RESEARCH REFERRING OR RELATING TO "MY SCENE," MGA or "BRATZ." |
| 106 | All DOCUMENTS tending to support or refute MATTEL'S claims, if any, that "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. |
| 107 | All COMMUNICATIONS between YOU and any retailer REFERRING OR RELATING TO whether "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. |
| 108 | All COMMUNICATIONS between YOU and any retailer REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." |
| 109 | All COMMUNICATIONS between YOU and any customer REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." |
| 110 | All COMMUNICATIONS between YOU and any member of the press REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." |
| 111 | All COMMUNICATIONS between YOU and any supplier REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." |
| 112 | All COMMUNICATIONS between YOU and any other third party REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ". |
| 114 | All DOCUMENTS tending to support or refute any of the denials, allegations or statements in YOUR ANSWER, not produced in response to another Request. |
| 115 | All DOCUMENTS tending to support or refute YOUR affirmative defenses to the COMPLAINT, not produced in response to another Request. |
| 171 | All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any third party's decision not to buy, license, manufacture, promote, distribute or sell MY SCENE MY BLING BLING, including but not limited to MY SCENE MY BLING BLING with real gems. |
| 421 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of "MY SCENE" products (including, but not limited to, fashion dolls, styling heads and plush toys), themes and packaging prior to their release to the public, including but not limited to any design drawings, |

| | |
|---|---|
| | MARKET RESEARCH, and product approval memos. |
| 422 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between MATTEL's Cassidy Park and Lily Martinez, Adrienne Fontanella, Ivy Ross, Matt Bousquette, or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL, the creation of "MY SCENE," and/or efforts to copy or knock off "BRATZ." |
| 423 | All DOCUMENTS REFERRING OR RELATING TO unreleased "MY SCENE" products (including, but not limited to, fashion dolls, styling heads, play sets). |
| 431 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between Ben Van Doesburgh and Adrienne Fontanella, Matt Bousequette [sic] or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY SCENE." |
| 432 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between any current or former employees of Mattel Espana S.A., on the one hand, and Adrienne Fontanella, Matt Bousequette [sic] or any other current or former MATTEL employees regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY SCENE." |
| 452 | All DOCUMENTS REFERRING OR RELATING TO directives, suggestions or instructions from YOU to create ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS" or any other MATTEL products using elements that are similar to or the same as elements used in ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. |
| 454 | All DOCUMENTS REFERRING OR RELATING TO proposed or actual ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS," or any other MATTEL products and which also REFER OR RELATE TO "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. |
| 455 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, analysis, or assessment of ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. |
| 525 | Copies of all producers' affidavits for any ADVERTISEMENT for MY SCENE or ACCELERACERS. |
| 550 | Each "brand brief," "creative brief," or other similar DOCUMENT concerning the advertising strategy for MATTEL'S "MY SCENE" products, including but not limited to "MY SCENE" DOLLS. |
| 556 | All DOCUMENTS relating to each "stopper" product introduction launched by MATTEL in response to the launch of a MATTEL competitor's product, and all DOCUMENTS assessing the success of MATTEL's "stopper" product. [limited to the Category 2, including 4-Ever Best Friends, Wee 3 Friends, Mommy's Little, Litlte Mommy, Alien Racers, Acceleracers, My Scene, Polly Pocket, and Diva Starz] |
| 557 | DOCUMENTS sufficient to evidence each assessment by or for MATTEL of the BRATZ line of products. |
| 581 | All DOCUMENTS REFERRING OR RELATING TO the identity of licensees of BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT since January 1, 2001. ["limited to documents relating to Mattel's licensing practices, both with respect to 'My Scene' and other products, as they relate |

| | |
|---|---|
| | to MGA's ability to assess its alleged damages"] |
| 582 | All license agreements for BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT that was in effect at any time from January 1, 2001 to the present. ["limited to documents relating to Mattel's licensing practices, both with respect to 'My Scene' and other products, as they relate to MGA's ability to assess its alleged damages"] |
| 583 | All DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO the conception, reduction to practice, design, marketing, or promotion of any CONTESTED MATTEL PRODUCT. |
| 674 | A sample of each CONTESTED MATTEL PRODUCT, including, without limitation, each MY SCENE DOLL, sold by YOU or YOUR licensees. |
| 676 | DOCUMENTS sufficient to show the actual release dates and all design and development stages for all CONTESTED MATTEL PRODUCTS, including but not limited to dolls, themes and waves. |
| 677 | All COMMUNICATIONS with any RETAILER that REFER OR RELATE to whether MY SCENE was a substitution or competitor of BRATZ, regarding competition between MY SCENE and BRATZ, similarities between MY SCENE and BRATZ, confusion between MY SCENE and BRATZ, and current and future plans for the advertising, promotion, marketing and sales of MY SCENE, or the lack thereof. |
| 678 | All COMMUNICATIONS between YOU, including your inside and outside counsel, on the one hand, and any PERSON including, but not limited to, UBISOFT, any former MGA employee, any former MATTEL employee, any current or former freelancer including, but not limited to, Steve Linker, Anna Rhee, Matt Bousquette, Adrienne Fontanella, Kris Lynch, Len Mazzocco, Pamela Brew Peretz, Rachel Harris, Barbara Miller, Victoria O'Connor, Kami Gillmour, Andreas Koch, Maureen Mullen Chianese, David Dees, Steve Tarmichael, Liz Hogan, Mercedah Ward, Margaret Hatch Leahy, Jessie Ramirez, or any PERSON listed in any party's initial disclosures (as amended) on the other hand, REFERRING OR RELATING to (a) the design or development of any BRATZ product; (b) the project known as DIVA STARZ; (c) the allegations in this ACTION (including, without limitation, any facts underlying this ACTION or a PERSON's belief or view as to the merits of any claim or defense in this ACTION) or any facts underlying this ACTION; or (d) any MGA LAWSUIT (including, without limitation, any facts underlying the MGA LAWSUIT or a PERSON's belief or view as to the merits of any claim or defense in the MGA LAWSUIT). |
| 785 | One sample, including packaging, of each of the following dolls sold in MATTEL'S MY SCENE line for each of the years 2001-2007: Barbie, Madison, Kennedy, Chelsea, Nolee, Kenzie, and Delancey. |

9059 Requests:

| | |
|---|---|
| 113 | All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" idea, concept or products. |
| 119 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS used or |

| | |
|---|---|
| | referred to in creating and designing "My Scene," including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of any "My Scene" product. |
| 139 | If you contend that BRATZ or BRATZ INTELLECTUAL PROPERTY was copied from, derived from or infringes "Diva Starz," all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ and BRATZ INTELLECTUAL PROPERTY on the one hand and "Diva Starz" on the other. |
| 157 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Barbie" on the other. |
| 162 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing such doll or toy including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of such doll or toy. |
| 163 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon such doll or toy including, without limitation, the reasons for and factors influencing its decision. |
| 164 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and such doll or toy on the other. |

# Exhibit 6

<u>Exhibit 6</u>

The scope of these requests was limited by the Discovery Master to:
- the conception and changes in the design of "My Scene" products, packaging, and advertising;
- the conception and changes in the design of "Bratz" products, packaging, and advertising;
- Mattel and its employees' and contractors' knowledge of "Bratz";
- the advertising and marketing of "Bratz" and "My Scene" products;
- the similarities between and confusion that results from "Bratz" and "My Scene" products;
- predecessors of "Bratz" and "My Scene" products; and
- competitive analyses of the markets for "My Scene" products and "Bratz" products.

Dkt. No. 7396 at 9-10.

9049 Requests:

| | |
|---|---|
| 445 | All DOCUMENTS REFERRING OR RELATING TO the Bratz.com website, including but not limited to all DOCUMENTS REFERRING OR RELATING TO this website as an inspiration for or factor in the creation and development of any MATTEL website or product. |
| 446 | All DOCUMENTS REFERRING OR RELATING TO the Miuchiz.com website, including but not limited to all DOCUMENTS REFERRING OR RELATING TO this website as an inspiration for or factor in the creation and development of any MATTEL website or product. |
| 472 | All DOCUMENTS REFERRING OR RELATING TO any SIMBA LITIGATION, including, but not limited to, all pleadings, declarations, affidavits, briefs, deposition transcripts, orders or other documents, and any English translations thereof, submitted to the court by MATTEL or SIMBA TOYS in support of its claims and defenses or any rulings or decisions issued by the court. |
| 473 | All DOCUMENTS REFERRING OR RELATING TO the creation and development of the "We Believe in Girls" website, found at www.webelieveingirls.com, that also mention BRATZ and/or MGA. |
| 598 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit by MATTEL (other than this ACTION) alleging infringement of MATTEL'S intellectual property rights in any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product. |
| 599 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit against MATTEL (other than this ACTION) alleging that any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product infringes the intellectual property rights of another PERSON. |
| 693 | All DOCUMENTS that REFER OR RELATE TO any claims, threat of litigation, litigation, arbitration or other legal proceeding that any current or former employee, freelancer or contractor has asserted against MATTEL regarding the use or infringement of any design, idea, doll, toy or artwork, including, but not limited to, cease and desist letters, pleadings, affidavits, or court orders. |

| | |
|---|---|
| 776 | All DOCUMENTS REFERRING OR RELATING to any purchase or acquisition by MATTEL of a BRATZ product or accessory, including but not limited to, all invoices, receipts, and purchase orders. |
| 777 | All DOCUMENTS REFERRING OR RELATING TO MATTEL'S solicitation of and/or request for a presentation, proposal, bid and/or pitch relating to the advertising, marketing, and/or branding of MATTEL'S MY SCENE brand from Young & Rubicam Brands. |
| 778 | All DOCUMENTS REFERRING OR RELATING TO MATTEL'S solicitation of and/or request for a presentation, proposal, bid and/or pitch relating to the advertising, marketing, and/or branding of MATTEL'S MY SCENE brand from any branding, advertising, or marketing agency. |
| 779 | All DOCUMENTS REFERRING OR RELATING TO a presentation, proposal, bid and/or pitch made by Young & Rubicam Brands to MATTEL in the fall of 2003 in connection with MATTEL'S review and/or selection of an advertising agency for Mattel's MY SCENE brand. |
| 780 | All DOCUMENTS REFERRING OR RELATING TO a presentation, proposal, bid and/or pitch made by any branding, advertising, or marketing agency to MATTEL in connection with MATTEL'S review and/or selection of an advertising agency for Mattel's MY SCENE brand. |
| 781 | All litigation documents filed and/or served by any of the parties in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to pleadings, motions, briefs, discovery responses, disclosures, and expert reports.[5] |
| 782 | MATTEL'S trial presentation materials (including any and all demonstrative exhibits) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to Mattel, Inc.'s trial exhibits or presentations relating to similarities and/or differences between the various dolls at issue in said litigation. |
| 783 | Documents identified as Exhibits 31, 32, 33, and 34 in the "Index to Bundle 6 Claimant's Disclosure" (M0097406-M0097408) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division). |
| 784 | All transcripts for each day and/or portion of a day of trial and/or analogous proceeding before the court in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division). |
| 792 | All DOCUMENTS REFERRING OR RELATING TO any trademark search or |

[5]  In the litigation referenced in this Request and in Request Nos. 782-84, Mattel prevailed after a trial on allegations that Simba had infringed upon Mattel's "My Scene" dolls. The litigation, as noted previously, did not involved any claim concerning the shape of packaging for Bratz, "My Scene" or any other product.

| | |
|---|---|
| | trademark clearance concerning products ultimately offered for sale under the MY SCENE brand, including but not limited to any trademark search for "Bryant" or "Carter" or "Carter Bryant." |
| 793 | All DOCUMENTS REFERRING OR RELATING TO any patent, trademark, or copyright application or registration concerning products ultimately offered for sale under the MY SCENE brand. |

9059 Requests:

| | |
|---|---|
| 17 | All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. |
| 18 | All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. |
| 19 | All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. |
| 26 | All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie." |
| 27 | All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie." |
| 28 | All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie." |
| 112 | All DOCUMENTS evidencing, referring or relating to whether BRATZ or BRATZ INTELLECTUAL PROPERTY was ever used or utilized in any way by YOU in the creation, design or development of any doll, toy or product of any nature or form that was ever marketed or sold including, without limitation, "My Scene." |
| 121 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "My Scene" on the other. |

# Exhibit 7

<u>Exhibit 7</u>

The scope of these requests was limited by the Discovery Master to:

- the conception and changes in the design of "My Scene" products, packaging, and advertising;
- the conception and changes in the design of "Bratz" products, packaging, and advertising;
- Mattel and its employees' and contractors' knowledge of "Bratz";
- the advertising and marketing of "Bratz" and "My Scene" products;
- the similarities between and confusion that results from "Bratz" and "My Scene" products;
- predecessors of "Bratz" and "My Scene" products; and
- competitive analyses of the markets for "My Scene" products and "Bratz" products.

Dkt. No. 7396 at 9-10.

9049 Requests:

| | |
|---|---|
| 424 | All photographs (including, but not limited to, photographs in print or digital format) of "BRATZ" taken by any current or former MATTEL salesman or product manager, and all DOCUMENTS REFERRING OR RELATING TO such photographs, including, but not limited to, DOCUMENTS sufficient to show when and where the photographs were taken. |
| 434 | All DOCUMENTS regarding any MARKET RESEARCH regarding MGA, "BRATZ" or any other MGA product known to YOU, that has been funded or commissioned (indirectly or directly, in whole or in part) by YOU. |
| 549 | Each "brand brief," "creative brief," or other similar DOCUMENT concerning the advertising strategy for MATTEL's "BARBIE" products, including but not limited to "BARBIE" dolls. |
| 551 | Each report, study, presentation, memorandum, or other DOCUMENT that analyzed the effectiveness of any television commercial or any advertising campaign for MATTEL's "BARBIE" products, including but not limited to "BARBIE" dolls. |
| 552 | Each report, study, presentation, memorandum, or other DOCUMENT that analyzed the effectiveness of any television commercial or any advertising campaign for MATTEL's "MY SCENE" products, including but not limited to "MY SCENE" DOLLS. |
| 555 | Each report of consumer or customer research relating to the market for fashion dolls and/or any specific fashion doll, whether marketed by MATTEL or otherwise. |
| 566 | All DOCUMENTS REFERRING OR RELATING TO business plans, forecasts, budgets and projects prepared by YOU in connection with each of YOUR products, including but not limited to BARBIE and MY SCENE. |
| 567 | All DOCUMENTS REFERRING OR RELATING TO market research and competitive studies and analyses prepared or conducted by YOU with respect to the fashion doll market. |
| 595 | All DOCUMENTS and COMMUNICATIONS between MATTEL and Mattel Mexico REFERRING OR RELATING TO the conception, design, manufacture, production, marketing or sale of any BRATZ product or the allegations in MATTEL'S COUNTERCLAIMS. |

| 596 | All DOCUMENTS and COMMUNICATIONS between MATTEL and Mateo Romano REFERRING OR RELATING TO the conception, design, manufacture, production, marketing or sale of any BRATZ product or the allegations in MATTEL'S COUNTERCLAIMS. |
| 775 | All dolls, models, molds, casts, samples, packaging, ADVERTISING, photographs, CDs, DVDs, tapes, or other tangible items or things that comprise or relate to a BRATZ product or accessory. |
| 786 | All DOCUMENTS REFERRING OR RELATING TO the Young and Rubicam Brand Asset Valuator, or any other valuation of the BARBIE, MY SCENE or BRATZ brand. |
| 787 | All DOCUMENTS REFERRING OR RELATING to any survey, focus group, consumer research or other market research (whether conducted by MATTEL or any third party) concerning MY SCENE, BRATZ, or BARBIE, including but not limited to the focus groups discussed on page 132 of the deposition of Kumi Croom. |
| 788 | All ad test reports (or other similar reports evaluating the efficacy of advertising) regarding any MY SCENE or BRATZ product, including but not limited to the ad test reports referenced on pages 118-129 of the deposition of Kumi Croom. |

9059 Requests:

| 71 | All DOCUMENTS mentioning, discussing, referring or relating to any BRATZ ITEM, which is dated or was authored or created before the date that the BRATZ ITEM was first offered for sale in retail stores to the general public. |
| 170 | All DOCUMENTS discussing, mentioning, relating or referring to MATTEL's target market and marketing strategy for its lines of fashion doll before "BRATZ" became commercially available in the summer of 2001, going back to 1995, and MATTEL's target market and marketing strategy for its lines of fashion dolls after "BRATZ" became commercially available in the summer of 2001 to the present. |
| 171 | All DOCUMENTS discussing, mentioning, relating or referring to any decision or resolution of MATTEL's Board of Directors relating to MATTEL's target market and marketing strategy for its lines of fashion doll before "BRATZ" became commercially available in the summer of 2001, going back to 1995, and MATTEL's target market and marketing strategy for its lines of fashion dolls after "BRATZ" became commercially available in the summer of 2001 to the present. |
| 175 | All DOCUMENTS constituting, discussing, mentioning, relating or referring to MARKET RESEARCH relating to "BRATZ". |