Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
MICHAEL D. MORTENSON (SBN 247758)
michael.mortenson@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Non-Party
OMNI 808 INVESTORS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF PETER N. VILLAR IN SUPPORT OF OMNI 808 INVESTORS, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Hearing Date: April 26, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>**Phase 2**:<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

A/73339958.1

I, Peter N. Villar, hereby declare as follows:

1. I am a partner at the law firm of Bingham McCutchen LLP and counsel of record for non-party Omni 808 Investors, LLC ("Omni"). I make this declaration in opposition to Mattel, Inc.'s Motion for Leave to File Fourth Amended Answer and Counterclaims. I have personal knowledge or am informed and believe of the matters stated herein, and if called upon could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of the Credit Agreement between MGA Entertainment Inc. and Wachovia dated October 27, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of an article from USA Today, "Wachovia's loss a grim sign for the banks."

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated July 21, 2008, from Wachovia accelerating the maturity of MGA's outstanding debt.

5. Attached hereto as Exhibit D is a true and correct copy excerpts from the deposition transcript of Robert A. Eckert taken on December 18, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of the Master Assignment and Exchange Agreement between, among others, Omni 808 Investors LLC and Wachovia Bank, National Association, dated September 3, 2008.

7. Attached hereto as Exhibit F is a true and correct copy Omni 808 Investors Limited Liability Company Agreement.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the deposition transcripts of Neil Kadisha taken on August 28, 2009.

9. Attached hereto as Exhibit H is a true and correct copy of an article from San Francisco Business Times, "Wachovia stocks sink on WaMu news."

A/73339958.1                                                1

10. Attached hereto as Exhibit I is a true and correct copy of an article from Reuters, "Wachovia has $23.9 billion loss on writeoff, mortgages."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 5, 2010.

_____
Peter N. Villar