# EXHIBIT C


**WACHOVIA SECURITIES**

Thomas M. Cambern
Managing Director
(704) 383-1172
tom.cambern@wachovia.com

July 21, 2008

MGA Entertainment Inc.
    and
The Little Tikes Company
c/o MGA Entertainment Inc.
16380 Roscoe Boulevard, Suite 200
Van Nuys, California 91460
Attention: Isaac Larian, CEO
Attention: General Counsel
Telephone: (818) 894-2525
Telecopy: (818) 895-0771

Ladies and Gentlemen:

    Reference is made to the Credit Agreement dated as of October 27, 2006 (as amended, the "Credit Agreement") among MGA Entertainment Inc. (the "Borrower"), Wachovia Bank, National Association, as Administrative Agent (the "Agent"), the other agents named therein and the Lenders party thereto. Capitalized terms used herein without definition have the meanings set forth in the Credit Agreement.

    Each of you is a Grantor under the Security Agreement dated as of October 27, 2006 (as amended and supplemented, the "Security Agreement"), pursuant to which each of you has granted to the Agent, as Secured Party (in such capacity, the "Secured Party"), as collateral for the Secured Obligations (as defined in the Security Agreement, which includes the Loans to the Borrower outstanding under the Credit Agreement), a security interest in and lien on certain of your assets, including all "Accounts" as such term is defined in Article 9 of the Uniform Commercial Code ("Article 9").

    One or more Events of Default have occurred and are continuing.

    Pursuant to Section 6(b) of the Security Agreement, the Secured Party hereby notifies each of you that it requires that any payment of any of your Accounts, when collected by you, shall be promptly (and in any event, with two Business Days) transferred by you to the Secured Party (by payment to Wachovia Bank, National Association, at the address for payments to the Agent specified in the Credit Agreement) in the exact form received, duly endorsed by you to the Secured Party if appropriate. Until so turned over, any such payment shall be

(NY) 08099/080/CORDE/acceleration.grantor.notice.doc

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT C PAGE 105
OMNI0000243

held by you in trust for the Secured Party, segregated from any other of your funds.

Also pursuant to Section 6(b) of the Security Agreement, the Secured Party hereby terminates all of your authority to collect any of your Accounts and directs you to cease making any statements or agreements with reference to or modifications of, or taking any other action with respect to, your Accounts, without the prior written approval of the Secured Party.

The Agent and the Lenders reserve the right to exercise any and all of the other rights and remedies available to them under the Credit Agreement, the Security Agreement and the other Loan Documents and under any and all Applicable Laws at any time and from time to time, in whatever order they deem appropriate, without any further notice to either of you or any other Loan Party.

Very truly yours,

WACHOVIA BANK,
NATIONAL ASSOCIATION,
as Agent

By: _____
Thomas M. Cambern

cc:  Kaye Scholer LLP
     1999 Avenue of the Stars, Suite 1700
     Los Angeles, California 90067
     Attention: Barry L. Dastin
     Telephone: (310) 788-1070
     Telecopy:  (310) 788-1202

2

(NY) 08099/090/COR08/acceleration.grantor.notice.doc

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT C PAGE 106
OMNI0000244