# EXHIBIT H

Members:

East Bay Business Times - September 26, 2008
/eastbay/stories/2008/09/22/daily85.html

**SAN FRANCISCO Business Times**

Friday, September 26, 2008

# Wachovia stock sinks on WaMu news

East Bay Business Times

**Wachovia Corp.** stock, which has been experiencing huge swings throughout the credit crisis, was down big again Friday as a potential bank bailout deal fizzled and **Washington Mutual Inc.** failed.

Wachovia shares were trading down 27 percent at $10.01. Like Seattle-based Washington Mutual, whose business will be taken over by JPMorgan Chase & Co, Wachovia has been beset by a portfolio of troubled mortgage loans. Wachovia inherited much of its problem with its $25 billion purchase in 2006 of California-based Golden West Financial.

On the recent days when Wachovia stock has done well, it was buoyed by anticipation of a bailout and the possibility that the Charlotte, N.C.-based bank could be bought by Morgan Stanley. But Morgan, said to be looking for access to Wachovia's deposit base, has apparently gone in a different direction with its change to a bank holding company structure and an agreement to sell up to 20 percent of the company to Mitsubishi UFJ Financial Group Inc.

MarketWatch was reporting Friday that Wachovia's price was being impacted negatively by a rise in Wachovia's credit-default swap spreads.

*Washington Business Journal*

All contents of this site © American City Business Journals Inc. All rights reserved.

EXHIBIT H - PAGE 193