MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: CV 04-9059; CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER IN OPPOSITION TO MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIMS**<br><br>Date:    April 26, 2010<br>Time:    8:30 a.m.<br>Courtroom: 9D<br>Judge:    Hon. David O. Carter<br><br>[MGA Parties' Opposition Filed Concurrently Herewith] |

I, WARRINGTON S. PARKER, declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached herewith as Exhibit 1 is a true and correct copy of a March 2, 2007 letter from Timothy Alger, counsel for Mattel, to James Jenal, counsel for MGA. Mattel identifies four groups of documents by Bates ranges. No such document identifies Bratz, Jade, or Moxie as a trade secret.

3. Attached herewith as Exhibit 2 is a true and correct copy of an excerpt of the transcript of the March 19, 2007 hearing before the Discovery Master.

4. On July 31, 2009, in its First Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28, Mattel for the first time identified Carter Bryant as an individual Mattel accused of misappropriating trade secrets and for the first time alleged that "all information relating to any ideas, designs, conceptions, or names for Bratz" comprise trade secrets.

5. Attached herewith as Exhibit 3 is a true and correct copy of Trial Exhibit 5-52, a sketch of Bratz concepts drawn by Carter Bryant, including the notation "Jade" next to one of the Bratz heads. Mattel's July 31, 2009 Supplemental Interrogatory Responses identified this document and others document relating to Bratz and Jade, as trade secrets.

6. Attached herewith as Exhibit 4 is a true and correct copy of an excerpt of the transcript of the October 10, 2007 deposition transcript of Paula Garcia.

7. In May 2009, before the May 22, 2009 filing of Mattel's Third Amended Answer and Counterclaims and upon request, counsel for Mattel inspected MGA's 2009 Moxie Girls line of dolls. Attached herewith as Exhibits 5 and 6 are true and

correct copies of letters between counsel memorializing this inspection.  Exhibit 5 is a letter dated June 29, 2009 from Jason Russell, counsel for MGA, to Scott Watson, counsel for Mattel, recounting that "MGA provided Mattel with access to the 2009 Bratz and Moxie materials last month because Mattel claimed such information was 'highly material to MGA's present *ex parte* stay application.'" Exhibit 6 is a May 22, 2009 letter from Michael Zeller to Jason Russell recounting the inspection.

8. On January 11, 2010, Mattel served its Third Supplemental Objections and Responses to Interrogatory Nos. 20-23 and 28.  Mattel did not allege that Moxie constitutes a trade secret.  Moreover, Mattel's 30(b)(6) witness on trade secrets, Keith Storie, did not identify Moxie as a trade secret in his deposition, which occurred on December 16 and 17, 2009.

9. Since Mattel first filed this case in April 2004, there have been 176 depositions covering 270 days.  Since filing its First Amended Answer and Counterclaims in January 2007, there have been 165 depositions taken over 260 days.  Mattel has taken 94 depositions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on April 5, 2010.

> */s Warrington S. Parker*
> Warrington S. Parker