# Exhibit 1

03-02-2007   01:47pm   From-QUINN EMANUEL                    2136240643           T-126   P.002/003   F-713

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 2, 2007

### CONFIDENTIAL – ATTORNEYS' EYES ONLY
### SUBJECT TO PROTECTIVE ORDER

VIA FACSIMILE AND U.S. MAIL

James P. Jenal, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071

Mattel, Inc. v. MGA Entertainment, Inc.

Dear Jim:

Defendants have begun claiming in various papers that a California state statute purportedly requires Mattel, in this federal case, to identify its trade secrets "'with reasonable particularity.'" (See, e.g., MGA and Isaac Larian's Joint Motion to Dismiss Mattel's Amended Answer and Counterclaims, at 3.) As far as we are aware, defendants have not cited any controlling case law to substantiate their assertion that this state statutory provision applies to federal court proceedings such as this one.

In fact, Mattel has produced to MGA documents constituting or containing trade secrets that Mattel has evidence to date were stolen by defendants. These are Bates numbered M0019162-0032318, produced on January 5, 2007, and M0059836-M0059837, M0074952-M0074961, and M0075253-M0076446, produced on February 23, 2007. Moreover, Mattel believes additional trade secrets were misappropriated by MGA, including Mattel customer list information. As you know, Mattel has not yet received pertinent discovery from MGA on these and other subjects, including because MGA and other defendants have failed to comply with their mandatory Rule 26 obligations as Judge Infante previously found, have failed to produce any documents in response to Mattel's relevant requests, and have failed to make their relevant witnesses available for deposition. Thus, Mattel reserves its rights to supplement as further evidence of MGA's and the other defendants' misappropriations become available to us.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

James P. Jenal, Esq.
March 2, 2007
Page 2

I trust that this obviates defendants' recent complaints and will avoid further efforts by defendants to delay discovery. Please let me know if you have any questions or if I can be of any further assistance.

Very truly yours,

Timothy L. Alger

cc: Douglas Wickham, Esq.

07975/2069744.1