# Exhibit 3



ATTORNEY'S EYES ONLY

BRYANT 00192

TRIAL EXHIBIT 00005CB-052

EXHIBIT 3, PAGE 13