# Exhibit 4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
                              ) CASE NO.
            PLAINTIFF,        ) CV 04-9049 SGL (RNBX)
                              )
    VS.                       )
                              )
MATTEL, INC., A DELAWARE      )
CORPORATION,                  )
                              )
            DEFENDANT.        )
_____)
                              )
AND CONSOLIDATED ACTIONS.     )
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VOLUME IV

   VIDEOTAPED DEPOSITION OF PAULA GARCIA,
TAKEN ON BEHALF OF THE DEFENDANT, AT
865 SOUTH FIGUEROA STREET, TENTH FLOOR,
LOS ANGELES, CALIFORNIA, COMMENCING AT
10:22 A.M., WEDNESDAY, OCTOBER 10, 2007,
BEFORE J'ANA SIEGERS, CSR NUMBER 10845.

1  E-MAILS OR TELEPHONE CALLS RATHER THAN SOME SORT OF
2  SIT-DOWN BRAINSTORM SESSION?
3           MS. TORRES: OBJECTION. LACK OF
4  FOUNDATION. CALLS FOR SPECULATION.
5           THE DEPONENT: I BELIEVE THAT
6  CONVERSATIONS ABOUT ALTERNATIVE NAMES WERE REFLECTED
7  IN E-MAILS OR DRIVEN THROUGH E-MAILS.
8  BY MR. ZELLER:
9      Q.   WERE YOU ONE OF THE PEOPLE WHO SUGGESTED
10 ALTERNATIVE NAMES FOR "BRATZ"?
11     A.   I DON'T REMEMBER SPECIFICALLY, BUT I
12 BELIEVE SO.
13     Q.   WHAT WERE THE ALTERNATIVE NAMES THAT YOU
14 RAISED AS POSSIBILITIES?
15     A.   TO BE HONEST, I DON'T REMEMBER ANY
16 SPECIFIC NAME.
17     Q.   YOU DO REMEMBER AT LEAST ONE OTHER NAME
18 THAT WAS CONSIDERED WAS "GIRLFRIENDZ" --
19     A.   YES.
20     Q.   -- IN VARIOUS SPELLINGS?
21     A.   (NODS HEAD).
22     Q.   WHO PROPOSED THAT ONE OR SUGGESTED IT?
23     A.   I DON'T REMEMBER.
24     Q.   WAS IT AN MGA PERSON?
25     A.   I DON'T REMEMBER.

```
                                                    Page 1069
 1       Q.   DID CARTER BRYANT SUGGEST ANY NAMES --
 2  ALTERNATIVE NAMES OTHER THAN "BRATZ"?
 3       A.   YES.
 4       Q.   WHAT OTHER NAMES DID HE PROPOSE OR
 5  SUGGEST?
 6       A.   ONE IN PARTICULAR THAT STUCK IN MY HEAD
 7  WAS "MOXIE GIRLS," I BELIEVE IT WAS.
 8       Q.   ARE THERE OTHERS THAT YOU CAN REMEMBER
 9  CARTER SUGGESTING?
10       A.   NO, NOT IN PARTICULAR.
11       Q.   DO YOU REMEMBER ANYONE SUGGESTING "PIXIE"
12  OR SOME FORM OF "PIXIE," P-I-X-I-E?
13       A.   NO.
14       Q.   WAS THERE ANYONE THERE WITHIN MGA WHO,
15  BACK IN THAT 2000 TIME PERIOD, THOUGHT THAT "BRATZ,"
16  B-R-A-T-Z, WAS A BAD NAME --
17            MS. TORRES:  OBJECTION.  VAGUE.
18  BY MR. ZELLER:
19       Q.   -- OR THEY WERE WORRIED ABOUT HOW IT WOULD
20  BE PERCEIVED?
21            MS. TORRES:  OBJECTION.  ASKED AND
22  ANSWERED.
23            THE DEPONENT:  AGAIN, I WANT JUST TO
24  QUALIFY THAT I'M NOT SURE IF IT WAS IN 2000.  IT'S
25  POSSIBLE THAT IT COULD BE.  AND I DO REMEMBER
```

```
                                                      Page 1328
 1              DEPOSITION OFFICER'S CERTIFICATE
 2
 3   STATE OF CALIFORNIA    )
                            )  SS.
 4   COUNTY OF ORANGE       )
 5
 6       I, J'ANA SIEGERS, HEREBY CERTIFY:
 7       I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 8   REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 9   CERTIFICATE NUMBER CSR 10845 ISSUED BY THE COURT
10   REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
11   FORCE AND EFFECT.  [FED. R. DIV. P. 28(A)].
12       I AM AUTHORIZED TO ADMINISTER OATHS OR
13   AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
14   PROCEDURE, SECTION 2093(B) AND PRIOR TO BEING
15   EXAMINED, THE DEPONENT WAS FIRST DULY SWORN BY ME.
16   [FED. R. CIV. P. 28(A), 30(F)(1)].
17       I AM NOT A RELATIVE OR EMPLOYEE OR ATTORNEY OR
18   COUNSEL OF ANY OF THE PARTIES, NOR AM I A RELATIVE
19   OR EMPLOYEE OF SUCH ATTORNEY OR COUNSEL, NOR AM I
20   FINANCIALLY INTERESTED IN THIS ACTION.
21   [FED. R. CIV. P. 28].
22       I AM THE DEPOSITION OFFICER THAT
23   STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
24   FOREGOING DEPOSITION AND THE FOREGOING TRANSCRIPT IS
25   A TRUE RECORD OF THE TESTIMONY GIVEN BY THE
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

73b53a5e-a589-4880-b7d4-dd9bd8b63ae5

```
                                                      Page 1329
 1    DEPONENT.  [FED. R. CIV. P. 30(F)(1)].
 2         BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF
 3    THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF
 4    REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND
 5    PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED
 6    ARE APPENDED HERETO.  [FED. R. CIV. P. 30(E)].
 7
 8
 9    DATED:  OCTOBER 23, 2007.
10
11
12
13
14                           _____
15
...
25
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

73b53a5e-a589-4880-b7d4-dd9bd8b63ae5

EXHIBIT 4, PAGE 18