# Exhibit 5

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
213-687-5328
DIRECT FAX
213-621-5328
EMAIL ADDRESS
JRUSSELL@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 29, 2009

Scott Watson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

              RE:    Photographs of the MGA Moxie Line

Dear Scott:

      I write in response to your June 19, 2008 letter requesting MGA arrange for Mattel to photograph or "otherwise image" items from MGA's yet-to-be released Moxie line. With all due respect, I am at a loss to understand the justification for such a request. As you no doubt recall, MGA provided Mattel with access to the 2009 Bratz and Moxie materials last month because Mattel claimed such information was "highly material to MGA's present *ex parte* stay application" to establish whether MGA was selling a "meaningful 2009 Bratz doll line" in light of MGA's development of the Moxie line. (Mattel Inc.'s *Ex Parte* Application For Disclosure Of MGA 2009 Product Line Information In Advance Of May 18, 2009 Hearing On MGA's *Ex Parte* Application For Stay at 1, 3-4.) As you will also no doubt recall, Mattel's *ex parte* request for the production of this information was denied, as was MGA's stay application, in the district court's May 21, 2009 Order. (5/21 Order (Dkt 5565) at 7-8.) The Ninth Circuit also denied MGA's emergency request for a stay on June 10. (Order (Dkt 5718) at 3.)

      Setting aside the fact that Mattel is asking for images of a competitor's highly confidential unreleased doll line, proprietary information unquestionably entitled to trade secret protection from Mattel's inquiring eyes (see, e.g., Whyte v. Schlage Lock Co., 101 Cal. App. 4th 1443, 1454-56 (2002)), in light of the recent decisions

Scott Watson
June 29, 2009
Page 2

denying MGA's stay requests, there is absolutely no pending issue in this case that would entitle Mattel to further discovery of the Moxie line. Moreover, the lengthy delay between your review of the Moxie materials and your subsequent request to photograph these materials makes plain that your request is simply tactical and serves no legitimate purpose related to the pending claims and defenses in this action.

Very truly yours,

Jason D. Russell