# Exhibit 6

quinn emanuel

May 22, 2009

**HIGHLY CONFIDENTIAL -- ATTORNEY'S EYES ONLY**

VIA FACSIMILE AND U.S. MAIL

Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Re: Mattel, Inc. adv. MGA Entertainment, Inc., et al.

Dear Jason:

Thank you for arranging for the inspection Wednesday evening at your offices. I am writing to memorialize where matters stand and on certain follow-up.

You provided me for inspection: (1) four Moxie Girlz dolls, with rooted hair and painted faces but without fashions/clothing or packaging; (2) two identical Moxie Girlz head sculpts without paint or hair; and (3) two identical Moxie Girlz bodies without heads. You also provided sample Bratz doll head sculpts (without face paint or hair) and body sculpts. We did not photograph or otherwise image any of the items on this occasion, but have agreed to further discuss the matter should we believe that doing so is necessary or appropriate. Finally, you provided me with a copy of an MGA Fall 2009 Price List. Although it was not marked as such, you orally stated that the document is designated as AEO under the Protective Order, and we confirmed that we are treating it as so designated.

quinn emanuel urquhart oliver & hedges, llp

When we spoke Wednesday evening, you mentioned that you were awaiting the retailer order information for Fall 2009 Bratz and Fall 2009 Moxie Girlz (agreed between us to include the four top retailers for now). I look forward to receiving those documents as quickly as possible.

Thank you for your cooperation in resolving these issues. As with our discussions on these matters, all the foregoing is without prejudice to either party, including to Mattel's ability to request additional information once we have received and analyzed the information that MGA has agreed thus far to provide.

Best regards,

Michael T. Zeller

07209/2776473.1