**SCHEPER KIM & OVERLAND LLP**
MARK E. OVERLAND (State Bar No. 38375)
moverland@scheperkim.com
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for
Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTEL, INC,<br><br>        Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**EXHIBIT A TO RESPONSE OF CARLOS GUSTAVO MACHADO GOMEZ TO COURT'S MARCH 31, 2010 ORDER TO SHOW CAUSE REGARDING THE PROTECTIVE ORDER**<br><br>Judge: Hon. David O. Carter |

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

March 8, 2010

VIA ELECTRONIC MAIL

William Molinski, Esq.  
Orrick, Herrington & Sutcliffe LLP  
777 South Figueroa Street  
Suite 3200  
Los Angeles, CA 90017-5855

Mark Overland, Esq.  
Scheper Kim & Overland LLP  
One Bunker Hill  
601 West Fifth Street, 12th Floor  
Los Angeles, California 90071

Re:   Mattel, Inc. v. MGA Entertainment, Inc. et al.

Dear Counsel:

I write pursuant to Local Rule 7-3 to request a meeting of counsel regarding the improper and tactical disclosure of information governed by the Protective Order.

Counsel for the MGA Defendants and Mr. Machado, or their clients, have breached the Protective Order. Shortly after each of you questioned Mr. Tiburcio in detail about ongoing settlement negotiations with Pablo Vargas, Mr. Vargas received a call from Ms. Trueba. Ms. Trueba relayed to Mr. Vargas details of Mr. Tiburcio's testimony in an apparent effort to interfere with ongoing settlement negotiations.

I had designated the transcript as Confidential-Attorney's Eyes Only. *See* Rough Tiburcio Tr. at 92:5-6. The Protective Order does not permit information designated as Attorneys Eyes Only to be shared beyond counsel or their agents. Protective Order ¶ 6. So that Mattel may take the appropriate action with the Court for this breach (or breaches), Mattel requests that counsel for the MGA Defendants and Mr. Machado identify not only the person or persons who provided the information regarding the testimony to Ms. Trueba, but how that information traveled from the live testimony to Ms. Trueba.

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100  
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700  
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100  
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, IL 60661 | TEL (312) 463-2961 FAX (312) 463-2962  
LONDON | 16 Old Bailey, London EC4M 7EG United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100  
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

Because of the apparent disregard for the Court's order, Mattel further requests that counsel identify (a) each person who had or has a copy of the rough transcript of the Tiburcio deposition (or any portion or summary thereof), and (b) each person to whom information regarding the content of that testimony was conveyed verbally.

The violation of the Protective Order is particularly egregious in light of the Mattel concern, expressed to the Court, that the prospect of discovery by a third-party into ongoing settlement negotiations would only be used to disrupt those negotiations. Although the MGA Defendants and Machado knew of this concern, they used the Tiburcio testimony to do just that.

I have copied counsel for Ms. Trueba. I request that he advise his client that communicating with Mr. Vargas about Mr. Tiburcio's deposition testimony violates an order of the Court. Please confirm that you have done so.

I look forward to your prompt response.

Best regards,

/s/ Jon Corey

Jon Corey


cc:   Thomas Bienert, Jr. (via electronic mail)

07975/3359428.1

07975/3359428.1                                    2