# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                          Date: April 6, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                          Date:_____  Deputy Clerk: _____

---

PRESENT:

#### THE HONORABLE DAVID O. CARTER, JUDGE

   Stephanie Mikhail                                            Not Present
   Courtroom Clerk                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

       NONE PRESENT                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING PRODUCTION OF RED-LINE COPY OF PROPOSED FOURTH AMENDED ANSWER AND COUNTERCLAIMS

       Mattel, Inc. ("Mattel") is ORDERED to submit to the Court, on or before 5:00 p.m. PST on April 7, 2010, an *under seal* document identifying every change made by the proposed Fourth Amended Answer and Counterclaims to the operative Third Amended Answer and Counterclaims, preferably in the form of a "red-line" copy. On or before April 8, 2010, Mattel shall provide a copy of the same to all parties to the proposed Fourth Amended Answer and Counterclaims.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                  Initials of Deputy Clerk sdm
CIVIL - GEN                                                                             Page 1 of 1