1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:    (213) 443 3000
6  Facsimile:    (213) 443 3100

7  Attorneys for Mattel, Inc.

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11

12  MATTEL, INC., a Delaware corporation,  )  CASE NO. CV 04-9049 DOC (RNBx)
                                           )  Consolidated with
13                   Plaintiff,            )  Case No. CV 04-09059
                                           )  Case No. CV 05-02727
14  vs.                                    )
                                           )  Hon. David O. Carter
15  MGA ENTERTAINMENT, INC., a California  )
    corporation, et al,                    )  **ORDER RE UNDER SEAL FILING IN**
16                                         )  **RESPONSE TO THE COURT'S**
                     Defendant.            )  **MARCH 31, 2010 ORDER TO SHOW**
17                                         )  **CAUSE**
                                           )
18  AND CONSOLIDATED ACTIONS               )
                                           )
19

20

21

22

23

24

25

26

27

28

07975/3418644.1

Case No. CV 04-9049 DOC (RNBx)
ORDER RE UNDER SEAL FILING IN RESPONSE TO THE COURT' MARCH 31, 2010 ORDER TO SHOW CAUSE

# ORDER

Based on the subject matter of the Court's March 31, 2010 Order, and Mattel's intention to discuss in its responsive submission matters that MGA and others have designated as "Confidential" and "Confidential - Attorney's Eyes Only" under the Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that:

Mattel, Inc.'s Submission in Response to the Court's March 31, 2010 Order to Show Cause may be filed under seal.

DATED: April 5, 2010

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge