QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
  Annette L. Hurst (Bar No. 148738)
  (ahurst@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

Attorneys for MGA Parties

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No.      CV 04-09059 <br> Case No.      CV 05-2727 <br><br> Honorable David O. Carter <br><br> STIPULATION ON EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MATTEL'S MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS <br><br> **Phase 2:** <br> Disc. Cut-off:        TBD <br> Pre-trial Conf.:      TBD <br> Trial Date:             TBD |

1    WHEREAS, Mattel's reply in support of its Motion for Leave to File Fourth

2  Amended Answer and Counterclaims (Dkt. 7675) is presently due on Monday, April

3  12, 2010,

4    WHEREAS, Mattel requires additional time to prepare its reply due to the

5  illness and hospitalization of one of Mattel's primary counsel, Susan Estrich, and the

6  MGA Parties are amenable to an extension as a professional courtesy,

7    NOW THEREFORE, Mattel, Inc., MGA Entertainment, Inc., MGA

8  Entertainment (HK) Ltd., MGAE de Mexico, S.R.L. de C.V., Isaac Larian, and

9  Gustavo Machado, by and through their respective counsel of record and subject to

10  the Court's approval, hereby stipulate and agree that the deadline for Mattel to file

11  its reply in support of its Motion for Leave to File Fourth Amended Answer and

12  Counterclaims may be, and hereby is, extended to Friday, April 16, 2010.

13

14    IT IS SO STIPULATED.

15

16  DATED:  April 9, 2010          QUINN EMANUEL URQUHART &
                                   SULLIVAN. LLP
17

18                                 Bv  /s/ Michael T. Zeller
19                                   Michael T. Zeller
                                     Attornevs for Mattel. Inc.
20

21  DATED:  April 9, 2010          ORRICK, HERRINGTON & SUTCLIFFE,
                                   LLP
22

23                                 Bv  /s/ Warrington S. Parker III
24                                   Warrington S. Parker III
                                     Attornevs for the MGA Parties.
25

26

27

28

1   DATED:  April 9, 2010          OVERLAND BORENSTEIN SCHEPER & KIM. LLP

2

3

4                          By  /s/ Alexander H. Cote

                            Alexander H. Cote

5                            Attorneys for the Carlos Gustavo Machado Gomez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28