| | |
|---|---|
| Name & Address:<br>Annette L. Hurst (State Bar No. 148738)<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017<br>(213) 629-2020<br>(213) 612-2499 (Facsimile) | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Deposition Transcript of Timothy Kilpin

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other Deposition Transcript of Timothy Kilpin

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

| | |
|---|---|
| November 13, 2009<br>Date | /s/ Annette L. Hurst<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     NOTICE OF MANUAL FILING     American LegalNet, Inc.<br>www.FormsWorkflow.com