MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES' EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY CONCERNING MARKETING OF BRATZ 2010 AND MONSTER HIGH**<br><br>**Phase 2**<br>Discovery Cutoff:   None Set<br>Pretrial Conference: None Set<br>Trial Date:         None Set |

1  The Court, having considered MGA's *Ex Parte* Application to Compel Production of Documents and Testimony Concerning Marketing of Bratz 2010 and Monster High and Mattel's opposition thereto HEREBY ORDERS Mattel to produce documents and testimony regarding the following:

   1. The brand positioning or brand attributes relevant to Mattel's development of any Bratz product ("Mattel Bratz 2010"); and

   2. Any discussion of any potential effect of Mattel Bratz 2010 or Monster High dolls on the sales of any other Mattel products.

**It is so ORDERED.**

Dated: _____, 2010

David O. Carter
United States District Judge