MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA'S NOTICE OF LODGING DEPOSITION TRANSCRIPT OF TIMOTHY KILPIN** |

1 | PLEASE TAKE NOTICE that the MGA Parties have lodged the deposition transcript of Timothy Kilpin taken on April 8, 2010.

Dated: April 9, 2010           ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ *Annette L. Hurst*
      ANNETTE L. HURST
      Attorneys for MGA Parties

THE DEPOSITION TRANSCRIPT OF TIMOTHY KILPIN HAS BEEN FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER (DOCKET NO. 54) AS CONFIDENTIAL—ATTORNEYS' EYES ONLY