MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Phase 2<br>Discovery Cutoff:    June 1, 2010<br>Pretrial Conference  None Set<br>Trial Date:          None Set |

**PROOF OF SERVICE BY HAND DELIVERY**

I Ruben Fraire, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On April 9, 2010, I served the following document(s):

1. NOTICE OF MANUAL FILING;

2. EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY CONCERNING MARKETING OF BRATZ 2010 AND MONSTER HIGH;

3. [PROPOSED] ORDER GRANTING MGA PARTIES' EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY CONCERNING MARKETING OF BRATZ 2010 AND MONSTER HIGH;

4. MGA'S NOTICE OF LODGING DEPOSITION TRANSCRIPT OF TIMOTHY KILPIN [FILED UNDER SEAL];

5. [PROPOSED] ORDER GRANTING UNDER SEAL FILING; and

6. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2010, at Los Angeles, California.

Ruben Fraire, USA Network, Inc.

## PROOF OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On April 9, 2010, I served the following document(s):

1. **NOTICE OF MANUAL FILING;**
2. **EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY CONCERNING MARKETING OF BRATZ 2010 AND MONSTER HIGH;**
3. **[PROPOSED] ORDER GRANTING MGA PARTIES' EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY CONCERNING MARKETING OF BRATZ 2010 AND MONSTER HIGH;**
4. **MGA'S NOTICE OF LODGING DEPOSITION TRANSCRIPT OF TIMOTHY KILPIN [FILED UNDER SEAL];**
5. **[PROPOSED] ORDER GRANTING UNDER SEAL FILING; and**
6. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee.

<u>Counsel for Carlos Gustavo Machado Gomez</u>

Mark E. Overland, Esq.
moverland@scheperkim.com
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & OVERLAND LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2010, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro