MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATED STATUS REPORT RE PRODUCTION OF ECKERT EXHIBITS PURSUANT TO ORDER DATED APRIL 8, 2010**<br><br>**Phase 2**<br><br>Discovery Cut-off: June 1, 2010<br>Pretrial Conference:<br>Trial Date:<br>Judge: Hon. David O. Carter |

WHEREAS, on December 17, 2009 various tangible items were shown as exhibits at the deposition of Robert Eckert, specifically, exhibits 7511, 7512, 7515-17, and 7524-27;

WHEREAS, on March 13, 2010 in the attorney conference room outside of Courtroom 9D in Santa Ana, MGA made available for inspection various tangible items that MGA's counsel represented to be the tangible items shown to Mr. Eckert as exhibits at his deposition with the exception of exhibit 7512, which MGA represented to be a replacement for the original exhibit which had been lost or stolen;

WHEREAS, during that inspection on March 13, 2010, counsel for Mattel, John Quinn, and counsel for MGA, William Molinski, took notes of what was being inspected;

WHEREAS, subsequently, Mr. Quinn and Mr. Molinski exchanged documents reflecting what had been inspected in an effort to agree as to what was viewed;

WHEREAS, the dolls and other tangible items that were inspected were those taken to the Court's Mediation Center on the Tenth Floor of the Courthouse to remain until further Court order;

IT IS STIPULATED AND AGREED that Exhibit A describes the tangible items that were inspected on March 13, 2010.

Dated: April 12, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ William A. Molinski
William A. Molinski
Attorneys for MGA Parties

| | |
|---|---|
| Dated: April 12, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | /s/ John B. Quinn |
| | John B. Quinn |
| | Attorneys for Mattel, Inc. |

# EXHIBIT A

**NOTES FROM REVIEW OF DOLLS PURPORTEDLY MARKED AS EXHIBITS AT ECKERT DEPOSITION**

| | | |
|---|---|---|
| A -- post it on leg | My Scene<br>My Bling Bling<br>SKU 27084<br>    29533<br>"130"    post it on box | Exhibit 7524 official reporter sticker on leg of doll |
| B – post in on leg | Bratz Cow Girls<br>SKU 386872<br>"127"    post it on box | Exhibit 7525 official reporter sticker on box |
| C(?) – No letter? | Bratz Holiday<br>SKU 382904<br>"126"    post it on box | Exhibit 7526 official reporter sticker on box |
| D – post it on leg | My Scene<br>SKU 27084-17421<br>"133"    post it on box | Exhibit 7527 official reporter sticker on leg of doll |
| | American Girl<br>"Just Like You"<br>SKU 40409-57249<br>       post it on box | Exhibit 7511 official reporter sticker on box |
| | SKU 64166<br>    50875<br>"128"    post it on box | Replacement 7512[*]<br>No exhibit number |
| | My Scene<br>SKU 27084-23368<br>"134"    post it on box | Exhibit 7515 sticker on box not official reporter's sticker (blank white sticker) |
| | Bratz Funk Out<br>SKU 269380<br>"132"    post it on box | Exhibit 7516 sticker on box not official reporter's sticker (blank white sticker) |
| | My Scene Totally Charmed<br>SKU 27086<br>    44657<br>"131"    post it on box | Exhibit 7517 sticker reporter sticker -- no ink -- on box |

---

[*] Mattel reserves its right to contest the replacement of the lost doll.