**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 04-9049 DOC (RNBx)                    Date: April 8, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
      [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                 Date:_____  Deputy Clerk: _____

---

PRESENT:

                    THE HONORABLE DAVID O. CARTER, JUDGE

  Stephanie Mikhail                                     Not Present
   Courtroom Clerk                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

  NONE PRESENT                                        NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELEVANT TO MATTEL'S OWNERSHIP OF PURPORTED TRADE SECRETS

      Before the Court is MGA Entertainment, Inc. and Isaac Larian (collectively the "MGA Parties") Motion to Compel the Production of Documents Relevant to Mattel's Ownership of Trade Secrets (the "Motion"). The Motion corresponds with Issue Number 6(6) of the MGA Parties' February 16, 2010 Motion. After considering the moving and opposing papers, as well as the parties' oral argument, the Court GRANTS IN PART AND DENIES IN PART the Motion.

      The request seeks to locate ownership as to the documents that Mattel claims are trade secrets. *See* Mot. at 6:20 (limiting consideration to "trade secrets at issue"). Mattel's opposition, which objects to the inclusion of Mattel's "subsidiaries," is partially mooted by the inclusion of Mattel Mexico as a plaintiff in the proposed Fourth Amended Answer and Counterclaims.

      For the foregoing reasons, the Court GRANTS IN PART AND DENIES IN PART the

Motion.  Mattel and Mattel Mexico shall produce evidence as to their ownership of purported trade secret information on or before April 15, 2010.

      The Clerk shall serve this minute order on all parties to the action.