UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 04-9049 DOC (RNBx)                                    Date: April 9, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                            Date:_____ Deputy Clerk:_____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

           Nancy Boehme                                          Not Present
           Courtroom Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

           NONE PRESENT                                          NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER COMPELLING PRODUCTION FOR IN CAMERA REVIEW DOCUMENTS RULED TO BE PROPERLY WITHHELD AS PRIVILEGED BY DISCOVERY MATTER ORDER NO. 92

        Before the Court is Mattel, Inc. ("Mattel")'s Objections to Discovery Matter Order No. 92 (the "Motion"). After considering the moving, opposing, and replying papers, the Court ORDERS that on or before April 12, 2010 at 5:00 p.m. PST, Omni shall produce for the Court's *in camera* review, the documents found to be properly withheld as privileged by Discovery Matter Order No. 90 (Document Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 15, 26, and 27).

        The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                  Initials of Deputy Clerk  nkb
CIVIL - GEN                                          Page 1 of 1