1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
4   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
5   Facsimile:   (213) 443-3100

6   Attorneys for Mattel, Inc.

7

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                     SOUTHERN DIVISION

12  MATTEL, INC., a Delaware                CASE NO. CV 04-9049 DOC (RNBx)
    corporation,
13                                          Consolidated with
                                            Case No.     CV 04-09059
14          Plaintiff,                      Case No.     CV 05-02727

15       vs.                                Honorable David O. Carter

16  MGA ENTERTAINMENT, INC., a              STIPULATION REGARDING
    California corporation, et al.          DEPOSITION OF LEON FARAHNIK
17
            Defendants.
18  ──────────────────────────             **Phase 2:**
                                            Disc. Cut-off:      TBD
19  AND CONSOLIDATED ACTIONS                Pre-trial Conf.:    TBD
                                            Trial Date:         TBD
20

21

22

23

24

25

26

27

28

00505.07975/3429447.2
                                            Case No. CV 04-9049 DOC (RNBx)
                                                                STIPULATION

1    Mattel, Inc. ("Mattel"), MGA Entertainment, Inc., and Isaac Larian

2 (collectively, the "MGA Parties"), Omni 808 Investors, LLC, ("Omni 808"), and

3 Leon Farahnik, by and through their respective counsel of record, hereby stipulate

4 and agree as follows, subject to approval by the Court.

5    WHEREAS, Mattel, the MGA Parties and Mr. Farahnik's counsel have been

6 working to schedule Mr. Farahnik's deposition at a mutually agreeable time;

7    WHEREAS, Mr. Farahnik's counsel has informed Mattel and the MGA

8 Parties that due to the trial schedule of Mr. Farahnik's counsel and his colleagues,

9 the earliest that Mr. Farahnik and his counsel can appear for a full day of deposition

10 is May 24, 2010;

11    WHEREAS, for scheduling reasons Mr. Farahnik's counsel has requested that

12 the deposition take place in Los Angeles, and Mattel is agreeable thereto;

13    NOW, THEREFORE, Mattel, the MGA Parties, and Mr. Farahnik hereby

14 stipulate and agree that Mr. Farahnik's deposition shall take place at the Los

15 Angeles office of Mattel's counsel on May 24, 2010, subject to the Court's

16 approval.

17    IT IS SO STIPULATED.

18 DATED:  April 13, 2010          QUINN EMANUEL URQUHART & SULLIVAN, LLP

19

20                                          By /s/ Michael T. Zeller
21                                             Michael T. Zeller
                                              Attorneys for Mattel, Inc.
22

23 DATED:  April 13, 2010          ORRICK, HERRINGTON & SUTCLIFFE, LLP

24

25                                          By  /s/ Thomas McConville
26                                             Thomas McConville
                                              Attorneys for the MGA Parties
27

28

1   DATED:  April 13, 2010        BAUTE & TIDUS, LLP

2

3                                  By  /s/ Robert M. Gilchrest

4                                    Robert M. Gilchrest
                                   Attorneys for Leon Farahnik

5

6   DATED:  April 13, 2010        BINGHAM MCCUTCHEN, LLP

7

8                                  By  /s/ Peter Villar
                                   Peter Villar

9                                    Attorneys for Omni 808 Investors, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28