UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>        Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING DEPOSITION OF LEON FARAHNIK |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:    TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:    TBD |

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding the Deposition of Leon Farahnik, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The deposition of Leon Farahnik shall take place on May 24, 2010, at the Los Angeles offices of Quinn Emanuel Urquhart & Sullivan, LLP.

DATED: _____, 2010 _____
Hon. David O. Carter
United States District Judge