1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
5  San Francisco, CA 94105-2669
   Tel: (415) 773-5700/Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

13 Attorneys for MGA Parties

14                UNITED STATES DISTRICT COURT

15                CENTRAL DISTRICT OF CALIFORNIA

16                       SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA'S RESPONSE TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S OBJECTIONS TO DISCOVERY MASTER ORDER NOS. 89 AND 91** |
| AND CONSOLIDATED ACTIONS | |

I, Sugithra Somasekar, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Mattel's Corrected Supplemental Responses to MGA's First Set of Phase 2 Interrogatories served on October 9, 2009. **(Filed Under Seal)**

3. Attached hereto as **Exhibit 2** is a true and correct copy of documents produced by Mattel bearing bates numbers M 0928196, M 0928200, and M 0928204. **(Filed Under Seal)**

4. Attached hereto as **Exhibit 3** is a true and correct copy of documents produced by Mattel bearing bates numbers M 0928714, 0928717, M 0928719, M 0929911, M 0930008, and M 0930058. **(Filed Under Seal)**

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Deposition of Robert Eckert, dated 2/22/2010. **(Filed Under Seal)**

6. Attached hereto as **Exhibits 5, 6, 7, 8, 9, and 10** are charts listing the document requests from Mattel's Appendices 2, 3, 4, 5, 6, and 7 and MGA's responses to each request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 13, 2010, in Menlo Park, California.

*/s/ Sugithra S.*
Sugithra Somasekar