# Exhibit 4

**CONFIDENTIAL –
ATTORNEYS' EYES ONLY
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

**Name & Address:**
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049-DOC (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA'S RESPONSE TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S OBJECTIONS TO DISCOVERY MASTER ORDER NOS. 89 AND 91; EXHIBITS 1, 2, 3, 4

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See document(s) listed above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated April 9, 2010
☐ Manual Filing required (reason):

| | |
|---|---|
| April 13, 2010 <br> Date | /s/ Warrington S. Parker III <br> Attorney Name <br> MGA Parties <br> Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09) — NOTICE OF MANUAL FILING — American LegalNet, Inc. www.FormsWorkflow.com