# Exhibit 5

9049 Requests:

|   |   | MGA's Response |
|---|---|---|
| 1 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "MY SCENE" including, without limitation, the purpose for which "MY SCENE" products were created. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 2 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of "MY SCENE" dolls as identified in paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 3 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of the doll YOU refer to as "a Mattel doll character called BARBIE" as asserted in paragraph 25 of YOUR ANSWER responding to paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 4 | All DOCUMENTS REFERRING OR RELATING TO consideration being given to changing the appearance, including but not limited to DOCUMENTS REFERRING OR RELATING TO sculpts, face paint, and eye design, of the "MY SCENE" dolls, as identified in paragraph 34 of the COMPLAINT, to the appearance as identified in paragraphs 37-40 of the COMPLAINT. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 7 | All DOCUMENTS REFERRING OR RELATING TO changes to "MY SCENE" from the appearance as identified in paragraph 34 of the COMPLAINT to the appearance as identified in paragraphs 37-40 of the COMPLAINT including, without limitation, the sculpt, face paint plans or designs, eye designs, ideas, and drafts. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 8 | All DOCUMENTS which support YOUR assertions in paragraphs 27 and 30 of YOUR ANSWER regarding dolls identified in paragraphs 37 and 40 of the COMPLAINT. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 9 | All DOCUMENTS which support YOUR assertions in paragraphs 28 and 29 of YOUR ANSWER regarding eye designs identified in paragraphs 38 and 39 of the COMPLAINT. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 12 | DOCUMENTS sufficient to show any position MATTEL has taken with respect to its claimed trade dress in connection with any "MY SCENE" product, including but not limited to internal COMMUNICATIONS, COMMUNICATIONS with third parties, trademark applications and related DOCUMENTS, filings in judicial proceedings or regulatory filings. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 5 - Page 27

| | | |
|---|---|---|
| 14 | All DOCUMENTS REFERRING OR RELATING TO the creation or development of the ''Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond") themes including but not limited to DOCUMENTS showing when and how they were first conceived and any awareness by MATTEL of similar or proposed MGA themes. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 15 | All DOCUMENTS REFERRING OR RELATING TO the timing or plans for release of the ''MY SCENE" themes "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond"). | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 16 | All DOCUMENTS REFERRING OR RELATING TO the "BRATZ" themes including but not limited to "Forever Diamondz," "Rock Angelz," "Bratz Rodeo," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk," "Funky Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer" before they were advertised or otherwise made publicly available. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 22 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" dolls, including without limitation, feet, hair, removable heads, face paint, eye design, head size, body proportions, and any other physical attributes. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 25 | All DOCUMENTS REFERRING OR RELATING TO whether "MY SCENE" infringes or potentially infringes the copyrights, trademarks, or trade dress of "BRATZ." | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition. |
| 26 | All DOCUMENTS REFERRING OR RELATING TO whether "BRATZ" infringes or potentially infringes the copyrights, trademarks, or trade dress of "MY SCENE." | Relevant to Mattel's copyright, trademark or trade dress claims, if any, and MGA's defenses. |
| 27 | All DOCUMENTS REFERRING OR RELATING TO actual or potential consumer confusion between any "MY SCENE" product and any "BRATZ" product. | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 29 | DOCUMENTS sufficient to show all iterations of the www.myscene.com, www.myscene.everythinggirl.com, or http://myscene.everythinggirl.com websites. | Withdrawn. |

Exhibit 5 - Page 28

| | | |
|---|---|---|
| 68 | All commercials referenced in paragraph 47 of YOUR ANSWER.[1] | Relevant to MGA's claims, including unfair competition. |
| 76 | All DOCUMENTS REFERRING OR RELATING TO the quality or reputation of "MY SCENE" including, without limitation, accolades or awards for "MY SCENE." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 77 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "MY SCENE," including in relation to "BRATZ" by any third party. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 79 | All DOCUMENTS evidencing confusion between "BRATZ" and "MY SCENE," including without limitation DOCUMENTS in which photographs of one party's products have been used to depict another party's products or reference to one party's products have been made in lieu of the other party's products. | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 82 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel comprising the primary team that worked on the design and development of the original "MY SCENE" products as identified in paragraph 34 of the COMPLAINT. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 83 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel comprising the primary team that worked on the design and development of the more recent "MY SCENE" products as identified in paragraphs 37 and 38 of the COMPLAINT. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 84 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current MATTEL personnel comprising the primary team currently working on the design and development of "MY SCENE" products. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 92 | All "New Toy Status Reports" for "MY SCENE." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 93 | DOCUMENTS sufficient to indicate when a project number was first assigned to "MY SCENE." | Withdrawn. |
| 168 | All DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS with any third party regarding MY SCENE MY BLING BLING product with real gems, including but not limited to advertisements, announcements, memoranda, conversations, offers for sale, and purchase orders, including | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

---

[1] Paragraph 47 of Mattel's Answer denies paragraph 57 of MGA's Complaint that "Mattel's television commercial for its 'My Scene' styling head was like watching a re-run of MGA's commercial for its 'Funky Fashion Makeover Head'."

Exhibit 5 - Page 29

| | | |
|---|---|---|
| | but not limited to any such COMMUNICATIONS made before May 12, 2006. | |
| 420 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "BRATZ" during the creation, design and development of "MY SCENE." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 440 | All DOCUMENTS REFERRING OR RELATING TO the conception, creation and design of BARBIE GIRL, including without limitation, the motivation, purpose, origins of, or inspiration for BARBIE GIRL. | Withdrawn. |
| 441 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among. consumers, retailers, distributors, licensees or members of the press) between BARBIE GIRL and "BRATZ." | Withdrawn. |
| 442 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BARBIE GIRL and "BRATZ." | Withdrawn. |
| 443 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BARBIE GIRL and the animated "Barbie" character currently on the homepage of YOUR Barbie.com website. | Withdrawn. |
| 444 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of BARBIE GIRL. | Withdrawn. |
| 471 | All DOCUMENTS REFERRING OR RELATING TO any claims, threat of litigation and/or litigation that any PERSON has asserted against MATTEL regarding infringement by MY SCENE or DIVA STARZ, including, but not limited to, cease and desist letters. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 540 | Each of MATTEL's Brand Directional Outlines. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 597 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any litigation with Simba. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 695 | All testimony, transcripts, declarations, affidavits and other sworn written statements of any other type by or from YOU or made on YOUR behalf that REFER OR RELATE TO ACCELERACERS, DIVA STARZ, MY SCENE, FLAVAS, and BARBIE that REFER OR RELATE TO the RELEVANT TIME PERIOD (regardless of when such testimony or sworn | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 5 - Page 30

| | | |
|---|---|---|
| | statement was taken, given, signed, made or filed), other than those previously filed and served in this ACTION or in which MGA's counsel in this ACTION was in attendance. | |
| 734 | All DOCUMENTS REFERRING OR RELATING TO the value of the "My Scene" brand. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 748 | All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the GLAMERMAIDS, including, without limitation, the purpose for which GLAMERMAIDS were created and whether BRATZ was a source of inspiration for or factor in the development of GLAMERMAIDS. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 749 | All DOCUMENTS REFERRING OR RELATING TO the decision to discontinue development of or not to sell GLAMERMAIDS. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 750 | All DOCUMENTS REFERRING OR RELATING TO the decision to develop, revise, refresh or use GLAMERMAIDS in the development of MY SCENE. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 751 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the GLAMERMAIDS products and themes, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 752 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of BRATZ during the creation, design and development of GLAMERMAIDS. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 753 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BRATZ and GLAMERMAIDS. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 754 | All DOCUMENTS REFERRING OR RELATING TO whether GLAMERMAIDS copy, replicate, or in any way imitate BRATZ. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 755 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, RETAILERS, distributors, licensees or members of the press) between GLAMERMAIDS and BRATZ. | Withdrawn. |
| 756 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers | Relevant to MGA's defense against Mattel's damages claims, including lost profits |

Exhibit 5 - Page 31

| | | |
|---|---|---|
| | comprising, the primary team that worked on the creation, design and development of the GLAMERMAIDS products, commercials, themes and logo. | and/or lost opportunity. |

9059 Requests:

| | | |
|---|---|---|
| 69 | All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic BRATZ. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 70 | All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic an MGA PRODUCT with which BRYANT had an involvement. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 114 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of "My Scene." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 120 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "My Scene," including, without limitation, the reasons for and factors influencing its decision. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 122 | DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" styling head idea, concept or products. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 123 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of the "My Scene" styling head. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair |

Exhibit 5 - Page 32

| | | |
|---|---|---|
| | | competition claims. |
| 125 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to the 'My Scene" styling head including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to the "My Scene" styling head. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 126 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 128 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing the "My Scene" styling head including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of the "My Scene" styling head. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 129 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 130 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and the "My Scene" styling head on the other. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 131 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design, development, sales and marketing of the "Diva Starz" idea, concept or products. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 136 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR | Relevant to MGA's defense against Mattel's damages |

Exhibit 5 - Page 33

|     |     |     |
| --- | --- | --- |
|     | damages in this case, all DOCUMENTS used or referred to in creating and designing "Diva Starz" including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Diva Starz | claims, including lost profits and/or lost opportunity. |
| 137 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "Diva Starz" including, without limitation the reasons for and factors influencing its decision. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 138 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Diva Starz" on the other. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 140 | All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "Flavas" idea, concept or products. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 141 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of "Flavas." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 144 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "Flavas" including, without limitation, the reasons for and factors influencing its decision. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 146 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "Flavas" including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Flavas." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 147 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "Flavas" including, without limitation, the reasons for and factors influencing its decision. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 148 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR | Relevant to MGA's defense against Mattel's damages |

Exhibit 5 - Page 34

| | damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Flavas" on the other. | claims, including lost profits and/or lost opportunity. |
|---|---|---|

Exhibit 5 - Page 35