# Exhibit 6

9049 Requests:

| | | MGA's Response |
|---|---|---|
| 384 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "ACCELERACERS," including, without limitation, the purpose for which "ACCELERACERS" products were created. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 385 | All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the "ACCELERACERS" logo. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 386 | All DOCUMENTS REFERRING OR RELATING TO the decision [sic] rename one of YOUR "Hot Wheels" toy lines "ACCELERACERS." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 387 | All DOCUMENTS REFERRING OR RELATING TO the decision to re-brand the "Hot Wheels Highway 35" line under the logo "ACCELERACERS." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 388 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "ACCELERACERS" products and themes prior to their initial release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 389 | All DOCUMENTS REFERRING OR RELATING TO "ALIEN RACERS" as a source of inspiration for or factor in the development of "ACCELERACERS." | Withdrawn. |
| 390 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "ALIEN RACERS" during the creation, design and development of "ACCELERACERS." | Withdrawn. |
| 391 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between John Handy, and Matt Bousquette regarding "ALIEN RACERS." | Withdrawn. |
| 392 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "ALIEN RACERS" and "ACCELERACERS." | Withdrawn. |
| 393 | All DOCUMENTS REFERRING OR RELATING TO whether "ACCELERACERS" copy, replicate, or in any way imitate "ALIEN RACERS." | Withdrawn. |
| 394 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between "ACCELERACERS" and "ALIEN RACERS." | Withdrawn. |
| 395 | Copies of all television ADVERTISEMENTS for | Relevant to MGA's defense |

Exhibit 6 - Page 36

| | | |
|---|---|---|
| | "ACCELERACERS." | against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 396 | All DOCUMENTS REFERRING OR RELATING TO MGA's ADVERTISEMENTS for "ALIEN RACERS," including but not limited to YOUR efforts to analyze, copy or imitate MGA's ADVERTISEMENTS for "ALIEN RACERS." | Withdrawn. |
| 397 | All DOCUMENTS REFERRING OR RELATING TO the inspiration for, development of, or creation of the theme of the ADVERTISEMENTS for "ACCELERACERS." | Withdrawn. |
| 398 | All DOCUMENTS REFERRING OR RELATING TO the inspiration for, development of, or creation of the ad copy for the ADVERTISEMENTS for "ACCELERACERS," including but not limited to the phrase "race to save the world." | Withdrawn. |
| 399 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods' sold and any other costs attributable to net profits REFERRING OR RELATING TO "ACCELERACERS." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 400 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of the "ACCELERACERS" products, commercials, themes and, logo. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 652 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each HOT WHEELS product, broken down by SKU #, from 2001 to the present. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 653 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each ACCELERACERS product, broken down by SKU #, from 2001 to the present. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 6 - Page 37