# Exhibit 7

| | 9049 Requests: | MGA's Response |
|---|---|---|
| 401 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "LITTLE MOMMY," including, without limitation, the purpose for which "LITTLE MOMMY" products were created and why the "LITTLE MOMMY" name was selected. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 402 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "LITTLE MOMMY" name, products and themes prior to their initial release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 403 | All DOCUMENTS REFERRING OR RELATING TO any "MOMMY'S LITTLE..." product, theme or name as an inspiration for or factor in the development of any "LITTLE MOMMY" product, theme or name. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 404 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "MOMMY'S LITTLE..." during the creation, design and development of "LITTLE MOMMY." | Withdrawn. |
| 405 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "MOMMY'S LITTLE" and "LITTLE MOMMY." | Withdrawn. |
| 406 | All DOCUMENTS REFERRING OR RELATING TO whether the name, products, appearance, or themes of "LITTLE MOMMY" copy, replicate, or in any way imitate the name, products, appearance, or themes of "MOMMY'S LITTLE." | Withdrawn. |
| 407 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between "LITTLE MOMMY" and "MOMMY'S LITTLE." | Withdrawn. |
| 408 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO "LITTLE MOMMY." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 409 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the design and development of the "LITTLE MOMMY" products, themes and name. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 654 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each LITTLE MOMMY product, broken down by SKU #, from 2001 to present. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 7 - Page 38