# Exhibit 8

9049 Requests:

|    |    | MGA's Response |
|----|----|----|
| 5  | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls ever released as a commercial product, including without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas or concepts. | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 6  | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls considered by YOU but never released as a commercial product, including without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas concepts. | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 10 | All DOCUMENTS REFERRING OR RELATING TO the design, development, themes, conception or creation of the packaging or artwork of "MY SCENE" including without limitation, the motivation, purpose, or inspiration for the packaging or artwork. | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 11 | All DOCUMENTS REFERRING OR RELATING TO the development of the product design trade dress or packaging trade dress of "MY SCENE," including but not limited to the total image, design and appearance of the "MY SCENE" product, as well as features of the "MY SCENE" product such as size, shape, color, color combinations, texture or graphics, or anything else MATTEL considers to be its proprietary trade dress of "MY SCENE," and any changes thereto. | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 13 | All DOCUMENTS REFERRING OR RELATING TO any MARKET RESEARCH, projections or plans pertaining to the release of "MY SCENE" to the market. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 18 | All DOCUMENTS REFERRING OR RELATING TO any "BRATZ" product or theme as an inspiration or factor in the development of any "MY SCENE" product. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 20 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" packaging, including without limitation, advertising (including commercials); color schemes, product display, shape, and the transparent style of packaging. | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 21 | All DOCUMENTS REFERRING OR RELATING TO | Relevant to MGA's defense against |

Exhibit 8 - Page 39

| | | |
|---|---|---|
| | any similarity or dissimilarity between "BRATZ" and "MY SCENE," including without limitation, themes, accessories, clothing, and shoes. | Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 23 | All DOCUMENTS REFERRING OR RELATING TO whether the appearance of "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 24 | All DOCUMENTS REFERRING OR RELATING TO whether the appearance of "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE." | Relevant to Mattel's copyright, trademark or trade dress claims, if any, and MGA's defenses. |
| 28 | All MATTEL product catalogs, sell sheets and product information sheets that include "MY SCENE" products, from 2001 to the present. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 70 | All studies, analyses, presentations or investigations, including internal studies, analyses, presentations or investigations, REFERRING OR RELATING TO actual or potential market competition between "MY SCENE" and "BRATZ." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 78 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "BRATZ," including in relation to "MY SCENE." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 80 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel with responsibility, at any time since January 2001, for marketing or MARKET RESEARCH, REFERRING OR RELATING TO "MY SCENE." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 81 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel with responsibility for "MY SCENE" sales, promotions, marketing, packaging, advertising (including but not limited to television commercials), development or design, including without limitation internal departments, teams or organizations with responsibility for any specific retailer, licensee or others in the industry. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 85 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and | Relevant to MGA's defense against Mattel's damages claims, including |

Exhibit 8 - Page 40

| | | |
|---|---|---|
| | job function) all former MATTEL personnel who were ever a member of the primary team that worked on the design and development of "MY SCENE" products. | lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 94 | All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATION between MATTEL and any participant in any MARKET RESEARCH REFERRING OR RELATING TO "MY SCENE," MGA or "BRATZ." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 106 | All DOCUMENTS tending to support or refute MATTEL'S claims, if any, that "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 107 | All COMMUNICATIONS between YOU and any retailer REFERRING OR RELATING TO whether "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 108 | All COMMUNICATIONS between YOU and any retailer REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 109 | All COMMUNICATIONS between YOU and any customer REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 110 | All COMMUNICATIONS between YOU and any member of the press REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 111 | All COMMUNICATIONS between YOU and any supplier REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 8 - Page 41

| | | |
|---|---|---|
| | the appearance of "BRATZ." | Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 112 | All COMMUNICATIONS between YOU and any other third party REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ". | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 114 | All DOCUMENTS tending to support or refute any of the denials, allegations or statements in YOUR ANSWER, not produced in response to another Request. | Relevant to MGA's claims and defenses. |
| 115 | All DOCUMENTS tending to support or refute YOUR affirmative defenses to the COMPLAINT, not produced in response to another Request. | Relevant to MGA's claims and defenses. |
| 171 | All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any third party's decision not to buy, license, manufacture, promote, distribute or sell MY SCENE MY BLING BLING, including but not limited to MY SCENE MY BLING BLING with real gems. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 421 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of "MY SCENE" products (including, but not limited to, fashion dolls, styling heads and plush toys), themes and packaging prior to their release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 422 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between MATTEL's Cassidy Park and Lily Martinez, Adrienne Fontanella, Ivy Ross, Matt Bousquette, or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL, the creation of "MY SCENE," and/or efforts to copy or knock off "BRATZ." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 423 | All DOCUMENTS REFERRING OR RELATING TO unreleased "MY SCENE" products (including, but not limited to, fashion dolls, styling heads, play sets). | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 431 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such | Relevant to MGA's defense against Mattel's damages claims, including |

Exhibit 8 - Page 42

|     |     |     |
| --- | --- | --- |
|     | COMMUNICATIONS, between Ben Van Doesburgh and Adrienne Fontanella, Matt Bousequette [sic] or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY SCENE." | lost profits and/or lost opportunity. |
| 432 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between any current or former employees of Mattel Espana S.A., on the one hand, and Adrienne Fontanella, Matt Bousequette [sic] or any other current or former MATTEL employees regarding the threat of "BRATZ" to MATTEL and/or the creation of MY SCENE." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 452 | All DOCUMENTS REFERRING OR RELATING TO directives, suggestions or instructions from YOU to create ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS" or any other MATTEL products using elements that are similar to or the same as elements used in ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. | Relevant to MGA's claims for unfair competition and unclean hands defense. |
| 454 | All DOCUMENTS REFERRING OR RELATING TO proposed or actual ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS," or any other MATTEL products and which also REFER OR RELATE TO "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. | Relevant to MGA's claims for unfair competition and unclean hands defense. |
| 455 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, analysis, or assessment of ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. | Relevant to MGA's claims for unfair competition and unclean hands defense. |
| 525 | Copies of all producers' affidavits for any ADVERTISEMENT' for MY SCENE or ACCELERACERS. | Relevant to MGA's claims for unfair competition and unclean hands defense. |
| 550 | Each "brand brief," "creative brief," or other similar DOCUMENT concerning the advertising strategy for MATTEL'S "MY SCENE" products, including but not limited to "MY SCENE" DOLLS. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 556 | All DOCUMENTS relating to each "stopper" product introduction launched by MATTEL in response to the launch of a MATTEL competitor's product, and all DOCUMENTS assessing the success of MATTEL's "stopper" product [limited to the Category 2, including | Relevant to MGA's claims, including, trade dress in packaging and Wee 3 Friends and unfair competition claims. |

Exhibit 8 - Page 43

| | | |
|---|---|---|
| | 4-Ever Best Friends, Wee 3 Friends, Mommy's Little, Little Mommy, Alien Racers, Acceleracers, My Scene, Polly Pocket, and Diva Starz] | |
| 557 | DOCUMENTS sufficient to evidence each assessment by or for MATTEL of the BRATZ line of products. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including trade dress claim in packaging and unfair competition claims. |
| 581 | All DOCUMENTS REFERRING OR RELATING TO the identity of licensees of BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT since January 1, 2001 ["limited to documents relating to Mattel's licensing practices, both with respect to 'My Scene' and other products, as they relate to MGA's ability to assess its alleged damages"] | Withdrawn |
| 582 | All license agreements for BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT that was in effect at any time from January 1, 2001 to the present ["limited to documents relating to Mattel's licensing practices, both with respect to 'My Scene' and other products, as they relate to MGA's ability to assess its alleged damages"] | Withdrawn |
| 583 | All DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO the conception, reduction to practice, design, marketing, or promotion of any CONTESTED MATTEL PRODUCT. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including, trade dress in packaging and Wee 3 Friends. |
| 674 | A sample of each CONTESTED MATTEL PRODUCT, including, without limitation, each MY SCENE DOLL, sold by YOU or YOUR licensees. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including, trade dress in packaging and Wee 3 Friends, and unfair competition claims. |
| 676 | DOCUMENTS sufficient to show the actual release dates and all design and development stages for all CONTESTED MATTEL PRODUCTS, including but not limited to dolls, themes and waves. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including, trade dress in packaging and Wee 3 Friends, and unfair |

Exhibit 8 - Page 44

| | | |
|---|---|---|
| | | competition claims. |
| 677 | All COMMUNICATIONS with any RETAILER that REFER OR RELATE to whether MY SCENE was a substitution or competitor of BRATZ, regarding competition between MY SCENE and BRATZ, similarities between MY SCENE and BRATZ, confusion between MY SCENE and BRATZ, and current and future plans for the advertising, promotion, marketing and sales of MY SCENE, or the lack, thereof. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 678 | All COMMUNICATIONS between YOU, including your inside and outside counsel, on the one hand, and any PERSON including, but not limited to, UBISOFT, any former MGA employee, any former MATTEL employee, any current or former freelancer including, but not limited to, Steve Linker, Anna Rhee, Matt Bousquette, Adrienne Fontanella, Kris Lynch, Len Mazzocco, Pamela Brew Peretz, Rachel Harris, Barbara Miller, Victoria O'Connor, Kami Gillmour, Andreas Koch, Maureen Mullen Chianese, David Dees, Steve Tarmichael, Liz Hogan, Mercedah Ward, Margaret Hatch Leahy, Jessie Ramirez, or any PERSON listed in any party's initial disclosures (as amended) on the other hand, REFERRING OR RELATING to (a) the design or development of any BRATZ product; (b) the project known as DIVA STARZ; (c) the allegations in this ACTION (including, without limitation, any facts underlying this ACTION or a PERSON' s belief or view as to the merits of any claim or defense in this ACTION) or any facts underlying this ACTION; or (d) any MGA LAWSUIT (including, without limitation, any facts underlying the MGA LAWSUIT or a PERSON 's belief or view as to the merits of any claim or defense in the MGA LAWSUIT). | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 785 | One sample, including packaging, of each of the following dolls sold in MATTEL'S MY SCENE line for each of the years 2001-2007: Barbie, Madison, Kennedy, Chelse, Nolee, Kenzie, and Delancey. | Relevant to MGA's defense against Mattel's RICO claims, including criminal copyright infringement and trade secret misappropriation. |

9059 Requests:

| | | |
|---|---|---|
| 113 | All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" idea, concept or products, | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 119 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as | Relevant to MGA's defense against Mattel's damages claims, including |

Exhibit 8 - Page 45

|     |     |     |
| --- | --- | --- |
|     | part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "My Scene," including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of any "My Scene" product. | lost profits and/or lost opportunity. |
| 139 | If you contend that BRATZ or BRATZ INTELLECTUAL PROPERTY was copied from, derived from or infringes "Diva Starz," all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ and BRATZ INTELLECTUAL PROPERTY on the one hand and "Diva Starz" on the other. | Relevant to Mattel's copyright, trademark or trade dress claims, if any, and MGA's defenses. |
| 157 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Barbie" on the other. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 162 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing such doll or toy including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or clement of such doll or toy. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 163 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon such doll or toy including, without limitation, the reasons for and factors influencing decision. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 164 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and such doll or toy on the other. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 8 - Page 46