# Exhibit 9

9049 Requests:

| | | MGA's Response |
|---|---|---|
| 445 | All DOCUMENTS REFERRING OR RELATING TO the Bratz.com website, including but not limited to all DOCUMENTS REFERRING OR RELATING TO this website as an inspiration for or factor in the creation and development of any MATTEL website or product. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 446 | All DOCUMENTS REFERRING OR RELATING TO the Miuchiz.com website, including but not limited to all DOCUMENTS REFERRING OR RELATING TO this website as an inspiration for or factor in the creation and development of any MATTEL website or product. | Withdrawn. |
| 472 | All DOCUMENTS REFERRING OR RELATING TO any SIMBA Litigation, including, but not limited to, all pleadings, declarations, affidavits, briefs, deposition transcripts, orders or other documents, and any English translations thereof, submitted to the court by MATTEL or SIMBA TOYS in support of its claims and defenses or any rulings or decisions issued by the court. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 473 | All DOCUMENTS REFERRING OR RELATING TO the creation and development of the "We Believe in Girls" website, found at www.webelieveingirls.com, that also mention BRATZ and/or MGA. | Withdrawn. |
| 598 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit by MATTEL (other than this ACTION) alleging infringement of MATTEL'S intellectual property rights in any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product. | Relevant to Mattel's copyright, trademark or trade dress claims, if any, and MGA's defenses. |
| 599 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit against MATTEL (other than this ACTION) alleging that any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product infringes the intellectual property rights of another PERSON. | Relevant to MGA's defenses against any Mattel's copyright, trademark or trade dress claims. |
| 693 | All DOCUMENTS that REFER OR RELATE TO any claims, threat of litigation, litigation, arbitration or other legal proceeding that any current or former employee, freelancer or contractor has asserted against MATTEL regarding the use or infringement of any design, idea, doll, toy or artwork, including, but not | Relevant to MGA's unclean hands defense and unfair competition claims. |

Exhibit 9 - Page 47

| | | |
|---|---|---|
| | limited to, cease and desist letters, pleadings, affidavits, or court orders. | |
| 776 | All DOCUMENTS REFERRING OR RELATING to any purchase or acquisition by MATTEL of a BRATZ product or accessory, including but not limited to, all invoices, receipts, and purchase orders. | Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 777 | All DOCUMENTS REFERRING OR RELATING TO MATTEL'S solicitation of and/or request for a presentation, proposal, bid and/or pitch relating to the advertising, marketing, and/or branding of MATTEL'S MY SCENE brand from Young & Rubicam Brands. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 778 | All DOCUMENTS REFERRING OR RELATING TO MATTEL'S solicitation of and/or request for a presentation, proposal, bid and/or pitch relating to the advertising, marketing, and/or branding of MATTEL'S MY SCENE brand from any branding, advertising, or marketing agency. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 779 | All DOCUMENTS REFERRING OR RELATING TO a presentation, proposal, bid and/or pitch made by Young & Rubicam Brands to MATTEL in the fall of 2003 in connection with MATTEL'S review and/or selection of an advertising agency for Mattel's MY SCENE brand. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 780 | All DOCUMENTS REFERRING OR RELATING TO a presentation, proposal, bid and/or pitch made by any branding, advertising, or marketing agency to MATTEL in connection with MATTEL'S review and/or selection of an advertising agency for Mattel's MY SCENE brand. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 781 | All litigation documents filed and/or served by any of the parties in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to pleadings, motions, briefs, discovery responses, disclosures, and expert reports.[5] | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 782 | MATTEL'S trial presentation materials (including any and all demonstrative exhibits) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to Mattel, Inc.'s trial exhibits or presentations relating to similarities and/or differences between the various dolls at issue in said litigation. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 783 | Documents identified as Exhibits 31, 32, 33, and 34 in the "Index to Bundle 6 Claimant's Disclosure" | Relevant to MGA's defense against Mattel's damages claims, including |

Exhibit 9 - Page 48

| | | |
|---|---|---|
| | (M0097406-M0097408) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, I-IC 03 CO 2684 (High Court of Justice, Chancery Division). | lost profits and/or lost opportunity. |
| 784 | All transcripts for each day and/or portion of a day of trial and/or analogous proceeding before the court in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division). | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 792 | All DOCUMENTS REFERRING OR RELATING TO any trademark search or trademark clearance concerning products ultimately offered for sale under the MY SCENE brand, including but not limited to any trademark search for "Bryant" or "Carter" or ''Carter Bryant.'' | Withdrawn. |
| 793 | All DOCUMENTS REFERRING OR RELATING TO any patent, trademark, or copyright application or registration concerning products ultimately offered for sale under the MY SCENE brand. | Relevant to Mattel's copyright, trademark or trade dress claims, if any, and MGA's defenses. |

9059 Requests:

| | | |
|---|---|---|
| 17 | All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. | Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 18 | All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 19 | All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 26 | All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 27 | All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 9 - Page 49

| | other than "Barbie." | |
|---|---|---|
| 28 | All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 112 | All DOCUMENTS evidencing, referring or relating to whether BRATZ or BRATZ INTELLECTUAL PROPERTY was ever used or utilized in any way by YOU in the creation, design or development of any doll, toy or product of any nature or form that was ever marketed or sold including, without limitation, "My Scene." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 121 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "My Scene" on the other. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 9 - Page 50