# Exhibit 10

9049 Requests:

|     |     | MGA's Response |
| --- | --- | --- |
| 424 | All photographs (including, but not limited to, photographs in print or digital format) of "BRATZ" taken by any current or former MATTEL salesman or product manager, and all DOCUMENTS REFERRING OR RELATING TO such photographs, including, but not limited to, DOCUMENTS sufficient to show when and where the photographs were taken. | Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 434 | All DOCUMENTS regarding any MARKET RESEARCH regarding MGA, "BRATZ" or any other MGA product known to YOU, that has been funded or commissioned (indirectly or directly, in whole or in part) by YOU. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 549 | Each "brand brief," "creative brief," or other similar DOCUMENT concerning the advertising strategy for MATTEL's "BARBIE" products, including but not limited to "BARBIE dolls." | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 551 | Each report, study, presentation, memorandum, or other DOCUMENT that analyzed' the effectiveness of any television commercial or any advertising campaign for MATTEL's "BARBIE" products, including but not limited to "BARBIE." dolls. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 552 | Each report, study, presentation, memorandum, or other DOCUMENT that analyzed the effectiveness of any television commercial or any advertising campaign for MATTEL's "MY SCENE" products, including but not limited to "MY SCENE" DOLLS. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 555 | Each report of consumer or customer research relating to the market for fashion dolls and/or any specific fashion doll, whether marketed by MATTEL or otherwise. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 566 | All DOCUMENTS REFERRING OR RELATING TO business plans, forecasts, budgets and projects prepared by YOU in connection with each of YOUR products, including but not limited, to BARBIE and MY SCENE. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 567 | All DOCUMENTS REFERRING OR RELATING TO market research, and competitive studies and analyses prepared or conducted by YOU with respect to the fashion doll market.. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 595 | All DOCUMENTS and COMMUNICATIONS between MATTEL and Mattel Mexico REFERRING OR RELATING TO the conception, design, manufacture, production, marketing or sale of any BRATZ product or the allegations in MATTEL'S COUNTERCLAIMS. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 596 | All DOCUMENTS and COMMUNICATIONS between MATTEL and Mateo Romano REFERRING OR | Relevant to MGA's defense against Mattel's damages claims, |

Exhibit 10 - Page 51

| | | |
|---|---|---|
| | RELATING TO the conception, design, manufacture, production, marketing or sale of any BRATZ product or the allegations in MATTEL'S COUNTERCLAIMS. | including lost profits and/or lost opportunity. |
| 775 | All dolls, models, molds, casts, samples, packaging, ADVERTISING, photographs, CDs, DVDs, tapes, or other tangible items or things that comprise or relate to a BRATZ product or accessory. | Relevant to MGA's claims, including, trade dress in packaging and unfair competition claims. |
| 786 | All DOCUMENTS REFERRING OR RELATING TO the Young and Rubicam Brand Asset Valuator, or an other valuation of the BARBIE, MY SCENE or BRATZ brand. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 787 | All DOCUMENTS REFERRING OR RELATING to any survey, focus group, consumer research or other market research (whether conducted by MATTEL or any third party) concerning MY SCENE, BRATZ, or BARBIE, including but not limited to the focus groups discussed on page 132 of the deposition of Kumi Croom. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 788 | All ad test reports (or other similar reports evaluating the efficacy of advertising) regarding any MY SCENE or BRATZ product, including but not limited to the ad test reports referenced on pages 118-129 of the deposition of Kumi Croom. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 9059 Requests: | | |
| 71 | All DOCUMENTS mentioning, discussing, referring or relating to any BRATZ ITEM, which is dated or was authored or created before the date that the BRATZ ITEM was first offered for sale in retail stores to the general public. | Relevant to MGA's claims, including unfair competition claims. |
| 170 | All DOCUMENTS discussing, mentioning, relating or referring to MATTEL's target market and marketing strategy for its lines of fashion doll before "BRATZ" became commercially available in the summer of 2001, going back to 1995, and MATTEL'S target market and marketing strategy for its lines of fashion dolls after "BRATZ" became commercially available in the summer of 2001 to the present | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 171 | All DOCUMENTS discussing, mentioning, relating or referring to any decision or resolution of MATTEL's Board of Directors relating to MATTEL's target market and marketing strategy for its lines of fashion doll before "BRATZ" became commercially available in the summer of 2001, going back to 1995, and MATTEL's target market and marketing strategy for its lines of fashion dolls after "BRATZ" became commercially available in the summer of 2001 to the present. | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |
| 175 | All DOCUMENTS constituting, discussing, mentioning, relating or referring to MARKET RESEARCH relating to "BRATZ". | Relevant to MGA's defense against Mattel's damages claims, including lost profits and/or lost opportunity. |

Exhibit 10 - Page 52