1  Thomas H. Bienert, Jr. (State Bar No. 135311)
   tbienert@bmkattorneys.com
2  Luis A. Feldstein (State Bar No. 184824)
   lfeldstein@bmkattorneys.com
3  BIENERT, MILLER & KATZMAN, PLC
   115 Avenida Miramar
4  San Clemente, California 92672
   Phone: (949) 369-3700 ♦ Fax: (949) 369-3701
5
   Attorneys for Mariana Trueba
6

7              UNITED STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9                   SOUTHERN DIVISION

10 | MATTEL, INC., a Delaware             | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation,                          |
11 |                                       | Consolidated with
   |           Plaintiff,                  | Case No.    CV 04-09059
12 |                                       | Case No.    CV 05-2727
   |      vs.                              |
13 |                                       | Honorable David O. Carter
   |                                       |
14 | MGA ENTERTAINMENT, INC., a            | **STIPULATION RE DEPOSITION
   | California corporation, *et al.*,     | OF MARIANA TRUEBA;
15 |                                       | [PROPOSED] ORDER**
   |           Defendant.                  |
16 |                                       | **Phase 2:**
   |                                       | Disc. Cut-off:     TBD
17 | AND CONSOLIDATED ACTIONS              | Pre-trial Conf.:    TBD
   |                                       | Trial Date:        TBD
18
19
20        Mariana Trueba; Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel");

21 MGA Entertainment, Inc., MGA HK, Isaac Larian, and MGA de Mexico, S.R.L. de

22 C.V. (collectively, the "MGA Parties"); and Gustavo Machado, by and through their

23 respective counsel of record, hereby stipulate and agree as follows, subject to

24 approval by the Court:

25        WHEREAS, on April 2, 2010, the Court entered an order (the "Order")

26 directing Ms. Trueba to appear for deposition in Santa Ana, California, on or before

27 April 20, 2010;

28

1    WHEREAS, Ms. Trueba is scheduled to undergo back surgery in Mexico on

2 April 16, 2010, and will be medically unable to travel to the United States for a

3 minimum of two weeks after the surgery;

4    WHEREAS, Ms. Trueba's counsel has requested that the deposition be

5 scheduled to commence on May 20, 2010;

6    WHEREAS, counsel for Mattel, the MGA Parties, and Mr. Machado have no

7 objection to the amendment of the Order to accommodate Ms. Trueba if the Court

8 believes that such an amendment is appropriate;

9    NOW, THEREFORE, subject to the Court's approval, Ms. Trueba, Mattel,

10 the MGA Parties, and Mr. Machado hereby stipulate and agree that Ms. Trueba's

11 deposition shall begin in Santa Ana, California, on May 20, 2010, and shall continue

12 thereafter until completed.

13    IT IS SO STIPULATED.

14

15 DATED: April 14, 2010          BIENERT, MILLER & KATZMAN, PLC

16

17                           By:  /s/ Thomas H. Bienert, Jr._____
                                  Thomas H. Bienert, Jr.
18                                Luis A. Feldstein
19                                Attorneys for Mariana Trueba

20

21 DATED: April 13, 2010          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP
22

23

24                           By:  /s/Jon Corey_____
                                  Jon Corey
25                                Attorneys for Mattel, Inc. and Mattel de
                                  Mexico, S.A. de C.V.
26

27

28

1    DATED:  April: 13, 2010              ORRICK, HERRINGTON & SUTCLIFFE,
2                                         LLP

3

4                                  By:    */s/Thomas McConville*_____
                                          Thomas McConville
5                                         Attorneys for the MGA Parties

6

7    DATED:  April 13, 2010               SCHEPER KIM & OVERLAND LLP

8

9                                  By:    */s/Mark E. Overland*_____
                                          Mark E. Overland
10                                        Attorneys for Gustavo Machado

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I, Janine Philips, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 115 Avenida Miramar, San Clemente, California 92672; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **STIPULATION RE DEPOSITION OF MARIANA TRUEBA; [PROPOSED] ORDER** on the interested parties as follows:

**X_ BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

**X_ BY OTHER MEANS:** I am "readily familiar" with Bienert, Miller & Katzman PLC's practice for collecting and processing mail with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. As such, I caused to be mailed the foregoing document(s) to the following non-ECF participants in this case:

| | |
|---|---|
| Andre De La Cruz | Brett Dylan Proctor |
| adelacruz@orrick.com | dylanproctor@quinnemanuel.com |
| Annette L. Hurst | Cyrus S. Naim |
| ahurst@oorick.com | cyrusnaim@quinnemanuel.com |
| Diana M. Rutowski | Diane C. Hutnyan |
| drutowski@orrick.com | dianehutnyan@quinnemanuel.com |
| Jason S. Angell | John B. Quinn |
| jangell@orrick.com | johnquinn@quinnemanuel.com |
| Frank D. Rorie, Jr. | Jon D. Corey |
| frorie@orrick.com | joncorey@quinnemanuel.com |
| Jimmy S. McBirney | Joseph C. Sarles |
| Jmcbirney@orrick.com | josephsarles@quinnemanuel.com |
| L. Kieran Kieckhefer | Michael T. Zeller |
| kkieckhefer@orrick.com | michaelzeller@quinnemanuel.com |
| Melinda L. Haag | Randa A. F. Osmahn |
| mhaag@orrick.com | randaosman@quinnemanuel.com |
| Sugithra Somasekar | Rory S. Miller |
| ssomasekar@orrick.com | rorymiller@quinnemanuel.com |
| Theresa A. Stutton | Stan Karas |
| tsutton@orrick.com | stankaras@quinnemanuel.com |
| Thomas S. McConville | *Via electronic mail* |
| tmconville@orrick.com | |
| Warrington S. Parker, III | |
| wparker@orrick.com | |
| William A. Molinski | |
| wmolinski@orrick.com | |
| *Via electronic mail* | |

Case No. CV 04-9049 DOC (RNBx)
STIPULATION

| | | |
|---|---|---|
| 1 | Blaine H. Evanson<br>bevanson@gibsondunn.com | Jason D. Russell<br>jrussell@skadden.com |
| 2 | J. Christopher Jennings<br>cjennings@gibsondunn.com | Thomas Jerome Nolan<br>tnolan@skadden.com |
| 3 | Kevin S. Rosen<br>krosen@gibsondunn.com | Marina Vladimir Bogorad<br>Marina.bogorad@skadden.com |
| 4 | *Via electronic mail* | *Via electronic mail* |
| 5 | Byron Z. Moldo<br>bmoldo@ecjlaw.com | Craig A. Taggart<br>Craig.taggart@bingham.com |
| 6 | Patrick A. Fraioli, Jr.<br>pfraioli@ecjlaw.com | Peter N. Villar<br>Peter.villar@bingham.com |
| 7 | Peter A. Davidson<br>pdavidson@ecjlaw.com | Todd E. Gordinier<br>Todd.gordinier@bingham.com |
| 8 | *Via electronic. mail* | *Via electronic mail* |
| 9 | David M. Stern<br>dstern@ktbslaw.com | Alexander H. Cote<br>acote@scheperkim.com |
| 10 | Kevin E. Deenihan<br>kdeenihan@ktbslaw.com | David C. Scheper<br>feseroma@scheperkim.com |
| 11 | Matthew C. Heyn<br>mheyn@ktbslaw.com | Mark E. Overland<br>moverland@scheperkim.com |
| 12 | *Via electronic mail* | *Via electronic mail* |
| 13 | Linda M. Burrow<br>burrow@caldwell-leslie.com | James I. Stang<br>jstang@pszjlaw.com |
| 14 | Sandra L. Thoeln<br>tholen@caldwell-leslie.com | Richard M. Pachulski<br>jstang@pszjlaw.com |
| 15 | *Via electronic mail* | *Via electronic mail* |
| 16 | Ilan Wisnia<br>iwisnia@valleassociates.com | Douglas Andrew Winthrop<br>dwinthrop@howardrice.com |
| 17 | *Via electronic mail* | *Via electronic mail* |
| 18 | Jeffrey B. Valley<br>jvallee@vallemakoff.com | Jennifer A. Lopez<br>Jennifer.lopez@ejgallo.com |
| 19 | *Via electronic mail* | *Via electronic mail* |
| 20 | Larry W. McFarland<br>lmcfarland@kmwlaw.com | Robert C. O'Brien<br>Obrien.robert@arentfox.com |
| 21 | *Via electronic mail* | *Via electronic mail* |
| 22 | Robyn Aronson<br>Robyn.aronson@gmail.com | Thomas P. Lambert<br>tpl@msk.com |
| 23 | *Via electronic mail* | *Via electronic mail* |
| 24 | Alisa M. Morgenthaler<br>amorgenthaler@glaserweil.com | |
| 25 | *Via electronic mail* | |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. CV 04-9049 DOC (RNBx)
STIPULATION

1    Cheryl Plambeck             Kien C. Tiet
       Davis & Gilbert LLP       Stern and Goldberg
2    1740 Broadway           6345 Balboa Boulevard, Suite 200
       New York, NY  10019      Encino, CA 91316
3    *Via U.S. Mail*             *Via U.S. Mail*

4    Peter H. Bonis            Sanford I. Weisburst
       Peter H. Bonis Law Offices    Quinn Emanuel, et al.
5    1990 N. California Blvd., 8th Fl.    51 Madison Avenue, 22nd Fl.
       Walnut Creek, CA  94596    New York, NY 10010
6    *Via U.S. Mail*             *Via U.S. Mail*

7    Yas Raouf
       Orrrick, Herrington and Stucliffe LLP
8    Orick Building
       405 Howard Street
9    San Francisco, CA 94105
       *Via U.S. Mail*

10

11      I certify under penalty of perjury under the laws of the United States of
       America that the foregoing is true and correct.

12
           This certificate was executed on April 14, 2010, at San Clemente, California.
13

14                   *S/Janine Philips_____*
                     Janine Philips

15

16

17

18

19

20

21

22

23

24

25

26

27

28

           Case No. CV 04-9049 DOC (RNBx)

STIPULATION