UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                              Date: April 8, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

**DOCKET ENTRY**
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                    Date:_____   Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Stephanie Mikhail                              Not Present
  Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                     NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING FILING OF STIPULATION AS TO MATTEL'S MOTION TO COMPEL PRODUCTION OF EXHIBITS REFERENCED BY THE MGA PARTIES DURING ECKERT DEPOSITION

   Before the Court is Mattel, Inc. ("Mattel")'s Motion to Compel the Production of Exhibits by the MGA Parties during the Deposition of Mr. Eckert (the "Motion"). The Motion corresponds with Issue No. 19(F) in Mattel's February 16, 2010 Submission Pursuant to the Court's February 12, 2010 Order. At the hearing on this matter, the MGA Parties stated their intention to produce exhibits referenced at the Eckert deposition. Accordingly, and in the interest of ensuring the resolution of this issue, the Court ORDERS that on or before April 11, 2010, the parties shall file in stipulated form a status report on the production by the MGA Parties the exhibits referenced during the Eckert deposition.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                              Initials of Deputy Clerk enm
CIVIL - GEN                                      Page 1 of 1