QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PUBLIC REDACTED] DECLARATION OF MARSHALL M. SEARCY III IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION TO COMPEL PRODUCTION OF COMPLETE BOARD MINUTES AND PRESENTATIONS WITH REDACTIONS ONLY FOR ATTORNEY-CLIENT PRIVILEGE**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Ctrm. 9D<br><br>**Phase 2:**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3447586.1

DECLARATION OF MARSHALL M. SEARCY III

## DECLARATION OF MARSHALL M. SEARCY III

I, Marshall M. Searcy III, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Volume 2 of the Deposition of Robert Eckert, dated December 16, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of e-mail correspondence between John Quinn, Annette Hurst and Bridget Hauler, dated March 3, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of Minutes of the Meeting of the Board of Directors of Mattel, dated March 12, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of e-mail correspondence between John Quinn, Annette Hurst, Tom McConville and Bridget Hauler, dated March 5, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail from Annette Hurst to John Quinn and Bridget Hauler, dated March 8, 2010.

7. Attorneys working at my direction did not redact from the Board minutes that Mattel produced any discussion of either the Girls' Brands or Boys' Brands or the performance of the executives responsible for each. Attorneys working at my direction produced all presentations located in Mattel's Board files concerning the performance of its Girls' or Boys' Brands and produced in un-redacted form Mattel's year-end financial packages for every year from 2000 to the present and its quarterly forecasts from 2000 to the present. Previously, Mattel has produced its form 10-K and Form 10-Q financial statements for the company's performance for each of the past ten years. Mattel also has produced Brand Profit and Loss Statements for the last ten years

1  covering every product for which Mattel has alleged lost sales in this case. These
2  P&Ls contain detailed information regarding product sales, including detailed product
3  cost and sales information broken down by category (e.g., Girls, Boys, etc.) and by
4  individual product. In addition, Mattel has produced hundreds of market research
5  reports analyzing consumer preferences and the reasons for changes in consumer
6  purchasing patterns.

8  I declare under penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct.
10  Executed on April 15, 2010, at Los Angeles, California.

*[signature]*
Marshall M. Searcy III

EXHIBIT 1

**THIS EXHIBIT IS FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER**

EXHIBIT 2

# Bridget Hauler

**From:** Bridget Hauler
**Sent:** Wednesday, March 03, 2010 6:25 PM
**To:** 'Hurst, Annette'; John Quinn
**Subject:** RE: Revised Eckert Document Requests

With respect to the other outstanding item, Mattel is willing to produce any agendas, minutes and Eckert memos to the Board concerning Mattel's Girls' Brands or the performance of executives responsible for Girls' brands, as long as we can redact all non-responsive information. This is necessary because the minutes, in particular, contain highly sensitive, irrelevant info such as info re contemplated acquisitions.

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Wednesday, March 03, 2010 5:43 PM
**To:** John Quinn; Bridget Hauler
**Subject:** RE: Revised Eckert Document Requests

Thanks. Understood and do appreciate the effort. Let me think and get back to you. In the meantime where are we on the rest?

---

**From:** John Quinn [mailto:johnquinn@quinnemanuel.com]
**Sent:** Wednesday, March 03, 2010 5:41 PM
**To:** Hurst, Annette; Bridget Hauler
**Subject:** Re: Revised Eckert Document Requests

Annette--trying to work with u on this--

Mattel has literally thousands of in licenses and out licenses (none of which were reviewed by eckert or were relied on for his testimony). Is there any way we could limit this in some reasonable way.

One suggestion: u could designate types of products/licenses; mattel could give u a range of royalty rates for each; u would have the ability to confirm the representation of the range by samplling (with or without the involvement of some neutral)--reviewing the documents representing the high and low end.

I am thinking out loud here, and don't have client authority for this.

John B. Quinn
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Facsimile:  213-443-3100
E-mail:  johnquinn@quinnemanuel.com
Web:  www.quinnemanuel.com

"There is nothing which is not the subject of debate. Amidst all this bustle tis not reason which carries the prize but eloquence, and no man needs ever despair of gaining prosyletites to the most extravagant hypothesis who has art enough to represent it in any favorable colors. The victory is not gained by the men at arms who manage the pike and sword, but by the trumpeters, drummers and musicians of the army."

--David Hume

---

**From:** Hurst, Annette <ahurst@orrick.com>
**To:** Bridget Hauler

EXHIBIT 2
PAGE 17

1

**Cc:** John Quinn
**Sent:** Wed Mar 03 16:20:49 2010
**Subject:** RE: Revised Eckert Document Requests

Bridget:

Thanks.

I've reviewed the Infante order and I don't agree that it has any relevance to the current situation. Those document requests were limited by definition to matters involving the institution of the Mattel v. Bryant suit. We are now dealing with a much broader set of issues. Mattel has put at issue on its RICO claim a potential damages claim involving every girls product it has sold in the last 10 years.

Nonetheless, I am willing to agree to limit the requests only to those sets of Board Agendas, Minutes and Memos that concern the Girls' Brands or anything pertinent thereto (such as the performance of executives responsible for Girls Brands).

With regard to the request for licenses (which you omitted from your proposal), unless Mattel stipulates that it will never make any request for a reasonably royalty or damages calculation based upon any assumed royalty in this case, then I must also insist on production of those documents. If it will so stipulate, then we can drop that category as well in this context.

We need the financial spreadsheets in native format at some point. I don't need to insist on them now for purposes of resumption of the Eckert deposition. Also, to be clear, we are not dropping our requests for some portion of these other types of documents permanently. We will need to revisit the issue of market research with respect to Mattel's lost opportunity claim. But again, I don't think we need to deal with that in the context of the Eckert deposition.

If we can reach an accommodation on these final 2 disputed issues then I believe we will not have to trouble the Court further with this. If not, then I will send something to Sid later this evening so the Court can consider it tomorrow night. I'd appreciate it if you would let me know by 7 p.m. whether or not we have a deal. You can reach me at 415-713-3273 today, tonight (or tomorrow) if you wish to discuss.

---

**From:** Bridget Hauler [mailto:bridgethauler@quinnemanuel.com]
**Sent:** Wednesday, March 03, 2010 3:17 PM
**To:** Hurst, Annette
**Cc:** John Quinn
**Subject:** RE: Revised Eckert Document Requests

Sorry, I've now attached the order.

---

**From:** Bridget Hauler
**Sent:** Wednesday, March 03, 2010 3:15 PM
**To:** 'Hurst, Annette'
**Cc:** John Quinn
**Subject:** RE: Revised Eckert Document Requests

Annette, regarding each of your questions:

Item 1: the annual information. The year-end information will give you the complete financial results for each year.
Item 2: the quarterly information that Mr. Eckert would have received, meaning the quarterly forecasts beginning in 2000, not 1999.
Item 3: all presentations in the Board packages concerning any of the Girls Brands from 2000 to the present.
Items 4/5: the restriction is to meeting minutes and memos from Mr. Eckert to the Board that refer or relate to Mattel's decision to sue Bryant and any Mattel decision as to the litigation against MGA or involving Bratz. We updated this

EXHIBIT 2
PAGE 18

production prior to Mr. Eckert's deposition but are checking now to see if any additional responsive documents exist as of today. I've attached the order for your reference.

With respect to the native format issue, your understanding differs from ours. Nonetheless, as I noted below, the documents at issue here are hard copy compilations, thus it's a moot point with respect to our current discussion.

Please let us know if you have any other questions.

Best regards,
Bridget

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Wednesday, March 03, 2010 2:32 PM
**To:** Bridget Hauler
**Cc:** John Quinn
**Subject:** RE: Revised Eckert Document Requests

Bridget:

To get to the point and avoid posturing I am not going to respond to your various arguments unless and until we need to take this to the Court.

Please clarify the following so that we can consider this proposal:

With respect to items 1 and 2, are you proposing to produce quarterly or only annual information, and with respect to forecasts please clarify whether you are proposing to produce the forecast in 1999 for the year 2000?

With respect to item 3 are you agreeing to produce all board presentations that concern any of the Girls Brands from 2000 to present?

With respect to items 4 and 5, rather than make me dig for an order, please state exactly what is the limitation you propose and please explain whether there are any documents that will be produced in light of that limitation. I don't want to mess around arguing over some limitation if you already are aware that no documents will be produced.

With respect to your comments on native format documents, that is simply incorrect. In fact, we proposed a blanket production of spreadsheets in native format months ago and your side refused to do so, stating instead that the parties should continue to request native format on a document-by-document basis. To my knowledge, we have not since refused to produce anything in native format.

Thank you.

Annette

---

**From:** Bridget Hauler [mailto:bridgethauler@quinnemanuel.com]
**Sent:** Wednesday, March 03, 2010 2:22 PM
**To:** Hurst, Annette
**Cc:** John Quinn
**Subject:** Revised Eckert Document Requests

Annette,

EXHIBIT 2
PAGE 17

We have reviewed the revised categories that you sent yesterday morning. Unfortunately, these categories seek documents that are wholly irrelevant to the claims in this suit. Nonetheless, to address the concerns raised in your email, we provide the following counter proposal, reserving all rights in the event we cannot avoid motion practice.

3

First, you noted in yesterday's email that Mattel has asserted that sales of many Mattel Girls products were harmed by MGA's conduct. However, the categories in the attachment to your email are not limited to documents relating to the products at issue in this case. In addition, as you know, Mattel has already produced P&Ls for the Mattel harmed product at the SKU level. Thus, MGA already has ample financial data regarding each of the Mattel products harmed by MGA's conduct. Mattel also has produced research reports and presentations regarding the Mattel harmed products and Bratz, consistent with prior orders of the Court and the Discovery Master.

Nonetheless, to avoid unnecessary motion practice, Mattel is willing to provide certain categories of documents in your letter as limited below:

1. Quarterly financial packages: Mattel will produce the end of year financial packages for 2000 through the present.
2. Quarterly forecasts: Mattel will produce forecasts for 2000 through the present.
3. Board packages: Mattel will produce written memoranda from Kevin Farr to the Board of Directors regarding quarterly results as well as presentations relating to Mattel's Girls brands.
4. Board minutes: Mattel will supplement its production of Board minutes, to the extent any additional responsive minutes exist, consistent with Discovery Master Infante's Order, dated September 12, 2007, at 6:2-7:10.
5. Board memoranda: Mattel will supplement its production of memoranda from Mr. Eckert to the Board, to the extent any additional responsive memoranda exist, consistent with Discovery Master Infante's Order, dated September 12, 2007, at 6:2-7:10.

With respect to the POS Reports, Mattel does not intend to rely on any POS data to establish that NPD market share reports are inaccurate. With respect to valuations of MGA or its brands, Mattel has confirmed that the only such valuations that may exist are privileged. Similarly, with respect to communications to Mattel's sales team regarding the Injunctive Orders, the only such communications that exist are privileged. The remaining categories of documents seek irrelevant and highly sensitive information.

Finally, you requested that any spreadsheets in the above categories be produced in Native format; however, these files are compilations maintained in hard copy, not electronic files, so there are no native format spreadsheets to produce. Mattel is willing to consider your request to produce the P&L data referred to above in native format. However, MGA has repeatedly rejected Mattel's request that MGA produce certain financial reports in native format. Any agreement to produce financial reports in native format must be reciprocal.

I look forward to hearing from you and hope that we can resolve this issue.

Best regards,

**Bridget Hauler**
*Associate,*
Quinn Emanuel Urquhart Oliver & Hedges LLP.

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3402 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
bridgethauler@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

"EMF <orrick.com>" made the following annotations.
-------------------------------------------------------------------
===================================================================

EXHIBIT  2
PAGE  20

4

EXHIBIT 3

**THIS EXHIBIT IS FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER**

EXHIBIT 4

**Bridget Hauler**

**From:** John Quinn
**Sent:** Friday, March 05, 2010 5:06 PM
**To:** Hurst, Annette; Bridget Hauler
**Cc:** McConville, Thomas
**Subject:** RE: annette,

ok

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Friday, March 05, 2010 5:05 PM
**To:** John Quinn; Bridget Hauler
**Cc:** McConville, Thomas
**Subject:** Re: annette,

I'm assuming we've basically deferred the license issue for further discussion.

---

**From:** John Quinn <johnquinn@quinnemanuel.com>
**To:** Hurst, Annette; Bridget Hauler <bridgethauler@quinnemanuel.com>
**Cc:** McConville, Thomas
**Sent:** Fri Mar 05 17:02:31 2010
**Subject:** RE: annette,

i think our deal on license agreements is fuzzy? i proposed something that wasn't entirely complete perhaps—let me know

Eckert dates will be in april—i assume that's ok

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Friday, March 05, 2010 5:00 PM
**To:** John Quinn; Bridget Hauler
**Cc:** McConville, Thomas
**Subject:** Re: annette,

If you are going to be there tomorrow am please tell him we have a deal.

---

**From:** John Quinn <johnquinn@quinnemanuel.com>
**To:** Hurst, Annette; Bridget Hauler <bridgethauler@quinnemanuel.com>
**Sent:** Fri Mar 05 16:51:27 2010
**Subject:** RE: annette,

this is acceptable

order doesn't contemplate a filing with the court—so i don't think we need to do anything

we'll get the documents together and get some dates from Eckert.

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Friday, March 05, 2010 4:48 PM

EXHIBIT 4
PAGE 47

1

**To:** John Quinn; Bridget Hauler
**Subject:** Re: annette,

I agree to the proposal as we've discussed with the limitation that this does not permanently preclude us from seeking the documents we've compromised in other contexts, but even if we ever do so we will not urge further production of those as a basis for further deposition of Mr. Eckert.

I need a date certain for production and proposed dates for the resumption of the deposition at least a week later and that are not in the last week of March which is spring break.

If this is acceptable please draft whatever you think we need to draft and if not please call me at 4157133273 so we can expedite resolution.

---

**From:** John Quinn <johnquinn@quinnemanuel.com>
**To:** Hurst, Annette; Bridget Hauler <bridgethauler@quinnemanuel.com>
**Sent:** Thu Mar 04 12:45:57 2010
**Subject:** RE: annette,

we have confirmed that there is no such database or license summary. we believe what you are remembering is something that was manually created by an expert in the previous case

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Thursday, March 04, 2010 10:49 AM
**To:** John Quinn; Bridget Hauler
**Subject:** Re: annette,

I think we are close. Have you been able to find out anything more about a license database or license summary?

---

**From:** John Quinn <johnquinn@quinnemanuel.com>
**To:** Hurst, Annette; Bridget Hauler <bridgethauler@quinnemanuel.com>
**Sent:** Thu Mar 04 10:45:35 2010
**Subject:** annette,

where do we stand on reaching a compromise on the "eckert document" issue?


John B. Quinn
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: 213-443-3000
Main Fax:  213-443-3100
E-mail:  johnquinn@quinnemanuel.com
Web:  www.quinnemanuel.com

"There is nothing which is not the subject of debate. Amidst all this bustle tis not reason which carries the prize but eloquence, and no man needs ever despair of gaining prosyletites to the most extravagant hypothesis who has art enough to represent it in any favorable colors. The victory is not gained by the men at arms who manage the pike and sword, but by the trumpeters, drummers and musicians of the army."

--David Hume

EXHIBIT __4__
PAGE __48__

2

EXHIBIT 5

**Bridget Hauler**

| | |
|---|---|
| **From:** | Hurst, Annette [ahurst@orrick.com] |
| **Sent:** | Monday, March 08, 2010 8:24 AM |
| **To:** | John Quinn; Bridget Hauler |
| **Cc:** | McConville, Thomas |
| **Subject:** | Eckert documents |

John & Bridget:

I've just been apprised that Mattel's interrogatory responses include assertions of harm to Mattel products in addition to its Girls Brands, including boys products. Accordingly, we need to revisit the scope of these documents, and particularly any limitation to the Girls Brands. Either Mattel needs to stipulate that its damages claim will not extend beyond the Girls Brands, or we need the entirety of all Board Agendas, Minutes, Presentations without redaction. Please advise.

Annette



ORRICK

**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com

"EMF <orrick.com>" made the following annotations.
----------------------------------------------------------------
================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A

EXHIBIT __5__
PAGE __49__