QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No.    CV 04-09059 <br> Case No.    CV 05-2727 <br><br> Hon. David O. Carter <br><br> **STIPULATION EXTENDING DATE TO COMPLY WITH THE COURT'S APRIL 8 ORDERS AND MOVING DATE OF DEPOSITION** <br><br> **Phase 2:** <br> Disc. Cut-off:       TBD <br> Pre-trial Conf.:    TBD <br> Trial Date:         TBD |

00505.07975/3447408.1

STIPULATION EXTENDING DATE TO COMPLY AND MOVING DATE OF DEPOSITION

1 | Mattel, Inc. ("Mattel") and MGA Entertainment, Inc., MGA
2 | Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V. (the
3 | "MGA Parties"), and Gustavo Machado, by and through their respective counsel of
4 | record, and subject to the Court's approval, hereby stipulate and agree as follows:

5 |     1.    On or before April 23, 2010, Mattel shall produce documents in
6 | accordance with the Court's April 8, 2010 orders.

7 |     2.    The deposition of Mr. Keith Storie is rescheduled from April 19
8 | and 20, and shall be taken by the MGA Parties and Machado on April 29 and 30,
9 | 2010.

10 | IT IS SO STIPULATED.

11 | DATED: April 15, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Marshall M. Searcy III
Attorneys for Mattel, Inc.

16 | DATED: April 15, 2010

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By _____
William Molinski
Attorneys for the MGA Parties

22 | DATED: April 15, 2010

SCHEPER KIM & OVERLAND LLP

By _____
Mark Overland
Attorneys for Gustavo Machado