
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.  CV 04-09059<br>Case No.  CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DATE TO COMPLY WITH THE COURT'S APRIL 8 ORDERS AND MOVING DATE OF DEPOSITION**<br><br>**Phase 2:**<br>Disc. Cut-off:     TBD<br>Pre-trial Conf.:   TBD<br>Trial Date:        TBD |

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation Extending Date to Comply With the Court's April 8 Orders and Moving Date of Deposition, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. On or before April 23, 2010, Mattel shall produce documents in accordance with the Court's April 8, 2010 orders.

2. The deposition of Mr. Keith Storie is rescheduled from April 19 and 20, and shall be taken by the MGA Parties and Machado on April 29 and 30, 2010.

DATED: _____, 2010  _____
Hon. David O. Carter
United States District Judge