Thomas H. Bienert, Jr. (State Bar No. 135311)
tbienert@bmkattorneys.com
Luis A. Feldstein (State Bar No. 184824)
lfeldstein@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
115 Avenida Miramar
San Clemente, California 92672
Phone: (949) 369-3700 ♦ Fax: (949) 369-3701

Attorneys for Mariana Trueba

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, *et al.*,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>Honorable David O. Carter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE DEPOSITION OF MARIANA TRUEBA**<br><br>**Phase 2:**<br>Disc. Cut-off:   TBD<br>Pre-trial Conf.:  TBD<br>Trial Date:   TBD |

Based on the concurrently filed Stipulation re Deposition of Mariana Trueba, and good cause appearing therefor,

IT IS HEREBY ORDERED:

(1) The deposition of Mariana Trueba ordered to commence on or before April 20, 2010, shall be, and hereby is, scheduled to commence on May 20, 2010; and

(2) The Court's order directing Ms. Trueba to appear for deposition on or before April 20, 2010, is modified to require her appearance for deposition in Santa Ana, California, on May 20, 2010.

DATED: April 14, 2010

_/s/ David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE