UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 04-9049 DOC (RNBx)                                    Date: April 8, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

**DOCKET ENTRY**
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

_Stephanie Mikhail_                                       _Not Present_
Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                             NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER GRANTING MGA PARTIES' MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO ISSUE NOS. 6(4) AND 6(5) OF THE MGA PARTIES' MOTIONS RELATING TO ISSUE NOS. 2, 4, 6, AND 7 OF THE COURT'S FEBRUARY 12, 2010 ORDER

   Before the Court is MGA Entertainment, Inc. and Isaac Larian (collectively the "MGA Parties") Motion to Compel Production of Documents relevant to Issue Nos. 6(4) and 6(5) of the MGA Parties' Motions Relating to Issue Nos. 2, 4, 6, and 7 of the Court's February 12, 2010 Order (the "Motion"). After considering the moving and opposing papers, as well as the parties' oral argument, the Court GRANTS the Motion. The documents are relevant to the MGA Parties' unfair competition claims and unclean hands defenses. Mattel shall produce available responsive documents, including but not limited to documents obtained from Sal Villasenor, on or before April 15, 2010.

   The Clerk shall serve this minute order on all parties to the action.

---

MINUTES FORM 11 DOC                                      Initials of Deputy Clerk  enm
CIVIL - GEN                                              Page 1 of 1