# EXHIBIT A

1.    Bratz (before 3/1/01)

2.    Plot04

3.    Machado (before 10/26/05)

4.    Vargas (before 10/26/05)

5.    Trueba (before 10/26/05)

6.    Ron Brawer (before 11/04)

7.    Janine Brisbois (before 10/05)

8.    Jorge Castilla (before 5/06)

9.    Nick Contreras (before 12/04)

10.    Dan Cooney (before 6/06)

## UNDISPUTED ARCHIVE ONE TERMS

### STANDALONE WORDS OR PHRASES

"2 in 7" initiative
# SKU TV
*@Mattel.com
2 in 7 initiative
2005 Target Strategies
21.26
52 week ladder
A price *[case specific]*
acceleracer*
a-price
all worlds
Ana Cabrera
BARBIE 2005 PRELIM LINE LIST
Barbie Models for November
Beatriz Morales
BID *[case specific]*
Busailah

Cat 17 Green Friday
CBT
CBT Gap Meeting Agenda
CHELS MERMD
chill* out
cip roll up
cip rollup
CMN Handbill
CMN Store Listings
compmk
CSI Spider Chart
customer part %
Customized Opportunities
Daily Current Month
Dan's files
dem planning status
design a doll

design-a-doll
disco birthday bash
Don-August Plan
Fall 2005 key initiatives
Fantasy Tales
fashion flirts
FF&E
final st
flirts
flirtz
Forensic Auditor
FPDP
frp
frp report
FRS
GAP 2005 Top-Line Summary
girlfriendz
girls night in
Girlz
Give Along Program Package
glitter girlz
Gold Leaf and after 1/1/08
Grrlz
guava gulch
gurlz
happy family house
Highway 35
Holiday Build-Up Barbie
impeac
imvtac
Int Mkt Plan Cons
international data warehouse
international strategic plan
ISIS
jamaica and [MGA to propose date limitation]
jammin' in jamaica and [MGA to propose date limitation]
JAMMIN' JAMAICA BARBIE and [MGA to propose date limitation]
JB TRAC 2004
Korrine
LD segment
left for stretch
Lexington but not insurance
little mommy

lotsa looks
mainline pricing
Manugistics
March 04 Plan to Hit 6.0
Maria Salazar
Mashian
mattel shipping*
Mattel Wal-Mart FYE04
merchandisers comparative data
merchant modeling optimization tool
merchant settings
Mesirow
miami and [MGA to propose limitation]
MLP
Moinian
Month Over Month Co-Op Plan
MVI Market Visit
my design scene
MY SCENE BARBIE WV 3
MY SCENE GUAVA
My Scene Hollywood
My Scene III
My Scene III Back Lot
MY SCENE MY LOOK ACCY
my scene pets
MY SCENE VESPA BARBIE
MY SCN GUAVA
mystery date
NAM Scorecard
Neman and after 1/1/08
Net Margin $ /Store /Week
Nevis
night near town
night on the town
Nouri
Omni
Omninet
OneIDW
OneIDW Cube
OOP
order of presentation
out doors campaing
out doors camping
Pappas
partes de elementos positivos
Parviz

PDM
Perry
Perviz
please change fx rate
Please Give Along
Plot
popabl*
Popable Heads
poppabl*
Poppin' Heads
POS cube
Potter PR Activities are plan*
potty training
power of one
Powerplay Web
PPlay1
PRELIM LINE LIST
Princess Program
Producciones TV
promo matrix
Promociones al comercio
PrOPS
puede posicionar claramente
raviles
real talking Barbie
Retail Landscape Perspective
Roseart or Rose Art
Rothik
Samhoui
save the world
school dance
Scooter Shannen
Scooter Shannon
sell through by comparative semester
sherbet planet
sistahz
sistaz
Skateboard Shannen
Skateboard Shannon
sound lounge
sponsorships/cmf/anife
Spring 2005 key initiatives
ST Unit
Standard Rate 11.50
Std Exchange Rates 10.50
Std Exchange Rates 11.50

S.W.O.T.
SWOT
Tanna
Target CBT LRP
Target Easter Kelly
Target SWOT analysis
tgrp's
three friends
three years sales vision
tiendas para eventos
tiki lounge
tlp
tlp quota
to take
too popular
TRPS
U x e
UNIDADES and POR and EMPAQUE
UxE
VENTAS CALCULADAS
viability testing
viability study
Vs YAG
vt1qac
vt1qan
vt1sac
vt1san
W3F
Wal-Mart Canada strategic account plan
we 3
wee
Wee 3
Wee three
wee-3
WM CMN Charity Driver
WM Monday CMN Presentation
world race
WOSA

SIMPLE SEARCHES

01/01/2003 – 01/01/2009 and ((actual sales and inventory) or (availability and inventory) or (availability and stock)) and (*larian* or *castilla* or *coleman* or *report*)

(Alien* or Alien Racer*) and (Brawer or Huntley or race to save)

Amsterdam and (forecast* or project*) and (Castilla or Mattel)

(Ana or Beatriz or Maria) and (Isaac or Larian or Marlow or seamstress* or Mattel or Paula or pattern* or moonlight* or sew* or fashion* or dress*)

angel* and (Bryant or Carter or Hatch or Jesse Ramirez or Leahy or Linker or Marlow or Rhee or sculpt*)

(angel* or bratz) and ((before 06/01/2001) or 2000 or 2001)

Ashong and Angel* and before 06/01/2001

(Alaska Momma or Alaska Mamma) and (Carter or Bryant) and before 04/27/2004

Arsalan or Gozini and after 01/01/2008

avail units and 2003 actuals

(back lot or backlot) and 12/01/2003 and 07/01/2006

Backpack and before 06/01/2001

(Barbie & Me or Barbie near Me) and 12/01/2003 – 07/01/2006

Barbie of Swan Lake and 12/01/2003 – 07/01/2006

((Believe near Girl*) or WBiG or WBG or webelieveingirls.com or (website near Mattel*)

Blockbuster and (Gustavo or Machado or Mariana or Trueba or Pablo or Vargas) and before 10/31/2004

bratz and (08/26/2008 - present)

(Bratz or My Scene) and (confus* or Cory or Schwartz or consumer quest or consumerquest or Del Vecchio or focus group or LA Focus or L.A. Focus or Feinberg or Ng or research)

blind date and between 12/01/2003 and 07/01/2006

bling and before 06/01/2007

Bossick and (Castilla or international or strategic plan)

Bousquette and before 01/01/2006

Bratz and My Scene

(Brawer and Castilla) and (Mattel or portal)

(Bryant or Carter) and royalt* or pay* or indemn*

(build a doll or build-a-doll or build near doll) and before 09/30/2005

(Janine or Brisbois) and backpack

(Cabrera or Morales or Salazar) and (Isaac or Larian or Marlow or seamstress* or Mattel or Paula or pattern* or moonlight* or sew* or fashion* or dress*)

(Cali Girl or Cali nights or California Beach Doll or California girl or California girl world) and 12/01/2003 – 07/01/2006

(CARU or Children* Advertising Review) and before 04/13/2005

(*castilla* or Mattel or sales plan* or planning portal or (forecast* and portal) or John Galt) and (line list* or line review*)

(*Castilla* or Mattel) and (account collaboration or allocation* or as is process or definition* or IT blueprint or planet)

category manager and Mattel and ($ or (chas* near demand*) or cost* or information* or margin* or quota* or sales* or sell* or or unit* or variabl*)

(Coleman and Castilla) and 03/13/2006 – 11/01/2008

Cookie and Brawer

Cookie and (Isaac or Larian) and after 1/1/08

Diva Girlz or Diva Starz and before [date]

Euro Pack and Std Pack and MR

(EDW or enterprise data warehouse) and Mattel

Evidence Eliminator and before [date]

Farahnik and Brawer

Farahnik and after 01/01/2008

((Farhad or Fred) near Larian) and (Brat* or Angel* or Carter* or Bryant* or Mattel* or *valu* or Maurus or creat* or origin or document* or testi* or arb* or decl* or oath or sworn or affidavit* or transcript* or deposition* or swear)

(fax header or header) and (Isaac or Larian or Victoria or O'Connor or Carter or Bryant or Mattel)

FBI or F.B.I. and (Castilla or Jorge or Coleman)

flavas and before [MGA to propose date]

(forecast* or plan*) and (nightmare* or problem* or useless) and 01/01/2003 – 01/01/2009

(forecast* or plan*) near (calendar* or develop* or improv* or model* or nightmar* or problem* or software) and 01/01/2003 – 01/01/2009

forecast* portal

gems and (real or fake or false or phony or Mattel or bling or My Scene)

Giddens and before [MGA to propose date]

Gillmour and (Bratz or Bryant or Angel* or Mattel)

glamour near (girlz* or gurlz* or girl*)

Glaser near (Carter or Bryant or Irmen or Bratz or contract* or agreemen* or draft*) and before 04/27/2004

growth rebates and STEP and FOB

hip high school or hip high school poppable head doll or Hollywood Barbie and 12/01/2003 – 07/01/2006

Irmen and before 04/27/2004

Jean Christoph* and Mattel

(John Galt or Axapta or Great Plains) and (implement* or limit* or functional* or feature* or on*line or problem* or enhanc*) and Castilla

Kanownik and (assess* or bonus* or c.v. or compensat* or duties or evaluat* or interview* or perform* or resume or salar* or TRAC)

Koch and before 06/01/2001 and (Carter or Bryant or Bratz or Larian)

Laubenstein  (and brawer or mattel or larian)

lights near camera near fashion

lista de precios and upc rmi

lista de precios and observaciones

locked near (market* or quota* or generation* or month*)

Marlow and (seamstress* or pattern* or moonlight* or sew* or fashion* or dress*)

Mattel and (Fun4all OR Hasbro OR Tiger OR Lucas)

Mattel and big idea and (Toys R Us or TRU)

Mattel and code of conduct

(Mattel or planning portal or (forecast* and portal) or John Galt or report*) and (field forecast* or gateway or GUI or graphical user interface)

(Mattel or planning or forecast* or John Galt) and (customiz* or days of supply or metrics or modif* or off-the-shelf or off the shelf or viability stud* or weeks of supply)

Maurus and (testi* or arb* or Farhad or creat* or origin* or Carter or Bryant and declar*)

Mexic* near (Search* or seiz* or raid* or confiscat* or office* or warrant* or CD) and before 10/31/2006

Mexicana and before 01/01/06

MGA and net worth

Moss near Adams and (*valu* or analy* or Bratz)

necesario construir marcas para poder and build brands

(Nick or Nickelodeon) and (deny or denies or denied or denying or fail* or limit* or refus* or regula* or reject* or rule*)

(NPD or Funworld) and (restrict* or terminat* or violat* or warning* or cancel* or notice) and before 04/13/2005

obsolescen* and (decreas* or high* or improv* or increas* or inventor* or low* or report*)

October 27, 2005 OR 10/27/2005 OR Oct 27 and (search* or seiz*)

Peel near Police

per division and per subline

Pfau and before 07/01/2006

Pfau and Mattel

pixie near (girl* or grrl*)

(planning or (forecast* and portal) or John Galt) and (transparen* or visibility)

((planning and (module* or enhance*)) or (forecast* and portal) or John Galt) and (return on investment or ROI)

plot and (Machado or Vargas or Trueba or Larian or Kuemmerle)

polly or polly pocket and before [MGA to propose date]

(Potgiesser and Castilla) and before 04/03/2006

se divide girls and lots to love

Side Letter and (Omni or Kadisha)

Side Letter and after 01/01/2008

Soak up the sun and cali

structure and (data warehouse or EDW or IDW)

styl* near (squad or head or friends)

sugar planet and before 06/01/2001

(swap* or switch* or pop* or remov*) near head*

(TIA or toy of the year or people's choice) and (friedman or Mattel or change or vote* or select* or rule*)

to take (and Castilla or Jorge or FBI or F.B.I.)

Toon Teens and before 4/27/04

(US attorney* or U.S. attorney* or United States attorney* and (Castilla or Jorge)

(Vargas OR Trueba) and (dut* or responsibilit* or author* or employ* or job or task or function or perform* or work*)

walmex and sell and through

Walmex between 01/01/2004 and 12/31/2006

Wal-mex between 01/01/2004 and 12/31/2006

White-out or whiteout or white out and (fax or header or Isaac or Larian or Victoria or O'Connor or Carter or Bryant or Mattel)

Wickham and (Contreras or Nic or Nick)

wipe* or destroy* near (hard drive or computer)

Abundis before 12/01/2005

Alejro Fernez and before 03/01/2005

(amy near meyers) and before 06/01/2001

Angel* and before 02/01/2001

Ashong and before 02/01/2001

Bilotto and before 07/01/2001

Bratz and before 12/31/2001

Brawer and before 10/31/2005

Brisbois and before 09/30/2006

(Bryant or Carter) and before 04/27/2004

Cabrera and before 12/31/2005

Castilla and before 03/31/2007

(chloe or cloe) and before 02/01/2001

Cloonan and (1999 or 2000)

Contreras and before 11/30/2005

Cooney and before 05/31/2007

((Cory and Schwartz) or consumer quest or consumerquest) and before 02/01/2001

(david near dees) and before 06/01/2001

diego reyes and before 03/01/2005

e* ulgade and before 03/01/2005

eduardo aguilar and before 03/01/2005

faustino alfonso and before 03/01/2005

fiona and before 02/01/2001

(Garcia or Treantafelles) and before 04/30/2001

hallidae and before 02/01/2001

halliday and before 02/01/2001

halpern and 2000

Halpern and before 01/01/2002

(Han or Hsu) and before 03/09/2005

(Hatch* or Leahy) and (1999 or 2000 or 2001)

hector cortes and before 03/01/2005

(Jill and Hatch) before 09/18/2006

Hinh and before 06/28/2005

horacio casas and before 03/01/2005

Huntley before 08/17/2006

i* salazar and before 03/01/2005

jade and before 02/01/2001

jasmine and before 02/01/2001

Jesse ramirez and before 02/01/2001

kadeisha and before 02/01/2001

Kao and before 02/21/2005

Kauffman and before 01/03/2005

(Susan and (Kim or Jung)) and before 11/30/2005

(LA Focus or L.A. Focus or Feinberg or Ng) and before 12/31/2001

(Linker or Hogan) and (1999 or 2000 or 2001)

Machado and before 04/30/2005

manuel cruz and before 03/01/2005

Mario Mexia and before 03/01/2005

Marlow and 2000

Marlow and before 12/31/2005

Monica delgado and before 03/01/2005

Morales and before 12/31/2005

Mullen and (1999 or 2000 or 2001)

Rae and before 03/12/2007

Ragsdale and (1999 or 2000 or 2001)

Ramirez and (1999 or 2000 or 2001)

Rhee and (1999 or 2000)

Ruben Alvarado and before 03/01/2005

Salazar and before 03/31/2004

sasha and before 02/01/2001

South Bay Mold and before 02/01/2001

Trueba and before 04/30/2005

Vision Capital and after 01/01/2008

Universal Commerce and before 02/01/2001

Vargas and before 04/30/2005

Wachovia and after 12/01/2007

Ward and before 10/31/2001

yasmin and before 02/01/2001

FILE NAMES

2003 1st Half Review & 2nd Half Plan.xls

2003 Sales Plan Targets by Month.xls
2003 TRAC - Nilo.doc
2003 TRAC David Watts.doc
2003 TRAC-Danielle.doc
2003 TRAC-Mark.doc
2003 TRAC-Sharon.doc
2003TRAC Janine.doc
2003TRAC WendyWard.doc
2004 Bahamas Prep.xls
2004 TRAC jorge castilla.doc
2005 ALL WORLDS.xls
2005 Full Year GAP Plans – Boys Spring Actual_20060331*
2005 WM Scorecard LW_YTD week 22.xls
2006 11-06 roto- Pick 6 Basics with Any Set Greater than or Equal to $29.99*
2006 Fall #G3711 – Dan-Deborah1*
2006 Fall DI - #H7145 – Dan-Deborah1*
2006 int'l planning calendar and milestones.xls
2006 TRAC_jorgecastilla_2005_endreview.doc
2006-Media-03-13-06 CAT 17*
52 Weeks Budget Report 2004.xls
A&P04-media.xls
A&P04-media1.xls
Análisis Competencia Octubre 31.xls
Análisis Competencia.xls
Annual 2002 Industry Insights.doc
April2004_Zandl.pdf
Archivo 2004 GZ_04final nuevo margen 29ene04.xls
Back of postcard.doc
Backcasting.xls
Backcasting_v2.xls
Barbie Customized Fall guidelinesonly .ppt
Barbie Models for Nov 1&2.xls
Barbie Pricing Initiative Letter.doc
Barbie Spring 2005 POS Analysis May 5.ppt
Barbie Spring 2005 POS analysis May 5.ppt
BOOTEX.LOG; BWSA-PN Page 1.jpg
Boys-brazil.ppt
Brian Erickson's Review of Evident Data's Shortcut Analysis List*
Brittany action plan 2003 150304.ppt
BWSA-PN Page 2.jpg
CAP_blank.doc
CAP_jorgecastilla_2003.doc
CAP_jorgecastilla_2005.doc
Cap03.doc
CAT 17 Open Pos for import items 4-25-2006*
Charity Partnership.ppt

CIP Review Template.xls
CMN Handbill Details.xls
CMN Store Listing.xls
Comparativo Bratz-My Scene 2003.xls
Competitive Review1.ppt
Competitive Review1.ppt
Competitor Review - exhibits.xls
contacts 092305.pst
CSI Spider Chart.ppt
Definitions.doc
Demand_management_utopia_apics.ppt
Demanddraft.doc
Demandplanningcycle.ppt
DIRECTORIO Mattel BRANDS1.doc
Don - August Plan.xls
Draft 04_Ext plan mar9.xls
ECB01000
Essence.doc
Evergreen Reco.doc
External Plan 2nd sem 2004 - WALMART MOD.xls
F041504.pdf
Facturación por Sucursal 2003 Total Año.xls
Fall BLRs.xls
Forecasting process framework 2005 v.4.0.xls
Forecasting -product backlog.xls
FRP BID 2003 Proyeccion Diaria al 05 Mzo.xls
FRP BID 2003 Proyeccion Diaria al 11 Ene.xls
FRP BID AL 19 MARZO 2004.xls
FRP BID AL 26 MARZO 2004.xls
FRP BODEGA AURRERA AL 11 ABRIL 2004.xls
FRP CARREFOUR AL 26 MARZO 2004.xls
FRP GPO COMEX AL 26 MARZO 2004.xls
FRP LIVERPOOL AL 28 MARZO 2004.xls
FRP PALACIO DE HIERRO AL 26 MARZO 2004.xls
FRP SORIANA AL 09 ABRIL 2004.xls
FRP WALMART AL 11 ABRIL 2004.xls
FRP WALMEX AL 11 ABRIL 2004.xls
Full Year 2006 Post OOP with DDI 12-7-05(1)*
Girls quota pre 1.xls
Girls quota prep 1.xls
Give Along POP.ppt
Give Along Program Package.doc
GLP-mar28.ppt
GPS enhancement business requirements.doc
Green Friday and Promo items CAT 17 4-25-2006*
Grs sales.xls

HISTORICO PROMOTORES 1999-2002.xls
Idemod2_oneidwexercises.doc
Idw_trainingworkshopguide.ppt
Idwmod1_introdcutionandoverview.ppt
Idwmod2_handsontraining.ppt; priorities_jorgecastilla.xls
Idwmod2_handsontraining_HQ.ppt
Idwmod3_powerplaywindowsworkshop.ppt
Idwmod3_powerusercheatsheet.ppt
Initial concept sales planning v2.doc
Int Mkt Plan Cons Final.xls
Integrated Mkt Plam.xls
International planning organization.xls
Intl planning calendar.xls
Inventory planning consolidated.xls
Inventory report consolidated_110204.xls
Inventory template consolidated0502.xls
Inventory template consolidated0503.xls
Inventory template consolidated0505.xls
Inventory template consolidated0507.xls
Inventory template_consolidated0509.xls
Inventory template_consolidated0510.xls
Inventory template-consolidated.xls
ISIS enhancements and training w updates.xls
ISIS for the U.S. feasibility results.ppt
ISIS presentation.ppt; backcasting.ppt
ISIS sales planning enhancements final.xls
J3893 HW Terrodactile 10-15 TPR*
JB TRAC 2004.doc
July Market Run to US.xls
K4103 Turbo Glow 11-26 TPR*
Lottery.xls
Mapavsmape.xls
March 04 Plan to Hit 6.0.xls
MARCH 2004 CLOSING.xls
Marketing intelligence definitions and calculation;
Marketing process data flow v.1.0.doc
MAT-1425Presentation2.ppt
MATRIX.xls
Mattel Boys exclusive agreement – CAT 96 171*
Mattel Cierre 2003 TOP 5.doc
Mattel Final.ppt
Mattel international dictionary.xls
Mattel WMT FYE04.xls
Mechandisers.xls
Mediabudget1.xls
Mex retail price.xls

MexStorecheck03.ppt
MexStorecheck03B.ppt
MexStorecheck03C.ppt
MKT Plan México.doc
Mkt. President's Review April 03.ppt
Month over Month Co-op Planning .xls
Month over Month Co-op Planning.xls
My scene 03 Vs. 04.xls
NAM Scorecard Jun 21 2005.xls
Navigation_draft.doc
NET SALES 2002-2004tavo.xls
Neur demand planner.doc.
New Item Process Grid.xls
Niñas.ppt
Notes.docs
Nov 2003 WalMart Licensing Cart Details.xls
NYTF 2006 HW TRU Recap 2-12-2006*
OMNI ISIS process flow mapping.ppt
OMNI ISIS process flow mapping.xls
OMNI to ISIS - FP gap summary.ppt
Oneidw functionality_final.xls
Overallstrat.ppt
Overview presentation final_Sep_27
Phone List for Labour.doc
PIB x region 2003.xls
Plan 2004 - ver 03 31 de Marzo.xls
Plan de Medios Alternos Mattel 04 - Girls .htm
Plan Facturación Walmart.ppt
Planning calendar mock up.xls
Planning Matrix.xls
Planning Matrix.xls
Planning roles.ppt
Please Give Along French.ppt
Please Give Along with.ppt
Pres Mkt Plans 03.ppt
Price Compression Analysis.xls
Process review kickoff.ppt
Program Briefing Document.doc
Progress diagram.xls
Project Status Report-011504.xls
Promo Matrix 4-27-06 (FY '05-Spring '07).xls
PROMOCIONES 2004.xls
Promotions.doc
Proyeccion 2004.xls
Q2 Review - Aug 15.xls
QOR 03.doc

QOR_QFR profile and management assessment
Qualcomm 2003 Review.xls
Regional BID 27 a 02 Apr.xls
Restatement AP 2003.xls
Revised vision fit gap analysis.xls
Revision POS 09 Dic 02.xls
RIM Credit Request - Sept 05.xls
Sales intelligence.xls
Sales planning IT meeting 2005-10-19.ppt
Sales planning updated July 1205.ppt
Sales planning updates IGB - Aug05.ppt
Sales QOR-QFR Functional Competencies.doc
Sales Terms 2004 Approved* nov 25 2003 (al 24 mzo 04) WM Nov.ppt
SAP - Customer Insight - Training Material (Tab 2).ppt
Script May 14.xls
Seasonal process mapping.ppt
Sell Through por cliente 2002.xls
SIvsST02.xls
Smape business case.ppt
SP2005 business update.ppt
SP2005 project plan master.xls
SP2005 project plan masterv2.xls
Spring 04 Preference Test Mexico Report.doc
Sprint 9 sales planning 2006.xls
Sprint strawman.xls
Spuserguide_accountallocations.ppt
Spuserguide_accountinginquries.ppt
Spuserguide_companyinquiries.ppt
Spuserguide_introduction.ppt
Strategic Session Mattel March 2004 - Results.xls
TELEVISA.ppt
Testing log 3-01-06.xls
Testing schedule.xls
TF 2006 – Buyer Preview Hot Wheels – 10-14-2005*
TF 2006 – Recap 11-08-2005*
Top 10 by country2003FINALB.xls
TRAC blank.doc
TRAC_jorgecastilla_2002.doc
TRAC_jorgecastilla_2003.doc
TRAC_jorgecastilla_2005 midreview.doc
TRAC_jorgecastilla_2005.doc
Trends + Comptencia Todos 2004.ppt
TRU 2006 Promo Effectiveness Log*
TRU Ladder_4-22-06*
TRU Merchant Modeling Optimization Tool – with Math 4-4-2006.xls
Vendor Scorecard Comparison Week 18 vs Week 22.xls

Venta Insolita V2.ppt
Vtas-fin(98-02).xls
WAL1T04.pdf
WAL1T04B.pdf
Wal-Mart Canada '06 june 24.ppt
Walmart Canada 2006 Strategic Plan
WalMart DI Process Calander (Fall 2005).xls
Wal-Mart G1 Global Development - Mattel FYE 04 P&L:
Warefall Charts Update-March 16.xls
WEEKLY FALL 2005.xls
Wheels y tendencias.ppt
WM CNN Charity Driver.xls
WM LR Presentation.ppt
WM Monday CMN Presentation.ppt
WM Volume Driver Fact Sheet.xls
WM Volume Driver Fact Sheet.xls

COMPLEX SEARCHES

1.

(ABL Group or Adija or Agam or Akre or (Allison near Tom or Thomas) or Amir or Apollo
Capital Group or Bank of America or Bank of Ireland or Bear Stearns or Benjamin or Cambern
or Carson or Cayman or Cerebus or Clayton or Comerica Bank or Crolius or Deloitte or DLC or
Elahe or FTI or GE Capital or Gilbert or Goldman Sachs or Gordon Brothers or HSBC or
Houlihan or Lokey or IGWT or Imperial Capital or JP Morgan or Karol or Keane or Khong or
Laughton or Lazar or M & A Capital or Mauritius or Mesirow or (Miller near Scott) or Moelis or
Mondana or Moss Adams or (Murphy near Tom or Thomas) or O'Dell or Peacock or
Pezeshkifar or Phua or Ring or Rue or Sheon or Silverpoint or Stern or UBS or Union Bank or
Vanzo or Wells Fargo or West Coast or Winston Asset Group or Zorabi) and after 12/01/2007

2.

(Cooney and before 05/30/2007) and (advertis* or development* fund or (big idea or exclusive
near (TRU or Toys R Us or toysrus)) or gap plan or gap summary or (key near goal*) or (key
near initiativ*) or (key near learning*) or margin* or Mattel or MDF or media or (metric* and
(Mattel or TRU or Toys R Us or Cat 17 or ToysRUs) or objective* or optimiz* or pric* or price
point or product mix or promo* or roto* or S.W.O.T. or space or scorecard or strateg* or
(strength* near weakness*) or SWOT or trend* or TV plan or white space or whitespace) and
(present* and (TRU or Toys R Us or toysrus)) or ((media or sales or tv* or advertis*) and plan))

3.

(Contreras and before 11/30/2005) and (advertis* or development* fund or gap plan or gap
summary or Jung or (key near goal*) or (key near initiativ*) or (key near learning*) or Kim or
margin* or Mattel or MDF or media or objective* or pric* or price point or product mix or

promo* or roto* or S.W.O.T. or SWOT or space scorecard or strateg* or (strength* near weakness*) or (target near cutdown*) or Target toy club or trend* or TV plan or Yoon or white space or whitespace) and (present* and (Wal-Mart or Wal Mart or Walmart or WM or Target)) or ((media or sales or tv* or advertis*) and plan)

4.

(*Brawer* or *Brisbois* or *Bryant* or *Castilla* or *Contreras* or *Cooney* or *Machado* or *Trueba* or *Vargas*) and (agreement* or assess* or Bacon or bonus* or cash* or compensat* or consult* or contract* or depart or departs or departed or disbursement* or dollar* or duties or evaluat* or fee* or Foti or incentive* or indemni* or induc* or interview* or invent or inventor or last day or leav* or left or loan* or money* or negotiat* or Normile or notice or offer* or option* or paid or perform* or peso* or provision* or quit* or recruit* or resign* or responsibilit* or retain* or retention or royalt* or salar* or TRAC or tryout* or warning)

5.

(*Brawer* or *Brisbois* or *Bryant* or *Castilla* or *Contreras* or *Cooney* or *Larian* or *Lockhart* or *Machado* or *Mattel* or *Tiongco* or *Trueba* or *Vargas*) and (Barbie or burn* or conceal* or confidential* or copie* or copy* or crimin* or custod* or delet* or destroy* or destruc* or development fund or device* or digital or disc* or disclos* or disk* or dispos* or download* or drive* or DVD* or electronic or eliminat* or eras* or eviden* or FBI or F.B.I. or flash or hard-drive* or Hot Wheels or imag* or investigat* or laptop or law enforcement or Mattel or *MDF or memory or My Scene or police or possess* or preserv* or promo* or proprietary or remov* or reproduc* or shred* or skype or spoliat* or steal* or stick* or stole* or stor* or take* or theft* or thumb drive* or trade secret* or upload* or USB or wipe* or wiping)

6.

(*Larian* and (*Brawer* or *Brisbois* or *Bryant* or *Castilla* or *Contreras* or *Cooney* or *Machado* or *Trueba* or *Vargas*)) and (agreement* or assess* or Bacon or bonus* or cash* or compensat* or consult* or contract* or depart or departs or departed or disbursement* or dollar* or duties or evaluat* or fee* or Foti or incentive* or indemni* or induc* or interview* or invent or inventor or last day or leav* or left or loan* or money* or negotiat* or Normile or notice or offer* or option* or paid or perform* or peso* or provision* or quit* or recruit* or resign* or responsibilit* or retain* or retention or royalt* or salar* or TRAC or tryout*)

7.

(cloonan or dees or halpern or han or hatch or hinh or hogan or hsu or kauffman* or leahy or lee or linker or marlow or meyers or mullen or ragsdale or ramirez or rhee or ward) and (agreement* or bacon or bill* or contract* or dollars* or draft* or fee* or Foti or indemni* or invoic* or negotiat* or owe* or paid or pay* or provision* or royalt*)

<u>8.</u>

(Barbie or Hot Wheels or Mattel or My Scene) and (A price or (account* near plan*) or
advertis* or alike or all worlds or annihilat* or article* or attack* or bad or banner* or beat* or
budget* or CARU or children's miracle network or CMN or confident* or confus* or copie* or
copy* or cost* or damag* or data or deceiv* or decept* or (development near fund*) or design*
or destroy* or differen* or dilut* or down* or evergreen or expen* or false* or figure* or
forecast* or Francione or gain* or give along with or green Friday or harm* or hurt* or imitat*
or infant or inflat* or information or infring* or (international* near plan) or interview* or
inventory or investigat* or Isaac or key driver or kill* or knock* or ladder* or (large near doll*)
or Larian or launch wall or letter* or lie* or (line* near (list* or review* or product* or 2004 or
2005)) or (linear foot or linear feet) or logo* or loss* or lost or ly* or lying or margin* or MDF
or media* or flyer* or merchandi* or MGA or Million dollar wall or mislead* or mistak* or
negative or (Nickelodeon or Nick) or packag* or plan* or planogram* or POG or point of sale or
(POP or point of purchase) or POS or (power point* or powerpoint*) or PR or preschool or
presentation*or press* or pric* or product* or profit* or project* or promo* or proprietary or
publicity or quot* or releas* or replicat* or research* or revenue* or ribbon* or rip* or roto* or
ruin* or rumor* or sales* or same or schedule* or scheme* or shelf space or ship* or similar* or
slander or steal* or stole* or strateg* or (strategic* near plan*) or stud* or SWOT or S.W.O.T.
or theft* or theme* or toy fair or (trade near secret*) or trick* or undermine*)

<u>9.</u>

(Brisbois and before 10/04/06) and ((ad* or tv* or commerical*) near lift) or Barbie or (charity
and (promotion* OR tie-in OR partnership)) or Children* Miracle Network or CMN or
competit* review or development fund* or evergreen or green Friday or give along with or key
driver* or leadership plan or (launch near wall) or Mattel or MDF or million dollar wall or My
Scene or planning matrix or pric* or ((product or date*) near launch* or release*)) or promo* or
sales scorecard or vendor scorecard or volume drive* or waterfall or police or (POS near
analysis) or margin* or strategic account plan or TVC comparison or (media near strategy) or
(don near cameron) or present* and (Walmart or Wal Mart or Wal-Mart or WM or Toys R Us or
TRU or toysrus) or ((days or weeks) near on hand) or (top near products) or blockbuster or
inventory or strateg*or (strength* near weakness*) or SWOT or S.W.O.T. or (shelf near space)
or the power of one or (market share near shelf space) or (flyer* near pos) or ((media or sales or
tv* or advertis*) and plan) or price compression analysis or 52 weeks budget report

<u>10.</u>

(alike or application* or birth* or competitive analysis or conceiv* or concept* or confus* or
(consumer and (research or survey)) or copie* or copy* or (customer and (research or survey)) or
creat* or design* or differen* or draw* or focus* or idea* or imitat* or infring* or knock* or
Mattel or mistak* or propos* or register* or registration* or replicat* or research* or right* or
rip* or same or similar* or sketch* or stud* or submit* or survey* or title or trademark*) and
(4EF or 4ever or 4-ever or 4BF or 4EBF or ever best friends or alien*or alienracers or diamond*
or dogz or fashion makeover or forever or formal funk or funky fashion or head game*or

mommie* or mommy* or petz or Rock Angel* or runway disco or secret angel* or secret date* or Sound Lounge or bratz near sportz or sun-kissed summer or Wild Wild West or winter wonderland)

11.

bratz and (affidavit* or born or Bryant or Carter or Cloonan or creat* or declar* or (design* NEAR contest*) or Hatch or invent* or Jesse Ramirez or Leahy or Linker or market share or Marlow or oath or sculpt* or security interest or swear* or test* or testif* or tool* or valuat* or (Wall Street Journal or WSJ))

12.

(Mattel and (Smoby or Zapf)) and (acqui* or agree* or bought or buy* or consider* or contract* or cost* or damage* or deal* or delay* or expense* or exten* or harm* or higher or hurt* or increase* or interest* or invest* or loss* or lost or lower or meeting* or MGA or more or negotiat* or offer* or price* or purchas* or term*)

13.

(competition or evil or Mattel or monster) and (access* or alias or assum* or Brawer or Brisbois or Bryant or CARU or Castilla or coerc* or confidential* or Contreras or Cooney or covert* or customer* or display* or eaves* or employ* or fake* or false* or follow* or forc* or forg* or (Francis Choi or Early Light) or hidden* or hir* or illegal* or improper* or inquir* or investigat* or Kuemmerle or (laid near off) or Larian or lay-off* or Machado or Mattel merchandis* or monitor* or noncompet* or non-public or offer* or Park or phon* or plano* or plan-o* or POG or pretense* or private* or restrict* or secret* or showroom* or show room or sneak* or spie* or spy* or stalk* or surveil* or TIA or toy fair or toy of the year or Trueba or undercover or unreleas* or Vargas or wire*)

14.

(Mattel and (Bratz or Bryant or Carter or *suit or witness*)) and (alias or assum* or call* or contact* or email* or e-mail* or fak* or fals* or forg* or illegal* or improper* or interrogat* or interview* or *phon* or pretense* or question* or solicit* or speak* or spoke or talked to)

15.

(Authur or Hamzavi or Phua or Pietri or Schultz or Silva or Ville*e or Wing or Woods or Woolard) and (80/20 or audit* or (Bratz and declin*) or (Bratz and *valuat*) or breach* or Bryant or collateral or crisis or deteriorat* or Durkin or ethical or falsify* or fire* or forensic or Fraioli or fraud* or GAAP or grievance or IGWT or illegal* or inaccura* or insolven* or intellectual property or IP or (IP and collateral) or Kadisha or lender* or Marlow or Mesirow or mislead* or misrepresent* or monitor* or Mox* or non-GAAP or Omni* or punitive or receiver* or refi* or reimburs* or restructur* or retaliat* or retribut* or risk* or royalt* or solven* or terminat* or unethical or usurp* or variance* or Wachovia)

<u>16.</u>

(*castilla* or Mattel or planning or (forecast* and portal) or John Galt) and ((accessibility near data) or booking data or calendar or milestone* or customer intelligence or (demand near forecast*) or (demand near plan*) or (excel and template*) or (excel near input*) or feature* or (financial near review*) or focus group data or functionalit* or (market near forecast*) or (media near promotion*) or module* or order management or pilot program or sales forecast* or (sales near plan*) or shipping data or sprint and scrum))

<u>17.</u>

(*castilla* or Mattel or planning or forecast* or John Galt) and (account allocation* or account inquir* or algorithm* or (company near inquir*) or (comparable near item*) or (comparable near sku*) or (comparative near item*) or (comparative near sku*) or (cyclical near process*) or (cyclical near forecast*) or demand cycle or demand intelligence or (excel near input*) or feasibility stud* or financ* input* or financial intelligence or flexible interface* or IDW or initial sales or initial setup or initial set-up or integrated process* or iterative process* or key product attribute* or like item* or market* input* or market research or market* intelligence or market* priority* or marketing review or (migrat* near data) or phasing process or phasing bucket* or plan* input* or planning intelligence or ((post-season or postseason) near review) or price bracket* or process flow map* or profil* or promo* or promotion status or promotion strength or quota history or recruit* or requirements or sales and enhanc* or sales input* or sales intelligence or (scalability near data) or screenshot* or statistical forecast* or system relationships or TV uplift or (upload* near excel) or user guide or (visibility near data))

<u>18.</u>

(*castilla* or Mattel or planning portal or (forecast* and portal) or John Galt) and (actual sales or advertising plan* or availability or backcast* or carrying cost* or confidence code* or data collection or data mart or data warehouse or datawarehouse or demand signal* or filter data or formula* or gap analysis or generate report* or historical data or inventory analysis or inventory management or inventory software or inventory template or last call or launch* or market share* or price variance* or product plan* or reorder lead time* or roll-out or rollout or template* or warehous* software or whitespace or white space)

<u>19.</u>

(Mattel or planning portal or (forecast* and portal) or John Galt) and (data element* or ending inventory or gross inventory or (inventory near report*) or lead time* or naming convention* or physical gross inventory or point of sale data or point-of-sale data or POS data or powerplay or projected inventory or projected net inventory or quota* or test* schedule*)

<u>20.</u>

(statistic* or report* or stud* or improve* or declin* or decreas* or increas* or Mattel or Wal-Mart or Walmart or Target or WM or K-Mart or Kmart or K Mart or TRU or ToysRUs or Toys R Us or Zellers) and (fill rate* or overproduc* or sell-through or shortage* or stockout* or stock-out* or supply or supplies or surplus* or underproduc*)

21.

Brawer and before 10/05/2004 and (($10 or 10 dollar or 9.99 or 10.99) near doll*) or (Hawaii* or Horses* or recording* or studio* or Angel* or Hollywood* or back lot or backlot) or Heidrick or Struggles or Gerevas or Levy or Cockrell or Degn or Deshommes or Fielding or Fife or Foti or Gordon or Hocut or McGrail or Park or Riggle or Swanson or Mattel or My Scene or Barbie or Hot Wheels or competition or theme* or ladder or all world* or (line* near (list* or review* or product* or 2004 or 2005)) or promo* or white space or whitespace or flyer or MDF or development fund* ((ad* or tv* or commerical*) near lift) or (43 near initiative) or key driver or ((big idea or exclusive* or catalog) near (toys r us or TRU or toysrus)) or ((launch or release) near (date or product)) or ((cut near down) and analysis) or gap plan or gap summary or (key near goal*) or (key near initiativ*) or (key near learning*) or margin* or objective* or pric* or price point or product mix or roto* or S.W.O.T. or space or scorecard or strateg* or (strength* near weakness*) or SWOT or trend* or benefit proposal or opportunity list or recruit* or inventory or forecast* or (12 near (percent or %) near fashion) or ((promo* or partner* or ad* or and (Cartoon Network or CN or Nickelodeon or Sears or Toys R Us or TRU or Toysrus)) or ((media or sales or tv* or advertis*) and plan)

EMAIL/WEB ADDRESSES

abrawer4@hotmail.com and before 10/31/2005
argentrade@aol.com and before 04/30/2005
Bryant598@cs.com
CBE1068@cs.com
cbe1068@sbcglobal.net
claudycastilla@gmail.com and before 03/31/2007
coleman_nicolem@yahoo.com and before 03/31/2007
cubmex9@msn.com and before 11/30/2005
danielcooneyjr@comcast.net and before 05/31/2007
gusmachado43@gmail.com and before 04/30/2005
hoclau04@gmail.com and before 03/31/2007
hoclau04@yahoo.com and before 03/31/2007
jbrisbois@lincsat.com and before 09/30/2006
ncoleman@mgae.com and Castilla or Jorge before 03/31/2007
plot04 or plot 04 and before 11/20/2006
plot04@yahoo.com.mx
plot04@aol.com
relaxinc@aol.com and before 10/31/2005
ronsha@adelphia.net and before 10/31/2005

sophiesays@hotmail.com

## UNDISPUTED BRAWER SEARCH TERMS

'05 pricing review
A story in 2 Acts
Acceleracers
All worlds
Argentrade
Avg Retail
Back Lot
Barbie Stories
Barbie Worlds
Beach world
Blind date
Cali girl
Cali nights
California girl world
Category in decline
CBT
Cella
Chuppa
Cleary
Code of Conduct
Collector Barbie dolls
Dare to hair
Div 1 stores
Eckert
Ello
Farahnik
Francione
Goldfish
Goldilocks
Green Friday
Gross Ship Qty
Guidance
GWP
Heidick
Highway 35
Hip High School
Hocut
HWER
Indemnif*
INTL quota
Inzer
Kaye
Keeya

Kelly world
Key Driver
Ladder
Laubenstein
Layout
Lead delivery vehicle
Leon
lights camera fashion
lights, camera, fashion
Lissa
Little Mommy
Live well, laugh often, love much
Location ID
Lotsa Looks
Marlow
Mattel brands
Mattel mc
Mattel picture
Mattel Toy #
May be crossed between regions
Mcgrail
Medici
Mermaid dolls
Mini-platypus
My Design Scene
Mystery Date
Next generation of play
One Barbie
Order of presentation
Pappas
Partner with packaged goods
Plot04
Popable
Poppable
Poppin*
Projected net invoiced billings
Proprietary
Relation to play pattern
Removable head
Role of Barbie
Rothik
Rules of the road
Save The World

Secret Angels
Secret Date
Shorties
Sitter club
Situation assessment
Source of potential
Sparkle fairy
Spiderella
Spring '05 pricing review
Store on Hand Qty
Stylin*
Sunnyside heights
Swan lake
Swappin*
Thumbelina
Tonality
TRAC
Trade & DI
Verbal stimulus
Video bundle
Weiss
Winx
World of pop
World race
Worldwide royalty projections
Worldwide sales mix
Zablow

### ADDITIONAL SEARCH TERMS

Fraioli
Durkin
Dutcher
IGWT
Kadisha
Nazarian
Receiver
Rosen
Gordinier
Villar
Wing
California girl
Happy family
Hollywood near8 (Barbie or Bratz)
Too Popular
Steal
Take
Theft
Wipe*
Line list and Mattel
Line Review and Mattel
Market share and (Bratz or Barbie or My Scene)

(06/01/2008 –present)) and ((Bratz near replac*) or Mox* or ((new or different) near (doll* or look* or name*)))

accura* near forecast* and 01/01/2003 – 01/01/2009

adjust* near forecast* and 01/01/2003 – 01/01/2009

Bratz and Barbie

Bratz and Mattel

(forecast* or plan*) and (toy industry or seasonal*)

MGA and net worth

(enjoin* or injunct* or verdict) and after 05/01/2008

margin* and (TRU or Toys R Us or Wal-Mart or Walmart or Wal Mart or WM or Target or Kmart or K-Mart or K Mart or Zeller) and after 01/01/2004 and (improve* or declin* or decreas* or increas* or high* or low*)

EXHIBIT A

Mattel near3[1] ((assist* or aid* or help* or support* or fund*) and (lawsuit* or action* or litigation or arbitration* or disput* or claim* or suit* or trial or defense* or settle* or judgment* or dismiss* or award* or decree* or opinion or pleading* or complaint))

EXHIBIT A