1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING DEPOSITION OF LEON FARAHNIK<br><br>**Phase 2:**<br>Disc. Cut-off:      TBD<br>Pre-trial Conf.:      TBD<br>Trial Date:      TBD |

1

~~[PROPOSED]~~ ORDER

2

3      Based on the concurrently filed Stipulation Regarding the Deposition of Leon

4   Farahnik, and good cause appearing therefore,

5      IT IS HEREBY ORDERED:

6      The deposition of Leon Farahnik shall take place on May 24, 2010, at the Los

7   Angeles offices of Quinn Emanuel Urquhart & Sullivan, LLP.

8

9

10   DATED: April   14        . 2010   _David O. Carter_____

11                                         Hon. David O. Carter
                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3439837.1

-2-

Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER ON STIPULATION