UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>[~~PROPOSED~~] ORDER ON STIPULATION REGARDING DEPOSITION OF LEON FARAHNIK<br><br>**Phase 2:**<br>Disc. Cut-off:   TBD<br>Pre-trial Conf.:   TBD<br>Trial Date:   TBD |

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding the Deposition of Leon Farahnik, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The deposition of Leon Farahnik shall take place on May 24, 2010, at the Los Angeles offices of Quinn Emanuel Urquhart & Sullivan, LLP.

*/s/ David O. Carter*

DATED: April 16, 2010

Hon. David O. Carter
United States District Judge