1  Thomas H. Bienert, Jr. (State Bar No. 135311)
   tbienert@bmkattorneys.com
2  Luis A. Feldstein (State Bar No. 184824)
   lfeldstein@bmkattorneys.com
3  BIENERT, MILLER & KATZMAN, PLC
   115 Avenida Miramar
4  San Clemente, California 92672
   Phone: (949) 369-3700 ♦ Fax: (949) 369-3701
5
   Attorneys for Mariana Trueba
6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                    SOUTHERN DIVISION

| | |
|---|---|
| 10  MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 11 | Consolidated with |
| 12        Plaintiff, | Case No.    CV 04-09059<br>Case No.    CV 05-2727 |
| 13    vs. | Honorable David O. Carter |
| 14  MGA ENTERTAINMENT, INC., a California corporation, *et al.*, | [PROPOSED] ORDER GRANTING STIPULATION RE DEPOSITION OF MARIANA TRUEBA |
| 15 | |
| 16        Defendant. | **Phase 2:**<br>Disc. Cut-off:    TBD |
| 17  AND CONSOLIDATED ACTIONS | Pre-trial Conf.: TBD<br>Trial Date:      TBD |

18
19
20     Based on the concurrently filed Stipulation re Deposition of Mariana Trueba,
21
22  and good cause appearing therefor,
23     IT IS HEREBY ORDERED:
24
       (1)   The deposition of Mariana Trueba ordered to commence on or before
25
26           April 20, 2010, shall be, and hereby is, scheduled to commence on May
27           20, 2010; and
28

                                             Case No. CV 04-9049 DOC (RNBx)
                                                              STIPULATION

(2) The Court's order directing Ms. Trueba to appear for deposition on or before April 20, 2010, is modified to require her appearance for deposition in Santa Ana, California, on May 20, 2010.

DATED: April 16, 2010

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE