Neal R. Marder (SBN 126879)
nmarder@winston.com
Denise A. Smith (SBN 215057)
desmith@winston.com
Erin R. Ranahan (SBN 235286
eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:  213-615-1750

Attorneys for *Specially Appearing Third Party*
LEXINGTON FINANCIAL, LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | **Case No. CV 04-09049 DOC (RNBx)**<br>**c/w Case Nos. CV 04-09059 & CV 05-2727**<br><br>Judge:  Hon. David O. Carter<br><br>**DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF SPECIALLY APPEARING THIRD PARTY LEXINGTON FINANCIAL LTD.'S *EX PARTE* APPLICATION AND POSITION PAPER RE APRIL 20, 2010 OSC RE PROTECTIVE ORDER**<br><br>[Declarations of Erin R. Ranahan and Maria Bashaw, and [Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:      April 20, 2010<br>Time:                    2:00 p.m.<br><br>**Phase 2:**<br>Discovery Cut-off:          TBD<br>Pre-Trial Conference:      TBD<br>Trial Date:                      TBD |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF LEXINGTON'S *EX PARTE* APPLICATION AND POSITION PAPER RE PROTECTIVE ORDER**

**CV 04-09049 DOC (RNBx)**

LA:269140.1

## DECLARATION OF ERIN RANAHAN

I, Erin R. Ranahan, declare as follows:

1.     I am an attorney at the law firm of Winston & Strawn LLP, attorney for specially appearing third party Lexington Financial Ltd. ("Lexington") in this matter. I am licensed to practice before the Courts of the State of California and this United States District Court.  I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2.     Lexington retained our firm to represent its interests in connection with this matter on April 8, 2010.  Since that time, Lexington has worked diligently to review the docket, court pleadings and correspondence concerning the two productions at issue, including obtaining an understanding as to how Mattel has treated the productions to date.

3.     On April 15, 2010, I spoke with Mattel's counsel, Michael Zeller, in an effort to informally resolve the issues presented in Lexington's *ex parte* application and position paper.  I was able to confirm with Mr. Zeller that to date, Mattel has not made any use of either of the productions made by Ms. Bashaw.  When I asked Mr. Zeller whether Mattel intended to honor Ms. Bashaw's request to keep the documents at issue confidential, and destroy the original March 23, 2010 production in favor of the subsequent March 27, 2010 production, Mr. Zeller indicated that Mattel would consider such resolution only after the Court decided on whether to dissolve or modify the Protective Order.  Attached hereto as Exhibit B is a true and correct copy of the April 15, 2010 email I received from Mattel's counsel, Mr. Zeller, confirming this approach.

4.     Counsel for Plaintiffs and Defendants received notice on April 16, 2010 that Lexington would file this *ex parte* application seeking the described relief. Attached hereto as Exhibit C is a true and correct copy of the email I sent to the parties on April 16, 2010 providing notice of Lexington's *ex parte* application.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

2

DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF LEXINGTON'S *EX PARTE* APPLICATION
AND POSITION PAPER RE PROTECTIVE ORDER

CV 04-09049 DOC (RNBx)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1    5.    Attached hereto as Exhibit D is a true and correct copy of an email I

2  received on April 16, 2010 in response to my *ex parte* notice, indicating that counsel

3  for Mattel would oppose Lexington's *ex parte* application.  Attached hereto as Exhibit

4  E is a response I sent to the parties' counsel on April 16, 2010 regarding this *ex parte*

5  application.  To date, counsel for defendants have not indicated whether they intend to

6  oppose this *ex parte* application.

7    I declare under penalty of perjury under the laws of the United States of

8  America, the foregoing is true and correct.  Executed on April 19, 2010, Los Angeles,

9  California.

10    _/s/ Erin R. Ranahan_
      ERIN R. RANAHAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF LEXINGTON'S *EX PARTE* APPLICATION AND POSITION PAPER RE PROTECTIVE ORDER**

CV 04-09049 DOC (RNBx)

# EXHIBIT B

EX. B - P. 4

## Ranahan, Erin R.

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Thursday, April 15, 2010 4:01 PM |
| **To:** | Ranahan, Erin R. |
| **Subject:** | RE: Mattel v. MGA--Lexington Financial |
| **Attachments:** | 0288.pdf |

It was good speaking with you.  As requested, here's a copy of the protective order.

Also, your email below is substantially correct.  One point I'd add is that once we see what the Court does on the protective order, we can discuss the issues regarding the first (unredacted) production and attempt to come to a resolution on it.

Finally, I should have asked on the phone, but are you representing Maria Bashaw and/or International Corporate Advisors as well?  Or should we continue to engage Maria on issues such as their privilege log and other issues regarding their production?  Best regards.

**Michael T Zeller**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3180 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
michaelzeller@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ranahan, Erin R. [mailto:ERanahan@winston.com]
**Sent:** Thursday, April 15, 2010 3:48 PM
**To:** Michael T Zeller
**Subject:** Mattel v. MGA--Lexington Financial

Michael,

This is to confirm our discussion today in which you indicated that to date, Mattel has not made use of the original production Ms. Bashaw made on or about March 23, 2010, and that Mattel has treated the information produced by Ms. Bashaw (in both the original production, and reproduction made on or about March 27, 2010) as confidential.  While you have not destroyed the original production in which sensitive account information was left unredacted, Mattel has not utilized this information for any purpose.  Mattel's future actions will be guided by what the Court does in connection with lifting the protective order, which is currently scheduled for hearing before Judge Carter on April 20.  You also indicated that you would send me a copy of the current governing protective order.

Thank you again for your time,

Ex. B, P.5

4/19/2010

-Erin

**Erin R. Ranahan**
**Associate**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
D: +1 (213) 615-1835
F: +1 (213) 615-1750
Bio | VCard | Email | www.winston.com

[x] Winston & Strawn LLP

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

Ex. B, P. 6

# EXHIBIT C

Ex.C., P.7

## Ranahan, Erin R.

| | |
|---|---|
| **From:** | Ranahan, Erin R. |
| **Sent:** | Friday, April 16, 2010 1:12 PM |
| **To:** | 'mattkorhonen@quinnemanuel.com'; 'ahurst@orrick.com'; 'tmcconville@orrick.com'; 'peter.villar@bingham.com'; 'Michael T Zeller' |
| **Cc:** | 'Maria M. Bashaw' |
| **Subject:** | Mattel v. MGA/ Lexington Financial |

Counsel:

We intend to file an *ex parte* application on behalf of specially appearing third party Lexington Financial, Ltd., requesting that the Court consider its position paper in connection with the April 20, 2010 hearing re potential dissolution of the protective order. Lexington's position paper, that will be attached to the *ex parte* application, will request that the court require that the first production made by Ms. Bashaw on or about March 23, 2010--that inadvertently failed to redact sensitive account information relating to Lexington--be destroyed in favor of the subsequent, redacted production (made on or about March 27, 2010), and that the materials continue to be treated as confidential.

Please let me know by close of business today whether any party intends to oppose Lexington's *ex parte* application.

Best Regards,

-Erin

**Erin R. Ranahan**
**Associate**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
D: +1 (213) 615-1835
F: +1 (213) 615-1750
Bio | VCard | Email | www.winston.com

[x] Winston & Strawn LLP

Ex.C, P.8

# EXHIBIT D

Ex.D, P.9

## Ranahan, Erin R.

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Friday, April 16, 2010 1:45 PM |
| **To:** | Ranahan, Erin R.; Matt Korhonen; 'ahurst@orrick.com'; 'tmcconville@orrick.com'; 'peter.villar@bingham.com' |
| **Cc:** | 'maria.bashaw@mbashawlaw.com' |
| **Subject:** | Re: Mattel v. MGA/ Lexington Financial |

In light of our conversations yesterday, this is frivolous. We will oppose and seek sanctions.

---

**From:** Ranahan, Erin R. <ERanahan@winston.com>
**To:** Matt Korhonen; 'ahurst@orrick.com' <ahurst@orrick.com>; 'tmcconville@orrick.com' <tmcconville@orrick.com>; 'peter.villar@bingham.com' <peter.villar@bingham.com>; Michael T Zeller
**Cc:** 'Maria M. Bashaw' <maria.bashaw@mbashawlaw.com>
**Sent:** Fri Apr 16 13:12:02 2010
**Subject:** Mattel v. MGA/ Lexington Financial

Counsel:

We intend to file an *ex parte* application on behalf of specially appearing third party Lexington Financial, Ltd., requesting that the Court consider its position paper in connection with the April 20, 2010 hearing re potential dissolution of the protective order. Lexington's position paper, that will be attached to the *ex parte* application, will request that the court require that the first production made by Ms. Bashaw on or about March 23, 2010--that inadvertently failed to redact sensitive account information relating to Lexington--be destroyed in favor of the subsequent, redacted production (made on or about March 27, 2010), and that the materials continue to be treated as confidential.

Please let me know by close of business today whether any party intends to oppose Lexington's *ex parte* application.

Best Regards,

-Erin

**Erin R. Ranahan**
**Associate**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
D: +1 (213) 615-1835
F: +1 (213) 615-1750
Bio | VCard | Email | www.winston.com

[x] Winston & Strawn LLP

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to

Ex. D, P. 10

4/19/2010

# EXHIBIT E

Ex. E, P. 11

## Ranahan, Erin R.

| | |
|---|---|
| **From:** | Ranahan, Erin R. |
| **Sent:** | Friday, April 16, 2010 2:43 PM |
| **To:** | 'Hurst, Annette'; Michael T Zeller; Matt Korhonen; McConville, Thomas; peter.villar@bingham.com |
| **Cc:** | maria.bashaw@mbashawlaw.com |
| **Subject:** | RE: Mattel v. MGA/ Lexington Financial |

Based on my discussion with Mr. Zeller yesterday, it is my understanding that to date, Mattel has treated the information in both productions made by Ms. Bashaw as confidential, but has not destroyed the original production (without the redacted account numbers) in accordance with Ms. Bashaw's request. Mr. Zeller also indicated that Mattel's future actions regarding the confidentiality of the productions, including whether to utilize the original, inadvertent production, would be guided by what the Court does in connection with the OSC re lifting the protective order.

Thus, Lexington would like its position considered in advance of the Court rendering its decision on the protective order. The Court's order invites not only parties to the action, but "any other interested entities or individuals" to submit briefs and appear in connection with this matter. While Mr. Zeller has indicated that we may be able to come to some resolution after the Court issues a decision on the protective order, and we are hopeful that we can reach an agreement in this regard, Lexington would prefer that its position be considered prior to any Court order dissolving the protective order in any respect.

Let me know if you have any more questions,

-Erin

**Erin R. Ranahan**
**Associate**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
D: +1 (213) 615-1835
F: +1 (213) 615-1750
Bio | VCard | Email | www.winston.com

[x] Winston & Strawn LLP

---

**From:** Hurst, Annette [mailto:ahurst@orrick.com]
**Sent:** Friday, April 16, 2010 2:25 PM
**To:** Michael T Zeller; Ranahan, Erin R.; Matt Korhonen; McConville, Thomas; peter.villar@bingham.com
**Cc:** maria.bashaw@mbashawlaw.com
**Subject:** RE: Mattel v. MGA/ Lexington Financial

Why is there still an issue on this?

---

**From:** Michael T Zeller [mailto:michaelzeller@quinnemanuel.com]
**Sent:** Friday, April 16, 2010 1:45 PM
**To:** 'ERanahan@winston.com'; Matt Korhonen; Hurst, Annette; McConville, Thomas;

Ex. E, P. 12

4/19/2010

'peter.villar@bingham.com'
**Cc:** 'maria.bashaw@mbashawlaw.com'
**Subject:** Re: Mattel v. MGA/ Lexington Financial

In light of our conversations yesterday, this is frivolous. We will oppose and seek sanctions.

_____

**From:** Ranahan, Erin R. <ERanahan@winston.com>
**To:** Matt Korhonen; 'ahurst@orrick.com' <ahurst@orrick.com>; 'tmcconville@orrick.com'
<tmcconville@orrick.com>; 'peter.villar@bingham.com' <peter.villar@bingham.com>; Michael T Zeller
**Cc:** 'Maria M. Bashaw' <maria.bashaw@mbashawlaw.com>
**Sent:** Fri Apr 16 13:12:02 2010
**Subject:** Mattel v. MGA/ Lexington Financial

Counsel:

We intend to file an *ex parte* application on behalf of specially appearing third party Lexington
Financial, Ltd., requesting that the Court consider its position paper in connection with the April
20, 2010 hearing re potential dissolution of the protective order.  Lexington's position paper, that
will be attached to the *ex parte* application, will request that the court require that the first
production made by Ms. Bashaw on or about March 23, 2010--that inadvertently failed to redact
sensitive account information relating to Lexington--be destroyed in favor of the subsequent,
redacted production (made on or about March 27, 2010), and that the materials continue to be
treated as confidential.

Please let me know by close of business today whether any party intends to oppose Lexington's *ex
parte* application.

Best Regards,

-Erin


**Erin R. Ranahan**
**Associate**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
D: +1 (213) 615-1835
F: +1 (213) 615-1750
Bio | VCard | Email | www.winston.com

[x] Winston & Strawn LLP


The contents of this message may be privileged and confidential. Therefore, if this message has
been received in error, please delete it without reading it. Your receipt of this message is not
intended to waive any applicable privilege. Please do not disseminate this message without the
permission of the author.
******************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you
(or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

EX. E, P. 13

4/19/2010