Neal R. Marder (SBN 126879)
nmarder@winston.com
Denise A. Smith (SBN 215057)
desmith@winston.com
Erin R. Ranahan (SBN 235286)
eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for *Specially Appearing Third Party*
LEXINGTON FINANCIAL, LTD.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727 <br><br> Judge: Hon. David O. Carter <br><br> **DECLARATION OF MARIA BASHAW IN SUPPORT OF SPECIALLY APPEARING THIRD PARTY LEXINGTON FINANCIAL LTD.'S *EX PARTE* APPLICATION AND POSITION PAPER RE APRIL 20, 2010 OSC RE PROTECTIVE ORDER** <br><br> Declarations of Erin R. Ranahan and Maria Bashaw, and [Proposed] Order Filed Concurrently Herewith] <br><br> Hearing Date: April 20, 2010 <br> Time: 2:00 p.m. <br><br> **Phase 2:** <br> Discovery Cut-off: TBD <br> Pre-Trial Conference: TBD <br> Trial Date: TBD |

---

DECLARATION OF MARIA BASHAW IN SUPPORT OF LEXINGTON'S *EX PARTE* APPLICATION
AND POSITION PAPER RE PROTECTIVE ORDER
CV 04-09049 DOC (RNBx)

LA:269124.1

# DECLARATION OF MARIA BASHAW

I, Maria Bashaw, declare as follows:

1. I am an attorney representing myself and third party International Corporate Advisors ("ICA") in connection with this matter. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. In response to the Court's March 10, 2010 Order granting Plaintiff Mattel's motion to compel non-privileged documents from ICA and myself, I made a production on or about March 23, 2010. Certain of the documents in this production, including account information, relate to Lexington Financial, Ltd. On March 24, 2010, I sent an email to Mattel's counsel, Michael Zeller, regarding the March 23, 2010 production, which included the following statement:

> As you know, some of the information in those documents is private, personal information related to ICA's client's banking matters. We would like to keep the information private…

Attached hereto as Exhibit 1 is a true and correct copy of this email.

3. Shortly after the March 23, 2010 production, I realized that certain sensitive account information was disclosed that should have been redacted. On March 25, 2010, I sent an email requesting that all of the documents I produced "be deemed 'CONFIDENTIAL' as they contain private information. . ." I also indicated that there was account information that should have been redacted. Attached hereto as Exhibit 2 is a true and correct copy of this email.

4. On March 26, 2010, I again emailed Mattel's counsel stating that:

> I write again with regard to the privacy issues I mentioned in my email . . . . I write to confirm that you . . . are in agreement with treating the documents as confidential and protecting the private information contained in those documents.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

I will assume from your silence that I will not need to file a motion for a protective order with the court in this regard and that you agree with treating these documents as 'confidential' . . .

Attached hereto as Exhibit 3 is a true and correct copy of this email.

5. Still having received no confirmation from Mattel's counsel regarding how Mattel would treat the documents in the March 23, 2010 production, in an attempt to resolve the privacy and confidentiality concerns, I served a new production on March 27, 2010, redacting sensitive account information. In the March 27, 2010 cover email, I again requested that the information be treated as confidential, and requested that the parties destroy the March 23, 2010 production in favor of the subsequent production. Attached hereto as Exhibit 4 is a true and correct copy of this cover email.

6. Though I left voicemail messages for Mattel's counsel seeking confirmation regarding how Mattel was treating the documents produced in both the March 23 and March 27 productions, to date, I have not received any confirmation from Mattel's counsel.

7. Both the March 23 and the March 27 productions totaled 466 pages. In the reproduction made on March 27, a total of 38 account numbers were redacted from the March 23 production.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on April 19, 2010, Irvine, California.

MARIA MALDONADO-BASHAW

3
DECLARATION OF MARIA BASHAW IN SUPPORT OF LEXINGTON'S *EX PARTE* APPLICATION
AND POSITION PAPER RE PROTECTIVE ORDER

# EXHIBIT 1

Ex. 1, P. 4

**From:** Maria Bashaw.mbashawlaw.com <maria.bashaw@mbashawlaw.com>
**To:** Michael T Zeller
**Cc:** Annette Hurst <ahurst@orrick.com>
**Sent:** Wed Mar 24 14:00:59 2010
**Subject:** Re: International Corporate Advisors, LLC and Maria M. Bashaw, Inc.'s Documents Re: Mattel's Motion to Compel

Mr. Zeller,

I left you a voicemail message on your office line. If you would please call me at your earliest convenience, I would appreciate it.

I want to touch base with you with regard to the documents that were produced as well as the privilege log. As you know, some of the information in those documents is private, personal information related to ICA's client's banking matters. We would like to keep that information private, to the extent that we can. Please call me to discuss in greater detail.

Ms. Hurst: I have copied you on this email as I would like to discuss the privacy of this information with you as well when you are available. Thank

4/19/2010

EX. 1, P. 5

you.

Best regards,
**Maria M. Bashaw**
Attorney at Law
1920 Main Street, Suite 1090
Irvine, California 92614
T 949.873.3048
F 949.334.1136
mailto:maria.bashaw@mbashawlaw.com

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, Maria M. Bashaw, Inc. informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail (including any attachments) may contain privileged, confidential, or proprietary information to Maria M. Bashaw, Inc. and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please delete this message and notify the sender immediately.

On Mar 24, 2010, at 10:47 AM, Michael T Zeller wrote:

> Dear Ms. Bashaw, the privilege log that you served yesterday complies neither with the Federal Rules nor the Court's Order. Please let us know when you will be serving a proper privilege log that specifies all withheld documents.
>
> **Michael T Zeller**
> *Partner,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> 213-443-3180 Direct
> 213.443.3000 Main Office Number
> 213.443.3100 FAX
> michaelzeller@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Maria Bashaw.mbashawlaw.com
[mailto:maria.bashaw@mbashawlaw.com]
**Sent:** Tuesday, March 23, 2010 12:53 PM
**To:** Michael T Zeller
**Cc:** Annette Hurst
**Subject:** International Corporate Advisors, LLC and Maria M. Bashaw, Inc.'s Documents Re: Mattel's Motion to Compel

Michael,

Yesterday, I mailed you the documents we found after a diligent search through our files pursuant to the Court's March 10, 2010 Order. I have also made them available to you at the following link:

http://public.me.com/rbashaw

When you follow the link, you will be prompted to enter a password. Enter "password" as the password (without the quotations of course). If you are unable to access the documents or are unable to download them, let me know.

Annette: I did not mail you a copy, but you may of course access those documents using the above-mentioned link.

All pages are number sequentially in the bottom, right-hand corner beginning with the number 1 through 466.

Best regards,
**Maria M. Bashaw**
Attorney at Law
1920 Main Street, Suite 1090
Irvine, California 92614
T 949.873.3048
F 949.334.1136
mailto:maria.bashaw@mbashawlaw.com

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, Maria M. Bashaw, Inc. informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
This e-mail (including any attachments) may contain privileged, confidential, or proprietary information to Maria M. Bashaw,

Inc. and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please delete this message and notify the sender immediately.

# EXHIBIT 2

Ex. 2, P. 9

Ex. 2, P. 10

Begin forwarded message:

> **From:** "Maria Bashaw.mbashawlaw.com" <maria.bashaw@mbashawlaw.com>
> **Date:** March 25, 2010 10:51:20 AM PDT
> **To:** Michael T Zeller <michaelzeller@quinnemanuel.com>
> **Cc:** "'ahurst@orrick.com'" <ahurst@orrick.com>
> **Subject: Re: International Corporate Advisors, LLC and Maria M. Bashaw, Inc.'s Documents Re: Mattel's Motion to Compel**
>
> Mr. Zeller and Ms. Hurst,
>
> I am emailing because I have not been able to speak with either of you over the phone. I was not aware until having conducted some research that there was a Court Order allowing for the redaction of bank account numbers. Unfortunately that was not done in the documents I sent you. In accordance with that Court Order, I would appreciate it if you

4/19/2010

would both be so kind as to redact any bank account information from the documents I have provided you.

Also, all these documents shall be deemed "CONFIDENTIAL" as they contain private information for ATTORNEYS' EYES ONLY.

Thank you. I am revising my privilege log and will get it to you in due course.

Best regards,
**Maria M. Bashaw**
Attorney at Law
1920 Main Street, Suite 1090
Irvine, California 92614
T 949.873.3048
F 949.334.1136
mailto:maria.bashaw@mbashawlaw.com

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, Maria M. Bashaw, Inc. informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail (including any attachments) may contain privileged, confidential, or proprietary information to Maria M. Bashaw, Inc. and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please delete this message and notify the sender immediately.

On Mar 24, 2010, at 3:26 PM, Michael T Zeller wrote:

> I will give you a call but I'm in deposition for the rest of the day. I can call you tomorrow at some point if that works for you.
>
> ---
>
> **From:** Maria Bashaw.mbashawlaw.com <maria.bashaw@mbashawlaw.com>
> **To:** Michael T Zeller
> **Cc:** Annette Hurst <ahurst@orrick.com>
> **Sent:** Wed Mar 24 14:00:59 2010
> **Subject:** Re: International Corporate Advisors, LLC and Maria M. Bashaw, Inc.'s Documents Re: Mattel's Motion to Compel
>
> Mr. Zeller,
>
> I left you a voicemail message on your office line. If you would please call me at your earliest convenience, I would appreciate it.
>
> I want to touch base with you with regard to the documents that were produced

# EXHIBIT 3

Begin forwarded message:

> **From:** Maria Bashaw.mbashawlaw.com <maria.bashaw@mbashawlaw.com>
> **Date:** March 26, 2010 3:30:20 PM PDT
> **To:** Michael T Zeller <michaelzeller@quinnemanuel.com>, "ahurst@orrick.com Hurst" <ahurst@orrick.com>
> **Subject: Re: International Corporate Advisors, LLC and Maria M. Bashaw, Inc.'s Documents Re: Mattel's Motion to Compel**
>
> Dear Mr. Zeller and Ms. Hurst,
>
> I write again with regard to the privacy issues I mentioned in my email to both of you of March 25th. As I have not received an email response from either of you and I have not received a phone call from you Mr. Zeller, I write to confirm that you are both in

Ex. 3, P. 13

agreement with treating the documents as confidential and protecting the private information contained in those documents.

I will assume from your silence that I will not need to file a motion for a protective order with the court in this regard and that you agree with treating these documents as "confidential" for "Attorneys' Eyes Only."


Sicerely,
**Maria M. Bashaw**
Attorney at Law
1920 Main Street, Suite 1090
Irvine, California 92614
T 949.873.3048
F 949.334.1136
mailto:maria.bashaw@mbashawlaw.com

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with requirements imposed by the IRS, Maria M. Bashaw, Inc. informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail (including any attachments) may contain privileged, confidential, or proprietary information to Maria M. Bashaw, Inc. and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please delete this message and notify the sender immediately.


On Mar 25, 2010, at 10:51 AM, Maria Bashaw.mbashawlaw.com wrote:

> Mr. Zeller and Ms. Hurst,
>
> I am emailing because I have not been able to speak with either of you over the phone. I was not aware until having conducted some research that there was a Court Order allowing for the redaction of bank account numbers. Unfortunately that was not done in the documents I sent you. In accordance with that Court Order, I would appreciate it if you would both be so kind as to redact any bank account information from the documents I have provided you.
>
> Also, all these documents shall be deemed "CONFIDENTIAL" as they contain private information for ATTORNEYS' EYES ONLY.
>
> Thank you. I am revising my privilege log and will get it to you in due course.
>
> Best regards,

4/19/2010

Ex. 4, P. 14

# EXHIBIT 4

Ex. 4, P. 15

Begin forwarded message:

> **From:** "Maria Bashaw.mbashawlaw.com" <maria.bashaw@mbashawlaw.com>
> **Date:** March 27, 2010 10:03:01 PM PDT
> **To:** Michael T Zeller <michaelzeller@quinnemanuel.com>, Annette Hurst <ahurst@orrick.com>
> **Subject: Documents in Response to Mattel's Subpoena (Motion to Compel)**
>
> Please follow the link below, type "password" at the prompt, click on the document label in the second column and download documents.

Ex. 4, P. 16

4/19/2010

http://public.me.com/rbashaw

All sensitive bank account information was redacted from various documents originally provided to you earlier this week. Accordingly, please destroy all of the documents previously sent/provided to you. As stated in earlier communications, all the documents provided are CONFIDENTIAL.

If you have any questions, please do not hesitate to contact me.


Best regards,
**Maria M. Bashaw**
Attorney at Law
1920 Main Street, Suite 1090
Irvine, California 92614
T 949.873.3048
F 949.334.1136
mailto:maria.bashaw@mbashawlaw.com

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, Maria M. Bashaw, Inc. informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail (including any attachments) may contain privileged, confidential, or proprietary information to Maria M. Bashaw, Inc. and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please delete this message and notify the sender immediately.

4/19/2010

Ex. 4, P. 17