Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Judge: Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING THIRD PARTY LEXINGTON FINANCIAL LTD.'S *EX PARTE* APPLICATION TO CONSIDER ITS POSITION PAPER IN CONNECTION WITH APRIL 20, 2010 OSC RE PROTECTIVE ORDER**<br><br>**Phase 2:**<br>Discovery Cut-off:         TBD<br>Pre-Trial Conference:    TBD<br>Trial Date:                     TBD |

[PROPOSED] ORDER GRANTING LEXINGTON FINANCIAL'S
*EX PARTE* APPLICATION TO CONSIDER ITS POSITION PAPER
CV 04-09049 DOC (RNBx)

LA:269187.1

Upon consideration of Specially Appearing Third Party Lexington Financial Ltd.'s *Ex Parte* Application to Consider its Position paper in Connection with April 20, 2010 OSC Re Protective Order ("*Ex Parte* Application"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the *Ex Parte* Application is GRANTED, and Lexington's position paper will be considered in connection with the Court's April 20, 2010 OSC Re Protective Order.

Dated: _____  _____
United States District Court Judge
David O. Carter

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

[PROPOSED] ORDER GRANTING LEXINGTON FINANCIAL'S
*EX PARTE* APPLICATION TO CONSIDER ITS POSITION PAPER
CV 04-09049 DOC (RNBx)

LA:269187.1