Maria Maldonado-Bashaw, Bar No. 174252
LAW OFFICES OF MARIA M. BASHAW
1920 Main Street, Suite 1090
Irvine, California 92614
maria.bashaw@mbashawlaw.com
Telephone: (949) 873-3048
Facsimile: (949) 334-1136

Attorneys for Non-parties
MARIA BASHAW and
INTERNATIONAL CORPORATE ADVISORS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Judge: Hon. David O. Carter<br><br>**JOINDER IN SPECIALLY APPEARING THIRD PARTY LEXINGTON FINANCIAL LTD.'S *EX PARTE* APPLICATION AND POSITION PAPER RE APRIL 20, 2010 OSC RE PROTECTIVE ORDER**<br><br>Hearing Date: April 20, 2010<br>Time: 2:00 p.m.<br><br>**Phase 2:**<br>Discovery Cut-off: TBD<br>Pre-Trial Conference: TBD<br>Trial Date: TBD |

1

JOINDER IN *EX PARTE* APPLICATION AND POSITION PAPER

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that on behalf of its clients, the attorney for Non-parties Maria M. Bashaw ("Bashaw"), and International Corporate Advisors, LLC ("ICA") (the "Non-parties") hereby join in the *Ex Parte* Application and Position Paper of Specially Appearing Third Party Lexington Financial Ltd.'s *Ex Parte* Application and Position Paper Re April 20, 2010 OSC Re Protective Order on April 19, 2010.

Executed this 19th day of April 2010 at Irvine, California.

Maria M. Bashaw, Attorney at Law
SBN 174252

JOINDER IN *EX PARTE* APPLICATION AND POSITION PAPER