MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY SDPC         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>STIPULATION AND [PROPOSED] ORDER THAT COUNSEL FOR MGA PARTIES MAY BRING A CAMERA TO THE COURT FACILITY HOUSING TANGIBLES<br><br>Judge: Hon. David O. Carter |

## STIPULATION AND [PROPOSED] ORDER

The Parties hereby stipulate and agree that counsel for MGA Parties be permitted to bring a camera to court and to take pictures of the tangible items housed within the court facility when they are accessing the facility pursuant to the parties' April 15, 2010 stipulation on one or more days between Monday, April 19, 2010 and Friday, April 23, 2010.

**IT IS SO STIPULATED.**

Dated: April 19, 2010     ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Diana M. Rutowski
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

Dated: April 19, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Michael T. Zeller
_____
Michael T. Zeller
Attorneys for Mattel, Inc.

*I, Diana Rutowski, attest that I obtained concurrence in this stipulation from the other signatory(s).*

1  The Court, having considered the Parties' stipulation, HEREBY ORDERS
2  that counsel for MGA Parties be permitted to bring a camera to court and to take
3  pictures of the tangible items housed within the court facility when they are
4  accessing the facility pursuant to the parties' April 15, 2010 stipulation on one or
5  more days between Monday, April 19, 2010 and Friday, April 23, 2010.

7  **IT IS SO ORDERED.**

10  Dated: APRIL 19, 2010

　　　　　　　　　　　　　　　　　　　　　　　David O. Carter
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge