QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S REPLY TO MGA'S RESPONSE TO THE SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S OBJECTIONS TO DISCOVERY MASTER ORDER NOS. 89 AND 91**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2:**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3460064.1

:DECLARATION OF DIANE C. HUTNYAN

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit A is a chart of the true and correct text of the unchallenged requests compelled by Discovery Matter Order No. 89 that were cited in Mattel's Reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2010, at Los Angeles, California.

*/s/ Diane C. Hutnyan*
Diane C. Hutnyan

-1-

DECLARATION OF DIANE C. HUTNYAN

00505.07975/3460064.1

# Exhibit A

A. **Requests Relating to Mattel's Claims for Damages and MGA's Defenses**

| RFP 9049 | MGA's Request |
|---|---|
| 71 | All internal studies, analyses, presentations or investigations REFERRING OR RELATING TO the overall market shares and market position of "MY SCENE" and "Barbie," from 2001 to the present. |
| 72 | All studies, analyses, presentations or investigations of the target audience, age groups, market share, or projections for "MY SCENE." |
| 73 | All studies, analyses, presentations or investigations of the target audience, age groups, market share, or projections for "BRATZ." |
| 74 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO "MY SCENE." |
| 91 | All DOCUMENTS REFERRING OR RELATING TO the commercial success or recognition of MGA's "BRATZ" including, without limitation, MARKET RESEARCH. |
| 564 | All DOCUMENTS REFERRING OR RELATING TO YOUR profits, including, but not limited to, gross profits and gross margins, from the sale of each MY SCENE DOLL sold by YOU or YOUR licensees. |
| 657 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each MY SCENE product, broken down by SKU #, from 2001 to the present. |
| 699 | DOCUMENTS sufficient to identify by product name, product number and SKU each MY SCENE PRODUCT including, without limitation, each MY SCENE DOLL, sold by YOU or YOUR licensees. |
| 700 | DOCUMENTS sufficient to show the number of units of each MY SCENE DOLL sold by YOU or YOUR licensees. |
| 701 | DOCUMENTS sufficient to show the revenue received by YOU from the sale of each MY SCENE DOLL sold by YOU or YOUR licensees. |
| 702 | DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other costs for each MY SCENE DOLL sold by YOU or YOUR licensees. |
| 703 | All DOCUMENTS REFERRING OR RELATING TO YOUR profits, including, but not limited to, gross profits and gross margins, from the sale of each MY SCENE DOLL sold by YOU or YOUR licensees. |
| 716 | DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of MY SCENE DOLLS including, without limitation, DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable costs, gross margins, royalties paid and received, fixed costs, gross profits and net profits. |
| 717 | DOCUMENTS sufficient to show the number of units of each MY SCENE PRODUCT sold by YOU or YOUR licensees. |
| 718 | DOCUMENTS sufficient to show the revenue received by YOU from the sale of each MY SCENE PRODUCT sold by YOU or YOUR licensees. |
| 719 | DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other costs for each MY SCENE PRODUCT sold by YOU and/or YOUR licensees. |
| 727 | DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from the sale of each MY SCENE PRODUCT sold by YOU or YOUR licensees. |
| 728 | DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of goods sold, unit cost and other costs for each MY SCENE PRODUCT sold by YOU or YOUR licensees. |
| 732 | DOCUMENTS sufficient to show the revenue and profits derived by YOU from the sale by YOU or YOUR licensees of MY SCENE PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable costs, gross margins, royalties paid and received, gross profits and nets profits. |
| 733 | All monthly, quarterly and annual profit and loss statements for MY SCENE. |

| RFP | MGA's Request |
|---|---|
| 9059 | |
| 88 | All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way in the plans for creating, designing, developing and marketing "Toon Teens," including individuals who worked on or were involved in any way in (1) deciding to create, design, develop or market "Toon Teens" and (2) deciding to stop or abandon the design, development or marketing of "Toon Teens." |
| 89 | All DOCUMENTS mentioning, discussing, referring or relating to all of the facts and circumstances leading up to, surrounding or any way connected with the development, marketing and abandonment of "Toon Teens" including, without limitation, the reasons for and factors influencing the creation, design, development and marketing of "Toon Teens," and the reasons for and factors influencing the cessation or abandonment of the design, development or marketing of "Toon Teens." |
| 97 | All DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon "Toon Teens," including, without limitation, the reasons for and factors influencing its decision. |
| 134 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, ""Diva Starz"" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "Diva Starz," including, without limitation, the reasons for and factors influencing its decision. |

B.   **Requests Relating to MGA's Remaining Unfair Competition Claims**

| RFP 9049 | MGA's Request |
|---|---|
| 34 | All COMMUNICATIONS between YOU and NPD Group, Inc., including NPD Funworld, ("NPD Funworld") REFERRING OR RELATING TO MGA's subscription to NPD Funworld data, including but not limited to the termination thereof. |
| 35 | All COMMUNICATIONS between YOU and NPD Funworld REFERRING OR RELATING TO any alleged misuse of NPD Funworld data by MGA. |
| 36 | All COMMUNICATIONS between YOU and NPD Funworld REFERRING OR RELATING TO MGA, LARIAN, "BRATZ," or MGA PRODUCTS, including but not limited to COMMUNICATIONS as alleged in paragraphs 85 and 86 of the COMPLAINT. |
| 40 | All COMMUNICATIONS between YOU and the Toy Industry Association REFERRING OR RELATING TO the voting procedure or rules pertaining to the People's Choice Toy of the Year Award from 2001 to the present. |
| 41 | All COMMUNICATIONS between Neil Friedman and anyone REFERRING OR RELATING TO the voting procedure or rules pertaining to the People's Choice Toy of the Year Award from 2001 to the present as alleged in paragraph 94 of the COMPLAINT. |
| 42 | All COMMUNICATIONS between YOU and the Toy Industry Association REFERRING OR RELATING TO MGA's sponsorship of the "Kids' Choice Awards" as alleged in paragraph 97 of the COMPLAINT. |
| 44 | All DOCUMENTS REFERRING OR RELATING TO any attempt by MATTEL to limit the availability or supply of doll hair to MGA or any competitors, at any time since June 2001 as alleged in paragraph 78 of the COMPLAINT. |
| 75 | All DOCUMENTS REFERRING OR RELATING TO whether MATTEL is funding, contributing to, or reimbursing the fees, costs or expenses incurred in connection with any lawsuit involving MGA, to which MATTEL is not a party. |
| 453 | All DOCUMENTS REFERRING OR RELATING TO YOUR attempts or efforts to interfere with MGA's ability to produce ADVERTISEMENTS, including, without limitation, efforts to hire the same actresses who appeared in MGA's ADVERTISEMENTS for "BRATZ" and efforts to hire the same crew members uses by MGA for its ADVERTISEMENTS for "BRATZ." |
| 456 | All DOCUMENTS REFERRING OR RELATING to any agreements between YOU and any other person or entity (including, but not limited to, Margo Eldridge, Eldridge Inc., Andy Gallerani, Mohr-Gallerani & More Films, Charlotte Broussard or her company Beyond, A Production Company (a/k/a Beyond Production)) which provide that such person or entity shall not work for or on behalf of MGA. |
| 457 | All DOCUMENTS REFERRING OR RELATING to any requests, directions or suggestions by YOU that any other person or entity (including, but not limited to, Margo Eldridge, Eldridge Inc., Andy Gallerani, Mohr-Gallerani & More Films, Charlotte Broussard or her company Beyond, A Production Company (a/k/a Beyond Production)) which provide that such person or entity shall not work for or on behalf of MGA. |
| 458 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, with any buyers, merchandisers, general merchandise managers, retailers, suppliers, licensees, potential licensees, or licensing agents world wide in which YOU made comments about the quality, workmanship, safety, or design features of "BRATZ" or any other MGA products known to YOU. |
| 459 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS with any industry analysts world wide in which YOU made comments about the quality, workmanship, safety, or design features of "BRATZ" or any other MGA products known to YOU. |
| 460 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, with any buyers, merchandisers, general merchandise managers, retailers, suppliers, licensees, potential licensees, or licensing agents world wide in which YOU made comments about the origins or ownership of "BRATZ" or any other MGA products known to YOU. |
| 461 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS with any industry analysts world wide in which YOU made comments about the origins or ownership of "BRATZ" or any other MGA products known to YOU. |
| 462 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such |

| RFP | MGA's Request |
|---|---|
|  | COMMUNICATIONS, with any buyers, merchandisers, general merchandise managers, retailers, suppliers, licensees, potential licensees, or licensing agents world wide in which YOU made comments about the launch or discontinuation of any "BRATZ" product or any other MGA products known to YOU. |
| 463 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS with any industry analysts world wide in which YOU made comments about the launch or discontinuation of any "BRATZ" product or any other MGA products known to YOU. |
| 468 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, with ART ATTACKS (including, without limitation, any of ART ATTACKS' attorneys) regarding MGA, "BRATZ," BRYANT, LARIAN, any litigation between MGA and MATTEL, or any litigation between MGA and ART ATTACKS. |
| 586 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any COMMUNICATION sent by MATTEL to any PERSON asserting, alleging or suggesting that MGA's advertising or promotional materials are false or misleading. (The relevant time frame for this request is from January 1, 2001 to the present). |
| 588 | All DOCUMENTS or COMMUNICATIONS REFERRING OR RELATING to any assertion, allegation or suggestion by any PERSON (other than the parties in this ACTION) that MATTEL's advertising or promotional materials are false and misleading. (The relevant time frame for this request is from January 1, 2001 to the present). |
| 600 | All DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any COMMUNICATION (including all memos and directives) given by MATTEL to its retail merchandisers, contractors and employees with regard to the conception, design, or marketing of any BRATZ products. |
| 642 | All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO any agreements wherein MATTEL agreed to fund, pay for, contribute to or reimburse any third party for the fees, costs or expenses that third party incurred in connection with the MATTEL LITIGATION. |
| 643 | All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO any agreements wherein MATTEL agreed to fund, pay for, contribute to or reimburse any MATTEL employee or former MATTEL employee for any fees, casts or expenses incurred in connection with the MATTEL LITIGATION. |
| 681 | All COMMUNICATIONS between YOU and/or YOUR counsel, on the one hand, and UBISOFT and/or UBISOFT'S counsel on the other regarding this ACTION. |
| 682 | All DOCUMENTS which YOU and/or YOUR counsel produced or provided to UBISOFT and/or UBISOFT'S counsel. |
| 683 | All DOCUMENTS REFERRING OR RELATING TO MGA or the ACTION which YOU and/or YOUR counsel produced or provided to UBISOFT and/or UBISOFT'S counsel. |
| 684 | All DOCUMENTS REFERRING OR RELATING TO information and DOCUMENTS which YOU and/or YOUR counsel produced or provided to UBISOFT and/or UBISOFT'S counsel. |
| 687 | All DOCUMENTS REFERRING OR RELATING TO any and all telephone conversations between or among YOU and/or YOUR counsel and UBISOFT and/or UBISOFT'S counsel, including but not limited to, notes of such telephone conversations. |
| 688 | All DOCUMENTS REFERRING OR RELATING TO any alliance, agreement or arrangement between YOU and/or YOUR counsel and UBISOFT and/or UBISOFT'S counsel to provide assistance, including monetary assistance, in connection with any litigation against MGA, including but not limited to, the ACTION and the UBISOFT LITIGATION. |
| 690 | All DOCUMENTS REFERRING OR RELATING TO any assistance, guidance, advice or information which YOU and/or YOUR counsel provided to UBISOFT and/or UBISOFT' S counsel in connection with the UBISOFT LITIGATION. |

| RFP | MGA's Request |
|---|---|
| 9059 | |
| 61 | All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther, Richard Dixon, Tim Kiplin [sic], Adrienne Fontanella, Neil Freedman [sic] or Jerry Cleary to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry. organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards mentioning, referring or relating to the BRATZ CONCEPT. |
| 62 | All COMMUNICATIONS from Mr. Eckert, Mr. Bousquette, Sujata Luther, Richard Dixon, Tim Kiplin [sic], Adrienne Fontanella, Neil Freedman [sic]or Jerry Cleary to the public, retailers, the press, consumers, advertisers, media buyer representatives, cable or broadcast television executives, the NPD Group, the Toy Industry Association, any United States governmental unit or agency, any toy industry organization whether foreign, domestic or international, any manufacturing or children's safety compliance or watchdog organization, and any organization, company, agency, entity or person involved in commercial or product safety evaluation, ratings or awards mentioning, referring or relating to the FIRST BRATZ DOLLS. |
| 201 | All COMMUNICATIONS between YOU and any third party mentioning, referring or relating to BRATZ INTELLECTUAL PROPERTY. |
| 202 | All COMMUNICATIONS between YOU and any third party mentioning, referring or relating to the BRATZ CONCEPT. |
| 203 | All COMMUNICATIONS between YOU and any third party mentioning, referring or relating to the FIRST BRATZ DOLLS. |
| 217 | All COMMUNICATIONS between YOU, including YOUR inside and outside counsel, on the one hand and any third-party on the other, referring or relating to this lawsuit, or any non-MATTEL lawsuit, litigation, arbitration or other legal proceeding to which MGA is or was a party. |
| 218 | All COMMUNICATIONS sent to or received from any party to any non-MATTEL lawsuit, litigation, arbitration or other legal proceeding to which MGA is or was party, or any agent or representative of such party, including such party's attorney. |

### C. Requests Relating to MGA's Trade Dress Claim for Wee 3 Friends

| RFP 9049 | MGA's Request |
|---|---|
| 410 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "WEE 3 FRIENDS," including, without limitation, the purpose for which "WEE 3 FRIENDS" products were created. |
| 411 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "WEE 3 FRIENDS" name, products, packaging and themes prior to their release to the public, including but not limited to any design drawings, MARKET RESEARCH and product approval memos. |
| 412 | All DOCUMENTS REFERRING OR RELATING TO any "4-EVER BEST FRIENDS" name, product, theme or packaging as an inspiration or factor in the development of any "WEE 3 FRIENDS" name, product, theme or packaging. |
| 413 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "4-EVER BEST FRIENDS" during the creation, design and development of "WEE 3 FRIENDS." |
| 414 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "4-EVER BEST FRIENDS" and "WEE 3 FRIENDS." |
| 415 | All DOCUMENTS REFERRING OR RELATING TO whether the packaging, products, appearance, names, or themes of "WEE 3 FRIENDS" copy, replicate, or in any way imitate the packaging, products, appearance, names or themes of "4-EVER BEST FRIENDS." |
| 416 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between "WEE 3 FRIENDS" and "4-EVER BEST FRIENDS." |
| 417 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO "WEE 3 FRIENDS." |
| 418 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the design and development of the "WEE 3 FRIENDS" products, packaging, themes and name. |
| 655 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each WEE 3 FRIENDS product, broken down by SKU #, from 2001 to the present. |