UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                Date: April 19, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                   Date:_____  Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Stephanie Mikhail                                   Not Present   
Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER SETTING STATUS CONFERENCE FOR APRIL 20, 2010

       The Court, by its own motion, continues the status conference set for April 20, 2010 from 2:00 p.m. to 5:30 p.m. The relevant parties shall be prepared to discuss all pending discovery motions, in addition to the topics identified in the Court's Minute Order re Ex Parte Application to Strike and Remove from the Docket the Exhibits to Mattel's Proposed Fourth Amended Answer and Counterclaims and for Sanctions.

       The Clerk shall serve this minute order on all parties to the action.