QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING PURSUANT TO THE COURT'S APRIL 20, 2010 ORDER**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:   TBD<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's Order Directing Production For In Camera Review Complete Board Minutes And Presentations, dated April 20, 2010, plaintiff Mattel, Inc. hereby lodges the following:

1. Unredacted versions of all board minutes produced to the MGA Parties in connection with the parties' March 5, 2010 agreement;

2. Copies of all board minutes produced to the MGA Parties, in the form they were produced.

All unredacted versions of board minutes have been submitted for *in camera* review only.

DATED:  April 21, 2010            QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

                                         By /s/ Curran M. Walker
                                           Curran M. Walker
                                           Attorneys for Mattel. Inc.