1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148008)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA  94105
   Tel. (415) 773-5700 / Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Tel. (213) 629-2020 / Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
11 4 Park Plaza, Suite 1600
   Irvine, CA 92614
12 Tel. (949) 567-6700 / Fax: (949) 567-6710

13 Attorneys for MGA Parties

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16                         SOUTHERN DIVISION

17 CARTER BRYANT, an individual,          Case No.  CV 04-9049-DOC (RNBx)
                                          Consolidated with:
18          Plaintiff,                    Case No. CV 04-9059
                                          Case No. CV 05-2727
19          v.
                                          Hon. David O. Carter
20 MATTEL, INC., a Delaware
   corporation,                           MGA ENTERTAINMENT, INC.'S
21                                        NOTICE OF MOTION AND MOTION
            Defendant.                    TO ENFORCE COURT'S JANUARY
22                                        26, 2010 ORDER

23 AND CONSOLIDATED ACTIONS              [Declaration of Thomas S. McConville
                                          filed concurrently herewith]
24
                                          Date:  TBD
25                                        Time:  TBD
                                          Place:  Courtroom 9D
26
                                          **Phase 2**
27                                        Discovery:  TBD
                                          Pre-Trial Conference:  TBD
28                                        Trial Date:  TBD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE THAT, at a date and time to be set by the Court, in the courtroom of The Honorable David O. Carter, located at 411 West Fourth Street, Santa Ana, California, 92701, MGA Entertainment, Inc. ("MGA") will, and hereby does, move the Court for an order compelling Mattel to:

1.     Produce to MGA copies of all video used to construct the compilation video produced at M_0079230, as well as copies of all other video taken of Mr. Ron Brawer subsequent to his departure from Mattel, pursuant to Paragraph 13 of the January 26 Order; and

2.     Produce to MGA all documents referring to or relating to NHB, and submit all documents for *in camera* review that Mattel chooses to withhold on grounds of privilege, pursuant to Paragraph 19 of the January 26 Order.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Thomas S. McConville, all other pleadings and papers on file in this matter, and such further evidence and argument as may be presented at the hearing on this motion.

<u>**Statement of Compliance**</u>

Pursuant to Local Rule 37-1, the parties met and conferred about these deficiencies telephonically on April 13, 2010.  Following the meet and confer, the parties stipulated by e-mail to the following briefing schedule: (1) MGA will file this Motion on April 21, 2010; (2) Mattel's Opposition will be filed no later than 12 p.m. Noon on April 27; (3) MGA's Reply will be filed no later than April 30.

Dated: April 21, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                         By: _____*/s/ Thomas S. McConville*_____
                                             Thomas S. McConville
                                             Attorney for MGA Parties

### MEMORANDUM OF POINTS AND AUTHORITIES

### Preliminary Statement

On January 26, 2010, the Court ordered discovery of certain categories of documents by Mattel, either through production to MGA or through *in camera* review of documents that Mattel is withholding on claims of privilege. [1]  Instead of complying with its clear terms, Mattel circumvented the January 26 Order by either providing for *in camera* review only a *subset* of those documents actually required by the January 26 Order, or by providing for *in camera* review documents that the Court required Mattel to produce to MGA.  Accordingly, Mattel should be immediately ordered to correct these deficiencies and comply with the Court's January 26 Order.

### Background

On January 26, 2010, the Court issued an order pertaining to a number of discovery disputes between Mattel and MGA.  During hearings which took place on January 9 and 10, the parties submitted arguments on nearly thirty pending discovery disputes.  The Court, in its January 26, 2010 Order, issued guidance on a number of these disputes.  This motion focuses on Mattel's failure to comply with Issues No. 13 and 19, relating to, respectively: (1) video footage of Mr. Ron Brawer taken subsequent to his departure from Mattel (*Id*. at 7-8); and (2) documents referring or relating to the term, "NHB" (*Id.* at 10).

On February 17, 2010, Mattel sent a letter to Judge Carter with its *in camera* submission to the Court, pursuant to the January 26 Order.  Declaration of Thomas S. McConville ("McConville Decl."), ¶ 2, Ex. A ("Mattel 2/17/10 Letter").  In this letter, Mattel described what documents it was submitting to the Court for *in camera* review pursuant to various paragraphs of the January 26 Order.  However, with regards to Paragraphs 13 and 19, Mattel failed to comply with the clear

---

[1] Order Re: Discovery Matters, dated January 26, 2010, Docket No. 7434 (hereinafter, the "January 26 Order").

directive of the Court's January 26 Order by either submitting for *in camera* review documents or things that the Court ordered *produced to MGA*, or submitting for *in camera* review only a subset of the documents that the Court ordered submitted.

*First*, Paragraph 13 of the Court's Order required Mattel to produce to MGA "copies of all other video taken of Ron Brawer subsequent to his departure from Mattel." (January 26 Order at 8.) In its letter to the Court, Mattel stated that it was instead submitting "*in camera* video of Ron Brawer taken subsequent to his departure from Mattel". Mattel 2/17/10 Letter at 3. During the January proceedings which resulted in the issuance of the January 26 Order, Mattel raised the issue of work product concerning the Brawer video. The January 26 Order, however, does not request that the video be submitted *in camera* to assist the court in assessing Mattel's work product claims. Therefore, Mattel's *in camera* submission of this video ignores the clear language of the January 26 Order, which states that Mattel should produce these copies to MGA by February 2, 2010, not submit these for *in camera* review over two weeks later.

*Second*, Paragraph 19 of the Court's Order specifically required Mattel to submit for *in camera* review any document referring or relating to NHB that it was withholding from production on grounds of privilege. (January 26 Order at 10.) In response, Mattel stated that it was submitting for *in camera* review "all documents on Mattel's privilege log referring or relating to NHB dated up through April 27, 2004." Mattel 2/17/10 Letter at 3. (emphasis added). The January 26 Order did not confine this review to just documents contained on Mattel's privilege log; in fact, the text of the January 26 Order clearly states "all documents referring or relating to NHB" as the larger set, and "any document" that Mattel is withholding on grounds of privilege as the set to be reviewed *in camera* by the Court.[2]

---

[2] Mattel's counsel confirmed during the meet and confer of April 13, 2010, that it has not provided all Brawer video to MGA, and that it has only submitted *in camera* the privileged NHB documents through April 27, 2004, and nothing beyond that date.

1    As a result, Mattel should be compelled to follow the Court's Order strictly

2    and immediately correct its deficient submission and production.

3                                    **Argument**

4         The January 26 Order could not have been more clear with regards to two

5    issues: first, what Mattel was expected to produce to MGA, and second, what

6    Mattel was required to submit to the Court for *in camera* review.  However, Mattel,

7    in its February 17 letter to the Court, describes that it is only complying with a

8    portion of the Court's January 26 Order.  Mattel has circumvented the Court's

9    January 26 Order by attempting to submit documents for *in camera* review that the

10   Court had ordered to be produced, and by only submitting a subset of those

11   documents for *in camera* review that the Court had ordered submitted in full, as

12   detailed above.

13        Indeed, Mattel's disregard for the January 26 Order in this instance seems at

14   odds with its strident position it has taken in its recently-filed *Ex Parte* Application

15   for an Order to Show Cause regarding Omni 808's alleged failure and refusal to

16   comply with the Court's February 12, 2010 order. [3]  While Mattel sought sanctions

17   against Omni 808 for its *in camera* submission, MGA simply seeks another order of

18   the Court directing Mattel to comply immediately.

19

20                                  **CONCLUSION**

21        For the foregoing reasons, MGA respectfully requests that its motion to

22   enforce Mattel's compliance with the January 26, 2010 Order be granted.

23

24

25

26

27   _____
     [3] *See Mattel, Inc.'s Ex Parte Application For An Order To Show Cause Re: Omni*
28   *808's Failure To Comply With The Court's February 12, 2010 Order*, dated March 8, 2010, Docket No. 7622.

1
2

Dated:  April 21, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

3

By:  _____ */s/ Thomas S. McConville* _____

4

Thomas S. McConville
Attorneys for MGA Parties

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -