MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA ENTERTAINMENT, INC.'S MOTION TO ENFORCE COURT'S JANUARY 26, 2010 ORDER**<br><br>**Phase 2**<br>Discovery Cutoff:   None Set<br>Pretrial Conference: None Set<br>Trial Date:        None Set |

1    The Court, having considered MGA's Motion to Enforce the Court's January
2    26, 2010 Order, and any opposition thereto, HEREBY ORDERS Mattel to:
3    1. Produce to MGA copies of all video used to construct the compilation
4    video produced at M_0079230, as well as copies of all other video taken of Mr.
5    Ron Brawer subsequent to his departure from Mattel; and
6    2. Produce to MGA all documents referring to or relating to NHB, and
7    submit all documents for *in camera* review that Mattel chooses to withhold on
8    grounds of privilege.
9    3.    This production shall be completed on or before May 7, 2010.

**IT IS SO ORDERED.**

Dated: _____, 2010

David O. Carter
United States District Judge