1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

| | |
|---|---|
| 11  MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 12 | Consolidated with |
| 13              Plaintiff, | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 14         vs. | Hon. David O. Carter |
| 15  MGA ENTERTAINMENT, INC., a California corporation, et al. | **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 3** |
| 16              Defendant. | **TO THE DECLARATION OF MARSHALL M. SEARCY III IN** |
| 17 | **SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA** |
| 18  AND CONSOLIDATED ACTIONS | **ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION TO COMPEL** |
| 19 | **PRODUCTION OF COMPLETE BOARD MINUTES AND** |
| 20 | **PRESENTATIONS WITH REDACTIONS ONLY FOR** |
| 21 | **ATTORNEY-CLIENT PRIVILEGE** |

22

23

24

25

26

27

28

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 1 and 3 to the Declaration of Marshall M. Searcy III In Support Of Mattel, Inc.'s Opposition To MGA Entertainment, Inc.'s *Ex Parte* Application To Compel Production Of Complete Board Minutes And Presentations With Redactions Only For Attorney-Client Privilege (the "Exhibits"),

IT IS HEREBY ORDERED:

The Exhibits are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: April 16     . 2010

*David O. Carter*

Hon. David O. Carter
United States District Judge

00505.07975/3447594.1

[PROPOSED] ORDER