```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443 3000
 6  Facsimile:  (213) 443 3100

 7  Attorneys for Mattel, Inc.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant. | [~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO COMPEL RE DEPOSITION OF ISAAC LARIAN |
| AND CONSOLIDATED ACTIONS | |

[PROPOSED] ORDER

[PROPOSED] ORDER

Because the content of Mattel, Inc.'s Motion Re the Deposition of Isaac Larian (the "Motion") will include material that the MGA Parties have designated "Confidential - Attorney's Eyes Only" pursuant to the Protective Order,

IT IS HEREBY ORDERED:

The Motion is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APRIL 16, 2010

_/s/ David O. Carter_
Hon. David O. Carter
United States District Judge