1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
4  wparker@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
5  The Orrick Building, 405 Howard Street
   San Francisco, CA 94105
6  Tel. (415) 773-5700/ Fax: (415) 773-5759

7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
10 Los Angeles, CA 90017
   Tel. (213) 629-2020/Fax: (213) 612-2499
11
12 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
14 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
15 Attorneys for MGA Parties

16

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER RE SEALING OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL RE DEPOSITION OF ISAAC LARIAN** |
| AND CONSOLIDATED ACTIONS | |

## ORDER

IT IS HEREBY ORDERED that:

MGA Parties' Opposition to Mattel's Motion to Compel re Deposition of Isaac Larian shall be filed under seal.

DATED: April 20, 2010

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge