1  MELINDA HAAG (Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
8  WILLIAM A. MOLINSKI (Bar No. 145186)
   wmolinski@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
10 Los Angeles, CA  90017
   Telephone:  +1-213-629-2020
11 Facsimile:   +1-213-612-2499

12 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
14 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

15 Attorneys for the MGA Parties for Phase 2

16                 UNITED STATES DISTRICT COURT

17                 CENTRAL DISTRICT OF CALIFORNIA

18                       SOUTHERN DIVISION

| | |
|---|---|
| 19  CARTER BRYANT, an individual | CASE NO.   CV 04-9049 DOC (RNBx) |
| 20            Plaintiff, | Consolidated with Case No.  CV 04-09059 and Case No.  CV 05-02727 |
| 21        v. | Honorable David O. Carter |
| 22  MATTEL, INC., a Delaware corporation, | **MGA ENTERTAINMENT, INC.'S REPORT REGARDING STATUS OF LARIAN HARD DRIVE INSPECTION** |
| 23 | |
| 24            Defendant. | |
| 25  AND CONSOLIDATED CASES | |
| 26 | |
| 27 | |
| 28 | |

The MGA Parties hereby respond to paragraph 4 of the Court's Order of April 10, 2010 (Docket No. 7709) regarding the status of the spoliation analysis currently being conducted on Isaac Larian's hard drives.

1.  On December 15, 2009, Mattel's forensic consultant provided a list files that it claims were deleted from Mr. Larian's hard drives (the "deleted file list").

2.  On April 20, 2010, Mattel's forensic consultant confirmed that the deleted file list was complete.

3.  MGA's forensic consultant is now in the process of analyzing the deleted file list, identifying the files that rebut Mattel's spoliation claims, and collecting appropriate responsive information.  MGA's forensic consultant estimates that it will complete its rebuttal analysis on April 23, 2010.

4.  Once MGA's forensic expert completes its rebuttal analysis, MGA will review the potentially responsive files for privilege, privacy and relevance, and then produce the remainder of the documents to Mattel for validation.

5.  MGA has requested that, in accordance with the May 2008 protocol, that Mattel supply keywords for the purpose of conducting the relevance determination.  Mattel has refused to supply such keywords.  If there is a need for further intervention by the Court on this point, the parties will engage in further meet and confer and make a further report once MGA's review is complete and the potential volume of materials in dispute is known.  If the Court prefers, MGA can also provide anything it screens from validation based on privilege/privacy/relevance to the Court (or Discovery Master O'Brien or E-Discovery Master Smith) for review.

6.  MGA cannot presently confirm the exact date by which it will complete its privilege/privacy/relevance review because the total number of rebuttal files to be identified by MGA's forensic consultant is presently unknown, and will not be known until MGA's forensic consultant completes its analysis on or before

1   April 23, 2010.  MGA will meet and confer with Mattel and make a further report

2   to the Court next week regarding the deadline for completion of its

3   privilege/privacy/relevance review.

4

5

6   Dated:  April 21, 2010               ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8                                                   */s/ Annette L. Hurst*
                                        _____
9                                              Annette L. Hurst
                                           Attorneys for the MGA Parties
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28