Name & Address:
Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Tel: (213) 629-7400; Fax: (213) 629-7401
DISCOVERY MASTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
PHASE 2 DISCOVERY MATTER ORDER NO. 94 REGARDING IN CAMERA REVIEW OF MATTEL DOCUMENTS ASSERTED TO BE PRIVILEGED PURSUANT TO ORDER NO. 86

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4. Documents to be excluded, (h)]
☒ Other

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| | |
|---|---|
| April 22, 2010<br>Date | /s/ Robert C. O'Brien<br>Attorney Name<br>Discovery Master<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                **NOTICE OF MANUAL FILING**