**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                                                  Date: April 22, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                        Date:_____  Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Stephanie Mikhail                                                         Not Present
   Courtroom Clerk                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                 NONE PRESENT

PROCEEDING (IN CHAMBERS):   ORDER DISCHARGING ORDER TO SHOW CAUSE RE PRODUCTION OF MGA MEXICO 30(B)(6) DESIGNEE NOT SUBJECT TO PROTECTIVE ORDER; DIRECTING MGA MEXICO 30(B)(6) DESIGNEE SUSANA KUMMERLE TO APPEAR FOR DEPOSITION IN SANTA ANA ON OR BEFORE MAY 3, 2010

      Before the Court is Mattel, Inc. ("Mattel")'s Motion to Enforce Court's February 25, 2010 Order and to Compel MGA Mexico to Provide Properly Prepared 30(b)(6) Witness (the "Motion"). Also before the Court are the parties' responses to the March 31, 2010 Order to Show Cause (OSC) as to why MGA Mexico should not be ordered to produce a 30(b)(6) designee not subject to the protective order. After considering the moving, opposing, and replying papers as to the Motion, as well as the responses submitted to the OSC, the Court ORDERS that Susana Kummerle re-appear for deposition in Santa Ana, CA on or before May 3, 2010 and provide responsive testimony as to the purported appearance of Mattel trade secret documents in MGA Mexico's offices. Ms. Kummerle shall not be bound by the Stipulated Protective Order.

      The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                                   Initials of Deputy Clerk sdm
CIVIL - GEN                                                                                                    Page 1 of 1