# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                                    Date: April 22, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                             Date:_____ Deputy Clerk: _____

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

  <u>Stephanie Mikhail</u>                                <u>Not Present</u>
Courtroom Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                              NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER COMPELLING PRODUCTION OF CERTAIN PORTIONS OF MATTEL'S BOARD MINUTES AND PRESENTATIONS

       Before the Court is MGA Entertainment, Inc. and Isaac Larian (collectively "MGA")'s *ex parte* Application to Compel Production of Complete Board Minutes and Presentations with Redactions only for Attorney-Client Privilege (the "Application"). The Application encompasses Mattel, Inc. ("Mattel")'s minutes of Board of Director meetings between May 15, 2000 and August 28, 2009. Mattel previously produced heavily redacted versions of these board minutes on the grounds that: (1) much of the information contained therein was irrelevant; (2) much of the information contained therein was protected by the attorney-client privilege; and (3) much of the information contained therein was sensitive financials and competitive information not suitable for disclosure. On April 20, 2010, the Court ordered Mattel, Inc. ("Mattel") to produce for the Court's *in camera* review unredacted versions of the board minutes produced to MGA.

       The Court having reviewed the unredacted board minutes produced by Mattel, hereby ORDERS that the portions of the board minutes identified below and marked by Bates Number, shall

be produced to MGA on or before April 22, 2010 at 10:00 p.m. PST to permit MGA adequate time to prepare for the April 27, 2010 deposition of Mr. Robert Eckert, Chief Executive Officer of Mattel.[1] The disclosures identified in the instant Order shall be marked Confidential and Attorneys' Eyes Only pursuant to the Stipulated Protective Order, though such restrictions shall not apply for the limited purpose of questioning Eckert at the April 23, 2010 deposition. The documents are relevant to Mattel's claimed loss of opportunity claims and Mattel's claimed loss profits claims.

Mattel shall, on or before April 23, 2010 at 7:00 a.m. PST, produce to MGA all presentation materials, including memoranda, outlines, and visual presentations, associated with the portions of the board minutes already produced to MGA or produced to MGA pursuant to the instant Order.[2] Mattel shall, on or before April 23, 2010 at 12:00 p.m. PST, produce for the Court's *in camera* review the portion of document MATQEPD00042542 that was impermissibly redacted from the copy of the document delivered to the Court on April 21, 2010 for its *in camera* review. All Bates Numbers identified below are designated by the prefix "MATQEPD."

1. 00042492: From "At Mr. Eckert's request" to "full year update."

2. 00042513: From "Mr. Farr then" to "interactive media."

3. 00042515: From "Mr. Eckert then" to "this presentation." Mattel may redact portions of the referenced presentation to exclude discussion of matters irrelevant to the instant litigation. Mattel shall exercise its discretion with care when making such redactions.

4. 00031536: From "Mr. Farr distributed" to "second quarter forecast."

5. 00042598: From "Mr. Farr distributed" to "third quarter forecast."

---

[1] To the extent that certain portions of the board minutes identified by the instant Order have already been produced to MGA by Mattel, the Court ORDERS, in an abundance of caution, that Mattel shall nonetheless re-produce these portions to MGA by the April 22, 2010 10:00 p.m. PST deadline.

[2] Such documents may be redacted on privilege and relevance grounds, especially to the extent that such presentations encompass opportunities and ventures not at issue in the instant litigation – *e.g.*, the Fisher Price line and the Disney line. The documents concerning international business opportunities may be redacted to the extent that Mattel's claims for lost profits abroad are so constrained and to the extent that the business opportunities discussed do not relate to any of the product lines at issue in the instant lawsuit. The instant Order does not affect Mattel's ability to instruct the witness during the April 27, 2010 deposition.

6. 00042668: From "Mr. Farr distributed" to "second quarter forecast."

7. 00042744: From "Mr. Farr distributed" to "of the results."

8. 00042746: From "At Mr. Eckert's request" to "Mr. Stockton's remarks."

9. 00020590: From "Mr. Farr distributed" to "of the results."

10. 00038955: From "Mr. Farr reviewed" to "Mr. Farr's remarks."

11. 00038956: From "Mr. Eckert then" to "Mr. Stockton's remarks."

12. 00041880: From "Mr. Farr distributed" to "full year forecast."

13. 00041421: From "At Mr. Eckert's request" to "results and the forecast."

14. 00041422: From "At Mr. Eckert's invitation" to "competitors be added to the scorecard."

15. 00000786: From "At Mr. Eckert's invitation" to "Mr. Farr's remarks."

16. 00001119: From "Mr. Eckert asked" to "Mr. Farr's remarks."

17. 00026791: From "At Mr. Eckert's request" to "Mr. Farr's remarks" and from "The directors then" to "a discuss ensued."

18. 00027638: From "Mr. Farr distributed" to "full year forecast."

19. 00029183: From "At Mr. Eckert's request" to "and the forecasts," and from "Mr. Eckert then" to "followed by a discussion."

20. 00035983: From "Mr. Eckert invited" to "Mr. Farr's remarks."

21. 00023547: From "At Mr. Eckert's request" to "The"

22. 00023548: From "directors discussed various" to "A discussion ensued."

23. 00009376: From "Mr. Eckert invited" to "Mr. Farr's remarks"

21. 00036679: From "At Mr. Eckert's request" to "Mr. Farr's remarks."

22. 00008853: From "At Mr. Eckert's invitation" to "and full year."

23. 00025069: From "At Mr. Eckert's request" to "Mr. Farr's remarks."

24. 00014807: From "At Mr. Eckert's request" to "A discussed ensued."

25. 00014072: From "Mr. Eckert invited" to "were followed by discussion."

26. 00016533: From "Mr. Eckert invited" to "full-year plan for 2007."

27. 00006844: Only the words "recall of certain Polly Pocket products"

28. 00007479: From "At Mr. Eckert's invitation" to "and full year."

29. 00008653: From "Mr. Eckert then" to "questions from Board members."

30. 00008076: From "At Mr. Eckert's request" to "Mr. Farr's remarks."

31. 00008077: From "At Mr. Eckert's invitation" to "Mr. Stockton's remarks."

32. 00013842: From "At Mr. Eckert's request" to "A discussion ensued."

33. 00011875: From "Mr. Eckert invited" to "followed Mr. Farr's remarks."

34. 00011456: From "At Mr. Eckert's invitation" to "were followed by discussion."

35. 00017317: From "At Mr. Eckert's invitation" to "for the full year."

36. 00021517: From "At Mr. Eckert's invitation" to "followed by discussion."

The Clerk shall serve this minute order on all parties to the action.