Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**ORDER NO. 95, REGARDING:**<br><br>***IN CAMERA* REVIEW OF MGA'S DOCUMENTS PURSUANT TO ORDER NO. 86** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 95
[Case No. CV 04-09049 DOC (RNBx)]

Both MGA and Mattel have asserted that the other has improperly designated and withheld as privileged certain documents (the "Challenged Documents").  On or about January 10, 2010, the parties identified the Challenged Documents by providing the Discovery Master with a copy of the other's privilege log(s) highlighted to identify each Challenged Document.

On or about February 22, 2010, I issued Order No. 93 which permitted Mattel to "submit one or more declarations . . . to 'explain certain facts supporting Mattel's assertions of privilege and work product' as referenced on p. 2 of Mattel's February 2, 2010 response to the MGA Brief."  I then relied on the declarations Mattel submitted as part of my *in camera* review.  (*See* Order No. 94, pp. 5 and 6).

To assist in my *in camera* review of MGA's documents and in accordance with due process, I find that MGA may also submit one or more declarations to supports its privilege claims, including, but not limited to, evidence demonstrating that certain third parties (e.g., Bandai, Deloitte & Touche, Endemol UK, Argentrade, etc.) acted as its agent in fact and are the functional equivalent of an employee for purposes of determining privilege issues.  Any such declarations shall be filed no later than April 30, 2010.

Dated:  April 23, 2010

By: /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 95
[Case No. CV 04-09049 DOC (RNBx)]