1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  415-773-5700
   Facsimile:   415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  213-629-2020
   Facsimile:   213-612-2499
11
   THOMAS S. MCCONVILLE (State Bar No. 155905)
12 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
14 Tel: (949) 567-6700/Fax: (949) 567-6710

15 Attorneys for MGA Parties

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                   SOUTHERN DIVISION

19

| | |
|---|---|
| 20  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 21          Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| 22          v. | |
| 23  MATTEL, INC., a Delaware<br>corporation, | STIPULATION AND [PROPOSED]<br>ORDER FOR BRIEFING SCHEDULE<br>ON MOTIONS REGARDING<br>MATTEL'S FOURTH AMENDED<br>ANSWER AND COUNTERCLAIMS |
| 24          Defendant. | |
| 25 | |
| 26  AND CONSOLIDATED ACTIONS | |
| 27 | Judge:  Hon. David O. Carter |

28

**STIPULATION**

WHEREAS, the current response date for the existing Counter-Defendants to Mattel's Fourth Amended Answer and Counterclaims ("FAAC") is April 26, 2010;

WHEREAS, IGWT 826 Investments LLC ("IGWT 826) and Omni 808 Investors LLC ("Omni 808") contend that the response date of the new counter-defendants to Mattel's FAAC is 21 days from service of the summons, or approximately May 3, 2010;

WHEREAS, the MGA Parties, IGWT 826 and Omni 808 all intend to file motions attacking the FAAC;

WHEREAS, Counter-Defendant Gustavo Machado may file or seek to join in one or more of the motions directed to the FAAC;

WHEREAS, the MGA Parties have also informed Mattel that they intend to file motions for summary adjudication at the same time as their pleading motions;

WHEREAS, the MGA Parties have also informed Mattel that the scope of their combined pleading and summary adjudication motions is likely to encompass every claim;

WHEREAS, Mattel also intends to file a motion regarding the scope of the FAAC with respect to Bratz trade secret claims;

WHEREAS, all parties agree that it makes the most sense to have all of these motions concerning the FAAC heard at the same time, and Counter-Defendants agree that they shall not urge the incremental additional three weeks of time under this stipulation for Mattel to file its motion regarding the status of a claim for misappropriation of Bratz-related trade secrets as a basis for undue delay;

WHEREAS, all parties agree that the execution of this stipulation shall not be construed as a waiver by any other party of any right or argument concerning the motions contemplated herein, including without limitation any argument Mattel may assert concerning the application of Rule 56(f) or any response the MGA Parties may have to any such argument regarding the application of Rule 56(f);

1

2        WHEREAS, lead counsel have conferred with one another regarding their

3   availability for a hearing date on such motions and have agreed upon a date upon

    which all counsel are available should such date be acceptable to the Court; and

4        WHEREAS, all parties agree that a unified briefing and hearing schedule to

5   accommodate all contemplated motions concerning the FAAC is desirable, that

6   given the scope of the contemplated motions a schedule deviating from that

7   provided by the FRCP and Local Rules is necessary and appropriate, and that the

8   proposed schedule will promote the efficient use of the resources by the parties and

9   the Court;

10       THEREFORE, it is hereby stipulated and agreed as follows:

11

12       1.   The parties will file the motions referenced here on May 14, 2010;

13       2.   All oppositions to the motions will be filed by June 4, 2010;

14       3.   The replies, if any, to such motions will be filed by June 14, 2010;

15       4.   The hearing on the motions shall be set for June 30, 2010 at 10:00 a.m.

16

17       **IT IS SO STIPULATED.**

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONCERNING BRIEFING ON MATTEL'S
FOURTH AMENDED ANSWER AND COUNTERCLAIMS
CV-04-9049 DOC (RNBx)

1   Dated:  April 26, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                                        _____ */s/ Annette L. Hurst*_____
                                            Annette L. Hurst
4                                   Attorneys for MGA ENTERTAINMENT, INC.,
                                    MGA ENTERTAINMENT HK, LTD., MGA de
5                                   MEXICO, S.R.L. de C.V., ISAAC LARIAN and
                                          IGWT 826 Investments LLC
6

7   Dated:  April 26, 2010          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
8

9
                                        _____ */s/ B. Dylan Proctor*_____
10                                            B. Dylan Proctor
                                    Attorneys for Mattel, Inc. and Mattel de Mexico,
11                                            S.A. de C.V.

12

13  Dated:  April 26, 2010          SCHEPER KIM & OVERLAND LLP

14

15                                       */s/ Alexander H. Cote*_
                                          Alexander H. Cote
16                                  Attorneys for Gustavo Machado

17

18  Dated:  April 26, 2010          BINGHAM MCCUTCHEN LLP

19

20                                       _*/s/ Peter N. Villar*_
                                            Peter N. Villar
21                                  Attorneys for Omni 808 Investors LLC

22

23

24

25

26

27

28

                                        - 3 -          STIPULATION CONCERNING BRIEFING ON MATTEL'S
                                                       FOURTH AMENDED ANSWER AND COUNTERCLAIMS
                                                       CV-04-9049 DOC (RNBx)