MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>[PROPOSED] ORDER ON STIPULATION CONCERNING BRIEFING SCHEDULE FOR MOTIONS DIRECTED TO MATTEL'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS |
| AND CONSOLIDATED ACTIONS | |
| | Judge: Hon. David O. Carter |

Based on the stipulation of the parties related to briefing on motions concerning Mattel's Fourth Amended Answer and Counterclaims, the Court ORDERS the following briefing schedule:

1. The parties will file their respective motions referenced in the Stipulation on May 14, 2010;

2. All oppositions to the motions will be filed by June 4, 2010;

3. The replies, if any, to such motions will be filed by June 14, 2010;

4. The hearing on the motions shall be set for June 30, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2010

Honorable David O. Carter
United States District Judge