Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
MICHAEL D. MORTENSON (SBN 247758)
michael.mortenson@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Counter-Defendant
OMNI 808 INVESTORS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**OMNI 808 INVESTORS, LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MATTEL, INC.'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS**<br><br>**Phase 2**:<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

A/73364193.1/3009108-0000337036

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19 Omni 808 Investors, LLC ("Omni") hereby applies *ex parte* for an order granting Omni a brief seven-day extension of time to respond to Mattel, Inc.'s ("Mattel") Fourth Amended Answer and Counterclaims ("FAAC"). Specifically, Omni requests that its deadline be extended from May 3, 2010 to May 10, 2010. Good cause exists for granting this Application.

### NOTICE OF EX PARTE APPLICATION (L.R. 7-19.1)

Pursuant to Local Rule 7-19.1, on April 27 and 28, 2010, counsel for Omni notified counsel for MGA, Annette Hurst of Orrick, Herrington & Sutcliffe LLP (telephone: 415-773-5700; address: 405 Howard Street San Francisco, CA 94105-2669) and counsel for Mattel, Dylan Proctor of Quinn Emanuel Urquhart Oliver & Hedges, LLP (telephone: 213-443-3000; address: 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543) of its intent to file this Application. Omni's counsel could not reach Mr. Proctor or Ms. Hurst prior to filing this Application.

### MEMORANDUM OF POINTS AND AUTHORITIES

Good cause exists to seek this relief on an *ex parte* basis. Omni was only recently added as a defendant to this six year old case on April 12, 2010. Mattel's Fourth Amended Answer and Counterclaims, including exhibits, is more than 800 pages and contains sixteen separate claims. Mattel asserts complex claims against Omni for civil RICO conspiracy, fraudulent transfers and declaratory relief. Mattel's claims against Omni are tied to complex legal and factual allegations surrounding events and circumstances dating back to the 1990s, which involve numerous individuals and millions of pages of documentary evidence.

Furthermore, many of Mattel's claims are intertwined with allegations that relate the Phase 1 trial, to which Omni was neither a witness nor a party.

In response to the FAAC, Omni intends to file a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) to challenge the sufficiency of Mattel's RICO and fraudulent transfer claims. Omni is in the process of analyzing the complex factual and legal allegations and analyzing the arguments for the anticipated motion to dismiss.

Additionally, the circumstances in which Omni was added as party justify the brief one week extension that Omni respectfully requests. Mattel has been conducting discovery against Omni since January 2009. Mattel first proposed the filing of its FAAC in August 2009. In November 2009, the Court ordered the motion for leave to amend off calendar and informed Mattel that it would be entitled to conduct discovery and then be afforded one final opportunity to amend. The original deadline for Mattel's motion for leave was March 15, 2010, but the Court ultimately granted Mattel an extension until March 26, 2010. Thus, Mattel has had over one year to attempt to refine its claims against Omni, and it was granted the brief extension that it requested to file its Motion for Leave in March 2010. Omni has been provided only 21 days to respond to Mattel's complex allegations. Omni merely requests a one-week extension until May 10, 2010 to respond to Mattel's FAAC.

Finally, granting Omni a brief one-week extension to respond to the FAAC will not delay the litigation in this case. Mattel has been given approximately one year to conduct discovery into the Omni-Wachovia transaction, which resulted in the complete restructuring of its claims and the inclusion of several new claims and parties. Omni simply requests a brief one-week extension to respond to these claims. Given the fact that the Mattel and MGA have been litigating this case for approximately six years, granting a one week extension to Omni, as a new party,

1  will not cause any additional delay to this litigation and certainly will not prejudice
2  any of the other parties.
3       Accordingly, because good cause exists, Omni respectfully requests that the
4  Court issue an order granting Omni an extension of time until May 10, 2010 to
5  respond to the FAAC.
6  DATED: April 28, 2010         Bingham McCutchen LLP

8                                        By: /s/ Todd E. Gordinier
9                                              Todd E. Gordinier
                                              Attorneys for Counter-Defendant
10                                               OMNI 808 INVESTORS, LLC