Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
MICHAEL D. MORTENSON (SBN 247758)
michael.mortenson@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:  714.830.0700

Attorneys for Counter-Defendant
OMNI 808 INVESTORS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon.  David O. Carter<br><br>**[PROPOSED] ORDER GRANTING OMNI 808 INVESTORS, LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MATTEL, INC.'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS**<br><br>**Phase 2**:<br>Discovery Cut-off:	TBD<br>Pre-trial Conference:	TBD<br>Trial Date:	TBD |

A/73364209.1/3009108-0000337036

1  Omni 808 Investors, LLC has applied *ex parte* for an order extending time to
2  file its response to Mattel, Inc.'s Fourth Amended Answer and Counterclaims by
3  seven days, from May 3, 2010 to May 10, 2010.  This Court has reviewed all
4  papers in support or in opposition to the Application, and finds good cause for
5  granting the requested relief.
6  **IT IS HEREBY ORDERED** that Omni 808 Investors, LLC's time to
7  respond to Mattel, Inc.'s Fourth Amended Answer and Counterclaims shall be
8  extended by seven days from May 3, 2010 to May 10, 2010.

DATED:_____   By:_____
                              HON. JUDGE DAVID O. CARTER

A/73364209.1/3009108-0000337036           - 1 -