QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>           Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S RESPONSE TO OMNI 808 INVESTORS, LLC'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO MATTEL, INC.'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Hearing Date:    TBD<br>Time:            TBD<br>Place:           Ctrm. 9D<br><br>**Phase 2:**<br>Discovery Cut-off:      TBD<br>Pre-trial Conference:   TBD<br>Trial Date:             TBD |

00505.07975/3474037.1

MATTEL'S RESPONSE TO OMNI 808'S *EX PARTE* APPLICATION

Mattel submits this response to Omni 808's *Ex Parte* Application to correct Omni 808's statements regarding the current deadline for its response to the FAAC. Mattel defers to the Court as to the scheduling of any responses to Mattel's FAAC now that the deadline for such responses under the Rules has passed. However, as with MGA, Omni808's request is *nunc pro tunc*—the deadline for Omni 808's response has already passed.

In its Application, Omni 808 claims that the current deadline for its response to the FAAC is May 3, 2010. But Rule 15(a) makes clear that when, as here, an amended pleading is served after the 21-day response time for the original complaint, the time to respond is 14 days.[1] The Supreme Court has expressly held that this 14-day deadline applies to newly added parties such as Omni 808. Nelson v. Adams USA, Inc., 529 U.S. 460, 466 (2000) ("When a court grants leave to amend to add an adverse party after the time for responding to the original pleading has lapsed, *the party so added is given '10 days after service of the amended pleading' to plead in response.*"). By amendment, Rule 15(a) now provides 14 days, rather than 10, for that response.

Mattel served Omni 808 with the FAAC on April 13, 2010. Thus, Omni 808's deadline to respond, as MGA's, was 14 days later—that is, April 27, 2010. Mattel defers to the Court regarding whether any extensions *nunc pro tunc* should be granted.

Respectfully submitted,

DATED: April 28, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.

---

[1] Rule 15(a) provides that absent court order, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."