**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                              Date: April 27, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                       Date:_____   Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Stephanie Mikhail                                   Not Present
Courtroom Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                       NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DENYING STIPULATION FOR BRIEFING SCHEDULE ON MOTIONS REGARDING MATTEL'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS

      Before the Court is the parties Stipulation for Briefing Schedule on Motions Regarding Mattel's Fourth Amended Answer and Counterclaims (the "Stipulation"). By the Stipulation, the parties inform the Court of the following: (1) MGA Entertainment, Inc., Isaac Larian, and IGWT 826's intent to file "motions attacking the FAAC" and "motions for summary adjudication"; (2) Mattel's intent to file a motion "regarding the scope of the FAAC with respect to Bratz trade secret claims"; (3) Omni 808 Investors LLC's intent to file a motion "attacking the FAAC"; and (4) Gustavo Machado's intent to join in one or more of the aforementioned motions. The parties further request that the Court grant a "briefing schedule" for the motions at issue, with a consolidated hearing for June 30, 2010.

      While the Court has encouraged agreements between the parties, the instant Stipulation is impermissibly vague and an improper attempt by the parties to circumvent the Federal Rules of Civil Procedure and Local Rules. The parties argue that "given the scope of the contemplated motions a

schedule deviating from that provided by the FRCP and Local Rules is necessary and appropriate." But the parties' description of the "scope of the contemplated motions" lacks specificity and, indeed, based on the limited information provided by the parties, the Court disagrees that any deviation from the Federal Rules of Civil Procedure and/or the Local Rules is necessary. To the contrary, the parties' proposed schedule appears to result in undue delay to the progress of the litigation.

       For the foregoing reasons, the Stipulation is DENIED.

       The Clerk shall serve this minute order on all parties to the action.