| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>John B. Quinn (Bar No. 090378)<br>(johnquinn@quinnemanuel.com)<br>Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com)<br>Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 | |

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>          Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF MATTEL'S MOTION TO COMPEL MGA, ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

00505.07975/3460895.1

NOTICE OF LODGING

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2 RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's request at the
3 March 6, 2010, hearing plaintiff Mattel, Inc. hereby lodges the following:
4    1.    The deposition transcript of Ron Brawer, MGA's 30(b)(6) designee,
5         dated March 24, 2010;
6    2.    The deposition transcript of Sam Khare, MGA's 30(b)(6) designee,
7         dated March 25, 2010;
8    3.    The deposition transcript of John Woolard, MGA's 30(b)(6) designee,
9         dated March 26, 2010; and
10    4.    The deposition transcript of Steve Schultz, MGA's 30(b)(6) designee,
11         dated March 26, 2010.

DATED: April 27, 2010          QUINN EMANUEL URQUHART OLIVER &
                               HEDGES. LLP


                               By /s/ Michael T. Zeller
                                  Michael T. Zeller
                                  Attorneys for Mattel, Inc.

00505.07975/3460895.1

-1-

NOTICE OF LODGING