MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUED DEPOSITION OF SUSANA KUEMMERLE**<br><br>Judge: Hon. David O. Carter |

## STIPULATION

WHEREAS, on April 22, 2010, the Court entered an Order directing Ms. Susana Kuemmerle to re-appear for deposition in Santa Ana, California on or before May 3, 2010 as MGA Mexico's Rule 30(b)(6) designee; and

WHEREAS, due to the schedules of counsel and the witness, including both counsel for MGA and Mattel being committed to the deposition of Keith Storie on April 29 through April 30, 2010, and the witness being out of the country until April 26, 2010, the parties have agreed to continue the deposition to May 5, 2010;

NOW THEREFORE, subject to the Court's approval, the MGA Parties, Mattel, and Mr. Machado hereby stipulate and agree that Ms. Kuemmerle's deposition shall begin in Santa Ana, California, on May 5, 2010.

**IT IS SO STIPULATED.**

Dated: April 28, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ William Molinski*
William Molinski
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

Dated: April 28, 2010    QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Jon Corey*
Jon Corey
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

Dated: April 28, 2010    SCHEPER KIM & OVERLAND LLP

*/s/ Alexander H. Cote*
Alexander H. Cote
Attorneys for Gustavo Machado

- 1 -    STIPULATION CONCERNING KUEMMERLE DEPOSITION
CV-04-9049 DOC (RNBx)