| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone:  415-773-5700 |
| | Facsimile:   415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA  90017 |
| 10 | Telephone:   213-629-2020 |
| | Facsimile:   213-612-2499 |
| 11 | |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**[PROPOSED] ORDER FOR CONTINUED DEPOSITION OF SUSANA KUEMMERLE**<br><br>Judge:  Hon. David O. Carter |

OHS West:260903815.1

[PROPOSED] ORDER GRANTING STIPULATION RE KUEMMERLE
CV-04-9049 DOC (RNBx)

Based on the concurrently filed Stipulation concerning the continued deposition of Susana Kuemmerle as MGA Mexico's Rule 30(b)(6) designee, and good cause appearing therefrom,

IT IS HEREBY ORDERED:

1. The deposition of Susana Kuemmerle ordered to commence on or before May 3, 2010, shall be, and hereby is, scheduled to commence on May 5, 2010; and

2. The Court's Order directing Ms. Kuemmerle to appear for deposition on or before May 3, 2010, is modified to require her appearance for deposition in Santa Ana, California, on May 5, 2010.

**IT IS SO ORDERED.**

Dated: _____, 2010

Honorable David O. Carter
United States District Judge

OHS West:260903815.1

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION RE KUEMMERLE
CV-04-9049 DOC (RNBx)