QUINN EMANUEL URQUHART& SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES** |

[PROPOSED] ORDER

Because the content of Mattel, Inc.'s Motion to Compel MGA, Entertainment, Inc. to Produce 30(b)(6) Witnesses (the "Motion") will include material that the MGA Parties have designated "Confidential - Attorney's Eyes Only" pursuant to the Protective Order,

IT IS HEREBY ORDERED:

The Motion is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: April 28, 2010

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge