MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[~~PROPOSED~~] ORDER FOR CONTINUED DEPOSITION OF SUSANA KUEMMERLE** |

1
2   Based on the concurrently filed Stipulation concerning the continued
3   deposition of Susana Kuemmerle as MGA Mexico's Rule 30(b)(6) designee, and
4   good cause appearing therefrom,
5       IT IS HEREBY ORDERED:
6       1.   The deposition of Susana Kuemmerle ordered to commence on or
7   before May 3, 2010, shall be, and hereby is, scheduled to commence on May 5,
8   2010; and
9       2.   The Court's Order directing Ms. Kuemmerle to appear for deposition
10  on or before May 3, 2010, is modified to require her appearance for deposition in
11  Santa Ana, California, on May 5, 2010.
12      **IT IS SO ORDERED.**
13
14
15  DATED: April 29, 2010
16                                              _____
17                                              Hon. David O. Carter
                                                United States District Judge