QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>              Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-2727<br><br>Hon. David O. Carter<br><br>**STIPULATION RE CARLOS GUSTAVO MACHADO GOMEZ'S ASSERTION OF FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION**<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

1           WHEREAS, Mr. Machado requires an Order of this Court compelling him to cooperate fully in discovery and in these proceedings notwithstanding his assertion of any Fifth Amendment right against self-incrimination and notwithstanding the January 19, 2010 Finding of this Court regarding Mr. Machado's Fifth Amendment right against self-incrimination;

           WHEREAS, to facilitate ongoing discovery Mr. Machado has agreed that he will abide by an Order of this Court compelling him to cooperate fully in discovery notwithstanding his assertions of any right against self-incrimination under the Fifth Amendment;

           NOW, THEREFORE, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian, MGAE de Mexico, S.R.L. de C.V., Carlos Gustavo Machado Gomez and Mattel, Inc., by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree that this Court may enter the following Order:

           1.    Mr. Machado is ordered to comply with his discovery obligations under the <u>Federal Rules of Civil Procedure</u>, statutes and applicable law, notwithstanding his prior assertion of any right against self-incrimination under the Fifth Amendment; and

           2.    Mr. Machado may not assert any Fifth Amendment right against self-incrimination as a basis for withholding any evidence in this action, including deposition testimony, disclosure of documents, disclosure of information to 30(b)(6) witnesses or substantive discovery responses.

           3.    Excepting any objection based on self incrimination grounds, this Stipulation and any Order related thereto shall not constitute an order to preclude any otherwise proper objection to any request for evidence or discovery in this action.

           IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: April 29, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Jon Corey<br>Jon Corey<br>Attorneys for Mattel, Inc. |
| 5 | | |
| 6 | | |
| 7 | DATED: April 29, 2010 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 8 | | |
| 9 | | |
| 10 | | By /s/ William Molinski<br>William Molinski<br>Attorneys for the MGA Parties |
| 11 | | |
| 12 | DATED: April 29, 2010 | SCHEPER KIM & OVERLAND LLP |
| 13 | | |
| 14 | | By /s/ Alexander Cote<br>Alexander Cote<br>Attorneys for Carlos Gustavo Machado Gomez |