QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-2727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | **[PROPOSED] ORDER GRANTING STIPULATION RE CARLOS GUSTAVO MACHADO GOMEZ'S ASSERTION OF FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION**<br><br>**Phase 2:**<br>Disc. Cut-off:        TBD<br>Pre-trial Conf.:      TBD<br>Trial Date:           TBD |

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation Re Carlos Gustavo Machado Gomez's Assertion Of Fifth Amendment Right Against Self-Incrimination, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Mr. Machado is ordered to comply with his discovery obligations under the Federal Rules of Civil Procedure, statutes and applicable law, notwithstanding his prior assertion of any right against self-incrimination under the Fifth Amendment; and

2. Mr. Machado may not assert any Fifth Amendment right against self-incrimination as a basis for withholding any evidence in this action, including deposition testimony, disclosure of documents, disclosure of information to 30(b)(6) witnesses or substantive discovery responses.

3. Excepting any objection based on self incrimination grounds, this Stipulation and any Order related thereto shall not constitute an order to preclude any otherwise proper objection to any request for evidence or discovery in this action.

DATED:                     . 2010  _____
                                   Hon. David O. Carter
                                   United States District Judge