```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:   (213) 443 3000
 6  Facsimile:   (213) 443 3100

 7  Attorneys for Mattel, Inc.
```

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>              Defendant.<br><br>_____<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION TO (1) ENFORCE COMPLIANCE WITH DISCOVERY ORDERS COMPELLING PRODUCTION, AND (2) COMPEL PRODUCTION OF, DOCUMENTS RELATING TO OMNI TRANSACTION AND DECLARATION OF MICHAEL T. ZELLER IN SUPPORT THEREOF** |

| | |
|---|---|
| 1 | <s>[PROPOSED]</s> ORDER |

Because the content of (i) Mattel, Inc.'s Motion to (1) Enforce Compliance With Discovery Orders Compelling Production, and (2) Compel Production of, Documents Relating to Omni Transaction ("Motion"), and (ii) Declaration of Michael T. Zeller in Support Thereof ("Declaration"), will include material that the MGA Parties have designated "Confidential -Attorney's Eyes Only" pursuant to the Protective Order,

IT IS HEREBY ORDERED:

The Motion and Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: April 28, 2010

*/s/ David O. Carter*
_____
Hon. David O. Carter
United States District Judge