**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                       Date: April 29, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                    Date:_____  Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

　Stephanie Mikhail　                                           　Not Present　
Courtroom Clerk                                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DENYING STIPULATION RE CARLOS GUSTAVO MACHADO GOMEZ'S ASSERTION OF FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION

　　　　Before the Court is the parties' Stipulation re Carlos Gustavo Machado Gomez's Assertion of Fifth Amendment Right Against Self-Incrimination (the "Stipulation").  By the Stipulation, the parties inform the Court that Machado will maintain his assertion of the Fifth Amendment right in response to further discovery requests from Mattel.  However, Machado indicates that he will nonetheless produce responsive discovery in the event that the Court orders him to "cooperate fully in discovery *notwithstanding* his assertions of any right against self-incrimination under the Fifth Amendment."  *See* Stipulation at 2 (emphasis added).  The Court declines to enter the Stipulation.

　　　　Machado is a party to this lawsuit with discovery obligations pursuant to the Federal Rules of Civil Procedure.  If Machado asserts the Fifth Amendment right against self-incrimination in response to one or more requests for discovery and Mattel challenges the assertion, the Court will consider the validity of the Fifth Amendment assertion with respect to each request.  What the Court

---

will not do is issue a blanket ruling that all assertions of the Fifth Amendment by Machado are improper.  *See* Stipulation ¶ 2.

  To grant the parties' proposed order lends the Court's imprimatur to an over-broad agreement, that sets a confusing record for appeal and invites abuse.  For the foregoing reasons, the Stipulation is DENIED.

  The Clerk shall serve this minute order on all parties to the action.