# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSODLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 94 AND DECLARATIONS OF MICHAEL T. ZELLER, RICHARD DE ANDA, KAREN EWING, MICHAEL MOORE, AND YVONNE FISHER IN SUPPORT THEREOF** |

## ORDER

In light of Mattel, Inc.'s claim that its Objections to Portions of Discovery Matter Order No. 94 ("Motion") and Declarations of Michael T. Zeller, Richard De Anda, Karen Ewing, Michael Moore, and Yvonne Fisher in Support Thereof ("Declarations") will include information that has been designated as "Confidential" and "Confidential - Attorneys' Eyes Only" under the Protective Order, and the Court's inability to verify the accuracy of such claim – which was made on the eve of the filing of Mattel's Objections – or determine the merit of the designations at issue,

The Court hereby ORDERS, out of an abundance of caution, that:

The Motion and Declarations may be filed under seal pursuant to Local Rule 79-5.1.[1]

DATED: April 29, 2010

*David O. Carter*

Hon. David O. Carter
United States District Judge

---

[1] The party or parties that designated the "information" at issue as "Confidential" or "Confidential – Attorneys' Eyes Only" is instructed to review the designations at issue, and to withdraw such designations to the extent not supported under the terms of the Protective Order.