**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                        Date: May 1, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
 [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                        Date:_____  Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Stephanie Mikhail                                    Not Present
    Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                            NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING PRODUCTION FOR IN CAMERA REVIEW 33 DOCUMENTS THAT ARE THE SUBJECT OF MATTEL'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 94

The Court, on its own Motion, ORDERS Mattel, Inc. ("Mattel") to produce for the Court's *in camera* review on or before 10:00 a.m. on May 3, 2010, the 33 entries on Mattel's privilege log that are the subject of Mattel's pending Objections to Discovery Matter Order No. 94. Mattel has appealed the Discovery Master's ruling that these documents were improperly designated as privileged. The Court considers it necessary to review the documents at issue in order to resolve Mattel's Objections.

The Clerk shall serve this minute order on all parties to the action.