QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>              Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-2727<br><br>Hon. David O. Carter<br><br>**STIPULATION RE: PRODUCTION OF DOCUMENTS REGARDING OMNI TRANSACTION**<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

00505.07975/3480929.2

STIPULATION RE: PRODUCTION OF DOCUMENTS REGARDING OMNI TRANSACTION

1  WHEREAS, Mattel, Inc. ("Mattel") has served Requests for Production
2  of Documents on Mr. Larian and MGA Entertainment, Inc. ("the MGA Parties")
3  concerning the acquisition by Omni 808 Investors, LLC ("Omni") of MGA's debt to
4  Wachovia and the MGA Parties' and Isaac Larian's involvement in and relationship
5  to Omni and its members (the "Omni transaction");

6  WHEREAS, Mattel contends that the MGA Parties, despite Court
7  Orders requiring the production of documents concerning the Omni transaction,
8  have failed to produce all non-privileged documents in their possession, custody or
9  control that are responsive to Mattel's Requests for Production;

10  WHEREAS, in an effort to avoid motion practice, the MGA Parties
11  have agreed to produce additional non-privileged documents relating to the Omni
12  transaction to the extent those documents are in their possession, custody or control
13  and have not already been produced in this lawsuit by them, as opposed to by other
14  parties to this case or by third parties;

15  WHEREAS, Mattel and MGA have a dispute about MGA's obligation
16  to produce documents (including draft documents) related to any forbearance
17  agreement or arrangement between MGA and Omni and this stipulation is not
18  intended to resolve that dispute or to prejudice either parties' position regarding that
19  issue;

20  NOW, THEREFORE, the parties to this Stipulation, by and through
21  their respective counsel of record, hereby stipulate and agree as follows:

22  1.  By no later than 6:00 p.m. on May 7, 2010, the MGA Parties will
23  produce to Mattel all of the following non-privileged documents in their possession,
24  custody or control that have not already been produced in this lawsuit by the MGA
25  Parties:

26  (a)  All documents and communications that refer or relate to any
27  actual or proposed transfer of funds or anything of value between
28  MGA, Larian or any Larian company or trust (collectively, the "Larian

Parties"), on the one hand, and the Omni investors, including any past or present member of Omni or any individual or company involved in or associated with any past or present member of Omni (collectively, the "Omni Parties"), on the other hand, since June 1, 2008;

(b) All documents and communications that refer or relate to any actual or proposed agreement or understanding between the Larian Parties, or any of them, on the one hand, and the Omni Parties, or any of them, on the other hand, concerning the actual or proposed transfer, sale or acquisition of all or part of any past or present member of Omni's membership interest in Omni;

(c) All documents and correspondence referenced in or that refer or relate to the transaction discussed in the document Bates labeled as MGA2 1422843, including but not limited to the "promissory note" and the "legal documents" referenced therein;

(d) The MGA Parties continue to conduct good faith searches to gather and produce the documents covered by this stipulation by the date set out above. To the extent additional non-privileged responsive documents relating to the Omni transaction are located, those will be produced in a timely manner.

IT IS SO STIPULATED.

DATED:  May 3, 2010        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.

| | | |
|---|---|---|
| 1 | DATED: May 3, 2010 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |

By /s/ Thomas S. McConville
Thomas S. McConville
Attorneys for the MGA Parties