Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049-DOC (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA's Parties' Response To Order to Show Cause Dated May 1, 2010 (Dkt. No. 7793)

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other See documents listed above.

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated May 1, 2010
- [ ] Manual Filing required (*reason*):

April 9, 2010
Date

/s/ Warrington S. Parker III
Attorney Name
MGA Parties
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING   American LegalNet, Inc. www.FormsWorkflow.com