QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING DEPOSITION OF ARSALAN GOZINI<br><br>**Phase 2:**<br>Disc. Cut-off:        TBD<br>Pre-trial Conf.:      TBD<br>Trial Date:           TBD |

Mattel, Inc. ("Mattel"), MGA Entertainment, Inc., and Isaac Larian (collectively, the "MGA Parties"), and Arsalan Gozini, by and through their respective counsel of record, hereby stipulate and agree as follows, subject to approval by the Court.

WHEREAS, Mattel, the MGA Parties and Mr. Gozini's counsel have been working to schedule Mr. Gozini's deposition at a mutually agreeable time;

WHEREAS, Mr. Gozini's deposition was scheduled for May 5, 2010 but Mr. Gozini has informed the parties that he is no longer available for deposition on that day;

WHEREAS, Mr. Gozini's counsel has informed Mattel and the MGA Parties that due to Mr. Gozini's schedule, the earliest that Mr. Gozini and his counsel can appear for a full day of deposition is May 11, 2010;

NOW, THEREFORE, Mattel, the MGA Parties, and Mr. Gozini hereby stipulate and agree that Mr. Gozini's deposition shall take place at the Santa Ana office of Mattel's counsel on May 11, 2010, subject to the Court's approval, and that Mr. Gozini will produce non-privileged documents responsive to Mattel's subpoena on or before May 7, 2010.

IT IS SO STIPULATED.

DATED:  May 4, 2010                    QUINN EMANUEL URQUHART &
                                       SULLIVAN. LLP


                                       By /s/ Michael T. Zeller
                                       Michael T. Zeller
                                       Attorneys for Mattel. Inc.

DATED:  May 4, 2010                    ORRICK, HERRINGTON & SUTCLIFFE,
                                       LLP


                                       By /s/ Thomas McConville
                                       Thomas McConville
                                       Attorneys for the MGA Parties

1    DATED:  May 4, 2010                  EISENBERG RAIZMAN THURSTON &
2                                         WONG, LLP

3
                                          By /s/ Sheldon Eisenberg
4                                             Sheldon Eisenberg
                                              Attorneys for Arsalan Gozini
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28