UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING DEPOSITION OF ARSALAN GOZINI**<br><br>**Phase 2:**<br>Disc. Cut-off:　　TBD<br>Pre-trial Conf.:　　TBD<br>Trial Date:　　　　TBD |

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding the Deposition of Arsalan Gozini, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The deposition of Arsalan Gozini shall take place on May 11, 2010, at the Santa Ana offices of Quinn Emanuel Urquhart & Sullivan, LLP.

DATED: _____, 2010    _____
Hon. David O. Carter
United States District Judge