# APPENDIX A

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| **1** | **MGA's spoliation and/or concealment of documents in connection with this action.  First Phase 2 Notice, Topic Nos. 46 and 48; Topic No. 80, Fourth Notice.** | | **Calls for improper legal conclusion.** |
| | 1/9/08 Notice, Topic 80 | The destruction of any DOCUMENT RELATING TO the CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS. | |
| | 1/26/10 Notice, Topic 46 | YOUR spoliation and/or concealment of DOCUMENTS or other evidence in connection with this ACTION | |
| | 1/26/10 Notice, Topic 48 | Any and all efforts by YOU or by any PERSON acting on YOUR behalf to search for, identify, locate, preserve, remove or delete any DOCUMENT, physical or electronic, that contains or contained any portion of any DOCUMENT originating from or authored by MATTEL, including without limitation any DOCUMENT containing internal MATTEL information, and the results of such efforts, including the identification of DOCUMENTS located and the location, including custodian, file name, or STORAGE DEVICE (including path and file name), where any such DOCUMENT was discovered | **MGA has previously produced 30(b)(6) witnesses on its preservation and collection of documents in this action.** |
| **2** | **Payments by MGA or its vendors to or for any former Mattel employees, or to or for any person while employed by Mattel, MGA's knowledge thereof, the reasons therefor and communications relating thereto as set forth in Topic Nos. 39 and 60 of the Fourth Notice and Topic No. 45 of the First Phase 2 Notice, including without limitation to or for Bryant, Brawer, Salazar, Morales and Cabrera.** | | **MGA Designated a Witness on This Category.** |
| | 1/9/08 Notice, Topic 39. | The compensation, money or any other item of value paid to any FORMER MATTEL EMPLOYEE, whether directly or indirectly, by YOU. | |
| | 1/9/08 Notice, Topic 60. | COMMUNICATIONS between YOU and any PERSON RELATING TO the departure from MATTEL of any current or FORMER MATTEL EMPLOYEE or MATTEL contractor. | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | 1/9/08 Notice, Topic 45. | YOUR COMMUNICATIONS with MATTEL employees while they are employed by MATTEL, and YOUR policies and practices RELATING TO such communications. | |
| 3 | **MGA's use of any design or other work prepared, in whole or in part, by any person while employed by Mattel, including Bryant, Salazar, Morales and Cabrera, including the identity of each product such persons worked on and when. Topic No. 94, Fourth Notice.** | | **MGA was granted a Protective Order on Topic 94.  See 5/12/2008 Order.** |
| | 1/9/08 Notice, Topic 94 | The identity of each doll, accessory, product, work or item produced, developed, manufactured, licensed, sold or offered for sale by or for YOU or on YOUR behalf that was BASED ON any BRATZ DESIGN or any design derivative of any BRATZ DESIGN. | |
| 4 | **MGA's communications relating to Vargas, Machado, Trueba, Brisbois, Alice Kao, Castilla, Cooney, Contreras, Susan Kim and Brawer prior to their resignations from Mattel, and their job duties (excluding Kim) after joining MGA.  Topic Nos. 38, 43-47 and 99, Fourth Notice.** | | **MGA Designated a Witness on This Category.** |
| | 1/9/08 Notice, Topic 38. | COMMUNICATIONS between YOU and any PERSON RELATING TO the resignation or departure of any FORMER MATTEL EMPLOYEES from Mattel. | |
| | 1/9/08 Notice, Topic 43. | COMMUNICATIONS between YOU and Pablo Vargas San Jose prior to April 20, 2004. | |
| | 1/9/08 Notice, Topic 44. | COMMUNICATIONS between YOU and Janine Brisbois prior to September 27, 2005. | |
| | 1/9/08 Notice, Topic 45. | COMMUNICATIONS between YOU and Ron Brawer prior to October 2, 2004. | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | 1/9/08 Notice, Topic 46. | COMMUNICATIONS between YOU and Carlos Gustavo Machado Gomez ("Machado") prior to April 20, 2004. | |
| | 1/9/08 Notice, Topic 47. | COMMUNICATIONS between YOU and Mariana Trueba Almada ("Trueba") prior to April 20, 2004. | |
| | 1/9/08 Notice, Topic 99. | The job responsibilities of each FORMER MATTEL EMPLOYEE in the first six months after each joined MGA. | |
| 5 | | **MGA's knowledge of and communications relating to the obligations of Mattel employees to Mattel, including without limitation with respect to confidentiality and ownership of inventions.** | **MGA has a pending Motion for Protective Order.** *See 1/18/2008* **MGA Motion for Protective Order.** |
| | 1/9/08 Notice, Topic 61 | COMMUNICATIONS between YOU and any PERSON RELATING TO the obligations to MATTEL, including the duty of confidentiality, of any current or FORMER MATTEL EMPLOYEE or MATTEL contractor. | |
| 6 | | **MGA's alleged understanding or belief that the Bryant/MGA agreement and its use of Bryant's Bratz works is or was lawful, documents and communications relating thereto, and any investigation or inquiry undertaken by MGA in connection therewith, as set forth in Topic Nos. 82 and 84-87 of the Fourth Notice.** | **MGA was granted a Protective Order on Topics 82, 84, and 87.** *See* **5/12/2008 Order.** |
| | 1/9/08 Notice, Topic 82 | YOUR understanding or belief of whether the BRYANT/MGA AGREEMENT was lawful when YOU entered into it, and DOCUMENTS and COMMUNICATIONS related thereto. | |
| | 1/9/08 Notice, Topic 84 | The factual basis for YOUR alleged belief that YOU had the right to market products developed as a result of the BRYANT/MGA AGREEMENT and to the lawful right to fully exploit the drawings drawn and presented by BRYANT prior to the execution of the BRYANT/MGA AGREEMENT, | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | and the DOCUMENTS and COMMUNICATIONS YOU so relied upon when YOU entered into the agreement. | |
| | 1/9/08 Notice, Topic 85 | The factual basis for YOUR contention that YOU believed at the time YOU entered into the BRYANT/MGA AGREEMENT that it would be lawful for YOU to acquire THE BRATZ PITCH MATERIALS from BRYANT, and the DOCUMENTS and COMMUNICATIONS YOU so relied upon at the time YOU entered into the BRYANT/MGA AGREEMENT. | **Phase 1 30(b)(6) topic.** |
| | 1/9/08 Notice, Topic 86 | YOUR belief or non-belief that BRYANT created or improved any of THE BRATZ PITCH MATERIALS while employed by MATTEL, and the DOCUMENTS and COMMUNICATIONS YOU so relied upon. | **Phase 1 30(b)(6) topic.** |
| | 1/9/08 Notice, Topic 87 | Any investigation or inquiry YOU conducted to confirm the timing of BRYANT'S work prior to executing the BRYANT/MGA AGREEMENT, including but not limited to DOCUMENTS and COMMUNICATIONS RELATING thereto. | |
| 7 | | **MGA's communications with law enforcement as set forth in Topic No. 36 of the First Phase 2 Notice.** | **Cumulative of MGA Mexico 30(b)(6) Deposition.** |
| | 1/26/10 Notice, Topic 36 | All COMMUNICATIONS with law enforcement in Mexico, Canada and the United States by or on behalf of YOU or any of YOUR current or former employees RELATING TO any alleged theft or taking of alleged MATTEL confidential or trade secret information by YOU or PERSONS currently or formerly employed by YOU or RELATING TO any other allegation contained in MATTEL's claims in this ACTION. | |
| 8 | | **MGA's payments to or through vendors, attorneys and others in Mexico relating to any actual or potential investigation or prosecution of MGA or its employees as set forth in** | **Cumulative of MGA Mexico 30(b)(6)** |

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | **Topic No. 37 of the First Phase 2 Notice and Topic No. 37 of the Fourth Notice.** | **Deposition.** |
| | 1/9/08 Notice, Topic 37 | All payments of money or any item of value made by YOU, directly or indirectly, or offered, proposed, promised, requested or solicited by or from YOU, directly or indirectly, in connection criminal proceedings or potential or prospective criminal proceedings against YOU or any of YOUR employees, including without limitation Gustavo Machado, and including without limitation YOUR payment or reimbursement of legal fees for or on behalf of any PERSON. | |
| | 1/26/10 Notice, Topic 37 | All PAYMENTS made directly or indirectly to any vendors or any other PERSON in Mexico, including without limitation attorneys, law firms and consultants, RELATING TO any actual or potential investigation or prosecution of any PERSON or entity for any alleged theft or other taking of alleged MATTEL confidential or trade secret information since 2001, including without limitation the IDENTITY of all recipients of such PAYMENTS, the amounts of each such PAYMENT, the reasons for each such PAYMENT and the use of each such PAYMENT by the recipient. | |
| 9 | | **MGA's actual or contemplated payments to government officials or entities or law enforcement officials as set forth in Topic No. 35 of the First Phase 2 Notice.** | **Cumulative of MGA Mexico 30(b)(6) Deposition.** |
| | 1/26/10 Notice, Topic 35 | All actual, planned, proposed, offered or requested PAYMENTS by or on behalf of YOU to any government official, government entity, or law enforcement authority, including without limitation in Brazil. | |
| 10 | | **The search and seizure of documents by Mexican authorities from MGA's Mexico City offices and related communications as set forth in Topic No. 36 of the Fourth Notice.** | **Cumulative of MGA Mexico 30(b)(6) Deposition.** |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | | |
| | 1/9/08 Notice, Topic 36 | The search and seizure of DOCUMENTS by Mexican authorities from MGA's office in Mexico City, Mexico, and all COMMUNICATIONS that REFER OR RELATE thereto. | |
| 11 | | **MGA's fee, indemnity and joint defense/common interest agreements and payments (including dates and amounts) in connection with this action and related communications, including without limitation with respect to Vargas, Trueba and Machado or their counsel.** Topic Nos. 42-44 of the First Phase 2 Notice. | **Cumulative of MGA Mexico 30(b)(6) Deposition.** |
| | 1/26/10 Notice, Topic 42 | Any and all joint defense and/or common interest agreements YOU have entered into in connection with this ACTION, and COMMUNICATIONS in connection therewith, including but not limited to the inception and termination dates of each agreement, if any, and the IDENTITY of each PERSON who is a party to each such agreement. | |
| | 1/26/10 Notice, Topic 43 | Any and all agreements RELATING TO the requested, actual, promised or contemplated PAYMENT of attorney's fees by YOU for the benefit of or on behalf of any PERSON not then-employed by YOU in connection with any actual, potential or prospective dispute or litigation with MATTEL, including without limitation DOCUMENTS RELATING thereto, the terms and conditions thereof and COMMUNICATIONS RELATING thereto. | |
| | 1/26/10 Notice, Topic 44 | The IDENTITY of every PERSON whose attorney's fees YOU have paid in connection with this ACTION or in connection with any actual, potential or prospective dispute or litigation with MATTEL, and the amount of such fees. | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| 12 | | **Mattel's trade secret claims, including without limitation**: <br><br> a. What internal Mattel information was taken, MGA's knowledge thereof, what Mattel internal information MGA received, when MGA received it, how it got it and who was involved. Topic Nos. 33, 35, 40 and 79, Fourth Notice. | **MGA provided a designee.** |
| | | b. Where the internal Mattel information has been kept or stored and where it is now. Topic Nos. 33 and 35, Fourth Notice. | **MGA provided a designee.** |
| | | c. How the Mattel information was used, when, by whom and related communications. Topic Nos. 33, 35, 41 and 63, Fourth Notice. | **MGA provided a designee.** |
| | | d. Facts showing that the trade secrets asserted by Mattel are not trade secret or otherwise not protectible, and steps that MGA takes to protect its trade secrets. Topic Nos. 21- 22, First Phase 2 Notice. | **Seeks improper legal conclusion.** |
| | | e. The following changes on a year-by-year comparative basis, and the origins and reasons for the following changes: | |
| | | (i) In MGA's forecasting and inventory systems and supply chain processes from 2003 to the present. | **Cumulative of N. Coleman deposition testimony.** |
| | | (ii) In the level of MGA's inventory, including the number of units, cost and obsolescence expense of finished products in inventory by month, from 2003 to the present. | **Cumulative of N. Coleman deposition testimony.** |
| | | (iii) In the prices charged by MGA for the products sold or offered by MGA from 2001 to the present. | **Not supported by Mattel's Notices.** |
| | | (iv) In the margins earned by retailers from the sale of MGA products, by retailer by product category, from 2001 to the present. | **Not supported by Mattel's Notices.** |
| | | (v) In the policies or methodologies by which MGA determines the wholesale and retail price of its products. | **Not supported by Mattel's Notices.** |

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | (vi) In MGA's promotional plans and activities, including in the products to be promoted and the dates and nature of the promotions, in total promotional dollars given or spent and promotional dollars given or spent as a percent of sales by retailer and product category and in MGA's strategies for promoting products. | **Not supported by Mattel's Notices.** |
| | | (vii) In the manner or method by which MGA evaluates the effectiveness of its retail promotions, including the return on investment, from 2001 to the present. | **Not supported by Mattel's Notices.** |
| | | (viii) In MGA's advertising and media plans and expenditures, including the sales "lift" from the advertisements, from 2001 to the present. | **Not supported by Mattel's Notices.** |
| | | (ix) In tools, formulas or processes used by MGA to evaluate or determine whether potential products or product offerings meet metrics employed by Toys R Us, including profit per square inch of shelf space. | **Not supported by Mattel's Notices.** |
| | | (x) In MGA's market share, by product category by country; MGA's revenues and profits, by product category by country; and the products or product lines offered or to be offered by MGA to its customers. | **Not supported by Mattel's Notices.** |
| | | (xi) In MGA's retail promotions, including the products promoted and the date and nature of the promotions, by retailer. | **Not supported by Mattel's Notices.** |
| | 1/9/08 Notice, Topic 33. | YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, data and/or information, including but not limited to any compilation of information, that was prepared, made, created, generated, assembled or compiled by or for MATTEL and that was not publicly available at the time of YOUR receipt of such DOCUMENT, data and/or information. | |
| | 1/9/08 Notice, Topic 35. | YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any MATTEL line list or other DOCUMENT prepared by MATTEL identifying MATTEL products in the planning, design or development phase. | |

APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | 1/9/08 Notice, Topic 40. | The identity of DOCUMENTS RELATING TO any MATTEL product or plan that any FORMER MATTEL EMPLOYEE provide or disclosed to or shared with YOU, directly or indirectly. | |
| | 1/9/08 Notice, Topic 79. | The identity of DOCUMENTS that YOU have reason to believe were created by or originated from MATTEL (excluding MATTEL products that YOU purchased at retail) at any time since January 1, 1998. | |
| | 1/9/08 Notice, Topic 41. | COMMUNICATIONS with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS, data and/or information, including but not limited to any compilation of information, that was prepared, made, created, generated, assembled or compiled by or for MATTEL and that YOU received, directly or indirectly, from any FORMER MATTEL EMPLOYEE. | |
| | 1/9/08 Notice, Topic 63. | COMMUNICATIONS between YOU and any PERSON RELATING TO the retention, destruction, transfer, or use of any information or DOCUMENTS known to or possessed by any current or former MATTEL employee or contractor. | |
| | 1/26/10 Notice, Topic 21. | Any and all measures YOU have taken to protect YOUR trade secrets or other confidential information, and the timing of YOUR implementation of such measures. | |
| | 1/26/10 Notice, Topic 22 | Any and all steps or measures YOU have taken to enforce YOUR claimed intellectual property rights, including without limitation lawsuits YOU have filed, threatened to file (whether by letter or otherwise) or contemplated filing based on any perceived misappropriation of YOUR trade secrets or confidential information. | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| **13** | | **MGA's preservation, collection, search and production of documents as set forth in Topic No. 47 of the First Phase 2 Notice, including without limitation any preservation, collection, search for and/or destruction of internal Mattel information as set forth in Topic No. 48 of the First Phase 2 Notice. This also includes without limitation any preservation, collection, search and production from Larian's hard drives.** | **MGA has previously produced 30(b)(6) witnesses on its preservation and collection of documents in this action.** |
| | 1/26/10 Notice, Topic 47 | YOUR preservation of, searches for, collections of and productions of DOCUMENTS in connection with this ACTION, including without limitation which sources of information and STORAGE DEVICES YOU have searched for responsive DOCUMENTS in connection with this ACTION (and which YOU have not) and YOUR search methods in connection with those searches. | |
| | 1/26/10 Notice, Topic 48 | Any and all efforts by YOU or by any PERSON acting on YOUR behalf to search for, identify, locate, preserve, remove or delete any DOCUMENT, physical or electronic, that contains or contained any portion of any DOCUMENT originating from or authored by MATTEL, including without limitation any DOCUMENT containing internal MATTEL information, and the results of such efforts, including the identification of DOCUMENTS located and the location, including custodian, file name, or STORAGE DEVICE (including path and file name), where any such DOCUMENT was discovered | |
| **14** | | **The origins, creation and development of MGA's 2005 and 2006 product lines. Topic Nos. 3-4, Fourth Notice.** | **Overbroad and unduly burdensome. MGA designated a witness on Category 26.** |
| | 1/9/08 Notice, Topic 3 | The development of YOUR 2005 product line, including the IDENTITY of each PERSON who participated in the decision making leading up to YOUR 2005 product line and any changes or modifications thereto, and the | |

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
|  |  | invention, creation, origin, conception, authorship, design, development, manufacture, distribution and sale of products therein. |  |
|  | 1/9/08 Notice, Topic 4 | The development of YOUR 2006 product line, including the IDENTITY of each PERSON who participated in the decision making leading up to YOUR 2005 product line and any changes or modifications thereto, and the invention, creation, origin, conception, authorship, design, development, manufacture, distribution and sale of products therein. |  |
| 15 | **MGA's copying or use of Mattel products, packaging or designs, and MGA's knowledge of any Mattel product prior to its disclosure to the public or retailers. Topic Nos. 30 and 34, Fourth Notice.** | | **Not relevant to Mattel's Fourth Amended Answer and Counterclaims.** |
|  | 1/9/08 Notice, Topic 30. | The copying, reproduction or use of any MATTEL work, product, or EMBODIMENT by YOU or on YOUR behalf since January 1, 1999. |  |
|  | 1/9/08 Notice, Topic 34. | YOUR knowledge of any MATTEL product prior to the time that such product had been announced or disclosed by MATTEL to retailers or the public, including but not limited to the CONTESTED MATTEL PRODUCTS. |  |
| 16 | **MGA's investigations into allegations or issues in this action as set forth in Topic No. 31 of the First Phase 2 Notice.** | | **Seeks attorney work product.** *See* **4/12/10 Order.** |
|  | 1/26/10 Notice, Topic 31 | YOUR investigations RELATING TO any issue or allegation in this ACTION, including without limitation the IDENTITY of any PERSON who conducted any such investigation and any reports, notes, transcripts, recordings, or other DOCUMENTS prepared in connection therewith. |  |
| 17 | **The actual or contemplated assignment of IP rights to Omni or any Bratz rights to any person as set forth in Topic Nos. 8 and 40 of the First Phase 2 Notice.** | | **Covered by MGA designee, Mr. Woolard.** |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | 1/26/10 Notice, Topic 8. | PAYMENTS of any ITEM OF VALUE between YOU or LARIAN and OMNI 808 INVESTORS, LLC or THE ALLEGED INVESTORS, including without limitation any assets belonging to YOU or LARIAN which have been pledged or proposed or requested to be pledged as security in favor of OMNI 808 INVESTORS, LLC and/or THE ALLEGED INVESTORS. | |
| | 1/26/10 Notice, Topic 40. | Any efforts YOU have made or contemplated making since January 1, 2008, to encumber, assign, sell or transfer BRATZ intellectual property or any BRATZ rights YOU claim to hold (not including license agreements entered into in the ordinary course of YOUR business). | |
| 18 | **The Omni-related topics as set forth in Topic Nos. 5-8 of the First Phase 2 Notice. This includes in particular the timing, amounts and reasons for payments to the Omni Parties or their affiliates as well as the circumstances surrounding the filing of the Vision/Lexington UCC filing claiming a security interest in MGA assets.** | | **MGA provided a designee.** |
| | 1/26/10 Notice, Topic 5. | The formation, operations, activities and management of IGWT, LEXINGTON, VISION CAPITAL, LLC, and OMNI 808 INVESTORS, LLC, including but not limited to the IDENTITY of their current and former officers, directors, owners, members, and managing members, the amount and source of any capital contributions, money borrowed or other cash or assets acquired, the IDENTITY of any bank or investment account with any financial institution for them, PAYMENTS and transfers made to and from such accounts, and the IDENTITY of any PERSON who has transferred or drawn funds from, or is authorized to transfer or draw funds from, any such bank or investment account. | |
| | 1/26/10 Notice, Topic 6. | Actual and/or contemplated transactions involving IGWT, OMNI 808 INVESTORS, LLC, LEXINGTON, VISION CAPITAL, LLC, and/or THE | |

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | ALLEGED INVESTORS (including but not limited to transactions RELATING TO the purchase of a portion of YOUR debt from Wachovia), and the terms and conditions of such transactions, including but not limited to YOUR transfer of any funds to or from them; the purported sale or transfer of YOUR PRODUCTS to or from them; YOUR COMMUNICATIONS with them; any information, including without limitation YOUR financial information, transmitted to or from or discussed with them; and all direct and indirect sources of funds used in any such transactions. | |
| | 1/26/10 Notice, Topic 7. | YOUR relationship with OMNI 808 INVESTORS, LLC and THE ALLEGED INVESTORS. | |
| | 1/26/10 Notice, Topic 8. | PAYMENTS of any ITEM OF VALUE between YOU or LARIAN and OMNI 808 INVESTORS, LLC or THE ALLEGED INVESTORS, including without limitation any assets belonging to YOU or LARIAN which have been pledged or proposed or requested to be pledged as security in favor of OMNI 808 INVESTORS, LLC and/or THE ALLEGED INVESTORS. | |
| 19 | **Payments to and transactions with Larian, family members and their affiliates as set forth in Topic Nos. 10 and 12 of the First Phase 2 Notice.** | | **MGA provided a designee.** |
| | 1/26/10 Notice, Topic 10. | YOUR distributions and any other PAYMENTS to LARIAN, including without limitation members of his family and any trusts associated with LARIAN, from January 1, 2004 to the present, and any PAYMENTS by LARIAN to YOU in that time period, including without limitation the amounts thereof and reasons therefor. | |
| | 1/26/10 Notice, Topic 12. | Transactions between YOU and LARIAN, or any PERSON affiliated with LARIAN, between 2004 and the present, including without limitation | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | transactions involving the sale of BRATZ PRODUCTS. | |
| **20** | | **MGA's uses of the instrumentalities of interstate commerce as set forth in Topic Nos. 32-33 of the First Phase 2 Notice.** | **Unduly burdensome; discovery could be provided though less onerous form.** |
| | 1/26/10 Notice, Topic 32. | YOUR policies, procedures and practices regarding use of COMMUNICATIONS by MAIL or WIRE, including but not limited to (a) the identification of YOUR methods of conveyance of COMMUNICATIONS (blackberry service, etc.), (b) the identification of the conveyors (phone company, express mail service, etc.), and (c) YOUR records and recordkeeping RELATING TO such conveyors of COMMUNICATIONS, and the means by which and locations through which the COMMUNICATIONS YOU have produced in this ACTION were transmitted. | |
| | 1/26/10 Notice, Topic 333. | YOUR policies, procedures, and practices RELATING TO YOUR use of WIRELESS DEVICES to send or receive e-mail messages to or from MGA's email system from January 1, 2000 to the present. | |
| **21** | | **Bratz sales and profits as set forth in Topic No. 13 of First Phase 2 Notice, and the value of Bratz as set forth in Topic No. 39 of the First Phase 2 Notice.** | **MGA's 30(b)(6) designee, Mr. Schultz, testified on this topic.** |
| | 1/26/10 Notice, Topic 13. | The quantity of each BRATZ PRODUCT sold by YOU or YOUR licensees for each year from 2001 to the present to each purchaser, and YOUR profits from such sales, including without limitation: revenues; gross, net and incremental profits; cost of goods sold, unit cost and other costs; customer returns, rebates or credits; marketing and advertising costs, budgets, expenditures and investments (including media and nonmedia advertising, promotions, photography, online advertising, and merchandising). | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | 1/26/10 Notice, Topic 39. | The value of BRATZ from 2004 to the present. | |
| 22 | | **MGA's support for and investment in Bratz, including as compared to before and after the acquisition of Little Tikes, Zapf and Smoby and before and after the development of Moxie and BFC, and any cannibalization of actual or planned Bratz designs, shelf space, licenses or other resources for Moxie, as set forth in Topic Nos. 14-16 and 41 of the First Phase 2 Notice.** | **Not relevant to Mattel's Fourth Amended Answer and Counterclaims.** |
| | 1/26/10 Notice, Topic 14. | YOUR creation and development of MOXIE GIRLZ and BFC, INK., including without limitation the amounts and sources of funds used in connection therewith, the timing thereof, YOUR financial condition before and after such creation and development and YOUR investments therein and promotions thereof. | |
| | 1/26/10 Notice, Topic 15. | YOUR acquisition of all or any portion of LITTLE TIKES, ZAPF, and SMOBY, including without limitation the amounts and sources of funds used in connection therewith, the timing thereof, YOUR financial condition before and after such acquisition and YOUR investments therein. | |
| | 1/26/10 Notice, Topic 16. | YOUR investments in BRATZ, MOXIE GIRLZ, LITTLE TIKES, BFC, INK., SMOBY, and ZAPF, and the PRODUCTS associated therewith, from 2001 to the present (or for each year for which the PRODUCT was designed, manufactured, distributed or sold by YOU or on YOUR behalf), including but not limited to YOUR advertising, market research, product development, product design, promotional expenditures, website development, and any other costs associated with or incurred in connection with their development, production or promotion | |
| | 1/26/10 Notice, Topic 41. | YOUR 2009 and 2010 BRATZ lines, including without limitation YOUR investments therein, the DESIGN elements incorporated therein and YOUR | |

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | actual and projected profits therefrom. | |
| 23 | | **MGA's financial condition, including its solvency or insolvency, as set forth in Topic Nos. 34 of the First Phase 2 Notice, including any consideration given to any bankruptcy filing since January 1, 2007, as set forth in Topic No. 9 of the First Phase 2 Notice, and MGA's financial reports, as set forth in Topic No. 78 of the Fourth Notice.** | **MGA provided a designee.** |
| | 1/9/08 Notice, Topic 78. | YOUR monthly, quarterly and annual financial reports, including financial statements (both audited and unaudited) for the years 1998 through the present inclusive. | |
| | 1/26/10 Notice, Topic 9. | Any plans YOU have made or consideration YOU have given to filing for bankruptcy since January 1, 2007, including without limitation YOUR consultations with financial advisors in that regard and YOUR attempts to move, transfer or withdraw assets from MGA prior to any such filing. | |
| | 1/26/10 Notice, Topic 34 | YOUR financial condition, including without limitation revenues, profits, losses, assets, liabilities, balance sheets, profit and loss statements, financial statements, asset book value, and liquidity. | |
| 24 | | **MGA's net worth and bases for such calculation. Second Notice, Topic No. 26.** | **MGA provided a designee.** |
| | 2/1/07 Notice, Topic 26. | YOUR net worth. | |
| 25 | | **MGA's participation in smuggling as set forth in Topic No. 38 of the First Phase 2 Notice.** | **Calls for improper legal conclusion.** |
| | 1/26/10 Notice, Topic 38. | Any and all smuggling in which YOU have participated or engaged in and all efforts YOU have made to smuggle PRODUCTS or goods across international borders, including without limitation into or out of the United States | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| 26 | | **The factual bases supporting or contradicting MGA's claims and allegations.** First Phase 2 Notice, Topic No. 4; Topic No. 26, Fourth Notice. This includes without limitation:<br><br>a. The invention and origins of each MGA product that MGA has sued upon, including without limitation their dates of first conception and first design, the identity of persons who first conceived and designed each such product and the creation, origin and nature of the sculpts used in connection with doll products that form the basis of MGA's claims. Fourth Notice, Topic Nos. 1, 9.<br><br>b. The date of first showing/exhibition, manufacture, shipment and availability of each product sued upon. Fourth Notice, Topic Nos. 7-8, 10, 14.<br><br>c. MGA's claims of ownership in each product sued upon as set forth in Topic Nos. 12-13 of the Fourth Notice.<br><br>d. The marketing and advertising of each product sued upon, including without limitation the expenditures by year and medium therefor. Fourth Notice, Topic Nos. 11, 15.<br><br>e. The target market for each product sued upon, the reasons why consumers buy or don't buy the parties' products at issue and the extent of competition/substitution between the parties' products at issue, as set forth in Topic Nos. 17-18, 23, 24 and 48 of the Fourth Notice and Topic Nos. 17-18 of the First Phase 2 Notice.<br><br>f. The sales, revenues, profits and costs, actual and forecasted, relating to each MGA product sued upon as set forth in Topic Nos. 18-19 of the Fourth Notice.<br><br>g. Complaints and dissatisfaction with each product sued upon, including returns and close-outs, as set forth in Topic No. 20 of the Fourth Notice, and the safety of each such product, as set forth in Topic No. 81 of the Fourth Notice. | **MGA provided a designee.** |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | h. Any actual or potential confusion concerning the parties' products at issue in MGA's claims as set forth in Topic Nos. 21-22 and 56-57 of the Fourth Notice. | |
| | | i. MGA's communications with Mattel relating to the parties' products at issue and with retailers relating to Mattel's products at issue as set forth in Topic Nos. 6 and 27 of the Fourth Notice. | |
| | | j. The similarities and dissimilarities between the products at issue in MGA's claims as set forth in Topic No. 31 of the Fourth Notice, and the identity of any other products MGA has claimed in any suit was similar or dissimilar to any MGA product that MGA has sued upon as set forth in Topic Nos. 97-98. | |
| | | k. The identity and factual bases for MGA's claimed trade dress that it has sued on, the reasons for actual or contemplated changes thereto and the bases for MGA's allegations that such trade dress is famous or has acquired secondary meaning. Topic Nos. 2, 49 and 54, Fourth Notice. | |
| | | l. The basis for MGA's claim that the Bratz dolls launched in 2001 were unique and distinctive, as set forth in Topic No. 53 of the Fourth Notice. | |
| | | m. Mattel's alleged copying, infringement or dilution of the MGA products or trade dress that MGA bases its claims on and MGA's first awareness thereof. Topic Nos. 25, 29, 50, 52 and 58, Fourth Notice. | |
| | | n. MGA's relationship and communications with NPD, and the bases for MGA's NPD-related claims, as set forth in Topic Nos. 68-71 of the Fourth Notice. | |
| | | o. MGA's relationship and communications with CARU, and the bases for MGA's CARU-related claims, as set forth in Topic Nos. 72-73 of the Fourth Notice. | |

### APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | p. MGA's relationship and communications with TIA, and the bases for MGA's TIA-related claims, as set forth in Topic Nos. 74-75 of the Fourth Notice.<br><br>q. The bases for MGA's remaining claims and allegations, including without limitation alleged pressure or intimidation of retailers and others, the alleged concerns of advertising executives, the alleged shortage of doll hair, alleged tampering of retail displays, and other alleged unfair or anticompetitive conduct. Topic Nos. 5, 51-52, 55, 59, 64-68, 76-77, Fourth Notice; Topic No. 4, First Phase 2 Notice. | |
| | 1/26/10 Notice, Topic 4. | The factual basis for the claims YOU are alleging or asserting in this ACTION against MATTEL. | |
| | 1/9/08 Notice, Topic 26. | To the extent not disclosed in response to any other Topic, all other facts RELATING TO any claim made by YOU against MATTEL or the CONTESTED MATTEL PRODUCTS, and the IDENTITY of all PERSONS with knowledge thereof. | |
| | 1/9/08 Notice, Topic 1. | The invention, creation, origin, conception, authorship, design and development of the CONTESTED MGA PRODUCTS, including without limitation the circumstances under which and the date(s) on which each occurred and the IDENTITY and role(s) of each PERSON involved. | |
| | 1/9/08 Notice, Topic 9. | The sculptures, including all preliminary sculptures and all versions of such sculptures, made, produced or prepared in connection with the CONTESTED BRATZ DOLLS PRODUCTS. | |
| | 1/9/08 Notice, Topic 7. | The first date of manufacture, shipment and availability for distribution and retail sale of each of the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, Topic 8. | The first date that each of the CONTESTED MGA PRODUCTS was shown to any PERSON not employed by MGA, whether in concept, prototype, or | |

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | finished form, and the IDENTITY of each PERSON involved therein. | |
| | 1/9/08 Notice, Topic 10. | The tooling and manufacture of any of the CONTESTED MGA PRODUCTS, including but not limited to all invoices, contracts, sales orders, purchase orders and payment relating thereto and including but not limited to all DOCUMENTS relating to the engineering, preparation, fabrication and creation of the molds and face paint masks used in connection therewith and to the film and/or digital files used in connection with the packaging therefor. | |
| | 1/9/08 Notice, Topic 14. | The display, exhibition, publication, circulation, or other dissemination of the CONTESTED MGA PRODUCTS to distributors, retailers, licensees, the media, or the public, including but not limited to toy and trade shows and conventions and the date(s) on which such occurred. | |
| | 1/9/08 Notice, Topic 12. | The ownership of any right, title or interest, whether in whole or in part, in or to the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, Topic 13. | Any copyright, patent, design right or any other registration or application for registration of the CONTESTED MGA PRODUCTS, including but not limited to all COMMUNICATIONS relating thereto, and all filings. Declarations, affidavits, correspondence, notes and other DOCUMENTS relating thereto. | |
| | 1/9/08 Notice, Topic 11. | The marketing, advertising, promotion and licensing of the CONTESTED MGA PRODUCTS, including but not limited to all marketing studies, marketing plans, sales plans, sales forecasts, strategies, surveys and analyses and including the identity of the channels in which such have been or are disseminated or distributed. | |
| | 1/9/08 Notice, | YOUR expenditures in advertising or promoting the CONTESTED MGA | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | Topic 15. | PRODUCTS, including by year and by medium. | |
| | 1/9/08 Notice, Topic 17. | The target market or potential target market, and the demographics of any actual, potential or prospective consumers, customers, purchasers or licensees of the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, Topic 18. | The number of units of the CONTESTED MGA PRODUCTS manufactured, produced, ordered, stored in inventory, imported, exported, shipped, sold, or offered for sale by any PERSON, including but not limited to YOU. | |
| | 1/9/08 Notice, Topic 23. | Any consumer studies. reports, surveys, interviews or reports regarding the CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS, included but not limited to YOUR knowledge of the reasons why consumers purchase any of the CONTESTED MGA PRODUCTS or any of the CONTESTED MATTEL, PRODUCTS. | |
| | 1/9/08 Notice, Topic 24. | Marketing studies, marketing plans, sales plans, sales forecasts, strategies and analyses that REFER OR RELATE TO THE CONTESTED MATTEL PRODUCTS. | |
| | 1/9/08 Notice, Topic 48. | The existence or extent of competition or substitution between any of the CONTESTED MGA PRODUCTS and any of the CONTESTED MATTEL PRODUCTS. | |
| | 1/26/10 Notice, Topic 17. | Market research or analysis RELATING TO BRATZ and any of YOUR other PRODUCTS. | |
| | 1/26/10 Notice, Topic 18. | Market research or analysis RELATING TO BRATZ and MY  SCENE | |
| | 1/9/08 Notice, | YOUR revenues, costs and profits for each of the CONTESTED MGA | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | Topic 19. | PRODUCTS, including but not limited to YOUR per-unit cost, and YOUR gross, incremental and net profits for each of the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, Topic 20. | Any complaints or dissatisfaction concerning the CONTESTED MGA PRODUCTS, including but not limited to the returns of, or the number of or rate of defects for, such products. | |
| | 1/9/08 Notice, Topic 81. | COMMUNICATIONS with, or inquiry or investigation by, any government entity, industry organization, safety compliance, or consumer organization RELATING TO the CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS. | |
| | 1/9/08 Notice, Topic 21. | Any potential or actual confusion, any potential or actual mistake or any potential or actual deception of any PERSON as to the origin, affiliation, sponsorship or association of the CONTESTED MGA PRODUCTS or CONTESTED MATTEL PRODUCTS that YOU are aware of, including but not limited to all studies, surveys, interviews. reports and COMMUNICATIONS regarding any such confusion, mistake or deception. | |
| | 1/9/08 Notice, Topic 22. | Any potential or actual confusion, any potential or actual mistake or any potential or actual deception of any PERSON as to the origin, affiliation, sponsorship or association of the CONTESTED MATTEL PRODUCTS that you are aware of, including but not limited to all studies, surveys, interviews, reports and COMMUNICATIONS regarding such confusion, mistake or deception. | |
| | 1/9/08 Notice, Topic 56. | The factual basis for YOUR allegation that the press confused YOUR products with MATTEL products and "has taken notice" of alleged confusion between "Bratz" and "My Scene." | |
| | 1/9/08 Notice, | All COMMUNICATIONS relating to customers who have allegedly | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | Topic 57. | contacted YOU to purchase Mattel's "My Scene" dolls or any of the CONTESTED MATTEL PRODUCTS. | |
| | 1/9/08 Notice, Topic 6. | COMMUNICATIONS between YOU and any PERSON, including without limitation, any retailer or distributor, that REFER OR RELATE TO the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, Topic 27. | COMMUNICATIONS between YOU and MATTEL RELATING TO the CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS. | |
| | 1/9/08 Notice, Topic 31. | Any similarity or dissimilarity between any of the CONTESTED MGA PRODUCTS and any of the CONTESTED MATTEL PRODUCTS. | |
| | 1/9/08 Notice, Topic 97. | The identity of each doll, product, packaging or other matter that YOU have accused of infringing, diluting or otherwise violating YOUR purported rights in any of the CONTESTED MGA PRODUCTS, the IDENTITY of each manufacturer of each doll, product, packaging or other matter and the specific aspects of each such doll, product, packaging or other matter that YOU have claimed was confusingly or substantially similar to any of the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, Topic 98. | The identity, and outcome and resolution, of each lawsuit that YOU have brought or cease and desist letter YOU have sent each doll, product, packaging or other matter that YOU have accused of infringing, diluting or otherwise violating YOUR purported rights in any of the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, Topic 2. | Any revisions, modifications or changes made to any of the CONTESTED MGA PRODUCTS, including without limitation any proposed alternatives, modifications or changes (whether or not implemented) to such CONTESTED MGA PRODUCTS, the date(s) on which such revisions, | |

23

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | | modifications or changes were made or proposed and the reasons for their implementation or non- implementation. | |
| | 1/9/08 Notice, Topic 49. | The factual basis for YOUR claim that any of the CONTESTED MGA PRODUCTS have acquired secondary meaning or are famous. | |
| | 1/9/08 Notice, Topic 54. | The identification of YOUR alleged trade dress in connection with the CONTESTED MGA PRODUCTS, including without limitation with respect to "themes," and the factual bases for YOUR claim that YOU have any legally protected interest in such trade dress. | |
| | 1/9/08 Notice, Topic 53. | The basis for YOUR claim that the Bratz dolls launched in 2001 were "unique and distinctive." | |
| | 1/9/08 Notice, Topic 25. | MATTEL's alleged copying, infringement or dilution of the CONTESTED MGA PRODUCTS or any claimed EMBODIMENT thereof. | |
| | 1/9/08 Notice, Topic 29. | When, and under what circumstances, YOU became aware that Mattel had created, designed, developed, sold, offered for sale or licensed the CONTESTED MATTEL PRODUCTS. | |
| | 1/9/08 Notice, Topic 50. | The factual basis for YOUR claim that any of MATTEL's actions have caused actual dilution. | |
| | 1/9/08 Notice, Topic 52. | The factual basis for YOUR claim that Mattel "serially imitated and copy-catted [*sic*] the look of MGA products, trade dress, trademarks, themes, ideas, advertising and packaging." | |
| | 1/9/08 Notice, Topic 58. | The factual basis for YOUR claim that MATTEL has infringed, diluted or otherwise violated any trade dress that YOU contend YOU own in the CONTESTED MGA PRODUCTS. | |
| | 1/9/08 Notice, | MATTEL's alleged violation of rules or restrictions relating to data | |

## APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | Topic 68. | provided to subscribers by NPD or any other wrongful conduct relating to NPD. | |
| | 1/9/08 Notice, Topic 69. | COMMUNICATIONS between YOU and NPD, other than periodic reports transmitted by NPD or information made available to YOU by NPD, between January 1, 2000 and the present. | |
| | 1/9/08 Notice, Topic 70. | YOUR contracts and agreements with NPD since January 1, 1999, including without limitation any allegation by NPD that YOU were or have been in breach or violation thereof. | |
| | 1/9/08 Notice, Topic 71. | The status of YOUR NPD subscription between January 1, 1999 and the present. | |
| | 1/9/08 Notice, Topic 72. | MATTEL's alleged inducement of CARU to place onerous restrictions on MGA advertisements, and require MGA to amend aspects of commercials that have gone unchallenged in other parties' commercials. | |
| | 1/9/08 Notice, Topic 73. | COMMUNICATIONS between YOU and CARU between January 1, 2000 and the present RELATING TO MATTEL, ANY CONTESTED MGA PRODUCTS, ANY CONTESTED MATTEL PRODUCTS or any other subject or matter that YOU are relying upon in this ACTION. | |
| | 1/9/08 Notice, Topic 74. | MATTEL's allegedly improper influence with or within TIA, including but not limited to the procedures for and manner in which the Toy of the Year was selected for 2003. | |
| | 1/9/08 Notice, | YOUR COMMUNICATIONS with TIA RELATING TO Toy of the Year since January 1, 2000 or any other subject or matter on which YOU base | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | Topic 75. | any claim. | |
| | 1/9/08 Notice, Topic 50. | The content, meaning authenticity and source of COMMUNICATIONS, advertisements, and/or promotional statements that provide a basis for any claim by YOU against MATTEL. | |
| | 1/9/08 Notice, Topic 51. | Mattel's alleged intimidation, coercion or threats to retailers, licensees, suppliers and others in the industry." | |
| | 1/9/08 Notice, Topic 52. | The factual basis for YOUR claim that Mattel "serially imitated and copy-catted [sic] the look of MGA products, trade dress, trademarks, themes, ideas, advertising and packaging." | |
| | 1/9/08 Notice, Topic 55. | The factual basis for YOUR allegation that advertising executives have expressed concern about "Bratz" and Mattel's "My Scene," what concerns they expressed and the IDENTITY of each such executive. | |
| | 1/9/08 Notice, Topic 59. | The factual basis for YOUR claim that MATTEL has engaged in "strong-arm tactics, and other illegitimate, unfair and anti-competitive means." | |
| | 1/9/08 Notice, Topic 64. | Mattel's alleged "warnings," "threats" or 'intimidation" that are the subject of YOUR claims, including but not limited to all COMMUNICATIONS with any present or former licensees of MATTEL and any present or former distributors and retailers of MGA and MATTEL products. | |
| | 1/9/08 Notice, Topic 65. | MATTEL's alleged responsibility for "shortage of doll hair in October 2002." | |
| | 1/9/08 Notice, | MATTEL's alleged "manipulation of the retail market," including by its | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | Topic 66. | alleged tampering with MGA's retail displays. | |
| | 1/9/08 Notice, Topic 67. | MATTEL's alleged false statements about YOU or YOUR business practices. | |
| | 1/9/08 Notice, Topic 68. | MATTEL's alleged violation of rules or restrictions relating to data provided to subscribers by NPD or any other wrongful conduct relating to NPD. | |
| | 1/9/08 Notice, Topic 76. | MATTEL's purported power, influence and intimidation to threaten retailers, suppliers, licensees, distributors, manufacturers and industry bodies so as to limit or prevent MGA from doing business. | |
| | 1/9/08 Notice, Topic 77. | MATTEL's alleged intimidation of or threats against MGA's current and potential employees. | |
| | 1/26/10 Notice, Topic 4. | The factual basis for the claims YOU are alleging or asserting in this ACTION against MATTEL. | |
| **27** | **MGA's claims of damage, injury, loss or lost opportunities, for disgorgement or any other monetary relief. Topic Nos. 1-3, First Phase 2 Notice; Topic No. 28, Fourth Notice.** | | **Discovery is on-going; will be the subject of expert testimony.** |
| | 1/9/08 Notice, Topic 28. | Any damage, loss, injury or unjust enrichment that YOU claim has been sustained by reason of any act or omission by MATTEL, including but not limited to any alleged lost profits. lost sales, lost royalty, lost opportunity, lost license, revenue, price erosion, or consequential or incidental damage, including but not limited to the causation for any such alleged unjust enrichment, damage, loss, or injury and the amounts of all such damage loss, injury or unjust enrichment. | |

# APPENDIX A

| Mattel Category | Notice Date/No. | Topic | MGA Response |
|---|---|---|---|
| | 1/26/10 Notice, Topic 1. | Any and all opportunities that YOU claim that YOU lost or that became less valuable as a result of any and all conduct by MATTEL alleged or asserted by YOU in this ACTION. In connection with this topic, MGA shall, without limitation, identify the alleged lost opportunity, the PERSON with whom MGA believed it had an opportunity, the alleged value of the opportunity, all bases underlying the claimed value of the opportunity, DOCUMENTS and COMMUNICATIONS RELATING TO such opportunity, and any and all reasons that the opportunity was not pursued by YOU to conclusion or obtained. | |
| | 1/26/10 Notice, Topic 2. | The benefits, profits or gains, if any, that YOU claim MATTEL has received as a result of any and all wrongful acts by MATTEL alleged or asserted by YOU in this ACTION, including but not limited to any and all calculations, analyses, quantifications, reviews or summaries that supports or RELATES TO the type or amount of any such harm or benefit. | |
| | 1/26/10 Notice, Topic 3. | Any other injury or damages that YOU claim MATTEL caused YOU to incur or suffer, including but not limited to YOUR calculations and analyses RELATING TO such alleged damages or injury. | |
| 28 | **The factual bases for MGA's affirmative defenses.**  Topic No. 88, Fourth Notice. | | |
| | 1/9/08 Notice, Topic 88. | The factual bases for YOUR affirmative defenses. | **MGA will designate a witness on this topic.** |