# EXHIBIT 1

*Carter Bryant v. Mattel and Consolidated Actions*
USDC C.D. Cal., Case No. 2:04-CV-0949-DOC-RNB

**Transcripts and Discovery Responses Reviewed by Ron Brawer In Preparation For MGA 30(b)(6) Deposition**

| **Deposition Transcripts** |
| --- |
| Deposition Transcript of Nick Contreras (1/28/2008), pp. 8, 105, 121, 131, 133, 165, 204-209, 236, 303 |
| Deposition Transcript of Daniel Cooney (1/28/2008), seriatim |
| Deposition Transcript of Jorge Castilla (10/28/2008), pp. 78-80, 83,110, 132, 138, 159, 168, 170, 266, 270, 292, 298, 325, 331, 334, 335, 358, 377 |
| Deposition Transcript of Yoon Jung Kim (1/18/2010), pp. 38-39, 42, 47, 50, 54, 55, 58, 63, 66, 91, |
| Deposition Transcript of Nicole Coleman (2/5/2010), pp. 64-70, 92-101, 107, 162-63, 244-47 |
| Deposition Transcript of Bob Eckert (12/16/2009), pp. 276-277 |
| Deposition Transcript of Gene Murtha (2/25/2010), pp. 124, 148-149, 162-165, 169-176 |
| Deposition Transcript of Neil Friedman (1/21/2010), pp. 11-12, 15-17, 21, 23-25, 32-33, 35-38, 40-46, 48-49, 58 |
| Deposition Transcript of Laura Owens (12/14/09), pp. 70-73 |
| Deposition Transcript of Gabriel Zalzman (12/30/10), pp. 165-200 |
| Deposition Transcript of Maureen Tafoya (1/28/08), pp. 134-137, 150-161, 222-237 |
| Deposition Transcript of Amy Meyers (2/22/08), pp. 35-38, 215-218 |
| Deposition Transcript of Anna Rhee (2/2/05), pp. 97-100 |
| Deposition Transcript of Alan Kaye (12/10/04), pp. 179-187 |
| Rough Deposition Transcript of Tina Patel Varu (3/19/2010), pp. 19-21 |
| Deposition Transcript of Keith Storie (12/16/09), pp. 58-63, 68-75, 79-81 |
| Deposition Transcript of Steve Totzke (1/18/2010), pp. 86-89, 198-205, 217-218, 265-269 |
| Deposition Transcript of Diane Goveia-Gordon (2/4/2010), pp. 493-496, 544-547, 590-560 |
| **Discovery Responses** |
| MGA Second Supplemental Responses to Mattel's Supplemental Interrogatory Nos. 56-63 (8/20/2009) |