1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  415-773-5700
   Facsimile:   415-773-5759
7
8  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
10 Los Angeles, CA  90017
   Telephone:  213-629-2020
11 Facsimile:   213-612-2499
12 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
14 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
15 Attorneys for MGA Parties

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                   SOUTHERN DIVISION

| | |
|---|---|
| 19 CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 20        Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| 21 v. | Case No. CV 05-2727 |
| 22 MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| 23        Defendant. | **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| 24 | |
| 25 AND CONSOLIDATED ACTIONS | Phase 2 |
| 26 | Discovery Cutoff:        June 1, 2010 |
| | Pretrial Conference    None Set |
| 27 | Trial Date:                  None Set |
| 28 | |

**PROOF OF SERVICE BY HAND DELIVERY**

I, Isaac Trenco, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On May 4, 2010, I served the following document(s):

1. **MGA PARTIES' RESPONSE TO ORDER TO SHOW CAUSE DATED MAY 1, 2010 (DKT. NO. 7793) – CONFIDENTIAL AND ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER;**

2. **ORDER RE SEALING OF THE MGA PARTIES' RESPONSE TO ORDER TO SHOW CAUSE DATED MAY 1, 2010 (DKT. NO. 7793);**

3. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

☒   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2010, at Los Angeles, California.

Isaac Trenco _____        _____
                                        USA Network, Inc.

- 1 -

1

## PROOF OF SERVICE

2          I, Maria Mercado-Navarro, declare:

3          I am more than eighteen years old and not a party to this action.  My business

4    address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite

5    3200, Los Angeles, California 90017.

6          On May 4, 2010, I served the following document(s):

7    **1.     MGA PARTIES' RESPONSE TO ORDER TO SHOW CAUSE
           DATED MAY 1, 2010 (DKT. NO. 7793) – CONFIDENTIAL AND**
8    **ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE
           ORDER;**

9
10   **2.     ORDER RE SEALING OF THE MGA PARTIES' RESPONSE TO
           ORDER TO SHOW CAUSE DATED MAY 1, 2010 (DKT. NO.
           7793);**

11
12   **3.     PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

13   ☒      By placing the document(s) listed above in a sealed envelope with
           postage thereon fully prepaid, in the United States mail at Los
14         Angeles, California addressed as set forth below.

15   ☐      (by Electronic Mail), I caused such documents to be transmitted by
           electronic mail to the offices of the addressee.

16         Counsel for Carlos Gustavo Machado Gomez

17
18         Alexander H. Cote, Esq.
           acote@scheperkim.com
19         SCHEPER KIM & HARRIS LLP
           601 W. 5th Street, 12th Floor
20         Los Angeles, CA  90017
           Telephone: (213) 613-4655
           Facsimile:   (213) 613-4656

21
22         Mark E. Overland, Esq.
           mark@overlaw.net
23         Law Offices of Mark E. Overland
           100 Wilshire Boulevard, Suite 950
24         Santa Monica, CA 90401
           Telephone: (310) 459-2830
           Facsimile: (310) 459-4621

25

26

27

28

-2-

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

1        <u>Additional Counsel:</u>

2        Jason D. Russell, Esq.
jason.russell@skadden.com

3        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400

4        Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000

5        Facsimile:  (213) 687-5600

6        I am employed in the county from which the mailing occurred.  On the

7 date indicated above, I placed the sealed envelope(s) for collection and mailing at

8 this firm's office business address indicated above.  I am readily familiar with this

9 firm's practice for the collection and processing of correspondence for mailing with

10 the United States Postal Service.  Under that practice, the firm's correspondence

11 would be deposited with the United States Postal Service on this same date with

12 postage thereon fully prepaid in the ordinary course of business.

13        I declare under penalty of perjury that the foregoing is true and correct.

14 Executed on May 4, 2010, at Los Angeles, California.

Maria Mercado-Navarro

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)