1   DANIEL V. NIXON (CA SB# 132392)
    danielnixon@byrnenixon.com
2   JENNIFER L. DERWIN (CA SB# 222420)
    jenniferderwin@byrnenixon.com
3   BYRNE & NIXON LLP
    800 West Sixth Street, Suite 430
4   Los Angeles, CA 90017
    Telephone: (213) 620-8003
5   Facsimile: (213) 620-8012

6   Attorneys for Nonparty
    JOE L. TIONGCO
7

8

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                         SOUTHERN DIVISION

13

14  CARTER BRYANT, an individual,     )   CASE NO. CV 04-9049 DOC (RNBx)
                                       )
15            Plaintiff,               )   Consolidated with:
                                       )   Case No. CV 04-9059
16        v.                           )   Case No. CV 05-2727
                                       )
17  MATTEL, INC., a Delaware corporation,)  [PROPOSED] ORDER SEALING
                                       )   NONPARTY JOE L. TIONGCO'S
18            Defendant.               )   OBJECTIONS TO DISCOVERY
                                       )   MASTER'S ORDER OVERRULING
19  _____)   OBJECTIONS AND NOTICE OF
                                       )   UNDER SEAL LODGING IN SUPPORT
20  AND CONSOLIDATED ACTIONS.          )   THEREOF
                                       )
21  _____)   Judge:  Hon. David O. Carter
                                           Ctrm:   9-D
22

23

24

25

26

27

28

---

[PROPOSED] ORDER SEALING TIONGCO'S OBJECTIONS TO DISCOVERY MASTER'S ORDER

**[PROPOSED] ORDER**

Nonparty Joe L. Tiongco's Objections to Discovery Master's Order Overruling Objections cites testimony from a deposition that has been designated "Confidential - Attorney's Eyes Only" under the Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

1.      Nonparty Joe L. Tiongco's Objections to Discovery Master's Order Overruling Objections; and

2.      Notice of Under Seal Lodging of Documents in Support of Nonparty Joe L. Tiongco's Objections to Discovery Master's Order Overruling Objections.

**IT IS SO ORDERED.**

DATED: May 5, 2010

_David O. Carter_

_____
Hon. David O. Carter
United States District Judge

[PROPOSED] ORDER SEALING TIONGCO'S OBJECTIONS TO DISCOVERY MASTER'S ORDER