Name & Address:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017–2543
Telephone: (213) 443–3000
Facsimile: (213) 443–3100
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04–9049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S FIFTH AMENDMENT RULINGS DURING THE DEPOSITION OF JOE TIONGCO; ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S OBJECTIONS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  May 5, 2010

☐ Manual Filing required (*reason*):

| May 5, 2005 | Michael T. Zeller |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09) — **NOTICE OF MANUAL FILING**