QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF TIONGCO DEPOSITION *IN CAMERA* IN SUPPORT OF MATTEL'S OBJECTIONS TO THE DISCOVERY MASTER'S FIFTH AMENDMENT RULINGS DURING THE DEPOSITION OF JOE TIONGCO**<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, in support of its Objections to the Discovery Master's Fifth Amendment Rulings During the Deposition of Joe Tiongco, plaintiff Mattel, Inc. hereby lodges *in camera* the following:

1. Deposition Transcript of Joe Tiongco, Vol. 2, dated April 30, 2010.

DATED: May 5, 2010          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                        By /s/ Michael T. Zeller
                                          Michael T. Zeller
                                          Attorneys for Mattel, Inc.