QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S FIFTH AMENDMENT RULINGS DURING THE DEPOSITION OF JOE TIONGCO |

[PROPOSED] ORDER

Because the content of Mattel, Inc.'s Objections To The Discovery Master's Fifth Amendment Rulings During The Deposition Of Joe Tiongco (the "Objections") will include material the MGA Parties have designated "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order,

IT IS HEREBY ORDERED:

The Objections are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 5, 2010

_____
Hon. David O. Carter
United States District Judge