MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER RE SEALING OF THE MGA PARTIES' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT AND DOCUMENTS FILED IN SUPPORT THEREOF** |

1            [PROPOSED] ORDER

3        The MGA Parties intend to file motions to dismiss and for summary

4 judgment on May 10, 2010 along with supporting documents, including

5 declarations, exhibits and separate statement. The MGA Parties claim that the

6 materials referenced above contain, reference, cite and quote items that have been

7 designated by the parties as "Confidential" and "Confidential - Attorney's Eyes

8 Only" under the Protective Order.

9        IT IS HEREBY ORDERED that:

10        The MGA Parties' motions to dismiss and for summary judgment along

11 with supporting documents, including declarations, exhibits and separate statement

12 to be filed on May 10, 2010, may be filed under seal..

16 DATED:    May 6, 2010         _____

                                        Hon. David O. Carter
                                        United States District Judge