Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**  SEE ATTACHED

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See attached list

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  May 6, 2010
☐ Manual Filing required (*reason*):

| May 10, 2010 | /s/ Annette L. Hurst |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          **NOTICE OF MANUAL FILING**                    American LegalNet, Inc.
www.FormsWorkflow.com

**ATTACHMENT TO NOTICE OF MANUAL FILING**

**NOTICE OF MOTIONS AND MOTIONS OF COUNTER-DEFENDANTS MGA PARTIES AND IGWT 826 TO DISMISS RICO AND CREDITOR CLAIMS AND FOR SUMMARY ADJUDICATION OF RICO CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

**NOTICE OF MOTIONS AND MOTIONS OF MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO DISMISS AND/OR FOR SUMMARY ADJUDICATION REGARDING U.S.-BASED TRADE SECRET AND EMPLOYEE-BASED STATE LAW TORT CLAIMS BROUGHT BY MATTEL INC.;**

**NOTICE OF MOTIONS AND MOTIONS BY MGAE DE MEXICO TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND ON GROUND OF *FORUM NON CONVENIENS*, MOTION BY MGA AND ISAAC LARIAN FOR SUMMARY ADJUDICATION OF FOREIGN TRADE SECRET CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES;**

**SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THE MGA PARTIES AND IGWT'S MOTIONS FOR SUMMARY ADJUDICATION OF THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF OF THE FAAC;**

**COMPENDIUM OF ALLEGED TRADE SECRET DOCUMENTS IN SUPPORT OF MGA PARTIES AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO**

**APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF THE MGA PARTIES AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO**

**DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF THE MGA PARTIES' AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO**