MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**THE MGA PARTIES' AND IGWT 826'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY ADJUDICATION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties"), and IGWT 826 Investments LLC ("IGWT") respectfully submit this *ex parte* application seeking leave to file an overlength memorandum of points and authorities in support of their combined motion to dismiss and motion for summary adjudication on Mattel's RICO and creditor claims.

The parties make this request for the following reasons: The combined brief addressees two issues common to all the above-mentioned parties, specifically Mattel's RICO and creditor claims. Given these shared issues, addressing the claims in one memorandum of points and authorities is respectfully considered the most appropriate and efficient means of addressing and considering the issues presented. This is particularly so given the breadth of the claims alleged. Moreover, the parties have considered that the alternative to the filing of a single memorandum of points and authorities on these common claims would result in multiple redundant briefs filed on behalf of each of the above-mentioned parties.

For these reasons, the parties request leave to file an overlength memorandum of points and authorities in support of their Notice of Motions and Motions of Counter-Defendants MGA Parties and IGWT 825 to Dismiss RICO and Creditor Claims and for Summary Adjudication of Rico Claims.

Pursuant to Local Rule 7-19.1, counsel for the MGA Parties gave notice of this Application to counsel for Mattel on May 10, 2010. Counsel for Mattel, Inc. includes Michael Zeller and B. Dylan Proctor of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP (telephone: 213-443-3000; address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017).

| | | |
|---|---|---|
| Dated: May 10, 2010 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | /s/ *Annette L. Hurst* |
| | | Thomas McConville |
| | | Attorneys for MGA Parties |

## MEMORANDUM OF POINTS AND AUTHORITIES

The MGA Parties and IGWT 826 intend to file a single memorandum of points and authorities in support of their Notice of Motions and Motions of Counter-Defendants MGA Parties and IGWT 826 to Dismiss RICO and Creditor Claims and for Summary Adjudication of Rico Claims, which seeks an order dismissing and summary adjudication of Mattel's RICO claims (First and Second Counterclaims) and its creditor claims (Thirteen through Sixteenth Counterclaims). These claims are themselves extensive.

More importantly, the issues presented in the Motions of Counter-Defendants MGA Parties and IGWT 826 to Dismiss RICO and Creditor Claims and for Summary Adjudication of Rico Claims are common to each of the parties bringing this motion. These parties respectfully submit that a presentation of these issues in one brief is the most effective and efficient way to present and consider the issues concerning the claims challenged. The alternative would be redundant briefs filed by each of the parties against whom the claims in the challenged cause of action are brought.

The MGA Parties and IGWT 826 anticipate that the memorandum of points and authorities to be filed will not exceed 40 pages in length.

## CONCLUSION

For the foregoing reasons, the MGA Parties respectfully request that this *ex parte* application be granted.

Dated: May 10, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ Annette L. Hurst*
       Thomas McConville
       Attorneys for MGA Parties