# EXHIBIT 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 01/25/05 | DEPT. 30 |
| HONORABLE JOSEPH R. KALIN   JUDGE | J. BACON   DEPUTY CLERK |
| HONORABLE #3   C. AGUIRRE(C.A.)   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| Deputy Sheriff | B. DeMODE, CSR #12268   Reporter |

| 8:32 am | BC323381 | Plaintiff Counsel | GLENN D. DASSOFF [X] |
|---|---|---|---|
| | MATTEL INC VS RONALD BRAWER | Defendant Counsel | DOUGLAS A WICKHAM [X] |
| | 170.6 HIROSHIGE BY PLAINTIFF | | |

**NATURE OF PROCEEDINGS:**

DEMURRER OF DEFENDANT, RONALD BRAWER, TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF;

Matter is called for hearing:

Cause is argued.

The court orders the Demurrer SUSTAINED WITH 45 DAYS LEAVE TO AMEND.

Defendant's counsel to give notice.

Page   1 of   1   DEPT. 30

MINUTES ENTERED
01/25/05
COUNTY CLERK

Exhibit 2 - Page 24