# EXHIBIT 3

1  DOUGLAS A. WICKHAM, Bar No. 127268
   MATTHEW B. HAYES Bar No. 220639
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East, 5th Floor
   Los Angeles, CA 90067.3107
4  Telephone:    310.553.0308
   Fax No.:      310.553.5583
5
   Attorneys for Defendant
6  RONALD BRAWER

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    COUNTY OF LOS ANGELES

10  MATTEL, INC., a Delaware corporation,    | Case No. BC323381

11                    Plaintiff,             | ASSIGNED FOR ALL PURPOSES TO
                                             | JUDGE ELIZABETH GRIMES,
12            v.                             | DEPARTMENT 30

13  RONALD BRAWER, an individual, and        | DATE ACTION FILED: OCTOBER 21, 2004
    DOES 1-50, inclusive,
14                                           | **NOTICE OF ENTRY OF ORDER OF
                    Defendants.              | DISMISSAL OF PLAINTIFF MATTEL
15                                           | INC'S ACTION AGAINST DEFENDANT
                                             | RONALD BRAWER WITH PREJUDICE**

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
LOS ANGELES SUPERIOR COURT

MAR 2 8 2005

JOHN A. CLARKE. CLERK

BY L. ZULUETA. DEPUTY

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

NOTICE OF ENTRY OF ORDER OF DISMISSAL

Exhibit 3 - Page 25

1    PLEASE TAKE NOTICE THAT on March 22, 2005, Department 30 of the above captioned

2    Court, the Honorable Elizabeth Grimes, judge presiding, entered an Order dismissing Plaintiff

3    Mattel, Inc.'s action against Defendant Ronald Brawer with prejudice.  Attached hereto as Exhibit A

4    is a true and correct copy of the Court's Order entered on March 22, 2005.

5    Dated: March 28, 2005                    Respectfully submitted

6

7                                                    MATTHEW B. HAYES
                                                     LITTLER MENDELSON
8                                                    A Professional Corporation
                                                     Attorneys for Defendant
9                                                    RONALD BRAWER

10

11   Los_Angeles:408321.1 028307.1015

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
2048 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

2

NOTICE OF ENTRY OF ORDER OF DISMISSAL

Exhibit 3 - Page 26

1  DOUGLAS A. WICKHAM, Bar No. 127268
   MATTHEW B. HAYES Bar No. 220639
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East
   5th Floor
4  Los Angeles, CA 90067.3107
   Telephone:    310.553.0308
5  Fax No.:      310.553.5583

6  Attorneys for Defendant
   RONALD BRAWER

7

**ORIGINAL FILED**

MAR 2 2 2005

LOS ANGELES
SUPERIOR COURT

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF LOS ANGELES

10  MATTEL, INC., a Delaware corporation,   |   Case No. BC323381

11               Plaintiff,                 |   ASSIGNED FOR ALL PURPOSES TO
                                            |   JUDGE ELIZABETH GRIMES,
12       v.                                 |   DEPARTMENT 30

13  RONALD BRAWER, an individual, and       |   DATE ACTION FILED: OCTOBER 21, 2004
    DOES 1-50, inclusive,                   |
14                                          |   [PROPOSED] ORDER DISMISSING
                 Defendants.                |   PLAINTIFF MATTEL, INC.'S ACTION
15                                          |   AGAINST DEFENDANT RONALD
                                            |   BRAWER WITH PREJUDICE
16                                          |
17                                          |   Hearing Date:   March 18, 2005
                                            |   Time:           8:30 a.m.
18                                          |   Department:     30
                                            |
19                                          |   Trial Date:           None set
                                            |   Discovery Cut-Off: None set

20

21

22

23

24

25

26

27

28

ITTLER MENDELSON
Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

ORDER

EX A

Exhibit 3 - Page 27

1    On March 18, 2005, in Department 30 of the Los Angeles Superior Court, the Honorable

2    Elizabeth Grimes, judge presiding, Defendant Ronald Brawer's ("Brawer") Ex Parte Application For

3    an Order dismissing Plaintiff's Mattel, Inc.'s ("Mattel") Action against Brawer with prejudice

4    ("Application") came on for hearing before this Court. Brawer's Application was made pursuant to

5    California Rule of Court 325(f) and Code of Civil Procedure section 581(f)(2).

6          FOR GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS

7    FOLLOWS:   Brawer's Application is granted and Mattel's Action against Brawer is hereby

8    dismissed with prejudice.

9          California Rule of Court 325(f) provides that "[a] motion to dismiss the entire action

10   and for entry of judgment after expiration of the time to amend following the sustaining of a

11   demurrer may be made by ex parte application to the court under section 581(f)(2) of the Code of

12   Civil Procedure." Code of Civil Procedure section 581(f)(2) provides that the Court may dismiss a

13   complaint "after a demurrer to the complaint is sustained with leave to amend, the plaintiff fails to

14   amend it within the time allowed by the court and either party moves for dismissal."

15         On January 25, 2005, the Honorable Joseph R. Kalin sustained Brawer's Demurrer to

16   Mattel's claim for declaratory relief – the only claim alleged in Mattel's Complaint – without leave

17   to amend. The Court, however, granted Mattel forty five (45) days within which to file an amended

18   Complaint in order to state some other actual case or controversy against Brawer other than for

19   declaratory relief. Mattel did not amend the Complaint within the allotted time period. Thereafter,

20   on March 18, 2005, Brawer moved for dismissal.

21         Consequently, each element of section 581(f)(2) has been met and, therefore, Mattel's Action

22   is appropriately dismissed with prejudice based upon Brawer's ex parte application pursuant to

23   California Rule of Court 325(f).

24

25   Dated: MAR 2 2 2005

26                                        _____
                                          ELIZABETH A. GRIMES
27   Los_Angeles:401090.1 028307.1015     Judge, Los Angeles County Superior Court

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th floor
Los Angeles, CA 90067-3107
310.553.0308

1.
ORDER

Exhibit 3 - Page 28

## PROOF OF SERVICE BY MAIL

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 28, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> NOTICE OF ENTRY OF ORDER OF DISMISSAL OF PLAINTIFF MATTEL INC.'S ACTION AGAINST DEFENDANT RONALD BRAWER WITH PREJUDICE

in a sealed envelope, postage fully paid, addressed as follows:

Glenn D. Dassoff, Esq.
Paul, Hastings, Janofsky & Walker LLP
695 Town Center Drive, 17th Floor
Costa Mesa, California 92626
Telephone:    (714) 668-6200
Facsimile:    (714) 979.1921

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 28, 2005, at Los Angeles, California.

_____
Jonna Newcomb-Carter

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

Los_Angeles:401449.1 028307.1015

PROOF OF SERVICE

Exhibit 3 - Page 29