| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|  | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|  | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|  | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | 405 Howard Street |
| 5 | San Francisco, CA 94105-2669 |
|  | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 6 | |
|  | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
|  | Los Angeles, CA 90017 |
| 9 | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
|  | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
|  | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | Case No. CV 04-9049 DOC (RNBx) |
|  | Consolidated with: |
| Plaintiff, | Case Nos. CV 04-9059 & CV 05-2727 |
| v. | **DECLARATION OF SCHUYLER BACON IN SUPPORT OF THE MGA PARTIES' MOTION FOR SUMMARY ADJUDICATION** |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## DECLARATION OF SCHUYLER BACON

I, Schuyler Bacon, declare and state as follows:

1. I am the Executive Recruiter at MGA Entertainment Inc ("MGA"). I have held this position since September 1, 2007. Prior to that, I was the Director of Recruiting from September 20, 2004 to September 1, 2007. In those positions I was responsible for recruiting and hiring new employees to MGA. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I understand that by 2002, MGA was in need of additional employees to design, supervise the manufacture of, market and sell its products as demand for Bratz skyrocketed. As a result, MGA began to hire a significant number of new employees to support its successful new product line. From 2002 to 2007, MGA hired more than seven hundred new employees.

3. MGA obtained its new hires during this time through a variety of sources, including on-line job postings on sites like Monster.com, Hotjobs.com and Career Builder, want ads, references, employment agencies and personal contacts. Attached hereto as Exhibit A are copies of some of the job postings placed by MGA during this time.

4. New hires came to MGA from a variety of industries and from various prior employers. Many employees came from other toy companies, but employees also came to us from various other industries. In fact, as MGA saw itself as an entertainment company as well as a toy company, many new hires came from the entertainment industry.

5. At least 109 of the employees hired during this period had previously worked for Mattel. MGA also hired employees from Saban, Disney, Applause, Fox and Bandai.

6. Beginning in 2004, MGA instituted an additional precaution when hiring individuals who had come from any competing toy company, to require they attest,

in writing, to understanding their obligations to their prior employer and confirming compliance with those obligations. Employees were specifically required to confirm, in writing, that they had not taken any confidential information from Mattel. A copy of a sample of that letter is attached hereto as Exhibit B.

7. Employees coming directly to MGA from a competitor would also be verbally admonished not to bring any confidential information from that prior employer. I personally gave that verbal admonishment to numerous employees who had come from Mattel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Van Nuys, California on the 7th day of May, 2010.

*/s/ Schuyler Bacon*
Schuyler Bacon