# EXHIBIT A

| | |
|---|---|
| **From:** | Ricardo Abundis |
| **To:** | Schuyler Bacon; Nicole Kuechenmeister |
| **CC:** | Nicole Coleman |
| **BCC:** | |
| **Sent Date:** | 2006-02-16 19:08:46:355 |
| **Received Date:** | 2006-02-16 19:08:46:730 |
| **Subject:** | RE: Monster Resume #71749130 Forecasting Genius Wanted for Bratz Dolls Monster Job #37754449 |
| **Attachments:** | |

I think he's a good candidate.

I'd like to interview.

Thanks,
Rick

-----Original Message-----
From: Schuyler Bacon
Sent: Thursday, February 16, 2006 10:43 AM
To: Ricardo Abundis; Nicole Kuechenmeister
Cc: Nicole Coleman
Subject: FW: Monster Resume #71749130 Forecasting Genius Wanted for Bratz Dolls Monster Job #37754449

Let me know if you'd like to set up an interview.

Schuyler

-----Original Message-----
From: youngkim920@gmail.com [mailto:youngkim920@gmail.com]
Sent: Wednesday, February 15, 2006 9:52 PM
To: Human Resources
Subject: Monster Resume #71749130 Forecasting Genius Wanted for Bratz Dolls Monster Job #37754449

Job Seeker meets all criteria
If you would like the subject line of your response emails to identify responses that don't meet your criteria, log in to Monster Office HQ and customize your email subject line at the Job Posting Response Options page in the Administration area at
http://recruiter.monster.com/admin/editEmailPreferences.asp?returnto=admin.
-----------------------------------------------------------------
Monster resume #71749130
Experienced Inventory/Replenishment Analyst Monster job #37754449
-----------------------------------------------------------------
-----------------------------------------------------------------
Name: YOUNG KIM

Confidential - For Attorney's Eyes Only

Street: 1124 Burbank Blvd. Unit#302
City/Town: North Hollywood
State: CA
Postal Code: 91601
Country: US
Phone Number: 630 400 5557
Email: youngkim920@gmail.com
Relocate: Will Relocate
Salary Requirements: 60,000.00 USD Per Year
Work Requirements: Employee
Education: Bachelor's Degree
Work Status: US - I am authorized to work in this country for any employer.
-----------------------------------------------------------------

CONTACT INFO
YOUNG KIM
1124 Burbank Blvd. Unit#302

North Hollywood, CA 91601
US
youngkim920@gmail.com
Mobile: 630 400 5557
RESUME
Monster resume #71749130
Resume Headline: Experienced Inventory/Replenishment Analyst CUSTOM RESUME/USER QUESTIONS:

Young Kim

1124 Burbank Blvd. Unit# 302
North Hollywood, CA 91601
(630) 400-5557
youngkim920@gmail.com

EDUCATION
Northern Illinois University, DeKalb, IL
Bachelor of Science in Operations & Information Management Information Systems May 2003

Work Experience
Customer Account Specialist/Replenishment Analyst September 2005 - Present
QTG(Quaker, Tropicana, & Gatorade) a division of PepsiCo Chicago, IL
Gathered, analyzed, and compiled statistical reports to assist sales on managing the $32 million Gatorade account
Managed the Wal-Mart 2-Tier orders to target store level inventory goals which increased daily sales and profits
Interpreted large volumes of point-of-sale data to assist Wal-Mart Replenishment Manager and Buyer in determining the appropriate forecast for sales
Provided analytical leadership in forecasting item & store level instock using Wal-Mart Retail Link CPFR
Authorize returns for Wal-Mart to maintain the integrity of Sarbanes Oxley Act for PepsiCo
Supported Supply Chain on product availability for promotional products along with new items

Confidential - For Attorney's Eyes Only

for Wal-Mart
Organized and planned weekly meetings with Sales and Supply Chain to meet forecasting expectations on current and new products Generated weekly ad-hoc reports for Management, using FAC's Digital Dashboard, WMS, and Wal-Mart Decision Support System
Coordinated Wal-Mart replenishment quarterly meetings to consistently benchmark Pepsi's customer
satisfaction
Analyzed and delivered weekly scorecards for Wal-Mart and sales to obtain the company's Key Peformance Index
Maintained 99.5% instock on over 1,000 store/item combinations for Wal-Mart which provides trust in our
account leadership

Inventory Analyst October 2004 - June 2005
Ace Hardware Corporation Oak Brook, IL
· Achieved 100.2% of the inventory service level goal
· Facilitated supply chain meetings with vendors to leverage partnerships and to implement new programs
· Analyzed and evaluated the components of replenishment such as daily outs and inventory levels
· Forecasted future sales based on past and present retail performance, seasonality and annual promotions
· Coordinated advertising strategies based on current market trends and annual category financial objectives
· Oversaw the implementation of new SKU's and new vendors for their sub set of categories
· Implemented solutions for functional departments to reduce costs, maximize asset performance and optimize overall supply chain performance

Import Coordinator June 2003 - September 2004
Igarashi Electric Works St. Charles, IL
· Managed the importing process by approving freight forwarding/commercial invoices and assigning harmonize tariff codes
· Analyzed project data to identify trends, issues and risks and proposed solutions to Management
· Developed and maintained the online inventory database to ensure production schedules
· Reviewed all new purchase orders in terms of pricing, bill of materials, and quantity penalties
· Acted as primary point of contact among Purchasing, overseas Manufacturing/Production, and Inventory Management to manage the Distribution Center shipping and receiving flow

Internship
Network and Strategic Development Intern Summer 2002
Allied International Naperville, IL
· Accepted and completed organizational projects for the VP of International Development
· Completed project based assignments for Allied and North American International
· Conducted online processing for a global Network Directory consisting of a 350 member database
· Operated with Allied International's in-house move management IT program

Technical Skills
Languages: C, Visual Studio.NET (including VB.net), VBA, HTML, JavaScript, ASP, SQL, C#
Applications: Dreamweaver, Flash, Oracle, Access, Microsoft Office Suite, QuickBooks, JDA

Confidential - For Attorney's Eyes Only

by E3, Wal-Mart Retail Link, Citrix Client, SAP, IBM Mainframe-M204 Operating Systems: Windows 3.x/ 95/ 98/ NT/ 2000/ ME/ XP, Mac OSX

Achievements
· Zebra Supplier Performance, Four time Recipient of Outstanding Delivery Performance 2003 - 2004

Certifications
· JDA by E3 Level II Certification

Activities
· Association of Information Technology Professionals, Northern Illinois University 2002 - 2003
· OMIS Student Association, Northern Illinois University 2001 - 2003

SUMMARY
Desired Salary/Wage: 60,000.00 USD Per Year Current Career Level: Experienced (Non-Manager)

WORK STATUS:
US - I am authorized to work in this country for any employer.

Active Security Clearance: No

TARGET JOB:
Target Job Title : CUSTOMER ACCOUNT SPECIALIST
Alternate Target Job Title : INVENTORY ANALYST
Desired Job Type: Employee
Desired Status: Full-Time
Willing to work weekends: No
Willing to work overtime: No

TARGET COMPANY:
Company Size: No Preference
Category: Manufacturing and Production/Transportation and Warehousing/Information Technology/Supply Chain/Logistics/Purchasing

TARGET LOCATIONS:
Selected Locations: US-CA-Los Angeles
Relocate: Yes
Willingness to travel: Up to 75% travel
EXPERIENCE:
10/2004 - 6/2005 Ace Hardware OAKBROOK, ILLINOIS
INVENTORY ANALYST
. Achieved 100.2% of the inventory service level goal Facilitated supply chain meetings with vendors to leverage partnerships and to implement new programs Analyzed and evaluated the components of replenishment such as daily outs and inventory levels Forecasted future sales based on past and present retail performance, seasonality and annual promotions Coordinated advertising strategies based on current market trends and annual category financial objectives Oversaw the implementation of new SKU's and new vendors for their sub set of categories Implemented solutions for functional departments to reduce costs, maximize asset performance and optimize overall supply chain performance
EDUCATION:

Confidential - For Attorney's Eyes Only

5/2003 Northern Illinois University US-ILLINOIS-DEKALB
Bachelor's Degree
. Outstanding Academic Achievement Award, Educational Services &
Programs, NIU 2000 - 2003
SKILLS:
Skill Name Skill Level Last Used Experience
JDA by E3 Expert Currently used 1 years
LANGUAGES:
Language Proficiency Level
Korean Conversational

------------------------------------------------------------

MATCH CRITERIA:
ZIP Code Proximity
Desired Response: 20
Actual Response: 7
Work Authorization
Desired Response: US
Actual Response: I am authorized to work in this country for any employer.
Career Level
Desired Response: Experienced (Non-Manager)
Actual Response: Experienced (Non-Manager) Education Level
Desired Response: Bachelor's Degree
Actual Response: Bachelor's Degree

------------------------------------------------------------

COVER LETTER:
I currently live in Chicago and work as a Customer Account Specialist at QTG(Quaker, Tropicana, & Gatorade) which is a division of PepsiCo. I am looking to move back to the Southern California area and am currently seeking the right opportunity to pursue this move. I will actually be in the Los Angeles area from 2/20 thru 2/24 and would welcome the opportunity to speak with you about this career opportunity while I am in town. Please review the attached resume which highlights my job experience, skills and education. Please contact me at your earliest convenience. I can be best reached at (630) 400-5557, or via e-mail at youngkim920@gmail.com.

Best Regards,

Young Kim

------------------------------------------------------------

**From:** Lizanna Waworuntu
**Sent:** Friday, August 26, 2005 11:23 PM
**To:** Shelby Smith
**CC:** Schuyler Bacon
**Subject:** RE: USC & Craigslist

Hi Shelby,
I posted the following positions on craigslist:
1. Applications Programmer
2. Database Analyst
3. Data Warehouse Analyst
4. Report Writer Programmer/Analyst
Craigslist will send you a copy of the ad via email.  Thanks Schuyler for the credit card!
Lizanna Waworuntu
HR Representative
MGA Entertainment, Inc.
16380 Roscoe Blvd. Suite 100
Van Nuys, CA 91406
818-894-2525 ext. 6521
lwaworuntu@mgae.com

---

From: Shelby Smith
Sent: Friday, August 26, 2005 10:30 AM
To: Lizanna Waworuntu
Subject: USC & Craigslist
Hi Lizanna,
Can you please find out how to post to USC's alumni for the IT positions? Register, sign-up, do whatever they need and post those 5-6 jobs there.
Also, can you please get Schuyler's credit card and post those same positions on Craigslist.org, I think those are $25/posting!
Thanks a million!


Shelby M. Smith
Corporate Recruiter
MGA Entertainment, Inc.
16380 Roscoe Blvd, Suite 100
Van Nuys, CA 91406
818.894.2525 x6526
shelby@mgae.com
www.bratzpack.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 0514454
Exhibit A - Page 8

| | |
|---|---|
| **From:** | Joanne Lee |
| **To:** | Gary Thomson |
| **CC:** | Janine Firth; Jim Olmstead |
| **BCC:** | |
| **Sent Date:** | 2004-03-05 20:09:19:781 |
| **Received Date:** | 2004-03-05 20:09:19:859 |
| **Subject:** | RE: Carol Rodriguez - Prod Planner for Wal-Mart |
| **Attachments:** | |

I spoke with her today and she's very interested however she is unavailable now. A family member is ill in Spain and she will be overseas for about 1 month. I asked her to contact me when she gets back and to send over any referrals.

She was interviewing with Mattel but had to stop the process because of the family emergency.

I will send over more resumes. I am aware that this is a position we need to fill now.

-----Original Message-----
From: Gary Thomson
Sent: Friday, March 05, 2004 11:00 AM
To: Joanne Lee
Subject: RE: Carol Rodriguez - Prod Planner for Wal-Mart

Jim and I

-----Original Message-----
From: Joanne Lee
Sent: Friday, March 05, 2004 10:00 AM
To: Gary Thomson
Subject: RE: Carol Rodriguez - Prod Planner for Wal-Mart

With you (Gary), Janine or Jim?

-----Original Message-----
From: Gary Thomson
Sent: Friday, March 05, 2004 9:52 AM
To: Janine Firth; Joanne Lee
Subject: RE: Carol Rodriguez - Prod Planner for Wal-Mart

Please schedule phone interviews.

-----Original Message-----
From: Janine Firth
Sent: Thursday, March 04, 2004 6:31 PM
To: Joanne Lee; Gary Thomson
Subject: RE: Carol Rodriguez - Prod Planner for Wal-Mart

Confidential - For Attorney's Eyes Only

I think he sounds good. I would really like to get Gary and Jim's opinion.

-----Original Message-----
From: Joanne Lee
Sent: Thursday, March 04, 2004 1:57 PM
To: Janine Firth
Subject: FW: Carol Rodriguez - Prod Planner for Wal-Mart

What do you think?

-----Original Message-----
From: route@monster.com [mailto:route@monster.com]
Sent: Tuesday, March 02, 2004 6:03 PM
To: jlee@mgae.com
Subject: Carol Rodriguez - Prod Planner for Wal-Mart

---

Monster resume #13702570
Planner/Business Analyst

---

Name: Carol Rodriguez
Street: 6527 Elgin Street
City/Town: Los Angeles
State: CA
Postal Code: 90042
Country: US
Phone Number: (323) 257-5191
Email: cmrod@hotmail.com
Relocate: Will Relocate
Salary Requirements: USD/year
Work Requirements: Full-Time, Employee
Education: Professional
Work Status: US I am authorized to work in this country for any employer.

---

---

Carol Rodriguez
6527 Elgin Street
Los Angeles, CA 90042
US
cmrod@hotmail.com
Primary Phone: (323) 257 5191
Planner/Business Analyst
Resume #13702570

OBJECTIVE
Motivated, results-driven candidate with diverse experience in multiple areas of the product life cycle; including Planning, Production, Distribution, Visual Merchandising, Sales and Field Management. Ability to influence and negotiate with peers and members of cross functional

Confidential - For Attorney's Eyes Only

MGA 3478082

Exhibit A - Page 10

teams, using strong listening, written and verbal communication skills. Demonstrated clear understanding and success of financial measurements. Facility with computers and database systems-aptitude to learn technical applications quickly.
TARGET JOB
Target Job Title: Planner/Business Analyst
Desired Job Type: Employee
Desired Status: Full-Time
Site Location: No Preference
Description of my perfect job:
Obtain a position at an innovative company which cultivates growth and provides a creative, product driven environment.
Career Level Experienced (Non-Manager)
Date of Availability: Immediately
TARGET COMPANY
Company Size: No Preference
Category: Other
TARGET LOCATIONS
Relocate: Yes
US-CA-Anaheim/Huntington Beach US-CA-Los Angeles US-CA-Orange County
US-CA-San Diego US-CA-San Francisco
WORK STATUS
US I am authorized to work in this country for any employer.
EXPERIENCE
4/2002 - 5/2003 Guess, Inc. Headquarters Los Angeles, California
Corporate Planner/Production Planner
Ensured purchased quantities for Retail and Wholesale Divisions concurred with corporate financial and inventory plans through recognized market trends, accurate forecasting and analysis. Increased product speed to market by creating and maintaining relationships with internal and external business partners, including factory vendors and international agents, to assure product development and delivery coincided with calendar deadlines.

Key Accomplishments:

*Improved corporate performance in the T shirt category of the Men's Division by targeting the causes of down trending sales from extracted historical data, determining strategies to increase sales, improving gross margin and reducing on hand inventory, and risks and opportunities to Senior Management, who acted on suggestions.
*Achieved responsible departmental product and financial liability goals by ensuring Wholesale and Retail accounts committed to purchased quantities supported by corporate projected sales plans.
*Impacted 100% increase of comparable sales for the Men's Retail Division by working with internal and external business partners to make sure merchandise met calendar production deadlines and arrived promptly to the distribution center for full in season selling.
*Established strategic alliances with international production agents to improve communication channels and have immediate knowledge and advanced opportunity to act upon manufacturing complications, shortages or geopolitical impacted obstacles.
Partnered with MIS team to create, test and implement corporate product distribution calculations for a newly acquired planning and allocation application tool (Arthur/JDA) to maximize inventory turns and profitability of retail stores.
*Developed a centralized report to consolidate information from existing corporate reports, using Access, as a means to reallocate time to business analyses.

Confidential - For Attorney's Eyes Only

MGA 3478083

6/2001 - 3/2002 Liz Claiborne, Inc.-Lucky Brand Headquarters Los Angeles, California
Planner
Incorporated top-level financial requirements with micro market uniqueness to successfully marry supply with demand, optimize margins, turns, and overall profitability of both merchandise and locations. Analyzed and recapped actual sales results to plan, forecasted in-season sales and inventories on a weekly/monthly/quarterly basis to determine risks and opportunities.

Key Accomplishments:

*Analyzed basic denim walls using field teams' observations and recommendations, physical store denim wall measurements, historical sales analysis and average weeks of supply calculations to determine best sellers, necessary on hand inventory quantities and visual enhancements, such as product size tapes, to maximize sales and customer satisfaction in core product.
*Selected by Vice President of Retail to participate on an exclusive development team, consisting of four members, to pilot and tailor an enhanced planning and distribution system application tool (STS) for all Liz Claiborne subsidiaries.

6/1999 - 2/2001 Gap, Inc. Headquarters San Francisco, California
International Distribution and Merchandise Planner
Managed the financial success in the International Division by exceeding projected gross margin, planned return on investment, inventory turn goals and sales of 150 million dollars in the Canada Market. Analyzed product life cycles, partnering with vendors, distribution centers and field stores to apply enhanced business practices.

Key Accomplishments:

*Tested gender neutral product colors for the Layette/Newborn Collection in the Canada Market by selecting high volume and demographically diverse participant stores, partnering with Field Managers to provide customer feedback and tracking sales to determine a best selling color for future Company neutral newborn product buys.
*Four-time winner of the "Financial Achievement Award" for responsible Department, Gap, Inc. 2000 and "Gerber Award" winner for Outstanding Trainer, Gap, Inc. 2001.
*Designed, implemented and managed a Global Gap Brand Intranet Site as an informational tool and important resource in the globalization and collaboration of Gap Europe, Canada, Asia, and US markets.

11/1998 - 4/1999 GAS GAS Motos, S.A Girona, Spain
Project Manager
Managed all projects related to English speaking accounts as direct company contact.

Key Accomplishments:

*Communicated business strategies and effects of the implementation of the Euro currency to international investors and business partners.
*Managed the production and translation of the English language Web Site.

9/1997 - 6/1998 Kensington School Girona, Spain
English Teacher

Confidential - For Attorney's Eyes Only

Devised teaching plans to help students read, write, and converse in English by use of modern speech and familiar grammatical forms. Facilitated the comprehension of English by capturing and incorporating student interest into daily lessons.

Key Accomplishment:

*Solicited an American children's learning corporation to obtain a donation of education software to enhance classroom activities and make the learning experience enjoyable.

10/1993 - 4/1997 Banana Republic-Gap, Inc. Santa Monica, California
Associate Manager
Led a team of 80 in furthering business objectives through people development; involving employees in setting store goals and expectations to create a sense of ownership and retain a quality core staff.

Key Accomplishments:

*Increased store's annual net volume 50% for two consecutive years by ensuring employees were properly trained and developed to maximize sales.
*Established relationships with corporate offices and district field stores to create a support network.
EDUCATION
7/2003 University of Barcelona Spain-Cataluna-Barcelona
Professional
Intensive Language and Business Program - Pre MBA

12/2000 Learn iT! US-California-San Francisco
Professional
Technical Classes-MS Project 2000, HTML, CGI, Flash4, Dreamweaver3, Photoshop5.5, Advanced Excel

6/1994 University of California Los Angeles(UCLA) US-California-Los Angeles
Bachelor's Degree
Major: Political Science/International Relations
SKILLS
Skill Name Skill Level Last Used Experience
HTML Intermediate Currently used 2 years
Dreamweaver Intermediate Currently used 2 years
Photoshop Intermediate Currently used 3 years
Flash Intermediate Currently used 2 years
SQL Intermediate Currently used 2 years
Lotus Notes Intermediate Currently used 2 years
Windows/NT Intermediate Currently used 6 years
Bilingual-Spanish Expert Currently used 7 years
MS Project 2000 Intermediate Currently used 1 years
Arthur Allocation/AS400 Intermediate Currently used 1 years
STS Intermediate 1 year ago 1 years
ADDITIONAL INFORMATION
AWARDS
Four Financial Achievement Awards for responsible Department, Gap, Inc., 2000

Confidential - For Attorney's Eyes Only
MGA 3478085

"Gerber Award" winner for Outstanding Trainer, Gap, Inc. 2001

MGA Entertainment - Cool Jobs

Page 1 of 2





**Cool Jobs**

Join the team that is setting the pace in the industry.

MGA Entertainment, leading the revolution in family entertainment has a number of outstanding job opportunities in a stimulating work environment that encourages creativity, perseverance, teamwork and a sense of responsibility.

MGA Entertainment develops a broad range of proprietary and licensed products by using new technologies never before applied to toys. The Company's diverse product line features interactive dolls, electronic handheld games, girl's lifestyle products and smart toys, including robots and interactive plush toys.

We offer an excellent compensation package including medical, dental, vision and 401(k) Plan, as well as bonus plans for designated positions. If you are a bright, goal-oriented, self-motivated person and enjoy a dynamic fast-paced work environment, we encourage you to e-mail your resume to hr@mgae.com Or, if you wish to fax or mail your resume, please send to:

MGA Entertainment
Attn: Human Resources
16730 Schoenborn Street
North Hills, CA 91343-6122
Fax - 818-894-1815

MGA is an Equal Opportunity Employer

Current Jobs:

ASSOCIATE COPYWRITER

ASSOCIATE SALES MANAGER

CHARACTER ART MANAGER

CHARACTER ART SUPERVISOR

DATA ENTRY / EDI COORDINATOR

http://www.mgae.com/jobs/jobs.asp

6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074424

MGA Entertainment - Cool Jobs

Page 2 of 2

- DEVELOPMENT DESIGNER
- FASHION POLICE LIC. COORD./ PRODUCT APPROVAL (1)
- GENERAL SUPERVISOR
- GRAPHIC DESIGNER
- LEAD / SUPRVIOR OF PRODUCT DESIGNERS-SOFT GOODS
- PRODUCT DESIGNER- SOFT GOODS (2)
- PRODUCT MANAGER- Product Development
- PRODUCT MANAGER-Sporting Goods
- SALES ADMINISTRATOR (2)
- SAMPLE MAKER SPECIALIST
- SECURITY GUARD
- SENIOR ERP SYSTEMS SPECIALIST
- SHIPPER
- SOURCING SPECIALIST
- SR. BRAND MANAGER- HARDLINES/PUBLISHING
- WEB PRODUCER

Site Map | About MGA | Contact Info | Cool Jobs | Privacy Policy

http://www.mgae.com/jobs/jobs.asp

6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074425

MGA Entertainment - Privacy

Page 1 of 3





### Privacy Policy

**What Information is Collected on our Web Site**

This policy applies to MGAE.com and Bratz.com websites. MGA Entertainment wants to give you the most exciting Internet experience possible. MGA only collects information necessary to participate in certain activities on our website, such as promotions or contests. Visitors can participate in most features on the site without providing any personally identifiable information.

MGA Entertainment may in some cases collect demographic information provided by you such as game platform, hobbies, game preferences, etc. This information is only requested on a voluntary basis. MGA Entertainment may aggregate this demographic information and disclose such information in aggregate to third parties. However, MGA Entertainment will not share any personally identifiable information about you.

Specifically, we may collect information for the following circumstances.

**E-mail**
By allowing you to send e-mail to us, we are not attempting to collect any personal information about you. We will only use any personal information (such as name and e-mail address) contained in your e-mail to respond to your specific inquiry or comments in the e-mail. We do not retain your e-mail after we have responded to your specific inquiry or comments.

**Promotions**
To participate in some of our promotions, you may be asked to provide an e-mail address or screen name, so that we can let you know if you won a prize. Please do not use your real name for these promotions. For other MGA entertainment promotions, we may request your name and home address in order to send you products or information by regular mail. We will only gather this information after we have received verifiable parental consent to do so.

**Bratz Fan Club**
Before permitting a visitor to join the Bratz Fan Club, MGA requires that a parent provide consent by calling 1-800-222-4685. Parents can grant permission for visitors to provide information to participate at various levels including membership, marketing research, and shipping information in order for fans to receive membership materials.

**Opt-Out**
If you have provided us with your contact information and do not want MGA Entertainment to

http://www.mgae.com/privacy.asp

6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074426

MGA Entertainment - Privacy

Page 2 of 3

retain this information, you can notify us at any time by calling 1-800-222-4685 or send us an e-mail at customers@mgae.com and we will remove this information from our database.

**Resumes**

Some of our sites allow for the online submission of resumes in conjunction with job applications. Personal Information collected by allowing for resume submission will be used solely for the purpose of accepting and evaluating candidate submissions for job postings. This information may be shared within the company.

**Cookies**

Cookies allow websites to "remember" users activities on a website as well as users visits to a site. At mgae.com, cookies are used to determine the number of unique visitors to our website over a given period. In addition, we sometimes use cookies to show us how people found the MGA site, which pages they visited and how long they stayed. This information does not include any personal information about you. We do not store any personal information into cookies nor do we link or combine information collected through cookies to any personal information that kids submit online when participating in our activities. You can of course, disable cookies on your computer by indicating this in the preferences or options menus in your browser.

**Safeguarding your personal information**



MGA Entertainment will only collect personal Information to the extent deemed reasonably necessary to serve our legitimate business purposes, and we will take the appropriate steps to ensure the security and integrity of any information you provided to us.

**Update and removal of personal information**

Parents may at any time update, or delete their child's personal information from our database by calling us at 1-800-222-4685 or send and e-mail to: customers@mgae.com, or send a letter to:

MGA Entertainment
Customer Service Department
16730 Schoenborn Street
North Hills, CA 91343-6122

customers@mgae.com

Please be sure to include in your message the name of the site at which you registered and the e-mail address you used to register so that we can verify your request.

MGA Entertainment reserves the right to change this statement at any time. Any changes to this policy will be posted here on the website.

Thank You

Site Map | About MGA | Contact Info | Cool Jobs | Privacy Policy

http://www.mgae.com/privacy.asp

6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074427