# EXHIBIT B



A Consumer Entertainment Products Company

**Corporate Office:**

16380 Roscoe Blvd.
Van Nuys, CA 91406 USA
Tel 818.894.2525
Fax 818.892.9060

November 15, 2004

Ricardo Abundis
9618 Shellyfield Road
Downey, CA 90240

**Re: Understanding Regarding Compliance with Obligations to Former Employers**

Dear Ricardo:

You are concurrently receiving MGA Entertainment, Inc.'s ("MGA" or the "Company") offer of employment for the position of Sales and Forecasting Manager. You have informed us that you do not have a written employment agreement in connection with your employment with Mattel Inc. ("Mattel"). You have also advised that you signed a confidentiality agreement with Mattel (the "Confidentiality Agreement"), but that you do not presently have a copy in your possession.

It is MGA's policy to honor the agreements of a competitive company to the fullest extent required by applicable state and federal law. Therefore, your offer of employment with MGA is based upon the understanding that, upon your assumption of duties for the Company, (1) you will be able to perform all of your duties at the Company fully and completely without violating any enforceable contractual or other legal obligations that you owe to your former employers, including Mattel, and (2) you have not and will not violate any legally enforceable terms of your Agreement with Mattel or any other existing commitment you may have to Mattel.

In this regard, if you accept MGA's offer of employment, among other things, you should not retain any of Mattel's property or confidential and proprietary information, including Mattel's customer-related information (or any information regarding prospective customers), nor should you use or disclose Mattel's property and/or confidential and proprietary information in connection with your employment at MGA or otherwise. All of Mattel's property and confidential and proprietary information must be returned to Mattel before you commence work for MGA and, to the extent that any Mattel confidential and proprietary information, including Mattel customer-related information (or any information regarding prospective customers), is stored on your personal digital assistant (PDA), and/or Blackberry and/or home and/or laptop computers, or in personal files, all such information must be left at returned to Mattel and you should not retain any copies in a hard copy or an electronic form.



Confidential - Attorney's Eyes Only

MGA 0886717

Exhibit B - Page 19



A Consumer Entertainment Products Company

In addition, you should not solicit any of your former colleagues or customers to leave Mattel or sever ties with Mattel to join, or establish a relationship with, MGA or otherwise.

Likewise, to the fullest extent required by applicable law, the Company will not knowingly ask you to violate any enforceable terms of your Agreement with Mattel and will not ask you to disclose or use Mattel's confidential and proprietary information, including customer or prospective customer-related information. If someone at MGA asks you to engage in any act that you believe may violate any enforceable terms of your Agreement with Mattel (or any other legal obligation under applicable law), you should contact the Company's General Counsel or me immediately to resolve this issue before taking such action or making any such disclosure.

Ricardo, we hope that you will join our team at MGA. If you have any questions regarding any of these matters, please call me.

Sincerely,

*Janice L. Foti* (signature)

Janice L. Foti
Vice President of Human Resources
MGA Entertainment, Inc.

Accepted by: _____
Ricardo Abundis

Date Signed: _____

Confidential - Attorney's Eyes Only

MGA 0886718
Exhibit B - Page 20



A Consumer Entertainment Products Company

**Corporate Office:**

16380 Roscoe Blvd.
Van Nuys, CA 91406 USA
Tel 818.894.2525
Fax 818.892.9060

December 7, 2004

Mr. Ken Kauffmann
1513 Faymont Avenue
Manhattan Beach, CA 90266

Re: <u>**Understanding Regarding Compliance with Obligations to Former Employers**</u>

Dear Ken:

You are concurrently receiving MGA Entertainment, Inc.'s ("MGA" or the "Company") offer of employment for the position of Advertising Executive. You have informed us that you are not currently employed, although you do have a written agreement in connection with your severance from your former employment with Mattel Inc. ("Mattel"), <u>which you have not shown to us</u>. You have also advised that you signed a confidentiality agreement with Mattel (the "Confidentiality Agreement"), but that you do not presently have a copy in your possession.

It is MGA's policy to honor the agreements of a competitive company to the fullest extent required by applicable state and federal law. <u>MGA wants to make absolutely clear, and you fully agree, that MGA has not interfered and will not interfere with your contractual relationships with Mattel. To this end, your offer of employment with MGA is conditioned upon</u> the understanding that, <u>upon your acceptance of the job offer from MGA and your</u> assumption of duties for the Company, (1) you will be able to perform all of your duties at the Company fully and completely without violating any enforceable contractual or other legal obligations that you owe to your former employers, including Mattel, and (2) you have not and will not violate any legally enforceable terms of your Agreement with Mattel or any other existing commitment you may have to Mattel.

In this regard, if you accept MGA's offer of employment, among other things, you should not retain any of Mattel's property or confidential and proprietary information, including Mattel's customer-related information (or any information regarding prospective customers), nor should you <u>retain access to s</u>[u]<u>confidential or proprietary information or</u> use or disclose Mattel's property and/or confidential a[nd] proprietary information in connection with your employment at MGA or otherwise.



Confidential - For Attorney's Eyes Only

MGA2 0056355

Exhibit B - Page 21



A Consumer Entertainment Products Company

All of Mattel's property and confidential and proprietary information must be returned to Mattel before you commence work for MGA (if you have not already done so previously) and, to the extent that any Mattel confidential and proprietary information, including Mattel customer-related information (or any information regarding prospective customers), is stored on your personal digital assistant (PDA), and/or Blackberry, and/or home and/or laptop computers, or in personal files, all such information must be returned to Mattel or destroyed, if that is appropriate and within Mattel's policies, and you should not retain any copies in a hard copy or an electronic form  In addition, you should not solicit any of your former colleagues or customers to leave Mattel or sever ties with Mattel to join, or establish a relationship with, MGA or otherwise.

Likewise, to the fullest extent required by applicable law, the Company has not and will not knowingly ask you to violate any enforceable terms of your Agreements with Mattel and will not ask you to disclose or use Mattel's confidential and proprietary information, including customer or prospective customer-related information. If someone at MGA asks you to engage in any act that you believe may violate any enforceable terms of your Agreements with Mattel (or any other legal obligation under applicable law), you should contact the Company's General Counsel or me immediately to resolve this issue before taking such action or making any such disclosure.

Ken, we hope that you will join our team at MGA. If you have any questions regarding any of these matters, please call me.

Sincerely,

Janice L. Foti
Vice President of Human Resources
MGA Entertainment, Inc.

Accepted by: _____
Ken Kauffmann

Date Signed: 12/10/04



Confidential - For Attorney's Eyes Only