# EXHIBIT A

# Juan Alberto Huerta Bleck



Av. Constituyentes 908 Mexico City 11950 ♦ +52(55)55707547 ♦ alberto@avah.com.mx

EDUCATION.

- **Universidad Panamericana, School of Law.** Mexico, 1993-1998.
- **Universidad Panamericana**, Mexico, 2003. Constitutional Procedure *("Amparo" suit)"* advanced studies.
- *Association Litterarie et Artistique Internacional*, 2000-2001. Intellectual Property advanced studies.
- **World Intellectual Property Organization**, 2001 – Intellectual Property and Broadcasting Seminar.
- **Mexican Institute of Industrial Property.** 2000 – Copyrights protection Seminar.
- **Eurocenter** Brighton England, 1992 – English studies.

EXPERIENCE.

**AVAH Legal, S.C.,** January 4th, 2010
  Partner.
  Specialized in the area of intellectual property, administrative and constitutional litigation and transactions. In particular, counsel on protecting trademarks, copyrights and domain names and negotiates and drafts a broad range of Internet, and e-commerce-related agreements, including web site development, web site hosting, content and software licensing distribution and marketing, co-Branding, consulting services and confidentiality and non-disclosure agreements

**Mijares, Angoita, Cortés y Fuentes S.C**, March 2005 – October 2009.
  Senior Associate.
  Specialized in the area of intellectual property, administrative and constitutional litigation and transactions.

**Holland + Knight, Gallastegui y Lozano, S.C**, April 2000 -March 2005.
  Senior Associate.
  Responsible associate of the IP department and administrative litigation.

**Arochi, Marroquín & Lindner, S.C**, 1996 – 2000.
  Junior Associate.
  IP and Constitutional litigation / E-Commerce.

**Abascal, Calderón y Moreno, S.C.,** 1995-1996.
  Law-Clerk
  Commercial Litigation

**Marván, Muñoz y González Larrazolo, S.C.,** 1994-1995.
  Law-Clerk
  Labor Litigation

OTHERS.

- Recognized as one of leading lawyers in IP by the "Chambers and Partners Latin America" 2009 and 2010.
- President of the Contentious Group of the IP Mexican Chapter of the International Chamber of Commerce (ICC).
- Member of INTA BULLETIN committee.
- Author of several published articles and studies. (i.e. Managing IP, INTA Bulletin, etc.)

Exhibit A - Page 6