Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Counter-defendant
OMNI 808 INVESTORS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**OMNI 808 INVESTORS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS MATTEL, INC.'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Date: June 7, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>**Phase 2**:<br>Discovery Cut-off:      TBD<br>Pre-trial Conference:   TBD<br>Trial Date:             TBD |

A/73374502.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 7, 2010, at 8:30 a.m. or as soon thereafter as the matter may be heard, before the Honorable David O. Carter, United States District Judge, located at 411 West Fourth Street, Santa Ana, California 92701, counter-defendant Omni 808 Investors, LLC ("Omni") will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(1) & (6), for an order dismissing all claims alleged against Omni in Mattel, Inc.'s Fourth Amended Answer and Counterclaims including: the Second Counterclaim for Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act; the Thirteenth Counterclaim for Avoidance of Actual Fraudulent Transfers; the Fourteenth Counterclaim for Avoidance of Constructive Fraudulent Transfers; and the Seventeenth Counterclaim for Declaratory Relief.

This Motion is made on the grounds that Mattel's Fourth Amended Answer and Counterclaims fails to state a claim on which relief can be granted and fails to plead facts with the particularity required under Federal Rule of Civil Procedure 9(b).

This Motion is made following the conference of counsel on May 4, 2010, pursuant to Local Rule 7-3. During this conference, counsel for Omni and MGA Entertainment, Inc. discussed with counsel for Mattel, Inc. the substance and grounds for their motions to dismiss, but were unable to reach any agreement. This Motion is based on the Notice of Motion, the Memorandum of Points and

A/73374502.1                                            1

1  Authorities in Support of this Motion, the Request for Judicial Notice and Exhibits
2  thereto, all pleadings and papers on file in this action, and upon such other matters
3  as may be presented to the Court at or before the time of the hearing.

DATED: May 10, 2010                    Bingham McCutchen LLP


                                        By:   /s/ Todd E. Gordinier
                                              Todd E. Gordinier
                                              Attorneys for Counter-defendant
                                              Omni 808 Investors, LLC