Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
todd.gordinier@bingham.com
PETER N. VILLAR (SBN 204038)
peter.villar@bingham.com
CRAIG A. TAGGART (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Counter-defendant
OMNI 808 INVESTORS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING OMNI 808 INVESTORS, LLC'S MOTION TO DISMISS MATTEL, INC.'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS** |

A/73374565.1

- 1 -

1  This matter came before the Court on counter-defendant Omni 808
2  Investors, LLC's ("Omni") Motion to Dismiss pursuant to Federal Rules of Civil
3  Procedure 8, 9(b) and 12(b)(1) & (6), all claims alleged against Omni in Mattel,
4  Inc.'s Fourth Amended Answer and Counterclaims ("FAAC"), including: the
5  Second Counterclaim for Conspiracy to Violate the Racketeer Influenced and
6  Corrupt Organizations Act; the Thirteenth Counterclaim for Avoidance of Actual
7  Fraudulent Transfers; the Fourteenth Counterclaim for Avoidance of Constructive
8  Fraudulent Transfers; and the Seventeenth Counterclaim for Declaratory Relief.
9  The Court, having read and considered the moving and opposition papers, as well
10 as all other pertinent documents and pleadings filed in this matter, and having
11 considered the arguments of counsel, rules as follows:

12 **IT IS HEREBY ORDERED** that Omni's Motion to Dismiss is granted in
13 its entirety. Mattel's Second Counterclaim for Conspiracy to Violate the Racketeer
14 Influenced and Corrupt Organizations Act, Thirteenth Counterclaim for Avoidance
15 of Actual Fraudulent Transfers, Fourteenth Counterclaim for Avoidance of
16 Constructive Fraudulent Transfers, and Seventeenth Counterclaim for Declaratory
17 Relief are dismissed, with prejudice, as to Omni.

19 DATED: _____, 2010    _____
20                                 Hon. David O. Carter
                                    United States District Judge

A/73374565.1                          - 2 -