1  Bingham McCutchen LLP
   TODD E. GORDINIER (SBN 82200)
2  todd.gordinier@bingham.com
   PETER N. VILLAR (SBN 204038)
3  peter.villar@bingham.com
   CRAIG A. TAGGART (SBN 239168)
4  craig.taggart@bingham.com
   600 Anton Boulevard, 18th Floor
5  Costa Mesa, CA 92626-1924
   Telephone: 714.830.0600
6  Facsimile: 714.830.0700

7  Attorneys for Counter-defendant
   OMNI 808 INVESTORS, LLC
8

9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                   SOUTHERN DIVISION
12

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-09049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OMNI 808 INVESTORS, LLC'S MOTION TO DISMISS MATTEL, INC.'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Date: June 7, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>**Phase 2**:<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

A/73373315.1

**REQUEST FOR JUDICIAL NOTICE**

Counter-Defendant Omni 808 Investors, LLC ("Omni") respectfully requests that the Court take judicial notice of the attached documents in support of its Motion to Dismiss Mattel, Inc.'s Fourth Amended Answer and Counterclaim ("FAAC"). The attached documents are referenced in, and integral to, Mattel's FAAC and satisfy the requirements of Federal Rule of Evidence 201:

**Exhibit A**: Correspondence from Wachovia Bank, N.A., as the lender, to MGA Entertainment Inc., as the borrower, dated July 21, 2008, expressly referenced in Mattel's FAAC at paragraph 98 and incorporated by reference throughout.

**Exhibit B**: Master Exchange and Assignment Agreement between Omni 808 Investors, LLC, as the assignee, and a syndicate of banks led by Wachovia Bank, N.A., as the assignors, and MGA Entertainment Inc., as the obligor, entered into on September 3, 2008, expressly referenced in Mattel's FAAC at paragraph 106 and incorporated by reference throughout.

**Exhibit C**: Side Letter Agreement between Omni 808 Investors, LLC and MGA Entertainment Inc., and its affiliates, entered into on September 3, 2008, expressly referenced in Mattel's FAAC at paragraphs 107 and 207(b) and incorporated by reference throughout.

Each exhibit is a document that is cited to and referenced in Mattel's FAAC. (*See* FAAC, ¶¶ 98, 106, 107, 207). Under Federal Rule of Evidence 201 and Ninth Circuit precedent courts may take judicial notice of documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics, Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (internal quotation omitted); *Branch v. Tunnell*, 14 F.3d 449, 453-54 (9th Cir. 1994) (holding that "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a

A/73373315.1

-1-

1 | Rule 12(b)(6) motion to dismiss"), *overruled in part on other grounds by*
2 | *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1124 (9th Cir. 2002); *In re*
3 | *Peerless Sys. Corp. Sec. Litig.*, 182 F. Supp. 2d 982, 987 (S.D. Cal. 2002) ("When
4 | ruling on a motion to dismiss, the court may consider ... documents relied upon
5 | but not attached to the complaint when authenticity is not contested.").

Accordingly, Omni respectfully requests that the Court take judicial notice of the above-referenced documents in considering its Motion to Dismiss.

DATED: May 10, 2010              Bingham McCutchen LLP


By: /s/ Todd E. Gordinier
    Todd E. Gordinier
    Attorneys for Counter-defendant
    Omni 808 Investors, LLC

A/73373315.1                    -2-