# EXHIBIT A


**WACHOVIA SECURITIES**

Thomas M. Cambern
Managing Director
(704) 383-1172
tom.cambern@wachovia.com

July 21, 2008

MGA Entertainment Inc.
16380 Roscoe Boulevard, Suite 200
Van Nuys, California 91460
Attention: Isaac Larian, CEO
Attention: General Counsel
Telephone: (818) 894-2525
Telecopy: (818) 895-0771

Ladies and Gentlemen:

    Reference is made to the Credit Agreement dated as of October 27, 2006 (as amended, the "Credit Agreement") among MGA Entertainment Inc. (the "Borrower"), Wachovia Bank, National Association, as Administrative Agent (the "Agent"), the other agents named therein and the Lenders party thereto. Capitalized terms used herein without definition have the meanings set forth in the Credit Agreement.

    One or more Events of Default have occurred and are continuing.

    Pursuant to Section 10.2(a)(ii) of the Credit Agreement, the Agent, at the direction of the Requisite Lenders, hereby:

    (i) declares to be forthwith due and payable the principal of, and accrued interest on, the outstanding Loans and all other Obligations owing to the Lenders and the Agent under the Loan Documents (other than any in respect of Derivatives Contracts and Banking Services); and

    (ii) terminates the Commitments, the Alternate Currency Commitments, the Swingline Commitment and the obligation of the Lenders to make any Loans under the Credit Agreement and of the Agent to issue Letters of Credit thereunder.

    All of such Obligations, including principal of the Loans in the amount of $313,496,700.00, accrued interest on the Loans through today in the amount of $1,541,787.05, accrued commitment fees through today in the amount of $49,769.02 and outstanding bills for the fees and expenses of the Agent and its professional advisors in the aggregate amount of $2,319,296.42, have become immediately due and payable, and the Agent hereby demands immediate payment

(NY) 08099/090/COR08/acceleration notice.doc

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ENTERED JANUARY 4, 2005

WACHOVIA 002403

of the foregoing amounts, without presentment, demand, protest or other notice of any kind.

The Agent and the Lenders reserve the right to exercise any and all of the other rights and remedies available to them under the Credit Agreement and the other Loan Documents and under any and all Applicable Laws at any time and from time to time, in whatever order they deem appropriate, without any further notice to the Borrower or any other Loan Party.

Very truly yours,

WACHOVIA BANK,
   NATIONAL ASSOCIATION,
as Agent

By: _____
Thomas M. Cambern

cc:    Kaye Scholer LLP
       1999 Avenue of the Stars, Suite 1700
       Los Angeles, California 90067
       Attention: Barry L. Dastin
       Telephone: (310) 788-1070
       Telecopy:   (310) 788-1202

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ENTERED JANUARY 4, 2005

WACHOVIA 002404


**WACHOVIA
SECURITIES**

Thomas M. Cambern
Managing Director
(704) 383-1172
tom.cambern@wachovia.com

July 21, 2008

MGA Entertainment (Mexico), Inc.
  and
The Little Tikes Company
c/o MGA Entertainment Inc.
16380 Roscoe Boulevard, Suite 200
Van Nuys, California 91460
Attention: Isaac Larian, CEO
Attention: General Counsel
Telephone: (818) 894-2525
Telecopy:  (818) 895-0771

Ladies and Gentlemen:

Reference is made to the Credit Agreement dated as of October 27, 2006 (as amended, the "Credit Agreement") among MGA Entertainment Inc. (the "Borrower"), Wachovia Bank, National Association, as Administrative Agent (the "Agent"), the other agents named therein and the Lenders party thereto. Capitalized terms used herein without definition have the meanings set forth in the Credit Agreement.

Each of you is a Guarantor under the Guaranty dated as of October 27, 2006 (as amended, the "Guaranty"), pursuant to which you have absolutely, irrevocably and unconditionally guaranteed the due and punctual payment and performance when due, including by acceleration, of the Guaranteed Obligations (as defined in the Guaranty), including the principal of and accrued interest on all Loans to the Borrower under the Credit Agreement.

One or more Events of Default have occurred and are continuing.

Pursuant to Section 10.2(a)(ii) of the Credit Agreement, the Agent, at the direction of the Requisite Lenders, has by notice to the Borrower declared to be forthwith due and payable the principal of, and accrued interest on, the outstanding Loans and all other Obligations owing to the Lenders and the Agent under the Loan Documents (other than any in respect of Derivatives Contracts and Banking Services). All of such Obligations, including principal of the Loans in the amount of $313,496,700.00, accrued interest on the Loans through today in the amount of $1,541,787.05, accrued commitment fees through today in the amount of $49,769.02 and outstanding bills for the fees and expenses of the Agent

(NY) 08099/090/COR08/acceleration.guarantor.demand.doc

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ENTERED JANUARY 4, 2005        WACHOVIA 002405

and its professional advisors in the aggregate amount of $2,319,296.42, have become immediately due and payable.

The Agent hereby demands of each of you that you make immediate payment to the Agent of $317,407,552.49, the total amount specified in the preceding paragraph.

The Agent and the Lenders reserve the right to exercise any and all of the other rights and remedies available to them under the Credit Agreement and the other Loan Documents and under any and all Applicable Laws at any time and from time to time, in whatever order they deem appropriate, without any further notice to the Borrower or any other Loan Party. These rights and remedies include the rights and remedies available to the Agent and the Lenders under the Security Agreement, under which The Little Tikes Company is a Grantor, and the Pledge Agreement, under which MGA Entertainment (Mexico), Inc. is a Pledgor.

Very truly yours,

WACHOVIA BANK,
   NATIONAL ASSOCIATION,
as Agent

By: _____
Thomas M. Cambern

cc:   Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Attention: Barry L. Dastin
Telephone: (310) 788-1070
Telecopy: (310) 788-1202

2

(NY) 08099/090/COR08/acceleration.guarantor.demand.doc

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ENTERED JANUARY 4, 2005

WACHOVIA 002406


**WACHOVIA SECURITIES**

Thomas M. Cambern
Managing Director
(704) 383-1172
tom.cambern@wachovia.com

July 21, 2008

MGA Entertainment Inc.
 and
The Little Tikes Company
c/o MGA Entertainment Inc.
16380 Roscoe Boulevard, Suite 200
Van Nuys, California 91460
Attention: Isaac Larian, CEO
Attention: General Counsel
Telephone: (818) 894-2525
Telecopy:   (818) 895-0771

Ladies and Gentlemen:

     Reference is made to the Credit Agreement dated as of October 27, 2006 (as amended, the "Credit Agreement") among MGA Entertainment Inc. (the "Borrower"), Wachovia Bank, National Association, as Administrative Agent (the "Agent"), the other agents named therein and the Lenders party thereto. Capitalized terms used herein without definition have the meanings set forth in the Credit Agreement.

     Each of you is a Grantor under the Security Agreement dated as of October 27, 2006 (as amended and supplemented, the "Security Agreement"), pursuant to which each of you has granted to the Agent, as Secured Party (in such capacity, the "Secured Party"), as collateral for the Secured Obligations (as defined in the Security Agreement, which includes the Loans to the Borrower outstanding under the Credit Agreement), a security interest in and lien on certain of your assets, including all "Accounts" as such term is defined in Article 9 of the Uniform Commercial Code ("Article 9").

     One or more Events of Default have occurred and are continuing.

     Pursuant to Section 6(b) of the Security Agreement, the Secured Party hereby notifies each of you that it requires that any payment of any of your Accounts, when collected by you, shall be promptly (and in any event, with two Business Days) transferred by you to the Secured Party (by payment to Wachovia Bank, National Association, at the address for payments to the Agent specified in the Credit Agreement) in the exact form received, duly endorsed by you to the Secured Party if appropriate. Until so turned over, any such payment shall be

held by you in trust for the Secured Party, segregated from any other of your funds.

Also pursuant to Section 6(b) of the Security Agreement, the Secured Party hereby terminates all of your authority to collect any of your Accounts and directs you to cease making any statements or agreements with reference to or modifications of, or taking any other action with respect to, your Accounts, without the prior written approval of the Secured Party.

The Agent and the Lenders reserve the right to exercise any and all of the other rights and remedies available to them under the Credit Agreement, the Security Agreement and the other Loan Documents and under any and all Applicable Laws at any time and from time to time, in whatever order they deem appropriate, without any further notice to either of you or any other Loan Party.

Very truly yours,

WACHOVIA BANK,
NATIONAL ASSOCIATION,
as Agent

By: _____
Thomas M. Cambern

cc:   Kaye Scholer LLP
      1999 Avenue of the Stars, Suite 1700
      Los Angeles, California 90067
      Attention: Barry L. Dastin
      Telephone: (310) 788-1070
      Telecopy:  (310) 788-1202

2

(NY) 08099/090/COR08/acceleration.grantor.notice.doc

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ENTERED JANUARY 4, 2005

WACHOVIA 002408