1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA  90017
   Tel. (213) 629-2020/Fax: (213) 612-2499
10
11 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

   Attorneys for MGA Parties

15                UNITED STATES DISTRICT COURT

16               CENTRAL DISTRICT OF CALIFORNIA

17                     SOUTHERN DIVISION

18 CARTER BRYANT, an individual,        Case No.  CV 04-9049-DOC (RNBx)

19            Plaintiff,               Consolidated with: Case No. CV 04-9059
                                        and Case No. CV 05-2727
20      v.

21 MATTEL, INC., a Delaware            **[PROPOSED] ORDER GRANTING
   corporation,                        THE MGA PARTIES' AND IGWT
22                                      826'S CORRECTED EX PARTE
            Defendant.                  APPLICATION FOR LEAVE TO
23                                      FILE OVERLENGTH
                                        MEMORANDUM OF POINTS AND
24                                      AUTHORITIES IN SUPPORT OF
   AND CONSOLIDATED ACTIONS           MOTION TO DISMISS AND FOR
25                                      SUMMARY ADJUDICATION**

26

27

28

The Court, having considered the MGA Parties' and IGWT 826's Ex Parte Application for Leave to File Overlength Combine Motion to Dismiss and for Summary Adjudication , HEREBY ORDERS as follows:

The MGA Parties and IGWT 826 are hereby given leave to file a memorandum of points and authorities in support of their Notice of Motions and Motions of Counter-Defendants MGA Parties and IGWT 825 to Dismiss RICO and Creditor Claims and for Summary Adjudication of Rico Claims not to exceed 40 pages.

**It is so ORDERED.**

Dated: _____, 2010        _____

David O. Carter
United States District Judge

- 1 -