QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL'S EX PARTE APPLICATION TO SET HEARING DATE FOR DEFENDANTS' MAY 10, 2010 MOTIONS CONSISTENT WITH <u>FED. R. CIV. P.</u> 56(C)<br><br>**Phase 2**<br><br>Discovery Cutoff:         TBD<br>Pre-trial Conference:   TBD<br>Trial:                          TBD |

[PROPOSED] ORDER

Based on Mattel, Inc.'s *Ex Parte* Application to Set Hearing Date for Defendants' May 10, 2010 Motions Consistent with Fed. R. Civ. P. 56(c), any opposition thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED:

Mattel's Oppositions to Defendants' May 10, 2010 Motions shall be due on _____, 2010.

DATED: _____, 2010 _____
Hon. David O. Carter
United States District Judge