**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile:  (310) 459-4621

**Attorneys for
Carlos Gustavo Machado Gomez**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTEL, INC,<br><br>          Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**NOTICE OF ERRATA**<br><br>Judge:  Hon. David O. Carter<br><br>Date: June 7, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 9D<br><br>Phase 1<br>Discovery Cut Off: January 28, 2008<br>Pre-Trial Conf.:    May 5, 2008<br>Trial Date:           May 27, 2008 |

NOTICE OF ERRATA

| | |
|---|---|
| 1 | Counter-Defendant Carlos Gustavo Machado Gomez hereby submits a Notice of Errata for the caption page of the <u>Notice of Motion and Motion to Dismiss First Counterclaim Under Rule 30(b)(6); Notice of Joinder in Motions to Dismiss and for Summary Judgment by MGA Parties</u> e-filed with the Court on May 10, 2010. The correct name of the motion is **Notice of Motion and Motion to Dismiss First Counterclaim Under Rule 12(b)(6); Notice of Joinder in Motions to Dismiss and for Summary Judgment by MGA Parties**. |

Attached as Exhibit 1 is the corrected caption page.

DATED: May ___, 2010

Respectfully submitted,

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND

By: _____/s/ *Alexander H. Cote*_____
Alexander H. Cote
Attorneys for Carlos Gustavo Machado Gomez

# EXHIBIT 1

| | |
|---|---|
| 1 | **SCHEPER KIM & HARRIS LLP** |
| 2 | DAVID C. SCHEPER (State Bar No. 120174) |
|   | dscheper@scheperkim.com |
| 3 | ALEXANDER H. COTE (State Bar No. 211558) |
| 4 | acote@scheperkim.com |
|   | 601 W. Fifth Street, 12th Floor |
| 5 | Los Angeles, CA 90071 |
| 6 | Telephone: (213) 613-4655 |
|   | Facsimile:  (213) 613-4656 |
| 7 | |
| 8 | **LAW OFFICES OF MARK E. OVERLAND** |
|   | MARK E. OVERLAND (State Bar No. 38375) |
| 9 | mark@overlaw.net |
| 10 | 100 Wilshire Blvd., Suite 950 |
|    | Santa Monica, CA 90401 |
| 11 | Telephone: (310) 459-2830 |
| 12 | Facsimile:  (310) 459-4621 |
| 13 | **Attorneys for** |
|    | **Carlos Gustavo Machado Gomez** |
| 14 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |
| v. | **NOTICE OF MOTION AND MOTION TO DISMISS FIRST COUNTERCLAIM UNDER RULE 12(b)(6); NOTICE OF JOINDER IN MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT BY MGA PARTIES** |
| MATTEL, INC, | |
| Defendant. | |
| AND CONSOLIDATED CASES | |
| | Date: June 7, 2010 |
| | Time: 9:00 AM |
| | Crtrm.: Honorable David O. Carter |
| | **Phase** 1 |
| | Discovery Cut Off: January 28, 2008 |
| | Pre-Trial Conf.: May 5, 2008 |
| | Trial Date: May 27, 2008 |

EXHIBIT _____