MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL INC.'S EX PARTE APPLICATION TO SET HEARING DATE FOR DEFENDANTS' MAY 10 2010 MOTIONS** |

## DECLARATION OF WILLIAM A. MOLINSKI

I, WILLIAM A. MOLINSKI, declare:

1.      I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On May 4, 2010, following this Court's order, mandating that the MGA Parties responsive pleading to Mattel Inc.'s Fourth Amended Answer and Counterclaims ("FAAC") be filed no later than May 10, 2010, I, along with Annette Hurst and Tom McConville, met and conferred with Mattel's counsel regarding the MGA Parties' response.

3.      Present on the telephone call were a number of Mattel Inc.'s counsel, including Mr. Dylan Proctor, Ms. Susan Estrich and Mr. Scott Watson.  Also on the conference call were counsel for Counter-defendant Omni 808 Investors, LLC and Counter-defendant Carlos Gustavo Machado Gomez.

4.      During the conference call, Ms. Hurst reiterated to counsel for Mattel that the MGA Parties intended to file motions to dismiss and for summary judgment concerning each of the claims asserted by Mattel in the FAAC. Ms. Hurst explained the basis for the motions and the defenses that would be raised. Ms. Hurst invited Mattel's counsel to ask questions related to the intended filing and Mattel's counsel did so.

5.      During the telephone conference, Ms. Hurst also discussed scheduling a hearing on the motions.  Ms. Hurst referenced the Court's directive to comply with the Local Rules and proposed June 7, 2010 as the date for the hearing, explaining that she believed the date to be in compliance with the Court's order and with the Local Rules.  Ms. Hurst specifically asked counsel for Mattel Inc. if they

1   believed the calculation to be correct and they did not voice dissent.  Ms. Hurst then
2   informed counsel that the MGA Parties would notice the hearing for that date.

3           6.      On May 7, 2010, in response to our May 4 call, I received an email
4   from Scott Kidman explaining that Mattel Inc. would no longer be pursing trade
5   secret claims pertaining to the personal contacts of two of their former employees.

6

7           I declare under penalty of perjury under the laws of the United States that the
8   foregoing is true and correct.  Executed at Los Angeles, California on the 11th of
9   March, 2010.

10

11                                    */s William A. Molinski*
                                       William A. Molinski

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF WILLIAM A. MOLINSKI
CV 04-9049 DOC (RNBx)