QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Hon. David O. Carter**<br><br>MATTEL, INC.'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION TO SET HEARING DATE FOR DEFENDANTS' MAY 10, 2010 MOTIONS CONSISTENT WITH <u>FED. R. CIV. P.</u> 56(C)<br><br>**Phase 2**<br>Discovery Cut–off:   TBD<br>Pre–trial Conference:   TBD<br>Trial Date:   TBD |

Mattel respectfully submits this brief reply in support of its Ex Parte Application to Set Hearing Date for Defendants' May 10, 2010 Motions Consistent with Fed. R. Civ. P. 56(c).

Mattel will not burden the Court with a rebuttal to most of the points made by MGA and Omni in opposition to Mattel's application, which are immaterial and tangential to the issues. However, Mattel must correct the erroneous assertion, made by both MGA and Omni, that the Local Rules set "a different time" for filing oppositions to motions for summary judgment than the minimum 21-day period allocated by the Federal Rules. This is simply not correct.

The Federal Rules provide that a party has at least 21 days to oppose summary judgment. Contrary to defendants' assertions, the Local Rules do not override or purport to override this Rule. Local Rules 56-1 through 56-4 – the Rules that one would expect to contain a revision to Federal Rule 56, were such a revision in place – are wholly silent on the subject. Nor does Local Rule 7-9 override the Federal Rules: that Local Rule requires opposition briefs to be submitted 21 days before an applicable hearing date, but says nothing about the required amount of time between the filing of a motion and the date of opposition. Local Rule 6-1 does not set a different time than that set forth in Federal Rule 56 either. To the contrary, that Local Rule merely requires that all motions be set for hearing *at least* 28 days out; nothing in it purports to rewrite the specific timing provisions of Federal Rule 56, and nothing in it is inconsistent with those provisions. Defendants could have complied with all the Rules, both Federal and Local – as the Court ordered – by noticing their summary judgment motions 42 days out. They simply chose not to.

In any case, there is ample cause for an extension of the noticed hearing date here. In fact, that seems to be undisputed. It simply is not possible to review the seven boxes of documents dropped on Mattel, the more than 100 pages of briefing, and the more than 1,000 pages of separate statements, and oppose all of that in a week, even for the most diligent counsel. Mattel respectfully requests that its

application be granted, and that the Court rule that Mattel's oppositions to the Motions be due no earlier than May 31, 2010.

DATED: May 11, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.