1  **SCHEPER KIM & HARRIS LLP**
   DAVID C. SCHEPER (State Bar No. 120174)
2  dscheper@scheperkim.com
3  ALEXANDER H. COTE (State Bar No. 211558)
   acote@scheperkim.com
4  601 W. Fifth Street, 12th Floor
5  Los Angeles, CA 90071
   Telephone: (213) 613-4655
6  Facsimile:  (213) 613-4656

7
8  **LAW OFFICES OF MARK E. OVERLAND**
   MARK E. OVERLAND (State Bar No. 38375)
9  mark@overlaw.net
   100 Wilshire Blvd., Suite 950
10 Santa Monica, CA 90401
11 Telephone: (310) 459-2830
   Facsimile:  (310) 459-4621
12
13 **Attorneys for**
   **Carlos Gustavo Machado Gomez**
14

15              **UNITED STATES DISTRICT COURT**

16    **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

17

18 | CARTER BRYANT, | CASE NO. CV 04-9049 DOC (RNBx) |

19 | Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |

20 | v. |

21 | MATTEL, INC, | **NOTICE OF JOINDER IN MGA PARTIES' OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO SET HEARING DATE FOR DEFENDANTS' MAY 10, 2010 MOTIONS CONSISTENT WITH FED. R. CIV. P. 56(c)** |

22 | Defendant. |

23 |   |

24 | AND CONSOLIDATED CASES |

25 |   | Crtrm.: Honorable David O. Carter |

26 |   | **Phase 1**
   Discovery Cut Off:  January 28, 2008
27 |   | Pre-Trial Conf.:      May 5, 2008
   Trial Date:             May 27, 2008 |

28

## NOTICE OF JOINDER

Mr. Machado hereby joins in the *MGA Parties' Opposition To Mattel, Inc.'s Ex Parte Application To Set Hearing Date For Defendants' May 10, 2010 Motions Consistent With Fed. R. Civ. P. 56(c)* (Docket No. 7844) on the ground that the arguments therein are equally applicable to Mr. Machado.

DATED: May 11, 2010              Respectfully submitted,

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER ·
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND


By:   /s/ *Alexander H. Cote*
      Alexander H. Cote
      Attorneys for Carlos Gustavo Machado
      Gomez