MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND FEDERAL EXPRESS**<br><br>Date: June 7, 2010<br>Time: 8:30 a.m.<br>Dept: 9D<br><br>Phase 2<br>Discovery Cutoff: June 1, 2010<br>Pretrial Conference: None Set<br><br>Trial Date: None Set |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On May 10, 2010, I served the following document(s):

1. **NOTICE OF MOTIONS AND MOTIONS OF COUNTER-DEFENDANTS MGA PARTIES AND IGWT 826 TO DISMISS RICO AND CREDITOR CLAIMS AND FOR SUMMARY ADJUDICATION OF RICO CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

2. **NOTICE OF MOTIONS AND MOTIONS OF MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO DISMISS AND/OR FOR SUMMARY ADJUDICATION REGARDING U.S.-BASED TRADE SECRET AND EMPLOYEE-BASED STATE LAW TORT CLAIMS BROUGHT BY MATTEL INC.;**

3. **NOTICE OF MOTIONS AND MOTIONS BY MGAE DE MEXICO TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND ON GROUND OF *FORUM NON CONVENIENS*, MOTION BY MGA AND ISAAC LARIAN FOR SUMMARY ADJUDICATION OF FOREIGN TRADE SECRET CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES;**

4. **SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THE MGA PARTIES AND IGWT'S MOTIONS FOR SUMMARY ADJUDICATION OF THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF OF THE FAAC;**

5. **COMPENDIUM OF ALLEGED TRADE SECRET DOCUMENTS IN SUPPORT OF MGA PARTIES AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO;**

6. **APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF THE MGA PARTIES AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO;**

7. **DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF THE MGA PARTIES' AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO;**

8. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

```
                Counsel for Mattel. Inc.
                Michael T. Zeller, Esq.
                michaelzeller@quinnemanuel.com
                Brett D. Proctor
                dylanproctor@quinnemanuel.com
                Jon D. Corey, Esq.
                joncorey@quinnemanuel.com
                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                865 South Figueroa Street, 10th Floor
                Los Angeles, CA  90017-2543
                Telephone: (213) 443-3000
                Facsimile:  (213) 443-3100
```

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2010, at Los Angeles, California.

_Dion Jones_                                   _[signature]_
                                               USA Network, Inc.

# PROOF OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On May 10, 2010, I served the following document(s):

1. NOTICE OF MOTIONS AND MOTIONS OF COUNTER-DEFENDANTS MGA PARTIES AND IGWT 826 TO DISMISS RICO AND CREDITOR CLAIMS AND FOR SUMMARY ADJUDICATION OF RICO CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;

2. NOTICE OF MOTIONS AND MOTIONS OF MGA ENTERTAINMENT, INC. AND ISAAC LARIAN TO DISMISS AND/OR FOR SUMMARY ADJUDICATION REGARDING U.S.-BASED TRADE SECRET AND EMPLOYEE-BASED STATE LAW TORT CLAIMS BROUGHT BY MATTEL INC.;

3. NOTICE OF MOTIONS AND MOTIONS BY MGAE DE MEXICO TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND ON GROUND OF *FORUM NON CONVENIENS*, MOTION BY MGA AND ISAAC LARIAN FOR SUMMARY ADJUDICATION OF FOREIGN TRADE SECRET CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES;

4. SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THE MGA PARTIES AND IGWT'S MOTIONS FOR SUMMARY ADJUDICATION OF THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF OF THE FAAC;

5. COMPENDIUM OF ALLEGED TRADE SECRET DOCUMENTS IN SUPPORT OF MGA PARTIES AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO;

6. APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF THE MGA PARTIES AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO;

7. DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF THE MGA PARTIES' AND IGWT 826'S MOTIONS TO DISMISS AND FOR SUMMARY ADJUDICATION AND EXHIBITS THERETO;

8. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

| | | |
|---|---|---|
| 1 | ☐ | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| 2 | | |
| 3 | | |
| 4 | ☒ | By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope. |

<u>Counsel for Carlos Gustavo Machado Gomez</u>

Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

<u>Additional Counsel:</u>

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
Peter Villar, Esq.
peter.villar@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence

| | |
|---|---|
| 1 | would be deposited with the United States Postal Service on this same date with |
| 2 | postage thereon fully prepaid in the ordinary course of business. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2010, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro