QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 7, 2010, I served true copies of the following documents described as:

**MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES**

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>   Mark E Overland<br>100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>   mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |

| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |
|---|---|

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bridgethauler@quinnemanuel.com on May 7, 2010, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on May 7, 2010, at Los Angeles, California.

_____
Bridget Hauler

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 7, 2010, I served true copies of the following documents described as:

**MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES**

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>  Mark E Overland<br>100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401<br>  mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

1  [√]  **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed
2  as shown above, and I deposited such envelope(s) in the mail at Los Angeles,
3  California. The envelope was mailed with postage thereon fully prepaid.
4
5        I declare that I am employed in the office of a member of the bar of this
6  court at whose direction the service was made.
7
8        Executed on May 7, 2010, at Los Angeles, California.
9
10
11                                          Andrea Hoeven
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00505.07975/3484830.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE