MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: CV 04-9059; CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER IN SUPPORT OF MGA PARTIES' CROSS-MOTION AND MOTION TO STRIKE MATTEL'S "MOTION TO CONFIRM" PENDENCY OF TRADE SECRET MISAPPROPRIATION CLAIM BASED ON THEFT OF BRATZ AND CROSS-MOTION TO STRIKE ALLEGATIONS OF FAAC REGARDING SAME**<br><br>[MGA Parties' Cross-Motion and Motion Filed Concurrently Herewith] |

1       I, WARRINGTON S. PARKER, declare:

2       1.   I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

      2.   Attached herewith as Exhibit 1 is a true and correct copy of an excerpt of the Phase 1 Pre-Trial Conference conducted before the Court on May 23, 2008.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on May 12, 2010.

_____
Warrington S. Parker

- 1 -

# Exhibit 1

Trial Transcript (Pre-Trial Conference)  5/23/2008  12:00:00 PM

```
                                                              1                                                             3
 1         UNITED STATES DISTRICT COURT                        1                    I N D E X
 2         CENTRAL DISTRICT OF CALIFORNIA                      2
 3                   ---                                       3           MATTER: PRETRIAL CONFERENCE.
 4   HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING              4
 5                   ---                                       5
 6   MATTEL, INC.,          : PAGES 1- 81                      6
                            :                                  7
 7         PLAINTIFF,       :                                  8
                            :                                  9
 8   VS.               : NO. ED CV04-09049-SGL                10
                      : [CONSOLIDATED WITH                    11
 9   MGA ENTERTAINMENT, INC.,   : CV04-9059 & CV05-2727]      12
     ET AL.,            :                                     13
10                       :                                    14
           DEFENDANTS.   :                                    15
11                                                            16
12                                                            17
13                                                            18
14                                                            19
15      REPORTER'S TRANSCRIPT OF PROCEEDINGS                  20
16           RIVERSIDE, CALIFORNIA                            21
17           FRIDAY, MAY 23, 2008                             22
18                                                            23
19                                                            24
20                                                            25
21
22      MARK SCHWEITZER, CSR, RPR, CRR
        OFFICIAL COURT REPORTER
23      UNITED STATES DISTRICT COURT
        181-H ROYBAL FEDERAL BUILDING
24      255 EAST TEMPLE STREET
        LOS ANGELES, CALIFORNIA 90012
25      (213) 663-3494


                                                              2                                                             4
 1   Appearances of Counsel:                                   1      Riverside, California; Friday, May 23, 2008
 2                                                             2             1:35 P.M.
 3   On Behalf of Mattel:                                      3      WHEREUPON THE CASE HAVING BEEN CALLED
 4      Quinn Emanuel                                          4      AND APPEARANCES GIVEN, THE FOLLOWING
        By John B. Quinn, Esq.                                 5      PROCEEDINGS WERE HELD:
 5      Dylan Proctor, Esq.                                    6      THE COURT: Good afternoon to you all. The Court
        Michael T. Zeller, Esq.                                7   would love to conduct a pretrial conference at this time, but
 6      Harry Olivar, Esq.                                     8   I understand we don't have a pretrial conference order.
        John Corey, Esq.                                       9      MR. QUINN: Your Honor, it's our fault. We
 7      Diane Hutnyan, Esq.                                   10   apologize to the Court. We had a number of internal problems
        855 South Figueroa Street                             11   assembling this. It's entirely our fault. We did e-file it,
 8      10th Floor                                            12   but we blew the e-filing deadline by an hour and a half.
        Los Angeles, CA 90017                                 13   Hard copies are on the way over.
 9      (213) 624-7707                                        14      THE COURT: When do you think they will be here?
10                                                            15      MR. ZELLER: I would imagine 10 minutes.
11   On Behalf of MGA Entertainment:                          16      THE COURT: The Court will need some time to review
12      Skadden, Arps, Slate, Meagher & Flom LLP              17   this. How many pages is it?
        By Thomas J. Nolan, Esq.                              18      MR. QUINN: Your Honor, it's in excess of 150
13      Carl Alan Roth, Esq.                                  19   pages.
        Jason Russell, Esq.                                   20      THE COURT: Okay. As soon as it comes here,
14      Robert Harrington, Esq.                               21   obviously give a copy to both sides. I'm sure Mr. Nolan
        Lauren Aguiar, Esq.                                   22   would want to take a look at it before he stipulates to it.
15      300 South Grand Avenue                                23      MR. QUINN: I told him that he'll have no problem
        Los Angeles, CA 90071-3144                            24   with it, your Honor.
16      (213) 687-5000                                        25      MR. NOLAN: Your Honor, they were ordered to do it
```

77

```
1     THE COURT: Yes.
2         MR. QUINN: And in terms of counsel gives the
3   opening from the --
4         THE COURT: From the lectern. I was very lax in
5   the voir dire process, but that was an awkward thing because
6   you've got people behind you and all. But now that we're
7   settled down and have the 10 jurors in the box, everything
8   from the lectern. Objections, please rise, speak clearly
9   into the microphone for the benefit of the court reporter,
10  and we've got to maintain a certain degree of federal
11  formality.
12        MR. NOLAN: One hand on the lectern at all times.
13        THE COURT: If you can reach the lectern, you're
14  okay.
15        MR. NOLAN: Your Honor, two quick things. To
16  respond to Mr. Zeller, our whole point is just to confirm
17  that with this addition to the pretrial conference order,
18  they're not adding a trademark claim against the ownership of
19  Bratz. We understand that that's not the case. That's -- in
20  fact Mr. Zeller made that explicit in his representation to
21  the Court last week. It was just that the name Bratz was
22  apparently proprietary to Mattel.
23        THE COURT: Pursuant to the contract, according to
24  their theory.
25        MR. NOLAN: According to that.
```

78

```
1     THE COURT: Yes.
2         MR. NOLAN: And I think it's only fair because we
3   raised that ourselves now in support of the summary -- the
4   statute of limitations argument.
5         The last thing, your Honor, that we have is that
6   the Court did not rule on when it would conduct the hearing
7   on -- actually whether or not it was going to conduct a
8   hearing in advance on the use of the Evidence Eliminator and
9   what we would want to do, since we do not have a ruling on
10  that --
11        THE COURT: I'm sorry. I should have. I am going
12  to -- I'm still working on the order. I think I gave most of
13  them. That was one I didn't. I am going to conduct a
14  hearing on that. I'm going to conduct a hearing, and the
15  first witness is going to be Carter Bryant. And then we're
16  going to hear from Mattel's expert, MGA's expert.
17        MR. NOLAN: So would there be no mention of that in
18  the opening statement?
19        THE COURT: No, there's not going to be a mention
20  of Evidence Eliminator in opening statement. Thank you for
21  reminding me of that. I know that's one motion in limine
22  that I had not given an indication on the record.
23        MR. NOLAN: Your Honor, this is my last point.
24        THE COURT: Very well. I'll hold you to that.
25        MR. NOLAN: We have this 48-hour notice rule about
```

79

```
1   witnesses. And so it's 13 minutes to 5:00 on a rather long
2   weekend. Mr. Quinn -- I've asked him several times because I
3   want to go out to dinner with the family tonight -- if he
4   could just give us -- could I ask that we have it 13 minutes
5   early?
6         THE COURT: We do need to get the witnesses for the
7   first day.
8         MR. QUINN: I understand, your Honor. And I'm
9   really frankly kind of disappointed that he's bringing this
10  up with you, I have to say. I've said 5:00 on Friday.
11  What's the point exactly?
12        MR. NOLAN: I'll wait 15 minutes. I'm sorry. It's
13  an important case.
14        THE COURT: Very well.
15        MR. NOLAN: And it's also for Tuesday and
16  Wednesday.
17        THE COURT: I think Mr. Quinn understands his
18  obligations. But he's just going to wait until 5:00.
19        MR. ZELLER: Just since Mr. Nolan continues to
20  characterize our claims and what they are, we have not said
21  that the name Bratz is, quote, proprietary, end quote, to
22  Mattel. That is not the basis of our theory. The name is
23  part of the concept. If is part of the idea. It is part of
24  what it is that Carter Bryant created when he was employed by
25  Mattel that relates to Bratz. That is among the inventions
```

80

```
1   that he created. And therefore, we own it.
2         THE COURT: Your --
3         MR. ZELLER: Exactly.
4         THE COURT: Under the contract.
5         MR. ZELLER: Correct. Well, not necessarily
6   copyright theory per se. It's more under the contractual
7   theory because there's doctrine that says short phrases and
8   statements couldn't be copyright.
9         THE COURT: I said under the contract.
10        MR. ZELLER: Okay. Exactly. So with that
11  clarification, and certainly the name Bratz is relevant to
12  our claims because it also shows timing. Mattel is
13  considering it a late '99, early 2000 time period. So it
14  serves double duty.
15        THE COURT: I understand your case as well as I'm
16  going to understand it. I'm not saying I understand it
17  perfectly, but I understand it as well as I can. So let's
18  just go forward with the trial and see what happens. Have a
19  good weekend.
20
21        (Proceedings concluded at 4:50 P.M.)
22
23
24
25
```

Trial Transcript (Pre-Trial Conference)  5/23/2008  12:00:00 PM

81

```
 1
 2
 3
 4
 5
 6
 7           C E R T I F I C A T E
 8
 9
10      I hereby certify that pursuant to Title 28,
11  Section 753 United States Code, the foregoing is a true and
12  correct transcript of the stenographically reported
13  proceedings in the above matter.
14      Certified on May 23, 2008.
15
16
         _____
17       MARK SCHWEITZER, CSR, RPR, CRR
         Official Court Reporter
18       License No. 10514
19
20
21
22
23
24
25
```