**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                                 Date: May 13, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                                 Date:_____  Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Stephanie Mikhail                                                      Not Present
   Courtroom Clerk                                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING MATTEL'S PROPOSED SEARCH TERMS FOR LARIAN HARD DRIVE; STAYING LARIAN HARD DRIVE OBLIGATIONS

    Before the Court are MGA Entertainment, Inc. and Isaac Larian (collectively "MGA")'s Objections to the May 8, 2010 Report and Recommendation of the Electronic Discovery Special Master (the "Objections"). MGA argues that the Electronic Discovery Special Master's Report and Recommendation conflicts with and, is duplicative of, the Court's prior orders, which directed the parties to submit competing lists of search terms for the active files on the Larian hard drive. The Court's prior orders also limited the Electronic Discovery Special Master's review of the hard drive to evidence of "present or prior existence of spoliation-enabling software." The May 8, 2010 R&R recommends that MGA and Mattel, Inc. ("Mattel") submit competing lists of search terms, one of which will be used in the "forensic review of the Larian Hard Drive."

    The Electronic Discovery Special Master's review of the Larian hard drive is premature and the Court therefore stays the Electronic Discovery Special Master's May 8, 2010 R&R to the extent it concerns the Larian hard drive. The Court has reviewed the competing lists of search terms presented

by Mattel and MGA.  MGA's proposed search terms for the Larian hard drive are underinclusive and imprecise.  Moreover, Mattel's proposed search terms – though lengthy – are narrowly defined, encompass relevant issues, and do not otherwise impose an undue burden upon MGA.

        Finally, the Court must resolve a dispute between the parties about a previously agreed upon protocol for the review of active files on the Larian hard drive in an attempt to determine whether deleted files continue to reside in such active files.  Essentially, Mattel has identified a list of files that it contends were deleted from the Larian hard drive.  This list was delivered to MGA on December 15, 2009 and confirmed as complete on April 20, 2010.  MGA contends that some or all of the files at issue were not in fact deleted, but continue to exist in some form in the active files on Larian's hard drive.  Mattel has asked for proof of MGA's contention and MGA claims to have completed its "rebuttal analysis" on or before April 23, 2010.  However, it appears from the briefing that MGA objects to the disclosure of the content of the active files that contain the vestiges of deleted files on privilege and relevance grounds.  The Court considers it prudent to review the content of the active files *in camera* to determine whether MGA's privilege and/or relevance claims are meritorious.

        For the foregoing reasons, the Court hereby ORDERS as follows:

1. On or before May 24, 2010, the Electronic Discovery Special Master shall submit a report to the Court that summarizes his findings as to the present or prior existence of spoliation-enabling software on the Larian hard drive.

2. On or before May 31, 2010, MGA shall search the Larian hard drive for all the search terms identified in Mattel's submission in response to the Court's Order Sustaining in Part and Overruling in Part MGA Parties' Objections to Recommendation 5 of January 21, 2010 Electronic Discovery Special Master R&R;

3. On or before May 31, 2010, MGA shall submit to the Court for the Court's *in camera* review the content and file names of all files on the Larian hard drive, which contain the contents of files identified by Mattel's December 15, 2009 deleted files list.

    The Clerk shall serve this minute order on all parties to the action.