1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Tel: (415) 773-5700/Fax: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13
14 Attorneys for MGA Parties

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO THE INTERNAL REVENUE SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Judge:     Hon. David O. Carter |

1  Before the Court is MGA Parties' Motion to Quash Mattel's Subpoena to the
2  Internal Revenue Service.  After considering the moving, opposing and replying
3  papers, as well as the parties' oral argument, the Court finds that the relief sought by
4  MGA is necessary and appropriate.  For good cause appearing, the Court therefore
5  grants the Motion to Quash Mattel's subpoena to the Internal Revenue Service.

6
7  **IT IS SO ORDERED.**

8
9
10  Dated: _____, 2010           _____
                                                    Hon. David O. Carter
11
12
...
28