MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David. O. Carter**<br><br>**DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO THE INTERNAL REVENUE SERVICE**<br><br>Date:  TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2** |

I, Mark P. Wine, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Motion to Quash Mattel's Subpoena to the Internal Revenue Service. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Following the deposition of Brian Wing, I made enquiries regarding indemnification agreements between MGA and Carter Bryant.

3. I also directed MGA personnel to make enquires regarding the existence of any such agreements.

4. Through this effort, we located two agreements concerning MGA's obligation to indemnify Carter Bryant. These were the retainer letters between MGA and Keker & Van Nest and between MGA and Littler Mendelson, two law firms that represented Carter Bryant. It appeared from my investigation that these letters were provided to the IRS in connection with an issue over the deductibility of attorney's fees.

5. The search I conducted indicated that no other agreement between MGA and Carter Bryant related to indemnification of Carter Bryant by MGA was identified.

6. Moreover, the documents provided to the IRS by MGA that dealt with the issue of indemnifying Carter Bryant related to the two retainer letters referenced in paragraph 4. These two retainer letters have been produced to Mattel.

7. Attached hereto as **Exhibit 1** is a true and correct copy of a subpoena from Mattel to the Internal Revenue Service, received by MGA on May 6, 2010.

1     I declare under penalty of perjury that the foregoing is true and correct and
2 that this Declaration was hereby executed on May 14, 2010 in Hong Kong.

                        */s/ Mark P. Wine*
                        Mark P. Wine

OHS West:260914709.3

- 2 -

WINE DECL. ISO MGA'S MOT. TO QUASH MATTEL'S SUBPOENA TO THE IRS
CV-04-9049 DOC (RNBx)