**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                    Date: May 17, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

DOCKET ENTRY
          [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                   Date:_____   Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

     Stephanie Mikhail                              Not Present
       Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

     NONE PRESENT                              NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING PRODUCTION OF RELEVANT
                         CORRESPONDENCE CONCERNING MGA'S PRODUCTION
                         OF 30(b)(6) WITNESSES

        Before the Court is Mattel, Inc. ("Mattel")'s Motion to Compel MGA Entertainment, Inc. ("MGA") to produce 30(b)(6) Witnesses (the "Motion"). Lodged in support of Mattel's Motion were the following deposition transcripts, which the Court has reviewed: (1) March 24, 2010 Transcript of Deposition of 30(b)(6) Deponent of MGA (Ron Brawer); (2) March 25, 2010 Transcript of Deposition of 30(b)(6) Deponent of MGA (Samir Khare); (3) March 26, 2010 Transcript of Deposition of 30(b)(6) Deponent of MGA (John Woolard); and (4) March 26, 2010 Transcript of Deposition of 30(b)(6) Deponent of MGA (Stephen Schultz). Mattel argues that the transcripts reveal the lack of preparation of MGA's 30(b)(6) designees, as well as MGA's failure to produce 30(b)(6) designees as to certain topics identified in Mattel's Notice(s) of Deposition.

        The transcripts also include several arguments between counsel as to whether the noticed topics were altered by agreement(s) between counsel prior to the depositions. The Court considers it necessary to review such agreements in order to determine the merit of Mattel's claim that MGA's

MINUTES FORM 11 DOC                                    Initials of Deputy Clerk sdm
CIVIL - GEN                                            Page 1 of 2

witnesses were inadequately prepared and/or entirely unprepared on certain topics.

        Accordingly, the Court ORDERS the parties to meet and confer and submit, on or befrore May 20, 2010, by joint stipulation, all correspondence between the parties from March 1, 2010 to March 26, 2010 concerning the topics on which MGA's 30(b)(6) witnesses were to be deposed.  The parties shall not submit separate responses to the instant Order.

        The Clerk shall serve this minute order on all parties to the action.