# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)             Date: May 13, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                         Date:_____ Deputy Clerk: _____

---

PRESENT:

            THE HONORABLE DAVID O. CARTER, JUDGE

| Stephanie Mikhail | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                          NONE PRESENT

---

PROCEEDING (IN CHAMBERS): AMENDED ORDER GRANTING MATTEL'S PROPOSED SEARCH TERMS FOR LARIAN HARD DRIVE; STAYING LARIAN HARD DRIVE OBLIGATIONS[1]

        Before the Court are MGA Entertainment, Inc. and Isaac Larian (collectively "MGA")'s Objections to the May 8, 2010 Report and Recommendation of the Electronic Discovery Special Master (the "Objections"). MGA argues that the Electronic Discovery Special Master's Report and Recommendation conflicts with and, is duplicative of, the Court's prior orders, which directed the parties to submit competing lists of search terms for the active files on the Larian hard drives. The Court's prior orders also limited the Electronic Discovery Special Master's review of the hard drives to

---

[1] The prior version of this Order referred to a single Larian hard drive. The Court has since been informed by the Electronic Discovery Special Master that he has taken possession of multiple personal hard drives belonging to Larian. The instant Amended Order therefore specifies that the Electronic Discovery Special Master shall search *all* of the Larian hard drives for evidence of spoliation-enabling software.

evidence of "present or prior existence of spoliation-enabling software." The May 8, 2010 R&R recommends that MGA and Mattel, Inc. ("Mattel") submit competing lists of search terms, one of which will be used in the "forensic review of the Larian Hard Drive."

      The Electronic Discovery Special Master's review of the Larian hard drives is premature and the Court therefore stays the Electronic Discovery Special Master's May 8, 2010 R&R to the extent it concerns the Larian hard drives. The Court has reviewed the competing lists of search terms presented by Mattel and MGA. MGA's proposed search terms for the Larian hard drives are underinclusive and imprecise. Moreover, Mattel's proposed search terms – though lengthy – are narrowly defined, encompass relevant issues, and do not otherwise impose an undue burden upon MGA.

      Finally, the Court must resolve a dispute between the parties about a previously agreed upon protocol for the review of active files on the Larian hard drives in an attempt to determine whether deleted files continue to reside in such active files. Essentially, Mattel has identified a list of files that it contends were deleted from the Larian hard drives. This list was delivered to MGA on December 15, 2009 and confirmed as complete on April 20, 2010. MGA contends that some or all of the files at issue were not in fact deleted, but continue to exist in some form in the active files on Larian's hard drives. Mattel has asked for proof of MGA's contention and MGA claims to have completed its "rebuttal analysis" on or before April 23, 2010. However, it appears from the briefing that MGA objects to the disclosure of the content of the active files that contain the vestiges of deleted files on privilege and relevance grounds. The Court considers it prudent to review the content of the active files *in camera* to determine whether MGA's privilege and/or relevance claims are meritorious.

      For the foregoing reasons, the Court hereby ORDERS as follows:

1. On or before May 24, 2010, the Electronic Discovery Special Master shall submit a report to the Court that summarizes his findings as to the present or prior existence of spoliation-enabling software on the Larian hard drives.

2. On or before May 31, 2010, MGA shall search the Larian hard drives for all the search terms identified in Mattel's submission in response to the Court's Order Sustaining in Part and Overruling in Part MGA Parties' Objections to Recommendation 5 of January 21, 2010 Electronic Discovery Special Master R&R;

3. On or before May 31, 2010, MGA shall submit to the Court for the Court's *in camera* review the content and file names of all files on the Larian hard drives, which contain the contents of files identified by Mattel's December 15, 2009 deleted files list.

      The Clerk shall serve this minute order on all parties to the action.