**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES** |

7975/3487147.wpd

[PROPOSED] ORDER

1  [PROPOSED] ORDER

2

3       Because Mattel, Inc. has represented that the content of Mattel, Inc.'s
4 Reply In Support Of Motion To Compel MGA Entertainment, Inc. To Produce
5 30(B)(6) Witnesses (the "Reply") will include material the MGA Parties have
6 designated "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order,
7       IT IS HEREBY ORDERED:
8       The Reply may be filed under seal pursuant to Local Rule 79- 5.1.

9

10

11

12 DATED: May 7, 2010

                                    Hon. David O. Carter
13                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28