**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                         Date: May 17, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                          Date:_____    Deputy Clerk: _____

PRESENT:

                       THE HONORABLE DAVID O. CARTER, JUDGE

     Stephanie Mikhail                                Not Present
      Courtroom Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

      NONE PRESENT                               NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE

        On May 17, 2010, Mattel, Inc. ("Mattel") submitted a Motion for Protective Order from the MGA Parties' Notice of Deposition of Mattel, Inc. (the "Motion"). Attached in support of the 15-page Motion is a 59-page Separate Statement that contains significant argument in support of Mattel's Motion. Mattel is ORDERED TO SHOW CAUSE, in writing, on or before 3:00 p.m. on May 17, 2010 as to why the Separate Statement in Support of the Motion should not be DEEMED to be oversized and STRICKEN. Mattel is further ORDERED TO SHOW CAUSE, in writing, on or before 3:00 p.m. on May 17, 2010, as to why sanctions should not issue from Mattel's failure to comply with the reasonable page limits agreed to between counsel. Any other party may submit responses to the instant Order.

        The Clerk shall serve this minute order on all parties to the action.