QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>               Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S RESPONSE TO THE COURT'S MAY 17, 2010 ORDER TO SHOW CAUSE**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:   TBD<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

07975/3501594.1

1   Mattel, Inc. respectfully apologizes to the Court for filing a Separate Statement in
2   Support of its Motion for Protective Order re the MGA Parties' Third Notice of
3   Deposition and requests the Court's permission to withdraw the Separate Statement.
4   All of the key objections to the 27 topics at issue are addressed in Mattel's
5   Memorandum.  Mattel did not intend the Separate Statement as an effort to provide
6   additional argument in violation of the Court's page limits and apologizes for any
7   contrary impression.  The Memorandum was substantially revised last night precisely
8   to ensure that all argument was included within the brief.  The Separate Statement
9   should not have been filed in the first instance, as these revisions made it unnecessary;
10  its filing was an inadvertent error.  As the Court knows, Mattel has been in the midst of
11  preparing five additional briefs that are due later today on the MGA Parties' and Omni's
12  motions to dismiss and Mr. Zeller has been out of the country at a deposition in this
13  matter that contributed to the inadvertent filing the Separate Statement.  Mattel regrets
14  this mistake and respectfully requests that it be allowed to withdraw the Separate
15  Statement and that the Order to Show Cause be discharged and that sanctions not be
16  imposed.

18  DATED:  May 17, 2010          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                                  By /s/ Jon Corey
                                     Jon Corey
                                     Attorneys for Mattel, Inc.

07975/3501594.1

-1-
MATTEL'S RESPONSE TO MAY 17, 2010 ORDER TO SHOW CAUSE