| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>(johnquinn@quinnemanuel.com) |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | Jon D. Corey (Bar No. 185066)<br>(joncorey@quinnemanuel.com) |
| 5 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543 |
| 6 | Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 |

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE 25-PAGE MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO MGA PARTIES' AND IGWT'S OVERLENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS RICO AND CREDITOR CLAIMS**<br><br>[[Proposed] Order Filed Concurrently Herewith] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. respectfully submits this ex parte application seeking leave to file a 25-page memorandum of points and authorities in opposition to the MGA Parties and IGWT's overlength memorandum of points and authorities in support of their motions to dismiss Mattel's RICO and creditor claims.

Although the Court struck Section II of the MGA Parties' 39-page memorandum of points and authorities, the remaining portion is still 30 pages long. Mattel's brief in opposition will be 25 pages, in compliance with Local Rules. However, in light of the parties' prior stipulation that all briefs other than summary judgment will be 20 pages or less, Mattel submits this application requesting permission to file a 25-page brief as provided for in the Local Rules in order to respond to 30 pages of argument in the MGA Parties' memorandum.

In accordance with Local Rule 7-19.1, counsel for Mattel gave notice of this Application to counsel for the MGA Parties and IGWT on May 17, 2010, as follows:  counsel for MGA Parties, Annette Hurst and Warrington Parker, Orrick, Herrington & Sutcliffe, LLP, 405 Howard Street, San Francisco, CA, telephone: (415) 773-4585, and email: wparker@orrick.com, ahurst@orrick.com; counsel for defendant Omni 808 Investors, LLC, Todd E. Gordinier and Peter N. Villar, Bingham McCutchen LLP, 600 Anton Boulevard, 18th Floor, Costa Mesa, CA 92626, telephone (714) 830-0600, and email todd.gordinier@bingham.com and peter.villar@bingham.com; and counsel for defendant Machado Alexander Cote, Scheper Kim & Harris LLP, 601 W. Fifth Street, 12th Floor, Los Angeles, CA, telephone: (213) 613-4655, email: acote@scheperkim.com and Mark E. Overland, Law Offices of Mark E. Overland, 100 Wilshire Blvd., Suite 950, Santa Monica, CA, telephone (310) 459-2830, email: mark@overlaw.net.  Counsel for defendants did not respond.

For the foregoing reasons, Mattel respectfully requests that the Court order that Mattel's Opposition may be 25 pages as provided for in the Local Rules.

1

2   DATED:  May 17, 2010          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP
3

4
                                  By /s/ Michael T. Zeller
5                                    Michael T. Zeller
                                     Attorneys for Mattel, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28