QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE 25-PAGE MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO MGA PARTIES AND IGWT'S OVERLENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS RICO AND CREDITOR CLAIMS** |

# [PROPOSED] ORDER

Based on Mattel, Inc.'s concurrently filed Application to File 25-Page Memorandum of Points and Authorities in Opposition to the MGA Parties' Overlength Memorandum of Points and Authorities in Support of Motion to Dismiss RICO and Creditor Claims (the "Opposition") and good cause appearing therefore:

IT IS HEREBY ORDERED:

Mattel is given leave to file its Opposition not to exceed 25 pages.

DATED:                    . 2010

Hon. David O. Carter
United States District Judge