QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | MATTEL, INC.'S NOTICE OF WITHDRAWAL OF SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE) |
| Defendant. | |
| AND CONSOLIDATED CASES | |

**Phase 2**
Discovery Cutoff:      TBD
Pre-trial Conference:  TBD
Trial:                 TBD

07975/3502143.1

Case No. CV 04-9049 DOC (RNBx)
MATTEL, INC.'S NOTICE OF WITHDRAWAL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the leave of Court granted in the May 17, 2010 Order Discharging May 17, 2010 OSC, Mattel hereby withdraws its Separate Statement in Support of its Motion for Protective Order from the MGA Parties' Notice of Deposition of Mattel, Inc. (Third Phase 2 Notice) filed May 17, 2010 (Attachment #1 to Docket Number 7858).

DATED: May 17, 2010           QUINN EMANUEL URQUHART & SULLIVAN, LLP

                              By /s/ Jon Corey
                                 Jon Corey
                                 Attorneys for Mattel, Inc.

07975/3502143.1

-1-                           Case No. CV 04-9049 DOC (RNBx)
                              MATTEL, INC.'S NOTICE OF WITHDRAWAL