# Exhibit A

## CURRICULUM VITAE

| | |
|---|---|
| **Name:** | Hector G. Calatayud-Izquierdo |
| **Education:** | Attorney by Escuela Libre de Derecho; admitted to the Bar in June 1970 |
| **Employment:** | Basham, Ringe y Correa, S.C., Mexico City, Mexico; as paralegal since January 1967; as an Associate from June 1970 through December 1980; as a Partner responsible for the civil and criminal litigation areas from January 1981 through December 2001; Off-counsel to date. |
| **Publications:** | MONEY JUDGMENTS IN MEXICO<br>Ricardo Hernandez and Hector G. Calatayud<br>Corporate Counsel's International Adviser<br>Business Laws, Inc.<br>February 1995<br>Chesterland, Ohio<br><br>COMMERCIAL & INVESTMENT LAW MEXICO<br>"Bankruptcy Law"<br>Hector Calatayud and Daniel del Rio<br>Transnational Publishers, Inc.<br><br><br>CORPORATE LIBEL<br>UNDER MEXICAN LAW<br>Hector Calatayud and Francisco Tiburcio<br>Commercial Litigation, Euromoney Publications,<br>London, UK<br>April 1997 |
| **Teaching activities:** | Professor of Civil Proceedings Law at Universidad Anahuac (1992 and 1993). Post-graduate Professor at Escuela Libre de Derecho in the areas of Advertising and Product Liability (1997 through 1999) and Arbitration at Universidad Panamericana (1996 through 1998) |
| **Other activities:** | Member of the Consulting Committee of the Mediation and Arbitration Commission of the Camara Nacional de Comercio de la Ciudad de Mexico<br><br>Former President of the Marketing and Advertising Commission of the International Chamber of |

2

Commerce (Mexican Chapter)

Former President of the Federacion Mexicana de Automovilismo Deportivo, A.C. (Mexican Motor Sport Federation)

# Exhibit B



**CÓDIGO CIVIL FEDERAL**

CÁMARA DE DIPUTADOS DEL H. CONGRESO DE LA UNIÓN
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 28-01-2010*

**Artículo 1928.-** El que paga los daños y perjuicios causados por sus sirvientes, empleados, funcionarios y operarios, puede repetir de ellos lo que hubiere pagado.

**Artículo 1929.-** El dueño de un animal pagará el daño causado por éste, si no probare alguna de estas circunstancias:

**I.** Que lo guardaba y vigilaba con el cuidado necesario;

**II.** Que el animal fue provocado;

**III.** Que hubo imprudencia por parte del ofendido;

**IV.** Que el hecho resulte de caso fortuito o de fuerza mayor.

**Artículo 1930.-** Si el animal que hubiere causado el daño fuere excitado por un tercero, la responsabilidad es de éste y no del dueño del animal.

**Artículo 1931.-** El propietario de un edificio es responsable de los daños que resulten por la ruina de todo o parte de él, si ésta sobreviene por falta de reparaciones necesarias o por vicios de construcción.

**Artículo 1932.-** Igualmente responderán los propietarios de los daños causados:

**I.** Por la explosión de máquinas, o por la inflamación de substancias explosivas;

**II.** Por el humo o gases que sean nocivos a las personas o a las propiedades;

**III.** Por la caída de sus árboles, cuando no sea ocasionada por fuerza mayor;

**IV.** Por las emanaciones de cloacas o depósitos de materias infectantes;

**V.** Por los depósitos de agua que humedezcan la pared del vecino o derramen sobre la propiedad de éste;

**VI.** Por el peso o movimiento de las máquinas, por las aglomeraciones de materias o animales nocivos a la salud o por cualquiera causa que sin derecho origine algún daño.

**Artículo 1933.-** Los jefes de familia que habiten una casa o parte de ella, son responsables de los daños causados por las cosas que se arrojen o cayeren de la misma.

**Artículo 1934.-** La acción para exigir la reparación de los daños causados en los términos del presente capítulo, prescribe en dos años contados a partir del día en que se haya causado el daño.

## CAPITULO VI
## Del Riesgo Profesional

**Artículo 1935.-** Los patrones son responsables de los accidentes del trabajo y de las enfermedades profesionales de los trabajadores sufridas con motivo o en el ejercicio de la profesión o trabajo que ejecuten; por tanto, los patrones deben pagar la indemnización correspondiente, según que hayan traído como consecuencia la muerte o simplemente la incapacidad temporal o permanente para trabajar. Esta responsabilidad subsistirá aun en el caso de que el patrón contrate el trabajo por intermediario.

Exhibit B
Page 9

**Article 1934.** The action to demand compensation for damage caused in the terms of this chapter prescribes in two years counted from the day when the damage was caused.



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

## CERTIFICATE OF ACCURACY

I, Sara Hutchison, of TransPerfect, Inc. do hereby declare that the following are to the best of my knowledge and belief, a true and accurate translation, within the given parameters, of the document CÓDIGO CIVIL FEDERAL, Nuevo Código publicado en el Diario Oficial de la Federación en cuatro partes los días 26 de mayo, 14 de julio, 3 y 31 de agosto de 1928, Artículo 1934 translated from Spanish into English.

A copy of the final translation is attached.

I so declare under penalty of perjury under the laws of the United States on this 17th day of May, 2010.

Sara Hutchison
TransPerfect Translations, Inc.

Sworn before me this
17th of May 2010

Signature, Notary Public

> KRISTIN MILORO
> Notary Public - State of New York
> No. 01MI6212799
> Qualified in New York County
> Commission Expires Oct 19, 2013

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

# Exhibit C



**Cámara de Diputados del H. Congreso de la Unión**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**LEY DE LA PROPIEDAD INDUSTRIAL**

*Última Reforma DOF 25 01 2006*

**Artículo 81.-** Se podrá solicitar la rehabilitación de la patente o registro caducos por falta de pago oportuno de la tarifa, siempre que la solicitud correspondiente se presente dentro de los seis meses siguientes al plazo de gracia a que se refiere la fracción II del artículo anterior y se cubra el pago omitido de la tarifa, más sus recargos.

*Artículo reformado DOF 02-08-1994*

## TITULO TERCERO
## De los Secretos Industriales

### Capítulo Unico

**Artículo 82.-** Se considera secreto industrial a toda información de aplicación industrial o comercial que guarde una persona física o moral con carácter confidencial, que le signifique obtener o mantener una ventaja competitiva o económica frente a terceros en la realización de actividades económicas y respecto de la cual haya adoptado los medios o sistemas suficientes para preservar su confidencialidad y el acceso restringido a la misma.

La información de un secreto industrial necesariamente deberá estar referida a la naturaleza, características o finalidades de los productos; a los métodos o procesos de producción; o a los medios o formas de distribución o comercialización de productos o prestación de servicios.

No se considerará secreto industrial aquella información que sea del dominio público, la que resulte evidente para un técnico en la materia, con base en información previamente disponible o la que deba ser divulgada por disposición legal o por orden judicial. No se considerará que entra al dominio público o que es divulgada por disposición legal aquella información que sea proporcionada a cualquier autoridad por una persona que la posea como secreto industrial, cuando la proporcione para el efecto de obtener licencias, permisos, autorizaciones, registros, o cualesquiera otros actos de autoridad.

*Artículo reformado DOF 02-08-1994*

**Artículo 83.-** La información a que se refiere el artículo anterior, deberá constar en documentos, medios electrónicos o magnéticos, discos ópticos, microfilmes, películas u otros instrumentos similares.

**Artículo 84.-** La persona que guarde un secreto industrial podrá transmitirlo o autorizar su uso a un tercero. El usuario autorizado tendrá la obligación de no divulgar el secreto industrial por ningún medio.

En los convenios por los que se transmitan conocimientos técnicos, asistencia técnica, provisión de ingeniería básica o de detalle, se podrán establecer cláusulas de confidencialidad para proteger los secretos industriales que contemplen, las cuales deberán precisar los aspectos que comprenden como confidenciales.

**Artículo 85.-** Toda aquella persona que, con motivo de su trabajo, empleo, cargo, puesto, desempeño de su profesión o relación de negocios, tenga acceso a un secreto industrial del cual se le haya prevenido sobre su confidencialidad, deberá abstenerse de revelarlo sin causa justificada y sin consentimiento de la persona que guarde dicho secreto, o de su usuario autorizado.

**Artículo 86.-** La persona física o moral que contrate a un trabajador que esté laborando o haya laborado o a un profesionista, asesor o consultor que preste o haya prestado sus servicios para otra persona, con el fin de obtener secretos industriales de ésta, será responsable del pago de daños y perjuicios que le ocasione a dicha persona.

También será responsable del pago de daños y perjuicios la persona física o moral que por cualquier medio ilícito obtenga información que contemple un secreto industrial.

Exhibit C
Page 12



**Cámara de Diputados del H. Congreso de la Unión**
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

**LEY DE LA PROPIEDAD INDUSTRIAL**

*Última Reforma DOF 25 01 2006*

**Artículo 86 BIS.-** La información requerida por las leyes especiales para determinar la seguridad y eficacia de productos farmoquímicos y agroquímicos que utilicen nuevos componentes químicos quedará protegida en los términos de los tratados internacionales de los que México sea parte.

*Artículo adicionado DOF 02-08-1994*

**Artículo 86 BIS 1.-** En cualquier procedimiento judicial o administrativo en que se requiera que alguno de los interesados revele un secreto industrial, la autoridad que conozca deberá adoptar las medidas necesarias para impedir su divulgación a terceros ajenos a la controversia.

Ningún interesado, en ningún caso, podrá revelar o usar el secreto industrial a que se refiere el párrafo anterior.

*Artículo adicionado DOF 02-08-1994*

## TITULO CUARTO
## De las Marcas y de los Avisos y Nombres Comerciales

### Capítulo I
### De las Marcas

**Artículo 87.-** Los industriales, comerciantes o prestadores de servicios podrán hacer uso de marcas en la industria, en el comercio o en los servicios que presten. Sin embargo, el derecho a su uso exclusivo se obtiene mediante su registro en el Instituto.

*Artículo reformado DOF 02-08-1994*

**Artículo 88.-** Se entiende por marca a todo signo visible que distinga productos o servicios de otros de su misma especie o clase en el mercado.

**Artículo 89.-** Pueden constituir una marca los siguientes signos:

**I.-** Las denominaciones y figuras visibles, suficientemente distintivas, susceptibles de identificar los productos o servicios a que se apliquen o traten de aplicarse, frente a los de su misma especie o clase;

**II.-** Las formas tridimensionales;

**III.-** Los nombres comerciales y denominaciones o razones sociales, siempre que no queden comprendidos en el artículo siguiente, y

**IV.-** El nombre propio de una persona física, siempre que no se confunda con una marca registrada o un nombre comercial publicado.

*Fracción reformada DOF 02-08-1994*

**Artículo 90.-** No serán registrables como marca:

*Párrafo reformado DOF 02-08-1994*

**I.-** Las denominaciones, figuras o formas tridimensionales animadas o cambiantes, que se expresan de manera dinámica, aún cuando sean visibles;

**II.-** Los nombres técnicos o de uso común de los productos o servicios que pretenden ampararse con la marca, así como aquellas palabras que, en el lenguaje corriente o en las prácticas comerciales, se hayan convertido en la designación usual o genérica de los mismos;

Exhibit C
Page 13

# Exhibit D

**Article 82** - Any industrially or commercially applicable information which a natural or legal person keeps and which is confidential in nature and associated with securing or retaining a competitive or economic advantage over third parties in the conduct of economic activities, and regarding which sufficient means or systems have been adopted to preserve its confidentiality and restrict access thereto, shall be considered a trade secret.

The information constituting a trade secret shall necessarily relate to the nature, characteristics or purposes of products, to production methods or processes, or to ways or means of distributing or marketing products or rendering services.

Information that is in the public domain, is obvious to a person skilled in the art on the basis of previously available information, or that must be disclosed by virtue of a legal provision or court order shall not be considered a trade secret. Information that is supplied to any authority by a person possessing it as a trade secret shall not be considered as entering the public domain or being disclosed by virtue of a legal provision, when it is supplied for the purpose of obtaining licenses, permits, authorizations, registrations or any other official documents.

*Article amended DOF* [Diario Oficial de la Federación] *08/02/94*

**Article 86 bis.1.-** Where one of the parties involved in any judicial or administrative proceeding is required to reveal a trade secret, the authority hearing the proceeding shall take the necessary measures to prevent its disclosure to third parties having no connection with the dispute.

No interested party may, in any event, reveal or make use of the trade secret referred to in the previous paragraph.



# TRANSPERFECT

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certified that the document, "Articles 82 and 86-Bis-1 of the Industrial Property Law." to the best of my knowledge and belief, is a true and accurate translation from Spanish into English.

_____
Marina Yoffe

Sworn before me this

26th Day of May, 2008

_____
Signature, Notary Public

Pamela Boyle
Notary Public, State of New York
No. 01BO6181278
Qualified in NEW YORK County
Commission Expires Jan 28, 2012

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

**Article 83.** The information referred to in the previous article shall consist of documents, electronic or magnetic media, optical disks, microfilms, films or other similar material.

**Article 85.** Any person who, by reason of his work, employment, function or post, the practice of his profession or the conduct of business relations, has access to a trade secret the confidentiality of which he has been warned of shall abstain from revealing it without just cause and without the consent of the person keeping said secret or of the authorized user thereof.

Exhibit D
Page 17



## TRANSPERFECT

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

CERTIFICATE OF ACCURACY

I, Sara Hutchison, of TransPerfect, Inc. do hereby declare that the following are to the best of my knowledge and belief, a true and accurate translation, within the given parameters, of the document LEY DE LA PROPIEDAD INDUSTRIAL, Nueva Ley publicada en el Diario Oficial de la Federación el 27 de junio de 1991 translated from Spanish into English.

A copy of the final translation is attached.

I so declare under penalty of perjury under the laws of the United States on this 17th day of May, 2010.

_____
Sara Hutchison
TransPerfect Translations, Inc.

Sworn before me this
17th of May 2010

_____
Signature, Notary Public

KRISTIN MILORO
Notary Public - State of New York
No. 01MI6212799
Qualified in New York County
Commission Expires Oct 19, 2013

_____
Stamp, Notary Public

Exhibit D
Page 18