# Exhibit 1

05/08/2008 10:30 FAX          LENCZNER SLAGHT                    002/002



# LENCZNER SLAGHT ROYCE
## SMITH GRIFFIN LLP
BARRISTERS

Direct Line: (416) 865-2971
Email: nloewith@litigate.com

May 8, 2008

**VIA FACSIMILE**                                    MAY - 8 2008

Mr. George J. Karayannides
Heenan Blaikie LLP
Barristers and Solicitors
2600-200 Bay Street, South Tower
P.O. Box 185, Stn. Royal Bank Plaza
Toronto, ON   M5J 2J4

Dear Mr. Karayannides:

    **Re:** **MGA Entertainment (Canada) Company et al. ats**
       **Mattel, Canada Inc.**
       **Our File No. 38235**

   I write further to our conversation on May 8.  As you know, we have been retained by MGA with respect to the above-noted matter.

   We understand that there is an ongoing dispute between MGA and Mattel that is currently before the courts in California, and that action is moving forward at a steady pace. Given the similarity between the issues addressed in the U.S. action and this one, it may be appropriate to stay the Canadian proceedings until the completion of the U.S. action.

   Can you please advise me as to whether you think your client would be amenable to a consent stay?

   I look forward to hearing from you soon.

      Yours very truly,

      **LENCZNER SLAGHT ROYCE**
      **SMITH GRIFFIN LLP**

      Per:

NDL/kh                          Naomi D. Loewith
cc:  Alan J. Lenczner, Q.C.

SUITE 2600, 130 ADELAIDE STREET WEST, TORONTO, ONTARIO, CANADA M5H 3P5
TELEPHONE (416) 865-9500          FACSIMILE (416) 865-9010

Exhibit 1
Page 2

05/08/2008 10:37 FAX                          LENCZNER SLAGHT                                    ☑001/002



# LENCZNER SLAGHT ROYCE
# SMITH GRIFFIN LLP
### BARRISTERS

SUITE 2600 , 130 ADELAIDE STREET WEST
TORONTO, ONTARIO, CANADA M5H 3P5

| **Facsimile cover page** | | **Date:** May 8, 2008 | |
|---|---|---|---|
| TO:<br>FIRM:<br>TELEPHONE: | George J. Karayannides<br>Heenan Blaikie LLP<br>416-360-3521 | FACSIMILE: | 416-360-8425 |
| FROM:<br>DIRECT DIAL:<br>FACSIMILE: | Naomi D. Loewith<br>(416) 865-2971<br>(416) 865-9010 | OPERATOR:<br>TIME:<br>CM #: | 38235 |

MESSAGE:

   Please see attached.

TOTAL NO. OF PAGES         IF YOU DID NOT RECEIVE ALL PAGES INCLUDING THIS PAGE PLEASE CALL 865-9500,
INCLUDING THIS PAGE:       AS SOON AS POSSIBLE.

                      **2**

ORIGINAL SENT BY (CHECK ONE)    ☐ MAIL  ☐ TDX  ☐ COURIER      X NOT SENT      ☐ OTHER        _____

**CONFIDENTIAL**

THE INFORMATION CONTAINED IN THIS MESSAGE IS CONFIDENTIAL AND PRIVILEGED.  IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED.

If the reader of this telecopy is not the intended recipient or an agent responsible for delivering it to the intended recipient you are hereby notified that any review, dissemination, distribution or copying of this telecopy is strictly prohibited.  If you have received this telecopy in error, please notify us immediately by telephone [call us collect at (416) 865-9500] and return the original transmittal to us by mail.  Thank you.

Exhibit 1
Page 3