QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br>          Plaintiff,<br>     vs.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br>          Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN COUNTRY'S LAW IN RESPONSE TO HUERTA DECLARATION [RULE 44.1]**<br><br>Hearing Date: June 7, 2010<br>Time:         8:30 a.m.<br>Place:        Courtroom 9D<br><br>**Phase 2**<br>Discovery Cutoff:      TBD<br>Pre-trial Conference:  TBD<br>Trial:                 TBD |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Proc. 44.1, Mattel, Inc. hereby gives notice regarding issues of foreign law that may arise in connection with the MGA Parties' Motion to Dismiss on *Forum Non Conveniens* Grounds. In order to respond to certain inaccuracies regarding Mexico law contained in the Declaration of Juan Alberto Huerta Bleck in Support of the MGA Parties and IGWT's Motions for Summary Judgment filed May 10, 2010, Mattel will submit the Declaration of Hector G. Calatayud-Izquirdo In Support of Mattel, Inc.'s Opposition to Motions to Dismiss for Lack of Personal Jurisdiction and on *Forum Non Conveniens* Grounds. Mr. Calatayud's Declaration will address the following issues:

1. Mr. Huerta's lack of experience with relevant Mexican law.
2. Two-year statute of limitations applicable to claims identified in Mr. Huerta's Declaration.
3. Mr. Huerta's misidentification of source law.
4. Mr. Huerta claims that Mexican law imposes certain requirements for industrial secrets set forth in paragraph 9(e)-(f) of his Declaration. Mexico law imposes neither requirement.

DATED: May 17, 2010            QUINN EMANUEL URQUHART & SULLIVAN. LLP

                               By /s/ Michael T. Zeller
                                  Michael T. Zeller
                                  Attorneys for Mattel. Inc.