UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV04-9049-DOC(RNBx)                                              Date   May 19, 2010

Title   CARTER BRYANT v. MATTEL, INC.

| Present: The Honorable | DAVID O. CARTER, U.S. District Judge | |
|---|---|---|
| Stephanie Mikhail | Not Present | N/A |
| Deputy Clerk | Court Reporters | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:   (IN CHAMBERS)   ORDER ADVANCING MOTION HEARING

The Court orders the hearing on the following motions, presently set for June 7, 2010, ADVANCED to May 28, 2010 at 10:00 a.m. :

> Motion to Dismiss First Counterclaim under Rule 30(b)(6) ; Notice of Joinder in Motions to Dismiss and for Summary Judgment by Mga Parties.  Filed by Counterdefendant Carlos Gustavo Machado Gomez.[7828]
>
> Motion to Dismiss Eleventh and Twelfth Causes of Action of the Faac And/or for Summary Adjudication Regarding U.s.-based Trade Secret and Employee-based State Law Tort Claims Brought by Mattel Inc.  Filed by Counter Defendants Isaac Larian, Mga Entertainment Inc., Intervenor Re: Cv04-09059, Mga Entertainment Hk Limited, Mgae De Mexico Srl De Cv [7832]
>
> Motion to Dismiss for Lack of Jurisdiction by Mgae De Mexico to Dismiss for Lack of Personal Jurisdiction and on Ground of Forum non Conveniens, Motion by Mga and Isaac Larian for Summary Adjudication of Foreign Trade Secret Claims.  Filed by Counter Defendant Isaac Larian, Mga Entertainment Inc., Intervenor Re: Cv04-09059, Mga Entertainment Hk Limited, Mgae De Mexico Srl De Cv. [7834]

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                                    :   **00**

                                                                           Initials of Preparer   sdm