QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> **PROOF OF SERVICE** |

00505.07209/3499244.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California. I am over |
| 3 | the age of eighteen years and not a party to the within action; my business address is |
| 4 | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017. |
| 5 | On May 17, 2010, I served true copies of the following documents described as: |
| 6 | **SEE ATTACHED DOCUMENTS LIST** |
| 7 | on the parties in this action as follows: |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>    tnolan@skadden.com<br>    jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>    Mark E Overland<br>100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>    mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |

00505.07209/3499244.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |
|---|---|

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bridgethauler@quinnemanuel.com on May 17, 2010, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 17, 2010, at Los Angeles, California.

_____
Joseph Sarles

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 17, 2010, I served true copies of the following documents described as:

## **SEE ATTACHED DOCUMENTS LIST**

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>  Mark E Overland<br>100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401<br>  mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

1     **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as
2 shown above, and I deposited such envelope(s) in the mail at Los Angeles,
3 California. The envelope was mailed with postage thereon fully prepaid.
4
5     I declare that I am employed in the office of a member of the bar of this court
6 at whose direction the service was made.
7
8     Executed on May 17, 2010, at Los Angeles, California.
9
10
11
12                                           Dina Comaduran

## DOCUMENTS LIST

(1) MATTEL INC.'S OPPOSITION TO THE MGA PARTIES' AND IGWT 826'S MOTION TO DISMISS RICO AND CREDITOR CLAIMS

(2) APPLICATION TO FILE UNDER SEAL MATTEL INC.'S OPPOSITION TO THE MGA PARTIES' AND IGWT 826'S MOTION TO DISMISS RICO AND CREDITOR CLAIMS

(3) [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S OPPOSITION TO THE MGA PARTIES' AND IGWT 826'S MOTION TO DISMISS RICO AND CREDITOR CLAIMS