# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                  Date: May 17, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                  Date:_____   Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

   Stephanie Mikhail                                              Not Present
    Courtroom Clerk                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    NONE PRESENT                                            NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DISCHARGING May 17, 2010 OSC

      The Court hereby DISCHARGES the May 17, 2010 Order to Show Cause as to why Mattel, Inc. ("Mattel")'s Separate Statement submitted in support of Mattel's Motion for Protective Order should not be STRICKEN AS OVERSIZED and as to why sanctions should not issue as a result of Mattel's disregard of the parties' stipulated briefing limits.  Having reviewed Mattel's response to the OSC, the Court is satisfied that Mattel's submission of the Separate Statement was excusable error.  Mattel is further granted leave to withdraw the Separate Statement submitted in support of its Motion for Protective Order on or before May 19, 2010.

      The Clerk shall serve this minute order on all parties to the action.