Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Tel:  213.629.7400/Fax:  213.629.7401
Email:  hansen.drew@arentfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Phase 2 Discovery Matter - Order No. 97, Regarding Further In Camera Review of Documents Submitted by Mattel Pursuant to Order No. 94; (2) Discovery Master's Application to File Order No. 97 Under Seal; (3) [Proposed] Order Granting Discovery Master's Appication to File Order No. 97 Under Seal; and (4) Proof of Service of Multiple Documents.

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

| May 19, 2010 | /s/ Robert C. O'Brien |
|---|---|
| Date | Attorney Name |
| | |
| | Discovery Master |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08)          **NOTICE OF MANUAL FILING**          American LegalNet, Inc.
www.FormsWorkflow.com