# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                    Date: May 19, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY

[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]

Date:_____    Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

  Stephanie Mikhail                              Not Present
Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER VACATING PARAGRAPH 2 OF NOVEMBER 17, 2009 ORDER RE FILING PROCEDURES

The Court hereby VACATES paragraph 2 of the November 17, 2009 Order (Docket 7248).

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                    Initials of Deputy Clerk sdm
CIVIL - GEN                             Page 1 of 1