QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER RE SEALING OF MATTEL'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**Phase 2**<br><br>Discovery Cutoff:     TBD<br>Pre-trial Conference: TBD<br>Trial:                TBD |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

Mattel intends to file opposition briefs to defendants' motions to dismiss on May 17, 2010 along with supporting documents. These materials will contain, reference, cite and quote items that have been designated by the Court and the parties as "Confidential" and "Confidential - Attorney's Eyes Only" under the Protective Order, including specifically defendants' motions to dismiss, which themselves were filed under seal. Based on Mattel's representations,

IT IS HEREBY ORDERED:

Mattel's Oppositions to Defendants' May 10, 2010 Motions, to be filed on May 17, 2010, may be filed under seal.

DATED: May 17, 2010

*/s/ David O. Carter*
_____
Hon. David O. Carter
United States District Judge

-2-   Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER RE SEALING MATTEL'S OPPOSITIONS TO MOTIONS TO DISMISS