QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION IN RESPONSE TO THE COURT'S MAY 17, 2010 ORDER RE MATTEL'S 30(B)(6) MOTION TO COMPEL<br><br>**Phase 2:**<br>Disc. Cut-off:      TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:         TBD |

By this stipulation, Mattel, Inc. ("Mattel") and MGA Entertainment, Inc., through their respective counsel of record, hereby submit the following correspondence in response to the Court's May 17, 2010 Order (Dkt. No. 7859):

(1) March 2, 2010 letter from Michael T. Zeller to Annette Hurst and Tom McConville, a true and correct copy of which is attached hereto as Exhibit 1.

(2) March 9, 2010 letter from Melanie D. Phillips to Michael T. Zeller, a true and correct copy of which is attached hereto as Exhibit 2. <u>MGA's Position:</u> This letter was sent to Mr. Zeller by email on March 9 and MGA's counsel represents that it can document to the Court the transmission of the March 9 communication if the Court wishes to entertain this evidence. <u>Mattel's Position:</u> Mattel's counsel represents it has conducted a thorough search of its records and has been unable to locate any record of receiving this letter.

(3) March 21, 2010 letter from Annette Hurst to Michael T. Zeller, a true and correct copy of which is attached hereto as Exhibit 3.

(4) March 17-22, 2010 email chain between Michael T. Zeller and Annette Hurst and Thomas McConville, a true and correct copy of which is attached hereto as Exhibit 4.

(5) March 23, 2010 letter from Michael T. Zeller to Annette Hurst and Tom McConville, a true and correct copy of which is attached hereto as Exhibit 5.

(6) March 23, 2010 letter from Denise M. Mingrone to Michael T. Zeller, a true and correct copy of which is attached hereto as Exhibit 6.

(7) March 24, 2010 letter from Annette Hurst to Michael T. Zeller, a true and correct copy of which is attached hereto as Exhibit 7.

/ / /
/ / /

1  Mattel and MGA hereby stipulate and agree that the above correspondence is
2  responsive to the Court's May 17 Order.
3  IT IS SO STIPULATED.

4

5  DATED: May 20, 2010         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP
6

7
                                By  /s/ Michael T. Zeller
8                                   Michael T. Zeller
                                    Attorneys for Mattel, Inc.
9

10 DATED: May 20, 2010         ORRICK, HERRINGTON & SUTCLIFFE,
                                LLP
11

12
                                By  /s/ Deborah Fishman
13                                  Deborah Fishman
                                    Attorneys for the MGA Parties
14