1  DANIEL V. NIXON (CA SB# 132392)
   danielnixon@byrnenixon.com
2  MARK A. BYRNE (CA SB# 116657)
   markbyrne@byrnenixon.com
3  BYRNE & NIXON LLP
   800 West Sixth Street, Suite 430
4  Los Angeles, CA 90017
   Telephone: (213) 620-8003
5  Facsimile: (213) 620-8012

6  Attorneys for Nonparty
   JOE L. TIONGCO

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION FOR ORDER SEALING**<br><br>**(1) NONPARTY JOE L. TIONGCO'S OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO DISCOVERY MASTER'S RULING DURING THE DEPOSITION OF JOE L. TIONGCO, AND**<br><br>**(2) REPLY IN SUPPORT OF NONPARTY JOE L. TIONGCO'S OBJECTIONS TO DISCOVERY MASTER'S ORDER OVERRULING OBJECTIONS**<br><br>Judge: Hon. David O. Carter<br>Ctrm: 9-D |

Pursuant to Local Rule 79-5.1, Nonparty Joe L. Tiongco hereby submits this application for an order to file the following documents under seal: (1) Nonparty Joe L. Tiongco's Opposition to Mattel, Inc.'s Objections to Discovery Master's Ruling During the Deposition of Joe L. Tiongco, and (2) Reply In Support of Nonparty Joe L. Tiongco's Objections to Discovery Master's Order Overruling Objections. Mr. Tiongco seeks this order on the grounds that the documents cite testimony from a deposition that has been designated "Confidential - Attorney's Eyes Only" under the Protective Order in this case.

Dated: May 19, 2010                     BYRNE & NIXON LLP

*/s/ Daniel V. Nixon*
Daniel V. Nixon

Counsel for Nonparty
JOE L. TIONGCO

-2-
APPLICATION FOR ORDER SEALING DOCUMENTS

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 800 West Sixth Street, Suite 430, Los Angeles, California 90017.

On **May 19, 2010,** I served true copies of the following document(s): **APPLICATION FOR ORDER SEALING (1) NONPARTY JOE L. TIONGCO'S OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO DISCOVERY MASTER'S RULING DURING THE DEPOSITION OF JOE L. TIONGCO, AND (2) REPLY IN SUPPORT OF NONPARTY JOE L. TIONGCO'S OBJECTIONS TO DISCOVERY MASTER'S ORDER OVERRULING OBJECTIONS** on the parties in this action as follows:

| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & SULLIVAN, LLP<br>John B. Quinn<br>johnquinn@quinnemanuel.com<br>Michael T. Zeller<br>michaelzeller@quinnemanuel.com<br>Dylan Proctor<br>dylanproctor@quinnemanuel.com<br>Jon D. Corey<br>joncorey@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 | Attorneys for Mattel, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Thomas J. Nolan<br>tnolan@skadden.com<br>Jason Russell<br>jrussell@skadden.com<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 | Attorneys for the MGA Parties |
| SCHEPER, KIM & OVERLAND, LLP<br>David C. Scheper<br>dscheper@scheperkim.com<br>Alexander H. Cote<br>acote@scheperkim.com<br>601 West Fifth Street, 12th Floor<br>Los Angeles, California 90071 | Attorneys for Carlos Gustavo Machado Gomez |
| Mark Overland, Esq.<br>mark@overlaw.com<br>LAW OFFICES OF MARK E. OVERLAND<br>1000 Wilshire Blvd., Suite 950<br>Santa Monica, California 90401 | Attorneys for Carlos Gustavo Machado Gomez |

| | | |
|---|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE, LLP | Attorneys for the MGA Parties |
| 2 | Melinda Haag<br>mhaag@orrick.com | |
| 3 | Annette L. Hurst<br>ahurst@orrick.com | |
| 4 | Warrington S. Parker III<br>wparker@orrick.com | |
| 5 | The Orrick Building<br>405 Howard Street | |
| 6 | San Francisco, California 94105 | |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE, LLP | Attorneys for the MGA Parties |
| 8 | William A. Molinski<br>wmolinski@orrick.com | |
| 9 | 777 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017 | |
| 10 | | |
| 11 | BINGHAM MCCUTCHEN LLP<br>Todd E. Gordiner | Attorneys for the Omni 808 Investors, LLC |
| 12 | todd.gordinier@bingham.com<br>Peter N. Villar | |
| 13 | peter.villar@bingham.com<br>Craig Taggart | |
| 14 | craig.taggart@bingham.com<br>600 Anton Blvd., 18th Floor | |
| | Costa Mesa, California 92626-1924 | |

☒ **(ELECTRONIC MAIL TRANSMISSION)** By electronic mail transmission from lettyrosales@byrnenixon.com on May 19, 2010, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed above. The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on **May 19, 2010**, at Los Angeles, California.

*/s/ Leticia Rosales*
Leticia Rosales