1  DANIEL V. NIXON (CA SB# 132392)
   danielnixon@byrnenixon.com
2  MARK A. BYRNE (CA SB# 116657)
   markbyrne@byrnenixon.com
3  BYRNE & NIXON LLP
   800 West Sixth Street, Suite 430
4  Los Angeles, CA 90017
   Telephone: (213) 620-8003
5  Facsimile: (213) 620-8012

6  Attorneys for Nonparty
   JOE L. TIONGCO

7

8

FILED · SOUTHERN DIVISION
CLERK. U.S. DISTRICT COURT

MAY 1 9 2010
SDM

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                  SOUTHERN DIVISION

13

14  CARTER BRYANT, an individual,        )   CASE NO. CV 04-9049 DOC (RNBx)
                                         )
15              Plaintiff,               )   Consolidated with:
                                         )   Case No. CV 04-9059
16        v.                             )   Case No. CV 05-2727
                                         )
17  MATTEL, INC., a Delaware corporation,)   **NOTICE OF REFILING OF:**
                                         )
18              Defendant.               )   **(1) NONPARTY JOE L. TIONGCO'S**
    _____)   **OPPOSITION TO MATTEL, INC.'S**
19                                       )   **OBJECTIONS TO DISCOVERY**
                                         )   **MASTER'S RULING DURING THE**
20  AND CONSOLIDATED ACTIONS.            )   **DEPOSITION OF JOE L. TIONGCO,**
                                         )   **AND**
21  _____)
                                             **(2) REPLY IN SUPPORT OF**
22                                           **NONPARTY JOE L. TIONGCO'S**
                                             **OBJECTIONS TO DISCOVERY**
23                                           **MASTER'S ORDER OVERRULING**
                                             **OBJECTIONS**
24
                                             Judge:   Hon. David O. Carter
25                                           Ctrm:    9-D

26

27

28

                      NOTICE OF REFILING

1 | **TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

2 | **RECORD:**

3 | PLEASE TAKE NOTICE THAT Nonparty Joe L. Tiongco is resubmitting the

4 | following documents for under seal filing with the Court:

5 | (1) Nonparty Joe L. Tiongco's Opposition to Mattel, Inc.'s Objections to Discovery

6 | Master's Ruling During the Deposition of Joe L. Tiongco. The Opposition is filed in

7 | response to Docket No. 7816. A copy of the Opposition was served on the parties and

8 | sent to chambers by electronic mail on May 10, 2010. The Opposition was originally

9 | lodged with the Court on May 11, 2010.

10 | (2) Reply in Support of Nonparty Joe L. Tiongco's Objections to Discovery

11 | Master's Order Overruling Objections. The Reply is filed in support of Docket No. 7817.

12 | A copy of the Reply was served on the parties and sent to chambers by electronic mail on

13 | May 12, 2010. The Reply was originally lodged with the Court on May 12, 2010.

14 |

15 | Dated: May 19, 2010          BYRNE & NIXON LLP

16 |

17 |

18 | Daniel V. Nixon

19 | Counsel for Nonparty
JOE L. TIONGCO

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

## PROOF OF SERVICE

2          I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 800 West Sixth
3    Street, Suite 430, Los Angeles, California 90017.

4          On **May 19, 2010,** I served true copies of the following document(s): **NOTICE OF REFILING OF (1) NONPARTY JOE L. TIONGCO'S OPPOSITION TO**
5    **MATTEL, INC.'S OBJECTIONS TO DISCOVERY MASTER'S RULING DURING THE DEPOSITION OF JOE L. TIONGCO, AND (2) REPLY IN SUPPORT OF**
6    **NONPARTY JOE L. TIONGCO'S OBJECTIONS TO DISCOVERY MASTER'S ORDER OVERRULING OBJECTIONS** on the parties in this action as follows:

7

8    QUINN EMANUEL URQUHART                    Attorneys for Mattel, Inc.
     OLIVER & SULLIVAN, LLP
9    John B. Quinn
     johnquinn@quinnemanuel.com
10   Michael T. Zeller
     michaelzeller@quinnemanuel.com
11   Dylan Proctor
     dylanproctor@quinnemanuel.com
12   Jon D. Corey
     joncorey@quinnemanuel.com
13   865 South Figueroa Street, 10th Floor
     Los Angeles, California 90017-2543
14

     SKADDEN, ARPS, SLATE, MEAGHER            Attorneys for the MGA Parties
15   & FLOM LLP
     Thomas J. Nolan
16   tnolan@skadden.com
     Jason Russell
17   jrussell@skadden.com
     300 South Grand Avenue, Suite 3400
18   Los Angeles, California 90071

19   SCHEPER, KIM & OVERLAND, LLP             Attorneys for Carlos Gustavo Machado
     David C. Scheper                         Gomez
20   dscheper@scheperkim.com
     Alexander H. Cote
21   acote@scheperkim.com
     601 West Fifth Street, 12th Floor
22   Los Angeles, California 90071

23   Mark Overland, Esq.                      Attorneys for Carlos Gustavo Machado
     mark@overlaw.com                         Gomez
24   LAW OFFICES OF MARK E.
     OVERLAND
25   1000 Wilshire Blvd., Suite 950
     Santa Monica, California 90401
26

27

28

| | | |
|---|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE, LLP | Attorneys for the MGA Parties |
| 2 | Melinda Haag<br>mhaag@orrick.com | |
| 3 | Annette L. Hurst<br>ahurst@orrick.com | |
| 4 | Warrington S. Parker III<br>wparker@orrick.com | |
| 5 | The Orrick Building<br>405 Howard Street | |
| 6 | San Francisco, California 94105 | |

7  ORRICK, HERRINGTON &                Attorneys for the MGA Parties
   SUTCLIFFE, LLP
8  William A. Molinski
   wmolinski@orrick.com
9  777 South Figueroa Street, Suite 3200
   Los Angeles, California 90017

10

11 BINGHAM MCCUTCHEN LLP                Attorneys for the Omni 808 Investors,
   Todd E. Gordiner                     LLC
   todd.gordinier@bingham.com
12 Peter N. Villar
   peter.villar@bingham.com
13 Craig Taggart
   craig.taggart@bingham.com
14 600 Anton Blvd., 18th Floor
   Costa Mesa, California 92626-1924

15

16

17 ☒      **(ELECTRONIC MAIL TRANSMISSION)** By electronic mail transmission
        from lettyrosales@byrnenixon.com on May 5, 2010, by transmitting a PDF format
        copy of such document(s) to each such person at the e-mail address listed above.
18      The document(s) was/were transmitted by electronic transmission and such
        transmission was reported as complete and without error.

19
        I declare under penalty of perjury under the laws of the State of California, that the
20 above is true and correct.

21      Executed on **May 19, 2010,** at Los Angeles, California.

22

23                                          _Leticia Rosales_
                                            Leticia Rosales
24

25

26

27

28