Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Tel:  213.629.7400/Fax:  213.629.7401
Email:  hansen.drew@arentfox.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-09049 DOC (RNBx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Phase 2 Discovery Matter - Order No. 97, Regarding In Camera Review of Documents Submitted by Peterson Milla Hooks and Lambda Investigations, Inc.; (2) Discovery Master's Application to File Order No. 97 Under Seal; (3) [Proposed] Order Granting Discovery Master's Application to File Order No. 97 Under Seal; and (4) Proof of Service of Multiple Documents.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

May 21, 2010 _____          /s/ Robert C. O'Brien _____
Date                                                          Attorney Name

                                                          Discovery Master _____
                                                          Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                      **NOTICE OF MANUAL FILING**
LA/278549.1

American LegalNet, Inc.
www.Forms*Workflow*.com