**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: May 21, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
Date:_____ Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Stephanie Mikhail                                            Not Present   
Courtroom Clerk                                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER GRANTING MOTION FOR LEAVE TO DEPOSE PABLO VARGAS IN MEXICO

       Before the Court is Mattel, Inc. ("Mattel")'s Motion for Leave to Depose Pablo Vargas in Mexico. Vargas and Mattel have been engaged in settlement discussions, pursuant to which Vargas agreed to sit for deposition in connection with the instant lawsuit. However, Vargas refuses to travel to the United States for deposition; he purportedly is apprehensive of the possibility that MGA will serve him with a lawsuit upon his arrival in the United States. Strategic jockeying between the parties should not interfere with the discovery process. Accordingly, the Motion is GRANTED and the deposition shall commence on or before June 14, 2010 and the Discovery Master shall be present at the deposition. This Order does not of course *require* that the deposition proceed in Mexico. The parties are free to negotiate an alternative arrangement in light of the Court's ruling.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                            Initials of Deputy Clerk sdm
CIVIL - GEN                                                                         Page 1 of 1