# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV04-9049-DOC(RNBx) | Date   May 21, 2010 |
| Title   CARTER BRYANT v. MATTEL, INC. | |

| Present: The Honorable | DAVID O. CARTER, U.S. District Judge | |
|---|---|---|
| Stephanie Mikhail | Not Present | N/A |
| Deputy Clerk | Court Reporters | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:   (IN CHAMBERS)    ORDER RE-SETTING HEARING TIME

    On its own motion, the Court advances the time of the motion hearing, presently set for May 28, 2010, at 10:00 a.m.  The matter will now be heard that same date at 8:00 a.m.

    The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

|   | : | **00** |
|---|---|---|
| Initials of Preparer | sdm | |