MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:  415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:  213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059, Case No. CV 05-2727<br><br>**Phase 2 - Hon. David. O. Carter**<br><br>**DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE); AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6) [PUBLIC VERSION]**<br>Date:  TBD<br>Time: TBD<br>Place: Courtroom 9D |

- 1 -

KIECKHEFER DECL. ISO OPPOSITION TO MATTEL'S MOTION
FOR PROTECTIVE ORDER
CV-04-9049 DOC (RNBx)

I, L. Kieran Kieckhefer, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Opposition to Mattel, Inc.'s Motion for Protective Order from the MGA Parties' Notice of Deposition of Mattel, Inc. (Third Phase 2 Notice). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Letter from Annette Hurst to Michael Zeller dated March 24, 2010.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition exhibit previously marked Exhibit 385.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition exhibit previously marked Exhibit 7262.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Jaime Elias taken on November 17, 2009.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the deposition exhibit previously marked Exhibit 8749.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Samir Khare taken on March 25, 2010.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Mattel marked M 0940479, identified as an email from Russell Arons to Debbie Haag, et al., dated August 12, 2004.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the deposition exhibit previously marked Exhibit 8669.

1      10.    Attached hereto as **Exhibit 9** is a true and correct copy of the
2  deposition exhibit previously marked Exhibit 8760.
3      11.    Attached hereto as **Exhibit 10** is a true and correct copy of the
4  deposition exhibit previously marked Exhibit 8751.
5      12.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts
6  from the document produced by Mattel marked M 0065871 – M 0065892,
7  identified as the "State of Girls" presentation, dated April 30, 2004.
8      13.    Attached hereto as **Exhibit 12** is a true and correct copy of the
9  deposition exhibit previously marked Exhibit 1805.
10     14.    Attached hereto as **Exhibit 13** is a true and correct copy of excerpts
11 from the deposition exhibit previously marked Exhibit 1812A.
12     15.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts
13 from the document produced by Mattel marked M 0941568 – M 0941578,
14 identified as "Finance & Strategy Retail Visits – Summary of findings from Pre-
15 Easter March 23 visits," dated April 2004.
16     16.    Attached hereto as **Exhibit 15** is a true and correct copy of excerpts
17 from the document produced by Mattel marked M 1241745 – M 1241813,
18 identified as "Project Doll – Final Handover Materials," dated September 7, 2004.
19     17.    Attached hereto as **Exhibit 16** is a true and correct copy of excerpts
20 from the deposition exhibit previously marked Exhibit 8677.
21     18.    Attached hereto as **Exhibit 17** is a true and correct copy of the
22 deposition exhibit previously marked Exhibit 7790.
23     19.    Attached hereto as **Exhibit 18** is a true and correct copy of the
24 deposition exhibit previously marked Exhibit 7795.
25     20.    I have directed Orrick paralegals to calculate the times that MGA and
26 Mattel 30(b)6 witnesses have been deposed in both Phase 1 and Phase 2 of this
27 litigation. I have personally reviewed the work that the Orrick paralegals have
28 performed with regard to this time calculation. To date, MGA has provided a

KIECKHEFER DECL. ISO OPPOSITION TO MATTEL'S MOTION
FOR PROTECTIVE ORDER
CV-04-9049 DOC (RNBx)

30(b)6 witness for approximately 244 hours of testimony, while Mattel has provided a 30(b)6 witness for approximately only 140 hours of testimony.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on May 21, 2010, at San Francisco, California.

*(signature)*
L. Kieran Kieckhefer

OHS West:260918857.1

- 4 -

KIECKHEFER DECL. ISO OPPOSITION TO MATTEL'S MOTION
FOR PROTECTIVE ORDER
CV-04-9049 DOC (RNBx)