# Exhibit 1



ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA  94105-2669

tel  +1-415-773-5700
fax  +1-415-773-5759

WWW.ORRICK.COM

March 24, 2010

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

**VIA EMAIL AND U.S. MAIL**

Michael T. Zeller, Esq.
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

Re:   <u>MGA v. Mattel - Scope of Trade Dress</u>

Mike:

This will provide further information regarding our 30b6 witnesses testifying today through Friday.

First, as I believe Bill Molinski has already informed you, we have moved the topic of MGA's efforts to protect its confidential information to Sam Khare, who will be testifying tomorrow starting at 9 a.m.. As you did not respond to my proposal to postpone this particular deposition so that Ms. Pembleton could be the witness, Mr. Khare will be the witness on the affirmative-claims-related topics set forth in my prior letter.

Second, you previously asked me to send a writing with respect to the trade dress MGA is asserting. As Mr. Larian testified at his deposition, MGA is not pursuing any claim associated with the "Little Mommy" line of products. MGA also will not pursue a claim of trade dress infringement against the Acceleracers car. In light of the Phase 1 findings and equitable orders by the Court, MGA does not see any means whereby it can presently assert or enforce a claim of trade dress based on the Bratz dolls (a position which I believe Mattel has also taken). MGA's 30b6 witness therefore will offer factual testimony supporting trade dress claims on trapezoidal packaging and 4Ever Best Friends.

Third, we have split the financial topics between Mr. Woolard and Mr. Schultz. Mr. Woolard will testify as to MGA's knowledge regarding the Omni/IGWT transactions and regarding any nonprivileged information concerning consideration of bankruptcy. Mr. Schultz will testify regarding all of the remaining financial topics identified in my prior letter.

Very truly yours,

/s/ *Annette L. Hurst*

Annette L. Hurst

Exhibit 1 - Page 5