# Exhibit 2

```
 1  ROBERT F. MILLMAN, Bar No. CA 062152
    DOUGLAS A. WICKHAM, Bar No. CA 127268
 2  KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
 3  A Professional Corporation
    2049 Century Park East, 5th Floor
 4  Los Angeles, CA 90067.3107
    Telephone:  310.553.0308
 5  Facsimile:  310.553.5583

 6  Attorneys for Defendant and Counter-Claimant
    CARTER BRYANT
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware Corporation, | Case No. CV 04-9059 NM (RNBx) |
|---|---|
| Plaintiff, | HON. NORA M. MANELLA |
| v. | **NOTICE OF DEPOSITION OF PLAINTIFF AND COUNTER-DEFENDANT MATTEL, INC.** |
| CARTER BRYANT, an individual; and DOES 1 through 10, inclusive, | [F.R.C.P. 30(b)(6)] |
| Defendant. | Date: January 11, 2005<br>Time: 9:30 a.m.<br>Place: Littler Mendelson, PC<br>2049 Century Park East<br>Suite 500, Los Angeles<br>California 90067 |
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public, | |
| Counter-Claimant, | |
| v. | |
| MATTEL, INC., a Delaware Corporation, | |
| Counter-Defendant. | |

12/2/04

Onychanco
EXHIBIT NO. 385
4/24/07
Wendy S. Schreiber

Exhibit 2 - Page 6

TO PLAINTIFF MATTEL INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counter-Claimant Carter Bryant ("Bryant") in the above-captioned matter shall take the deposition of the Person(s) Most Knowledgeable from Plaintiff and Counter-Defendant Mattel, Inc. ("Plaintiff" or "Mattel") at the offices of Littler Mendelson, 2049 Century Park East, Fifth Floor, Los Angeles, California 90067, beginning at 9:30 a.m. on January 11, 2005. The deposition shall continue from day to day excluding Saturdays, Sundays and holidays, until completed. The deposition will be taken before an officer or other person duly authorized to administer oaths and shall be recorded by stenographic, sound and visual (videotape), and real-time transcription means.

Pursuant to Rule 30(b)(6), the deponent is directed to designate one or more officers, directors, managing agents or other individuals able to fully and completely testify on its behalf concerning the matters listed in Exhibit "A" attached hereto.

Dated: December 21, 2004

Respectfully submitted,

ROBERT F. MILLMAN
DOUGLAS A. WICKHAM
KEITH A. JACOBY

DOUGLAS A. WICKHAM
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
and Counter-Claimant
CARTER BRYANT

1.

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Exhibit 2 - Page 7

## DESIGNATED SUBJECTS OF TESTIMONY AT PERSONS MOST KNOWLEDGEABLE DEPOSITION

1. All Contracts, and the terms thereof, that You contend You had with Bryant.

2. All contractual and non-contractual duties and obligations Bryant owed or performed for Mattel during his employment with Mattel, and thereafter.

3. All of Bryant's acts or omissions which breached any contractual or non-contractual duty or obligation Bryant owed to Mattel.

4. All of Bryant's acts or omissions which breached any duties or obligations imposed by the Conflict of Interest Questionnaire and/or the Employee Confidential Information and Inventions Agreement.

5. All Mattel proprietary or confidential information Bryant had access to during his employment with Mattel.

6. All of Bryant's acts or omissions pursuant to which he aided, assisted and worked for a competitor of Mattel while employed by Mattel from 1995 to the present.

7. The services and property belonging to Mattel that Bryant provided to any third party, including MGA, from 1995 to the present.

8. All acts, omissions, circumstances and/or evidence showing, or tending to show, that any and all products of MGA, including but not limited to, any and all products sold under the trade name "Bratz," originated from, were derived from, are based upon, are copied or incorporated from, or are substantially or confusingly similar to, any design, research and developmental work, work in progress, or product owned at any time by Mattel or created by any Mattel employee, including but not limited to Bryant, or by any independent contractor during the time that such Person was working for Mattel.

9. All facts and circumstances showing the conception, origination, creation, development and/or reduction to practice of "Toon Teens."

4.

Exhibit 2 - Page 8

43. Documents produced by Mattel as Document Control Nos. M0012572-78.

44. Documents produced by Mattel as Document Control Nos. M0012579-86.

45. Documents produced by Mattel as Document Control Nos. M0012587.

46. Documents produced by Mattel as Document Control Nos. M0012594-617 and Nos. M0001558-81.

47. Mattel's phone log system, and the maintenance, storage and ability to retrieve phone logs from an individual extension, such as the log produced by Mattel as Document Control Nos. M0001808-24, including Bryant's phone logs for extension 6099 for October 2000.

48. All board of director's meeting minutes that evidence, relate or refer to Bryant from January 1998 to the present.

49. All versions of the "Employee Confidential Information and Inventions Agreement" used by Mattel since January 1, 1995 including, without limitation, the "Employee Confidential Information and Inventions Agreement" produced by Mattel as Document Control Nos. M0001638-39 and the "Employee Confidential Information and Inventions Agreement" attached to the Complaint as Exhibit "A."

50. All versions of the "Conflict of Interest Agreement" used by Mattel since January 1, 1995 including, without limitation, the "Conflict of Interest Agreement" produced by Mattel as Document Control Nos. M0001636-37 and the "Conflict of Interest Agreement" attached to the Complaint as Exhibit "B."

51. The "Proprietary Information Checkout" form produced by Mattel as Document Control No. M0001597.

52. All forms or other documents which Mattel has requested prospective and actual employees to sign since January 1, 1995.

53. All recording and tracking of the time spent by Bryant while working on various Mattel projects.

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310.553.0308

10.

Exhibit 2 - Page 9