Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** Application to File Under Seal; [Proposed] Order Granting MGA Parties' Application to File Under Seal; Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction and on Grounds of Forum Non Conveniens; Reply in Support of Motion to Dismiss Regarding Employee-Based State Law Tort Claims (Counterclaims 6-12); Declaration of Christopher J. Chaudoir in Support Of MGA Parties' Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction and on Grounds of Forum Non Conveniens

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other See list of documents described above.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): Local rules require application and proposed order for filing under seal to be filed manually.

| | |
|---|---|
| May 24, 2010 | /s/ Annette L. Hurst |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.Forms*Workflow*.com