MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**THE MGA PARTIES' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS REGARDING EMPLOYEE-BASED STATE LAW TORT CLAIMS**<br><br>Date: May 28, 2010<br>Time: 8:00 a.m.<br>Dept.: 9D |

Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA Entertainment, Inc. ("MGA"), MGAE de Mexico S.R.L. de C.V. ("MGAE de Mexico), MGA HK Ltd. ("MGA HK"), and Isaac Larian ("Larian") (collectively, the "MGA Parties") respectfully request that the Court take judicial notice of certain documents in connection with the MGA Parties' Reply in Support of Motion to Dismiss regarding and Employee-Based State Law Tort Claims.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known'…or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned . . . .'"). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

The following documents are capable of accurate and ready determination by sources whose accuracy cannot be reasonably questioned. Exhibit 1 is the legislative history regarding California Civil Code section 3426.7, the preemption provision of the California Uniform Trade Secrets Act. Judicial notice of such documents is appropriate. *See, e.g.*, *Territory of Alaska v. American Can Co.*, 358 U.S. 224, 226-27 (1958) (taking judicial notice of the legislative history of the bill enacting the law at issue); *Chaker v. Crogan*, 428 F. 3d 1215, 1223 n. 8 (9th Cir. 2005) (taking judicial notice of the legislative history of the code at issue).

/ / /
/ / /
/ / /
/ / /

For the foregoing reasons, the MGA Parties request that the Court take judicial notice of the following documents:

Exhibit 1: Legislative History of Civil Code Section 3426.7 Enacted by the California Uniform Trade Secrets Act.

Dated: May 24, 2010

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Annette L. Hurst*
Annette L. Hurst
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

OHS West:260921269.1
22161-2006 M1P/M1P