1 | MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
2 | ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
3 | WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
5 | 405 Howard Street
San Francisco, CA 94105
6 | Telephone:  415-773-5700
Facsimile:   415-773-5759
7

8 | WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
9 | ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
10 | Los Angeles, CA  90017
Telephone:  213-629-2020
11 | Facsimile:   213-612-2499

12 | THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
13 | ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
14 | Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
15 | Attorneys for MGA Parties

16 | UNITED STATES DISTRICT COURT

17 | CENTRAL DISTRICT OF CALIFORNIA

18 | SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter<br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Phase 2<br>Discovery Cutoff:         June 1, 2010<br>Pretrial Conference    None Set<br>Trial Date:                   None Set |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On May 21, 2010, I served the following document(s):

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER RE SEALING OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE) ; AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6);**

3.   **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE); AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6);**

4.   **DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE) ; AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6);**

5.   **[PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE) ; AND GRANTING MGA'S MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6); and**

6.   **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[X]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel, Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

- 1 -

1        I declare under penalty of perjury that the foregoing is true and correct.

2        Executed on May 21, 2010, at Los Angeles, California.

3

4   *Edgar Ramirez*                              USA Network, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

## PROOF OF SERVICE

2    I, Maria Mercado-Navarro, declare:

3    I am more than eighteen years old and not a party to this action.  My business

4  address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite

5  3200, Los Angeles, California 90017.

6    On May 21, 2010, I served the following document(s):

7  **1.**  **APPLICATION TO FILE UNDER SEAL;**

8  **2.**  **[PROPOSED] ORDER RE SEALING OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR**
9  **PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2**
10  **NOTICE) ; AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6);**

11

12  **3.**  **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES'**
13  **NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE); AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6);**

14

15  **4.**  **DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S**
16  **MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC.**
17  **(THIRD PHASE 2 NOTICE) ; AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6);**

18  **5.**  **[PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES'**
19  **NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE) ; AND GRANTING MGA'S MOTION TO COMPEL**
20  **TESTIMONY OF MATTEL 30(B)(6); and**

21  **6.**  **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

22
23  ☒  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

24
25  ☐  (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee.

26

27

28

1        <u>Counsel for Carlos Gustavo Machado Gomez</u>

2        Alexander H. Cote, Esq.
         acote@scheperkim.com
3        SCHEPER KIM & HARRIS LLP
         601 W. 5th Street, 12th Floor
4        Los Angeles, CA  90017
         Telephone: (213) 613-4655
5        Facsimile:  (213) 613-4656

6        Mark E. Overland, Esq.
         mark@overlaw.net
7        Law Offices of Mark E. Overland
         100 Wilshire Boulevard, Suite 950
8        Santa Monica, CA 90401
         Telephone: (310) 459-2830
9        Facsimile: (310) 459-4621

10       <u>Additional Counsel:</u>

11       Jason D. Russell, Esq.
         jason.russell@skadden.com
12       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
         300 South Grand Ave., Suite 3400
13       Los Angeles, CA 90071-3144
         Telephone: (213) 687-5000
14       Facsimile:  (213) 687-5600

15           I am employed in the county from which the mailing occurred.  On the

16   date indicated above, I placed the sealed envelope(s) for collection and mailing at

17   this firm's office business address indicated above.  I am readily familiar with this

18   firm's practice for the collection and processing of correspondence for mailing with

19   the United States Postal Service.  Under that practice, the firm's correspondence

20   would be deposited with the United States Postal Service on this same date with

21   postage thereon fully prepaid in the ordinary course of business.

22           I declare under penalty of perjury that the foregoing is true and correct.

23   Executed on May 21, 2010, at Los Angeles, California.

24

25

26                             *Maria Mercado-Navarro*
                               Maria Mercado-Navarro

27

28
                    - 4 -