Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Tel:  213.629.7400/Fax:  213.629.7401
Email:  hansen.drew@arentfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Phase 2 Discovery Matter - Amendment to Order No. 96, Regarding Further In Camera Review of Documents Submitted by Mattel Pursuant to Order No. 94; (2) Discovery Master's Application to File Amendment to Order No. 96 Under Seal; (3) [Proposed] Order Granting Discovery Master's Application to File Amendment to Order No. 96 Under Seal; and (4) Proof of Service of Multiple Documents.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| May 25, 2010 | /s/ Robert C. O'Brien |
|---|---|
| Date | Attorney Name |
| | |
| | Discovery Master |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                    **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com