Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.<br><br>**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER** | Case No. CV 04-09049 DOC (RNBx)<br>The Honorable David O. Carter<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MASTER'S APPLICATION TO FILE ORDER NO. 97 UNDER SEAL** |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 2 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

APPLICATION TO FILE
ORDER NO. 97 UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]

## APPLICATION

Pursuant to Central District Local Rule 79-5.1, the Discovery Master respectfully requests that the Court permit him to file under seal the Phase 2 Discovery Matter Order No. 97 Regarding *In Camera* Review of Documents Submitted by Peterson Milla Hooks and Lambda Investigations, Inc. ("the Order"). The basis for filing the Order under seal is that it pertains to the Discovery Master's analysis of documents that have been reviewed *in camera* for privilege.

The Discovery Master therefore respectfully requests that the Court grant this Application to File Under Seal. The Discovery Master has lodged a [Proposed] Order concurrently herewith for the Court's consideration.

Dated: May 21, 2010

By: _____
Drew R. Hansen

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

APPLICATION TO FILE
ORDER NO. 97 UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]