1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile: 213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

**FILED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**
**MAY 24 2010**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY SDM DEPUTY**

LODGED ORIGINAL
2010 MAY 21 PM 3:56
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.<br><br>**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER** | Case No. CV 04-09049 DOC (RNBx)<br>The Honorable David O. Carter<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>[PROPOSED] **ORDER GRANTING DISCOVERY MASTER'S APPLICATION TO FILE ORDER NO. 97 UNDER SEAL** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL ORDER NO. 97
[Case No. CV 04-09049 DOC (RNBx)]

1

## ORDER

2  The Court, having considered the Discovery Master's concurrently-filed
3  Application to File Order No. 97 Under Seal, hereby GRANTS the Discovery
4  Master's Application and orders that the Discovery Master's Phase 2 Discovery
5  Matter Order No. 97 Regarding *In Camera* Review of Documents Submitted by
6  Peterson Milla Hooks and Lambda Investigations, Inc..
7  **IT IS HEREBY ORDERED:**

8
9                                                    */s/ David O. Carter*
10  DATED: May 24, 2010   _____
11                                                    Hon. David O. Carter
                                                       United States District Court Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL ORDER NO. 97
[Case No. CV 04-09049 DOC (RNBx)]