1 | Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
2 | 555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
3 | Telephone: 213.629.7400
Facsimile: 213.629.7401
4 | obrien.robert@arentfox.com

5 | Discovery Master



6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | SOUTHERN DIVISION

11

12 | CARTER BRYANT, an individual,   Case No. CV 04-09049 DOC (RNBx)
                                  The Honorable David O. Carter
13 | Plaintiff,

14 | v.                             Consolidated with
                                  Case No. CV 04-09059
15 | MATTEL, INC., a Delaware       Case No. CV 05-2727
corporation,
16 |                               **PROOF OF SERVICE OF**
Defendant.                        **MULTIPLE DOCUMENTS**
17

18 | CONSOLIDATED WITH
MATTEL, INC. v. BRYANT and
19 | MGA ENTERTAINMENT, INC. v.
MATTEL, INC.
20

21

22

23

24

25 | **CONFIDENTIAL – FILED**
**UNDER SEAL PURSUANT TO**
26 | **COURT ORDER**

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE OF MULTIPLE DOCS.
[Case No. CV 04-09049 DOC (RNBx)]

CARTER BRYANT v. MATTEL, INC.

United States District Court – Central District
Case No. CV-04-09049 DOC (RNBx)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is Arent Fox LLP, 555 W. Fifth Street, 48th Floor, Los Angeles, California 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**(1) PHASE 2 DISCOVERY MATTER – ORDER NO. 97 REGARDING *IN CAMERA* REVIEW OF DOCUMENTS SUBMITTED BY PETERSON MILLA HOOKS AND LAMBDA INVESTIGATIONS, INC.; (2) DISCOVERY MASTER'S APPLICATION TO FILE ORDER NO. 97 UNDER SEAL; and (3) [PROPOSED] ORDER GRANTING DISCOVERY MASTER'S APPLICATION TO FILE ORDER NO. 97 UNDER SEAL.**

☐ (By Fax) I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

☐ (By Email) On this date, I caused the above documents to be delivered electronically to the e-mail address(es) of the person(s) on the attached service list.

☒ (By Mail) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ (By Overnight Delivery) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

**SEE ATTACHED SERVICE LIST**

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2010, at Los Angeles, California.

*/s/ Gwendolyn West*
Gwendolyn West

CARTER BRYANT v. MATTEL, INC.

United States District Court – Central District
Case No. CV-04-09049 DOC (RNBx)

## **SERVICE LIST**

John B. Quinn, Esq.
QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Michael Zeller, Esq.
QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Todd E. Gordinier, Esq.
BINGHAM McCUTCHEN LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, California 92626-1924

Peter N. Villar, Esq.
BINGHAM McCUTCHEN LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, California 92626-1924

Annette L. Hurst, Esq.
ORRICK, HERRINGTON
    SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105

William A. Molinski, Esq.
ORRICK HERRINGTON
    SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California 90017

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE OF MULTIPLE DOCUMENTS
[Case No. CV 04-09049 DOC (RNBx)]