MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER RE SEALING OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' NOTICE OF DEPOSITION OF MATTEL, INC. (THIRD PHASE 2 NOTICE); AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6) |

[PROPOSED] ORDER

On May 21, 2010, the MGA Parties intend to file an Opposition to Mattel's Motion for Protective Order from the MGA Parties' Notice of Deposition of Mattel, Inc. (Third Phase 2 Notice) and MGA's Cross-Motion to Compel Testimony of Mattel 30(b)(6), along with supporting documents, including a declaration and exhibits. The materials referenced contain, reference, cite and quote items that have been designated by the parties as "Confidential" and "Confidential – Attorney's Eyes Only" under the Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that:

The MGA Parties' Opposition to Mattel's Motion for Protective Order from the MGA Parties' Notice of Deposition of Mattel, Inc. (Third Phase 2 Notice) and MGA's Cross-Motion to Compel Testimony of Mattel 30(b)(6), along with supporting documents, including a declaration and exhibits shall be filed under seal.

DATED: May 24, 2010

*David O. Carter*

Hon. David O. Carter
United States District Judge

- 1 -

[PROPOSED] ORDER RE SEALING OF MGA OPP TO MTN FOR PROT ORDER RE 30(B)(6) DEPO (3RD PHASE 2 NOTICE
CASE NO. 04-9049 DOC (RNBX)