UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV04-9049-DOC(RNBx)                                     Date   May 26, 2010

Title   CARTER BRYANT v. MATTEL, INC.

| Present: The Honorable | DAVID O. CARTER, U.S. District Judge | |
|---|---|---|
| Stephanie Mikhail | Not Present | N/A |
| Deputy Clerk | Court Reporters | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings:   (IN CHAMBERS)    ORDER ADVANCING MOTION HEARING

   The Court orders the hearing on the following motions, presently set for June 7, 2010, ADVANCED to May 28, 2010 at 8:00 a.m. :

   MOTION TO DISMISS RICO AND CREDITOR CLAIMS AND FOR SUMMARY ADJUDICATION OF RICO CLAIMS FILED BY COUNTERDEFENDANTS MGA PARTIES AND IGWT 826 [7831]

   MOTION TO DISMISS MATTEL, INC'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS FILED BY OMNI 808 INVESTORS, LLC [7837]

   The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                      :   00
                                          Initials of Preparer    sdm