MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL<br><br>Honorable David O. Carter<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 9D |

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

**REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND ON GROUNDS OF *FORUM NON CONVENIENS***

**REPLY IN SUPPORT OF MOTION TO DISMISS REGARDING EMPLOYEE-BASED STATE LAW TORT CLAIMS (COUNTERCLAIMS 6-12)**

**DECLARATION OF CHRISTOPHER C. CHAUDOIR IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND ON GROUNDS OF *FORUM NON CONVENIENS***

**It is so ORDERED.**

Dated: May 25, 2010

_____
Hon. David O. Carter

- 1 -

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)