QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 25 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL:<br><br>(1) MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO THE INTERNAL REVENUE SERVICE AND<br><br>(2) MATTEL, INC.'S CROSS-MOTION TO COMPEL MGA PARTIES TO EXECUTE A RELEASE TO PERMIT THE INTERNAL REVENUE SERVICE TO DISCLOSE THE SUBPOENAED DOCUMENTS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3509073.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1      Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA Parties' Motion to Quash Mattel's Subpoena to the Internal Revenue Service ("Opposition"), and Mattel, Inc.'s Cross-Motion to Compel MGA Parties to Execute a Release to Permit the Internal Revenue Service to Disclose the Subpoenaed Documents ("Cross-Motion").

     The Opposition and Cross-Motion include information that MGA has designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of excerpts from MGA's Presentation to the Internal Revenue Service Appeals Division, dated March 5-9, 2009, and the deposition testimony of Brian Wing. It also includes references to (1) the deposition testimony of MGA's Rule 30(b)(6) witness Lisa Tonnu, and (2) a letter written by Jeanine Pisoni to Carter Bryant dated September 16, 2008.

     In light of the designations by the MGA Parties, Mattel seeks permission to file the Opposition and Cross-Motion under seal, or, in the alternative, for the Court to Order that the above-described references are not confidential, and permit Mattel to file them as part of the public record. For the foregoing reasons, Mattel requests that the Court order that the Opposition and Cross-Motion be filed under seal.

DATED: May 21, 2010      QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Dylan Proctor
   B. Dylan Proctor
   Attorneys for Mattel, Inc.