QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 25 2010
SDM
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
MAY 24 PM 2:56
CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MATTEL, INC., a Delaware corporation,

Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO THE INTERNAL REVENUE SERVICE AND

MATTEL, INC.'S CROSS-MOTION TO COMPEL MGA PARTIES TO EXECUTE A RELEASE TO PERMIT THE INTERNAL REVENUE SERVICE TO DISCLOSE THE SUBPOENAED DOCUMENTS

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: TBD

~~[PROPOSED]~~ ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Parties' Motion to Quash Mattel's Subpoena to the Internal Revenue Service, and Mattel, Inc.'s Cross-Motion to Compel MGA Parties to Execute a Release to Permit the Internal Revenue Service to Disclose the Subpoenaed Documents.

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA Parties' Motion to Quash Mattel's Subpoena to the Internal Revenue Service, and Mattel, Inc.'s Cross-Motion to Compel MGA Parties to Execute a Release to Permit the Internal Revenue Service to Disclose the Subpoenaed Documents, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 25, 2010

David O. Carter

Hon. David O. Carter
United States District Judge