MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**MGA PARTIES' OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97**<br><br>**Phase 2 DISCOVERY MATTER**<br><br>Discovery Cut-off: TBD<br>Pretrial Conference: TBD<br>Trial Date: TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on a date and time to be determined, in the Courtroom of the Honorable David O. Carter, located at 411 West Fourth Street, Santa Ana, California 92701, the MGA Parties will, and hereby do, object to a portion of the Discovery Master's Order No. 97, dated May 21, 2010.

These Objections are made on the grounds that a portion of the Discovery Master's Order is clearly erroneous because it failed to correctly apply established legal standards regarding privilege and work product protection with respect to entry 8 from the Supplemental Privilege Log of Lambda Investigations, Inc. and entries 1, 5, 8, 17, 19, 22, 25, 26, 31, 41, 68, 69, 70, 71 and 72 of the Supplemental Privilege Log of Peterson Milla Hooks Production.  MGA hereby seeks *in camera* review by the Court of these entries.

These Objections are based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Diana M. Rutowski and exhibits thereto, and all other matters which may be presented to the Court regarding this matter prior to or at the hearing of these Objections.

## Statement Of Compliance

The parties have conferred regarding the underlying issues raised in these Objections on numerous occasions since September 3, 2009, and most recently on May 26, 2010.

///

///

**Preliminary Statement**

MGA hereby objects to Discovery Matter Order No. 97 insofar as it deemed documents reflected in three types of privilege log entries to be properly withheld: (1) an entry with the description "print out from website," (2) entries described as "Advertising Review Form," and (3) entries identifying no author or recipient other than "File."  The information provided on the privilege logs in connection with these entries is insufficient to establish attorney client privilege or protection under the attorney work product doctrine, and MGA hereby respectfully requests that this Court review *in camera* the underlying documents.

**Argument**

It is well established that privilege does not protect underlying factual information and non-privileged contents.  *Upjohn Co. v. U.S.*, 449 U.S. 383 (1981) ("The privilege only protects disclosure of communications; it does not protect disclosure of the underlying facts by those who communicated with the attorney").  The information Mattel has provided to MGA on its privilege logs with respect to the entries subject to these Objections remains insufficient to support any claim of protection as to the contents of the underlying documents, which should be produced in whole, or with judicious use of redactions, after *in camera* review.

First, entry 8 from the Supplemental Privilege Log of Lambda Investigations, Inc. ("LI") is described only as "print out from website."  This description clearly indicates non-privileged contents.  Declaration of Diana Rutowski ("Rutowski Decl."), Ex. 1.  Especially in light of the fact that the Discovery Master ordered production of *every other entry* on the LI log (Order No. 97 at 5), it is impossible to ascertain how a "print out from website" could possibly reflect a privileged communication or attorney work product.

Second, entries 1, 5, 8, 17, 19, 68, 69, 70, 71 and 72 from the Supplemental Privilege Log of Peterson Milla Hooks Production ("PHM") are described as "Advertising Review Form."  Rutowski Decl. Ex. 2.  Mattel has

- 1 -

MGA'S OBJECTIONS TO PORTIONS OF
DISCOVERY MATTER ORDER NO. 97
CV-04-9049 DOC (RNBx)

produced numerous "Advertising Review Forms" in the course of this litigation, in redacted or unredacted form.  *See*, *e.g.*, *id*., Ex. 3 (reflecting two "Advertising Review Forms" produced in redacted form at entries 40(a) and 40(c)).  These entries appear to contain non-privileged content that should be ordered produced in whole or with judicious use of redactions.

Finally, entries 22, 25, 26, 31 and 41 from the PMH log state that the author is "File," and fail to identify a recipient, while at the same time claiming both attorney client privilege and attorney work product protection.  Rutowski Decl. Ex. 2.  With no particular author and/or recipient identified, it is impossible for MGA to ascertain how the underlying documents could reflect privileged and/or work product content.

## Conclusion

For the foregoing reasons, MGA respectfully requests that the Court conduct an *in camera* review of entry 8 from the Supplemental Privilege Log of Lambda Investigations, Inc. and entries 1, 5, 8, 17, 19, 22, 25, 26, 31, 41, 68, 69, 70, 71 and 72 of the Supplemental Privilege Log of Peterson Milla Hooks Production.

Dated:  May 26, 2010          Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____*/s/ Diana M. Rutowski*_____
        Diana M. Rutowski
Attorneys for MGA ENTERTAINMENT, INC.,
MGA ENTERTAINMENT HK, LTD., MGA de
MEXICO, S.R.L. de C.V., and ISAAC LARIAN

OHS West:260923216.1