MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING MGA's OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97 AND ORDERING *IN CAMERA* REVIEW OF DOCUMENTS FROM THE PRIVILEGE LOGS OF LAMBDA INVESTIGATIONS, INC. AND PETERSON MILLA HOOKS PRODUCTION**<br><br>Judge:    Hon. David O. Carter<br><br>**Phase 2** |

1  The Court having considered MGA Parties' Objections to Portions of Discovery Matter Order No. 97:

(1) GRANTS MGA's request for *in camera* review of entry 8 from the Supplemental Privilege Log of Lambda Investigations, Inc.;

(2) GRANTS MGA's request for *in camera* review of entries 1, 5, 8, 17, 19, 22, 25, 26, 31, 41, 68, 69, 70, 71 and 72 of the Supplemental Privilege Log of Peterson Milla Hooks Production; and

(3) ORDERS Mattel, Inc. to submit the documents underlying these privilege log entries for *in camera* review within three (3) days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2010   _____
Hon. David O. Carter

OHS West:260923481.1