# Exhibit 1

**MATTEL, INC. V. MGA ENTERTAINMENT, INC.**

SUPPLEMENTAL PRIVILEGE LOG - SUBPOENA *DUCES TECUM*

TO LAMBDA INVESTIGATIONS, INC.

**EXCERPTS**

DECEMBER 21, 2009

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 8. | Print out from website | October 20, 2006 | -- | -- | Agent's collection of material relating to assignment, initiated pursuant to instructions from Mattel's legal counsel. | Attorney Work Product |

Exhibit 1 Page 2