# Exhibit 2

**MATTEL, INC. V. MGA ENTERTAINMENT, INC.**

SUPPLEMENTAL PRIVILEGE LOG - PETERSON MILLA HOOKS PRODUCTION

**EXCERPTS**

DECEMBER 21, 2009

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 1. | Advertising Review Form PMH000624-PMH000625 | February 20, 2003 | Yvonne Fisher | Debbie Haag Karen Hershenson Jean Zee | Communication by legal counsel regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 5. | Advertising Review Form, with handwritten notes PMH000698-PMH000700 | January 22, 2003 | Yvonne Fisher | Debbie Haag Jean Zee | Communication with legal counsel regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 8. | Email PMH002605-PMH002606 | October 4, 2002 | Brian Hooks | Robert Norton cc Rick Dellacquilla Anne Parducci Jamie Cygielman Debbie Haag | Agent's communication with principal and principal's counsel reflecting legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 17. | Typed notes with attachments; Advertising Review Form PMH001146-PMH001158 | August 7, 2003 | | | Guidelines provided by Mattel Law Department regarding advertising standards and review procedures; Communication with legal counsel regarding advertising. | Attorney Client Privilege  Attorney Work Product |

Exhibit 2 Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 19. | Advertising Review Form<br><br>PMH001317 | September 9, 2003 | Yvonne Fisher | Isaac Luk | Communication with legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 22. | Draft contract with handwritten notes<br><br>PMH001345-PMH001352 | October 31, 2002 | File | | Agent's communication with principal and principal's counsel regarding contract with vendor. | Attorney Client Privilege<br><br>Attorney Work Product |
| 25. | Handwritten notes<br><br>PMH001378 | Not dated | File | | Agent's communication with principal and principal's counsel regarding contract with vendor. | Attorney Client Privilege<br><br>Attorney Work Product |
| 26. | Handwritten notes<br><br>PMH001379 | Not dated | File | | Agent's communication with principal and principal's counsel regarding contract with vendor. | Attorney Client Privilege<br><br>Attorney Work Product |
| 31. | Handwritten notes with attachment<br><br>PMH001571-PMH001573 | Not dated | File | | Agent's communication with principal and principal's counsel reflecting legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 41. | Handwritten notes<br><br>PMH001924-PMH001926 | Not dated | File | | Agent's communication with principal and principal's counsel reflecting legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 68. | Advertising Review Form | July 2, 2003 | Yvonne Fisher | Lisa Nelson Kate Johnston | Communication with legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

Exhibit 2 Page 4

| 69. | Advertising Review Form | July 2, 2003 | Yvonne Fisher | Lisa Nelson Kate Johnston | Communication with legal counsel regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| --- | --- | --- | --- | --- | --- | --- |
| 70. | Advertising Review Form | July 2, 2003 | Yvonne Fisher | Lisa Nelson Kate Johnston | Communication with legal counsel regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 71. | Advertising Review Form with attachment | July 24, 2003 | Yvonne Fisher | Lisa Nelson Kate Johnston | Communication with legal counsel regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 72. | Advertising Review Form with attachment | July 24, 2003 | Yvonne Fisher | Lisa Nelson Kate Johnston | Communication with legal counsel regarding advertising. | Attorney Client Privilege  Attorney Work Product |

Exhibit 2 Page 5