# Exhibit 3

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

THIRD SUPPLEMENTAL PRIVILEGE LOG
(with MGA's "issues" codes in last column for easy reference)

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] [2] | Issues |
|---|---|---|---|---|---|---|---|
| | | | | Rosina Grove, Norma Haag, Debbie Gomez, Jean Kuchem, Kara | | Attorney Work Product | |
| 40(a). | Advertising Review Form (Redacted) M 0737461-M 0737462 | December 11, 2003 | Fisher, Yvonne | Haag, Debbie Gomez, Jean Kuchem, Kara Weitekamp, Rosina Leavitt, Margaret-Ann Grove, Norma | Communication of legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product | C |
| 40(b). | Advertising Storyboard with Handwritten Notes (Redacted) M 0737463-M 0737467 | December 10, 2003 | Fisher, Yvonne | Haag, Debbie Gomez, Jean Kuchem, Kara Weitekamp, Rosina Leavitt, Margaret-Ann Grove, Norma | Communication of legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product | C |
| 40(c). | Advertising Review Form (Redacted) M 0737468 | December 5, 2003 | Fisher, Yvonne | Luk, Isaac Leavitt, Margaret-Ann Weitekamp, Rosina Grove, Norma Haag, Debbie Gomez, Jean Kuchem, Kara | Communication of legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product | C |
| 41. | Email String | January 12, 2004 | Leavitt, Margaret-Ann | Fisher, Yvonne | Communications reflecting request for legal advice with legal counsel regarding advertising. | Attorney Client Privilege | A, C, G |