MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:  415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:  213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br>**Hon. David O. Carter**<br><br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 96**<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pretrial Conference: TBD<br>Trial Date: TBD |

I, Diana M. Rutowski, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Motion to Compel Documents from Mattel Custodians. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Third Supplemental Privilege Log of Mattel, Inc., dated March 17, 2010.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on May 26, 2010, at Menlo Park, California.

                                               */s/ Diana M. Rutowski*
                                               Diana M. Rutowski

OHS West:260923196.1

RUTOWSKI DECLARATION ISO MGA'S OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY ORDER NO. 96 CV-04-9049 DOC (RNBX)