# Exhibit 1

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

THIRD SUPPLEMENTAL PRIVILEGE LOG
(with MGA's "issues" codes in last column for easy reference)

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1,2] | Issues |
|---|---|---|---|---|---|---|---|
| 582. | Email String | December 8, 2003 | Michael Moore | Tania Krebs cc: Michael Zeller | Communications between counsel reflecting request for legal advice regarding trademarks related to potential litigation; attachment produced. | Attorney Client Privilege Attorney Work Product | A |
| 582(a). | Request | June 4, 2002 | Christian Ritchie | Roy Ekstrand | Communication to counsel reflecting request for legal advice regarding patent rights. | Attorney Client Privilege | A, C, E |
| 582(b). | Request | June 4, 2002 | Christian Ritchie | Roy Ekstrand | Communication counsel reflecting request for legal advice regarding patent rights. | Attorney Client Privilege | A, C, E |

Exhibit 1 Page 2