```
 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
   |   John B. Quinn (Bar No. 090378)
 2 |   (johnquinn@quinnemanuel.com)
   |   Michael T. Zeller (Bar No. 196417)
 3 |   (michaelzeller@quinnemanuel.com)
   | 865 South Figueroa Street, 10th Floor
 4 | Los Angeles, California 90017-2543
   | Telephone: (213) 443-3000
 5 | Facsimile: (213) 443-3100
 6 | Attorneys for Mattel, Inc.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 26 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS REGARDING FORMER MATTEL EMPLOYEES<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3513558.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2   the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3   Court order filed under seal Mattel, Inc.'s Reply in Support of Motion to Compel
4   Productions of Documents Regarding Former Mattel Employees ("Reply").

5   The Reply includes information that MGA and Mattel have designated as
6   "Confidential—Attorney's Eyes Only" pursuant to the Protective Order.  This
7   information primarily consists of quoted excerpts from the deposition testimony of
8   (1) MGA's Rule 30(b)(6) witness Ron Brawer, and (2) Susan Kim, a former Mattel
9   employee.

10  In light of the designations by MGA and Mattel, Mattel seeks permission to
11  file the Reply under seal. For the foregoing reasons, Mattel requests that the Court
12  order that the Reply be filed under seal.

14  DATED: May 25, 2010        QUINN EMANUEL URQUHART &
                                SULLIVAN. LLP

16                              By /s/ B. Dylan Proctor
17                                 B. Dylan Proctor
                                   Attorneys for Mattel. Inc.