QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S JANUARY 26TH ORDER RE COMMUNICATIONS WITH LAW ENFORCEMENT REGARDING ALLEGED THEFT OF TRADE SECRETS**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3513840.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Enforce the Court's January 26th Order Re Communications With Law Enforcement Regarding Alleged Theft of Trade Secrets (the "Motion").

      The Motion references and quotes materials that have been designated by the MGA Parties as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion be filed under seal.

DATED: May 25, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael Zeller / jj
Michael T. Zeller
Attorneys for Mattel. Inc.