ORIGINAL

LODGED 2010 MAY 26 AM 11:16

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY SDM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S JANUARY 26TH ORDER RE COMMUNICATIONS WITH LAW ENFORCEMENT REGARDING ALLEGED THEFT OF TRADE SECRETS |

00505.07975/3513805.1

[PROPOSED] ORDER

1 [PROPOSED] ORDER

2 Based on the concurrently filed Application to File Under Seal Mattel,
3 Inc.'s Notice of Motion and Motion to Enforce the Court's January 26th Order Re
4 Communications With Law Enforcement Regarding Alleged Theft of Trade Secrets
5 (the "Motion"),

6 IT IS HEREBY ORDERED:

7 The Motion is ORDERED filed under seal pursuant to Local Rule 79-
8 5.1.

11 DATED: May 26, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge