MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br><br>**THE MGA PARTIES' EX PARTE APPLICATION FOR ADDITIONAL TIME TO COMPLY WITH PARAGRAPH 3 OF THIS COURT'S ORDER OF MAY 13, 2010 (DKT. NO. 7860)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., MGA Entertainment
(HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively,
the "MGA Parties"), a respectfully submit this *ex parte* application seeking
additional time in which to comply with this Court's order dated May 13, 2010.
Dkt. No. 7860.  Specifically, the MGA Parties seek two additional days to comply
with paragraph 3 of this Court's Order, which requires the submission in camera of
"the content and file names of all files on the Larian hard drives, which contain the
contents of the files" identified by Mattel's deleted file list.  Currently, this Court's
Order requires compliance with paragraph 3 of the Order on or before May 31,
2010.  Due to the fact that May 31, 2010 is a holiday, compliance is therefore
required no later than May 28, 2010.  Mattel has identified thousands of documents
as being deleted that the MGA Parties have located.  However, the process of
collating that information—the files that Mattel claims were deleted with the files
located by the MGA Parties—has taken longer than expected.  The MGA Parties
expect to complete all searches and correlate all documents no later than June 2,
2010.

As a result, the MGA Parties ask that this Court extend the time to comply
with paragraph 3 of this Court's Order until June 2, 2010.

Pursuant to Local Rule 7-19.1, counsel for the MGA Parties gave notice of
this Application to counsel for Mattel on May 27, 2010.  Counsel for Mattel, Inc.
includes Michael Zeller and B. Dylan Proctor of Quinn, Emanuel, Urquhart, Oliver
& Hedges, LLP (telephone: 213-443-3000; address: 865 South Figueroa Street,
10th Floor, Los Angeles, CA 90017).

Dated:    May 26, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:      /s/ *Warrington S. Parker III*
         Warrington S. Parker III
         Attorneys for MGA Parties

EX PARTE RE ADD'L TIME TO COMPLY WITH COURT
ORDER OF MAY 13
CV 04-9049 DOC (RNBx)

- 2 -

**MEMORANDUM OF POINTS AND AUTHORITIES**

The MGA Parties have been working diligently to comply with this Court's Order of May 13, 2010. There have been certain difficulties experienced in collating the thousands of files that have been claimed to have been deleted with those files recovered by the MGA Parties. The MGA Parties expected to have these difficulties resolved in time to comply with this Court's Order, which states that it requires compliance on or before May 31, 2010, but which requires compliance by May 28, 2010 due to the Memorial Day Holiday.

The MGA Parties therefore ask that this Court grant an additional two days to comply with paragraph 3 of this Court's Order so that the requested documents can be submitted for in camera review no later than June 2, 2010.

**CONCLUSION**

For the foregoing reasons, the MGA Parties respectfully request that this *ex parte* application be granted.

Dated:    May 26, 2010             ORRICK, HERRINGTON & SUTCLIFFE LLP


                                   By:      */s/ Warrington S. Parker III*
                                            Warrington S. Parker III
                                            Attorneys for MGA Parties

EX PARTE RE ADD'L TIME TO COMPLY WITH COURT
ORDER OF MAY 13
CV 04-9049 DOC (RNBx)