QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**REPLY IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 96**<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3516240.1

REPLY ISO MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 96

The Discovery Master's Amended Order No. 96 – finding that the fourth email was in fact privileged – arrived a couple hours after Mattel had filed its Objection to this Court. Unhappy with this finding, MGA now attempts to interject two new documents – attachments 582(a) and 582(b)[1] – that were neither addressed in the Discovery Master's original Order No. 96 or his Amended Order No. 96 nor were the subject of Mattel's appeal from Order No. 96. The only issue raised on Mattel's appeal is the fourth email.

As to that fourth email, it is clearly a communication from a Mattel employee to in-house counsel for Mattel seeking legal, not business, advice with respect to an intellectual property matter. Part of that communication further describes a request for legal advice on a related matter that had been sent by that same employee to outside patent counsel. And finally, the content of that same email was then forwarded to Mattel's outside litigation counsel (in the fifth email) for the purpose of seeking legal advice in anticipation of litigation. MGA can speculate all it wants, but the fact remains that the original Order No. 96 had made a simple clerical error which would have revealed Mattel's privileged and work product information, and the Discovery Master promptly corrected it.

Mattel believes that the merits of this appeal have been resolved by Amended Order No. 96 and suggests that the Court return jurisdiction to the Discovery Master to finalize that Order. However, should the Court decline to do so, Mattel will submit this document for the Court's *in camera* review upon the Court's direction.

---

[1] Attachments 582(a) and 582(b) reflect the content of Mr. Ritchie's communications to Mr. Ekstrand, Mattel's outside patent counsel, seeking his legal advice with respect to an intellectual property matter.

1  DATED: May 26, 2010         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By /s/ Diane C. Hutnyan
                                   Diane C. Hutnyan
                                   Attorneys for Mattel, Inc.