1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile:  213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. CV 04-09049 DOC (RNBx)<br>The Honorable David O. Carter<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MASTER'S APPLICATION TO FILE AMENDMENT TO ORDER NO. 96 UNDER SEAL** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | |

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER**

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

APPLICATION TO FILE AMENDMENT TO
ORDER NO. 96 UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]

## APPLICATION

Pursuant to Central District Local Rule 79-5.1, the Discovery Master respectfully requests that the Court permit him to file under seal the Phase 2 Discovery Matter Amendment to Order No. 96 Regarding Further *In Camera* Review of Documents Submitted by Mattel Pursuant to Order No. 94 ("the Order"). The basis for filing the Order under seal is that it pertains to the Discovery Master's analysis of documents that have been reviewed *in camera* for privilege.

The Discovery Master therefore respectfully requests that the Court grant this Application to File Under Seal. The Discovery Master has lodged a [Proposed] Order concurrently herewith for the Court's consideration.

Dated: May 25, 2010

By: *Drew R. Hansen*
Drew R. Hansen