| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 6 | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017 |
|   | Tel: (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
|    | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL |
| Defendant. | Honorable David O. Carter |
| AND CONSOLIDATED ACTIONS | Date: TBD<br>Time: TBD<br>Courtroom: 9D<br>**Phase 2** |

[PROPOSED] ORDER RE APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)

1  The Court, having considered the MGA Parties' application for an order to
2  file under seal, and having found good cause to do so, it is HEREBY ORDERED
3  that said application is GRANTED in its entirety.
4  The Clerk shall maintain under Seal the following documents:

**REPLY IN SUPPORT OF MGA PARTIES' AND IGWT 826 MOTION TO DISMISS RICO AND CREDITOR-FRAUD CLAIMS**

7  It is so ORDERED.

10  Dated: *May 25*, 2010        *David O. Carter*
                                  Hon. David O. Carter

OHS West:260921372.1