1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:  213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

      MAY 2 6 2010
            SDM
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant. | Case No. CV 04-09049 DOC (RNBx)<br>The Honorable David O. Carter<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>[PROPOSED] **ORDER GRANTING DISCOVERY MASTER'S APPLICATION TO FILE AMENDMENT TO ORDER NO. 96 UNDER SEAL** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC.<br><br><br><br><br><br>**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER** | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROP] ORDER GRANTING
APP. TO FILE AMENDMENT TO ORDER NO. 96
UNDER SEAL [Case No. CV 04-09049 DOC (RNBx)]

1 **ORDER**

2 The Court, having considered the Discovery Master's concurrently-filed Application to File Amendment to Order No. 96 Under Seal, hereby GRANTS the Discovery Master's Application and orders that the Discovery Master's Phase 2 Discovery Matter Amendment to Order No. 96 Regarding *In Camera* Review of Documents Submitted by Mattel Pursuant to Order No. 94 be filed Under Seal.

**IT IS HEREBY ORDERED:**

DATED: MAY 26 2010

*[signature]*

Hon. David O. Carter
United States District Court Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

[PROP ] ORDER GRANTING
APP. TO FILE AMENDMENT TO ORDER NO. 96
UNDER SEAL [Case No. CV 04-09049 DOC (RNBx)]