1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY       SDM          DEPUTY

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11  | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
12  |  | Consolidated with |
| Plaintiff, | Case No. CV 04-09059 |
13  |  | Case No. CV 05-02727 |
14  | vs. | Hon. David O. Carter |
15  | MGA ENTERTAINMENT, INC., a California corporation, et al. | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL |
16  | Defendant. | PRODUCTIONS OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS |
17  | AND CONSOLIDATED ACTIONS |  |
18  |  |  |

19
20
21
22
23
24
25
26
27
28

00505.07975/3513579.1

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Support of Motion to Compel Productions of Documents in Response to Mattel's Requests for Documents Concerning Use of Trade Secrets (the "Reply"),

IT IS HEREBY ORDERED:

The Reply is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 26 . 2010

*David O. Carter*

Hon. David O. Carter
United States District Judge

00505.07975/3513579.1

-2-