ORIGINAL

LODGED

2010 MAY 26 AM 11: 18

1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
        John B. Quinn (Bar No. 090378)
2        johnquinn@quinnemanuel.com
        Michael T. Zeller (Bar No. 196417)
3        michaelzeller@quinnemanuel.com
        Jon D. Corey (Bar No. 185066)
4        joncorey@quinnemanuel.com
     865 South Figueroa Street, 10th Floor
5    Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
6    Facsimile:  (213) 443-3100

7    Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11   MATTEL, INC., a Delaware           CASE NO. CV 04–9049 DOC (RNBx)
     corporation,                       Consolidated with
12                                      Case No. CV 04–09059
                    Plaintiff,          Case No. CV 05–02727
13
            vs.
14                                      **PROOF OF SERVICE**
     MGA ENTERTAINMENT, INC., a
15   California corporation, et al.,
16                  Defendant.
17   ─────────────────────────────
     AND CONSOLIDATED ACTIONS
18

19

20

21

22

23

24

25

26

27

28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 26 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 25, 2010, I served true copies of the following documents described as:

## PLEASE SEE ATTACHED DOCUMENTS LIST

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Law Offices of Mark E. Overland<br>  Mark E Overland<br>100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>  mark@overlaw.net | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone:  310 459-2830<br>Facsimile:  310 459-4621 |

| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |
|---|---|

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bridgethauler@quinnemanuel.com on May 25, 2010, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 25, 2010, at Los Angeles, California.

Joseph Sarles

3

# DOCUMENTS LIST

(1)   MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS REGARDING FORMER MATTEL EMPLOYEES

(2)   APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS REGARDING FORMER MATTEL EMPLOYEES

(3)   [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS REGARDING FORMER MATTEL EMPLOYEES

(4)   MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS

(5)   APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS

(6)   [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS

(7)   MATTEL, INC'S NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S JANUARY 26TH ORDER RE COMMUNICATIONS WITH LAW ENFORCEMENT REGARDING ALLEGED THEFT OF TRADE SECRETS

(8)   APPLICATION TO FILE UNDER SEAL MATTEL, INC'S NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S JANUARY 26TH ORDER RE COMMUNICATIONS WITH LAW ENFORCEMENT REGARDING ALLEGED THEFT OF TRADE SECRETS

(9)   [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC'S NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S JANUARY 26TH ORDER RE COMMUNICATIONS WITH LAW ENFORCEMENT REGARDING ALLEGED THEFT OF TRADE SECRETS