QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR LEAVE TO DEPOSE PABLO VARGAS IN MEXICO; DECLARATION OF FRANCISCO TIBURCIO<br><br>**Phase 2**<br>Discovery Cut-off: December 11, 2009<br>Pre-trial Conference: March 1, 2010<br>Trial Date: March 23, 2010 |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion for Leave to Depose Pablo Vargas in Mexico; and the Declaration of Francisco Tiburcio,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion for Leave to Depose Pablo Vargas in Mexico; and the Declaration of Francisco Tiburcio, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 21, 2010

_____
Hon. David O. Carter
United States District Judge