| Name & Address: | |
|---|---|
| Sugithra Somasekar (State Bar No. 247924)<br>Orrick, Herrington & & Sutcliffe<br>405 Howard Street<br>San Francisco, California 94105<br>(415) 773-5700<br>(415) 773-5759 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

MGA Parties' Reply to Mattel's Opposition to MGA's Motion to Quash Mattel's Subpoena to the IRS; MGA's Opposition to Mattel's Cross-Motion to Compel MGA to Execute Release to Permit the IRS to Disclose Documents; and MGA's Cross-Motion for Protective Order; Application to File Under Seal; [Proposed] Order Granting Order to Seal

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☐ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☒ Manual Filing required (*reason*): Local rules require application and proposed order for filing under seal to be filed manually.

| May 28, 2010 | /s/ Sugithra Somasekar |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)      NOTICE OF MANUAL FILING

American LegalNet, Inc.<br>www.Forms*Workflow*.com