<sub>Case 2:04-cv-09049-DOC-RNB   Document 8028   Filed 05/28/10   Page 1 of 2   Page ID #:264758</sub>

MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>[PROPOSED] ORDER GRANTING THE MGA PARTIES' EX PARTE APPLICATION FOR ADDITIONAL TIME TO COMPLY WITH PARAGRAPH 3 OF THIS COURT'S ORDER OF MAY 13, 2010 (DKT. NO. 7860) |

1  The Court, having considered the MGA Parties' Ex Parte Application for
2  Additional Time to Comply with Paragraph 3 of this Court's Order of May 13,
3  2010 , HEREBY ORDERS as follows:
4  Paragraph 3 of this Court's Order is hereby amended to require compliance
5  no later than ~~June 2, 2010.~~ June 9, 2010

6  **It is so ORDERED.**

9  Dated: May 27, 2010

David O. Carter
United States District Judge