Name & Address:
Quinn Emanuel Urquhart & Sullivan LLP
John B. Quinn (SBN 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Mattel, Inc., a Delaware corporation | CASE NUMBER: CV 04-9049 DOC (RNBx) |
|---|---|
| PLAINTIFF(S) v. | |
| MGA Entertainment, Inc., a California corporation, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Supplemental Declaration of Jill Thomas In Support Of Mattel, Inc.'s Objections to Discovery Matter Order No. 94; Application to File Under Seal; Proposed Order

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

May 28, 2010
Date

/s/ Diane C. Hutnyan
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).