FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY SDM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL., INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a <br><br> Defendant. | CASE NO. CV 04-9049 DOC (RNBx) <br><br> ORDER GRANTING ACCESS TO COURTHOUSE LOADING DOCK AND ADR CONFERENCE ROOM |

IT IS HEREBY ORDERED, that counsel for Mattel Inc., and MGA Parties, their staff, and courier service, shall be permitted access to the loading dock at the U.S. District Courthouse located at 411 W Fourth Street, Santa Ana California 92701 for the purpose of picking up tangible items from the ADR Conference Room located on the 10th Floor during normal business hours from 8 a.m. to 4 p.m. on June 1st through June 4th, 2010.

May 28, 2010
Date

*David O. Carter*
DAVID O. CARTER, United States District Judge