MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA'S MOTION FOR PROTECTIVE ORDER**<br><br>**Phase 2** |

1  The Court, having considered MGA's Cross-Motion for a Protective Order,
2  Declaration of Lisa Tonnu and Sugithra Somasekar in support thereof, and all
3  supporting papers, and having found good cause appearing, it is HEREBY
4  ORDERED that:
5      MGA's motion for a protective order regarding the subpoena issued by
6  Mattel to the IRS is granted. Mattel is not permitted to obtain or inspect MGA's tax
7  submissions to the Internal Revenue Service and MGA is not required to execute a
8  release permitting the Internal Revenue Service to disclose documents responsive to
9  Mattel's May 4, 2010 subpoena to the IRS.
10
11 **IT IS SO ORDERED**.
12
13
14 Dated: May _____, 2010
15                                             Hon. David O. Carter
                                            United States District Court Judge
16  OHS West:260925496.1