MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David. O. Carter**<br><br>**DECLARATION OF SUGITHRA SOMASEKAR ISO MGA PARTIES' REPLY TO MATTEL'S OPPOSITION TO MGA'S MOTION TO QUASH MATTEL'S SUBPOENA TO THE IRS;**<br><br>**MGA'S OPPOSITION TO MATTEL'S CROSS-MOTION TO COMPEL MGA TO EXECUTE RELEASE; AND**<br><br>**MGA'S CROSS- MOTION FOR PROTECTIVE ORDER.**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

I, Sugithra Somasekar, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Motion to Quash Mattel's Subpoena to the Internal Revenue Service. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. On May 26, 2010, I ran a search on the documents produced by MGA to determine if the two agreements between MGA and Carter Bryant that were identified by Lisa Tonnu as having been submitted to the IRS have been produced to Mattel.

3. The Agreement between MGA and Carter Bryant dated as of September 18, 2000, was produced at MGA0000001-06.

4. The Modification and Clarification of the 2000 Agreement between MGA and Carter Bryant from 2004 was produced at MGA000429-434.

5. Attached as **Exhibit 1** is a true and correct copy of MGA's objections to Mattel's subpoena to the Internal Revenue Service served on Mattel on May 20, 2010.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on May 28, 2010 at Menlo Park, California.

_____
Sugithra Somasekar

OHS West:260913830.1

- 1 -

SOMASEKAR DECL. ISO MGA REPLY TO MOTION TO QUASH MATTEL SUBPOENA TO IRS
CV-04-9049 DOC (RNBx)