1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  415-773-5700
   Facsimile:   415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  213-629-2020
   Facsimile:   213-612-2499
11
   THOMAS S. MCCONVILLE (State Bar No. 155905)
12 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
14 Tel: (949) 567-6700/Fax: (949) 567-6710

15 Attorneys for MGA Parties

                    UNITED STATES DISTRICT COURT
16                 CENTRAL DISTRICT OF CALIFORNIA
17                       SOUTHERN DIVISION

18 CARTER BRYANT, an individual       | Case No. CV 04-9049 DOC (RNBx)
19            Plaintiff,              | Consolidated with: Case No. CV 04-9059
                                      | Case No. CV 05-2727
20    v.                              | **Hon. David O. Carter**
21 MATTEL, INC., a Delaware           | **DECLARATION OF LISA TONNU IN
   corporation,                       | SUPPORT OF MGA PARTIES'
22                                    | REPLY TO MATTEL'S OPPOSITION
            Defendant.                | TO MOTION TO QUASH MATTEL'S
23                                    | SUBPOENA TO THE IRS;**
24 AND CONSOLIDATED ACTIONS           | **MGA'S OPPOSITION TO MATTEL'S
                                      | CROSS-MOTION TO COMPEL MGA
25                                    | TO EXECUTE RELEASE; AND**
                                      | **MGA'S MOTION FOR PROTECTIVE
26                                    | ORDER.**
27                                    | Date:  TBD
                                      | Time:  TBD
28                                    | Place: Courtroom 9D

WINE DECL. ISO MGA'S MOT. TO QUASH MATTEL'S
SUBPOENA TO THE IRS
CV-04-9049 SGL (RNBx

1    I, Lisa Tonnu, declare as follows:

2    1.    I am the Vice President, Tax at MGA Entertainment, Inc. ("MGA")

3    and have been in this position since 2007. From 2005 until I assumed my present

4    position, I was Director of International Tax for MGA. Before joining MGA I was

5    a Manager of International Tax for Ernst and Young in the Los Angeles Office.

6    2.    I have a BS in Economics from the University of California San Diego

7    and an MA in Tax from San Diego State University.

8    3.    I make this declaration of my own personal knowledge in support of

9    MGA's Reply to Mattel's Opposition to MGA's Motion to Quash Mattel's Subpoena

10   to the Internal Revenue Service, MGA's Opposition to Mattel's Cross-Motion to

11   Compel MGA to Execute Release, and MGA's Cross-Motion for Protective Order.

12   I have personal knowledge of the facts set forth in this declaration. If called as a

13   witness, I could and would testify competently to such facts under oath.

14   4.    In or about 2007, MGA was involved in a Field Examination by the

15   Internal Revenue Service ("IRS") regarding, among other issues, the treatment of

16   attorney's fees on its 2003-2005 tax returns. I was the primary interface with the

17   IRS regarding this Field Examination.

18   5.    During the course of the Field Examination the IRS issued an

19   Information Document Request ("IDR") to MGA seeking documents related to the

20   issues under review. I was the person within MGA responsible for collecting

21   documents and providing them to the IRS in response to this request.

22   6.    Among the documents I provided to the IRS was a letter agreement

23   between MGA and Carter Bryant dated as of September 18, 2000 and a

24   Modification and Clarification of the 2000 Agreement between MGA and Carter

25   Bryant from 2004. *It is my understanding that both of these documents have*

26   *been produced by MGA to Mattel in the pending litigation.*

27   7.    Other than these two documents I produced no documents to the IRS

28   relating to any agreements of any kind between MGA and Carter Bryant. The

- 1 -

WINE DECL. ISO MGA'S MOT. TO QUASH MATTEL'S
SUBPOENA TO THE IRS
CV-04-9049 DOC (RNBX)

1    subject matter of the Field Examination for which these documents were produced

2    to the IRS is now on appeal within the IRS and was the subject of a presentation to

3    the IRS that E & Y made in 2009.

4        8.   I personally verified the scope of the document production to the IRS

5    responsive to the IDR on May 24, 2010 by reviewing files related to the IRS Field

6    Examination in my office at MGA.

7        9.   Earlier this year I was asked to identify what documents had been

8    provided to the IRS that concerned Carter Bryant or his attorney's fees in the Mattel

9    litigation. At the time I was asked I had just given birth to my youngest child and

10   was at home on maternity leave. Operating strictly from memory and without the

11   opportunity to review the documents at my office, I indicated that I thought that

12   two additional documents—retainer agreements with the Littler and Keker & Van

13   Nest law firms—might have been produced to the IRS as well as the MGA/Carter

14   agreements mentioned above.  However, that recollection was incorrect. Having

15   now had a chance to review my records I can verify that the two attorney retainer

16   letters were not produced in response to an IDR from the IRS.

17       I declare under penalty of perjury under the laws of the United States of

18   America that the foregoing it true and correct.

19       Executed on May 26th, 2010 at Valencia, California.

20

21

22                          Lisa Tonnu

23

24

25

26

27

28