MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**PUBLIC REDACTED VERSION** | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David. O. Carter**<br><br>**DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' EX PARTE APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2** |

I, Denise M. Mingrone, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Ex Parte Application to Compel Documents from Mattel Custodian Sujata Luther. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Denise Mingrone to Messrs. Zeller, Corey and Proctor dated March 29, 2010.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Marshall Searcy to Ms. Mingrone dated March 31, 2010.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from Reporter's Transcript of Proceedings, Status Conference Re: Discovery, Santa Ana, California dated Tuesday, March 9, 2010.

5. Attached hereto as **Exhibit 4** are true and correct copies of excerpts from the Timothy Kilpin deposition taken on April 9, 2010.

6. Attached hereto as **Exhibit 5** are true and correct copies of excerpts from the Timothy Kilpin deposition taken on April 8, 2010.

7. Attached hereto as **Exhibit 6** are true and correct copies of the email correspondence between counsel for the parties concerning the Sujata Luther production wherein Mattel assured MGA that Mattel would produce all responsive, non-privileged Sujata Luther custodial documents on or before May 14, 2010.

8. On May 14, 2010, Mattel produced a total of twelve (12) documents from custodian Sujata Luther: [REDACTED]

1. ███████████████████████████████████████
2. ███████████████████████████████████████
3. ███████████████████████████████████████
4. ███████████████████████████████████
5. ███████████████████████████████████████
6. ████████████████████████████████████████
7. ████████████████████████████████████████
8. ████
9.     9.    Attached hereto as **Exhibit 7** is a true and correct copy of the ███
10. ████████████████████████████████████████
11. ████████████████████████████████████████
12. ████████████████████████████████████
13. ████████████████████████████████████████
14.     10.   The Sujata Luther May 14 production did not include emails to or
15. from Sujata Luther previously produced by Mattel in the Bousquette, Kilpin or
16. other productions, nor any other emails. ████████████████████
17. ████████████████████████████████████████
18. ████████████████████████████████████████
19. ████████████████████████████████████████
20. ████████████████████████████
21.     11.   After reviewing the May 14 Sujata Luther production, I contacted
22. counsel for Mattel Marshall Searcy to address production deficiency issues. Mr.
23. Searcy and I engaged in several phone conferences and email exchanges in an
24. attempt to resolve this matter short of motion practice. In response to my inquiry as
25. to why only eight documents were produced on May 14, Mr. Searcy informed me
26. that Mattel had searched Ms. Luther's hard drive and produced all non-responsive
27. documents. If MGA felt documents were missing, Mr. Searcy invited me to identify
28. these, which I did by pointing to examples of ████████████████████

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   12.   Between May 20 and 24, Mr. Searcy and I spoke regarding Sujata Luther documents. Mr. Searcy informed me that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Instead, Mr. Searcy suggested that MGA may wish to submit search terms, but noted that if it chose to do so, any such terms would have to apply reciprocally. When I asked to which MGA custodian the terms would apply, Mr. Searcy stated that perhaps the parties should apply search terms across the board to all searches. I noted that with discovery 90% complete as acknowledged by Mattel, I did not think this was a feasible option but that I would confer with my colleagues. When I contacted Mr. Searcy again to inform him that MGA would submit search terms regarding Sujata Luther but could not agree to reciprocity, he reiterated Mattel's position that no agreement could be reached absent this.

   I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on June 1, 2010, at Menlo Park, California.

                                             _____
                                             Denise M. Mingrone

OHS West:260911777.3