# EXHIBIT 1



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel  +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

March 29, 2010

Denise M. Mingrone
(650) 614-7682
dmingrone@orrick.com

**VIA E-MAIL**

Michael T. Zeller
Jon D. Corey
Dylan B. Proctor
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

Re:  *Carter Bryant v. Mattel Inc.*, and consolidated actions

Dear Messrs. Zeller, Corey and Proctor:

Discovery Master Orders 89 and 91 require Mattel to search "its servers . . . for those individuals listed in the parties' initial disclosures, and the computers and files for those individuals identified by Mattel in responses to interrogatories or at deposition as having knowledge of Phase 2 issues." Of the 915 requests compelled by Order Nos. 89 and 91, Mattel did not object as to 844 requests and represented that it was proceeding to search and produce documents responsive to these requests. During an in court session held on March 9, 2010, Judge Carter ordered Mattel to produce all documents responsive to these 844 requests by 5 p.m. that same day. Despite this clear order, Mattel has failed to produce any documents from the custody of at least the 138 people identified in the parties' disclosures, interrogatories or depositions. A list of such custodians identified so far by MGA is attached to this letter. MGA requests immediate production, as Mattel's compliance with the court order is already long overdue. If production is not provided by April 1, 2010, please be advised that MGA will seek all appropriate relief, including sanctions, before Judge Carter as a result of Mattel's violation of the March 9 order.

Very truly yours,

*Denise M. Mingrone*

Denise M. Mingrone

OHS West:260883334.1

Exhibit 1 - Page 4



## List of Custodians

| | | |
|---|---|---|
| Jeff Ackerman | Janet Han (Hahn) | Raime Quick |
| Randy Adams | Jeanne Hanahan | Cynthia Rapp |
| Amelia Ivy Arafiles Palijo | John Handy | Dawn Rapp |
| Rebecca Arrobio | Rob Harper | Oany Ravelo |
| Arnold Artavia | Sullivan Hastey | Brenda Ray-Martin |
| Jennifer Barbosa | Connie Hibbert | Galite Reisman |
| Laura Behrendt | Ricardo Honda Hatadi | Ivy Ross |
| Nancy Bennett | Ed Horasz | Pleasant Rowland |
| Manmohan Bhuller | Jason Horowitz | Mandana Sadigh |
| John Blaney | Jim Huntley | Karen Sanchez |
| Jerome Bossick | Lissa Inzer | Alice Satok (Sato) |
| Amy Boylen | Roberto Isaias | Julie Scholvin |
| Janine Brisbois | Phil Jackson | Chuck Scothon |
| Ellen Brothers | Ken Kauffmann | Robert Simoneau |
| Carter Bryant | Fred Kawashima | Mark Smith |
| John Buchanan | Alan Kaye | Miguel Solorio |
| Jill Burtis (Thomas) | Tom Keefer | Ok Soo Choi |
| Julie Caravaggio | Joyce Kelly | Jerry Souza |
| Jorge Castilla | Susan Kim ("Yoon Jung Kim") | Holly Stein |
| Jerry Cleary | Kara Kuchem | Bryan Stockton |
| Elise Cloonan | Susie Lecker | Keith Storie |
| Nick Contreras | Shelly Liebovitz a.k.a. Michele McShane | Mark Sullivan |
| Dan Cooney | Steve Linker | Maureen Tafoya |
| Stephanie Cota | Peter Lorenz | Casaba (Chubb) Takuch |
| Louise Curcio | Cristina Lorenzo | Francisco Tiburcio |
| Jamie Cygielman | Sujata Luther | Scott Topham |
| Oscar de la Vega (de la Vegas Gomez) | Kris Lynch | Mariana Trueba |
| Henry del Castillo | Carlos Gustavo Machado Gomez | Matthew Turetzky |
| Rick Dellacquila | Mariken Mares (Kimmels-Mares) | Erica van Kamp |
| Christina DeRosa | Julia Marine | Pablo Vargas |
| Tony Di Michele | Geoff Massingberd. | Tina Varu (Patel) |
| Richard Dickson | Christine McFarland | Sal Villasenor |
| Mary Domazet | John McGrail | Evelyn Viohl |
| Dianne Douglas | Carrie McKenzie | Andrew Vollero |
| Craig Drobis | Lisa McKnight | Doug Wadleigh |
| Joe Eckroth | Mary Carmen Mendez | Jim Wagner |
| Kevin Farr | Robert Normile | Vivianne Waisman |
| Yeira Fierro | Mike Nuttal | Jeff Walker |
| Adrienne Fontanella | Brian O'Connor | Michael Walker |
| Joe Franke | Laura Owens | Simon Watt |
| Lissa Freed | Rod Palmer | Tricia Wong |
| Bill Ganey | Karla Papayanopulos | Ted Wu |
| Jean Gomez | Ann Parducci | Sandy Yonemoto |
| Jeff Goodwin | Tim Parsey | Milt Zablow |
| JoAnn Green | Joni Pratt | Gabriel Zalzman |
| Guillermo (Roberto) Guzman | Nathan Proch | |

OHS West:260883334.1

Exhibit 1 - Page 5