# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3152**

WRITER'S INTERNET ADDRESS
**marshallsearcy@quinnemanuel.com**

March 31, 2010

<u>VIA E-MAIL</u>

Denise M. Mingrone
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Re:   <u>Mattel, Inc. v. MGA Entertainment, Inc. et al., CV 04-9049 DOC</u>

Dear Ms. Mingrone:

Your letter of today is virtually identical to your letter of March 29, 2010 and is incorrect for the same reasons set forth in my March 30, 2010 response. As discussed, MGA's claim that the Court "ordered Mattel to produce all documents responsive to ... 844 requests by 5 p.m." on March 9, 2010 is mistaken.

First, your letter incorrectly asserts that Mattel is obligated to search for and produce documents in the custody of every Mattel employee mentioned in the parties' disclosures, interrogatories, or depositions. As MGA knows, that portion of Order No. 89 was appealed by Mattel on February 18, 2010 (Dkt. No. 7523, at 9-12). Mattel also filed an application to stay enforcement of the appealed portions of Order No. 89, which the Court granted and remains in effect (Dkt. No. 7527). As such, MGA's threat to seek sanctions is contrary to the Court's stay of Order No. 89.

Second, MGA's claim that the Court required Mattel to produce its entire response to the 844 un-appealed requests by 5 p.m. on March 9, 2010 is similarly erroneous. Judge Carter expressly stated that after Mattel's March 9, 2010 production in response to the non-appealed portions of Order No. 89, Mattel is permitted to supplement its production. <u>See</u> Hearing Tr., dated March 10, 2010, at 7:6-18. Like MGA, Mattel is continuing to supplement its productions in this case. Moreover, MGA's purported list of custodians from whom Mattel has "only produced a few

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-6301 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit 2 - Page 6

documents" is inaccurate. Mattel has produced hundreds of documents with Erika Ashbrook's, Matt Bousquette's and Ron Brawer's names on them as well as documents where they are listed as custodians. Moreover, several of the individuals you list, including Mr. Bousquette and Mr. Brawer, left Mattel before significant discovery took place in this case and thus would not be custodians of a large number of documents. In any event, Mattel sought and obtained a stay of the appealed the portion of Order 89 that MGA relies upon here. MGA's list of names is thus not only incorrect but also irrelevant at this juncture.

Finally, MGA has recently withdrawn many of its claims in this case and on that basis has refused to provide discovery on them. <u>See</u> Letter from Annette Hurst to Michael Zeller, dated March 24, 2010 (stating that MGA is not pursuing its claims as to Little Mommy, Acceleracers, or Bratz trade dress other than packaging shape). Many of the requests at issue in Order No. 89, as well as certain of the names in the list attached to your letter, are related solely to MGA's now-withdrawn claims. MGA cannot insist that Mattel provide discovery on these claims while at the same time urging that they are abandoned for the purpose of avoiding MGA's own discovery obligations.

If MGA brings a motion based on the frivolous grounds asserted in your letter, Mattel will seek sanctions.

Best regards,

*/s/ Marshall M. Searcy III*

Marshall M. Searcy III