# EXHIBIT 3

SACV 04-9049 DOC - 3/9/2010 - Volume I

1

```
               UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

         HONORABLE DAVID O. CARTER, JUDGE PRESIDING

                    - - - - - - -

CARTER BRYANT,                    )
                                  )
           Plaintiff,             )
                                  )
      vs.                         ) No. SACV 04-9049 DOC
                                  )    Volume I
MATTEL, INC.,                     )
                                  )
           Defendant.             )
_____)



              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                Status Converence Re: Discovery

                    Santa Ana, California

                    Tuesday, March 9, 2010




Debbie Gale, CSR 9472, RPR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141


04cv9049 Mattel 2010-03-09 V1
```

DEBBIE GALE, U.S. COURT REPORTER

Exhibit 3 - Page 8

SACV 04-9049 DOC - 3/9/2010 - Volume I

2

```
 1  APPEARANCES OF COUNSEL:
 2
 3  FOR INTERVENER DEFENDANT MGA ENTERTAINMENT, INC.:

 4          ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
            BY:  THOMAS S. McCONVILLE
 5               Attorney at Law
            4 Park Plaza
 6          Suite 1600
            Irvine, California 92614
 7          (949) 567-6700

 8          - AND -

 9          ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
            BY:  ANNETTE L. HURST
10               Attorney at Law
            405 Howard Street
11          San Francisco, California 94105
            (415)773-5700
12
13
14  FOR DEFENDANT MATTEL, INC.:

15          QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
            BY:  MICHAEL T. ZELLER
16               MARSHALL M. SEARCY III
                 JON COREY
17               Attorneys at Law
            865 South Figueroa Street
18          10th Floor
            Los Angeles, California 90017
19          (213) 443-3000
20
21
22
23
24
25
```

DEBBIE GALE, U.S. COURT REPORTER

Exhibit 3 - Page 9

SACV 04-9049 DOC - 3/9/2010 - Volume I

7

| | | |
|---|---|---|
| 08:37 | 1 | MR. ZELLER: I think the short answer is I need to |
| 08:37 | 2 | look into it further. But what I do understand -- |
| 08:37 | 3 | THE COURT: At 5:00 o'clock today I'll have that |
| 08:37 | 4 | answer. |
| 08:37 | 5 | MR. ZELLER: Yes. |
| 08:37 | 6 | THE COURT: Separately and apart from that, I |
| 08:37 | 7 | stayed your obligations under Discovery Master Order 89-91 |
| 08:37 | 8 | on a good faith expectation that your efforts at production |
| 08:37 | 9 | would continue. And you've made this very representation to |
| 08:37 | 10 | this Court in your brief on that issue. |
| 08:37 | 11 | My first question is, have those efforts |
| 08:37 | 12 | continued? |
| 08:37 | 13 | MR. ZELLER: They have. |
| 08:37 | 14 | THE COURT: And if so, this afternoon, I would |
| 08:37 | 15 | like you to produce all documents related to categories that |
| 08:37 | 16 | you're not appealing. You can supplement that production. |
| 08:37 | 17 | And this is going to be a credibility test of you. I want |
| 08:37 | 18 | that by 5:00 o'clock today. |
| 08:38 | 19 | How many of the documents found on Bousquette's |
| 08:38 | 20 | hard drive did you withhold on privilege grounds. |
| 08:38 | 21 | MR. ZELLER: That I don't know, Your Honor. |
| 08:38 | 22 | THE COURT: When will you have the answer? |
| 08:38 | 23 | MR. ZELLER: We can have that by 5:00 o'clock. |
| 08:38 | 24 | THE COURT: By 5:00 o'clock today. |
| 08:38 | 25 | How many files did you find on Bousquette's hard |

DEBBIE GALE, U.S. COURT REPORTER

Exhibit 3 - Page 10

```
08:46   1                              -oOo-
08:46   2
08:46   3                           CERTIFICATE
08:46   4
08:46   5        I hereby certify that pursuant to Section 753,
08:46   6   Title 28, United States Code, the foregoing is a true and
08:46   7   correct transcript of the stenographically reported
08:46   8   proceedings held in the above-entitled matter and that the
08:46   9   transcript page format is in conformance with the
08:46  10   regulations of the Judicial Conference of the United States.
08:46  11
08:46  12   Date:   March 9, 2010
08:46  13
08:46  14
08:46
08:46  15                            _____
08:46                                DEBBIE GALE, U.S. COURT REPORTER
08:46  16                            CSR NO. 9472, RPR
08:46  17
       18
       19
       20
       21
       22
       23
       24
       25
```