# EXHIBIT 6

**From:** Marshall Searcy [marshallsearcy@quinnemanuel.com]
**Sent:** Wednesday, May 12, 2010 4:56 PM
**To:** Mingrone, Denise
**Subject:** RE: Sujata Luther Documents

yes

**From:** Mingrone, Denise [mailto:dmingrone@orrick.com]
**Sent:** Wednesday, May 12, 2010 4:51 PM
**To:** Marshall Searcy
**Subject:** RE: Sujata Luther Documents

So these will be/include Sujata Luther custodial documents?

**From:** Marshall Searcy [mailto:marshallsearcy@quinnemanuel.com]
**Sent:** Wednesday, May 12, 2010 4:49 PM
**To:** Mingrone, Denise
**Subject:** RE: Sujata Luther Documents

Denise,


We have not yet finished reviewing all the documents that will be produced, so I cannot provide specifics about each document at this stage, but we will be producing responsive, non-privileged documents relating to Luther that we have located to date.  Please let me know if you have any further questions.


**From:** Mingrone, Denise [mailto:dmingrone@orrick.com]
**Sent:** Wednesday, May 12, 2010 11:50 AM
**To:** Marshall Searcy
**Subject:** MGA: Sujata Luther Documents

Hi Marshall,

Warrington forwarded your email regarding the Sujata Luther documents. Can you please be more specific regarding what documents Mattel
intends to produce on Friday so that we may evaluate whether our *ex parte* application is indeed necessary? I am also happy to discuss
via phone if you prefer.

Thank you,
Denise



Exhibit 6 - Page 28

**DENISE MARIE MINGRONE**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 MARSH ROAD
MENLO PARK, CA 94025-1015

*tel* (650) 614-7682
*fax* (650) 614-7400
dmingrone@orrick.com

www.orrick.com

---

**From:** Parker, Warrington
**Sent:** Tuesday, May 11, 2010 5:31 PM
**To:** Mingrone, Denise
**Subject:** Fw:

---

**From**: Marshall Searcy <marshallsearcy@quinnemanuel.com>
**To**: Parker, Warrington
**Cc**: Dylan Proctor <dylanproctor@quinnemanuel.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>; Hurst, Annette
**Sent**: Tue May 11 17:30:23 2010
**Subject**:

Warrington,

Dylan forwarded me your e-mail stating that MGA intends to seek *ex parte* relief for the production of Luther documents. Putting aside the statements in your e-mail, MGA's application is unnecessary, as Mattel intends to produce its additional Luther documents no later than Friday, May 14.

Best,

Marshall Searcy

```
"EMF <orrick.com>" made the following annotations.
-------------------------------------------------------------------------
==========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



==========================================================
NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
```

Exhibit 6 - Page 29

```
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
=============================================================
==============================================================================
```

Exhibit 6 - Page 30