UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV04-9049-DOC(RNBx) | Date   May 28, 2010 |
| Title | CARTER BRYANT v. MATTEL, INC. | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Stephanie Mikhail | Jane Sutton-Rule, AM; Deborah Parker, PM; Sharon Seffens, PM | |
|---|---|---|
| Deputy Clerk | Court Reporters | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Annette Hurst |
| Susan Estrich | Thomas McConville |
| Dylan Proctor | William Molinski |
| | Todd Gordinier |
| | Alexander Cote |
| | Mark Overland |
| | Anthony De Corsco |

PROCEEDINGS: MOTION HEARING (Non-Evidentiary)
MOTION TO DISMISS FIRST COUNTERCLAIM UNDER RULE 30(B)(6) ; NOTICE OF JOINDER IN MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT BY MGA PARTIES FILED BY COUNTERDEFENDANT CARLOS GUSTAVO MACHADO GOMEZ.[7828]

MOTION TO DISMISS RICO AND CREDITOR CLAIMS AND FOR SUMMARY ADJUDICATION OF RICO CLAIMS FILED BY COUNTERDEFENDANTS MGA PARTIES AND IGWT 826 [7831]

MOTION TO DISMISS ELEVENTH AND TWELFTH CAUSES OF ACTION OF THE FAAC AND/OR FOR SUMMARY ADJUDICATION REGARDING U.S.-BASED TRADE SECRET AND EMPLOYEE-BASED STATE LAW TORT CLAIMS BROUGHT BY MATTEL INC. [REDACTED] FILED BY COUNTER DEFENDANTS ISAAC LARIAN, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA ENTERTAINMENT HK LIMITED, MGAE DE MEXICO SRL DE CV [7832]

MOTION TO DISMISS FOR LACK OF JURISDICTION [REDACTED] NOTICE OF MOTIONS AND MOTIONS BY MGAE DE MEXICO TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND ON GROUND OF FORUM NON CONVENIENS, MOTION BY MGA AND ISAAC LARIAN FOR SUMMARY ADJUDICATION OF FOREIGN TRADE SECRET CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES FILED BY COUNTER DEFENDANT ISAAC LARIAN, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA ENTERTAINMENT HK LIMITED, MGAE DE MEXICO SRL DE CV. [7834]

MOTION TO DISMISS MATTEL, INC'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS FILED BY OMNI 808 INVESTORS, LLC [7837]

Cause called. Counsel state their appearances.  Counsel argue.  Matters taken under submission.

| | 6 | : | 30 |
|---|---|---|---|
| Initials of Preparer | sdm | | |