1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                   SOUTHERN DIVISION

10 MATTEL, INC., a Delaware           CASE NO. CV 04-9049 DOC (RNBx)
   corporation,
11                                    Consolidated with
              Plaintiff,              Case No. CV 04-09059
12                                    Case No. CV 05-02727
       vs.
13                                    Hon. David O. Carter
   MGA ENTERTAINMENT, INC., a
14 California corporation, et. al.,   APPLICATION TO FILE UNDER SEAL
                                      SUPPLEMENTAL DECLARATION OF
15            Defendants.             JILL THOMAS IN SUPPORT OF
                                      MATTEL, INC.'S OBJECTIONS TO
16                                    DISCOVERY MATTER ORDER NO. 94
   AND CONSOLIDATED ACTIONS
17                                    [[Proposed] Order Filed Concurrently
                                      Herewith]
18
                                      Date: TBD
19                                    Time: TBD
                                      Place: Courtroom 9D
20
                                      **Phase 2**
21                                    Discovery Cut-off: TBD
                                      Pre-trial Conference: TBD
22                                    Trial Date: TBD

23

24

25

26

27

28

00505.07975/3518438.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Supplemental Declaration of Jill Thomas In Support of Mattel, Inc.'s Objections to Discovery Matter Order No. 94 ("Supplemental Declaration").

The Supplemental Declaration includes information that Mattel has designated as "Confidential" pursuant to the Protective Order. This information primarily consists of descriptions of privileged documents currently under submission with the Court. Accordingly, Mattel requests that the Court order that the Supplemental Declaration be filed under seal.

DATED: May 28, 2010

QUINN EMANUEL URQUHART & SULLIVAN LLP

By /s/ Diane C. Hutnyan
Diane C. Hutnyan
Attorneys for Mattel, Inc.