QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF JILL THOMAS IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 94<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3518496.1

[PROPOSED] ORDER

1 [PROPOSED] ORDER

2 Based on the concurrently filed Application to File Under Seal the
3 Supplemental Declaration of Jill Thomas In Support of Mattel, Inc.'s Objections to
4 Discovery Matter Order No. 94.

5 IT IS HEREBY ORDERED:

6 The Supplemental Declaration of Jill Thomas In Support of Mattel, Inc.'s
7 Objections to Discovery Matter Order No. 94, is ORDERED filed under seal
8 pursuant to Local Rule 79-5.1.

*David O. Carter*
DAVID O. CARTER

DATED: May 28, 2010 _____
Hon. David O. Carter
United States District Judge