QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No.    CV 04-09059 <br> Case No.    CV 05-2727 <br><br> Hon. David O. Carter <br><br> **JOINT STATUS REPORT REGARDING MEET AND CONFER PURSUANT TO MAY 25, 2010 ORDER** <br><br> **Phase 2:** <br> Disc. Cut-off:      TBD <br> Pre-trial Conf.:    TBD <br> Trial Date:         TBD |

1    Pursuant to the Court's May 25, 2010 Order Overruling In Part And
2 Sustaining In Part Objections to Discovery Matter Order Nos. 89/91, Mattel, Inc.
3 and MGA Entertainment, Inc. hereby submit this Joint Status Report regarding the
4 Parties' progress with respect to the meet and confers described in the Order.

5    The Order requires the Parties to meet and confer "to narrow the requests for
6 production on an individual-by-individual basis" and "to narrow the search protocol
7 as to the search of individual computers and flies." (Order at 4-5.) The Parties have
8 met and conferred pursuant to the Court's Order. Discussions regarding these issues
9 are continuing, and the Parties expect to complete the meet and confer process by
10 June 7, 2010.

12 DATED: June 2, 2010                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

15                                    By /s/ Marshall M. Searcy III
                                         Marshall M. Searcy III
                                         Attorneys for Mattel, Inc.

19 DATED: June 2, 2010                ORRICK, HERRINGTON & SUTCLIFFE
                                      LLP

22                                    By /s/ Diana M. Rutowski
                                         Diana M. Rutowski
                                         Attorneys for MGA Entertainment, Inc.