1    MELINDA HAAG (State Bar No. 132612)
     mhaag@orrick.com
2    ANNETTE L. HURST (State Bar No. 148738)
     ahurst@orrick.com
3    WARRINGTON S. PARKER III (State Bar No. 148003)
     wparker@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building, 405 Howard Street
5    San Francisco, CA 94105
     Tel. (415) 773-5700/ Fax: (415) 773-5759
6

7    WILLIAM A. MOLINSKI (State Bar No. 145186)
     wmolinski@orrick.com
8    ORRICK, HERRINGTON & SUTCLIFFE LLP
     777 South Figueroa Street, Suite 3200
9    Los Angeles, CA 90017
     Tel. (213) 629-2020/Fax: (213) 612-2499

10   THOMAS S. McCONVILLE (State Bar No. 155905)
     tmcconville@orrick.com
11   ORRICK, HERRINGTON & SUTCLIFFE LLP
     4 Park Plaza, Suite 1600
12   Irvine, CA 92614-2258
     Tel: (949) 567-6700/Fax: (949) 567-6710
13
     Attorneys for MGA Parties
14

15              UNITED STATES DISTRICT COURT
16           CENTRAL DISTRICT OF CALIFORNIA
                SOUTHERN DIVISION

17 | CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx)
18 | Plaintiff, | Consolidated with:
  | | Case No. CV 04-9059
19 | v. | Case No. CV 05-2727
20 | MATTEL, INC., a Delaware corporation, | Hon. David O. Carter
21 | Defendant. | [PROPOSED] ORDER GRANTING ORDER TO SEAL
22 | AND CONSOLIDATED ACTIONS |
23
24
25
26
27
28

1

[PROPOSED] ORDER

2       On May 28, 2010, the MGA Parties intend to file a Reply to Mattel's

3  Opposition to MGA's Motion to Quash Mattel's Subpoena to the IRS; MGA'S

4  Opposition to Mattel's Cross-Motion to Compel MGA Parties to Execute a Release

5  to Permit the IRS to Disclose Documents; and Cross-Motion for Protective Order,

6  along with supporting documents.  The materials referenced contain, reference, cite

7  and quote items that have been designated by the parties as "Confidential" and

8  "Confidential – Attorney's Eyes Only" under the Protective Order, and good cause

9  appearing for the entry thereof,

10       IT IS HEREBY ORDERED that:

11       The MGA Parties' Reply to Mattel's Opposition to MGA's Motion to

12  Quash Mattel's Subpoena to the IRS; MGA's Opposition to Mattel's Cross-Motion

13  to Compel MGA Parties to Execute a Release to Permit the IRS to Disclose

14  Documents; and MGA's Cross-Motion for Protective Order shall be filed under

15  seal.

16

17

*David O. Carter*

DATED: **May 28**, 2010

18                         Hon. David O. Carter
                               United States District Judge

19

20

21

22

23

24

25

26

27  OHS West:260925290.1

28

[PROPOSED] ORDER RE SEALING OF MGA REPLY TO
MATTEL'S OPP TO MTN TO QUASH SUBPOENA TO THE IRS
CASE NO. 04-9049 DOC (RNBx)