MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER RE SEALING OF MGA PARTIES' EX PARTE APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER PRIOR TO HER JUNE 17 DEPOSITION<br><br>Phase 2 |

[PROPOSED] ORDER RE SEALING OF MGA PARTIES' EX PARTE
APPLICATION TO COMPEL DOCUMENTS FROM S. LUTHER
CASE NO. 04-9049 DOC (RNBx)

**[PROPOSED] ORDER**

During the week of May 31, 2010, the MGA Parties' intend to file an *ex parte* application to compel further documents from Mattel custodian Sujata Luther, along with supporting documents, including a declaration and exhibits. The materials referenced contain, reference, cite and quote deposition testimony that have been designated by the parties as "Confidential" and "Confidential – Attorney's Eyes Only" under the Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that:

The MGA Parties' *ex parte* application to compel documents from Mattel custodian Sujata Luther, along with supporting documents, including a declaration and exhibits shall be filed under seal.

DATED: June 1st , 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge

- 1 -

[PROPOSED] ORDER RE SEALING OF MGA'S EX PARTE APPLICATION TO COMPEL DOCUMENTS FROM S. LUTHER
CASE NO. 04-9049 DOC (RNBx)