```
 1  Robert C. O'Brien (SBN 154372)
    ARENT FOX LLP
 2  555 West Fifth Street, 48th Floor
    Los Angeles, CA 90013-1065
 3  Telephone: 213.629.7400
    Facsimile:  213.629.7401
 4  obrien.robert@arentfox.com
 5  Discovery Master
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10                         SOUTHERN DIVISION
11
12  CARTER BRYANT, an individual,      Case No. CV 04-09049 DOC (RNBx)
                                       The Honorable David O. Carter
13               Plaintiff,
                                       Consolidated with
14         v.                          Case No. CV 04-09059
                                       Case No. CV 05-2727
15  MATTEL, INC., a Delaware
    corporation,                       DISCOVERY MASTER'S
16                                     APPLICATION TO FILE ORDER
                 Defendant.            NO. 96 UNDER SEAL
17
18
    CONSOLIDATED WITH
19  MATTEL, INC. v. BRYANT and
    MGA ENTERTAINMENT, INC. v.
20  MATTEL, INC.
21
22
23
24
25
26  CONFIDENTIAL – FILED
    UNDER SEAL PURSUANT TO
27  COURT ORDER
28
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

LODGED ORIGINAL

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

APPLICATION TO FILE
ORDER NO. 96 UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]

# APPLICATION

Pursuant to Central District Local Rule 79-5.1, the Discovery Master respectfully requests that the Court permit him to file under seal the Phase 2 Discovery Matter Order No. 96 Regarding Further *In Camera* Review of Documents Submitted by Mattel Pursuant to Order No. 94 ("the Order"). The basis for filing the Order under seal is that it pertains to the Discovery Master's analysis of documents that have been reviewed *in camera* for privilege.

The Discovery Master therefore respectfully requests that the Court grant this Application to File Under Seal. The Discovery Master has lodged a [Proposed] Order concurrently herewith for the Court's consideration.

Dated: May 19, 2010

By: /s/ Drew R. Hansen
Drew R. Hansen

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

APPLICATION TO FILE
ORDER NO. 96 UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]