| | |
|---|---|
| 1 | Robert C. O'Brien (SBN 154372) |
| 2 | ARENT FOX LLP<br>555 West Fifth Street, 48th Floor |
| 3 | Los Angeles, CA 90013-1065<br>Telephone: 213.629.7400 |
| 4 | Facsimile: 213.629.7401<br>obrien.robert@arentfox.com |
| 5 | Discovery Master |



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY SDM DEPUTY



LODGED ORIGINAL

2010 MAY 20 PM 3:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| 12 | CARTER BRYANT, an individual, | Case No. CV 04-09049 DOC (RNBx)<br>The Honorable David O. Carter |
| 13 | Plaintiff, | |
| 14 | v. | Consolidated with<br>Case No. CV 04-09059 |
| 15 | MATTEL, INC., a Delaware corporation, | Case No. CV 05-2727 |
| 16 | | **PHASE 2 DISCOVERY MATTER** |
| 17 | Defendant. | [~~PROPOSED~~] **ORDER GRANTING DISCOVERY MASTER'S** |
| 18 | | **APPLICATION TO FILE ORDER NO. 96 UNDER SEAL** |
| 19 | | |
| 20 | CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and | |
| 21 | MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | |
| 25 | **CONFIDENTIAL -- FILED** | |
| 26 | **UNDER SEAL PURSUANT TO**<br>**COURT ORDER** | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[~~PROPOSED~~] ORDER GRANTING
APPLICATION TO SEAL ORDER NO. 96
[Case No. CV 04-09049 DOC (RNBx)]

## ORDER

The Court, having considered the Discovery Master's concurrently-filed Application to File Order No. 96 Under Seal, hereby GRANTS the Discovery Master's Application and orders that the Discovery Master's Phase 2 Discovery Matter Order No. 96 Regarding Further *In Camera* Review of Documents Submitted by Mattel Pursuant to Order No. 94 to be Privileged.

**IT IS HEREBY ORDERED:**

DATED: May 28, 2010

_____
Hon. David O. Carter
United States District Court Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL ORDER NO. 96
[Case No. CV 04-09049 DOC (RNBx)]