```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 5  Facsimile: (213) 443-3100

 6  Attorneys for Mattel, Inc.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL DECLARATION OF JILL THOMAS IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 97**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

LODGED ORIGINAL

00505.07975/3520043.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Declaration of Jill Thomas In Support of Mattel, Inc.'s Objections to Discovery Matter Order No. 97 ("Declaration").

    The Declaration includes information that Mattel has designated as "Confidential" pursuant to the Protective Order. This information primarily consists of descriptions of privileged documents. Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

DATED: June 1, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Diane C. Hutnyan
Diane C. Hutnyan
Attorneys for Mattel, Inc.