1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5 Facsimile: (213) 443-3100

6 Attorneys for Mattel, Inc.

7              UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9                    SOUTHERN DIVISION

| | |
|---|---|
| 10 MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 11             Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 12       vs. | |
| 13 MGA ENTERTAINMENT, INC., a California corporation, et. al., | Hon. David O. Carter |
| 14 | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DECLARATION OF JILL THOMAS IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 97 |
| 15          Defendants. | |
| 16 AND CONSOLIDATED ACTIONS | |

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: TBD

00505.07975/3520051.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal the Declaration of Jill Thomas In Support of Mattel, Inc.'s Objections to Discovery Matter Order No. 97.

IT IS HEREBY ORDERED:

The Declaration of Jill Thomas In Support of Mattel, Inc.'s Objections to Discovery Matter Order No. 97, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 1st, 2010

Hon. David O. Carter
United States District Judge