QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC, a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 28, 2010, I served true copies of the following documents described as: **MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97; DECLARATION OF JILL THOMAS IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 97** on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Overland Borenstein Scheper & Kim LLP<br>  Mark E. Overland, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>  moverland@obsklaw.com<br>  acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

00505.07975/3335701.1

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

1  **BY MAIL:** I enclosed the foregoing in a sealed envelope addressed as shown
2  above, and I deposited such envelope in the mail at Los Angeles, California. The
3  envelope was mailed with postage thereon fully prepaid.
4      I declare that I am employed in the office of a member of the bar of this
5  court at whose direction the service was made.

7  Executed on May 28, 2010, at Los Angeles, California.

                          Matt Korhonen