MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[DISCOVERY MATTER]**<br><u>**Phase 2**</u> - Hon. David O. Carter<br><br>**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97 AND THE SUPPLEMENTAL DECLARATION OF JILL THOMAS (DKT. # 8041)**<br><br>Discovery Cut-off: TBD<br>Pretrial Conference: TBD<br>Trial Date: TBD |

Seeking to withhold documents that the Discovery Master ordered produced pertaining to Mattel's investigation of Ron Brawer, Mattel has filed *two more* declarations in a further effort to support its privilege claims. These two declarations are in addition to the *nine* other declarations Mattel has submitted in support of its privilege claims.[1] Both are declarations of Jill Thomas regarding her purported instructions to Richard De Anda, who then allegedly instructed individuals at Lambda Investigations, Inc. ("Lambda") to investigate Ron Brawer. Mattel filed one of these declarations in connection with its Objections to Portions of Discovery Matter Order No. 97 and the second is an unsolicited, solitary filing in further support of Mattel, Inc.'s Objections To Discovery Matter Order No. 94. As the two Thomas declarations are related and deal with the same subject matter, MGA hereby opposes Mattel's Objections to Portions of Discovery Matter Order No. 97 (Dkt. # 8034) and the Supplemental Declaration of Jill Thomas (Dkt. # 8041).

As an initial matter, MGA does not object to the Discovery Master or the Court's consideration of evidence, including declarations, to determine whether or not attorney-client privilege or work product protection should extend to communications involving third parties. However, Mattel's unrelenting dribbling out of declarations in its ceaseless attempt to avoid production of documents ordered produced by the Discovery Master is tiresome. As to the Supplemental Declaration of Jill Thomas, Mattel filed its objections to Discovery Matter Order No. 94 on April 30, 2010 along with a declaration of Richard De Anda (Dkt. #7812) regarding the *very same entries* that it now seeks to support with the

---

[1] Pursuant to Discovery Matter Order No. 93, which allowed Mattel to submit 15 pages of declarations in support of its assertions of privilege and work product, Mattel submitted *two* declarations (Monahan and Zeller) on March 1, 2010. On April 30, 2010, Mattel filed *five* additional declarations of De Anda (Dkt. # 7812), Ewing (Dkt. # 7813), Zeller (Dkt. # 7964), Moore (Dkt. # 7966), Fisher (Dkt. # 7967) in connection with its appeal of Order No. 94. On June 2, 2010, Mattel submitted *two* more declarations (Monahan and Normile) in connection with its Opposition to MGA's Objections to Discovery Matter Order No. 97.

Supplemental Declaration of Jill Thomas nearly a month later.[2]  Such untimely, seriatim filings do not warrant consideration and should be disregarded.

As to Mattel's claims of privilege and work product, it is apparent from the deposition testimony of Mattel witnesses that the communications with Jeff LeTourneau and other persons affiliated with Lambda regarding the investigation of Ron Brawer are not privileged or work product.  For example, Jaime Elias previously testified about communications regarding both the scope and the results of the investigation.  *See* Declaration of Diana Rutowski, Ex. 1 at 6:18-8:9, 9:23-10:8 (Elias Tr. at 110:18-112:9, 205:23-206:8).  The attorney client privilege protects only *confidential* disclosures.  *See, e.g.*, *In re Grand Jury Investigation*, 974 F.2d 1068, 1070 (9th Cir. 1992).  To the extent Mattel has already revealed communications about the scope and results of its investigation of Mr. Brawer, Mattel cannot now claim that documents reflecting those communications are confidential or private disclosures entitled to privilege or work product protection.

For the foregoing reasons, MGA opposes Mattel's Objections to Portions of Discovery Matter Order No. 97 (Dkt. # 8034) and the Supplemental Declaration of Jill Thomas (Dkt. # 8041), and MGA respectfully requests that the

///
///

---

[2] Notably, the Thomas Declarations purport to rely "upon information and belief," which Mattel at the same time contends is insufficient to support privilege in connection with its objections to declarations submitted by MGA.  *See*, Mattel, Inc.'s Objections to the Declarations of Bryan Armstrong, Susana Kuemmerle and Elenore Trope Submitted Pursuant to Discovery Matter Order No. 95 (while it appears Mattel did not file this submission marked AEO with the Court, MGA would be happy to provide it upon request).  Mattel, again, seeks to have it both ways.

1  Court affirm the Discovery Master's finding as to the disputed documents and order
2  Mattel to produce without further delay.

Dated: June 4, 2010           Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  _____/s/ Diana M. Rutowski_____
        Diana M. Rutowski
   Attorneys for MGA ENTERTAINMENT, INC.,
   MGA ENTERTAINMENT HK, LTD., MGA de
   MEXICO, S.R.L. de C.V., and ISAAC LARIAN

OHS West:260926942.1