| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| 2 | mhaag@orrick.com<br>ANNETTE L. HURST (State Bar No. 148738) |
| 3 | ahurst@orrick.com<br>WARRINGTON S. PARKER III (State Bar No. 148003) |
| 4 | wparker@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | The Orrick Building<br>405 Howard Street |
| 6 | San Francisco, CA 94105<br>Telephone: 415-773-5700 |
| 7 | Facsimile: 415-773-5759 |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186)<br>wmolinski@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017<br>Telephone: 213-629-2020 |
| 11 | Facsimile: 213-612-2499 |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905)<br>tmcconville@orrick.com |
| 13 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600 |
| 14 | Irvine, CA 92614-2258<br>Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Phase 2 - Hon. David O. Carter**<br><br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97 AND THE SUPPLEMENTAL DECLARATION OF JILL THOMAS (DKT. # 8041)**<br><br>Discovery Cut-off: TBD<br>Pretrial Conference: TBD<br>Trial Date: TBD |

I, Diana M. Rutowski, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Opposition to Mattel, Inc.'s Objections to Portions of Discovery Matter Order No. 97 and the Supplemental Declaration of Jill Thomas (Dkt. # 8041). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Mattel Rule 30(b)(6) deposition of Jaime Elias, taken November 16, 2009.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on June 4, 2010, at Menlo Park, California.

                                              */s/ Diana M. Rutowski*
                                              Diana M. Rutowski

OHS West:260926954.1

- 1 -