QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK<br><br>Hearing Date:   TBD<br>Time:   TBD<br>Place:   TBD<br><br>Phase 2:<br>Discovery Cut-off:   TBD<br>Pre-trial Conference:   TBD<br>Trial Date:   TBD |

00505.07975/3526811.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Having considered Mattel, Inc.'s Motion to Compel the Deposition of William Fan And/Or Ray Black (the "Motion"), and all supporting papers, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. MGA Entertainment, Inc. shall identify any attorney that gave the advice referred to by Isaac Larian in his deposition testimony at 2375:21-2376:12 within two days of this Order.

2. MGA Entertainment, Inc. shall provide all attorneys so identified for deposition in Santa Ana within two weeks of this Order.

DATED:                    . 2010  _____
                                   Hon. David O. Carter
                                   United States District Judge