```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:   (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendants. | **JOINT STATUS REPORT REGARDING MEET AND CONFER PURSUANT TO MAY 25, 2010 ORDER** |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:          TBD |

00505.07975/3528430.1

JOINT STATUS REPORT REGARDING MEET AND CONFER PURSUANT TO MAY 25, 2010 ORDER

Pursuant to the Court's May 25, 2010 Order Overruling In Part And Sustaining In Part Objections to Discovery Matter Order Nos. 89/91, Mattel, Inc. and MGA Entertainment, Inc. hereby submit this Joint Status Report regarding the Parties' progress with respect to the meet and confers described in the Order.

The Order requires the Parties to meet and confer "to narrow the requests for production on an individual-by-individual basis" and "to narrow the search protocol as to the search of individual computers and flies." (Order at 4-5.) The Parties have met and conferred numerous times by phone and by letter pursuant to the Court's Order between May 28, 2010 and June 6, 2010. The Parties are making progress in reaching agreements regarding many of the issues and discussions regarding these issues are continuing.

DATED: June 7, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                            By /s/ Marshall M. Searcy III
                               Marshall M. Searcy III
                               Attorneys for Mattel, Inc.


DATED: June 7, 2010         ORRICK, HERRINGTON & SUTCLIFFE LLP

                            By /s/ Diana M. Rutowski
                               Diana M. Rutowski
                               Attorneys for MGA Entertainment, Inc.