| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone:  415-773-5700 |
| | Facsimile:   415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone:  213-629-2020 |
| | Facsimile:   213-612-2499 |
| 11 | |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Phase 2 - Hon. David O. Carter**<br><br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(b)(6)**<br><br>Discovery Cut-off:  TBD<br>Pretrial Conference: TBD<br>Trial Date: TBD |

I, Diana M. Rutowski, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Reply in Support of MGA's Cross-Motion to Compel Testimony of Mattel 30(b)(6). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Mattel Rule 30(b)(6) deposition of Keith Storie, taken December 16, 2009. This document is designated Confidential – Attorneys' Eyes Only and is being FILED UNDER SEAL pursuant to the protective order.

3. A search for "Wee 3 Friends" in Mattel's production yields more than 1,000 documents that have been produced within the last three months.

4. Under my supervision, Orrick paralegals have calculated that Mattel has produced from Russell Arons' custody 27 times, Robert Eckert's custody 11 times, Timothy Kilpin's custody 28 times, and Mary Alice McMorrow's custody 44 times.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on June 7, 2010, at Menlo Park, California.

*/s/ Diana M. Rutowski*
Diana M. Rutowski

OHS West:260929503.1

- 1 -

RUTOWSKI DECL ISO MGA'S REPLY ISO MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6)
CV-04-9049 DOC (RNBX)