# Appendix A

## Individuals Mattel Stated It Has Or Will Search

1. Abundis, Ricardo
2. Alderman, Andrew
3. Andres, Jules
4. Arons, Anne Russell
5. Artavia, Arnold
6. Ashbrook, Erika
7. Beal-Park, Cassidy
8. Bennett, Eve Kaen Laskaris
9. Bennett, Nancy
10. Benz, Molly
11. Bhuller, Manmohan
12. Bloodworth, John
13. Bloomfield, Kevin
14. Bossick, Jerome (Jerry)
15. Bousquette, Matthew
16. Brawer, Ron
17. Brisbois, Janine
18. Bryant, Carter
19. Buzby, Sarah
20. Casey, Kathy
21. Castilla, Jorge
22. Cavassuto, Omar
23. Cheng, Steve Quoc
24. Chi Hee Kim, Joyce (Kim, Joyce C)
25. Choi, Ok Soo
26. Chonavel, Fabienne
27. Clayton, Larry
28. Cleary, Jerry (Gerald)
29. Cloonan, Ana (Elise)
30. Contreras, Nick Armando
31. Cooney Jr, Daniel
32. Cota, Stephanie
33. Cygielman, Jamie
34. DeAnda, Richard
35. Debrowski, Thomas
36. DelBel, Nilo
37. Dennis, Alan
38. Doherty, Alison
39. Domingo, Luisito
40. Driskill, Ann
41. Dyer, Ian
42. Echevarria Davalos, Alejandro Martin
43. Eckert, Robert
44. Eldridge, Margo
45. Elias, Jaime
46. Farr, Kevin
47. Feldman, Joseph
48. Feldman, Traci
49. Fierro Zarate, Yeira Angelica
50. Fontanella, Adrienne
51. Freed, Lissa
52. Friedman, Neil
53. Ganey, Bill
54. Garcia, Mia Maria
55. Garcia, Paula (Treantafelles, Paula Dianthe)
56. Gillmour-Bryant, Kami
57. Gomez, Jean
58. Gonzalez del Valle, Adriana
59. Green, Joanne
60. Gutierrez, Rogelio
61. Halpern, Sarah
62. Han, Janet (now Janet Hsu)
63. Handy, John
64. Hansen, Melody
65. Hardouin, Christopher
66. Harris, Rachel
67. Hatch Leahy, Margaret
68. Hatch, Jill
69. Haverly, Kiyomi
70. Hibbert, Constance (Connie)
71. Hinh, Michael
72. Hitch, Martin
73. Hoffman-Briggs, Hoi
74. Honda Hatadi, Ricardo Kiyoshi
75. Hudnut, Rob
76. Huntley, James (Jim) Brian
77. Ibarra, Ricardo
78. Irmen, Richard
79. Isaias Zanetta, Roberto Jacobo
80. Jensen, Julia
81. Kao, Alice
82. Kauffmann, Kenneth
83. Kawashima, Fred
84. Kaye, Alan
85. Kilpin, Tim
86. Kim, Susan J. (Yoon Jung Kim)
87. Kim, Young Ran

88. Kirst, Kristen
89. Klopstein, Michael
90. Koch, Andreas
91. Komatsu, Ellen
92. Kuchem, Kara (Davison, Kara)
93. Kuemmerle, Susana
94. Kyaw, Sheila
95. Larson, Jill
96. Luther, Sujata
97. Lynch, Kris
98. Machado Gomez, Carlos Gustavo
99. Mann (Wadleigh), Joy
100. Marine, Julia
101. Marlow, Veronica (Marlow, Mariva V) (Maria Veronica de Souza Brandao Marlow)
102. Martinez, Liliana (Lily)
103. McBride, Susan
104. McColgan, Mark
105. McMorrow, Mary Alice
106. McShane, Michelle (now Shelly Liebovitz)
107. Meadows, Melinda
108. Mendez, Hernandez, Maria del Carmen
109. Miller, Barbara
110. Mils, Frank B.
111. Mnuk, Anthony
112. Montero Leyva, Lidia Ivete
113. Moore, Michael
114. Mullen Chianese, Maureen
115. Murtha, Gene
116. Nordquist, Jill
117. Normile, Robert (Bob)
118. Nussbaum, Conrad
119. Ochoa De Leon, Laura
120. Ongchangco, Kislap
121. Ouk, Jonathan
122. Owen, Daniel Ray
123. Owens, Laura
124. Palijo, Amelia Ivy Arafiles
125. Palmer, Rodney (Rod)
126. Papayanopoulos, Karla (Papayanopulos Carvajal, Karla Rocio)
127. Parducci, Anne
128. Pasko, Rene
129. Patel, Tina (Varu)
130. Pestonji, Danny
131. Phoosopha, Pootipong
132. Pratte, Joni
133. Prince, Jacqueline Ramona (Prince, Jackie)
134. Ratleff, Leland (Lee)
135. Reed, Wendy (Barnes, Wendy L)
136. Reyes, Scot Anthony
137. Reynolds Thompson, Marla
138. Rhee, Anna
139. Richter, Ian
140. Romano, Mateo
141. Ronquillo, Desiree E.
142. Ross, Ivy
143. Scothon, Chuck
144. Scott, Harvey
145. Starrett, Monica
146. Stinnett, Holly Aileen
147. Storie, Keith
148. Su, Jier
149. Tafoya, Maureen
150. Tamae, Gail (has new name)
151. Tawil, Lisa
152. Taylor, Mark
153. Thomas, Jill (Jill Burtis)
154. Totzke, Steve
155. Trueba, (Almada) Mariana
156. Tsiakaros, Michael
157. Vargas, Pablo (San Jose)
158. Velardi, Nancy
159. Villasenor, Sal
160. Wadleigh, Doug
161. Waisman, Vivianne
162. Waldron, Simon
163. Wang, Chang-Chin
164. Ward, Mercedeh
165. Whitaker, Dawn
166. Wicklin, Matte
167. Wilbur, Therese
168. Wong, Jenny M.L.
169. Wong, Samuel
170. Wong, Tricia Cui
171. Yonemoto, Sandy
172. Zablow, Milton (Milt)
173. Zalzman, Gabriel

## Individuals Mattel Conditionally Stated It Would Search

174. Dail, Carol
175. DeRosa, Christina
176. Franke, Joe
177. Gaynor, Joan
178. Griffin, Steve
179. Hanahan, Jeanne
180. Hollander, Rob
181. Horasz, Ed
182. Insley, Gene
183. Inzer, Lissa (formerly Lissa Freed)
184. Linker, Steve
185. Lorenz, Peter
186. Lorenzo, Cristina
187. Martinez, Lulu
188. McGrail, John
189. McKenzie, Carrie
190. Misener, Rhonda
191. Morales, Alberto
192. Murchek, Laura
193. Page Hutaff, Stephanie
194. Pattani, Ron
195. Plunkett, Carey
196. Rapp, Cynthia
197. Rapp, Dawn
198. Ravelo, Oany
199. Ray-Martin, Brenda
200. Remo, Deanne
201. Robillard, Sandra
202. Ross, Steve
203. Salop, Mark
204. Simoneau, Robert
205. Smith, Mark
206. Solorio, Miguel
207. Souza, Jerry
208. Sullivan, Mark
209. Viohl, Evelyn
210. Walker, Geoff
211. Watt, Simon

## Additional Individuals MGA Requests That Mattel Search

1. Randy Adams
2. Donald Aiken
3. Julie Caravaggio
4. Karen Cundari
5. Oscar De La Vega
6. Henry Delcastillo
7. Rick Dellaquila
8. Tony Di Michele
9. Diane Douglass
10. Bill Guarisco
11. Debbie Haag
12. Tom Keefer
13. Joyce Kelly
14. Doug Kerner
15. Carol Laumen
16. Geoff Massingberd
17. Christine McFarland
18. Brian O'Connor
19. Kelly Osier
20. Ron Rae
21. Mandana Sadigh
22. Alice Sato
23. Julie Scholvin
24. Michael Shore
25. Chris Sinclair
26. Gregg Stefanik
27. Bryan Stockton
28. Steven Tarmichael
29. Matt Turetzky
30. Ben Van Dousbergh
31. Roel Van Neerbos
32. Drew Vollero
33. Jim Wagner
34. Korine Weiss
35. Allison Willensky