# Appendix B

## Requests As to Which Mattel Has Not Objected, Other Than Scope of Search

**9049 RFPs:** 17, 19, 30, 31, 34, 35, 36, 40, 41, 42, 44, 46, 69, 71, 72, 73, 74, 75, 86, 87, 88, 89, 90, 91, 95, 96, 97, 100, 101, 105, 113, 116, 117, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 170, 172, 173, 176, 177, 180, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, 383, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 425, 426, 427, 428, 429, 430, 433, 435, 437, 438, 439, 447, 448, 449, 450, 451, 453, 456, 457, 458, 459, 460, 461, 464, 465, 467, 468, 469, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 485, 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 516, 517, 518, 519, 520, 521, 522, 523, 524, 541, 542, 544, 547, 553, 554, 560, 561, 562, 563, 564, 569, 572, 573, 574, 575, 576, 577, 578, 579, 580, 584, 585, 586, 587, 588, 589, 590, 594, 600, 603, 605, 607, 609, 626, 642, 643, 644, 646, 649, 650, 651, 655, 657, 675, 679, 680, 681, 682, 683, 684, 685, 686, 687, 688, 689, 690, 697, 698, 699, 700, 701, 702, 703, 704, 705, 706, 707, 709, 710, 711, 712, 713, 714, 715, 716, 717, 718, 719, 720, 721, 722, 723, 724, 726, 727, 728, 729, 730, 731, 732, 733, 735, 741, 743, 744, 745, 746, 757, 758, 572(2), 573(2), 574(2), 770, 771, 772, 773, 774, 789, 790, 791, 794.

**9059 RFPs:** 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23, 24, 25, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 115, 116, 117, 118, 124, 127, 132, 133, 134, 135, 142, 143, 145, 149, 150, 151, 152, 153, 154, 155, 156, 158, 159, 160, 161, 165, 166, 167, 176, 177, 178, 179, 184, 185, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 252, 253, 255, 256, 257, 272, 273, 274, 275, 276, 277, 278, 279, 280, 283, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 298, 301, 308, 310, 312, 314, 316, 318, 319, 321, 322, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361.