# Appendix C

| RFP # | RFP | Revised RFP |
|---|---|---|
| 9049 RFP 545 | Each DOCUMENT evidencing a disclosure by a MATTEL employee of pre-employment inventions disclosed to MATTEL in connection with the employee's execution of MATTEL's CONFLICT OF INTEREST QUESTIONNAIRE. | Narrowed by type of document to (1) conflict of interest questionnaires, (2) proprietary information checkout forms, (3) exit interview materials, and (4) employee invention disclosure documents from the employee's Human Resource files.[1] |
| 9049 RFP 558 | All DOCUMENTS relating to each disclosure, whether written or oral, made to MATTEL by a MATTEL employee or independent contractor of "Proprietary Subject Matter made or conceived during the term of [an employee's or independent contractor's] employment" as this phrase is used in MATTEL's "Proprietary Information Checkout" form. | Narrowed by type of document to (1) conflict of interest questionnaires, (2) proprietary information checkout forms, (3) exit interview materials, and (4) employee invention disclosure documents from the employee's Human Resource files. |
| 9049 RFP 559 | All DOCUMENTS relating to each COMMUNICATION, whether written or oral, made to MATTEL by a MATTEL employee or independent contractor of "inventions... conceived or reduced to practice by [an employee or independent contractor] (along or jointly by others) at any time during [an employee's or independent contractor's] employment by Mattel" as this phrase is used in the Inventions Agreement. | Narrowed by type of document to (1) conflict of interest questionnaires, (2) proprietary information checkout forms, (3) exit interview materials, and (4) employee invention disclosure documents from the employee's Human Resource files. |

OHS West:260929018.1

---

[1] MGA submits this limitation in reliance upon the information provided by Mattel in Marshall Searcy's June 6, 2010 letter, Exhibit G hereto.

Appendix C - Page 11