# Appendix D

| RFP # | RFP | Revised RFP |
|---|---|---|
| 9049 RFP 598 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit by MATTEL (other than this ACTION) alleging infringement of MATTEL's intellectual property rights in any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product. | Narrowed by products to Mattel products marketed and/or sold in trapezoidal packaging, Wee 3 Friends, and products in connection with which Mattel is seeking damages.[1] |
| 9049 RFP 599 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit agent MATTEL (other than this ACTION) alleging that any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product infringes the intellectual property rights of another PERSON. | Narrowed by products to Mattel products marketed and/or sold in trapezoidal packaging, Wee 3 Friends, and products in connection with which Mattel is seeking damages.[2] |
| 9059 RFP 212 | All COMMUNICATIONS mentioning, referring to, or relating to any non-MATTEL lawsuit, litigation, arbitration or other legal proceeding to which MGA is or was a party. | Narrowed to communications regarding actual or contemplated assistance, either informational or financial, offered by or requested from Mattel. |
| 9059 RFP 218 | All COMMUNICATIONS sent to or received from any party to any non MATTEL lawsuit, litigation, arbitration or other legal proceeding to which MGA is or was party, or any agent or representative of such party, including such party's attorney. | Narrowed to communications regarding actual or contemplated assistance, either informational or financial, offered by or requested from Mattel. |

---

[1] During meet and confer efforts, counsel for MGA stated that MGA would consider further limiting the types of documents, for example to filings and expert reports, if Mattel would provide MGA with a list of the lawsuits that would be responsive to 9049 RFP Nos. 598 and 599 as narrowed so that MGA could determine whether any other types of documents would be relevant. MGA's offer remains on the table.

[2] *See* Fn. 1 *supra*.