# Appendix E

| RFP # | Description | Revised RFP |
|---|---|---|
| 9049 RFP 3 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of the doll YOU refer to as "a Mattel doll character called BARBIE" as asserted in paragraph 25 of YOUR ANSWER responding to paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. | Objection Overruled |
| 9049 RFP 45 | All DOCUMENTS REFERRING OR RELATING TO MATTEL's purchase of doll hair, at any time since June 2001. | Objection Overruled |
| 9049 RFP 98 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO any COMMUNICATIONS, between YOU on the one hand and any employee, officer, director, agent, representative, or counsel for any competitor of MGA REFERRING OR RELATING TO MGA, "BRATZ," or this lawsuit, or other litigation involving the parties hereto or their employees. | Objection Overruled |
| 9049 RFP 168 | All DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS with any third party regarding MY SCENE MY BLING BLING product with real gems, including but not limited to advertisements, announcements, memoranda, conversations, offers for sale, and purchase orders, including but not limited to any such COMMUNICATIONS made before May 12, 2006. | Objection Overruled |
| 9049 RFP 423 | All DOCUMENTS REFERRING OR RELATING TO unreleased "MY SCENE" products (including, but not limited to, fashion dolls, styling heads, play sets). | Objection Overruled |
| 9049 RFP 452 | All DOCUMENTS REFERRING OR RELATING TO directives, suggestions or instructions from YOU to create ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS" or any other MATTEL products using elements that are similar to or the same as elements used in ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. | Objection Overruled |

| RFP # | Description | Revised RFP |
|---|---|---|
| 9049 RFP 462 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, with any buyers, merchandisers, general merchandise managers, retailers, suppliers, licensees, potential licensees, or licensing agents world wide in which YOU made comments about the launch or discontinuation of any "BRATZ" product or any other MGA products known to you. | Objection Overruled |
| 9049 RFP 463 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS with any industry analysts world wide in which YOU made comments about the launch or discontinuation of any "BRATZ" product or any other MGA products known to YOU. | Objection Overruled |
| 9049 RFP 466 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, with any licensees, potential licensees, or licensing agents world wide in which YOU made comments about any potential business dealings between MGA and any such licensee, potential licensee or licensing agent. | Objection Overruled |
| 9049 RFP 512 | All DOCUMENTS REFERRING OR RELATING TO the creation, origins or sources of inspiration of "POLLY POCKET COLOR SURPRISE POLLY" including, without limitation, the creation, origins or sources of inspiration of the pose of "POLLY POCKET COLOR SURPRISE POLLY." | Objection Overruled |
| 9049 RFP 513 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "POLLY POCKET COLOR SURPRISE POLLY and any MGA product (whether released or unreleased) known to YOU, including but not limited to any similarity or dissimilarity between the pose of "POLLY POCKET COLOR SURPRISE POLLY" and the pose of any MGA product known to YOU. | Objection Overruled |
| 9049 RFP 514 | All DOCUMENTS REFERRING OR RELATING TO whether the appearance or pose of "POLLY POCKET COLOR SURPRISE POLLY" copies, replicates, or in any way imitates the appearance or pose of any MGA product (whether released or | Objection Overruled |

| RFP # | Description | Revised RFP |
|---|---|---|
|  | unreleased) known to YOU. |  |
| 9049 RFP 515 | DOCUMENTS, including but not limited to organizational charts, sufficient to identity (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of "POLLY POCKET COLOR SURPRISE POLLY." | Objection Overruled |
| 9049 RFP 583 | All DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO the conception, reduction to practice, design, marketing, or promotion of any CONTESTED MATTEL PRODUCT. | Objection Overruled |
| 9049 RFP 606 | All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO changes or amendments made to MATTEL's employment contracts since BRYANT left MATTEL's employment on or about October 20, 2000. | Objection Sustained |
| 9049 RFP 608 | All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO changes or amendments made to MATTEL's EMPLOYEE INVENTIONS AGREEMENT since BRYANT left MATTEL's employment on or about October 20, 2000. | Objection Sustained |
| 9049 RFP 610 | All DOCUMENTS and COMMUNICATIONS REFERRING TO OR RELATING TO changes or amendments made to MATTEL's CONFLICT OF INTEREST QUESTIONNAIRE since BRYANT left MATTEL's employment on or about October 20, 2000. | Objection Sustained |
| 9049 RFP 648 | All DOCUMENTS REFERRING TO OR RELATING TO HOLLY HOBBIE that also REFER TO OR RELATE TO BRATZ. | Narrowed to consumer research studies and other research involving children or adults' preferences, including both Holly Hobby and Bratz. |
| 9049 RFP 678 | All COMMUNICATIONS between YOU, including your inside and outside counsel, on the one hand, and any PERSON including, but not limited to, UBISOFT, any former MGA employee, any former MATTEL employee, any current or former freelancer | Court ordered to strike the words "including but not." |

| RFP # | Description | Revised RFP |
|---|---|---|
| | including, but not limited to, Steve Linker, Anna Rhee, Matt Bousquette, Adrienne Fontanella, Kris Lynch, Len Mazzocco, Pamela Brew Peretz, Rachel Harris, Barbara Miller, Victoria O'Connor, Kami Gillmour, Andreas Koch, Maureen Mullen Chianese, David Dees, Steve Tarmichael, Liz Hogan, Mercedah Ward, Margaret Hatch Leahy, Jessie Ramirez, or any PERSON listed in any party's initial disclosures (as amended) on the other hand, REFERRING OR RELATING to

(a) the design or development of any BRATZ product;

(b) the project known as DIVA STARZ;

(c) the allegations in this ACTION (including, without limitation, any facts underlying this ACTION or a PERSON's belief or view as to the merits of any claim or defense in this ACTION) or any facts underlying this ACTION; or

(d) any MGA LAWSUIT (including, without limitation, any facts underlying the MGA LAWSUIT or a PERSON's belief or view as to the merits of any claim or defense in the MGA LAWSUIT). | |
| 9049 RFP 694 | All COMMUNICATIONS between YOU, including your inside and outside counsel, on the one hand, and any PERSON on the other, including but not limited to HASBRO, UBISOFT, CITYWORLD, ART ATTACKS and FRED LARIAN REFERRING OR RELATING TO the allegations in this ACTION, or any MGA LAWSUIT (including, without limitation, any facts underlying this ACTION or MGA LAWSUIT or any PERSON's belief or view as to the merits of any claim or defense in this ACTION or MGA LAWSUIT). | Court ordered to strike the words "including but not." |
| 9049 RFP 708 | DOCUMENTS sufficient to show customer rebates or credits given by YOU or YOUR licensees to customers in connection with MY SCENE DOLLS. | Narrowed to time period during which Mattel is seeking damages. |
| 9049 RFP 725 | DOCUMENTS sufficient to show customer rebates and credits given by YOU or YOUR licensees to | Narrowed to time period during which |

Appendix E - Page 16

| RFP # | Description | Revised RFP |
|---|---|---|
|  | customers in connection with MY SCENE PRODUCTS. | Mattel is seeking damages. |
| 9049 RFP 776 | All DOCUMENTS REFERRING OR RELATING to any purchase or acquisition by MATTEL of a BRATZ product or accessory, including but not limited to, all invoices, receipts, and purchase orders. | Withdrawn. |
| 9049 RFP 787 | All DOCUMENTS REFERRING OR RELATING to any survey, focus group, consumer research or other market research (whether conducted by MATTEL or any third party) concerning MY SCENE, BRATZ, or BARBIE, including but not limited to the focus groups discussed on page 114 of the deposition of Kumi Croom and the consumer research conducted by Mattel Worldwide Consumer Research group (or any third party) discussed beginning on page 132 of the deposition of Kumi Croom. | Court ordered to strike the words including but not. |
| 9059 RFP 5 | All DOCUMENTS mentioning, referring or relating to BRATZ DOLLS, if YOU seek in this case to enjoin the sale of BRATZ DOLLS, or seek, as any part of YOUR recovery or damages in this case, any right or interest in, revenues or profits from, or lost profits or other damages caused by BRATZ DOLLS. | Objection Overruled |
| 9059 RFP 18 | All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. | Objection Overruled |
| 9059 RFP 189 | All DOCUMENTS mentioning, referring to, or relating to any consideration given by MATTEL to acquiring MGA. | Objection Overruled |