# Appendix F

| RFP # | RFP | Revised RFP |
|---|---|---|
| 9049 RFP 1 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "MY SCENE" including, without limitation, the purpose for which "MY SCENE" products were created. | |
| 9049 RFP 2 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of "MY SCENE" dolls as identified in paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. | |
| 9049 RFP 3 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of the doll YOU refer to as "a Mattel doll character called BARBIE" as asserted in paragraph 25 of YOUR ANSWER responding to paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. | See Appendix E. |
| 9049 RFP 4 | All DOCUMENTS REFERRING OR RELATING TO consideration being given to changing the appearance, including but not limited to DOCUMENTS REFERRING OR RELATING TO sculpts, face paint, and eye design, of the "MY SCENE" dolls, as identified in paragraph 34 of the COMPLAINT, to the appearance as identified in paragraphs 37-40 of the COMPLAINT. | |
| 9049 RFP 5 | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls ever released as a commercial product, including without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas or concepts. | |
| 9049 RFP 6 | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls considered by YOU but never released as a commercial product, including without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas or concepts. | |
| 9049 RFP 7 | All DOCUMENTS REFERRING OR RELATING TO changes to "MY SCENE" from the appearance as identified in paragraph 34 of the COMPLAINT to the appearance as identified in paragraphs 37-40 of the COMPLAINT including, without limitation, the sculpt, face paint plans or designs, eye designs, ideas, and drafts. | |
| 9049 RFP 8 | All DOCUMENTS which support YOUR assertions | |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | in paragraphs 27 and 30 of YOUR ANSWER regarding dolls identified in paragraphs 37 and 40 of the COMPLAINT. | |
| 9049 RFP 9 | All DOCUMENTS which support YOUR assertions in paragraphs 28 and 29 of YOUR ANSWER regarding eye designs identified in paragraphs 38 and 39 of the COMPLAINT. | |
| 9049 RFP 10 | All DOCUMENTS REFERRING OR RELATING TO the design, development, themes, conception or creation of the packaging or artwork of "MY SCENE" including without limitation, the motivation, purpose, or inspiration for the packaging or artwork. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 11 | All DOCUMENTS REFERRING OR RELATING TO the development of the product design trade dress or packaging trade dress of "MY SCENE," including but not limited to the total image, design and appearance of the "MY SCENE" product, as well as features of the "MY SCENE" product such as size, shape, color, color combinations, texture or graphics, or anything else MATTEL considers to be its proprietary trade dress of "MY SCENE," and any changes thereto. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 12 | DOCUMENTS sufficient to show any position MATTEL has taken with respect to its claimed trade dress in connection with any "MY SCENE" product, including but not limited to internal COMMUNICATIONS, COMMUNICATIONS with third parties, trademark applications and related DOCUMENTS; filings in judicial proceedings or regulatory filings. | Narrowed to trapezoidal packaging. |
| 9049 RFP 13 | All DOCUMENTS REFERRING OR RELATING TO any MARKET RESEARCH, projections or plans pertaining to the release of "MY SCENE" to the market. | |
| 9049 RFP 14 | All DOCUMENTS REFERRING OR RELATING TO the creation or development of the "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond") themes including but not limited to DOCUMENTS showing when and how they were first conceived and any awareness by MATTEL of similar or proposed MGA themes. | Narrowed to trapezoidal packaging; and products in connection with which Mattel is seeking damages. |
| 9049 RFP 15 | All DOCUMENTS REFERRING OR RELATING | Narrowed to |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | TO the timing or plans for release of the "MY SCENE" themes "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond"). | trapezoidal packaging; and<br><br>products in connection with which Mattel is seeking damages. |
| 9049 RFP 16 | All DOCUMENTS REFERRING OR RELATING TO the "BRATZ" themes including but not limited to "Forever Diamondz," "Rock Angelz," "Bratz Rodeo," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk," "Funky Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer" before they were advertised or otherwise made publicly available. | Narrowed to trapezoidal packaging; and<br><br>products in connection with which Mattel is seeking damages. |
| 9049 RFP 18 | All DOCUMENTS REFERRING OR RELATING TO any "BRATZ" product or theme as an inspiration or factor in the development of any "MY SCENE" product. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 20 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" packaging, including without limitation, advertising (including commercials), color schemes, product display, shape, and the transparent style of packaging. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 21 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE," including without limitation, themes, accessories, clothing, and shoes. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 22 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" dolls, including without limitation, feet, hair, removable heads, face paint eye design, head size, body proportions, and any other physical attributes. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9049 RFP 23 | All DOCUMENTS REFERRING OR RELATING TO whether the appearance of "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Mattel agrees to produce (Appendix G). |
| 9049 RFP 24 | All DOCUMENTS REFERRING OR RELATING TO whether the appearance of "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE." | Mattel agrees to produce (Appendix G). |
| 9049 RFP 25 | All DOCUMENTS REFERRING OR RELATING TO whether "MY SCENE" infringes or potentially | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | infringes the copyrights, trademarks, or trade dress of "BRATZ." | |
| 9049 RFP 26 | All DOCUMENTS REFERRING OR RELATING TO whether "BRATZ" infringes or potentially infringes the copyrights, trademarks, or trade dress of "MY SCENE." | Mattel agrees to produce (Appendix G). |
| 9049 RFP 27 | All DOCUMENTS REFERRING OR RELATING TO actual or potential consumer confusion between any "MY SCENE" product and any "BRATZ" product. | Narrowed to trapezoidal packaging.  As narrowed, Mattel agrees to produce (Appendix G). |
| 9049 RFP 28 | All MATTEL product catalogs, sell sheets and product information sheets that include "MY SCENE" products, from 2001 to the present. | |
| 9049 RFP 29 | DOCUMENTS sufficient to show all iterations of the www.myscene.com, 3 www.myscene.everythinggirl.com, or http://myscene.everythinggirl.com websites. | Withdrawn |
| 9049 RFP 68 | All commercials referenced in paragraph 47 of YOUR ANSWER. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 70 | All studies, analyses, presentations or investigations, including internal studies, analyses, presentations or investigations, REFERRING OR RELATING TO actual or potential market competition between "MY SCENE" and "BRATZ." | Narrowed to products in connection with which Mattel is seeking damages. |
| 9049 RFP 76 | All DOCUMENTS REFERRING OR RELATING TO the quality or reputation of "MY SCENE" including, without limitation, accolades or awards for "MY SCENE." | Narrowed to time period during which Mattel is seeking damages. |
| 9049 RFP 77 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "MY SCENE," including in relation to "BRATZ" by any third party. | Narrowed to time period during which Mattel is seeking damages. |
| 9049 RFP 78 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "BRATZ," including in relation to "MY SCENE." | |
| 9049 RFP 79 | All DOCUMENTS evidencing confusion between "BRATZ" and "MY SCENE," including without limitation DOCUMENTS in which photographs ozone party's products have been used to depict another party's products or reference to one party's products have been made in lieu of the other party's products. | Narrowed to trapezoidal packaging.  As narrowed, Mattel agrees to produce (Appendix G). |
| 9049 RFP 80 | DOCUMENTS, including but not limited to | Withdrawn |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | organizational charts, sufficient to identify (by name and job function) all MATTEL personnel with responsibility, at any time since January 2001, for marketing or MARKET RESEARCH, REFERRING OR RELATING TO "MY SCENE." | |
| 9049 RFP 81 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel with responsibility for "MY SCENE" sales, promotions, marketing, packaging, advertising (including but not limited to television commercials), development or design, including without limitation internal departments, teams or organizations with responsibility for any specific retailer, licensee or others in the industry. | Withdrawn |
| 9049 RFP 82 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel comprising the primary team that worked on the design and development of the original "MY SCENE" products as identified in paragraph 34 of the COMPLAINT. | Withdrawn |
| 9049 RFP 83 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all MATTEL personnel comprising the primary team that worked on the design and development of the more recent "MY SCENE" products as identified in paragraphs 37 and 38 of the COMPLAINT. | Withdrawn |
| 9049 RFP 84 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current MATTEL personnel comprising the primary team currently working on the design and development of "MY SCENE" products. | Withdrawn |
| 9049 RFP 85 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all former MATTEL personnel who were ever a member of the primary team that worked on the design and development of "MY SCENE" products. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 92 | All "New Toy Status Reports" for "MY SCENE." | Narrowed to products in connection with which Mattel is seeking damages. |
| 9049 RFP 93 | DOCUMENTS sufficient to indicate when a project | Withdrawn |

Appendix F - Page 22

| RFP # | RFP | Revised RFP |
|---|---|---|
| | number was first assigned to "MY SCENE." | |
| 9049 RFP 94 | All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATION between MATTEL and any participant in any MARKET RESEARCH REFERRING OR RELATING TO "MY SCENE," MGA or "BRATZ." | Narrowed to strike the words "DOCUMENTS REFERRING OR RELATING TO any." |
| 9049 RFP 106 | All DOCUMENTS tending to support or refute MATTEL's claims, if any, that "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. | |
| 9049 RFP 107 | All COMMUNICATIONS between YOU and any retailer REFERRING OR RELATING TO whether "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9049 RFP 108 | All COMMUNICATIONS between YOU and any retailer REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Mattel agrees to produce (Appendix G). |
| 9049 RFP 109 | All COMMUNICATIONS between YOU and any customer REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Mattel agrees to produce (Appendix G). |
| 9049 RFP 110 | All COMMUNICATIONS between YOU and any member of the press REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Mattel agrees to produce (Appendix G). |
| 9049 RFP 111 | All COMMUNICATIONS between YOU and any supplier REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ." | Mattel agrees to produce (Appendix G). |
| 9049 RFP 112 | All COMMUNICATIONS between YOU and any other third party REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ". | Mattel agrees to produce (Appendix G). |
| 9049 RFP 114 | All DOCUMENTS tending to support or refute any of the denials, allegations or statements in YOUR ANSWER, not produced in response to another Request. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 115 | All DOCUMENTS tending to support or refute YOUR affirmative defenses to the COMPLAINT, not produced in response to another Request. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 168 | All DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS with any third party regarding MY SCENE MY BLING BLING | See Appendix E. |

| RFP # | RFP | Revised RFP |
|---|---|---|
|  | product with real gems, including but not limited to advertisements, announcements, memoranda, conversations, offers for sale, and purchase orders, including but not limited to any such COMMUNICATIONS made before May 12, 2006 |  |
| 9049 RFP 171 | All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any third party's decision not to buy, license, manufacture, promote, distribute or sell MY SCENE MY BLING BLING, including but not limited to MY SCENE MY BLING BLING with real gems |  |
| 9049 RFP 384 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "ACCELERACERS," including, without limitation, the purpose for which "ACCELERACERS" products were created. | Withdrawn |
| 9049 RFP 385 | All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the "ACCELERACERS" logo. | Withdrawn |
| 9049 RFP 386 | All DOCUMENTS REFERRING OR RELATING TO the decision rename one of YOUR "Hot Wheels" toy lines "ACCELERACERS." | Withdrawn |
| 9049 RFP 387 | All DOCUMENTS REFERRING OR RELATING TO the decision to rebrand the "Hot Wheels Highway 35" line under the logo "ACCELERACERS." | Withdrawn |
| 9049 RFP 388 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "ACCELERACERS" products and themes prior to their initial release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | Withdrawn |
| 9049 RFP 389 | All DOCUMENTS REFERRING OR RELATING TO "ALIEN RACERS" as a source of inspiration for or factor in the development of "ACCELERACERS." | Withdrawn |
| 9049 RFP 390 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "ALIEN RACERS" during the creation, design and development of "ACCELERACERS." | Withdrawn |
| 9049 RFP 391 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between John Handy and Matt Bousquette regarding "ALIEN RACERS." | Withdrawn |

| RFP # | RFP | Revised RFP |
|---|---|---|
| 9049 RFP 392 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "ALIEN RACERS" and "ACCELERACERS." | Withdrawn |
| 9049 RFP 393 | All DOCUMENTS REFERRING OR RELATING TO whether "ACCELERACERS" copy, replicate, or in any way imitate "ALIEN RACERS." | Withdrawn |
| 9049 RFP 394 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between "ACCELERACERS" and "ALIEN RACERS." | Withdrawn |
| 9049 RFP 395 | Copies of all television ADVERTISEMENTS for "ACCELERACERS." | Withdrawn |
| 9049 RFP 396 | All DOCUMENTS REFERRING OR RELATING TO MGA's ADVERTISEMENTS for "ALIEN RACERS," including but not limited to YOUR efforts to analyze, copy or imitate MGA's ADVERTISEMENTS for "ALIEN RACERS." | Withdrawn |
| 9049 RFP 397 | All DOCUMENTS REFERRING OR RELATING TO the inspiration for, development of, or creation of the theme of the ADVERTISEMENTS for "ACCELERACERS." | Withdrawn |
| 9049 RFP 398 | All DOCUMENTS REFERRING OR RELATING TO the inspiration for, development of, or creation of the ad copy for the ADVERTISEMENTS for "ACCELERACERS," including but not limited to the phrase "race to save the world." | Withdrawn |
| 9049 RFP 399 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO "ACCELERACERS." | Withdrawn |
| 9049 RFP 400 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of the "ACCELERACERS" products, commercials, themes and, logo. | Withdrawn |
| 9049 RFP 401 | All DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "LITTLE MOMMY," including, without limitation, the purpose for which "LITTLE MOMMY" products were created and why the "LITTLE MOMMY" name was selected. | Withdrawn |

| RFP # | RFP | Revised RFP |
|---|---|---|
| 9049 RFP 402 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the "LITTLE MOMMY" name, products and themes prior to their initial release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | Withdrawn |
| 9049 RFP 403 | All DOCUMENTS REFERRING OR RELATING TO any "MOMMY'S LITTLE..." product, theme or name as an inspiration for or factor in the development of any "LITTLE MOMMY" product, theme or name. | Withdrawn |
| 9049 RFP 404 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "MOMMY'S LITTLE ..." during the creation, design and development of "LITTLE MOMMY." | Withdrawn |
| 9049 RFP 405 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "MOMMY'S LITTLE..." and "LITTLE MOMMY." | Withdrawn |
| 9049 RFP 406 | All DOCUMENTS REFERRING OR RELATING TO whether the name, products, appearance, or themes of "LITTLE MOMMY" copy, replicate, or in any way imitate the name, products, appearance, or themes of "MOMMY'S LITTLE...." | Withdrawn |
| 9049 RFP 407 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between "LITTLE MOMMY" and "MOMMY'S LITTLE...." | Withdrawn |
| 9049 RFP 408 | DOCUMENTS sufficient to determine total sales, revenue, royalties, costs of goods sold and any other costs attributable to net profits REFERRING OR RELATING TO "LITTLE MOMMY." | Withdrawn |
| 9049 RFP 409 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the design and development of the "LITTLE MOMMY" products, themes and name. | Withdrawn |
| 9049 RFP 420 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of "BRATZ" during the creation, design and development of "MY SCENE." | Withdrawn |
| 9049 RFP 421 | All DOCUMENTS REFERRING OR RELATING | Mattel agrees to |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | TO the selection, approval process, design and development of "MY SCENE" products (including, but not limited to, fashion dolls, styling heads and plush toys), themes and packaging prior to their release to the public, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | produce (Appendix G). |
| 9049 RFP 422 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between MATTEL's Cassidy Park and Lily Martinez, Adrienne Fontanella, Ivy Ross, Matt Bousquette, or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL, the creation of "MY SCENE," and/or efforts to copy or knock off "BRATZ." | Narrowed to strike the words "or any other current or former employee of MATTEL" and "the creation of 'MY SCENE.'" |
| 9049 RFP 423 | All DOCUMENTS REFERRING OR RELATING TO unreleased "MY SCENE" products (including, but not limited to, fashion dolls, styling heads, play sets). | See Appendix E. |
| 9049 RFP 424 | All photographs (including, but not limited to, photographs in print or digital format) of "BRATZ" taken by any current or former MATTEL salesman or product manager, and all DOCUMENTS REFERRING OR RELATING TO such photographs, including, but not limited to, DOCUMENTS sufficient to show when and where the photographs were taken. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 431 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between Ben Van Doesburgh and Adrienne Fontanella, Matt Bousquette or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY SCENE." | Narrowed to strike the words "or any other current or former employee of MATTEL." |
| 9049 RFP 432 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between any current or former employees of Mattel Espana S.A., on the one hand, and Adrienne Fontanella, Matt Bousequette or any other current or former MATTEL employees regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY SCENE." | Narrowed to strike the words "or any other current or former MATTEL employees." |
| 9049 RFP 434 | All DOCUMENTS regarding any MARKET RESEARCH regarding MGA, "BRATZ" or any other | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | MGA product known to YOU, that has been funded or commissioned (indirectly or directly, in whole or in part) by YOU. | |
| 9049 RFP 440 | All DOCUMENTS REFERRING OR RELATING TO the conception, creation and design of BARBIE GIRL, including without limitation, the motivation, purpose, origins of, or inspiration for BARBIE GIRL. | Withdrawn |
| 9049 RFP 441 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, retailers, distributors, licensees or members of the press) between BARBIE GIRL and "BRATZ." | Withdrawn |
| 9049 RFP 442 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BARBIE GIRL and "BRATZ." | Withdrawn |
| 9049 RFP 443 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BARBIE GIRL and the animated "Barbie" character currently on the homepage of YOUR Barbie.com website. | Withdrawn |
| 9049 RFP 444 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of BARBIE GIRL. | Withdrawn |
| 9049 RFP 445 | All DOCUMENTS REFERRING OR RELATING TO the Bratz.com website, including but not limited to all DOCUMENTS REFERRING OR RELATING TO this website as an inspiration for or factor in the creation and development of any MATTEL website or product. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 446 | All DOCUMENTS REFERRING OR RELATING TO the Miuchiz.com website, including but not limited to all DOCUMENTS REFERRING OR RELATING TO this website as an inspiration for or factor in the creation and development of any MATTEL website or product. | Withdrawn |
| 9049 RFP 452 | All DOCUMENTS REFERRING OR RELATING TO directives, suggestions or instructions from YOU to create ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS" or any other MATTEL products using elements that are similar to or the same as elements used in | Mattel agrees to produce (Appendix G).\n\nSee also Appendix E. |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. | |
| 9049 RFP 454 | All DOCUMENTS REFERRING OR RELATING TO proposed or actual ADVERTISEMENTS for "MY SCENE," "POLLY POCKET," "ACCELERACERS," or any other MATTEL products and which also REFER OR RELATE TO "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 455 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, analysis, or assessment of ADVERTISEMENTS for "BRATZ," "ALIEN RACERS," or any other MGA products known to YOU. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 471 | All DOCUMENTS REFERRING OR RELATING TO any claims, threat of litigation and/or litigation that any PERSON has asserted against MATTEL regarding infringement by MY SCENE or DIVA STARZ, including, but not limited to, cease and desist letters. | |
| 9049 RFP 472 | All DOCUMENTS REFERRING OR RELATING TO any SIMBA LITIGATION, including, but not limited to, all pleadings, declarations, affidavits, briefs, deposition transcripts, orders or other documents, and any English translations thereof, submitted to the court by MATTEL or SIMBA TOYS in support of its claims and defenses or any rulings or decisions issued by the court. | |
| 9049 RFP 473 | All DOCUMENTS REFERRING OR RELATING TO the creation and development of the "We Believe in Girls" website, found at www.webelieveingirls.com, that also mention BRATZ and/or MGA. | Withdrawn |
| 9049 RFP 525 | Copies of all producers' affidavits for any ADVERTISEMENT for MY SCENE or ACCELERACERS. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 540 | Each of Mattel's Brand Directional Outlines. | Narrowed temporally from 1995 through 2005. |
| 9049 RFP 549 | Each "brand brief," "creative brief," or other similar DOCUMENT concerning the advertising strategy for MATTEL's "BARBIE" products, including but not limited to "BARBIE" dolls. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 550 | Each "brand brief," "creative brief," or other similar | Mattel agrees to |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | DOCUMENT concerning the advertising strategy for MATTEL's "MY SCENE" products, including but not limited to "MY SCENE" DOLLS. | produce (Appendix G). |
| 9049 RFP 551 | Each report, study, presentation, memorandum, or other DOCUMENT that analyzed the effectiveness of any television commercial or any advertising campaign for MATTEL's "BARBIE" products, including but not limited to "BARBIE" dolls. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 552 | Each report, study, presentation, memorandum, or other DOCUMENT that analyzed the effectiveness of any television commercial or any advertising campaign for MATTEL's "MY SCENE" products, including but not limited to "MY SCENE" DOLLS. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 555 | Each report of consumer or customer research relating to the market for fashion dolls and/or any specific fashion doll, whether marketed by MATTEL or otherwise. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 556 | All DOCUMENTS relating to each "stopper" product introduction launched by MATTEL in response to the launch of a MATTEL competitor's product, and all DOCUMENTS assessing the success of Mattel's "stopper" product. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 557 | DOCUMENTS sufficient to evidence each assessment by or for MATTEL of the BRATZ line of products. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 566 | All DOCUMENTS REFERRING OR RELATING TO business plans, forecasts, budgets and projects prepared by YOU in connection with each of YOUR products, including but not limited to BARBIE and MY SCENE. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 567 | All DOCUMENTS REFERRING OR RELATING TO market research and competitive studies and analyses prepared or conducted by YOU with respect to the fashion doll market. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 581 | All DOCUMENTS REFERRING OR RELATING TO the identity of licensees of BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT since January 1,2001. | Withdrawn |
| 9049 RFP 582 | All license agreements for BARBIE or any intellectual property relating to any CONTESTED MATTEL PRODUCT that was in effect at any time from January 1, 2001 to the present. | Withdrawn |
| 9049 RFP 583 | All DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO the conception, reduction to practice, design, marketing, or promotion | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | of any CONTESTED MATTEL PRODUCT. | See also Appendix E. |
| 9049 RFP 595 | All DOCUMENTS and COMMUNICATIONS between MATTEL and Mattel Mexico REFERRING OR RELATING TO the conception, design, manufacture, production, marketing or sale of any BRATZ product or the allegations in Mattel's COUNTERCLAIMS. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 596 | All DOCUMENTS and COMMUNICATIONS between MATTEL and Mateo Romano REFERRING OR RELATING TO the conception, design, manufacture, production, marketing or sale of any BRATZ product or the allegations in MATTEL's COUNTERCLAIMS. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 597 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any litigation with Simba. | |
| 9049 RFP 598 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit by MATTEL (other than this ACTION) alleging infringement of MATTEL's intellectual property rights in any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product. | See Appendix D |
| 9049 RFP 599 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit agent MATTEL (other than this ACTION) alleging that any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product infringes the intellectual property rights of another PERSON. | See Appendix D. |
| 9049 RFP 652 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each HOT WHEELS product, broken down by SKU #, from 2001 to the present. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 653 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each ACCELERACERS product, broken down by SKU #, from 2001 to the present. | Withdrawn |
| 9049 RFP 654 | DOCUMENTS sufficient to determine total sales, revenues, royalties, costs of goods sold and any other costs attributable to net profits REFERRING TO OR RELATING TO each LITTLE MOMMY product, | Withdrawn |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | broken down by SKU #, from 2001 to the present. | |
| 9049 RFP 674 | A sample of each CONTESTED MATTEL PRODUCT, including, without limitation, each MY SCENE DOLL, sold by YOU or YOUR licensees. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 676 | DOCUMENTS sufficient to show the actual release dates and all design and development stages for all CONTESTED MATTEL PRODUCTS, including but not limited to dolls, themes and waves. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 677 | All COMMUNICATIONS with any RETAILER that REFER OR RELATE to whether MY SCENE was a substitution or competitor of BRATZ, regarding competition between MY SCENE and BRATZ, similarities between MY SCENE and BRATZ, confusion between MY SCENE and BRATZ, and current and future plans for the advertising, promotion, marketing and sales of MY SCENE, or the lack thereof. | Narrowed to strike the words "and current and future plans for the advertising, promotion, marketing and sales of MY SCENE, or the lack thereof." |
| 9049 RFP 678 | All COMMUNICATIONS between YOU, including your inside and outside counsel, on the one hand, and any PERSON including, but not limited to, UBISOFT, any former MGA employee, any former MATTEL employee, any current or former freelancer including, but not limited to, Steve Linker, Anna Rhee, Matt Bousquette, Adrienne Fontanella, Kris Lynch, Len Mazzocco, Pamela Brew Peretz, Rachel Harris, Barbara Miller, Victoria O'Connor, Kami Gillmour, Andreas Koch, Maureen Mullen Chianese, David Dees, Steve Tarmichael, Liz Hogan, Mercedah Ward, Margaret Hatch Leahy, Jessie Ramirez, or any PERSON listed in any party's initial disclosures (as amended) on the other hand, REFERRING OR RELATING to<br>      (a) the design or development of any BRATZ product;<br>      (b) the project known as DIVA STARZ;<br>      (c) the allegations in this ACTION (including, without limitation, any facts underlying this ACTION or a PERSON's belief or view as to the merits of any claim or defense in this ACTION) or any facts underlying this ACTION; or<br>      (d) any MGA LAWSUIT (including, without limitation, any facts underlying the MGA LAWSUIT or a PERSON's belief or view as to the merits of any claim or defense in the MGA LAWSUIT). | Mattel agrees to produce (Appendix G).<br><br>See also Appendix E. |
| 9049 RFP 693 | All DOCUMENTS that REFER OR RELATE TO | Narrowed to |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | any claims, threat of litigation, litigation, arbitration or other legal proceeding that any current or former employee, freelancer or contractor has asserted against MATTEL regarding the use or infringement of any design, idea, doll, toy or artwork, including, but not limited to, cease and desist letters, pleadings, affidavits, or court orders. | trapezoidal packaging; Wee 3 Friends; and products in connection with which Mattel is seeking damages. |
| 9049 RFP 695 | All testimony, transcripts, declarations, affidavits and other sworn written statements of any other type by or from YOU or made on YOUR behalf that REFER OR RELATE TO ACCELERACERS, DIVA STARZ, MY SCENE, FLAVAS, and BARBIE that REFER OR RELATE TO the RELEVANT TIME PERIOD (regardless of when such testimony or sworn statement was taken, given, signed, made or filed), other than those previously filed and served in this ACTION or in which MGA's counsel in this ACTION was in attendance. | Narrowed to remove "Acceleracers." |
| 9049 RFP 734 | All DOCUMENTS REFERRING OR RELATING TO the value of the "My Scene" brand. | |
| 9049 RFP 748 | All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the GLAMERMAIDS, including, without limitation, the purpose for which GLAMERMAIDS were created and whether BRATZ was a source of inspiration for or factor in the development of GLAMERMAIDS. | |
| 9049 RFP 749 | All DOCUMENTS REFERRING OR RELATING TO the decision to discontinue development of or not to sell GLAMERMAIDS. | |
| 9049 RFP 750 | All DOCUMENTS REFERRING OR RELATING TO the decision to develop, revise, refresh or use GLAMERMAIDS in the development of MY SCENE. | |
| 9049 RFP 751 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the GLAMERMAIDS products and themes, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | |
| 9049 RFP 752 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of BRATZ during the creation, design and development of GLAMERMAIDS. | |
| 9049 RFP 753 | All DOCUMENTS REFERRING OR RELATING | |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | TO any similarity or dissimilarity between BRATZ and GLAMERMAIDS. | |
| 9049 RFP 754 | All DOCUMENTS REFERRING OR RELATING TO whether GLAMERMAIDS copy, replicate, or in any way imitate BRATZ. | |
| 9049 RFP 755 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, RETAILERS, distributors, licensees or members of the press) between GLAMERMAIDS and BRATZ. | |
| 9049 RFP 756 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of the GLAMERMAIDS products, commercials, themes and logo. | |
| 9049 RFP 775 | All dolls, models, molds, casts, samples, packaging, ADVERTISING, photographs, CDs, DVDs, tapes, or other tangible items or things that comprise or relate to a BRATZ product or accessory. | Narrowed to items acquired for business purposes, not those acquired for litigation purposes.<br><br>As narrowed, Mattel agrees to produce (Appendix G). |
| 9049 RFP 776 | All DOCUMENTS REFERRING OR RELATING to any purchase or acquisition by MATTEL of a BRATZ product or accessory, including but not limited to, all invoices, receipts, and purchase orders. | Withdrawn<br><br>See also Appendix E. |
| 9049 RFP 777 | All DOCUMENTS REFERRING OR RELATING TO MATTEL'S solicitation of and/or request for a presentation, proposal, bid and/or pitch relating to the advertising, marketing, and/or branding of MATTEL'S MY SCENE brand from Young & Rubicam Brands. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 778 | All DOCUMENTS REFERRING OR RELATING TO MATTEL'S solicitation of and/or request for a presentation, proposal, bid and/or pitch relating to the advertising, marketing, and/or branding of MATTEL'S MY SCENE brand from any branding, advertising, or marketing agency. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 779 | All DOCUMENTS REFERRING OR RELATING TO a presentation, proposal, bid and/or pitch made by | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | Young & Rubicam Brands to MATTEL in the fall of 2003 in connection with MATTEL'S review and/or selection of an advertising agency for Mattel's MY SCENE brand. | |
| 9049 RFP 780 | All DOCUMENTS REFERRING OR RELATING TO a presentation, proposal, bid and/or pitch made by any branding, advertising, or marketing agency to MATTEL in connection with MATTEL'S review and/or selection of an advertising agency for Mattel's MY SCENE brand. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 781 | All litigation documents filed and/or served by any of the parties in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to pleadings, motions, briefs, discovery responses, disclosures, and expert reports. | |
| 9049 RFP 782 | MATTEL'S trial presentation materials (including any and all demonstrative Appendixs) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to Mattel, Inc.'s trial Appendixs or presentations relating to similarities and/or differences between the various dolls at issue in said litigation. | |
| 9049 RFP 783 | Documents identified as Appendixs 31, 32, 33, and 34 in the "Index to Bundle 6 Claimant's Disclosure" (M0097406- M0097408) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division). | |
| 9049 RFP 784 | All transcripts for each day and/or portion of a day of trial and/or analogous proceeding before the court in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division). | |
| 9049 RFP 785 | One sample, including packaging, of each of the following dolls sold in MATTEL'S MY SCENE line for each of the years 2001-2007: Barbie, Madison, Kennedy, Chelsea, Nolee, Kenzie, and Delancey. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 786 | All DOCUMENTS REFERRING OR RELATING TO the Young and Rubicam Brand Asset Valuator, or any other valuation of the BARBIE, MY SCENE or | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | BRATZ brand. | |
| 9049 RFP 787 | All DOCUMENTS REFERRING OR RELATING to any survey, focus group, consumer research or other market research (whether conducted by MATTEL or any third party) concerning MY SCENE, BRATZ, or BARBIE, including but not limited to the focus groups discussed on page 114 of the deposition of Kumi Croom and the consumer research conducted by Mattel Worldwide Consumer Research group (or any third party) discussed beginning on page 132 of the deposition of Kumi Croom. | Mattel agrees to produce (Appendix G).<br><br>See also Appendix E. |
| 9049 RFP 788 | All ad test reports (or other similar reports evaluating the efficacy of advertising) regarding any MY SCENE or BRATZ product, including but not limited to the ad test reports referenced on pages 118-129 of the deposition of Kumi Croom. | Mattel agrees to produce (Appendix G). |
| 9049 RFP 792 | All DOCUMENTS REFERRING OR RELATING TO any trademark search or trademark clearance concerning products ultimately offered for sale under the MY SCENE brand, including but not limited to any trademark search for "Bryant" or "Carter" or "Carter Bryant." | Withdrawn |
| 9049 RFP 793 | All DOCUMENTS REFERRING OR RELATING TO any patent, trademark, or copyright application or registration concerning products ultimately offered for sale under the MY SCENE brand. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 17 | All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 18 | All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. | Mattel agrees to produce (Appendix G).<br><br>See also Appendix E. |
| 9059 RFP 19 | All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in product conception, creation, design or development at or for MATTEL. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 26 | All DOCUMENTS referring or relating to BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | fashion doll, other than "Barbie". | |
| 9059 RFP 27 | All DOCUMENTS referring or relating to the BRATZ CONCEPT that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie". | Mattel agrees to produce (Appendix G). |
| 9059 RFP 28 | All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person working on or involved in the conception, creation, design or development of any fashion doll, other than "Barbie". | Mattel agrees to produce (Appendix G). |
| 9059 RFP 69 | All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic BRATZ. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 70 | All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic any MGA PRODUCT with which BRYANT had any involvement. | |
| 9059 RFP 71 | All DOCUMENTS mentioning, discussing, referring or relating to any BRATZ ITEM, which is dated or was authored or created before the date that the BRATZ ITEM was first offered for sale in retail stores to the general public. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 112 | All DOCUMENTS evidencing, referring or relating to whether BRATZ or BRATZ INTELLECTUAL PROPERTY was ever used or utilized in any way by YOU in the creation, design or development of any doll, toy or product of any nature or form that was ever marketed or sold including, without limitation, "My Scene." | Mattel agrees to produce (Appendix G). |
| 9059 RFP 113 | All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" idea, concept or products. | Withdrawn |
| 9059 RFP 114 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of ''My Scene." | Mattel agrees to produce (Appendix G). |
| 9059 RFP 119 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all | Narrowed to products in connection with which Mattel is seeking |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | DOCUMENTS used or referred to in creating and designing "My Scene," including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of any "My Scene" product. | damages. |
| 9059 RFP 120 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "My Scene," including, without limitation, the reasons for and factors influencing its decision. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 121 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "My Scene" on the other. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 122 | DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "My Scene" styling head idea, concept or products. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 123 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of the "My Scene" styling head. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 125 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to the "My Scene" styling head including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to the "My Scene" styling head. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 126 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET | Narrowed to products in connection with which Mattel is seeking damages. |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. | |
| 9059 RFP 128 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing the "My Scene" styling head including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of the "My Scene" styling head. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 129 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 130 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and the "My Scene" styling head on the other. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 131 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from, or development of, "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design, development, sales and marketing of the "Diva Starz" idea, concept or products. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 136 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "Diva Starz" including, without limitation, all DOCUMENTS that served as artistic inspiration | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|-------|-----|-------------|
| | for any aspect, feature or element of "Diva Starz". | |
| 9059 RFP 137 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "Diva Starz" including, without limitation, the reasons for and factors influencing its decision. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 138 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Diva Starz" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Diva Starz" on the other. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 139 | If you contend that BRATZ or BRATZ INTELLECTUAL PROPERTY was copied from, derived from or infringes "Diva Starz," all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ and BRATZ INTELLECTUAL PROPERTY on the one hand and "Diva Starz" on the other. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 140 | All DOCUMENTS that name or are otherwise sufficient to identify the individuals who worked on or were involved in any way with the conception, creation, design and development of the "Flavas" idea, concept or products. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 141 | All DOCUMENTS referring or relating to BRATZ or BRATZ INTELLECTUAL PROPERTY that YOU have given or shown to any person working on or involved in the conception, creation, design or development of "Flavas". | Mattel agrees to produce (Appendix G). |
| 9059 RFP 144 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "Flavas" including, without limitation, the reasons for and factors influencing its decision. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 146 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from | Mattel agrees to produce (Appendix G). |

| RFP # | RFP | Revised RFP |
|---|---|---|
| | "Flavas" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "Flavas" including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Flavas". | |
| 9059 RFP 147 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "Flavas" including, without limitation, the reasons for and factors influencing its decision. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 148 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Flavas" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Flavas" on the other. | Mattel agrees to produce (Appendix G). |
| 9059 RFP 157 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and "Barbie" on the other. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 162 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing such doll or toy including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of such doll or toy. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 163 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon such doll or toy including, without limitation, the reasons for and factors influencing its decision. | Narrowed to products in connection with which Mattel is seeking damages. |

| RFP # | RFP | Revised RFP |
|---|---|---|
| 9059 RFP 164 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and such doll or toy on the other. | Narrowed to products in connection with which Mattel is seeking damages. |
| 9059 RFP 170 | All DOCUMENTS discussing, mentioning, relating or referring to MATTEL's target market and marketing strategy for its lines of fashion doll before "BRATZ" became commercially available in the summer of 2001, going back to 1995, and MATTEL's target market and marketing strategy for its lines of fashion dolls after "BRATZ" became commercially available in the summer of 2001 to the present. | |
| 9059 RFP 171 | All DOCUMENTS discussing, mentioning, relating or referring to any decision or resolution of MATTEL's Board of Directors relating to MATTEL's target market and marketing strategy for its lines of fashion doll before "BRATZ" became commercially available in the summer of 2001, going back to 1995, and MATTEL's target market and marketing strategy for its lines of fashion dolls after "BRATZ" became commercially available in the summer of 2001 to the present. | |
| 9059 RFP 175 | All DOCUMENTS constituting, discussing, mentioning, relating or referring to MARKET RESEARCH relating to "BRATZ". | Mattel agrees to produce (Appendix G). |