# Appendix H

**From:** Rutowski, Diana
**Sent:** Monday, June 07, 2010 11:29 AM
**To:** 'Melissa Dalziel'; Ako-Nai, Abby; Mingrone, Denise; Somasekar, Suchi
**Cc:** Searcy, Marshall; Hurst, Annette
**Subject:** RE: Mattel/MGA - May 25, 2010 Order M&C Correspondence

Dear Marshall and Melissa,

Thank you for your letter dated June 6, 2010. We are in the process of reviewing the 70 pages of letter and charts, and believe that the parties continue to make much progress. However, because we did not receive this letter until Sunday afternoon, the day before our submission to the Court is due, we may not be able to respond substantively to all points before filing. While we believe we are getting closer, please do not take a lack of substantive response as an indication that MGA agrees with all of Mattel's positions.

With regard to 9049 RFP Nos. 598 and 599, we again reiterate the request we made on the phone for a list of all responsive lawsuits (with the request narrowed to the current products at issue as we discussed). With such a list, we could make further effort to narrow the types of documents MGA is seeking.

With regard to 9049 RFP Nos. 708 and 725, you indicated on the phone that you believed the parties entered into an agreement not to exchange information on rebates. As we discussed, we do not recall such an agreement, but we invited you to refresh our recollection. If you are able to point us to any confirmation of such agreement by the parties, MGA would honor it.

With regard to the RFPs relating to Simba and other litigation, we note in your chart that you invite MGA to explain the relevance. Such documents are highly relevant, for example, because Mattel cannot claim in one court that harm to its My Scene brand was caused by one product while claiming in another court that it was caused by Bratz.

With regard to the list of names, we are confused that the number and list of additional names you provided do not appear to correspond to my June 3 letter. Nevertheless, we are taking it into consideration.

Finally, we understand the order to require us to submit another Joint Status Report today, stating that we continued to meet and confer last week through letters and by phone. Can you revise the previous filing that you prepared, or would you like us to prepare a report?

Regards,

Diana

---

**From:** Melissa Dalziel [mailto:melissadalziel@quinnemanuel.com]
**Sent:** Sunday, June 06, 2010 12:56 PM
**To:** Ako-Nai, Abby; Rutowski, Diana; Mingrone, Denise; Somasekar, Suchi
**Cc:** Searcy, Marshall
**Subject:** Mattel/MGA - May 25, 2010 Order M&C Correspondence

Dear Counsel,

Please see the attached correspondence.

**Melissa Dalziel**

*Of Counsel,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3110 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
melissadalziel@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.