| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|   | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 5 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 6 | Telephone: 415-773-5700 |
|   | Facsimile:  415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA  90017 |
| 10 | Telephone: 213-629-2020 |
|   | Facsimile:  213-612-2499 |
| 11 | |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
|   | tmcconville@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
|   | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | **Phase 2 - Hon. David. O. Carter** |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MGA'S EX PARTE APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| **PUBLIC REDACTED VERSION** | Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

I, Denise M. Mingrone, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Reply in Support of MGA's Ex Parte Application to Compel Documents from Mattel Custodian Sujata Luther. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. Attached hereto as **Exhibit 2** is a true and correct excerpt from a ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. Attached hereto as **Exhibit 3** is a true and correct copy of a powerpoint ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. Attached hereto as **Exhibit 4** is a true and correct excerpt of a ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. Attached hereto as **Exhibit 5** is a true and correct excerpt of a ███████████████████████████████████████

- 1 -

MINGRONE DECL. ISO REPLY RE EX PARTE APPLICATION TO
COMPEL DOCUMENTS FROM SUJATA LUTHER
CV-04-9049 SGL (RNBx 0

1 ████████████████████████  ████████████████████████
2 ████

3   I declare under penalty of perjury that the foregoing is true and correct
4 and that this Declaration was hereby executed on June 8, 2010, at Menlo Park,
5 California.

6                                              _____
                                                     Denise M. Mingrone
7   OHS West:260929629.1