# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                                    Date: June 8, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                              Date:_____   Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|   Stephanie Mikhail   |   Not Present   |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING PRODUCTION OF DOCUMENTS FOR IN CAMERA REVIEW

       Before the Court are Mattel, Inc. ("Mattel")'s Objections to Discovery Matter Order No. 97. The Court ORDERS that Mattel produce the documents at issue for the Court's *in camera* review on or before 10:00 p.m. on June 8, 2010. There is no good cause to delay the production of documents that the Discovery Master properly ordered to be disclosed.

       The Clerk shall serve this minute order on all parties to the action.