**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                                 Date: June 7, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
      [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                                  Date:_____   Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

  Stephanie Mikhail                                                        Not Present
  Courtroom Clerk                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                               NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING MEET AND CONFER EFFORTS BETWEEN LEAD COUNSEL

          The Court has long prioritized the involvement of lead counsel in every motion filed by either party. The attorneys that presently draft the discovery motions being filed with the Court lack the global perspective that only lead counsel can provide: for example, now pending before the Court are MGA's cross-motion to compel Mattel's 30(b)(6) testimony as well as Mattel's Motion to Compel MGA's 30(b)(6) testimony. The motions raise virtually identical concerns about the breadth of deposition topics and the burden imposed by having to prepare for the topics. Instead of seizing a golden opportunity to resolve the parallel motions, the parties came to the Court with both. This is a pattern of behavior that has resulted in dozens of needless discovery motions. And lead counsel have either neglected to properly oversee the management of this case or sanctioned and directed the flouting of the Local Rules' meet and confer requirements. In light of both parties' repeated disregard for the Local Rules, the Court hereby ORDERS that all four lead counsel shall meet and confer before the filing of any subsequent written motions or *ex parte* Applications. The meet and confer shall ***at least*** occur at 12:00 p.m. PST the day prior to the anticipated filing and scheduling difficulties shall not excuse any lead counsel's participation in the meet and confer. All future motions and *ex parte*

Applications shall contain a certification of compliance with the instant Order.

The Clerk shall serve this minute order on all parties to the action.