QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING PURSUANT TO THE COURT'S JUNE 8, 2010 ORDER**<br><br>Date:　TBD<br>Time:　TBD<br>Place:　Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:　TBD<br>Pre-trial Conference:　TBD<br>Trial Date:　TBD |

00505.07975/3531199.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's Order Directing Production of Documents for In Camera Review, dated June 8, 2010, Mattel, Inc. hereby lodges the following:

1. Documents corresponding to entry nos. 1, 2 and 3 of the December 21, 2009 Supplemental Privilege Log of Lambda Investigations, Inc.;

2. Videos corresponding to entry nos. 11 and 12 of the December 21, 2009 Supplemental Privilege Log of Lambda Investigations, Inc.

These documents and videos have been submitted for *in camera* review only.

DATED: June 8, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.