MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **NOTICE OF LODGING IN RESPONSE TO AMENDED ORDER GRANTING MATTEL'S PROPOSED SEARCH TERMS FOR LARIAN HARD DRIVE; STAYING LARIAN HARD DRIVE OBLIGATIONS DATED MAY 13, 2010 (DKT. NO. 7860)** |
| AND CONSOLIDATED ACTIONS | |

PLEASE TAKE NOTICE that the MGA Parties hereby lodge *in camera* the following documents responsive to the Court's May 13, 2010 Amended Order Granting Mattel's Proposed Search Terms for Larian Hard Drive; Staying Larian Hard Drive Obligations (Dkt. No. 7860):

1. **MGA PARTIES IN CAMERA SUBMISSION PURSUANT TO ORDER DATED MAY 13, 2010 (DKT. NO. 7860)**
2. **DECLARATION OF SAMUEL S. RUBIN**

Dated: June 9, 2010         ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Warrington S. Parker III*
WARRINGTON S. PARKER III
Attorneys for MGA Parties