QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING MATTEL'S MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK**<br><br>Hearing Date:     TBD<br>Time:             TBD<br>Courtroom:        9D<br><br>**Phase 2:**<br>Discovery Cut-off:   TBD<br>Pre-trial Conference: TBD<br>Trial Date:          TBD |

00505.07975/3534817.1

STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING MATTEL'S MOTION
TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK

1  WHEREAS, Mattel has filed a Motion to Compel the Deposition of William Fan and/or Ray Black [Dkt. No. 8069];

2  WHEREAS, because MGA contends that the motion implicates privilege issues, MGA requested that Mattel agree to an opposition deadline of June 15;

3  WHEREAS, the Court instructed the parties to file a Stipulation and Proposed Order reflecting their agreement with respect to a briefing schedule for that motion;

4  NOW THEREFORE, subject to the Court's approval, Mattel and the MGA Parties hereby stipulate and agree that MGA's opposition will be due on June 15, 2010 and Mattel's reply will be due on June 21, 2010.

**IT IS SO STIPULATED.**

DATED: June 10, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Michael T. Zeller*
Michael T. Zeller
Attorneys for Mattel, Inc.

DATED: June 10, 2010     ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ *Annette Hurst*
Annette Hurst
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

00505.07975/3534817.1

-1-
STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING MATTEL'S MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK