QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING MATTEL'S MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK**<br><br>Hearing Date:   TBD<br>Time:            TBD<br>Courtroom:       TBD<br><br>**Phase 2:**<br>Disc. Cut-off:    TBD<br>Pre-trial Conf.:  TBD<br>Trial Date:       TBD |

00505.07975/3534105.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation for Briefing Schedule Regarding Mattel's Motion to Compel the Deposition of William Fan And/Or Ray Black [Dkt. No. 8069], and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. MGA's Opposition shall be filed on or before _____, 2010, and Mattel's Reply shall be filed on or before _____, 2010.

DATED: _____, 2010  _____
Hon. David O. Carter
United States District Judge