```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105-2669
 6  Telephone: 415-773-5700
    Facsimile: 415-773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
10  Telephone: 213-629-2020
    Facsimile: 213-612-2499
11
    THOMAS S. MCCONVILLE (State Bar No. 155905)
12  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
13  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
14  Tel: (949) 567-6700/Fax: (949) 567-6710

15  Attorneys for MGA Parties
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date:      TBD<br>Time:     TBD<br>Courtroom: TBD<br><br>**Phase 2** |



MGA'S APPLICATION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

**EXHIBIT 1 TO THE DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97 AND THE SUPPLEMENTAL DECLARATION OF JILL THOMAS (DKT. # 8041)**

Exhibit 1 to the Declaration of Diana M. Rutowski in support of MGA Parties' Opposition to Mattel, Inc.'s Objections to Portions of Discovery Matter Order No. 97 and the Supplemental Declaration of Jill Thomas (Dkt. # 8041) reference or contain materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

Specifically, Exhibit 1 is an excerpt of a confidential deposition testimony of Jaime Elias, which has been designated "AEO" under the terms of the protective order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: June 4, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

                             By: _____
                                 Thomas S. McConville
                                 Attorneys for MGA Parties