1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13
   Attorneys for MGA Parties

14

15              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
16                    SOUTHERN DIVISION

17 CARTER BRYANT, an individual,      | Case No. CV 04-9049-DOC (RNBx)
                                      | Consolidated with:
        Plaintiff,                    | Case No. CV 04-9059
18                                    | Case No. CV 05-2727
    v.
19                                    | Hon. David O. Carter
   MATTEL, INC., a Delaware
20 corporation,                       | [PROPOSED] ORDER RE SEALING
                                      | OF EXHIBIT 1 TO THE
21      Defendant.                    | DECLARATION OF DIANA M.
                                      | RUTOWSKI IN SUPPORT OF MGA
22                                    | PARTIES' OPPOSITION TO
                                      | MATTEL, INC.'S OBJECTIONS TO
23 AND CONSOLIDATED ACTIONS           | PORTIONS OF DISCOVERY
                                      | MATTER ORDER NO. 97 AND THE
24                                    | SUPPLEMENTAL DECLARATION
                                      | OF JILL THOMAS (DKT. # 8041)
25                                    | Phase 2

26

27

28

[PROP] ORDER SEALING EXHIBIT 1 TO RUTOWSKI DECL ISO
MGA'S OPPO TO MATTEL'S OBJECTIONS TO ORDER 97
AND SUPP THOMAS DECL CASE NO. 04-9049 DOC (RNBX)

## [PROPOSED] ORDER

During the week of May 31, 2010, the MGA Parties' intend to file an Opposition to Mattel, Inc.'s Objections to Portions of Discovery Matter Order No. 97 and the Supplemental Declaration of Jill Thomas (Dkt. # 8041), along with supporting documents, including a declaration and exhibits. Exhibit 1 to Diana M. Rutowski's Declaration cite and quote deposition testimony that have been designated by the parties as "Confidential" and "Confidential – Attorney's Eyes Only" under the Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that:

Exhibit 1 to the Declaration of Diana M. Rutowski in Support of MGA Parties' Opposition to Mattel, Inc.'s Objections to Portions of Discovery Matter Order No. 97 and the Supplemental Declaration of Jill Thomas (Dkt. # 8041), shall be filed under seal.

DATED: June 7th, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge

- 1 -

[PROP.] ORDER SEALING EXHIBIT 1 TO RUTOWSKI DECL ISO
MGA'S OPPO TO MATTEL'S OBJECTIONS TO DM ORDER 97
AND SUPP THOMAS DECL CASE NO. 04-9049 DOC (RNBX)