1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100
6
7  Attorneys for Mattel, Inc.
8
          UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
          SOUTHERN DIVISION



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY     SDM     DEPUTY

| | |
|---|---|
| 10  MATTEL, INC., a Delaware corporation,<br>11<br>12         Plaintiff,<br>13     vs.<br>14  MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br>15         Defendants.<br>16<br>17  AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3527129.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2 the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3 Court order filed under seal Mattel, Inc.'s Mattel, Inc.'s Notice of Motion and
4 Motion to Compel the Deposition of William Fan And/Or Ray Black.

5   The Motion references documents and information that MGA has designated
6 as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This
7 information primarily consists of 1) deposition excerpts from the deposition of Isaac
8 Larian, and 2) documents that MGA has designated under the Protective Order.

9   In light of the designations by MGA, Mattel seeks permission to file the
10 Motion under seal. For the foregoing reasons, Mattel requests that the Court order
11 that the Motion be filed under seal.

13 DATED: June 4, 2010           QUINN EMANUEL URQUHART &
                                 SULLIVAN. LLP

15                               By  B D Proctor /mw b
16                                  B. Dylan Proctor
                                    Attorneys for Mattel. Inc.