Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel: 415.773.5700    Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Statement of Compliance for Production Nos. 73 and 74; Exhibits A through D.

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  Statement of Compliance for Production Nos. 73 and 74; Exhibits A through D.

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
  Attaching production documents that contain privileged and confidential employee information per Court Order dated June 7, 2010.

| June 14, 2010 | /s/ Annette L. Hurst |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    NOTICE OF MANUAL FILING