QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

00505.07975/3527185.1

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Fifth Floor, Redwood Shores, California 94065.

On June 4, 2010, I served true copies of the following documents described as:

MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK

PROPOSED ORDER RE APPLICATION TO FILE UNDER SEAL

PROPOSED ORDER RE MATTEL'S MOTION TO COMPEL THE DEPOSITION OF WILLIAM FAN AND/OR RAY BLACK

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Overland Borenstein Scheper & Kim LLP<br>    Mark E. Overland, Esq.<br>    Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>    moverland@obsklaw.com<br>    acote@obsklaw.com | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from michaelgray@quinnemanuel.com on June 4, 2010, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on June 4, 2010, at Redwood Shores, California.

*/s/ Michael W. Gray*