ORIGINAL

LODGED

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S *EX PARTE* APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER PRIOR TO HER JUNE 17 DEPOSITION AND SUPPORTING DECLARATION OF MARSHALL M. SEARCY<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3526152.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to MGA's Ex Parte Application to Compel Documents From Mattel Custodian Sujata Luther Prior to Her June 17 Deposition ("Opposition") and the Declaration of Marshall M. Searcy in support thereof ("Searcy Declaration").

The Opposition and the Searcy Declaration reference documents and information that Mattel has designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of confidential and proprietary internal Mattel business and planning documents.

In light of the designations by Mattel, Mattel seeks permission to file the Opposition and Searcy Declaration under seal. For the foregoing reasons, Mattel requests that the Court order that the Opposition and Searcy Declaration be filed under seal.

DATED: June 4, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By _____ /for
B. Dylan Proctor
Attorneys for Mattel. Inc.