ORIGINAL

LODGED

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>            vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S *EX PARTE* APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER PRIOR TO HER JUNE 17 DEPOSITION AND SUPPORTING DECLARATION OF MARSHALL M. SEARCY |

00505.07975/3526161.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Mattel, Inc.'s Opposition to MGA's Ex Parte Application to Compel Documents From Mattel Custodian Sujata Luther Prior to Her June 17 Deposition ("Opposition") and the Declaration of Marshall M. Searcy in support thereof ("Searcy Declaration"),

IT IS HEREBY ORDERED:

The Opposition and Searcy Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 7th, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge