1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
5   Facsimile:  (213) 443-3100

6  Attorneys for Mattel, Inc.

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9                       SOUTHERN DIVISION

10 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | APPLICATION TO FILE UNDER SEAL DECLARATIONS OF ROBERT NORMILE AND MICHAEL MONAHAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97 |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order Filed Concurrently Herewith]

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: TBD

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Declarations of Robert Normile and Michael Monahan in Support of Mattel's Opposition to MGA's Objections to Portions of Discovery Matter Order No. 97 ("Declarations").

The Declarations include information that Mattel has designated "Confidential" pursuant to the Protective Order. This information primarily consists of descriptions of privileged documents which correspond to the privilege log entries that are the subject of MGA's Objections. Accordingly, Mattel requests that the Court order that the Declarations be filed under seal.

DATED: June 4, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Diane C. Hutnyan
Diane C. Hutnyan
Attorneys for Mattel. Inc.