QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DECLARATIONS OF ROBERT NORMILE AND MICHAEL MONAHAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 97<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal the Declarations of Robert Normile and Michael Monahan in Support of Mattel, Inc.'s Opposition to MGA's Objections to Portions of Discovery Matter Order No. 97 ("Declarations").

IT IS HEREBY ORDERED:

The Declarations are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 6/7 , 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge