1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
5  Facsimile:    (213) 443-3100

6  Attorneys for Mattel, Inc.

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9                    SOUTHERN DIVISION

| | |
|---|---|
| 10 MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| 11 | |
| 12        Plaintiff, | |
| 13        vs. | Hon. David O. Carter |
| 14 MGA ENTERTAINMENT, INC., a California corporation, et al., | **MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' SUBMISSION PURSUANT TO MAY 25, 2010 ORDER** |
| 15        Defendant. | |
| 16 AND CONSOLIDATED ACTIONS | Date:    TBD Time:    TBD Place:   Courtroom 9D |
| 17 | |
| 18 | **Phase 2** Discovery Cut-off:   TBD Pre-trial Conference:   TBD Trial Date:   TBD |
| 19 | |

20

21

22

23

24

25

26

27

28

1   Pursuant to the Court's Order of May 25, 2010 Overruling in Part and
2   Sustaining in Part Objections to Discovery Matter Order Nos. 89/91 (Dkt #8075) (the
3   "Order"), Mattel hereby submits the following opposition to the MGA Parties'
4   Submission Pursuant to May 25, 2010 Order, filed June 7, 2010.

5   **<u>Preliminary Statement</u>**

6   MGA's demands are unreasonable and, confirming the point, far beyond what
7   MGA is willing to do. During the parties' discussions on the scope of document
8   collection, Mattel offered to search hard copy documents, electronic files and hard
9   drives of 173 Mattel employees or former employees.  In response, MGA demanded
10  that Mattel perform this exhaustive search for 96 additional individuals, even though
11  for its own part, MGA has only agreed to search the hard drives of 12 individuals.  In
12  an effort to compromise, Mattel offered to conduct exhaustive searches for another 38
13  persons.  Nonetheless, despite its own deficient collection efforts, MGA complains to
14  the Court that Mattel's offered document search is still unsatisfactory.

15  In seeking additional collections by Mattel, however, MGA has failed to carry
16  the burden articulated by the Court.  Under the Court's May 25 Order, MGA was to
17  provide a revised list of the hundreds of RFPs at issue, narrowed on an individual-by-
18  individual basis so that Mattel would not have to search the electronic and paper files
19  for all these witnesses for each of the hundreds of RFPs at issue.  MGA has not
20  provided such a list, nor made any attempt to explain why the more than 70
21  individuals it seeks to add would have more responsive documents than have already
22  been produced.  Because MGA has failed to show why the scope of document
23  collection should extend beyond the expansive scope Mattel has already offered,
24  MGA's request for additional searches should be denied.

25  Additionally, although Mattel and MGA have reached agreement on a number
26  of disputed RFPs, the parties continue to disagree on others.  For example, MGA
27  continues to insist that Mattel provide it with all documents referring or relating to any
28  lawsuit involving a contested Mattel product.  As the Court previously noted, such a

request is overbroad and should be rejected. The other remaining disputes between the parties regarding specific RFPs are set forth in Appendix 1 to this opposition. This Court should sustain Mattel's objections to the requests in Appendix 1 as they are unreasonable and overbroad.

## Discussion

**The Court's May 25 Order.** In its May 25, 2010 Order, the Court emphasized that not every one of the hundreds of witnesses MGA wanted searches conducted of would have documents responsive to each of the hundreds of RFPs MGA was seeking. The Court specifically noted that:

> The second half of the Discovery Master's protocol is appropriate, but should be reasonably narrowed by the parties. ***Mattel should not have to search every relevant individual's computers and files for the information sought by every request for production. Not every individual at issue can reasonably be expected to possess electronic data responsive to every one of the Requests for Production.***
> ***The parties should therefore narrow the requests for production on an individual-by-individual basis***. Given the parties' failure to reach any agreement as to these issues, as well as the breadth of the Discovery Master's order, the Court considers it prudent to offer the parties one final opportunity to narrow the requests for production on an individual-by-individual basis on or before June 7, 2010. MGA shall submit its revised list for the Court's review along with a list of the requests for production and a list of the individuals at issue. Mattel shall submit an opposition, if any, within seven days of the filing of MGA's narrowed list.
> Dkt# 7961 at 4-5 (emphasis added).

**The Parties Meet and Confer.** During the meet and confer process, Mattel offered to search the following sources for documents, both electronic and hard copy, maintained by 173 individuals: (a) servers that house the person's email files, including any email archives; (b) the hard drives of the person's desktop and/or laptop computers; (c) to the extent the person has been assigned a space on a network drive to save files, such network space; (d) office, department, and storage areas where the person's hard copy files might be located; and (e) human resource department and personnel files. This represents a massive undertaking. By way of comparison,

according to MGA's Opposition to Mattel, Inc.'s Rule 34 Motion, filed with the Electronic Discovery Master on June 7, 2010, throughout the entirety of this litigation, MGA has only agreed to search the hard drives of 12 individuals.

MGA then insisted that, in addition to the 173 individuals Mattel had named, Mattel search the same sources for 96 additional persons. MGA did not agree to limit any request on an individual-by-individual basis. As a compromise, Mattel offered to add 38 more individuals to the search (bringing the total to 211) – if MGA would agree to either withdraw the other 58 or identify the specific RFPs that MGA believed Mattel would be unable to respond to fully without searching these additional 58 individuals' files.

**The Individuals Listed in MGA's Submission to the Court.** MGA then filed its June 7 Submission in which it asked the Court to order Mattel to search all the sources in Mattel's offer for the files of the 246 individuals listed in MGA's Appendix A.[1] MGA's submission did not propose or submit ***any breakdown of any of the requests for production*** on an individual-by-individual basis.

Two days after filing its submission with the Court, in a June 9, 2010 letter, MGA provided Mattel with "examples of why it expects that [the additional 35] individuals have relevant documents in their possession custody or control." For example, in its June 9 letter, MGA indicated that (a) Julie Caravaggio "sent and/or received emails about Mattel's rush to come out with Wee 3 Friends," (b) Karen Cundari "is a sender of an email attached to MGA's Notice of Deposition of Mattel, Inc. (Third Phase 2 Notice), Exhibit 16, regarding MGA's 4 Ever Best Friends products. She is likely to have more emails on this topic and others," and (c) "Julie Scholvin "is or was a Mattel account manager for Kohl's. As such, she sent and

---

[1] Although MGA states that "Mattel's list also contains numerous people that MGA did not request be searched," MGA's submission includes these people and asks this Court to order Mattel to search the records of all of these people for every one of the RFPs at issue. (Dkt. #8075 at 1).

1  received emails regarding photos she took of toy towers, and Mattel's plan to secure

2  store space."

3        Even taking the claims in MGA's June 9 letter at face value, they highlight four

4  points.  First,  Mattel has already produced responsive documents to and from many of

5  these individuals.[2]   Second, confirming that the topics identified for most of these

6  individuals are, at best, tangential to the claims asserted in the pleadings and thus

7  impose a burden that is greater than its benefit, MGA still refuses to point to any RFP

8  -- out of the hundreds at issue -- for which any of these individuals holds discoverable

9  documents that have not already been produced or which would not be captured in the

10 extensive searches for the 173 individuals Mattel offered to perform.  Indeed, MGA is

11 still asking the Court to order Mattel to search for documents responsive to each and

12 every one of its hundreds of requests, including the requests that do not pertain at all

13 to the issues MGA indicated the witness might have documents for.  The Court should

14 reject MGA's list of witnesses in Appendix A of its submission as unreasonable and

15 overbroad.

16       **The RFPs Listed in MGA's Submission to the Court.**  MGA's submission

17 separates the RFPs it seeks into Appendices B through E of its submission.  Mattel

18 does not object to the categories of documents requested in Appendices B and C other

19 than the fact that there is no individual-by-individual breakdown.

20       **Appendix D.**  Appendix D of MGA's submission lists two RFPs concerning

21 other lawsuits by and against Mattel and two RFPs concerning communications

22 between Mattel and any party that was ever involved in any form of litigation against

23 MGA.

24

25       [2]   MGA's June 9 letter identifies documents already produced by Mattel sent to
26 or from Randy Adams, Donald Aiken, Julie Caravaggio, Henry DelCastillo, Joyce
   Kelley, Brian O'Connor, Ron Rae, Mandana Sadigh, Julie Scholvin, Michael Shore,
27 Christopher Sinclair, Gregg Stephanick, Matt Turetzky, Drew Vollero, and Jim
28 Wagner.

1    With respect to the two RFPs concerning lawsuits by and against Mattel, the
2    Court already stated in its May 25 Order that the requests were "facially overbroad
3    and the language should be modified both temporally . . . and in terms of scope – the
4    language of the RFPs has nothing to do with product valuations but with the lawsuit
5    generally." (Dkt. #7961 at 7).  MGA's requests in Appendix D are not narrowed either
6    temporally or in scope.  Indeed, MGA's proposed "narrowing" actually expands the
7    scope of each request.   The scope of the original requests concerned "ALL
8    DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO" any
9    infringement lawsuit concerning "any CONTESTED MATTEL PRODUCT, any
10   BARBIE product, or any DIVA STARS [*sic*] Product."  In its revised RFP, MGA
11   proposes keeping the "ALL DOCUMENTS and COMMUNICATIONS REFERRING
12   OR RELATING TO" formulation, refusing any limitation as to time and ***expanding***
13   the coverage of these requests to include any product in connection with which Mattel
14   is seeking damages.  MGA's proposed limitation in footnote 1 of Appendix D would
15   require Mattel to copy and produce to MGA the entire Court file and every single
16   expert report for every lawsuit concerning infringement of any of the broad categories
17   of products described regardless of time or whether the filings or expert reports have
18   anything to do with the valuation of any product at issue.  The language of MGA's
19   proposed modified RFPs still have nothing to do with product valuations but with the
20   lawsuits generally.  The Court should reject these requests.

21   With respect to the two RFPs concerning litigation between MGA, on the one
22   hand, and any party other than Mattel, on the other hand, MGA proposes limiting the
23   RFPs to "communications regarding actual or contemplated assistance, either
24   informational or financial, offered by or requested from Mattel."  The fact that a party
25   to another lawsuit against MGA might or might not have contacted Mattel to request
26   or offer assistance is not relevant to any fact at issue in this case.  Neither does the fact
27   that Mattel might or might not have contacted a party in litigation with MGA to
28   request or offer assistance.  The Court should reject these requested RFPs as well.

1       **Appendices E & F.**  MGA's Appendix E is 6 pages long and contains

2   numerous RFPs that the Court has already ruled upon.  MGA's Appendix F is 25

3   pages long and lists 194 RFPs.  This list includes numerous RFPs as to which the

4   Parties have reached agreement resolving their disputes except as to the individual-by-

5   individual breakdown.  Mattel has agreed to withdraw its objections to 76 RFPs.

6   MGA has agreed to withdraw 48 RFPs.  Mattel has agreed to produce responsive

7   documents to 2 RFPs in MGA's Appendix F based upon modifications to which MGA

8   agreed.

9       The primary areas of disagreement remaining between the parties in these RFPs

10  involve two issues.  First, there were several RFPs in MGA's Appendix F which, like

11  the RFPs in MGA's Appendix D, called for the production of all documents relating

12  to various other lawsuits involving Mattel.  Mattel objects to these RFPs for the same

13  reasons set forth above.  Second, MGA has propounded a number of RFPs targeted at

14  "ALL DOCUMENTS RELATING TO" the design and development of every product

15  that Mattel claims was harmed by MGA's actions.  Although these RFPs were

16  arguably relevant to MGA's abandoned claims that Mattel's My Scene dolls infringed

17  upon the trade dress of Bratz dolls, they are not relevant to MGA's remaining claims

18  for trade dress infringement of the trapezoidal packaging of Bratz dolls.  MGA's

19  argument that these RFPs are relevant to assess Mattel's damages claims ignores the

20  types of documents the RFPs call for.  The question of whether or not sales of a given

21  Mattel product were affected by MGA's actions does not turn on the design process

22  for that product;  it turns on what happened to the product's sales after MGA's

23  actions.  Requiring Mattel to producing every document relating to the lengthy design

24  and development process a product goes through before it reaches market would not

25  affect Mattel's damages case, but would entail a massive effort to produce irrelevant

26  documents.

27      Appendix 1 to this Opposition sets forth all RFPS from MGA's Appendices E

28  and F as to which the Parties still have a dispute, any modification proposed by MGA

1   in its Appendix F and Mattel's remaining objections to MGA's proposed RFPs as well

2   as all RFPs where Mattel has agreed to produce responsive documents based upon

3   modifications to which MGA agreed to.  Mattel respectfully requests that the Court

4   sustain Mattel's objections to the RFPs contained in Mattel's Appendix 1.

5                                   **Conclusion**

6          For the foregoing reasons, Mattel objects to the MGA Parties' Submission

7   Pursuant to May 25, 2010 Order, filed June 7, 2010 and requests that the Court reject

8   MGA's proposed lists of witnesses and RFPs as set forth above.

9

10  DATED:  June 14, 2010                QUINN EMANUEL URQUHART &
                                         SULLIVAN. LLP
11

12                                       By_/s/ Michael T. Zeller_____
                                            Michael T. Zeller
13                                          Attorneys for Mattel. Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mattel Appendix 1

**9049 Requests:**

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| 1 | ALL DOCUMENTS REFERRING OR RELATING TO the origins or sources of inspiration of "MY SCENE" including, without limitation, the purpose for which "MY SCENE" products were created. | | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. The terms "ALL DOCUMENTS REFERRING OR RELATING TO" in this request are overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for only approximately three specific products. |
| 2 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of "MY SCENE" dolls as identified in paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. | | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. The terms "ALL DOCUMENTS REFERRING OR RELATING TO" in this request are overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for only approximately three |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | specific products. |
| 3 | All DOCUMENTS REFERRING OR RELATING TO the initial design and development of the doll YOU refer to as "a Mattel doll character called BARBIE" as asserted in paragraph 25 of YOUR ANSWER responding to paragraph 34 of the COMPLAINT, including but not limited to design drawings, sculpts, internal memos, MARKET RESEARCH, and approval memos. | | BARBIE was originally designed and developed more than 50 years ago. There is no contested issue in this case that requires examining the initial design or development of BARBIE, let alone "All DOCUMENTS REFERRING OR RELATING TO" the design or development of BARBIE. |
| 4 | All DOCUMENTS REFERRING OR RELATING TO consideration being given to changing the appearance, including but not limited to DOCUMENTS REFERRING OR RELATING TO sculpts, face paint, and eye design, of the "MY SCENE" dolls, as identified in paragraph 34 of the COMPLAINT, to the appearance as identified in paragraphs 37-40 of the COMPLAINT. | | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "ALL DOCUMENTS REFERRING OR RELATING TO" any consideration ever made to changing the appearance of any of these dolls is overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for only approximately three specific products. |
| 5 | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls ever released as a commercial product, including without limitation, face paint, face | | Mattel has offered to produce photographs or pictures sufficient to illustrate every variation or version of the MY |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | paint plans or designs, eye designs, drafts, ideas or concepts. | | SCENE trapezoidal packaging in connection with MGA's packaging trade dress claim, but objects to providing photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls themselves in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for approximately only three specific products. |
| 6 | Photographs or pictures sufficient to illustrate every variation or version of "MY SCENE" dolls considered by YOU but never released as a commercial product, including without limitation, face paint, face paint plans or designs, eye designs, drafts, ideas or concepts. | | Mattel has offered to produce photographs or pictures sufficient to illustrate every variation or version of MY SCENE trapezoidal packaging in connection with MGA's packaging trade dress claim, but objects to providing photographs or pictures sufficient to illustrate every contemplated variation or version of "MY SCENE" dolls themselves in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for only approximately three specific products. |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| 7 | All DOCUMENTS REFERRING OR RELATING TO changes to "MY SCENE" from the appearance as identified in paragraph 34 of the COMPLAINT to the appearance as identified in paragraphs 37-40 of the COMPLAINT including, without limitation, the sculpt, face paint plans or designs, eye designs, ideas, and drafts. | | Mattel objects to providing "All DOCUMENTS REFERRING OR RELATING TO changes to 'MY SCENE' dolls in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting its trade dress claims to trapezoidal packages for only approximately three specific products. |
| 8 | All DOCUMENTS which support YOUR assertions in paragraphs 27 and 30 of YOUR ANSWER regarding dolls identified in paragraphs 37 and 40 of the COMPLAINT.[1] | | The paragraphs cited refer to MGA's abandoned claims over the appearance of MY SCENE dolls, rather than the claims it is still pursuing regarding trapezoidal packages for only approximately three specific products. Mattel should not be forced to undertake a massive search for documents relating to MGA's abandoned claims. |
| 9 | All DOCUMENTS which support YOUR assertions in paragraphs 28 and 29 of YOUR ANSWER regarding eye designs identified in paragraphs 38 and 39 of the COMPLAINT.[2] | | The paragraphs cited refer to MGA's abandoned claims over the appearance of MY SCENE dolls, rather than the claims it is still |

---

[1]   The dolls in paragraphs 37 and 40 of MGA's Complaint are Barbie and My Scene dolls, and Mattel's assertions in paragraphs 27 and 30 of its Answer are denials that My Scene dolls "became 'Bratz'" or have changed to look more like Bratz.

[2]   The assertions in paragraphs 28 and 29 of Mattel's Answer deny that the "'My Scene' eye" has changed to look more like the "'Bratz' eye."

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | pursuing regarding trapezoidal packages for only approximately three specific products.  Mattel should not be forced to undertake a massive search for documents relating to MGA's abandoned claims. |
| 12 | DOCUMENTS sufficient to show any position MATTEL has taken with respect to its claimed trade dress in connection with any "MY SCENE" product, including but not limited to internal COMMUNICATIONS, COMMUNICATIONS with third parties, trademark applications and related DOCUMENTS, filings in judicial proceedings or regulatory filings. | Narrowed to trapezoidal packaging | Even modified, the request is unduly vague and overbroad.  MGA is pursuing a trade dress claim against Mattel alleging that packages for only approximately three specific products infringes upon the trapezoidal packaging of Bratz.  "Positions" taken about MY SCENE packaging in other disputes are irrelevant to the question of whether the MY SCENE packaging creates a likelihood of confusion with the Bratz trapezoidal packaging. |
| 13 | All DOCUMENTS REFERRING OR RELATING TO any MARKET RESEARCH, projections or plans pertaining to the release of "MY SCENE" to the market. | | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, development, marketing, and sales. Requiring production of "All DOCUMENTS REFERRING OR RELATING TO any MARKET RESEARCH, projections or plans pertaining to MY SCENE is overly broad and unduly burdensome |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting its trade dress claims to trapezoidal packages for only approximately three specific products. |
| 14 | All DOCUMENTS REFERRING OR RELATING TO the creation or development of the "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond") themes including but not limited to DOCUMENTS showing when and how they were first conceived and any awareness by MATTEL of similar or proposed MGA themes. | Allegedly "narrowed" to trapezoidal packaging and products in connection with which Mattel is seeking damages | This RFP originally concerned MGA's abandoned claims for trade dress infringement by MY SCENE dolls. MGA now seeks to *expand* the scope of the RFP to include "All DOCUMENTS REFERRING OR RELATING TO the creation or development of" every product Mattel claims was damaged by MGA's actions. The RFP, especially as *expanded* by MGA, is overly broad, unduly burdensome and is not tailored to damages. |
| 15 | All DOCUMENTS REFERRING OR RELATING TO the timing or plans for release of the "MY SCENE" themes "Chillin' Out!," "Night on the Town," "Jammin' in Jamaica," "Guava Gulch Tiki Lounge," "Sound Lounge," and "My Bling Bling" (including without limitation "My Bling Bling with Real Gem" and "My Bling Bling with Real Diamond"). | Allegedly "narrowed" to trapezoidal packaging and products in connection with which Mattel is seeking damages | This RFP originally concerned MGA's abandoned claims for trade dress infringement by MY SCENE dolls. MGA now seeks to *expand* the scope of the RFP to include "All DOCUMENTS REFERRING OR RELATING TO the timing or plans for release of" every product Mattel claims was |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | damaged by MGA's actions.  The RFP, especially as *expanded* by MGA is overly broad, unduly burdensome and is not tailored to damages. |
| 16 | All DOCUMENTS REFERRING OR RELATING TO the "BRATZ" themes including but not limited to "Forever Diamondz," "Rock Angelz," "Bratz Rodeo," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk," "Funky Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer" before they were advertised or otherwise made publicly available. | Allegedly "narrowed" to trapezoidal packaging and products in connection with which Mattel is seeking damages | This RFP as originally written concerned MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls.  MGA has expanded the RFP to include all "products in connection with which Mattel is seeking damages" without any limitation as to the relevance of such documents to damages. |
| 22 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" dolls, including without limitation, feet, hair, removable heads, face paint, eye design, head size, body proportions, and any other physical attributes. | Allegedly "narrowed" to products in connection with which Mattel is seeking damages | Again, as originally written, this RFP concerned MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls.   As modified by MGA, this request is overbroad and seeks documents that have no bearing on damages. |
| 27 | All DOCUMENTS REFERRING OR RELATING TO actual or potential consumer confusion between any "MY SCENE" product and any "BRATZ" product. | Narrowed to trapezoidal packaging | As narrowed, Mattel agrees to produce as to the trapezoidal packaging that MGA has asserted is infringing at its 30(b)(6) deposition regarding those claims. |
| 28 | All MATTEL product catalogs, sell sheets and product information sheets | | Mattel has already produced thousands of |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | that include "MY SCENE" products, from 2001 to the present. | | documents relating to MY SCENE's marketing, and sales, including profit and loss statements for every product by SKU.  Requiring production of every catalog or product information sheet that ever mentioned any MY SCENE product is overbroad and unduly burdensome, especially in light of MGA's abandonment of its trade dress claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for only approximately three specific products. |
| 70 | All studies, analyses, presentations or investigations, including internal studies, analyses, presentations or investigations, REFERRING OR RELATING TO actual or potential market competition between "MY SCENE" and "BRATZ." | Allegedly "narrowed" to time period during which Mattel is seeking damages | Mattel has already produced thousands of documents relating to MY SCENE's marketing and sales, including profit and loss statements for each MY SCENE product by SKU.  As worded, this request is overly broad and unduly burdensome, especially in light of MGA's abandonment of its trade dress claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for only approximately three specific products.  Nor |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | does the alleged narrowing resolve the lack of relevance and overbreadth problems since the time period still covers the entire time that MY SCENE was on the market beginning in 2002. |
| 76 | All DOCUMENTS REFERRING OR RELATING TO the quality or reputation of "MY SCENE" including, without limitation, accolades or awards for "MY SCENE." | Allegedly "narrowed" to time period during which Mattel is seeking damages | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, it is overly broad and unduly burdensome.  Nor does the alleged narrowing resolve the lack of relevance or overbreadth problems since the time period still covers the entire time that MY SCENE was on the market beginning in 2002. |
| 77 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "MY SCENE," including in relation to "BRATZ" by any third party. | Allegedly "narrowed" to time period during which Mattel is seeking damages | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, it is overly broad and unduly burdensome.  Nor does the alleged narrowing resolve the lack of |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | relevance and overbreadth problems since the time period still covers the entire time that MY SCENE was on the market beginning in 2002. |
| 78 | All DOCUMENTS REFERRING OR RELATING TO any evaluation, criticism or comparison of "BRATZ," including in relation to "MY SCENE." | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, it is overly broad and unduly burdensome. |
| 79 | All DOCUMENTS evidencing confusion between "BRATZ" and "MY SCENE," including without limitation DOCUMENTS in which photographs of one party's products have been used to depict another party's products or reference to one party's products have been made in lieu of the other party's products. | Narrowed to trapezoidal packaging | As narrowed, Mattel agrees to produce as to the trapezoidal packaging that MGA has asserted is infringing at its 30(b)(6) deposition regarding those claims. |
| 92 | All "New Toy Status Reports" for "MY SCENE." | Allegedly "narrowed" to products in connection with which Mattel is seeking damages | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, it is overly broad and unduly burdensome. |
| 94 | All DOCUMENTS REFERRING OR RELATING TO any COMMUNICATION between MATTEL and any participant in any | Narrowed to strike the words "DOCUMENTS REFERRING OR | Even as modified, this RFP concerns MGA's abandoned claims for trade dress infringement |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | MARKET RESEARCH REFERRING OR RELATING TO "MY SCENE," MGA or "BRATZ." | RELATING TO any." | based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, it is overly broad and unduly burdensome. |
| 106 | All DOCUMENTS tending to support or refute MATTEL'S claims, if any, that "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. | | This RFP appears to seek documents relating to documents that would refute MGA's abandoned claims that the appearance of MY SCENE dolls infringed the alleged trade dress of Bratz.  As such, it is no longer relevant.  Mattel also has already produced thousands of documents relating to MY SCENE's origin, design, development, marketing, and sales.  To the extent that MGA seeks additional specific documents, Mattel would consider any appropriately tailored request from MGA.  However, as worded, this request is overbroad. |
| 107 | All COMMUNICATIONS between YOU and any retailer REFERRING OR RELATING TO whether "BRATZ" copies, replicates, or in any way imitates the appearance of "MY SCENE" or any other MATTEL product. | Narrowed to products in connection with which Mattel is seeking damages. | This RFP appears to seek documents relating to documents that would refute MGA's abandoned claims that the appearance of MY SCENE dolls infringed the alleged trade dress of Bratz.  As such, it is no longer relevant.  Mattel has already produced |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | thousands of documents relating to MY SCENE's origin, design, development, marketing, and sales. To the extent that MGA seeks additional specific documents, Mattel would consider any appropriately tailored request from MGA. However, as worded, this request is overbroad. |
| 168 | All DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS with any third party regarding MY SCENE MY BLING BLING product with real gems, including but not limited to advertisements, announcements, memoranda, conversations, offers for sale, and purchase orders, including but not limited to any such COMMUNICATIONS made before May 12, 2006. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz. Likewise, Mattel had previously alleged product disparagement claims concerning this product, but chose to no longer pursue those claims in the FAAC. As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 171 | All DOCUMENTS, including but not limited to COMMUNICATIONS, REFERRING OR RELATING TO any third party's decision not to buy, license, manufacture, promote, distribute or sell MY SCENE MY BLING BLING, including but not limited to MY SCENE MY BLING BLING with real gems. | | Even as modified, this RFP concerns This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | trapezoidal packaging of Bratz. Likewise, Mattel had previously alleged product disparagement claims concerning this product, but chose to no longer pursue those claims in the FAAC. As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 422 | All COMMUNICATIONS, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between MATTEL's Cassidy Park and Lily Martinez, Adrienne Fontanella, Ivy Ross, Matt Bousquette, or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL, the creation of "MY SCENE," and/or efforts to copy or knock off "BRATZ." | Narrowed to strike the words "or any other current or former employee of MATTEL" and "the creation of "MY SCENE," | Even as modified, this RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz. As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 423 | All DOCUMENTS REFERRING OR RELATING TO unreleased "MY SCENE" products (including, but not limited to, fashion dolls, styling heads, play sets). | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz. As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 431 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS | Narrowed to strike the words "or any | Even as modified, this RFP concerns MGA's |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | REFERRING OR RELATING TO such COMMUNICATIONS, between Ben Van Doesburgh and Adrienne Fontanella, Matt Bousequette [sic] or any other current or former employee of MATTEL regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY SCENE." | other current or former employee of MATTEL." | abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 432 | All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS REFERRING OR RELATING TO such COMMUNICATIONS, between any current or former employees of Mattel Espana S.A., on the one hand, and Adrienne Fontanella, Matt Bousequette [sic] or any other current or former MATTEL employees regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY SCENE." | Narrowed to strike the words "or any other current or former employee of MATTEL." | Even as modified, this RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 471 | All DOCUMENTS REFERRING OR RELATING TO any claims, threat of litigation and/or litigation that any PERSON has asserted against MATTEL regarding infringement by MY SCENE or DIVA STARZ, including, but not limited to, cease and desist letters. | | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).  Moreover, this RFP concerns MGA's |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 472 | All DOCUMENTS REFERRING OR RELATING TO any SIMBA LITIGATION, including, but not limited to, all pleadings, declarations, affidavits, briefs, deposition transcripts, orders or other documents, and any English translations thereof, submitted to the court by MATTEL or SIMBA TOYS in support of its claims and defenses or any rulings or decisions issued by the court. | | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).  Moreover, this RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 540 | Each of MATTEL's Brand Directional Outlines. | Narrowed temporally from 1995 through | This RFP has no relationship with any |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | 2005. | claim set forth in the case.  To the extent there was, at one point, relevance to this RFP, it was based upon MGA's now abandoned trade dress claims based upon the appearance of MY SCENE dolls, as opposed to the trade dress claims based on trapezoidal packaging that MGA still maintains. |
| 597 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any litigation with Simba.[3] | | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).  Indeed, Mattel has been involved with litigation on matters that have nothing to do with any product at issue in this case, such as over Simba's trademarks in Germany. |

---

[3]   While this Request was always fatally overbroad and vague because Simba, as one of the world's largest toy companies, has been involved in numerous lawsuits with Mattel in multiple countries over the past decade on many subjects that do not have even arguable relevance to this case, the only at one time potentially relevant litigation with Simba involved claims of infringement of Mattel's MY SCENE trademarks and dolls that is no longer relevant here as a result of MGA's abandonment of its Bratz trade dress claims.  None of the litigation with Simba involved the shape of product packaging.

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | Moreover, to the extent it ever had any relevance, this RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 598 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit by MATTEL (other than this ACTION) alleging infringement of MATTEL'S intellectual property rights in any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product. | | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).

Moreover, this RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | trapezoidal packaging of Bratz.[4]  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 599 | ALL DOCUMENTS and COMMUNICATIONS REFERRING OR RELATING TO any demand, claim or lawsuit against MATTEL (other than this ACTION) alleging that any CONTESTED MATTEL PRODUCT, any BARBIE product, or any DIVA STARS product infringes the intellectual property rights of another PERSON. | | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).  Moreover, this RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 677 | All COMMUNICATIONS with any RETAILER that REFER OR RELATE to whether MY SCENE | Narrowed to strike the words "and current and future | Even as modified, this RFP concerns MGA's abandoned claims for |

---

[4]  MGA defined "CONTESTED MATTEL PRODUCTS" to include every product at issue in the case and specifically included all MY SCENE dolls and their accessories.  MGA has withdrawn its trade dress claims regarding MY SCENE dolls and their accessories.

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | was a substitution or competitor of BRATZ, regarding competition between MY SCENE and BRATZ, similarities between MY SCENE and BRATZ, confusion between MY SCENE and BRATZ, and current and future plans for the advertising, promotion, marketing and sales of MY SCENE, or the lack thereof. | plans for the advertising, promotion, marketing and sales of MY SCENE, or the lack thereof." | trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 693 | All DOCUMENTS that REFER OR RELATE TO any claims, threat of litigation, litigation, arbitration or other legal proceeding that any current or former employee, freelancer or contractor has asserted against MATTEL regarding the use or infringement  of any design, idea, doll, toy or artwork, including, but not limited  to, cease and desist letters, pleadings, affidavits, or court orders. | Narrowed to trapezoidal packaging;  Wee 3 friends; and products in connection with which Mattel is seeking damages | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).  This RFP goes even further than the others by including any claim or threat of litigation.  It does not seek relevant discovery and is overly broad and unduly burdensome. |
| 695 | All testimony, transcripts, declarations, affidavits and other sworn written statements of any other type by or from YOU or made on YOUR behalf that REFER OR RELATE TO ACCELERACERS, DIVA STARZ, MY SCENE, FLAVAS, and BARBIE that REFER OR RELATE TO the RELEVANT TIME PERIOD (regardless of when | Narrowed to remove "Acceleracers" | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
|  | such testimony or sworn statement was taken , given, signed, made or filed), other than those previously filed and served in this ACTION or in which MGA's counsel in this ACTION was in attendance. |  | nothing to do with product valuations but with the lawsuit generally." (Dkt #7961 at 7). This RFP goes even further than the others by including any statement offered in any litigation and does so as to products, such as ACCELERACERS and MY SCENE and BARBIE dolls, that MGA has abandoned any claims against. The Request no longer seeks relevant discovery and is overly broad and unduly burdensome. |
| 708 | DOCUMENTS sufficient to show customer rebates or credits given by YOU or YOUR licensees to customers in connection with MY SCENE DOLLS | Allegedly "narrowed" to time period during which Mattel is seeking damages | Even as modified, this RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz. As such, the Request no longer seeks relevant discovery and is overly broad and unduly burdensome. Nor does the alleged narrowing resolve the lack of relevance and overbreadth problems since the time period still covers the entire time that MY SCENE was on the market beginning in 2002. |
| 725 | DOCUMENTS sufficient to show | Allegedly "narrowed" | Even as modified, this |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | customer rebates and credits given by YOU or YOUR licensees to customers in connection with MY SCENE DOLLS | to time period during which Mattel is seeking damages | RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, it is overly broad and unduly burdensome.  Nor does the alleged narrowing resolve the lack of relevance and overbreadth problems since the time period still covers the entire time that MY SCENE was on the market beginning in 2002. |
| 734 | All DOCUMENTS REFERRING OR RELATING TO the value of the "My Scene" brand. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 748 | All DOCUMENTS REFERRING OR RELATING TO the design, development, conception, creation, origins or sources of inspiration for the GLAMERMAIDS, including, without limitation, the purpose for which GLAMERMAIDS were created and whether BRATZ was a source of inspiration for or factor in | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | the development of GLAMERMAIDS. | | Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 749 | All DOCUMENTS REFERRING OR RELATING TO the decision to discontinue development of or not to sell GLAMERMAIDS. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 750 | All DOCUMENTS REFERRING OR RELATING TO the decision to develop, revise, refresh or use GLAMERMAIDS in the development of MY SCENE. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 751 | All DOCUMENTS REFERRING OR RELATING TO the selection, approval process, design and development of the GLAMERMAIDS products and themes, including but not limited to any design drawings, MARKET RESEARCH, and product approval memos. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | relevant discovery and is overly broad and unduly burdensome. |
| 752 | All DOCUMENTS REFERRING OR RELATING TO YOUR awareness or knowledge of BRATZ during the creation, design and development of GLAMERMAIDS. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 753 | All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between BRATZ and GLAMERMAIDS. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 754 | All DOCUMENTS REFERRING OR RELATING TO whether GLAMERMAIDS copy, replicate, or in any way imitate BRATZ. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | burdensome. |
| 755 | All DOCUMENTS REFERRING OR RELATING TO actual or potential confusion or otherwise evidencing confusion (including, but not limited to, confusion among consumers, RETAILERS, distributors, licensees or members of the press) between GLAMERMAIDS and BRATZ. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 756 | DOCUMENTS, including but not limited to organizational charts, sufficient to identify (by name and job function) all current and former MATTEL personnel and/or freelancers comprising the primary team that worked on the creation, design and development of the GLAMERMAIDS products, commercials, themes and logo. | | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 775 | All dolls, models, molds, casts, samples, packaging, ADVERTISING, photographs, CDs, DVDs, tapes, or other tangible items or things that comprise or relate to a BRATZ product or accessory. | Narrowed to items acquired by Mattel for business purposes, not those acquired for litigation purposes. | This RFP concerns MGA's abandoned claims for trade dress infringement based upon the appearance of MY SCENE dolls and accessories rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  Moreover, there is no dispute that the parties had access to each others publicly sold products.  As such, the Request |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | | | does not seek relevant discovery and is overly broad and unduly burdensome. |
| 781 | All litigation documents filed and/or served by any of the parties in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to pleadings, motions, briefs, discovery responses, disclosures, and expert reports.[5] | | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).  The RFP is overly broad and unduly burdensome.  Furthermore, UK Court rules limit Mattel's ability to produce confidential documents produced to Mattel by Simba in the litigation. |
| 782 | MATTEL'S trial presentation materials (including any and all demonstrative exhibits) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but not limited to Mattel, Inc.'s trial exhibits or presentations relating to similarities and/or differences between the various dolls at issue in | | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but |

---

[5]  In the litigation referenced in this Request and in Request Nos. 782-84, Mattel prevailed after a trial on allegations that Simba had infringed upon Mattel's "My Scene" dolls. The litigation, as noted previously, did not involved any claim concerning the shape of packaging for Bratz, "My Scene" or any other product.

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | said litigation. | | with the lawsuit generally." (Dkt #7961 at 7). The RFP is overly broad and unduly burdensome. |
| 783 | Documents identified as Exhibits 31, 32, 33, and 34 in the "Index to Bundle 6 Claimant's Disclosure" (M0097406-M0097408) in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division). | . | This Court has already recognized that RFPs concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally." (Dkt #7961 at 7).<br><br>Moreover, the litigation referred to involved the appearance of MY SCENE dolls and Simba's infringing copy of MY SCENE dolls and the MY SCENE trademark, rather than any issues about the packaging of dolls. In light of MGA's abandonment of its trade dress claims relating to the appearance of MY SCENE dolls, as opposed to the trapezoidal packaging for those dolls, the RFP does not seek relevant discovery and is overly broad and unduly burdensome. |
| 784 | All transcripts for each day and/or portion of a day of trial and/or | | This Court has already recognized that RFPs |

| RFP No. | Text of Request | MGA Proposed Modification | Mattel's Objections |
|---|---|---|---|
| | analogous proceeding before the court in Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG, HC 03 CO 2684 (High Court of Justice, Chancery Division). | | concerning other lawsuits by and against Mattel, are "facially overbroad and the language should be modified both temporally . . . and in terms of scope – the language of the RFPs has nothing to do with product valuations but with the lawsuit generally."  (Dkt #7961 at 7).<br><br>Moreover, the litigation referred to involved the appearance of MY SCENE dolls and Simba's infringing copy of MY SCENE dolls and the MY SCENE trademark, rather than any issues about the packaging of dolls.  In light of MGA's abandonment of its trade dress claims relating to the appearance of MY SCENE dolls, as opposed to the trapezoidal packaging for those dolls, the RFP does not seek relevant discovery and is overly broad and unduly burdensome. |

9059 Requests:

| RFP No. | Request | MGA Position | Mattel Response |
|---|---|---|---|
| 70 | All DOCUMENTS discussing, mentioning, referring or relating to any MATTEL desire, plan, idea, | | This RFP concerns MGA's abandoned claims for trade dress |

| RFP No. | Request | MGA Position | Mattel Response |
|---|---|---|---|
| | decision, goal, or objective to copy, imitate, replicate, emulate, duplicate or mimic any MGA PRODUCT with which BRYANT had any involvement. | | infringement based upon the appearance of MY SCENE dolls rather than the claims it still maintains relating to the trapezoidal packaging of Bratz.  As such, the Request does not seek relevant discovery and is overly broad and unduly burdensome. |
| 119 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing "My Scene," including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of any "My Scene" product. | Narrowed to products in connection with which Mattel is seeking damages. | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development.  Asking for "ALL DOCUMENTS REFERRING OR RELATING TO" any aspect, feature or element of" these dolls is irrelevant to damages.  It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to trapezoidal packages for approximately only three products.  The alleged narrowing of the Request does not resolve these problems, since the artistic inspirations of an affected product is irrelevant to Mattel's damages claims for lost sales of those products as a result of MGA's trade |

| RFP No. | Request | MGA Position | Mattel Response |
|---|---|---|---|
| | | | secret thefts and other misconduct. |
| 120 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from "My Scene" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop "My Scene," including, without limitation, the reasons for and factors influencing its decision. | Narrowed to products in connection with which Mattel is seeking damages. | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "ALL DOCUMENTS . . . referring or relating to" the design or development of MY SCENE dolls is irrelevant to damages.  It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packaging for approximately only three products.  The alleged narrowing of the Request does not resolve these problems, since the creative decisions underlying the design and development an affected product is irrelevant to Mattel's damages claims for lost sales of those products as a result of MGA's trade secret thefts and other misconduct. |
| 125 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all | Narrowed to products in connection with which Mattel is seeking damages | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. |

| RFP No. | Request | MGA Position | Mattel Response |
|---|---|---|---|
| | DOCUMENTS evidencing, demonstrating, discussing, mentioning, referring or relating to the "My Scene" styling head including, without limitation, its creation, design, development, sales and marketing and all MARKET RESEARCH and all sales and market analyses referring or relating to the "My Scene" styling head. | | Asking for "ALL DOCUMENTS . . . referring or relating to" the MY SCENE styling head is irrelevant to damages.  It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packages for approximately only three products. |
| 126 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design or develop the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. | Narrowed to products in connection with which Mattel is seeking damages | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "all DOCUMENTS . . . referring or relating to" the design or development of the MY SCENE styling head is irrelevant to damages.  It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packages for approximately only three products. |
| 128 | If YOU contend that BRATZ has impacted or affected YOUR sales, | Narrowed to products in connection with | Mattel has already produced thousands of |

| RFP No. | Request | MGA Position | Mattel Response |
|---------|---------|--------------|-----------------|
| | profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing the "My Scene" styling head including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of the "My Scene" styling head. | which Mattel is seeking damages. | documents relating to MY SCENE's origin, design, and development. Asking for "all DOCUMENTS . . . used or referred to" in creating and designing the MY SCENE styling head is irrelevant to damages. It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packages for approximately only three products. |
| 129 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon the "My Scene" styling head including, without limitation, the reasons for and factors influencing its decision. | Narrowed to products in connection with which Mattel is seeking damages | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "all DOCUMENTS . . . referring or relating to" the creation, design or development of the MY SCENE styling head is irrelevant to damages. It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packages for approximately three |

| RFP No. | Request | MGA Position | Mattel Response |
|---|---|---|---|
| | | | products. |
| 130 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from the "My Scene" styling head as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and the "My Scene" styling head on the other. | Narrowed to products in connection with which Mattel is seeking damages. | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "all DOCUMENTS . . . referring to or relating to" any similarities between the Bratz head and the MY SCENE head is irrelevant to damages. It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packages for approximately only three products. |
| 162 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie," as part of YOUR damages in this case, all DOCUMENTS used or referred to in creating and designing such doll or toy including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of such doll or toy. | Narrowed to products in connection with which Mattel is seeking damages. | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "all DOCUMENTS . . . used or referred to" *in creating any doll whatsoever* is irrelevant to damages. It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal |

| RFP No. | Request | MGA Position | Mattel Response |
|---|---|---|---|
| | | | packages for approximately only three products. |
| 163 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon such doll or toy including, without limitation, the reasons for and factors influencing its decision. | Narrowed to products in connection with which Mattel is seeking damages. | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "all DOCUMENTS . . . referring or relating to" the design or development of *any doll whatsoever* is irrelevant to damages.  It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packages for approximately only three products. |
| 164 | If YOU contend that BRATZ has impacted or affected YOUR sales, profits or revenue from any doll or toy, including any fashion doll other than "Barbie" as part of YOUR damages in this case, all DOCUMENTS evidencing, detailing, discussing, describing, depicting, mentioning, referring to, or relating to the similarities or differences between BRATZ on the one hand and such doll or toy on the other. | Narrowed to products in connection with which Mattel is seeking damages. | Mattel has already produced thousands of documents relating to MY SCENE's origin, design, and development. Asking for "all DOCUMENTS . . . referring to or relating to" any similarities between Bratz and *any other doll whatsoever* is irrelevant to damages.  It is also overbroad and unnecessary, especially in light of MGA's withdrawal of its claims based upon the |

| RFP No. | Request | MGA Position | Mattel Response |
|---------|---------|--------------|-----------------|
|  |  |  | appearance of MY SCENE dolls and limiting of its trade dress claims to the trapezoidal packages for approximately only three products. |