MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Phase 2 - Hon. David O. Carter**<br><br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEFING PURSUANT TO THE JUNE 7, 2010 ORDER REGARDING MATTEL'S MOTION FOR PROTECTIVE ORDER AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6)** |

**CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

I, Diana M. Rutowski, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Reply in Support of MGA's Cross-Motion to Compel Testimony of Mattel 30(b)(6). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of a excerpt from the Samir Khare deposition taken on March 25, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of a excerpt of document marked as deposition exhibit 8204 bearing Bates numbers M 0743324 – M 0743327.

4. Attached hereto as Exhibit 3 is a true and correct copy of a excerpt of Mattel's Supplemental Responses to MGA Entertainment (HK) Limited's Interrogatory Nos. 1-25.

5. Attached hereto as Exhibit 4 is a true and correct copy of a excerpt of Objections and Responses of MGA Entertainment, Inc. to Mattel, Inc.'s Second Set of Interrogatories served on November 2, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of a excerpt of MGA's Supplemental Response to Mattel, Inc.'s Second Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses served on November 30, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of a excerpt of document marked as deposition exhibit 8666 bearing Bates numbers M 0949654 – M 0949656.

1

RUTOWSKI DECL ISO MGA'S SUPP BRIEFING PURSUANT TO
6/7/10 ORDER RE MTN FOR PROT ORDER AND MGA'S CROSS-
MTN TO COMPEL 30(B)(6)CV-04-9049 DOC (RNBX)

8. Attached hereto as Exhibit 7 is a true and correct copy of a document marked as deposition exhibit 2114 bearing Bates numbers M 0082032.

9. Attached hereto as Exhibit 8 is a true and correct copy of a excerpt from the Ronald Brawer deposition taken on January 26, 2010.

10. Attached hereto as Exhibit 9 is a true and correct copy o f a excerpt from the Robert Eckert deposition taken on February 22, 2010.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document bearing Bates numbers M 1251935 – M 1251936.

12. Attached hereto as Exhibit 11 is a true and correct copy of a document bearing Bates numbers M 0309916 – M 0309917.

13. Attached hereto as Exhibit 12 is a true and correct copy of a excerpt from the Adrienne Fontanella deposition taken January 16, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of a excerpt of document marked as deposition exhibit 1806 bearing Bates numbers M 0079848 – M 0079855.

15. Attached hereto as Exhibit 14 is a true and correct copy of a excerpt of document marked as deposition exhibit 1810 bearing Bates numbers M 0086622 – M 0086623.

16. Attached hereto as Exhibit 15 is a true and correct copy of a excerpt of document marked as deposition exhibit 1293 bearing Bates numbers M 0041531 – M 0041595.

17. Attached hereto as Exhibit 16 is a true and correct copy of a document marked as deposition exhibit 8685 bearing Bates numbers M 0944201.

18. Attached hereto as Exhibit 17 is a true and correct copy of a document marked as deposition exhibit 8676 bearing Bates numbers M 0949697.

19. Attached hereto as Exhibit 18 is a true and correct copy of a document marked as deposition exhibit 1297 bearing Bates numbers M 0078511 – M 0078512.

2

RUTOWSKI DECL ISO MGA'S SUPP BRIEFING PURSUANT TO
6/7/10 ORDER RE MTN FOR PROT ORDER AND MGA'S CROSS-
MTN TO COMPEL 30(B)(6)CV-04-9049 DOC (RNBX)

1   20. Attached hereto as Exhibit 19 is a true and correct copy of a excerpt of document marked as deposition exhibit 1807 bearing Bates numbers M 0079731 – M 0079758.

21. Attached hereto as Exhibit 20 is a true and correct copy of a excerpt of document marked as deposition exhibit 8785 bearing Bates numbers M 0738659 – M 0738700.

22. Attached hereto as Exhibit 21 is a true and correct copy of a excerpt of document marked as deposition exhibit 8767 bearing Bates numbers M 0147065 – M 0147070.

23. Attached hereto as Exhibit 22 is a true and correct copy of a excerpt of document marked as deposition exhibit 8775 bearing Bates numbers M 1060223 – M 1060227.

24. Attached hereto as Exhibit 23 is a true and correct copy of a excerpt of document marked as deposition exhibit 8810 bearing Bates numbers M 1241745 – M 12417813.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on June 14, 2010, at Menlo Park, California.

_____
Diana M. Rutowski

# EXHIBIT 1

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700     Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☑ Manual Filing required (*reason*): General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                          /s/ Diana M. Rutowski
Date                                   Attorney Name

                                       MGA PARTIES
                                       Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING

# EXHIBIT 2

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| June 14, 2010 | /s/ Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                     NOTICE OF MANUAL FILING

# EXHIBIT 3

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700   Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| June 14, 2010 | /s/ Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)         NOTICE OF MANUAL FILING

# EXHIBIT 4

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700    Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| June 14, 2010 | /s/ Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    NOTICE OF MANUAL FILING

# EXHIBIT 5

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| June 14, 2010 | /s/ Diana M. Rutowski |
| --- | --- |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING