# EXHIBIT 6

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Document Description:

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Reason:

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                                    /s/ Diana M. Rutowski
Date                                             Attorney Name

                                                 MGA PARTIES
                                                 Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                          **NOTICE OF MANUAL FILING**

# EXHIBIT 7

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700     Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| | CV 04-9049-DOC (RNBx) |
| PLAINTIFF(S) | |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Document Description:

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Reason:

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                                    /s/ Diana M. Rutowski
Date                                             Attorney Name

                                                 MGA PARTIES
                                                 Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

# EXHIBIT 8

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Document Description:

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Reason:

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| | |
|---|---|
| June 14, 2010 | /s/ Diana M. Rutowski |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

# EXHIBIT 9

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Document Description:

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Reason:

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                          /s/ Diana M. Rutowski
Date                                        Attorney Name

                                            MGA PARTIES
                                            Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

# EXHIBIT 10

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Document Description:

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Reason:

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| June 14, 2010 | /s/ Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              **NOTICE OF MANUAL FILING**

# EXHIBIT 11

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated   January 4, 2005

☑   Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                                  /s/ Diana M. Rutowski
Date                                                   Attorney Name

                                                         MGA PARTIES
                                                         Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

# EXHIBIT 12

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| | |
|---|---|
| June 14, 2010 | /s/ Diana M. Rutowski |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

**NOTICE OF MANUAL FILING**

# EXHIBIT 13

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700     Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective
Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In
Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Document Description:

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the
    Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's
            Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel
            30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits;
            Application to File Under Seal; Proposed Order to File Under Seal.

### Reason:

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
    General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                                    /s/ Diana M. Rutowski
Date                                             Attorney Name

                                                 MGA PARTIES
                                                 Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**

# EXHIBIT 14

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB Document 8093 Filed 06/14/10 Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700     Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑    Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☑    Per Court order dated January 4, 2005

☑    Manual Filing required (reason): General Order 08-02, Section V(D), Local Rule 79-5

| June 14, 2010 | /s/ Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

# EXHIBIT 15

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| June 14, 2010 | /s/ Diana M. Rutowski |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

# EXHIBIT 16

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700     Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                                      /s/ Diana M. Rutowski
Date                                               Attorney Name

                                                   MGA PARTIES
                                                   Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**

# EXHIBIT 17

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB  Document 8093  Filed 06/14/10  Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700    Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT

                                    PLAINTIFF(S)

                    v.

MATTEL, INC., a Delaware Corporation

                                    DEFENDANT(S).

CASE NUMBER:

CV 04-9049-DOC (RNBx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
        General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010
Date

/s/ Diana M. Rutowski
Attorney Name

MGA PARTIES
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                          **NOTICE OF MANUAL FILING**

# EXHIBIT 18

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Document Description:

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

### Reason:

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| | |
|---|---|
| June 14, 2010 | /s/ Diana M. Rutowski |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

# EXHIBIT 19

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective
Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In
Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the
      Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's
      Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel
      30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits;
      Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
      General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                                    /s/ Diana M. Rutowski
Date                                                Attorney Name

                                                    MGA PARTIES
                                                    Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

# EXHIBIT 20

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☑   Manual Filing required (*reason*):
    General Order 08-02, Section V(D), Local Rule 79-5

June 14, 2010                          /s/ Diana M. Rutowski
Date                                    Attorney Name

                                        MGA PARTIES
                                        Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

# EXHIBIT 21

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700       Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑    Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☑    Per Court order dated  January 4, 2005

☑    Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| | |
|---|---|
| June 14, 2010 | /s/ Diana M. Rutowski |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

# EXHIBIT 22

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated   January 4, 2005

☑   Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| | |
|---|---|
| June 14, 2010 | /s/ Diana M. Rutowski |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                 **NOTICE OF MANUAL FILING**

# EXHIBIT 23

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8093   Filed 06/14/10   Page 1 of 1

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation <br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 04-9049-DOC (RNBx) <br><br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  MGA Supplemental Briefing Pursuant to the June 7, 2010 Order Regarding Mattel's Motion for Protective Order and MGA's Cross-motion to Compel Testimony of Mattel 30(b)(6); Declaration of D. Rutowski In Support Thereof and Attached Exhibits; Application to File Under Seal; Proposed Order to File Under Seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☑ Manual Filing required (*reason*):
General Order 08-02, Section V(D), Local Rule 79-5

| | |
|---|---|
| June 14, 2010 | /s/ Diana M. Rutowski |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                  **NOTICE OF MANUAL FILING**