MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' STATEMENT OF COMPLIANCE WITH JUNE 7, 2010 ORDER RE REQUEST NOS. 19 AND 20**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

## INTRODUCTION

Pursuant to the Court's June 7, 2010 Order, MGA Mexico has been ordered to produce all remaining responsive documents on or before June 14, 2010 concerning Requests 19 and 20 of Mattel's First Set of Requests for Production of Documents to MGA Mexico. Order at 14 (Dkt# 8079).

## REQUESTS AT ISSUE

At issue are the following two Requests:

**Request for Production No. 19:**

All DOCUMENTS that REFER OR RELATE TO MACHADO's transfer to the MGA office in Van Nuys, California.

**Request for Production No. 20:**

All DOCUMENTS that REFER OR RELATE TO travel to Los Angeles, California by any of the FORMER MATTEL EMPLOYEES between January 1, 2004 and April 20, 2004.

Machado and Trueba have now testified and confirmed that they did not travel to Los Angeles prior to April 20, 2004. There was a tentative plan for them to travel to Los Angeles on March 25, 2004 (MGA 0413368), but that trip did not occur because MGA and the three individuals had not reached an agreement on terms for employment by that date. As a result, the trip was rescheduled for April 26, 2004, after an agreement was reached for employment with MGA and after they had resigned from Mattel. MGA 1146484 (April 11, 2004 Machado email to MGA: "please bear in mind that based on this we'll possibly reschedule our visit for the week of [April] 26th"). Mattel is well-aware of these facts, and that there was no trip to Los Angeles during the time frame of its Requests 19 and 20. Indeed, Pablo Vargas is now in Mattel's pocket and can confirm to Mattel there was no trip prior to April 20, 2004. Mattel, nonetheless, continues to waste MGA's and the Court's time demanding documents it knows do not exist.

## STATEMENT OF COMPLIANCE

As Mattel has learned during the course of several depositions, MGA Mexico has no information concerning Machado, Vargas, and Trueba's travel to Los Angeles, California between January 1, 2004 and April 20, 2004 *since MGA Mexico is unaware that any such travel ever transpired.* In fact, MGA has already produced documents referring to a *contemplated* a meeting in Los Angeles during the specified timeframe (*See, e.g.*, MGA 0331903, MGA 0413364, and MGA 0413368), but, to MGA Mexico's knowledge, no such meeting ever occurred. Indeed, later documents reflect the cancellation or delay of that meeting. Although not called for by these requests, MGA produced documents related to the actual trip to Los Angeles on April 26, 2004, including a detailed itinerary of that trip. *See* MGA 3815506.013772-3. Mattel is well-aware of that trip since it questioned Machado, at his deposition about that trip, using the itinerary produced by MGA. *See* Ex. 8852. After a reasonable search, MGA Mexico has no additional documents that would be responsive to Requests 19 and 20.

Dated: June 14, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        /s/ Annette L. Hurst
                                        ANNETTE L. HURST
                                        Attorneys for the MGA Parties and IGWT 826
                                        Investments LLC