MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with No. CV 04-9059 and No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**STATEMENT OF COMPLIANCE WITH JUNE 7, 2010 ORDER REGARDING REQUESTS FOR PRODUCTION NOS. 73 AND 74**<br><br>Date: TBD<br>Time: TBD<br>Dept: Courtroom 9D |

# INTRODUCTION

In its June 7, 2010 Order (the "June 7 Order"), the Court ordered MGA to produce any documents responsive to Requests Nos. 73 and 74 in Mattel's Fourth Set of Requests for Documents (Phase 1) and to submit a statement of compliance to the Court by June 14, 2010. According to the June 7 Order, the statement of compliance shall identify and attach all documents produced to Mattel on June 14, 2010 in compliance with the Order.

# REQUESTS AT ISSUE

At issue are the following two Requests:

**Request for Production No. 73:**

All DOCUMENTS REFERRING OR RELATING TO any increase in salary, pay or benefits received by any of the FORMER MATTEL EMPLOYEES while employed by YOU, including without limitation all DOCUMENTS REFERRING OR RELATING TO the reasons therefor.

**Request for Production No. 74:**

All DOCUMENTS REFERRING OR RELATING TO any bonuses, monetary incentives or payments other than as part of the base salary received by any of the FORMER MATTEL EMPLOYEES while employed by YOU, including without limitation all DOCUMENTS REFERRING OR RELATING TO the reasons therefor.

For the purpose of these Requests, FORMER MATTEL EMPLOYES were defined by Mattel as:

"'FORMER MATTEL EMPOYEES' means BRAWER, CASTILLA, CONTRERAS, COONEY, HAN, HINH, KAO and THOMPSON."

1  This request was served on October 26, 2007 and MGA served its response on November 26, 2007.

Notably, HAN (Janet Han), HINH (Michael Hinh), KAO (Alice Kao) and THOMPSON (Mark Thompson), are not accused in Mattel's TAAC or FAAC of having taken Mattel trade secrets and appear to be related to Phase 1 issues. Since, however, the Court did not make a distinction in its June 7 Order, MGA has produced responsive documents for each of the eight FORMER MATTEL EMPLOYEES, even though four of the eight are not the subject of Mattel's current claims.

## PRIOR PRODUCTION

Although not required by the June 7 Order, the Court should know that MGA has produced documents responsive to these requests long ago. Specifically:

- MGA produced the entirety of the personnel files of these eight employees that contain their starting salaries, bonuses and benefits. Those files also include raises, performance reviews reflecting the basis for salary increases (or decreases), demotions (if any) and any termination notices. For Ronald Brawer (MGA2 0048547-MGA2 0048906); Jorge Castilla (MGA2 0048946-MGA2 0049000); Nick Contreras (MGA2 0049344-MGA2 0049545); Daniel Cooney (MGA2 0049546-MGA2 0049616); Michael Hinh (MGA2 0060249-MGA2 0060319); Janet Hsu (Formerly Janet Han) (MGA2 0060320-MGA2 0060488); Alice Kao (MGA2 0056192-MGA2 0056331) and Marla Thompson (MGA2 0058753-MGA2 0061344.)
- MGA produced various spreadsheets detailing any bonuses and benefits these individuals *and any other former Mattel employees* received throughout their employment at MGA. MGA2 0539679-MGA2 0539725, MGA 0215324- MGA 0215329, MGA 1195999- MGA

|   |   |
|---|---|
| 1 | 1196008, MGA 0602599- MGA 0602616, MGA 0187418-MGA |
| 2 | 0187427, MGA 0215273-MGA 0215278 and Tonnu Depo. Ex 1353. |
| 3 | • MGA produced volumes of communications with these eight employees |
| 4 | concerning their potential employment, the interview process at MGA, |
| 5 | their job application and offer of employment at MGA. For Brawer |
| 6 | (MGA 0887293, MGA 0887290-MGA 0887292, MGA 0202533-MGA |
| 7 | 0202534, MGA 0887216, MGA 0887203-MGA 0887205, MGA |
| 8 | 0887147-MGA 0887150, MGA 3512463-MGA 3512466, MGA |
| 9 | 3512467-MGA 3512470, MGA 3512488, MGA 3512453-MGA |
| 10 | 3512462); Castilla (MGA 0877251-MGA 0877252, MGA2 0048995- |
| 11 | MGA2 0048998, MGA2 0048999-MGA2 0049008, MGA 0877249- |
| 12 | MGA 0877250, MGA 0877242-MGA 0877247, MGA 1753307-MGA |
| 13 | 1753308, MGA 1753307, MGA2 0536332-MGA2 0536333, MGA2 |
| 14 | 0511028, MGA2 0529034-MGA2 0529035, MGA2 0535280-MGA2 |
| 15 | 0535282, MGA2 0529047-MGA2 0529048, MGA2 0536334-MGA2 |
| 16 | 0536336, MGA 4050679, MGA 0877238-MGA 0877239, MGA |
| 17 | 1753312-MGA 1753313, MGA2 0049009, MGA 1753319-MGA |
| 18 | 1753321); Contreras (MGA 0154602-MGA 0154603, MGA2 0049507- |
| 19 | MGA2 0049510, MGA 0200810-MGA 0200812, MGA 0200941- MGA |
| 20 | 0200942, MGA 0200943-MGA 0200958, MGA 0147888-MGA 147889); |
| 21 | Cooney (MGA2 0511059, MGA 0228649, MGA 0221377, MGA |
| 22 | 0235641-MGA 0235644, MGA 1753327-MGA 1753331, MGA |
| 23 | 1753322-MGA 1753326, MGA 0263022-MGA 0263025, MGA |
| 24 | 1753332-MGA 1753333, MGA 1753343-MGA 1753344, MGA |
| 25 | 0886784-MGA 0886787, MGA2 0049590-MGA2 0049591, MGA |
| 26 | 0886779-MGA 0886783); Kao (MGA2 0536252, MGA 1753243-MGA |
| 27 | 1753244, MGA2 0551391-MGA2 0551391, MGA2 0536250-MGA2 |
| 28 | 0536251, MGA2 0536954-MGA2 0536955, MGA2 0529071, MGA2 |

0513952-MGA2 0513953, MGA 1753238, MGA 1753236, MGA 0457931, MGA 0256838-MGA 0256844, MGA 0457930, MGA 0205819, MGA 1753235, MGA 0875871-MGA 0875872, MGA2 0056227-MGA2 0056228.)

- MGA produced letter agreements it had these individuals sign certifying *that they had not taken any documents from Mattel.* For Brawer (MGA 0887171-MGA 0887172), Castilla (MGA 0886749-MGA 0886750), Contreras (Contreras Depo. Ex 1921), Cooney (MGA 0886779-MGA 0886780), Hsu (MGA2 0060386-MGA2 0060387), Hinh (MGA 0876762-MGA 0876763), Kao (MGA2 0056229-MGA2 0056230) and Thompson (MGA 0876157-MGA 0876158.)

- MGA produced Key Result Areas that each individual designated as goals to accomplish within their respective roles. For Castilla (MGA2 0049028 and MGA2 0049027), Cooney (MGA2 0049588), Hinh (MGA2 0060304 and MGA2 0060297-MGA2 0060298) and Thompson (MGA2 0058759.)

- MGA produced Performance Evaluation Forms. For Brawer (MGA2 0048792), Castilla (Coleman Depo. Ex 7538 and MGA2 0048977-MGA2 0048983), Contreras (MGA2 0049542-MGA2 0049544 and MGA2 0049523-MGA2 0049524), Hsu (MGA2 0060460-MGA2 0060462), Hinh (MGA2 0060297-MGA2 0060303 and MGA2 0060305-MGA2 0060307), Kao (MGA2 0056247-MGA2 0056249) and Thompson (MGA2 1030093-MGA2 1030094.)

- MGA produced Earnings Statements itemizing gross pay over several years. MGA2 0539780-MGA2 0539740 and MGA2 0539772-MGA2 0539779.

- MGA produced W-2 and Earning Summaries. MGA 4387491 and MGA2 0163683.

- MGA produced a Compensation Proposal and Salary Adjustment Request. MGA 0887202 and MGA 1165513-MGA 1165519.

Not a single document located by MGA suggests that any of these employees were offered inflated salaries, bonuses or raises to induce them to take any information from Mattel or to reward them for doing so. Several of these employees have been deposed, and had their bosses deposed, who have confirmed that MGA did not, at any time, ask them to take Mattel information or reward them for doing so. Indeed, all evidence shows they were expressly told not to do so.

## STATEMENT OF COMPLIANCE

MGA conducted a diligent search of its records for any additional documents responsive to Requests Nos. 73 and 74. The documents located are attached hereto[1] and include:

- Additional pay records reflecting compensation and benefits paid to the eight FORMER MATTEL EMPLOYEES from their start at MGA through 2009
- W-2 Forms see Exhibit A. Brawer (MGA2 1493913-MGA2 1493919), Castilla (MGA2 1493920-MGA2 1493923), Contreras (MGA2 1493924-MGA2 1493928), Cooney (MGA2 1493929-MGA2 1493932), Hinh (MGA2 1493933-MGA2 1493937), Hsu (MGA2 1493938-MGA2 1493941), Kao (MGA2 1493942-MGA2 1493945), Thompson (MGA2 1493946-MGA2 1493949.)
- Base Salary Summaries see Exhibit B. Brawer (MGA2 1493950), Castilla (MGA2 1493951), Contreras (MGA2 1493952), Cooney (MGA2 1493953), Hinh (MGA2 1493954), Hsu (MGA2 1493955), Kao (MGA2 1493956), Thompson (MGA2 1493957.)

---

[1] These documents are included with the courtesy copy submitted to the Court, but are not included with the electronically-filed version of this statement.

- Employer Paid Health And Insurance Benefits Summaries see Exhibit C. Brawer (MGA2 1493997-MGA2 1493998), Castilla (MGA2 1493999-MGA2 1494000), Contreras (MGA2 1494001-MGA2 1494002), Hsu (MGA2 1494003), Kao (MGA2 1494004), Thompson (MGA2 1494005-MGA2 1494006.)
- Bonus And Other Compensation Summaries see Exhibit D. Brawer (MGA2 1493958-MGA2 1493974), Castilla (MGA2 1493975-MGA2 1493976), Contreras (MGA2 1493977-MGA2 1493979), Cooney (MGA2 1493980-MGA2 1493982), Hinh (MGA2 1493983-MGA2 1493987), Hsu (MGA2 1493988-MGA2 1493990), Kao (MGA2 1493991-MGA2 1493993), Thompson (MGA2 1493994-MGA2 1493996.)

As with the documents previously provided, no documents were located to show that MGA encouraged these former Mattel employees to steal trade secrets in exchange for salary, benefits or anything else. The documents Mattel seeks suggesting these employees were paid by MGA to steal Mattel trade secrets **JUST DO NOT EXIST.**

Dated: June 14, 2010

ANNETTE L. HURST
Orrick, Herrington & Sutcliffe LLP

By: /s/ *Annette L. Hurst*
ANNETTE L. HURST
Attorneys for MGA Parties and IGWT 826 Investments LLC