1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc.

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

| | |
|---|---|
| 11  MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| 12          Plaintiff, | |
| 13      vs. | **DISCOVERY MATTER** |
| 14  MGA ENTERTAINMENT, INC., a California corporation, et al., | Hon. David O. Carter |
| 15 | **MATTEL, INC.'S NOTICE OF LODGING PURSUANT TO THE COURT'S JUNE 8, 2010 ORDER** |
| 16          Defendant. | |
| 17  AND CONSOLIDATED ACTIONS | Date:   TBD Time:   TBD Place:  Courtroom 9D |
| 18 | |
| 19 | **Phase 2** Discovery Cut-off:   TBD Pre-trial Conference:   TBD Trial Date:   TBD |

00505.07975/3539139.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's Order Directing Production of Documents for In Camera Review, dated June 8, 2010, Mattel, Inc. hereby lodges the following:

1. Document corresponding to entry no. 8 of the Supplemental Privilege Log of Lambda Investigations, Inc.;
2. Documents corresponding to entry nos. 1, 5, 8, 17, 19, 22, 25, 26, 31, 41, 68, 69, 70, 71, 72 of the Supplemental Privilege Log of Peterson Milla Hooks Production.

These documents have been submitted for *in camera* review only.

DATED: June 15, 2010            QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel. Inc.

00505.07975/3539139.1

-1-

NOTICE OF LODGING