```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105-2669
 6  Telephone: +1-415-773-5700
    Facsimile:  +1-415-773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
10  Telephone: +1-213-629-2020
    Facsimile:  +1-213-612-2499
11
    Attorneys for MGA Parties
12
13
                   UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                     SOUTHERN DIVISION

16  CARTER BRYANT, an individual,      Case No. CV 04-9049-DOC (RNBx)
17         Plaintiff,                  Consolidated with:
                                       Case No. CV 04-9059
18      v.                             Case No. CV 05-2727
19  MATTEL, INC., a Delaware           APPLICATION TO FILE UNDER
    corporation,                       SEAL
20
           Defendant.
21                                     Honorable David O. Carter
22  AND CONSOLIDATED ACTIONS           Date:      TBD
23                                     Time:      TBD
                                       Courtroom: 9D
24                                     Phase 2
25
26
27
28
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 8 2010
CENTRAL DISTRICT OF CA
BY                    DEPUTY

LODGED
2010 JUN -7 PM 3:55

ORIGINAL
BY FAX

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

ORIGINAL

1  Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2  application for an order to file under seal the following documents:

**EXHIBIT 1 TO THE DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6)**

Exhibit 1 to the Declaration of Diana M. Rutowski in Support of MGA Parties' Reply in Support of MGA's Cross-Motion to Compel Testimony of Mattel 30(b)(6), references or contains materials that Mattel and/or MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: June 7, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                   By: /s/ Mark P. Wine
                                        Mark P. Wine
                                        Attorneys for MGA Parties

OHS West:260929817.1