MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Phase 2 - Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER RE SEALING OF EXHIBIT 1 TO THE DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6) |

~~[PROPOSED]~~ ORDER

During the week of June 7, 2010, the MGA Parties' intend to file a reply in support of MGA's cross-motion to compel testimony of Mattel 30(b)(6), along with supporting documents, including a declaration and exhibits. The materials referenced in Exhibit 1 to the Declaration of Diana M. Rutowski contain, reference, cite and quote items that have been designated by the parties as "Confidential" and "Confidential – Attorney's Eyes Only" under the Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that:

Exhibit 1 to the Declaration of Diana M. Rutowski in Support of MGA Parties' Reply in Support of MGA's Cross-Motion to Compel Testimony of Mattel 30(b)(6) shall be filed under seal.

DATED: *June 8*, 2010    *[signature]*
Hon. David O. Carter
United States District Judge