QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 4, 2010, I served true copies of the following document(s) described as on the parties in this action as follows:

**DECLARATION OF MICHAEL MONAHAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 97**

**DECLARATION OF ROBERT NORMILE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 97**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>　Thomas J. Nolan, Esq.<br>　Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>　tnolan@skadden.com<br>　jrussell@skadden.com | **Attorneys for *the MGA Parties*** |
| Law Offices of Mark E. Overland<br>　Mark E. Overland, Esq.<br>100 Wilshire Blvd., Suite 950<br>Santa Monica, CA 90401<br>　mark@overlaw.net | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Scheper Kim & Harris, LLP<br>　Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>　acote@scheperkim.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>  William A. Molinski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>  wmolinski@orrick.com | **Attorneys for *the MGA Parties* and *IGWT 826 Investments, LLC*** |
| Bingham McCutchen LLP<br>  Todd E. Gordinier, Esq.<br>  Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>  todd.gordinier@bingham.com<br>  peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

| | |
|---|---|
| Scheper Kim & Harris, LLP<br>　Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>　acote@scheperkim.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Orrick, Herrington & Sutcliffe, LLP<br>　Annette Hurst, Esq.<br>　Tom McConville, Esq.<br>　Diana Rutowski, Esq.<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>　ahurst@orrick.com<br>　tmconville@orrick.com<br>　drutowski@orrick.com | **Attorneys for *the MGA Parties* and *IGWT 826 Investments, LLC*** |
| Bingham McCutchen LLP<br>　Todd E. Gordinier, Esq.<br>　Peter N. Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>　todd.gordinier@bingham.com<br>　peter.villar@bingham.com | **Attorneys for *the Omni 808 Investors, LLC*** |

**BY ELECTRONIC TRANSMISSION:** By electronic mail transmission from curranwalker@quinnemanuel.com on June 4, 2010, by transmitting a PDF format copy of such documents to each such person address listed below their address. The documents were transmitted by electronic transmission and such transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2010, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ Curran M. Walker*
　　　　　　　　　　　　　　　　　　　　　Curran M. Walker