| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|  | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|  | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|  | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | The Orrick Building |
| 5 | 405 Howard Street |
|  | San Francisco, CA 94105-2669 |
| 6 | Telephone: 415-773-5700 |
|  | Facsimile: 415-773-5759 |
| 7 | |
|  | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 8 | wmolinski@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|  | Los Angeles, CA 90017 |
| 10 | Telephone: 213-629-2020 |
|  | Facsimile: 213-612-2499 |
| 11 | |
|  | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 12 | tmcconville@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
|  | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | Date: TBD<br>Time: TBD<br>Courtroom: TBD |
| AND CONSOLIDATED ACTIONS | **Phase 2** |

**ORIGINAL**

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

**MGA PARTIES' REPLY IN SUPPORT OF MGA'S *EX PARTE* APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER PRIOR TO HER JUNE 17 DEPOSITION**

**DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MGA'S *EX PARTE* APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER PRIOR TO HER JUNE 17 DEPOSITION**

MGA Parties' reply in support of MGA's *ex parte* application and supporting declaration to compel documents from Mattel Custodian Sujata Luther prior to her June 17 deposition reference or contain materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

Specifically, MGA's reply in support of its *ex parte* application quotes from, and the supporting declaration of Denise M. Mingrone attaches, documents produced by Mattel and third party Bain & Company, which have been designated "AEO" under the terms of the protective order. The reply in support of MGA's *ex parte* application and declaration also list and reference these same materials, all of which have been designated "AEO" under the terms of the protective order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: June 8, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for MGA Parties