1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13
   Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CARTER BRYANT, an individual,

            Plaintiff,

       v.

MATTEL, INC., a Delaware corporation,

            Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049-DOC (RNBx)
Consolidated with:
Case No. CV 04-9059
Case No. CV 05-2727

Hon. David O. Carter

[PROPOSED] ORDER RE SEALING OF MGA PARTIES' REPLY IN SUPPORT OF MGA'S EX PARTE APPLICATION TO COMPEL DOCUMENTS FROM MATTEL CUSTODIAN SUJATA LUTHER PRIOR TO HER JUNE 17 DEPOSITION AND DECLARATION OF DENISE M. MINGRONE IN SUPPORT THEREOF

Phase 2

[PROPOSED] ORDER RE SEALING OF MGA'S REPLY RE EX PARTE APPLICATION TO COMPEL DOCUMENTS FROM S. LUTHER, CASE NO. 04-9049 DOC (RNB)

[~~PROPOSED~~] ORDER

During the week of June 7, 2010, the MGA Parties' intend to file a reply in support of MGA Parties' *ex parte* application to compel further documents from Mattel custodian Sujata Luther, along with supporting documents, including a declaration and exhibits. The materials referenced contain, reference, cite and quote deposition testimony that have been designated by the parties as "Confidential" and "Confidential – Attorney's Eyes Only" under the Protective Order, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that:

The MGA Parties' reply in support of MGA's *ex parte* application to compel documents from Mattel custodian Sujata Luther, along with supporting documents, including a declaration and exhibits shall be filed under seal.

DATED: June 8th , 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge

- 1 -

[~~PROPOSED~~] ORDER RE SEALING OF MGA'S REPLY RE EX PARTE APPLICATION TO COMPEL DOCUMENTS FROM S. LUTHER CASE NO. 04-9049 DOC (RNBX)