1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105
6  Telephone:  415-773-5700
   Facsimile:  415-773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  213-629-2020
   Facsimile:  213-612-2499
11
   THOMAS S. MCCONVILLE (State Bar No. 155905)
12 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
14 Tel: (949) 567-6700/Fax: (949) 567-6710

15 Attorneys for MGA Parties

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18                     SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**STIPULATION REGARDING THE DEPOSITION AND DOCUMENT SEARCH OF SUJATA LUTHER**<br><br>Judge:  Hon. David O. Carter |

# STIPULATION

WHEREAS, a Discovery Master is scheduled to preside over the deposition of Pablo Vargas in Santa Ana, California on June 16, 17 and 18, 2010;

WHEREAS, another Discovery Master is scheduled to preside over the 30(b)(6) depositions of Mattel, Inc. ("Mattel") witnesses in Santa Ana, California on June 16, 17, 18, 21, 22 and, if needed, June 23, 2010;

WHEREAS, based on this deposition schedule and the Discovery Masters' commitments, counsel for MGA Entertainment, Inc. ("MGA") requested that counsel for Mattel agree to reschedule the deposition of third party witness Sujata Luther from June 17, 2010, in Chicago, Illinois, to July 8, 2010;

WHEREAS, in light of MGA's request, Mattel and Ms. Luther released the previously-scheduled June 17 deposition date from their schedules and made arrangements to be available for deposition in Chicago on July 8, 2010;

WHEREAS, in light of Mattel's and Ms. Luther's agreements to reschedule the deposition of Ms. Luther, counsel informed the Discovery Masters that Ms. Luther's deposition would occur in July;

WHEREAS, after the parties rescheduled Ms. Luther's deposition for July 8, 2010, the Court issued its June 14, 2010 Order (Dkt. No. 8106), which directed that the Luther deposition commence no later than June 17, 2010;

WHEREAS, based on the parties' agreement to reschedule Ms. Luther's deposition, it is currently uncertain whether a Discovery Master can attend a deposition in Chicago on June 17, 2010;

WHEREAS, the witness, Sujata Luther, is a third-party who is a high-ranking officer in a company wholly unrelated to any party in this litigation, Ms. Luther's deposition has previously been set and postponed through no fault of her own, and, after her deposition was continued from June 17, Ms. Luther scheduled a very important business meeting and international conference call for June 17-18;

1     WHEREAS, to accommodate the schedules of Ms. Luther, the Discovery Masters and the parties, the parties respectfully submit this stipulation and request that the deposition of Sujata Luther proceed as currently scheduled for July 8 and 9, 2010 in Chicago, Illinois, and further respectfully request expedited consideration of this stipulation for the benefit of Ms. Luther, so that she may learn from the Court whether or not she is to proceed with her deposition June 17-18, 2010 and therefore must postpone her business meeting and international conference call scheduled for the same dates.

    NOW THEREFORE, subject to the Court's approval, Mattel and the MGA Parties hereby stipulate and agree that:

    1. MGA will provide to Mattel document search terms as required by the Court's June 14, 2010 Order on or before June 18, 2010.

    2. Mattel will conduct the document searches required by the Court's June 14, 2010 Order between June 21-23, 2010, with the production of any non-privileged, responsive documents resulting from such searches to be completed by July 1, 2010, at 5 p.m.  The Special Master will be present during Mattel's searches to ensure the integrity of the search process.

    3. The deposition of Sujata Luther will commence on July 7, 2010, in Chicago, Illinois.

    **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: June 15, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | _/s/ Denise M. Mingrone_ |
| 4 | | Denise M. Mingrone<br>Attorneys for MGA Parties |
| 5 | | |
| 6 | Dated: June 15, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | |
| 9 | | _/s/ Michael T. Zeller_<br>Michael T. Zeller<br>Attorneys for Mattel, Inc. |

*I, Denise M. Mingrone, attest that I obtained concurrence in the signing of this document from the other signatories.*

OHS West:260935163.1