Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel: 415.773.5700  Fax: 415.773.5759

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049-DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Parties' Opposition To Mattel's Motion To Depose William Fan And/Or Ray Black, Application To File Under Seal and Proposed Order To File Under Seal, MGA'S Notice Of Lodging Cited Pages Of The 4/12/2010 Larian Transcript.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  MGA Parties' Opposition To Mattel's Motion To Depose William Fan And/Or Ray Black, Application To File Under Seal and Proposed Order To File Under Seal, MGA'S Notice Of Lodging Cited Pages Of The 4/12/2010 Larian Transcript.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
  General Order 08/02, Section V(D), Local Rule 79-5

| | |
|---|---|
| June 15, 2010 | /s/ Annette L. Hurst |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                                  NOTICE OF MANUAL FILING