1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 |   John B. Quinn (Bar No. 090378)
  |   (johnquinn@quinnemanuel.com)
3 |   Michael T. Zeller (Bar No. 196417)
  |   (michaelzeller@quinnemanuel.com)
4 | 865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
  | Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100
7 |
  | Attorneys for Mattel, Inc.
8 |
9 |                UNITED STATES DISTRICT COURT
10 |                CENTRAL DISTRICT OF CALIFORNIA
11 |                      SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | **HON. DAVID O. CARTER** |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **MATTEL, INC.'S REPORT TO JUDGE DAVID O. CARTER REGARDING PENDING DISCOVERY MOTION** |
| Defendant. | |
| CONSOLIDATED ACTIONS | **Phase 1:**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference: TBD<br>Trial Date:  TBD |

00505.07975/3540674.1

MATTEL'S REPORT REGARDING PENDING DISCOVERY MOTION

1

2        Pursuant to the Court's June 7, 2010 Order, lead counsel for Mattel, Inc.
3  ("Mattel") and lead counsel for MGA Entertainment, Inc., MGA Entertainment
4  (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively,
5  "MGA") met and conferred on June 11 and June 14, 2010 regarding Mattel's Motion
6  to Compel Production of Documents in Response to Mattel's Requests For
7  Documents Concerning Use of Trade Secrets (the "Motion"). Despite the parties'
8  efforts to reach agreement, they were unable to do so with respect to any of the
9  requests at issue in the Motion by the June 15, 2010 deadline imposed by this Court.

10

11 Respectfully submitted,

12
13 DATED: June 15, 2010        QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

14

15                                 By  /s/ Michael T. Zeller
                                        Michael T. Zeller
16                                         Attorneys for Mattel, Inc.

17

18

19

20

21

22

23

24

25

26

27

28