1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA 94105
6   Telephone:  415-773-5700
    Facsimile:   415-773-5759
7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
8   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
9   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:  213-629-2020
    Facsimile:   213-612-2499
11
    THOMAS S. MCCONVILLE (State Bar No. 155905)
12  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
13  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
14  Tel: (949) 567-6700/Fax: (949) 567-6710

15  Attorneys for MGA Parties

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                   SOUTHERN DIVISION

19

20  CARTER BRYANT, an individual        Case No. CV 04-9049 DOC (RNBx)

            Plaintiff,                   Consolidated with:
21                                       CV 04-9059
        v.                               CV 05-2727
22
    MATTEL, INC., a Delaware             ORDER REGARDING THE
23  corporation,                         DEPOSITION AND DOCUMENT
                                         SEARCH OF SUJATA LUTHER
24          Defendant.

25                                       Judge:  Hon. David O. Carter

26  AND CONSOLIDATED ACTIONS

27

28

Based on the stipulation and request of the parties, the Court hereby orders that:

1. MGA will provide to Mattel document search terms as required by the Court's June 14, 2010 Order on or before June 18, 2010.

2. Mattel will conduct the document searches required by the Court's June 14, 2010 Order between June 21-23, 2010, with the production of any non-privileged, responsive documents resulting from such searches to be completed by July 1, 2010, at 5 p.m.  The Special Master will be present during Mattel's searches to ensure the integrity of the search process.

3. The deposition of Sujata Luther will commence on July 7, 2010, in Chicago, Illinois.

**IT IS SO ORDERED.**

Dated:  June 15, 2010

_David O. Carter_
_____

DAVID O. CARTER

United States District Judge

OHS West:260935182.1

ORDER RE THE DEPOSITION OF SUJATA LUTHER
CV-04-9049 DOC (RNBx)