ORIGINAL

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   michaelzeller@quinnemanuel.com
    Jon D. Corey (Bar No. 185066)
4   joncorey@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                         SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware           | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation,                       | Consolidated with
12 |                                    | Case No. CV 04-09059
   |          Plaintiff,                | Case No. CV 05-02727
13 |
   |     vs.                            | **PROOF OF SERVICE**
14 |
   | MGA ENTERTAINMENT, INC., a
15 | California corporation, et al.,
16 |          Defendant.
17 |
   | AND CONSOLIDATED ACTIONS
18

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

00505.07209/3499244.2

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

1  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On June 15, 2010, I served true copies of the following documents described as:

## SEE LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>   Thomas J. Nolan, Esq.<br>   Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>   tnolan@skadden.com<br>   jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>   Mark E Overland<br>100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>   mark@overlaw.net | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |

| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |
|---|---|

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from josephsarles@quinnemanuel.com on June 15, 2010, by transmitting a PDF format copy of such documents to each such person at the e-mail address listed below their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on June 15, 2010, at Los Angeles, California.

_____
Joseph Sarles

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On June 15, 2010, I served true copies of the following documents described as:

## SEE LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>    tnolan@skadden.com<br>    jrussell@skadden.com | Attorneys for *the MGA Parties*<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>    Mark E Overland<br>100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401<br>    mark@overlaw.net | Attorneys for *Carlos Gustavo Machado Gomez*<br><br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | Attorneys for *Omni 808 Investors, LLC* |

1  **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as
2  shown above, and I deposited such envelopes in the mail at Los Angeles, California.
3  The envelope was mailed with postage thereon fully prepaid.
4      I declare that I am employed in the office of a member of the bar of this court
5  at whose direction the service was made.
6      Executed on June 15, 2010, at Los Angeles, California.

*Dina Comaduran*
Dina Comaduran

## DOCUMENTS LIST

(1) MATTEL, INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S JUNE 14, 2010 ORDER RE CATEGORY 11 OF MATTEL'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES

(2) APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S JUNE 14, 2010 ORDER RE CATEGORY 11 OF MATTEL'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES

(3) [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S JUNE 14, 2010 ORDER RE CATEGORY 11 OF MATTEL'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES

00505.07209/3499244.2