# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                      Date: June 17, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                          Date:_____  Deputy Clerk: _____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

    Stephanie Mikhail                                          Not Present
     Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                               NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER OVERRULING MATTEL'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 92

        Before the Court are Mattel, Inc. ("Mattel")'s Objections to Discovery Matter Order No. 92. The Court ordered Omni 808 Investors, LLC ("Omni") to produce for the Court's *in camera* review the documents that are the subject of Mattel's Objections. After considering the parties' submissions, as well as performing an *in camera* review of the documents at issue, the Court OVERRULES Mattel's Objections.


        The Clerk shall serve this minute order on all parties to the action.