Name & Address:
Quinn Emanuel Urquhart & Sullivan LLP
John B. Quinn (SBN 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mattel, Inc., a Delaware corporation | CASE NUMBER: CV 04-9049 DOC (RNBx) |
| PLAINTIFF(S) v. | |
| MGA Entertainment, Inc., a California corporation, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS PURSUANT TO JUNE 7, 2010 COURT ORDER; THE DECLARATION OF LAURA OWENS IN SUPPORT THEREOF; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

June 21, 2010                              /s/ Diane C. Hutnyan
Date                                       Attorney Name

                                           Mattel, Inc.
                                           Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)           **NOTICE OF MANUAL FILING**           CCD-G92