QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

    Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

    Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S JUNE 7, 2010 ORDER RE MOTION TO COMPEL PRODUCTIONS OF DOCUMENTS REGARDING FORMER MATTEL EMPLOYEES

[[Proposed] Order Filed Concurrently Herewith]

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: TBD

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Supplemental Brief in Response to the Court's June 7, 2010 Order Re Motion to Compel Productions of Documents regarding Former Mattel Employees (the "Brief").

The Brief references and describes documents and information that Mattel has designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of confidential, trade secret, and proprietary internal Mattel business, financial, product development, and planning documents.

In light of the designations by Mattel, Mattel seeks permission to file the Brief under seal. For the foregoing reasons, Mattel requests that the Court order that the Brief be filed under seal.

DATED: June 14, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Joseph C. Sarles
Joseph C. Sarles
Attorneys for Mattel, Inc.