QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone:  (213) 443–3000
Facsimile:   (213) 443–3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            SDM            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04–9049 DOC (RNBx) Consolidated with Case No. CV 04–09059 Case No. CV 05–02727 |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California.  I am over

3  the age of eighteen years and not a party to the within action; my business address is

4  865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

5      On June 14, 2010, I served true copies of the following documents described

6  as:

7              ## SEE ATTACHED DOCUMENTS LIST

8  on the parties in this action as follows:

9

| | |
|---|---|
| 10 Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>11 777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>12 wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| 13 Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>14 The Orrick Building<br>405 Howard Street<br>15 San Francisco, CA 94104<br>ahurst@orrick.com<br>16 | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher &<br>17 Flom LLP<br>   Thomas J. Nolan, Esq.<br>18    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>19 Los Angeles, CA  90071<br>   tnolan@skadden.com<br>20    jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br><br>Telephone: 213.687.5000<br>Facsimile:  213.687.5600 |
| 21 Law Offices of Mark E. Overland<br>   Mark E Overland<br>22 100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>23    mark@overlaw.net<br>24 | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br><br>Telephone: 310 459-2830<br>Facsimile:  310 459-4621 |

25

26

27

28

Case No. CV 04–9049 DOC (RNBx)
                                    PROOF OF SERVICE

| | |
|---|---|
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for _Omni 808 Investors, LLC_** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from josephsarles@quinnemanuel.com on June 14, 2010, by transmitting a PDF format copy of such documents to each such person at the e-mail address listed below their addresses.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 14, 2010, at Los Angeles, California.

Joseph Sarles

1

## PROOF OF SERVICE

2       I am employed in the County of Los Angeles, State of California.  I am over

3 the age of eighteen years and not a party to the within action; my business address is

4 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

5       On June 14, 2010, I served true copies of the following documents described

6 as:

7

### SEE ATTACHED DOCUMENTS LIST

8 on the parties in this action as follows:

9

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Law Offices of Mark E. Overland<br>  Mark E Overland<br>100 Wilshire Blvd., Suite 950, Santa<br>Monica, CA 90401<br>  mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone:  310 459-2830<br>Facsimile:  310 459-4621 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

1    **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as

2  shown above, and I deposited such envelopes in the mail at Los Angeles, California.

3  The envelope was mailed with postage thereon fully prepaid.

4         I declare that I am employed in the office of a member of the bar of this court

5  at whose direction the service was made.

6         Executed on June 14, 2010, at Los Angeles, California.

7

8

9                                                    _____

10                                                   Dina Comaduran

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 04–9049 DOC (RNBx)
PROOF OF SERVICE

1

## **DOCUMENTS LIST**

2

3   (1)   MATTEL, INC.'S SUPPLEMENTAL BRIEFING IN RESPONSE TO THE
4         COURT'S JUNE 7, 2010 ORDER RE MOTION TO COMPEL
          PRODUCTIONS OF DOCUMENTS REGARDING FORMER MATTEL
          EMPLOYEES

5

6   (2)   APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S
          SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S JUNE 7,
7         2010 ORDER RE MOTION TO COMPEL PRODUCTIONS OF
          DOCUMENTS REGARDING FORMER MATTEL EMPLOYEES

8   (3)   PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER
          SEAL MATTEL, INC.'S SUPPLEMENTAL BRIEFING IN RESPONSE TO
9         THE COURT'S JUNE 7, 2010 ORDER RE MOTION TO COMPEL
          PRODUCTIONS OF DOCUMENTS REGARDING FORMER MATTEL
10        EMPLOYEES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28