MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>**Phase 2** |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1) MGA PARTIES' SUPPLEMENTAL BRIEFING PURSUANT TO THE JUNE 7, 2010 ORDER REGARDING MATTEL'S MOTION FOR PROTECTIVE ORDER AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6); AND

2) DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEFING PURSUANT TO THE JUNE 7, 2010 ORDER REGARDING MATTEL'S MOTION FOR PROTECTIVE ORDER AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6) AND EXHIBITS ATTACHED THERETO.

MGA Parties' supplemental briefing pursuant to the June 7, 2010 Order regarding Mattel's motion for protective order and MGA's cross-motion to compel testimony of Mattel 30(b)(6) and supporting documents reference or contain materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

Specifically, MGA's supplemental briefing quotes from, and the supporting declaration of Diana M. Rutowski attaches, documents produced by the Parties, which have been designated "AEO" under the terms of the protective order. The supplemental briefing and declaration also list and reference these same materials, all of which have been designated "AEO" under the terms of the protective order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: June 14, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Mark P. Wine
Mark P. Wine
Attorneys for MGA Parties