1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Telephone: (415) 773-5700
6  Facsimile: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Telephone: (213) 629-2020
10 Facsimile: (213) 612-2499

11 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Telephone: (949) 567-6700
14 Facsimile: (949) 567-6710

15 Attorneys for MGA Parties

16             UNITED STATES DISTRICT COURT
17             CENTRAL DISTRICT OF CALIFORNIA
18                   SOUTHERN DIVISION

19 CARTER BRYANT, an individual,    | Case No. CV 04-9049-DOC (RNBx)
20         Plaintiff,                | Consolidated with:
                                     | Case No. CV 04-9059
21    v.                             | Case No. CV 05-2727
22 MATTEL, INC., a Delaware          | **Hon. David O. Carter**
   corporation,                      |
23                                   | [PROPOSED] ORDER GRANTING
           Defendant.                | APPLICATION TO FILE UNDER SEAL
24                                   | MGA PARTIES' SUPPLEMENTAL
                                     | BRIEFING PURSUANT TO THE
25 AND CONSOLIDATED ACTIONS          | JUNE 7, 2010 ORDER REGARDING
                                     | MATTEL'S MOTION FOR
26                                   | PROTECTIVE ORDER AND MGA'S
                                     | CROSS-MOTION TO COMPEL
27                                   | TESTIMONY OF MATTEL 30(B)(6)
28                                   | **Phase 2**

The Court, having been informed by MGA Parties that the following documents have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below.

1) **MGA PARTIES' SUPPLEMENTAL BRIEFING PURSUANT TO THE JUNE 7, 2010 ORDER REGARDING MATTEL'S MOTION FOR PROTECTIVE ORDER AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6); AND**

2) **DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEFING PURSUANT TO THE JUNE 7, 2010 ORDER REGARDING MATTEL'S MOTION FOR PROTECTIVE ORDER AND MGA'S CROSS-MOTION TO COMPEL TESTIMONY OF MATTEL 30(B)(6) AND EXHIBITS ATTACHED THERETO.**

**IT IS HEREBY ORDERED.**

DATED: June 14, 2010

_____
Hon. David O. Carter
United States District Judge

- 1 -

[PROPOSED] ORDER RE SEALING OF MGA'S SUPP BRIEFING
PER JUNE 7 ORDER AND SUPPORTING DOCUMENTS
CASE NO. 04-9049 DOC (RNBx)