QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MATTEL, INC., a Delaware corporation,

  Plaintiff,

  vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

  Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

APPLICATION TO FILE UNDER SEAL:

MATTEL, INC.'S SUBMISSION PURSUANT TO ORDER OF JUNE 7, 2010 REGARDING MATTEL'S REQUESTS FOR TRANSMITTAL DOCUMENTS

[[Proposed] Order Filed Concurrently Herewith]

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: TBD

00505.07975/3537595.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Submission Pursuant To Order Of June 7, 2010 Regarding Mattel's Requests For Transmittal Documents ("Submission").

The Submission includes information that MGA has designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of citations and quotations from the deposition testimony of Susana Kuemmerle and MGA Mexico's 30(b)(6) witnesses.

In light of the designations by the MGA Parties, Mattel seeks permission to file the Submission under seal, or, in the alternative, for the Court to Order that the above-described reference is not confidential, and permit Mattel to file it as part of the public record. For the foregoing reasons, Mattel requests that the Court order that the Submission be filed under seal.

DATED: June 14, 2010

QUINN EMANUEL URQUHART &
SULLIVAN. LLP

By /s/ Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.