1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    John B. Quinn (Bar No. 090378)
     (johnquinn@quinnemanuel.com)
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
5  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11  MATTEL, INC., a Delaware          CASE NO. CV 04-9049 DOC (RNBx)
    corporation,                      Consolidated with
12                                    Case No. CV 04-09059
                 Plaintiff,           Case No. CV 05-02727
13
         vs.                          Hon. David O. Carter
14
    MGA ENTERTAINMENT, INC., a        **APPLICATION TO FILE UNDER SEAL**
15  California corporation, et. al.,  **MATTEL, INC.'S SUPPLEMENTAL**
                                      **BRIEF PURSUANT TO ORDER OF**
16               Defendants.          **JUNE 7, 2010 RE MOTION FOR**
                                      **PROTECTIVE ORDER**
17  ─────────────────────────────
    AND CONSOLIDATED ACTIONS          [[Proposed] Order Filed Concurrently
18                                    Herewith]

19                                    Date:  TBD
                                      Time:  TBD
20                                    Place: Courtroom 9D

21                                    **Phase 2**
22                                    Discovery Cut-off:  TBD
                                      Pre-trial Conference:  TBD
23                                    Trial Date:  TBD

24

25

26

27

28

00505.07975/3537020.1

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2    the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3    Court order filed under seal Mattel, Inc.'s Supplemental Brief Pursuant to Order of
4    June 7, 2010 re Motion for Protective Order.

5    The Motion references documents and information that MGA has designated
6    as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order.  This
7    information primarily consists of  documents that MGA has designated under the
8    Protective Order.

9    In light of the designations by MGA, Mattel seeks permission to file the
10   Motion under seal.  For the foregoing reasons, Mattel requests that the Court order
11   that the Motion be filed under seal.

12

13   DATED: June 14, 2010                QUINN EMANUEL URQUHART &
14                                       SULLIVAN, LLP
15
16                                       By_____
17                                          Michael T. Zeller
                                            Attorneys for Mattel, Inc.
18

19

20

21

22

23

24

25

26

27

28

-2-