QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>   Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUBMISSION PURSUANT TO ORDER OF JUNE 7, 2010 REGARDING MATTEL'S REQUESTS FOR TRANSMITTAL DOCUMENTS<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3537606.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Submission Pursuant To Order Of June 7, 2010 Regarding Mattel's Requests For Transmittal Documents,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Submission Pursuant To Order Of June 7, 2010 Regarding Mattel's Requests For Transmittal Documents are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 14, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge