```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105-2669
 6  Telephone: (415) 773-5700
    Facsimile:  (415) 773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
10  Telephone: (213) 629-2020
    Facsimile:  (213) 612-2499
11
    THOMAS S. MCCONVILLE (State Bar No. 155905)
12  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
13  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
14  Telephone: (949) 567-6700
    Facsimile:  (949) 567-6710
15
    Attorneys for MGA Parties
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

BY FAX ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date:       TBD<br>Time:      TBD<br>Courtroom: TBD<br><br>Phase 2 |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1) **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO DEPOSE WILLIAM FAN AND/OR RAY BLACK**

2) **MGA PARTIES' NOTICE OF LODGING CITED PAGES OF THE 4/12/2010 LARIAN TRANSCRIPT**

The MGA Parties' Opposition to Mattel's Motion to Depose William Fan and/or Ray Black reference or contain materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

Specifically, MGA's Opposition quotes from, and the supporting Notice of Lodging attaches excerpts from, the deposition of Mr. Larian, which has been designated "AEO" under the terms of the protective order. The Opposition also references and discusses this testimony, all of which has been designated "AEO" under the terms of the protective order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: June 15, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Annette L. Hurst
Annette L. Hurst
Attorneys for MGA Parties