MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO DEPOSE WILLIAM FAN AND/OR RAY BLACK<br><br>Phase 2 |

[PROPOSED] ORDER RE SEALING OF MGA PARTIES'
OPPOSITION TO MATTEL'S MOTION TO DEPOSE W. FAN
AND/OR R. BLACK CASE NO. 04-9049 DOC (RNBx)

1  The Court, having been informed by MGA Parties that the following
2  documents have been designated by the Parties as "CONFIDENTIAL –
3  ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that
4  the MGA Parties may file under seal the documents listed below.

5  1) **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO DEPOSE WILLIAM FAN AND/OR RAY BLACK**

6  2) **MGA PARTIES' NOTICE OF LODGING CITED PAGES OF THE 4/12/2010 LARIAN TRANSCRIPT**

**IT IS HEREBY ORDERED.**

*/s/ David O. Carter*

DATED: _June 15_, 2010

Hon. David O. Carter
United States District Judge

---

- 1 -                          [PROPOSED] ORDER RE SEALING OF MGA PARTIES'
                                OPPOSITION TO MATTEL'S MOTION TO DEPOSE W. FAN
                                AND/OR R. BLACK CASE NO. 04-9049 DOC (RNBX)