1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:  (213) 443-3100

6  Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                   SOUTHERN DIVISION

| | |
|---|---|
| 10  MATTEL, INC., a Delaware corporation,<br><br>11<br><br>12              Plaintiff,<br><br>13       vs.<br><br>14  MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>15              Defendants.<br><br>16<br>AND CONSOLIDATED ACTIONS<br>17 | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S JUNE 14, 2010 ORDER RE CATEGORY 11 OF MATTEL'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE 30(B)(6) WITNESSES<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

18

19

20

21

22

23

24

25

26

27

28

ORIGINAL

00505.07975/3539312.1

1      Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2 the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3 Court order filed under seal Mattel, Inc.'s Supplemental Brief in Response to the

4 Court's June 14, 2010 Order Re Category 11 of Mattel's Motion to Compel MGA

5 Entertainment, Inc. to Produce 30(b)(6) Witnesses (the "Brief").

6      The Brief references and describes documents and information that Mattel,

7 MGA, and the Court has designated as "Confidential—Attorney's Eyes Only"

8 pursuant to the Protective Order. This information primarily consists of deposition

9 testimony, including testimony of third party witnesses, concerning payment of

10 attorney's fees, as well as deposition testimony related to the Omni transaction that

11 MGA has designated as "Confidential—Attorney's Eyes Only."

12      In light of the designations by Mattel, MGA, and the Court, Mattel seeks

13 permission to file the Brief under seal. For the foregoing reasons, Mattel requests

14 that the Court order that the Brief be filed under seal.

15

16 DATED: June 15, 2010          QUINN EMANUEL URQUHART & SULLIVAN. LLP

17

18                                 By

19                                 Joseph C. Sarles

20                                 Attorneys for Mattel. Inc.

21

22

23

24

25

26

27

28