QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants. | STIPULATION REGARDING THE CONTINUED 30(B)(6) DEPOSITION OF ALAN KAYE |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:   TBD<br>Pre-trial Conf.:   TBD<br>Trial Date:   TBD |

1

2     WHEREAS, MGA Entertainment, Inc. ("MGA") has deposed Mr. Alan

3 Kaye, Mattel's Rule 30(b)(6) designee on Topics 1 and 2 of MGA's Third Phase 2

4 Notice of Deposition of Mattel, Inc. ("Mattel"), for one full day, that deposition

5 occurring on Saturday, June 19, 2010;

6     WHEREAS, MGA has represented that it has approximately 4 additional

7 hours of questioning on these Topics, which questioning could not be completed on

8 June 19, 2010;

9     WHEREAS, in order to accommodate the schedules of both counsel and the

10 witness, the parties wish to schedule the resumption of this deposition for a mutually

11 agreeable date;

12     NOW, THEREFORE, by and through their respective counsel of record,

13 Mattel and MGA hereby stipulate and agree, subject to the Court's approval, that

14 Mr. Kaye's continued Rule 30(b)(6) deposition pursuant to the Court's Order of

15 June 7, 2010 shall take place on July 23, 2010.

16     IT IS SO STIPULATED.

17 DATED: June 23, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP

18

19

20     By */s/ B. Dylan Proctor*
    B. Dylan Proctor
    Attorneys for Mattel, Inc.

21

22 DATED: June 23, 2010     ORRICK, HERRINGTON & SUTCLIFFE, LLP

23

24

25     By */s/ Annette Hurst*
    Annette Hurst
    Attorneys for the MGA Parties

26

27

28