UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.　　CV 04-09059<br>Case No.　　CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING THE CONTINUED 30(B)(6) DEPOSITION OF ALAN KAYE<br><br>**Phase 2:**<br>Disc. Cut-off:　　TBD<br>Pre-trial Conf.:　　TBD<br>Trial Date:　　TBD |

1

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding the Continued 30(B)(6) Deposition of Alan Kaye, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mr. Kaye's continued Rule 30(b)(6) deposition pursuant to the Court's Order of June 7, 2010 shall take place on July 23, 2010.

DATED: _____, 2010  _____
Hon. David O. Carter
United States District Judge