1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
5  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

6  Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

7              UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9                  SOUTHERN DIVISION

| | |
|---|---|
| 10 MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| 11 Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| 12 vs. | |
| 13 | Hon. David O. Carter |
| 14 MGA ENTERTAINMENT, INC., a California corporation, et. al., | **APPLICATION TO FILE UNDER SEAL:** |
| 15 Defendants. | **(1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS PURSUANT TO JUNE 7, 2010 COURT ORDER; AND** |
| 16 AND CONSOLIDATED ACTIONS | |
| 17 | |
| 18 | |
| 19 | **(2) THE DECLARATION OF LAURA OWENS IN SUPPORT THEREOF** |
| 20 | |
| 21 | [[Proposed] Order Filed Concurrently Herewith] |
| 22 | |
| 23 | Date:  TBD Time:  TBD Place:  Courtroom 9D |
| 24 | |
| 25 | **Phase 2** Discovery Cut-off:  TBD Pre-trial Conference:  TBD Trial Date:  TBD |
| 26 | |
| 27 | |
| 28 | |

ORIGINAL

00505.07975/3546057.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3  Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Compel

4  Production of Documents In Response to Mattel's Requests For Documents

5  Concerning Use of Trade Secrets Pursuant to June 7, 2010 Court Order ("The

6  Motion") and the Declaration of Laura Owens In Support Thereof ("The

7  Declaration").

8    The Motion and The Declaration include information that Mattel and MGA

9  have designated as "Confidential-Attorney's Eyes Only" pursuant to the Protective

10  Order.  This information primarily consists of descriptions of MGA's forecasting

11  systems and inventory management systems and Mattel's trade secrets.

12

13  DATED:  June 21, 2010                QUINN EMANUEL URQUHART &
                                          SULLIVAN. LLP
14

15                                        By _*nuall C. Hutnyan*_

16                                        Diane C. Hutnyan
                                          Attorneys for Mattel. Inc.

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3546057.1

-2-

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL