QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING:<br><br>(1) APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS PURSUANT TO JUNE 7, 2010 COURT ORDER; AND<br><br>(2) THE DECLARATION OF LAURA OWENS IN SUPPORT THEREOF<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

ORIGINAL

00505.07975/3546052.1

[PROPOSED] ORDER

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents In Response to Mattel's Requests For Documents Concerning Use of Trade Secrets Pursuant to June 7, 2010 Court Order and The Declaration of Laura Owens In Support Thereof,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents In Response to Mattel's Requests For Documents Concerning Use of Trade Secrets Pursuant to June 7, 2010 Court Order and The Declaration of Laura Owens In Support Thereof, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 21, 2010

_David O. Carter_
Hon. David O. Carter
United States District Judge