Quinn Emanuel Urquhart & Sullivan, LLP
 John B. Quinn (Bar No. 090378)
 Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br>DEFENDANT(S). | CASE NUMBER:<br><br>04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Compel Production of Documents in Response to Mattel's Requests for Documents Concerning Use of Trade Secrets Pursuant to the Court's June 7, 2010 Order; Application to File Under Seal; Proposed Order

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other


**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☑ Manual Filing required (*reason*):
  Application to Seal and Proposed Order Not Subject to E-filing.

| June 25, 2010 | Michael T. Zeller |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING