1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727<br><br>Honorable David O. Carter<br><br>ORDER ON STIPULATION REGARDING THE CONTINUED 30(B)(6) DEPOSITION OF ALAN KAYE<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

ORDER

Based on the concurrently filed Stipulation Regarding the Continued 30(B)(6) Deposition of Alan Kaye, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mr. Kaye's continued Rule 30(b)(6) deposition pursuant to the Court's Order of June 7, 2010 shall take place on July 23, 2010.

DATED: June 25, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge