MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING MATTEL INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S RULING ON DEPOSITION QUESTIONS REGARDING PRODUCT PACKAGING**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 9D<br>**Phase 2**<br>Discovery Cut-off:       TBD<br>Pre-Trial Conference:    TBD<br>Trial Date:              TBD |

WHEREAS, Mattel has filed Objections to the Discovery Master's Ruling on Deposition Questions Regarding Product Packaging [Dkt. 8156];

WHEREAS, MGA requested and Mattel agreed to an opposition deadline of June 28, 2010 as all attorneys are occupied with taking or preparing for depositions;

WHEREAS, the Court instructed the parties to file a Stipulation and Proposed Order reflecting their agreement with respect to briefing schedule;

NOW THEREFORE, subject to the Court's approval, Mattel and the MGA Parties hereby stipulate and agree that MGA's opposition will be due on June 28, 2010 and Mattel's reply will be due on July 1, 2010.

IT IS SO STIPULATED.

DATED:   June 25, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP


By  /s/ *Sugithra Somasekar*
   Sugithra Somasekar
   Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. DE c.v., AND ISAAC LARIAN


DATED:   June 25, 2010          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Michael T. Zeller*
   Michael T. Zeller
   Attorneys for Mattel, Inc.

OHS West:260942015.1
22161-2006 S7S/DG6