MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE RE MATTEL'S OBJECTIONS TO DISCOVERY MASTER'S RULING ON DEPOSITION QUESTIONS REGARDING PRODUCTION PACKAGING**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-Trial Conference: TBD<br>Trial Date: TBD |

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation for Briefing Schedule Regarding Mattel's Objections to The Discovery Master's Ruling on Deposition Questions Regarding Product Packaging [Dkt. No. 8156], and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. MGA's Opposition shall be filed on or before June 28, 2010 and Mattel's reply will be due on July 1, 2010.

DATED: _____, 2010        _____
                                Hon. David O. Carter
                                United States District Judge

OHS West:260941996.1
22161-2006 S7S/DG6