QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.       CV 04-09059<br>Case No.       CV 05-02727<br><br>Honorable David O. Carter<br><br>**STIPULATION REGARDING SUPPLEMENTAL BRIEFING REGARDING CATEGORY 26 OF MATTEL INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION OF MGA ENTERTAINMENT, INC.**<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

1    WHEREAS, Mattel, Inc. ("Mattel"), in an effort to meet and confer with
2 MGA Entertainment, Inc. ("MGA"), sent a letter to MGA on March 2, 2010,
3 categorizing MGA's Rule 30(b)(6) deposition topics, including Category 26 on
4 MGA's affirmative claims;

5    WHEREAS, MGA produced Mr. Samir Khare as its Rule 30(b)(6) designee
6 on portions of Category 26, and Mattel deposed Mr. Khare in such capacity on
7 March 25, 2010;

8    WHEREAS, the parties agreed to continue the deposition on Category 26,
9 which was not completed on March 25, and Mattel subsequently moved to compel
10 the continued deposition;

11    WHEREAS, the Court held in abeyance the portion of Mattel's motion to
12 compel related to Category 26 pursuant to MGA's representation that it would
13 produce a knowledgeable witness, and directed the parties to submit supplemental
14 briefing as to whether MGA has produced a 30(b)(6) witness as to the issues
15 encompassed in Category 26 by June 26, 2010;

16    WHEREAS, MGA has a set of documents and tangible items that relate to
17 Category 26, and is in the process of producing such evidence to Mattel;

18    NOW, THEREFORE, by and through their respective counsel of record,
19 Mattel and MGA hereby stipulate and agree, subject to the Court's approval, that
20 MGA will produce witnesses on Category 26 on June 29 (Isaac Larian) and July 21
21 (Ninette Pembleton) and the parties will submit the supplemental briefing required
22 by the June 14, 2010 Order on July 26, 2010.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS SO STIPULATED.

DATED:  June 26, 2010                    QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                              By  /s/ B. Dylan Proctor
                                   B. Dylan Proctor
                                   Attorneys for Mattel, Inc.

DATED:  June 26, 2010                    ORRICK, HERRINGTON & SUTCLIFFE,
                                         LLP


                              By  /s/ Denise M. Mingrone
                                   Denise M. Mingrone
                                   Attorneys for the MGA Parties