1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00505.07975/3554710.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING SUPPLEMENTAL BRIEFING REGARDING CATEGORY 26 OF MATTEL INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION OF MGA ENTERTAINMENT, INC.** |

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation on compliance with the Court's June 14, 2010 Order Granting In Part And Denying In Part Mattel's Motion To Compel MGA Entertainment, Inc. To Produce 30(B)(6) Witnesses,

IT IS HEREBY ORDERED:

The parties shall comply with the June 26, 2010 supplemental briefing deadlines for Category 26 in the Court's June 14, 2010 Order Granting In Part And Denying In Part Mattel's Motion To Compel MGA Entertainment, Inc. To Produce 30(B)(6) Witnesses (Dkt No. 8104) on or before July 26, 2010.

DATED:                      . 2010 _____
Hon. David O. Carter
United States District Judge

00505.07975/3554710.1