QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 25 2010
SDM
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS PURSUANT TO THE COURT'S JUNE 7, 2010 ORDER<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

LODGED ORIGINAL

2010 JUN 25 AM 10:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

00505.07975/3552780.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal the Supplemental Declaration of Michael T. Zeller in
4  Support of Mattel, Inc.'s Motion to Compel Production of Documents in Response
5  to Mattel's Requests for Documents Concerning Use of Trade Secrets Pursuant to
6  the Court's June 7, 2010 Order (the "Supplemental Declaration").

7  The Supplemental Declaration references and describes documents that MGA
8  has designated as "Confidential" pursuant to the Protective Order.

9  In light of the designations by MGA, Mattel seeks permission to file the
10 Supplemental Declaration under seal. For the foregoing reasons, Mattel requests
11 that the Court order that the Supplemental Declaration be filed under seal.

13 DATED: June 25, 2010         QUINN EMANUEL URQUHART &
                                SULLIVAN. LLP

15                              By /s/ Michael T. Zeller
16                                 Michael T. Zeller
                                   Attorneys for Mattel. Inc.