QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS PURSUANT TO THE COURT'S JUNE 7, 2010 ORDER |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Compel Production of Documents in Response to Mattel's Requests for Documents Concerning Use of Trade Secrets Pursuant to the Court's June 7, 2010 Order (the "Supplemental Declaration"),

IT IS HEREBY ORDERED:

The Supplemental Declaration is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: June 25th, 2010

_____
Hon. David O. Carter
United States District Judge