| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 6 | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017 |
| | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | |
| | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULED 30(B)(6) DEPOSITION OF ISAAC LARIAN** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Judge: Hon. David O. Carter |

## STIPULATION

WHEREAS, by stipulation of the parties and order of the Court, the 30(b)(6) deposition of Isaac Larian is currently scheduled to take place on June 29, 2010;

WHEREAS, in order to accommodate the schedule of MGA's counsel and the witness, MGA has requested, and Mattel has agreed, to reschedule this deposition to a mutually agreed date;

NOW THEREFORE, MGA and Mattel hereby stipulate through their respective counsel and subject to the Court's approval, that Mr. Larian's Rule 30(b)(6) deposition currently scheduled for June 29, 2010 shall instead take place on July 7, 2010.

Dated: June 28, 2010                   ORRICK, HERRINGTON & SUTCLIFFE LLP

*s/ Annette Hurst*
Annette Hurst
Attorneys for MGA Parties

Dated: June 28, 2010                   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

*s/ Michael Zeller*
Michael Zeller
Attorneys for Mattel, Inc.

**IT IS SO ORDERED.**

Dated: June __, 2010

Hon. David O. Carter
United States District Court Judge