1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13 Attorneys for MGA Parties

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16                          SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **NOTICE OF LODGING IN RESPONSE TO ORDER DIRECTING ELECTRONIC PRODUCTION OF DOCUMENTS BY MGA PARTIES, DATED JUNE 18, 2010 (DKT. NO. 8135)** |
| AND CONSOLIDATED ACTIONS | |

MGA'S NOTICE OF LODGING
CV 04-09049 DOC (RNBx)

1  PLEASE TAKE NOTICE that the MGA Parties have lodged *in camera* the
2  following documents and item responsive to the Court's June 18, 2010 Order
3  Directing Electronic Production of Documents by MGA Parties, dated June 18,
4  2010 (Dkt. No. 8135):

5  1. **MGA PARTIES IN CAMERA SUBMISSION PURSUANT TO**
6  **ORDER DATED JUNE 18, 2010 (DKT. NO. 8135)**
7  2. **DECLARATION OF SAMUEL S. RUBIN**
8  3. **A THUMB DRIVE CONTAINING ELECTRONIC COPIES OF**
9  **THE DOCUMENTS RESPONSIVE TO THE COURT'S JUNE 18**
10  **ORDER.**

12  Dated: June 29, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

14                    By:   /s/ *Warrington S. Parker III*
                              WARRINGTON S. PARKER III
15                            Attorneys for MGA Parties