Quinn Emanuel Urquhart & Sullivan, LLP
  John B. Quinn (Bar No. 090378)
  Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Mattel, Inc.'s Notice of Motion and Motion to Compel Re MGA Mexico's Document Retention and Destruction; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Mattel, Inc.'s Notice of Motion and Motion to Compel Re MGA Mexico's Document Retention and Destruction

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
Application to Seal and Proposed Order Not Subject to E-filing.

| | |
|---|---|
| July 1, 2010<br>Date | Michael T. Zeller<br>Attorney Name<br>Mattel, Inc.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).