QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE DOCUMENTS USED TO REFRESH THE RECOLLECTION OF MGA CANADA'S RULE 30(b)(6) DESIGNEE DIANE GOVEIA-GORDON<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

00505.07975/3551657.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2   the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3   Court order filed under seal Mattel, Inc.'s Motion to Compel MGA Entertainment,
4   Inc. to Produce Documents Used to Refresh the Recollection of MGA Canada's
5   Rule 30(b)(6) Designee Diane Goveia-Gordon (the "Motion").

6   The Motion includes information that MGA has designated as
7   "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This
8   information primarily consists of direct quotations from the deposition testimony of
9   Janine Brisbois and MGA Canada's Rule 30(b)(6) designee Diane Goveia-Gordon.

10   In light of the designations by the MGA Parties, Mattel seeks permission to
11   file the Submission under seal, or, in the alternative, for the Court to Order that the
12   above-described references are not confidential, and permit Mattel to file it as part
13   of the public record. For the foregoing reasons, Mattel requests that the Court order
14   that the Submission be filed under seal.

16   DATED: June 30, 2010          QUINN EMANUEL URQUHART &
                                    SULLIVAN. LLP

18                                  By /s/ Dylan Proctor
19                                     B. Dylan Proctor
                                       Attorneys for Mattel. Inc.