1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

7

8

9

                    UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

                       EASTERN DIVISION

10 MATTEL, INC., a Delaware
   corporation,
11
            Plaintiff,
12
       vs.
13
   MGA ENTERTAINMENT, INC., a
14 California corporation, et. al.,
15          Defendants.
16
   AND CONSOLIDATED ACTIONS
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

[PROPOSED] ORDER GRANTING
APPLICATION TO FILE UNDER SEAL
MATTEL, INC.'S MOTION TO COMPEL
MGA ENTERTAINMENT, INC. TO
PRODUCE DOCUMENTS USED TO
REFRESH THE RECOLLECTION OF
MGA CANADA'S RULE 30(b)(6)
DESIGNEE DIANE GOVEIA-GORDON

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: TBD

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

00505.07975/3551689.1

[PROPOSED] ORDER

# ~~[PROPOSED]~~ ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc. to Produce Documents Used to Refresh the Recollection of MGA Canada's Rule 30(b)(6) Designee Diane Goveia-Gordon,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc. to Produce Documents Used to Refresh the Recollection of MGA Canada's Rule 30(b)(6) Designee Diane Goveia-Gordon is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _July 1_           . 2010  _____

Hon. David O. Carter
United States District Judge