QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL RE MGA MEXICO'S DOCUMENT RETENTION AND DESTRUCTION<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Motion to Compel re MGA Mexico's Document Retention and Destruction (the "Motion").

The Motion references and quotes from the deposition transcripts of Gustavo Machado, Pablo Vargas, and Susana Kummerle, which have been designated as "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file the Motion under seal. For the foregoing reasons, Mattel requests that the Court order that the Motion be filed under seal.

DATED: July 1, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.