QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone: (213) 443–3000
Facsimile: (213) 443–3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04–9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04–09059<br>Case No. CV 05–02727<br><br>**PROOF OF SERVICE** |

<u>**PROOF OF SERVICE**</u>

I am employed in the County of San Francisco, State of California.  I am an associate of Quinn Emanuel Urquhart & Sullivan, LLP; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On June 30, 2010, I served true copies of the following documents described as:  **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William Molinski<br>Annette Hurst<br>Tom McConville | **wmolinski@orrick.com<br>ahurst@orrick.com<br>tmcconville@orrick.com** |
| Bingham McCutchen, LLP<br>Peter Villar<br>Todd Gordinier | **peter.villar@bingham.com<br>todd.gordinier@bingham.com** |
| Scheper Kim & Harris, LLP<br>Alexander Cote | **acote@scheperkim.com** |
| Law Offices of Mark E. Overland<br>Mark Overland | **mark@overlaw.net** |

[√]   **EMAIL**:

By electronic mail transmission from ianshelton@quinnemanuel.com on June 30, 2010, by transmitting a PDF format copy of such documents to each such person at the email address listed above.  The documents were transmitted by electronic transmission and such transmission was reported complete and without error.

Executed on June 30, 2010, at San Francisco, California.

_____
IAN SHELTON

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22th Floor, San Francisco, California 94111.

On July 1, 2010, I served true copies of the following documents described as:  **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | (Mail)<br><br><br><br>**Attorneys for *the MGA Parties*** |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>tnolan@skadden.com<br>jrussell@skadden.com | (Mail)<br><br><br><br><br><br>**Attorneys for *the MGA Parties*** |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | (Mail)<br><br><br><br><br>**Attorneys for *Omni 808 Investors, LLC*** |
| Scheper Kim & Harris, LLP<br>Alexander H. Cote, Esq.<br>601 W. 5th Street, 12th Floor<br>Los Angeles, CA 90017<br>acote@scheperkim.com | (Mail)<br><br><br><br>**Attorneys for *Carlos Gustavo Machado Gomez*** |
| Law Offices of Mark E. Overland<br>Mark E. Overland, Esq.<br>100 Wilshire Blvd., Suite 950<br>Santa Monica, CA 90401<br>mark@overlaw.net | (Mail)<br><br><br><br>**Attorneys for *Carlos Gustavo Machado Gomez*** |

[√]   **BY MAIL:**  I enclosed the foregoing into sealed envelopes addressed as shown above, and I deposited such envelopes in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

1    I declare that I am employed in the office of a member of the bar of this court

2  at whose direction the service was made.

3        Executed on July 1, 2010, at San Francisco, California.

4

5

6  DEMESCHA KING

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3551705.1

Case No. CV 04-9049 SGL (RNBx)

PROOF OF SERVICE

## DOCUMENT LIST

1. MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE DOCUMENTS USED TO REFRESH THE RECOLLECTION OF MGA CANADA'S RULE 30(B)(6) DESIGNEE DIANE GOVEIA-GORDON

2. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE DOCUMENTS USED TO REFRESH THE RECOLLECTION OF MGA CANADA'S RULE 30(B)(6) DESIGNEE DIANE GOVEIA-GORDON

3. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE DOCUMENTS USED TO REFRESH THE RECOLLECTION OF MGA CANADA'S RULE 30(B)(6) DESIGNEE DIANE GOVEIA-GORDON

4. PROOF OF SERVICE