| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building, 405 Howard Street |
| 5 | San Francisco, CA 94105 |
| | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | |
| | Attorneys for MGA Parties and |
| 14 | IGWT 826 Investments LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| v. | Case No. CV 04-9059 |
| | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **NOTICE OF LODGING FOR *IN CAMERA* INSPECTION RE JUNE 18, 2010 COURT ORDER** |
| AND CONSOLIDATED ACTIONS | |

PLEASE TAKE NOTICE that Plaintiffs and Counter-Defendants MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian (collectively "MGA" or "MGA Parties") hereby lodge the following documents for *in camera* review by the Court:

**1. PRIVILEGE LOG FOR MGA JULY 6, 2010 DOCUMENT PRODUCTION**
**2. PRIVILEGE DOC 1**
**3. PRIVILEGE DOC 2**

On June 18, 2010, the Court issued an order requiring the MGA Parties to produce certain documents regarding former Mattel employees on or before July 6, 2010. *See* June 18, 2010 Court Order (Dkt. No. 8133) at 7. In connection with that order, the Court also ordered the MGA Parties to submit for the Court's *in camera* review all documents withheld from production on the grounds of privilege or attorney work product. *Id*.

Pursuant to the Court's June 18, 2010 Order, the MGA Parties hereby lodge their Privilege Log and Documents for the Court's *in camera* review.

Dated: July 6, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ William A. Molinski_____
William A. Molinski
Attorneys for MGA Parties and
IGWT 826 Investments LLC