1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
2 | (johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
4 | Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
5 | Facsimile:    (213) 443-3100

6 | Attorneys for Mattel, Inc.

7 | ORRICK, HERRINGTON & SUTCLIFFE LLP
Annette L. Hurst (Bar No. 148738)
8 | (ahurst@orrick.com)
The Orrick Building
9 | 405 Howard Street
San Francisco, CA 94105
10 | Telephone:  415-773-5700
Facsimile:   415-773-5759

11 |
12 | Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-2727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant. | STIPULATION RE DEADLINE FOR OBJECTIONS TO DISCOVERY MATTER ORDER NO. 98 |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:        TBD<br>Pre-trial Conf.:      TBD<br>Trial Date:           TBD |

1      WHEREAS, the Discovery Master filed Discovery Matter Order No. 98 on

2 Friday, July 2; and

3      WHEREAS, Discovery Matter Order No. 98 is more than 100 pages long, and

4 relates to thousands of documents withheld by the MGA Parties as privileged,

5 making an analysis of it time consuming; and

6      WHEREAS, Mattel and MGA have agreed to extend the time for the parties

7 to file their respective objections to Discovery Matter Order No. 98, if any, until

8 Monday, July 12, 2010;

9      NOW, THEREFORE, Mattel, Inc., MGA Entertainment, Inc., Isaac Larian,

10 MGA de Mexico and MGA Entertainment (HK) Ltd., by and through their

11 respective counsel of record, hereby stipulate and agree, subject to the Court's

12 approval, as follows:

13      1.  The deadline for the parties to file objections to Discovery Matter Order

14 No. 98 shall be July 12, 2010.

15      2.  The deadline for responses to objections to Discovery Matter Order No. 98

16 shall be July 16, 2010.

17        IT IS SO STIPULATED.

18

19 DATED:  July 6, 2010         QUINN EMANUEL URQUHART &
SULLIVAN. LLP

20

21                      By /s/ B. Dylan Proctor

22                        B. Dylan Proctor
Attorneys for Mattel, Inc.

23

24 DATED:  July 6, 2010         ORRICK, HERRINGTON & SUTCLIFFE, LLP

25

26

27                      By /s/ Thomas McConville

Thomas McConville
Attorneys for MGA Entertainment. Inc.

28