1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>    Defendants. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER RE STIPULATION RE DEADLINE FOR OBJECTIONS TO DISCOVERY MATTER ORDER NO. 98 |
| AND CONSOLIDATED ACTIONS | |

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation Re Deadline For Objections To Discovery Matter Order No. 98, and for good cause shown, IT IS HEREBY ORDERED that:

1. The deadline for the parties' objections to Discovery Matter Order No. 98, if any, shall be July 12, 2010.

2. The deadline for the parties' responses to objections to Discovery Matter Order No. 98, if any, shall be July 16, 2010.

DATED: _____. 2010  _____
Hon. David O. Carter
United States District Judge