1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>DISCOVERY MATTER<br><br>Hon. David O. Carter<br><br>**DECLARATION OF MATTHEW O. KORHONEN IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING COMPLETE RULE 26 DISCLOSURES, RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY CARLOS GUSTAVO MACHADO GOMEZ**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3495391.1

DECLARATION OF MATTHEW O. KORHONEN

I, Matthew O. Korhonen, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I have reviewed Machado's production made in response to Mattel's Requests for Production. Machado's production contains 205 pages, consisting largely of print-outs from MGA's website. Machado produced no emails, metadata, phone records, or documents sufficient to identify his telephone providers.

3. As of the date of this declaration, Machado has failed to provide a privilege log.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 6, 2010, at Los Angeles, California.

_____
Matthew O. Korhonen

00505.07975/3495391.1

DECLARATION OF MATTHEW O. KORHONEN