1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    John B. Quinn (Bar No. 090378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

7  ORRICK, HERRINGTON & SUTCLIFFE LLP
     Annette L. Hurst (Bar No. 148738)
8    (ahurst@orrick.com)
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105
10 Telephone: 415-773-5700
   Facsimile: 415-773-5759

11

12 Attorneys for MGA Parties

               UNITED STATES DISTRICT COURT
13
               CENTRAL DISTRICT OF CALIFORNIA
14
                    SOUTHERN DIVISION
15

16 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| | |
17 | Plaintiff, | Consolidated with Case No.   CV 04-09059 Case No.   CV 05-2727 |
18 | vs. | Honorable David O. Carter |
19 | MGA ENTERTAINMENT, INC., a California corporation, et al. Defendant. | STIPULATION RE WITHDRAWAL OF MATTEL, INC.'S JUNE 11, 2010 SUBPOENAS TO SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND O'MELVENY AND MEYERS LLP |
| AND CONSOLIDATED ACTIONS | |

**Phase 2:**
Disc. Cut-off:      TBD
Pre-trial Conf.:    TBD
Trial Date:         TBD

26

27

28

00505.07975/3567658.3

1    WHEREAS, Mattel, Inc. ("Mattel") served subpoenas dated June 11, 2010 in

2  this action on Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") and

3  O'Melveny & Myers LLP ("O'Melveny"); and

4    WHEREAS, the subpoenas sought information evidencing MGA

5  Entertainment, Inc.'s ("MGA") communications with law enforcement regarding

6  matters related to this action; and

7    WHEREAS, MGA's counsel, Orrick, Herrington & Sutcliffe LLP ("Orrick"),

8  certifies that it has made a good faith, reasonable and diligent inquiry to O'Melveny

9  and Skadden for documents evidencing MGA's communications with law

10 enforcement regarding Mattel's Counterclaims or any other alleged taking of

11 confidential Mattel information by MGA or persons currently or formerly employed

12 by MGA; and

13   WHEREAS, Orrick further certifies that it has been informed that O'Melveny

14 and Skadden have conducted good faith, reasonable and diligent searches of their

15 files for such documents; and

16   WHEREAS, Orrick further certifies that MGA has produced all responsive

17 documents obtained through such diligent inquiry to O'Melveny and Skadden.

18 \\\

19 \\\

20 \\\

21 \\\

22 \\\

23 \\\

24 \\\

25 \\\

26 \\\

27 \\\

28 \\\

1    NOW, THEREFORE, based on Orrick's foregoing certifications, Mattel, Inc.

2  and MGA Entertainment, Inc. by and through their respective counsel of record,

3  hereby stipulate and agree as follows:

4    1.  Mattel hereby withdraws its Subpoena to Skadden, Arps, Slate, Meagher

5  & Flom LLP, dated June 11, 2010.

6    2.  Mattel hereby withdraws its Subpoena to O'Melveny & Myers LLP, dated

7  June 11, 2010.

8

9    IT IS SO STIPULATED.

10

11  DATED:  July 7, 2010          QUINN EMANUEL URQUHART &
                                  SULLIVAN. LLP
12

13                               By_____ Jon Corey / CMN_____
14                                  Jon D. Corey
                                    Attorneys for Mattel. Inc.
15

16  DATED:  July 7, 2010          ORRICK, HERRINGTON & SUTCLIFFE,
                                  LLP
17

18                               By Thomas McConville / cmw w/permission
19                                  Thomas McConville
                                    Attorneys for MGA Entertainment. Inc.
20

21

22

23

24

25

26

27

28