QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR AN ORDER COMPELLING COMPLETE RULE 26 DISCLOSURES, RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY CARLOS GUSTAVO MACHADO GOMEZ**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3563780.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2 the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3 Court order filed under seal Mattel, Inc.'s Motion for an Order Compelling
4 Complete Rule 26 Disclosures, Responses to Interrogatories and Production of
5 Documents by Carlos Gustavo Machado Gomez ("Motion").

6    The Motion includes information that MGA has designated as "Confidential –
7 Attorney's Eyes Only" pursuant to the Protective Order. This information primarily
8 consists of deposition testimony of Pablo Vargas. Accordingly, Mattel requests that
9 the Court order that the Motion be filed under seal.

11 DATED: July 7, 2010

QUINN EMANUEL URQUHART &
SULLIVAN. LLP

By /s/ Michael T. Zeller / JDK
Michael T. Zeller
Attorneys for Mattel. Inc.