1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
2 | (johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
4 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
5 | Facsimile: (213) 443-3100

6 | Attorneys for Mattel, Inc.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR PRODUCTION CONCERNING USE OF TRADE SECRETS**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3565898.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Reply In Support of Motion to Compel
4  Production of Documents In Response to Mattel's Requests For Documents
5  Concerning Use of Trade Secrets Pursuant to June 7, 2010 Court Order ("Reply").
6  The Reply includes information that MGA has designated as "Confidential –
7  Attorney's Eyes Only" pursuant to the Protective Order. This information primarily
8  consists of deposition testimony of Jorge Castilla and Lisa Tonnu. Accordingly,
9  Mattel requests that the Court order that the Motion be filed under seal.

11  DATED: July 6, 2010

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By /s/ Michael Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.