1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 7 2010
SDM

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

10  MATTEL, INC., a Delaware
    corporation,

11              Plaintiff,

12      vs.

13  MGA ENTERTAINMENT, INC., a
14  California corporation, et. al.,

15              Defendants.

16  _____

    AND CONSOLIDATED ACTIONS
17

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

[PROPOSED] ORDER GRANTING:

APPLICATION TO FILE UNDER SEAL
MATTEL, INC.'S REPLY IN SUPPORT
OF MOTION TO COMPEL
PRODUCTION OF DOCUMENTS IN
RESPONSE TO MATTEL'S REQUESTS
FOR PRODUCTION CONCERNING
USE OF TRADE SECRETS

18

19  Date:  TBD
    Time:  TBD
20  Place: Courtroom 9D

21  **Phase 2**
    Discovery Cut-off: TBD
22  Pre-trial Conference: TBD
    Trial Date: TBD

23

24

25

26

27

28

00505.07975/3565887.1

[PROPOSED] ORDER

1    ~ [PROPOSED] ORDER

2        Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s

3  Reply In Support of Motion to Compel Production of Documents In Response to

4  Mattel's Requests For Documents Concerning Use of Trade Secrets Pursuant to June

5  7, 2010 Court Order,

6        IT IS HEREBY ORDERED:

7        Mattel, Inc.'s Reply In Support of Motion to Compel Production of

8  Documents In Response to Mattel's Requests For Documents Concerning Use of

9  Trade Secrets Pursuant to June 7, 2010 Court Order is ORDERED filed under seal

10  pursuant to Local Rule 79-5.1.

11

12  DATED: July 7          . 2010 _____
                                    *David O. Carter*
13                                  Hon. David O. Carter
                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3565887.1

-2-

[PROPOSED] ORDER