QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. CV 04-9049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et. al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel, Inc.'s Reply in Support of Motion to Compel MGA Entertainment, Inc. to Produce Documents Used to Refresh the Recollection of MGA Canada's Rule 30(b)(6) Designee Diane Goveia-Gordon

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))
- ☑ Other  Mattel, Inc.'s Reply in Support of Motion to Compel MGA Entertainment, Inc. to Produce Documents Used to Refresh the Recollection of MGA Canada's Rule 30(b)(6) Designee Diane Goveia-Gordon

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  January 4, 2005
- ☑ Manual Filing required (*reason*):
  Application to File under Seal and Proposed Order not subject to e-filing.

| July 9, 2010 | /s/ Dylan Proctor |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)             **NOTICE OF MANUAL FILING**