Quinn Emanuel Urquhart & Sullivan, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 98; Mattel, Inc.'s Appendix A to Motion Objecting to Portions of Discovery Master Order no. 98; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 98; Mattel, Inc.'s Appendix A to Motion Objecting to Portions of Discovery Master Order no. 98; Application to File Under Seal; Proposed Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Application to Seal and Proposed Order Not Subject to E-filing.

| | |
|---|---|
| July 12, 2010 | B. Dylan Proctor |
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09) **NOTICE OF MANUAL FILING**