MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' OBJECTION TO ONE PORTION OF DISCOVERY MASTER ORDER NO. 98** |

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that, on a date and time to be determined, in the Courtroom of the Honorable David O. Carter, located at 411 West Fourth Street, Santa Ana, California, the MGA Parties ("MGA") will, and hereby do, move the Court to overrule one portion of Discovery Master Order No. 98, dated July 1, 2010.

    This Motion is made on the grounds that one portion of the Discovery Master's Order is clearly erroneous because it failed to correctly apply established legal standards regarding attorney-client privilege and work product protection.

    This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and all other matters of which the Court may take judicial notice.

**Statement of Compliance**

    The parties conferred regarding the issues raised in MGA's Objections on January 7, 2010.

Dated: July 12, 2010      Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:      */s/* Annette L. Hurst
           Annette L. Hurst
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

## INTRODUCTION

This objection to Order No. 98 concerns only a single document—Entry No. 708. Entry 708 is a document annotated by Isaac Larian with comments for outside counsel and sent to counsel by e-mail. It appears that the e-mail was inadvertently omitted from the set of documents that MGA submitted for *in camera* review, and thus the Discovery Master, having reviewed only the attachment, may not have realized that the comments on the document were for outside counsel. Accordingly, the Discovery Master's ruling with respect to Entry No. 708 will require MGA to produce clearly privileged communications. MGA will promptly submit Entry No. 708 and the associated e-mail on an *in camera* basis upon the Court's order to do so. It should not, however, have to produce Entry No. 708 to Mattel as ordered. Accordingly, MGA requests that the Court overrule this portion of Order No. 98.

## ARGUMENT

In Order No. 98, Discovery Master O'Brien either sustained or overruled claims of privilege with respect to various documents on MGA's privilege logs that had been compelled for *in camera* review. Of the many rulings made in Order No. 98 overruling various aspects of MGA's claims or privilege, MGA objects only with respect to the order requiring the production of Entry No. 708. With respect to Entry No. 708, the Order requires MGA to "produce all emails challenged by Mattel." Discovery Master Order No. 98, Schedule B at 2. MGA respectfully submits that this ruling is erroneous for the following reasons.

First, the document reviewed by Discovery Master O'Brien corresponding to Entry No. 708 in fact does not contain any emails, but instead is a hearing transcript on which comments were made. Second, the document reviewed by Discovery Master O'Brien corresponding to Entry No. 708 contains comments and requests for legal advice from Isaac Larian to MGA's outside legal counsel and MGA's in-

house legal counsel.  The accompanying e-mail, which was inadvertently not submitted along with the transcript, makes clear that these comments were made for counsel.  These comments and requests for advice are clearly attorney-client privileged communications and the claim of privilege should therefore be sustained.  Accordingly, MGA requests re-review of Entry No. 708 to clarify whether MGA must produce this document.  At most, MGA should be ordered to produce the transcript with redactions of all of the comments.

## CONCLUSION

For the foregoing reasons, MGA respectfully requests that the Court overrule Order No. 98 as to Entry No. 708.

Dated:  July 12, 2010         Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  _____/s/ Annette L. Hurst_____
         Annette L. Hurst
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

OHS West:260950462.1
22161-2006 MIS/B12