| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone: 415-773-5700 |
| | Facsimile: 415-773-5759 |
| 7 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 8 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 10 | Telephone: 213-629-2020 |
| | Facsimile: 213-612-2499 |
| 11 | |
| | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 12 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 15 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| | CV 04-9059 |
| v. | CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER REGARDING MGA'S OBJECTIONS TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Phase 2 |
| | Judge: Hon. David O. Carter |

# [PROPOSED] ORDER

Based on the concurrently filed Objections to Portions of Discovery Master Order No. 98, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

**1.** Discovery Master Order No. 98 is overturned as to Entry No. 708.

**IT IS SO ORDERED.**

Dated: July ____, 2010

_____
Honorable David O. Carter