MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: CV 04-9059; CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER IN SUPPORT OF MGA PARTIES' OBJECTION TO ITEM 3 OF REPORT AND RECOMMENDATION DATED JULY 5, 2010** |

I, WARRINGTON S. PARKER, declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. At my direction, I had an associate attorney compile the numbers provided below regarding MGA's production to Mattel of documents referring and relating to the custodians and personal email accounts identified by the July 5, 2010 Report and Recommendation of the Electronic Discovery Master.

3. The set of documents that "refer" to individuals is underinclusive because only documents that explicitly mention the individual's email address or proper name were counted. For example, documents prepared by a person would not be reflected below if their name did not appear on the document, even if produced. Similarly, an email that referred to an individual indirectly or by a first name, even if produced, would not be reflected in the numbers set forth below. Moreover, the search depended on the fact that the documents contain a date, which not all do.

4. MGA has produced 17,350 documents from the custody of Ron Brawer and 35,953 documents that refer to him by name, including 11,222 emails either received or sent by him through October 2005. MGA has produced 98 emails containing the address ronsha@adelphia.com and relaxinc@aol.com, which is Ron Brawer's personal email addresses.

5. MGA has produced 1,838 documents from the custody of Jeanine Brisbois and 2,330 documents that refer to her by name, including 1,139 emails either received or sent by her through September 2006. MGA has produced 1 email containing the address jbrisbois@lincsat.com, which is Jeanine Brisbois' personal

- 1 -

email address.

6. MGA has produced 96 documents from the custody of Carter Bryant and 4,616 documents that refer to him by name. MGA has produced 1,146 emails either received or sent by him through October 2001. MGA has produced 1,818 emails containing the addresses sophiesays@hotmail.com or Bryant598@cs.com or CBE1068@cs.com or Cbe1068@sbcglobal.net, which are Carter Bryant's personal email addresses.

7. MGA has not produced documents from the custody of Ana Cabrera, who was never an MGA employee. MGA has produced three documents referring to her by name.

8. MGA has produced 350 documents from the custody of Jorge Castilla and 1,096 documents that refer to him by name, including 584 emails either received or sent by him through March 2007. MGA has produced 34 emails containing the address hoclau04@gmail.com, Jorge Castilla's personal email address.

9. MGA has produced 27,075 documents from the custody of Paula Garcia (nee Treantafelles) and 48,245 documents that refer to her by name, including 4,614 emails either received or sent by her through April 2001.

10. MGA has produced 10,063 documents from the custody of Nick Contreras and 15,414 documents that refer to him by name, including 4,048 emails either received or sent by him through November 2005. MGA has produced 10 emails containing the address cubmex9@msn.com, which is the personal email address of Nick Contreras.

11. MGA has produced 6,524 documents from the custody of Daniel Cooney and 5,824 documents that refer to him by name, including 4,460 emails either received or sent by him through May 2007. MGA has produced 38 emails containing the address danielcooneyjr@comcast.com, which is Daniel Cooney's personal email address.

12. MGA has not produced documents from the custody of Susan Kim who was not a MGA employee. MGA has produced 5 documents that refer to her by name.

13. MGA has produced 314 documents referring to Margaret Leahy by name.

14. MGA has produced 25,833 documents from the custody of Gustavo Machado and 36,875 documents that refer to him by name, including 1,458 emails either received or sent by him through April 2005. MGA has produced emails 22 containing the address gusmachado43@gmail.com, which is Gustavo Machado's personal email address.

15. MGA has produced 1,485 documents referring to the Marlows (Victoria and Peter) by name, including 191 emails sent through December 2005.

16. MGA has not produced documents from the custody of Beatriz Morales, who was never an MGA employee. MGA has produced two documents referring to her by name.

17. MGA has produced 108 documents from the custody of Maria Elena Salazar and 362 documents that refer to her by name.

18. MGA has produced 13,126 documents from the custody of Mariana Trueba and 17,166 documents that refer to her by name, including 1,161 emails either received or sent by her through April 2005.

19. MGA has produced 5,518 documents from the custody of Pablo Vargas and 17,296 documents that refer to him by name, including 1,592 emails either received or sent by him through April 2005

20. MGA has produced 590 documents from the custody of Mercedeh Ward and 2,349 documents that refer to her by name, including 1,262 emails either received or sent by her through April 2005.

21. MGA has produced 7 documents from the custody of Susana Kuemmerle and 20,481 documents that refer to her by name, including 2,134 emails either

1 received or sent by her through April 2005.  MGA has produced 510 emails
2 containing the address argentrade@aol.com, which is the email address used by
3 Susana Kuemmerle.
4     22.  MGA has produced 20 emails containing the address
5 plot04@yahoo.mx.com.
6     I declare under penalty of perjury under the laws of the United States that the
7 foregoing is true and correct.  Executed at San Francisco, California on July 13,
8 2010.

                                           */s/ Warrington S. Parker III*
                                            Warrington S. Parker