QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' OBJECTION TO ITEM 3 OF REPORT AND RECOMMENDATION DATED JULY 5, 2010<br><br>**Phase 2:**<br>Disc. Cut-off:      TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:         TBD |

1  Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), and
2  MGA Entertainment, Inc., MGA HK, MGA de Mexico S.R.L. de C.V., and Isaac
3  Larian (collectively, the "MGA Parties"), by and through their respective counsel of
4  record, hereby stipulate and agree as follows, subject to approval by the Court.
5      WHEREAS, on July 13, 2010, the MGA Parties filed an Objection to Item 3
6  of the Electronic Discovery Special Master's Report and Recommendation, dated
7  July 5, 2010 (the "MGA Parties' Objection");
8      WHEREAS, without waiving any arguments either party may present in their
9  briefing, Mattel and the MGA Parties have reached an agreement concerning the
10 briefing schedule for the MGA Parties' Objection;
11     NOW, THEREFORE, Mattel and the MGA Parties hereby stipulate and
12 agree, subject to the Court's approval, that Mattel's opposition to the MGA Parties'
13 Objection will be due on or before July 19, 2010, and MGA's reply will be due on
14 or before July 22, 2010.
15     IT IS SO STIPULATED.

DATED: July 13, 2010   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: July 13, 2010   ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Warrington Parker
Warrington Parker
Attorneys for the MGA Parties and IGWT 826 Investments, LLC