1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' OBJECTION TO ITEM 3 OF REPORT AND RECOMMENDATION DATED JULY 5, 2010<br><br>**Phase 2:**<br>Disc. Cut-off:          TBD<br>Pre-trial Conf.:        TBD<br>Trial Date:             TBD |

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for the MGA Parties' Objection to Item 3 of Report and Recommendation Dated July 5, 2010 (the "MGA Parties' Objection"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's opposition to the MGA Parties' Objection shall be due on or before July 19, 2010, and MGA's reply shall be due on or before July 22, 2010.

DATED: _____, 2010 _____
Hon. David O. Carter
United States District Judge