1    MELINDA HAAG (State Bar No. 132612)
     mhaag@orrick.com
2    ANNETTE L. HURST (State Bar No. 148738)
     ahurst@orrick.com
3    WARRINGTON S. PARKER III (State Bar No. 148003)
     wparker@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
5    405 Howard Street
     San Francisco, CA 94105
6    Telephone:  415-773-5700/Facsimile: 415-773-5759

7    WILLIAM A. MOLINSKI (State Bar No. 145186)
     wmolinski@orrick.com
8    ORRICK, HERRINGTON & SUTCLIFFE LLP
     777 South Figueroa Street, Suite 3200
9    Los Angeles, CA  90017
     Telephone:  213-629-2020/Facsimile: 213-612-2499

10
     THOMAS S. MCCONVILLE (State Bar No. 155905)
11   tmcconville@orrick.com
     ORRICK, HERRINGTON & SUTCLIFFE LLP
12   4 Park Plaza, Suite 1600
     Irvine, CA 92614-2258
13   Tel: (949) 567-6700/Fax: (949) 567-6710

14   Attorneys for MGA Parties

15                UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                    SOUTHERN DIVISION

| 18 | CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
|---|---|---|
| 19 | Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| 20 | v. | |
| 21 | MATTEL, INC., a Delaware corporation, | **Hon. David. O. Carter** |
| 22 | Defendant. | **[PUBLIC VERSION] DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' EX PARTE APPLICATION TO COMPEL MATTEL'S LOGBOOKS AND CONSUMER RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010** |
| 23 | | |
| 24 | AND CONSOLIDATED ACTIONS | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1          I, L. Kieran Kieckhefer, declare as follows:

2          1.     I am a member of the Bar of the State of California and admitted to

3 practice before this Court, and an attorney with the law firm of Orrick, Herrington

4 & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"),

5 MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V.

6 ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make

7 this declaration in support of MGA Parties' Ex Parte Application to Compel

8 Documents from Mattel Custodian Sujata Luther. I have personal knowledge of the

9 facts set forth in this declaration. If called as a witness, I could and would testify

10 competently to such facts under oath.

11          2.     Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt

12 from MGA's First Set of Requests for the Production of Documents and Things,

13 served on January 31, 2005.

14          3.     Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt

15 from MGA's Fourth Set of Requests for the Production of Documents and Things,

16 served on June 6, 2007.

17          4.     Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt

18 from MGA's Sixth Set of Requests for the Production of Documents and Things,

19 served on November 16, 2007.

20          5.     Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt

21 from MGA's Eighth Set of Requests for the Production of Documents and Things,

22 served on December 28, 2007.

23          6.     Attached hereto as **Exhibit 5** is a true and correct copy of

24     marked as deposition exhibit number 1805, bearing bates numbers M

25 0079765 to M 0079771 [FILED UNDER SEAL].

26          7.     Attached hereto as **Exhibit 6** is a true and correct copy of an email

27 chain produced by Mattel, marked as deposition exhibit number 8676, bearing bates

28 number M 0949697.

KIECKHEFER DECL. ISO EX PARTE APPLICATION TO
COMPEL MATTEL LOGBOOKS
CV-04-9049 SGL (RNBx)

8. Attached hereto as **Exhibit 7** is a true and correct copy of the ██████████████████████████████████████ ████████████████, produced by Mattel on July 9, 2010 [FILED UNDER SEAL].

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from a document titled ████████████████, bearing bates numbers M 166014 to M 166031, produced yesterday, July 11, 2010 [FILED UNDER SEAL].

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the ████████████████████████████████████ ████████████████████████████████ [FILED UNDER SEAL].

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition of Mr. Robert Eckert, dated April 27, 2010 [FILED UNDER SEAL].

12. Attached hereto as **Exhibit 11** is a true and correct copy of the rough transcript taken from Ms. Sujata Luther's deposition on July 8, 2010 [FILED UNDER SEAL].

13. My billing rate is $430 per hour. I spent at least nine hours drafting various papers filed in connection with this Ex Parte Application. Annette Hurst's billing rate is $790 per hour. Ms. Hurst spent at least five hours drafting various papers filed in connection with this Ex Parte Application and the related meet and confer process and correspondence. The total sum of $7,820 was thus reasonably and necessarily incurred in connection with the prosecution of these motions.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on July 12, 2010, at Menlo Park, California.

_____
L. Kieran Kieckhefer

# Exhibit 1

1  DIANA M. TORRES (S.B. #162284)
   PAULA E. AMBROSINI (S.B. # 193126)
2  ALICIA C. MEYER (S.B. #230189)
   O'MELVENY & MYERS, LLP
3  400 South Hope Street
   Los Angeles, California 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5
6  Attorneys for Defendant-in-Intervention,
   MGA Entertainment, Inc.
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11  MATTEL, INC., a Delaware        Case No.  CV04-9059 NM (RNBx)
    Corporation,
12                                  MGA'S FIRST SET OF REQUESTS
                  Plaintiff,        FOR THE PRODUCTION OF
13                                  DOCUMENTS AND THINGS
        v.
14                                  Date Filed:      April 27, 2004
    CARTER BRYANT, an individual,
15  and MGA ENTERTAINMENT,          Discovery cut-off:   None
    INC., a California Corporation
16
              Defendant and
17            Defendant-in-
              Intervention.
18
19  PROPOUNDING PARTY:     MGA ENTERTAINMENT, INC.
20
    RESPONDING PARTY:      MATTEL, INC.
21
    SET NO.                ONE
22
23
24
25
26
27
28

**REQUEST NO. 93.:**

All DOCUMENTS referring or relating to the FIRST BRATZ DOLLS that YOU have given or shown to any person who worked on or was involved in the conception, creation, design or development of "Toon Teens".

**REQUEST NO. 94.:**

All DOCUMENTS referring or relating to the BRATZ PACK that YOU have given or shown to any person who worked on or was involved in the conception, creation, design or development of "Toon Teens".

**REQUEST NO. 95.:**

All DOCUMENTS referring or relating to the BRATZ BOYZ that YOU have given or shown to any person who worked on or was involved in the conception, creation, design or development of "Toon Teens".

**REQUEST NO. 96.:**

All DOCUMENTS used or referred to in creating and designing "Toon Teens," including, without limitation, all DOCUMENTS that served as artistic inspiration for any aspect, feature or element of "Toon Teens".

**REQUEST NO. 97.:**

All DOCUMENTS, including MARKET RESEARCH, referring or relating to, or influencing MATTEL's decision to create, design, develop or abandon "Toon Teens," including, without limitation, the reasons for and factors influencing its decision.

**REQUEST NO. 98.:**

All DOCUMENTS expressing, mentioning, discussing, referring or relating to any actual, alleged or perceived connection between BRYANT, BRATZ, BRATZ INTELLECTUAL PROPERTY or MGA on the one hand, and "Toon Teens" on the

Exhibit 1 - Page 4

**REQUEST NO. 174.:**

All DOCUMENTS discussing, mentioning, relating or referring to any decision or resolution of MATTEL's Board of Directors relating to litigation involving BRATZ.

**REQUEST NO. 175.:**

All DOCUMENTS constituting, discussing, mentioning, relating or referring to MARKET RESEARCH relating to "BRATZ".

**REQUEST NO. 176.:**

All DOCUMENTS sent to or received from the NPD Group discussing, mentioning, relating or referring to "BRATZ", Isaac Larian, MGA or any MGA past or present employee including, without limitation, Victoria O'Connor and Paula Treantafellas.

**REQUEST NO. 177.:**

All DOCUMENTS sent to or received from CARU discussing, mentioning, relating or referring to "BRATZ", Isaac Larian or MGA.

**REQUEST NO. 178.:**

All DOCUMENTS sent to or received from TIA discussing, mentioning, relating or referring to "BRATZ", Isaac Larian or MGA.

**REQUEST NO. 179.:**

All DOCUMENTS sent to or received from Warner Brothers discussing, mentioning, relating or referring to "BRATZ", Isaac Larian, MGA or any MGA past or present employee including, without limitation, Victoria O'Connor and Paula Treantafellas.

MGA'S FIRST SET OF DOCUMENT REQUESTS

Exhibit 1 - Page 5

**REQUEST NO. 329.:**

All DOCUMENTS constituting, identifying, evidencing, describing, showing or depicting the "used and diverted Mattel . . . resources" mentioned in paragraph 36 of the COMPLAINT.

**REQUEST NO. 330.:**

All DOCUMENTS identifying, evidencing or describing the "used and diverted . . . opportunities" mentioned in paragraph 36 of the COMPLAINT.

**REQUEST NO. 331.:**

All DOCUMENTS estimating, calculating, determining or evidencing the amount by which "Defendants have been unjustly enriched" as alleged in paragraph 36 of the COMPLAINT.

**REQUEST NO. 332.:**

All DOCUMENTS constituting, identifying, evidencing, describing, showing, depicting, discussing, mentioning, referring and relating to the "ideas, concepts, rights designs, proprietary information, and other intellectual property and intangible property created by Bryant" alleged to be the "property of Mattel" in paragraph 41 of the COMPLAINT.

Dated:  January 31, 2004

DIANA M. TORRES
PAULA E. AMBROSINI
ALICIA C. MEYER
O'MELVENY & MYERS LLP

Paula E. Ambrosini,
Attorneys for MGA Entertainment, Inc.

84        MGA'S FIRST SET OF DOCUMENT REQUESTS

Exhibit 1 - Page 6

# Exhibit 2

DIANA M. TORRES (S.B. #162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: dtorres@omm.com

DALE M. CENDALI (*admitted pro hac vice*)
MICHAEL KEATS (*admitted pro hac vice*)
JOHANNA SCHMITT (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: dcendali@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK,
JACOBS, WEIL & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA  90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920
Email: pglaser@chrisglase.com

Attorneys for Plaintiff
MGA Entertainment, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant<br><br>CONSOLIDATED WITH<br><br>MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No.  CV 04-09049 SGL (RNBx) (Consolidated with CV 04-9059 and CV 05-2727)<br><br>**MGA'S FOURTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727** |

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 2 - Page 7

PROPOUNDING PARTY:     MGA ENTERTAINMENT, INC.

RESPONDING PARTY:      MATTEL, INC.

SET NO.                FOUR

NOS.                   384-469

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all DOCUMENTS and tangible things described, in accordance with the Definitions and Instructions set forth below, at 9:00 a.m. on July 6, 2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

**DEFINITIONS**

As used in these Requests:

1.      "4-EVER BEST FRIENDS" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or any other thing that is or has ever been manufactured, marketed or sold by MGA, or others under license by MGA, as part of a line of goods or merchandise commonly known as, or sold and marketed under the name "4-Ever Best Friends."

2.      "ACCELERACERS" means and refers to each image, character, logo, toy, accessory, product, packaging or any other thing that is or has ever been manufactured, marketed or sold by MATTEL, or others under license by MATTEL, as part of a line of goods or merchandise commonly known as, or sold and marketed under the name "AcceleRacerS."

3.      "ADVERTISEMENT" means a commercial message or advertisement in any medium, including without limitation, television, radio, movies, magazines, newspapers, the Internet, signage, and billboards.

- 1 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 2 - Page 8

1  Doesburgh and any current or former employee of Mattel Espana S.A. (including,

2  but not limited to, Raul Van Neerbos) regarding the threat of "BRATZ" to

3  MATTEL and/or the creation of "MY SCENE."

4  **REQUEST NO. 431:**

5      All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS

6  REFERRING OR RELATING TO such COMMUNICATIONS, between Ben Van

7  Doesburgh and Adrienne Fontanella, Matt Bousequette or any other current or

8  former employee of MATTEL regarding the threat of "BRATZ" to MATTEL

9  and/or the creation of "MY SCENE."

10  **REQUEST NO. 432:**

11      All COMMUNICATIONS in 2001 and 2002, and all DOCUMENTS

12  REFERRING OR RELATING TO such COMMUNICATIONS, between any

13  current or former employees of Mattel Espana S.A., on the one hand, and Adrienne

14  Fontanella, Matt Bousequette or any other current or former MATTEL employees

15  regarding the threat of "BRATZ" to MATTEL and/or the creation of "MY

16  SCENE."

17  **REQUEST NO. 433:**

18      All DOCUMENTS REFERRING OR RELATING TO any effort, attempt,

19  campaign or COMMUNICATION intended to create any press, publicity or public

20  relations about MGA, "BRATZ" or any other MGA product known to YOU,

21  LARIAN, BRYANT, TREANTAFELLES or any other person known to YOU to

22  work for or with, or to have worked for or with, MGA.

23  **REQUEST NO. 434:**

24      All DOCUMENTS regarding any MARKET RESEARCH regarding MGA,

25  "BRATZ" or any other MGA product known to YOU, that has been funded or

26  commissioned (indirectly or directly, in whole or in part) by YOU.

27  **REQUEST NO. 435:**

28      All COMMUNICATIONS, and all DOCUMENTS REFERRING OR

- 15 -

MGA'S FOURTH SET OF REQUESTS FOR THE
PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 2 - Page 9

1    Neil Friedman) REFERRING OR RELATING TO "BRATZ," BRATZ television

2    programming (including without limitation any  animated program consisting of or

3    containing the BRATZ characters, images, logos, trademark and trade dress), MGA,

4    LARIAN or any other person known to YOU to work or to have worked with or for

5    MGA on "BRATZ" or BRATZ television programming, and all DOCUMENTS

6    REFERRING OR RELATING TO such COMMUNICATIONS.

7

8         Dated: June 6, 2007                    O'MELVENY & MYERS LLP

9

10

11                                              Johanna Schmitt
                                          Attorneys for MGA Entertainment, Inc.

12

13   NY1:1695331.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              - 22 -
                                        MGA'S FOURTH SET OF REQUESTS FOR THE
                                        PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 2 - Page 10

# Exhibit 3

THOMAS J. NOLAN (Bar No. 066992)
HARRIET S. POSNER (Bar. No. 116097)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600
E-mail:    tnolan@skadden.com
            hposner@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
TIMOTHY A. MILLER (Bar No. 154744)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA  94111-5974
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email:      rkennedy@skadden.com
            tmiller@skadden.com

AMY S. PARK (Bar No. 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA  94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570
Email:      apark@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
(HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | **MGA'S SIXTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727** |
| Defendant. | |
| | Honorable Stephen G. Larson Courtroom 1 |

MGA'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS      NO. CV 05-2727 SGL (RNBx)

Exhibit 3 - Page 11

1

2    Consolidated with MATTEL, INC. v.          )    Discovery Cut-Off: March 3, 2008
     BRYANT and MGA
     ENTERTAINMENT, INC. v.                      )
3    MATTEL, INC.                                )
                                                 )
4
5    **PROPOUNDING PARTY:**      **MGA ENTERTAINMENT, INC.**

6    **RESPONDING PARTY:**       **MATTEL, INC.**

7    **SET NUMBER:**             **SIX**

8    **NOs.:**                   **540 - 571**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

MGA'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS          NO. CV 05-2727 SGL (RNBx)

Exhibit 3 - Page 12

1 for MATTEL's "MY SCENE" products, including but not limited to "MY SCENE"

2 DOLLS.

3 **REQUEST NO. 553:**

4     DOCUMENTS sufficient to evidence each of MATTEL's policies, procedures,

5 rules, or strategies, whether written or oral, concerning the number and/or types of

6 products perceived as being in actual or potential competition with MATTEL's

7 "BARBIE" dolls that MATTEL would market, sell, offer for sale, or otherwise

8 introduce to consumers.

9 **REQUEST NO. 554:**

10     To the extent not already produced in response to the foregoing Requests, all

11 DOCUMENTS and things identified in response to MGA's Second Set of

12 Interrogatories.

13 **REQUEST NO. 555:**

14     Each report of consumer or customer research relating to the market for

15 fashion dolls and/or any specific fashion doll, whether marketed by MATTEL or

16 otherwise.

17 **REQUEST NO. 556:**

18     All DOCUMENTS relating to each "stopper" product introduction launched

19 by MATTEL in response to the launch of a MATTEL competitor's product, and all

20 DOCUMENTS assessing the success of MATTEL's "stopper" product.

21 **REQUEST NO. 557:**

22     DOCUMENTS sufficient to evidence each assessment by or for MATTEL of

23 the BRATZ line of products.

24 **REQUEST NO. 558:**

25     All DOCUMENTS relating to each disclosure, whether written or oral, made

26 to MATTEL by a MATTEL employee or independent contractor of "Proprietary

27 Subject Matter made or conceived during the term of [an employee's or independent

28

1  practice by [an employee or independent contractor] (along or jointly by others) at

2  any time during [an employee's or independent contractor's] employment by

3  [MATTEL]" as this phrase is used in the Inventions Agreement.

4  **REQUEST NO. 563:**

5     DOCUMENTS sufficient to show all records of sales figures, revenues and

6  profits pertaining to BARBIE from January 1, 1990 to the present.

7  **REQUEST NO. 564:**

8     All DOCUMENTS REFERRING OR RELATING TO YOUR profits,

9  including, but not limited to, gross profits and gross margins, from the sale of each

10  MY SCENE DOLL sold by YOU or YOUR licensees.

11  **REQUEST NO. 565:**

12     YOUR general ledgers from January 1, 1995 through the present.

13  **REQUEST NO. 566:**

14     All DOCUMENTS REFERRING OR RELATING TO business plans,

15  forecasts, budgets and projects prepared by YOU in connection with each of YOUR

16  products, including but not limited to BARBIE and MY SCENE.

17  **REQUEST NO. 567:**

18     All DOCUMENTS REFERRING OR RELATING TO market research and

19  competitive studies and analyses prepared or conducted by YOU with respect to the

20  fashion doll market.

21  **REQUEST NO. 568:**

22     All DOCUMENTS REFERRING OR RELATING TO any position taken by

23  YOU in any litigation, arbitration or other legal proceeding that any damages owed

24  by YOU for copyright infringement should be apportioned.

25  **REQUEST NO. 569:**

26     All DOCUMENTS REFERRING OR RELATING TO any position taken by

27  YOU in any litigation, arbitration or other legal proceeding relating to the estimated

28

1  value of original drawings, designs or ideas for a product, including, but not limited

2  to, such determinations expressed as a fraction or percentage of the overall value of

3  that product and other related products based on those original drawings, designs or

4  ideas.

5  **REQUEST NO. 570:**

6       All DOCUMENTS REFERRING OR RELATING TO any research or

7  investigation by YOU to determine the estimated value of original drawings, designs

8  or ideas for any toy, including, but not limited to, fashion dolls owned or licensed by

9  MATTEL, including, but not limited to, such determinations expressed as a fraction

10  or percentage of the overall value of all products based on those original drawings,

11  designs or ideas.

12  **REQUEST NO. 571:**

13       All DOCUMENTS REFERRING OR RELATING TO any decision made by

14  YOU to sell, grant or license to any PERSON the rights to any toy design or idea,

15  including, but not limited to fashion dolls, that YOU did not intend to exploit or

16  develop.

17  DATED:    November 16, 2007

18

19                           SKADDEN, ARPS, SLATE, MEAGHER &

20                           FLOM, LLP

21

22                           *Thomas J. Nolan / PHW*

23                           Thomas J. Nolan

24

25                           Attorneys for Counter-Defendants, MGA
                         ENTERTAINMENT, INC., ISAAC LARIAN,

26                           MGA ENTERTAINMENT (HK) LIMITED,
                         AND MGAE de MEXICO S.R.L. de C.V.

27

28

---

MGA'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS    NO. CV 05-2727 SGL (RNBx)

11

Exhibit 3 - Page 15

# Exhibit 4

CALENDARED
RECEIVED

DEC 2 8 2007

1   THOMAS J. NOLAN (Bar No. 066992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2   300 South Grand Avenue
    Los Angeles, CA  90071-3144
3   Telephone:   (213) 687-5000
    Facsimile:   (213) 687-5600
4   E-mail:      tnolan@skadden.com

5   RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6   Four Embarcadero Center, Suite 3800
    San Francisco, CA  94111
7   Telephone:   (415) 984-6400
    Facsimile:   (415) 984-2698
8   E-mail:      rkennedy@skadden.com

9   Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10  (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                    EASTERN DIVISION

14  CARTER BRYANT, an individual          )   CASE NO. CV 04-9049 SGL (RNBx)
                                          )
15              Plaintiff,                )   Consolidated with Case No. 04-9059
                                          )   and Case No. 05-2727
16       v.                               )
                                          )   MGA'S EIGHTH SET OF
17  MATTEL, INC., a Delaware              )   REQUESTS FOR THE
    corporation                           )   PRODUCTION OF
18                                        )   DOCUMENTS AND THINGS
                Defendant.                )   IN CASE NO. 05-2727
19                                        )
                                          )
20                                        )   Honorable Stephen G. Larson
                                          )   Courtroom 1
21  _____       )
    Consolidated with MATTEL, INC. v.     )
22  BRYANT and MGA                        )
    ENTERTAINMENT, INC. v.                )
23  MATTEL, INC.                          )
                                          )
24  _____

25  PROPOUNDING PARTY:     MGA ENTERTAINMENT, INC.

26  RESPONDING PARTY:      MATTEL, INC.

27  SET NUMBER:            EIGHT

28  NOs.:                  770-797

**REQUEST NO. 787**

All DOCUMENTS REFERRING OR RELATING to any survey, focus group, consumer research or other market research (whether conducted by MATTEL or any third party) concerning MY SCENE, BRATZ, or BARBIE, including but not limited to the focus groups discussed on page 114 of the deposition of Kumi Croom and the consumer research conducted by Mattel Worldwide Consumer Research group (or any third party) discussed beginning on page 132 of the deposition of Kumi Croom.

**REQUEST NO. 788**

All ad test reports (or other similar reports evaluating the efficacy of advertising) regarding any MY SCENE or BRATZ product, including but not limited to the ad test reports referenced on pages 118-129 of the deposition of Kumi Croom.

**REQUEST NO. 789**

All DOCUMENTS REFERRING OR RELATING TO any investigation or surveillance of MGA, BRATZ, Carter Bryant, any member of Carter Bryant's family, Isaac Larian, any member of Isaac Larian's family, Jeanne Galvano, or Richard Irmen, including but not limited to all investigative files, reports and summaries.

DATED:      December 28, 2007

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP


_____

Robert J. Herrington

Attorneys for Counter-Defendants, MGA
ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED,
AND MGAE de MEXICO S.R.L. de C.V.

# Exhibit 5

**Confidential – Attorneys' Eyes Only
FILED UNDER SEAL PURSUANT TO
PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8247   Filed 07/13/10   Page 1 of 1   Page ID #:266649

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700       Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Declaration of L. Kieran Kieckhefer and Exhibits in Support of MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other  See above List.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☐   Manual Filing required (*reason*):

| | |
|---|---|
| July 13, 2010 | /s/ Kieran Kieckhefer |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

# Exhibit 6

From:       Kilpin, Tim
Sent:       Monday, June 21, 2004 11:23 AM
To:         Bousquette, Matt
Subject:    RE:

Matt,
Sending this on to you before sending to Bob. Wasn't sure if there were other things he might be looking for in his attached message…

Looks good - a few additional thoughts as we've learned from the recent research:
·       Around 2000, we moved to counter Barbie's image as "aloof, perfect, cold." We stressed younger themes: nurturing, fantasy. At the same time, we didn't continue to deliver the best possible "older/cool" trend-right ideas.
·       This led to the "lost generation" Russell speaks of in her presentations - girls 5-8 yrs old today haven't seen a cool, trendy Barbie consistently.
·       In addition to Bratz' positioning, piececount, and margin profile, it delivered a striking visual alternative to Barbie: hip, "attitude," cartoonish. They effectively "counterprogrammed" vs. Barbie.
·       As we launch new segments specifically targeted to older girls in Fall 04/Spring 05, we're now directly addressing key attributes: fashionable (but still beautiful), the "right" mix of accessories/piececount, a better retail margin.
Thanks,
Tim
Tim Kilpin
SVP, Girls Marketing & Design
310 252 2302
310 252 4557 - fax
 -----Original Message-----
From:    Eckert, Robert A.
Sent:    Friday, June 18, 2004 1C:38 AM
To:      Kilpin, Tim; Luther, Sujata; Bossick, Jerome
Cc:      Bousquette, Matt
Subject:
As part of the development of the Strategic Plan, I've started to develop a line of thinking about "what happened to Barbie?" particularly related to older girls. I'd appreciate your reaction to the logic flow shown below. I'm not looking for proof or facts, just your concurrence or suggestions for improvement to the line of thinking.
                What Happened to Barbie?
1) Kids are getting older younger, at least attitudinally.
2) Barbie increasingly seen as babyish by older girls, beginning in 199x.
3) Generation Girl (Barbie) successfully launched in 1999, but proved unsustainable beyond 2000.
4) Success of entertainment segment, which began in 2000, -- Nutcracker, Rapunzel, et al -- pushed Barbie younger.
5) Diva Starz (new Mattel brand) launched successfully in 2000, but proved unsustainable beyond 2001.
6) Barbie brand P&L propped up by entertainment segment, early ship, International growth, high margin licensing revenue, company wide cost reduction program.
7) Bratz (MGA) launched "Passion for Fashion" dolls directly at tweens in 2001/2002. Added benefit: high piece count. Added benefit: relatively high retail margins. (Source of Bratz concept still open question.)
8) My Scene from Barbie successfully launched in 2002 and expanded in 2003.
9) Older Barbie segments -- Cali Girl and Fashion Fever -- launched 2004.
1O) Older Barbie marketing campaign launches in 2004. My Scene dissociated from Barbie.
11) American Idol (Barbie) segment launches in 2005.

EXHIBIT 8676
FOR I.D.   3/11/10

M 0949697

Exhibit 6 - Page 26

# Exhibit 7

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8247   Filed 07/13/10   Page 1 of 1   Page ID #:266649

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700       Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Declaration of L. Kieran Kieckhefer and Exhibits in Support of MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   See above List.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated   January 4, 2005

☐   Manual Filing required (*reason*):

| | |
|---|---|
| July 13, 2010 | /s/ Kieran Kieckhefer |
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

# Exhibit 8

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700       Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Declaration of L. Kieran Kieckhefer and Exhibits in Support of MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other  See above List.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☐   Manual Filing required (*reason*):

July 13, 2010                                    /s/ Kieran Kieckhefer
Date                                              Attorney Name

                                                  MGA PARTIES
                                                  Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

# Exhibit 9

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| | CV 04-9049-DOC (RNBx) |
| PLAINTIFF(S) | |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Declaration of L. Kieran Kieckhefer and Exhibits in Support of MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   See above List.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated   January 4, 2005

☐   Manual Filing required (*reason*):

July 13, 2010                                    /s/ Kieran Kieckhefer
Date                                              Attorney Name

                                                  MGA PARTIES
                                                  Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

# Exhibit 10

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8247   Filed 07/13/10   Page 1 of 1   Page ID #:266649

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Declaration of L. Kieran Kieckhefer and Exhibits in Support of MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   See above List.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☐   Manual Filing required (*reason*):


| July 13, 2010 | /s/ Kieran Kieckhefer |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

# Exhibit 11

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC -RNB   Document 8247   Filed 07/13/10   Page 1 of 1   Page ID #:266649

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Declaration of L. Kieran Kieckhefer and Exhibits in Support of MGA Parties' Ex Parte Application to Compel Mattel Logbooks; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑  Other  See above List.

**Reason:**

☑  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☑  Per Court order dated  January 4, 2005

☐  Manual Filing required (*reason*):

| July 13, 2010 | /s/ Kieran Kieckhefer |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).