```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 5  Facsimile: (213) 443-3100

 6  Attorneys for Mattel, Inc.

 7                UNITED STATES DISTRICT COURT

 8                CENTRAL DISTRICT OF CALIFORNIA

 9                     SOUTHERN DIVISION
```

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL RE MGA MEXICO'S DOCUMENT RETENTION AND DESTRUCTION<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3571073.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Reply In Support of Motion to Compel re
4  MGA Mexico's Document Retention and Destruction (the "Motion").

5  The Reply references and quotes from the deposition transcripts of Gustavo
6  Machado, Pablo Vargas, and Lisa Tonnu, which have been designated as
7  "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

8  In light of these designations, Mattel seeks permission to file the Reply under
9  seal. For the foregoing reasons, Mattel requests that the Court order that the Reply
10 be filed under seal.

12 DATED: July 12, 2010         QUINN EMANUEL URQUHART &
                                SULLIVAN. LLP

14                              By /s/ Michael Zeller/AB
15                              Michael T. Zeller
                                Attorneys for Mattel. Inc.