QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL RE MGA MEXICO'S DOCUMENT RETENTION AND DESTRUCTION |

00505.07975/3571075.1

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply In Support of Motion to Compel re MGA Mexico's Document Retention and Destruction (the "Motion"),

IT IS HEREBY ORDERED:

The Reply is ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED:  7-12  . 2010

*[signature]*

Hon. David O. Carter
United States District Judge