QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98 AND MATTEL, INC.'S APPENDIX A TO MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07209/3574095.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 98 and Mattel, Inc.'s Appendix A to Motion Objecting to Portions of Discovery Master Order no. 98.

The Motion includes information that MGA has designated as "Confidential – Attorney's Eyes Only" pursuant to the Protective Order and discusses at length and includes a substantial excerpt from Order No. 98, which the Discovery Master filed under seal. Accordingly, Mattel requests that the Court order that the Motion be filed under seal. In the alternative, Mattel requests that the Court find that the information contained therein is not confidential and order the Motion filed in the public record.

DATED: July 12, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Dylan Proctor / AB
B. Dylan Proctor
Attorneys for Mattel, Inc.