```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 5  Facsimile: (213) 443-3100

 6  Attorneys for Mattel, Inc.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING:<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98 AND MATTEL, INC.'S APPENDIX A TO MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

LODGED 2010 JUL 12 PM 3:56 CLERK U.S. DIST. COURT CENTRAL DIST. OF CALIF. SANTA ANA

ORIGINAL

00505.07209/3574102.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 98 and Mattel, Inc.'s Appendix A to Motion Objecting to Portions of Discovery Master Order no. 98,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion Objecting to Portions of Discovery Master Order No. 98 and Mattel, Inc.'s Appendix A to Motion Objecting to Portions of Discovery Master Order no. 98, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 7-12-2010 . 2010   *David O. Carter*

Hon. David O. Carter
United States District Judge