MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER GRANTING THE MGA PARTIES' APPLICATION TO FILE UNDER SEAL |
| Defendant. | |
| | Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

**NOTICE OF LODGING OF DOCUMENTS FILED BEFORE JUDGE SMITH IN CONNECTION WITH THE MGA PARTIES' OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (JULY 5, 2010)**

**It is so ORDERED.**

Dated: 7-13, 2010

_/s/ David O. Carter_
Hon. David O. Carter