| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  John B. Quinn (Bar No. 090378)<br>  (johnquinn@quinnemanuel.com)<br>  Michael T. Zeller (Bar No. 196417)<br>  (michaelzeller@quinnemanuel.com)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for Mattel, Inc. |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION (1) TO COMPEL MATTEL LOGBOOKS AND CONSUMER RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010; (2) FOR PERMISSION TO SUBMIT ENTIRETY OF LUTHER TRANSCRIPT IN EXCESS OF 50 PAGES OF EXHIBITS IN SUPPORT OF APPLICATION; AND (3) FOR SANCTIONS**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Opposition To MGA Parties' Ex Parte
4  Application (1) To Compel Mattel Logbooks And Consumer Research In Advance
5  Of Resumed Deposition Of Sujata Luther On July 26, 2010; (2) For Permission To
6  Submit Entirety Of Luther Transcript In Excess Of 50 Pages Of Exhibits In Support
7  Of Application; And (3) For Sanctions.
8  The Motion references documents and information that Mattel has designated
9  as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This
10 information primarily consists of documents that Mattel has designated under the
11 Protective Order.
12 In light of the designations by Mattel, Mattel seeks permission to file the
13 Motion under seal. For the foregoing reasons, Mattel requests that the Court order
14 that the Motion be filed under seal.

16 DATED: July 14, 2010                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By  /s/ B. Dylan Proctor
                                           B. Dylan Proctor
                                           Attorneys for Mattel, Inc.