QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION (1) TO COMPEL MATTEL LOGBOOKS AND CONSUMER RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010; (2) FOR PERMISSION TO SUBMIT ENTIRETY OF LUTHER TRANSCRIPT IN EXCESS OF 50 PAGES OF EXHIBITS IN SUPPORT OF APPLICATION; AND (3) FOR SANCTIONS |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition To MGA Parties' Ex Parte Application (1) To Compel Mattel Logbooks And Consumer Research In Advance Of Resumed Deposition Of Sujata Luther On July 26, 2010; (2) For Permission To Submit Entirety Of Luther Transcript In Excess Of 50 Pages Of Exhibits In Support Of Application; And (3) For Sanctions,

IT IS HEREBY ORDERED:

The Motion is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 7-14, 2010  DAVID O. CARTER
_____
Hon. David O. Carter
United States District Judge