QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' EX PARTE APPLICATION (1) TO COMPEL MATTEL LOGBOOKS AND CONSUMER RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010; (2) FOR PERMISSION TO SUBMIT ENTIRETY OF LUTHER TRANSCRIPT IN EXCESS OF 50 PAGES OF EXHIBITS IN SUPPORT OF APPLICATION; AND (3) FOR SANCTIONS**<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Courtroom 9D |

SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("QE"), attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto. Mattel wishes to correct certain inaccuracies in MGA Entertainment, Inc.'s ("MGA") *ex parte* reply brief.

2. In its *ex parte* application reply brief, MGA asserts, in response to Mattel's observation that MGA did not pursue a deposition on Topic 18, that Mattel did not offer any dates after June 22, 2010: "Mattel first offered the Topic 18 witness three days later at noon on June 21, proposing that the deposition commence the following day . . . In fact, Mattel has not since offered any dates for a witness on Topic 18 . . .." (Reply at 5) (emphasis omitted). This statement is contradicted by the facts set forth below.

3. The Court ordered MGA's 30(b)(6) Deposition of Mattel, Inc. on Topic 18 to go forward for the first time on June 18, 2010. See Order Regarding Supplemental Briefing Submitted In Response To Court's June 7, 2010 And June 14, 2010 Orders And Other Pending Discovery Disputes at 5-6, June 18, 2010 (Dkt. No. 8133). The Court ordered all Mattel Rule 30(b)(6) depositions to be completed no later than June 23, 2010. See Order Re Pending Discovery Disputes at 14, June 7, 2010 (Dkt. No. 8079).

4. On June 21, 2010, I sent an email to Annette Hurst, counsel for MGA, offering to make a witness available on June 22. I also offered the other date remaining before the Court-ordered deadline: June 23.

5. On June 21, Ms. Hurst sent an email to me rejecting both dates on the purported basis that only one MGA attorney could take the deposition and she was not available on either date.

6. The following day, June 22, at MGA's request, I sent an email to Ms. Hurst offering June 29 or June 30 as two more alternative dates for the Topic 18 deposition. MGA did not respond to this offer.

7. On June 25, 2010, counsel for MGA Denise Mingrone sent an email to an associate at my firm, again requesting dates for Topic 18. Mr. Zeller responded to Ms. Mingrone on June 25 advising her again that June 29 and June 30 were still available for the Topic 18 deposition. There was still no response. MGA has let all offered dates pass and to date has made no further efforts to pursue a deposition date for Topic 18.

8. In addition, MGA obtained stipulations from Mattel with respect to MGA Topics 1, 2, 23, 25, and 27 to ensure that MGA preserved its right to take those depositions after the Court-ordered deadline of June 23. Although Ms. Mingrone had generally suggested stipulating to a date for Topic 18 on June 25, MGA never agreed to take the deposition on June 29 or June 30, or on any other date, and did not pursue a stipulation.

9. Consistent with the Court's directives on discovery matters, Mattel will submit the communications cited herein to the Court upon the Court's direction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2010, at Los Angeles, California.

　　　　　　　　　　　　　　　　　 **/s/ Diane C. Hutnyan**
　　　　　　　　　　　　　　　　　Diane C. Hutnyan