MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with No. CV 04-9059 and No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF THE MGA PARTIES' MOTION FOR PROTECTIVE ORDER PROHIBITING DISSEMINATION OF INFORMATION OBTAINED IN THIS LAWSUIT**<br><br>Date: TBD<br>Time: TBD<br>Dept: Courtroom 9D |

# DECLARATION OF WILLIAM A. MOLINSKI

I, WILLIAM A. MOLINSKI, declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter I received from Jon Corey, dated March 30, 2010, along with an English translation of a communication from the Mexican Attorney General's Office.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email I sent to Jon Corey, dated March 30, 2010 at 3:42 p.m.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email response I received from Jon Corey, dated March 30, 2010 at 4:32 p.m.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email I sent to Jon Corey, dated March 30, 2010 at 4:45 p.m.

6. At a conference before Judge Smith in June, 2010, an associate from Quinn Emanuel requested a copy of the CD be returned to Mattel so they could present it to the authorities in Mexico. Ms. Hurst immediately objected to any such disclosure.

7. On July 8, 2010, I met and conferred with Michael Zeller and others for Mattel regarding the instant motion for protective order. During that meet-and-confer, Mr. Zeller said that Mattel understood the protective order to allow use in Mexico of discovery produced in this case. I informed him we would be filing this Motion.

8. Attached hereto as **Exhibit E** is the entered Protective Order governing the handling of confidential information in this action.

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct. Executed at Los Angeles, California on the 14th of
3 | July, 2010.

                                           */s/ William A. Molinski*
                                            William A. Molinski