MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with No. CV 04-9059 and No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF CESAR PRIETO PALMA IN SUPPORT OF THE MGA PARTIES' MOTION FOR PROTECTIVE ORDER PROHIBITING DISSEMINATION OF INFORMATION OBTAINED IN THIS LAWSUIT**<br><br>Date: August 9, 2010<br>Time: 8:30 a.m.<br>Dept: Courtroom 9D |

OHS West:260952033.1

PRIETO DECL. ISO. MOTION FOR PROTECTIVE ORDER
CASE NO. CV 04-9049-DOC (RNBX)

## DECLARATION OF CESAR A. PRIETO PALMA

I, CÉSAR A. PRIETO PALMA, declare as follows:

1. I am a Mexican attorney defending Carlos Gustavo Machado Gomez and Marian Trueba Almada in the pending Mexican criminal action regarding the alleged appropriation of Mattel's industrial secrets, Criminal Action No. 130/2007 of the Tenth Federal Criminal Court in Mexico City. For the past sixteen years, my practice has been substantially devoted to Mexican criminal law matters.

2. Under Mexican criminal law, the victim of a crime has the ability to play a direct role in the investigation and prosecution of the criminal defendant. This includes interfacing with the investigatory arm of the Mexican Attorney General's Office and the public prosecutor.

3. I understand that Mattel is seeking to provide the Mexican Attorney General's Office a copy of a CD that MGA provided to Mattel during the course of discovery in the United States action.

4. The original copy of the aforementioned CD was seized by Mexican authorities from the offices of MGAE de Mexico and is presently in the possession of the Judge presiding over the Mexican proceedings. The parties in the Mexican criminal proceedings, including Mattel, Inc., Mattel de Mexico, S.A. de C.V., Mattel Servicios, S.A. de C.V., the public prosecutor, and the defendants, have ready access to the original disc in the Judge's possession.

5. Under Mexican law, there is no mechanism for the exchange of documents and things that would be akin to the United States discovery process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Mexico City, D.F., Mexico on the 15th of July, 2010.

César A. Prieto Palma