MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**[PROPOSED] PROTECTIVE ORDER PROHIBITING DISSEMINATION OF INFORMATION OBTAINED IN THIS LAWSUIT**<br><br>Judge:  Hon. David O. Carter |

OHS West:260952865.1

[PROPOSED] ORDER
CV-04-9049 DOC (RNBx)

The Court, having considered the MGA Parties' Motion for Protective Order Prohibiting the Dissemination of Information Obtained in this Lawsuit, and having found good cause, HEREBY GRANTS the MGA Parties' Motion as follows:

1. Mattel, Inc., Mattel de Mexico, S.A. de C.V., and Mattel Servicios, S.A. de C.V., and its attorneys, agents, and employees are prohibited from using, disclosing, disseminating, or publicizing any and all discovery information obtained in this lawsuit for any purpose other than as is necessary for the preparation of this lawsuit for trial; and

2. Mattel, Inc., Mattel de Mexico, S.A. de C.V., and Mattel Servicios, S.A. de C.V., and its attorneys, agents, and employees are further explicitly prohibited from using, disclosing, disseminating, or publicizing any and all discovery information to advance prosecutorial activities in Mexico.

**IT IS SO ORDERED.**

Dated: _____, 2010

_____
Honorable David O. Carter
United States District Judge