| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 5 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 6 | Telephone: 415-773-5700/Facsimile: 415-773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017 |
| | Telephone: 213-629-2020/Facsimile: 213-612-2499 |
| 10 | |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 13 | Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual Plaintiff, v. MATTEL, INC., a Delaware corporation, Defendant. AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx) Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 **Hon. David. O. Carter** **[PUBLIC VERSION] SUPPLEMENTAL DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF THE MGA PARTIES' EX PARTE APPLICATION TO COMPEL MATTEL'S LOGBOOKS AND CONSUMER RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010** |

I, L. Kieran Kieckhefer, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Ex Parte Application to Compel Documents from Mattel Custodian Sujata Luther. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email chain sent from Ms. Annette Hurst to Mr. Michael Zeller, cc'ing Mr. John Quinn, Mr. Thomas McConville, and myself, sent on Monday, July 12, 2010 at 12:26 p.m. [FILED UNDER SEAL].

3. Attached hereto as **Exhibit B** is a true and correct copy of an email chain sent from Mr. Geoffrey Grundy at Quinn Emanuel to Ms. Annette Hurst and Mr. William Molinski, cc'ing Mr. Matthew DuBois and Mr. Gerard Alessi, notifying them of the fact that Mattel would be producing documents. This email was sent on Monday, July 12, 2010 at 10:07 p.m..

4. Attached hereto as **Exhibit C** is a true and correct copy of Mr. Geoffrey Grundy's cover letter to Mattel's July 12, 2010 10:07 p.m. production.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email sent from Ms. Annette Hurst to Mr. Michael Zeller, Mr. John Quinn, Mr. John Gordon, and Mr. James Judah, cc'ing Mr. Thomas McConville, Ms. Denise Mingrone, Mr. William Molinski, and myself, sent on Tuesday, July 13, 2010 at 5:29 p.m. [FILED UNDER SEAL].

6. Attached hereto as **Exhibit E** is a true and correct copy of a document bearing bates number M 1666471, produced by Mattel on Monday, July 12, 2010 at

1 | 10:07 p.m. [FILED UNDER SEAL].

2 |     7.    Attached hereto as **Exhibit F** is a true and correct copy of an excerpt of a document bearing bates number M 1666482, produced by Mattel on Monday, July 12, 2010 at 10:07 p.m. [FILED UNDER SEAL].

    8.    Attached hereto as **Exhibit G** is a true and correct copy of an excerpt of a document bearing bates number M 1666492-M 1666493, produced by Mattel on Monday, July 12, 2010 at 10:07 p.m. [FILED UNDER SEAL].

    9.    Attached hereto as **Exhibit H** is a true and correct copy of an excerpt of a document bearing bates number M 1666502, produced by Mattel on Monday, July 12, 2010 at 10:07 p.m. [FILED UNDER SEAL].

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on July 14, 2010, at Menlo Park, California.

*/s/ L. Kieran Kieckhefer*
———————————————
L. Kieran Kieckhefer

- 2 -

Supp. Kieckhefer Decl. ISO Reply Ex Parte
Application to Compel Mattel Logbooks
CV-04-9049 SGL (RNBx)

# CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL
# EXHIBIT A

Case 2:04-cv-09049-DOC -RNB   Document 8281   Filed 07/14/10   Page 1 of 1   Page ID #:266208

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel: 415.773.5700        Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT,<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents**: Reply ISO MGA Parties' Ex Parte Application (1) To Compel Mattel Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; (2) for Permission to Submit Entirety of Luther Transcript in Excess of 50 Pages of Exhibits in Support of Application; and (3) For Sanctions; and Supplemental Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Ex Parte Application to Compel Mattel's Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  See above list.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

July 14, 2010                               /s/Kieran Kieckhefer
Date                                        Attorney Name

                                            MGA Parties
                                            Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                          NOTICE OF MANUAL FILING

# EXHIBIT B

## Williams, Mark

| | |
|---|---|
| **From:** | Geoffrey Grundy [geoffreygrundy@quinnemanuel.com] |
| **Sent:** | Monday, July 12, 2010 10:07 PM |
| **To:** | Hurst, Annette; Molinski, William |
| **Cc:** | DuBois, Matthew; Alessi, Gerard |
| **Subject:** | 2nd Mattel Production 7-12-10 M 1666426 - M 1666527 |
| **Attachments:** | 2010-07-12 Production_2.pdf |

Hello, Mattel is producing documents M 1666426 – M 1666527. I have uploaded them to the Quinn Emanuel FTP site. As always, a courtesy CD will follow.

Best regards,,
Geoffrey Grundy
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3315
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: geoffreygrundy@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT C

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3315

WRITER'S INTERNET ADDRESS
geoffreygrundy@quinnemanuel.com

July 12, 2010

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Annette L. Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
**Via Email and U.S. Mail**

Mark E. Overland, Esq.
Law Offices of Mark E. Overland
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
**Via Email and Messenger**

Re:   Mattel v. MGA  CV 04-9049 DOC

Dear Counsel:

Please find enclosed a CD of Mattel document production bearing Bates numbers M 1666426 – M 1666527.

Should you have any questions regarding the enclosed, please do not hesitate to call.

Sincerely,

Geoffrey Grundy
Paralegal
Enclosure
00505.07975/3575207.1

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 250 South Wacker Drive, Suite 230, Chicago, Illinois 60606-5901 | TEL (312) 463-2961 FAX (312) 463-2962
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Fl., 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit C - Page 8

**CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL**
**EXHIBIT D**

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700     Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents**: Reply ISO MGA Parties' Ex Parte Application (1) To Compel Mattel Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; (2) for Permission to Submit Entirety of Luther Transcript in Excess of 50 Pages of Exhibits in Support of Application; and (3) For Sanctions; and Supplemental Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Ex Parte Application to Compel Mattel's Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  See above list.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

July 14, 2010                                          /s/Kieran Kieckhefer
Date                                                         Attorney Name

                                                                MGA Parties
                                                                Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              NOTICE OF MANUAL FILING

# CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL
# EXHIBIT E

| Name & Address: | |
|---|---|
| L. Kieran Kieckhefer (State Bar No. 251978)<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel: 415.773.5700    Fax: 415.773.5759 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation,<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** Reply ISO MGA Parties' Ex Parte Application (1) To Compel Mattel Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; (2) for Permission to Submit Entirety of Luther Transcript in Excess of 50 Pages of Exhibits in Support of Application; and (3) For Sanctions; and Supplemental Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Ex Parte Application to Compel Mattel's Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  See above list.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

| July 14, 2010 | /s/Kieran Kieckhefer |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                  NOTICE OF MANUAL FILING

# CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL
# EXHIBIT F

Case 2:04-cv-09049-DOC -RNB   Document 8281   Filed 07/14/10   Page 1 of 1   Page ID #:267218

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel: 415.773.5700        Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** Reply ISO MGA Parties' Ex Parte Application (1) To Compel Mattel Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; (2) for Permission to Submit Entirety of Luther Transcript in Excess of 50 Pages of Exhibits in Support of Application; and (3) For Sanctions; and Supplemental Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Ex Parte Application to Compel Mattel's Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  See above list.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

| July 14, 2010 | /s/Kieran Kieckhefer |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING

# CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL
# EXHIBIT G

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700    Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents**: Reply ISO MGA Parties' Ex Parte Application (1) To Compel Mattel Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; (2) for Permission to Submit Entirety of Luther Transcript in Excess of 50 Pages of Exhibits in Support of Application; and (3) For Sanctions; and Supplemental Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Ex Parte Application to Compel Mattel's Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other  See above list.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  January 4, 2005
☐ Manual Filing required (*reason*):

July 14, 2010                                 /s/Kieran Kieckhefer
Date                                          Attorney Name

                                              MGA Parties
                                              Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING

**CONFIDENTIAL—ATTORNEYS' EYES ONLY—FILED UNDER SEAL**
**EXHIBIT H**

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel: 415.773.5700     Fax: 415.773.5759

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents**: Reply ISO MGA Parties' Ex Parte Application (1) To Compel Mattel Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; (2) for Permission to Submit Entirety of Luther Transcript in Excess of 50 Pages of Exhibits in Support of Application; and (3) For Sanctions; and Supplemental Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Ex Parte Application to Compel Mattel's Logbooks and Consumer Research in Advance of Resumed Deposition of Sujata Luther on July 26, 2010; Application to File Under Seal; Proposed Order to File Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  See above list.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

| July 14, 2010 | /s/Kieran Kieckhefer |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    NOTICE OF MANUAL FILING