QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> MGA Entertainment, Inc., et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. 04-09049 DOC (RNBx) <br> Consolidated with Case <br> Nos. CV 04-09059 and CV 05-02727 <br><br> **HON. DAVID O. CARTER** <br><br> JOINT REPORT IDENTIFYING PENDING DISCOVERY MOTIONS PURSUANT TO JULY 14, 2010 ORDER <br><br> **Phase 2** <br> Discovery:           TBD <br> Pre-trial Conference: TBD <br> Trial Date:          TBD |

00505.07975/3580496.4

JOINT REPORT IDENTIFYING PENDING DISCOVERY MOTIONS PURSUANT TO JULY 14, 2010 ORDER

Pursuant to the Court's July 14, 2010 Order, Mattel, Inc. ("Mattel"), MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., Isaac Larian, IGWT 826 Investments, LLC (collectively, the "MGA Parties"), Carlos Gustavo Machado Gomez, and Omni 808 Investors, Inc. hereby provide the Court with the information that it requested regarding pending discovery motions.

Exhibit A identifies the motions that Mattel has filed and associated briefing and supporting papers. Exhibit B identifies the motions that the MGA Parties have filed an associated briefing and supporting papers. The other parties, Carlos Gustavo Machado Gomez and Omni 808 Investors, LLC do not have pending motions. The lists of pending motions include some matters that have not been fully briefed, but will be fully briefed shortly.

Based on the parties' reading of the June 14, 2010 order, the parties have not identified discrete disputes in the Court's orders the resolution of which the Court has held in abeyance. <u>See</u>, <u>e.g.</u>, Dkt. Nos. 7359, 7497. In several prior orders on previously briefed discovery issues the Court did not resolve certain disputes, but elected to hold them in abeyance for various reasons. Because the Court sought identification of docket entries associated with pending discovery motions and requests, the parties have not identified the briefing specifically associated with those discrete rulings on specific requests, topics, depositions or interrogatories or where in the orders the ruling holding them in abeyance appears. If the Court wishes to have this information, the parties are willing to provide it. The parties

///
///
///
///
///
///

00505.07975/3580496.4

-1-
JOINT REPORT IDENTIFYING PENDING DISCOVERY MOTIONS PURSUANT TO JULY 14, 2010 ORDER

have not identified discovery disputes that are pending before either Discovery Master Smith or Discovery Master O'Brien.

DATED: July 16, 2010     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.

DATED: July 16, 2010     ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Thomas McConville
Thomas McConville
Attorneys for the MGA Parties

DATED: July 16, 2010     BINGHAM MCCUTCHEN, LLP

By /s/ Todd E. Gordinier
Todd E. Gordinier
Attorneys for Omni 808 Investors, LLC

DATED: July 16, 2010     SCHEPER KIM & HARRIS, LLP

By /s/ Alexander H. Cote
Alexander H. Cote
Attorneys for Carlos Gustavo Machado