# EXHIBIT A

EXHIBIT A: MATTEL, INC'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

| Date | Docket No. | Docket Entry |
|---|---|---|

**Objections to Order No. 87**

| Date | Docket No. | Docket Entry |
|---|---|---|
| 12/14/2009 | 7360 | SEALED DOCUMENT RE: OBJECTIONS to Discovery Matter Order No. 87. (lwag) (Entered: 12/16/2009) |
| 12/21/2009 | 7384 | MEMORANDUM of Points and Authorities in Opposition filed by Defendants MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, Isaac Larian. MGA's Opposition to Mattel, Inc.'s Objections to Discovery Matter Order No. 87 Re: Objections - non-motion 7360 (Attachments: # 1 Declaration of L. Kieran Kieckhefer in Support of MGA's Opposition, # 2 Proposed Order)(McBirney, Jimmy) (Entered: 12/21/2009) |
| 12/24/2009 | 7386 | REPLY in support of Mattel, Inc.s Objections to Discovery Matter Order No. 87, dated Dec. 10, 2009 filed by Counter Claimant Mattel Inc. (Proctor, Brett) (Entered: 12/24/2009) |

**Objections to Portions of Discovery Master Order Nos. 89 and 91**

| Date | Docket No. | Docket Entry |
|---|---|---|
| 01/19/2010 | 7741 | [MGA's] Notice of Motion and Motion for Reconsideration [Limited] of Order No. 89 as Provided in Footnote 7 |
| 01/25/2010 | 7433 | [Mattel's] Opposition of Mattel Inc. re Motion for Reconsideration [Limited] of Order no. 89 as provided in Footnote 7 |
| 01/28/2010 | 7446 | [MGA's] Reply in Support of Motion for Reconsideration [Limited] of Order no 89 as provided in Footnote 7 |
| 2/18/2010 | 7523 | NOTICE OF MOTION AND MOTION for Discovery regarding Mattel, Inc.'s Objections to Portions of Discovery Master Order Nos. 89 and 91 filed by Plaintiff Mattel Inc(a Delaware corporation). (Attachments: # 1 Appendix to Mattel, Inc.'s Objections to Portions of Discovery Master Order No. 89 and 91)(Sarles, Joseph) (Entered: 02/18/2010) |
| 2/23/2010 | 7555 | MEMORANDUM in Opposition to MOTION for Discovery regarding Mattel, Inc.'s Objections to Portions of Discovery Master Order Nos. 89 and 91 7523 filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv, Intervenor Defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (Attachments: # 1 Declaration, # 2 Appendix)(Rutowski, Diana) (Entered: 02/23/2010) |
| 3/1/2010 | 7586 | REPLY in Support of MOTION for Discovery regarding Mattel, Inc.'s Objections to Portions of Discovery Master Order Nos. 89 and 91 7523 filed by Counter Claimant Mattel Inc. (Sarles, Joseph) (Entered: 03/01/2010) |
| 4/4/2010 | 7684 | DECLARATION of Michael T. Zeller re MOTION for Discovery regarding Mattel, Inc.'s Objections to Portions of Discovery Master Order Nos. 89 and 91 7523 filed by Counter Claimant Mattel Inc. (Proctor, Brett) (Entered: 04/04/2010) |
| 4/13/2010 | 7715 | RESPONSE filed by Counter Defendants Isaac Larian, MGA |

EXHIBIT A: MATTEL, INC'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

|  |  |  |
|---|---|---|
|  |  | Entertainment HK Limited, MGAE De Mexico SRL De Cv, Intervenor Defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059to Declaration (non-motion) 7684 of Michael T. Zeller in Support of Mattel's Objections to Discovery Master Order Nos. 89 and 91 (Somasekar, Sugithra) (Entered: 04/13/2010) |
|  | 7716 | Declaration of Sugithra Somasekar in Support of MGA's Response to the Supplemental Declaration of Michael T. Zeller in Support of Mattel's Objections to Discovery Master Order Nos. 89 and 91 |
|  | 7734 | SEALED DOCUMENT: Exhibits 1-4 to the Declaration of Sugithra Somasekar in Support of MGA's Response to the Supplemental Declaration of Michael T. Zeller in Support of Mattel's Objections to Discovery Master order Nos. 89 and 91 |
| 4/20/2010 | 7743 | REPLY in support of the supplemental declaration of Michael T. Zeller re Nos. 89 and 91 MOTION for Discovery regarding Mattel, Inc.'s Objections to Portions of Discovery Master Order Nos. 89 and 91 7523 filed by Counter Claimant Mattel Inc. (Proctor, Brett) (Entered: 04/20/2010) |
|  | 7744 | Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Reply to MGA's Response to the Supplemental Declaration of Michael T. Zeller in Support of Mattel's Objections to Discovery Master Order Nos. 89 and 91. |
| 05/25/2010 | 7961 | Order Overruling in Part and Sustaining in Part Objections to Discovery Matter Order Nos. 89/91. |
| 6/7/2010 | 8075 | BRIEF MGA Parties' Submission Pursuant to May 25, 2010 Order (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Appendix D, # 5 Appendix E, # 6 Appendix F, # 7 Appendix G, # 8 Appendix H)(Rutowski, Diana) (Entered: 06/07/2010) |
| 6/14/2010 | 8112 | MEMORANDUM of Points and Authorities in Opposition filed by Plaintiff Mattel Inc(a Delaware corporation). Pursuant to the Court's May 25, 2010 Order Re: Brief (non-motion non-appeal) 8075 (Sarles, Joseph) (Entered: 06/14/2010) |

### Motion to Compel 30(b)(6) Witnesses

|  |  |  |
|---|---|---|
| 4/28/2010 | 7786 | SEALED DOCUMENT RE: MOTION to Compel to Produce 30(B)(6) Witnesses. (lwag) (Entered: 04/29/2010) |
| 5/5/2010 | 7803 | MEMORANDUM in Opposition to Notice of Manual Filing filed by Counter Claimant Mattel Inc of Mattel's Motion to Compel MGA Entertainment, Inc. to Produce 30(b)(6) Wintesses (Doc 7774) filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv, Intervenor Defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (Attachments: # 1 Appendix A)(Fishman, Deborah) (Entered: 05/05/2010) |
| 5/11/2010 | 7855 | SEALED DOCUMENT RE: REPLY in Support of Motion to Compel To Produce 30(B)(6) Witnesses. (lwag) (Entered: 05/14/2010) |

EXHIBIT A: MATTEL, INC'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

| | | |
|---|---|---|
| 6/21/2010 | 8138 | SUPPLEMENT to MOTION for Consideration 7786 Re Category 3 of Mattel's Motion to Compel MGA Entertainment, Inc. to Produce 30(b)(6) Witnesses, per the Court's June 14, 2010 Order filed by Counter Claimant Mattel Inc. (Sarles, Joseph) (Entered: 06/21/2010) |
| 6/21/2010 | 8140 | SUPPLEMENT to MGA Entertainment's Opposition Re Category 3 to Mattel's Motion to Compel Further MGA Entertainment, Inc. to Produce 30(b)(6) Deposition, per the Court's June 14, 2010 Order filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv. (Parker, Warrington) (Entered: 06/21/2010) |

**Objections to Order No. 94[1]**

| | | |
|---|---|---|
| 5/3/2010 | 7814 | SEALED DOCUMENTS RE: OBJECTIONS to Portions of Discovery Matter Order No. 94. (lwag) (Entered: 05/06/2010) |
| 5/7/2010 | 7823 | OPPOSITION to MOTION for Order for Overruling Portions of Discovery Matter Order No. 94 7796 MGA Parties' Opposition to Mattel, Inc.'s Objections to Portions of Discovery Matter Order No. 94 filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv. (Rutowski, Diana) (Entered: 05/07/2010) |
| 5/25/2010 | 8005 | MINUTES OF IN CHAMBERS ORDER by Judge David O. Carter: SUSTAINING IN PART AND OVERRULING IN PART OBJECTIONS TO DISCOVERY MATTER ORDER NO. 94: (See document for details.) Mattel shall comply with the terms of DM Order No. 94, as modified by this Order, on or before May 31, 2010. (rla) (Entered: 05/26/2010) |
| 5/28/2010 | 8041 | SEALED DOCUMENT - SUPPLEMENTAL DECLARATION OF JILL THOMAS IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 94 (rla) (Entered: 06/02/2010) |

**Motion to Compel Production of Documents in Response to Mattel's Requests for Documents Concerning Trade Secret Use**

| | | |
|---|---|---|
| 5/7/2010 | 7821 | NOTICE OF MOTION AND MOTION to Compel Production of Documents in Response to Mattel's Requests for Documents Concerning Trade Secret Use filed by Plaintiff Mattel Inc(a Delaware corporation). (Sarles, Joseph) (Entered: 05/07/2010) |
| 5/19/2010 | 7887 | MGA PARTIES' OPPOSITION TO MOTION TO COMPEL DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR PRODUCTION OPPOSITION re: MOTION to Compel Production of |

---

[1] The Court's Order (Dkt. No. 8005) addressed many of the entries subject to these objections, but a ruling is still pending with regard to twelve entries: Entry Nos. 70-75, 105-107, 156, 157, and 159.

EXHIBIT A: MATTEL, INC'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

| | | |
|---|---|---|
| | | Documents in Response to Mattel's Requests for Documents Concerning Trade Secret Use 7821 filed by Counter Defendants MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGA HK, MGAE De Mexico SRL De Cv. (Molinski, William) (Entered: 05/19/2010) |
| 5/26/2010 | 8015 | SEALED DOCUMENT RE: REPLY in Support of Motion to Compel Production of Documents in Response to Requests for Documents Concerning Use of Trade Secrets.(lwag) (Entered: 05/27/2010) |
| 6/21/2010 | 8180 | SEALED DOCUMENT - NOTICE OF MOTION AND MOTION to Compel Production of Documents in Response to Mattel's Requests for Documents Concerning Use of Trade Secrets filed by Mattel Inc. Motion set for hearing on 6/23/2010 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Part 2)(nbo) (Entered: 06/24/2010) |
| 6/25/2010 | 8192 | **SEALED DOCUMENT** Re:SUPPLEMENTAL DECLARATION of Michael T Zeller in Support of Mattels MOTION to Compel PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTELS REQUESTS FOR DOCUMENTS CONCERNING USE OF TRADE SECRETS (Public Redacted Version) 8141 ; (ln) (Entered: 06/28/2010) |
| 7/2/2010 | 8205 | MEMORANDUM in Opposition to MOTION to Compel Production of Documents in Response to Mattel's Requests for Documents Concerning Use of Trade Secrets 8180 filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv. (Molinski, William) (Entered: 07/02/2010) |
| 7/7/2010 | 8250 | SEALED DOCUMENT - MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO MATTEL'S REQUESTS FOR PRODUCTION CONCERNING USE OF TRADE SECRETS (rla) (Entered: 07/13/2010) |

**Motion for Order for Overruling Portions of Discovery Matter Order No. 96[2]**

| | | |
|---|---|---|
| 5/21/2010 | | MATTEL, INC.'S EX PARTE APPLICATION FOR PARTIAL RECONSIDERATION OF DISCOVERY MATTER ORDER NO. 96 |
| 5/24/2010 | 7951 | NOTICE OF MOTION AND MOTION for Order for Overruling Portions of Discovery Matter Order No. 96 Mattel Inc(a Delaware corporation). (Proctor, Brett) (Entered: 05/24/2010) |
| 5/24/2010 | | AMENDMENT TO ORDER NO. 96, REGARDING FURTHER IN CAMERA REVIEW OF DOCUMENTS SUBMITTED BY MATTEL PURSUANT TO ODER NO. 94 [FILED UNDER SEAL] |
| 5/26/2010 | 8006 | MGA'S OPPOSITION TO MATTEL'S OBJECTIONS TO PORTIONS OF DISCOVERY MATTER ORDER NO. 96 in opposition re: |

---

[2] Mattel believes the Amendment to Order No. 96 resolves this dispute. The Discovery Master served the Amendment on May 25, 2010 (Dkt. No. 8024) and applied to file it under seal (Dkt. No. 8018), which the Court granted (Dkt. No. 8021), but the sealed Amendment does not appear on the docket.

EXHIBIT A: MATTEL, INC'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

|  |  | MOTION for Order for Overruling Portions of Discovery Matter Order No. 96 7951 filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGA HK, MGAE De Mexico SRL De Cv, Intervenor Defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (Rutowski, Diana) (Entered: 05/26/2010) |
|---|---|---|
| 5/26/2010 | 8013 | REPLY In Support Of MOTION for Order for Overruling Portions of Discovery Matter Order No. 96 7951 filed by Counter Claimant Mattel Inc. (Proctor, Brett) (Entered: 05/26/2010) |

**Motion to Compel Deposition of William Fan and/or Ray Black**

| 06/04/2010 | 8069 | NOTICE OF MOTION AND MOTION to Compel Deposition of William Fan and-or Ray Black filed by Plaintiff Mattel Inc(a Delaware corporation). (Attachments: # 1 Proposed Order Proposed Order)(Proctor, Brett) (Entered: 06/04/2010) |
|---|---|---|
| 6/7/2010 | 8157 | SEALED DOCUMENT - NOTICE OF MOTION AND MOTION to Compel Deposition of William Fan and/or Ray Black filed by Plaintiff Mattel Inc(a Delaware corporation). (nbo) (Entered: 06/23/2010) |
| 6/15/2010 | 8172 | SEALED DOCUMENT - OPPOSITION to Mattel's MOTION to Compel Deposition of William Fan and-or Ray Black 8069 filed by MGA Parties and IGWT 826 Investments LLC. (nbo) (Entered: 06/24/2010) |
| 6/21/2010 | 8139 | REPLY in support of a motion MOTION to Compel Deposition of William Fan and-or Ray Black 8069 Mattel, Inc.s Reply In Support Of Motion To Compel The Deposition Of William Fan And-Or Ray Black filed by Counter Claimant Mattel Inc. (Proctor, Brett) (Entered: 06/21/2010) |

**Objections to the Discovery Master's Ruling on Deposition Questions Regarding Product Packaging**

| 6/22/2010 | 8156 | NOTICE OF MOTION AND MOTION for Order for Objections To The Discovery Masters Ruling On Deposition Questions Regarding Product Packaging Mattel, Inc.s Objections To The Discovery Masters Ruling On Deposition Questions Regarding Product Packaging filed by Plaintiff Mattel Inc(a Delaware corporation). (Proctor, Brett) (Entered: 06/22/2010) |
|---|---|---|
| 6/28/2010 | 8193 | Opposition re: MOTION for Order for Objections To The Discovery Masters Ruling On Deposition Questions Regarding Product Packaging Mattel, Inc.s Objections To The Discovery Masters Ruling On Deposition Questions Regarding Product Packaging 8156 The MGA Parties' Opposition to Mattel's Objections to Discovery Master's Rulings on Deposition Questions Regading Product Packaging filed by Counter Defendants Isaac Larian, MGA Entertainment HK Limited, MGA HK, MGAE De Mexico SRL De Cv, Intervenor Defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (Somasekar, Sugithra) (Entered: 06/28/2010) |

EXHIBIT A: MATTEL, INC'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

| | | |
|---|---|---|
| 6/30/2010 | 8199 | REPLY In Support Of MOTION for Order for Objections To The Discovery Masters Ruling On Deposition Questions Regarding Product Packaging Mattel, Inc.s Objections To The Discovery Masters Ruling On Deposition Questions Regarding Product Packaging 8156 filed by Counter Claimant Mattel Inc. (Proctor, Brett) (Entered: 06/30/2010) |

**Submission Pursuant to June 18, 2010, Court Order (Dkt. No. 8135) Re *In Camera* Review Re Larian Hard Drives**

| | | |
|---|---|---|
| 06/29/2010 | 8197 | BRIEF *Re: In Camera Review Pursuant to June 18 Order* regarding Minutes of In Chambers Order/Directive - no proceeding held, 8135 . (Proctor, Brett) (Entered: 06/29/2010) |
| 07/07/2010 | 8222 | MEMORANDUM in Opposition to *Mattel, Inc.'s Brief Regarding In Camera Review Pursuant to June 18, 2010 Order Directing Electronic Production of Documents by MGA Parties* filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGA HK, MGA HK, MGAE De Mexico SRL De Cv, Intervenor Defendant MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059. (Parker, Warrington) (Entered: 07/07/2010) |
| 07/15/2010 | 8289 | RESPONSE filed by Counter Claimant Mattel Incto MEMORANDUM in Opposition to Motion, 8222 (Attachments: # 1 Declaration of Christopher Pavan)(Proctor, Brett) (Entered: 07/15/2010) |

**Motion to Compel MGA to Produce Documents used to Refresh Gordon's Recollection**

| | | |
|---|---|---|
| 7/1/2010 | 8211 | SEALED DOCUMENT - MOTION to Compel MGA Entertainment, Inc. to Produce Documents Used to Refresh the Recollection of MGA Canada's Rule 30(b)(6) Designee Diane Goveia-Gordon filed by Mattel Inc(a Delaware corporation). (nbo) (Entered: 07/06/2010) |
| 7/8/2010 | 8226 | MEMORANDUM in Opposition to MOTION to Compel MGA Entertainment, Inc. to Produce Documents Used to Refresh the Recollection of MGA Canada's Rule 30(b)(6) Designee Diane Goveia-Gordon 8211 filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv. (Molinski, William) (Entered: 07/08/2010) |
| 7/9/2010 | 8271 | SEALED DOCUMENT - REPLY of Mattel, Inc.'s in support of MOTION to Compel MGA Entertainment, Inc. to Produce Documents used to Refresh the Recollection of MGA Canada's Rule 30(b)(6) Designee Diane Goveia-Gordon. (nbo) (Entered: 07/14/2010) |

**Motion to Compel re: MGA Mexico's Document Retention and Destruction**

| | | |
|---|---|---|
| 7/1/2010 | 8212 | SEALED DOCUMENT - NOTICE OF MOTION AND MOTION TO COMPEL Re MGA Mexico's Document Retention and Destruction filed by Plaintiff Mattel Inc (a Delaware corporation). (nbo) (Entered: 07/06/2010) |
| 7/8/2010 | 8225 | MEMORANDUM in Opposition to MOTION to Compel Re MGA |

EXHIBIT A: MATTEL, INC'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

| | | |
|---|---|---|
| | | Mexico's Document Retention and Destruction 8212 filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv. (Molinski, William) (Entered: 07/08/2010) |
| 7/12/2010 | 8274 | SEALED DOCUMENT - REPLY in support of MOTION to Compel Re MGA Mexico's Document Retention and Destruction filed by Mattel, Inc. (nbo) (Entered: 07/14/2010) |

**Motion to Compel Machado's Rule 26 Disclosures, Interrogatory Responses, and Production of Documents**

| | | |
|---|---|---|
| 7/7/2010 | 8249 | SEALED DOCUMENT - MATTEL, INC.'S NOTICE OF MOTION AND MOTION for Order for COMPELLING COMPLETE RULE 26 DISCLOSURES, RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY CARLOS GUSTAVO MACHADO GOMEZ; AND MEMORANDUM OF POINTS AND AUTHORITIES (rla) (Entered: 07/13/2010) |

**Motion to Compel Production of Documents Withheld by MGA Entertainment, Inc. Under Purported Common Interest Privilege with Omni 808 Investors, LLC**

| | | |
|---|---|---|
| 7/12/2010 | 8272 | SEALED DOCUMENT - MOTION to Compel Production of Documents Withheld by MGA Enteratinment, Inc. Under Purported Common Interest Privilege with Omni 808 Investors, LLC. filed by Mattel Inc. (nbo) (Entered: 07/14/2010) |

**Objections to Order No. 98**

| | | |
|---|---|---|
| 7/12/2010 | 8277 | SEALED DOCUMENT - NOTICE OF MOTION AND MOTION Objecting to Portions of Discovery Master Order No. 98 filed by Mattel Inc. (nbo) (Entered: 07/14/2010) |

**Motion to Compel MGA to Produce Documents Related to the Marlows**

| | | |
|---|---|---|
| 7/14/2010 | 8276 | NOTICE OF MOTION AND MOTION to Compel Mattel, Inc.'s Notice of Motion and Motion to Enforce and Compel the MGA Parties to Produce Documents Related to the Marlows [Public Redacted Version] filed by Plaintiff Mattel Inc(a Delaware corporation). (Proctor, Brett) (Entered: 07/14/2010) |
| 7/14/2010 | 3 | SEALED DOCUMENT - Mattel, Inc.'s Notice of Motion and Motion to Enforce and Compel the MGA Parties to Produce Documents Related to the Marlows |

---

[3] No Docket Number has been assigned to the sealed motion.