# EXHIBIT B

BRYANT v. MATTEL AND CONSOLIDATED ACTIONS
Case No. 2:04-cv-9049-DOC, C.D. Cal., Southern Division

## MGA'S PENDING DISCOVERY MOTIONS AS OF JUNE 16, 2010

### MGA's Motion to Enforce Court's January 26, 2010 Order

| Date | Docket Entry | Title |
|---|---|---|
| 04/21/10 | 7748 | MGA MOTION to Enforce Court's January 26, 2010 Order |
| 04/21/10 | 7748 | Declaration of McConville In Support of MGA MOTION to Enforce Court's January 26, 2010 Order |
| 04/27/10 | 1 | Mattel Opposition to Motion to Enforce Court's January 26, 2010 Order |
| 04/27/10 | | De Anda Declaration in Support of Mattel Opposition to Motion to Enforce Court's January 26, 2010 Order |
| 05/03/10 | 7795 | MGA REPLY on Motion to Enforce Court's January 26, 2010 Order |
| 05/01/10 | 7793 | Order of Court Granting in part and denying in part MGA's Motion to Enforce Court's January 26, 2010 Order |
| 05/04/10 | 7802 | RESPONSE filed by Counter Claimant Mattel Inc *to the Court's May 1, 2010 Order to Show Cause* |
| 05/04/10 | 7815 | MGA SEALED DOCUMENT RE: RESPONSE to Order to Show Cause Dated May 1, 2010 |

### MGA Parties' Objection to One Portion of Discovery Master Order No. 98

| Date | Docket Entry | Title |
|---|---|---|
| 07/12/2010 | 8246 | MGA's NOTICE OF MOTION AND MOTION regarding MGA Parties' Objections to One Portion of the Discovery Master Order No. 98 filed by defendant Isaac Larian |

---

[1] The briefs were filed but are not listed on the Court's docket.

OHS West:260953504.1

BRYANT v. MATTEL AND CONSOLIDATED ACTIONS
Case No. 2:04-cv-9049-DOC, C.D. Cal., Southern Division

### Objection to Item 3 of Report and Recommendation Dated July 5, 2010

| | | |
|---|---|---|
| 07/13/2010 | 8255 | MGA's NOTICE OF MOTION AND MOTION Regarding MGA Parties' Objection To Item 3 Of Report And Recommendation Dated July 5, 2010 |
| 07/13/2010 | 8256 | MGA's Declaration of Warrington S. Parker ISO MGA Parties' Objection to Item 3 of Report and Recommendation Dated July 5, 2010 |
| 07/13/2010 | 8284 | SEALED DOCUMENT - NOTICE OF LODGING Documents Filed Before Judge Smith in Connection with the MGA Parties' Objections to Report and Recommendation of Electronic Discovery Special Master (July 5, 2010). |

### Isaac Larian's Objections to Discovery Master Order No. 46 Regarding Interrogatory Response

| Date | Docket Entry | Title |
|---|---|---|
| 08/28/09 | 6476; 6626 | Isaac Larian's Objections, and Memorandum of Points and Authorities in Support of Objections to DM Order No. 46 Regarding Phase 2 Interrogatories; Supporting Declaration of Warrington Parker |
| 09/21/09 | 6788, 6813 | Mattel's Opposition to Isaac Larian's Objections to DM Order No. 46 Regarding Phase 2 Interrogatories; Supporting Declaration of Dylan Proctor |
| 09/24/09 | 6835; 6863 | Isaac Larian's Reply In Support of Objections to DM Order No. 46 Regarding Phase 2 Interrogatories; Supporting Declaration of Warrington Parker |

OHS West:260953504.1