```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 5  Facsimile: (213) 443-3100

 6  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE AND COMPEL THE MGA PARTIES TO PRODUCE DOCUMENTS RELATED TO THE MARLOWS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2    the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3    Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Enforce
4    and Compel the MGA Parties to Produce Documents Related to the Marlows (the
5    "Motion").
6    The Motion includes information that Veronica Marlow or Peter Marlow or
7    their companies ("the Marlows") or MGA has designated as "Confidential—
8    Attorney's Eyes Only" pursuant to the Protective Order. This information primarily
9    consists of email correspondence from the Marlow and MGA productions and direct
10   quotations from the depositions of Veronica Marlow and Brian Wing.
11   In light of the designations by the Marlows and MGA, Mattel seeks
12   permission to file the Submission under seal, or, in the alternative, for the Court to
13   Order that the above-described references are not confidential, and permit Mattel to
14   file it as part of the public record. For the foregoing reasons, Mattel requests that
15   the Court order that the Submission be filed under seal.

17   DATED: July 14, 2010         QUINN EMANUEL URQUHART &
                                  SULLIVAN. LLP

19                                By_____Dylan Proctor by ISS_____
20                                   B. Dylan Proctor
                                     Attorneys for Mattel. Inc.