QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>              Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL'S MOTION FOR AN ORDER COMPELLING COMPLETE RULE 26 DISCLOSURES, RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY CARLOS GUSTAVO MACHADO GOMEZ<br><br>**Phase 2:**<br>Disc. Cut-off:     TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:        TBD |

1   Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), and
2   Carlos Gustavo Machado Gomez ("Machado"), by and through their respective
3   counsel of record, hereby stipulate and agree as follows, subject to approval by the
4   Court.

5   WHEREAS, on July 6, 2010, Mattel filed a Motion for an Order Compelling
6   Complete Rule 26 Disclosures, Responses to Interrogatories, and Production of
7   Documents by Carlos Gustavo Machado Gomez ("Mattel's Motion");

8   WHEREAS, without waiving any arguments either party may present in their
9   briefing, Mattel and Machado have reached an agreement concerning the briefing
10  schedule for Mattel's Motion;

11  NOW, THEREFORE, Mattel and Machado hereby stipulate and agree,
12  subject to the Court's approval, that Machado's opposition to the Motion will be due
13  on or before July 19, 2010, and Mattel's reply will be due on or before July 26,
14  2010.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      IT IS SO STIPULATED.

2

3    DATED:  July 16, 2010          QUINN EMANUEL URQUHART &
                                          SULLIVAN. LLP

4

5                                By  /s/ B. Dylan Proctor
6                                  B. Dylan Proctor
                                  Attorneys for Mattel. Inc.

7

8    DATED:  July 16. 2010          LAW OFFICES OF MARK E. OVERLAND

9

10                                By  /s/ Mark Overland
11                                  Mark Overland
                                  Attorneys for Machado

12

13    DATED:  July 16. 2010          SCHEPER KIM & HARRIS. LLP

14

15                                By  /s/ Alexander Cote
16                                  Alexander Cote
                                  Attorneys for Machado

17

18

19

20

21

22

23

24

25

26

27

28