UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.　CV 04-09059<br>Case No.　CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL'S MOTION FOR AN ORDER COMPELLING COMPLETE RULE 26 DISCLOSURES, RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY CARLOS GUSTAVO MACHADO GOMEZ<br><br>**Phase 2:**<br>Disc. Cut-off:　　TBD<br>Pre-trial Conf.:　　TBD<br>Trial Date:　　　TBD |

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for Mattel's Motion for an Order Compelling Complete Rule 26 Disclosures, Responses to Interrogatories, and Production of Documents by Carlos Gustavo Machado Gomez ("Mattel's Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Machado's opposition to the Motion will be due on or before July 19, 2010, and Mattel's reply will be due on or before July 26, 2010.

DATED:                . 2010  _____
Hon. David O. Carter
United States District Judge