1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:   (415) 773-5700
    Facsimile:    (415) 773-5759
7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
8   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
9   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
10  Telephone:   (213) 629-2020
    Facsimile:    (213) 612-2499
11
    THOMAS S. MCCONVILLE (State Bar No. 155905)
12  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
13  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
14  Telephone:  (949) 567-6700
    Facsimile:   (949) 567-6710
15
16  Attorneys for MGA Parties

17            UNITED STATES DISTRICT COURT

18            CENTRAL DISTRICT OF CALIFORNIA

19                  SOUTHERN DIVISION

| | |
|---|---|
| 20  CARTER BRYANT, an individual, | Case No.  CV 04-9049 DOC (RNBx) |
| 21              Plaintiff, | Consolidated with: |
| 22        v. | Case No. CV 04-9059<br>Case No. CV 05-2727 |
| 23  MATTEL, INC., a Delaware | **Hon. David O. Carter** |
| 24  corporation, | **APPLICATION TO FILE UNDER SEAL** |
| 25              Defendant. | [[Proposed] Order Filed Concurrently Herewith] |
| 26  AND CONSOLIDATED ACTIONS | Date:          TBD<br>Time:          TBD<br>Courtroom: TBD |
| 27 | |
| 28 | |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED

2010 JUL 15  AM 10: 17

1    Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this

2    application for an order to file under seal the following documents:

3    1)   **REPLY ISO MGA PARTIES' EX PARTE APPLICATION (1) TO COMPEL MATTEL LOGBOOKS AND CONSUMER**

4    **RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010; (2) FOR PERMISSION**

5    **TO SUBMIT ENTIRETY OF LUTHER TRANSCRIPT IN EXCESS OF 50 PAGES OF EXHIBITS IN SUPPORT OF**

6    **APPLICATION; AND (3) FOR SANCTIONS**

7    2)   **SUPPLEMENTAL DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' REPLY**

8    **BRIEF RE THE MGA PARTIES' EX PARTE APPLICATION TO COMPEL MATTEL'S LOGBOOKS AND CONSUMER**

9    **RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010**

10

11    The MGA Parties' Reply ISO Ex Parte Application (1) To Compel Mattel

12    Logbooks And Consumer Research In Advance Of Resumed Deposition Of Sujata

13    Luther On July 26, 2010; (2) For Permission To Submit Entirety Of Luther

14    Transcript In Excess Of 50 Pages Of Exhibits In Support Of Application; and (3)

15    For Sanctions and the Supplemental Declaration Of L. Kieran Kieckhefer In

16    Support Of MGA Parties' Reply Brief Re The MGA Parties' Ex Parte Application

17    To Compel Mattel's Logbooks and Consumer Research In Advance of Resumed

18    Deposition Of Sujata Luther On July 26, 2010 reference or contain select

19    documents excerpts that Mattel and/or the MGA Parties have designated

20    "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective

21    order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No.

22    54.

23    This information primarily consists of 1) documents that Mattel and/or the

24    MGA Parties have designated under the Protective Order and 2) correspondence

25    between counsel for Mattel and the MGA Parties discussing sensitive information

26    regarding information learned at depositions or from documents produced by

27    Mattel which has been designated under the Protective Order.  While the

28    correspondence between counsel for Mattel and the MGA Parties has not been

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

1   officially designated under the protective order, in an abundance of caution for

2   Mattel's interests, the MGA Parties request that this be designated "Confidential –

3   Attorney's Eyes Only" pursuant to the protective order in this case.

4        For the foregoing reasons, the MGA Parties respectfully request that the

5   Court enter the concurrently filed [Proposed] Order granting this request to file the

6   above-referenced documents under seal.

7

8   Dated:  July 15, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP

9

10                                          By: _L. Kieran Kieckhefer /813_____

11                                               L. Kieran Kieckhefer
                                                 Attorneys for MGA Parties
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28