```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA 94105-2669
 6  Telephone:  (415) 773-5700
    Facsimile:   (415) 773-5759
 7
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 8  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 9  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
10  Telephone:  (213) 629-2020
    Facsimile:   (213) 612-2499
11
    THOMAS S. MCCONVILLE (State Bar No. 155905)
12  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
13  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
14  Telephone:  (949) 567-6700
    Facsimile:   (949) 567-6710
15
16  Attorneys for MGA Parties
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br>**APPLICATION TO FILE UNDER SEAL**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:          TBD<br>Time:         TBD<br>Courtroom: TBD |

1    Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2    application for an order to file under seal the following documents:

3    1) **REPLY ISO MGA PARTIES' EX PARTE APPLICATION (1) TO COMPEL MATTEL LOGBOOKS AND CONSUMER RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010; (2) FOR PERMISSION TO SUBMIT ENTIRETY OF LUTHER TRANSCRIPT IN EXCESS OF 50 PAGES OF EXHIBITS IN SUPPORT OF APPLICATION; AND (3) FOR SANCTIONS**

2) **SUPPLEMENTAL DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' REPLY BRIEF RE THE MGA PARTIES' EX PARTE APPLICATION TO COMPEL MATTEL'S LOGBOOKS AND CONSUMER RESEARCH IN ADVANCE OF RESUMED DEPOSITION OF SUJATA LUTHER ON JULY 26, 2010**

The MGA Parties' Reply ISO Ex Parte Application (1) To Compel Mattel Logbooks And Consumer Research In Advance Of Resumed Deposition Of Sujata Luther On July 26, 2010; (2) For Permission To Submit Entirety Of Luther Transcript In Excess Of 50 Pages Of Exhibits In Support Of Application; and (3) For Sanctions and the Supplemental Declaration Of L. Kieran Kieckhefer In Support Of MGA Parties' Reply Brief Re The MGA Parties' Ex Parte Application To Compel Mattel's Logbooks and Consumer Research In Advance of Resumed Deposition Of Sujata Luther On July 26, 2010 reference or contain select documents excerpts that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential -- Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

This information primarily consists of 1) documents that Mattel and/or the MGA Parties have designated under the Protective Order and 2) correspondence between counsel for Mattel and the MGA Parties discussing sensitive information regarding information learned at depositions or from documents produced by Mattel which has been designated under the Protective Order. While the correspondence between counsel for Mattel and the MGA Parties has not been

officially designated under the protective order, in an abundance of caution for Mattel's interests, the MGA Parties request that this be designated "Confidential – Attorney's Eyes Only" pursuant to the protective order in this case.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: July 15, 2010            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By: /s/ L. Kieran Kieckhefer /8B
                                    L. Kieran Kieckhefer
                                    Attorneys for MGA Parties