QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No.    CV 04-09059 <br> Case No.    CV 05-02727 <br><br> Honorable David O. Carter <br><br> STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S MOTION FOR PROTECTIVE ORDER PROHIBITING DISSEMINATION OF INFORMATION OBTAINED IN THIS LAWSUIT <br><br> **Phase 2:** <br> Disc. Cut-off:    TBD <br> Pre-trial Conf.:   TBD <br> Trial Date:       TBD |

1  Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), and
2  MGA Entertainment, Inc., MGA de Mexico S.R.L. de C.V., and Isaac Larian
3  (collectively, the "MGA Parties"), by and through their respective counsel of record,
4  hereby stipulate and agree as follows, subject to approval by the Court.

5  WHEREAS, on July 15, 2010, the MGA Parties filed a Motion for Protective
6  Order Prohibiting Dissemination of Information Obtained in This Lawsuit [Dkt. No.
7  8288] (the "MGA Parties' Motion");

8  WHEREAS, Mattel intends to file both an opposition and a cross-motion to
9  the MGA Parties' Motion;

10  WHEREAS, without waiving any arguments either party may present in their
11  briefing, Mattel and the MGA Parties have reached an agreement concerning the
12  briefing schedule for the MGA Parties' Motion and Mattel's cross-motion;

13  NOW, THEREFORE, Mattel and the MGA Parties hereby stipulate and
14  agree, subject to the Court's approval, that Mattel's opposition and cross-motion to
15  the MGA Parties' Motion will be due on or before July 23, 2010, MGA's reply and
16  opposition to the cross-motion will be due on or before August 3, 2010, and Mattel's
17  reply in support of its cross-motion will be due on or before August 6, 2010.

18  IT IS SO STIPULATED.

19  DATED: July 16, 2010          QUINN EMANUEL URQUHART & SULLIVAN, LLP

21                                By /s/ Jon Corey
                                   Jon Corey
22                                 Attorneys for Mattel, Inc.

23  DATED: July 16, 2010          ORRICK, HERRINGTON & SUTCLIFFE, LLP

26                                By /s/ William Molinski
                                   William Molinski
27                                 Attorneys for the MGA Parties and IGWT 826 Investments, LLC