1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S MOTION FOR PROTECTIVE ORDER PROHIBITING DISSEMINATION OF INFORMATION OBTAINED IN THIS LAWSUIT<br><br><br>**Phase 2:**<br>Disc. Cut-off:        TBD<br>Pre-trial Conf.:      TBD<br>Trial Date:            TBD |

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation Regarding Briefing Schedule for MGA's Motion for Protective Order Prohibiting Dissemination of Information Obtained in This Lawsuit [Dkt. No. 8288] (the "MGA Parties' Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's opposition and cross-motion to the MGA Parties' Motion shall be due on or before July 23, 2010; MGA's reply and opposition to the cross-motion shall be due on or before August 3, 2010, and Mattel's reply in support of its cross-motion shall be due on or before August 6, 2010.

DATED:                    , 2010  _____
                                   Hon. David O. Carter
                                   United States District Judge