QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD BY MGA ENTERTAINMENT, INC. UNDER PURPORTED COMMON INTEREST PRIVILEGE WITH OMNI 808 INVESTORS, LLC<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

1  Mattel, Inc. ("Mattel"), and MGA Entertainment, Inc. ("MGA"), by and
2  through their respective counsel of record, hereby stipulate and agree as follows,
3  subject to approval by the Court.

4  WHEREAS, on July 12, 2010, Mattel filed a Motion to Compel Production of
5  Documents Withheld By MGA Entertainment, Inc. Under Purported Common
6  Interest Privilege With Omni 808 Investors, LLC ("Mattel's Motion");

7  WHEREAS, without waiving any arguments either party may present in their
8  briefing, Mattel and MGA have reached an agreement concerning the briefing
9  schedule for Mattel's Motion;

10 NOW, THEREFORE, Mattel and MGA hereby stipulate and agree, subject to
11 the Court's approval, that MGA's opposition to the Motion will be due on or before
12 July 22, 2010, and Mattel's reply will be due on or before July 29, 2010.

14 IT IS SO STIPULATED.

16 DATED: July 16, 2010          QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                                 By /s/ Michael T. Zeller
                                    Michael T. Zeller
                                    Attorneys for Mattel, Inc.

23 DATED: July 16, 2010          ORRICK, HERRINGTON & SUTCLIFFE
                                 LLP

                                 By /s/ Thomas S. McConville
                                    Thomas S. McConville
                                    Attorneys for MGA Entertainment, Inc..