1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

7
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                   SOUTHERN DIVISION

12 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
13 | | Consolidated with
   | Plaintiff, | Case No.   CV 04-09059
14 | | Case No.   CV 05-02727
15 | vs. | Honorable David O. Carter
16 | MGA ENTERTAINMENT, INC., a California corporation, et al. | NOTICE OF ERRATA REGARDING [PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD BY MGA ENTERTAINMENT, INC. UNDER PURPORTED COMMON INTEREST PRIVILEGE WITH OMNI 808 INVESTORS, LLC
17 | |
18 | Defendants. |
19 | AND CONSOLIDATED ACTIONS |
20 | |
21 | |
22
23 **Phase 2:**
   Disc. Cut-off:     TBD
   Pre-trial Conf.:   TBD
24 Trial Date:        TBD
25
26
27
28

00505.07975/3583834.1

Case No. CV 04-9049 DOC (RNBx)
NOTICE OF ERRATA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that the document identified as the [Proposed] Order On Stipulation Regarding Briefing Schedule for Mattel, Inc.'s Motion to Compel Production of Documents Withheld by MGA Entertainment, Inc. Under Purported Common Interest Privilege With Omni 808 Investors, LLC (the "Proposed Order"), filed as an attachment to Document No. 8302, erroneously contained a duplicate copy of the Stipulation to which the Proposed Order was intended to be attached. Attached hereto is a correct copy of the Proposed Order.

DATED: July 16, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Michael T. Zeller*
    Michael T. Zeller
    Attorneys for Mattel, Inc.