```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.　　CV 04-09059<br>Case No.　　CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD BY MGA ENTERTAINMENT, INC. UNDER PURPORTED COMMON INTEREST PRIVILEGE WITH OMNI 808 INVESTORS, LLC<br><br>**Phase 2:**<br>Disc. Cut-off:　　TBD<br>Pre-trial Conf.:　　TBD<br>Trial Date:　　TBD |

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for Mattel, Inc.'s Motion to Compel Production of Documents Withheld By MGA Entertainment, Inc. Under Purported Common Interest Privilege With Omni 808 Investors, LLC ("Mattel's Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

MGA's opposition to Mattel's Motion will be due on or before July 22, 2010, and Mattel's reply will be due on or before July 29, 2010.

DATED:              . 2010   _____
                             Hon. David O. Carter
                             United States District Judge