QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RE MGA MEXICO'S DOCUMENT RETENTION AND DESTRUCTION**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 2**<br><br>Discovery Cutoff: TBD<br>Pre-trial Conference: TBD<br>Trial: TBD |

00505.07975/3583924.1

Case No. CV 04-9049 DOC (RNBx)
SUPPLEMENTAL ZELLER DECLARATION ISO MATTEL'S MOTION TO COMPEL RE MGA MEXICO DOCUMENT RETENTION AND DESTRUCTION

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. The purpose of this declaration is to update the Court on recent findings of the Court-appointed forensic experts that are relevant to Mattel's pending Motion to Compel re MGA Mexico's Document Retention and Destruction [Dkt. No. 8212].

3. In that Motion, which was filed on July 1, 2010, Mattel request that, among other things, MGA Mexico be compelled to produce documents relating to spoliation at MGA Mexico. Shortly thereafter, on July 5, the Special Master issued a Report and Recommendation requiring that Gustavo Machado's hard drives be submitted to International Litigation Services, Inc. ("ILS"), the Court-appointed e-discovery consultant, in light of "substantial evidence indicating Machado engaged in continuing efforts to delete or 'wipe' relevant data from the Machado Hard Drives," and in light of MGA's failure to say "what, if any, efforts have been made to search the Machado Hard Drives and produce ESI contained thereon having discovery relevance." See Order on July 5 Report and Recommendation, dated July 12, 2010, at 2 [Dkt No. 8239-1].

4. On July 16, 2010, ILS delivered its analysis of the Machado hard drives pursuant to the July 5 Report. See Report of Technical Advisor International Litigation Services, Inc., submitted to the Special Master for eDiscovery James Smith, dated July 12, 2010, a true and correct copy of which is attached as Exhibit A. ILS found evidence that a wiping software program called "BeClean" was run on three of the four hard drives which were analyzed. Exhibit A at 2. Each of the dates the wiping software was run -- August 28, 2006, April 11, 2007, and August 27, 2007 -- was after

00505.07975/3583924.1

-1-

Case No. CV 04-9049 DOC (RNBx)
SUPPLEMENTAL ZELLER DECLARATION ISO MATTEL'S MOTION TO COMPEL RE MGA MEXICO DOCUMENT RETENTION AND DESTRUCTION

1  MGA Mexico was on notice of potential litigation related to Machado's theft of trade
2  secrets by Mattel, and two of the three dates are after Mattel filed its complaint against
3  MGA Mexico specifically relating to those allegations. All of them also were after the
4  date that MGA filed its Complaint against Mattel in 2005. Moreover, ILS found that
5  for one of the hard drives, "BeClean" was run "on the morning of the date when the
6  image was collected – 04/11/07." Exhibit A at 2. (As to the fourth hard drive, ILS was
7  unable to determine whether wiping software had ever been present on the drive
8  because the forensic image submitted by MGA was a "ghost" image that "consists only
9  of the active file from the target drive (no slack space of deleted files, etc.)." Exhibit A
10 at 1-2.)

11       5.    The ILS report further demonstrates the propriety of Mattel's
12 document retention and destruction requests to MGA Mexico. In fact, documents
13 relating to MGA Mexico's acquisition and use of the "BeClean" wiping software found
14 on Machado's MGA hard drives are directly responsive to the requests at issue. See,
15 e.g., Request No. 134 (seeking "[a]ll DOCUMENTS that REFER OR RELATE TO the
16 preservation, collection, destruction, removal, transfer, loss or impairment of YOUR
17 DOCUMENTS and DIGITAL INFORMATION in connection with the ACTION
18 and/or any DOCUMENTS requested by MATTEL in the ACTION."); No. 135 (seeking
19 "[a]ll DOCUMENTS that REFER OR RELATE TO the preservation, collection,
20 destruction, removal, transfer, loss or impairment of YOUR DOCUMENTS and
21 DIGITAL INFORMATION since January 1, 2003 that REFER OR RELATE TO
22 MATTEL (including without limitation to any MATTEL product, plan or information)
23 that YOU received in any manner from any PERSON who was at the time an employee
24 of MATTEL or who had previously been an employee of MATTEL."). As set forth in
25 Mattel's Motion, the responsive documents that MGA Mexico is withholding are highly
26 relevant to Mattel's Phase 2 claims. See Dkt. No. 8212 at 3-6.

00505.07975/3583924.1

-2-   Case No. CV 04-9049 DOC (RNBx)
SUPPLEMENTAL ZELLER DECLARATION ISO MATTEL'S MOTION TO COMPEL RE MGA MEXICO DOCUMENT RETENTION AND DESTRUCTION

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on July 16, 2010, at Los Angeles, California.

/s/ Michael T. Zeller
Michael T. Zeller

00505.07975/3583924.1

-3-   Case No. CV 04-9049 DOC (RNBx)
SUPPLEMENTAL ZELLER DECLARATION ISO MATTEL'S MOTION TO COMPEL RE MGA MEXICO DOCUMENT RETENTION AND DESTRUCTION

# Exhibit A

Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 600
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., A California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**REPORT OF ELECTRONIC DISCOVERY SPECIAL MASTER**<br><br>(Re: Machado Hard Drives)<br><br>(07/12/10) |

Pursuant to Court Order hard drives used by or belonging to Gustavo Machado, a former employee of first Mattel and then MGA, were submitted to the Court-appointed neutral e-discovery consultant, ILS.

1

1  Attached hereto as Exhibit "A" is the "Report of Technical Advisor International
2  Litigation Services, Inc.," stating the results of their examination. It should be noted the scope
3  of the ILS examination did not include a full forensic examination of these hard drives, but
4  focused only on the presence or use of wiping (spoliation) software.

6  Date: July 12, 2010

*[signature]*
James L. Smith
Special Master

# Exhibit "A"

INTERNATIONAL LITIGATION SERVICES®

# Report of Technical Advisor
# International Litigation Services, Inc.

## Submitted to Special Master for eDiscovery James Smith

*Carter Bryant v. Mattel*
Case No. CV 04-9049 DOC (RNBx),
Consolidated with Case Nos. CV 04-09059 and CV 05-02727

July 12, 2010

*Submitted by:*
International Litigation Services, Inc.
800 West Sixth Street, Ste 1500
Los Angeles, CA 90017
Phone: 213-687-7400
www.ils-ipp.com

**INTERNATIONAL LITIGATION SERVICES**

### Project Description

Per the instructions of the Special Master for eDiscovery, MGA delivered four drive images to ILS. Three are full forensic images, while one is a "ghost" image and consists only of the active file from the target drive (no slack space or deleted files, etc.)

The image designations are as follows:

| Image Name | Image Date/Time |
|---|---|
| 1. ES02 | 09/04/09 @ 18:16 |
| 2. OAD25AC1 (Ghost) | 3/5/07 17:30 |
| 3. OAD26AC1 | 6/24/2010 @ 19:19 |
| 4. OAD33AC1 | 4/11/07 @ 19:39 |

It is our understanding that these images were made of Mr. Machado's computer.

ILS was instructed to examine each of these images to determine whether or not the images showed the presence and/or use of wiping/deletion software, and whether or not the images showed evidence of suspicious deletion incidents/patterns.

INTERNATIONAL LITIGATION SERVICES

### Findings

1. For Image 1 - OAD25AC1, the ghost copy of the drive, it is not possible to make findings regarding deletion or wiping, as this image contains active file spaces only – no slack space or deleted files, etc.

2. ILS found a scrubber/wipe software called BeClean on 2 of the 4 images (see table below).

3. On three of the four images, ILS found evidence that BeClean had been used on the drive.

4. ILS found no other patterns of suspicious deletion or wiping on the target drives.

BeClean (http://www.boozet.org/beclean.htm) is a free tool primarily designed as a complete system cleaner. The software cleans registry data, internet files, history files, temp files, disk and desktop. The software literature states that it wipes deleted files and cleans recycle bin files. In addition, BeClean can be customized to clean specified folders or files. The software does not always clean user defined files past recovery.

BeClean creates a backup registry file when executed. Based on preliminary examination of such backup registry files, it appears that installations occurred as follows:

Image 1 – ES02: Wiping activities occurred on 08/2707

Image 3 - OAD26AC1: Wiping activities occurred 08/28/06

Image 4 - OAD33AC1: Although the software is not present on the image, the drive shows evidence that BeClean was accessed/used on the drive the morning of the date when the image was collected – 04/11/07. The evidence is the presence of a Windows Setup Log file which reflects that BeClean was accessed on that date.

| Image Name | Image Date | Evidence of File Wiping (Yes/No) | File System Cleaning Software Present? (Yes/No) | List Software | Install Date | # of times executed |
|---|---|---|---|---|---|---|
| ES02 | 09/04/09 @ 18:16 | No | Yes | BeClean | 8/10/2007 | 4 |
| OAD25AC1 | 3/5/07 1730 | - | - | - | - | - |
| OAD26AC1 | 6/24/2010 @ 1919 | No | Yes | BeClean | 6/28/2006 | 1 |
| OAD33AC1 | 4/11/07 @ 1939 | Yes | No | - | ? | ? |