QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO COMPEL MGA ENTERTAINMENT, INC. TO SPECIFY TRADE DRESS CLAIMS PRIOR TO THE DEPOSITION OF RULE 30(b)(6) WITNESS NINETTE PEMBLETON AND TO COMPEL DESIGNATION OF 30(b)(6) WITNESS ON ANY UNDESIGNATED TRADE DRESS CLAIMS |

[PROPOSED] ORDER

Based on the concurrently filed *Ex Parte* Application To Compel MGA Entertainment, Inc. to Specify Trade Dress Claims Prior to the Deposition of Rule 30(b)(6) Witness Ninette Pembleton And to Compel Designation of 30(b)(6) Witness on any Undesignated Trade Dress Claims,

IT IS HEREBY ORDERED:

The *Ex Parte* Application of Mattel, Inc. is GRANTED.

MGA Entertainment, Inc. is ORDERED to specify all of its trade dress claims and supplement its responses to Interrogatory Nos. 1-4, 6 and 7 in Mattel, Inc.'s First Set of Interrogatories Regarding Claims of Unfair Competition and Mattel, Inc.'s Supplemental Interrogatory Regarding Defendants' Affirmative Defenses no later than Tuesday, July 20, 2010 at 1 p.m.

If MGA Entertainment, Inc.'s Rule 30(b)(6) witness Ninette Pembleton will not testify regarding all trade dress claims identified in response to the Interrogatories above, MGA Entertainment, Inc. is ORDERED to produce a Rule 30(b)(6) witness on all remaining trade dress claims on or before July 23, 2010.

It is so ORDERED.

DATED:                    . 2010  _____
Hon. David O. Carter
United States District Judge