# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)            Date: July 14, 2010

Title: MATTEL, INC. V. MGA ENTERTAINMENT, INC.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                              Date:_____    Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER GRANTING MATTEL'S MOTION TO COMPEL RE MGA MEXICO'S DOCUMENT RETENTION AND DESTRUCTION

      Before the Court is Mattel, Inc. ("Mattel")'s Motion to Compel re MGA Mexico's Document Retention and Destruction (the "Motion"). After considering the moving, opposing, and replying papers, the Court GRANTS the Motion.

      MGAE de Mexico ("MGA Mexico") is MGA Entertainment, Inc. ("MGA")'s Mexican subsidiary. The FAAC alleges that MGA Mexico engaged in the spoliation of relevant documents in an attempt to interfere with the full and fair administration of justice.

      Mattel seeks communications (and other documents) from MGA Mexico that relate to its practice of document destruction. Specifically, Mattel seeks the following categories of documents:

      1.    All documents that refer or relate to efforts to destroy, disable or otherwise interfere with the ability to access any Mattel computer or electronic storage

        device.  RFP 40.

2. All documents that refer or relate to the destruction, loss, failure to preserve, or otherwise render unavailable or inaccessible any Mattel documents.  RFP 51.

3. All documents that refer or relate to the destruction, loss, failure to preserve, or otherwise render unavailable or inaccessible any Mattel computer or electronic storage device.  RFP 52.

4. All documents that refer or relate to the preservation, collection, destruction, removal, transfer, loss or impairment of your documents and digital information in connection with the action and/or any documents requested by Mattel in this action.  RFP 134.

5. All documents that refer or relate to the preservation, collection, destruction, removal, transfer, loss or impairment of your documents and digital information since January 1, 2003 that refer or relate to Mattel (including without limitation to any Mattel product, plan or information) that you received in any manner from any person who was at the time an employee of Mattel or who had previously been an employee of Mattel.  RFP 135.

        MGA Mexico essentially argues that Mattel lacks enough circumstantial evidence of actual spoliation to warrant the production of such documents.  MGA Mexico's argument puts the cart before the horse.  Discovery is needed to support a claim, not vicé versa.

        MGA Mexico also argues that the requests are overbroad because the definition of "Mattel documents" includes encompasses multiple pages of "bates numbers [] that bear little resemblance to what Mattel now claims are its trade secrets." Opp. at 1.  However, Mattel's spoliation claims are not restricted to MGA Mexico's preservation of Mattel's trade secrets; its claims encompass MGA Mexico's document preservation efforts in a broader sense.

        Finally, MGA Mexico argues that the requests impose an undue burden by using the terms "refer" and "relate" with liberality.  The Court finds this argument more convincing, especially with respect to RFP 134, which encompasses "any documents requested by Mattel in this action."  The request should be limited to the "preservation, collection, destruction, removal, transfer, loss or impairment" of documents requested by Mattel only after those documents were first requested.

        The Motion is GRANTED except as to Request for Production 134, which is modified to add the words "after request for the document(s) was made."

The Clerk shall serve this minute order on all parties to the action.