UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S MOTION FOR PROTECTIVE ORDER PROHIBITING DISSEMINATION OF INFORMATION OBTAINED IN THIS LAWSUIT<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          TBD |

ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for MGA's Motion for Protective Order Prohibiting Dissemination of Information Obtained in This Lawsuit [Dkt. No. 8288] (the "MGA Parties' Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's opposition and cross-motion to the MGA Parties' Motion shall be due on or before July 23, 2010; MGA's reply and opposition to the cross-motion shall be due on or before August 3, 2010, and Mattel's reply in support of its cross-motion shall be due on or before August 6, 2010.

DATED:   July 16   , 2010   _____
Hon. David O. Carter
United States District Judge

00505.07975/3582547.1

-2-   Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER ON STIPULATION