1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>           Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727<br><br>Honorable David O. Carter<br><br>ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL'S MOTION FOR AN ORDER COMPELLING COMPLETE RULE 26 DISCLOSURES, RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS BY CARLOS GUSTAVO MACHADO GOMEZ |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:     TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:        TBD |

1

## ORDER

2

3          Based on the concurrently filed Stipulation Regarding Briefing Schedule for

4   Mattel's Motion for an Order Compelling Complete Rule 26 Disclosures, Responses

5   to Interrogatories, and Production of Documents by Carlos Gustavo Machado

6   Gomez ("Mattel's Motion"), and good cause appearing therefore,

7          IT IS HEREBY ORDERED:

8          Machado's opposition to the Motion will be due on or before July 19, 2010,

9   and Mattel's reply will be due on or before July 26, 2010.

10

11

12   DATED:      July 16          , 2010   _____

13                                          Hon. David O. Carter
                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28