MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 SGL (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**NOTICE OF ERRATA RE: MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98**<br><br>Date: August 9, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 9D |

1  On July 16, 2010, counsel for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") filed and served MGA's Response To Mattel's Motion Objecting To Portions Of Discovery Master Order No. 98 ("Response").

The MGA Parties did not include a table of contents and a table of authorities with its Response.  To correct this error, the MGA Parties are hereby manually filing a *[Corrected] MGA's Response To Mattel's Motion Objecting To Portions Of Discovery Master Order No. 98* that includes a table of contents and a table of authorities.  Counsel for the MGA Parties has not made any other substantive changes.

Counsel for MGA apologizes for any inconvenience this may have caused the Court or the parties.

Dated:   July 19, 2010            ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   /s/ Thomas S. McConville
          Thomas S. McConville

Attorneys for Attorneys for MGA Parties

- 1 -