MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[CORRECTED] DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF THE MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS**<br><br>**PUBLIC VERSION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 9D |

I, L. Kieran Kieckhefer, declare as follows:

1. I am an attorney with the law firm of Orrick Herrington & Sutcliffe LLP, counsel for the MGA Parties. I have personal knowledge of the following facts and if called as a witness I could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from MGA's highlighted submission of Mattel logbooks that MGA submitted to Mattel on July 16, 2010. This selection spans years 2008, 2009, and multi-year logs [FILED UNDER SEAL].

3. Exhibit B is INTENTIONALLY OMITTED.

4. Attached hereto as Exhibit C a true and correct copy of a webpage bearing a Target internet sale of the Mattel product Monster High Doll Gift Set, printed to pdf on July 16, 2010.

5. Attached hereto as Exhibit D a true and correct copy of a webpage bearing a Toys 'R Us internet sale of the Mattel product Monster High Doll – Laguna Blue, printed to pdf on July 16, 2010.

6. Attached hereto as Exhibit E a true and correct copy of a webpage bearing a Walmart internet sale of the Mattel product Monster High Frankie Stein Doll, printed to pdf on July 16, 2010.

7. Attached hereto as Exhibit F a true and correct copy of a webpage bearing an Amazon.com internet sale of the Mattel product Monster High Doll Giftset, printed to pdf on July 16, 2010.

8. Attached hereto as Exhibit G a true and correct copy of an excerpt from the deposition of Timothy Kilpin, dated June 18, 2010 [FILED UNDER SEAL].

1       I declare under penalty of perjury of the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge.

4 Executed this 19th day of July 2010, in San Francisco, California.

                                          L. Kieran Kieckhefer

- 2 -

[CORRECTED] KIECKHEFER DECL ISO MGA'S OBJECTIONS TO MATTEL'S MOTION FOR PO RE RESEARCH REPORTS
CV-04-9049 DOC (RNBx)