# EXHIBIT A
**(FILED UNDER SEAL)**

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT <br><br> PLAINTIFF(S) <br><br> v. <br><br> MATTEL, INC., a Delaware Corporation <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049-DOC (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA Parties' Objections to Mattel, Inc.'s Motion for Protective Order Regarding Production of Research Reports; [CORRECTED] Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Objections to Mattel, Inc.'s Motion for Protective Order Regarding Production of Research Reports; Application to File Under Seal; [Proposed] Order Granting Application to File Under Seal

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See documents listed above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*): Documents contain Confidential-Attorneys' Eyes Only information protected under case Protective Order dated January 4, 2005

| | |
|---|---|
| July 19, 2010 <br> Date | /s/ L. Kieran Kieckhefert <br> Attorney Name <br> MGA Parties <br> Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)      **NOTICE OF MANUAL FILING**      American LegalNet, Inc. <br> www.Forms*Workflow*.com

# EXHIBIT B

# INTENTIONALLY OMITTED

# EXHIBIT C



# Monster High Doll Gift Set



Be the first to write a review.

## $29.99

Prices, promotions, styles and availability may vary by store and online.

**In Stock**



This item is available online but is not available in stores



**WARNING:**
CHOKING HAZARD - Small parts Not for children under 3 yrs.

### Features

- High school sweethearts Cleo De Nile and Deuce Gorgon are the most popular couple at Monster High—and the most fashionable
- Both have very famous scary parents: Cleo De Nile is the daughter of the Mummy and Deuce Gorgon is the son of Medusa
- Deuce Gorgon comes with his pet rat, Perseus, and his cool shades
- Cleo De Nile has her pet snake, Hissette, and a golden purse
- Gift set includes 2 dolls, 2 pets, 2 accessories, 2 diaries, a brush and 2 doll stands
- **Manufacturer's Suggested Age:** 6 Years and Up

### Additional Information

Product, Sizing & Measuring Guides
Proposition 65 Information
**DPCI:** 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
**ASIN:** B0037UR1XY
**Catalog #:** 12220273
Item can be gift wrapped.
Imported

- You may return this item to any Target store.
- Shipping & Delivery Information

# EXHIBIT D



- Email signup
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Back to School Backpacks Lunch Kits Science & Discovery Netbooks & Laptops More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360 PlayStation 3 PSP More >> At The Movies Toddler & Kids' Room Furniture Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >>
- Clearance What's New Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >> Dolls & Stuffed Animals Collectible Dolls Celebrity & Fashion Dolls More >> Pretend Play & Dress-Up Kitchens & Play Food Beauty & Fashion More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >>
- Top Rated Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Action Figures Science Fiction & Fantasy Figures Sports Action Figures TV & Movie Action Figures More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >> Learning Electronic Learning Back to School Science & Discovery More >>
- Books, CDs, DVDs & Blu-Ray Discs Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Fan Shop Collectible Dolls Sports Memorabilia More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Tween Girls What's Hot! More >> Kids' Clothes



- Birth - 12 months 12 - 24 months 2 Years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids

- Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Kung Zhu Pets Little People Marvel Universe
- Monster High Star Wars The Twilight Saga: Eclipse Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>

- Animal Planet Disney Shop Exclusive Brands Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex LEGO LeapFrog
- Little Tikes McFarlane Sports Melissa and Doug Nerf Nickelodeon Playmobil Playskool Power Wheels See All >>

0 items

All Products  [GO!]
Welcome! Login or create an account. Learn why



Home > Dolls & Stuffed Animals > Celebrity & Fashion Dolls > Fashion Dolls

Print Page   Email A Friend



Larger Image

### Monster High Doll - Lagoona Blue

By: Mattel

SHIPS FREE  Free Shipping! (Details)

**Average Customer Rating**
★★★★☆ (6 Ratings)
Rate and Review this Item
Read 6 Reviews

Our Recommended Age: 6 - 8 years (details)
Manufacturer's Age: 6 years and up

Share: 

**Buy Online**

List Price: $19.99
**Our Price: $16.99**

**In stock**
usually leaves warehouse in 1 - 2 full bus. days. - (details)

**Quantity** 1



**Find it In Stores**

This item does not participate in the check store inventory feature. Please visit your local store to determine availability. - (details)

## Special Offers

SHIPS FREE  Free Standard Shipping (up to $25) on ANY purchase of $100 or more. Excludes video game hardware, software, accessories. - (Details)

# EXHIBIT E



Be the first to write a review

**$17.98**

**Monster High Frankie Stein Doll**





## Item Description

⚠ **WARNING: CHOKING HAZARD**–Small parts. Not for children under 3 yrs.

The Monster High Frankie Stein Doll is the daughter of Frankenstein. She comes with Watzit, her scary cute pet. The Monster High Frankie Stein Doll is one of the coolest and trendiest ghouls in school.

**Monster High Frankie Stein Doll:**
- Trendy ghoul doll
- Fully poseable
- Comes with doll, pet, accessory, diary, brush and doll stand

## Specifications

| | |
|---|---|
| Age Start: | 6 Years |
| Age End: | and up |
| Model No.: | N5948 |
| Shipping Weight (in pounds): | 5.976 |
| Product in Inches (L x W x H): | 9.0 x 2.75 x 13.0 |
| Assembled in Country of Origin: | Imported |
| Origin of Components: | Imported |
| Wal-Mart No.: | 070037514 |

## Pricing Policy

**About Our Prices**

We strive to provide you with the lowest prices possible on Walmart.com as well as in our stores. However, sometimes a price online does not match the price in a store. Walmart.com's prices may be either higher or lower than local store prices. Prices may also vary between stores. Our local stores do not honor Walmart.com pricing or competitor advertisements from outside of a store's local trade territory.

# EXHIBIT F



amazon.com

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

Shop All Departments | Search Toys & Games | GO | Cart | Wish List

Toys & Games | Categories & Characters | Bestsellers | New Releases | Boys Toys | Girls Toys | Games & Puzzles | Hobby, Models & Trains | Toys Outlet

ZOOM

See larger image and other views (with zoom)

Share your own customer images

# Monster High Doll Giftset

by Mattel

(3 customer reviews)

Price: $29.99 & this item ships for FREE with Super Saver Shipping. Details

**In Stock.**

Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Monday, July 19?** Order it in the next 17 hours and 59 minutes, and choose **One-Day Shipping** at checkout. Details

11 new from $29.99

## Save on Summer Outdoor Toys & Games

Get ready for summer and get ready for fun with our Outdoor Fun Store. Check out our selection of kiddie pools, water slides, lawn & backyard games and more. See more.

Quantity: 1

Add to Cart

or

Sign in to turn on 1-Click ordering.

or

Add to Cart with FREE Two-Day Shipping

**Amazon Prime Free Trial required. Sign up when you check out.** Learn More

Add to Wish List

**Express Checkout with PayPhrase**

"Rational Efforts"

What's this? | Create PayPhrase

**More Buying Choices**

**911DRUGSTORE** Add to Cart
$39.95 + $7.98 shipping
In Stock

**In Demand Toys** Add to Cart
$44.99 + $2.99 shipping
In Stock

**Ark Toys** Add to Cart
$42.89 + $5.09 shipping
In Stock

11 new from $29.99

Have one to sell? Sell yours here

Share

## Frequently Bought Together

**Price For All Three: $69.97**

Add all three to Cart

Add all three to Wish List

Show availability and shipping details

- **This item:** Monster High Doll Giftset by Mattel $29.99
- Monster High Doll Draculaura Doll by Mattel $19.99
- Monster High Frankie Stein Doll by Mattel $19.99

## Customers Who Bought This Item Also Bought

Page 1 of 3

EXHIBIT F
PAGE 40

# EXHIBIT G
**(FILED UNDER SEAL)**

Name & Address:
L. Kieran Kieckhefer (State Bar No. 251978)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
(415) 773-5700
(415) 773-5759 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA Parties' Objections to Mattel, Inc.'s Motion for Protective Order Regarding Production of Research Reports; [CORRECTED] Declaration of L. Kieran Kieckhefer in Support of the MGA Parties' Objections to Mattel, Inc.'s Motion for Protective Order Regarding Production of Research Reports; Application to File Under Seal; [Proposed] Order Granting Application to File Under Seal

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See documents listed above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*): Documents contain Confidential-Attorneys' Eyes Only information protected under case Protective Order dated January 4, 2005

| July 19, 2010 | /s/ L. Kieran Kieckhefert |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     **NOTICE OF MANUAL FILING**     American LegalNet, Inc.
www.Forms*Workflow*.com