| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
|  | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
|  | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|  | wparker@orrick.com |
| 4 | Orrick, Herrington & Sutcliffe LLP |
|  | The Orrick Building |
| 5 | 405 Howard Street |
|  | San Francisco, CA 94105 |
| 6 | Telephone: 415-773-5700 |
|  | Facsimile: 415-773-5759 |
| 7 | |
| 8 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|  | wmolinski@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 777 South Figueroa Street, Suite 3200 |
|  | Los Angeles, CA 90017 |
| 10 | Telephone: 213-629-2020 |
|  | Facsimile: 213-612-2499 |
| 11 | |
| 12 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
|  | tmcconville@orrick.com |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | 4 Park Plaza, Suite 1600 |
|  | Irvine, CA 92614-2258 |
| 14 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
|  | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |
| | **Phase 2** |

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On July 19, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL 1) MGA PARTIES' OBJECTIONS OT MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS; AND 2) [CORRECTED] DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT THEREOF AND EXHIBITS A AND G;

3. NOTICE OF ERRATA RE: DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS;

4. MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

5. [CORRECTED] DECLARATION OF KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]; and

6. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1 | <u>Counsel for Mattel. Inc.</u> |
| 2 | Michael T. Zeller, Esq. |
|   | michaelzeller@quinnemanuel.com |
| 3 | Brett D. Proctor |
|   | dylanproctor@quinnemanuel.com |
| 4 | Jon D. Corey, Esq. |
|   | joncorey@quinnemanuel.com |
| 5 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | 865 South Figueroa Street, 10th Floor |
| 6 | Los Angeles, CA  90017-2543 |
|   | Telephone: (213) 443-3000 |
| 7 | Facsimile:  (213) 443-3100 |

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on July 19, 2010, at Los Angeles, California.

_____          _1661  CORTES_____
                                          USA Legal Networks, Inc.

## PROOF OF SERVICE BY U.S. MAIL

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On July 19, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL 1) MGA PARTIES' OBJECTIONS OT MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS; AND 2) [CORRECTED] DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT THEREOF AND EXHIBITS A AND G;

3. NOTICE OF ERRATA RE: DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS;

4. MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

5. [CORRECTED] DECLARATION OF KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]; and

6. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

<u>Counsel for Carlos Gustavo Machado Gomez</u>

Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656


Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

<u>Additional Counsel:</u>

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>

Peter N. Villar, Esq.
Peter.villar@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626-1924
Telephone:  (714) 830-0600
Facsimile:   (714) 830-0700

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence

would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2010, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro