LODGED

1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
11
   THOMAS S. MCCONVILLE (State Bar No. 155905)
12 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
14 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710
15
   Attorneys for MGA Parties
16

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 19 2010

CENTRAL DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | [[Proposed] Order Filed Concurrently Herewith] |
| AND CONSOLIDATED ACTIONS | Date: TBD<br>Time: TBD<br>Courtroom: Courtroom 9D |

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1) **MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS**

2) **[CORRECTED] DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF THE MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS and EXHIBITS A AND G**

The MGA Parties' Objections to Mattel, Inc.'s Motion for Protective Order Regarding Production of Research Reports and the [Corrected] Declaration of L. Kieran Kieckhefer In Support of the MGA Parties' Objections to Mattel, Inc.'s Motion for Protective Order Regarding Production of Research Reports and Exhibits A and G reference or contain select documents excerpts that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

This information primarily consists of documents and deposition testimony that Mattel has designated under the Protective Order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: July 19, 2010　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ Kieckhefer/cam
L. Kieran Kieckhefer
Attorneys for MGA Parties