FILED
ORIGINAL

2010 JUL 16 PM 4:00

1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
7
8  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
11
12 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
14 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710
15
   Attorneys for MGA Parties
16

17              UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA
19                    SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | [[Proposed] Order Filed Concurrently Herewith] |
| AND CONSOLIDATED ACTIONS | Date: August 9, 2010<br>Time: 8:30 a.m.<br>Courtroom: Courtroom 9D |

1      Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2 application for an order to file under seal the following documents:

3      1)    **MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98**
4

5      2)    **DECLARATION OF MISASHA SUZUKI IN SUPPORT OF MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98**
6

7      The MGA Parties' Response to Mattel's Motion Objecting to Portions of
8 Discovery Maser Order No. 98 reference or contain materials that Mattel and/or the
9 MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes
10 Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC
11 (RNBx), Docket Document No. 54.

12      This information primarily consists of declarations previously filed under
13 seal by the MGA Parties in response to Discovery Master Order No. 95.

14      For the foregoing reasons, the MGA Parties respectfully request that the
15 Court enter the concurrently filed [Proposed] Order granting this request to file the
16 above-referenced documents under seal.

17

18 Dated: July 16, 2010      ORRICK, HERRINGTON & SUTCLIFFE LLP
19
20      By: /s/ Misasha C. Suzuki
21      Misasha C. Suzuki
     Attorneys for MGA Parties

22 OHS West:260953712.1