ORIGINAL

1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Telephone: (415) 773-5700
6  Facsimile: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Telephone: (213) 629-2020
10 Facsimile: (213) 612-2499

11 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Telephone: (949) 567-6700
14 Facsimile: (949) 567-6710

15 Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 19 2010
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

16                UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA
18                       SOUTHERN DIVISION

| | |
|---|---|
| 19 CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| 20 Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| 21 v. | **Hon. David O. Carter** |
| 22 MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98** |
| 23 Defendant. | |
| 24 | |
| 25 AND CONSOLIDATED ACTIONS | |

[PROPOSED] ORDER RE SEALING OF MGA RESPONSE TO
MATTEL'S OBJECTING TO PORTIONS OF ORDER NO. 98
CASE NO. 04-9049 DOC (RNBx)

1  The Court, having been informed by MGA Parties that the following
2  documents discuss or contain reference to documents or deposition transcripts that
3  has been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES
4  ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may
5  file under seal the documents listed below.

6  1) **MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98**

8  2) **DECLARATION OF MISASHA SUZUKI IN SUPPORT OF MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98**

11 **IT IS HEREBY ORDERED.**

13 DATED: __7-19__, 2010

_____
Hon. David O. Carter
United States District Judge

OHS West:260953728.1