MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br>**[To Be Heard By Discovery Master Robert C. O'Brien]**<br><br>**NOTICE OF ERRATA RE: DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA PARTIES' OBJECTIONS TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF RESEARCH REPORTS**<br><br>Date:<br>Time:<br>Courtroom: 9D |

1  On July 16, 2010, counsel for Plaintiff and Counter-Defendant MGA
2  Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE
3  de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") e-mail served the
4  *Declaration Of L. Kieran Kieckhefer In Support Of MGA Parties' Objections to*
5  *Mattel, Inc.'s Motion for Protective Order Regarding Production of Research*
6  *Reports* ("Kieckhefer Declaration") with attached Exhibits A through G. In the
7  Kieckhefer Declaration, paragraph 3 states:
8  Attached here to as Exhibit B is a true and correct copy of an excerpt
9  from MGA's highlighted submission of Mattel logbooks that MGA
10 submitted to Mattel on July 16, 2010. This selection spans the year
11 2007 [FILED UNDER SEAL].
12 However, as Mattel did not dispute the selections of any entry highlighted by the
13 MGA Parties in 2007, MGA did not submit the 2007 selections. Due to a clerical
14 error, paragraph 3 was not deleted from the declaration. Additionally, the
15 descriptions regarding the source of the sale of goods for Exhibits C and D were
16 reversed and Mr. Timothy Kilpin's name was spelled incorrectly.
17 Counsel for the MGA Parties is hereby filing a *[Corrected]*
18 *Declaration of L. Kieran Kieckhefer In Support Of The MGA Parties' Objections to*
19 *Mattel, Inc.'s Motion for Protective Order Regarding Production of Research*
20 *Reports* along with Exhibits A through G to rectify the error. Exhibit B to this
21 declaration will be intentionally left blank. Counsel for the MGA Parties has not
22 made any substantive changes to Exhibits A, C, D, E, F, and G.
23 //
24 //
25 //
26 //
27
28

- 1 -

NOTICE OF ERRATA
CV-04-0049 DOC (RNBx)

Counsel for MGA apologizes for any inconvenience this may have caused the Court or the parties.

Dated: July 19, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer

Attorneys for Attorneys for MGA Parties