MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' OBJECTION TO REPORT AND RECOMMENDATION DATED JULY 19, 2010**<br><br>Date:         TBD<br>Time:        TBD<br>**Phase 2**<br>Discovery:              None Set<br>Pretrial Conference: None Set<br>Trial Date:              None Set |

1

2  Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), and
3  MGA Entertainment, Inc., MGA HK, MGA de Mexico S.R.L. de C.V., and Isaac
4  Larian (collectively, the "MGA Parties"), by and through their respective counsel of
5  record, hereby stipulate and agree as follows, subject to approval by the Court.

6  WHEREAS, on July 19, 2010, the Electronic Discovery Master served
7  Report and Recommendation dated July 19, 2010;

8  WHEREAS, counsel for the MGA Parties responsible for filing any
9  objection to the Report and Recommendation was required to go to the hospital for
10 personal reasons on July 19, 2010 and then ordered home;

11 WHEREAS, counsel for the MGA Parties responsible for filing any
12 objection is required to seek additional medical review during the week of July 19,
13 2010; and

14 WHEREAS, without an order otherwise changing the briefing schedule, any
15 objection would be due on July 22, 2010

16 NOW, THEREFORE, Mattel and the MGA Parties hereby stipulate and
17 agree, subject to the Court's approval, that the MGA Parties' objections to Report
18 and Recommendation dated July 19, 2010 will be due on or before July 27, 2010,
19 the Mattel's opposition to the MGA Parties' Objection will be due on or before

20

21

22

23

24

25

26

27

28

JOINT STIP. RE BRIEFING SCHEDULE RE OBJ. TO R&R
CV 04-09049 DOC (RNBX)

August 2, 2010, and the MGA Parties' reply will be due on or before August 5, 2010.

IT IS SO STIPULATED.

DATED: July 20, 2010                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Scott Kidman*
Scott Kidman
Attorneys for Mattel, Inc.


DATED: July 20, 2010                    ORRICK, HERRINGTON & SUTCLIFFE, LLP


By  */s/ Warrington S. Parker III*
Warrington S. Parker III
Attorneys for the MGA Parties and IGWT 826 Investments, LLC