1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
7
   WILLIAM A. MOLINSKI (State Bar No. 145186)
8  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
11
   THOMAS S. MCCONVILLE (State Bar No. 155905)
12 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
14 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710

   Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br>**APPLICATION TO FILE UNDER SEAL**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: August 9, 2010<br>Time: 8:30 a.m.<br>Courtroom: Courtroom 9D |
|---|---|

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1) [CORRECTED] MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98

The [Corrected] MGA Parties' Response to Mattel's Motion Objecting to Portions of Discovery Maser Order No. 98 ("Response") references or contains materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

This Response also references and contains information from declarations previously filed under seal by the MGA Parties in response to Discovery Master Order No. 95.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently submitted [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: July 19, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for MGA Parties

OHS West:260954407.1