1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Telephone: (415) 773-5700
6  Facsimile: (415) 773-5759

7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
   Telephone: (213) 629-2020
10 Facsimile: (213) 612-2499

11 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Telephone: (949) 567-6700
14 Facsimile: (949) 567-6710

15 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL [CORRECTED] MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98 |

1  The Court, having been informed by MGA Parties that the following
2  documents discuss or contain reference to documents or deposition transcripts that
3  has been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES
4  ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may
5  file under seal the documents listed below.

6  1)  [CORRECTED] MGA'S RESPONSE TO MATTEL'S MOTION
   OBJECTING TO PORTIONS OF DISCOVERY MASTER
7      ORDER NO. 98

**IT IS HEREBY ORDERED.**

DATED: 7-20, 2010

Hon. David O. Carter
United States District Judge

OHS West:260954408.1