QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et. al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98** <br><br> [[Proposed] Order Filed Concurrently Herewith] <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 9D <br><br> **Phase 2** <br> Discovery Cut-off: TBD <br> Pre-trial Conference: TBD <br> Trial Date: TBD |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Reply in Support of its Motion Objecting
4  to Portions of Discovery Master Order No. 98.
5  The Motion includes information that MGA has designated as "Confidential –
6  Attorney's Eyes Only" pursuant to the Protective Order and discusses Order No. 98,
7  which the Discovery Master filed under seal. Accordingly, Mattel requests that the
8  Court order that the Motion be filed under seal. In the alternative, Mattel requests
9  that the Court find that the information contained therein is not confidential and
10 order the Motion filed in the public record.

12 DATED: July 20, 2010         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

14                              By: /s/ B. Dylan Proctor /BMW/
15                                  B. Dylan Proctor
                                    Attorneys for Mattel, Inc.