# Appendix A

**FOURTH SET OF REQUESTS FOR PRODUCTION**

### REQUEST FOR PRODUCTION NO. 88:

All DOCUMENTS that REFER OR RELATE TO any failures to comply with YOUR efforts or violation of YOUR policies or procedures to maintain the secrecy of YOUR trade secrets.

### REQUEST FOR PRODUCTION NO. 89:

DOCUMENTS sufficient to IDENTIFY who failed to comply with YOUR efforts or violated YOUR policies and procedures to maintain the secrecy of YOUR trade secrets.

**SIXTH SET OF REQUESTS FOR PRODUCTION**

### REQUEST FOR PRODUCTION NO. 89:

All DOCUMENTS that support any contention by YOU that MATTEL'S acts that are the subject of any alleged defense of YOURS, including without limitation, YOUR alleged "unclean hands" defense, is not barred, in whole or in part, by the Communications Decency Act.

### REQUEST FOR PRODUCTION NO. 90:

All DOCUMENTS that support any contention by YOU that MATTEL'S acts that are the subject of any alleged defense of YOURS, including without limitation, YOUR alleged

"unclean hands" defense, is not barred, in whole or in part, by the First Amendment to the United States Constitution.

**REQUEST FOR PRODUCTION NO. 209:**

All DOCUMENTS showing what steps, if any, YOU took to preserve, protect and safeguard the confidentiality of the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of."

**REQUEST FOR PRODUCTION NO. 210:**

All DOCUMENTS that show or tend to show that the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of derive independent economic value from not being generally known to the public or other PERSONS who can obtain economic value from its disclosure or use.

**REQUEST FOR PRODUCTION NO. 211:**

All DOCUMENTS that show or tend to show that the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of contain information that is not known to the public or to PERSONS who can obtain economic value from its disclosure or use.

**REQUEST FOR PRODUCTION NO. 212:**

All DOCUMENTS that show or tend to show that the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information

that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of were either used by or disclosed by MATTEL.

### REQUEST FOR PRODUCTION NO. 213:

DOCUMENTS sufficient to IDENTIFY all PERSONS to whom MATTEL showed, disclosed or revealed the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of," and the dates on which it allegedly made such disclosures.

### REQUEST FOR PRODUCTION NO. 214:

All DOCUMENTS that show or tend to show that MATTEL did not show, disclose or reveal to any PERSON the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of," or that MATTEL made such disclosures under a binding pre-existing confidentiality agreement.

### REQUEST FOR PRODUCTION NO. 215:

DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of MGA's "trade secrets, non-public information, non-public activities, unreleased products, and product development."

### REQUEST FOR PRODUCTION NO. 216:

DOCUMENTS sufficient to IDENTIFY all PERSONS who YOU believe provided MATTEL with MGA's "trade secrets, non-public information, non-public activities, unreleased products, and product development" information.

**REQUEST FOR PRODUCTION NO. 217:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING to YOUR actions in response to or efforts to stop, thwart or prevent MATTEL from allegedly "monitoring, 'spying on' or gaining knowledge of MGA's trade secrets, non-public information, non-public activities, unreleased products, and product development."

**REQUEST FOR PRODUCTION NO. 218:**

All DOCUMENTS that REFER OR RELATE TO the value of MGA's "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of."

**REQUEST FOR PRODUCTION NO. 219:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury, increased expense, lost revenue or profits, or any other damage caused to YOU by MATTEL allegedly "monitoring, 'spying on' or gaining knowledge of MGA's trade secrets, non-public information, non-public activities, unreleased products, and product development."

**REQUEST FOR PRODUCTION NO. 220:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR monitoring, spying on or gaining knowledge of MATTEL'S trade secrets, non-public information, non-public activities, unreleased products, and product development, including but not limited to, how and when you monitored, spied on or gained knowledge of MATTEL'S trade secrets, non-public information, non-public activities, unreleased products, and product development.

**REQUEST FOR PRODUCTION NO. 221:**

All DOCUMENTS that REFER OR RELATE TO when and under what circumstances MGA created, developed or conceived of the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of."

**REQUEST FOR PRODUCTION NO. 225:**

All DOCUMENTS that REFER OR RELATE TO the access or use by, or knowledge of, any PERSON, other than MGA, of the "trade secrets, non-public information, non-public activities, unreleased products, and product development" information that MATTEL allegedly "monitor[ed], 'sp[ied] on' or gain[ed] knowledge of."

**REQUEST FOR PRODUCTION NO. 412:**

To the extent not produced in response to any other Request for Production, all DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that REFER OR RELATE TO YOUR allegation that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

**REQUEST FOR PRODUCTION NO. 413:**

To the extent not produced in response to any other Request for Production, all DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, that YOU contend prove or that YOU will rely on at trial to prove that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

**REQUEST FOR PRODUCTION NO. 414:**

To the extent not produced in response to any other Request for Production, DOCUMENTS sufficient to IDENTIFY all PERSONS who have knowledge of the factual bases

for YOUR contention that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

### REQUEST FOR PRODUCTION NO. 415:

To the extent not produced in response to any other Request for Production, all DOCUMENTS to IDENTIFY each factual allegation in support of YOUR contention that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

### REQUEST FOR PRODUCTION NO. 416:

To the extent not produced in response to any other Request for Production, all DOCUMENTS to IDENTIFY each instance or occurrence alleged by YOU to support YOUR contention that "Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful hands."

### REQUEST FOR PRODUCTION NO. 417:

To the extent not produced in response to any other Request for Production, all DOCUMENTS, including but not limited to all COMMUNICATIONS with any PERSON, RELATING to any loss, harm, injury, increased expense, lost revenue or profits, or any other damage that MATTEL'S alleged "unclean hands and wrongful hands" caused to YOU.