Name & Address:
Thomas S. McConville (State Bar No. 155905)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA's Opposition to Mattel, Inc.'s Motion to Compel Production of Documents Withheld by MGA Entertainment, Inc. Under Purported Common Interest Privilege With Omni 808 Investors, LLC; Application to File Under Seal; [Proposed] Order

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See list of documents described above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| | |
|---|---|
| July 22, 2010<br>Date | /s/ Thomas S. McConville<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09) — NOTICE OF MANUAL FILING — American LegalNet, Inc. www.FormsWorkflow.com