**FILED**

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JUL 22 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Defendant-counter-claimant - Appellee,<br><br>  v.<br><br>MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual,<br><br>        Counter-defendants - Appellants,<br><br>CARTER BRYANT, an individual,<br><br>        Plaintiff - counter-defendant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity,<br><br>        Counter-defendants,<br><br>ANNE WANG,<br><br>        Third-party-defendant, | No. 09-55673<br><br>D.C. No. 2:04-cv-09049-SGL-RNB<br><br>**ORDER** |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

| OMNI 808 INVESTORS LLC, Movant. | |
|---|---|
| CARTER BRYANT, an individual, Plaintiff-counter-defendant - Appellee, MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual, Counter-defendants - Appellees, v. MATTEL, INC., a Delaware corporation, Defendant-counter-claimant - Appellant, CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity, Counter-defendants. | No. 09-55812 D.C. No. 2:04-cv-09049-SGL-RNB |

page 3

Before:   **KOZINSKI**, Chief Judge, **TROTT** and **WARDLAW**, Circuit Judges.

MGA's motion to unseal transcripts of juror interviews is denied without prejudice. The motion isn't properly before us at this stage because we aren't reviewing the jury's verdict.

Mattel's motion for a limited remand is denied as moot.