**FILED**

NOT FOR PUBLICATION

JUL 22 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | No. 09-55673 |
| Defendant-counter-claimant - Appellee, | D.C. No. 2:04-cv-09049-SGL-RNB |
| v. | ORDER |
| MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual, | |
| Counter-defendants - Appellants, | |
| CARTER BRYANT, an individual, | |
| Plaintiff - counter-defendant, | |
| CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity, | |
| Counter-defendants, | |
| ANNE WANG, | |
| Third-party-defendant, | |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| | |
|---|---|
| **OMNI 808 INVESTORS LLC,**<br><br>Movant. | |
| **CARTER BRYANT,** an individual,<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>**MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED,** a Hong Kong Special Administrative Region business entity; **ISAAC LARIAN,** an individual,<br><br>    Counter-defendants - Appellees,<br><br>v.<br><br>**MATTEL, INC.,** a Delaware corporation,<br><br>    Defendant-counter-claimant - Appellant,<br><br>**CARLOS GUSTAVO MACHADO GOMEZ,** an individual; **MGAE DE MEXICO, S.R.L. DE C.V.,** a Mexico business entity,<br><br>    Counter-defendants. | No. 09-55812<br><br>D.C. No. 2:04-cv-09049-SGL-RNB |

page 3

Within 10 days of the date of this order, each party shall submit a statement concisely explaining which documents filed on appeal should remain sealed and why. The statements should provide each document's docket number, docket entry number and title.

FOR THE COURT:

MOLLY C. DWYER
Clerk of the Court

By: Wendy Li
Deputy Clerk