MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**FURTHER JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' OBJECTION TO REPORT AND RECOMMENDATION DATED JULY 19, 2010**<br><br>Date:         TBD<br>Time:         TBD<br>**Phase 2**<br>Discovery:              None Set<br>Pretrial Conference: None Set<br>Trial Date:             None Set |

Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), and MGA Entertainment, Inc., MGA HK, MGA de Mexico S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties"), by and through their respective counsel of record, hereby stipulate and agree to amend and supplant the stipulation of July 20, 2010, as follows, subject to approval by the Court.

WHEREAS, on July 19, 2010, the Electronic Discovery Master served Report and Recommendation dated July 19, 2010;

WHEREAS, counsel for the MGA Parties responsible for filing any objection to the Report and Recommendation was required to go to the hospital for personal reasons on July 19, 2010 and then ordered home;

WHEREAS, counsel for the MGA Parties responsible for filing any objection is required to seek additional medical review during the week of July 19, 2010;

WHEREAS, the parties agreed on a briefing schedule on July 20, 2010, but MGA subsequently requested an amendment to that briefing schedule on the grounds that it did not take into account the time necessary to prepare and have properly reviewed the objection, including the fact that one lead counsel for the MGA Parties is on vacation and the other is in deposition on Friday, July 23 and Monday, July 26, 2010;

NOW, THEREFORE, Mattel and the MGA Parties hereby stipulate and agree to amend and supplant the stipulation of July 20, 2010, and subject to the Court's approval, that the MGA Parties' objections to Report and Recommendation dated July 19, 2010 will be due on or before July 29, 2010, the Mattel's opposition to the MGA Parties' Objection will be due on or before August 5, 2010, and the

MGA Parties' reply will be due on or before August 9, 2010.

IT IS SO STIPULATED.

DATED: July 23, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Scott Kidman*
Scott Kidman
Attorneys for Mattel, Inc.

DATED: July 23, 2010     ORRICK, HERRINGTON & SUTCLIFFE, LLP


By */s/ Warrington S. Parker III*
Warrington S. Parker III
Attorneys for the MGA Parties and IGWT 826 Investments, LLC