MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx) <br> Consolidated with: <br> Case No. CV 04-9059 <br> Case No. CV 05-2727 <br> **Hon. David O. Carter** <br><br> [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL [CORRECTED] MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98 |

[PROPOSED] ORDER RE SEALING OF MGA RESPONSE TO
MATTEL'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 98
CASE NO. CV 04-9049 DOC (RNBx)

1  The Court, having been informed by MGA Parties that the following
2  documents discuss or contain reference to documents or deposition transcripts that
3  has been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES
4  ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may
5  file under seal the documents listed below.

6  1)   [CORRECTED] MGA'S RESPONSE TO MATTEL'S MOTION
      OBJECTING TO PORTIONS OF DISCOVERY MASTER
7     ORDER NO. 98

8  IT IS HEREBY ORDERED.

10 DATED: __7-20__, 2010            _David O. Carter_
                                    Hon. David O. Carter
                                    United States District Judge

13 OHS West:260954408.1

- 1 -

[PROPOSED] ORDER RE SEALING OF MGA RESPONSE TO
MATTEL'S OBJECTING TO PORTIONS OF ORDER NO. 98
CASE NO. 04-9049 DOC (RNBX)