```
 1 | Bingham McCutchen LLP
   | TODD E. GORDINIER (SBN 82200)
 2 | todd.gordinier@bingham.com
   | PETER N. VILLAR (SBN 204038)
 3 | peter.villar@bingham.com
   | CRAIG A. TAGGART (SBN 239168)
 4 | craig.taggart@bingham.com
   | 600 Anton Boulevard, 18th Floor
 5 | Costa Mesa, CA 92626-1924
   | Telephone: 714.830.0600
 6 | Facsimile: 714.830.0700
 7 |
   | Attorneys for Counter-defendant
 8 | OMNI 808 INVESTORS, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR OMNI 808 INVESTORS, LLC'S MOTION FOR PROTECTIVE ORDER**<br><br>Phase 2:<br>Disc. cutoff:       TBD<br>Pre-trial conf:    TBD<br>Trial date:          TBD |

A/73446211.1

1    Omni 808 Investors, LLC ("Omni") and Mattel, Inc. ("Mattel") hereby
2    stipulate and agree as follows, subject to approval by the Court:
3    WHEREAS, on July 9, 2010, Mattel served a Notice of Deposition of Omni
4    808 Investors, LLC Pursuant to Federal Rule of Civil Procedure 30(B)(6) (the
5    "30(B)(6) Deposition");
6    WHEREAS, Omni has objected to the 30(B)(6) Deposition on grounds that
7    it has communicated to Mattel;
8    WHEREAS, the parties met and conferred by written correspondence on
9    July 20, 2010 and lead counsel for the parties met and conferred by phone
10   conference on July 22, 2010, but despite their efforts have been unable to resolve
11   these matters;
12   WHEREAS, Omni intends to file a Motion for Protective Order regarding
13   the 30(B)(6) Deposition (the "Motion");
14   WHEREAS, without waiving any arguments either party may present in
15   their briefing, Omni and Mattel have reached an agreement regarding the briefing
16   schedule for Omni's Motion;
17   NOW, THEREFORE, Omni and Mattel hereby stipulate and agree, subject
18   to the Court's approval, that Omni's Motion will be due on or before August 5,
19   2010, Mattel's Opposition to the Motion will be due on or before August 12, 2010,
20   and Omni's Reply will be due on or before August 19, 2010.
21   IT IS SO STIPULATED.

DATED: July 23, 2010                    Bingham McCutchen LLP

                                        By: /s/ Peter N. Villar
                                            Peter N. Villar
                                            Attorneys for Omni 808 Investors, LLC

A/73446211.1                        2

| | |
|---|---|
| DATED: July 23, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: /s/ Michael T. Zeller<br>  Michael T. Zeller<br>  Attorneys for Mattel, Inc. |

A/73446211.1