UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br>c/w Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR OMNI 808 INVESTORS, LLC'S MOTION FOR PROTECTIVE ORDER**<br><br>Phase 2:<br>Disc. cutoff:      TBD<br>Pre-trial conf:   TBD<br>Trial date:        TBD |

A/73446238.1

1  Based on the concurrently filed Joint Stipulation Regarding Briefing Schedule for Omni 808 Investors, LLC's Motion for Protective Order (the "Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Omni's Motion shall be filed on or before August 5, 2010; Mattel's Opposition to the Motion shall be filed on or before August 12, 2010; and Omni's Reply shall be filed on or before August 19, 2010.

DATED: July ___, 2010

_____
Hon. David O. Carter
United States District Judge