UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No.　CV 04-09059<br>Case No.　CV 05-02727<br><br>Honorable David O. Carter<br><br>**[PROPOSED] ORDER ON MATTEL, INC.'S CROSS-MOTION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 AND ISSUANCE OF APOSTILLES**<br><br>**Phase 2:**<br>Disc. Cut-off:　　TBD<br>Pre-trial Conf.:　　TBD<br>Trial Date:　　　　TBD |

<u>[PROPOSED] ORDER</u>

Having considered parties' briefing on Mattel, Inc.'s Cross-Motion for Discovery Pursuant to 28 U.S.C. § 1782 and Issuance of Apostilles, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Mattel, Inc. ("Mattel") is permitted to disclose to the Mexico Prosecuting Authority and the Criminal Court in Mexico the compact disc Bates numbered MGA 3815506 that MGA produced to Mattel in this action, and to disclose to the Prosecuting Authority and the Criminal Court in Mexico the official transcripts of the following depositions:  Deposition of Pablo Vargas (Vols. 1-4); Deposition of Gustavo Machado (Vols. 1, 3-6); Deposition of Mariana Trueba (Vols. 1-4); Deposition of Susana Kuemmerle (Vol. 1) and Deposition of MGA Mexico designee Susana Kuemmerle (Vols. 1-3, 7); and

2. The Clerk of the Court shall issue apostilles for the above-described CD and deposition transcripts.

DATED: _____, 2010 _____
Hon. David O. Carter
United States District Judge