1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**ORDER FURTHER JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' OBJECTION TO REPORT AND RECOMMENDATION DATED JULY 19, 2010**<br><br>Judge:    Hon. David O. Carter |

<u>ORDER</u>

Based on the concurrently filed Stipulation Regarding Briefing Schedule for MGA Parties' Objection to Report and Recommendation Dated July 19, 2010 (the "MGA Parties' Objection"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

The MGA Parties' objection shall be due on or before July 27, 2010. Mattel's opposition to the MGA Parties' Objection shall be due on or before August 2, 2010, and the MGA Parties' reply shall be due on or before August 5, 2010.

DATED: July 26, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge

Dated: _____, 2010

Hon. David O. Carter