1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

14

15  MATTEL, INC., a Delaware corporation,

16             Plaintiff,

17       vs.

18

19  MGA ENTERTAINMENT, INC., a California corporation, et al.
              Defendant.

20

21  AND CONSOLIDATED ACTIONS

22

23

24

25

26

27

28

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No.      CV 04-09059
Case No.      CV 05-02727

Honorable David O. Carter

ORDER ON STIPULATION
REGARDING BRIEFING SCHEDULE
FOR MATTEL, INC.'S MOTION TO
COMPEL PRODUCTION OF
DOCUMENTS WITHHELD BY MGA
ENTERTAINMENT, INC. UNDER
PURPORTED COMMON INTEREST
PRIVILEGE WITH OMNI 808
INVESTORS, LLC

**Phase 2:**
Disc. Cut-off:        TBD
Pre-trial Conf.:      TBD
Trial Date:           TBD

00505.07975/3581476.1

Case No. CV 04-9049 DOC (RNBx)

[PROPOSED] ORDER ON STIPULATION

1          ORDER

2

3          Based on the concurrently filed Stipulation Regarding Briefing Schedule for

4  Mattel, Inc.'s Motion to Compel Production of Documents Withheld By MGA

5  Entertainment, Inc. Under Purported Common Interest Privilege With Omni 808

6  Investors, LLC ("Mattel's Motion"), and good cause appearing therefore,

7          IT IS HEREBY ORDERED:

8          MGA's opposition to Mattel's Motion will be due on or before July 22, 2010,

9  and Mattel's reply will be due on or before July 29, 2010.

10

11

12  DATED:   July 26, 2010     _____
                                Hon. David O. Carter
13                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28