1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13
   Attorneys for MGA Parties and
14 IGWT 826 Investments LLC

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17                    SOUTHERN DIVISION

18 CARTER BRYANT, an individual,        | Case No. CV 04-9049-DOC (RNBx)
19         Plaintiff,                   | Consolidated with:
                                        | Case No. CV 04-9059
20      v.                              | Case No. CV 05-2727
21 MATTEL, INC., a Delaware             | Honorable David O. Carter
   corporation,
22                                      | [~~PROPOSED~~] ORDER GRANTING
           Defendant.                   | MGA PARTIES' APPLICATION TO
23                                      | FILE UNDER SEAL
24 AND CONSOLIDATED ACTIONS             | Date:  TBD
                                        | Time:  TBD
25                                      | Place: TBD
26
27
28
                                              [PROPOSED] ORDER RE APPLICATION TO FILE
                                                                         UNDER SEAL
                                                               CV 04-9049 DOC (RNBx)

1     The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

    The Clerk shall maintain under Seal the following documents:

**MGA'S NOTICE OF MOTION AND MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(B)6 WITNESS REGARDING TOPIC 11 OF MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.**

**It is so ORDERED.**

Dated: 7-22, 2010

*[signature]*

Hon. David O. Carter