1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759
7
8  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
10 Telephone:  (213) 629-2020
   Facsimile:   (213) 612-2499
11
12 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
14 Telephone:  (949) 567-6700
   Facsimile:   (949) 567-6710
15
   Attorneys for MGA Parties
16

17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

19                   SOUTHERN DIVISION

| | |
|---|---|
| 20  CARTER BRYANT, an individual, | Case No.  CV 04-9049 DOC (RNBx) |
| 21              Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| 22              v. | Case No. CV 05-2727 |
| 23  MATTEL, INC., a Delaware corporation, | **Hon. David O. Carter** **APPLICATION TO FILE UNDER SEAL** |
| 24              Defendant. | [[Proposed] Order Filed Concurrently Herewith] |
| 25 | |
| 26  AND CONSOLIDATED ACTIONS | Date:  TBD Time:  8:30 a.m. |
| 27 | Courtroom:  9-D, Santa Ana |
| 28 | |

1    Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this

2    application for an order to file under seal the following documents:

3    **1)    MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO
        COMPEL PRODUCTION OF DOCUMENTS WITHHELD BY
4       MGA ENTERTAINMENT, INC. UNDER PURPORTED
        COMMON INTEREST PRIVILEGE WITH OMNI 808
5       INVESTORS, LLC**

6    MGA's Opposition To Mattel, Inc.'s Motion To Compel Production Of

7    Documents Withheld By MGA Entertainment, Inc. Under Purported Common

8    Interest Privilege With Omni 808 Investors, LLC have designated "Confidential" or

9    "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case.

10   *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

11   This Opposition references a confidentially designated document under the

12   Protective Order.

13   For the foregoing reasons, the MGA Parties respectfully request that the

14   Court enter the concurrently filed [Proposed] Order granting this request to file the

15   above-referenced documents under seal.

16

17   Dated:  July 22, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP

18
                                             By: _____
19
                                                  Thomas S. McConville
20                                                Attorneys for MGA Parties

21

22

23

24

25

26

27

28

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)