MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA'S MOTION TO COMPEL MATTEL TO PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S NOTICE OF DEPOSITION AND DOCUMENTS RELATED TO MATTEL LICENSES**<br><br>**Phase 2 : Hon. David O. Carter** |

1  The Court having considered MGA Parties' Motion to Compel Mattel to produce Robert A. Eckert on Topic 9 of MGA's Notice of deposition and produce documents related to Mattel licenses, and argument in support thereof hereby GRANTS MGA's Motion and orders Mattel to:

(1) produce Robert A. Eckert on Topic 9 of MGA's notice of deposition, including the November 28, 2006 email exchange, the specific instances of Mattel communications with licensees and third parties identified by MGA, and Mattel's termination of any MGA licensees identified on the Bain document if any; and

(2) produce documents related to Mattel's Barbie licenses from the year 2001 to the present.

**IT IS SO ORDERED.**

Dated: _____, 2010     _____
                                  Hon. David O. Carter

OHS West:260958243.1