| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building, 405 Howard Street |
| 5 | San Francisco, CA 94105 |
| | Tel. (415) 773-5700/ Fax: (415) 773-5759 |

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: CV 04-9059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA'S MOTION TO COMPEL MATTEL TO PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S NOTICE OF DEPOSITION AND PRODUCE DOCUMENTS RELATED TO MATTEL LICENSES**<br><br>Date:      TBD<br>Time:      TBD<br>Courtroom: TBD<br>**Phase 2** |

1    I, Sugithra Somasekar, declare:

2    1.    I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of a document produced by Mattel bearing bates number M 1233886 (**Filed Under Seal**)

    3.    Attached hereto as **Exhibit B** is a true and correct copy of Deposition of Robert A. Eckert dated June 16, 2010. (**Filed Under Seal**)

    4.    Attached hereto as **Exhibit C** is a true and correct copy of documents bearing bates number MGA 0877589 (**Filed Under Seal**)

    5.    Attached hereto as **Exhibit D** is a true and correct copy of documents bearing bates numbers MGA 0877326-328 (**Filed Under Seal**)

    6.    Attached hereto as **Exhibit E** is a true and correct copy of documents bearing bates numbers MGA 0147527- 529 (**Filed Under Seal**)

    7.    Attached hereto as **Exhibit F** is a true and correct copy of documents bearing bates numbers MGA 0151316-37 (**Filed Under Seal**)

    8.    Attached hereto as **Exhibit G** is a true and correct copy of documents bearing bates numbers MGA 0877524-525 (**Filed Under Seal**)

    9.    Attached hereto as **Exhibit H** is a true and correct copy of documents bearing bates numbers MGA 0202514-515 (**Filed Under Seal**)

    10.    Attached hereto as **Exhibit I** is a true and correct copy of documents bearing bates numbers MGA 0148998-99 (**Filed Under Seal**)

    11.    Attached hereto as **Exhibit J** is a true and correct copy of documents bearing bates numbers MGA 0147520 (**Filed Under Seal**)

    12.    Attached hereto as **Exhibit K** is a true and correct copy of documents

DECL. OF SUGITHRA SOMASEKAR ISO MGA'S
MOTION TO COMPEL TO PRODUCE ECKERT ON TOPIC 9
CV-04-09049 DOC (RNBx)

1     bearing bates numbers MGA 3786642-44 (**Filed Under Seal**)

2     13.    Attached hereto as **Exhibit L** is a true and correct copy of documents bearing bates numbers MGA 0877580-81 (**Filed Under Seal**)

4     14.    Attached hereto as **Exhibit M** is a true and correct copy of documents produced by Mattel bearing Bates Nos. M 1241745 and M 1241757. (**Filed Under Seal**)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 26, 2010, in Menlo Park, California.

                         */s/* Sugithra Somasekar
                         Sugithra Somasekar

OHS West:260958614.1

-2-  DECL. OF SUGITHRA SOMASEKAR ISO MGA'S MOTION TO COMPEL TO PRODUCE ECKERT ON TOPIC 9  CV-04-09049 DOC (RNBx)