# Exhibit J

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Sugithra Somasekar (State Bar No. 247924)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400
(650) 614-7401 (Facsimile)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA's Notice of Motion & Motion to Compel Mattel to Produce Robert A. Eckert on Topic 9 of MGA's Notice of Deposition and Produce Documents Related to Mattel Licenses; Exhibits A - M to the Declaration of Sugithra Somasekar ISO MGA's Motion to Compel Mattel to Produce Robert A. Eckert on Topic 9 of MGA's Notice of Deposition and Produce Documents Related to Mattel Licenses; Application to File Under Seal; [Proposed] Order Granting MGA Parties' Application to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other  See documents listed above.

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

July 26, 2010                                  /s/ Sugithra Somasekar
Date                                           Attorney Name

                                               MGA Parties
                                               Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                      NOTICE OF MANUAL FILING