# Exhibit M

## Confidential – Attorneys' Eyes Only
## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Sugithra Somasekar (State Bar No. 247924)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400
(650) 614-7401 (Facsimile)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

MGA's Notice of Motion & Motion to Compel Mattel to Produce Robert A. Eckert on Topic 9 of MGA's Notice of Deposition and Produce Documents Related to Mattel Licenses; Exhibits A - M to the Declaration of Sugithra Somasekar ISO MGA's Motion to Compel Mattel to Produce Robert A. Eckert on Topic 9 of MGA's Notice of Deposition and Produce Documents Related to Mattel Licenses; Application to File Under Seal; [Proposed] Order Granting MGA Parties' Application to File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  See documents listed above.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

| July 26, 2010 | /s/ Sugithra Somasekar |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                       NOTICE OF MANUAL FILING