QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>           Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(B)(6) WITNESS (TOPIC 11, MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.)<br><br>**Phase 2:**<br>Disc. Cut-off:      TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:         TBD |

1  Mattel, Inc. ("Mattel"), and MGA Entertainment, Inc. ("MGA"), by and
2  through their respective counsel of record, hereby stipulate and agree as follows,
3  subject to approval by the Court.

4  WHEREAS, on July 22, 2010, MGA filed a Motion To Compel Mattel To
5  Produce Fully Prepared 30(b)(6) Witness (Topic 11, MGA's April 27, 2010 Notice
6  Of Deposition Of Mattel Inc.) ("MGA's Motion");

7  WHEREAS, without waiving any arguments either party may present in their
8  briefing, Mattel and MGA have reached an agreement concerning the briefing
9  schedule for MGA's Motion;

10  NOW, THEREFORE, Mattel and MGA hereby stipulate and agree, subject to
11  the Court's approval, that Mattel's opposition to the Motion will be due on or before
12  July 30, 2010, and MGA's reply will be due on or before August 6, 2010.

14  IT IS SO STIPULATED.

16  DATED:  July 26, 2010           QUINN EMANUEL URQUHART &
17                                  SULLIVAN, LLP

19                                  By  /s/ *Michael T. Zeller*
                                        Michael T. Zeller
20                                      Attorneys for Mattel, Inc. and Mattel de
                                        Mexico, S.A. de C.V.

23  DATED:  July 26, 2010           ORRICK, HERRINGTON & SUTCLIFFE
24                                  LLP

26                                  By  /s/ *Thomas S. McConville*
                                        Thomas S. McConville
27                                      Attorneys for MGA Entertainment, Inc..