UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(B)(6) WITNESS (TOPIC 11, MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.)<br><br>**Phase 2:**<br>Disc. Cut-off:         TBD<br>Pre-trial Conf.:       TBD<br>Trial Date:            TBD |

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for MGA, Inc.'s Motion to MGA Entertainment, Inc.'s Motion To Compel Mattel To Produce Fully Prepared 30(b)(6) Witness (Topic 11, MGA's April 27, 2010 Notice Of Deposition Of Mattel Inc.) ("MGA's Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's opposition to MGA's Motion will be due on or before July 30, 2010, and MGA's reply will be due on or before August 6, 2010.

DATED:                          . 2010  _____
                                        Hon. David O. Carter
                                        United States District Judge