1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
5   San Francisco, CA  94105
    Telephone:  (415) 773-5700
6   Facsimile:   (415) 773-5759

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA  90017
    Telephone:  (213) 629-2020
10  Facsimile:   (213) 612-2499

11  THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
12  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
13  Irvine, CA  92614-2258
    Telephone:  (949) 567-6700
14  Facsimile:   (949) 567-6710

15  Attorneys for MGA Parties

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                   SOUTHERN DIVISION

19  CARTER BRYANT, an individual,      Case No.  CV 04-9049-DOC (RNBx)

20              Plaintiff,             Consolidated with:
                                       Case No. CV 04-9059
21        v.                           Case No. CV 05-2727

22  MATTEL, INC., a Delaware           **Hon. David O. Carter**
    corporation,
23                                     **[PROPOSED] ORDER GRANTING MGA'S
                Defendant.             MOTION TO COMPEL INSPECTION
24                                     OF ORIGINALS OF CARTER
                                       BRYANT'S EMPLOYMENT
25  AND CONSOLIDATED ACTIONS           AGREEMENT WITH MATTEL AND
                                       MATTEL'S COPYRIGHT
26                                     APPLICATIONS FOR ANY BRATZ-
                                       RELATED WORK AND FOR
27                                     SANCTIONS**

28

1    The Court HEREBY ORDERS that Mattel allow MGA to conduct a

2    reasonable inspection of:

3       **1)    The original Employee Confidential Information and Inventions
             Agreement Carter Bryant signed in 1999 or, if no original exists,**

4            **the best copy in Mattel's possession.**

5       **2)    The original files for the copyright application filed by Mattel
             regarding Bratz drawings, including: VAu 715-273, VAu 715-270,**

6            **VAu 715-271, VAu 1-378-648, VAu 1-378-654, VA 1-378-655, VA
             1-378-656, VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-**

7            **660, or, if no original exists, the best copy in Mattel's possession.**

8    The Court further ORDERS that Mattel is hereby sanctioned in the amount of

9    _____, representing the reasonable costs incurred by MGA in bringing this

10   motion.

11

12   **IT IS HEREBY ORDERED**.

13

14   DATED: _____, 2010    _____

15                                        Hon. David O. Carter
                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28