MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**APPLICATION FOR ORDER TO FILE UNDER SEAL**<br><br>Date:     TBD<br>Time:    TBD<br>Place:   TBD |

Pursuant to Civil Local Rule 79-5, Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") hereby submit this application for an order to file under seal the following documents:

**MGA'S NOTICE OF MOTION AND MOTION TO COMPEL MATTEL TO PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S NOTICE OF DEPOSITION AND PRODUCE DOCUMENTS RELATED TO MATTEL LICENSES;**

**EXHIBITS A – M TO THE DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA'S MOTION TO COMPEL MATTEL TO PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S NOTICE OF DEPOSITION AND PRODUCE DOCUMENTS RELATED TO MATTEL LICENSES**

MGA'S Notice of Motion and Motion to Compel Mattel to Produce Robert A. Eckert on Topic 9 of MGA's Notice of Deposition and Produced Documents Related to Mattel Licenses and Exhibits A – M to the Declaration of Sugithra Somasekar reference materials that Mattel and/or MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order. See Case No. CV 04-9049 SGL (RNBx), Docket Document No. 5565.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: July 26, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Sugithra Somasekar
Attorneys for MGA Parties

OHS West:260958860.1

- 1 -

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)