```
 1  MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
 2  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 3  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
 5  San Francisco, CA 94105
    Telephone:  (415) 773-5700
 6  Facsimile:  (415) 773-5759

 7  WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
 9  Los Angeles, CA 90017
    Telephone:  (213) 629-2020
10  Facsimile:  (213) 612-2499

11  THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
12  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
13  Irvine, CA 92614-2258
    Telephone:  (949) 567-6700
14  Facsimile:  (949) 567-6710

15  Attorneys for MGA Parties
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL 1) MGA'S MOTION TO COMPEL INSPECTION OF ORIGINALS OF CARTER BRYANT'S EMPLOYMENT AGREEMENT WITH MATTEL AND MATTEL'S COPYRIGHT APPLICATIONS FOR BRATZ-RELATED WORK AND FOR SANCTIONS AND 2) DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT THEREOF |

The Court, having been informed by MGA Parties that the following documents discuss or contain reference to documents or deposition transcripts that has been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below.

1) **MGA'S MOTION TO COMPEL INSPECTION OF ORIGINALS OF CARTER BRYANT'S EMPLOYMENT AGREEMENT WITH MATTEL AND MATTEL'S COPYRIGHT APPLICATIONS FOR ANY BRATZ-RELATED WORK AND FOR SANCTIONS.**

2) **DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S MOTION TO COMPEL INSPECTION OF ORIGINALS OF CARTER BRYANT'S EMPLOYMENT AGREEMENT WITH MATTEL AND MATTEL'S COPYRIGHT APPLICATIONS FOR ANY BRATZ-RELATED WORK AND FOR SANCTIONS.**

**IT IS HEREBY ORDERED.**

DATED: 7 27, 2010

_/s/ David O. Carter_
Hon. David O. Carter
United States District Judge

- 1 -
[PROPOSED] ORDER RE SEALING OF MGA MOTION TO COMPEL INSPECTION OF BRYANT AGREEMENT AND COPYRIGHT APPLICATIONS. CASE NO. 04-9049 DOC (RNBX)