MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' MOTION FOR PROTECTIVE ORDER RE MATTEL, INC.'S SECOND PHASE 2 NOTICE OF 30(B)(6) DEPOSITION**<br><br>Date:          TBD<br>Time:         TBD<br>**Phase 2**<br>Discovery:              None Set<br>Pretrial Conference: None Set<br>Trial Date:              None Set |

1     MGA Entertainment, Inc. ("MGA") and Mattel, Inc. ("Mattel"), by and through their respective counsel of record, hereby stipulate and agree as follows, subject to approval by the Court.

    WHEREAS, on July 9, 2010, Mattel served a Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Second Phase 2 Notice);

    WHEREAS, on July 20, the parties agreed to extend the time for MGA to respond to Mattel's notice by four days;

    WHEREAS, on July 23, pursuant to the aforementioned agreement, Mattel served an Amended Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Second Phase 2 Notice) ("Second 30(b)(6) Notice");

    WHEREAS, MGA has objected to certain topics of the Second 30(b)(6) Notice on grounds that it has communicated to Mattel through written correspondence;

    WHEREAS, the parties met and conferred by written correspondence on July 21 and 26, 2010; and counsel for the parties met and conferred by phone on July 20 and 27, 2010, but despite their efforts have been unable to resolve matters concerning certain topics of the Second 30(b)(6) Notice;

    WHEREAS, MGA intends to file a Motion for Protective Order regarding certain topics of the Second 30(b)(6) Notice (the "Motion");

    WHEREAS, without waiving any objections or arguments either party may present in their briefing, MGA and Mattel have reached an agreement regarding the briefing schedule for MGA's Motion;

//
//
//
//

1  NOW, THEREFORE, MGA and Mattel hereby stipulate and agree, subject
2  to the Court's approval, that MGA's Motion will be due on or before July 30, 2010,
3  Mattel's Opposition to the Motion will be due on or before, August 6, 2010, and
4  MGA's Reply will be due on or before August 13, 2010.
5      IT IS SO STIPULATED.

6
7  DATED: July 28, 2010        QUINN EMANUEL URQUHART & SULLIVAN, LLP
8
9                  By /s/ Scott L. Watson
10                    Scott L. Watson
                      Attorneys for Mattel, Inc.
11
12
13
14 DATED: July 28, 2010        ORRICK, HERRINGTON & SUTCLIFFE, LLP
15
16
17                  By /s/ Mark P. Wine
                      Mark P. Wine
18                    Attorneys for the MGA Parties
19
20
21
22
23
24
25
26
27
28