1  MELINDA HAAG (State Bar No. 132612)
   mhaag@orrick.com
2  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
3  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
5  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Tel. (213) 629-2020/Fax: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' MOTION FOR PROTECTIVE ORDER RE: MATTEL INC.'S SECOND PHASE 2 NOTICE OF 30(B)(6) DEPOSITION**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-Trial Conference: TBD<br>Trial Date: TBD |

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation for briefing schedule regarding MGA Entertainment, Inc. ("MGA")'s Motion for protective order regarding Mattel's Second Phase 2 Notice of 30(b)(6) Deposition, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

MGA's Motion for protective order shall be filed on or before July 30, 2010. Mattel's Opposition shall be filed on or before August 6, 2010, and MGA's Reply will be due on or before August 13, 2010.

DATED: _____, 2010

_____
Hon. David O. Carter
United States District Judge

OHS West:260959833.1

- 1 -

[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR
MGA'S MOTION FOR PROTECTIVE ORDER
CASE NO. 04-9049 DOC (RN0BX)