MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR IGWT 826 INVESTMENTS LLC'S MOTION FOR PROTECTIVE ORDER RE MATTEL, INC.'S NOTICE OF 30(B)(6) DEPOSITION**<br><br>Date:    TBD<br>Time:    TBD<br>**Phase 2**<br>Discovery:    None Set<br>Pretrial Conference: None Set<br>Trial Date:    None Set |
| AND CONSOLIDATED ACTIONS | |

1   IGWT 826 Investments LLC ("IGWT") and Mattel, Inc. ("Mattel"), by and
2   through their respective counsel of record, hereby stipulate and agree as follows,
3   subject to approval by the Court.
4   WHEREAS, on July 9, 2010, Mattel served a Notice of Deposition of IGWT
5   826 Investments LLC pursuant to Federal Rule of Civil Procedure 30(b)(6);
6   WHEREAS, on July 20, the parties agreed to extend the time to respond to
7   Mattel's notice by four days;
8   WHEREAS, on July 23, pursuant to the aforementioned agreement, Mattel
9   served an Amended Notice of Deposition of IGWT 826 Investments LLC pursuant
10  to Federal Rule of Civil Procedure 30(b)(6) ("IGWT Deposition Notice");
11  WHEREAS, IGWT has objected to all topics of the IGWT Deposition Notice
12  on grounds that it has communicated to Mattel through written correspondence;
13  WHEREAS, the parties met and conferred by phone on July 20, 2010; and
14  counsel for the parties met and conferred by written correspondence on July 26 and
15  by phone on July 27, 2010, but have been unable to resolve matters concerning
16  topics of the IGWT Deposition Notice;
17  WHEREAS, IGWT intends to file a Motion for Protective Order regarding
18  the IGWT Deposition Notice (the "Motion");
19  WHEREAS, without waiving any objections or arguments either party may
20  present in their briefing, IGWT and Mattel have reached an agreement regarding
21  the briefing schedule for IGWT's Motion;
22  //
23  //
24  //
25  //
26  //
27  //
28  //

- 1 -

NOW, THEREFORE, IGWT and Mattel hereby stipulate and agree, subject to the Court's approval, that IGWT's Motion will be due on or before July 30, 2010, Mattel's Opposition to the Motion will be due on or before, August 6, 2010, and IGWT's Reply will be due on or before August 13, 2010.

IT IS SO STIPULATED.

DATED: July 28, 2010            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Scott L. Watson
Scott L. Watson
Attorneys for Mattel, Inc.

DATED: July 28, 2010            ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Mark P. Wine
Mark P. Wine
Attorneys for IGWT 826 Investments LLC and the MGA Parties

OHS West:260959771.1