1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
5   San Francisco, CA 94105
    Tel. (415) 773-5700/ Fax: (415) 773-5759
6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
7   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
8   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
9   Tel. (213) 629-2020/Fax: (213) 612-2499

10  THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13
      Attorneys for MGA Parties
14
                    UNITED STATES DISTRICT COURT
15                  CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION
16

| | |
|---|---|
| 16  CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| 17          Plaintiff, | Consolidated with: |
| 18          v. | Case No. CV 04-9059 Case No. CV 05-2727 |
| 19  MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| 20          Defendant. | **[PROPOSED] ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR IGWT** |
| 21  AND CONSOLIDATED ACTIONS | **826 INVESTMENT LLC'S MOTION FOR PROTECTIVE ORDER RE:** |
| 22  | **MATTEL'S NOTICE OF 30(B)(6)** |
| 23  | **DEPOSITION** |
| 24  | Date:    TBD Time:    TBD |
| 25  | Place:   Courtroom 9D **Phase 2** |
| 26  | Discovery Cut-off:      TBD Pre-Trial Conference:   TBD |
| 27  | Trial Date:             TBD |
| 28  | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation for briefing schedule regarding IGWT 826 Investments LLC's ("IGWT") Motion for protective order regarding Mattel's Notice of 30(b)(6) deposition, and good cause appearing therefore,

### IT IS HEREBY ORDERED:

IGWT's Motion for protective order shall be filed on or before July 30, 2010. Mattel's Opposition shall be filed on or before August 6, 2010, and IGWT's Reply will be due on or before August 13, 2010.

DATED: _____, 2010                        _____

Hon. David O. Carter
United States District Judge

OHS West:260941996.1

[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR
IGWT'S MOTION FOR PROTECTIVE ORDER
CASE NO. 04-9049 DOC (RNBx)