UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                               Date: July 29, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE

       The parties are ORDERED TO SHOW CAUSE in writing on or before 5:00 p.m. on July 30, 2010 as to why the Court should not proceed to rule on Mattel, Inc. ("Mattel")'s pending Motion for an Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege (the "Motion").  By Minute Order dated December 14, 2009, the Court held the Motion in abeyance pending the Ninth Circuit's disposition of MGA's appeal and Mattel's conditional Cross-Appeal.  If the parties require further briefing on the Motion in light of the Ninth Circuit's ruling, they shall provide a clear explanation of the need for further briefing and identify the amount of time required to prepare such briefing.

       The Clerk shall serve this minute order on all parties to the action.