Quinn Emanuel Urquhart & Sullivan, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 04-09049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Mattel, Inc.'s Notice of Motion and Motion to Compel Responses to Mattel's Third Set of Interrogatories to the MGA Parties (Phase 2); Application to File Under Seal; Proposed Order; Proof of Service

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Mattel, Inc.'s Notice of Motion and Motion to Compel Responses to Mattel's Third Set of Interrogatories to the MGA Parties (Phase 2); Application to File Under Seal; Proposed Order; Proof of Service

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
 Application to Seal and Proposed Order Not Subject to E-filing.

| July 29, 2010 | B. Dylan Proctor |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                **NOTICE OF MANUAL FILING**