# EXHIBIT B

Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 600
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., A California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE COMPENSATION FOR COURT-APPOINTED E-DISCOVERY CONSULTANT**<br><br>(July 12, 2010) |

The undersigned having been appointed Special Master to hear and submit reports and recommendations to the Court regarding electronic discovery issues hereby submits the following Report and Recommendation.

1

## REPORT

Pursuant to stipulation of all parties the Court ordered (Order) the Special Master to retain an electronic discovery forensic consultant to serve as a neutral expert in this action pursuant to Federal Rules of Evidence § 706. The Special Master selected International Litigation Services (ILS) to serve in this capacity. The Order also provides the Special Master shall receive and review statements for services rendered by ILS and submit to the Court a report and recommendation regarding payment.

Attached hereto as "Exhibit A" is the Statement of ILS for services rendered during June, 2010, in the total amount of $62,263.76. The Special Master has reviewed the Statement and finds the charges contained therein accurately reflect work done at the request of the Special Master, and the amount of such charges are reasonable. The Special Master will recommend the Court order payment of this amount by Mattel and MGA, each party to pay one-half of the total.

## RECOMMENDATION

The Report of Special Master contained herein is accepted and approved.

Mattel and MGA shall, within 10 days of this order, each pay to International Litigation Services (ILS) the following in compensation for services rendered by ILS in its capacity as Court-appointed electronic discovery forensic consultant:

Mattel:   $31,131.88
MGA:     $31,131.88

Date: July 12, 2010

_____
James L. Smith
Discovery Referee

**IT IS SO ORDERED.**

Date: July _____, 2010

_____
Hon. David O. Carter
Federal District Court Judge

# Exhibit A

3

July 12, 2010, REPORT AND RECOMMENDATION OF
SPECIAL MASTER RE CONSULTANT COMPENSATION

International Litigation Services, Inc.
65 Enterprise
Aliso Viejo, CA 92656

(888)313-4457

**INTERNATIONAL LITIGATION SERVICES**

# Invoice

| DATE | INVOICE # |
|---|---|
| 06/30/2010 | 2560 |

| TERMS | DUE DATE |
|---|---|
| Due on receipt | 06/30/2010 |

**BILL TO**
JAMS
Attn: Judge James Smith

| | Contact Name | Reference |
|---|---|---|
| | Judge James Smith | Mattel vs. MGA Entertainment |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 06/30/2010 | Services Performed June 9th thru June 30th | | | |
| 06/30/2010 | Activities to Support Review by Paul Rorie of the Brawer Hard Drive Data | 8.25 | 350.00 | 2,887.50 |
| 06/30/2010 | Activities to support Judge Smith in Law and Motion filed by parties | 18.25 | 350.00 | 6,387.50 |
| 06/30/2010 | Activities Regarding Search of Archive One - Onsite at MGA | 114.1 | 350.00 | 39,935.00 |
| 06/30/2010 | Activities Regarding Archive One | 4.75 | 350.00 | 1,662.50 |
| 06/30/2010 | Court Ordered Monitoring of Searches at Mattel Facilities of Backup Tapes and Email sytem - includes seraches for Luther Email | 14.5 | 350.00 | 5,075.00 |
| 06/30/2010 | Activities related to Machado Hard Drives | 2 | 350.00 | 700.00 |
| 06/30/2010 | Activities related to Larian hard Drives | 5.25 | 350.00 | 1,837.50 |
| 06/30/2010 | Weekly Project Status and Review meetings with ILS Team, receive and review correspondence - Joe Thorpe | 7 | 350.00 | 2,450.00 |
| 06/30/2010 | Mileage for Gene Cioni for month of June for Onsite visits to MGA | 1 | 1,199.00 | 1,199.00 |
| 06/30/2010 | Mileage and expenses for Diane Barry for month of June for Onsite visits | 1 | 129.76 | 129.76 |

Thank you for your Business.

| TOTAL | $62,263.76 |
|---|---|

All past due accounts will be subject to a service charge of 1.5% per month. (18% Annually)

Exhibit B Page 9

# eServe
# Document Separator Sheet
# Powered By



If any of the documents are incomplete, missing, illegible or unreadable please contact eLaw at (800) 352 - 5267, and reference this cover sheet.

2. Orders 07-12-10 Report of Special Master re Machado Hardrives) - 6 Page(s)

Package #: 110744

Jurisdiction: USA

ADR provider: JAMS-Arbitration

Branch Office: Orange

Case No: 1200042828

Case Name: Mattel, Inc. v. MGA Entertainment, Inc.

```
1  Hon. James L. Smith (Ret.)
   JAMS
2  500 N. State College Blvd.
   Suite 600
3  Orange, CA  92868
   Telephone: (714) 939-1300
4  Fax: (714) 939-8710
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | |
| MGA ENTERTAINMENT, INC., A California corporation, et al., | **REPORT OF ELECTRONIC DISCOVERY SPECIAL MASTER** |
| Defendant. | (Re: Machado Hard Drives) |
| | (07/12/10) |
| AND CONSOLIDATED ACTIONS | |

Pursuant to Court Order hard drives used by or belonging to Gustavo Machado, a former employee of first Mattel and then MGA, were submitted to the Court-appointed neutral e-discovery consultant, ILS.

1

1  Attached hereto as Exhibit "A" is the "Report of Technical Advisor International
2  Litigation Services, Inc.," stating the results of their examination. It should be noted the scope
3  of the ILS examination did not include a full forensic examination of these hard drives, but
4  focused only on the presence or use of wiping (spoliation) software.

6  Date: July 12, 2010

James L. Smith
Special Master

# Exhibit "A"



# Report of Technical Advisor
# International Litigation Services, Inc.

## Submitted to Special Master for eDiscovery James Smith

*Carter Bryant v. Mattel*
*Case No. CV 04-9049 DOC (RNBx),*
*Consolidated with Case Nos. CV 04-09059 and CV 05-02727*

July 12, 2010

*Submitted by:*
International Litigation Services, Inc.
800 West Sixth Street, Ste 1500
Los Angeles, CA 90017
Phone: 213-687-7400
www.ils-ipp.com


**INTERNATIONAL LITIGATION SERVICES**

### Project Description

Per the instructions of the Special Master for eDiscovery, MGA delivered four drive images to ILS. Three are full forensic images, while one is a "ghost" image and consists only of the active file from the target drive (no slack space or deleted files, etc.)

The image designations are as follows:

| Image Name | Image Date/Time |
|---|---|
| 1. ES02 | 09/04/09 @ 18:16 |
| 2. OAD25AC1 (Ghost) | 3/5/07 17:30 |
| 3. OAD26AC1 | 6/24/2010 @ 19:19 |
| 4. OAD33AC1 | 4/11/07 @ 19:39 |

It is our understanding that these images were made of Mr. Machado's computer.

ILS was instructed to examine each of these images to determine whether or not the images showed the presence and/or use of wiping/deletion software, and whether or not the images showed evidence of suspicious deletion incidents/patterns.


INTERNATIONAL LITIGATION SERVICES

### Findings

1. For Image 1 - OAD25AC1, the ghost copy of the drive, it is not possible to make findings regarding deletion or wiping, as this image contains active file spaces only – no slack space or deleted files, etc.

2. ILS found a scrubber/wipe software called BeClean on 2 of the 4 images (see table below).

3. On three of the four images, ILS found evidence that BeClean had been used on the drive.

4. ILS found no other patterns of suspicious deletion or wiping on the target drives.

BeClean (http://www.boozet.org/beclean.htm) is a free tool primarily designed as a complete system cleaner. The software cleans registry data, internet files, history files, temp files, disk and desktop. The software literature states that it wipes deleted files and cleans recycle bin files. In addition, BeClean can be customized to clean specified folders or files. The software does not always clean user defined files past recovery.

BeClean creates a backup registry file when executed. Based on preliminary examination of such backup registry files, it appears that installations occurred as follows:

Image 1 – ES02: Wiping activities occurred on 08/2707

Image 3 - OAD26AC1: Wiping activities occurred 08/28/06

Image 4 - OAD33AC1: Although the software is not present on the image, the drive shows evidence that BeClean was accessed/used on the drive the morning of the date when the image was collected – 04/11/07. The evidence is the presence of a Windows Setup Log file which reflects that BeClean was accessed on that date.

| Image Name | Image Date | Evidence of File Wiping (Yes/No) | File System Cleaning Software Present? (Yes/No) | List Software | Install Date | # of times executed |
|---|---|---|---|---|---|---|
| ES02 | 09/04/09 @ 18:16 | No | Yes | BeClean | 8/10/2007 | 4 |
| OAD25AC1 | 3/5/07 1730 | - | - | - | - | - |
| OAD26AC1 | 6/24/2010 @ 1919 | No | Yes | BeClean | 6/28/2006 | 1 |
| OAD33AC1 | 4/11/07 @ 1939 | Yes | No | - | ? | ? |

Page 2 of 2

Exhibit B Page 16

# eServe
# Document Separator Sheet
# Powered By



End of Document Package

Package #: 110744

Jurisdiction: USA

ADR provider: JAMS-Arbitration

Branch Office: Orange

Case No: 1200042828

Case Name: Mattel, Inc. v. MGA Entertainment, Inc.