MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: CV 04-9059; CV 05-2727<br><br>**DECLARATION OF SAMUEL VALENTINE IN SUPPORT OF THE MGA PARTIES' OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (JULY 19, 2010)** |

I, SAMUEL VALENTINE, declare:

1. I am a paralegal working at MGA Entertainment. I have been so employed since June 7, 2010. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Since June 7, 2010, I have observed ILS' search of ArchiveOne. I know based on my observations and the information provided to me prior to my employment at MGA that ILS began running search terms on ArchiveOne beginning on June 1, 2010. ILS has conducted searches on 24 days between June 1, 2010 through July 26, 2010.

3. Since June 1, 2010, ILS has run the following search terms found at Exhibit A of the May 8, 2010 Report and Recommendation on pages 12-13:

- 01/01/2003 – 01/01/2009 and ((actual sales and inventory) or (availability and inventory) or (availability and stock)) and (*larian* or *castilla* or *coleman* or *report*)

- (Alien* or Alien Racer*) and (Brawer or Huntley or race to save)

- Amsterdam and (forecast* or project*) and (Castilla or Mattel)

- (Ana or Beatriz or Maria) and (Isaac or Larian or Marlow or seamstress* or Mattel or Paula or pattern* or moonlight* or sew* or fashion* or dress*)

- angel* and (Bryant or Carter or Hatch or Jesse Ramirez or Leahy or Linker or Marlow or Rhee or sculpt*)

- (angel* or bratz) and ((before 06/01/2001) or 2000 or 2001)

- Ashong and Angel* and before 06/01/2001

- (Alaska Momma or Alaska Mamma) and (Carter or Bryant) and before 04/27/2004

- Arsalan or Gozini and after 01/01/2008
- avail units and 2003 actuals
- (back lot or backlot) and 12/01/2003 and 07/01/2006
- Backpack and before 06/01/2001
- (Barbie & Me or Barbie near Me) an 12/01/2003-07/01/2006
- Barbie of Swan Lake and 12/01/2003-07/01/2006
- (Believe near Girl*) or WBIG or WBG or webelieveingirls.com or (website near Mattel*)
- Blockbuster and (Gustavo or Machado or Mariana or Trueba or Pablo or Vargas) and before 10/31/2004
- bratz and (08/26/2008 - present)
- (Bratz or My Scene) and (confus* or Cory or Schwartz or consumer quest or consumer request or Del Vecchio or focus group or LA Focus or L.A. Focus or Feinberg or Ng or research)
- blind date and between 12/01/2003 and 07/01/2006
- bling before 06/01/2007

4. Since June 1, 2010, ILS has run the following search terms found at Exhibit B of the May 8, 2010 Report and Recommendation on pages 42-43. There were times when ILS combined the following terms into searches such as the following "Moxie OR IGWT OR Durkin OR Receiver OR Fraioli OR Rosen OR Eckert OR Kadisha OR Nazarian OR Gordinier OR Villar OR Sonnenschein OR Dutcher." However, I understand that the purpose of combining a search in this fashion is to obtain references to individual terms. The terms run are as follows:

- Eckert
- Fraioli
- Durkin

1. Dutcher
2. IGWT
3. Kadisha
4. Moxie
5. Nazarian
6. Receiver
7. Rosen
8. Sonnenschein
9. Gordinier
10. Villar

- (06/01/2008 –present)) and ((Bratz near replac*) or Mox* or ((new or different) near (doll* or look* or name*)))

- (accura* near forecast*) or (adjust* near forcast*) and 01/01/2003 – 01/01/2009

- Bratz and Barbie

- Bratz and Mattel

- Larian and (enjoin* or injunct* or verdict)

- margin* and (TRU or Toys R Us or Wal-Mart or Walmart or Wal Mart or WM or Target or Kmart or K-Mart or K Mart or Zeller) and after 01/01/2004 and (improve* or declin* or decreas* or increas* or high* or low*)

- Mattel near ((assist* or aid* or help* or support* or fund*) and (lawsuit* or action* or litigation or arbitration* or disput* or claim* or suit* or trial or defense* or settle* or judgment* or dismiss* or award* or decree* or opinion or pleading* or complaint))

- Wing, 04/30/2009 to present

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Van Nuys, California on July 29, 2010.

_____
Samuel Valentine