MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| Defendant. | |
| | Date:  TBD<br>Time: TBD<br>Place: Courtroom 9D |
| AND CONSOLIDATED ACTIONS | **Phase 2** |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On July 29, 2010, I served the following document(s):

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL;**

3.   **NOTICE OF LODGING OF DOCUMENTS FILED BEFORE JUDGE SMITH IN CONNECTION WITH THE MGA PARTIES' OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (JULY 19, 2010) [ATTORNEYS' EYES ONLY-PURSUANT TO PROTECTIVE ORDER];**

4.   **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

☒    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.

Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2010, at Los Angeles, California.

_Vicente Exposito_

USA Legal Networks, Inc.

- 1 -

## PROOF OF SERVICE BY U.S. MAIL

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On July 29, 2010, I served the following document(s):

1.    **APPLICATION TO FILE UNDER SEAL;**

2.    **[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL;**

3.    **NOTICE OF LODGING OF DOCUMENTS FILED BEFORE JUDGE SMITH IN CONNECTION WITH THE MGA PARTIES' OBJECTIONS TO REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER (JULY 19, 2010) [ATTORNEYS' EYES ONLY-PURSUANT TO PROTECTIVE ORDER];**

4.    **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

☒    By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐    By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

Counsel for Carlos Gustavo Machado Gomez

Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone:  (310) 459-2830
Facsimile:  (310) 459-4621

- 2 -

1

<u>Additional Counsel:</u>

2

Jason D. Russell, Esq.
jason.russell@skadden.com

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400

4

Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000

5

Facsimile:   (213) 687-5600

6

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>

7

Peter N. Villar, Esq.
Peter.villar@bingham.com

8

BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor

9

Costa Mesa, CA  92626-1924
Telephone:  (714) 830-0600

10

Facsimile:   (714) 830-0700

11

12

   I am employed in the county from which the mailing occurred.  On the date

13

indicated above, I placed the sealed envelope(s) for collection and mailing at this

14

firm's office business address indicated above.  I am readily familiar with this

15

firm's practice for the collection and processing of correspondence for mailing with

16

the United States Postal Service.  Under that practice, the firm's correspondence

17

would be deposited with the United States Postal Service on this same date with

18

postage thereon fully prepaid in the ordinary course of business.

19

   I declare under penalty of perjury that the foregoing is true and correct.

20

Executed on July 29, 2010, at Los Angeles, California.

21

22

*Maria Mercado-Navarro*
Maria Mercado-Navarro

23

24

25

26

27

28

- 3 -