Name & Address:
Mark P. Wine (Bar No. 189,897)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614
Telephone:  (949) 567-6700
Facsimile:  (949) 567-6710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** Notice of Motion and Motion for Protective Order from Mattel, Inc.'s  Notice of Deposition of MGA Entertainment, Inc. Pursuant to Fed.R.Civ.P. 30(b)(6) (Second Phase 2 Notice); Declaration of Mark P. Wine in Support of Notice of Motion and Motion for Protective Order From Mattel, Inc.'s Notice of Deposition of MGA Entertainment, Inc. Pursuant to Fed.R.Civ.P. 30(b)(6) (Second Phase 2 Notice) w/Exhibits A-E; Application to File Under Seal;  Proposed Order Granting The MGA Parties' Application to File Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  See above list.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

July 30, 2010
Date

/s/Mark P. Wine
Attorney Name

 MGA Parties
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                NOTICE OF MANUAL FILING