MELINDA HAAG (Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for the MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Honorable David O. Carter<br><br>**MGA PARTIES' RESPONSE TO ORDER TO SHOW CAUSE DATED JULY 29, 2010 (Dkt. No. 8404)** |

1  The MGA Parties provide the following response to this Court's Order to Show Cause dated July 29, 2010, Dkt. No. 8404.

The Ninth Circuit's decision is technically not yet final. Mattel has the right to petition for rehearing or suggest that the case be taken en banc up to 14 days after the issuance of the Ninth Circuit's opinion. Fed. R. App. P. 40(a). The Ninth Circuit's mandate will not issue until 21 days after the filing of the opinion. Fed. R. App. P. 41(b). If Mattel agrees that it is not going to file for rehearing, suggest that the case be taken en banc, or file a cert. petition with the United States Supreme Court, then the MGA Parties agree that the procedural posture of the Ninth Circuit appeal should no longer serve as a barrier to this Court's resolution of the issues referenced in this Court's Minute Order of December 14, 2009.

Mattel's arguments in support of its Motion, however, are bound to its RICO claims. *Compare* Dkt. No. 7334 (Mot. for Order Compelling Crime-Fraud Communications) at 11-14 (noting how the communications allegedly furthered the claimed crimes at issue) *with* Dkt. No. 5607 (Third Amended Answer and Counterclaims) at 74-79 (identifying the alleged crimes at issue).[1] Accordingly, the MGA Parties respectfully submit that the Court should first resolve the pending motions to dismiss the RICO claims before deciding the instant motion, and that the Court permit the parties to address, if pertinent, how the resolution of the motion to dismiss affects the instant discovery motion.

Dated: July 30, 2010     ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Warrington S. Parker III*
Warrington S. Parker III
Attorneys for the MGA Parties and IGWT 826

---

[1] At the time of briefing, the Third Amended Answer and Counterclaims was the operative pleading.