QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **MATTEL, INC.'S SUBMISSION IN RESPONSE TO THE COURT'S JULY 29, 2010 ORDER TO SHOW CAUSE RE RULING ON MATTEL'S MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND AS TO WHICH MGA HAS WAIVED ATTORNEY-CLIENT PRIVILEGE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2**<br>Discovery: TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

Mattel makes this submission in response to the Court's July 29, 2009 Order to Show Cause [Dkt. No. 8404], "as to why the Court should not proceed to rule on Mattel, Inc. ('Mattel')'s pending Motion for an Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds and as to which MGA has Waived Attorney-Client Privilege (the 'Motion')."

The Ninth Circuit's ruling did not address the crime-fraud issues that were presented to Circuit.[1] See Mattel, Inc. v. MGA Entertainment, Inc., 2010 WL 2853761, at *11 n.12 ("We decline to address . . . Mattel's cross-appeal of the attorney-client privilege finding."). Indeed, confirming that it was offering no decision on the merits, the Ninth Circuit noted that it likely had no jurisdiction over such issues. See id. Moreover, the Motion seeks evidence directly relevant not only to Phase 2 issues, but also to Phase 1 claims that now will have to be retried in light of the Ninth Circuit's ruling. Accordingly, Mattel submits that no further briefing is necessary on these issues and respectfully requests that the Court schedule a hearing if necessary and rule at its earliest convenience on the Motion.

Respectfully submitted,

DATED: July 30, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc.

---

[1] As the Court knows, there are also crime-fraud issues relating to the withholding of the Larian-O'Connor email; the Court has previously advised that its intended Zolin inquiry into such issues will be held in abeyance pending the filing of MGA's Answer.