MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: CV 04-9059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PUBLIC VERSION] DECLARATION OF MARK P. WINE IN SUPPORT OF MGA'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF IGWT 826 INVESTMENTS LLC PURSUANT TO FED. R. CIV. P. 30(B)(6)**<br><br>Date:     TBD<br>Time:    TBD<br>Courtroom: TBD<br>**Phase 2** |

DECL. OF MARK P. WINE ISO MGA'S
MOTION FOR PROTECTIVE ORDER
CV-04-09049 DOC (RNBx)

1  I, Mark P. Wine, declare:

2  1. I am a member of the bar of the State of California, admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Notice of Deposition of IGWT 826 Investments LLC Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated July 23, 2010.

3. Attached hereto as **Exhibit B** is a true and correct copy of a document produced by IGWT bearing bates numbers IGWT 05233 – 05268. This document is designated Confidential and is being **Filed Under Seal** pursuant to the protective order.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by MGA bearing bates numbers MGA2 1505732 - 1505739. This document is designated Confidential – Attorneys' Eyes Only and is being **Filed Under Seal** pursuant to the protective order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 30, 2010, in Irvine, California.


*/s/ Mark P. Wine*
Mark P. Wine