# Exhibit C

**Confidential – Attorneys' Eyes Only**
**FILED UNDER SEAL PURSUANT TO**
**PROTECTIVE ORDER**

Case 2:04-cv-09049-DOC-RNB   Document 8415-4   Filed 07/30/10   Page 2 of 2   Page ID #:268258

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

**Document Description:**

☐     Administrative Record

☐     Exhibits

☐     Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐     Other

**Reason:**

☐     Under Seal

☐     Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐     Electronic versions are not available to filer

☐     Per Court order dated _____

☐     Manual Filing required (*reason*):

_____
Date

_____
Attorney Name

_____
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).