1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:    (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

11

12 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

13 | Plaintiff, | Hon. David O. Carter

14 | vs.

15 | MGA ENTERTAINMENT, INC., a California corporation, et al., | **DECLARATION OF KEITH M. STORIE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(B)(6) WITNESS (TOPIC 11, MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.)**

16 | Defendant.

17

18 | AND CONSOLIDATED ACTIONS

19 | Hearing Date:        TBD
Time:               TBD
20 | Place:              Ctrm. 9D

21 | **Phase 2:**
Discovery Cut-off:       TBD
22 | Pre-trial Conference:    TBD
Trial Date:             TBD

23

24

25

26

27

28

1          I, Keith M. Storie, declare as follows:

2          1.     I have been an employee of Mattel, Inc. ("Mattel") since April 2004.

3    I am currently Vice President of Finance, Assistant Controller at Mattel.  I have held

4    that position since April 2004.  I make this declaration of personal, firsthand

5    knowledge, and if called and sworn as a witness, I could and would testify competently

6    hereto.

7          2.     I am the designee on Topic 11 of MGA's April 27, 2010 Notice of

8    Deposition.  I testified as the designee on June 30, 2010.

9          3.     Topic 11 identifies 25 documents, all but two of which are emails.

10   Many of the emails were sent by the same author or were received by overlapping

11   groups of recipients.  To prepare for my deposition on Topic 11, I reviewed the 25

12   documents identified in MGA's deposition notice and interviewed 22 current and

13   former Mattel employees who were authors or recipients of those documents (20

14   directly and another two indirectly as described below), spoke with another witness --

15   an outside lawyer for Mattel -- who was knowledgeable about one of the emails, and

16   reviewed relevant deposition testimony where MGA had previously examined current

17   or former Mattel employees regarding a number of the exhibits.  Generally, when I

18   interviewed a person I attempted to learn about the circumstances under which Mattel

19   obtained any information in the document related to MGA or its products and asked

20   whether the person remembered the relevant document, had any knowledge regarding

21   the source of any information related to MGA or its products contained in the document

22   or recalled any other discussions he or she may have had about the subject matter of the

23   document.  In all cases, the persons I interviewed had reviewed the documents before

24   we discussed them.

25         4.     The current employees I interviewed were:  Andrew Alderman,

26   Gloria Bosch, Sarah Buzby, Stephanie Cota, Joe Franke, Julia Jensen, Tim Kilpin, Jill

27   Nordquist, Carey Plunkett, Patricia Smith, Evelyn Viohl and Allison Willensky.  The

28   former employees I spoke with were:  Russell Arons, Karen Cundari, Debbie Haag,

1  Sujata Luther, Roel van Neerbos, Steve Ross, Olaf Strom and Milt Zablow.  I also

2  spoke with Elena Baca, a partner with the law firm of Paul Hastings who has

3  represented Mattel in certain employment matters and who was knowledgeable about

4  one of the emails (Exhibit 25 discussed below).  Further, I spoke with Tim Kilpin about

5  his discussions with a current employee – Geoff Massingberd – and a former Mattel

6  employee – Cassidy Park – who were both recipients of one or more of  the emails.

7  Each of my interviews lasted between approximately 10-20 minutes, with the exception

8  of Mr. Kilpin, who I spoke with for approximately 45 minutes.

9           5.       I also reviewed the deposition testimony of a number of current and

10  former Mattel employees who had previously been examined by MGA about the source

11  of information relating to MGA or its products in certain of the Topic 25 exhibits,

12  including the testimony of current employees Tim Kilpin and Steve Totzke and former

13  employees Milt Zablow, Russell Arons and Matt Bousquette.

14           6.       Attached as Exhibit A is a list of the persons I consulted during my

15  preparations.  The first part is a list of all persons consulted, including a notation for the

16  two persons who provided information via Mr. Kilpin.  The second part breaks down

17  the persons consulted by exhibit, and also identifies the deposition testimony I

18  reviewed.  Below, I break down my preparations on an exhibit-by-exhibit basis, using

19  the exhibit numbers of MGA's deposition notice.

<div align="center">Exhibits 1 - 3</div>

21           7.       Exhibit 2 contains an email from Steve Totzke to Andrew

22  Alderman and Geoff Massingberd with information relating to MGA.  MGA

23  examined Mr. Totzke at length about the source of this information and I reviewed

24  that deposition testimony in preparation for my deposition.  I also interviewed

25  Andrew Alderman and Tim Kilpin, who had spoken with Mr. Massingberd,

26  regarding any knowledge they had regarding the source of the information in Mr.

27  Totzke's email. Exhibits 1 and 3 contain emails from Mr. Kilpin summarizing

28  certain of the information from Mr. Totzke's email.  In addition to Mr. Kilpin, I also

1 | interviewed former Mattel employee Milt Zablow and current Mattel employee Jill
2 | Nordquist regarding the source of the information in Mr. Kilpin's emails.  In
3 | addition, Mr. Kilpin spoke with former Mattel employee Cassidy Park regarding the
4 | information in Exhibits 1 and 3 and shared that conversation with me as part of my
5 | preparation.  I also reviewed relevant deposition excerpts from Mr. Kilpin and
6 | former Mattel employees Matt Bousquette and Russell Arons, each of whom had
7 | previously been examined by MGA about one or more of these exhibits.

<div align="center">

Exhibit 4

</div>

8.     Exhibit 4 contains an email from Tim Kilpin with information
relating to MGA.  I interviewed Mr. Kilpin about this email as well as five of its
recipients—former Mattel employees Russell Arons, Sujata Luther and Milt Zablow
and current Mattel employees Stephanie Cota and Evelyn Viohl.  In addition, Mr.
Kilpin spoke with another recipient of the email, former Mattel employee Cassidy
Park, and shared the results of that conversation with me.   I also reviewed excerpts
of Mr. Kilpin's deposition testimony where MGA examined him about this exhibit.

<div align="center">

Exhibit 5

</div>

9.     Exhibit 5 contains pages with information about certain MGA
products, mostly girls products.  I interviewed Carey Plunkett who prepared the
pages with information relating to MGA girls products.  I also reviewed excerpts of
the deposition testimony from former Mattel employee Matt Bousquette where
MGA examined Mr. Bousquette about this exhibit.  I did not speak with Sal
Villasenor, who is shown as one of the senders of this document.  I understand that
Mr. Villasenor is no longer employed by Mattel.  I also understand that at the time
of my preparation MGA was making arrangements to take Mr. Villasenor's
deposition in this matter and that Mr. Villasenor was represented by his own
counsel.

DECLARATION OF KEITH STORIE

<u>Exhibits 6 and 10</u>

10.    Exhibits 6 and 10 contain the same email from former Mattel employee Janet Han with information related to MGA.  I interviewed four recipients of the email--former Mattel employees Russell Arons,  Debbie Haag and Milt Zablow and current Mattel employee Tim Kilpin.  I also reviewed excerpts of Mr. Kilpin's deposition testimony where MGA examined him about this email.  I did not interview Ms. Han.  Ms. Han is no longer an employee of Mattel.  I understand that after leaving Mattel Ms. Han went to work for MGA.

<u>Exhibits 7 and 8</u>

11.    Exhibits 7 and 8 contain the same email from former Mattel employee Milt Zablow with information related to MGA.  I reviewed excerpts of Mr. Zablow's deposition testimony where MGA examined him about this email.  I also interviewed two of the three original recipients of Mr. Zablow's email, Tim Kilpin and former Mattel employee Sujata Luther.  I also reviewed excerpts of the deposition testimony of the third original recipient of the email, former Mattel employee Matt Bousquette, where MGA examined him about this email.  In addition, I interviewed two individuals who Ms. Luther forwarded the email to— Allison Willensky and Russell Arons.  Mr. Kilpin spoke with another person to whom Ms. Luther forwarded the email, former Mattel employee Cassidy Park, and relayed the substance of that conversation to me.  I also reviewed excerpts from Mr. Kilpin's deposition testimony where MGA examined him about this email.

<u>Exhibit 9</u>

12.    Exhibit 9 contains an email from Mattel employee Joe Franke with information related to MGA.  I interviewed Mr. Franke who informed me that he obtained the information from an individual named Andy Kislevich, who I understand is not a Mattel employee but an outside inventor who has done work for Mattel in the past.  I provided this information and additional details provided to me by Mr. Franke at my deposition.  Since my deposition I have confirmed with

DECLARATION OF KEITH STORIE

1 | Mattel's Human Resources Department that they have no record of Mr. Kislevich

2 | having been a Mattel employee.

### Exhibit 11

4 |      13.    Exhibit 11 contains emails from former Mattel employee Janet

5 | Han with information related to MGA. I interviewed three of the recipients of the

6 | emails—former Mattel employees Russell Arons and Debbie Haag and current

7 | Mattel employee Tim Kilpin. I also reviewed excerpts of the deposition testimony

8 | of Milt Zablow and Tim Kilpin where MGA examined them about this exhibit. I

9 | did not interview Ms. Han. Ms. Han is no longer an employee of Mattel. I

10 | understand that after leaving Mattel Ms. Han went to work for MGA.

### Exhibit 12

12 |      14.    Exhibit 12 is a one-page handwritten note. I interviewed Mattel

13 | employee Patricia Smith who confirmed that she prepared this note. I also

14 | interviewed Ms. Smith's former supervisor, former Mattel employee Olaf Strom, the

15 | only other person who is referenced by name in this exhibit. I also reviewed

16 | excerpts of the deposition testimony of Russell Arons where MGA examined her

17 | about this exhibit.

### Exhibit 13

19 |      15.    Exhibit 13 contains an email from former Mattel employee Roel

20 | van Neerbos. Mr. Neerbos is currently CEO of Heinz's European Division. I also

21 | interviewed Gloria Bosch, a recipient of the email and an employee of Mattel Spain.

22 | I also reviewed excerpts of the deposition testimony of Matt Bousquette where

23 | MGA questioned him about this exhibit.

### Exhibits 14 and 15

25 |      16.    Exhibits 14 and 15 contain the same information related to

26 | MGA. I interviewed five recipients—former Mattel employee Milt Zablow and

27 | current Mattel employees Julia Jensen, Tim Kilpin, Jill Nordquist and Joe Franke. I

28 | also reviewed excerpts of the deposition testimony of former Mattel employee

DECLARATION OF KEITH STORIE

1 Russell Arons, a recipient of Exhibit 14 and the sender of Exhibit 15, where MGA

2 examined her about Exhibit 14.  I did not interview the author of Exhibit 14, former

3 Mattel employee Janet Han.  As indicated above, I understand that Ms. Han went to

4 work for MGA after leaving Mattel.

<div align="center">Exhibit 16</div>

6      17.    Exhibit 16 contains an email from former Mattel employee

7 Karen Cundari.  I interviewed Ms. Cundari as well as Jill Nordquist, the recipient of

8 the email, and two individuals to whom Ms. Nordquist forwarded the email, Tim

9 Kilpin and Sarah Buzby.  I also reviewed excerpts of the deposition testimony of

10 Mr. Kilpin and Russell Arons, both of whom were examined by MGA about this

11 exhibit.

<div align="center">Exhibits 17 and 18</div>

13     18.    Exhibits 17 and 18 contain email chains that begin with the same

14 email from former Mattel employee Steve Ross.  I interviewed or reviewed relevant

15 deposition excerpts of the senders and recipients of each of the emails contained in

16 these two exhibits. Specifically, I interviewed Steve Ross, Tim Kilpin, Sujata Luther

17 and Debbie Haag about these emails and read relevant excerpts from the depositions

18 of Russell Arons and Matt Bousquette.

<div align="center">Exhibit 19</div>

20     19.    Exhibit 19 contains an email from Tim Kilpin with information

21 related to MGA.  I interviewed Tim Kilpin, as well as one of the two recipients of

22 Mr. Kilpin's email, Steve Ross.  In addition, I reviewed excerpts of the deposition

23 testimony of the other recipient of Mr. Kilpin's email, Matt Bousquette, where MGA

24 questioned Mr. Bousquette about this exhibit.

<div align="center">Exhibit 20</div>

26     20.    Exhibit 20 is an email chain between Matt Bousquette and Steve

27 Ross.  I interviewed Mr. Ross about this exhibit and reviewed excerpts of the

28

1  deposition testimony of Mr. Bousquette where MGA examined him about this

2  exhibit.

3  <center>Exhibit 21</center>

4        21.   Exhibit 21 contains an email from Tim Kilpin with information

5  related to MGA.  I interviewed Mr. Kilpin about this email.  I also reviewed

6  excerpts of Mr. Kilpin's deposition testimony where MGA questioned him about

7  this exhibit.  Mr. Kilpin was knowledgeable about the source of the information

8  related to MGA in this exhibit and I provided the information I learned from Mr.

9  Kilpin at my June 30, 2010 deposition.

10  <center>Exhibit 22</center>

11        22.   Exhibit 22 contains an email from former Mattel employee Sal

12  Villasenor.  I interviewed a number of its recipients, including Sarah Buzby, Tim

13  Kilpin, Sujata Luther, Jill Nordquist, Evelyn Viohl and Allison Willensky.  I also

14  reviewed excerpts of the deposition testimony of former Mattel employees Russell

15  Arons and Matt Bousquette where they were examined by MGA about this exhibit.

16  I did not speak with Mr. Villasenor about this exhibit.  I understand that Mr.

17  Villasenor is no longer employed by Mattel.  I also understand that at the time of my

18  preparation MGA was making arrangements to take Mr. Villasenor's deposition in

19  this matter and that Mr. Villasenor was represented by his own counsel.

20  <center>Exhibit 23</center>

21        23.   Exhibit 23 is an email from Steve Ross with information related

22  to MGA.  I interviewed Mr. Ross, as well as two of the email's recipients, Tim

23  Kilpin and Sujata Luther, about this email.  I also reviewed excerpts of the

24  deposition testimony of two other recipients of the email, Russell Arons and Matt

25  Bousquette, where MGA examined them about this exhibit.

26  <center>Exhibit 24</center>

27        24.   Exhibit 24 contains an email from an individual named Claire

28  Flello at a company named Entertainment Rights that references Bratz.  I

00505.07975/3600610.2

<center>-7-</center>

<div align="right">DECLARATION OF KEITH STORIE</div>

1  interviewed Steve Ross and Sarah Buzby, two of the recipients of Ms. Flello's email,

2  about her email.  I also interviewed four people to whom Mr. Ross forwarded Ms.

3  Flello's email:  Russell Arons, Tim Kilpin, Sujata Luther and Jill Nordquist.

4                                   Exhibit 25

5         25.    I interviewed Elena Baca, a partner with the law firm of Paul

6  Hastings, about Exhibit 25.  Ms. Baca represented Mattel in an employment matter

7  involving the sender of one of the emails in Exhibit 25.  Ms. Baca informed me of

8  the circumstances under which Mattel obtained this email and I provided this

9  information at my June 30, 2010 deposition.

10

11         I declare under penalty of perjury under the laws of the United States of

12  America that the foregoing is true and correct.

13         Executed on July 29, 2010, at El Segundo, California.

14

15  _____
      Keith M. Storie

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3600610.2

DECLARATION OF KEITH STORIE

# Exhibit A

99999.77327/3608325.1

# TOPIC 11

## Persons

Andrew Alderman

Russell Arons

Elena Baca

Gloria Bosch

Sarah Buzby

Stephanie Cota

Karen Cundari

Joe Franke

Debbie Haag

Julia Jensen

Tim Kilpin

Sujata Luther

Geoff Massingberd

Roel van Neerbos

Jill Nordquist

Cassidy Park

Carey Plunkett

Steve Ross

Patricia Smith

Olaf Strom

Evelyn Viohl

Allison Willensky

Milt Zablow

1



**Exhibit 9204**
30(b)(6) Storie
6/30/10
Kae Gernandt, CSR #5342

**Exhibits**

Exhs. 1-3

Tim Kilpin

Geoff Massingberd (2, via Tim Kilpin)

Cassidy Park (1 and 3, via Tim Kilpin)

Jill Nordquist (1)

Milt Zablow (1)

Andrew Alderman (2)

Steve Totzke Deposition

Matt Bousquette Deposition

Tim Kilpin Deposition

Russell Arons Deposition

Exh. 4

Russell Arons

Stephanie Cota

Tim Kilpin

Sujata Luther

Cassidy Park (via Tim Kilpin)

Milt Zablow

Evelyn Viohl

Tim Kilpin Deposition

Exh. 5

Carey Plunkett

Matt Bousquette Deposition

Exhs. 6 & 10

Russell Arons (6)

Tim Kilpin

Debbie Haag (6)

Milt Zablow

Tim Kilpin Deposition

Exhs. 7 & 8

Russell Arons (7)

Tim Kilpin

Sujata Luther

Cassidy Park (7, via Tim Kilpin)

Allison Willensky (7)

Matt Bousquette Deposition

Milt Zablow Deposition

Tim Kilpin Deposition

Exh. 9

Joe Franke

Exh. 11

Russell Arons

Debbie Haag

Tim Kilpin

Milt Zablow Deposition

Tim Kilpin Deposition

Exh. 12

Patricia Smith

Olaf Strom

Russell Arons Deposition

3

Exh. 13

Gloria Bosch

Roel van Neerbos

Matt Bousquette Deposition

Exhs. 14 & 15

Julia Jensen (15)

Tim Kilpin

Cassidy Park (15, via Tim Kilpin)

Milt Zablow (14)

Jill Nordquist (15)

Joe Franke (15)

Russell Arons Deposition

Exh. 16

Karen Cundari

Tim Kilpin

Jill Nordquist

Sarah Buzby

Russell Arons Deposition

Tim Kilpin Deposition

Exhs. 17 & 18

Debbie Haag

Tim Kilpin

Sujata Luther

Steve Ross

Russell Arons Deposition

Matt Bousquette Deposition

Exh. 19

Tim Kilpin

Steve Ross

Matt Bousquette Deposition

Exh. 20

Steve Ross

Matt Bousquette Deposition

Exh. 21

Tim Kilpin

Tim Kilpin Deposition

Exh. 22

Sarah Buzby

Tim Kilpin

Sujata Luther

Jill Nordquist

Evelyn Viohl

Allison Willensky

Russell Arons Deposition

Matt Bousquette Deposition

Exh. 23

Tim Kilpin

Sujata Luther

Steve Ross

Russell Arons Deposition

Matt Bousquette Deposition

Exh. 24

Russell Arons

Sarah Buzby

Tim Kilpin

Sujata Luther

Jill Nordquist

Steve Ross

Exh. 25

Elena Baca

6