MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA PARTIES' MOTION FOR PROTECTIVE ORDER RE: MATTEL INC.'S SECOND PHASE 2 NOTICE OF 30(B)(6) DEPOSITION** |
| AND CONSOLIDATED ACTIONS | |
| | Date:    TBD<br>Time:    TBD<br>Place:   Courtroom 9D<br>**Phase 2**<br>Discovery Cut-off:      TBD<br>Pre-Trial Conference:   TBD<br>Trial Date:              TBD |

1

<u>ORDER</u>

Based on the concurrently filed Stipulation for briefing schedule regarding MGA Entertainment, Inc. ("MGA")'s Motion for protective order regarding Mattel's Second Phase 2 Notice of 30(b)(6) Deposition, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

MGA's Motion for protective order shall be filed on or before July 30, 2010. Mattel's Opposition shall be filed on or before August 6, 2010, and MGA's Reply will be due on or before August 13, 2010.

DATED:   <u>July 30</u>, 2010

_____
Hon. David O. Carter
United States District Judge

OHS West:260959833.1