| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| 2 | mhaag@orrick.com<br>ANNETTE L. HURST (State Bar No. 148738) |
| 3 | ahurst@orrick.com<br>WARRINGTON S. PARKER III (State Bar No. 148003) |
| 4 | wparker@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | The Orrick Building, 405 Howard Street<br>San Francisco, CA 94105<br>Tel. (415) 773-5700/ Fax: (415) 773-5759 |
| 6 | |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186)<br>wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017<br>Tel. (213) 629-2020/Fax: (213) 612-2499 |
| 10 | THOMAS S. McCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600<br>Irvine, CA 92614-2258<br>Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR IGWT 826 INVESTMENT LLC'S MOTION FOR PROTECTIVE ORDER RE: MATTEL'S NOTICE OF 30(B)(6) DEPOSITION**<br><br>Date:    TBD<br>Time:   TBD<br>Place:  Courtroom 9D<br>**Phase 2**<br>Discovery Cut-off:       TBD<br>Pre-Trial Conference:  TBD<br>Trial Date:                   TBD |

## ORDER

Based on the concurrently filed Stipulation for briefing schedule regarding IGWT 826 Investments LLC's ("IGWT") Motion for protective order regarding Mattel's Notice of 30(b)(6) deposition, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

IGWT's Motion for protective order shall be filed on or before July 30, 2010. Mattel's Opposition shall be filed on or before August 6, 2010, and IGWT's Reply will be due on or before August 13, 2010.

DATED: July 30    , 2010          /s/ David O. Carter
                                  Hon. David O. Carter
                                  United States District Judge

OHS West:260941996.1