```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 5  Facsimile: (213) 443-3100

 6  Attorneys for Mattel, Inc.

 7              UNITED STATES DISTRICT COURT
 8              CENTRAL DISTRICT OF CALIFORNIA
 9                    SOUTHERN DIVISION
```

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2)** |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order Filed Concurrently Herewith]

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: TBD

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Compel Responses to Mattel's Third Set of Interrogatories to the MGA Parties (Phase 2).

The Motion includes information MGA has designated as "Confidential – Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of quotations from email communications among MGA executives. Accordingly, Mattel requests that the Court order that the Motion be filed under seal. In the alternative, Mattel requests that the Court find that the information contained therein is not confidential and order the Motion filed in the public record.

DATED: July 29, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ B. Dylan Proctor / BMH
B. Dylan Proctor
Attorneys for Mattel, Inc.