```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 5  Facsimile:  (213) 443-3100
 6  Attorneys for Mattel, Inc.
```



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING:<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2)**<br><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |



00505.07975/3607260.1

[PROPOSED] ORDER

1 [PROPOSED] ORDER

2 Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s
3 Notice of Motion and Motion to Compel Responses to Mattel's Third Set of
4 Interrogatories to the MGA Parties (Phase 2),

5 IT IS HEREBY ORDERED:

6 Mattel, Inc.'s Notice of Motion and Motion to Compel Responses to Mattel's
7 Third Set of Interrogatories to the MGA Parties (Phase 2) is ORDERED filed under
8 seal pursuant to Local Rule 79-5.1.

10 DATED: 7.29, 2010     *David O. Carter*
11                       Hon. David O. Carter
                         United States District Judge

00505.07975/3607260.1

-2-

[PROPOSED] ORDER