**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                        Date: August 2, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                       NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER SETTING TRIAL DATE

All claims in these consolidated actions shall be set for trial on **January 11, 2011**. **THIS DATE WILL NOT BE CONTINUED**. The parties are ORDERED to meet and confer in an attempt to reach a stipulation as to all pre-trial dates and briefing schedules, including but not limited to: (1) any request by Mattel to assert trade secret claims related to Bratz and Jade; (2) the discovery deadline; (3) the expert discovery deadline; (4) the deadline for the filing of dispositive motions; and (5) the pre-trial conference. The parties' stipulation shall be filed on or before August 9, 2010.

The Clerk shall serve this minute order on all parties to the action.