Name & Address:
Alexander H. Cote (SBN 211558)
Scheper Kim & Harris LLP
601 W. Fifth St., 12th Fl.
Los Angeles, CA 90071
Telephone: (213) 613-4655; Fax: (213) 613-4656

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
1) Application to File Under Seal;
2) [Proposed] Order Granting Application to File Under Seal; and
3) Carlos Gustavo Machado Gomez's Opposition to Mattel, Inc.'s Cross-Motion for Discovery Pursuant to 28 USC §1782 and Issuance of Apostilles

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other    See above list.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

| August 2, 2010 | /s/ Alexander H. Cote |
|---|---|
| Date | Attorney Name |
| | Carlos Gustavo Machado Gomez |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    NOTICE OF MANUAL FILING