QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(B)(6) WITNESS (TOPIC 11, MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.)<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3608385.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Opposition To MGA Entertainment, Inc.'s
4  Motion To Compel Mattel To Produce Fully Prepared 30(b)(6) Witness (Topic 11,
5  MGA's April 27, 2010 Notice Of Deposition Of Mattel Inc.) ("Opposition").
6  The Opposition includes information that MGA and Mattel have designated
7  as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This
8  information primarily consists of quoted excerpts from the deposition testimony of
9  Keith Storie and documents used in Keith Storie's deposition.
10 In light of the designations by MGA and Mattel, Mattel seeks permission to
11 file the Opposition under seal. For the foregoing reasons, Mattel requests that the
12 Court order that the Opposition be filed under seal.

DATED: July 30, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel. Inc.