QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF LETTERS IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S JULY 28, 2010 REPORT AND RECOMMENDATION RE** *IN CAMERA* **REVIEW**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  TBD |

00505.07975/3612672.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges with the Court the following three letters from counsel for Mattel and counsel for MGA to the Discovery Master regarding the Discovery Master's *in camera* review and the specific dispute in Mattel, Inc.'s Objections To The Discovery Master's July 28, 2010 Report And Recommendation Re *In Camera* Review:

- July 8, 2010, Letter from B. Proctor to R. O'Brien;
- July 21, 2010, Letter from A. Hurst to R. O'Brien; and
- July 22, 2010, Letter from B. Proctor to R. O'Brien.

DATED: August 2, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ B. Dylan Proctor
   B. Dylan Proctor
   Attorneys for Mattel, Inc.