MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. | Case No. CV 04-9049-DOC (RNBx) <br><br> Consolidated with: <br> Case No. CV 04-9059 <br> Case No. CV 05-2727 <br><br> Hon. David O. Carter <br><br> **APPLICATION TO FILE UNDER SEAL** |
| AND CONSOLIDATED ACTIONS | |

1  Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order (Dkt.
2  No. 54) entered by the Court in this action the MGA Parties hereby respectfully
3  request that the Court order filed under seal the documents identified below.

4  These documents discuss, quote and attach materials that MGA or MGAE de
5  Mexico has designated as "Confidential—Attorneys' Eyes Only" pursuant to the
6  Protective Order. Accordingly, the MGA Parties request that the Court order that
7  the following documents be filed under seal.

**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF IGWT 826 INVESTMENTS LLC PURSUANT TO FED. R. CIV. P. 30(B)(6)**

**DECLARATION OF MARK P. WINE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF IGWT 826 INVESTMENTS LLC PURSUANT TO FED. R. CIV. P. 30(B)(6)**

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: July 30, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: _____
                                      Mark P. Wine
                                  Attorneys for MGA Parties