| | |
|---|---|
| 1 | MELINDA HAAG (State Bar No. 132612) |
| | mhaag@orrick.com |
| 2 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 3 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building, 405 Howard Street |
| 5 | San Francisco, CA 94105 |
| | Tel. (415) 773-5700 / Fax: (415) 773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Tel. (213) 629-2020 / Fax: (213) 612-2499 |
| 10 | THOMAS S. McCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700 / Fax: (949) 567-6710 |
| 13 | |
| | Attorneys for MGA Parties and IGWT 826 Investments |
| 14 | LLC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| 17 | CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| 18 | Plaintiff, | Consolidated with No. CV 04-9059 and No. CV 05-2727 |
| 19 | v. | Hon. David O. Carter |
| 20 | MATTEL, INC., a Delaware corporation, | **NOTICE OF JOINDER TO CARLOS GUSTAVO MACHADO GOMEZ'S OPPOSITION TO MATTEL INC.'S CROSS-MOTION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 AND ISSUANCE OF APOSTILLES** |
| 21 | Defendant. | |
| 22 | | |
| 23 | AND CONSOLIDATED ACTIONS | Date: TBD |
| 24 | | Time: TBD |
| | | Dept: Courtroom 9D |
| 25 | | |
| 26 | | **Phase 2:** |
| | | Discovery Cut-off: TBD |
| 27 | | Pre-trial Conference: TBD |
| | | Trial Date: January 11, 2011 |
| 28 | | |

1    PLEASE TAKE NOTE THAT MGA Entertainment, Inc., MGAE de Mexico,
2  S.R.L. de C.V., MGA Entertainment (H.K.) Ltd., and Isaac Larian (collectively,
3  the "MGA Parties") adopt and join for all purposes defendant Carlos Gustavo
4  Machado Gomez's Opposition to Mattel's Cross-motion for Discovery Pursuant to
5  28 U.S.C. § 1782 and Issuance of Apostilles [filed under seal].  For the reasons set
6  forth in Machado's abovementioned opposition, the MGA Parties respectfully
7  request that the Court recognize that the MGA Parties have joined said opposition,
8  and deny the relief sought by Mattel.

9  Dated:    August 3, 2010           WILLIAM A. MOLINSKI
10                                     Orrick, Herrington & Sutcliffe LLP

11                                     By:   /s/ William A. Molinski
12                                           WILLIAM A. MOLINSKI
13                                           Attorneys for MGA Parties

14

15  OHS West:260959521.3

- 1 -

NOTICE OF JOINDER
CASE NO. CV 04-9049-DOC (RNBx)