MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Phase 2 - Hon. David O. Carter**<br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S RENEWED MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE A PROPERLY PREPARED 30(B)(6) WITNESS FOR FURTHER DEPOSITION TESTIMONY REGARDING MGA'S TRADE DRESS CLAIMS** |

I, Diana M. Rutowski, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Opposition to Mattel, Inc.'s Renewed Motion to Compel MGA Entertainment, Inc. to Produce a Properly Prepared 30(b)(6) Witness for Further Deposition Testimony Regarding MGA's Trade Dress Claims. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. On August 2, 2010, I requested that members of my law firm calculate the amount of time Ninette Pembleton was deposed. I am informed and believe that, based upon such calculation, Ms. Pembleton was deposed for 8:57 hours on the record.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on August 3, 2010, at Menlo Park, California.

*/s/ Diana M. Rutowski*
Diana M. Rutowski

- 1 -

RUTOWSKI DECL ISO MGA'S OPPO TO MATTEL'S RENEWED MTC MGAE TO PRODUCE PREPARED 30(B)(6) WITNESS RE MGA'S TRADE DRESS CLAIMS CV-04-9049 DOC (RNBX)