# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>**[PROPOSED] ORDER ON MATTEL, INC.'S MOTION TO COMPEL COMMUNICATIONS RELATING TO MATTEL EMPLOYEES**<br><br>**Phase 2:**<br>Disc. Cut-off:       TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:          January 11, 2011 |

[PROPOSED] ORDER

Having considered parties' briefing on Mattel, Inc.'s Motion to Compel Communications Relating to Mattel Employees, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. MGA Entertainment, Inc.'s (MGA's) objections to Mattel's Request Nos. 39-49 of Mattel, Inc.'s Fifth Set of Requests for Documents and Things to MGA Entertainment, Inc. (Phase 2) (collectively "the Requests") are overruled; and

2. MGA is hereby ordered to produce all nonprivileged documents responsive to the Requests.

DATED: _____. 2010 _____
Hon. David O. Carter
United States District Judge