Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-09049 DOC (RNBx)<br>The Honorable David O. Carter<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MASTER'S APPLICATION TO FILE AMENDMENT TO ORDER NO. 96 UNDER SEAL** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER**

APPLICATION TO FILE AMENDMENT TO
ORDER NO. 96 UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]

## **APPLICATION**

Pursuant to Central District Local Rule 79-5.1, the Discovery Master respectfully requests that the Court permit him to file under seal the Phase 2 Discovery Matter Amendment to Order No. 96 Regarding Further *In Camera* Review of Documents Submitted by Mattel Pursuant to Order No. 94 ("the Order"). The basis for filing the Order under seal is that it pertains to the Discovery Master's analysis of documents that have been reviewed *in camera* for privilege.

The Discovery Master therefore respectfully requests that the Court grant this Application to File Under Seal. The Discovery Master has lodged a [Proposed] Order concurrently herewith for the Court's consideration.

Dated: August 2, 2010

By: /s/ Drew R. Hansen
Drew R. Hansen