Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. CV 04-09049 DOC (RNBx)<br>The Honorable David O. Carter<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**[~~PROPOSED~~] ORDER GRANTING DISCOVERY MASTER'S APPLICATION TO FILE AMENDMENT TO ORDER NO. 96 UNDER SEAL** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER**

---

[PROP] ORDER GRANTING
APP. TO FILE AMENDMENT TO ORDER NO. 96
UNDER SEAL [Case No. CV 04-09049 DOC (RNBx)]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## ORDER

The Court, having considered the Discovery Master's concurrently-filed Application to File Amendment to Order No. 96 Under Seal, hereby GRANTS the Discovery Master's Application and orders that the Discovery Master's Phase 2 Discovery Matter Amendment to Order No. 96 Regarding *In Camera* Review of Documents Submitted by Mattel Pursuant to Order No. 94 be filed Under Seal.

**IT IS HEREBY ORDERED:**

DATED: 8-2-2010

*David O. Carter*

Hon. David O. Carter
United States District Court Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

[PROP ] ORDER GRANTING
APP. TO FILE AMENDMENT TO ORDER NO. 96
UNDER SEAL [Case No. CV 04-09049 DOC (RNBx)]