QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
   Annette L. Hurst (Bar No. 148738)
   (ahurst@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>Honorable David O. Carter<br><br>STIPULATION TAKING MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98 OFF THE COURT'S AUGUST 9, 2010 HEARING CALENDAR |

# STIPULATION

WHEREAS, on July 12, 2010, Mattel, Inc. ("Mattel") filed its Notice of Motion and Motion Objecting to Portions of the Discovery Master's Order No. 98 (Dkt. No. 8277), with a noticed hearing date of August 9, 2010;

WHEREAS, on July 16, 2010, MGA Entertainment, Inc., Isaac Larian, MGA de Mexico and MGA Entertainment (HK) Ltd., ("MGA") filed their Opposition (Dkt. No. 8352), and, on July 20, 2010, a corrected version of their Opposition (Dkt. No. 8354);

WHEREAS, on July 20, 2010, Mattel filed its Reply (Dkt. No. 8355); and

WHEREAS, no other matters are on calendar for argument on August 9, 2010 in this action, and the Court has decided a number of discovery motions in this actions without oral argument,

NOW, THEREFORE, Mattel and MGA, by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, that Mattel's Motion Objecting to Portions of the Discovery Master's Order No. 98 shall be taken off the Court's August 9, 2010 hearing calendar and may be decided at such date and time and in such a manner as the Court may order.

IT IS SO STIPULATED.

DATED: August 4, 2010        QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Scott L. Watson
Scott L. Watson
Attorneys for Mattel, Inc.

DATED: August 4, 2010        ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Warrington S. Parker III
Warrington S. Parker III
Attorneys for MGA Entertainment, Inc.