1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA

12

SOUTHERN DIVISION

13

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | [PROPOSED] ORDER RE STIPULATION TAKING OFF CALENDAR THE AUGUST 9, 2010 HEARING DATE FOR MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98 |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation Taking Off Calendar The August 9, 2010 Hearing Date for Mattel's Objections to Portions of Discovery Master Order No. 98, and for good cause shown, IT IS HEREBY ORDERED that:

The currently scheduled hearing of August 9, 2010 is taken off calendar, and the motion shall be decided at such date and time and in such a manner as the Court may order.

DATED:                    . 2010  _____
                                   Hon. David O. Carter
                                   United States District Judge

[PROPOSED] ORDER