**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621
Email:      mark@overlaw.net

**Attorneys for**
**Carlos Gustavo Machado Gomez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with CV 04-9059 and CV 05-2727 |
| v. | **DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF CARLOS GUSTAVO MACHADO GOMEZ'S OPPOSITION TO MATTEL INC.'S CROSS-MOTION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 AND ISSUANCE OF APOSTILLES** |
| MATTEL, INC, | |
| Defendant. | |
| AND CONSOLIDATED CASES | |
| | Crtrm.: Honorable David O. Carter |
| | Date: TBD
Time: TBD
Place: Courtroom 9D |
| | **Phase 2:**
Discovery Cut-off: TBD
Pre-trial Conference: TBD
Trial Date: January 11, 2011 |

## <u>DECLARATION OF ALEXANDER H. COTE</u>

I, ALEXANDER COTE, declare as follows:

1.     I am an attorney at Scheper Kim & Harris LLP. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the January 19, 2010 transcript of the hearing before the Court in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of August, 2010 at Los Angeles, California.

_____/s/_____
ALEXANDER H. COTE

2