UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>ORDER RE STIPULATION TAKING OFF CALENDAR THE AUGUST 9, 2010 HEARING DATE FOR MATTEL, INC.'S OBJECTIONS TO PORTIONS OF DISCOVERY MASTER ORDER NO. 98 |

[PROPOSED] ORDER

<u>ORDER</u>

Based on the concurrently filed Stipulation Taking Off Calendar The August 9, 2010 Hearing Date for Mattel's Objections to Portions of Discovery Master Order No. 98, and for good cause shown, IT IS HEREBY ORDERED that:

The currently scheduled hearing of August 9, 2010 is taken off calendar, and the motion shall be decided at such date and time and in such a manner as the Court may order.

DATED:   August 4, 2010

_____
Hon. David O. Carter
United States District Judge