QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de
Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR VARIOUS DISCOVERY MOTIONS<br><br>**Phase 2:**<br>Disc. Cut-off:     TBD<br>Pre-trial Conf.:   TBD<br>Trial Date:        TBD |

1  Mattel, Inc. ("Mattel"), and MGA Entertainment, Inc. ("MGA"), by and
2 through their respective counsel of record, hereby stipulate and agree as follows,
3 subject to approval by the Court.

4  WHEREAS, on July 21, 2010, Mattel filed a Motion to Compel the
5 Production of Documents Regarding the MGA Parties' Unclean Hands Defense
6 ("Unclean Hands Motion");

7  WHEREAS, on July 26, 2010, MGA filed a Motion to Compel Mattel to
8 Produce Robert A. Eckert on Topic 9 of MGA's Notice of Deposition and Produce
9 Documents Related to Mattel Licenses ("Topic 9 Motion");

10  WHEREAS, on July 26, 2010, MGA filed a Motion to Compel Inspection of
11 Originals of Carter Bryant's Employment Agreement with Mattel and Mattel's
12 Copyright Applications for Bratz-Related Work and for Sanctions ("Inspection
13 Motion");

14  WHEREAS, on July 26, 2010, Mattel filed a Renewed Motion to Compel
15 MGA to Produce a Properly Prepared 30(b)(6) Witness for Further Deposition
16 Testimony Regarding MGA's Trade Dress Claims ("Trade Dress Motion");

17  WHEREAS, on July 29, 2010, Mattel filed a Motion to Compel Responses to
18 Mattel's Third Set of Interrogatories to the MGA Parties (Phase 2) ("Third Set
19 Motion");

20  WHEREAS, on July 30, 2010, Mattel filed a Motion to Compel Responses to
21 Mattel's First Set of Interrogatories to the MGA Parties (Phase 2) ("First Set
22 Motion");

23  WHEREAS, on August 2, 2010, Mattel filed Objections to the Discovery
24 Master's July 28, 2010 Report and Recommendation re In Camera Review ("R&R
25 Motion");

26  WHEREAS, without waiving any arguments either party may present in their
27 briefing, Mattel and MGA have reached an agreement concerning the briefing
28 schedules for the Motions;

1       NOW, THEREFORE, Mattel and MGA hereby stipulate and agree, subject to
2   the Court's approval, that:

3       The oppositions to the Inspection Motion and Trade Dress Motion will be due
4   on or before August 3, 2010, and the replies will be due on or before August 6,
5   2010.

6       The oppositions to the Unclean Hands Motion and Topic 9 Motion will be
7   due on or before August 9, 2010, and the replies will be due on or before August 16,
8   2010.

9       The opposition to the Third Set Motion will be due on or before August 10,
10  2010, and the reply will be due on or before August 16, 2010.

11      The opposition to the First Set Motion will be due on or before August 11,
12  2010, and the reply will be due on or before August 17, 2010.

13      The opposition to the R&R Motion will be due on or before August 12, 2010,
14  and the reply will be due on or before August 19, 2010.

15      IT IS SO STIPULATED.

17  DATED:  August 5, 2010         QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                                   By /s/ Michael T. Zeller
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc. and Mattel de
                                      Mexico, S.A. de C.V.

23  DATED:  August 5, 2010         ORRICK, HERRINGTON & SUTCLIFFE
                                   LLP

                                   By /s/ Diana Rutowski
                                      Diana Rutowski
                                      Attorneys for MGA Entertainment, Inc..