1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

14
15 MATTEL, INC., a Delaware corporation,
16        Plaintiff,
17    vs.
18
19 MGA ENTERTAINMENT, INC., a California corporation, et al.
20        Defendant.
21 AND CONSOLIDATED ACTIONS
22
23
24
25
26
27
28

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No.    CV 04-09059
Case No.    CV 05-02727

Honorable David O. Carter

[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR VARIOUS DISCOVERY MOTIONS;

**Phase 2:**
Disc. Cut-off:      TBD
Pre-trial Conf.:    TBD
Trial Date:         TBD

# [PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for Various Discovery Motions, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The oppositions to the Inspection Motion and Trade Dress Motion will be due on or before August 3, 2010, and the replies will be due on or before August 6, 2010.

The oppositions to the Unclean Hands Motion and Topic 9 Motion will be due on or before August 9, 2010, and the replies will be due on or before August 16, 2010.

The opposition to the Third Set Motion will be due on or before August 10, 2010, and the reply will be due on or before August 16, 2010.

The opposition to the First Set Motion will be due on or before August 11, 2010, and the reply will be due on or before August 17, 2010.

The opposition to the R&R Motion will be due on or before August 12, 2010, and the reply will be due on or before August 19, 2010.

DATED:                    . 2010  _____
Hon. David O. Carter
United States District Judge