UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                        Date: August 6, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): ORDER DIRECTING FILING OF SUPPLEMENTAL BRIEFS AS TO MATTEL'S MOTION TO COMPEL

  In response to the Court's Order to Show Cause, the MGA Parties requested the opportunity to file supplemental briefing as to Mattel's pending motion to compel the production of certain attorney-client communications under the crime-fraud and waiver exceptions to the attorney-client privilege. That request is GRANTED. The MGA Parties shall submit any supplemental briefing on or before August 12, 2010 and Mattel's responsive briefing (if any) shall be due on or before August 16, 2010. The MGA Parties' request that the Court delay its ruling on the motion pending the issuance of a final mandate by the Ninth Circuit is DENIED.