**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                             Date: August 6, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER VACATING PRIOR ORDERS REGARDING TRIAL STRUCTURE; DIRECTING FILING OF BRIEFS CONCERNING NINTH CIRCUIT'S JULY 22, 2010 OPINION

      All orders issued by Judge Larson, the judge who previously presided over this case, are VACATED insofar as they concern trial structure. The parties are ORDERED to submit briefs that set forth their respective positions as to the action(s) that should be taken by the Court, if any, in response to the Ninth Circuit's July 22, 2010 opinion. The briefing shall be filed with the Court on or before August 20, 2010. To avoid long and inconvenient hearings on simpler issues, the parties are encouraged to reach stipulations when possible and thereby aid the efficient administration of this case.

      For the purposes of their briefing only, and in order to promote the speedy resolution of these issues, the parties shall assume that Mattel's contemplated petition for rehearing and rehearing en banc will be denied and that any subsequent petition for a writ of certiorari with the Supreme Court will be denied.