UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.　CV 04-09059<br>Case No.　CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR VARIOUS DISCOVERY MOTIONS;<br><br>**Phase 2:**<br>Disc. Cut-off:　　TBD<br>Pre-trial Conf.:　TBD<br>Trial Date:　　　TBD |

Case 2:04-cv-09049-DOC-RNB Document 8464-1 Filed 08/05/10 Page 2 of 2 Page ID #:269021

# ~~[PROPOSED]~~ ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for Various Discovery Motions, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The oppositions to the Inspection Motion and Trade Dress Motion will be due on or before August 3, 2010, and the replies will be due on or before August 6, 2010.

The oppositions to the Unclean Hands Motion and Topic 9 Motion will be due on or before August 9, 2010, and the replies will be due on or before August 16, 2010.

The opposition to the Third Set Motion will be due on or before August 10, 2010, and the reply will be due on or before August 16, 2010.

The opposition to the First Set Motion will be due on or before August 11, 2010, and the reply will be due on or before August 17, 2010.

The opposition to the R&R Motion will be due on or before August 12, 2010, and the reply will be due on or before August 19, 2010.

DATED: August 6 , 2010 _/s/ David O. Carter_
Hon. David O. Carter
United States District Judge