**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for
Carlos Gustavo Machado Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>CV 04-9059<br>CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC, | |
| Defendant. | **APPLICATION TO FILE UNDER SEAL** |
| AND CONSOLIDATED CASES. | ~~FILED UNDER SEAL~~<br>~~(PURSUANT TO PROTECTIVE ORDER DATED JANUARY 4, 2005)~~ |

APPLICATION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 79-5.1, and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, Carlos Gustavo Machado Gomez hereby respectfully requests that the Court order filed under seal the document identified below.

This document discusses, quotes and attaches materials that Mattel, Inc. has designated as "Confidential -- Attorneys Eyes Only" pursuant to the Protective order. Accordingly, Carlos Gustavo Machado Gomez requests that the Court order the following document be filed under seal.

**CARLOS GUSTAVO MACHADO GOMEZ'S OPPOSITION TO MATTEL INC.'S CROSS-MOTION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 AND ISSUANCE OF APOSTILLES**

For the foregoing reasons, Carlos Gustavo Machado Gomez respectfully requests the Court enter the concurrently filed [Proposed] Order granting this request to file the document under seal.

DATED: August 3, 2010

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND

By: /s/ Alexander H. Cote
Alexander H. Cote
Attorneys for Carlos Gustavo Machado Gomez