**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

**Attorneys for**
**Carlos Gustavo Machado Gomez**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with CV 04-9059 CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC, | |
| Defendant. | [PROPOSED] ORDER GRANTING CARLOS GUSTAVO MACHADO GOMEZ'S APPLICATION TO FILE UNDER SEAL |
| AND CONSOLIDATED CASES. | FILED UNDER SEAL |
| | (PURSUANT TO PROTECTIVE ORDER DATED JANUARY 4, 2005) |

LODGED

---

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

1   The Court, having considered Carlos Gustavo Machado Gomez's application

2   for an order to file under seal, and having found good cause to do so, it is HEREBY

3   ORDERED that said application is GRANTED in its entirety.

4   The Clerk shall maintain under seal the following document:

5   **CARLOS GUSTAVO MACHADO GOMEZ'S OPPOSITION TO**
    **MATTEL INC.'S CROSS-MOTION FOR DISCOVERY PURSUANT**
6   **TO 28 U.S.C. § 1782 AND ISSUANCE OF APOSTILLES**

7

8

9   DATED:  August 4, 2010

10

11

12  HON. DAVID O. CARTER,
    Judge, United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL