1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

7  UNITED STATES DISTRICT COURT

8  CENTRAL DISTRICT OF CALIFORNIA

9  SOUTHERN DIVISION

| | |
|---|---|
| 10  MATTEL, INC., a Delaware corporation, et al., | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-02727 |
| 12            Plaintiff, | Hon. David O. Carter |
| 13  vs. | **CORRECTED SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' OBJECTION TO ITEM 3 OF THE ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION DATED JULY 5, 2010** |
| 15  MGA ENTERTAINMENT, INC., a California corporation, et al., | |
| 17            Defendant. | |
| 18  AND CONSOLIDATED ACTIONS | |
| 19 | Hearing Date:   TBD<br>Time:           TBD<br>Place:          TBD |
| 20  **PUBLIC REDACTED VERSION** | |
| 21 | **Phase 2** |
| 22 | Discovery Cutoff:      TBD<br>Pre-trial Conference:  TBD<br>Trial:  January 11, 2011 |

00505.07975/3617531.1

Case No. CV 04-9049 DOC (RNBx)
SUPPLEMENTAL ZELLER DECLARATION ISO MATTEL'S OPPOSITION TO MGA PARTIES' OBJECTION TO JULY 5 REPORT AND RECOMMENDATION

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. The purpose of this declaration is to update the Court on facts revealed by a recent document produced from the Larian hard drives that is relevant to MGA's pending Objection to Item 3 of Report and Recommendation Dated July 5, 2010 [Dkt. No. 8255].

3. On July 26, 2010, MGA produced to Mattel the first batch of documents located pursuant to the search of the Larian hard drives ordered in the Court's May 13, 2010 Order [Dkt. No. 7860]. Among these documents was an email chain between Isaac Larian and Joe Tiongco (MGA's former Director of Network Services), bearing the Bates number MGA2 1759135-1759136. Attached as Exhibit A is a true and correct copy of this email chain.

4. The email chain is dated from September 2003, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Fred Larian was a co-founder of MGA and, until December of 2000, was a 45-percent owner of MGA, at which time Isaac Larian purchased his share of the company.[1] Fred Larian sued Isaac Larian based on claims that Isaac Larian defrauded him by failing to disclose the true creation date of Bratz to Fred Larian at the time Isaac bought out Fred's share of MGA.[2] This lawsuit was the

---

[1] See generally Trial Tr., dated July 1, 2008 (trial testimony of Fred Larian), at 3776:5-3790:3.
[2] Id.

1  subject of discovery and trial testimony in Phase 1, as was Fred Larian's destruction of
2  both electronic and hard copy documents related to Bratz for the purpose of preventing
3  their discovery and use in this litigation.[3]  Indeed, in the email at issue here, ███
4  ████████████████████████████████████████████████████████████████████
5  ████████████████████████████

6      5.   In this email chain, ███████████████████████████
7-14 ████████████████████████████████████████████████████████████████████

15      6.   These facts confirm the need for the Special Master's ruling that
16  MGA must search for and produce "all ESI in the MGA Parties' possession, custody or
17  control that refer or relate to Bratz prior to January 1, 2001." See July 5 Report and
18  Recommendation, at 5-6. MGA has objected to this portion of the July 5 Report and
19  refuses to search for and produce such ESI.

20      7.   The MGA Parties have responded to several interrogatories asking
21  for all sources from which they have produced or collected evidence for this case, and
22  MGA updated those responses within the last month.[4] They have also provided a

---

[3] Id. at 3779:20-3790:1.
[4] See MGA Entertainment, Inc.'s Fourth Supplemental Responses to Interrogatory Nos. 38, 40, and 41 of Mattel, Inc.'s Revised Third Set of Interrogatories, dated March 3, 2008, at 15-42; MGA Entertainment (HK) Ltd's Fourth Supplemental Responses to Interrogatory Nos. 38, 40, and 41 of Mattel, Inc.'s Revised Third Set of Interrogatories, dated March 3, 2008, at 15-26; see also MGA Entertainment, Inc.'s Objections and (footnote continued)

1  "Collection Summary Report" listing the media that were collected in connection with
2  this case.[5] None of these documents contains a reference to email back-up tapes in
3  MGA's Los Angeles office as having been either collected or searched, and MGA's
4  30(b)(6) witness on the topic of its document search efforts stated that she was not
5  aware of MGA collecting any sources of information other than those listed.[6] Thus,
6  MGA has failed and refused to search its back-up tapes for early Bratz communications
7  even though, ████████████████████████████████████████
8  ████████████████████████████████

---

Responses to Mattel, Inc.'s Supplemental Set of Interrogatories, dated February 8, 2008, at 35-56; MGA Entertainment (HK) Ltd.'s Objections and Responses to Mattel, Inc.'s Supplemental Set of Interrogatories, dated February 8, 2008, at 36-53; MGA de Mexico, S.R.L. de C.V.'s Objections to Mattel, Inc.'s Supplemental Set of Interrogatories, dated February 8, 2008, at 37-40.
    [5] Deposition Exhibit 9193, tab 13.
    [6] Deposition of Lisa Tonnu, dated June 25, 2010, at 2146:11-21 ("Q: Do you have any information that suggests there's anything else not listed here? [putting aside legal requests] . . . A. I don't think so.").

8. In sum, the email chain ███████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████. The Special Master's July 5 Report, which recommended a forensic search of all such sources, including these back-up tapes, should be upheld. If anything, in light of the existing record and the new evidence from the email chain, the Court should order that the search be conducted by the Court-appointed forensic experts to ensure a proper collection and search is performed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2010, at Los Angeles, California.

/s/ Michael T. Zeller
Michael T. Zeller

00505.07975/3617531.1

-4-   Case No. CV 04-9049 DOC (RNBx)
SUPPLEMENTAL ZELLER DECLARATION ISO MATTEL'S OPPOSITION TO MGA PARTIES' OBJECTION TO JULY 5 REPORT AND RECOMMENDATION

# EXHIBIT A

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER