1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties and
   IGWT 826 Investments LLC
15

16                UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA
18                       SOUTHERN DIVISION

| | |
|---|---|
| 19 CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 20       Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| 21 v. | |
| 22 MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| 23       Defendant. | **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| 24 | Date:   TBD  Time:   TBD |
| 25 AND CONSOLIDATED ACTIONS | Place:  Courtroom 9D |
| 26 | Trial Date: January 11, 2011 |

27
28

                                                    PROOF OF SERVICE
                                                    CV 04-9049 DOC (RNBX)

## PROOF OF SERVICE BY HAND DELIVERY

I, Dion Jones, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On August 6, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL; and

3. MGA'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(b)(6) WITNESS (TOPIC 11, MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.).

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor, Esq.
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2010, at Los Angeles, California.

_____Dion Jones_____                    _____/s/ Dion Jones_____
                                            USA Network, Inc.

**PROOF OF SERVICE**

I, Sandra L. Burgos, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On August 6, 2010, I served the following document(s):

1. **APPLICATION TO FILE UNDER SEAL;**

2. **[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION TO FILE UNDER SEAL;**

3. **MGA'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(b)(6) WITNESS (TOPIC 11, MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.)**

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressee.

<u>Counsel for Carlos Gustavo Machado Gomez</u>

Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

  I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on August 6, 2010, at Los Angeles, California.

_____
Sandra L. Burgos