| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building, 405 Howard Street |
| 4 | San Francisco, CA 94105 |
| | Tel. (415) 773-5700/ Fax: (415) 773-5759 |
| 5 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 6 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 8 | Tel. (213) 629-2020/ Fax: (213) 612-2499 |
| 9 | THOMAS S. McCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 11 | Irvine, CA 92614-2258 |
| | Tel. (949) 567-6700/ Fax: (949) 567-6710 |
| 12 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF SAMUEL S. RUBIN** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Pursuant to 28, U.S.C. § 1746, I, Samuel S. Rubin, declare as follows:

1. I am a Director of Digital Forensics at Stroz Friedberg LLC. I make this declaration in support of MGA Parties' Reply in Support of the Objections to the July 19 Report and Recommendation of the Special Master for electronic discovery. This declaration is based upon my own personal knowledge and, if called as a witness, I could and would competently testify to the facts stated herein.

- 1 -

DEC. OF S. RUBIN
CV 04-09049 DOC (RNBx)

2. My prior declarations filed in this case have set forth the details of Stroz Friedberg's engagement with MGA as well as my expertise, qualifications, and background.

3. In 2009, Stroz Friedberg collected 16 hard drives associated with Isaac Larian (the "Larian Media"). We subsequently processed the data from these drives to make it searchable. This involved, among other things, using forensic processes to sort, index, and de-duplicate the data. We then imported the data into Stroz Review, Stroz Friedberg's electronic-discovery reviewing tool. We found that, after de-duplication, there were 549,827 total email and email-related files on the Larian Media.

4. In conjunction with our processing of the Larian Media, we were provided with a list of over 700 search terms. We understood that Mattel's attorneys had prepared these terms. We were instructed to run these search terms through the data we had obtained from the Larian Media. We did so by inputting the Mattel terms into the Stroz Review tool, and running the tool's search function.

5. Of the 549,827 total email and email-associated items, a total of 375,233 (or 68.25%) were responsive to the Mattel searches.

I swear under penalty of perjury that the foregoing is true and correct, and that this affidavit was executed on August 9, 2010, in Los Angeles, California.

_____
SAMUEL S. RUBIN