1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile:  (213) 443-3100

6  Attorneys for Mattel, Inc. and Mattel de
   Mexico, S.A. de C.V.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11

12 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
   |                                       | Consolidated with
13 |                                       | Case Nos. CV 04-09059 & CV 05-02727
14 |       Plaintiff,                      | Hon. David O. Carter
15 |   vs.                                 | **[PUBLIC REDACTED]**
   |                                       | **DECLARATION OF JEFFREY
16 |                                       | KORCHEK IN SUPPORT OF
   | MGA ENTERTAINMENT, INC., a            | MATTEL, INC.'S OPPOSITION TO
17 | California corporation, et al.,       | MGA'S MOTION TO COMPEL
   |                                       | MATTEL TO PRODUCE ROBERT
18 |                                       | A. ECKERT ON TOPIC 9 OF
   |       Defendant.                      | MGA'S NOTICE OF DEPOSITION
19 |                                       | AND PRODUCE DOCUMENTS
   |                                       | RELATED TO MATTEL
20 | AND CONSOLIDATED ACTIONS              | LICENSES
21 |
   |                                       | Hearing Date:  TBD
22 |                                       | Time:          TBD
   |                                       | Place:         Courtroom 9D
23 |                                       | **Phase 2**
24 |                                       | Disc. Cutoff:     TBD
25 |                                       | Pre-trial Conf.:  TBD
   |                                       | Trial:            January 11, 2011
26

27

28
00505.07975/3622929.1
                                              Case No. CV 04-9049 DOC (RNBx)
                                    [PUBLIC REDACTED] KORCHEK DECLARATION

# DECLARATION OF JEFFREY KORCHEK

I, Jeffrey Korchek, declare as follows:

1. I am Vice President of Business and Legal Affairs and Assistant General Counsel for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and my review of and familiarity with the corporate records available to me, and if called and sworn as a witness, I could and would testify competently hereto.

2. My responsibilities include supervising legal aspects of in-licensing, out-licensing and entertainment properties. I am informed that the defendant in this case, MGA Entertainment, Inc. ("MGA") seeks documents "related to" Mattel's Barbie licenses from 2001 to the present. Hundreds of thousands of documents located in disparate locations around the world are potentially responsive to this request.

3. ███████████████████████████████████████ Since January 1, 2001, Mattel has had more than ███ Barbie licenses worldwide, pursuant to which Mattel has licensed out certain rights. Such licenses are called "out-licenses." In addition, Mattel also has licensing agreements related to Barbie, pursuant to which Mattel has licensed in certain rights. Such licenses are called "in-licenses." ███████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████

4. Documents "related" to Mattel's Barbie licenses could include anything from ████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

|    |    |
|----|----|
| 1  | ███████████████████████████████████████ |
| 2  | ███████████████████████████████████████ |
| 3  | ███████████████████████████████████████ |
| 4  | ███████████████████████████████████████ |
| 5  | ███████████████████████████████████████ |
| 6  | ███████████████████████████████████████ |
| 7  | ████████████ |
| 8  | 5. ████████████████████████ |
| 9  | ███████████████████████████████████████ |
| 10 | ███████████████████████████████████████ |
| 11 | ███████████████████████████████████████ |
| 12 | ███████████████████████████████████████ |
| 13 | ███████████████████████████████████████ |
| 14 | ███████████████████████████████████████ |
| 15 | ███████████████████████████████████████ |
| 16 | ███████████████████████████████████████ |
| 17 | ███████████████████████████████████████ |
| 18 | ████ |

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on August 9, 2010, at Los Angeles, California.

                                          /s/ Jeffrey Korchek
                                          Jeffrey Korchek