QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Jon D. Corey (Bar No. 185066)
joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone: (213) 443–3000
Facsimile: (213) 443–3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04–9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04–09059<br>Case No. CV 05–02727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On August 9, 2010, I served true copies of the following documents described as:

### SEE ATTACHED DOCUMENTS LIST

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | ***Attorneys for the MGA Parties*** |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | ***Attorneys for the MGA Parties*** |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Law Offices of Mark E. Overland<br>Mark E Overland<br>100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>mark@overlaw.net | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br><br>Telephone:  310 459-2830<br>Facsimile:  310 459-4621 |

| | |
|---|---|
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |
| Scheper Kim & Harris LLP<br>David C. Scheper,Esq.<br>Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>dscheper@scheperkim.com<br>acote@scheperkim.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from mariselareyes@quinnemanuel.com on August 9, 2010, by transmitting a PDF format copy of such documents to each such person at the e-mail address listed below their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 9, 2010, at Los Angeles, California.

Marisela Reyes

Case No. CV 04–9049 DOC (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On August 9, 2010, I served true copies of the following documents described as:

## SEE ATTACHED DOCUMENTS LIST

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | **Attorneys for the MGA Parties** |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | **Attorneys for the MGA Parties** |
| Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for _the MGA Parties_**<br><br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>Mark E Overland<br>100 Wilshire Blvd., Suite 950, Santa<br>Monica, CA 90401<br>mark@overlaw.net | **Attorneys for _Carlos Gustavo_<br>_Machado Gomez_**<br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for _Omni 808 Investors, LLC_** |
| | |

Case No. CV 04–9049 DOC (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| Scheper Kim & Harris LLP<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>dscheper@scheperkim.com<br>acote@scheperkim.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 213.613-4655<br>Facsimile:  213.613-4656 |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelopes in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 9, 2010, at Los Angeles, California.


Marisela Reyes

Case No. CV 04–9049 DOC (RNBx)
PROOF OF SERVICE

1

# DOCUMENTS LIST

2

3   (1)   APPLICATION TO FILE UNDER SEAL
4         MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL
          MATTEL TO PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S
          NOTICE OF DEPOSITION AND PRODUCE DOCUMENTS RELATED
5         TO MATTEL LICENSES; AND DECLARATION OF JEFFREY
          KORCHEK IN SUPPORT THEREOF

6
    (2)   [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER
7         SEAL CORRECTED SUPPLEMENTAL DECLARATION OF MICHAEL
          T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA
8         PARTIES' OBJECTION TO ITEM 3 OF THE ELECTRONIC DISCOVERY
          SPECIAL MASTER'S REPORT AND RECOMMENDATION DATED
9         JULY 5, 2010 AND EXHIBIT A THERETO

10  (3)   MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL
          MATTEL TO PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S
11        NOTICE OF DEPOSITION AND PRODUCE DOCUMENTS RELATED
          TO MATTEL LICENSES

12
    (4)   DECLARATION OF JEFFREY KORCHEK IN SUPPORT OF MATTEL,
13        INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO
          PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S NOTICE OF
14        DEPOSITION AND PRODUCE DOCUMENTS RELATED TO MATTEL
          LICENSES

15

16

17

18

19

20

21

22

23

24

25

26

27

28