ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**MGA'S EX PARTE APPLICATION FOR LEAVE TO FILE OVER LENGTH DECLARATION IN SUPPORT OF MGA MOTIONS TO COMPEL**<br><br>Trial Date:   January 11, 2011 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc. and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") respectfully submit this *ex parte* application seeking leave to file an over length Declaration of William A. Molinski in support of the MGA Parties' motions to compel filed August 10, 2010.

The MGA Parties make this request for the following reasons: The Declaration of William A. Molinski supports four motions to compel filed by the MGA Parties on August 10, 2010: (1) Motion to Compel Production of Documents and Further Responses to MGA Entertainment Inc.'s First Set of Document Requests To Mattel Mexico Concerning Mattel Mexico's Possession of Competitors' Confidential Information; (2) Motion to Compel Production of Documents and Further Responses To MGA Entertainment Inc.'s First Set of Document Requests To Mattel Mexico Regarding Mattel Mexico's Trade Secrets Claim; (3) Motion to Compel Documents from Mattel Inc. Concerning Mattel's Theft of Competitor's Confidential Information; and (4) Motion To Compel Production of Documents Re Mattel's Allegations Concerning Janine Brisbois.

These four motions reference numerous requests for production and responses thereto, as well as deposition testimony and production documents, that are necessary for the Court's review and analysis of the MGA motions. The combined page count for these documents exceeds the limit previously set by the Court for discovery motions in this case. Given the importance of these documents to the pending motions, the MGA Parties respectfully request leave to file an over length Declaration of William A. Molinski in support of their motions to compel.

Pursuant to Local Rule 7-19.1, counsel for the MGA Parties gave notice of this Application to counsel for Mattel on August 9, 2010. Counsel for Mattel, Inc. includes John Quinn and Michael Zeller of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP (telephone: 213-443-3000; address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017).

1
2  Dated: August 10, 2010      ORRICK, HERRINGTON & SUTCLIFFE LLP
3
                               By:      /s/ *William A. Molinski*
4                                       William A. Molinski
                                    Attorneys for MGA Parties and IGWT

## MEMORANDUM OF POINTS AND AUTHORITIES

The MGA Parties intend to file a single Declaration of William A. Molinski in support of four MGA motions to compel that will be filed under seal on August 10, 2010.  Those four motions are (1) Motion to Compel Production of Documents and Further Responses to MGA Entertainment Inc.'s First Set of Document Requests To Mattel Mexico Concerning Mattel Mexico's Possession of Competitors' Confidential Information; (2) Motion to Compel Production of Documents and Further Responses To MGA Entertainment Inc.'s First Set of Document Requests To Mattel Mexico Regarding Mattel Mexico's Trade Secrets Claim; (3) Motion to Compel Documents from Mattel Inc. Concerning Mattel's Theft of Competitor's Confidential Information; and (4) Motion To Compel Production of Documents Re Mattel's Allegations Concerning Janine Brisbois.

The motions reference numerous requests for production and responses thereto, as well as deposition testimony and production documents, that are necessary for the Court's review and analysis of the MGA motions.  The combined page count for these documents exceeds the limit previously set by the Court for discovery motions in this case.  Given the importance of these documents to the pending motions, the MGA Parties respectfully request leave to file an over length Declaration of William A. Molinski in support of their motions to compel.

## CONCLUSION

For the foregoing reasons, the MGA Parties respectfully request that this *ex parte* application be granted.

Dated: August 10, 2010            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By:     */s/ William A. Molinski*
                                          William A. Molinski
                                          Attorneys for MGA Parties

OHS West:260967181.1