QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants. | **STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL'S MOTION TO COMPEL COMMUNICATIONS RELATING TO MATTEL EMPLOYEES** |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:        TBD<br>Pre-trial Conf.:     TBD<br>Trial Date:            January 11, 2011 |

Mattel, Inc. ("Mattel"), and MGA Entertainment, Inc. ("MGA"), by and through their respective counsel of record, hereby stipulate and agree as follows, subject to approval by the Court.

WHEREAS, on August 3, 2010, Mattel filed a Motion to Compel Communications Relating to Mattel Employees (Dkt. No. 8454) (the "Motion");

WHEREAS, without waiving any arguments either party may present in their briefing, Mattel and MGA have reached an agreement concerning the briefing schedule for the Motion;

NOW, THEREFORE, Mattel and MGA hereby stipulate and agree, subject to the Court's approval, that:

The opposition to the Motion will be due on or before August 10, 2010, and the reply will be due on or before August 16, 2010.

IT IS SO STIPULATED.

DATED: August 10, 2010   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Michael T. Zeller*
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

DATED: August 10, 2010   ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ *Thomas S. McConville*
Thomas S. McConville
Attorneys for MGA Entertainment, Inc.