1

2

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11  SOUTHERN DIVISION

12

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant. | **[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE FOR MATTEL'S MOTION TO COMPEL COMMUNICATIONS RELATING TO MATTEL EMPLOYEES** |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2:**<br>Disc. Cut-off:      TBD<br>Pre-trial Conf.:    TBD<br>Trial Date:          January 11. 2011 |

## [PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Briefing Schedule for Mattel's Motion to Compel Communications Relating to Mattel Employees (Dkt. No. 8454) (the "Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

The opposition to the Motion will be due on or before August 10, 2010, and the reply will be due on or before August 16, 2010.

DATED:                    . 2010 _____

Hon. David O. Carter
United States District Judge