ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: CV 04-9059 & CV 05-2727<br><br><u>Hon. David O. Carter</u><br><br>**[PUBLIC VERSION] DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES AND CROSS-MOTION FOR PROTECTIVE ORDER RE MATTEL'S THIRD SET OF INTERROGATORIES**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD<br><br>Discovery Cut-off: TBD<br>Pretrial Conference: TBD<br>Trial Date: January 11, 2011 |

1  I, Mark P. Wine, declare:

2  1. I am a member of the bar of the State of California, admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

3  2. Attached hereto as **Exhibit A** is a true and correct copy of an e-mail message dated May 13, 2010, received by my co-counsel, Annette Hurst, Thomas McConville, and Warrington Parker, from Mattel's counsel, Scott Watson, in which Mr. Watson inquires about MGA's responses to Mattel's Third Set of Interrogatories to the MGA Parties (Phase 2). This document is designated Confidential and is being **Filed Under Seal** pursuant to the protective order.

4  3. Attached hereto as **Exhibit B** is a true and correct copy of a letter dated June 4, 2010, received by my co-counsel, Warrington Parker, from Mattel's counsel, Dylan Proctor, in which Mr. Proctor states, "The bulk of the interrogatories in the Third Set merely seek straightforward numerical information that is relevant to Mattel's breach of constructive trust claim, among others." This document is designated Confidential – Attorneys' Eyes Only and is being **Filed Under Seal** pursuant to the protective order.

5  4. Attached hereto as **Exhibit C** is a true and correct copy of an e-mail message dated July 1, 2010, received by my co-counsel, Annette Hurst and Thomas McConville, from Mattel's counsel, Joseph Sarles, in which Mr. Sarles confirms MGA's agreement to produce budget and planning documents "as a partial response to Mattel's Third Set of Interrogatories (Phase 2)." This document is designated Confidential – Attorneys' Eyes Only and is being **Filed Under Seal** pursuant to the protective order.

//

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter dated July 14, 2010, sent by a paralegal at Orrick working on this case, Mark Williams, to a paralegal at Quinn Emanuel, Geoffrey Grundy, in which Mr. Williams notifies Mr. Grundy of the production of documents bearing production numbers MGA2 1737365-897, from custodians Steve Schultz and Patrick Ma.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter apparently dated "June 26, 2010", but received on July 26, 2010 by my co-counsel, Annette Hurst and Thomas McConville, from Mattel's counsel, Michael Zeller, regarding various discovery disputes, including MGA's Responses to Mattel's Third Set of Interrogatories (Phase 2). This document is designated Confidential – Attorneys' Eyes Only and is being **Filed Under Seal** pursuant to the protective order.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter dated August 5, 2010 from me to Mattel's counsel, John Quinn and Michael Zeller, in which I request that Mattel's counsel withdraw its Third Set of Interrogatories to the MGA Parties, and Mattel's Motion to Compel Responses to Mattel's Third Set of Interrogatories, in light of the Ninth Circuit's opinion vacating the Phase 1 constructive trust and the Court's August 2 Order dismissing Counterclaims 13-16 of Mattel's Fourth Amended Answer and Counterclaims. This document is designated Confidential – Attorneys' Eyes Only and is being **Filed Under Seal** pursuant to the protective order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 10, 2010, in Irvine, California.

_/s/ Mark P. Wine_
Mark P. Wine