# EXHIBIT C
# (FILED UNDER SEAL)

| Name & Address: |
|---|
| Mark P. Wine (State Bar No. 189,897) |
| Orrick, Herrington & Sutcliffe LLP |
| 4 Park Plaza, Suite 1600 |
| Irvine, CA 92614-2558 |
| Telephone: (949) 567-6700 |
| Facsimile: (949) 567-6710 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA's Opposition to Mattel's Motion to Compel Responses to Mattel's Third Set of Interrogatories and Cross-Motion for Protective Order re Mattel's Third Set of Interrogatories; Declaration of Mark P. Wine ISO MGA Parties' Opposition to Mattel's Motion to Compel Responses to Mattel's Third Set of Interrogatories (w/Exhibits A-F); Application to File Under Seal; [Proposed] Order

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other See list of documents described above.

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

| August 10, 2010 | /s/ Mark P. Wine |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).