# EXHIBIT D



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

July 14, 2010

Mark C. Williams
mawilliams@orrick.com
(650) 289-7176

**VIA QUINN'S FTP**

Mr. Geoffrey Grundy
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   Bryant v. Mattel (Case No.: 2:-4-cv-9049-DOC, C.D. Cal., Santa Ana)

Dear Geoff:

Enclosed please find PDF images bearing bates numbers MGA2 1737365 – MGA2 1737919. A follow up disk will be sent tomorrow with the obligatory TIFF and loadfile. For your information, the documents bearing production numbers MGA2 1737365 – MGA2 1737897 come from Steve Schultz while all the others come from Patrick Ma.

Sincerely,

Mark C. Williams
Senior Paralegal

Enc.
cc:   Annette L. Hurst, Esq. (*w/o Enc.*)
       Jason D. Russell (*via Federal Express w/ Enc.*)