# EXHIBIT F
# (FILED UNDER SEAL)

Name & Address:
Mark P. Wine (State Bar No. 189,897)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA's Opposition to Mattel's Motion to Compel Responses to Mattel's Third Set of Interrogatories and Cross-Motion for Protective Order re Mattel's Third Set of Interrogatories; Declaration of Mark P. Wine ISO MGA Parties' Opposition to Mattel's Motion to Compel Responses to Mattel's Third Set of Interrogatories (w/Exhibits A-F); Application to File Under Seal; [Proposed] Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other See list of documents described above.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| August 10, 2010<br>Date | /s/ Mark P. Wine<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          **NOTICE OF MANUAL FILING**          American LegalNet, Inc.
www.Forms*Workflow*.com