ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties and ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF L. KIERAN KIECKHEFER IN SUPPORT OF MGA'S RESPONSE TO MATTEL'S MOTION OBJECTING TO THE DISCOVERY MASTER'S JULY 28, 2010 REPORT AND RECOMMENDATION RE *IN CAMERA* REVIEW** |

I, L. Kieran Kieckhefer, declare as follows:

1. I am an attorney with the law firm of Orrick Herrington & Sutcliffe LLP, counsel for the MGA Parties. I have personal knowledge of the following facts and if called as a witness I could and would testify competently to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Ms. Diana Rutowski to Mssrs. Michael T. Zeller, Jon D. Corey, and B. Dylan Proctor, dated September 3, 2009.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain from Ms. Annette L. Hurst to Ms. Diane Hutnyan, cc'ing Mr. B. Dylan Proctor, Ms. Diana Rutowski, Ms. Misasha Suzuki, Ms. Susan R. Estrich, and myself, dated January 8, 2010 at 11:13 a.m.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Mr. Marshall M. Searcy III to Discovery Master O'Brien, cc'ing Ms. Annette L. Hurst, Mr. William A. Molinski, and Mr. Warrington Parker, dated January 19, 2010.

I declare under penalty of perjury of the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of August 2010, in San Francisco, California.

_L. Kieckhefer/meg_
L. Kieran Kieckhefer