QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE MGA'S AUGUST 10, 2010 MOTIONS TO COMPEL PURSUANT TO THE COURT'S AUGUST 10, 2010 ORDER AND FOR FAILURE TO MEET AND CONFER PURSUANT TO THE COURT'S JUNE 7, 2010 ORDER |

## [PROPOSED] ORDER

Having considered the parties' briefing on Mattel, Inc.'s Ex Parte Application to Strike MGA's August 10, 2010 Motions to Compel Pursuant to the Court's August 10, 2010 Order and For Failure to Meet and Confer Pursuant to the Court's June 7, 2010 Order, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The following motions are stricken from the record:

(1) Notice of Motion and Motion to Compel Documents from Mattel, Inc. Concerning Mattel's Theft of Competitors' Confidential Information [Dkt. No. 8503];

(2) Notice of Motion and Motion to Compel Production of Documents and Further Responses to MGA's First Set of Document Requests to Mattel Mexico Concerning Mattel Mexico's Possession of Competitors' Confidential Information [Dkt. No. 8504];

(3) Notice of Motion and Motion to Compel Production of Documents and Further Responses to MGA Entertainment's First Set of Document Requests to Mattel Mexico Regarding Mattel Mexico's Trade Secrets Claim [Dkt. No. 8505]; and

(4) Notice of Motion and Motion to Compel Production of Documents Re Mattel Allegations Concerning Janine Brisbois [Dkt. No. 8506].

DATED:                    . 2010
                                          Hon. David O. Carter
                                          United States District Judge