ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**ORDER GRANTING MGA'S EX PARTE APPLICATION FOR LEAVE TO FILE OVERLENGTH DECLARATION IN SUPPORT OF MGA'S MOTIONS TO COMPEL** |

1    The Court, having considered the MGA Parties' Application for Leave to File

2  Overlength Declaration of William A. Molinski in Support of MGA's Motions to

3  Compel filed August 10, 2010, HEREBY ORDERS as follows:

4    The MGA Parties are hereby given leave to file an overlength Declaration of

5  William A. Molinski in support of their motions to compel submitted on August 10,

6  2010.

7    **It is so ORDERED.**

8

9

10  Dated:   August 11, 2010    _____

11                                           David O. Carter
                                               United States District Judge

12

13  OHS West:260967186.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING EX PARTE RE OVERLENGTH
DECLARATION
CV 04-9049 DOC (RNBx)