ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO RELEASE MGA FUNDS HELD BY COURT-APPOINTED MONITOR<br><br>Date: September 13, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>Judge: Hon. David O. Carter |

1 | The Court, having considered the MGA Parties' Motion To Release MGA Funds Held By Court-Appointed Monitor and having found good cause appearing, HEREBY ORDERS that Mr. Patrick Fraioli immediately return to MGA any and all MGA funds held or controlled by Mr. Fraioli pursuant to his prior duties as court-appointed Monitor and interest accrued on the foregoing funds.

**It is so ORDERED.**

DATED: _____, 2010

Hon. David O. Carter
United States District Judge