QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>**STIPULATION REGARDING BRIEFING FOR MGA MEXICO'S MOTIONS FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICES OF DEPOSITION**<br><br>**Phase 2:**<br>Disc. Cut-off:      October 4, 2010<br>Pre-trial Conf.:    January 4, 2011<br>Trial Date:         January 11, 2011 |

1    WHEREAS, Mattel, Inc. ("Mattel") served its NOTICE OF DEPOSITION
2 OF MGAE DE MEXICO, S.R.L. DE C.V. PURSUANT TO FEDERAL RULE OF
3 CIVIL PROCEDURE 30(B)(6) (First Phase 2 Notice) on December 22, 2009;

4    WHEREAS, Mattel, Inc. ("Mattel") served its NOTICE OF DEPOSITION
5 OF MGA DE MEXICO S.R.L. DE C.V. PURSUANT TO FEDERAL RULE OF
6 CIVIL PROCEDURE 30(B)(6) (Second Phase 2 Notice) on July 9, 2010, and an
7 amended notice on July 20, 2010;

8    WHEREAS, MGAE de Mexico S.R.L. de C.V ("MGA Mexico") filed its
9 MOTION FOR PROTECTIVE ORDER RE MATTEL'S FIRST PHASE 2
10 NOTICE OF DEPOSITION OF MGA MEXICO (Dkt. No. 8465) and its MOTION
11 FOR PROTECTIVE ORDER FROM MATTEL, INC.'S SECOND PHASE 2
12 NOTICE OF DEPOSITION OF MGA MEXICO PURSUANT TO FED. R. CIV. P.
13 30(B)(6) (Dkt. No. 8466) on August 5, 2010;

14    NOW, THEREFORE, by and through their respective counsel of record,
15 Mattel and MGA Mexico hereby stipulate and agree, subject to the Court's
16 approval, that Mattel's opposition to both of MGA Mexico's motions will be due on
17 August 17, 2010 and MGA Mexico's replies, if any, will be due August 26, 2010.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     IT IS SO STIPULATED.

2   DATED: August 12, 2010     QUINN EMANUEL URQUHART & SULLIVAN. LLP

By */s/ **Jon D. Corey**
Jon D. Corey
Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.

7   DATED: August 12, 2010     ORRICK, HERRINGTON & SUTCLIFFE, LLP

By */s/ **William Molinski***
William Molinski
Attorneys for the MGA Parties