UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING FOR MGA MEXICO'S MOTIONS FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICES OF DEPOSITION<br><br>**Phase 2:**<br>Disc. Cut-off:     October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:        January 11, 2011 |

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Briefing for MGA Mexico's Motions For Protective Order From Mattel, Inc.'s Notices Of Deposition [Dkt. Nos. 8465 and 8466] (the "MGA Mexico Motions"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's oppositions to the MGA Mexico Motions shall be due on or before August 17, 2010; MGA's replies, if any, shall be due on or before August 26, 2010.

DATED:                    . 2010 _____
Hon. David O. Carter
United States District Judge