1 | **SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
2 | dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
3 | acote@scheperkim.com
601 W. Fifth Street, 12th Floor
4 | Los Angeles, CA 90071
Telephone: (213) 613-4655
5 | Facsimile: (213) 613-4656

6 | **LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
7 | 100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
8 | Telephone: (310) 459-2830
Facsimile: (310) 459-4621
9 | Email: mark@overlaw.net

10 | **Attorneys for**
**Carlos Gustavo Machado Gomez**

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA**

14 |

| | |
|---|---|
| 15 CARTER BRYANT, | CASE NO. CV 04-9049 DOC (RNBx) |
| 16      Plaintiff, | Consolidated with Case No. CV 04-9059 |
| 17      v. | Case No. CV 05-2727 |
| 18 MATTEL, INC, | **STIPULATION TO EXTEND TIME TO ANSWER MATTEL, INC.'S** |
| 19      Defendant. | **FOURTH AMENDED ANSWER IN CASE NO. 05-2727 AND** |
| 20 AND CONSOLIDATED CASES | **COUNTERCLAIMS BY NOT MORE THAN 30 DAYS** |
| 21 | Counterclaims Served: April 10, 2010 |
| 22 | Current Response Date: August 16, 2010 |
| 23 | New Response Date: August 19, 2010 |
| 24 | **Phase 2:** Discovery Cut-off: October 4, 2010 |
| 25 | Pre-trial Conference: January 4, 2011 Trial Date: January 11, 2011 |
| 26 | |

27 |

28 |

1    Counter-Claimants Mattel, Inc. and Mattel de Mexico, S.A. de C.V. and

2    Counter-Defendant Carlos Gustavo Machado Gomez hereby stipulate and agree that

3    Mr. Machado's answer to *Mattel, Inc.'s Fourth Amended Answer In Case No. 05-*

4    *2727 And Counterclaims* (Docket No. 7714), currently due on Monday, August 16,

5    2010 shall be extended three days to Thursday, August 19, 2010. The extension was

6    requested by Mr. Machado's counsel due to counsel's prepaid vacation on August

7    16 and August 17, 2010.

8    DATED: August 12, 2010          SCHEPER KIM & HARRIS LLP
                                      ALEXANDER H. COTE
9

10                                    LAW OFFICES OF MARK E. OVERLAND
                                      MARK E. OVERLAND
11

12

13

14                                    By: _____/s/_____

15                                        Alexander H. Cote
                                          Attorneys for
16                                        CARLOS GUSTAVO MACHADO
                                          GOMEZ
17

18   DATED: August 12, 2010          QUINN EMANUEL URGUHART &
                                      SULLIVAN, LLP
19                                    JON COREY

20

21

22

23                                    By: _____/s/_____

                                          Jon Corey
24                                        Attorneys for
                                          MATTEL, INC. and MATTEL DE
25                                        MEXICO, S.A. DE C.V.

26

27

28

---

STIPULATION TO EXTEND TIME TO ANSWER MATTEL, INC.'S FOURTH AMENDED ANSWER IN CASE
NO. 05-2727 AND COUNTERCLAIMS BY NOT MORE THAN 30 DAYS