UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC,<br><br>  Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[PROPOSED] ORDER EXTENDING TIME TO ANSWER MATTEL, INC.'S FOURTH AMENDED ANSWER IN CASE NO. 05-2727 AND COUNTERCLAIMS BY NOT MORE THAN 30 DAYS**<br><br>Counterclaims Served: April 10, 2010<br>Current Response Date: August 16, 2010<br>New Response Date: August 19, 2010<br><br>**Phase 2:**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

|    |    |
|----|----|
| 1  | Having considered the *Stipulation To Extend Time To Answer Mattel, Inc.'s* |
| 2  | *Fourth Amended Answer In Case No. 05-2727 And Counterclaims By Not More* |
| 3  | *Than 30 Days* between Counter-Claimants Mattel, Inc. and Mattel de Mexico, S.A. |
| 4  | de C.V. and Counter-Defendant Carlos Gustavo Machado Gomez, and good cause |
| 5  | appearing therefore, |
| 6  | IT IS HEREBY ORDERED that Mr. Machado's answer to *Mattel, Inc.'s* |
| 7  | *Fourth Amended Answer In Case No. 05-2727 And Counterclaims* (Docket No. |
| 8  | 7714), currently due on Monday, August 16, 2010, shall be extended three days to |
| 9  | Thursday, August 19, 2010. |
| 10 |    |
| 11 | DATED: August ___, 2010 |
| 12 |    |
| 13 |    |
| 14 | _____<br>HON. DAVID O CARTER |

2
[PROPOSED] ORDER