QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>REPLY IN SUPPORT OF MATTEL'S EX PARTE APPLICATION TO STRIKE MGA'S AUGUST 10, 2010 MOTIONS<br><br>Hearing Date:  TBD<br>Time:  TBD<br>Place:  TBD<br><br>**Phase 2**<br><br>Discovery Cutoff:  October 4, 2010<br>Pre-trial Conf:  January 4, 2011<br>Trial:  January 11, 2011 |

## **Argument**

The issue here is MGA's attempt to maintain four motions to compel filed the same day as the Court's Order stating that no further motions to compel shall be filed as of that date. MGA points to the docket numbers of its motions, claiming it beat the Court to the punch, but that is irrelevant—the Order states that no motions to compel are permitted "effective the ***date*** of this Order." MGA's motions, filed on the same date, should be stricken.

MGA does not and cannot dispute that it failed to meet and confer, in violation of the Court's June 7, 2010 Order, an Order MGA has repeatedly flouted in recent days. MGA's claim that Mattel failed to meet and confer quickly enough is frivolous. For support, MGA cites only its August 9, 2010 email *rejecting* Mattel's request to meet and confer on Wednesday, August 11, 2010.[1] In that email, MGA states that it is "not willing to wait" until Wednesday. As set forth in Mattel's application, MGA then refused multiple additional Mattel requests attempting to schedule a meet and confer, culminating in MGA's filing of four motions to compel, one of which was discussed in general terms, and three of which have never been discussed at all. The Court should enforce its June 7 Order and strike these motions for failure to comply with it.

Three of MGA's four-page opposition consists of irrelevant argument about MGA's overheated allegations in this case regarding Mr. Villasenor. But of course, only a small portion of the discovery MGA seeks relates in any way to Mr. Villasenor; indeed, only two of the four motions even mention him. And MGA is not without recourse—it is free to include these issues in its omnibus motion to compel permitted by the Court's August 10 Order. It is also free to meet and confer with Mattel and attempt to reach some agreement, which it has thus far failed to do. In any event, if MGA believed it needed extensive additional discovery, it should not have lobbied the

---

[1] Email from W. Molinski to J. Corey, dated August 9, 2010.

1  Court for an immediate end to fact discovery.  Having done so, it cannot now complain
2  it hasn't had an opportunity to bring enough motions.

### Conclusion

4  Mattel's Application should be granted and MGA's motions stricken.

6  DATED:  August 12, 2010          QUINN EMANUEL URQUHART &
7                                                              SULLIVAN, LLP

9                                               By: /s/ Michael T. Zeller
                                                      Michael T. Zeller
10                                                   Attorneys for Mattel, Inc. and
                                                      Mattel de Mexico. S.A. de C.V.