```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  Orrick, Herrington & Sutcliffe LLP
    The Orrick Building
 4  405 Howard Street
    San Francisco, CA 94105
 5  Telephone:  415-773-5700
    Facsimile:   415-773-5759
 6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 7  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
 9  Telephone:  213-629-2020
    Facsimile:   213-612-2499
10
    THOMAS S. MCCONVILLE (State Bar No. 155905)
11  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Tel: (949) 567-6700/Fax: (949) 567-6710
    Attorneys for MGA Parties
14
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Date:         TBD<br>Time:        TBD<br>Place:       Courtroom 9D<br><br>Trial Date:  January 11, 2011 |

**PROOF OF SERVICE BY HAND DELIVERY**

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On August 12, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL 1) MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469), 2) DECLARATION OF ANNETTE L. HURST IN SUPPORT THEREOF;

3. MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469) [CONFIDENTIAL ATTORNEYS' EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

4. DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469) [CONFIDENTIAL-ATTORNEYS' EYES ONLY – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

5. [PROPOSED] ORDER GRANTING MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469);

6. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.

Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

/ / /

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on August 12, 2010, at Los Angeles, California.
3 |
4 | ___Dion Jones_____        ____[signature]_____
5 |                                        USA Legal Networks, Inc.

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY U.S. MAIL** |
| 2 | I, Maria Mercado-Navarro, declare: |
| 3 | I am more than eighteen years old and not a party to this action. My business |
| 4 | address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite |
| 5 | 3200, Los Angeles, California 90017. |
| 6 | On August 12, 2010, I served the following document(s): |

1. APPLICATION TO FILE UNDER SEAL;

2. [[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL 1) MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469), 2) DECLARATION OF ANNETTE L. HURST IN SUPPORT THEREOF;

3. MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469) [CONFIDENTIAL ATTORNEYS' EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

4. DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469) [CONFIDENTIAL-ATTORNEYS' EYES ONLY – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

5. [PROPOSED] ORDER GRANTING MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (DKT. 8469);

6. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

Counsel for Carlos Gustavo Machado Gomez
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Additional Counsel:

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Counsel for Limited Intervenor, Omni 808 Investors LLC

Peter N. Villar, Esq.
Peter.villar@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2010, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro