| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| 2 | ahurst@orrick.com<br>WARRINGTON S. PARKER III (State Bar No. 148003) |
| 3 | wparker@orrick.com<br>Orrick, Herrington & Sutcliffe LLP |
| 4 | The Orrick Building<br>405 Howard Street |
| 5 | San Francisco, CA 94105<br>Telephone: 415-773-5700 |
| 6 | Facsimile: 415-773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186)<br>wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017<br>Telephone: 213-629-2020 |
| 10 | Facsimile: 213-612-2499 |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905)<br>tmcconville@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600 |
| 13 | Irvine, CA 92614-2258<br>Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA ELECTRONIC MAIL**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

PROOF OF SERVICE
CV 04-9049 DOC (RNBx)

# PROOF OF SERVICE

I, Thomas S. McConville, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, California 92614.

On August 12, 2010, I served the following document(s):

**NOTICE OF MANUAL FILING**

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

**MGA'S RESPONSE TO MATTEL'S EX PARTE APPLICATION TO STRIKE MGA'S AUGUST 10, 2010 MOTIONS**

by Electronic Mail. I caused such documents to be transmitted by electronic mail to the office(s) of the addressee(s) below.

<u>Counsel for Mattel. Inc.</u>
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Scott Watson
scottwatson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2010, at Irvine, California.

*/s/ Thomas S. McConville*
Thomas S. McConville