```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
 4  San Francisco, CA 94105
    Tel. (415) 773-5700/ Fax: (415) 773-5759
 5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 6  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 7  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
 8  Tel: (213) 629-2020/Fax: (213) 612-2499

 9  THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
12
    Attorneys for MGA Parties and
13  IGWT 826 Investments LLC
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date:  TBD<br>Time:  TBD<br>Place: TBD |
|---|---|

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

**MGA'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL MATTEL TO PRODUCE FULLY PREPARED 30(b)(6) WITNESS (TOPIC 11, MGA'S APRIL 27, 2010 NOTICE OF DEPOSITION OF MATTEL INC.)**

The aforementioned document recites and describes the content of numerous documents that Mattel has designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order governing discovery in this case. The MGA Parties believe that the foregoing document should be filed under seal in order to maintain the confidentiality of the information contained within those documents and to abide by the terms of the Court's protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: August 6, 2010      ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
William A. Molinski
Attorneys for MGA Parties and
IGWT 826 Investments LLC