

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF RENEWED MOTION TO COMPEL MGA ENTERTAINMENT, INC. TO PRODUCE A PROPERLY PREPARED 30(B)(6) WITNESS FOR FURTHER DEPOSITION TESTIMONY REGARDING MGA'S TRADE DRESS CLAIMS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: January 11, 2011 |

00505.07975/3619751.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Reply in Support of Renewed Motion to Compel MGA Entertainment, Inc. to Produce a Properly Prepared 30(b)(6) Witness for Further Deposition Testimony Regarding MGA's Trade Dress Claims ("the Motion").

The Motion includes information that MGA has designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of direct quotations from the 30(b)(6) depositions of MGA witnesses Isaac Larian and Ninette Pembleton.

In light of the designations by MGA, Mattel seeks permission to file the Submission under seal, or, in the alternative, for the Court to Order that the above-described references are not confidential, and permit Mattel to file it as part of the public record. For the foregoing reasons, Mattel requests that the Court order that the Submission be filed under seal.

DATED: August 6, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _*Dylan Proctor (ISS)*_
B. Dylan Proctor
Attorneys for Mattel, Inc.

00505.07975/3619751.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL