ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE ISSUES PER COURT ORDER (Dkt. No. 8469)**<br><br>**Trial Date: January 11, 2011** |

I, Annette L. Hurst, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Supplemental Brief Re Privilege Issues Per Court Order (Dkt. No. 8469) (the "Supplemental Brief"). I have personal knowledge of the facts set forth in this declaration unless otherwise indicated. If called as a witness, I could and would testify competently to such facts under oath.

2. On July 21, 2010, we produced a copy of an email from Isaac Larian to Patty Glaser and Greg Fischbach, dated June 29, 2001. That email had been previously withheld as privileged. It was produced in compliance with Phase 2 Discovery Matter Order No. 98, wherein Discovery Master O'Brien ordered it produced as a communication with a third party. A true and correct copy of the previously withheld email produced as MGA2_1738387, is attached as Appendix B to the Supplemental Brief.

3. Attached hereto as Exhibit A is a true and correct copy of certain excerpts from the deposition of Mattel 30(b)(6) designee Alan Kaye, taken on June 19, 2010 and July 23, 2010. Mr. Kaye is Mattel's Senior Vice President for Human Resources, and was Mattel's 30b6 designee on the history of use of its form inventions agreements.

4. Attached hereto as Exhibit B is a true and correct copy of certain excerpts from the deposition of Sal Villasenor, taken on July 12, 2010.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on August 12, 2010, at Irvine, California.

*Annette L. Hurst*

- 1 -

HURST DECLARATION ISO MGA PARTIES' SUPP BRIEF RE PRIVILEGE ISSUES PER COURT ORDER
(DKT. NO. 8 469) CV-04-9049 DOC (RNBX)

# EXHIBIT A
# (Filed Under Seal)

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA Parties' Supplemental Brief Re Privilege Issues Per Court Order (Dkt. 8469); Declaration Of Annette L. Hurst In Support Of MGA Parties' Supplemental Brief Re Privilege Issues Per Court Order (Dkt. 8469); [Proposed] Order Granting MGA Parties' Supplemental Brief Re Privilege Issues Per Court Order (Dkt. 8469); Application To File Under Seal; [Proposed] Order Granting Application To File Under Seal

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See list of documents described above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| | |
|---|---|
| August 12, 2010<br>Date | /s/ Annette L. Hurst<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

# EXHIBIT B
# (Filed Under Seal)

Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA Parties' Supplemental Brief Re Privilege Issues Per Court Order (Dkt. 8469); Declaration Of Annette L. Hurst In Support Of MGA Parties' Supplemental Brief Re Privilege Issues Per Court Order (Dkt. 8469); [Proposed] Order Granting MGA Parties' Supplemental Brief Re Privilege Issues Per Court Order (Dkt. 8469); Application To File Under Seal; [Proposed] Order Granting Application To File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other See list of documents described above.

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

| August 12, 2010 | /s/ Annette L. Hurst |
| --- | --- |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     NOTICE OF MANUAL FILING     American LegalNet, Inc. www.FormsWorkflow.com