QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: January 11, 2011 |

1     Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to IGWT 826 Investments LLC's Motion for a Protective Order Regarding Noticed 30(b)(6) Deposition Topics (the "Opposition").

    The Opposition includes information that MGA and Mattel have designated as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of quoted excerpts from deposition testimony designated AEO.

    In light of the designations by MGA and Mattel, Mattel seeks permission to file the Opposition under seal. For the foregoing reasons, Mattel requests that the Court order that the Opposition be filed under seal.

DATED: August 6, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                        By /s/ B. Dylan Proctor
                                            B. Dylan Proctor
                                            Attorneys for Mattel, Inc.