**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS |

[P~~ROPO~~SED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to IGWT 826 Investments LLC's Motion for a Protective Order Regarding Noticed 30(b)(6) Deposition Topics (the "Opposition"),

IT IS HEREBY ORDERED:

The Opposition is ORDERED filed under seal pursuant to Local Rule 79-5.1.

*[signature]*

DATED: August 6, 2010

Hon. David O. Carter
United States District Judge