ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: CV 04-9059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF MARK P. WINE IN SUPPORT OF IGWT 826 INVESTMENTS LLC'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FROM MATTEL'S NOTICE OF DEPOSITION OF IGWT 826 PURSUANT TO FED. R. CIV. P. 30(B)(6)**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  TBD<br><br>Trial Date: January 11, 2011 |

1

2

3      I, Mark P. Wine, declare:

4      1.      I am a member of the bar of the State of California, admitted to

5  practice before this Court, and an attorney with the law firm of Orrick, Herrington

6  & Sutcliffe LLP, counsel for the MGA Parties.  I make this declaration based on

7  personal knowledge unless otherwise expressly stated, in which case, it is based on

8  information and belief.  If called and sworn as a witness, I could and would testify

9  competently as follows.

10      2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter that

11  I sent to John B. Quinn and Michael T. Zeller of Quinn Emanuel Urquhart &

12  Sullivan, counsel for Mattel, on August 5, 2010.

13      I declare under penalty of perjury under the laws of the United States that the

14  foregoing is true and correct.

15      Executed on August 13, 2010, in Irvine, California.

16

17                                 _____
                                            */s/ Mark P. Wine*

18                                          Mark P. Wine

19  OHS West:260970293.1

20

21

22

23

24

25

26

27

28

                                        DECL. OF MARK P. WINE  ISO IGWT'S REPLY ISO MOT.
                                        FOR PROTECTIVE ORDER
                                        CV-04-09049 DOC (RNBx)