# EXHIBIT A



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
4 PARK PLAZA
SUITE 1600
IRVINE, CALIFORNIA 92614-2558

tel +1-949-567-6700
fax 949-567 6710

WWW.ORRICK.COM

Mark P Wine
949-852-7704
mwine@orrick.com

August 5, 2010

*VIA E-MAIL*

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Re: Mattel v. MGA Entertainment, Inc.

Dear Counsel:

I write to request that Mattel withdraw its Amended Notice of Deposition of IGWT 826 Investments LLC served on July 23, 2010. As you know, this notice is the subject of a motion for a protective order that was filed by IGWT 826 on July 30, 2010.

Each of the 1-20 topics noticed in Mattel's Notice of Deposition of IGWT 826 are mooted by the Ninth Circuit's opinion vacating the Phase 1 judgment and equitable relief, and the Court's August 2 Order dismissing Counterclaims 13-16 of Mattel's Fourth Amended Answer and Counterclaims ("FAAC") and the dismissal of Omni.[1] As such, the information sought by these topics are not relevant to any claim or defense in this action.

The Court made clear that "Mattel never did and does not now have an enforceable judgment against MGA due to the Ninth Circuit's rulings with respect to post-Phase 1 equitable relief. And, without a harm to a specific business or property interest … there is no injury to business or property interest within the meaning of RICO."[2] The Court has further found that "none of the post-August 12, 2008 racketeering acts directly injured Mattel in its business or property.[3] The Court also found that "Mattel *never* had priority" over the secured interest in the credit facility purchased by Omni.[4]

Mattel's allegations against IGWT 826 relate to IGWT 826 providing funds to Omni for the purchase of the Wachovia debt.[5] In light of the Court's findings and Omni's dismissal, the information sought by the information sought by Topics 1-20 of Mattel's Notice of Deposition of

---

[1] *Mattel, Inc. v. MGA Entertainment, Inc.*, No. 09-55673, 2010 WL 2853761 (9th Cir. July 22, 2010); Order On Motions To Dismiss, Docket No. 8423, filed on August 2, 2010 ("August 2 Order").
[2] *Id.* at 23.
[3] August 2 Order at 21-25
[4] August 2 Order at 40 (emphasis in original).
[5] FAAC at ¶97-116.

OHS West:260965729.1

EXHIBIT A PAGE 2


ORRICK

John B. Quinn, Esq.
Michael T. Zeller, Esq.
Page 2

IGWT 826 have been mooted and are not relevant to any claim or defense in this action. The notice of deposition should be withdrawn immediately in view of the foregoing.

Very truly yours,

Mark P Wine

cc: Annette Hurst, Esq.
      Thomas McConville, Esq.

EXHIBIT A PAGE 3

OHS West:260965729.1