QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>              Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (SECOND PHASE 2 NOTICE)<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  January 11, 2011 |

ORIGINAL

2010 AUG -6 PM 4: 03

00505.07975/3608385.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2    the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3    Court order filed under seal Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s

4    Motion For A Protective Order From Mattel, Inc.'s Notice of Deposition of MGA

5    Entertainment, Inc. Pursuant to FED. R. CIV. P. 30(B)(6) (Second Phase 2 Notice)

6    (the "Opposition").

7        The Opposition includes information that MGA and Mattel have designated

8    as "Confidential—Attorney's Eyes Only" pursuant to the Protective Order.   This

9    information primarily consists of quoted excerpts from deposition testimony

10   designated AEO.

11       In light of the designations by MGA and Mattel, Mattel seeks permission to

12   file the Opposition under seal.  For the foregoing reasons, Mattel requests that the

13   Court order that the Opposition be filed under seal.

14

15   DATED: August 6, 2010          QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP
16

17                                   By ___Dylan Procter  (vt)_____

18                                     B. Dylan Proctor
                                       Attorneys for Mattel. Inc.
19

20

21

22

23

24

25

26

27

28