QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (SECOND PHASE 2 NOTICE) |

00505.07975/3618798.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition To MGA Entertainment, Inc.'s Motion For A Protective Order From Mattel, Inc.'S Notice Of Deposition Of MGA Entertainment, Inc. Pursuant To FED. R. CIV. P. 30(B)(6) (Second Phase 2 Notice) (the "Opposition"),

IT IS HEREBY ORDERED:

The Opposition is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:   8-6           . 2010

Hon. David O. Carter
United States District Judge

00505.07975/3618798.1

-2-

[PROPOSED] ORDER