QUINN EMANUEL URQUHART &SULLIVAN, LLP
 John B. Quinn (Bar No. 090378)
 johnquinn@quinnemanuel.com
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | **PROOF OF SERVICE** |
| MGA ENTERTAINMENT, INC, a California corporation, et al., | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On August 6, 2010, I served true copies of the following documents described as:

**MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS [FILED UNDER SEAL]**

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS**

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS**

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br><br><br>Telephone: 213.687-5000<br>Facsimile: 213.687-5600 |
| Law Offices of Mark Overland<br>  Mark E. Overland, Esq.<br>100 Wilshire Boulevard, Suite 950<br>Santa Monica, CA 90401<br>  mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone: 310.459-3820<br>Facsimile: 310.459-4621 |

| | |
|---|---|
| Scheper Kim & Harris LLP<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>dscheper@scheperkim.com<br>acote@scheperkim.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 213.613-4655<br>Facsimile: 213.613-4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from kristinmadigan@quinnemanuel.com on August 6, 2010, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 6, 2010, at San Francisco, California.


Amber Burns

00505.07975/3619790.1

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On August 6, 2010, I served true copies of the following documents described as:

**MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS [FILED UNDER SEAL]**

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS**

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO IGWT 826 INVESTMENTS LLC'S MOTION FOR A PROTECTIVE ORDER REGARDING NOTICED 30(B)(6) DEPOSITION TOPICS**

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br>    tnolan@skadden.com<br>    jrussell@skadden.com | **Attorneys for *the MGA Parties***<br><br><br><br>Telephone: 213.687-5000<br>Facsimile: 213.687-5600 |
| Law Offices of Mark Overland<br>    Mark E. Overland, Esq.<br>100 Wilshire Boulevard, Suite 950<br>Santa Monica, CA 90401<br>    mark@overlaw.net | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 310.459-3820<br>Facsimile: 310.459-4621 |

00505.07975/3619790.1

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

| | |
|---|---|
| Scheper Kim & Harris LLP<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>dscheper@scheperkim.com<br>acote@scheperkim.com | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone: 213.613-4655<br>Facsimile: 213.613-4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designed by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 6, 2010, at San Francisco, California.

_____
Amber Burns

00505.07975/3619790.1

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE