QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' OBJECTION TO ITEM 3 OF THE ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION DATED JULY 5, 2010 AND EXHIBIT A THERETO |

00505.07975/3619336.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal the Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Opposition to MGA Parties' Objection to Item 3 of the Electronic Discovery Special Master's Report and Recommendation Dated July 5, 2010 (the "Zeller Declaration") and Exhibit A Thereto,

IT IS HEREBY ORDERED:

The Zeller Declaration and Exhibit A thereto is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 8-6- . 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge