QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL CORRECTED SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' OBJECTION TO ITEM 3 OF THE ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION DATED JULY 5, 2010 AND EXHIBIT A THERETO**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: January 11, 2011 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1.     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Corrected Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Opposition to MGA Parties' Objection to Item 3 of the Electronic Discovery Special Master's Report and Recommendation Dated July 5, 2010 (the "Zeller Declaration") and Exhibit A attached thereto.

    The Zeller Declaration and Exhibit A thereto includes information MGA has designated as "Confidential -- Attorney's Eyes Only" pursuant to the Protective Order. This information primarily consists of email communications among MGA employees. Accordingly, Mattel requests that the Court order that the Zeller Declaration and Exhibit A thereto be filed under seal. In the alternative, Mattel requests that the Court find that the information contained therein is not confidential and order the Zeller Declaration and Exhibit A thereto filed in the public record.

DATED: August 6, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Joseph C. Sarles
Attorneys for Mattel, Inc.