QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CORRECTED SUPPLEMENTAL DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' OBJECTION TO ITEM 3 OF THE ELECTRONIC DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION DATED JULY 5, 2010 AND EXHIBIT A THERETO |

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Based on the concurrently filed Application to File Under Seal the Corrected |
| 3 | Supplemental Declaration of Michael T. Zeller in Support of Mattel, Inc.'s |
| 4 | Opposition to MGA Parties' Objection to Item 3 of the Electronic Discovery Special |
| 5 | Master's Report and Recommendation Dated July 5, 2010 (the "Zeller Declaration") |
| 6 | and Exhibit A Thereto, |
| 7 | IT IS HEREBY ORDERED: |
| 8 | The Zeller Declaration and Exhibit A thereto is ORDERED filed under |
| 9 | seal pursuant to Local Rule 79-5.1. |

DATED: August 9, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge

00505.07975/3619336.1

-2-

[PROPOSED] ORDER