QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL TO PRODUCE ROBERT A. ECKERT ON TOPIC 9 OF MGA'S NOTICE OF DEPOSITION AND PRODUCE DOCUMENTS RELATED TO MATTEL LICENSES; AND DECLARATION OF JEFFREY KORCHEK IN SUPPORT THEREOF**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  TBD<br>Pre-trial Conference:  TBD<br>Trial Date:  January 11, 2011 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Opposition To MGA's Motion To Compel
4  Mattel To Produce Robert A. Eckert On Topic 9 Of MGA's Notice Of Deposition
5  And Produce Documents Related To Mattel Licenses (the "Opposition"); and the
6  Declaration Of Jeffrey Korchek In Support Thereof (the "Declaration").

7  The Opposition and the Declaration include information Mattel has
8  designated as "Confidential – Attorney's Eyes Only" pursuant to the Protective
9  Order. This information primarily consists of information relating to Mattel's
10 Barbie licenses and Mattel's licensing practices. Accordingly, Mattel requests that
11 the Court order that the Opposition and Declaration be filed under seal.

13 DATED: August 9, 2010          QUINN EMANUEL URQUHART &
                                  SULLIVAN. LLP

                                  By /s/ Bridget A. Hauler
                                  Bridget A. Hauler
                                  Attorneys for Mattel, Inc. and Mattel de
                                  Mexico. S.A. de C.V.