# EXHIBIT A

1    131.  In furtherance of this unlawful conspiracy and its multiple
2  objects, as alleged herein, Counter-defendants Larian, MGA, Bryant, MGA HK,
3  MGA de Mexico, Bryant, Machado, IGWT 826, Omni 808, and various co-
4  conspirators committed numerous overt acts, including but not limited to those set
5  forth in paragraphs 28-29, 31-32, 35-36, 48-57, and 60-120.

6    132.  Mattel has been injured in its business or property as a direct and
7  proximate result of the Counter-defendants' violations of 18 U.S.C. § 1962(d),
8  including injury by reason of the predicate acts constituting the pattern of
9  racketeering activity. As a result of the conspiracy between and among Counter-
10 defendants Larian, MGA, MGA HK, MGA de Mexico, Bryant, Machado, IGWT
11 826 and Omni 808 to violate 18 U.S.C. § 1962(c), Mattel has suffered substantial
12 damages, in an amount to be proved at trial. Pursuant to 18 U.S.C. § 1964(c),
13 Mattel is entitled to recover treble its general and special compensatory damages,
14 plus interest, costs and attorneys fees, incurred by reason of Counter-defendants'
15 violations of 18 U.S.C. § 1962(d).

16                    **Third Counterclaim**
17                **Misappropriation of Trade Secrets**
18                   (*Cal. Civ. Code § 3426 et seq.*)
19          **(Against Counter-defendants MGA, MGA de Mexico,**
20              **Larian, Machado and Does 6 through 10)**

21   133.  Mattel repeats and realleges each and every allegation set forth in
22 paragraphs 1 through 132 above, as though fully set forth at length.

23   134.  As used herein, "Trade Secret Material" shall mean the
24 documents, materials, designs, names, and other information stolen by <u>Bryant,</u>
25 Machado, Trueba, Vargas, Brisbois, Castilla, Cooney, Contreras, Brawer, other
26 former Mattel employees, and other persons acting for, on behalf of or at the
27 direction of MGA and/or Larian, including but not limited to <u>the Bratz designs,</u>
28 <u>"Bratz," "Jade," and</u> "Moxie," and the confidential trade secret information stolen in

the United States, Mexico and Canada. Prior to these thefts by Counter-defendants, the Trade Secret Materials gave Mattel a significant competitive advantage over its existing and would-be competitors, including MGA. This advantage, as to MGA, was compromised as a result of Counter-defendants' unlawful activities.

135. Mattel made reasonable efforts under the circumstances to maintain the confidentiality of the Trade Secret Materials, including by having employees and consultants who may have access the Trade Secret Materials sign confidentiality agreements that oblige them not to disclose the Trade Secret Materials or characteristics of the Trade Secret Materials; by limiting the circulation of said materials within Mattel; by protecting and limiting access to computers with log-in identifications and passwords; by limiting each employee's access to electronic files to those that the particular employee needs to access; by educating employees on the nature of Mattel's information that is confidential and proprietary; and by reminding employees on a regular and periodic basis of their obligation to protect and maintain Mattel's confidential and proprietary information.

136. Mattel's Trade Secret Materials derive independent economic value from not being generally known to the public or to other persons who can obtain economic benefit from their disclosure.

137. Counter-defendants have illegally obtained the trade secret materials, as set forth above, and through other means of which Mattel is presently unaware.

138. Counter-defendants have used and disclosed Mattel's Trade Secret Materials without Mattel's consent and without regard to Mattel's rights, and without compensation, permission, or licenses for the benefit of themselves and others.

139. Counter-defendants' conduct was, is, and remains willful and wanton, and was taken with blatant disregard for Mattel's valid and enforceable rights.

00505.07975/3437282.1
- 73 -
MATTEL'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS