ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.  CV 04-9049 SGL (RNBx)<br>Consolidated with:  Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Honorable David O. Carter**<br><br>**MGA DE MEXICO S.R.L. DE C.V.'S REPLY TO FOURTH AMENDED ANSWER AND COUNTERCLAIMS, INCLUDING AFFIRMATIVE DEFENSES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Trial Date:  January 11, 2011** |
| AND CONSOLIDATED ACTIONS | |

## REPLY TO COUNTERCLAIMS

Mattel's Fourth Amended Answer and Counterclaims ("FAAC") contravenes Rule 8(a) of the Federal Rules of Civil Procedure in multiple respects. For example, in many places, the FAAC improperly mixes factual averments with argumentative rhetoric. The FAAC also includes a selective recitation of alleged historical facts and dozens of allegations improperly made "on information and belief" which are in fact pure speculation, much of which is both irrelevant and inflammatory in tone and content. In addition, many of the allegations of the FAAC are overly broad, vague or conclusory and include terms which are undefined and which are susceptible to different meanings. Accordingly, by way of a general response, all allegations are denied unless specifically admitted, and any factual averment admitted is admitted only as to the specific facts and not as to any conclusions, characterizations, implications or speculations which are contained in the averment or in the FAAC as a whole. These comments and objections are incorporated, to the extent appropriate, into each numbered paragraph of this Reply to Counterclaims.

Based upon the allegations in the FAAC, MGA de Mexico S.R.L. de C.V. ("MGA de Mexico") understands it to be accused only of the claims involving trade secret misappropriation. To the extent MGA de Mexico is accused of other claims, either directly or through the acts of other counter-defendants, MGA de Mexico denies those allegations and, to the extent applicable, incorporates the responses and affirmative defenses of those other counter-defendants.

In addition, headings in pleadings are used by both parties for organizational purposes and ease of reading, and are not to be considered averments to which any response is required. If headings are to be considered allegations to which a response is required, MGA de Mexico hereby denies all allegations contained in any of Mattel's headings.

1.      The allegations set forth in paragraph 1 are denied.

2.      The allegations set forth in paragraph 2 are denied.

3.      The allegations set forth in paragraph 3 are denied.

4.      The allegations set forth in paragraph 4 are denied.

5.      The allegations set forth in paragraph 5 are denied.

6.      The allegations set forth in paragraph 6 are denied.

7.      MGA de Mexico admits that the Court has federal question jurisdiction over this action, but denies that any federal or state statute implicated by the Counterclaims applies to the extraterritorial conduct alleged in the Counterclaims.  MGA de Mexico also denies supplemental jurisdiction.

8.      MGA de MGA denies that venue is proper as to MGA de Mexico because the Court lacks personal jurisdiction over MGA de Mexico.

9.      MGA de Mexico admits the allegations set forth in paragraph 9.

10.     MGA de Mexico admits that Mattel de Mexico, S.A. de C.V. is an entity existing under the laws of Mexico with a principal place of business in Mexico City, Mexico.  The remaining allegations set forth in paragraph 10 are denied.  And, MGA de Mexico objects to Mattel's practice of lumping Mattel and Mattel Mexico throughout the pleading under the name "Mattel."  Mattel's lumping makes it impossible to respond to the allegations in any meaningful way.  It was Mattel's burden to specify when it meant Mattel Inc. and when it meant another legal entity.  Having failed to do so, it is not MGA de Mexico's job to parse the pleading for it.

11.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 11, and on that basis denies them.

12.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 12, and on that basis denies them.  MGA de Mexico further denies all of the remaining allegations set forth in paragraph 12 in part because of the definition of "Mattel."

13.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 13, and on that basis denies them.

14.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 14, and on that basis denies them.

15.     MGA de Mexico admits the allegations set forth in paragraph 15.

16.     MGA de Mexico admits is without sufficient knowledge to admit or deny the allegations set forth in paragraph 16, and on that basis denies them.

17.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 17, and on that basis denies them.

18.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 18, and on that basis denies them.

19.     MGA de Mexico denies the allegations set forth in paragraph 19 in so far as they relate to MGA de Mexico.  MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 19 that do not relate to MGA de Mexico, and on that basis denies them.

20.     Paragraph 20 is a statement of Mattel's legal position, to which no response is necessary.  To the extent that a response is required, MGA de Mexico denies the allegations set forth in paragraph 20.

21.     MGA de Mexico denies the allegations of paragraph 21, in part because of the definition of Mattel.

22.     MGA de Mexico denies the allegations of paragraph 22.

23.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 23, and on that basis denies them.

24.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 24, and on that basis denies them.

25.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 25, and on that basis denies them.

26.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 26, and on that basis denies them.

MGA DE MEXICO'S REPLY TO COUNTERCLAIMS
CV 04-9049 DOC (RNBX)

1    27.    MGA de Mexico is without sufficient knowledge to admit or
2    deny the allegations set forth in paragraph 27, and on that basis denies them.

3    28.    MGA de Mexico is without sufficient knowledge to admit or
4    deny the allegations set forth in paragraph 28, and on that basis denies them.

5    29.    MGA de Mexico is without sufficient knowledge to admit or
6    deny the allegations set forth in paragraph 29, and on that basis denies them.

7    30.    MGA de Mexico is without sufficient knowledge to admit or
8    deny the allegations set forth in paragraph 30, and on that basis denies them.

9    31.    MGA de Mexico is without sufficient knowledge to admit or
10   deny the allegations set forth in paragraph 31, and on that basis denies them.

11   32.    MGA de Mexico is without sufficient knowledge to admit or
12   deny the allegations set forth in paragraph 32, and on that basis denies them.

13   33.    MGA de Mexico is without sufficient knowledge to admit or
14   deny the allegations set forth in paragraph 33, and on that basis denies them.

15   34.    MGA de Mexico denies the allegations set forth in paragraph 34
16   in so far as they relate to MGA de Mexico.  MGA de Mexico is without sufficient
17   knowledge to admit or deny the allegations set forth in paragraph 34 that do not
18   relate to MGA de Mexico, and on that basis denies them.

19   35.    MGA de Mexico is without sufficient knowledge to admit or
20   deny the allegations set forth in paragraph 35, and on that basis denies them.

21   36.    MGA de Mexico admits that in or about early 2004, MGAE de
22   Mexico, S.R.L. de C.V. was formed to conduct business in Mexico, admits that
23   MGAE de Mexico hired three employees who had worked for Mattel subsidiary
24   Mattel Servicios located in Mexico, and denies the remaining allegations set forth in
25   paragraph 36.

26   37.    MGA de Mexico denies the allegations of paragraph 37.
27   38.    MGA de Mexico denies the allegations of paragraph 38.
28   39.    MGA de Mexico denies the allegations of paragraph 39.

40.     MGA de Mexico denies the allegations of paragraph 40.

41.     MGA de Mexico denies the allegations of paragraph 41.

42.     MGA de Mexico denies the allegations of paragraph 42.

43.     MGA de Mexico denies the allegations of paragraph 43.

44.     MGA de Mexico denies the allegations of paragraph 44.

45.     MGA de Mexico denies the allegations of paragraph 45.

46.     MGA de Mexico denies the allegations of paragraph 46.

47.     MGA de Mexico denies the allegations of paragraph 47.

48.     MGA de Mexico denies the allegations of paragraph 48.

49.     MGA de Mexico denies the allegations of paragraph 49.

50.     MGA de Mexico denies the allegations of paragraph 50.

51.     MGA de Mexico denies the allegations of paragraph 51.

52.     MGA de Mexico denies the allegations of paragraph 52.

53.     MGA de Mexico denies the allegations of paragraph 53.

54.     MGA de Mexico denies the allegations of paragraph 54.

55.     MGA de Mexico denies the allegations of paragraph 55.

56.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 56, and on that basis denies them.

57.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 57, and on that basis denies them.

58.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 58, and on that basis denies them.

59.     MGA de Mexico denies the allegations of paragraph 59.

60.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 60, and on that basis denies them.

61.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 61, and on that basis denies them.

62.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 62, and on that basis denies them.

63.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 63, and on that basis denies them.

64.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 64, and on that basis denies them.

65.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 65, and on that basis denies them.

66.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 66, and on that basis denies them.

67.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 67, and on that basis denies them.

68.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 68, and on that basis denies them.

69.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 69, and on that basis denies them.

70.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 70, and on that basis denies them.

71.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 71, and on that basis denies them.

72.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 72, and on that basis denies them.

73.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 73, and on that basis denies them.

74.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 74, and on that basis denies them.

75.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 75, and on that basis denies them.

76.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 76, and on that basis denies them.

77.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 77, and on that basis denies them.

78.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 78, and on that basis denies them.

79.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 79, and on that basis denies them.

80.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 80, and on that basis denies them.

81.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 81, and on that basis denies them.

82.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 82, and on that basis denies them.

83.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 83, and on that basis denies them.

84.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 84, and on that basis denies them.

85.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 85, and on that basis denies them.

86.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 86, and on that basis denies them.

87.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 87, and on that basis denies them.

88.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 88, and on that basis denies them.

89.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 89, and on that basis denies them.

90.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 90, and on that basis denies them.

91.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 91, and on that basis denies them.

92.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 92, and on that basis denies them.

93.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 93, and on that basis denies them.

94.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 94, and on that basis denies them.

95.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 95, and on that basis denies them.

96.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 96, and on that basis denies them.

97.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 97, and on that basis denies them.

98.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 98, and on that basis denies them.

99.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 99, and on that basis denies them.

100.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 100, and on that basis denies them.

101.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 101, and on that basis denies them.

102.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 102, and on that basis denies them.

103.     MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 103, and on that basis denies them.

104.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 104, and on that basis denies them.

105.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 105, and on that basis denies them.

106.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 106, and on that basis denies them.

107.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 107, and on that basis denies them.

108.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 108, and on that basis denies them.

109.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 109, and on that basis denies them.

110.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 110, and on that basis denies them.

111.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 111, and on that basis denies them.

112.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 112, and on that basis denies them.

113.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 113, and on that basis denies them.

114.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 114, and on that basis denies them.

115.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 115, and on that basis denies them.

116.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 116, and on that basis denies them.

117.    MGA de Mexico is without sufficient knowledge to admit or deny the allegations set forth in paragraph 117, and on that basis denies them.

1    118.    MGA de Mexico is without sufficient knowledge to admit or

2  deny the allegations set forth in paragraph 118, and on that basis denies them.

3    119.    MGA de Mexico is without sufficient knowledge to admit or

4  deny the allegations set forth in paragraph 119, and on that basis denies them.

5    120.    MGA de Mexico is without sufficient knowledge to admit or

6  deny the allegations set forth in paragraph 120, and on that basis denies them.

7    121.    MGA de Mexico is without sufficient knowledge to admit or

8  deny the allegations set forth in paragraph 121, and on that basis denies them.

9    122.    MGA de Mexico incorporates its responses to paragraphs 1

10  through 121.

11    123.    MGA de Mexico denies the allegations of paragraph 123.

12    124.    MGA de Mexico denies the allegations of paragraph 124.

13    125.    MGA de Mexico denies the allegations of paragraph 125.

14    126.    MGA de Mexico denies the allegations of paragraph 126.

15    127.    MGA de Mexico denies the allegations of paragraph 127.

16    128.    MGA de Mexico incorporates its responses to paragraphs 1

17  through 127.

18    129.    MGA de Mexico denies the allegations of paragraph 129.

19    130.    MGA de Mexico denies the allegations of paragraph 130.

20    131.    MGA de Mexico denies the allegations of paragraph 131.

21    132.    MGA de Mexico denies the allegations of paragraph 132.

22    133.    MGA de Mexico incorporates its responses to paragraphs 1

23  through 132.

24    134.    MGA de Mexico denies the allegations of paragraph 134.

25    135.    MGA de Mexico denies the allegations of paragraph 135.

26    136.    MGA de Mexico denies the allegations of paragraph 136.

27    137.    MGA de Mexico denies the allegations of paragraph 137.

28    138.    MGA de Mexico denies the allegations of paragraph 138.

1       139.    MGA de Mexico denies the allegations of paragraph 139.

2       140.    MGA de Mexico denies the allegations of paragraph 140.

3       141.    MGA de Mexico denies the allegations of paragraph 141.

4       142.    MGA de Mexico denies the allegations of paragraph 142.

5       143.    MGA de Mexico incorporates its responses to paragraphs 1

6  through 143.

7       144.    MGA de Mexico denies the allegations of paragraph 144.

8       145.    MGA de Mexico denies the allegations of paragraph 145.

9       146.    MGA de Mexico denies the allegations of paragraph 146.

10       147.    MGA de Mexico denies the allegations of paragraph 147.

11       148.    MGA de Mexico denies the allegations of paragraph 148.

12       149.    MGA de Mexico incorporates its responses to paragraphs 1

13  through 148.

14       150.    MGA de Mexico denies the allegations of paragraph 150.

15       151.    MGA de Mexico denies the allegations of paragraph 151.

16       152.    MGA de Mexico denies the allegations of paragraph 152.

17       153.    MGA de Mexico denies the allegations of paragraph 153.

18       154.    MGA de Mexico denies the allegations of paragraph 154.

19       155.    MGA de Mexico denies the allegations of paragraph 155.

20       156.    MGA de Mexico denies the allegations of paragraph 156.

21       157.    MGA de Mexico denies the allegations of paragraph 157.

22       158.    MGA de Mexico denies the allegations of paragraph 158.

23       159.    MGA de Mexico incorporates its responses to paragraphs 1

24  through 158 by reference.  MGA de Mexico further notes that the Court has already

25  held this claim at least partially preempted by Mattel's trade secret misappropriation

26  claim.

27       160.    MGA de Mexico denies the allegations of paragraph 160.

28       161.    MGA de Mexico denies the allegations of paragraph 161.

162.   MGA de Mexico denies the allegations of paragraph 162.

163.   MGA de Mexico denies the allegations of paragraph 163.

164.   MGA de Mexico denies the allegations of paragraph 164.

165.   MGA de Mexico denies the allegations of paragraph 165.

166.   MGA de Mexico incorporates its responses to paragraphs 1 through 165 by reference.

167.   MGA de Mexico denies the allegations of paragraph 167.

168.   MGA de Mexico denies the allegations of paragraph 168.

169.   MGA de Mexico denies the allegations of paragraph 169.

170.   MGA de Mexico denies the allegations of paragraph 170.

171.   MGA de Mexico denies the allegations of paragraph 171.

172.   MGA de Mexico denies the allegations of paragraph 172.

173.   MGA de Mexico incorporates its responses to paragraphs 1 through 172 by reference.

174.   MGA de Mexico denies the allegations of paragraph 174.

175.   MGA de Mexico denies the allegations of paragraph 175.

176.   MGA de Mexico denies the allegations of paragraph 176.

177.   MGA de Mexico denies the allegations of paragraph 177.

178.   MGA de Mexico denies the allegations of paragraph 178.

179.   MGA de Mexico incorporates its responses to paragraphs 1 through 178 by reference.

180.   MGA de Mexico denies the allegations of paragraph 180.

181.   MGA de Mexico denies the allegations of paragraph 181.

182.   MGA de Mexico denies the allegations of paragraph 182.

183.   MGA de Mexico denies the allegations of paragraph 183.

184.   MGA de Mexico denies the allegations of paragraph 184.

185.   MGA de Mexico denies the allegations of paragraph 185.

1    186.    MGA de Mexico incorporates its responses to paragraphs 1

2    through 185 by reference.

3    187.    MGA de Mexico denies the allegations of paragraph 187.

4    188.    MGA de Mexico denies the allegations of paragraph 188.

5    189.    MGA de Mexico denies the allegations of paragraph 189.

6    190.    MGA de Mexico denies the allegations of paragraph 190.

7    191.    MGA de Mexico denies the allegations of paragraph 191.

8    192.    MGA de Mexico incorporates its responses to paragraphs 1

9    through 191 by reference.

10    193.    MGA de Mexico denies the allegations of paragraph 193.

11    194.    MGA de Mexico denies the allegations of paragraph 194.

12    195.    MGA de Mexico denies the allegations of paragraph 195.

13    196.    MGA de Mexico denies the allegations of paragraph 196.

14    197.    MGA de Mexico denies the allegations of paragraph 197.

15    198.    MGA de Mexico denies the allegations of paragraph 198.

16    199.    MGA de Mexico denies the allegations of paragraph 199.

17    200.    MGA de Mexico denies the allegations of paragraph 200.

18    201.    MGA de Mexico incorporates its responses to paragraphs 1

19    through 200 by reference.

20    202.    MGA de Mexico denies the allegations of paragraph 202.

21    203.    MGA de Mexico denies the allegations of paragraph 203.

22    204.    MGA de Mexico denies the allegations of paragraph 204.

23    205.    MGA de Mexico notes that this claim has been dismissed

24    without leave to amend and therefore no response is required.  To the extent any

25    response is required, MGA de Mexico incorporates its responses to paragraphs 1

26    through 204 by reference.

27    206.    To the extent any response is required to this dismissed claim,

28    MGA de Mexico denies the allegations of paragraph 206.

207.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 207.

208.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 208.

209.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 209.

210.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 210.

211.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 211.

212.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 212.

213.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 213.

214.    MGA de Mexico notes that this claim has been dismissed without leave to amend and therefore no response is required.  To the extent any response is required, MGA de Mexico incorporates its responses to paragraphs 1 through 213 by reference.

215.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 215.

216.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 216.

217.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 217.

218.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 218.

219.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 219.

220.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 220.

221.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 221.

222.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 222.

223.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 223.

224.    MGA notes that this claim has been dismissed with prejudice and therefore no response is required.  To the extent any response is required, MGA de Mexico incorporates its responses to paragraphs 1 through 223 by reference.

225.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 225.

226.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 226.

227.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 227.

228.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 228.

229.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 229.

230.    To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 230.

231.    MGA de Mexico notes that this claim has been dismissed with prejudice and therefore no response is required.  To the extent any response is required, MGA de Mexico incorporates its responses to paragraphs 1 through 230 by reference.

232.     To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 232.

233.     To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 233.

234.     To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 234.

235.     To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 235.

236.     To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 236.

237.     To the extent any response is required to this dismissed claim, MGA de Mexico denies the allegations of paragraph 237.

238.     MGA de Mexico incorporates its responses to paragraphs 1 through 237 by reference.

239.     MGA de Mexico admits that there is an actual controversy created by Mattel's claim to ownership of Bratz.  Otherwise, the allegations of paragraph 239 are denied.

240.     MGA de Mexico agrees that the Court should make a declaration as to the true owner of Bratz—MGA.  Otherwise, the allegations of paragraph 240 are denied.

241.     MGA de Mexico agrees that the Court should make a declaration as to the true owner of Bratz—MGA.  Otherwise, the allegations of paragraph 241 are denied to the extent any further response is required.

242.     MGA de Mexico denies that Mattel has any rights as a creditor, or otherwise, and denies the allegations of paragraph 242 to the extent any further response is required.

243.     MGA de Mexico agrees that the Court should make a declaration as to the true owner of the trademark Moxie Girlz—MGA.  Otherwise, the

1  allegations of paragraph 243 are denied to the extent any further response is
2  required.

3  **<u>AFFIRMATIVE DEFENSES</u>**

4  Without admitting any wrongful conduct on the part of MGA de Mexico or any
5  other Counter-Defendant, and without admitting that Mattel suffered any loss,
6  damage, or injury, MGA de Mexico hereby alleges the following affirmative defenses
7  to the remaining Counterclaims that have not already been dismissed by the Court.
8  By designating the following as affirmative defenses, MGA de Mexico does not in
9  any way waive or limit any defenses which are or may be raised by their denials,
10 allegations, and averments set forth herein.  MGA de Mexico also does not, by
11 alleging any affirmative defense, admit that Mattel does not have the burden of proof
12 for any or all facts and/or legal conclusions underlying any of those defenses.  These
13 defenses are pled in the alternative, and are raised to preserve the rights of MGA de
14 Mexico to assert such defenses, and are raised without prejudice to their ability to
15 raise other and further defenses.

16 Additionally, as noted above, MGA de Mexico has objected to Mattel's
17 definition of Mattel throughout its counterclaims to include Mattel Mexico.  The only
18 claim reasonably pled by Mattel Mexico as a plaintiff, as opposed to by Mattel Inc., is
19 the trade secret misappropriation claim.  These affirmative defenses are pled
20 accordingly.  If, however, Mattel intended to plead more than the trade secret claim
21 on behalf of Mattel Mexico, then MGA de Mexico hereby asserts all such additional
22 defenses against any other claim of Mattel Mexico as may be applicable at law or in
23 equity.

24 **<u>FIRST AFFIRMATIVE DEFENSE</u>**

25 <u>(Failure to State a Claim)</u>

26 Mattel and Mattel Mexico's counterclaims fail to state a claim against MGA de
27 Mexico upon which relief can be granted.

28

## SECOND AFFIRMATIVE DEFENSE

### (Unclean Hands)

Mattel and Mattel Mexico's counterclaims are barred in whole or in part by Mattel and Mattel Mexico's unclean hands and wrongful acts.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

Mattel and Mattel Mexico's counterclaims are barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Mattel and Mattel Mexico's counterclaims are barred by the applicable statutes of limitations, including but not limited to, 17 U.S.C. § 507(b), and Code of Civil Procedure §§ 337, 339, 343 and 338(c).

## FIFTH AFFIRMATIVE DEFENSE

### (Authorization)

With respect to any right under 17 U.S.C. 106 allegedly violated by MGA de Mexico, MGA de Mexico was at all times authorized by MGA, in whom it had a good faith belief was entitled to make such authorization.

## SEVENTH AFFIRMATIVE DEFENSE

### (Information Readily Ascertainable)

MGA de Mexico cannot be liable for misappropriation of information that was readily ascertainable by proper means at the time of the alleged acquisition or use.

## EIGHTH AFFIRMATIVE DEFENSE

### (Acts or Omissions of Others)

Mattel and Mattel Mexico's damages, if any, were not caused by MGA de Mexico and are not attributable to any unlawful acts or omissions of MGA de Mexico.

## NINTH AFFIRMATIVE DEFENSE

### (Estoppel)

Mattel's counterclaims are barred in whole or in part by the doctrine of estoppel.

## TENTH AFFIRMATIVE DEFENSE

### (Acquiescence)

Mattel's counterclaims are barred in whole or in part by its own acquiescence.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

MGA de Mexico denies that Mattel or Mattel Mexico suffered any damages, but even if they did, then they also failed to take reasonable steps to mitigate those purported damages.

## TWELFTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

MGA de Mexico denies that Mattel or Mattel Mexico suffered any damages, but even if they did, any recovery by Mattel or Mattel Mexico is barred or must be reduced as a result of their comparative fault.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Good Faith Improver)

MGA de Mexico denies that Mattel is entitled to any equitable relief or profits, but even if it is, MGA de Mexico is a good faith improver to any idea or property conveyed to Mattel and is entitled to be compensated for the value of that improvement as a condition of any transfer.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Setoff)

To the extent that MGA de Mexico is a good faith improver, and to the extent that MGA de Mexico has been harmed by Mattel's wrongful injunction, MGA de Mexico is entitled to a setoff of any damages or other monetary relief awarded to

1  Mattel.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Duplicative Recovery)

If the Court does not vacate the Phase 1 verdicts in their entirety as MGA de Mexico believes is required by the July 22 Ninth Circuit Opinion, then any monetary recovery by Mattel on the counterclaims in Phase 2 is barred as duplicative of the Phase 1 verdicts, and must be setoff against them.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

Mattel's counterclaims are barred in whole or in part by waiver.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Illegal Conduct/Fraud)

Mattel's claims are barred in whole or in part by Mattel's own illegal conduct and/or fraud.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Competition Privilege/Justification)

Mattel's counterclaims are barred in whole or in part on the grounds that the acts of MGA de Mexico were lawful competition or justified.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Employee Right Of Mobility)

In violation of California law and public policy, as reflected, e.g., in California Business & Professions Code section 16600, Mattel is seeking, through its claims and its interpretations of employee contracts to unlawfully restrain employee mobility. Mattel's interpretation of its Inventions Agreement and its attempt to obtain specific relief based upon that Agreement violates Business and Professions Code §16600.

## TWENTY- FIRST AFFIRMATIVE DEFENSE

### (Mattel's Bad Faith Claim Of Misappropriation)

Mattel's claims of misappropriation of trade secrets are brought and have been

MGA DE MEXICO'S REPLY TO COUNTERCLAIMS
CV 04-9049 DOC (RNBX)

maintained in bad faith.

## TWENTY- SECOND AFFIRMATIVE DEFENSE

### (Good Faith)

Mattel's counterclaims are barred in whole or in part because the MGA Parties acted in good faith.

## TWENTY- THIRD AFFIRMATIVE DEFENSE

### (Lack of Authority)

Mattel's counterclaims are barred in whole or in part on the grounds that to the extent any person committed an unlawful or tortious act, the person lacked authority to commit such act on behalf of MGA de Mexico.

## TWENTY- FOURTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

Mattel's counterclaims are barred in whole or impart by its lack of standing.

## TWENTY- FIFTH AFFIRMATIVE DEFENSE

### (Joinder in Defenses of Co-Defendants)

The MGA Parties hereby adopt and incorporate by reference any and all other affirmative defenses that have been or will be asserted by any other defendant or counter-defendant (including Bryant) in this litigation to the extent that defendants may share in such affirmative defenses.

## TWENTY- SIXTH AFFIRMATIVE DEFENSE

### (Preemption by California Uniform Trade Secrets Act)

Mattel's state law counterclaims are preempted by the California Uniform Trade Secrets Act ("CUTSA"), Cal. Civ. Code § 3426 *et seq.*, because they are based on the same nucleus of facts as Mattel's Fourth Counterclaim for Misappropriation of Trade Secrets under the CUTSA.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Preemption by Copyright Act)

Some or all of Mattel's claims are preempted by the Copyright Act, 17 U.S.C.

MGA DE MEXICO'S REPLY TO COUNTERCLAIMS
CV 04-9049 DOC (RNBX)

§§ 101 *et seq.*

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (*Res Judicata* and Collateral Estoppel (Fed. R. Civ. Proc. 8(c)(1))

If the Court does not vacate the Phase 1 verdicts in their entirety as MGA de Mexico believes is required by the July 22 Ninth Circuit Opinion, then Mattel's Phase 2 counterclaims are barred in whole or in part by the doctrines of *res judicata* and collateral estoppel as a result of the Phase 1 proceedings.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

Mattel's claims, including without limitation its claims based upon alleged extra-territorial acts, are barred in whole or in part by lack of subject matter jurisdiction.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Spoliation of Evidence and Obstruction of Justice)

Mattel's claims are barred in whole or in part by Mattel's spoliation of evidence and obstruction of justice.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Undiscovered Defenses)

MGA de Mexico has insufficient knowledge or information upon which to form a belief as to whether additional defenses are available.  MGA de Mexico reserves the right to assert any further or additional defenses upon receiving more complete information regarding the matters alleged in the Counterclaims, through discovery or otherwise.

WHEREFORE, MGA de Mexico prays for relief as follows:

a.     On the Reply, that judgment be entered in favor of MGA de Mexico and against Counterclaimants Mattel and Mattel Mexico on the FAAC and that the FAAC be dismissed without leave to amend;

b.     On the Reply, that MGA de Mexico recover its costs of suit; and

1       c.      On the Reply, that MGA de Mexico recover its attorneys fees pursuant

2  to statute under 17 U.S.C. 505 and Cal. Civ. Code 3426.4;

3       d.      On the Reply, a declaration that MGA is the true owner of the Bratz

4  intellectual property and Moxie Girlz trademarks;

5       e.      On all pleadings in these consolidated actions, that Mattel be ordered to

6  pay the full costs of this action, including all fees paid to Court-ordered Monitors,

7  Discovery Masters, and Rule 706 Experts;

8       f.      That MGA de Mexico be awarded such other and further relief as the

9  Court may deem just and proper.

10

11  Dated:  August 16, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13                        By:        */s/ William A. Molinski*

14                             William A. Molinski
                         Attorneys for the MGA Parties and IGWT 826

15                            Investments, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

MGA DE MEXICO'S REPLY TO COUNTERCLAIMS
CV 04-9049 DOC (RNBX)

1

## **DEMAND FOR JURY TRIAL**

2
          MGA de Mexico respectfully requests a jury trial on all issues triable thereby.

3
   Dated:  August 16, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP

4

5
                                    By:  _____*/s/ William A. Molinski*_____

6
                                         William A. Molinski
                                    Attorneys for the MGA Parties and IGWT 826

7
                                    Investments, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24