ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 SGL (RNBx)<br>Consolidated with:  Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Honorable David O. Carter**<br><br>**MGA HK'S REPLY TO FOURTH AMENDED ANSWER AND COUNTERCLAIMS, INCLUDING AFFIRMATIVE DEFENSES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Trial Date:  January 11, 2011** |

# REPLY TO COUNTERCLAIMS

Mattel's Fourth Amended Answer and Counterclaims ("FAAC") contravenes Rule 8(a) of the Federal Rules of Civil Procedure in multiple respects.  For example, in many places, the FAAC improperly mixes factual averments with argumentative rhetoric.  The FAAC also includes a selective recitation of alleged historical facts and dozens of allegations improperly made "on information and belief" which are in fact pure speculation, much of which is both irrelevant and inflammatory in tone and content.  In addition, many of the allegations of the FAAC are overly broad, vague or conclusory and include terms which are undefined and which are susceptible to different meanings.  Accordingly, by way of a general response, all allegations are denied unless specifically admitted, and any factual averment admitted is admitted only as to the specific facts and not as to any conclusions, characterizations, implications or speculations which are contained in the averment or in the FAAC as a whole.  These comments and objections are incorporated, to the extent appropriate, into each numbered paragraph of this Reply to Counterclaims.

Based upon the allegations in the FAAC, MGA HK understands it to be accused only of the claims involving the initial creation of Bratz and criminal copyright infringement.  To the extent MGA HK is accused of other claims, either directly or through the acts of other counter-defendants, MGA HK denies those allegations and, to the extent applicable, incorporates the responses and affirmative defenses of those other counter-defendants.

In addition, headings in pleadings are used by both parties for organizational purposes and ease of reading, and are not to be considered averments to which any response is required.  If headings are to be considered allegations to which a response is required, MGA HK hereby denies all allegations contained in any of Mattel's headings.

      1.      The allegations set forth in paragraph 1 are denied.

      2.      The allegations set forth in paragraph 2 are denied.

3.      The allegations set forth in paragraph 3 are denied.

4.      The allegations set forth in paragraph 4 are denied.

5.      The allegations set forth in paragraph 5 are denied.

6.      The allegations set forth in paragraph 6 are denied.

7.      MGA HK admits that the Court has federal question jurisdiction over this action, but denies that any federal or state statute implicated by the Counterclaims applies to the extraterritorial conduct alleged in the Counterclaims. MGA also denies supplemental jurisdiction.

8.      MGA HK admits that venue is proper in this District as to MGA HK.  MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 8 that do not relate to MGA HK, and on that basis denies them.

9.      MGA HK admits the allegations set forth in paragraph 9.

10.      MGA HK admits that Mattel de Mexico, S.A. de C.V. is an entity existing under the laws of Mexico with a principal place of business in Mexico City, Mexico.  The remaining allegations set forth in paragraph 10 are denied.  And, MGA HK objects to Mattel's practice of lumping Mattel and Mattel Mexico throughout the pleading under the name "Mattel."  Mattel's lumping makes it impossible to respond to the allegations in any meaningful way.  It was Mattel's burden to specify when it meant Mattel Inc. and when it meant another legal entity. Having failed to do so, it is not MGA HK's job to parse the pleading for it.

11.      MGA HK is without sufficient information to admit or deny the allegations of paragraph 11, and on that basis denies them.

12.      MGA HK is without sufficient information to admit or deny the allegations of paragraph 12, and on that basis denies them.  MGA HK further denies all of the remaining allegations set forth in paragraph 12 in part because of the definition of "Mattel."

13.      MGA HK admits the allegations set forth in the first sentence of paragraph 13 and deny the remaining allegations set forth in paragraph 13.

14.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 14, and on that basis denies them.

15.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 15, and on that basis denies them.

16.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 16, and on that basis denies them.

17.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 17, and on that basis denies them.

18.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 18, and on that basis denies them.

19.     MGA HK denies the allegations set forth in paragraph 19 in so far as they relate to MGA HK.  MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 19 that do not relate to MGA HK, and on that basis denies them.

20.     Paragraph 20 is a statement of Mattel's legal position, to which no response is necessary.  To the extent that a response is required, MGA HK denies the allegations set forth in paragraph 20.

21.     MGA HK denies the allegations of paragraph 21, in part because of the definition of Mattel.

22.     MGA HK denies the allegations of paragraph 22.

23.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 23, and on that basis denies them.

24.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 24, and on that basis denies them.

25.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 25, and on that basis denies them.

26.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 26, and on that basis denies them.

27.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 27, and on that basis denies them.

28.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 28, and on that basis denies them.

29.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 29, and on that basis denies them.

30.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 30, and on that basis denies them.

31.     MGA HK denies the allegations set forth in paragraph 31 in so far as they relate to MGA HK.  MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 31 that do not relate to MGA HK, and on that basis denies them.

32.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 32, and on that basis denies them.

33.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 33, and on that basis denies them.

34.     MGA HK denies the allegations set forth in paragraph 34 in so far as they relate to MGA HK.  MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 34 that do not relate to MGA HK, and on that basis denies them.

35.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 35, and on that basis denies them.

36.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 36, and on that basis denies them.

37.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 37, and on that basis denies them.

38.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 38, and on that basis denies them.

39.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 39, and on that basis denies them.

40.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 40, and on that basis denies them.

41.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 41, and on that basis denies them.

42.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 42, and on that basis denies them.

43.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 43, and on that basis denies them.

44.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 44, and on that basis denies them.

45.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 45, and on that basis denies them.

46.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 46, and on that basis denies them.

47.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 47, and on that basis denies them.

48.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 48, and on that basis denies them.

49.     MGA HK is without sufficient information to admit or deny the allegations of paragraph 49, and on that basis denies them.

50.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 50, and on that basis, denies them.

51.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 51, and on that basis, denies them.

52.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 52, and on that basis, denies them.

53.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 53, and on that basis, denies them.

54.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 54, and on that basis, denies them.

55.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 55, and on that basis, denies them.

56.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 56, and on that basis, denies them.

57.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 57, and on that basis, denies them.

58.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 58, and on that basis, denies them.

59.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 59, and on that basis, denies them.

60.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 60, and on that basis, denies them.

61.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 61, and on that basis, denies them.

62.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 62, and on that basis, denies them.

63.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 63, and on that basis, denies them.

64.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 64, and on that basis, denies them.  MGA HK also denies the allegations set forth in paragraph 64, in part, because of the definition of Mattel.

1    65.    MGA HK is without sufficient basis to admit or deny the

2  allegations set forth in paragraph 65, and on that basis, denies them.  MGA HK also

3  denies the allegations of paragraph 65, in part, because of the definition of Mattel.

4    66.    MGA HK is without sufficient basis to admit or deny the

5  allegations set forth in paragraph 66, and on that basis, denies them.  MGA HK also

6  denies the allegations of paragraph 66, in part, because of the definition of Mattel.

7    67.    MGA HK is without sufficient basis to admit or deny the

8  allegations set forth in paragraph 67, and on that basis, denies them.  MGA HK also

9  denies the allegations set forth in paragraph 67, in part, because of the definition of

10  Mattel.

11    68.    MGA HK is without sufficient basis to admit or deny the

12  allegations set forth in paragraph 68, and on that basis, denies them.  MGA HK also

13  denies the allegations of paragraph 68, in part, because of the definition of Mattel.

14    69.    MGA HK is without sufficient basis to admit or deny the

15  allegations set forth in paragraph 69, and on that basis, denies them.  MGA HK also

16  denies the allegations of paragraph 69, in part, because of the definition of Mattel.

17    70.    MGA HK is without sufficient basis to admit or deny the

18  allegations set forth in paragraph 70, and on that basis, denies them.  MGA HK also

19  denies the allegations of paragraph 70, in part, because of the definition of Mattel.

20    71.    MGA HK is without sufficient basis to admit or deny the

21  allegations set forth in paragraph 71, and on that basis, denies them.  MGA HK also

22  denies the allegations of paragraph 71, in part, because of the definition of Mattel.

23    72.    MGA HK is without sufficient basis to admit or deny the

24  allegations set forth in paragraph 72, and on that basis, denies them.

25    73.    MGA HK is without sufficient basis to admit or deny the

26  allegations set forth in paragraph 73, and on that basis, denies them.

27    74.    MGA HK is without sufficient basis to admit or deny the

28  allegations set forth in paragraph 74, and on that basis, denies them.

75.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 75, and on that basis, denies them.

76.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 76, and on that basis, denies them.

77.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 77, and on that basis, denies them.

78.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 78, and on that basis, denies them.

79.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 79, and on that basis, denies them.

80.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 80, and on that basis, denies them.

81.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 81, and on that basis, denies them.

82.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 82, and on that basis, denies them.

83.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 83, and on that basis, denies them.

84.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 84, and on that basis, denies them.

85.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 85, and on that basis, denies them.

86.     MGA HK is without sufficient basis to admit or deny the allegations set forth in paragraph 86, and on that basis, denies them.

87.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 87, and on that basis denies them.

88.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 88, and on that basis denies them.

89.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 89, and on that basis denies them.

90.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 90, and on that basis denies them.

91.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 91, and on that basis denies them.

92.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 92, and on that basis denies them.

93.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 93, and on that basis denies them.

94.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 94, and on that basis denies them.

95.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 95, and on that basis denies them.

96.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 96, and on that basis denies them.

97.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 97, and on that basis denies them.

98.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 98, and on that basis denies them.

99.     MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 99, and on that basis denies them.

100.    MGA HK denies the allegations of paragraph 100.

101.    MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 101, and on that basis denies them.

102.    MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 102, and on that basis denies them.

103.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 103, and on that basis denies them.

104.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 104, and on that basis denies them.

105.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 105, and on that basis denies them.

106.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 106, and on that basis denies them.

107.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 107, and on that basis denies them.

108.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 108, and on that basis denies them.

109.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 109, and on that basis denies them.

110.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 110, and on that basis denies them.

111.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 111, and on that basis denies them.

112.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 112, and on that basis denies them.

113.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 113, and on that basis denies them.

114.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 114, and on that basis denies them.

115.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 115, and on that basis denies them.

116.   MGA HK is without sufficient knowledge to admit or deny the allegations set forth in paragraph 116, and on that basis denies them.

1    117.    MGA HK is without sufficient knowledge to admit or deny the

2    allegations set forth in paragraph 117, and on that basis denies them.

3    118.    MGA HK is without sufficient knowledge to admit or deny the

4    allegations set forth in paragraph 118, and on that basis denies them.

5    119.    MGA HK is without sufficient knowledge to admit or deny the

6    allegations set forth in paragraph 119, and on that basis denies them.

7    120.    MGA HK is without sufficient knowledge to admit or deny the

8    allegations set forth in paragraph 120, and on that basis denies them.

9    121.    MGA HK is without sufficient knowledge to admit or deny the

10    allegations set forth in paragraph 121, and on that basis denies them.

11    122.    MGA HK incorporates its responses to paragraphs 1 through

12    121.

13    123.    MGA HK denies the allegations of paragraph 123.

14    124.    MGA HK denies the allegations of paragraph 124.

15    125.    MGA HK denies the allegations of paragraph 125.

16    126.    MGA HK denies the allegations of paragraph 126.

17    127.    MGA HK denies the allegations of paragraph 127.

18    128.    MGA HK incorporates its responses to paragraphs 1 through

19    127.

20    129.    MGA HK denies the allegations of paragraph 129.

21    130.    MGA HK denies the allegations of paragraph 130.

22    131.    MGA HK denies the allegations of paragraph 131.

23    132.    MGA HK denies the allegations of paragraph 132.

24    133.    MGA HK incorporates its responses to paragraphs 1 through

25    132.

26    134.    MGA HK denies the allegations of paragraph 134.

27    135.    MGA HK denies the allegations of paragraph 135.

28    136.    MGA HK denies the allegations of paragraph 136.

MGA HK'S REPLY TO FOURTH AMENDED ANSWER
AND COUNTERCLAIMS, INCLUDING AFFIRMATIVE
DEFENSES -- CV 04-9049 DOC (RNBx)

1    137.    MGA HK denies the allegations of paragraph 137.

2    138.    MGA HK denies the allegations of paragraph 138.

3    139.    MGA HK denies the allegations of paragraph 139.

4    140.    MGA HK denies the allegations of paragraph 140.

5    141.    MGA HK denies the allegations of paragraph 141.

6    142.    MGA HK denies the allegations of paragraph 142.

7    143.    MGA HK incorporates its responses to paragraphs 1 through

8    142.

9    144.    MGA HK denies the allegations of paragraph 144.

10    145.    MGA HK denies the allegations of paragraph 145.

11    146.    MGA HK denies the allegations of paragraph 146.

12    147.    MGA HK denies the allegations of paragraph 147.

13    148.    MGA HK denies the allegations of paragraph 148.

14    149.    MGA HK incorporates its responses to paragraphs 1 through

15    148.

16    150.    MGA HK denies the allegations of paragraph 150.

17    151.    MGA HK denies the allegations of paragraph 151.

18    152.    MGA HK denies the allegations of paragraph 152.

19    153.    MGA HK denies the allegations of paragraph 153.

20    154.    MGA HK denies the allegations of paragraph 154.

21    155.    MGA HK denies the allegations of paragraph 155.

22    156.    MGA HK denies the allegations of paragraph 156.

23    157.    MGA HK denies the allegations of paragraph 157.

24    158.    MGA HK denies the allegations of paragraph 158.

25    159.    MGA HK incorporates its responses to paragraphs 1 through 158

26    by reference.  MGA HK further notes that the Court has already held this claim at

27    least partially preempted by Mattel's trade secret misappropriation claim.

28    160.    MGA HK denies the allegations of paragraph 160.

161.   MGA HK denies the allegations of paragraph 161.

162.   MGA HK denies the allegations of paragraph 162.

163.   MGA HK denies the allegations of paragraph 163.

164.   MGA HK denies the allegations of paragraph 164.

165.   MGA HK denies the allegations of paragraph 165.

166.   MGA HK incorporates its responses to paragraphs 1 through 165 by reference.

167.   MGA HK denies the allegations of paragraph 167.

168.   MGA HK denies the allegations of paragraph 168.

169.   MGA HK denies the allegations of paragraph 169.

170.   MGA HK denies the allegations of paragraph 170.

171.   MGA HK denies the allegations of paragraph 171.

172.   MGA HK denies the allegations of paragraph 172.

173.   MGA HK incorporates its responses to paragraphs 1 through 172 by reference.

174.   MGA HK denies the allegations of paragraph 174.

175.   MGA HK denies the allegations of paragraph 175.

176.   MGA HK denies the allegations of paragraph 176.

177.   MGA HK denies the allegations of paragraph 177.

178.   MGA HK denies the allegations of paragraph 178.

179.   MGA HK incorporates its responses to paragraphs 1 through 178 by reference.

180.   MGA HK denies the allegations of paragraph 180.

181.   MGA HK denies the allegations of paragraph 181.

182.   MGA HK denies the allegations of paragraph 182.

183.   MGA HK denies the allegations of paragraph 183.

184.   MGA HK denies the allegations of paragraph 184.

185.   MGA HK denies the allegations of paragraph 185.

186.   MGA HK incorporates its responses to paragraphs 1 through 185 by reference.

187.   MGA HK denies the allegations of paragraph 187.

188.   MGA HK denies the allegations of paragraph 188.

189.   MGA HK denies the allegations of paragraph 189.

190.   MGA HK denies the allegations of paragraph 190.

191.   MGA HK denies the allegations of paragraph 191.

192.   MGA HK incorporates its responses to paragraphs 1 through 191 by reference.

193.   MGA HK denies the allegations of paragraph 193.

194.   MGA HK denies the allegations of paragraph 194.

195.   MGA HK denies the allegations of paragraph 195.

196.   MGA HK denies the allegations of paragraph 196.

197.   MGA HK denies the allegations of paragraph 197.

198.   MGA HK denies the allegations of paragraph 198.

199.   MGA HK denies the allegations of paragraph 199..

200.   MGA HK denies the allegations of paragraph 200.

201.   MGA HK incorporates its responses to paragraphs 1 through 200 by reference.

202.   MGA HK denies the allegations of paragraph 202.

203.   MGA HK denies the allegations of paragraph 203.

204.   MGA HK denies the allegations of paragraph 204.

205.   MGA HK notes that this claim has been dismissed without leave to amend and therefore no response is required.  To the extent any response is required, MGA HK incorporates its responses to paragraphs 1 through 204 by reference.

206.   To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 206.

207.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 207.

208.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 208.

209.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 209.

210.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 210.

211.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 211.

212.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 212.

213.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 213.

214.    MGA HK notes that this claim has been dismissed without leave to amend and therefore no response is required.  To the extent any response is required, MGA HK incorporates its responses to paragraphs 1 through 213 by reference.

215.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 215.

216.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 216.

217.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 217.

218.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 218.

219.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 219.

220.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 220.

221.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 221.

222.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 222.

223.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 223.

224.    MGA HK notes that this claim has been dismissed with prejudice and therefore no response is required.  To the extent any response is required, MGA HK incorporates its responses to paragraphs 1 through 223 by reference.

225.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 225.

226.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 226.

227.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 227.

228.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 228.

229.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 229.

230.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 230.

231.    MGA HK notes that this claim has been dismissed with prejudice and therefore no response is required.  To the extent any response is required, MGA HK incorporates its responses to paragraphs 1 through 230 by reference.

232.    To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 232.

MGA HK'S REPLY TO FOURTH AMENDED ANSWER AND COUNTERCLAIMS, INCLUDING AFFIRMATIVE DEFENSES --  CV 04-9049 DOC (RNBx)

233.   To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 233.

234.   To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 234.

235.   To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 235.

236.   To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 236.

237.   To the extent any response is required to this dismissed claim, MGA HK denies the allegations of paragraph 237.

238.   MGA HK incorporates its responses to paragraphs 1 through 237 by reference.

239.   MGA HK admits that there is an actual controversy created by Mattel's claim to ownership of Bratz.  Otherwise, the allegations of paragraph 239 are denied.

240.   MGA HK agrees that the Court should make a declaration as to the true owner of Bratz—MGA.  Otherwise, the allegations of paragraph 240 are denied.

241.   MGA HK agrees that the Court should make a declaration as to the true owner of Bratz—MGA.  Otherwise, the allegations of paragraph 241 are denied to the extent any further response is required.

242.   MGA HK denies that Mattel has any rights as a creditor, or otherwise, and denies the allegations of paragraph 242 to the extent any further response is required.

243.   MGA HK agrees that the Court should make a declaration as to the true owner of the trademark Moxie Girlz—MGA.  Otherwise, the allegations of paragraph 243 are denied to the extent any further response is required.

**AFFIRMATIVE DEFENSES**

Without admitting any wrongful conduct on the part of MGA or any other Counter-Defendant, and without admitting that Mattel suffered any loss, damage, or injury, MGA hereby alleges the following affirmative defenses to the remaining Counterclaims that have not already been dismissed by the Court.  By designating the following as affirmative defenses, MGA HK does not in any way waive or limit any defenses which are or may be raised by their denials, allegations, and averments set forth herein.  MGA HK also does not, by alleging any affirmative defense, admit that Mattel does not have the burden of proof for any or all facts and/or legal conclusions underlying any of those defenses.  These defenses are pled in the alternative, and are raised to preserve the rights of MGA HK to assert such defenses, and are raised without prejudice to their ability to raise other and further defenses.

Additionally, as noted above, MGA HK has objected to Mattel's definition of Mattel throughout its counterclaims to include Mattel Mexico.  The only claim reasonably pled by Mattel Mexico as a plaintiff, as opposed to by Mattel Inc., is the trade secret misappropriation claim.  These affirmative defenses are pled accordingly.  If, however, Mattel intended to plead more than the trade secret claim on behalf of Mattel Mexico, then MGA HK hereby asserts all such additional defenses against any other claim of Mattel Mexico as may be applicable at law or in equity.

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

Mattel and Mattel Mexico's counterclaims fail to state a claim against MGA HK upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

(Unclean Hands)

Mattel and Mattel Mexico's counterclaims are barred in whole or in part by Mattel and Mattel Mexico's unclean hands and wrongful acts.

1   **THIRD AFFIRMATIVE DEFENSE**

2   (Laches)

3   Mattel and Mattel Mexico's counterclaims are barred by the doctrine of laches.

4   **FOURTH AFFIRMATIVE DEFENSE**

5   (Statute of Limitations)

6   Mattel and Mattel Mexico's counterclaims are barred by the applicable statutes

7   of limitations, including but not limited to, 17 U.S.C. § 507(b), and California Code

8   of Civil Procedure §§ 337, 339, 343 and 338(c).

9   **FIFTH AFFIRMATIVE DEFENSE**

10   (Authorization)

11   With respect to any right under 17 U.S.C. § 106 allegedly violated by MGA

12   HK, MGA HK was at all times authorized by MGA, in whom it had a good faith

13   belief was entitled to make such authorization.

14   **SIXTH AFFIRMATIVE DEFENSE**

15   (Acts or Omissions of Others)

16   Mattel and Mattel Mexico's damages, if any, were not caused by MGA HK

17   and are not attributable to any unlawful acts or omissions of MGA HK.

18   **SEVENTH AFFIRMATIVE DEFENSE**

19   (Estoppel)

20   Mattel's counterclaims are barred in whole or in part by the doctrine of

21   estoppel.

22   **EIGHTH AFFIRMATIVE DEFENSE**

23   (Acquiescence)

24   Mattel's counterclaims are barred in whole or in part by its own acquiescence.

25   **NINTH AFFIRMATIVE DEFENSE**

26   (Failure to Mitigate)

27   MGA HK denies that Mattel or Mattel Mexico suffered any damages, but even

28   if they did, then they also failed to take reasonable steps to mitigate those purported

MGA HK'S REPLY TO FOURTH AMENDED ANSWER
AND COUNTERCLAIMS, INCLUDING AFFIRMATIVE
DEFENSES -- CV 04-9049 DOC (RNBx)

damages.

## TENTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

MGA HK denies that Mattel or Mattel Mexico suffered any damages, but even if they did, any recovery by Mattel or Mattel Mexico is barred or must be reduced as a result of their comparative fault.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Good Faith Improver)

MGA HK denies that Mattel is entitled to any equitable relief or profits, but even if it is, MGA HK is a good faith improver to any idea or property conveyed to Mattel, and MGA HK is entitled to be compensated for the value of that improvement as a condition of any transfer.

## TWELFTH AFFIRMATIVE DEFENSE

### (Setoff)

To the extent that MGA HK contributed to the value of anything that is requested to be transferred is a good faith improver, and to the extent that MGA HK has been harmed by Mattel's wrongful injunction, MGA HK is entitled to a setoff of any damages or other monetary relief awarded to Mattel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Duplicative Recovery)

If the Court does not vacate the Phase 1 verdicts in their entirety as MGA HK believes is required by the July 22 Ninth Circuit Opinion, then any monetary recovery by Mattel on the counterclaims in Phase 2 is barred as duplicative of the Phase 1 verdicts, and must be setoff against them.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

Mattel's counterclaims are barred in whole or in part by waiver.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Illegal Conduct/Fraud)

Mattel's claims are barred in whole or in part by Mattel's own illegal conduct and/or fraud.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Competition Privilege/Justification)

Mattel's counterclaims are barred in whole or in part on the grounds that the acts of MGA HK were lawful competition or justified.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Employee Right Of Mobility)

In violation of California law and public policy, as reflected, e.g., in California Business & Professions Code section 16600, Mattel is seeking, through its claims and its interpretations of employee contracts to unlawfully restrain employee mobility. Mattel's interpretation of its Inventions Agreement and its attempt to obtain specific relief based upon that Agreement violates Business and Professions Code §16600.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

Mattel's counterclaims are barred in whole or in part because MGA HK acted in good faith.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Lack of Authority)

Mattel's counterclaims are barred in whole or in part on the grounds that to the extent any person committed an unlawful or tortious act, the person lacked authority to commit such act on behalf of MGA HK.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Lack of Standing)

Mattel's counterclaims are barred in whole or impart by its lack of standing.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Joinder in Defenses of Co-Defendants)

MGA HK hereby adopts and incorporates by reference any and all other affirmative defenses that have been or will be asserted by any other defendant or counter-defendant (including Bryant) in this litigation to the extent that defendants may share in such affirmative defenses.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Preemption by Copyright Act)

Some or all of Mattel's claims are preempted by the Copyright Act, 17 U.S.C. §§ 101 *et seq.*

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (*Res Judicata* and Collateral Estoppel (Fed. R. Civ. Proc. 8(c)(1))

If the Court does not vacate the Phase 1 verdicts in their entirety as MGA HK believes is required by the July 22 Ninth Circuit Opinion, then Mattel's Phase 2 counterclaims are barred in whole or in part by the doctrines of *res judicata* and collateral estoppel as a result of the Phase 1 proceedings.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

Mattel's claims, including without limitation its claims based upon alleged extra-territorial acts, are barred in whole or in part by lack of subject matter jurisdiction.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Spoliation of Evidence and Obstruction of Justice)

Mattel's claims are barred in whole or in part by Mattel's spoliation of evidence and obstruction of justice.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Undiscovered Defenses)

MGA HK has insufficient knowledge or information upon which to form a

belief as to whether additional defenses are available.  MGA HK reserves the right to assert any further or additional defenses upon receiving more complete information regarding the matters alleged in the Counterclaims, through discovery or otherwise.

WHEREFORE, MGA HK prays for relief as follows:

a.      On the Reply, that judgment be entered in favor of MGA HK and against Counterclaimants Mattel and Mattel Mexico on the FAAC and that the FAAC be dismissed without leave to amend;

b.      On the Reply, that MGA HK recover its costs of suit; and

c.      On the Reply, that MGA HK recover its attorneys fees pursuant to statute under 17 U.S.C. 505 and Cal. Civ. Code 3426.4;

d.      On the Reply, a declaration that MGA is the true owner of the Bratz intellectual property and Moxie Girlz trademarks;

e.      On all pleadings in these consolidated actions, that Mattel be ordered to pay the full costs of this action, including all fees paid to Court-ordered Monitors, Discovery Masters, and Rule 706 Experts;

f.      That MGA HK be awarded such other and further relief as the Court may deem just and proper.

Dated:  August 16, 2010            ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____ */s/ Bill Molinski* _____
                    Bill Molinski
Attorneys for the MGA Parties and IGWT 826
                Investments, LLC

1

## **DEMAND FOR JURY TRIAL**

2      MGA HK respectfully requests a jury trial on all issues triable thereby.

3

4    Dated:  August 16, 2010              ORRICK, HERRINGTON & SUTCLIFFE LLP

5

6                                                By:  _____ */s/ Bill Molinski* _____

7                                                        Bill Molinski
                                                 Attorneys for the MGA Parties and IGWT 826

8                                                Investments, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28