| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street, San Francisco, CA 94105 |
| 4 | Telephone: 415-773-5700 / Facsimile: 415-773-5759 |
| 5 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 7 | Los Angeles, CA 90017 |
| | Telephone: 213-629-2020/ Facsimile: 213-612-2499 |
| 8 | |
| 9 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600, Irvine, CA 92614-2258 |
| | Telephone: (949) 567-6700/Facsimile: (949) 567-6710 |
| 11 | |
| | Attorneys for IGWT 826 INVESTMENTS, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING IGWT 826 INVESTMENTS, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Defendant. | Date: September 13, 2010 |
| | Time: 8:30 a.m. |
| AND CONSOLIDATED ACTIONS | Place: Courtroom 9D |
| | **Hon. David O. Carter** |
| | Trial Date: January 11, 2011 |

[PROPOSED] ORDER GRANTING IGWT 826 INVESTMENTS, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

1  Based on all pleadings and papers filed to date, as well as on the oral
2  argument of counsel, the Court hereby GRANTS IGWT's Motion for Judgment on
3  the Pleadings, without leave to amend, and dismisses Mattel's Second
4  Counterclaim (for RICO Conspiracy, 18 U.S.C. § 1962(d)) against IGWT in its
5  entirety, with prejudice.
6  The Court further GRANTS IGWT's Motion for Judgment on the Pleadings,
7  without leave to amend, and dismisses Mattel's Seventeenth Counterclaim (for
8  Declaratory Judgment) against IGWT in its entirety, with prejudice.
9  Dated:

_____
Honorable David. O. Carter