1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
4   San Francisco, CA 94105
    Tel. (415) 773-5700/ Fax: (415) 773-5759
5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
8   Tel. (213) 629-2020/Fax: (213) 612-2499
9   THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
12
13  Attorneys for MGA Parties

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                    SOUTHERN DIVISION

17  CARTER BRYANT, an individual,          Case No.  CV 04-9049-DOC (RNBx)

18          Plaintiff,                     Consolidated with:
                                           Case No. CV 04-9059
19      v.                                 Case No. CV 05-2727

20  MATTEL, INC., a Delaware               Honorable David O. Carter
    corporation,
21                                         **APPLICATION TO FILE UNDER
            Defendant.                     SEAL**
22
    _____           Date:       TBD
23  AND CONSOLIDATED ACTIONS               Time:       TBD
                                           Place:      TBD
24                                         Trial Date:  January 11, 2011
25
26
27
28

LODGED
2010 AUG 10 PM 2:12

1   Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this

2   application for an order to file under seal the following documents:

3   **1.    MGA Parties' Opposition to Mattel's Motion to Compel Responses to Mattel's Third Set of Interrogatories and Cross-Motion for Protective Order Re Mattel's Third Set of Interrogatories**

4

5   **2.    Declaration of Mark P. Wine ISO MGA Parties' Opposition to Mattel's Motion to Compel Responses to Mattel's Third Set of Interrogatories and Cross-Motion for Protective Order Re Mattel's Third Set of Interrogatories**

6

7

8   **3.    Exhibits A - F**

9

10   The aforementioned documents recite and describe the content of numerous

11   documents, discovery responses, and deposition testimony that the MGA Parties

12   and Mattel have designated as "Confidential-Attorneys' Eyes Only" pursuant to the

13   Protective Order governing discovery in this case.  The MGA Parties believe that

14   the foregoing documents should be filed under seal in order to maintain the

15   confidentiality of the information contained within those documents and to abide by

16   the terms of the Court's protective order in this case.  *See* Case No. CV 04-9049

17   DOC (RNBx), Docket Document No. 54.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

1       For the foregoing reasons, the MGA Parties respectfully request that the

2   Court enter the concurrently filed [Proposed] Order granting this request to file the

3   above-referenced documents under seal.

4   Dated:  August 10, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

5

6   By: _____

7                           Mark P. Wine
                  Attorneys for MGA Parties

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28