1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
13 Attorneys for MGA Parties and
   IGWT 826 Investments LLC

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Honorable David O. Carter |
| Defendant. | **APPLICATION TO FILE UNDER SEAL** |
| AND CONSOLIDATED ACTIONS | Date:  TBD<br>Time:  TBD<br>Place: TBD |
| | Trial Date: January 11, 2011 |

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO MGA ENTERTAINMENT'S FIRST SET OF DOCUMENT REQUESTS TO MATTEL MEXICO CONCERNING MATTEL MEXICO'S POSSESSION OF COMPETITORS' CONFIDENTIAL INFORMATION;**

2. **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO MGA ENTERTAINMENT'S FIRST SET OF DOCUMENT REQUESTS TO MATTEL MEXICO REGARDING MATTEL MEXICO'S TRADE SECRETS CLAIM;**

3. **NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS FROM MATTEL INC. CONCERNING MATTEL'S THEFT OF COMPETITORS' CONFIDENTIAL INFORMATION;**

4. **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS RE MATTEL ALLEGATIONS CONCERNING JANINE BRISBOIS;**

5. **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S MOTIONS TO COMPEL**

The aforementioned document recites and describes the content of numerous documents, discovery response, and deposition testimony that the MGA Parties and Mattel have designated as "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order governing discovery in this case. The MGA Parties believe that the foregoing documents should be filed under seal in order to maintain the confidentiality of the information contained within those documents and to abide by the terms of the Court's protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

/ / /

/ / /

/ / /

/ / /

/ / /

1  For the foregoing reasons, the MGA Parties respectfully request that the
2  Court enter the concurrently filed [Proposed] Order granting this request to file the
3  above-referenced documents under seal.

4  Dated: August 10, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

6  By: /s/ William A. Molinski
7  William A. Molinski
   Attorneys for MGA Parties and
   IGWT 826 Investments LLC