ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |

The Court, having been informed by MGA Parties that the following documents discuss or contain reference deposition transcripts that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the document listed below:

1. **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO MGA ENTERTAINMENT'S FIRST SET OF DOCUMENT REQUESTS TO MATTEL MEXICO CONCERNING MATTEL MEXICO'S POSSESSION OF COMPETITORS' CONFIDENTIAL INFORMATION;**

2. **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO MGA ENTERTAINMENT'S FIRST SET OF DOCUMENT REQUESTS TO MATTEL MEXICO REGARDING MATTEL MEXICO'S TRADE SECRETS CLAIM;**

3. **NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS FROM MATTEL INC. CONCERNING MATTEL'S THEFT OF COMPETITORS' CONFIDENTIAL INFORMATION;**

4. **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS RE MATTEL ALLEGATIONS CONCERNING JANINE BRISBOIS;**

5. **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT MGA'S OF MOTIONS TO COMPEL**

**IT IS HEREBY ORDERED.**

Dated: Aug 11, 2010

_____
Hon. David O. Carter
United States District Judge