ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 <br><br> Honorable David O. Carter <br><br> **APPLICATION TO FILE UNDER SEAL** <br><br> Trial Date: January 11, 2011 |

1 Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order (Dkt. No. 54) entered by the Court in this action the MGA Parties hereby respectfully request that the Court order filed under seal the documents identified below.

These documents discuss, quote and attach materials that MGA or Mattel has designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, the MGA Parties request that the Court order that the following documents be filed under seal.

**1) MGA' RESPONSE TO MATTEL'S EX PARTE APPLICATION TO STRIKE MGA'S AUGUST 10, 2010 MOTION**

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: August 12, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for the MGA Parties and IGWT 826