1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA  94105
   Telephone:  (415) 773-5700
5  Facsimile:   (415) 773-5759

6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA  90017
   Telephone:  (213) 629-2020
9  Facsimile:   (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA  92614-2258
   Telephone:  (949) 567-6700
13 Facsimile:   (949) 567-6710

14 Attorneys for MGA Parties and IGWT 826

15                 UNITED STATES DISTRICT COURT

16                 CENTRAL DISTRICT OF CALIFORNIA

17                        SOUTHERN DIVISION

18 CARTER BRYANT, an individual,     |  CASE NO.  CV 04-9049 DOC (RNBx)

19            Plaintiff,              |  Consolidated with Case No.  CV 04-09059
                                      |  and Case No.  CV 05-02727
20        v.                         |
                                      |  Honorable David O. Carter
21 MATTEL, INC., a Delaware          |
   corporation,                      |  [PROPOSED] ORDER GRANTING
22                                    |  APPLICATION TO FILE UNDER
            Defendant.                |  SEAL 1) MGA' RESPONSE TO
23                                    |  MATTEL'S EX PARTE
                                      |  APPLICATION TO STRIKE MGA'S
24 AND CONSOLIDATED ACTIONS          |  AUGUST 10, 2010 MOTIONS
25                                    |
                                      |  Trial Date: January 11, 2011
26
27
28

LODGED

2010 AUG 12 PM 4: 09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIFORNIA
BY _____

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

1    The Court, having been informed by MGA Parties that the following

2  documents discuss or contain reference to documents or deposition transcripts that

3  has been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES

4  ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may

5  file under seal the documents listed below.

6  **1)     MGA' RESPONSE TO MATTEL'S EX PARTE APPLICATION TO**

7  **STRIKE MGA'S AUGUST 10, 2010 MOTIONS**

8

9  **IT IS HEREBY ORDERED**.

10

11  DATED: _Aug 12_____, 2010    _____

12                                              Hon. David O. Carter
                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MGA RESPONSE TO MATTEL'S EX PARTE
APPLICATION TO STRIKE
CASE NO. 04-9049 DOC (RNBx)