ORIGINAL

1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Tel: (415) 773-5700/Fax: (415) 773-5759

6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Tel: (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
13 Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Honorable David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>**Trial Date: January 11, 2011** |

Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order (Dkt. No. 54) entered by the Court in this action the MGA Parties hereby respectfully request that the Court order filed under seal the documents identified below.

These documents discuss, quote and attach materials that MGA or Mattel has designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, the MGA Parties request that the Court order that the following documents be filed under seal.

1) MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE PER COURT ORDER (Dkt. No. 8469)

2) DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE PER COURT ORDER (Dkt. No. 8469)

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated: August 12, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Annette L. Hurst
Annette L. Hurst
Attorneys for the MGA Parties and IGWT 826