ORIGINAL

1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Telephone: (415) 773-5700
5  Facsimile: (415) 773-5759

6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Telephone: (213) 629-2020
9  Facsimile: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Telephone: (949) 567-6700
13 Facsimile: (949) 567-6710

14 Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Honorable David O. Carter<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL 1) MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE PER COURT ORDER (Dkt. No. 8469) 2) DECLARATION OF ANNETTE L. HURST IN SUPPORT THEREOF**<br><br>Trial Date: January 11, 2011 |

The Court, having been informed by MGA Parties that the following documents discuss or contain reference to documents or deposition transcripts that has been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below.

1) **MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE PER COURT ORDER (Dkt. No. 8469)**

2) **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEF RE PRIVILEGE PER COURT ORDER (Dkt. No. 8469)**

**IT IS HEREBY ORDERED.**

DATED: Aug 12, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge