ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax:(415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO.  CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No.  CV 04-09059 and Case No.  CV 05-02727<br><br>Honorable David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>**Trial Date:  January 11, 2011** |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY



Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order (Dkt. No. 54) entered by the Court in this action the MGA Parties hereby respectfully request that the Court order filed under seal the documents identified below.

These documents discuss, quote and attach materials that MGA or Mattel has designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, the MGA Parties request that the Court order that the following documents be filed under seal.

**1)** **MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (SECOND PHASE 2 NOTICE)**

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the documents under seal.

Dated:     August 13, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     _____
                        Mark P. Wine
                Attorneys for the MGA Parties

APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)