# ATTACHMENT A

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MGA ENTERTAINMENT, INC., a Delaware corporation, | AMENDED NOTICE OF DEPOSITION OF MGA DE MEXICO S.R.L. DE C.V. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) |
| Defendant. | (Second Phase 2 Notice) |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3558655.3

7.20

NOTICE OF DEPOSITION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE on August 3, 2010, beginning at 8:00 a.m. Mattel, Inc. ("Mattel") will take the deposition upon oral examination of defendant MGA de Mexico S.R.L. de C.V. at 600 West Santa Ana Blvd., Suite 910, Santa Ana, CA 92701. Pursuant to Fed. R. Civ. P. 30(b)(6), MGA de Mexico S.R.L. de C.V. shall designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf concerning each of the topics set forth in Exhibit A hereto.

PLEASE TAKE FURTHER NOTICE that the deposition will take place before a duly authorized notary public or other officer authorized to administer oaths at depositions, and will continue from day to day, Saturdays, Sundays and legal holidays excepted, until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be videotaped. Mattel also reserves the right to use Livenote or other technology for real-time transcription of the testimony.

DATED: July 19, 2010               QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By /s/ Michael T. Zeller
                                       Michael T. Zeller
                                       Attorneys for Mattel, Inc.

## EXHIBIT A

1. "YOU," "YOUR" or "MGA MEXICO" means MGAE de Mexico S.R.L. de C.V., any of its current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

2. "MGA" means MGA Entertainment, Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control. For purposes of this notice, MGA shall exclude MGA MEXICO.

3. "LARIAN" means Isaac Larian, Angela Larian, any trust or business that Isaac Larian or Angela Larian control directly or indirectly, in whole or in part, including without limitation, IGWT Group, LLC and IGWT 826 Investments LLC, any subsidiary, affiliate, predecessor or successor of any such trust or business, and any other PERSON acting on behalf of Isaac Larian, Angela Larian or any trust or business entity in which Isaac Larian or Angela Larian has an interest.

4. "TRUEBA" means Mariana Trueba Almada, and all of her current or former employees, agents, representatives, attorneys, accountants, vendors, consultants, independent contractors, predecessors-in-interest and successors-in interest, and any other PERSON acting on her behalf, pursuant to her authority or subject to her control.

5. "VARGAS" means Pablo Vargas San Jose, and all of his current or former employees, agents, representatives, attorneys, accountants, vendors, consultants, independent contractors, predecessors-in-interest and successors-in interest, and any other PERSON acting on his behalf, pursuant to his authority or subject to his control.

6. "MACHADO" means Carlos Gustavo Machado Gomez, and all of his current or former employees, agents, representatives, attorneys, accountants,

vendors, consultants, independent contractors, predecessors-in-interest and successors-in interest, and any other PERSON acting on his behalf, pursuant to his authority or subject to his control.

7. "KUEMMERLE" means Susana Kuemmerle, and all of her current or former employees, agents, representatives, attorneys, accountants, vendors, consultants, independent contractors, predecessors-in-interest and successors-in interest, and any other PERSON acting on her behalf, pursuant to her authority or subject to her control.

8. "MATTEL" means Mattel, Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

9. "IDENTITY" or "IDENTIFY" means the following:

(a) With reference to an individual, means such individual's name, current or last known business title, current or last known business affiliation, current or last known relationship to YOU, current or last known residential and business address, and current or last known telephone number.

(b) With reference to an entity or governmental organization, means such entity's or organization's name, present or last-known address, and present or last-known telephone number and the IDENTITY of each individual who has served or participated as a contact for or on behalf of such entity or organization.

10. "RELATING TO" or "REFER OR RELATE TO" means constituting, embodying, containing, referring to, commenting on, evidencing, regarding, discussing, describing, mentioning, reflecting, expressing, pertaining to, concerning, supporting, contradicting, negating, revoking or otherwise relating to in any manner.

11. "DOCUMENT" means all "WRITINGS" and "RECORDINGS" as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and

Rule 1001 of the <u>Federal Rules of Evidence</u>, including, but not limited to, all writings and records of every type and description including, but not limited to, contracts, agreements, correspondence, memoranda, letters, facsimiles, electronic mail ("e-mail"), records of telephone conversations, handwritten and typewritten notes of any kind, statements, reports, minutes, recordings, transcripts and summaries of meetings, voice recordings, pictures, photographs, drawings, computer cards, tapes, discs, printouts and records of all types, studies, instruction manuals, policy manuals and statements, books, pamphlets, invoices, canceled checks and every other device or medium by which or through which information of any type is transmitted, recorded or preserved.

12. "INTELLECTUAL PROPERTY" means intellectual property of any form, including without limitation information, ideas, documents, trade secrets, copyrights, trademarks, patents, or any other item whose value derives, in whole or in part, from its intellectual, as opposed to its physical, attributes.

13. "CONFIDENTIAL INFORMATION" means any information that YOU claim is a trade secret, is proprietary or is protected from disclosure to PERSONS not employed by YOU by any means.

14. "MEXICAN PROCEEDINGS" means the proceedings against Carlos Gustavo Machado Gomez, Pablo Vargas San Jose and Mariana Trueba Almada in Mexico.

15. "COMMUNICATION", in the plural as well as the singular, means any transmittal and/or receipt of information, whether such was oral or written, and whether such was by chance, prearranged, formal or informal, and specifically includes, but is not limited to, conversations in person, telephone conversations, electronic mail (including instant messages and text messages), voicemail, letters, memoranda, statements, media releases, magazine and newspaper articles, and video and audio transmissions.

16. The singular form of a noun or pronoun includes within its meaning the plural form of the noun or pronoun so used, and *vice versa*; the use of the masculine

form of a pronoun also includes within its meaning the feminine form of the pronoun so used, and *vice versa*; the use of any tense of any verb includes also within its meaning all other tenses of the verb so used, whenever such construction results in a broader request for information; and "and" includes "or" and *vice versa*, whenever such construction results in a broader disclosure of DOCUMENTS or information.

## Topics of Examination

1. The timing, nature and extent of YOUR business dealings, operations and activities in and contacts with the United States, including without limitation the State of California and the Central District of California, from 2004 to the present.

2. The nature and extent of YOUR commercial, financial or other obligations that MGA satisfied or helped satisfy between 2004 and the present.

3. The timing, nature and extent of LARIAN's relationship to, and direct or indirect control over, YOU.

4. The timing, nature and extent of YOUR relationship with TRUEBA, VARGAS and/or MACHADO.

5. The source and amount of funding used by YOU for creation, operations and payments of expenses and other obligations before March 31, 2005, including but not limited to (1) any transfers of value from MGA to YOU, including the amount, date, source company, source account holder and source account number; (2) the identification of the bank or banks and any account or accounts (by number) used by YOU to hold and/or disperse funds for any purpose; and (3) any transfers of value from MGA on YOUR behalf to any creditor of YOU, including the amount, date, source company, source account holder, and source account number of any such transfer and the identity of any such creditor.

6. The location and identification of all KUEMMERLE, MACHADO, VARGAS and TRUEBA hard drives from computers provided by or known to MGA.

7. The location and identification of all images of KUEMMERLE, MACHADO, VARGAS and TRUEBA hard drives from computers provided by or known to MGA, including the date that the image was created.

8. The location and identification of all KUEMMERLE, MACHADO, VARGAS and TRUEBA USB drives, portable hard drives and removable media that were connected at any time to any MATTEL or MGA computer.

9. The location and identification of all images of KUEMMERLE, MACHADO, VARGAS and TRUEBA USB drives, portable hard drives and removable media, including the date that each image was created.

10. YOUR knowledge of intentional spoliation and/or concealment of DOCUMENTS and other evidence in connection with this action, including the destruction of MATTEL information on or after the day on which it was searched for.

11. MACHADO, VARGAS and TRUEBA's knowledge of intentional spoliation and/or concealment of DOCUMENTS and other evidence in connection with this action, including the destruction of MATTEL information on or after the day a search warrant was executed at YOUR offices.

12. Efforts by YOU or MGA to dissuade, prevent or interfere with any potential settlement or settlement of the MEXICAN PROCEEDINGS between, on the one hand, MACHADO, VARGAS and/or TRUEBA, and, on the other hand, MATTEL.

13. YOUR knowledge of and COMMUNICATIONS RELATING TO the obligations of MATTEL employees to MATTEL, including without limitation with respect to confidentiality and ownership of inventions.

14. YOUR uses of the instrumentalities of interstate commerce.

15. YOUR net worth, currently and as of December 2009 or the close of YOUR fiscal year 2009, any and all calculations thereof, and all bases and sources for determining YOUR net worth.

16. For all of YOUR INTELLECTUAL PROPERTY or CONFIDENTIAL INFORMATION that YOU allege MATTEL wrongfully possessed

or obtained, the IDENTITY of the PERSON or PERSONS who currently own or at any time owned or had any ownership interest in that property, the factual basis for such claim of ownership and the time period that each PERSON or PERSONS owned or had an ownership interest in such property.

17. Each form of agreement in use by MGA MEXICO from 1975 to the present between MGA MEXICO and its employees or independent contractors that MGA MEXICO contends governs (a) the ownership or assignment of any original works of authorship or inventions of its employees or independent contractors, and/or (b) the use, disclosure, or protection of information that MGA MEXICO considers to be confidential to which its employees or independent contractors were privy, including without limitation:

a. MGA MEXICO's understanding of the meaning of each and every term of each such form of agreement in use during the applicable time period;

b. The consideration for each term of each such form of agreement in use during the applicable time period;

c. The categories of employees at MGA MEXICO who signed, or were expected to sign, each such form of agreement;

d. The total number of employees in each category who signed, or were expected to sign, each such form of agreement;

e. The identity of the drafter(s) of each such form of agreement;

f. The reasons for all changes in the form of agreement over time;

g. Any practices or procedures in use at MGA MEXICO for the disclosure of original works of authorship or inventions pursuant to each such form of agreement;

h. MGA MEXICO's practices or procedures with respect to requiring employees to sign revised forms of such agreements after such employees were employed and whether MGA MEXICO offered any additional or new consideration therefore;

i. MGA MEXICO's waiver or modification for any employee of any term of any form of agreement encompassed by this topic.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On July 20, 2010, I served true copies of the following documents described as: **AMENDED NOTICE OF DEPOSITION OF MGA DE MEXICO S.R.L. DE C.V. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, Ste. 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe, LLP<br>Thomas S. McConville, Esq.<br>4 Park Plaza<br>Suite 1600<br>Irvine, CA 92614-2SS8<br>tmcconville@orrick.com | **Attorneys for** *the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Jason Russell, Esq.<br>300 South Grand Avenue, Ste. 3400<br>Los Angeles, CA 90071<br>jrussell@skadden.com | **Attorneys for** *the MGA Parties* |
| Law Offices of Mark E. Overland<br>Mark E Overland<br>100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez* |

-10-

NOTICE OF DEPOSITION

| | |
|---|---|
| Scheper, Kim & Overland, LLP<br>Alexander H. Cote, Esq.<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>acote@obsklaw.com | **Attorneys for *Carlos Gustavo Machado Gomez*** |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from susantruong@quinnemanuel.com on , by transmitting a PDF format copy of such document(s) to each such person at the e mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 20, 2010, at Los Angeles, California.

*Susan Truong*

-11-

NOTICE OF DEPOSITION