QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA MEXICO'S MOTION FOR PROTECTIVE ORDER REGARDING MATTEL'S FIRST PHASE 2 NOTICE OF DEPOSITION**<br><br>Hearing Date:      TBD<br>Time:                   TBD<br>Courtroom:         9D<br><br>**Phase 2:**<br>Discovery Cut-off:      October 4, 2010<br>Pre-trial Conference:   January 4, 2011<br>Trial Date:                   January 11, 2011 |

# DECLARATION OF JON COREY

I, Jon Corey, declare as follows:

1. I am a member of the Bars of the States of California, New York and District of Columbia and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. A true and correct copy of Mattel's Notice of Deposition of MGA de Mexico S.R.L. de C.V. Pursuant to Federal Rule of Civil Procedure 30(b)(6) (First Phase 2 Notice), dated December 22, 2009, is attached as Exhibit A.

3. A true and correct copy of a January 7, 2010 e-mail from William Molinski to me is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on August 17, 2010 in Los Angeles, California.

By /s/ Jon Corey
Jon Corey