# EXHIBIT A

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation,             | Consolidated with
12 |                          | Case No. CV 04-09059
   |          Plaintiff,      | Case No. CV 05-02727
13 |                          |
   |     vs.                  |
14 |                          | NOTICE OF DEPOSITION OF MGAE DE
   | MGA ENTERTAINMENT, INC., a | MEXICO, S.R.L. DE C.V. PURSUANT TO
15 | California corporation,  | FEDERAL RULE OF CIVIL PROCEDURE
   |                          | 30(B)(6)
16 |          Defendant.      | (First Phase 2 Notice)

17 | AND CONSOLIDATED ACTIONS

18

19

20

21

22

23

24

25

26

27

28

07975/3209183.4

12·22

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that on January 15, 2010 beginning at 8:00

3  a.m. Mattel, Inc. ("Mattel") will take the deposition upon oral examination of

4  defendant MGAE de Mexico, S.R.L. de C.V. at 600 W. Santa Ana Blvd., Suite 910,

5  Santa Ana, CA 92701.  Pursuant to <u>Fed. R. Civ. P.</u> 30(b)(6), MGAE de Mexico,

6  S.R.L. de C.V. shall designate one or more officers, directors, managing agents or

7  other persons who consent to testify on its behalf concerning each of the topics set

8  forth in Exhibit A hereto.

9          PLEASE TAKE FURTHER NOTICE that the deposition will take

10  place before a duly authorized notary public or other officer authorized to administer

11  oaths at depositions, and will continue from day to day, Sundays, Saturdays and

12  legal holidays excepted, until completed.

13          PLEASE TAKE FURTHER NOTICE that, pursuant to <u>Fed. R. Civ.</u>

14  <u>P.</u> 30(b)(2), the deposition will be videotaped.  Mattel also reserves the right to use

15  Livenote or other technology for real-time transcription of the testimony.

16

17  DATED: December 22, 2009          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES. LLP

18

19                                    By
                                          Jon D. Corey
20                                        Attorneys for Mattel. Inc.

21

22

23

24

25

26

27

28

07975/3209183.4

**Exhibit A**

# EXHIBIT A

1.  "YOU" or "YOUR" means MGAE de Mexico, S.R.L. de C.V., any of its current or former employees (including, but not limited to, MACHADO, TRUEBA and VARGAS) , officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

2.  "MATTEL" means Mattel, Inc. and all current or former directors, officers, employees, agents, contractors, attorneys, accountants, representatives, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

3.  "MGA ENTERTAINMENT" means MGA Entertainment, Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors in interest and successors in interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

4.  "BRATZ" means any project, product, doll or DESIGN ever known by that name (whether in whole or in part and regardless of what such project, product or doll is or has been also, previously or subsequently called) and any product, doll or DESIGN or any portion thereof that is now or has ever been known as, or sold or marketed under, the name or term "Bratz" (whether in whole or in part and regardless of what such product, doll or DESIGN or portion thereof is or has been also, previously or subsequently called) or that is now or has ever been sold or marketed as part of the "Bratz" line, and each version or iteration of such product, doll or DESIGN or any portion thereof. As used herein, "product, doll or DESIGNS or any portion thereof" also includes without limitation any names,

07975/3209183.4

1  fashions, accessories, artwork, packaging or any other works, materials, matters or
2  items included or associated therewith. Without limiting the generality of the
3  foregoing, the term "BRATZ" does not and shall not require that there be a doll
4  existing at the time of the event, incident or occurrence that is the subject of, or
5  otherwise relevant or responsive to, the Topics of Examination herein.

6       5.   "DESIGN" or "DESIGNS" means any and all representations,
7  whether two-dimensional or three-dimensional, and whether in tangible, digital,
8  electronic or other form, including, but not limited to, all works, designs, artwork,
9  sketches, drawings, illustrations, representations, depictions, blueprints, schematics,
10 diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to
11 practice, developments, inventions and/or improvements, as well as all other items,
12 things and DOCUMENTS in which any of the foregoing are or have been
13 expressed, embodied, contained, fixed or reflected in any manner, whether in whole
14 or in part.

15      6.   "BRATZ PRODUCT" means any product, whether two-
16 dimensional or three-dimensional, and whether in tangible, digital, electronic or
17 other form: (i) that is or has ever been distributed, marketed or sold under the name
18 "Bratz" or as part of the "Bratz" line; (ii) depicts, incorporates, embodies, consists of
19 or REFERS OR RELATES TO BRATZ; and/or (iii) that is or has ever been
20 distributed, marketed or sold in any packaging that includes the name "Bratz" or
21 depicts, incorporates, embodies, consists of or REFERS OR RELATES TO
22 BRATZ.

23      7.   "BRATZ DOLL" means any doll that is or has ever been
24 distributed, marketed, sold or offered for sale under the name "Bratz" or as part of
25 the "Bratz" line.

26      8.   "IDENTITY" means the following:
27      (a)   with reference to an individual or individuals, means to
28 state, fully and separately as to each, such individual's full name, any known

07975/3209183.4

1   business title, current or last known business affiliation, current or last known

2   residential address, current or last known business address, current or last known

3   relationship to MGA, and current or last known telephone number.

4                   (b)      with reference to an entity or entities, means to state, fully

5   and separately as to each, such entity's full name, state (or country) of incorporation

6   or organization, present or last known address, and present or last known telephone

7   number.

8                   (c)      with reference to any other DOCUMENT or

9   DOCUMENTS, means to describe each DOCUMENT by Bates number. In the

10  event that a DOCUMENT does not have a Bates number, IDENTITY means, with

11  respect to each such DOCUMENT, to provide a complete description of it such that

12  it may be the subject of a request for the production of documents, including by

13  stating the date, IDENTITY of the author, addressee(s), signatories, parties, or other

14  PERSONS identified therein, its present location or custodian and a description of

15  its contents.

16          9.      "RELATING TO" or "REFERS OR RELATES TO" means

17  constituting, embodying, containing, referring to, commenting on, evidencing,

18  regarding, discussing, describing, mentioning, reflecting, expressing, pertaining to,

19  concerning, supporting, contradicting, negating, revoking or otherwise relating to in

20  any manner.

21          10.     "COMMUNICATION," in the plural as well as the singular,

22  means any transmittal and/or receipt of information, whether such was oral or

23  written, and whether such was by chance, prearranged, formal or informal, and

24  specifically includes, but is not limited to, conversations in person, telephone

25  conversations, electronic mail (including instant messages and text messages),

26  voicemail, letters, memoranda, statements, media releases, magazine and newspaper

27  articles, and video and audio transmissions.

28

07975/3209183.4

1          11.     "DOCUMENT" means all "WRITINGS" and "RECORDINGS"
2   as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and
3   Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all
4   writings and records of every type and description including, but not limited to,
5   contracts, AGREEMENTs, correspondence, memoranda, letters, facsimiles,
6   electronic mail ("e-mail"), records of telephone conversations, handwritten and
7   typewritten notes of any kind, statements, reports, minutes, recordings, transcripts
8   and summaries of meetings, voice recordings, pictures, photographs, drawings,
9   computer cards, tapes, discs, printouts and records of all types, studies, instruction
10  manuals, policy manuals and statements, books, pamphlets, invoices, canceled
11  checks and every other device or medium by which or through which information of
12  any type is transmitted, recorded or preserved.  Without any limitation on the
13  foregoing, the term "DOCUMENT" shall include all copies that differ in any respect
14  from the original or other versions of the DOCUMENT, including, but not limited
15  to, all drafts and all copies of such drafts or originals containing initials, comments,
16  notations, insertions, corrections, marginal notes, amendments or any other variation
17  of any kind.

18          12.     "PERSON" or "PERSONS" means all natural persons,
19  partnerships, corporations, joint ventures and any kind of business, legal or public
20  entity or organization, as well as its, his or her agents, representatives, employees,
21  officers and directors and any one else acting on its, his or her behalf, pursuant to
22  its, his or her authority or subject to its, his or her control.

23          13.     "LARIAN" means Isaac Larian, and all of his past or present
24  employees, officers, agents, representatives, attorneys, consultants, independent
25  contractors, any predecessors or successors in interest, and any other PERSON
26  acting on his behalf, pursuant to his authority or subject to his control.

27          14.     "MACHADO" means Carlos Gustavo Machado Gomez, and all
28  of his current or former employees, agents, representatives, attorneys, accountants,

07975/3209183.4

1 | vendors, consultants, independent contractors, predecessors-in-interest and
2 | successors-in-interest, and any other PERSON acting on his behalf, pursuant to his
3 | authority or subject to his control.

4 |     15.    "TRUEBA" means Mariana Trueba Almada, and all of her
5 | current or former employees, agents, representatives, attorneys, accountants,
6 | vendors, consultants, independent contractors, predecessors-in-interest and
7 | successors-in-interest, and any other PERSON acting on her behalf, pursuant to her
8 | authority or subject to her control.

9 |     16.    "VARGAS" means Pablo Vargas San Jose, and all of his current
10 | or former employees, agents, representatives, attorneys, accountants, vendors,
11 | consultants, independent contractors, predecessors-in-interest and successors-in-
12 | interest, and any other PERSON acting on his behalf, pursuant to his authority or
13 | subject to his control.

14 |     17.    "MAKABI" means Jahangir Makabi, and all of his current or
15 | former employees, agents, representatives, attorneys, accountants, vendors,
16 | consultants, independent contractors, predecessors-in-interest and successors-in-
17 | interest, and any other PERSON acting on his behalf, pursuant to his authority or
18 | subject to his control.

19 |     18.    "CASTILLA" means Jorge Castilla, and all of his current or
20 | former employees, agents, representatives, attorneys, accountants, vendors,
21 | consultants, independent contractors, predecessors-in-interest and successors-in-
22 | interest, and any other PERSON acting on his behalf, pursuant to his authority or
23 | subject to his control.

24 |     19.    "BRAWER" means Ron Brawer, and all of his current or former
25 | employees, agents, representatives, attorneys, accountants, vendors, consultants,
26 | independent contractors, predecessors-in-interest and successors-in-interest, and any
27 | other PERSON acting on his behalf, pursuant to his authority or subject to his
28 | control.

1    20.   "BRISBOIS" means Janine Brisbois, and all of her current or
2  former employees, agents, representatives, attorneys, accountants, vendors,
3  consultants, independent contractors, predecessors-in-interest and successors-in-
4  interest, and any other PERSON acting on her behalf, pursuant to her authority or
5  subject to her control.

6    21.   "UNITED STATES" shall mean and refer to both the national
7  sovereign entity and/or any legally constituted subdivision thereof, such as states or
8  provinces.

9    22.   "MEXICO" shall mean and refer to both the national sovereign
10  entity and/or any legally constituted subdivision thereof, such as states or provinces.

11    23.   "CANADA" shall mean and refer to both the national sovereign
12  entity and/or any legally constituted subdivision thereof, such as states or provinces.

13    24.   "AGREEMENT," in addition to its ordinary meaning, means any
14  contract, understanding, term sheet, exchange of promises, or any other expression
15  of assent, whether written or oral, by two or more PERSONS.

16    25.   "RETAILER" means any entity which makes BRATZ
17  PRODUCTS, BRATZ DOLLS, or any MGA ENTERTAINMENT product available
18  for sale to the public, whether in physical stores or online.

19    26.   The singular form of a noun or pronoun includes within its
20  meaning the plural form of the noun or pronoun so used, and *vice versa*; the use of
21  the masculine form of a pronoun also includes within its meaning the feminine form
22  of the pronoun so used, and *vice versa*; the use of any tense of any verb includes
23  also within its meaning all other tenses of the verb so used, whenever such
24  construction results in a broader request for information; and "and" includes "or"
25  and *vice versa*, whenever such construction results in a broader disclosure of
26  DOCUMENTS or information.

27

28

07975/3209183.4

1

**Topics of Examination**

2          1.     YOUR COMMUNICATIONS with the top 10 RETAILERS in

3 Mexico regarding MGA or BRATZ between January 1, 2004 and December 31,

4 2004.

5          2.     All orders received by YOU between January 1, 2004 and

6 December 31, 2004, including, without limitation: (i) the date received, (ii) the quantity

7 purchased by product, (iii) the agreed price by product, (iv) the delivery date, and (v)

8 any applicable discount.

9          3.     All AGREEMENTS between YOU and any RETAILER that

10 REFER OR RELATE TO   any transaction between YOU and such RETAILER

11 between January 1, 2004 and December 31, 2005, including without limitation all trade

12 terms offered to the RETAILERS.

13          4.     All COMMUNICATIONS with RETAILERS or other potential

14 customers between January 1, 2004 and December 31, 2005, including, without

15 limitation: (i) presentations made to RETAILERS or other potential customers, and (ii)

16 negotiations of AGREEMENTS, orders, or trade terms with RETAILERS or potential

17 customers.

18          5.     YOUR entry into the toy market in MEXICO including, without

19 limitation: (i) the decision to do so, (ii) the establishment of MGAE de Mexico,

20 S.R.L. de C.V., (iii) establishment of customer relationships, pricing, market

21 planning and product line selection in the toy market in MEXICO from 2003 to the

22 present, and (iv) the involvement of MACHADO, TRUEBA, and/or VARGAS

23 therein.

24          6.     All facts supporting YOUR suggestion that MATTEL planted or

25 placed, or had any role or knowledge of the planting or placement of, any object or

26 other type of evidence at YOUR offices, buildings, or any of your other property, or

27 with any of YOUR employees.

28

1    7.    Any smuggling of goods or products into or out of MEXICO in
2  which YOU have had any involvement, including, without limitation: (i) the
3  IDENTITY of the PERSON referred to as "the Lardeo [sic] guy" in DOCUMENTS
4  Bates-stamped MGA2 0327614; (ii) YOUR shipments to or from "the Lardeo [sic]
5  guy" as described in DOCUMENTS Bates-stamped MGA2 0327614; and (iii) all
6  information RELATING TO such shipments, including but not limited to their contents
7  and dates.

8    8.    Whether MACHADO, VARGAS and/or TRUEBA were YOUR
9  managing agents, including, without limitation:  (i) their authorization to exercise
10  judgment or discretion in YOUR corporate matters, (ii) their involvement in the hiring,
11  retention, engagement, promotion, disciplining, evaluating, reviewing, management,
12  supervision, instruction, firing or termination of YOUR employees, officers,
13  consultants, contractors or vendors; (iii) their involvement in any contracts and/or
14  AGREEMENTs executed on YOUR behalf; (iv) their involvement in any decisions
15  regarding the management, rules, polices, practices or procedures of YOUR business or
16  operations; (v) their involvement in advertising, press releases, public relations or any
17  other public statements made on YOUR behalf; (vi) their involvement in any
18  COMMUNICATIONS with third parties made on YOUR behalf; (vii) their travel on
19  YOUR behalf; (viii) their involvement in YOUR business operations, management,
20  finances, practices, policies or procedures, sales or potential sales, including their
21  responsibilities, assignments, duties, and functions; and (ix) their purchases and/or
22  purchasing decisions and/or sales or licensing and/or sales or licensing decisions made
23  on YOUR behalf.

24    9.    The IDENTITY of the PERSON(S) whose signature or initials
25  appears on DOCUMENTS Bates-stamped MGA 0139534-MGA 0139552; MGA
26  0139553-MGA 0139568; MGA 0139664-MGA 0139730; MGA 0139731-MGA
27  0139746; MGA 0139747-MGA 0139748; MGA 0139749-MGA 0139768; MGA
28  0139769-MGA 0139792; MGA 0139793-MGA 0139815; MGA 0139931-MGA

07975/3209183.4

1  0139948; MGA 0140007-MGA 0140029; MGA 0140128-MGA 0140147; MGA
2  0140148-MGA 0140166; MGA 0140282-MGA 0140348; MGA 0140349-MGA
3  0140366.

4         10.    YOUR investigation of the facts and circumstances concerning the
5  hiring of and/or theft of trade secrets by MACHADO, VARGAS or TRUEBA,
6  including the IDENTITY of any PERSON who conducted any such investigation, the
7  witnesses interviewed, and any work product, reports, notes, transcripts, recordings, or
8  other DOCUMENTS prepared by or for the benefit of any PERSON who conducted
9  such an investigation.

10         11.    Any investigation of the facts and circumstances concerning the
11  hiring of and/or theft of trade secrets by MACHADO, VARGAS or TRUEBA,
12  including the IDENTITY of any PERSON who conducted any such investigation, the
13  witnesses interviewed, and any work product, reports, notes, transcripts, recordings, or
14  other DOCUMENTS prepared by or for the benefit of any PERSON who conducted
15  such an investigation.

16         12.    All COMMUNICATIONS between YOU and any governmental
17  authority, including, without limitation law enforcement authorities or governmental
18  officials, concerning any of the following topics:

19         a.    The substance of all or part of any allegation of MATTEL's
20               Amended Answer and Counterclaims, Second Amended Answer
                 and Counterclaims, or Third Amended Answer and Counterclaims,
21               irrespective of the time the COMMUNICATION occurred with
                 respect to the filing of such pleading.

22         b.    The investigation or prosecution by MEXICO law enforcement
23               authorities of VARGAS, TRUEBA, MACHADO, LARIAN,
                 MAKABI, or YOU.

24         c.    The investigation by UNITED STATES law enforcement
25               authorities of CASTILLA, BRAWER, or YOU.

26         d.    The investigation by CANADA law enforcement authorities of
                 BRISBOIS or YOU.

27         e.    The proposed or actual investigation, indictment or prosecution by
28               any law enforcement authority in any country of YOU.

07975/3209183.4

1

2          13.    YOUR decision to terminate the employment of MACHADO,

3   VARGAS or TRUEBA.

4          14.    COMMUNICATIONS relating to YOUR decision to terminate the

5   employment of MACHADO, VARGAS or TRUEBA, including but not limited to

6   COMMUNICATIONS with officers, directors, shareholders, employees or agents of

7   MGA ENTERTAINMENT related thereto.

8          15.    DOCUMENTS relating to YOUR decision to terminate the

9   employment of MACHADO, VARGAS or TRUEBA.

10         16.    DOCUMENTS that are Bates-stamped MGA 0438596-MGA

11  0438598, attached as Exhibit B hereto, including, without limitation: (i) their author(s),

12  (ii) the date(s) of their preparation, (iii) the source(s) of the information reflected in the

13  DOCUMENTS, (iv) their recipient(s), (v) their custodian(s), and (vi) the file name(s),

14  metadata, and location(s) at which they were discovered, including, without limitation
    the complete path name(s).

15
           17.    The IDENTITY of the custodian identified by YOU as "RICO Case
16
    Files" for DOCUMENTS produced by YOU that are Bates-stamped MGA 0104856-
17
    MGA 0104973; MGA 0104974-MGA 0105030; MGA 0105031-MGA 0105092; MGA
18
    0105094-MGA 0105104; MGA 0105105-MGA 0105139; MGA 0105140-MGA
19
    0105832; MGA 0105833-MGA 0105835; MGA 0105836-MGA 0105864; MGA
20
    0105873-MGA 0105926; MGA 0105929-MGA 0105935; MGA 0105947-MGA
21
    0105951; MGA 0105955-MGA 0105972; MGA 0105973-MGA 0105975; MGA
22
    0105976-MGA 0105977; MGA 0105978-MGA 0106094; MGA 0106095-MGA
23
    0110278; MGA 0110279-MGA 0110294; MGA 0110298-MGA 0110299; MGA
24
    0110300-MGA 0110306; MGA 0110307-MGA 0110313; MGA 0110346-MGA
25
    0110400; MGA 0110407-MGA 0110432; MGA 0110433-MGA 0110514; MGA
26
    0110515-MGA 0110518; MGA 0110519; MGA 0110522-MGA 0110523; MGA
27
    0110524-MGA 0110572; MGA 0110573; MGA 0110593; MGA 0110601-MGA
28

0110606; MGA  0110607-MGA  0110678; MGA  0110679; MGA  0110680-MGA
0110688; MGA  0110691-MGA  0110699; MGA  0110700; MGA  0110701; MGA
0110702; MGA  0110703; MGA  0110704; MGA  0110705-MGA  0110720; MGA
0110721-MGA  0110728; MGA  0110729-MGA  0110805; MGA  0110806-MGA
0110810; MGA  0110811-MGA  0110819; MGA  0110821-MGA  0111036; MGA
0111038-MGA  0111076; MGA  0111077-MGA  0111090; MGA  0111091-MGA
0111121; MGA  0111122-MGA  0111207; MGA  0111208-MGA  0111225; MGA
0111226-MGA  0111231; MGA  0111232-MGA  0111243; MGA  0111244-MGA
0112679; MGA  0112680-MGA  0113114; MGA  0113115-MGA  0117043; MGA
0117044-MGA  0120325; MGA  0120326-MGA  0122551; MGA  0122552-MGA
0124236; MGA  0124237-MGA  0126396; MGA  0126397-MGA  0128556; MGA
0128557-MGA  0129614; MGA  0129615-MGA  0130672; MGA  0130673-MGA
0132832; MGA  0132833-MGA  0133923; MGA  0133924-MGA  0136083; MGA
0136084-MGA  0136200; MGA  0136201-MGA  0136213; MGA  0136214-MGA
0137233; MGA  0137234-MGA  0137244; MGA  0137245-MGA  0137250; MGA
0137251-MGA  0137255; MGA  0137256-MGA  0137341; MGA  0137342-MGA
0139151; MGA  0139152-MGA  0139167; MGA  0139168-MGA  0139170; MGA
0139171-MGA  0139204; MGA  0139205-MGA  0139208; MGA  0139209; MGA
0139370-MGA  0139533; MGA  0140007-MGA  0140029; MGA  0140128-MGA
0140147; MGA  0140148-MGA  0140166; MGA  0140282-MGA  0140348; MGA
0140349-MGA 0140366.

18.     The IDENTITY of the custodian identified by YOU as "Scanned Set" for DOCUMENTS produced by YOU that are Bates-stamped MGA 0139534-0139552; MGA 0139553-MGA 0139568; MGA 0139664-MGA 0139730;   MGA 0139731-MGA 0139746; MGA 0139747-MGA 0139748; MGA 0139749-MGA 0139768; MGA 0139769-MGA 0139792; MGA 0139793-MGA 0139815;   MGA 0139931-MGA 0139948.

07975/3209183.4

1        19.    YOUR failure to provide any custodian information for
2   DOCUMENTS produced by YOU that are Bates-stamped MGA 0868692 and MGA
3   3815506.

4        20.    The IDENTITY of the custodians for DOCUMENTS produced
5   by YOU that are Bates-stamped MGA 0868692; MGA 3815506.000001-MGA
6   3815506.000022; MGA 3815506.000023-MGA 3815506.000028; MGA
7   3815506.000029-MGA 3815506.000030; MGA 3815506.000031-MGA
8   3815506.000042; MGA 3815506.000043-MGA 3815506.000195; MGA
9   3815506.000196-MGA 3815506.000570; MGA 3815506.000571-MGA
10  3815506.003456; MGA 3815506.003457-MGA 3815506.004394; MGA
11  3815506.004395-MGA 3815506.005379; MGA 3815506.005380-MGA
12  3815506.005949; MGA 3815506.005950-MGA 3815506.006779; MGA
13  3815506.006780-MGA 3815506.007609; MGA 3815506.007610-MGA
14  3815506.008168; MGA 3815506.008169-MGA 3815506.008780; MGA
15  3815506.008781-MGA 3815506.009887; MGA 3815506.009888-MGA
16  3815506.010511; MGA 3815506.010512-MGA 3815506.011394; MGA
17  3815506.011395-MGA 3815506.011451; MGA 3185506.011452-MGA
18  3185506.011464; MGA 3185506.011465-MGA 3185506.011465; MGA
19  3185506.011466-MGA 3185506.011476; MGA 3185506.011477-MGA
20  3185506.011482; MGA 3185506.011483-MGA 3185506.011487; MGA
21  3185506.011488-MGA 3185506.011511; MGA 3185506.011512-MGA
22  3185506.012010; MGA 3185506.012011-MGA 3185506.013120; MGA
23  3185506.013121-MGA 3185506.013124; MGA 3185506.013125-MGA
24  3185506.013126; MGA 3185506.013127-MGA 3185506.013142; MGA
25  3185506.013143-MGA 3815506.013146; MGA 3185506.013147-MGA
26  3185506.013147; MGA 3815506.013308-MGA 3815506.013353; MGA
27  3815506.013370-MGA 3815506.013391; MGA 3815506.013354-MGA
28  3815506.013369; MGA 3815506.013404-MGA 3815506.013438; MGA

1 | 3815506.013439-MGA 3815506.013678; MGA 3815506.013679-MGA
2 | 3815506.013681; MGA 3815506.013682-MGA 3815506.013710; MGA
3 | 3815506.013717-MGA 3815506.013770; MGA 3815506.013773-MGA
4 | 3815506.013779; MGA 3815506.013790-MGA 3815506.013792; MGA
5 | 3815506.013796-MGA 3815506.013813; MGA 3815506.013814-MGA
6 | 3815506.013816; MGA 3815506.013819-MGA 3815506.013911; MGA
7 | 3815506.013912-MGA 3815506.016445; MGA 3815506.016446-MGA
8 | 3815506.016460; MGA 3815506.016464-MGA 3815506.016464; MGA
9 | 3815506.016465-MGA 3815506.016467; MGA 3815506.016468-MGA
10 | 3815506.016471; MGA 3815506.016504-MGA 3815506.016527; MGA
11 | 3815506.016700-MGA 3815506.016711; MGA 3815506.016743-MGA
12 | 3815506.016824; MGA 3815506.016827-MGA 3815506.016828; MGA
13 | 3815506.016829-MGA 3815506.016877; MGA 3815506.016878-MGA
14 | 3815506.016878; MGA 3815506.016879-MGA 3815506.016897; MGA
15 | 3815506.016898-MGA 3815506.016898; MGA 3815506.016907-MGA
16 | 3815506.016911; MGA 3815506.016912-MGA 3815506.016935; MGA
17 | 3815506.016936-MGA 3815506.016936; MGA 3815506.016937-MGA
18 | 3815506.016945; MGA 3815506.016946-MGA 3815506.016947; MGA
19 | 3815506.016948-MGA 3815506.016953; MGA 3815506.016958-MGA
20 | 3815506.016958; MGA 3815506.016959-MGA 3815506.016974; MGA
21 | 3815506.016975-MGA 3815506.016982; MGA 3815506.016983-MGA
22 | 3815506.017019; MGA 3815506.017023-MGA 3815506.017031; MGA
23 | 3815506.017033-MGA 3815506.017248; MGA 3815506.017250-MGA
24 | 3815506.017288; MGA 3815506.017289-MGA 3815506.017302; MGA
25 | 3815506.017303-MGA 3815506.017333; MGA 0139534-0139552; MGA 0139553-
26 | MGA 0139568; MGA 0139664-MGA 0139730; MGA 0139731-MGA 0139746;
27 | MGA 0139747-MGA 0139748; MGA 0139749-MGA 0139768; MGA 0139769-
28 | MGA 0139792; MGA 0139793-MGA 0139815; MGA 0139931-MGA 0139948;

1  MGA 0104856-MGA 0104973; MGA 0104974-MGA 0105030; MGA 0105031-

2  MGA 0105092; MGA 0105094-MGA 0105104; MGA 0105105-MGA

3  0105139; MGA 0105140-MGA 0105832; MGA 0105833-MGA 0105835; MGA

4  0105836-MGA 0105864; MGA 0105873-MGA 0105926; MGA 0105929-MGA

5  0105935; MGA 0105947-MGA 0105951; MGA 0105955-MGA 0105972; MGA

6  0105973-MGA 0105975; MGA 0105976-MGA 0105977; MGA 0105978-MGA

7  0106094; MGA 0106095-MGA 0110278; MGA 0110279-MGA 0110294; MGA

8  0110298-MGA 0110299; MGA 0110300-MGA 0110306; MGA 0110307-MGA

9  0110313; MGA 0110346-MGA 0110400; MGA 0110407-MGA 0110432; MGA

10  0110433-MGA 0110514; MGA 0110515-MGA 0110518; MGA 0110519; MGA

11  0110522-MGA 0110523; MGA 0110524-MGA 0110572; MGA 0110573; MGA

12  0110593; MGA 0110601-MGA 0110606; MGA 0110607-MGA 0110678; MGA

13  0110679; MGA 0110680-MGA 0110688; MGA 0110691-MGA 0110699; MGA

14  0110700; MGA 0110701; MGA 0110702; MGA 0110703; MGA 0110704; MGA

15  0110705-MGA 0110720; MGA 0110721-MGA 0110728; MGA 0110729-MGA

16  0110805; MGA 0110806-MGA 0110810; MGA 0110811-MGA 0110819; MGA

17  0110821-MGA 0111036; MGA 0111038-MGA 0111076; MGA 0111077-MGA

18  0111090; MGA 0111091-MGA 0111121; MGA 0111122-MGA 0111207; MGA

19  0111208-MGA 0111225; MGA 0111226-MGA 0111231; MGA 0111232-MGA

20  0111243; MGA 0111244-MGA 0112679; MGA 0112680-MGA 0113114; MGA

21  0113115-MGA 0117043; MGA 0117044-MGA 0120325; MGA 0120326-MGA

22  0122551; MGA 0122552-MGA 0124236; MGA 0124237-MGA 0126396; MGA

23  0126397-MGA 0128556; MGA 0128557-MGA 0129614; MGA 0129615-MGA

24  0130672; MGA 0130673-MGA 0132832; MGA 0132833-MGA 0133923; MGA

25  0133924-MGA 0136083; MGA 0136084-MGA 0136200; MGA 0136201-MGA

26  0136213; MGA 0136214-MGA 0137233; MGA 0137234-MGA 0137244; MGA

27  0137245-MGA 0137250; MGA 0137251-MGA 0137255; MGA 0137256-MGA

28  0137341; MGA 0137342-MGA 0139151; MGA 0139152-MGA 0139167; MGA

1 | 0139168-MGA 0139170; MGA 0139171-MGA 0139204; MGA 0139205-MGA
2 | 0139208; MGA 0139209; MGA 0139370-MGA 0139533; MGA 0140007-MGA
3 | 0140029; MGA 0140128-MGA 0140147; MGA 0140148-MGA 0140166; MGA
4 | 0140282-MGA 0140348; MGA 0140349-MGA 0140366.

07975/3209183.4

**Exhibit B**

# DOCUMENT WITHDRAWN AT REQUEST OF PRODUCING PARTY AS PRIVILEGED

# DOCUMENT WITHDRAWN AT REQUEST OF PRODUCING PARTY AS PRIVILEGED

DOCUMENT
WITHDRAWN
AT REQUEST OF
PRODUCING PARTY AS
PRIVILEGED

## PROOF OF SERVICE
(CCP § § 1013a, 2015.5)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES )

       I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 865 SOUTH FIGUEROA STREET, 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017.

       On December 23, 2009, I served the foregoing document described as **NOTICE OF DEPOSTION OF MGAE DE MEXICO, S.R.L. DE C.V.PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) (FIRST PHASE 2 NOTICE)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Melinda Haag, Esq.
Annette L. Hurst, Esq.                    Todd Gordinier, Esq.
Warrington S. Parker III, Esq.        Peter Villar, Esq.
Orrick, Herrington & Sutcliffe, LLP   Bingham McCutchen LLP
The Orrick Building                600 Anton Boulevard, 18th Floor
405 Howard Street                  Costa Mesa, CA 92626
San Francisco, CA 94105

  X    **BY MAIL**

       I placed such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon full prepaid.

  X   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       Executed on December 23, 2009, at Los Angeles, California.

  X  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    **BETTY GOMEZ**
      Type or Print Name                      Signature

00505.07975/3255439.1

3e2e8bdb965f

**PROOF OF SERVICE**
(CCP § § 1013a, 2015.5)

STATE OF CALIFORNIA ⎞
⎟ ss.
COUNTY OF LOS ANGELES ⎠

     I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: Now Legal Service located at: 1301 WEST 2ND STREET, SUITE 206, LOS ANGELES, CALIFORNIA 90017.

     On December 23, 2009, I served the foregoing document described as **NOTICE OF DEPOSTION OF MGAE DE MEXICO, S.R.L. DE C.V.PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) (FIRST PHASE 2 NOTICE)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
Skadden Arps Slate Meagher & Flom
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071

William A. Molinski
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

Mark E. Overland, Esq.
Alexand H. Cote, Esq.
Overland Borenstein Scheper & Kim
LLP
601 West Fifth Street, 125th Floor
Los Angeles, CA 90071

  X  **BY PERSONAL SERVICE**

     I delivered such envelope by hand to the offices of the addressees.

Executed on December 23, 2009, at Los Angeles, California.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on December 23, 2009, at Los Angeles, California.

    **DAVID QUINTANA**
     Type or Print Name

                  Signature

00505.07975/3255439.1