# EXHIBIT B

**From:** Molinski, William [wmolinski@orrick.com]
**Sent:** Thursday, January 07, 2010 3:42 PM
**To:** Jon Corey
**Cc:** Hurst, Annette; Parker, Warrington; Michael T Zeller
**Subject:** MGA de Mexico deposition

Jon:

We are in receipt of the second Notice of Deposition of MGA de Mexico that you unilaterally scheduled for January 15. As you know, we have scheduled the deposition of Louis Small for that day on the continuation of the prior notice to MGA de Mexico. We will identify an individual for this second notice and will let you know dates of availability, but need confirmation from you before we undertake that effort that you understand that this second deposition of MGA de Mexico will count as an additional and separate deposition toward Mattel's 25 deposition limit. Please confirm that is your understanding. If not, we will raise this issue with Judge Carter at our next hearing.

Bill



**ORRICK**

**BILL A. MOLINSKI**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017-5855

*tel* 213-612-2256
*fax* 213-612-2499
*mobile* 310-502-7580
wmolinski@orrick.com

www.orrick.com

"EMF <orrick.com>" made the following annotations.
-------------------------------------------------------------------------
=========================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.