QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

　　　　Plaintiff,

　　vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

　　　　Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY MEMORANDUM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS REGARDING THE MGA PARTIES' UNCLEAN HANDS DEFENSE**

[[Proposed] Order Filed Concurrently Herewith]

Hearing Date: TBD
Time: TBD
Place: TBD

Discovery Cutoff: October 4, 2010.
Pre-trial Conference: January 4, 2011
Trial: January 11, 2011

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1      Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. hereby respectfully requests that the Court order
3  filed under seal Mattel, Inc.'s Reply Memorandum in Support of Mattel, Inc.'s
4  Motion to Compel the Production of Documents Regarding the MGA Parties'
5  Unclean Hands Defense.
6      The Reply includes information Mattel has designated as "Confidential –
7  Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel
8  requests that the Court order that the Reply be filed under seal.

10  DATED: August 16, 2010     QUINN EMANUEL URQUHART & SULLIVAN. LLP

12  By /s/ Michael T. Zeller
13  Michael T. Zeller
    Attorneys for Mattel, Inc. and
14  Mattel de Mexico. S.A. de C.V.