QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2010 AUG 16 PM 3:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

**[~~PROPOSED~~] ORDER GRANTING:**

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY MEMORANDUM IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS REGARDING THE MGA PARTIES' UNCLEAN HANDS DEFENSE**

Hearing Date: TBD
Time: TBD
Place: TBD

Discovery Cutoff: October 4, 2010
Pre-trial Conference: January 4, 2011
Trial: January 11, 2011

ORIGINAL

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply Memorandum in Support of Mattel, Inc.'s Motion to Compel the Production of Documents Regarding the MGA Parties' Unclean Hands Defense,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply Memorandum in Support of Mattel, Inc.'s Motion to Compel the Production of Documents Regarding the MGA Parties' Unclean Hands Defense is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 16, 2010

David O. Carter

Hon. David O. Carter
United States District Judge