```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
 7  Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.
 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    SOUTHERN DIVISION
```

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S COMBINED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2) AND RESPONSE TO MGA'S IMPROPER CROSS-MOTION FOR A PROTECTIVE ORDER**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:  TBD<br>Time:  TBD<br>Place:  TBD<br><br>Discovery Cutoff:  October 4, 2010.<br>Pre-trial Conference:  January 4, 2011<br>Trial:  January 11, 2011 |

00505.07975/3631636.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1

2   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
3 the Court in this action, Mattel, Inc. hereby respectfully requests that the Court order
4 filed under seal Mattel, Inc.'s Combined Reply In Support Of Mattel, Inc.'s Motion
5 To Compel Responses To Mattel's Third Set Of Interrogatories To The MGA
6 Parties (Phase 2) And Response To MGA's Improper Cross-Motion For A
7 Protective Order.

8   The Reply includes information MGA has designated as "Confidential –
9 Attorney's Eyes Only" pursuant to the Protective Order.  Accordingly, Mattel
10 requests that the Court order that the Reply be filed under seal.  In the alternative,
11 Mattel requests that the Court find that the information contained therein is not
12 confidential and order the Reply filed in the public record.

13

14 DATED: August 16, 2010          QUINN EMANUEL URQUHART &
                                  SULLIVAN. LLP
15

16                              By /s/ Michael T. Zeller /BMW/
17                                 Michael T. Zeller
                                   Attorneys for Mattel, Inc. and
18                                 Mattel de Mexico. S.A. de C.V.

19
20
21
22
23
24
25
26
27
28

00505.07975/3631636.1

-2-

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL