LODGED 2010 AUG 16 PM 3:45 [CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA]

ORIGINAL

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING:**<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S COMBINED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2) AND RESPONSE TO MGA'S IMPROPER CROSS-MOTION FOR A PROTECTIVE ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cutoff: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial: January 11, 2011 |


|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s |
| 3 | Combined Reply In Support Of Mattel, Inc.'s Motion To Compel Responses To |
| 4 | Mattel's Third Set Of Interrogatories To The MGA Parties (Phase 2) And Response |
| 5 | To MGA's Improper Cross-Motion For A Protective Order, |
| 6 | IT IS HEREBY ORDERED: |
| 7 | Mattel, Inc.'s Combined Reply In Support Of Mattel, Inc.'s Motion To |
| 8 | Compel Responses To Mattel's Third Set Of Interrogatories To The MGA Parties |
| 9 | (Phase 2) And Response To MGA's Improper Cross-Motion For A Protective Order |
| 10 | is ORDERED filed under seal pursuant to Local Rule 79-5.1. |

DATED: Aug 16, 2010

_/s/ David O. Carter_
Hon. David O. Carter
United States District Judge