QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY              KP      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL EXHIBIT A TO MATTEL, INC.'S NOTICE OF ERRATA REGARDING MATTEL'S COMBINED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2) AND RESPONSE TO MGA'S IMPROPER CROSS-MOTION FOR A PROTECTIVE ORDER**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cutoff: October 4, 2010.<br>Pre-trial Conference: January 4, 2011<br>Trial: January 11, 2011 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. hereby respectfully requests that the Court order filed under seal Exhibit A to Mattel, Inc.'s Notice Of Errata Regarding Mattel's Combined Reply In Support Of Mattel, Inc.'s Motion To Compel Responses To Mattel's Third Set Of Interrogatories To The MGA Parties (Phase 2) And Response To MGA's Improper Cross-Motion For A Protective Order.

Exhibit A is the corrected brief, which includes information MGA has designated as "Confidential – Attorney's Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that Exhibit A to Mattel's Notice of Errata be filed under seal. In the alternative, Mattel requests that the Court find that the information contained therein is not confidential and order the Reply filed in the public record.

DATED: August 16, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By *Michael T. Zeller /BMW*
Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico. S.A. de C.V.