QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING:<br><br>**APPLICATION TO FILE UNDER SEAL EXHIBIT A TO MATTEL, INC.'S NOTICE OF ERRATA REGARDING MATTEL'S COMBINED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2) AND RESPONSE TO MGA'S IMPROPER CROSS-MOTION FOR A PROTECTIVE ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cutoff: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial: January 11, 2011 |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit A to Mattel, Inc.'s Notice Of Errata Regarding Mattel's Combined Reply In Support Of Mattel, Inc.'s Motion To Compel Responses To Mattel's Third Set Of Interrogatories To The MGA Parties (Phase 2) And Response To MGA's Improper Cross-Motion For A Protective Order,

IT IS HEREBY ORDERED:

Exhibit A to Mattel, Inc.'s Notice Of Errata Regarding Mattel's Combined Reply In Support Of Mattel, Inc.'s Motion To Compel Responses To Mattel's Third Set Of Interrogatories To The MGA Parties (Phase 2) And Response To MGA's Improper Cross-Motion For A Protective Order ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 17, 2010

_____
Hon. David O. Carter
United States District Judge