QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL'S RESPONSE TO MGA'S SUPPLEMENTAL BRIEF RE CRIME-FRAUD AND WAIVER**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3632551.1

APPLICATION TO FILE UNDER SEAL

## APPLICATION TO FILE UNDER SEAL

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Response to MGA's Supplemental Brief Re Crime-Fraud and Waiver, dated August 16, 2010 (the "Response").

The Response includes information that the Court and MGA have designated "Confidential—Attorney's Eyes Only" pursuant to the Protective Order, including transcript excerpts from in chambers proceedings before Judge Larson during the Phase 1 trial. Accordingly, Mattel requests that the Court order that the Response be filed under seal. In the alternative, Mattel requests that the Court find that the information contained therein is not confidential and order the Response thereto filed in the public record.

DATED: August 16, 2010         QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By  Michael T. Zeller /ZDK
                                   Michael T. Zeller
                                   Attorneys for Mattel, Inc.