1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6 Attorneys for Mattel, Inc.

7 UNITED STATES DISTRICT COURT

8 CENTRAL DISTRICT OF CALIFORNIA

9 SOUTHERN DIVISION

| | |
|---|---|
| 10 MATTEL, INC., a Delaware corporation,<br>11<br>12 Plaintiff,<br>13 vs.<br>14 MGA ENTERTAINMENT, INC., a California corporation, et al.,<br>15 Defendant.<br>16<br>17 AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br>Hon. David O. Carter<br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S RESPONSE TO MGA'S SUPPLEMENTAL BRIEF RE CRIME-FRAUD AND WAIVER |

00505.07975/3632573.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Response to MGA's Supplemental Brief Re Crime-Fraud and Waiver, dated August 16, 2010 (the "Response"), IT IS HEREBY ORDERED:

The Response is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 17, 2010

Hon. David O. Carter
United States District Judge