QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On August 16, 2010, I served true copies of the following documents described as:

## PLEASE SEE LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>    Thomas J. Nolan, Esq.<br>    Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071<br>    tnolan@skadden.com<br>    jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br>Telephone:  213.687.5000<br>Facsimile:  213.687.5600 |
| Law Offices of Mark E. Overland<br>    Mark E Overland<br>100 Wilshire Blvd., Suite 950,<br>Santa Monica, CA 90401<br>    mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone:  310 459-2830<br>Facsimile:  310 459-4621 |
| Scheper Kim & Harris LLP<br>    David C. Scheper, Esq.<br>    Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA  90071<br>    dscheper@scheperkim.com<br>    acote@scheperkim.com | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |

| | |
|---|---|
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for *Omni 808 Investors, LLC*** |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from brianwheeler@quinnemanuel.com on August 16, 2010, by transmitting a PDF format copy of such documents to each such person at the e-mail address listed below their addresses. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 16, 2010, at Los Angeles, California.

_____
Brian M. Wheeler

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On August 16, 2010, I served true copies of the following documents described as:

## PLEASE SEE LIST OF DOCUMENTS

on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, STE 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>  tnolan@skadden.com<br>  jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Law Offices of Mark E. Overland<br>  Mark E Overland<br>100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401<br>  mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone: 310 459-2830<br>Facsimile: 310 459-4621 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

| Scheper Kim & Harris LLP<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>dscheper@scheperkim.com<br>acote@scheperkim.com | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
|---|---|

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelopes in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 16, 2010, at Los Angeles, California.

_____
Melanie Dolmans

## LIST OF DOCUMENTS

(1) MATTEL, INC.'S COMBINED REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL'S THIRD SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2) AND RESPONSE TO MGA'S IMPROPER CROSS-MOTION FOR A PROTECTIVE ORDER
(2) APPLICATION TO FILE UNDER SEAL
(3) [PROPOSED] ORDER
(4) PROOF OF SERVICE