UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 04 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MATTEL, INC., a Delaware corporation,

        Defendant-counter-claimant - Appellee

v.

MGA ENTERTAINMENT, INC.; et al.,

        Counter-defendants - Appellants

No. 09-55673

D.C. No. 2:04-cv-09049-SGL-RNB

U.S. District Court for Central California, Los Angeles

**ORDER**



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CARTER BRYANT, an individual,

        Plaintiff-counter-defendant

CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity,

        Counter-defendants

ANNE WANG,

        Third-party-defendant

OMNI 808 INVESTORS LLC,

| Movant | |
|---|---|

| | |
|---|---|
| CARTER BRYANT, an individual, | No. 09-55812 |
|       Plaintiff-counter-defendant - Appellee and | D.C. No. 2:04-cv-09049-SGL-RNB |
| MGA ENTERTAINMENT, INC.; et al., | U.S. District Court for Central California, Los Angeles |
|       Counter-defendants - Appellees v. | |
| MATTEL, INC., a Delaware corporation, | |
|       Defendant-counter-claimant - Appellant | |
| CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity, | |
|       Counter-defendants | |

Defendant-Counter- Claimant Mattel Inc.'s request for extension of time to file Petition For Rehearing and For Rehearing En Banc is granted. Petition For Rehearing and Suggestion For Rehearing En Banc is due on or before August 12, 2010.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk