**FILED**

**NOT FOR PUBLICATION**

AUG 18 2010

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Defendant-counter-claimant - Appellee,<br><br>  v.<br><br>MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual,<br><br>        Counter-defendants - Appellants,<br><br>CARTER BRYANT, an individual,<br><br>        Plaintiff - counter-defendant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity,<br><br>        Counter-defendants,<br><br>ANNE WANG,<br><br>        Third-party-defendant, | No. 09-55673<br><br>D.C. No. 2:04-cv-09049-SGL-RNB<br><br>**ORDER**<br><br> |

| | |
|---|---|
| **OMNI 808 INVESTORS LLC,**<br><br>Movant. | |
| **CARTER BRYANT**, an individual,<br><br>       Plaintiff-counter-defendant - Appellee,<br><br>**MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED**, a Hong Kong Special Administrative Region business entity; **ISAAC LARIAN**, an individual,<br><br>       Counter-defendants - Appellees,<br><br>v.<br><br>**MATTEL, INC.**, a Delaware corporation,<br><br>       Defendant-counter-claimant - Appellant,<br><br>**CARLOS GUSTAVO MACHADO GOMEZ**, an individual; **MGAE DE MEXICO, S.R.L. DE C.V.**, a Mexico business entity,<br><br>       Counter-defendants. | No. 09-55812<br><br>D.C. No. 2:04-cv-09049-SGL-RNB |

**KOZINSKI**, Chief Judge:

Within 21 days of the date of this order, MGA shall file a response to the Petition for Rehearing and Rehearing En Banc.