ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**AMENDED NOTICE OF MOTION TO COMPEL DOCUMENTS FROM MATTEL INC. CONCERNING MATTEL'S THEFT OF COMPETITORS' CONFIDENTIAL INFORMATION**<br><br>Date:     September 14, 2010<br>Time:    8:30 a.m.<br>Place:   Courtroom 9D<br><br>Trial Date:   January 11, 2011 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on September 14, 2010 at 8:30 a.m., or as
3  soon thereafter as the matter may be heard before The Honorable David O. Carter,
4  located at 411 West Fourth Street, Santa Ana, California, MGA Entertainment Inc.
5  ("MGA") will, and hereby does, move this Court for an order compelling Mattel
6  Inc. ("Mattel") to produce documents concerning theft of competitors' confidential
7  information.

8  Specifically, MGA moves for an order compelling production and overruling
9  Mattel's objections to:

10  (1) Request No. 323 from MGA's Seventh Set of Phase 2 Requests for
11  Production to Mattel, dated June 18, 2010;

12  (2) Request Nos. 16, 17, 31, 114 and 115 from MGA's First Set of Phase
13  1 Requests for Production to Mattel, dated November 22, 2006;

14  (3) Request No. 476 from MGA's Fifth Set of Phase 1 Requests for
15  Production to Mattel, dated August 3, 2007; and

16  (4) Request No. 737 from MGA's Seventh Set of Phase 1 Requests for
17  Production to Mattel, dated November 29, 2007.

18  This motion is based upon this Amended Notice, the original Notice of
19  Motion, the attached Memorandum of Points and Authorities, the pleadings and
20  records on file in this action, and on such oral argument as may be presented by the
21  parties at any hearing on this matter.

22  This Amended Notice is being filed to set a hearing date. MGA sought to
23  obtain Mattel's agreement on a briefing schedule, but Mattel – – likely due to its
24  pending ex parte to strike the Motion – – would not stipulate to any briefing
25  schedule.

26  / / /
27  / / /
28  / / /

- 1 -

Amended Ntc of Motion to Compel Documents Concerning
Mattel's Theft Of Competitors' Confidential Information
CV 04-9049 DOC (RNBx)

**Certification of Compliance**

Counsel for MGA sent a meet and confer letter to counsel for Mattel on July 15, 2010, to which Mattel responded on July 23, 2010. Lead counsel met and conferred over these requests on July 28, 2010. The parties have been unable to reach resolution.

Dated:   August 19, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     /s/ William A. Molinski
WILLIAM A. MOLINSKI
Attorneys for MGA Parties and
IGWT 826 Investments LLC.

- 2 -

Amended Ntc of Motion to Compel Documents Concerning
Mattel's Theft Of Competitors' Confidential Information
CV 04-9049 DOC (RNBx)