ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**AMENDED NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO MGA'S FIRST SET OF DOCUMENT REQUESTS TO MATTEL MEXICO CONCERNING MATTEL MEXICO'S POSSESSION OF COMPETITORS' CONFIDENTIAL INFORMATION**<br><br>Date: September 14, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on September 14, 2010 at 8:30 a.m., or as
3 soon thereafter as the matter may be heard before The Honorable David O. Carter,
4 located at 411 West Fourth Street, Santa Ana, California, MGA Entertainment
5 ("MGA") will, and hereby does, move this Court for an order compelling Mattel
6 Mexico ("Mattel") to produce documents and provide further responses to certain
7 requests from MGA's First Set of Phase 2 Requests for Production to Mattel
8 Mexico, dated June 8, 2010.

9  Specifically, MGA moves for an order compelling the production of
10 documents and overruling Mattel's objections to:

11  (1)  Request Nos. 1, 2, 3, 4, 9, 29, 30, 33 and 50 ("Competitive
12 Intelligence" requests) from MGA's First Set of Phase 2 Requests for Production to
13 Mattel Mexico.

14  These Requests form a subset of MGA's First Set of Requests to Mattel
15 Mexico and all relate to Mattel Mexico's access, possession and use of
16 competitively sensitive information.

17  This Motion is made pursuant to Rule 34 of the Federal Rules of Civil
18 Procedure and the Court's inherent powers.  The aforementioned requests seek non-
19 privileged, discoverable evidence under Rule 26 of the Federal Rules of Civil
20 Procedure, and Mattel's objections thereto are meritless.

21  This motion is based upon this Amended Notice, the original Notice of
22 Motion, the attached Memorandum of Points and Authorities, the pleadings and
23 records on file in this action, and on such oral argument as may be presented by the
24 parties at any hearing on this matter.

25  This Amended Notice is being filed to set a hearing date.  MGA sought to
26 obtain Mattel's agreement on a briefing schedule, but Mattel – – likely due to its
27 pending ex parte to strike the Motion – – would not stipulate to any briefing
28 schedule.

- 1 -

Amended Notice Of Motion To Compel MGA
Entertainment's 1st Set Of Requests For Production
CASE NO. CV 04-9049-DOC (RNBx)

**Certification of Compliance**

Counsel for MGA sent a meet and confer letter to counsel for Mattel on July 30, 2010, to which Mattel responded on August 6, 2010.  Lead counsel for the parties also met and conferred on July 28, 2010 on this topic.  The parties have been unable to reach resolution.

Dated:   August 19, 2010           ORRICK, HERRINGTON & SUTCLIFFE LLP


By:     /s/ William A. Molinski
        WILLIAM A. MOLINSKI
        Attorneys for MGA Parties

- 2 -

Amended Notice Of Motion To Compel MGA
Entertainment's 1st Set Of Requests For Production
CASE NO. CV 04-9049-DOC (RNBx)