1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499
9  THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
   Attorneys for MGA Parties and IGWT 826 Investments LLC
13

14             UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
15                 SOUTHERN DIVISION

16 CARTER BRYANT, an individual,          Case No.  CV 04-9049-DOC (RNBx)

17         Plaintiff,                     Consolidated with:
                                          Case No. CV 04-9059
18     v.                                 Case No. CV 05-2727

19 MATTEL, INC., a Delaware               Hon. David O. Carter
   corporation,
20                                        **AMENDED NOTICE OF MOTION TO**
           Defendant.                     **COMPEL PRODUCTION OF**
21                                        **DOCUMENTS AND FURTHER**
   ───────────────────────────────       **RESPONSES TO MGA**
22 AND CONSOLIDATED ACTIONS               **ENTERTAINMENT'S FIRST SET OF**
                                          **DOCUMENT REQUESTS TO MATTEL**
23                                        **MEXICO REGARDING MATTEL**
                                          **MEXICO'S TRADE SECRETS CLAIM**
24
                                          Date:      September 14, 2010
25                                        Time:      8:30 a.m.
                                          Place:     Courtroom 9D
26
                                          Trial Date:  January 11, 2011
27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that on September 14, 2010 at 8:30 a.m., or as

3    soon thereafter as the matter may be heard before The Honorable David O. Carter,

4    located at 411 West Fourth Street, Santa Ana, California, MGA Entertainment

5    ("MGA") will, and hereby does, move this Court for an order compelling Mattel

6    Inc. ("Mattel") to produce documents and provide further responses to certain

7    requests from MGA Mexico's First Set of Requests for Production to Mattel, dated

8    June 8, 2010.

9    Specifically, MGA moves for an order compelling the production of

10   documents and overruling Mattel's objections to:

11       (1)    Request Nos. 8, 10, 11, 16, 47 and 48;

12       (2)    Request Nos. 19, 20, 21 and 49;

13       (3)    Request Nos. 36, 39, 40, 41 and 42; and

14       (4)    Request No. 46.

15   This Motion is made pursuant to Rule 34 of the Federal Rules of Civil

16   Procedure and the Court's inherent powers.  The aforementioned requests seek non-

17   privileged, discoverable evidence under Rule 26 of the Federal Rules of Civil

18   Procedure, and Mattel's objections thereto are meritless.

19   This motion is based upon this Amended Notice, the original Notice of

20   Motion, the attached Memorandum of Points and Authorities, the pleadings and

21   records on file in this action, and on such oral argument as may be presented by the

22   parties at any hearing on this matter.

23   This Amended Notice is being filed to set a hearing date.  MGA sought to

24   obtain Mattel's agreement on a briefing schedule, but Mattel – – likely due to its

25   pending ex parte to strike the Motion – – would not stipulate to any briefing

26   schedule.

27   / / /

28   / / /

- 1 -

AMENDED NOTICE OF MOTION TO COMPEL MGA
ENTERTAINMENT'S 1ST SET OF REQUESTS FOR PRODUCTION
CASE NO. CV 04-9049-DOC (RNBX)

1

**Certification of Compliance**

2          Counsel for MGA sent a meet and confer letter to counsel for Mattel on

3   July 30, 2010.  Mattel responded on August 6, 2010.  The parties have been unable

4   to reach resolution.

5

6   Dated:    August 19, 2010              ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8                                          By:      /s/ William A. Molinski
                                                   WILLIAM A. MOLINSKI
9                                                  Attorneys for MGA Parties and
                                                   IGWT 826 Investments LLC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED NOTICE OF MOTION TO COMPEL MGA
ENTERTAINMENT'S 1ST SET OF REQUESTS FOR PRODUCTION
CASE NO. CV 04-9049-DOC (RNBx)