1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
   Attorneys for MGA Parties and IGWT 826 Investments LLC
13

14                 UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
15                     SOUTHERN DIVISION

16 | CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
17 | Plaintiff, | Consolidated with: |
18 | v. | Case No. CV 04-9059<br>Case No. CV 05-2727 |
19 | MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
20 | Defendant. | **AMENDED NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RE MATTEL ALLEGATIONS CONCERNING JANINE BRISBOIS** |
21 | | |
22 | AND CONSOLIDATED ACTIONS | |
23 | | Date:       September 14, 2010<br>Time:       8:30 a.m.<br>Place:      Courtroom 9D |
24 | | |
25 | | Trial Date:  January 11, 2011 |

26

27

28

1      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on September 14, 2010 at 8:30 a.m., or as

3   soon thereafter as the matter may be heard before The Honorable David O. Carter,

4   located at 411 West Fourth Street, Santa Ana, California, MGA Entertainment Inc.

5   ("MGA") will, and hereby does, move this Court for an order compelling Mattel

6   Inc. ("Mattel") to produce documents and provide further responses to certain

7   requests from MGA's Seventh Set of Phase 2 Requests for Production to Mattel,

8   dated June 18, 2010.

9      Specifically, MGA moves for an order compelling production and overruling

10  Mattel's objections to:

11      (1)    Request Nos. 309, 311, 312 and 313 (the "Brisbois Trade Secret"

12  document requests) from MGA's Seventh Set of Phase 2 Requests for Production to

13  Mattel.

14      This Motion is made pursuant to Rule 34 of the Federal Rules of Civil

15  Procedure and the Court's inherent powers.  The aforementioned requests seek non-

16  privileged, discoverable evidence under Rule 26 of the Federal Rules of Civil

17  Procedure, and Mattel's objections thereto are meritless.

18      This motion is based upon this Amended Notice, the original Notice of

19  Motion, the attached Memorandum of Points and Authorities, the pleadings and

20  records on file in this action, and on such oral argument as may be presented by the

21  parties at any hearing on this matter.

22      This Amended Notice is being filed to set a hearing date.  MGA sought to

23  obtain Mattel's agreement on a briefing schedule, but Mattel – – likely due to its

24  pending ex parte to strike the Motion – – would not stipulate to any briefing

25  schedule.

26  / / /

27  / / /

28  / / /

- 1 -

**Certification of Compliance**

Counsel for MGA sent a meet and confer letter to counsel for Mattel on July 30, 2010, to which Mattel responded on August 6, 2010. The parties were unable to reach a resolution.

Dated:     August 19, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By:      /s/ William A. Molinski
                                             WILLIAM A. MOLINSKI
                                             Attorneys for MGA Parties

- 2 -