QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL'S FIRST SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2)**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:　TBD<br>Time:　　　　TBD<br>Place:　　　　TBD<br><br>Discovery Cutoff:　　October 4, 2010.<br>Pre-trial Conference:　January 4, 2011<br>Trial:　　　　　　　January 11, 2011 |

00505.07975/3632684.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. hereby respectfully requests that the Court order
3  filed under seal Mattel, Inc.'s Reply In Support of Mattel, Inc.'s Motion to Compel
4  Responses to Mattel's First Set of Interrogatories to the MGA Parties (Phase 2).
5  The Reply contains deposition testimony that MGA has designated as
6  "Confidential – Attorney's Eyes Only" pursuant to the Protective Order.
7  Accordingly, Mattel requests that the Court order that the Reply be filed under seal.
8  In the alternative, Mattel requests that the Court find that the information contained
9  therein is not confidential and order the Reply filed in the public record.

11  DATED: August 17, 2010        QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

13                                 By /s/ Michael T. Zeller/A/B
14                                    Michael T. Zeller
                                      Attorneys for Mattel, Inc. and
15                                    Mattel de Mexico, S.A. de C.V.