QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING:<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL RESPONSES TO MATTEL'S FIRST SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2)**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cutoff: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial: January 11, 2011 |

00505.07975/3632689.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply In Support of Mattel, Inc.'s Motion to Compel Responses to Mattel's First Set of Interrogatories to the MGA Parties (Phase 2),

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply In Support of Mattel, Inc.'s Motion to Compel Responses to Mattel's First Set of Interrogatories to the MGA Parties (Phase 2 is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Aug 17, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge