QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC, a California corporation, et al.,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

1. I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

2. On August 17, 2010, I served true copies of the following documents described as: **MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO FIRST SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2); APPLICATION TO FILE UNDER SEAL; AND PROPOSED ORDER** on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br>tnolan@skadden.com<br>jrussell@skadden.com | **Attorneys for** *the MGA Parties*<br><br><br>Telephone: 213.687-5000<br>Facsimile: 213.687-5600 |
| Law Offices of Mark Overland<br>Mark E. Overland, Esq.<br>100 Wilshire Boulevard, Suite 950<br>Santa Monica, CA 90401<br>mark@overlaw.net | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br>Telephone: 310.459-3820<br>Facsimile: 310.459-4621 |
| Scheper Kim & Harris LLP<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>dscheper@scheperkim.com<br>acote@scheperkim.com | **Attorneys for** *Carlos Gustavo Machado Gomez*<br><br><br>Telephone: 213.613-4655<br>Facsimile: 213.613-4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | **Attorneys for** *Omni 808 Investors, LLC* |

1 | **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission
2 | from davidrudolph@quinnemanuel.com on August 17, 2010, by transmitting a PDF
3 | format copy of such document(s) to each such person at the e-mail address listed
4 | below their address(es). The document(s) was/were transmitted by electronic
5 | transmission and such transmission was reported as complete and without error.
6 |     I declare that I am employed in the office of a member of the bar of this
7 | court at whose direction the service was made.
8 |     Executed on August 17, 2010, at San Francisco, California.

David Rudolph

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On August 17, 2010, I served true copies of the following documents described as: **MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL RESPONSES TO FIRST SET OF INTERROGATORIES TO THE MGA PARTIES (PHASE 2); APPLICATION TO FILE UNDER SEAL; AND PROPOSED ORDER** on the parties in this action as follows:

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | *Attorneys for the MGA Parties* |
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | *Attorneys for the MGA Parties* |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>  Jason Russell, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br>  tnolan@skadden.com<br>  jrussell@skadden.com | Attorneys for *the MGA Parties*<br><br><br><br>Telephone: 213.687-5000<br>Facsimile: 213.687-5600 |
| Law Offices of Mark Overland<br>  Mark E. Overland, Esq.<br>100 Wilshire Boulevard, Suite 950<br>Santa Monica, CA 90401<br>  mark@overlaw.net | Attorneys for *Carlos Gustavo Machado Gomez*<br><br>Telephone: 310.459-3820<br>Facsimile: 310.459-4621 |
| Scheper Kim & Harris LLP<br>  David C. Scheper, Esq.<br>  Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>  dscheper@scheperkim.com<br>  acote@scheperkim.com | Attorneys for *Carlos Gustavo Machado Gomez*<br><br><br><br>Telephone: 213.613-4655<br>Facsimile: 213.613-4656 |
| Bingham McCutchen LLP<br>Todd Gordinier, Esq.<br>Peter Villar, Esq.<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626<br>todd.gordinier@bingham.com | Attorneys for *Omni 808 Investors, LLC* |

**BY MAIL:** I enclosed the foregoing in a sealed envelope addressed as shown above, and I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 17, 2010, at San Francisco, California.

_____
Susanne Globig

00505 07975/3633896.1

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE