**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA  90071
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile:  (310) 459-4621
Email:       mark@overlaw.net

**Attorneys for**
**Carlos Gustavo Machado Gomez**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with |
| v. | Case No. CV 04-9059 |
|  | Case No. CV 05-2727 |
| MATTEL, INC, | **ANSWER AND AFFIRMATIVE** |
| Defendant. | **DEFENSES OF COUNTER-** |
|  | **DEFENDANT CARLOS GUSTAVO** |
| | **MACHADO GOMEZ TO FOURTH** |
| AND CONSOLIDATED CASES | **AMENDED COUNTERCLAIMS OF** |
| | **COUNTER-CLAIMANT MATTEL,** |
| | **INC.** |
| | **Phase 2:** |
| | Discovery Cut-off: October 4, 2010 |
| | Pre-trial Conference: January 4, 2011 |
| | Trial Date: January 11, 2011 |

Counter-Defendant Carlos Gustavo Machado Gomez ("Machado") hereby answers, for himself alone, the Fourth Amended Answer and Counterclaims of Counter-Claimant Mattel, Inc. ("Counterclaims"), as follows:

As a preliminary matter, Mattel's use of headings throughout its counterclaims is improper, and therefore no response to Mattel's headings is required. If any response is required, Machado denies all allegations contained in Mattel's headings.

1.      Machado denies the allegations set forth in paragraph 1 as they relate to him and is without sufficient knowledge to admit or deny the allegations as to any other person or entity and on that basis denies the allegations set forth therein.

2.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 2 and on that basis denies them.

3.      Machado admits that an MGA subsidiary hired him and two other employees in Mexico, but otherwise denies the allegations set forth in paragraph 3.

4.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4 and on that basis denies them.

5.      Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 5 and on that basis denies them.

6.      Machado denies the allegations set forth in paragraph 6 as they relate to him and is without sufficient knowledge to admit or deny the allegations as to any other person or entity and on that basis denies the allegations set forth therein.

7.      Machado admits that the Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, denies that 17 U.S.C. §§ 101 and 18 U.S.C. § 1964(c) apply to the extraterritorial conduct alleged in the Counterclaims, denies supplemental jurisdiction and denies that Mattel is entitled to any relief on its Counterclaims.

8.      Machado states that venue is proper in this District for Mattel's claims

based on conduct alleged to have occurred within this District and denies that venue is proper in this District for acts alleged to have occurred in Mexico or other places outside of this District.

9.      Machado admits the allegations set forth in paragraph 9.

10.     Machado admits that Mattel de Mexico, S.A. de C.V. is an entity existing under the laws of Mexico with a principal place of business in Mexico City, Mexico, but otherwise denies the allegations set forth in paragraph 10. Machado further objects to the definition of "Mattel" as vague, compound and confusing as used in subsequent paragraphs of the Counterclaims.

11.     Machado admits the first sentence of paragraph 11 but otherwise he is without sufficient knowledge to admit or deny the allegations set forth in paragraph 11 and on that basis denies them.

12.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 12 and on that basis denies them.

13.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 13 and on that basis denies them.

14.     Machado admits that Isaac Larian is an individual and the President and CEO of MGA, but otherwise he is without sufficient knowledge to admit or deny the allegations set forth in paragraph 14 and on that basis denies them.

15.     Machado admits the allegations set forth in paragraph 15.

16.     Machado admits the allegations set forth in paragraph 16.

17.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 17 of the Counterclaims and on that basis denies the allegations set forth therein.

18.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 18 and on that basis denies the allegations set forth therein.

19.     Machado is without sufficient knowledge to admit or deny the

2

1    allegations as to any other person or entity, and on that basis denies the allegations

2    set forth therein.

3       20.    Machado is without sufficient knowledge to admit or deny the

4    allegations set forth in paragraph 20 and on that basis denies them.

5       21.    Machado admits that Mattel is in the toy business and that Mattel

6    Mexico is one (but only one) of Mattel's subsidiaries in Mexico but otherwise

7    denies the allegations set forth in paragraph 21.

8       22.    Machado is without sufficient knowledge to admit or deny the

9    allegations set forth in paragraph 22 and on that basis denies them.

10       23.    Machado is without sufficient knowledge to admit or deny the

11    allegations set forth in paragraph 23 and on that basis denies them.

12       24.    Machado is without sufficient knowledge to admit or deny the

13    allegations set forth in paragraph 24 and on that basis denies them.

14       25.    Machado is without sufficient knowledge to admit or deny the

15    allegations set forth in paragraph 25 and on that basis denies them.

16       26.    Machado is without sufficient knowledge to admit or deny the

17    allegations set forth in paragraph 26 and on that basis denies them.

18       27.    Machado is without sufficient knowledge to admit or deny the

19    allegations set forth in paragraph 27 and on that basis denies them.

20       28.    Machado is without sufficient knowledge to admit or deny the

21    allegations set forth in paragraph 28 and on that basis denies them.

22       29.    Machado is without sufficient knowledge to admit or deny the

23    allegations set forth in paragraph 29 and on that basis denies them.

24       30.    Machado is without sufficient knowledge to admit or deny the

25    allegations set forth in paragraph 30 and on that basis denies them.

26       31.    Machado is without sufficient knowledge to admit or deny the

27    allegations set forth in paragraph 31 and on that basis denies them.

28       32.    Machado is without sufficient knowledge to admit or deny the

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

1  allegations set forth in paragraph 32 and on that basis denies them.

2      33.    Machado is without sufficient knowledge to admit or deny the

3  allegations set forth in paragraph 33 and on that basis denies them.

4      34.    Machado denies the allegations set forth in paragraph 34 as they relate

5  to him and is without sufficient knowledge to admit or deny the allegations as to any

6  other person or entity, and on that basis denies the allegations set forth therein.

7      35.    Machado is without sufficient knowledge to admit or deny the

8  allegations set forth in paragraph 35 and on that basis denies them.

9      36.    Machado admits that in or about early 2004 admits that MGAE de

10  Mexico hired Machado and two other employees who had worked for Mattel

11  subsidiary Mattel Servicios, a subsidiary of Mattel, Inc., located in Mexico, but

12  otherwise denies the allegations set forth in paragraph 36.

13      37.    Machado admits that he was employed in a variety of positions at

14  Mattel Servicios between April 1997 and April 2004, and that his duties included

15  those listed, but otherwise denies the allegations set forth in paragraph 37.

16      38.    Machado denies the allegations set forth in paragraph 38.

17      39.    Machado denies the allegations set forth in paragraph 39.

18      40.    Machado denies the allegations set forth in paragraph 40.

19      41.    Machado admits that Trueba was an employee of Mattel Servicios until

20  April 2004, and that her duties included those listed, but otherwise is without

21  sufficient knowledge to admit or deny the allegations set forth in paragraph 41, and

22  on that basis denies them.

23      42.    Machado admits that Vargas was an employee of Mattel Servicios until

24  April 2004, and that his duties included those listed, but otherwise is without

25  sufficient knowledge to admit or deny the allegations set forth in paragraph 42, and

26  on that basis denies them.

27      43.    Machado admits that he spoke with Kuemmerle in 2004 about leaving

28  his employment with Mattel Servicios, that he met with Larian in New York while

1   attending the New York Toy Fair and discussed working with an MGA subsidiary in

2   Mexico, but otherwise he denies the allegations set forth in paragraph 43.

3       44.    Machado admits that he met with Vargas, Trueba and Larian in March,

4   2004 in Mexico City and gave a power point presentation of the Mexico toy market ,

5   but otherwise denies the allegations set forth in paragraph 44.

6       45.    Machado admits that he discussed his potential employment with MGA

7   in Mexico after March 3, 2004, and later discussed specific details regarding setting

8   up MGA offices in Mexico City, but otherwise denies the allegations set forth in

9   paragraph 45.

10       46.    Machado admits that he transferred documents from his computer at

11   Mattel Servicios to a portable USB drive and that April 16, 2004 was the last

12   business day before he resigned, but otherwise denies the allegations set forth in

13   paragraph 46.

14       47.    Machado denies the allegations set forth in paragraph 47.

15       48.    Machado is without sufficient knowledge to admit or deny the

16   allegations set forth in paragraph 48 and on that basis denies them.  48.

17       49.    Machado denies the allegations set forth in paragraph 49.

18       50.    Machado denies the allegations set forth in paragraph 50.

19       51.    Machado admits that he, Trueba and Vargas resigned from Mattel

20   Servicios on or about April 19, 2004 and did not identify their new employer, but

21   otherwise denies the allegations set forth in paragraph 51.

22       52.    Machado admits that he and Vargas traveled to Los Angeles after

23   resigning from Mattel Servicios and met with MGA personnel there, but otherwise

24   denies the allegations set forth in paragraph 52.

25       53.    Machado denies the allegations set forth in paragraph 53.

26       54.    Machado denies the allegations set forth in paragraph 54.

27       55.    Machado is without sufficient knowledge to admit or deny the

28   allegations set forth in paragraph 55 and on that basis denies them.

1    56.    Machado admits that he was transferred (was this really a

2    promotion?)from MGA de Mexico to MGA in the United States and that MGA is

3    paying his legal fees in this matter, but otherwise denies the allegations set forth in

4    paragraph 56.

5    57.    Machado is without sufficient knowledge to admit or deny the

6    allegations set forth in paragraph 57 and on that basis denies them.

7    58.    Machado is without sufficient knowledge to admit or deny the

8    allegations set forth in paragraph 58 and on that basis denies them.

9    59.    Machado is without sufficient knowledge to admit or deny the

10   allegations set forth in paragraph 59 and on that basis denies them.

11   60.    Machado is without sufficient knowledge to admit or deny the

12   allegations set forth in paragraph 60 and on that basis denies them.

13   61.    Machado is without sufficient knowledge to admit or deny the

14   allegations set forth in paragraph 61 and on that basis denies them.

15   62.    Machado is without sufficient knowledge to admit or deny the

16   allegations set forth in paragraph 62 and on that basis denies them.

17   63.    Machado is without sufficient knowledge to admit or deny the

18   allegations set forth in paragraph 63 and on that basis denies them.

19   64.    Machado is without sufficient knowledge to admit or deny the

20   allegations set forth in paragraph 64 and on that basis denies them.

21   65.    Machado is without sufficient knowledge to admit or deny the

22   allegations set forth in paragraph 65 and on that basis denies them.

23   66.    Machado is without sufficient knowledge to admit or deny the

24   allegations set forth in paragraph 66 and on that basis denies them.

25   67.    Machado is without sufficient knowledge to admit or deny the

26   allegations set forth in paragraph 67 and on that basis denies them.

27   68.    Machado denies the allegations set forth in paragraph 68 as they relate

28   to him and is without sufficient knowledge to admit or deny the allegations as to any

6

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

other person or entity, and on that basis denies the allegations set forth therein.

69.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 69 and on that basis denies them.

70.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 70 and on that basis denies them.

71.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 71 and on that basis denies them.

72.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 72 and on that basis denies them.

73.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 73 and on that basis denies them.

74.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 74 and on that basis denies them.

75.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 75 and on that basis denies them.

76.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 76 and on that basis denies them.

77.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 77 and on that basis denies them.

78.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 78 and on that basis denies them.

79.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 79 and on that basis denies them.

80.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 80 and on that basis denies them.

81.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 81 and on that basis denies them.

82.    Machado is without sufficient knowledge to admit or deny the

1   allegations set forth in paragraph 82 and on that basis denies them.

2        83.    Machado is without sufficient knowledge to admit or deny the

3   allegations set forth in paragraph 83 and on that basis denies them.

4        84.    Machado is without sufficient knowledge to admit or deny the

5   allegations set forth in paragraph 84 and on that basis denies them.

6        85.    Machado is without sufficient knowledge to admit or deny the

7   allegations set forth in paragraph 85 and on that basis denies them.

8        86.    Machado is without sufficient knowledge to admit or deny the

9   allegations set forth in paragraph 86 and on that basis denies them.

10       87.    Machado is without sufficient knowledge to admit or deny the

11   allegations set forth in paragraph 87 and on that basis denies them.

12       88.    Machado is without sufficient knowledge to admit or deny the

13   allegations set forth in paragraph 88 and on that basis denies them.

14       89.    Machado is without sufficient knowledge to admit or deny the

15   allegations set forth in paragraph 89 and on that basis denies them.

16       90.    Machado is without sufficient knowledge to admit or deny the

17   allegations set forth in paragraph 90 and on that basis denies them.

18       91.    Machado is without sufficient knowledge to admit or deny the

19   allegations set forth in paragraph 91 and on that basis denies them.

20       92.    Machado is without sufficient knowledge to admit or deny the

21   allegations set forth in paragraph 92 and on that basis denies them.

22       93.    Machado is without sufficient knowledge to admit or deny the

23   allegations set forth in paragraph 93 and on that basis denies them.

24       94.    Machado denies the allegations set forth in paragraph 94 as they relate

25   to him and is without sufficient knowledge to admit or deny the allegations as to any

26   other person or entity, and on that basis denies the allegations set forth therein.

27       95.    Machado denies the allegations set forth in paragraph 95 as they relate

28   to him and is without sufficient knowledge to admit or deny the allegations as to any

8

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

other person or entity, and on that basis denies the allegations set forth therein.

96.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 96 and on that basis denies them.

97.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 97 and on that basis denies them.

98.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 98 and on that basis denies them.

99.     Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 99 and on that basis denies them.

100.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 100 and on that basis denies them.

101.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 101 and on that basis denies them.

102.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 102 and on that basis denies them.

103.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 103 and on that basis denies them.

104.    Machado denies the allegations set forth in paragraph 104 as they relate to him and is without sufficient knowledge to admit or deny the allegations as to any other person or entity, and on that basis denies the allegations set forth therein.

105.    Machado denies the allegations set forth in paragraph 105 as they relate to him and is without sufficient knowledge to admit or deny the allegations as to any other person or entity, and on that basis denies the allegations set forth therein.

106.    Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 106 and on that basis denies them.

107.    Machado denies the allegations set forth in paragraph 107 as they relate to him and is without sufficient knowledge to admit or deny the allegations as to any other person or entity, and on that basis denies the allegations set forth therein.

9

1    108.   Machado denies the allegations set forth in paragraph 108 as they relate

2  to him and is without sufficient knowledge to admit or deny the allegations as to any

3  other person or entity, and on that basis denies the allegations set forth therein.

4    109.   Machado is without sufficient knowledge to admit or deny the

5  allegations set forth in paragraph 109 and on that basis denies them.

6    110.   Machado denies the allegations set forth in paragraph 110 as they relate

7  to him and is without sufficient knowledge to admit or deny the allegations as to any

8  other person or entity, and on that basis denies the allegations set forth therein.

9    111.   Machado denies the allegations set forth in paragraph 111 as they relate

10  to him and is without sufficient knowledge to admit or deny the allegations as to any

11  other person or entity, and on that basis denies the allegations set forth therein.

12    112.   Machado is without sufficient knowledge to admit or deny the

13  allegations set forth in paragraph 112 and on that basis denies them.

14    113.   Machado is without sufficient knowledge to admit or deny the

15  allegations set forth in paragraph 113 and on that basis denies them.

16    114.   Machado is without sufficient knowledge to admit or deny the

17  allegations set forth in paragraph 114 and on that basis denies them.

18    115.   Machado is without sufficient knowledge to admit or deny the

19  allegations set forth in paragraph 115 and on that basis denies them.

20    116.   Machado is without sufficient knowledge to admit or deny the

21  allegations set forth in paragraph 116 and on that basis denies them.

22    117.   Machado denies the allegations set forth in paragraph 117 as they relate

23  to him and is without sufficient knowledge to admit or deny the allegations as to any

24  other person or entity, and on that basis denies the allegations set forth therein.

25    118.   Machado is without sufficient knowledge to admit or deny the

26  allegations set forth in paragraph 118 and on that basis denies them.

27    119.   Machado is without sufficient knowledge to admit or deny the

28  allegations set forth in paragraph 119 and on that basis denies them.

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

1    120.   Machado is without sufficient knowledge to admit or deny the

2   allegations set forth in paragraph 120 and on that basis denies them.

3    121.   Machado is without sufficient knowledge to admit or deny the

4   allegations set forth in paragraph 121 and on that basis denies them.

5    122.   Machado incorporates its responses to paragraphs 1 through 121.

6    123.   Machado denies the allegations set forth in paragraph 123 as they relate

7   to him and is without sufficient knowledge to admit or deny the allegations as to any

8   other person or entity, and on that basis denies the allegations set forth therein.

9    124.   Machado denies the allegations set forth in paragraph 124 as they relate

10  to him and is without sufficient knowledge to admit or deny the allegations as to any

11  other person or entity, and on that basis denies the allegations set forth therein.

12   125.   Machado denies the allegations set forth in paragraph 125 as they relate

13  to him and is without sufficient knowledge to admit or deny the allegations as to any

14  other person or entity, and on that basis denies the allegations set forth therein.

15   126.   Machado denies the allegations set forth in paragraph 126 as they relate

16  to him and is without sufficient knowledge to admit or deny the allegations as to any

17  other person or entity, and on that basis denies the allegations set forth therein.

18   127.   Machado denies the allegations set forth in paragraph 127 as they relate

19  to him and is without sufficient knowledge to admit or deny the allegations as to any

20  other person or entity, and on that basis denies the allegations set forth therein.

21   128.   Machado incorporates its responses to paragraphs 1 through 127.

22   129.   Machado denies the allegations set forth in paragraph 129 as they relate

23  to him and is without sufficient knowledge to admit or deny the allegations as to any

24  other person or entity, and on that basis denies the allegations set forth therein.

25   130.   Machado denies the allegations set forth in paragraph 130 as they relate

26  to him and is without sufficient knowledge to admit or deny the allegations as to any

27  other person or entity, and on that basis denies the allegations set forth therein.

28   131.   Machado denies the allegations set forth in paragraph 131 as they relate

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

1  to him and is without sufficient knowledge to admit or deny the allegations as to any

2  other person or entity, and on that basis denies the allegations set forth therein.

3      132.   Machado denies the allegations set forth in paragraph 132 as they relate

4  to him and is without sufficient knowledge to admit or deny the allegations as to any

5  other person or entity, and on that basis denies the allegations set forth therein.

6      133.   Machado incorporates its responses to paragraphs 1 through 132.

7      134.   Machado denies the allegations set forth in paragraph 134 as they relate

8  to him and is without sufficient knowledge to admit or deny the allegations as to any

9  other person or entity, and on that basis denies the allegations set forth therein.

10      135.   Machado denies the allegations set forth in paragraph 135 as they relate

11  to him and is without sufficient knowledge to admit or deny the allegations as to any

12  other person or entity, and on that basis denies the allegations set forth therein.

13      136.   Machado denies the allegations set forth in paragraph 136 as they relate

14  to him and is without sufficient knowledge to admit or deny the allegations as to any

15  other person or entity, and on that basis denies the allegations set forth therein.

16      137.   Machado denies the allegations set forth in paragraph 137 as they relate

17  to him and is without sufficient knowledge to admit or deny the allegations as to any

18  other person or entity, and on that basis denies the allegations set forth therein.

19      138.   Machado denies the allegations set forth in paragraph 138 as they relate

20  to him and is without sufficient knowledge to admit or deny the allegations as to any

21  other person or entity, and on that basis denies the allegations set forth therein.

22      139.   Machado denies the allegations set forth in paragraph 139 as they relate

23  to him and is without sufficient knowledge to admit or deny the allegations as to any

24  other person or entity, and on that basis denies the allegations set forth therein.

25      140.   Machado denies the allegations set forth in paragraph 140 as they relate

26  to him and is without sufficient knowledge to admit or deny the allegations as to any

27  other person or entity, and on that basis denies the allegations set forth therein.

28      141.   Machado denies the allegations set forth in paragraph 141 as they relate

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

1    to him and is without sufficient knowledge to admit or deny the allegations as to any

2    other person or entity, and on that basis denies the allegations set forth therein.

3         142.   Machado denies the allegations set forth in paragraph 142 as they relate

4    to him and is without sufficient knowledge to admit or deny the allegations as to any

5    other person or entity, and on that basis denies the allegations set forth therein.

6         143.   Machado incorporates its responses to paragraphs 1 through 142.

7         144.   Machado is without sufficient knowledge to admit or deny the

8    allegations set forth in paragraph 144 and on that basis denies them.

9         145.   Machado denies the allegations set forth in paragraph 145 as they relate

10   to him and is without sufficient knowledge to admit or deny the allegations as to any

11   other person or entity, and on that basis denies the allegations set forth therein.

12        146.   Machado denies the allegations set forth in paragraph 146 as they relate

13   to him and is without sufficient knowledge to admit or deny the allegations as to any

14   other person or entity, and on that basis denies the allegations set forth therein.

15        147.   Machado denies the allegations set forth in paragraph 147 as they relate

16   to him and is without sufficient knowledge to admit or deny the allegations as to any

17   other person or entity, and on that basis denies the allegations set forth therein.

18        148.   Machado denies the allegations set forth in paragraph 148 as they relate

19   to him and is without sufficient knowledge to admit or deny the allegations as to any

20   other person or entity, and on that basis denies the allegations set forth therein.

21        149.   Machado incorporates its responses to paragraphs 1 through 148.

22        150.   Machado is without sufficient knowledge to admit or deny the

23   allegations set forth in paragraph 150 and on that basis denies them.

24        151.   Machado is without sufficient knowledge to admit or deny the

25   allegations set forth in paragraph 151 and on that basis denies them.

26        152.   Machado is without sufficient knowledge to admit or deny the

27   allegations set forth in paragraph 152 and on that basis denies them.

28        153.   Machado is without sufficient knowledge to admit or deny the

1  allegations set forth in paragraph 153 and on that basis denies them.

2      154.   Machado is without sufficient knowledge to admit or deny the

3  allegations set forth in paragraph 154 and on that basis denies them.

4      155.   Machado denies the allegations set forth in paragraph 155.

5      156.   Machado is without sufficient knowledge to admit or deny the denies

6  the allegations set forth in paragraph 156.

7      157.   Machado denies the allegations set forth in paragraph 157.

8      158.   Machado denies the allegations set forth in paragraph 158.

9      159.   Machado incorporates its responses to paragraphs 1 through 158.

10     160.   Machado denies the allegations set forth in paragraph 160 as they relate

11  to him and is without sufficient knowledge to admit or deny the allegations as to any

12  other person or entity, and on that basis denies the allegations set forth therein.

13     161.   Machado denies the allegations set forth in paragraph 161 as they relate

14  to him and is without sufficient knowledge to admit or deny the allegations as to any

15  other person or entity, and on that basis denies the allegations set forth therein.

16     162.   Machado denies the allegations set forth in paragraph 162 as they relate

17  to him and is without sufficient knowledge to admit or deny the allegations as to any

18  other person or entity, and on that basis denies the allegations set forth therein.

19     163.   Machado denies the allegations set forth in paragraph 163 as they relate

20  to him and is without sufficient knowledge to admit or deny the allegations as to any

21  other person or entity, and on that basis denies the allegations set forth therein.

22     164.   Machado denies the allegations set forth in paragraph 164 as they relate

23  to him and is without sufficient knowledge to admit or deny the allegations as to any

24  other person or entity, and on that basis denies the allegations set forth therein.

25     165.   Machado denies the allegations set forth in paragraph 165 as they relate

26  to him and is without sufficient knowledge to admit or deny the allegations as to any

27  other person or entity, and on that basis denies the allegations set forth therein.

28     166.   Machado incorporates its responses to paragraphs 1 through 165.

14

1   167.   Machado denies the allegations set forth in paragraph 167 as they relate

2   to him and is without sufficient knowledge to admit or deny the allegations as to any

3   other person or entity, and on that basis denies the allegations set forth therein.

4   168.   Machado is without sufficient knowledge to admit or deny the

5   allegations set forth in paragraph 168 and on that basis denies them.

6   169.   Machado denies the allegations set forth in paragraph 169.

7   170.   Machado denies the allegations set forth in paragraph 170 as they relate

8   to him and is without sufficient knowledge to admit or deny the allegations as to any

9   other person or entity, and on that basis denies the allegations set forth therein.

10   171.   Machado denies the allegations set forth in paragraph 171 as they relate

11   to him and is without sufficient knowledge to admit or deny the allegations as to any

12   other person or entity, and on that basis denies the allegations set forth therein.

13   172.   Machado denies the allegations set forth in paragraph 172 as they relate

14   to him and is without sufficient knowledge to admit or deny the allegations as to any

15   other person or entity, and on that basis denies the allegations set forth therein.

16   173.   Machado incorporates its responses to paragraphs 1 through 172.

17   174.   Machado denies the allegations set forth in paragraph 174 as they relate

18   to him and is without sufficient knowledge to admit or deny the allegations as to any

19   other person or entity, and on that basis denies the allegations set forth therein.

20   175.   Machado denies the allegations set forth in paragraph 175 as they relate

21   to him and is without sufficient knowledge to admit or deny the allegations as to any

22   other person or entity, and on that basis denies the allegations set forth therein.

23   176.   Machado denies the allegations set forth in paragraph 176 as they relate

24   to him and is without sufficient knowledge to admit or deny the allegations as to any

25   other person or entity, and on that basis denies the allegations set forth therein.

26   177.   Machado denies the allegations set forth in paragraph 177 as they relate

27   to him and is without sufficient knowledge to admit or deny the allegations as to any

28   other person or entity, and on that basis denies the allegations set forth therein.

1    178.   Machado denies the allegations set forth in paragraph 178 as they relate
2  to him and is without sufficient knowledge to admit or deny the allegations as to any
3  other person or entity, and on that basis denies the allegations set forth therein.

4    179.   Machado incorporates its responses to paragraphs 1 through 178.

5    180.   Machado is without sufficient knowledge to admit or deny the
6  allegations set forth in paragraph 180, and on that basis denies the allegations set
7  forth therein.

8    181.   Machado is without sufficient knowledge to admit or deny the
9  allegations set forth in paragraph 181, and on that basis denies the allegations set
10 forth therein.

11    182.   Machado is without sufficient knowledge to admit or deny the
12 allegations set forth in paragraph 182, and on that basis denies the allegations set
13 forth therein.

14    183.   Machado denies the allegations set forth in paragraph 183 as they relate
15 to him and is without sufficient knowledge to admit or deny the allegations as to any
16 other person or entity, and on that basis denies the allegations set forth therein.

17    184.   Machado denies the allegations set forth in paragraph 184 as they relate
18 to him and is without sufficient knowledge to admit or deny the allegations as to any
19 other person or entity, and on that basis denies the allegations set forth therein.

20    185.   Machado denies the allegations set forth in paragraph 185 as they relate
21 to him and is without sufficient knowledge to admit or deny the allegations as to any
22 other person or entity, and on that basis denies the allegations set forth therein.

23    186.   Machado incorporates its responses to paragraphs 1 through 185.

24    187.   Machado denies the allegations set forth in paragraph 187 as they relate
25 to him and is without sufficient knowledge to admit or deny the allegations as to any
26 other person or entity, and on that basis denies the allegations set forth therein.

27    188.   Machado denies the allegations set forth in paragraph 188 as they relate
28 to him and is without sufficient knowledge to admit or deny the allegations as to any

1   other person or entity, and on that basis denies the allegations set forth therein.

2       189.   Machado denies the allegations set forth in paragraph 189 as they relate
3   to him and is without sufficient knowledge to admit or deny the allegations as to any
4   other person or entity, and on that basis denies the allegations set forth therein.

5       190.   Machado denies the allegations set forth in paragraph 190 as they relate
6   to him and is without sufficient knowledge to admit or deny the allegations as to any
7   other person or entity, and on that basis denies the allegations set forth therein.

8       191.   Machado denies the allegations set forth in paragraph 191 as they relate
9   to him and is without sufficient knowledge to admit or deny the allegations as to any
10  other person or entity, and on that basis denies the allegations set forth therein.

11      192.   Machado incorporates its responses to paragraphs 1 through 191.

12      193.   Machado denies the allegations set forth in paragraph 193 as they relate
13  to him and is without sufficient knowledge to admit or deny the allegations as to any
14  other person or entity, and on that basis denies the allegations set forth therein.

15      194.   Machado denies the allegations set forth in paragraph 194 as they relate
16  to him and is without sufficient knowledge to admit or deny the allegations as to any
17  other person or entity, and on that basis denies the allegations set forth therein.

18      195.   Machado denies the allegations set forth in paragraph 195 as they relate
19  to him and is without sufficient knowledge to admit or deny the allegations as to any
20  other person or entity, and on that basis denies the allegations set forth therein.

21      196.   Machado denies the allegations set forth in paragraph 196 as they relate
22  to him and is without sufficient knowledge to admit or deny the allegations as to any
23  other person or entity, and on that basis denies the allegations set forth therein.

24      197.   Machado denies the allegations set forth in paragraph 197 as they relate
25  to him and is without sufficient knowledge to admit or deny the allegations as to any
26  other person or entity, and on that basis denies the allegations set forth therein.

27      198.   Machado denies the allegations set forth in paragraph 198 as they relate
28  to him and is without sufficient knowledge to admit or deny the allegations as to any

1    other person or entity, and on that basis denies the allegations set forth therein.

2        199.   Machado denies the allegations set forth in paragraph 199 as they relate

3    to him and is without sufficient knowledge to admit or deny the allegations as to any

4    other person or entity, and on that basis denies the allegations set forth therein.

5        200.   Machado denies the allegations set forth in paragraph 200 as they relate

6    to him and is without sufficient knowledge to admit or deny the allegations as to any

7    other person or entity, and on that basis denies the allegations set forth therein.

8        201.   Machado incorporates its responses to paragraphs 1 through 200.

9        202.   Machado admits the allegations set forth in paragraph 202.

10       203.   Machado denies the allegations set forth in paragraph 203 as they relate

11   to him and is without sufficient knowledge to admit or deny the allegations as to any

12   other person or entity, and on that basis denies the allegations set forth therein.

13       204.   Machado denies the allegations set forth in paragraph 204 as they relate

14   to him and is without sufficient knowledge to admit or deny the allegations as to any

15   other person or entity, and on that basis denies the allegations set forth therein.

16       205.   Machado incorporates its responses to paragraphs 1 through 204.

17       206.   Machado is without sufficient knowledge to admit or deny the

18   allegations set forth in paragraph 206 and on that basis denies them.

19       207.   Machado is without sufficient knowledge to admit or deny the

20   allegations set forth in paragraph 207 and on that basis denies them.

21       208.   Machado is without sufficient knowledge to admit or deny the

22   allegations set forth in paragraph 208 and on that basis denies them.

23       209.   Machado is without sufficient knowledge to admit or deny the

24   allegations set forth in paragraph 209 and on that basis denies them.

25       210.   Machado denies the allegations set forth in paragraph 210 as they relate

26   to him and is without sufficient knowledge to admit or deny the allegations as to any

27   other person or entity, and on that basis denies the allegations set forth therein.

28       211.   Machado is without sufficient knowledge to admit or deny the

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

1  allegations set forth in paragraph 211 and on that basis denies them.

2  212.  Machado denies the allegations set forth in paragraph 212 as they relate

3  to him and is without sufficient knowledge to admit or deny the allegations as to any

4  other person or entity, and on that basis denies the allegations set forth therein.

5  213.  Machado is without sufficient knowledge to admit or deny the

6  allegations set forth in paragraph 213 and on that basis denies them.

7  214.  Machado incorporates its responses to paragraphs 1 through 213.

8  215.  Machado is without sufficient knowledge to admit or deny the

9  allegations set forth in paragraph 215 and on that basis denies them.

10  216.  Machado is without sufficient knowledge to admit or deny the

11  allegations set forth in paragraph 216 and on that basis denies them.

12  217.  Machado is without sufficient knowledge to admit or deny the

13  allegations set forth in paragraph 217 and on that basis denies them.

14  218.  Machado is without sufficient knowledge to admit or deny the

15  allegations set forth in paragraph 218 and on that basis denies them.

16  219.  Machado is without sufficient knowledge to admit or deny the

17  allegations set forth in paragraph 219 and on that basis denies them.

18  220.  Machado denies the allegations set forth in paragraph 220 as they relate

19  to him and is without sufficient knowledge to admit or deny the allegations as to any

20  other person or entity, and on that basis denies the allegations set forth therein.

21  221.  Machado is without sufficient knowledge to admit or deny the

22  allegations set forth in paragraph 221 and on that basis denies them.

23  222.  Machado denies the allegations set forth in paragraph 222 as they relate

24  to him and is without sufficient knowledge to admit or deny the allegations as to any

25  other person or entity, and on that basis denies the allegations set forth therein.

26  223.  Machado is without sufficient knowledge to admit or deny the

27  allegations set forth in paragraph 223 and on that basis denies them.

28  224.  Machado incorporates its responses to paragraphs 1 through 223.

ANSWER AND AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO
GOMEZ TO FOURTH AMENDED COUNTERCLAIMS OF COUNTER-CLAIMANT MATTEL, INC.

1    225.   Machado is without sufficient knowledge to admit or deny the
2  allegations set forth in paragraph 225 and on that basis denies them.

3    226.   Machado is without sufficient knowledge to admit or deny the
4  allegations set forth in paragraph 226 and on that basis denies them.

5    227.   Machado is without sufficient knowledge to admit or deny the
6  allegations set forth in paragraph 227 and on that basis denies them.

7    228.   Machado is without sufficient knowledge to admit or deny the
8  allegations set forth in paragraph 228 and on that basis denies them.

9    229.   Machado is without sufficient knowledge to admit or deny the
10  allegations set forth in paragraph 229 and on that basis denies them.

11    230.   Machado is without sufficient knowledge to admit or deny the
12  allegations set forth in paragraph 230 and on that basis denies them.

13    231.   Machado incorporates its responses to paragraphs 1 through 230.

14    232.   Machado is without sufficient knowledge to admit or deny the
15  allegations set forth in paragraph 232 and on that basis denies them.

16    233.   Machado is without sufficient knowledge to admit or deny the
17  allegations set forth in paragraph 233 and on that basis denies them.

18    234.   Machado is without sufficient knowledge to admit or deny the
19  allegations set forth in paragraph 234 and on that basis denies them.

20    235.   Machado is without sufficient knowledge to admit or deny the
21  allegations set forth in paragraph 235 and on that basis denies them.

22    236.   Machado is without sufficient knowledge to admit or deny the
23  allegations set forth in paragraph 236 and on that basis denies them.

24    237.   Machado is without sufficient knowledge to admit or deny the
25  allegations set forth in paragraph 237 and on that basis denies them.

26    238.   Machado incorporates its responses to paragraphs 1 through 238.

27    239.   Machado admits that there is a controversy regarding the ownership of
28  Bratz but otherwise he is without sufficient knowledge to admit or deny the

20

allegations set forth in paragraph 239.

240.   Machado admits that Mattel seeks the declaration described in paragraph 240.

241.   Machado admits that Mattel seeks the declaration described in paragraph 241.

242.   Machado admits that Mattel seeks the declaration described in paragraph 242.

243.   Machado admits that Mattel seeks the declaration described in paragraph 243.

## AFFIRMATIVE DEFENSES

244.   Without admitting any wrongful conduct on the part of Machado or any Counter-Defendant, and without admitting that Mattel suffered any loss, damage, or injury, Machado alleges the following affirmative defenses to the Counterclaims. By designating the following as affirmative defenses, Machado does not in any way waive or limit any defenses which are or may be raised by his denials, allegations, and averments set forth herein. Machado also does not, by alleging any affirmative defense, admit that Mattel does not have the burden of proof for any or all facts underlying any of those defenses. These defenses are pled in the alternative, and are raised to preserve the rights of Machado to assert such defenses, and are without prejudice to his ability to raise other and further defenses.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State of Claim)

245.   Mattel's counterclaims fail to state a claim against Machado upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Unclean Hands)

246.   Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands.

## THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

247.   Mattel's counterclaims are barred by the applicable statutes of limitations.

## FOURTH AFFIRMATIVE DEFENSE

### (Information Readily Ascertainable)

248.   Machado cannot be liable for misappropriation of information that was readily ascertainable by proper means at the time of the alleged acquisition or use.

## FIFTH AFFIRMATIVE DEFENSE

### (Acts or Omissions of Others)

249.   Mattel's damages, if any, were not caused by Machado and are not attributable to the acts or omissions of Machado.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

250.   Mattel's counterclaims are barred in whole or in part by waiver .

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

251.   Mattel's counterclaims are barred in whole or in part by estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

### (Acquiescence)

252.   Mattel's counterclaims are barred in whole or in part by its own acquiescence.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

253.   To the extent Mattel suffered any damages, Mattel failed to take reasonable steps to mitigate those purported damages.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

254.   Mattel's counterclaims are barred in whole or in part by its lack of standing.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Employee's Right of Mobility)

255.   To the extent California law applies to this action, Mattel is acting in violation of California law and public policy, as reflected, *e.g.*, in California Business & Professions Code section 16600, Mattel is seeking, through its claims and its interpretations of employee contracts to unlawfully restrain employee mobility.

## TWELFTH AFFIRMATIVE DEFENSE

### (Preemption by California Uniform Trade Secrets Act)

256.   Mattel's state law counterclaims are preempted by the California Uniform Trade Secrets Act ("CUTSA"), Cal. Civ. Code § 3426 et seq., because they are based on the same nucleus of facts as Mattel's Fourth Counterclaim for Misappropriation of Trade Secrets under the CUTSA.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

257.   Mattel's claims, including without limitation its claims based upon alleged extra-territorial acts, are barred in whole or in part by lack of subject matter jurisdiction.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Undiscovered Defenses)

258.   Machado has insufficient knowledge or information upon which to form a belief as to whether additional defenses are available. Machado reserves the right to add any further or additional defense upon receiving more complete information regarding the matters alleged in the Counterclaims, through discovery

1  or otherwise.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Joinder in Defenses of Co-Defendants)

259.   Machado hereby adopts and incorporates by reference, as though fully set forth herein, any and all affirmative defenses that have been or will be asserted by any other defendant (including MGA, Larian and Bryant) in this litigation to the extent that defendants may share in such affirmative defenses, including but not limited to any affirmative defenses that are asserted by both Machado and any other defendant.

WHEREFORE, MACHADO prays for relief as follows:

1.     That Mattel  take nothing by reason of the Fourth Amended Answer and Counterclaims

2.     that the Counterclaims be dismissed with prejudice;

3.     that judgment be entered in favor of Machado and against Counterclaimant;

4.     that Machado recover his costs and attorneys' fees as provided by law; and

for such other and further relief as the Court deems just and proper.


DATED: August 19, 2010     SCHEPER KIM & HARRIS LLP
                            ALEXANDER H. COTE

                            LAW OFFICES OF MARK E. OVERLAND
                            MARK E. OVERLAND

                            By:  _____/S/_____
                                 Alexander H. Cote
                                 Attorneys for
                                 CARLOS GUSTAVO MACHADO GOMEZ

24