QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING THE TIME OF THE AUGUST 25, 2010 HEARING SET BY THE COURT'S AUGUST 10, 2010 ORDER (DKT. NO. 8509)<br><br>**Phase 2:**<br>Disc. Cut-off:     October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:        January 11, 2011 |

1  WHEREAS, the Court, in its Order dated August 10, 2010, (Docket No. 8509) ordered counsel for all parties present on August 25, 2010 at 5:00 p.m. for a hearing related to Mattel, Inc.'s Motion to Compel production of attorney-client communications and Discovery Matter Order No. 90;

WHEREAS, lead counsel for Mattel, John B. Quinn, is presently in trial in Los Angeles Superior Court, is scheduled to be in trial on August 25, 2010 and whereas trial has typically ended at 4:30 p.m. each day;

WHEREAS, MGA has agreed to Mattel's request to accommodate Mr. Quinn's schedule to permit him to attend the August 25, 2010, by commencing the hearing at 6:30 p.m.;

NOW, THEREFORE, by and through their respective counsel of record, Mattel and the MGA parties hereby stipulate and agree, subject to the Court's approval, that the Court-ordered hearing scheduled to take place on August 25, 2010, at 5:00 p.m. shall be postponed to 6:30 p.m. or shall be reset to such a date as is convenient for the Court and all parties.

IT IS SO STIPULATED.

DATED: August 20, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                               By  */s/ Scott L. Watson*
                                   Scott L. Watson
                                   Attorneys for Mattel, Inc.

DATED: August 20, 2010         ORRICK, HERRINGTON & SUTCLIFFE, LLP

                               By  */s/ Thomas S. McConville*
                                   Thomas S. McConville
                                   Attorneys for the MGA Parties