1  d

# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>ORDER ON STIPULATION REGARDING THE TIME OF THE AUGUST 25, 2010 HEARING SET BY THE COURT'S AUGUST 10, 2010 ORDER (DKT. NO. 8509)<br><br>**Phase 2:**<br>Disc. Cut-off:       October 4, 2010<br>Pre-trial Conf.:    January 4, 2011<br>Trial Date:           January 11, 2011 |

1 [PROPOSED] ORDER

3 Based on the concurrently filed Stipulation Regarding the Time of the August 25, 2010 Hearing Set by the Court's August 10, 2010 Order (Dkt. No. 8509), and good cause appearing therefore,

IT IS HEREBY ORDERED:

The hearing previously set for August 25, 2010 at 5:00 p.m. is continued to August 25, 2010 at 6:30 p.m.

**DENIED**
BY ORDER OF THE COURT

DATED:                    , 2010  _____
Hon. David O. Carter
United States District Judge