QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER GRANTING EXPEDITED DISCOVERY ON MGA'S PURPORTED "COMPULSORY COUNTERCLAIMS-IN-REPLY" |

1 <u>[PROPOSED] ORDER</u>

2 Having considered the parties' briefing on Mattel, Inc.'s *Ex Parte* Application
3 For Order Granting Expedited Discovery On MGA's Purported "Counterclaims-In-
4 Reply" (the "Application") and good cause appearing therefore,

5       IT IS HEREBY ORDERED:

6 MGA Entertainment, Inc. ("MGA") shall produce full and complete
7 responses, without objection other than privilege and within five days of the date of
8 this Order, to the Requests for Production of Documents, Interrogatories and
9 Requests for Admissions attached as Exhibits A, B, and C, respectively, to Mattel's
10 Application, including by producing all responsive documents and fully answering
11 the Interrogatories, and further shall produce one or more knowledgeable witnesses
12 for deposition concerning the topics identified in the Notice of Deposition attached
13 as Exhibit D to the Application on or before September 7, 2010.

16 DATED:           , 2010
                                Hon. David O. Carter
17                                 United States District Judge