Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-09049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER ORDER NO. 99:** |
| Defendant. | **REPORT AND RECOMMENDATION REGARDING REMAINING DEPOSITIONS** |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/318787.1

REPORT AND RECOMMENDATION
[Case No. CV 04-09049 DOC (RNBx)]

## I. AUGUST 23, 2010 HEARING

On August 23, 2010, I conducted an informal meet and confer session regarding the depositions that remain to be taken or which one of the parties contends still needs to be taken or resumed in this case. The parties have a number of disagreements regarding the depositions, including, but not limited to, whether certain depositions have already been completed, the adequacy of certain 30(b)(6) testimony, and the number of depositions the parties have taken or should be allowed to take in Phase 2 of the case. There are also a number of protective orders and motions to compel regarding the depositions that are pending before this Court. Having considered the parties' respective positions, I refer this matter to the Court with the following recommendations.

## II. RECOMMENDED DISPOSITION

I respectfully recommend that the Court permit each side to take a total of twenty-nine (29) depositions for Phase 2 of this case. This proposal increases the original number of depositions permitted by the Court by four (4) depositions per side.

Because I find that Mattel has taken twenty-six (26) depositions so far in Phase 2, which includes three (3) depositions of "Omni" witnesses prior to the Court's order, increasing the deposition total to twenty-nine (29) would mean that Mattel is entitled to take three (3) additional depositions plus complete certain of the twenty-six depositions that it previously began but which remain open.

As for MGA, the parties agree that it has taken twenty-four depositions so far in Phase 2. I therefore recommend that MGA be permitted to take five (5) additional depositions plus complete certain of the twenty-four depositions that it previously began but which remain open.

I further recommend that the parties proceed with the remaining depositions in accordance with the schedule set forth below. Each of the parties has been advised that the depositions will take place on the dates identified below unless a

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/318787.1

- 1 -

REPORT AND RECOMMENDATION
[Case No. CV 04-09049 DOC (RNBx)]

protective order precluding or limiting the deposition is obtained from this Court in advance of the deposition date.  The parties have likewise been advised that the recommendations in this report are without prejudice to any pending or new motions filed by either party which attempt to preclude or limit any of the below depositions from going forward.  Nevertheless, it is incumbent upon the party contesting the deposition to obtain a ruling on a motion for a protective order prior to the deposition occurring; otherwise, the deposition shall go forward.  For that reason, I respectfully request that this Court rule upon any motions for a protective order and/or motions to compel that relate to the below depositions as soon as practicable and in advance of the deposition occurring.

Due to the request of the parties that the Discovery Master be present at almost all of the depositions and given the double tracking of depositions that is necessary in light of the pending discovery cutoff and due to travel requirements of counsel and certain witnesses, in order to expedite the process, I recommend with the concurrence of the parties that certain of the depositions, as noted below, be conducted in Los Angeles, California.

The depositions scheduled to go forward at the August 23, 2010 hearing include the following:[1]

1. <u>Isaac Larian</u>:  September 1, 2010 in Orange County, California.

2. <u>MGA's 30(b)(6) Designee Concerning Mattel's July 23, 2010 Second Phase 2 Deposition Notice and Mattel's March 2, 2010 Letter</u>:  September 1 and 2, 2010 in Orange County, California.  **Please note that this deposition is the subject of a pending motion for a protective order filed by MGA on July 30, 2010**.  **It is my understanding that the motion is fully briefed.  Certain aspects of this deposition are also the subject of a motion to compel filed by Mattel on April 27, 2010.  It is my understanding that the April 27 motion to compel is**

---

[1] Given the number of depositions that the parties wish to take in advance of the discovery cut-off, I recommend that all remaining depositions begin at 9 a.m. and conclude by 7 p.m.  The parties have agreed to this proposal.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/318787.1

- 2 -

REPORT AND RECOMMENDATION
[Case No. CV 04-09049 DOC (RNBx)]

1   **fully briefed and that the Court issued an order on June 14, 2010 that held**
2   **certain issues in abeyance (see Topics 6 and 22), did not rule on Topic 25, and**
3   **found that Mattel's arguments regarding unprepared witnesses relating to**
4   **Topics 2, 12, 18-19, 23-24, and 26 were premature. It may also be that the**
5   **Court desired additional briefing with respect to one or more of the foregoing**
6   **topics. Finally, it is my understanding that with respect to Topic 26, Mattel**
7   **filed a Renewed Motion to Compel MGA to Produce a Properly Prepared**
8   **30(b)(6) Witness for Further Deposition Testimony Re MGA's Trade Dress**
9   **Claims on July 26, 2010 and that Mattel's July 26 motion to compel is fully**
10  **briefed.**

11          3.      <u>Matt Turetsky</u>:  September 2, 2010 in Orange County, California with
12  an additional day to be scheduled in September that is mutually convenient for the
13  witness, counsel and the Discovery Master. **Please note that certain aspects of**
14  **this deposition are the subject of a pending motion to compel filed by MGA on**
15  **August 10, 2010**.  **It is my understanding that the opposition papers are due to**
16  **be filed on August 24, 2010 and that the reply is due on August 31, 2010. I**
17  **further understand that the hearing date is currently scheduled for September**
18  **14, 2010.**

19          4.      <u>Kelly Ozier</u>:  September 7, 2010 in Los Angeles, California.  **Please**
20  **note that certain aspects of this deposition are the subject of a pending motion**
21  **to compel filed by MGA on August 10, 2010**.  **It is my understanding that the**
22  **opposition papers are due to be filed on August 24, 2010 and that the reply is**
23  **due on August 31, 2010. I further understand that the hearing date is**
24  **currently scheduled for September 14, 2010.**

25          5.      <u>Sharon Rahimi</u>:  A date and location in September that is mutually
26  convenient for the witness, counsel and the Discovery Master.  **Please note that**
27  **certain aspects of this deposition are the subject of a pending motion to compel**
28  **filed by MGA on August 10, 2010**.  **It is my understanding that the opposition**

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/318787.1

- 3 -   REPORT AND RECOMMENDATION
[Case No. CV 04-09049 DOC (RNBx)]

1  **papers are due to be filed on August 24, 2010 and that the reply is due on**
2  **August 31, 2010. I further understand that the hearing date is currently**
3  **scheduled for September 14, 2010.**
4        6. <u>Jerome Bossick</u>: September 10, 2010 in Los Angeles, California.
5        7. <u>Mr. Villasenor</u>: September 10, 2010 in Los Angeles, California.
6  **Please note that certain aspects of this deposition are the subject of a pending**
7  **motion to compel filed by MGA on August 10, 2010**. **It is my understanding**
8  **that the opposition papers are due to be filed on August 24, 2010 and that the**
9  **reply is due on August 31, 2010. I further understand that the hearing date is**
10  **currently scheduled for September 14, 2010.**
11        8. <u>MGA Mexico's 30(b)(6) Designee Concerning Mattel's December 22,</u>
12  <u>2009 First Phase 2 Deposition Notice, Mattel's July 19, 2010 Second Phase 2</u>
13  <u>Deposition Notice, and Mattel's August 11, 2010 Third Phase 2 Deposition Notice</u>:
14  September 13 and 14, 2010 in Orange County, California. **Please note that**
15  **certain aspects of this deposition relating to the December 22, 2009 First Phase**
16  **2 Deposition Notice and the July 19, 2010 Second Phase 2 Deposition Notice**
17  **are the subject of pending motions for a protective order filed by MGA Mexico**
18  **on August 5, 2010**. **It is my understanding that the opposition papers were**
19  **filed on August 17, 2010 and that the reply is due on August 26, 2010.**
20        9. <u>Paula Garcia</u>: September 16, 2010 in Orange County, California.
21        10. <u>Robert Eckert</u>: September 16, 2010 in Orange County, California.
22  **Please note that certain aspects of this deposition are the subject of a pending**
23  **motion to compel filed by MGA on July 26, 2010. It is my understanding that**
24  **the motion to compel is fully briefed and that it concerns MGA's request to**
25  **have Mattel produce Robert Eckert on Topic 9 of MGA's notice of deposition**
26  **and produce documents related to Mattel licenses. I further understand that**
27  **there is a pending motion to compel filed by MGA on July 23, 2010 with Judge**
28  **Smith. It is my understanding that MGA's July 23 motion is fully briefed and**

- 4 - REPORT AND RECOMMENDATION
[Case No. CV 04-09049 DOC (RNBx)]

1 **that it relates to MGA's request to compel a forensic examination of Eckert**
2 **computer media.**
3       11.    <u>Mattel's 30(b)(6) Designee Concerning MGA's April 27, 2010 and</u>
4 <u>July 9, 2010 Phase 2 Deposition Notices</u>: September 20, 21 and 22, 2010 in Los
5 Angeles, California.  **Please note that certain aspects of this deposition are the**
6 **subject of a pending motion to compel filed by MGA on July 22, 2010.  It is my**
7 **understanding that the motion is fully briefed and that it concerns Topic 11 of**
8 **the April 27, 2010 deposition notice.**
9       12.    <u>Ron Brawer</u>:  September 23, 2010 in Los Angeles, California.
10       13.    <u>Luther</u>:  September 24, 2010 in San Francisco, California.  This
11 deposition may be covered by the Discovery Master telephonically.
12       14.    <u>MGA's 30(b)(6) Designee Concerning Mattel's August 11, 2010 Third</u>
13 <u>Phase 2 Deposition Notice</u> :  September 27, 28 and 29, 2010 in Orange County,
14 California.
15       15.    <u>IGWT's 30(b)(6) Designee</u>:  September 30, 2010 in Orange County,
16 California.  **Please note that this deposition is the subject of a pending motion**
17 **for a protective order filed by IGWT on July 30, 2010.  It is my understanding**
18 **that the motion is fully briefed.**
19       In addition to the foregoing depositions, Mattel seeks to depose two
20 individuals who were deposed in Phase 1 of this case but who have not been
21 questioned at any point in Phase 2.  Mattel contends that it should be allowed to
22 depose these individuals (Cabrera and Morales) because a number of the
23 depositions it took in Phase 2 only counted as a single deposition and/or because it
24 deposed the individuals in Phase 1 and they refused to answer certain questions by
25 invoking their Fifth Amendment rights under the United States Constitution.  I find
26 that these particular depositions would cause Mattel to exceed the permissible limit
27 I have recommended to the Court (i.e., 29 depositions per side) and that they are not
28 a continuation of any deposition that was started in Phase 2.  I therefore recommend

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/318787.1

- 5 -

REPORT AND RECOMMENDATION
[Case No. CV 04-09049 DOC (RNBx)]

1  that the depositions not be allowed.  In the event this Court disagrees, I respectfully

2  recommend that the depositions proceed on September 21 (Cabrera) and September

3  22 (Morales), 2010 in Los Angeles, California.

4       I further ordered the parties to meet and confer later this week regarding the

5  deposition of William Fan or Ray Black.  Mattel seeks to depose one of these

6  individuals as part of its 29 depositions but claims that it needs to know which one

7  of the persons allegedly gave legal advice to Isaac Larian that is referenced in a

8  particular e-mail giving rise to the request to depose the person.

9       Finally, there may be additional depositions scheduled related to MGA's

10  most recent counterclaims.  Both sides intend to propound additional 30(b)(6)

11  notices related to the counterclaims in the near future.  A telephonic hearing

12  regarding this issue will take place next week at which time I will prepare a

13  recommended schedule for those sessions after having consulted with the parties.

14

15  Dated:  August 25, 2010                         Respectfully submitted,

16

17                                                           By:   /s/ Robert C. O'Brien

18                                                                 ROBERT C. O'BRIEN
                                                               Discovery Master

19

20

21

22

23

24

25

26

27

28

Arent Fox LLP
Attorneys At Law
Los Angeles

- 6 -

REPORT AND RECOMMENDATION
[Case No. CV 04-09049 DOC (RNBx)]

LA/318787.1