**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile:  (310) 459-4621

**Attorneys for**
**Carlos Gustavo Machado Gomez**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>  Plaintiff,<br><br>v.<br><br>MATTEL, INC,<br><br>  Defendant.<br><br>AND CONSOLIDATED CASES. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**NOTICE OF ERRATA**<br><br>Judge:  Hon. David O. Carter<br><br>**Phase 2:**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

NOTICE OF ERRATA

Counter-Defendant Carlos Gustavo Machado Gomez hereby submits a Notice of Errata replacing page 6 of the **"Answer and Affirmative Defenses of Counter-Defendant Carlos Gustavo Machado Gomez to Fourth Amended Counterclaims of Counter-Claimant Mattel, Inc.**," which was e-filed with the Court on August 19, 2010 (Document 8623).

Attached hereto as Exhibit 1 is the corrected page 6.

DATED: August 25, 2010          Respectfully submitted,

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND


By:  _____/s/ *Alexander H. Cote*_____
     Alexander H. Cote
     Attorneys for Carlos Gustavo Machado Gomez