# EXHIBIT 1
# TO
# NOTICE OF ERRATA

CASE NO. CV 04-9049 SGL (RNBx)

1  56. Machado admits that he was transferred from MGA de Mexico to MGA in the United States and that MGA is paying his legal fees in this matter, but otherwise denies the allegations set forth in paragraph 56.

57. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 57 and on that basis denies them.

58. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 58 and on that basis denies them.

59. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 59 and on that basis denies them.

60. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 60 and on that basis denies them.

61. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 61 and on that basis denies them.

62. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 62 and on that basis denies them.

63. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 63 and on that basis denies them.

64. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 64 and on that basis denies them.

65. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 65 and on that basis denies them.

66. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 66 and on that basis denies them.

67. Machado is without sufficient knowledge to admit or deny the allegations set forth in paragraph 67 and on that basis denies them.

68. Machado denies the allegations set forth in paragraph 68 as they relate to him and is without sufficient knowledge to admit or deny the allegations as to any

///