QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. 04-09049 DOC (RNBx)<br>Consolidated with Case<br>Nos. CV 04-09059 and CV 05-02727<br><br>Hon. David O. Carter<br><br>JOINT REPORT IDENTIFYING PENDING DISCOVERY MOTIONS<br><br>Discovery Cutoff:     October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial:                January 11, 2011 |

Pursuant to the Court's August 25, 2010, Order, Mattel, Inc. ("Mattel") and MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., Isaac Larian, IGWT 826 Investments, LLC (collectively, the "MGA Parties") hereby provide the Court with the information that it requested regarding pending discovery motions.

Exhibit A attached hereto identifies the pending motions. The list of pending motions include some matters that have not been fully briefed.

DATED: August 26, 2010      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
  Michael T. Zeller
  Attorneys for Mattel, Inc. and
  Mattel de Mexico, S.A. de C.V.

DATED: August 26, 2010      ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Thomas S. McConville
  Thomas S. McConville
  Attorneys for the MGA Parties