**EXHIBIT A:  PARTIES' OUTSTANDING DISCOVERY MOTIONS**

| MATTEL'S MOTIONS | DOCKET | NOTES |
|---|---|---|
| MTC Communications in Furtherance of Crimes and Frauds | 7334 | |
| Objections to DM Order 87 | 7360 | |
| Submission re 6/18 Order (Larian Hard Drives) | 8197 | |
| MTC re Common Interest with Omni | 8272 | |
| Objections to DM Order 98 | 8277 | |
| MTC Doc Prod re Marlows | 8276 | |
| MTC re Unclean Hands Defense | 8346 | |
| Renewed MTC 30(b)(6) Witness re Trade Dress Claims | 8382 | |
| MTC Responses to 3rd Rogs (Phase 2) | 8419 | |
| MTC Responses to 1st Phase 2 Rogs | 8417 | |
| Objections to DM 7/28/10 R&R re *In Camera* Review | 8438 | |
| MTC Documents Re Former Mattel Employees | 7825<br>8133 (Order)<br>8213 (NOL) | Pending *in camera* review |
| MTC Communications re Mattel Employees | 8454 | |
| Ex Parte to Strike MGA's 8/10 Motions | 8515<br>8627 (supplement) | |
| Motion re Pendency of Bratz TS Misapp Claim | 8577 | |
| MTC MGA 30(b)(6) | 7786<br>8104 (Order) | Topics 6 and 22 held in abeyance, 25 not ruled on |
| MTC Rule 26 Disclosures, ROG responses and Documents by Machado | 8249<br>8459 (Order) | Partially held in abeyance |
| Ex Parte for Expedited Discovery on Purported "Compulsory Counterclaims-In-Reply" | 8640 | |
| 7/9/10 Court Order Re:<br>1. MTC Machado Hard Drives (JAMS)<br>2. Motion for Review of Wing's MGA Hard Drives and MGA Email Systems for Spoliation (JAMS)<br>3. MTC Electronic Communications Re Former Mattel Employees re Origin of Bratz (JAMS) | 8239-1 (Order) | Per Order, pending further instructions from Court or Special Master Re: Nos. 1 and 2. |

| | | |
|---|---|---|
| 7/19/10 R&R re ArchiveOne | | MGA has objected to JAMS R & R |
| 8/19/10 R&R re: <br> 1. MTC MGA Searches Consistent with FRCP 34 <br> 2. MTC Inspection of MGA Hard Drives <br> 3. MTC Inspection of Bryant's Electronic Mailbox re Spoliation | | No appeal filed, pending Court signature |
| **MGA'S MOTIONS** | | |
| Objections to DM Order 46 | 6476 | |
| Objections to DM Order 98 | 8246 | |
| Objection to Item 3 of 7/5 R&R | 8255 <br> 8239-1 (Order) | |
| MTC 30(b)(6) witness re Topic 11 | 8386 | |
| 8/19/10 R & R re: <br> MTC Forensic Exam re Eckert Computer Media | | No appeal filed, pending Court signature |
| MTC Eckert Production on Topic 9 and Licensing Docs | 8388 | |
| MTC Inspection of Bryant's Employment Agreement re Bratz | 8391 | |
| MPO re Mattel's 2nd 30(b)(6) Depo Notice of MGA | 8447 | |
| MPO re Mattel's 30(b)(6) Depo Notice of IGWT 826 | 8445 | |
| MPO re Mattel's 1st Depo Notice of MGA Mexico | 8465 | |
| MPO re Mattel's 2nd Depo Notice of MGA Mexico | 8466 | |
| X-MPO re Mattel's 3rd ROGs | 8560 | |
| MTC Resp to 1st RFPs to Mattel Mexico re Confidential Info | 8563 | |
| MTC Resp to 1st RFPs to Mattel Mexico re TS Claims [Public] | 8505 | |
| MTC re Theft of Confidential Competitors Info | 8562 | |
| MTC re Brisbois | 8566 | |
| Motion to Release Funds | 8517 | |
| Ex Parte to Strike Corr Zeller Supp Decl re 7/5 R&R | 8522 | |
| Supp Briefing re Mattel's MTC re Crimes & Frauds | | |
| Objections to 7/19/10 R&R re ArchiveOne | 8407 | MGA has objected to JAMS R & R |
| Objections to DM Order No. 90 Compelling RFA Responses | 7473 | |