ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | Trial Date: January 11, 2011 |

1    Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order (Dkt.
2 No. 54) entered by the Court in this action the MGA Parties hereby respectfully
3 request that the Court order filed under seal the documents identified below.

4    These documents discuss, quote and attach materials that MGA has
5 designated as "Confidential—Attorneys' Eyes Only" pursuant to the Protective
6 Order. Accordingly, the MGA Parties request that the Court order that the
7 following document be filed under seal.

8
9    SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST
     REGARDING OBJECTIONS TO DISCOVERY MASTER ORDER
10   NO. 90

11   For the foregoing reasons, the MGA Parties respectfully request that the
12 Court enter the concurrently filed [Proposed] Order granting this request to file the
13 documents under seal.
14

15 Dated:   August 24, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP
16
17                                 By: /s/ Annette L. Hurst
18                                      Annette L. Hurst
                                        Attorneys for MGA Parties
19
20
21
22
23
24
25
26
27
28

- 1 -                               APPLICATION TO FILE UNDER SEAL
                                    CV 04-9049 DOC (RNBx)