ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **MGA PARTIES' REPLY RE MOTION TO RELEASE MGA FUNDS HELD BY COURT-APPOINTED MONITOR** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS. | |

On August 12, 2010, the MGA Parties filed a motion requesting an Order directing the Court-appointed Monitor to release all of MGA's funds held or controlled by the Court-appointed Monitor. The placement of MGA's funds into escrow under the control of the Monitor was based upon the constructive trust previously imposed on MGA in this case. On July 22, 2010, the Ninth Circuit Court of Appeal vacated all equitable relief, including the constructive trust and injunction. Thus, the entire basis for the Monitor's holding of MGA's funds has been vacated. Accordingly, there are no grounds for the Monitor to continue to hold any MGA funds, and all funds provided to the Monitor for placement into escrow and all interest on such amounts must now be released to MGA.

Mattel's opposition to the foregoing motion was due on August 23, 2010, however Mattel did not file any opposition. Mattel had previously indicated during meet and confer that it did not anticipate opposing the motion. Therefore, the motion is unopposed and the MGA Parties respectfully request that the Court enter the proposed order submitted with the motion on the grounds that (1) good cause exists to order the Court-appointed monitor to return MGA's funds, (2) the MGA Parties' request is supported by applicable authority and (3) Mattel does not oppose the motion.

DATED: August 30, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By:    _____/s/ Annette L. Hurst_____
                                       ANNETTE L. HURST
                                       Attorneys for MGA Parties