QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Servicios, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DISCOVERY MATTER<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S REPORT PURSUANT TO THE COURT'S AUGUST 3, 2010 ORDER RE: MACHADO'S NON-FIFTH AMENDMENT OBJECTIONS TO MATTEL'S DISCOVERY REQUESTS**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

On August 3, 2010, the Court granted in part Mattel's Motion to Compel <u>Rule 26</u> Disclosures, Interrogatory Responses, and Production of Documents from defendant Gustavo Machado.  The Court's Order overruled Machado's Fifth Amendment objections and directed counsel for Mattel and Machado to meet and confer in an attempt to resolve Machado's remaining, non-Fifth Amendment objections.

Lead counsel for Mattel and Machado met and conferred on August 13, 2010, at which time they discussed Machado's non-Fifth Amendment objections to each set of Mattel's pending discovery requests.  Subsequent to the Court-ordered telephonic meet and confer, Machado served Supplemental Responses to Request Nos. 56, 57, 67, 68, 80, and 82 of Mattel's First Set of Requests for Documents and Things.[1]  In these supplemental responses, and inconsistent with Machado's counsel's promises during the meet and confer that full discovery would be forthcoming, Machado objected to all six of the Requests discussed on exactly the same bases as he did in his original responses, almost three years prior.[2]

With the close of fact discovery just over one month away, Machado should finally be required to respond fully and completely to all of Mattel's discovery requests, many of which have been pending for years and the subject of repeated motions.  Therefore, Mattel respectfully requests that the Court rule on the remainder Mattel's already pending Motion to Compel by overruling the remainder of Machado's objections and ordering Machado to provide complete responses, without objection, to Mattel's outstanding discovery requests.

---

[1] Carlos Gustavo Machado Gomez's Supplemental Objections and Responses to Mattel, Inc.'s First Set of Requests for Documents and Things Nos. 56, 57, 67, 68, 80, 82, dated August 24, 2010.

[2] Carlos Gustavo Machado Gomez's Objections to Mattel, Inc.'s First Set of Requests for Documents and Things, dated October 15, 2007.

| | | |
|---|---|---|
| 1 | DATED: August 30, 2010 | QUINN EMANUEL URQUHART & SULLIVAN. LLP |
| 2 | | |
| 3 | | By /s/ Michael T. Zeller |
| 4 | | Michael T. Zeller<br>Attorneys for Mattel, Inc. and Mattel de Servicios. S.A. de C.V. |
| 5 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00505.07975/3654394.1

-2-
MATTEL, INC.'S REPORT PURSUANT TO THE COURT'S AUGUST 3, 2010 ORDER