FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DE____

1 ANNETTE L. HURST (State Bar No. 148738)
  ahurst@orrick.com
2 WARRINGTON S. PARKER III (State Bar No. 148003)
  wparker@orrick.com
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
  The Orrick Building
4 405 Howard Street
  San Francisco, CA 94105-2669
5 Telephone: 415-773-5700
  Facsimile: 415-773-5759
6
  WILLIAM A. MOLINSKI (State Bar No. 145186)
7 wmolinski@orrick.com
  ORRICK, HERRINGTON & SUTCLIFFE LLP
8 777 South Figueroa Street, Suite 3200
  Los Angeles, CA 90017
9 Telephone: 213-629-2020
  Facsimile: 213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | **APPLICATION TO FILE UNDER SEAL** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | Date: TBD<br>Time: TBD<br>Courtroom: TBD |
| AND CONSOLIDATED ACTIONS | Hon. David O. Carter<br>Trial Date: January 11, 2010 |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

**MGA PARTIES' OPPOSITION TO EX PARTE APPLICATION FOR ORDER GRANTING EXPEDITED DISCOVERY ON MGA'S COMPULSORY COUNTERCLAIMS-IN-REPLY**

**DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' OPPOSITION TO EX PARTE APPLICATION FOR ORDER GRANTING EXPEDITED DISCOVERY ON MGA'S COMPULSORY COUNTERCLAIMS-IN-REPLY**

MGA Parties' Opposition to *ex parte* Application for Order Granting Expedited Discovery on MGA's Compulsory Counterclaims-in-Reply and supporting declaration reference or contain materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

Specifically, MGA's opposition to Mattel, Inc.'s *ex parte* application quotes from, and the supporting declaration of Denise M. Mingrone attaches, documents and deposition testimony which the parties have designated "AEO" under the terms of the protective order. MGA's opposition to Mattel, Inc.'s *ex parte* application and declaration also list and reference these same materials, all of which have been designated "AEO" under the terms of the protective order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: August 26, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Denise M. Mingrone
Attorneys for MGA Parties