1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
   Attorneys for MGA Parties
13

14              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
15                     SOUTHERN DIVISION

16 CARTER BRYANT, an individual,        Case No.  CV 04-9049-DOC (RNBx)
                                        Consolidated with:
17         Plaintiff,                   Case No. CV 04-9059
                                        Case No. CV 05-2727
18    v.

19 MATTEL, INC., a Delaware            Hon. David O. Carter
   corporation,
20                                     ORDER RE SEALING OF MGA
           Defendant.                  PARTIES' OPPOSITION TO EX
21                                     PARTE APPLICATION FOR ORDER
                                       GRANTING EXPEDITED
   ──────────────────────             DISCOVERY ON MGA'S
22 AND CONSOLIDATED ACTIONS            COMPULSORY COUNTERCLAIMS-
                                       IN-REPLY
23

24

25

26

27

28

1

2                                    [PROPOSED] ORDER

3          On August 26, 2010, the MGA Parties' will file an Opposition to Mattel's ex

4   parte Application for Order Granting Expedited Discovery on MGA's Compulsory

5   Counterclaims-in-Reply, along with supporting documents, including a declaration

6   and exhibits.  The materials referenced contain, reference, cite and quote deposition

7   testimony that have been designated by the parties as "Confidential" and

8   "Confidential – Attorney's Eyes Only" under the Protective Order, and good cause

9   appearing for the entry thereof,

10                IT IS HEREBY ORDERED that:

11          The MGA Parties' Opposition to Ex Parte Application for Order

12  Granting Expedited Discovery on MGA's Compulsory Counterclaims-in-Reply and

13  Declaration of Denise M. Mingrone in Support of MGA Parties' Opposition to Ex

14  Parte Application for Order Granting Expedited Discovery on MGA's Compulsory

15  Counterclaims-in-Reply shall be filed under seal.

16

17

18  DATED:   August 30,          , 2010  _David O. Carter_____

19                                        Hon. David O. Carter
                                          United States District Judge
20

21

22

23

24

25

26

27

28

- 1 -