ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826 Investments LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**REPLY BY MGA ON MOTIONS TO COMPEL MATTEL AND MATTEL MEXICO FILED ON AUGUST 10, 2010**<br><br>Date:    TBD<br>Time:    TBD<br>Place:   TBD<br><br>Trial Date: January 11, 2011 |

On August 10, 2010, MGA Entertainment, Inc. ("MGA") filed the following four motions to compel.

1. Motion to Compel Documents from Mattel Inc. Concerning Mattel's Theft of Competitors' Confidential Information (Dkt # 8503);

2. Motion to Compel Production of Documents re Mattel Allegations Concerning Janine Brisbois (Dkt # 8506);

3. Motion to Compel Production of Documents and Further Responses to MGA Entertainment's First Set of Document Requests to Mattel Mexico Regarding Mattel Mexico's Trade Secrets Claims (Dkt # 8505); and

4. Motion to Compel Production of Documents and Further Responses to MGA's First Set of Document Requests to Mattel Mexico Concerning Mattel Mexico's Possession of Competitors' Confidential Information (Dkt # 8504).

(Collectively, the "Motions to Compel"). ***Mattel has filed no oppositions to any of these Motions***.

The Motions to Compel address both documents withheld by Mattel and Mattel Mexico related to Mattel's existing trade secret claims, as well as documents related to Mattel's conduct in spying on MGA and other competitors. The Motions addressed to Mattel Mexico, in fact, are the very first set of requests propounded to Mattel Mexico since its entry into this case in May 2010. Although the Court declared that MGA would be entitled to "expansive and demanding discovery" against Mattel Mexico due to its belated entry into the case, Mattel Mexico served largely objections to MGA's document requests.

Mattel did not serve any oppositions to these Motions. MGA, therefore, asks that the Court grant these Motions in their entirety. Mattel filed an ex parte to strike these Motions, but no order was issued striking the Motions prior to the due date for

1 | Mattel's oppositions.  As a result, Mattel is in default and the Motions should be
2 | granted.

3 | Dated:    August 31, 2010              ORRICK, HERRINGTON & SUTCLIFFE LLP

5 |                                         By:     /s/ William A. Molinski
6 |                                                WILLIAM A. MOLINSKI
                                            Attorneys for MGA Parties and
7 |                                         IGWT 826 Investments LLC.

OHS West:260980926.1