```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 4  405 Howard Street
    San Francisco, CA  94105-2669
 5  Telephone:   (415) 773-5700
    Facsimile:   (415) 773-5759
 6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 7  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
 9  Telephone:   (213) 629-2020
    Facsimile:   (213) 612-2499
10
    THOMAS S. MCCONVILLE (State Bar No. 155905)
11  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Telephone:   (949) 567-6700
    Facsimile:   (949) 567-6710
14
    Attorneys for MGA Parties
15
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MOTION FOR NEW TRIAL; RENEWED MOTION TO UNSEAL JUROR INTERVIEW TRANSCRIPTS** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | **Hon. David O. Carter** |
| AND CONSOLIDATED ACTIONS | |

1  The Court, having considered the MGA Parties' and IGWT 826's application
2  for an order to file under seal, and having found good cause to do so, it is HEREBY
3  ORDERED that said application is GRANTED in its entirety.
4  The Clerk shall maintain under Seal the following documents:

6  **MOTION FOR NEW TRIAL; RENEWED MOTION TO UNSEAL**
7  **JUROR INTERVIEW TRANSCRIPTS**

8  **IT IS HEREBY ORDERED.**

10 Dated: _____, 2010

_____
Hon. David O. Carter
United States District Judge