1 ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
2 WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
4 405 Howard Street
San Francisco, CA 94105-2669
5 Tel: (415) 773-5700/Fax: (415) 773-5759

6 WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
7 ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
8 Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499
9
THOMAS S. MCCONVILLE (State Bar No. 155905)
10 tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
11 4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
12 Tel: (949) 567-6700/Fax: (949) 567-6710

13 Attorneys for MGA Parties

14 UNITED STATES DISTRICT COURT

15 CENTRAL DISTRICT OF CALIFORNIA

16 SOUTHERN DIVISION

| | |
|---|---|
| 17 CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| 18 Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 19 v. | |
| 20 MATTEL, INC., a Delaware corporation, | ORDER GRANTING MGA PARTIES' MOTION TO RELEASE MGA FUNDS HELD BY COURT-APPOINTED MONITOR |
| 21 Defendant. | |
| 22 | Date: September 13, 2010 Time: 8:30 a.m. |
| 23 AND CONSOLIDATED ACTIONS. | Place: Courtroom 9D |
| 24 | Judge: Hon. David O. Carter |

25

26

27

28

1    The Court, having considered the MGA Parties' Motion To Release MGA Funds

2  Held By Court-Appointed Monitor and having found good cause appearing, HEREBY

3  ORDERS that Mr. Patrick Fraioli immediately return to MGA any and all MGA funds held

4  or controlled by Mr. Fraioli pursuant to his prior duties as court-appointed Monitor and

5  interest accrued on the foregoing funds.

6

7    **It is so ORDERED.**

8  DATED:  <u>August 31, 2010</u>                      *David O. Carter*
                                                                    Hon. David O. Carter
9                                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1