Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700      Fax: 415.773.5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**
[Corrected] Motion For New Trial; Renewed Motion To Unseal Juror Interview Transcripts; Application To
File Under Seal; [Proposed] Order Granting Application To File Under Seal [Corrected] Motion For New
Trial; Renewed Motion to Unseal Juror Interview Transcripts

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the
Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   See document(s) listed above.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated   January 4, 2005

☐   Manual Filing required (*reason*):

| August 31, 2010 | /s/ Annette L. Hurst |
|---|---|
| Date | Attorney Name |
| | MGA PARTIES |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).