1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA  94105
   Telephone:  (415) 773-5700
5  Facsimile:   (415) 773-5759

6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA  90017
   Telephone:  (213) 629-2020
9  Facsimile:   (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA  92614-2258
   Telephone:  (949) 567-6700
13 Facsimile:   (949) 567-6710

14 Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**NOTICE OF ERRATA RE MGA'S MOTION FOR NEW TRIAL; RENEWED MOTION TO UNSEAL JUROR INTERVIEW TRANSCRIPTS**<br><br>Hearing Date:  September 3, 2010<br>Time:  1:30 p.m.<br>Courtroom:  Hon. David O. Carter |

NOTICE OF ERRATA
CV-04-9049-DOC (RNBx)

1  On August 30, 2010, counsel for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") e-mail served the under seal version of MGA's *Motion for New Trial; Renewed Motion to Unseal Juror Interview Transcripts* ("MGA's Motion for New Trial").  Counsel for the MGA Parties inadvertently omitted the Table of Contents and the Table of Authority required by Local Rule 5.2 from MGA's Motion for New Trial.

Counsel for the MGA Parties is hereby e-mail filing an under seal version of MGA's *[Corrected] Motion for New Trial; Renewed Motion to Unseal Juror Interview Transcripts* with the Court and e-filing a public version of MGA's *[Corrected] Motion for New Trial; Renewed Motion to Unseal Juror Interview Transcripts* to rectify this error, both of which include the Table of Contents and Table of Authority.  Counsel for the MGA Parties has not made any substantive changes to MGA's *[Corrected] Motion for New Trial; Renewed Motion to Unseal Juror Interview Transcripts*.

Dated: August 31, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Warrington S. Parker*
      Warrington S. Parker

Attorneys for Attorneys for MGA Parties