ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

 Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING [CORRECTED] MOTION FOR NEW TRIAL AND RENEWED MOTION TO UNSEAL JUROR INTERVIEW TRANSCRIPTS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

1    The Court, having considered the MGA Parties' [Corrected] Motion for New

2    Trial And Renewed Motion To Unseal Juror Interview Transcripts, and all papers

3    filed in opposition and in support thereof, HEREBY ORDERS as follows:

4    The [Corrected] Motion for New Trial And Renewed Motion To Unseal

5    Juror Interview Transcripts is GRANTED.

6

7    **It is so ORDERED.**

8

9

10   Dated: _____, 2010   _____

11                                        David O. Carter
                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting [corrected] Motion for
New Trial
CV 04-9049 DOC (RNBx)