1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:  415-773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA  90017
   Telephone:  213-629-2020
10 Facsimile:  213-612-2499

11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
14 Attorneys for MGA Parties

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                  SOUTHERN DIVISION

| | |
|---|---|
| 18  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 19              Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| 20  v. | |
| 21  MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| 22              Defendant. | **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| 23 | |
| 24  AND CONSOLIDATED ACTIONS | Date:        TBD Time:        TBD Place:       Courtroom 9D |
| 25 | Trial Date:  January 11, 2011 |
| 26 | |
| 27 | |
| 28 | |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On August 31, 2010, I served the following document(s):

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

3.   **NOTICE OF LODGING OF DEPOSITION AND TRIAL TRANSCRIPTS AND INTERROGATORY RESPONSES RE CREATING DATE OF BRATZ**

4.   **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

☒    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.

Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2010, at Los Angeles, California.

_____            _____
166| GATES                                    USA Legal Networks, Inc.

## PROOF OF SERVICE BY U.S. MAIL

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On August 31, 2010, I served the following document(s):

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL;**

3.   **NOTICE OF LODGING OF DEPOSITION AND TRIAL TRANSCRIPTS AND INTERROGATORY RESPONSES RE CREATING DATE OF BRATZ**

4.   **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

☒   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐   By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

<u>Counsel for Carlos Gustavo Machado Gomez</u>

Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone:  (310) 459-2830
Facsimile:  (310) 459-4621

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

1

2         Additional Counsel:

2  Jason D. Russell, Esq.
   jason.russell@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Ave., Suite 3400
4  Los Angeles, CA 90071-3144
   Telephone: (213) 687-5000
5  Facsimile:  (213) 687-5600

6  <u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>

7  Peter N. Villar, Esq.
   Peter.villar@bingham.com
8  BINGHAM MCCUTCHEN LLP
   600 Anton Blvd., 18th Floor
9  Costa Mesa, CA 92626-1924
   Telephone: (714) 830-0600
10 Facsimile:  (714) 830-0700

11

12        I am employed in the county from which the mailing occurred.  On the date

13 indicated above, I placed the sealed envelope(s) for collection and mailing at this

14 firm's office business address indicated above.  I am readily familiar with this

15 firm's practice for the collection and processing of correspondence for mailing with

16 the United States Postal Service.  Under that practice, the firm's correspondence

17 would be deposited with the United States Postal Service on this same date with

18 postage thereon fully prepaid in the ordinary course of business.

19        I declare under penalty of perjury that the foregoing is true and correct.

20 Executed on August 31, 2010, at Los Angeles, California.

21

22 *Maria Mercado-Navarro*
   Maria Mercado-Navarro

23

24

25

26

27

28

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)