ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Judge:   Hon. David O. Carter<br><br>Trial Date: January 11, 2011 |

1  Pursuant to Civil Local Rule 79-5.1, the Stipulated Protective Order (Dkt.
2  No. 54) entered by the Court in this action the MGA Parties hereby respectfully
3  request that the Court order filed under seal the document identified below.
4      Some of the documents submitted contain material that MGA has designated
5  as "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order.
6  Accordingly, the MGA Parties request that the Court order that the following
7  documents be filed under seal.

**NOTICE OF LODGING OF DEPOSITION AND TRIAL TRANSCRIPTS AND INTERROGATORY RESPONSES RE CREATION DATE OF BRATZ**

10     For the foregoing reasons, the MGA Parties respectfully request that the
11 Court enter the concurrently filed [Proposed] Order granting this request to file the
12 documents under seal.

14 Dated: August 31, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
WARRINGTON S. PARKER III
Attorneys for MGA Parties