UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                    Date   August 26, 2010

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson<br>Julie Barrera | Deborah Parker<br>Maria Dellaneve | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller<br>Dylan Proctor | Annette Hurst<br>Thomas McConville<br>William Molinski |

Proceedings:   FURTHER EVIDENTIARY HEARING ON MATTEL'S MOTION TO COMPEL PRODUCTION OF ATTORNEY-CLIENT COMMUNICATIONS, MGA'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 90

The matter is called.  Counsel state their appearances. Court and counsel confer.

The Court instructs parties to submit a list of pending discovery disputes by Friday, August 27, 2010.

Counsel for MGA to file motion for new trial no later than Monday, August 30, 2010 at 1:30 p.m. Opposition to motion is due no later than Wednesday, September 1, 2010 at 5:00 p.m. and Response is due no later than Friday, September 3, 2010 at 8:30 a.m.  The motion for new trial to be heard on Friday, September 3, 2010 at 1:30 p.m.  The following motions will be heard on Tuesday, August 31, 2010 at 5:00 p.m.:

IGWT 826 Investments, LLC's Motion for Judgment on the Pleadings [8581]
Mattel's Ex Parte Application to Strike MGA's August 10, 2010 Motions to Compel [8515]
Mattel's Ex Parte Application for Expedited Discovery on MGA's Purported "Compulsory Counterclaims-In Reply" [8640]
MGA Parties' Exparte Application to Strike Docket No 8486 [8522]

Further in camera evidentiary hearing continues re: attorney-client communications.

In open court with all parties present, the Court continues the matters to August 27, 2010, at 9:00 a.m.

|   | : | 25 |
|---|---|---|
| Initials of Preparer | jcb | |