UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                Date   August 27, 2010

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson Julie Barrera | Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn Michael Zeller Dylan Proctor | Annette Hurst Thomas McConville William Molinski |

Proceedings:   FURTHER EVIDENTIARY HEARING ON MATTEL'S MOTION TO COMPEL
PRODUCTION OF ATTORNEY-CLIENT COMMUNICATIONS, MGA'S
OBJECTIONS TO DISCOVERY MATTER ORDER NO. 90

The matter is called.  Counsel state their appearances. Court and counsel confer.

Further sealed in camera evidentiary hearing continues re: attorney-client communications with
only counsel for MGA present in the courtroom.  In Camera Declarations of Thomas Nolan and Kenneth
Pleavan filed in response to the Court's Order to Show Cause.

In open court with all parties present, the Court continues the following matters to September 1,
2010, at 5:00 p.m.: further evidentiary hearing on Mattel's Motion to Compel Production of Attorney-
Client Communications, MGA's Objections to Discovery Matter Order No. 90, IGWT 826 Investments,
LLC's Motion for Judgment on the Pleadings [8581], Mattel's Ex Parte Application to Strike MGA's
August 10, 2010 Motions to Compel [8515], Mattel's Ex Parte Application for Expedited Discovery on
MGA's Purported "Compulsory Counterclaims-In Reply" [8640], and MGA Parties' Exparte Application
to Strike Docket No 8486 [8522].

The parties shall each submit by August 31, 2010 a compilation of all depositions and trial
testimony (including interrogatories) re Larian's belief of conception date of Bratz, how he learned of
conception date and all efforts he took to learn of conception date of Bratz.

|  | 1 | : | 30 |
|---|---|---|---|
| Initials of Preparer | kp | | |