ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION AND ORDER RE MGA'S OBJECTIONS TO REPORT AND RECOMMENDATION DATED JULY 19, 2010** |

1  On September 1 and September 2, 2010, this Court held a hearing on the MGA Parties' Objections to Report and Recommendation dated July 19, 2010, regarding ArchiveOne.  Over the course of that hearing, this Court consulted with and obtained information from the Electronic Discovery Special Master concerning ArchiveOne.  The Court also heard the arguments of the parties.  Based on this Court's consultation with the Electronic Discovery Special Master and the information provided, the arguments of the parties, and the arguments and facts set forth in the parties' briefs on this issue, the Court HEREBY ORDERS as follows:

 1. The Court orders that the current searching of ArchiveOne initiated by the Electronic Discovery Master in June 2010 utilizing the approximately seven hundred search terms reflected in Exhibit F of MGA's July 29, 2010 Notice of Lodging cease.

 2. After consultation with the Electronic Discovery Special Master and the parties, the Court adopts the proposal that the Electronic Discovery Special Master will supervise the extraction by ILS from ArchiveOne the emails that are stored in the custodial files associated with the seven custodians identified in paragraph 3 for the indicated period of time indicated in paragraph 3.  Once the emails have been extracted, the Electronic Discovery Special Master will supervise the application of the search terms reflected in Exhibit F of the July 29, 2010 Notice of Lodging to the resulting data.  With respect to one custodian identified by Mattel, Brian Wing, ILS also will apply certain additional search terms supplied by Mattel that, if found in the emails of Brian Wing, will result in their exclusion from any requirement of further review.  The complete set of data resulting from the application of the searches described in this paragraph will then be provided to counsel for the MGA Parties for privilege and privacy review and production.

 3. The seven custodians and the date range of the emails to be extracted for each custodian are as follows:

Isaac Larian                    March 1, 2000 to April 27, 2004

| | | |
|---|---|---|
| 1 | Brian Wing | June 1, 2008 to May 31, 2009 |
| 2 | Ron Brawer | October 5, 2004 to October 4, 2005 |
| 3 | Jorge Castilla | April 3, 2007 to April 2, 2008 |
| 4 | Nicole Coleman | April 3, 2007 to April 2, 2008 |
| 5 | Gustavo Machado | April 20, 2004 to April 19, 2005 |
| 6 | Paula Garcia | April 1, 2000 to March 31, 2001 |

4. In addition to and after completion of the extraction of the specified email set forth in paragraph 4, ILS will then attempt to perform one additional archive-wide search. ILS shall attempt to search ArchiveOne for all emails dated prior to October 31, 2000 containing the term "Bratz." The Electronic Discovery Special Master shall make periodic reports to the Court regarding the efficacy of such search. If such a search and extraction can be successfully performed, then the resulting data will be provided to counsel for the MGA Parties for privilege and privacy review and production at the same time as the data referenced above is provided to counsel for the MGA Parties.

**IT IS SO STIPULATED.**

DATED: September 3, 2010

/ S /
_____
Michael T. Zeller
Attorneys for Mattel, Inc.

DATED: September 3, 2010

/ S /
_____
Annette L. Hurst
Attorneys for MGA Parties and IGWT 826

**IT IS SO ORDERED.**

Dated: September 3, 2010

_David O. Carter_
_____
David O. Carter
United States District Judge

- 2 -   [[PROPOSED] ORDER RE OBJ. TO R&R OF JULY 19, 2010
CV 04-9049 DOC (RNBx))