| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| Plaintiffs, | Hon. David O. Carter |
| vs. | **DECLARATION OF JON COREY IN SUPPORT OF: (1) MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO MGA ENTERTAINMENT'S FIRST SET OF DOCUMENT REQUESTS TO MATTEL MEXICO REGARDING MATTEL MEXICO'S TRADE SECRET CLAIMS; AND (2) MATTEL MEXICO'S OPPOSITION TO THE MGA PARTIES' MOTION TO COMPEL DOCUMENTS FROM MATTEL MEXICO CONCERNING MATTEL MEXICO'S POSSESSION OF COMPETITORS' CONFIDENTIAL INFORMATION** |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: TBD<br>Time: TBD<br>Place: Ctrm. 9D |
| | **Phase 2:**<br>Disc. Cut-off: October 4, 2010<br>Pre-trial Conf.: January 4, 2011<br>Trial Date: January 11, 2011 |

1   I, Jon Corey, declare as follows:

2   1.  I am a member of the bars of the States of California, New York, and District of Columbia and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. ("Mattel") and Mattel de Mexico, S.A. de C.V.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.  Attached as Exhibit 1 is a true and correct copy of selected pages from Mattel de Mexico, S.A. de C.V.'s Response To First Set Of Phase 2 Requests For Production Of Documents And Things Propounded By MGA Entertainment, Inc.. The objections and responses included are those on which MGA has moved to compel. Mattel provides these pages because MGA did not submit them to the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2010, at Los Angeles, California.


　　　　　　　　　　　　　　　　　　　/s/ *Jon D. Corey*
　　　　　　　　　　　　　　　　　　　Jon Corey

00505.07975/3664449.2

-1-

DECLARATION OF JON COREY