1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
4   San Francisco, CA 94105
    Tel. (415) 773-5700/ Fax: (415) 773-5759
5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
8   Tel. (213) 629-2020/Fax: (213) 612-2499

9   THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
12
    Attorneys for the MGA Parties
13

14                   UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
15                         SOUTHERN DIVISION

| | |
|---|---|
| 16  CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| 17              Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| 18       v. | Hon. David O. Carter |
| 19  MATTEL, INC., a Delaware corporation, | **NOTICE OF COMPLIANCE WITH REPORT AND RECOMMENDATION OF AUGUST 19, 2010** |
| 20              Defendant. | |
| 21  AND CONSOLIDATED ACTIONS | Trial Date:         January 11, 2011 |

1   In accordance with the Report and Recommendation of August 19, 2010, and
2 in compliance with this Court's order, the MGA Parties hereby file with this Court,
3 as an attachment to this notice, the Declaration of Dennis Jolicoeur.  In addition, as
4 required by Item No. 4 of the Report and Recommendation, the MGA Parties have
5 served on Mattel the information required by Item No. 4, which is contained in the
6 MGA Parties' Second Supplemental Response to Mattel, Inc.'s Supplemental Set of
7 Interrogatories, No. 66.
8   Respectfully submitted this 7th day of September, 2010.

   */s/ Warrington S. Parker III*
   WARRINGTON S. PARKER III
   Attorneys for the MGA Parties