Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S) | CASE NUMBER:<br>CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:  Reply in Support of MGA Parties' Motion to Compel Documents from Mattel's Theft of Competitor's Confidential Information; Supplmental Declaration of William A. Molinski in Support of MGA Motions to Compel Filed August 10, 2010; Application To File Under Seal; [Proposed] Order Granting Application To File Under Seal**

### Document Description:

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other See list of documents described above.

### Reason:

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| September 8, 2010 | /s/ William A. Molinski |
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com