UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                  Date   September 4, 2010

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson, not present | Jane Sutton | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller | Annette Hurst<br>Thomas McConville<br>William Molinski |

Proceedings:   FURTHER HEARING ON MGA PARTIES AND IGWT 826'S MOTION FOR NEW TRIAL; RENEWED MOTION TO UNSEAL JUROR INTERVIEW TRANSCRIPTS [8669]

   Matter is called, counsel are present and a further hearing is held on the above-referenced motion [8669]. The court continues this matter to September 8, 2010 at 5:00 p.m.

                                                                                    2   :   30

                                                              Initials of Preparer   kp