FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 31 2010

CENTRAL DISTRICT OF CALIFORNIA
BY LAW    DEP.

ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**NOTICE OF ERRATA RE MGA'S MOTION FOR NEW TRIAL; RENEWED MOTION TO UNSEAL JUROR INTERVIEW TRANSCRIPTS**<br><br>Hearing Date: September 3, 2010<br>Time: 1:30 p.m.<br>Courtroom: Hon. David O. Carter |

1   On August 30, 2010, counsel for Plaintiff and Counter-Defendant
2   MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd.,
3   MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") e-mail served
4   the under seal version of MGA's *Motion for New Trial; Renewed Motion to Unseal*
5   *Juror Interview Transcripts* ("MGA's Motion for New Trial"). Counsel for the
6   MGA Parties inadvertently omitted the Table of Contents and the Table of
7   Authority required by Local Rule 5.2 from MGA's Motion for New Trial.

8   Counsel for the MGA Parties is hereby e-mail filing an under seal
9   version of MGA's *[Corrected] Motion for New Trial; Renewed Motion to Unseal*
10  *Juror Interview Transcripts* with the Court and e-filing a public version of MGA's
11  *[Corrected] Motion for New Trial; Renewed Motion to Unseal Juror Interview*
12  *Transcripts* to rectify this error, both of which include the Table of Contents and
13  Table of Authority. Counsel for the MGA Parties has not made any substantive
14  changes to MGA's *[Corrected] Motion for New Trial; Renewed Motion to Unseal*
15  *Juror Interview Transcripts*.

18  Dated:   August 31, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

20                                  By:   /s/ Warrington S. Parker
                                          Warrington S. Parker
22                                  Attorneys for Attorneys for MGA Parties