FILED
CLERK, U.S. DISTRICT COURT

SEP - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY  lalw   DEPUTY

ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone:  (949) 567-6700
Facsimile:   (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**ORDER GRANTING APPLICATION TO FILE UNDER SEAL [CORRECTED] MOTION FOR NEW TRIAL; RENEWED MOTION TO UNSEAL JUROR INTERVIEW TRANSCRIPTS**<br><br>**Hon. David O. Carter** |

The Court, having considered the MGA Parties' application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

**[CORRECTED] MOTION FOR NEW TRIAL; RENEWED MOTION TO UNSEAL JUROR INTERVIEW TRANSCRIPTS**

**IT IS HEREBY ORDERED**.

Dated: September 1, 2010

*[signature]*
_____
Hon. David O. Carter
United States District Judge

- 1 -

[PROPOSED] ORDER RE SEALING [CORRECTED] MOTION FOR NEW TRIAL; RENEWED MOT. TO UNSEAL JUROR TRANSCRIPTS
CV 04-9049 DOC (RNBX)