FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___LAW___                      DEPUTY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc. and Mattel de
   Mexico, S.A. de C.V.

7
                  UNITED STATES DISTRICT COURT
8
                 CENTRAL DISTRICT OF CALIFORNIA
9
                       SOUTHERN DIVISION
10

11 | MATTEL, INC., a Delaware        | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation,                    |
12 |                                 | Consolidated with
   |          Plaintiff,             | Case No. CV 04-09059
13 |                                 | Case No. CV 05-02727
   |     vs.                         |
14 |                                 | Hon. David O. Carter
   | MGA ENTERTAINMENT, INC., a      |
15 | California corporation, et. al.,| **APPLICATION TO FILE UNDER SEAL**
   |                                 | **MATTEL, INC.'S SUBMISSION OF**
16 |          Defendants.            | **EXCERPTS OF EVIDENCE**
   |                                 | **PURSUANT TO COURT'S**
17 | AND CONSOLIDATED ACTIONS        | **AUGUST 27, ORDER**

18                                   [[Proposed] Order Filed Concurrently
                                     Herewith]
19                                   Date:  TBD
                                     Time:  TBD
20                                   Place: Courtroom 9D

21                                   **Phase 2**
                                     Discovery Cutoff:     October 4, 2010
22                                   Pre-trial Conference:  January 4, 2010
                                     Trial:                January 11, 2011
23

24

25

26

27

28

00505.07975/3619329.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3  Court order filed under seal Mattel, Inc.'s Submission of Excerpts of Evidence

4  Pursuant to Court's August 27, 2010 Order.

5    Mattel, Inc.'s Submission of Excerpts of Evidence Pursuant to Court's August

6  27, 2010 Order includes information MGA has designated as "Confidential –

7  Attorney's Eyes Only" pursuant to the Protective Order.   Accordingly, Mattel

8  requests that the Court order that Mattel, Inc.'s Submission of Excerpts of Evidence

9  Pursuant to Court's August 27, 2010 Order be filed under seal.   In the alternative,

10  Mattel requests that the Court find that the information contained therein is not

11  confidential and order it filed in the public record.

12

13  DATED:  August 31, 2010        QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
14

15

16                                 By_____

17                                    Bridget Hauler
                                      Attorneys for Mattel, Inc.
18

19

20

21

22

23

24

25

26

27

28

00505.07975/3619329.1

-2-