1
QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
2
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
3
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
4
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
5
Facsimile:   (213) 443-3100

6
Attorneys for Mattel, Inc. and Mattel de
Mexico, S.A. de C.V.

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

SOUTHERN DIVISION

10

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUBMISSION OF EXCERPTS OF EVIDENCE PURSUANT TO COURT'S AUGUST 27, ORDER** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3659787.1

1

[PROPOSED] ORDER

2         Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s

3 Submission of Excerpts of Evidence Pursuant to Court's August 27, 2010 Order,

4         IT IS HEREBY ORDERED:

5         Mattel, Inc.'s Submission of Excerpts of Evidence Pursuant to Court's

6 August 27, 2010 Order is ORDERED filed under seal pursuant to <u>Local Rule</u> 79-

7 5.1.

8

9 DATED:                  . 2010

                                Hon. David O. Carter

10                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28