FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DE

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUBMISSION OF EXCERPTS OF EVIDENCE PURSUANT TO THE COURT'S SEPTEMBER 2, 2010 ORDER**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel's Submission of Excerpts of Evidence Pursuant
4  to the Court's September 2, 2010 Order and Exhibits A and B attached thereto (the
5  "Submission").
6  The Submission includes information MGA has designated as "Confidential –
7  Attorney's Eyes Only" pursuant to the Protective Order. This information primarily
8  consists of deposition testimony and exhibits that MGA has designated.
9  Accordingly, Mattel requests that the Court order that the Submission be filed under
10 seal. In the alternative, Mattel requests that the Court find that the information
11 contained therein is not confidential and order the Submission filed in the public
12 record.

14 DATED: September 3, 2010      QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                                  By /s/ Joseph C. Sarles
                                     Joseph C. Sarles
                                     Attorneys for Mattel, Inc.