FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc.

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9                      SOUTHERN DIVISION

10 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
11 |                                        | Consolidated with
   | Plaintiff,                             | Case No. CV 04-09059
12 |                                        | Case No. CV 05-02727
   | vs.                                    |
13 |                                        | Hon. David O. Carter
   | MGA ENTERTAINMENT, INC., a             |
14 | California corporation, et. al.,       | APPLICATION TO FILE UNDER SEAL
   |                                        | MATTEL, INC.'S OPPOSITION TO THE
15 | Defendants.                            | MGA PARTIES' MOTION TO COMPEL
   |                                        | DOCUMENTS FROM MATTEL INC.
16 |                                        | CONCERNING MATTEL'S THEFT OF
   | AND CONSOLIDATED ACTIONS               | COMPETITORS' CONFIDENTIAL
17 |                                        | INFORMATION

18                                          [[Proposed] Order Filed Concurrently Herewith]
19
                                            Date: TBD
20                                          Time: TBD
                                            Place: Courtroom 9D
21
                                            **Phase 2**
22                                          Discovery Cut-off: TBD
                                            Pre-trial Conference: TBD
23                                          Trial Date: TBD

24

25

26

27

28

00505.07975/3664065.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Opposition to the MGA Parties' Motion to Compel Documents From Mattel, Inc. Concerning Mattel's Theft of Competitors' Confidential Information (the "Brief").

The Brief references and quotes from the deposition transcripts of Sal Villasenor, Isaac Larian, and Ron Brawer which have been designated as "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file the Brief under seal. For the foregoing reasons, Mattel requests that the Court order that the Brief be filed under seal.

DATED: September 3, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.