| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | John B. Quinn (Bar No. 090378)<br>(johnquinn@quinnemanuel.com) |
| 3 | Michael T. Zeller (Bar No. 196417)<br>(michaelzeller@quinnemanuel.com) |
| 4 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 5 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 6 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION TO COMPEL DOCUMENTS FROM MATTEL INC. CONCERNING MATTEL'S THEFT OF COMPETITORS' CONFIDENTIAL INFORMATION |

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to the MGA Parties' Motion to Compel Documents From Mattel, Inc. Concerning Mattel's Theft of Competitors' Confidential Information (the "Brief"),

IT IS HEREBY ORDERED:

The Brief is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:                    . 2010
Hon. David O. Carter
United States District Judge

00505.07975/3664072.1

-2-

[PROPOSED] ORDER