FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY  LAW              DEPUTY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUBMISSION OF EXCERPTS OF EVIDENCE PURSUANT TO COURT'S AUGUST 27, ORDER** |

## ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Submission of Excerpts of Evidence Pursuant to Court's August 27, 2010 Order,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Submission of Excerpts of Evidence Pursuant to Court's August 27, 2010 Order is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: September 8, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge