Name & Address:
Mark P. Wine (State Bar No. 189897)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** NTC OF MOTION AND MOTION FOR PO FROM MATTEL, INC.'S NTC OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NTC); EXHS B AND E TO DECL OF MARK WINE; [PROPOSED] ORDER GRANTING NTC OF MOTION AND MOTION FOR PO FROM MATTEL, INC.'S NTC OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE) AND EXHS B AND E TO DECL OF MARK WINE; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See list of documents described above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| September 10, 2010 | /s/ Mark P. Wine |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

G-92 (03/09)  **NOTICE OF MANUAL FILING**  American LegalNet, Inc.
www.FormsWorkflow.com