ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Hon. David. O. Carter**<br>**DECLARATION OF MARK P. WINE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE)**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

1         I, Mark P. Wine, declare as follows:

2     1.     I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of Notice of Motion and Motion for Protective Order From Mattel, Inc.'s Notice of Deposition of MGA Entertainment, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) (Third Phase 2 Notice).

    2.     Attached hereto as **Exhibit A** is a true and correct copy of pages 1 and 9-23 of Mattel's Notice of Deposition of MGA Entertainment Inc. Pursuant To Federal Rule of Civil Procedure 30(b)(6)(Phase 2 Notice) dated August 11, 2010.

    3.     Attached hereto as **Exhibit B** is a true and correct copy of a letter from Michael T. Zeller, counsel of Mattel to Annette Hurst and Thomas McConville, counsel for MGA dated March 2, 2010 (**Filed under Seal**).

    4.     Attached hereto as **Exhibit C** is a true and correct copy of pages 1, 9-17 of Mattel's Notice of Deposition of MGA Entertainment Inc. Pursuant To Federal Rule of Civil Procedure 30(b)(6)(First Phase 2 Notice) served on January 26, 2010.

    5.     Attached hereto as **Exhibit D** is a true and correct copy of pages 1, 13-25 of Mattel's Fourth Notice of Deposition of MGA Entertainment Inc. Pursuant To Federal Rule of Civil Procedure 30(b)(6) served on January 9, 2008.

    6.     Attached hereto as **Exhibit E** is a true and correct copy of an email produced by MGA bearing Bates Numbers MGA2 1756419-20 (**Filed under Seal**).

I declare under penalty of perjury that the foregoing is true and correct. this Executed on September 10, 2010 in Irvine, California.

_____
Mark P. Wine

- 1 -