# EXHIBIT B

# FILED UNDER SEAL

Name & Address:
Mark P. Wine (State Bar No. 189897)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614
Telephone:  (949) 567-6700
Facsimile:  (949) 567-6710

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**  NTC OF MOTION AND MOTION FOR PO FROM MATTEL, INC.'S NTC OF
DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6)
(THIRD PHASE 2 NTC); EXHS B AND E TO DECL OF MARK WINE; [PROPOSED] ORDER GRANTING NTC OF
MOTION AND MOTION FOR PO FROM MATTEL, INC.'S NTC OF DEPOSITION OF MGA ENTERTAINMENT, INC.
PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE) AND EXHS B AND E TO DECL OF MARK
WINE; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER
SEAL

**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the
Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒  Other See list of documents described above.

**Reason:**

☒  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☒  Per Court order dated  January 4, 2005

☐  Manual Filing required (*reason*):

September 10, 2010
_____
Date

/s/ Mark P. Wine
_____
Attorney Name
MGA Parties
_____
Party Represented

American LegalNet, Inc.
www.FormsWorkflow.com