1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone: 415-773-5700
   Facsimile: 415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: 213-629-2020
   Facsimile: 213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710
   Attorneys for MGA Parties

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17                          SOUTHERN DIVISION

| | |
|---|---|
| 18  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 19          Plaintiff, | Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727 |
| 20  v. | Hon. David O. Carter |
| 21  MATTEL, INC., a Delaware<br>corporation, | **PROOF OF SERVICE VIA HAND**<br>**DELIVERY AND U.S. MAIL** |
| 22          Defendant. | |
| 23 | Date:       TBD |
| 24 | Time:      TBD |
|    AND CONSOLIDATED ACTIONS | Place:     Courtroom 9D |
| 25 | Trial Date: January 11, 2011 |
| 26 | |
| 27 | |
| 28 | |

**PROOF OF SERVICE BY HAND DELIVERY**

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On September 10, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE) [ATTORNEYS' EYES ONLY – PURSUANT TO PROTECTIVE ORDER];

4. EXHIBITS B AND E TO DECLARATION OF MARK WINE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE) [ATTORNEYS' EYES ONLY – PURSUANT TO PROTECTIVE ORDER];

5. DECLARATION OF MARK WINE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE);

6. [PROPOSED] ORDER GRANTING MGA ENTERTAINMENT INC.'S MOTION FOR PROTECTIVE ORDER;

7. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:
Counsel for Mattel, Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on September 10, 2010, at Los Angeles, California.
3
4 | IGGY CORTEZ
5 | /S/
  | USA Legal Networks, Inc.

## PROOF OF SERVICE BY U.S. MAIL

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On September 10, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE) [ATTORNEYS' EYES ONLY – PURSUANT TO PROTECTIVE ORDER];

4. EXHIBITS B AND E TO DECLARATION OF MARK WINE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE) [ATTORNEYS' EYES ONLY – PURSUANT TO PROTECTIVE ORDER];

5. DECLARATION OF MARK WINE IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE);

6. [PROPOSED] ORDER GRANTING MGA ENTERTAINMENT INC.'S MOTION FOR PROTECTIVE ORDER;

7. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

| | |
|---|---|
| 1 | |
| 2 | <u>Counsel for Carlos Gustavo Machado Gomez</u> |
| 3 | Alexander H. Cote, Esq.<br>acote@scheperkim.com |
| 4 | SCHEPER KIM & HARRIS LLP<br>601 W. 5th Street, 12th Floor |
| 5 | Los Angeles, CA 90017<br>Telephone: (213) 613-4655 |
| 6 | Facsimile:  (213) 613-4656 |
| 7 | Mark E. Overland, Esq.<br>mark@overlaw.net |
| 8 | Law Offices of Mark E. Overland<br>100 Wilshire Boulevard, Suite 950 |
| 9 | Santa Monica, CA 90401<br>Telephone: (310) 459-2830<br>Facsimile: (310) 459-4621 |
| 10 | |
| 11 | <u>Additional Counsel:</u> |
| 12 | Jason D. Russell, Esq.<br>jason.russell@skadden.com |
| 13 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Ave., Suite 3400 |
| 14 | Los Angeles, CA 90071-3144<br>Telephone: (213) 687-5000 |
| 15 | Facsimile:  (213) 687-5600 |
| 16 | <u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u> |
| 17 | Peter N. Villar, Esq.<br>Peter.villar@bingham.com |
| 18 | BINGHAM MCCUTCHEN LLP<br>600 Anton Blvd., 18th Floor |
| 19 | Costa Mesa, CA 92626-1924<br>Telephone:  (714) 830-0600<br>Facsimile:   (714) 830-0700 |
| 20 | |
| 21 | |
| 22 | I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business. |

- 4 -

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on September 10, 2010, at Los Angeles, California.

   *Maria Mercado-Navarro* (signature)
   Maria Mercado-Navarro