FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE AND/OR DISMISS MGA ENTERTAINMENT, INC.'S PURPORTED "COMPULSORY COUNTERCLAIMS IN REPLY"<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Strike
4  and/or Dismiss MGA Entertainment, Inc.'s Purported "Compulsory Counterclaims
5  In Reply" ("the Motion").

6  The Motion includes information that MGA has designated as
7  "Confidential—Attorney's Eyes Only" pursuant to the Protective Order. This
8  information primarily consists of direct quotations from multiple depositions.

9  In light of the designations by MGA, Mattel seeks permission to file the
10 Submission under seal, or, in the alternative, for the Court to Order that the above-
11 described references are not confidential, and permit Mattel to file it as part of the
12 public record. For the foregoing reasons, Mattel requests that the Court order that
13 the Submission be filed under seal.

15 DATED: September 7, 2010      QUINN EMANUEL URQUHART &
                                 SULLIVAN. LLP

17                               By  *Dylan Proctor /ss*
18                                  B. Dylan Proctor
                                    Attorneys for Mattel, Inc.