QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
|---|---|
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE AND/OR DISMISS MGA ENTERTAINMENT, INC.'S PURPORTED "COMPULSORY COUNTERCLAIMS IN REPLY" |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

Date: TBD
Time: TBD
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: October 4, 2010
Pre-trial Conference: January 4, 2011
Trial Date: January 11, 2011

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Strike and/or Dismiss MGA Entertainment, Inc.'s Purported "Compulsory Counterclaims In Reply",

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Strike and/or Dismiss MGA Entertainment, Inc.'s Purported "Compulsory Counterclaims In Reply" is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _____ . 2010  _____
Hon. David O. Carter
United States District Judge