FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY LAW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE AND/OR DISMISS MGA ENTERTAINMENT, INC.'S PURPORTED "COMPULSORY COUNTERCLAIMS IN REPLY"<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3668577.1

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Strike and/or Dismiss MGA Entertainment, Inc.'s Purported "Compulsory Counterclaims In Reply",

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Strike and/or Dismiss MGA Entertainment, Inc.'s Purported "Compulsory Counterclaims In Reply" is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: September 8, 2010

_David O. Carter_
Hon. David O. Carter
United States District Judge