## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                              Date   September 8, 2010

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson, not present | Jane Sutton, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller | Annette Hurst<br>Thomas McConville |

Proceedings:   FURTHER STATUS CONFERENCE

     Matter is called, counsel are present and a further status conference is held. The court continues this matter to September 9, 2010 at 4:00 p.m.

                                                                                     6   :   30

Initials of Preparer   kp