FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            KP       DEPUTY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11

| 12 | MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity | CASE NO. CV 04-9049 DOC (RNBx) |
|----|----|----|
| 13 |  | Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727 |
| 14 | Plaintiffs, |  |
| 15 | vs. | Honorable David O. Carter |
| 16 | MGA ENTERTAINMENT, INC., a California corporation, et al. | **STIPULATION REGARDING RESOLUTION OF PENDING DISCOVERY MOTIONS** |
| 17 |  |  |
| 18 | Defendants. |  |
| 19 | AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:   October 4, 2010<br>Pre-trial Conf.: January 4, 2011<br>Trial Date:      January 11, 2011 |

20

21

22

23

24

25

26

27

28

WHEREAS, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, the "Mattel Parties") and MGA Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") have reached agreements concerning the following discovery matters pending before the Court;

NOW, THEREFORE, by and through their respective counsel of record, the Mattel Parties and the MGA Parties hereby stipulate and agree, subject to the Court's approval, that

1. MGAE de Mexico S.R.L. de C.V.'s Motion for Protective Order for Mattel's First Phase 2 Notice of Deposition of MGA Mexico, Docket No. 8465, has been resolved.

2. MGAE de Mexico S.R.L. de C.V.'s Motion for Protective Order for Mattel's Second Phase 2 Notice of Deposition of MGA Mexico, Docket No. 8466, has been resolved.

3. The MGA Parties' Objection to Item 3 of Report and Recommendation Dated July 5, 2010, Docket No. 8255, has been resolved.

4. The Mattel Parties' Motion to Compel Communications Relating to Mattel Employees, Docket No. 8454, has been resolved.

5. The Mattel's Parties' Motion to Compel the Production of Documents Regarding the MGA Parties' Unclean Hands Defense, Docket No. 8346, has been resolved.

IT IS SO STIPULATED.

```
 1  DATED: September 8, 2010         QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
 2
 3
                                     By /s/ Michael T. Zeller
 4                                      Michael T. Zeller
                                        Attorneys for Mattel, Inc. and Mattel de
 5                                      Mexico, S.A. de C.V.

 6
    DATED: September 8, 2010         ORRICK, HERRINGTON & SUTCLIFFE,
 7                                   LLP

 8
 9                                   By /s/ Annette Hurst
                                        Annette Hurst
10                                      Attorneys for the MGA Parties
```