FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY               KP        DEPUTY

Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 600
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., A California corporation, et al.,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE CUSTODIAN DATA SEARCH**<br><br>(09/09/10) |

The undersigned, the Court-appointed Special Master for Electronic Discovery, met with counsel for the parties in the Courtroom of Hon. David O. Carter on August 16, 2010. Appearing on behalf of MGA Entertainment, Inc. (MGA) was Annette Hurst of Orrick, Herrington & Sutcliffe LLP. Appearing on behalf of Mattel, Inc. (Mattel) was Michael Zeller of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

# REPORT

The Court has previously ordered retrieval from ArchiveOne, the MGA e-mail archiving server, the mailboxes (Custodian Data) of seven specified custodians. That process is under way and it is anticipated will be completed within the next few days. The Court further ordered the Custodian Data then be subjected to a search utilizing search terms designated by the Court.

Having heard and considered the argument of counsel the Special Master recommends the following search terms be utilized in implementing the search of the Custodian Data. None of the listed terms are intended to be case-sensitive and words without connectors in between should be treated as phrases:

  Hollywood w/25 (Bratz or Mattel or (My Scene) or MS)

  (mystery or secret) w/25 date

  plot*

  (popabl* or poppabl* or poppin or swap* or swith* or pop* or remov*) and head*

  (scooter or skateboard) and (shannon or shannen or Samantha)

  Brawer and Castilla

  Bratz

  My Scene or MS

  (Cookie or Farahnik)

  Evidence w/5 Eliminator

  (fax or fax header or header) and (Isaac or Larian or Victoria or O'Connor or Carter or Bryant or Mattel)

  (Contreras or Brisbois or Abundis or Kao or Kauffman or Huntley or Potgiesser)

  wip* or destr* w/25 (hard drive or drive or computer)

  (beclean or be clean)

  portal

  strategic plan

  manugistics

  merchant modeling optimization tool or MMO or MMOT

  promo matrix

  salemnia

| | |
|---|---|
| 1 | destroy* |
| 2 | carter |
| 3 | bryant |
| 4 | competition |
| 5 | evil |
| 6 | other company |
| 7 | mattel |
| 8 | profit or loss or net worth |
| 9 | tumaluian or tumaliuan |
| 10 | double-agent or spy or spies |
| 11 | villasenor |
| 12 | code of conduct |
| 13 | (agreement* or contract*) w/25 (Mattel or MGA or employ* or (trade secret) or confidential or own* or invent*) |
| 14 | salazar or morales or cabrera |
| 15 | knock-off* or copy* or copie* |
| 16 | brib* |
| 17 | barbie |
| 18 | bousquette |
| 19 | veronica or marlow |
| 20 | prayer or angel |
| 21 | anna or rhee |
| 22 | margaret or leahy |
| 23 | data warehouse |
| 24 | Sample maker |
| 25 | Pattern maker |
| 26 | Seamstress |
| 27 | (durkin or forensic or auditor ) w/25 omni |
| 28 | (Ana or Beatriz or Maria) and (Isaac or Larian or Marlow or seamstress* or Mattel or Paula or pattern* or moonlight* or sew* or fashion* or dress*) |
| 29 | Alaska and (Momma or Mamma or Mama) |

Glaser near (Carter or Bryant or Irmen or Bratz or contract* or agreemen* or draft*) Mexic* near (Search* or seiz* or raid* or confiscat* or office* or warrant* or CD) and before 10/31/2006

((US attorney*) or (U.S. attorney*) or (United States attorney*)) and (Castilla or Jorge)

((Cory and Schwartz) or (consumer quest) or consumerquest)

<u>Within Machado's email:</u>

(Larian or Isaac) and Mattel

Brawer

<u>Within Wing's email:</u>

Machado

## RECOMMENDATION

The Report of the Special Master for E-Discovery contained herein is accepted and approved. The parties, in complying with the Court's order shall consider the Special Master's Report.

The search of the Custodian Data shall be implemented forthwith by the Court-appointed neutral e-discovery consultant, ILS, utilizing the search terms contained in the Report herein.

Date: September 9, 2010

James L. Smith
Special Master

**IT IS SO ORDERED.**

Date: September ___9___, 2010

Hon. David O. Carter
Federal District Court Judge