QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>**STIPULATION SETTING FORTH THE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS PURSUANT TO AUGUST 10, 2010 ORDER**<br><br>**Phase 2:**<br>Disc. Cut-off:    October 4, 2010<br>Pre-trial Conf.:  January 4, 2011<br>Trial Date:       January 11, 2011 |

WHEREAS, on August 10, 2010, the Court issued an Order setting a November 15, 2010 hearing date for summary judgment motions and inviting the parties to agree upon a briefing schedule for such motions;

NOW, THEREFORE, by and through their respective counsel of record, the Mattel Parties, the MGA Parties and Gustavo Machado hereby stipulate and agree, subject to the Court's approval, that:

1. Summary judgment motions will be filed by October 12, 2010;
2. Oppositions to such motions will be filed by October 29, 2010; and
3. Replies will be filed by November 8, 2010.

IT IS SO STIPULATED.

DATED: September 15, 2010    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

DATED: September 15, 2010    ORRICK, HERRINGTON & SUTCLIFFE, LLP

By /s/ Thomas S. McConville
Thomas S. McConville
Attorneys for the MGA Parties

DATED: September 15, 2010    SCHEPER KIM & HARRIS, LLP

By /s/ Alexander H. Cote
Alexander H. Cote
Attorneys for Machado