1   ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
4   San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759
5
WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
8   Tel. (213) 629-2020/Fax: (213) 612-2499

9   THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

12  Attorneys for MGA Parties

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                     SOUTHERN DIVISION

16

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-9059 & CV 05-2727<br><br>**NOTICE OF ERRATA RE NOTICE OF MANUAL FILING (DOCUMENT 8742)**<br><br>Date:          TBD<br>Time:          TBD<br>Courtroom:  Hon. David O. Carter<br><br>**Trial Date: January 11, 2010** |

17
18
19
20
21
22
23
24
25
26
27
28

1     The MGA Parties hereby file this Notice of Errata regarding the Notice of

2    Manual Filing (Document No. 8742), electronically filed on September 16, 2010

3    (hereinafter, "NMF"), and indicating that the following documents would be filed

4    under seal:

5       • NTC OF MOTION AND MOTION TO STRIKE FACTS FALLING
         OUTSIDE OF THE PLEADINGS ALLEGED IN MATTEL INC.'S
6        MOTION TO STRIKE/DISMISS;

7       • [PROPOSED] ORDER GRANTING MOTION TO STRIKE FACTS
         FALLING OUTSIDE OF THE PLEADINGS ALLEGED IN
8        MATTEL INC.'S MOTION TO STRIKE/DISMISS;

9       • APPLICATION TO FILE UNDER SEAL; AND

10

11       • [PROPOSED] ORDER GRANTING APPLICATION TO FILE
         UNDER SEAL

12     The NMF was inadvertently filed, and the MGA Parties respectfully request

13    that it be withdrawn from the docket.

14     The MGA Parties apologize for any inconvenience this may have caused the

15    Court or the parties.

16

17                  Respectfully submitted,

18
    Dated: September 16, 2010     ORRICK, HERRINGTON & SUTCLIFFE LLP
19

20

21              By:       */s/ Denise Mingrone*
                         Denise Mingrone
22                   Attorneys for MGA Parties

23

24

25

26

27

28

NOTICE OF ERRATA
CV 04-9049 DOC (RNBx)