ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING MGA'S OMNIBUS MOTION TO COMPEL**<br><br><u>**Hon. David O. Carter**</u><br>Date: September 27, 2010<br>Time: 5:00 p.m.<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

The Court having considered MGA Parties' Omnibus Motion to Compel, the Declaration of Diana M. Rutowski in support thereof, and any further evidence and argument presented by counsel, here by GRANTS MGA's motion and compels production as follows:

(1)   Confirmation that the August 3 Order (Dkt. No. 8459) requires Mattel to search and produce from 38 people that Mattel previously agreed to search (Dkt. No. 8057-1 at 4, 8057-7 at 5).

(2)   Production by Mattel, and pursuant to subpoena as applicable, from the following individuals:

a.   Sal Villasenor and his attorney, Patricio Barrera, in response to MGA's subpoenas.  Mattel must also produce a privilege log of any withheld documents.

b.   Sauer & Wagner LLP, in response to MGA's subpoena.

c.   Matthew Bousquette, in response to MGA's subpoena.

d.   Matt Turetzky, from Mattel and in response to MGA's subpoena.  This production must include the email referenced at 9/2/10 Turetzky Depo at 97:22-102:1.

e.   Sharon Rahimi, from Mattel and in response to MGA's subpoena.  This production must include communications to and from Ms. Rahimi's "mattel.com" email account.

f.   Carey Plunkett, from Mattel.

g.   Michael Shore, from Mattel.

h.   Kelly Osier (Dermody), from Mattel and in response to MGA's subpoena.

i.   Drew Vollero, from Mattel.

j.   Jeff Lange, from Mattel.

k.   Candace Chang, from Mattel.

l.   Tyler Snyder, from Mattel.

[PROPOSED] ORDER GRANTING MGA'S OMNIBUS MOTION TO COMPEL CV 04-9049 DOC (RNBX)

1          m.      Jerome Bossick, from Mattel and in response to MGA's

2                  subpoena.

3          n.      Mandana Sadigh, from Mattel.

4    (3)    Production in response to a search for the terms "Villasenor,"

5         "Rahimi," and "B Box" (and derivatives thereof, including "BBox"

6         and "B'Box") across Mattel's collection database, and a privilege log

7         of any withheld documents.

8    (4)    Production in response to a search for 25 terms specified by MGA in

9         Exhibit 2 to the Rutowski Decl. across the mailboxes for Mattel's

10        email security system, and a privilege log of any withheld documents.

11    (5)    Production in response to MGA's Amended Ninth Set of Phase 2

12        Requests for Production and MGA's Eleventh Set of Phase 2 Requests

13        for production.

14    (6)    A prepared 30(b)(6) witness on Topic 8 of MGA's Notice of

15        Deposition of Mattel, Inc. (Third Phase 2 Notice), served April 27,

16        2010, regarding Mattel's efforts to acquire the confidential information

17        of competitors.

18    (7)    A further day of deposition with Michael Moore regarding documents

19        and testimony recently produced by Mattel.

20    (8)    A privilege log for all communications regarding the actions of Sal

21        Villasenor, Matt Turetzky, Sharon Rahimi, Kelly Osier, Carey

22        Plunkett, Tyler Snyder, Candace Chang, Jeff Lange and anyone else at

23        Mattel involved in obtaining competitive information from toy fairs or

24        through improper means, both prior to and post-dating April 27, 2004,

25        including but not limited to:

26          a.      all communications concerning Villasenor's December 22, 2005

27                  email or the conduct and allegations described in that email;

28          b.      all communications concerning any claims being asserted by

[PROPOSED] ORDER GRANTING MGA'S OMNIBUS MOTION TO COMPEL CV 04-9049 DOC (RNBX)

1    Villasenor;

2    c.    all communications concerning any investigation into the

3          allegations or conduct of Villasenor, including any investigation

4          by Mattel and any investigation by the firms Quinn Emanuel,

5          Sauer & Wagner or Paul Hastings;

6    d.    all communications concerning the negotiation, drafting or

7          execution of the Separation Agreement between Mattel and

8          Villasenor;

9    e.    all communications (or pleadings or papers) concerning any

10         mediation between Mattel and Villasenor;

11   f.    all communications evidencing or concerning interviews,

12         meetings or communications by attorneys with Villasenor,

13         Turetzky, Plunkett, Rahimi, Osier, Snyder, Chang, Lange,

14         Vollero, Bousquette, Normile or Mark Kimball concerning the

15         conduct or allegations of Villasenor concerning his gathering of

16         competitive intelligence;

17   g.    all communications evidencing or relating to the collection or

18         gathering of documents from Villasenor or others in the Market

19         Intelligence Group in connection with pending litigation;

20   h.    all communications concerning the departure from Mattel of

21         Turetzky, Osier, Snyder and Rahimi, including all

22         communications concerning any claims, complaint, or concerns

23         asserted by any of them; and

24   i.    all communications concerning the Separation Agreement with

25         Turetzky.

26   (9)   Production of documents reflecting Mattel's efforts to settle with Pablo

27         Vargas, including but not limited to declarations exchanged with the

28         Basham law firm and another with Zamora Pierce as referenced in

- 3 -

1    deposition testimony (6/18/10 Vargas Depo at 531-532; 6/19/10

2    Valencia Depo at 12-13).

3    (10)  Production of the documents identified in Exhibit 2 to the Rutowski

4          Decl. in native format.

5    (11)  Supplementation of Mattel's response to Interrogatory No. 31

6          regarding substantial similarity.  Mattel will be precluded from relying

7          on anything that is not contained in a supplemental response served by

8          October 1, 2010.

9    (12)  Forensic images of any hard drives that may have been used by Carter

10         Bryant, and identification by Bates number and date of production of

11         any previously produced hard drive and/or image thereof.

12   (13)  A prepared 30(b)(6) witness on Topic 26 of MGA's Notice of

13         Deposition of Mattel (Third Phase 2 Notice), served April 27, 2010,

14         regarding Mattel's acquisition of Bratz copyright registrations in

15         Brazil.

16   (14)  Production in response to requests regarding MGA's trapezoidal

17         packaging claim, identified in Exhibit 3 to the Rutowski Decl.

18   (15)  Copies of photographs taken by Mattel during inspection of documents

19         and things made available by MGA, including but not limited to the

20         photographs taken during the inspection in Orrick's offices on 7/27-

21         7/30/10 and 8/4-8/6/10.

22   (16)  Production of documents relating to Mattel's Barbie licenses, as

23         sought in MGA's Motion to compel at Dkt. No. 8388 at 6.

24   (17)  Compliance with the Court's order requiring production of fee

25         agreements (3/11/10 Hearing Tr. at 6:7-8:11), including but not limited

26         to documents regarding Mattel's fee agreements with Villasenor.

27   (18)  Compliance with the order requiring production of research reports

28         (Dkt. No. 8318), including those reports identified in Exhibit 4 to the

[PROPOSED] ORDER GRANTING MGA'S OMNIBUS MOTION TO COMPEL CV 04-9049 DOC (RNBX)

1          Rutowski Decl.

2      (19)   An admission or denial in response to MGA's Amended Third Set of

3          Requests for Admission and confirmation that MGA's Fourth Set of

4          Requests for Admission are deemed admitted.

5

6  **IT IS SO ORDERED.**

7

8

9  Dated: _____, 2010          _____

10                          Hon. David O. Carter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MGA'S OMNIBUS MOTION TO
COMPEL CV 04-9049 DOC (RNBX)