ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**[PUBLIC REDACTED] DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OMNIBUS MOTION TO COMPEL**<br><br>**Hon. David O. Carter**<br>Date:  September 27, 2010<br>Time:  5:00 PM<br>Place:  Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

I, Diana M. Rutowski, declare as follows:

1.      I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties").  I make this declaration in support of MGA Parties' Omnibus Motion to Compel.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to such facts under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document entitled Keywords for Searching Across Mattel's Email Security System Mailboxes.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a document entitled Documents Requested in Native Format.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a document entitled RFPs Regarding Trapezoidal Packaging.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a document entitled Outstanding Research Reports Per The July 19, 2010 Order (FILED UNDER SEAL).

6.      On August 13, 2010, MGA served a Notice of Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action Issued to Salvador Villasenor (seeking documents and communications referring and relating to MGA and Bratz, agreements with Mattel, and documents concerning his work for and departure from Mattel).

7.      On August 13, 2010, MGA served a Notice of Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action Issued to Patricio T.D. Barrera (seeking documents and communications referring and relating to MGA, Bratz, Mattel, and Villasenor, as well as agreements with Mattel or regarding MGA).

8.      On August 31, 2010, MGA served a Notice of Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action Issued to Sauer & Wagner, LLP (seeking documents and communications referring and relating to MGA, Mattel's Competitive Intelligence Group, Villasenor and its investigation, as well as agreements and billing records with Mattel).

9.      On March 9, 2010, MGA served a Notice of Subpoena Issued to Matthew Bousquette (seeking communications with Mattel and MGA and documents relating to Bratz or his employment with Mattel).

10.     On July 23, 2010, MGA served a Notice of Subpoena Issued to Matt Turetzky (seeking communications with Mattel and MGA and documents relating to Bratz or his employment with Mattel).

11.     On August 9, 2010, MGA served a Notice of Subpoena Issued to Sharon Rahimi (seeking communications with Mattel and MGA and documents relating to Bratz or her employment with Mattel).

12.     On July 23, 2010, MGA served a Notice of Subpoena Issued to Kelly Osier (seeking communications with Mattel and MGA and documents relating to Bratz or her employment with Mattel).

13.     On August 25, 2010, MGA served a Notice of Subpoena Issued to Jerry Bossick (seeking communications with Mattel and MGA and documents relating to Bratz or his employment with Mattel)

14.     The following RFPs state in full:

> 9049 RFP No. 30: All DOCUMENTS REFERRING OR RELATING TO any exhibition, or proposed, offered or requested exhibition, of "BRATZ" prior to its release to the public.

> 9049 RFP No. 31: All DOCUMENTS REFERRING OR RELATING TO whether MATTEL had access to any exhibits, displays or show rooms containing any of MGA's "BRATZ" lines prior to its release to the public.

> 9049 RFP No. 476: All DOCUMENTS RELATING TO YOUR efforts, or knowledge of any efforts by any PERSONS, worldwide to monitor, 'spy on' or gain

2

knowledge of MGA's trade secrets, non-public information, non-public activities, unreleased products, and product development, including but not limited to:

a. DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS or contacts with MGA's current or former employees or contractors about MGA or its business, including, but not limited to, any tape recordings of such COMMUNICATIONS;

b. DOCUMENTS REFERRING OR RELATING TO YOUR use or attempts to use confidential informants, spies, or moles within MGA, including, but not limited to, any tape recordings of MGA employees or contractors;

c. DOCUMENTS REFERRING OR RELATING TO YOUR knowledge of any MGA product before its release to the public or of any other non-public information about MGA, its business or its products;

d. DOCUMENTS REFERRING OR RELATING TO YOUR access, or attempts to gain access, to MGA showrooms, Plan-o-Grams, merchandising displays, Toy Fair displays on false pretenses (including, but not limited to, by using fake business cards);

f. [sic] DOCUMENTS REFERRING OR RELATING TO YOUR access to MGA's products or showroom at any Toy Fair (including Hong Kong Toy Fair, New York Toy Fair, Dallas Toy Fair, or Nuremberg Toy Fair);

h. [sic] YOUR access to MGA's confidential product and pricing information through "competitive management agreements" or "category management    agreements" with retailers; and

i. YOUR access to MGA's confidential product and pricing information from non-public sources and/or through non-public means.

15. The following RFPs, served in Phase 2, state in full:

RFP No. 365: All DOCUMENTS regarding PRESENTATIONS, including but not limited to all written PRESENTATIONS, slides, handouts, notes, scripts, attachments, and all drafts thereof, from 2000 through the present.

RFP No. 366: All videotapes of PRESENTATIONS from 2000 through the present.

16. The following RFPs, served in Phase 2, state in full:

RFP No. 410: Any COMMUNICATIONS to, by or between the following individuals concerning MATTEL's acquisition of competitive information from any toy fair, convention or trade show, including all COMMUNICATIONS by or between the following individuals: Sal VILLASENOR, Carey Plunkett, Sharon

3

1  Rahimi, Kelly Osier, Jeff Lange, Matt Turetzky, Candace
2  Chang, Tyler Snyder and any of their supervisors at
   MATTEL.

3      RFP No. 413: All DOCUMENTS related to any
       instructions, directions or guidelines given to Sal
4      VILLASENOR, Carey Plunkett, Kelly Osier, Jeff  Lange,
       Sharon Rahimi or anyone in the Competitive Intelligence
5      group concerning the collection of competitive
       information.

6
   17.   The following RFPs, served in Phase 2, state in full:

7
8      RFP No. 375: All DOCUMENTS related to
       VILLASENOR'S resignation, termination or cessation of
9      work at Mattel, including but not limited to any e-mail
       between VILLASENOR and MATTEL regarding his
       resignation from MATTEL.
10
11     RFP No. 380: All expense reports for reimbursement of
       costs of printing business cards as discussed by
12     VILLASENOR in his July 12, 2010 deposition (see, e.g.,
       DRAFT TRANSCRIPT at 86:11-87:8).

13  18.   RFP No. 408, served in Phase 2, states in full:

14     DOCUMENTS sufficient to show proof of payment of
       costs for printing business cards used by anyone at
15     MATTEL for gaining access to competitors' showrooms.

16  19.   RFP No. 414 states in full:

17     All DOCUMENTS referring or relating to The Toy Shop,
       including all information provided to YOU by counsel for
18     Mr. VILLASENOR regarding   The Toy Shop, all
       DOCUMENTS or information uncovered by YOU or
19     YOUR counsel related to Mr. VILLASENOR's use of
       The Topy Shop name to gain competitive information,
20     and all COMMUNICATIONS with The Toy Shop's
       email address(es).

21  20.   The following excerpts below are from the June 23, 2010 deposition of

22  James Ward, Mattel's 30(b)(6) designee on Topic 8 of MGA's Notice of

23  Deposition of Mattel, Inc. (Third Phase 2 Notice), with emphasis added and

24  objections omitted:

25  ████████████████████████████████

26  ███████████████████████████████████

27  ██████████████████████████

28  ███████████████████████████████

4



21.   9049 RFP No. 475 states in full:

Copies of all photographs taken by MATTEL (including, but not limited to, MATTEL's counsel) during the course of its inspection of any DOCUMENT or item made available to it by MGA or Bryant, including, but not limited to, products, packaging, samples, sculptures, sketches, or drawings.

22.   Mattel's stock objection to each request for admission in MGA's

Amended Third Set of Requests for Admission reads as follows:

In addition to the foregoing general objections, which are incorporated by reference, Mattel further objects to these requests on the grounds that they call for information that is not relevant to any claim or defense in this action, nor reasonably calculated to lead to the discovery of

admissible evidence.  Mattel further objects to these requests on the grounds that they are compound and conjunctive. Mattel further objects to these requests on the grounds that they are vague and ambiguous. Mattel further objects to these requests to the extent they are unduly burdensome and oppressive. Mattel further objects to these requests on the grounds that they are oppressively repetitive and unnecessary in combination with MGA's other requests.  Mattel further objects to these requests to the extent that they call for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine and other applicable privileges.

23.     Request for Admission Nos. 649-712 from MGA's Fourth Set of Requests for Admission ask Mattel to admit the following about each of Mattel's Bratz copyright registrations, using VAu 715-273 as an example:

Admit that the work in copyright registration VAu 715-273 is not a work made for hire.

Admit that MATTEL did not claim authorship by employment of the work in copyright registration VAu 715-273.

Admit that the work in copyright registration VAu 715-273 is not a derivative work.

Admit that MATTEL did not claim that the work in copyright registration VAu 715-273 is a derivative work.

24.     Request for Admission Nos. 713-721 from MGA's Fourth Set of Requests for Admission ask the following with respect to each MGA trademark registration for its trapezoidal packaging, using serial no. 76310491 as an example:

Admit that MATTEL had knowledge of trademark serial no. 76310491 at the time of its first sale of a TOY STORY 3 PRODUCT.

Admit that MATTEL had knowledge of trademark serial no. 76310491 when it decided to manufacture TOY STORY 3 PRODUCTS.

Admit that MATTEL had knowledge of trademark serial no. 76310491 when it decided to package TOY STORY 3 PRODUCTS in trapezoidal packaging.

Admit that MATTEL had knowledge of trademark serial no. 76596392 at the time of its first sale of a TOY STORY 3 PRODUCT.

1        I declare under penalty of perjury that the foregoing is true and correct and

2    that this Declaration was hereby executed on September 16, 2010, at Menlo Park,

3    California.

4

5                                     */s/ Diana M. Rutowski*
                                 Diana M. Rutowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUTOWSKI DECLARATION IN SUPPORT OF MGA PARTIES'
OMNIBUS MOTION TO COMPEL CV-04-9049 DOC (RNBX)