# Exhibit 1

**Keywords For Searching Across Mattel's Email Security System Mailboxes**

1. MGA
2. NHB
3. Bratz
4. Villa*
5. Rahimi
6. Carter
7. Bryant
8. Toy Fair
9. Toy Shop
10. Toy Tree
11. *Box
12. NYTF
13. HKTF
14. Nuremberg
15. Competit*
16. Intelligence
17. Isaac
18. Larian
19. Eckert
20. Cannibaliz*
21. Board
22. Directors
23. Retention
24. Preserv*
25. Delet*

The "*" symbol is a truncation operator, indicating that the letter string should be searched for all of its variants. Further, the keywords should be run in such a way that all case variations are included (i.e., case insensitive).

Exhibit 1 Page 8