# Exhibit 2

**Documents Requested In Native Format**

(1)   Documents MGA requests be produced in native format with all ESI and metadata sufficient to show when they were created, by whom, and to whom they were distributed.

| | |
|---|---|
| M0147307 | M1666014-1666031 |
| M1663471 | M0940065 |
| M0297397 | M0297398-0297605 |
| M0949646 | M1663422-1663429 |
| M0901397 | M0951611-0951613 |
| M1659838-1659840 | M1679755 |
| M1679720-1679723 | M1679865-1679884 |
| M1680048-1680093 | M1680714 |
| M1680715-1680811 | M1679885-1679922 |
| M1700487 | M1679958 |
| M1679959-1680047 | M1680048-1680093 |
| M0938405-0938498 | M1680525-1680713 |
| M1663969 | M1695187-1695238 |
| M 0079765-0079771 | M 0940928-0940934 |
| M1241738-1241744 | M 0940697 |
| M 1747492-1747806 | |
| The presentation referenced in the email addressed to Theresa Wilber and others from Inge Wortelboer dated March 10, 2004 (M 1512465-67) | |

(*See* Letter from B. Molinski to J. Gordon dated July 15, 2010; Letter from B. Molinski to M. Zeller dated August 15, 2010; Letter from B. Molinski to M. Zeller dated August 20, 2010; Letter from A. Hurst to M. Zeller et al dated August 20, 2010; Letter from A. Hurst to G. Grundy dated September 1, 2010; Letter from B. Molinski to M. Zeller dated August 19, 2010)

(2)   Mattel financials that MGA requests be produced in native format because the produced format is not workable (e.g. Excel).

| | | |
|---|---|---|
| M_0029226-0030163 | M_0043393-0043399 | M_0046857-0046860 |
| M_0054176-0054179 | M_0054390-0054390 | M_0054657-0054699 |
| M_0068649-0068650 | M_0068688-0068691 | M_0092769-0092949 |
| M_0093012-0093253 | M_0099726-0100622 | M_0148063-0148080 |
| M_0155631-0155636 | M_0160260-0160301 | M_0160344-0160483 |
| M_0160644-0160808 | M_0160894-0161000 | M_0161096-0161233 |
| M_0161293-0161363 | M_0162388-0162506 | M_0201134-0201283 |
| M_0213310-0213970 | M_0226339-0226370 | M_0278726-0278733 |
| M_0278736-0278742 | M_0278743-0278751 | M_0282836-0282841 |
| M_0283158-0283164 | M_0283165-0283171 | M_0283173-0283180 |
| M_0293257-0293267 | M_0293866-0293871 | M_0293872-0293875 |
| M_0293876-0293881 | M_0293882-0293885 | M_0293886-0293892 |
| M_0301995-0302003 | M_0304378-0304378 | M_0305256-0305256 |
| M_0306203-0306206 | M_0310580-0310586 | M_0310662-0310662 |

Exhibit 2 Page 9

| | | |
|---|---|---|
| M_0310663-0310663 | M_0310734-0310734 | M_0310914-0310914 |
| M_0345357-0346119 | M_0368840-0368890 | M_0385613-0385618 |
| M_0386335-0386355 | M_0397751-0398120 | M_0418649-0418720 |
| M_0418733-0418768 | M_0418828-0418899 | M_0418917-0418952 |
| M_0419442-0419565 | M_0419611-0419734 | M_0419750-0419873 |
| M_0419886-0420009 | M_0420429-0420488 | M_0421282-0421570 |
| M_0421602-0421719 | M_0421730-0421808 | M_0421812-0421935 |
| M_0421941-0422032 | M_0422041-0422119 | M_0422152-0422255 |
| M_0422580-0422644 | M_0422656-0422861 | M_0423240-0423496 |
| M_0423607-0423841 | M_0423906-0424140 | M_0424195-0424311 |
| M_0424317-0424401 | M_0424424-0424513 | M_0424873-0424952 |
| M_0425478-0425767 | M_0426797-0426966 | M_0428237-0428343 |
| M_0430101-0430275 | M_0431264-0431358 | M_0431363-0431593 |
| M_0432727-0433406 | M_0433410-0433499 | M_0451132-0451159 |
| M_0500505-0500604 | M_0501409-0501521 | M_0518117-0518272 |
| M_0537197-0537296 | M_0538839-0538951 | M_0563070-0563165 |
| M_0563595-0563808 | M_0563949-0564072 | M_0564077-0564194 |
| M_0564211-0564300 | M_0564469-0564612 | M_0567966-0568121 |
| M_0583662-0583753 | M_0616497-0616537 | M_0616580-0616620 |
| M_0616663-0616703 | M_0619124-0619165 | M_0621767-0621869 |
| M_0624876-0625004 | M_0625136-0625138 | M_0625483-0625953 |
| M_0627105-0627338 | M_0740325-0740402 | M_0742816-0742896 |
| M_0763439-0763492 | M_0803950-0804067 | M_0804264-0804338 |
| M_0807826-0808117 | M_0817124-0817443 | M_0818893-0819127 |
| M_0819372-0819606 | M_0821585-0821925 | M_0822316-0822445 |
| M_0823007-0823203 | M_0825007-0825477 | M_0833264-0833506 |
| M_0845965-0846180 | M_0846192-0846369 | M_0846654-0846977 |
| M_0847908-0847971 | M_0881559-0881660 | M_0891614-0891683 |
| M_0897139-0897146 | M_0928244-0928684 | M_0928724B-0929792B |
| M_0929793-0930241 | M_0951765-0958809 | M_0953862-0958362 |
| M_0991202-0991325 | M_1191221-1191269 | M_1235850-1235861 |
| M_1242959-1243615 | M_1273060-1273129 | M_1330288-1330340 |
| M_1330658-1330709 | M_1421973-1424906 | M_1481936-1482087 |
| M_1564447-1564461 | M_1564705-1564738 | M_1581373-1586351 |
| M_1646592-1646716 | M_1656159-1658234 | M_1657138-1657253 |
| M_1657920-1658046 | M_1658114-1658120 | M_1658331-1659063 |
| M_1681464-1685986 | M_1691142-1691262 | M_1740502-1740716 |

Exhibit 2 Page 10