# Exhibit 3

**RFPs Regarding Trapezoidal Packaging**

Excerpts From MGA's Seventh Set of Phase 2 Requests for Production:

RFP No. 324: All DOCUMENTS that refer to relate to MATTEL's products marketed and/or sold in trapezoidal packaging including but not limited to My Scene Sound Lounge, Barbie Happy Birthday, and My Scene Mall Maniacs Hudson.

RFP No. 325: All DOCUMENTS referring or relating to the creation, design, and development of any trapezoidal packaging employed by MATTEL, including but not limited to that used to package My Scene Sound Lounge and Barbie Happy Birthday, including evaluation of competitive product lines.

RFP No. 326: All DOCUMENTS referring or relating to the adoption of any trapezoidal packaging employed by MATTEL, including but not limited to that used to package My Scene Sound Lounge and Barbie Happy Birthday.

RFP No. 327: All DOCUMENTS referring or relating to any trademark, copyright, patent, or other clearance searches conducted in connection with any trapezoidal packaging employed by MATTEL, including but not limited to that used to package My Scene Sound Lounge and Barbie Happy Birthday.

RFP No. 328: All DOCUMENTS referring or relating to any trademark, copyright, patent, or other clearance searches conducted in connection with any trapezoidal packaging employed by MATTEL, including but not limited to U.S. Trademark Registration 3,102,657, U.S. Trademark Registration 3,610,825, U.S. Trademark Registration 2,855,370 and Mexican Registration/Application No. 691,599.

RFP No. 329: All DOCUMENTS referring or relating to MATTEL's awareness of any trademark or trade dress registrations or design patents for trapezoidal packaging, including but not limited to those owned by MGA.

RFP No. 330: All DOCUMENTS referring or relating to the marketing, first commercial use or sale, sales, and profitability of any MATTEL products with trapezoidal packaging, including but not limited to that used to package My Scene Sound Lounge and Barbie Happy Birthday.

RFP No. 331: All DOCUMENTS referring or relating to the marketing, first commercial use or sale, sales, and profitability of any MATTEL products with trapezoidal packaging, including but not limited to that used to package My Scene Sound Lounge and Barbie Happy Birthday.

Excerpts From MGA's Tenth Set of Phase 2 Requests for Production:

RFP No. 390: DOCUMENTS sufficient to identify each TOY STORY 3 PRODUCT manufactured, marketed or sold by MATTEL and the packaging for each such product.

RFP No. 391: All DOCUMENTS that refer to relate to any TOY STORY 3 PRODUCT sold in trapezoidal packaging.

RFP No. 392: All DOCUMENTS that refer to relate to any TOY STORY 3 PRODUCT manufactured, marketed or sold by MATTEL.

RFP No. 393: All DOCUMENTS that refer to relate to the packaging for any TOY STORY 3 PRODUCT.

RFP No. 394: All DOCUMENTS referring or relating to the adoption of packaging for any TOY STORY 3 PRODUCT.

RFP No. 395: All DOCUMENTS referring or relating to the creation, design, and development of packaging for any TOY STORY 3 PRODUCT, including but not limited to evaluation of

Exhibit 3 Page 11

packaging for competitive product lines, evaluation of alternative packaging designs, and evaluation of consumer appeal of the packaging.

RFP No. 396: All COMMUNICATIONS referring or relating to the creation, design, development, and adoption of packaging for any TOY STORY 3 PRODUCT, including but not limited to evaluation of packaging for competitive product lines, evaluation of alternative packaging designs, and evaluation of consumer appeal of the packaging.

RFP No. 397: All COMMUNICATIONS with DISNEY referring or relating to the creation, design, development, and adoption of packaging for any TOY STORY 3 PRODUCT, including but not limited to evaluation of packaging for competitive product lines, evaluation of alternative packaging designs, and evaluation of consumer appeal of the packaging.

RFP No. 398: All DOCUMENTS referring or relating to style and/or usage guides concerning the packaging or trade dress for any TOY STORY 3 PRODUCT.

RFP No. 399: All COMMUNICATIONS with DISNEY referring or relating to style or usage guides concerning the packaging or trade dress for any TOY STORY 3 PRODUCT.

RFP No. 400: All DOCUMENTS referring or relating to any trademark, copyright, patent, or other clearance searches conducted in connection with any the packaging for any TOY STORY 3 PRODUCT.

RFP No. 401: All DOCUMENTS referring or relating to the marketing, first commercial use or sale, sales, and profitability of any TOY STORY 3 PRODUCT manufactured, marketed or sold in trapezoidal packaging.

RFP No. 402: All DOCUMENTS referring or relating to the marketing, first commercial use or sale, sales, and profitability of any TOY STORY 3 PRODUCT manufactured, marketed or sold by MATTEL.

RFP No. 403: All DOCUMENTS referring or relating to any similarity or dissimilarity between any TOY STORY 3 PRODUCT and any MGA product, including but not limited to any similarity or dissimilarity with respect to the packaging.

RFP No. 404: All DOCUMENTS referring or relating to any instances of actual confusion between any TOY STORY 3 PRODUCT and any MGA product, including but not limited to any instances of actual confusion relating to the packaging.

RFP No. 405: All licenses or other agreements between Mattel and DISNEY referring or relating to any TOY STORY 3 PRODUCT.

Exhibit 3 Page 12