ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**[PROPOSED] ORDER GRANTING MGA'S CROSS-MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:     September 27, 2010<br>Time:     5:00 p.m.<br>Courtroom: Hon. David O. Carter<br><br>**Trial Date: January 11, 2010** |

1 | The Court, having read and considered all papers filed in support of and in opposition to MGA Entertainment, Inc. ("MGA")'s [Opposition to Mattel, Inc.'s Motion to Strike and/or Dismiss, Alternative] Cross-Motion for Leave to Amend Complaint, pursuant to Federal Rule of Civil Procedure 15, and the arguments of counsel made at hearing on the cross-motion, and good cause existing therefore, hereby GRANTS MGA's cross-motion.

IT IS HEREBY ORDERED that MGA file and serve its First Amended Complaint within ten (10) days of this order.

Dated: _____, 2010

_____
Hon. David O. Carter

- 1 -

[PROPOSED] ORDER RE MGA'S CROSS-MOTION FOR LEAVE TO AMEND COMPLAINT
CV 04-9049 DOC (RNBX)