1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone: 415-773-5700
   Facsimile:  415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: 213-629-2020
   Facsimile:  213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15           UNITED STATES DISTRICT COURT

16           CENTRAL DISTRICT OF CALIFORNIA

17                  SOUTHERN DIVISION

| | |
|---|---|
| 18  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 19           Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| 20  v. | Hon. David O. Carter |
| 21  MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL** |
| 22           Defendant. | |
| 23  | Discovery Cut-off: October 4, 2010 |
| 24  AND CONSOLIDATED ACTIONS | Pretrial Conference: January 4, 2011 Trial Date: January 11, 2011 |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On September 17, 2010, I served the following document(s):

1. **APPLICATION TO FILE UNDER SEAL;**

2. **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MGA PARTIES' OMNIBUS MOTION TO COMPEL;**

3. **MGA PARTIES' NOTICE OF MOTION AND OMNIBUS MOTION TO COMPEL, AND MEMORANDUM OF POINTS AND AUTHORITIES [FILED UNDER SEAL];**

4. **DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OMNIBUS MOTION TO COMPEL AND EXHIBIT 4 THEREOF [FILED UNDER SEAL];**

5. **PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**

[X]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2010, at Los Angeles, California.

_____          _____
                                                                      USA Network, Inc.

- 1 -

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

# PROOF OF SERVICE

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On September 17, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MGA PARTIES' OMNIBUS MOTION TO COMPEL;

3. MGA PARTIES' NOTICE OF MOTION AND OMNIBUS MOTION TO COMPEL, AND MEMORANDUM OF POINTS AND AUTHORITIES [FILED UNDER SEAL];

4. DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OMNIBUS MOTION TO COMPEL AND EXHIBIT 4 THEREOF [FILED UNDER SEAL];

5. PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

Counsel for Carlos Gustavo Machado Gomez

Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

- 2 -

<u>Additional Counsel:</u>

Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>

Peter N. Villar, Esq.
Peter.villar@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2010, at Los Angeles, California.

*Maria Mercado-Navarro*
Maria Mercado-Navarro