Name & Address:
Warrington S. Parker (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415)773-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>V.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO O'MELVENY & MYERS LLP OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER; DECLARATION OF WARRINGTON S. PARKER; [PROPOSED] ORDER GRANTING MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO O'MELVENY & MYERS LLP; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See list of documents described above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

September 20, 2010
Date

/s/ Warrington S. Parker
Attorney Name
MGA Parties
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)　　　　　NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com