Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER ORDER NO. 101 REGARDING FURTHER BRIEFING TO ADDRESS ISSUES REMANDED TO THE DISCOVERY MASTER PURSUANT TO THE COURT'S SEPTEMBER 20, 2010 ORDER SUSTAINING OBJECTIONS TO DISCOVERY MASTER ORDER NO. 90** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/331514.1

[Case No. CV 04-09049 DOC (RNBx)]

1  The Discovery Master, having reviewed the Court's September 20, 2010
2  Order (the "Order") sustaining MGA's objections to Discovery Master Order No.
3  90, hereby ORDERS the parties to submit briefs addressing the issue raised by the
4  Court, namely whether "information [sought by Mattel and] protected by the
5  attorney work product doctrine may [nonetheless] be discovered as a result of
6  Mattel's compelling need" for the information. (Order, p. 13).
7  Such briefs shall address the subject Requests for Admission on a request-by-
8  request basis. The briefs shall be e-mailed to the Discovery Master in pdf format,
9  with a cc to Drew Hansen, Esq., no later than 6:00 p.m. on September 23, 2010.

12  Dated: September 20, 2010        Respectfully submitted,

14                                   By:  /s/ Robert C. O'Brien
15                                        ROBERT C. O'BRIEN
                                          Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -    [Case No. CV 04-09049 DOC (RNBx)]

LA/331514.1