UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                  Date: September 17, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                  NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER OVERRULING MGA'S OBJECTIONS TO SEPTEMBER 1, 2010 ORDER OF DISCOVERY MASTER HANSON

      The Court ordered Mr. Larian to appear at the September 1, 2010 continued hearing on Mattel's Motion to Compel Communications. The hearing was set after-hours, at 5:00 p.m. PST, so that Mr. Larian could serve as MGA's 30(b)(6) designee at a previously scheduled deposition in this matter. At 4:00 p.m. PST, the Discovery Master concluded the deposition in order to allow Larian to attend the 5:00 p.m. PST hearing. The Discovery Master nevertheless ordered Larian to re-appear for deposition, in order to complete his testimony, which was cut short by the Court's 5:00 p.m. hearing. MGA objects.

      MGA argues that "Larian was designated as a 30(b)(6) deponent" on four topics, but uses the passive voice to obscure the fact that *MGA* designated Larian on those topics. To the extent that Larian no longer to wishes to submit to deposition, MGA is free to designate another employee (or an "empty vessel") to serve as its corporate designee. However, the Court has already ruled that Mattel is entitled to discovery on the four topics at issue.

      MGA's Objections are OVERRULED.

      The Clerk shall serve this minute order on all parties to the action.

---

MINUTES FORM 11 DOC                                            Initials of Deputy Clerk  kp
CIVIL - GEN                                                                 Page 1 of 1