QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Honorable David O. Carter<br><br>**ORDER ON STIPULATION SETTING FORTH THE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS PURSUANT TO AUGUST 10, 2010 ORDER**<br><br>**Phase 2**:<br>Disc. Cut-off:    October 4, 2010<br>Pre-trial Conf.:  January 4, 2011<br>Trial Date:       January 11, 2011 |

## ORDER

Based on the concurrently filed Stipulation Setting Forth the Briefing Schedule for Summary Judgment Motions Pursuant to the Court's August 10 Order, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Summary judgment motions will be filed by October 12, 2010;
2. Oppositions to such motions will be filed by October 29, 2010; and
3. Replies will be filed by November 8, 2010.

DATED: September 17, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge