**McConville, Thomas**

To: McConville, Thomas
Subject: FW: MGA v. Mattel, Inc.

From: Marshall Searcy [mailto:marshallsearcy@quinnemanuel.com]
Sent: Thursday, August 05, 2010 2:51 PM
To: Mercado-Navarro, Maria; Molinski, William
Cc: Michael T Zeller; Jon Corey; John Quinn
Subject: RE: MGA v. Mattel, Inc.

Bill,

Mattel is available to meet and confer about Mattel's Responses to MGA's Seventh Set of Document Requests on Wednesday, August 11 at 5:00 p.m. Please let us know MGA's availability.

From: Mercado-Navarro, Maria [mailto:mmercado-navarro@orrick.com]
Sent: Friday, July 30, 2010 3:55 PM
To: John Quinn; Michael T Zeller; Marshall Searcy
Subject: MGA v. Mattel, Inc.

Counsel:

The attached is being sent on behalf of William A. Molinski. The original will follow by U.S. Mail.



ORRICK, HERRINGTON & SUTCLIFFE LLP
*Maria Mercado-Navarro*
Secretary to William A. Molinski, Frank Rorie & Eugene Westermeyer
Direct: 213-612-2334
Main: 213-629-2020
Fax: 213-612-2499

```
"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------
============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



============================================================

NOTICE TO RECIPIENT:   THIS E-MAIL IS   MEANT FOR ONLY THE
```

INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
==============================================================
==================================================================