## McConville, Thomas

**To:** McConville, Thomas
**Subject:** FW: Mattel v. MGA

**From:** Molinski, William
**Sent:** Monday, August 09, 2010 12:31 PM
**To:** Jon Corey
**Cc:** Michael T Zeller; Searcy, Marshall; Hurst, Annette
**Subject:** RE: Mattel v. MGA

Jon:

I received Mr. Searcy's email (which, I note, was sent a week after our request to meet and confer). He did not suggest a meet and confer with Mike or John, but I am happy to do so. We are not willing, however, to wait until Wednesday when we have made our position clear in letters dated 10 days ago, to which no substantive response has been received. It is also clear from Mr. Searcy's July 23, 2010 letter that Mattel does not intend to produce information responsive to various requests concerning Mattel's theft of competitive information that are called for by numerous requests dating back to 2006.

As you know, we are required to meet today on scheduling with lead counsel. We see no reason why we cannot meet also on these requests. If you are unwilling to do so, we will proceed with our motions. Specifically, we ask that you plan to meet on the following:
--Mattel's possession of non-public information of MGA (such as information Mr. Villasenor and his group obtained using false resources) This information is responsive to requests 16, 17, 31, 114, 115, 476 and 737 (from phase 1 requests) and request 323 from phase 2 requests (set 7).
--Mattel's pattern and practice of gaining competitive information using false pretenses to gain competitive information (request 323)
--Mattel Mexico's refusal to provide documents responsive to MGA first set of requests (as detailed in our July 30, 2010 letter).
--Mattel's refusal to provide documents responsive to MGA's seventh request for production concerning Brisbois (requests 309, 311, 312, and 313).

Please let me know what times this afternoon works for the meet and confer.

Regards,
Bill


**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Monday, August 09, 2010 11:20 AM
**To:** Molinski, William
**Cc:** Michael T Zeller; Searcy, Marshall
**Subject:** Mattel v. MGA

Bill,

I reviewed a copy of your e-mail providing notice of MGA's potential ex parte application.

Neither Mr. Zeller nor Mr. Quinn, however, have participated in a meeting of counsel regarding MGA's requests for production regarding Mattel Mexico or documents related to the claim involving the alleged theft of trade secrets by Brisbois, as Judge Carter has required before any motion to compel is filed. Because your e-mail did not identify the other requests regarding Mattel's practice of gaining competitive intelligence, I am not sure what other requests MGA anticipates moving on and do not know whether the required meeting of counsel has occurred or not.

9/21/2010

Exhibit 3, Page 14

We received your letter regarding MGA's requests to Mattel Mexico with the letter related to the MGA's 7th set of requests for production, which contains requests related to Ms. Brisbois. Last week we asked for your availability to meet and confer on these requests and letters this coming Wednesday. We have received no response to our request. Given that such a meeting of counsel must occur before MGA files its motion or motions, Mr. Zeller and Mr. Quinn are available on Wednesday afternoon to conduct it.

Best regards,