UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                                           Date    September 9, 2010

Title    CARTER BRYANT -V- MATTEL INC.

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson, not present | Maria Dellaneve, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn–not present | Annette Hurst |
| Michael Zeller | Thomas McConville |

Proceedings:    FURTHER STATUS CONFERENCE

    Matter is called, counsel are present as noted above and a further status conference/hearing is held . Counsel are on call to be available for further status conference as required by the Court.

                                                                                                                 2    :    05

Initials of Preparer    kp