**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                   Date: September 23, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

    Kathy Peterson                                   Not Present
    Courtroom Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                               NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING SUPPLEMENTAL BRIEFING

       The parties shall submit supplemental briefing concerning the Court's jurisdiction to grant some or all of the relief sought by MGA's pending Renewed Motion for New Trial on some or all of the grounds identified by MGA. The briefing shall consider the general rule that "jurisdiction over any matters involved in [a pending] appeal is immediately transferred from the district court to the court of appeals . . . until the mandate has been issued by the court of appeals." *See Matter of Thorp*, 655 F.2d 997, 998 (9th Cir. 1981). In addition to discussing the Court's jurisdiction, the supplemental briefing shall identify the course of action that ensures greatest deference to the Circuit's decision-making process. The parties are also instructed to investigate, and discuss in their briefing, their procedural options before the Circuit.

       The briefing shall be submitted on or before September 24, 2010 at 5:00 p.m., as the Court is prepared to rule on MGA's pending Motion and recognizes the parties' need for resolution on the scope of the lawsuit prior to the stipulated October 12, 2010 summary judgment deadline.

       The Clerk shall serve this minute order on all parties to the action.