UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                              Date: September 23, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                     NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MGA'S MOTION FOR PROTECTIVE ORDER

MGA's Motion for Protective Order re Ron Brawer is DENIED. The parties shall comply with the schedule set forth by the Discovery Master.

The Clerk shall serve this minute order on all parties to the action.