| | |
|---|---|
| 1 | Robert C. O'Brien (SBN 154372) |
|   | ARENT FOX LLP |
| 2 | 555 West Fifth Street, 48th Floor |
|   | Los Angeles, CA 90013-1065 |
| 3 | Telephone: 213.629.7400 |
|   | Facsimile: 213.629.7401 |
| 4 | obrien.robert@arentfox.com |
| 5 | Discovery Master |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CARTER BRYANT, an individual, | | Case No. CV 04-09049 DOC (RNBx) |
| | Plaintiff, | Consolidated with |
| | | Case No. CV 04-09059 |
| | v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | | **PHASE 2 DISCOVERY MATTER ORDER NO. 102 REGARDING DEPOSITION OF RULE 30(b)(6) WITNESS WITH RESPECT TO MATTEL'S PRESERVATION, COLLECTION AND PRODUCTION OF DOCUMENTS.** |
| | Defendant. | |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[Case No. CV 04-09049 DOC (RNBx)]

LA/334758.1

1  The Discovery Master, having attended the deposition of Ms. Vicki Cerrito,
2  whom Mattel designated pursuant to Rule 30(b)(6) as the witness most
3  knowledgeable regarding Mattel's preservation, collection and production of
4  documents (the "Deposition Topics"),[1] and having reviewed the transcript of the
5  entire deposition, the parties' letter briefs and other materials[2] submitted today
6  regarding the sufficiency of Ms. Cerrito's testimony, hereby rules as follows.

7  1.  Ms. Cerritos was not sufficiently familiar with the Topics to provide
8  meaningful testimony. Now that Mattel is aware of the specific questions and areas
9  of inquiry sought by MGA (based on MGA's questioning of Ms. Cerrito), Mattel is
10 directed to produce one or more witnesses who are knowledgeable regarding, and
11 can provide substantive information responsive to, the Topics. Said witness(es)
12 shall be produced for deposition no later than the October 4, 2010 discovery cut-off
13 set by the Court.

14 2.  In the event the witness(es) produced in accordance with Paragraph 1
15 are unable to provide meaningful testimony regarding the Topics, the Discovery
16 Master reserves the right to grant MGA further relief, including issuance of a
17 Report and Recommendation to the Court that Mattel be required to produce Mr.
18 Michael Moore to testify regarding the Topics.

---

[1] Topics 3-5 of MGA's Second Amended Notice of Deposition of Mattel dated August 9, 2010.

[2] In its letter brief, Mattel asked that I review the transcript (enclosed with Mattel's letter brief) of the deposition of Ms. Tonnu, the witness designated by MGA to testify regarding its own preservation, collection and production of documents. Mattel argues that Ms. Tonnu displayed a substantially similar degree of unfamiliarity with the designated topics as did Ms. Cerritos, and consequently that MGA is foreclosed from seeking to hold Mattel to a higher standard. Without expressing any opinion as to the sufficiency of Ms. Tonnu's deposition testimony, I note that, if Mattel was dissatisfied with that testimony, it could have sought relief, as MGA has done here.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -   [Case No. CV 04-09049 DOC (RNBx)]

LA/334758.1

| | |
|---|---|
| Dated: September 23, 2010 | Respectfully submitted, |
| | By: /s/ Robert C. O'Brien |
| | ROBERT C. O'BRIEN |
| | Discovery Master |