ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**PROOF OF SERVICE** |

- 1 -

# PROOF OF SERVICE

I, Valerie Cloyd, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, CA 92614.

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RE PENDING DISCOVERY MATTERS PURSUANT TO THE COURT'S SEPTEMBER 9, 2010 ORDER [FILED UNDER SEAL]**

On September 22, 2010, I served the following document:

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

☒ (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2010, at Irvine, California.

*/s/ Valerie Cloyd*
Valerie Cloyd

- 1 -

**DISCOVERY SERVICE LIST**

<u>Counsel for Mattel. Inc.</u>
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Jon D. Corey, Esq.
Joncorey@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
QUINN EMANUÉL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90017
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone:  (310) 459-2830
Facsimile:  (310) 459-4621

<u>Counsel for Limited Intervenor, Omni 808 Investors LLC</u>
Peter N. Villar, Esq.
peter.villar@bingham.com
Todd E, Gordinier, Esq.
todd.gordinier@bingham.com
BINGHAM MCCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, CA 92626
Telephone:  (714) 830-0600
Facsimile:  (714) 830-0700

1  Jason D. Russell, Esq.
   jason.russell@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Ave., Suite 3400
3  Los Angeles, CA 90071-3144
   Telephone:  (213) 687-5000
4  Facsimile:   (213) 687-5600