Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Tel: 213.629.7400/Fax:  213.629.7401
Email:  hansen.drew@arentfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1)  Application to File Under Seal Phase 2 Discovery Matter Order No. 100, Regarding in Camera Review of MGA Documents Provided Pursuant to Order No. 98; (2)  Proposed Order Granting Application to File Under Seal; and (3)  Phase 2 Discovery Matter Order No. 100, Regarding in Camera Review of MGA Documents Provided Pursuant to Order No. 98 with Supplemental Schedules A-C

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated  _____

☐ Manual Filing required (*reason*):

September 24, 2010
Date

/s/ Robert C. O'Brien
Attorney Name

Discovery Master
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)          **NOTICE OF MANUAL FILING**          American LegalNet, Inc.
www.Forms*Workflow*.com