1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:  213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6

7

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11

| 12 | CARTER BRYANT, an individual, | Case No. CV 04-09049 DOC (RNBx) |
|----|-------------------------------|---------------------------------|
| 13 | Plaintiff, | |
| 14 | v. | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| 15 | MATTEL, INC., a Delaware corporation, | |
| 16 | | **PROOF OF SERVICE** |
| 17 | Defendant. | |
| 18 | CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CARTER BRYANT v. MATTEL, INC.

United States District Court – Central District
Case No. CV-04-09049 DOC (RNBx)

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is Arent Fox LLP, 555 W. Fifth Street, 48th Floor, Los Angeles, California 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

1. **APPLICATION TO FILE UNDER SEAL PHASE 2 DISCOVERY MATTER ORDER NO. 100, REGARDING *IN CAMERA* REVIEW OF MGA DOCUMENTS PROVIDED PURSUANT TO ORDER NO. 98;**

2. **PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER SEAL;**

3. **PHASE 2 DISCOVERY MATTER ORDER NO. 100, REGARDING *IN CAMERA* REVIEW OF MGA DOCUMENTS PROVIDED PURSUANT TO ORDER NO. 98 WITH SUPPLEMENTAL SCHEDULES A-C.**

☐ (By Fax) I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

☒ (By Mail) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ (By Overnight Delivery) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

**SEE ATTACHED SERVICE LIST**

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2010 at Los Angeles, California.

*Gwendolyn West*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232340921.1

**PROOF OF SERVICE**

CARTER BRYANT v. MATTEL, INC.

United States District Court – Central District
Case No. CV-04-09049 DOC (RNBx)

## SERVICE LIST

John B. Quinn, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Michael Zeller, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Annette L. Hurst, Esq.
ORRICK, HERRINGTON
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105

William A. Molinski, Esq.
ORRICK HERRINGTON
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California 90017

Thomas S. McConville
ORRICK HERRINGTON
SUTCLIFFE LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/2325032.1

PROOF OF SERVICE