SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _LAW_ DEPUTY

1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | John B. Quinn (Bar No. 090378)
   | (johnquinn@quinnemanuel.com)
3 | Michael T. Zeller (Bar No. 196417)
   | (michaelzeller@quinnemanuel.com)
4 | 865 South Figueroa Street, 10th Floor
   | Los Angeles, California 90017-2543
5 | Telephone: (213) 443-3000
   | Facsimile: (213) 443-3100

6 | Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL RESPONSE REGARDING MGA'S MOTION TO COMPEL DOCUMENTS REGARDING MATTEL'S THEFTS OF CONFIDENTIAL COMPETITOR INFORMATION<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: TBD<br>Pre-trial Conference: TBD<br>Trial Date: TBD |

00505.07975/3674317.2

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Supplemental Response Regarding MGA's Motion to Compel Documents Regarding Mattel's Thefts of Confidential Competitor Information.

The Supplemental Response Regarding MGA's Motion to Compel Documents Regarding Mattel's Thefts of Confidential Competitor Information references and quotes documents that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and quotes deposition transcripts that have been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties.

In light of these designations, Mattel seeks permission to file the Supplemental Response Regarding MGA's Motion to Compel Documents Regarding Mattel's Thefts of Confidential Competitor Information under seal.

For the foregoing reasons, Mattel requests that the Court order that the Supplemental Response Regarding MGA's Motion to Compel Documents Regarding Mattel's Thefts of Confidential Competitor Information be filed under seal.

DATED: September 10, 2010         QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By  /s/ Michael T. Zeller
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc.