FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ON PENDING DISCOVERY MATTERS PURSUANT TO THE COURT'S SEPTEMBER 9, 2010 ORDER**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: September 27, 2010<br>Time: 5:00 p.m.<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Compel
4  on Pending Discovery Matters Pursuant to the Court's September 9, 2010 Order (the
5  "Motion").
6  The Motion includes quotations from documents and deposition testimony
7  that MGA has designated as "Confidential—Attorney's Eyes Only" pursuant to the
8  Protective Order. In light of the designations by MGA, Mattel seeks permission to
9  file the Motion under seal. In the alternative, Mattel requests that the Court find that
10 the information contained therein is not confidential and order the Motion filed in
11 the public record.

13 DATED: September 16, 2010     QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                                 By /s/ Michael T. Zeller
                                    Michael T. Zeller
                                    Attorneys for Mattel, Inc.