FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>ORDER GRANTING APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL RESPONSE REGARDING MGA'S MOTION TO COMPEL DOCUMENTS REGARDING MATTEL'S THEFTS OF CONFIDENTIAL COMPETITOR INFORMATION |

00505.07975/3674322.2

[PROPOSED] ORDER

## ORDER

Based on the concurrently filed Application to File Under Seal the Supplemental Response Regarding MGA's Motion to Compel Documents Regarding Mattel's Thefts of Confidential Competitor Information,

IT IS HEREBY ORDERED:

The Supplemental Response Regarding MGA's Motion to Compel Documents Regarding Mattel's Thefts of Confidential Competitor Information is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: September 20, 2010

_/s/ David O. Carter_
Hon. David O. Carter
United States District Judge