FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>                Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ON PENDING DISCOVERY MATTERS PURSUANT TO THE COURT'S SEPTEMBER 9, 2010 ORDER**<br><br>Hearing Date:  September 27, 2010<br>Time:          5:00 p.m.<br>Place:         Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:      January 4, 2011<br>Trial Date:          January 11, 2011 |

00505.07975/3683660.1

[PROPOSED] ORDER

1                                     <u>ORDER</u>

2          Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s

3 Notice of Motion and Motion to Compel on Pending Discovery Matters Pursuant to

4 the Court's September 9, 2010 Order,

5          IT IS HEREBY ORDERED:

6          Mattel, Inc.'s Notice of Motion and Motion to Compel on Pending Discovery

7 Matters Pursuant to the Court's September 9, 2010 Order is ORDERED filed under

8 seal pursuant to <u>Local Rule</u> 79-5.1.

9

10 DATED:    September 21      , 2010   *David O. Carter*

                                         Hon. David O. Carter

11                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER