QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S BRIEF PURSUANT TO PARAGRAPH XII OF THE COURT'S SEPTEMBER 17, 2010 ORDER**<br><br>Hearing Date:  TBD<br>Time:          TBD<br>Place:         TBD<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:     January 4, 2011<br>Trial Date:         January 11, 2011 |

00505.07975/3695697.1

MATTEL'S BRIEF PURSUANT TO PARAGRAPH XII OF THE COURT'S SEPTEMBER 17, 2010 ORDER

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") submit this brief pursuant to paragraph XII of the Court's September 17, 2010 Order [Dkt. No. 8752] regarding MGA's failure to comply with its obligations to search active file spaces for communications relating to the origins of Bratz. See Dkt. No. 8752 at 8, 10.

The Court's September 17, 2010 Order requires MGA to search "the 'active file spaces' of a designated list of former employees . . . concerning the origins of Bratz." Dkt. No. 8752 at 10. The Court also ordered MGA to "certify that it searched active files for communications with former Mattel employees relating to the origins of Bratz." Id. at 8. On September 24, 2010, MGA submitted its purported certification claiming it has fully complied. See Dkt. No. 8778.

MGA has not in fact complied. As explained in Mattel's Omnibus Motion to Compel, MGA recently disclosed the search terms it has used to search for documents in this case pursuant to Judge Smith's August 19 Report and Recommendation. That disclosure establishes that MGA has failed to appropriately search for documents in this case in numerous ways. As relevant here, the disclosure makes clear that MGA has not appropriately searched for communications of the designated former employees related to the origins of Bratz.

First, MGA has not properly or reasonably searched for communications concerning the origins of Bratz because, as its search terms disclosure makes clear, MGA has not searched a single custodian other than Isaac Larian using the search terms "Bryant" or "Carter."[1] Mattel showed this in its Omnibus Motion, and MGA has not disputed it. Indeed, MGA has not searched a single custodian's electronic files using the search term "Bratz" either.[2] These three terms ("Bratz," "Bryant" and "Carter")

---

[1] MGA's Second Supplemental Response to Mattel, Inc.'s Supplemental Set of Interrogatory [sic], No. 66, Ex. C.
[2] Id. MGA used the term "Bratz" in several complex searches, such as "Mattel and 'We Believe in Girls' and Bratz", but obviously such a search excludes enormous amounts of potentially relevant Bratz-related documents.

were recently ordered searched on Mr. Eckert's media *at MGA's insistence*[3] and on MGA's ArchiveOne system.[4]  MGA's failure to use these terms in its other searches is completely at odds with MGA's "certification" that it has diligently searched for documents relating to the origins of Bratz.  MGA's failure to search for documents containing the word "Bratz" or the name of Bratz's creator extends to every former Mattel employee on the list of employees MGA was required to search, including critical witnesses to the origins of Bratz such as Paula Garcia.  MGA searched Paula Garcia's electronic data sources with only 15 search terms, most of which were marginally relevant, and excluded critical search terms concerning the origins of Bratz such as "Carter," "Bryant," "Bratz," and "Angel."

Moreover, of the 17 former Mattel employees listed in the July 5 Report[5]—whom MGA purportedly has "certified" that it searched for documents related to the origins of Bratz—MGA has actually not even searched the electronic files of at least five of them *at all*.[6]  In short, MGA's belated disclosure of its search terms—a disclosure that Mattel has been trying to obtain for years—demonstrates that its searches have been woefully inadequate to uncover even the most basic information relevant to this litigation, including basic information relating to the origins of Bratz,[7] and reveals that its purported "certification" is baseless.

---

[3] See September 20, 2010 Order of E-Discovery Special Master Re Eckert Search Terms (requiring "Bratz", "Bryant", and "Carter" all be run on Mr. Eckert's media).

[4] See Order on Report and Recommendation of Electronic Discovery Special Master Re Custodian Data Search, dated September 9, 2010.

[5] See Dkt. No. 8239-1 (listing individuals to be searched).

[6] See MGA's Second Supplemental Response to Mattel, Inc.'s Supplemental Set of Interrogatory [sic], No. 66, Ex. C (excluding Ron Brawer, Janine Brisbois, Susan Kim, Margaret Leahy, and Mercedah Ward from those custodians' whose electronic files were searched with key-word terms).

[7] As discussed in Mattel's Omnibus Motion to Compel, MGA's failures are not due to burden or expense.  MGA's 30(b)(6) witness testified that the electronic information MGA has searched in connection with this case is stored in a fully searchable database.  See Tonnu Tr. at 2119:5-10.  MGA's attorneys are able to run keyword searches on this system as a matter of course.  Id.  All the data is readily accessible and easily searched; yet, MGA has not done so.

1    Mattel accordingly requests that the Court order MGA to turn over to ILS the
2    electronic media pertaining to the former Mattel employees and that ILS conduct the
3    necessary searches that MGA has refused to conduct.

4

5    DATED: September 24, 2010          QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
6

7                                          By /s/ Michael T. Zeller
                                              Michael T. Zeller
8                                             Attorneys for Mattel, Inc.