QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de
Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-02727<br><br>Honorable David O. Carter<br><br>NOTICE OF ERRATA REGARDING MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE)<br><br>**Phase 2:**<br>Disc. Cut-off:      October 4, 2010<br>Pre-trial Conf.:    January 4, 2011<br>Trial Date:          January 11, 2011 |

00505.07975/3696887.1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE of the following correction to the document

3   captioned "Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion for a

4   Protective Order from Mattel's Inc.'s Notice of Deposition of MGA Entertainment,

5   Inc. Pursuant to Fed. R. Civ. Proc. 30(b)(6) (Third Phase 2 Notice)," dated

6   September 25, 2010:

7          On page 7 of the document, the following footnote was omitted:  "Although

8   MGA has moved as to Topic 5 as well (regarding Bryant's indemnification

9   agreement), Mattel has already requested additional 30(b)(6) testimony on that topic

10   in its Motion to Compel Re Pending Discovery Matters Pursuant to the Court's

11   September 9, 2010 Order (Omnibus Motion to Compel), and incorporates those

12   arguments herein by reference."

13

14   DATED:  September 25, 2010          QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
15

16
                                        By  /s/  Michael T. Zeller
17                                         Michael T. Zeller
                                           Attorneys for Mattel, Inc.
18

19

20

21

22

23

24

25

26

27

28