ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**THE MGA PARTIES' OPPOSITION TO MATTEL INC.'S BRIEF PURSUANT TO PARAGRAPH XII OF THE COURT'S SEPTEMBER 17, 2010 ORDER**<br><br>Judge:     Hon. David O. Carter |

1  Mattel's motion raises two issues. The first is the use of search terms. The
2  second is Mattel's claim that MGA "has actually not even searched the electronic
3  files of at least five" former Mattel employees. Mot. at 2. Neither issue has merit.

4  In its opposition to Mattel's Omnibus Discovery Motion, the MGA Parties
5  explained how it reviewed and produced documents. The MGA Parties dispelled
6  any claim that MGA has somehow not produced documents relevant to Bryant and
7  Bratz and the other issues raised by Mattel.

8  Moreover, Mattel's claim that MGA has not searched the electronic files of
9  at least five former Mattel employees is simply false. MGA searched the electronic
10 files of Ron Brawer. It has produced 20,146 documents from the custody of Ron
11 Brawer. MGA has searched the electronic files of Janine Brisbois. It has produced
12 4,958 documents from her custody. MGA has searched the electronic files of
13 Margaret Leahy. It has produced 71 from her custody. MGA has searched the
14 electronic files of Mercedah Ward. It has produced 591 from her custody.

15 Mattel knows that the electronic data has been searched for these individuals.
16 MGA provided this information to Mattel in July 2010 and again in September
17 2010.

18 MGA has not searched the electronic data of Susan Kim because Susan Kim
19 has never been an employee of MGA.

20 In short, Mattel's motion is not well-taken.

Respectfully submitted,

Dated: September 25, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Warrington S. Parker III*
Warrington S. Parker III
Attorneys for MGA Parties

- 1 -

MGA'S OPP. TO MATTEL'S BRIEF RE PARAGRAPH XII
CV 04-9049 DOC (RNBx)