1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Telephone: (415) 773-5700
5  Facsimile:  (415) 773-5759

6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Telephone: (213) 629-2020
9  Facsimile:  (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Telephone: (949) 567-6700
13 Facsimile:  (949) 567-6710

   Attorneys for MGA Parties
14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                   SOUTHERN DIVISION

18 | CARTER BRYANT, an individual,  | Case No. CV 04-9049-DOC (RNBx)
   |                                 |
19 |          Plaintiff,             | Consolidated with:
   |                                 | Case No. CV 04-9059
20 |     v.                          | Case No. CV 05-2727
   |                                 | **Hon. David O. Carter**
21 | MATTEL, INC., a Delaware        |
   | corporation,                    | **[PROPOSED] ORDER GRANTING
22 |                                 | APPLICATION TO FILE UNDER SEAL
   |          Defendant.             | MGA PARTIES' OMNIBUS MOTION
23 |                                 | TO COMPEL**
   |---------------------------------|
24 | AND CONSOLIDATED ACTIONS        | Date: September 27, 2010
   |                                 | Time: 5:00 p.m.
25 |                                 | Place: Courtroom 9D
   |                                 |
26 |                                 | Discovery Cut-off: October 4, 2010
   |                                 | Pretrial Conference: January 4, 2011
27 |                                 | Trial Date: January 11, 2010

28

1       The Court, having been informed by MGA Parties that the following

2   documents have been designated by the Parties as "CONFIDENTIAL –

3   ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that

4   the MGA Parties may file under seal the documents listed below.

5       **1)    MGA PARTIES' NOTICE OF MOTION AND OMNIBUS MOTION TO COMPEL, AND MEMORANDUM OF POINTS AND AUTHORITIES; AND**

6

7       **2)    DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OMNIBUS MOTION TO COMPEL; AND EXHIBIT 4 THEREOF.**

8

9   **IT IS HEREBY ORDERED**.

10

11

12  DATED: _____, 2010    _____

13                                              Hon. David O. Carter
                                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28