FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Telephone: (415) 773-5700
5  Facsimile: (415) 773-5759

6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Telephone: (213) 629-2020
9  Facsimile: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Telephone: (949) 567-6700
13 Facsimile: (949) 567-6710

14 Attorneys for MGA Parties

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17                   SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | **ORDER GRANTING APPLICATION TO FILE UNDER SEAL MGA PARTIES' OMNIBUS MOTION TO COMPEL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Date: September 27, 2010<br>Time: 5:00 p.m.<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2010 |

1
2    The Court, having been informed by MGA Parties that the following
3    documents have been designated by the Parties as "CONFIDENTIAL –
4    ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that
5    the MGA Parties may file under seal the documents listed below.
6        1)   **MGA PARTIES' NOTICE OF MOTION AND OMNIBUS MOTION TO COMPEL, AND MEMORANDUM OF POINTS AND AUTHORITIES; AND**
7
8        2)   **DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' OMNIBUS MOTION TO COMPEL; AND EXHIBIT 4 THEREOF.**
9
10   **IT IS HEREBY ORDERED.**
11
12   DATED:  September 21, 2010            *David O. Carter*
13                                          _____
                                            Hon. David O. Carter
14                                          United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -    [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MGA PARTIES' OMNIBUS MOTION TO COMPEL