FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>**Hon. David O. Carter**<br><br>Trial Date: January 11, 2011 |

1  Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2  application for an order to file under seal the following documents:

4  **1. MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO O'MELVENY & MYERS LLP OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

6  **2. DECLARATION OF WARRINGTON S. PARKER IN SUPPORT OF MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO O'MELVENY & MYERS LLP OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: September 20, 2010           ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Warrington S. Parker
Attorneys for MGA Parties