1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  (213) 629-2020
   Facsimile:   (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone:  (949) 567-6700
   Facsimile:   (949) 567-6710
14
   Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No.  CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
|  | Case No. CV 05-2727 |
| v. | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |
| Defendant. |  |
| AND CONSOLIDATED ACTIONS |  |

The Court, having been informed by MGA Parties that the following documents discuss or contain reference deposition transcripts that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the document listed below:

**1. MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO O'MELVENY & MYERS LLP OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

**2. DECLARATION OF WARRINGTON S. PARKER IN SUPPORT OF MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO O'MELVENY & MYERS LLP OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

**IT IS HEREBY ORDERED.**

Dated: _____, 2010

_____
Hon. David O. Carter
United States District Judge