

1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA  90017
   Telephone:  (213) 629-2020
10 Facsimile:   (213) 612-2499

11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
13 Irvine, CA 92614-2258
   Telephone:  (949) 567-6700
14 Facsimile:   (949) 567-6710

15 Attorneys for MGA Parties

16              UNITED STATES DISTRICT COURT

17            CENTRAL DISTRICT OF CALIFORNIA

18                  SOUTHERN DIVISION

19 CARTER BRYANT, an individual,      Case No.  CV 04-9049 DOC (RNBx)
                                      Consolidated with: Case No. CV 04-9059
20              Plaintiff,            Case No. CV 05-2727

21        v.                          **Hon. David O. Carter**

22 MATTEL, INC., a Delaware           **ORDER GRANTING APPLICATION
   corporation,                       TO FILE UNDER SEAL**

23              Defendant.

24 ───────────────────────────
   AND CONSOLIDATED ACTIONS
25

26

27

28

                                     [PROPOSED] ORDER GRANTING APPLICATION TO FILE
                                                          UNDER SEAL
                                                    CV 04-9049 DOC (RNBx)

FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 23 2010

CENTRAL DISTRICT OF CALIFORNIA
BY  LAW                    DEPUTY

1

2      The Court, having been informed by MGA Parties that the following

3   documents discuss or contain reference deposition transcripts that have been

4   designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY"

5   under the Protective Order, HEREBY ORDERS that the MGA Parties may file

6   under seal the document listed below:

7      **1.  MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA**

8   **TO O'MELVENY & MYERS LLP OR, IN THE ALTERNATIVE, MOTION**

9   **FOR PROTECTIVE ORDER**

10     **2.  DECLARATION OF WARRINGTON S. PARKER IN SUPPORT**

11  **OF MGA PARTIES' MOTION TO QUASH MATTEL'S SUBPOENA TO**

12  **O'MELVENY & MYERS LLP OR, IN THE ALTERNATIVE, MOTION**

13  **FOR PROTECTIVE ORDER**

14

15  **IT IS HEREBY ORDERED**.

16

17  Dated:  September 23, 2010

18                                          *David O. Carter*

19                                     _____

20                                          Hon. David O. Carter
                                        United States District Judge

21

22

23

24

25

26

27

28

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)