QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et. al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' OMNIBUS MOTION TO COMPEL <br><br> [[Proposed] Order Filed Concurrently Herewith] <br><br> Hearing Date: September 27, 2010 <br> Time: 5:00 p.m. <br> Place: Courtroom 9D <br><br> Discovery Cut-off: October 4, 2010 <br> Pre-trial Conf: January 4, 2011 <br> Trial Date: January 11, 2011 |

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2    the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3    Court order filed under seal Mattel, Inc.'s Opposition to MGA Parties' Omnibus

4    Motion to Compel.

5    Mattel, Inc.'s Opposition to MGA Parties' Omnibus Motion to Compel

6    references and quotes documents that have been designated "Confidential –

7    Attorneys' Eyes Only" by Mattel and quotes deposition transcripts that have been

8    designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

9    In light of these designations, Mattel seeks permission to file Mattel, Inc.'s

10    Opposition to MGA Parties' Omnibus Motion to Compel under seal.

11    For the foregoing reasons, Mattel requests that the Court order that Mattel,

12    Inc.'s Opposition to MGA Parties' Omnibus Motion to Compel be filed under seal.

13

14    DATED:  September 22, 2010          QUINN EMANUEL URQUHART &
                                          SULLIVAN. LLP
15

16                                        By  /s/ Michael T. Zeller
17                                             Michael T. Zeller
                                               Attorneys for Mattel. Inc.
18

19

20

21

22

23

24

25

26

27

28

-2-

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL