```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 4  405 Howard Street
    San Francisco, CA 94105-2669
 5  Telephone: (415) 773-5700
    Facsimile:  (415) 773-5759
 6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 7  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
 9  Telephone: (213) 629-2020
    Facsimile:  (213) 612-2499
10
    THOMAS S. MCCONVILLE (State Bar No. 155905)
11  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Telephone: (949) 567-6700
    Facsimile:  (949) 567-6710
14
    Attorneys for MGA Parties
15
```



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |

1. The Court, having been informed by MGA Parties that the following documents discuss or contain reference deposition transcripts that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the document listed below:

**1. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL RE PENDING DISCOVERY MATTERS PURSUANT TO THE COURT'S SEPTEMBER 9, 2010 ORDER**

**IT IS HEREBY ORDERED.**

Dated: Sept. 23, 2010

_____
Hon. David O. Carter
United States District Judge