Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>**DISCOVERY MASTER'S APPLICATION TO FILE ORDER NO. 100 UNDER SEAL** |

**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER**

APPLICATION TO FILE UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]

LA/232425.1

## APPLICATION

Pursuant to Central District Local Rule 79-5.1, the Discovery Master respectfully requests that the Court permit him to file under seal the Phase 2 Discovery Matter Order No. 100 Regarding *In Camera* Review of MGA Documents Provided Pursuant to Order No. 98 (the "Order"). The basis for filing the Order under seal is that it references and cites documents previously ordered to be put under seal by Judge Stephen Larson in the course of this litigation. As such, this information is not available to the public and should remain under seal.

The Discovery Master therefore respectfully requests that the Court grant this Application to File Under Seal. The Discovery Master has lodged a [Proposed] Order concurrently herewith for the Court's consideration.

Dated: September 24, 2010

By: *Drew R. Hansen*
Drew R. Hansen

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232425.1

- 1 -

APPLICATION TO FILE UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]