

Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.<br><br><br><br><br>**CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER** | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING DISCOVERY MASTER'S APPLICATION TO FILE DOCUMENT UNDER SEAL** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED ] ORDER GRANTING APPLICATION
[Case No. CV 04-09049 DOC (RNBx)]

LA/232427.1

## ORDER

The Court, having considered the Discovery Master's concurrently-filed APPLICATION TO FILE DOCUMENT UNDER SEAL, hereby GRANTS the Discovery Master's Application and orders that the Discovery Master's Phase 2 Discovery Matter Order No. 100 Regarding *In Camera* Review of MGA Documents Provided Pursuant to Order No. 98 be filed under seal.

**IT IS HEREBY ORDERED:**

DATED: Sept 24, 2010

_____
Hon. David O. Carter
United States District Court Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232427.1

- 1 -

[PROPOSED ] ORDER GRANTING APPLICATION
[Case No. CV 04-09049 DOC (RNBx)]