ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' RESPONSE TO SEPTEMBER 22, 2010 ORDER TO SHOW CAUSE**<br><br>Discovery Cut-off: October 4, 2010<br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011<br><br>Judge: Hon. David O. Carter |

1  In response to the Court's September 22, 2010 order, MGA states that
2  it has produced the identified communications in the form discussed by the Court.
3  MGA further responds that it has produced Entry 3237 on the first tab of the
4  Spreadsheet entitled, "Exhibit A" to MGA's electronic submission of the Larian
5  hard drive in redacted form in a manner that displays only the lines of the body of
6  the first email in the string to which MGA believes is referred to by the Court. In an
7  abundance of caution to ensure full compliance with the Court's order, MGA will
8  bring the redacted documents to the hearing set at 5 pm today for the Court's
9  review.

Dated: September 27, 2010      Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:      */s/ Denise M. Mingrone*
                Denise M. Mingrone
    Attorneys for MGA ENTERTAINMENT, INC.,
    MGA ENTERTAINMENT HK, LTD., MGA de
    MEXICO, S.R.L. de C.V., and ISAAC LARIAN