1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
3  Telephone:   213.629.7400
   Facsimile:   213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       SOUTHERN DIVISION

11

12  CARTER BRYANT, an individual,        Case No.  CV 04-09049 DOC (RNBx)

13                    Plaintiff,          Consolidated with
                                          Case No. CV 04-09059
14            v.                          Case No. CV 05-2727

15  MATTEL, INC., a Delaware             **PHASE 2 DISCOVERY MATTER
    corporation,                         ORDER NO. 104  REGARDING
16                                       MGA'S COMPLIANCE WITH
                      Defendant.         MATTEL'S AUGUST 11, 2010
17                                       DEPOSITION NOTICE OF MGA
                                         PURSUANT TO RULE 30(b)(6)**
18

19
20  CONSOLIDATED WITH
    MATTEL, INC. v. BRYANT and
21  MGA ENTERTAINMENT, INC. v.
    MATTEL, INC.
22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/335893.1                                  [Case No. CV 04-09049 DOC (RNBx)]

The Discovery Master, having reviewed Mattel's August 11, 2010 notice of deposition of MGA pursuant to Rule 30(b)(6) (the "Notice"), MGA's objections to the Notice, and the rough transcript of the deposition taken on September 27, 2010 of Leon Djiguerian, the witness designated by MGA as the person most knowledgeable regarding topics 6-11 of the Notice (the "Topics"), hereby rules as follows.

1.     Mr. Djiguerian was not sufficiently familiar with the relevant facts to provide meaningful testimony regarding the Topics.  MGA is directed to produce one or more witnesses who are knowledgeable regarding, and can provide substantive information responsive to, the Topics.   Said witness(es) shall be produced for deposition no later than the October 4, 2010 discovery cut-off set by the Court.

2.     In the event the witness(es) produced in accordance with Paragraph 1 are unable to provide meaningful testimony regarding the Topics, the Discovery Master reserves the right to grant Mattel further relief, including issuance of a Report and Recommendation to the Court regarding sanctions appropriate to address the prejudice suffered by Mattel as a result of MGA's failure to comply with the Notice.

3.     The time Mattel used in deposing Mr. Djiguerian on September 27, 2010 shall not count toward the hours limit imposed by the Court.

Dated:  September 28, 2010                    Respectfully submitted,


By:   /s/ Robert C. O'Brien
ROBERT C. O'BRIEN
Discovery Master