Quinn Emanuel Urquhart & Sullivan, LLP
 John B. Quinn (Bar No. 090378)
 Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 04-09049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**

Mattel Inc.'s Notice of Motion and Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey; Application to File Under Seal; Proposed Order Granting Application to File Under Seal

**Document Description:**

☐     Administrative Record

☐     Exhibits

☐     Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑     Other  Mattel Inc.'s Notice of Motion and Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey

**Reason:**

☑     Under Seal

☐     Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐     Electronic versions are not available to filer

☑     Per Court order dated  January 4, 2005

☑     Manual Filing required (*reason*):
        Application to Seal and Proposed Order Not Subject to E-filing.

September 28, 2010                                   Michael T. Zeller
Date                                                                Attorney Name

                                                                     Mattel, Inc.
                                                                     Party Represented

Note:   File one Notice in each case, each time you manually file document(s).