ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: CV 04-9059, CV 05-2727<br><br>**MGA'S SUPPLEMENTAL BRIEF REGARDING RELATION BACK OF COUNTERCLAIMS-IN-REPLY**<br><br>**Trial Date: January 11, 2010** |

MGA hereby submits its supplemental one-page brief, as requested by the Court, regarding the issue of relation back of the counterclaims-in-reply.

MGA's position is that the counterclaims-in-reply relate back to MGA's original Complaint filed April 27, 2005 in the 05-2727 matter. This consolidated action resulted from three separate proceedings. Mattel filed its original Complaint against Carter Bryant and Doe defendants in state court on April 27, 2004. Bryant filed a declaratory relief action in federal court and removed the state court complaint to federal court. MGA separately filed its Complaint for trademark infringement, dilution and unfair competition on April 27, 2005. When Mattel moved to amend its original complaint in November 2006, the Court ordered that those new claims instead be filed as counterclaims to MGA's Complaint. The cases were consolidated. MGA's Counterclaims-in-Reply were filed in response to a successor pleading of Mattel that was technically part of the 05-2727 matter, the Fourth Amended Answer and Counterclaims.

Rule 13 provides no express guidance on the relation back issue. The courts have consistently looked to Rule 15 for guidance in such circumstances. *See* authorities cited at MGA's Opposition pages 27-28. Rule 15(c)(1) provides for relation back to the original pleading. California follows the same rule: relation back of a cross-claim to the original complaint. *Sidney v. Superior Court*, 198 Cal. App. 3d 710, 714 (Cal. App. 1988). The original pleading for these purposes is therefore MGA's Complaint. And this makes sense, since, as the Court has noted, the new allegations and evidence also are a proper factual basis for MGA's unfair competition claims set out in its original Complaint, and would have formed part of the factual basis of that claim had MGA known of the evidence of that time.

*Dragor Shipping Corp. v. Union Tank Car Co.*, 378 F.2d 241 (9th Cir. 1967) does not apply because *res judicata* has not attached. No judgment has ever been entered on any of the claims to which the Counterclaims-in-Reply are compulsory. And, MGA cannot be found to have waived claims of which it was unaware.

Dated:  September 29, 2010    Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Annette L. Hurst*
        Annette L. Hurst
        Attorneys for MGA Parties