# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)            Date: September 29, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER REGARDING SUBMISSION OF SUPPLEMENTAL BRIEFING

           At a September 29, 2010 hearing, counsel for both parties indicated an interest in submitting short briefs concerning the Court's disposition of Mattel's Motion to Dismiss and/or Strike MGA's counterclaims in reply. Based on its review of the applicable case law, the Court concludes that neither party has appropriately addressed the issue, including at this morning's hearing. The parties are instructed to review and consider *Joseph Bancroft & Sons Co. v. M. Lowenstein & Sons, Inc.*, 50 F.R.D. 415 (D. Del. 1970) prior to submitting their contemplated supplemental briefing, which shall be filed on or before 6 p.m. on September 29, 2010, so that the Court's disposition of Mattel's Motion is not further delayed.

           The Clerk shall serve this minute order on all parties to the action.