## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 04-9049 DOC (RNBx) | | Date   September 27, 2010 |
| Title   CARTER BRYANT -V- MATTEL INC. | | |

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |
| | Mark Overland |
| | Alexander Cote |

Proceedings:   HEARING ON MGA PARTIES' OMNIBUS MOTION TO COMPEL AND MATTEL, INC'S MOTION TO COMPEL RE PENDING DISCOVERY MATTERS PURSUANT TO THE COURT'S SEPTEMBER 9, 2010 ORDER

     Matter is called, counsel are present and a hearing is held.  Counsel for Mattel is excluded for a portion of the hearing, held in camera, and the transcript of that portion of the hearing is sealed.  Further hearing is continued to October 4, 2010 at 5:00 p.m.

     The Court sets this matter for hearing on September 28, 2010 at 4:00 p.m. for a report from the special master.

|  |  | 2 | : | 55 |
|---|---|---|---|---|
|  | Initials of Preparer | kp | | |