# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 04-9049 DOC (RNBx) | | Date September 28, 2010 |
| Title CARTER BRYANT -V- MATTEL INC. | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |

Proceedings:   REPORT FROM SPECIAL MASTER, STATUS CONFERENCE

    Matter is called, counsel are present, and a status conference is held.  The Court discusses this matter, in chambers and off the record, with the Special Master.  This matter is continued to September 29, 2010 at 7:00 a.m.

|  | : | 32 |
|---|---|---|
| Initials of Preparer | kp | |