FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  Hon. James L. Smith (Ret.)
   JAMS
2  500 N. State College Blvd.
   Suite 600
3  Orange, CA  92868
   Telephone: (714) 939-1300
4  Fax: (714) 939-8710

5

6

7              **UNITED STATES DISTRICT COURT**

8   **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

9

10

11  MATTEL, INC. A Delaware corporation,        ) Case No. CV 04-9049 DOC (RNBx)
                                                )
12                    Plaintiff,                ) Consolidated with Case Nos. CV 04-09059 and
                                                ) CV 05-02727
13         vs.                                  )
                                                ) **REPORT AND RECOMMENDATION OF**
14  MGA ENTERTAINMENT, INC., A                  )
    California corporation, et al.,             ) **ELECTRONIC DISCOVERY SPECIAL**
15                                              )
                    Defendant.                  ) **MASTER RE COMPENSATION FOR**
16                                              )
                                                ) **COURT-APPOINTED E-DISCOVERY**
17  _____         )
                                                ) **CONSULTANT**
18                                              )
    AND CONSOLIDATED ACTIONS                    ) **(August 15, 2010)**
19                                              )
                                                )
20  _____         )

21

22

23

24         The undersigned having been appointed Special Master to hear and submit reports and

25  recommendations to the Court regarding electronic discovery issues hereby submits the

26  following Report and Recommendation.

27

28

                                         1

# REPORT

Pursuant to stipulation of all parties the Court ordered (Order) the Special Master to retain an electronic discovery forensic consultant to serve as a neutral expert in this action pursuant to Federal Rules of Evidence § 706. The Special Master selected International Litigation Services (ILS) to serve in this capacity. The Order also provides the Special Master shall receive and review statements for services rendered by ILS and submit to the Court a report and recommendation regarding payment.

Attached hereto as "Exhibit A" is the Statement of ILS for services rendered during July, 2010, in the total amount of $80,565.00. The Special Master has reviewed the Statement and finds the charges contained therein accurately reflect work done at the request of the Special Master pursuant to Court order(s), and the amount of such charges are reasonable. The Special Master will recommend the Court order payment of this amount by Mattel and MGA, each party to pay one-half of the total.

# RECOMMENDATION

The Report of Special Master contained herein is accepted and approved.

Mattel and MGA shall, within 10 days of this order, each pay to International Litigation Services (ILS) the following in compensation for services rendered by ILS in its capacity as Court-appointed electronic discovery forensic consultant:

Mattel:      $40,282.50

MGA:        $40,282.50

Date: August 16, 2010

James L. Smith
Discovery Referee

IT IS SO ORDERED.

Date: August *September 1, 2010*, 2010

Hon. David O. Carter
Federal District Court Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

August 15, 2010,  REPORT AND RECOMMENDATION OF
SPECIAL MASTER RE CONSULTANT COMPENSATION

International Litigation Services, Inc.
65 Enterprise
Aliso Viejo, CA  92656

(888)313-4457

**INTERNATIONAL LITIGATION SERVICES**

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/30/2010 | 2564 |
| TERMS | DUE DATE |
| Due on receipt | 07/30/2010 |

**BILL TO**

JAMS
Attn: Judge James Smith

| Contact Name | Reference |
|---|---|
| Judge James Smith | Mattel v MGA Entertainment |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/30/2010 | Activities to support review by Paul Rorie of the Brawer Data | 4.5 | 350.00 | 1,575.00 |
| 07/30/2010 | Activities to Support production of the Brawer Hard Drive Data in the requested format by parties | 20 | 350.00 | 7,000.00 |
| 07/30/2010 | Activities Regarding Search of Archive One - Onsite at MGA | 121.75 | 350.00 | 42,612.50 |
| 07/30/2010 | Activities Regarding Archive One | 10 | 350.00 | 3,500.00 |
| 07/30/2010 | Court Ordred Forensic Analysis of the Machado Hard Drives | 22 | 350.00 | 7,700.00 |
| 07/30/2010 | Court Ordred Forensic Analysis of the Brian Wing Hard Drives | 28.5 | 350.00 | 9,975.00 |
| 07/30/2010 | Activities to support Judge Smith in Law and Motion filed by parties | 9.75 | 350.00 | 3,412.50 |
| 07/30/2010 | Weekly Project Status and Review meetings with ILS Team, receive and review correspondence - Joe Thorpe | 8 | 350.00 | 2,800.00 |
| 07/30/2010 | Mileage for Gene Cioni for month of July for Onsite visits to MGA | 1 | 990.00 | 990.00 |
| 07/30/2010 | Media Costs for Images - 4 Hard Drives | 4 | 250.00 | 1,000.00 |

Thank you for your Business.

| | TOTAL | $80,565.00 |
|---|---|---|

All past due accounts will be subject to a service charge of 1.5% per month. (18% Annually)