UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 04-9049-DOC(RNBx) | | Date  September 2, 2010 |
| Title  CARTER BRYANT -V- MATTEL INC. | | |

Present: The Honorable  David O. Carter, U.S. District Judge

| Julie Barrera | Maria Dellaneve<br>Jane Sutton-Rule | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller | Annette Hurst<br>Thomas McConville<br>William Molinski |

Proceedings: FURTHER EVIDENTIARY HEARING RE: MATTEL'S MOTION TO COMPEL PRODUCTION OF ATTORNEY-CLIENT COMMUNICATIONS; FURTHER HEARING RE: MGA'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 90, IGWT 826 INVESTMENTS MOTION FOR JUDGMENT ON THE PLEADINGS [8581], MATTEL'S EX PARTE APPLICATION TO STRIKE MGA'S AUGUST 10, 2010 MOTIONS TO COMPEL [8515], MATTEL'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY ON MGA'S PURPORTED "COMPULSORY COUNTERCLAIMS-IN REPLY" [8640], MGA PARTIES' EX PARTE APPLICATION TO STRIKE DOCKET NO 8486 [8522]

The Court, Judge Smith and counsel confer regarding Archive One. Counsel state they have reached an agreement regarding the following discover matters:

Motion to Compel Communications Relating to Mattel Employees [8454]. Mattel has provided narrow documents and MGA agrees to them.

Motion for Protective Order for Mattel's First Phase 2 Notice of Deposition of MGA Mexico [8465] and Second Phase 2 of MGA Mexico [8466]. MGA will provide a witness for a day and a half.

Motion for Discovery regarding MGA parties' Objections to One Portion of the Discovery master Order No. 98 [8246]. MGA submits to objections 98, which is acceptable to Mattel.

Tentative Order is distributed to parties. The Court, Judge Smith and counsel confer further . The Court hears argument as stated on the record. The Court continues the matters to September 3, 2010 at 3:00 p.m.

                                                              2  :  28

Initials of Preparer  jcb