UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 04-9049 DOC (RNBx) | Date September 29, 2010 |
| Title CARTER BRYANT -V- MATTEL INC. | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| none present | none present | |

Proceedings:   IN CHAMBERS: COMMUNICATIONS RECEIVED BY THE COURT

The Court is in receipt of the following, copies of which are attached hereto:

1) "Decline to Assist Deposition" from Beatriz Morales, received August 5, 2010; and

1) "Decline to Assist Deposition" from Ana I. Cabrera, received August 5, 2010.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                          :   00

                                    Initials of Preparer   kp

| | |
|---|---|
| Name: Beatriz T Morales <br> Address: 4835 W 112th st <br> Inglewood CA, 90304 <br> Phone: (310) 330-0053 <br> Fax: _____ <br> In Pro Per | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual <br> Plaintiff <br> v. <br> Mattel, INC a Delaware corporation <br> Defendant(s). | CASE NUMBER: <br> CV04-9049 DOC (RNBx) <br><br> TITLE OF PLEADING <br> Decline to assist deposition |

My reason being to not assist the deposition that is being held for me on August 5, 2010 is because. I already attended a deposition in april 2008 regarding this matter, I said all that I knew and needed to say. The only things I did not talk about which my lawyer at the time advised me not to, is personal information. If given the opportunity and if it is in your interest I will respond to any question you may have for me.

August 3, 2010

*Beatriz Morales*
Beatriz Morales

Name: Ana I Cabrera
Address: 4824 W 123rd St
Hawthorne CA 90250
Phone: 310 675 6545
Fax: _____

In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Carter Bryant an individual, Plaintiff | CASE NUMBER: CV04-9049 DOC (RNBx) |
| v. Mattel INC a Delaware Corporation Defendant(s). | TITLE OF PLEADING Decline to assist deposition |

My recison being to not aissit the de Position that is being held for me on August 6, 2010 is because I already attended a deposition in 2008 Regrding this matter; I said all that I knew and needed to say the only things I did not talk about which my lawyer at the time advised me not to is personal information; If given the opportunity and if it is in your interest I will respond to any question you may have for me.

Augusto 3-2010

Ana I Cabrera

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT