Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL; MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH THE MGA PARTIES' DEPOSITION SUBPOENA OF MATTEL'S LITIGATION COUNSEL, JON COREY; DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH THE MGA PARTIES' DEPOSITION SUBPOENA OF MATTEL'S LITIGATION COUNSEL, JON COREY

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [x] Other See list of documents described above.

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  January 4, 2005
- [x] Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| October 1, 2010 | /s/ William A. Molinski |
| Date | Attorney Name<br>William A. Molinski<br>Party Represented<br>MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).