QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 25 2010
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE)<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3696811.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Opposition to MGA Entertainment Inc.'s
4  Motion for a Protective Order From Mattel, Inc.'s Notice of Deposition of MGA
5  Entertainment, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

6  Mattel, Inc.'s Opposition to MGA Entertainment Inc.'s Motion for a
7  Protective Order From Mattel, Inc.'s Notice of Deposition of MGA Entertainment,
8  Inc. Pursuant to Fed. R. Civ. P. 30(b)(6). references and quotes documents and
9  depositions that have been designated "Confidential – Attorneys' Eyes Only" by
10 Mattel and the MGA Parties.

11 In light of these designations, Mattel seeks permission to file Mattel, Inc.'s
12 Opposition to MGA Entertainment Inc.'s Motion for a Protective Order From
13 Mattel, Inc.'s Notice of Deposition of MGA Entertainment, Inc. Pursuant to Fed. R.
14 Civ. P. 30(b)(6).

15 For the foregoing reasons, Mattel requests that the Court order that Mattel,
16 Inc.'s Opposition to MGA Entertainment Inc.'s Motion for a Protective Order From
17 Mattel, Inc.'s Notice of Deposition of MGA Entertainment, Inc. Pursuant to Fed. R.
18 Civ. P. 30(b)(6).be filed under seal.

20 DATED: September 25, 2010    QUINN EMANUEL URQUHART &
                                SULLIVAN. LLP

22                              By /s/ Michael T. Zeller
23                                 Michael T. Zeller
                                   Attorneys for Mattel, Inc.