QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant. | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR A PROTECTIVE ORDER FROM MATTEL, INC.'S NOTICE OF DEPOSITION OF MGA ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) (THIRD PHASE 2 NOTICE) |
| AND CONSOLIDATED ACTIONS | |

## [PR~~OPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA Entertainment Inc.'s Motion for a Protective Order From Mattel, Inc.'s Notice of Deposition of MGA Entertainment, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA Entertainment Inc.'s Motion for a Protective Order From Mattel, Inc.'s Notice of Deposition of MGA Entertainment, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: September 27, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge