```
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
```

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 103<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Objections to Discovery Master Order No.
4  103.

5  Mattel, Inc.'s Objections to Discovery Master Order No. 103 references and
6  quotes deposition testimony that has been designated "Confidential – Attorneys'
7  Eyes Only" by the MGA Parties.

8  In light of these designations, Mattel seeks permission to file Mattel, Inc.'s
9  Objections to Discovery Master Order No. 103 under seal.

10 For the foregoing reasons, Mattel requests that the Court order that Mattel,
11 Inc.'s Objections to Discovery Master Order No. 103 be filed under seal.

13 DATED: September 28, 2010          QUINN EMANUEL URQUHART &
                                      SULLIVAN. LLP

15                                    By  /s/ Michael T. Zeller
16                                      Michael T. Zeller
                                        Attorneys for Mattel, Inc.