QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER AND TO QUASH THE MGA PARTIES' DEPOSITION SUBPOENA OF MATTEL'S LITIGATION COUNSEL, JON COREY<br><br>Date: October 4, 2010<br>Time: 5:00 p.m.<br>Place: Courtroom 9D<br><br>**Phase 2**<br><br>Disc. Cut-off:     October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:        January 11, 2011 |

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel Inc.'s Notice of Motion and Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey,

IT IS HEREBY ORDERED:

Mattel Inc.'s Notice of Motion and Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Sept 29, 2010

_David O. Carter_
Hon. David O. Carter
United States District Judge