1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
       John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
       Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc., and Mattel de
   Mexico, S.A. de C.V.

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

                    SOUTHERN DIVISION

10 | MATTEL, INC., a Delaware | CASE NO. CV 04-9049 DOC (RNBx)
11 | corporation, | Consolidated with
   |  | Case No. CV 04-09059
12 |      Plaintiff, | Case No. CV 05-02727
13 |     vs. | Hon. David O. Carter
14 | MGA ENTERTAINMENT, INC., a | APPLICATION TO FILE UNDER SEAL
   | California corporation, et. al., | MATTEL, INC.'S OPPOSITION TO MGA
15 |  | MATTEL, INC.'S OBJECTIONS TO THE
   |     Defendants. | DISCOVERY MASTER'S PRIVILEGE
16 |  | RULINGS DURING THE SEPTEMBER
   |  | 26, 2010 DEPOSITION OF RON BRAWER
17 | AND CONSOLIDATED ACTIONS |
18 |  | [[Proposed] Order Filed Concurrently
   |  | Herewith]
19 |  |
   |  | Hearing Date:   TBD
20 |  | Time:           TBD
   |  | Place:          Courtroom 9D
21 |  |
   |  | Discovery Cut-off:   October 4, 2010
22 |  | Pre-trial Conf:      January 4, 2011
   |  | Trial Date:          January 11, 2011

23

24

25

26

27

28

00505.07975/3703015.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2    the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3    Court order filed under seal Mattel, Inc.'s Objections to the Discovery Master's

4    Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer.

5    Mattel, Inc.'s Objections to the Discovery Master's Privilege Rulings During

6    the September 26, 2010 Deposition of Ron Brawer references deposition testimony

7    that has been designated "Confidential – Attorneys' Eyes Only" by Mattel and the

8    MGA Parties.

9    In light of these designations, Mattel seeks permission to file Mattel, Inc.'s

10    Objections to the Discovery Master's Privilege Rulings During the September 26,

11    2010 Deposition of Ron Brawer.

12    For the foregoing reasons, Mattel requests that the Court order that Mattel,

13    Inc.'s Objections to the Discovery Master's Privilege Rulings During the September

14    26, 2010 Deposition of Ron Brawer be filed under seal.

15

16    DATED:  September 29, 2010        QUINN EMANUEL URQUHART &
                                        SULLIVAN. LLP
17

18                                      By  /s/ Michael T. Zeller
                                            Michael T. Zeller
19                                          Attorneys for Mattel, Inc., and Mattel de
                                            Mexico. S.A. de C.V.
20

21

22

23

24

25

26

27

28

00505.07975/3703015.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL