```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 5  Facsimile: (213) 443-3100
 6  Attorneys for Mattel, Inc., and Mattel de
    Mexico, S.A. de C.V.
 7
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 30 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S PRIVILEGE RULINGS DURING THE SEPTEMBER 26, 2010 DEPOSITION OF RON BRAWER |

<u>[~~PROPOSED~~] ORDER</u>

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer is ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

DATED: Sept 30, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge