QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

  Plaintiff,

  vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

  Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY IN RESPONSE TO MATTEL'S REQUESTS FOR DISCOVERY CONCERNING MGA'S REPLY COUNTERCLAIMS

[[Proposed] Order Filed Concurrently Herewith]

Date: October 1, 2010
Time: 11:00 a.m.
Place: Courtroom 9D

**Phase 2**
Discovery Cut-off: October 4, 2010
Pre-trial Conference: January 4, 2011
Trial Date: January 11, 2011

00505.07975/3664065.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Reply in Support of Motion to Compel Discovery in Response to Mattel's Requests for Discovery Concerning MGA's Reply Counterclaims.

The Reply references and quotes from the deposition transcripts of Isaac Larian and Ron Brawer which have been designated as "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file the Brief under seal. For the foregoing reasons, Mattel requests that the Court order that the Brief be filed under seal.

DATED: October 1, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/Michael T. Zeller
  Michael T. Zeller
  Attorneys for Mattel, Inc. and
  Mattel de Mexico, S.A. de C.V.