QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | [~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY IN RESPONSE TO MATTEL'S REQUESTS FOR DISCOVERY CONCERNING MGA'S REPLY COUNTERCLAIMS |

00505.07975/3705462.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply in Support of Motion to Compel Discovery in Response to Mattel's Requests for Discovery Concerning MGA's Reply Counterclaims,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply in Support of Motion to Compel Discovery in Response to Mattel's Requests for Discovery Concerning MGA's Reply Counterclaims is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 1, 2010

*David O. Carter*

Hon. David O. Carter
United States District Judge