```
 1   ANNETTE L. HURST (State Bar No. 148738)
     ahurst@orrick.com
 2   WARRINGTON S. PARKER III (State Bar No. 148003)
     wparker@orrick.com
 3   ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
 4   405 Howard Street
     San Francisco, CA  94105-2669
 5   Telephone:  (415) 773-5700
     Facsimile:   (415) 773-5759
 6
     WILLIAM A. MOLINSKI (State Bar No. 145186)
 7   wmolinski@orrick.com
     ORRICK, HERRINGTON & SUTCLIFFE LLP
 8   777 South Figueroa Street, Suite 3200
     Los Angeles, CA  90017
 9   Telephone:  (213) 629-2020
     Facsimile:   (213) 612-2499
10
     THOMAS S. MCCONVILLE (State Bar No. 155905)
11   tmcconville@orrick.com
     ORRICK, HERRINGTON & SUTCLIFFE LLP
12   4 Park Plaza, Suite 1600
     Irvine, CA 92614-2258
13   Telephone:  (949) 567-6700
     Facsimile:   (949) 567-6710
14
     Attorneys for MGA Parties
15
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Discovery Cut-off: October 4, 2010<br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBX)

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following document:

1) **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO DISCOVERY MASTER ORDER NO. 103 (DKT. NO. 8796)**

MGA Parties' Opposition to Mattel's Opposition references or contains materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

Specifically, MGA's Opposition references and attaches documents which include information designated "AEO" under the terms of the protective order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: September 29, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Mark P. Wine
Mark P. Wine
Attorneys for MGA Parties