1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Attorneys for Mattel, Inc., and Mattel de
   Mexico, S.A. de C.V.

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                        SOUTHERN DIVISION

12  MATTEL, INC., a Delaware          | CASE NO. CV 04-9049 DOC (RNBx)
    corporation,
13                                    | Consolidated with
                                      | Case No.    CV 04-09059
14          Plaintiff,                | Case No.    CV 05-02727

        vs.
15                                    | Honorable David O. Carter

16  MGA ENTERTAINMENT, INC., a        | STIPULATION REGARDING
    California corporation, et al.    | TESTIMONY OF HEATHER POLK
17
            Defendants.
18                                    | **Phase 2:**
                                      | Disc. Cut-off:      October 4, 2010
19  AND CONSOLIDATED ACTIONS          | Pre-trial Conf.:    January 4, 2011
                                      | Trial Date:         January 11, 2011
20

21

22

23

24

25

26

27

28

1   Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") and

2   MGA Entertainment, Inc., MGA HK, MGA de Mexico, S.R.L. de C.V., and Isaac

3   Larian (collectively, the "MGA Parties"), by and through their respective counsel of

4   record, hereby stipulate and agree as follows, subject to approval by the Court.

5   WHEREAS, Mattel has noticed the deposition of Heather Polk, an employee

6   of MGA Entertainment, Inc., for October 4, 2010;

7   WHEREAS, the MGA Parties have represented that they will not call or use

8   Ms. Polk as a witness or declarant on any issue at any time during this proceeding,

9   including summary judgment, trial or any other stage of this proceeding, with the

10  sole potential exception being to authenticate and admit MGA documents;

11  WHEREAS, relying on the MGA Parties' representations, Mattel is willing to

12  withdraw the notice of deposition to Heather Polk on the express condition that the

13  MGA Parties agree not to call or use Ms. Polk as a witness or declarant on any issue

14  at any time during this proceeding, including summary judgment, trial or any other

15  stage of this proceeding, with the sole potential exception being to authenticate and

16  admit MGA documents;

17  NOW, THEREFORE, Mattel and the MGA Parties hereby stipulate and agree

18  that Mattel will withdraw the notice of deposition to Heather Polk and that MGA

19  will not call or use her as a witness or declarant on any issue at any time during this

20

21

22

23

24

25

26

27

28

00505.07975/3707518.1

Case No. CV 04-9049 DOC (RNBx)
STIPULATION

1  proceeding, including summary judgment, trial or any other stage of this proceeding,

2  with the sole exception being to authenticate  and admit MGA documents.

3

4        IT IS SO STIPULATED.

5

6  DATED:  October 3, 2010          QUINN EMANUEL URQUHART &
                                    SULLIVAN. LLP
7

8                                       By  /s/ Michael T. Zeller
9                                           Michael T. Zeller
                                            Attorneys for Mattel, Inc. and Mattel de
10                                          Mexico. S.A. de C.V.

11
   DATED:  October 3, 2010          ORRICK, HERRINGTON & SUTCLIFFE,
12                                  LLP

13

14                                      By  /s/ Thomas S. McConville
                                            Thomas S. McConville
15                                          Attorneys for the MGA Parties

16

17

18

19

20

21

22

23

24

25

26

27

28