QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (Michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.a. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-2727<br><br>Honorable David O. Carter<br><br>**[PROPOSED ORDER] ON STIPULATION REGARDING TESTIMONY OF HEATHER POLK**<br><br>**Phase 2**:<br>Disc. Ct-off:        October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:          January 11, 2011 |

[PROPOSED] ORDER

Based on the concurrently filed Stipulation Regarding Testimony of Heather Polk, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Mattel's notice of deposition to Ms. Polk is withdrawn; and
2. MGA will not call or use Ms. Polk as a witness or declarant on any issue at any time during this proceeding, including summary judgment, trial or any other stage of this proceeding, with the sole exception being to authenticate and admit MGA documents.

DATED:               , 2010    _____

                                     Hon. David O. Carter
                                     United States District Judge