QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC, a California corporation, et al.,<br><br>             Defendant.<br><br>_____<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**MATTEL, INC.'S NOTICE OF LODGING PURSUANT TO THE COURT'S OCTOBER 1, 2010 ORDER**<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conference   January 4, 2011<br>Trial Date:             January 11. 2011 |

00505.07975/3709226.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Item No. 21 of the Court's Order Re Omnibus Discovery Motions, dated October 1, 2010, plaintiff Mattel, Inc. hereby provides notice that it lodges the relevant excerpts from the transcript of the deposition of Pablo Vargas for the Court's *in camera* review.

DATED: October 4, 2010                QUINN EMANUEL URQUHART &
                                      SULLIVAN. LLP


                                      By  /s/ Jon Corey
                                      Jon Corey
                                      Attorneys for Mattel, Inc. and Mattel de
                                      Mexico. S.A. de C.V.

00505.07975/3709226.1

-2-