UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)            Date   September 29, 2010

Title   CARTER BRYANT -V- MATTEL INC.

---

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |

Proceedings:   STATUS CONFERENCE

     Status conference is held in the courtroom, off the record.  The parties are ordered to return at 5:00 p.m.

     Case is called and further status conference is held.  This matter is continued to October 1, 2010 at 10:00 a.m.

                                        1   :   30

Initials of Preparer   kp