ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S OCTOBER 1, 2010 ORDER**<br><br>Discovery Cut-off: October 4, 2010<br>Pre-Trial Conf.: January 4, 2011<br>Trial: January 11, 2011 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Item No. 21 of the Court's Order Re Omnibus Discovery Motions, dated October 1, 2010, the MGA Parties hereby provide notice that they lodge the document reviewed by Orrick's counsel at the deposition of Pablo Vargas taken on June 18, 2010 for the Court's *in camera* review.

Dated: October 5, 2010

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Thomas S. McConville
    Thomas S. McConville
    Attorneys for MGA Parties

- 1 -