ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: CV 04-9059, CV 05-2727<br><br>**MGA'S ONE PARAGRAPH BRIEF REGARDING LARIAN EMAILS ISSUE**<br><br>**Trial Date: January 11, 2010** |

1     MGA's position is that the Court ordered a waiver and production of the
2  emails so that Mr. Larian would testify about (1) the facts reflected in the emails,
3  (2) the sources of those facts, (3) the circumstances under which those facts were
4  learned and communications conveying those facts, and (4) with respect to Mr.
5  Rosenbaum, any other communications between him and MGA from 2000 related
6  to the Bryant transaction.  MGA objects on privilege and work product grounds to
7  questions regarding the purposes of sending the emails, or the attorney-client
8  communications with Ms. Glaser or other litigation counsel surrounding the emails
9  themselves.  On the June 29, 2001 email, Mr. Zeller asked Mr. Larian's meaning
10 with respect to the suggestion that perhaps a declaration should be sought.  Mr.
11 Zeller did not ask about any facts related to the sentence concerning "nights and
12 weekends."  MGA would have permitted an answer as to the source and
13 circumstances surrounding that information.  Asking the meaning or purpose for the
14 declaration sentence (or the email as a whole) goes directly to the privilege and
15 work product issue in communicating with Ms. Glaser and is not within the scope
16 of the compelled waiver.  MGA respectfully submits that this issue is going to have
17 to be handled on question by question basis and not a blanket advance basis.

18
19 Dated:    October 5, 2010             Respectfully submitted,
20                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
21
22                                       By: /s/ Annette L. Hurst
23                                              Annette L. Hurst
                                            Attorneys for MGA Parties

MGA'S ONE PARAGRAPH BRIEF REGARDING
LARIAN EMAILS ISSUE
CV-04-9049 DOC (RNBx)