UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                    Date: October 5, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                       NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER REGARDING DEPOSITION OF ISAAC LARIAN

      Having reviewed the parties' briefing on the issue, the Court ORDERS Mattel to submit for the Court's *in camera* review within 48 hours of the filing of this order the questions Mattel seeks to ask Larian about the communications produced pursuant to the Court's Order Granting in Part and Denying in Part Mattel's Motion to Compel Communications. Any further examination of Mr. Larian, in his individual capacity or in his capacity as MGA's 30(b)(6) designee, shall be limited to the questions approved by the Court.

      The Clerk shall serve this minute order on all parties to the action.