QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone:  (213) 443–3000
Facsimile:  (213) 443–3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04–9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04–09059 <br> Case No. CV 05–02727 <br><br> Hon. David O. Carter <br><br> **MATTEL, INC.'S REPLY IN SUPPORT OF OBJECTIONS TO DISCOVERY MASTER ORDER NO. 103** <br><br> Date:   TBD <br> Time:   TBD <br> Place:  Courtroom 9D <br><br> Discovery Cut–off:   October 4, 2010 <br> Pre–trial Conf.:   January 4, 2011 <br> Trial Date:   January 11, 2011 |

00505.07975/3710965.2

1    Mattel's objections demonstrated several errors in Discovery Matter Order

2  No. 103.  MGA offers no rebuttal to any of them except one and thus concedes the

3  bulk of Mattel's objections.

4    And as to the one argument MGA does address, MGA misapprehends it,

5  straining to recast it as a claim that MGA's and Mr. Larian's briefs played "some

6  type of game with the Discovery Master" that "confused" him.  (Opp. at 1.)  That

7  misses the mark.  Mattel's argument was, and is, that MGA and Mr. Larian once

8  again failed to provide individualized arguments on a request–by–request basis as

9  required.  (Objs. at 2–3.)  MGA's and Mr. Larian's cut and paste jobs, which

10  repeated verbatim the same argument for nearly all the requests, ignored salient

11  differences between the sets (like the definition of "YOU") and differences in the

12  admissions sought by various requests.  (Id.)  A review of MGA's and Mr. Larian's

13  briefing (Opp., Exs. A, B) confirms Mattel's argument:  MGA and Mr. Larian made

14  no meaningful effort to address the requests on an individualized basis.

15    Because it ignored this issue, MGA has no response to Mattel's showing that

16  MGA did not meet its burden to sustain the privilege.  (Objs. at 3.)  The submitted

17  briefing (Opp., Exs. A, B) shows that neither MGA nor Mr. Larian even attempted

18  to meet this burden.  The unsubstantiated, generic claims of privilege they provided

19  are insufficient.

20    Because it also ignored this issue, MGA likewise has no response to Mattel's

21  showing that the sole argument MGA and Mr. Larian made as to why Mattel could

22  not meet the Holmgren "compelling need" standard — because Mr. Larian has

23  previously been deposed – was, and is, a non–sequitor.  (Objs. at 4–5.)  Mr. Larian

24  did not testify on most, if not all, of the information sought by the requests.  (Id.)  In

25  neither its briefing to the Discovery Master nor its opposition to Mattel's objections

26  did MGA provide a single citation to this alleged deposition testimony that

27  precludes Mattel from meeting the "compelling need" exception.    MGA's

28

1   opposition also ignores the Discovery Master's failure to take into account the
2   Court's prior ruling on the "compelling need" exception.  (Objs. at 5.)

3          Finally, Order No. 103 rests on an erroneous legal conclusion regarding the
4   privileged nature of facts conveyed by attorneys, one which is contradicted by law
5   of this case and controlling authority.  (Objs. at 6.)  MGA ignores this as well.

6          Mattel's objections should be sustained.

7   DATED:  October 6. 2010              QUINN     EMANUEL     URQUHART     &
8                                        SULLIVAN. LLP

9                                        By  /s/ Michael T. Zeller
10                                           Michael T. Zeller
                                             Attorneys for Mattel. Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28