QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' AMENDED NOTICE OF DEPOSITION OF MATTEL, INC. (FIFTH PHASE 2 NOTICE)<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3708743.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by
2 | the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3 | Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion for
4 | Protective Order from the MGA Parties' Amended Notice of Deposition of Mattel,
5 | Inc. (Fifth Phase 2 Notice).

6 | Mattel, Inc.'s Notice of Motion and Motion for Protective Order from the
7 | MGA Parties' Amended Notice of Deposition of Mattel, Inc. (Fifth Phase 2 Notice)
8 | references and quotes deposition transcripts that have been designated "Confidential
9 | – Attorneys' Eyes Only" by Mattel and the MGA Parties.

10 | In light of these designations, Mattel seeks permission to file Mattel, Inc.'s
11 | Notice of Motion and Motion for Protective Order from the MGA Parties' Amended
12 | Notice of Deposition of Mattel, Inc. (Fifth Phase 2 Notice) under seal.

13 | For the foregoing reasons, Mattel requests that the Court order that Mattel,
14 | Inc.'s Notice of Motion and Motion for Protective Order from the MGA Parties'
15 | Amended Notice of Deposition of Mattel, Inc. (Fifth Phase 2 Notice) be filed under
16 | seal.

DATED: October 2, 2010

QUINN EMANUEL URQUHART &
SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel. Inc.