QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF OBJECTIONS TO THE DISCOVERY MASTER'S PRIVILEGE RULINGS DURING THE SEPTEMBER 26, 2010 DEPOSITION OF RON BRAWER<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:　TBD<br>Time:　　　　　TBD<br>Place:　　　　Courtroom 9D<br><br>Discovery Cut-off:　October 4, 2010<br>Pre-trial Conf:　　January 4, 2011<br>Trial Date:　　　　January 11, 2011 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　DEPUTY

00505.07975/3703015.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Reply In Support of Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer.

Mattel, Inc.'s Reply In Support of Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer references deposition testimony that has been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file Mattel, Inc.'s Reply In Support of Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Reply In Support of Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer be filed under seal.

DATED: October 3, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By  /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico. S.A. de C.V.