QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FROM THE MGA PARTIES' AMENDED NOTICE OF DEPOSITION OF MATTEL, INC. (FIFTH PHASE 2 NOTICE) |

1 [~~PROPO~~SED] ORDER

2     Based on the concurrently filed Application to File Under Seal Mattel,
3 Inc.'s Notice of Motion and Motion for Protective Order from the MGA Parties'
4 Amended Notice of Deposition of Mattel, Inc. (Fifth Phase 2 Notice),

5     IT IS HEREBY ORDERED:

6     Mattel, Inc.'s Notice of Motion and Motion for Protective Order from
7 the MGA Parties' Amended Notice of Deposition of Mattel, Inc. (Fifth Phase 2
8 Notice) is ORDERED filed under seal pursuant to Local Rule 79-5.1.

11 DATED: October 4, 2010

    /s/ David O. Carter
    Hon. David O. Carter
    United States District Judge