FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc., and Mattel de
   Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

  Plaintiff,

  vs.

MGA ENTERTAINMENT, INC., a California corporation, et al.

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF OBJECTIONS TO THE DISCOVERY MASTER'S PRIVILEGE RULINGS DURING THE SEPTEMBER 26, 2010 DEPOSITION OF RON BRAWER

[~~PROPOS~~ED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply In Support of Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply In Support of Objections to the Discovery Master's Privilege Rulings During the September 26, 2010 Deposition of Ron Brawer is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 4, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge