QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER AND TO QUASH THE MGA PARTIES' DEPOSITION SUBPOENA OF MATTEL'S LITIGATION COUNSEL, JON COREY<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: October 4, 2010<br>Time: 5:00 p.m.<br>Place: Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:      January 4, 2011<br>Trial Date:          January 11, 2011 |

00505.07975/3709287.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel Inc.'s Reply in Support of its Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey.

Mattel Inc.'s Reply in Support of its Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey references and quotes documents and depositions that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file Mattel Inc.'s Reply in Support of its Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey.

For the foregoing reasons, Mattel requests that the Court order that Mattel Inc.'s Reply in Support of its Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey be filed under seal.

DATED: October 4, 2010    QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
  Michael T. Zeller
  Attorneys for Mattel. Inc.