QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER AND TO QUASH THE MGA PARTIES' DEPOSITION SUBPOENA OF MATTEL'S LITIGATION COUNSEL, JON COREY<br><br>Date: October 4, 2010<br>Time: 5:00 p.m.<br>Place: Courtroom 9D<br><br>**Phase 2:**<br>Disc. Cut-off: October 4, 2010<br>Pre-trial Conf.: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3709368.1

Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel Inc.'s Reply in Support of its Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey,

IT IS HEREBY ORDERED:

Mattel Inc.'s Reply in Support of its Motion for a Protective Order and to Quash the MGA Parties' Deposition Subpoena of Mattel's Litigation Counsel, Jon Corey is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 4, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge