QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUBMISSION RE SCOPE OF LARIAN DEPOSITION QUESTIONS PURSUANT TO THE COURT'S OCTOBER 5, 2010 ORDER** |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order Filed Concurrently Herewith] |
| | Hearing Date: TBD Time: TBD Place: Courtroom 9D |
| | Discovery Cut-off: October 4, 2010 Pre-trial Conf: January 4, 2011 Trial Date: January 11, 2011 |

OCT - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

00505.07975.3713072.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the

3  Court order filed under seal Mattel, Inc.'s Submission Re Scope of Larian

4  Deposition Questions Pursuant to the Court's October 5, 2010 Order.

5    Mattel, Inc.'s Submission Re Scope of Larian Deposition Questions Pursuant

6  to the Court's October 5, 2010 Order references and quotes documents that have

7  been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties.

8    In light of these designations, Mattel seeks permission to file under seal

9  Mattel, Inc.'s Submission Re Scope of Larian Deposition Questions Pursuant to the

10  Court's October 5, 2010 Order.

11    For the foregoing reasons, Mattel requests that the Court order that Mattel,

12  Inc.'s Submission Re Scope of Larian Deposition Questions Pursuant to the Court's

13  October 5, 2010 Order be filed under seal.

14

15  DATED:  October 5, 2010          QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP
16

17                                By  /s/ Michael T. Zeller
                                     Michael T. Zeller
18                                   Attorneys for Mattel, Inc., and Mattel de
                                     Mexico. S.A. de C.V.
19

20

21

22

23

24

25

26

27

28