QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S SUBMISSION RE SCOPE OF LARIAN DEPOSITION QUESTIONS PURSUANT TO THE COURT'S OCTOBER 5, 2010 ORDER<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3713122.1

[PROPOSED] ORDER

1                                [~~PROPOSED~~] ORDER

2        Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s

3 Submission Re Scope of Larian Deposition Questions Pursuant to the Court's

4 October 5, 2010 Order and good cause appearing therefore,

5          IT IS HEREBY ORDERED:

6        Mattel, Inc.'s Submission Re Scope of Larian Deposition Questions Pursuant

7 to the Court's October 5, 2010 Order is ORDERED filed under seal pursuant to

8 Local Rule 79-5.1.

DATED: 10-5-10 . 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge