## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                    Date   October 4, 2010

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

|  Kathy Peterson  |  Deborah Parker  |  N/A  |
|---|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |  Tape No.  |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

John Quinn                                              Annette Hurst
Michael Zeller                                          Thomas McConville
Scott Watson                                            Warrington Parker
                                                        William Molinski

Proceedings:   STATUS CONFERENCE

   Case is called, counsel state their appearances and a status conference is held.  This matter is continued to October 6, 2010 at 5:00 p.m.

                                                                         1    :    30

                                                    Initials of Preparer   kp