# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                    Date    October 6, 2010

Title    CARTER BRYANT -V- MATTEL INC.

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  Attorneys Present for Plaintiffs:  |  Attorneys Present for Defendants:  |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |

Proceedings:    STATUS CONFERENCE

      Case is called, counsel state their appearances and a status conference is held.  This matter is continued to October 7, 2010 at 4:30 p.m.

|  |  |  |
|---|---|---|
| 2 | : | 05 |

Initials of Preparer    kp