**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)             Date: October 7, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE

       Mattel is ORDERED TO SHOW CAUSE as to why the protections of the attorney-client privilege and/or work product doctrine apply to the following documents:

1. Privilege Log Entry No. 29 as found in "Mattel Inv. Case #02-1680";

2. The first email in the email chain found between 02-299 Priv. 0019 and 02-299 Priv. 0020 in ""Mattel Investigation Case #02-299";

3. Privilege Log Entry No. 33 as found in "Mattel Investigation Case #02-115";

4. Brawer Priv 0001 as found in "Mattel Inv. Case #04-0423";

5. Brawer Priv 0008 as found in "Mattel Inv. Case #04-0423";

6. Brawer Priv 0010-0011 as found in "Mattel Inv. Case #04-0423";

7. Brawer Priv. 0012-0022 as found in "Mattel Inv. Case #04-0423."

       Mattel may submit its response to the instant Order *in camera* on or before 5:00 p.m on

October 13, 2010.

The Clerk shall serve this minute order on all parties to the action.