QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S NOTICE OF MOTION AND MOTION RE SCOPE OF LARIAN DEPOSITION QUESTIONS PURSUANT TO THE COURT'S OCTOBER 6, 2010 ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3717244.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Having considered Mattel, Inc.'s Notice of Motion and Motion Re Scope of Larian Deposition Questions Pursuant to the Court's October 6, 2010 Order (the "Motion"), and all supporting papers, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

Mattel, Inc. is entitled to ask the questions submitted to the Court in Mattel, Inc.'s *In camera* Submission Regarding Proposed Questions to Isaac Larian, dated October 7, 2010.

DATED: _____, 2010  _____
Hon. David O. Carter
United States District Judge

00505.07975/3717244.1