1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION
11

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br>Defendant. | **MATTEL, INC.'S NOTICE OF *IN CAMERA* SUBMISSION OF MATTEL, INC.'S *IN CAMERA* SUBMISSION REGARDING PROPOSED QUESTIONS TO ISAAC LARIAN** |
| AND CONSOLIDATED ACTIONS | |
| | **Phase 2:**<br>Disc. Cut-off:      October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:          January 11, 2011 |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2   RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. has submitted the
3   following document to the Court for an *in camera* review pursuant to the Court's
4   Order of October 6, 2010:
5       1.   Mattel, Inc.'s *In Camera* Submission Regarding Proposed Questions to
6   Isaac Larian.

7   DATED: October 7, 2010         QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
8                                    By
                                        /s/ Michael T. Zeller
9                                       Michael T. Zeller
                                        Attorneys for Mattel, Inc.