QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants. | STIPULATION REGARDING EXTENSION OF TIME FOR COMPLIANCE WITH OCTOBER 4, 2010 ORDER |
| AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:      October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:          January 11, 2011 |

Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") and MGA Entertainment, Inc., MGA HK, MGA de Mexico, S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, subject to approval by the Court.

WHEREAS, the Court's October 4, 2010 Order imposed certain production obligations on both Mattel and the MGA Parties with a deadline for compliance of October 7, 2010;

WHEREAS, each party hereby represents to the other and to the Court that, despite diligent and good faith efforts to comply the deadline set in the October 4 order, they will be unable to do so;

NOW, THEREFORE, Mattel and the MGA Parties hereby stipulate and agree that:

1.  MGA's deadline to produce documents responsive to Requests for Production 1-5 and 103 (10/4/10 Order at page 2, item no. 4) shall be extended to October 15, 2010 and MGA's deadline to produce relevant documents from the Larian hard drive images (10/4/10 Order at page 2; item no. 7) shall be extended to October 25, 2010 . MGA shall produce documents on a rolling basis prior to those dates.

2.  Mattel's deadline to produce documents concerning Villasenor, Turetsky, Shore, Vollero, Lange, Osier, Chang, Snyder, Sadigh, Plunkett, and Rahimi (10/4/10 Order at page 4, item no. 28) shall be extended to October 16, 2010. Mattel's deadline to produce documents from the 38 new custodians (10/4/10 Order at page 4, item no. 26), and documents related to MGA's disclosure of alleged trade secrets (10/4/10 Order at page 4, item no. 39) shall be extended to October 25, 2010. Mattel shall produce documents on a rolling basis prior to those dates, and shall make a good faith effort to prioritize its rolling production as to the 38 new custodians based on MGA's requested order.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | |
| 3 | DATED: October 7, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | |
| 6 | | By /s/ Michael T. Zeller<br>Michael T. Zeller |
| 7 | | Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| 8 | | |
| 9 | DATED: October 7, 2010 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 10 | | |
| 11 | | By /s/ Thomas S. McConville<br>Thomas S. McConville |
| 12 | | Attorneys for the MGA Parties |