UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  CV 04-9049 DOC (RNBx)        Date  October 7, 2010

Title  CARTER BRYANT -V- MATTEL INC.

Present: The Honorable  David O. Carter, U.S. District Judge

| Kathy Peterson | not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Thomas McConville |

Proceedings:  IN CHAMBERS–RETURN OF IN CAMERA SUBMISSIONS TO COUNSEL

    Counsel are present.  Case is not called.  Pursuant to the Court's direction of October 6, 2010, in camera submissions previously submitted to the Court are returned to counsel; receipts are attached hereto.

                                                                                                                      :    00

                                                      Initials of Preparer   kp

Thomas S. McConville, State Bar No. 155905
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710
tmcconville@orrick.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 DOC (RNBx) |
| v. | |
| MATTELL, INC., a Delaware Corporation DEFENDANT(S) | RECEIPT FOR RELEASE OF IN CAMERA SUBMISSIONS ☐ PERMANENT ☒ TEMPORARY |

The undersigned hereby requests and acknowledges the receipt of the following in camera submissions upon (check one):

☒ Order of court          ☐ notice of destruction from exhibit custodian
☐ Expiration of time for appeal   ☐ determination of appeal

**If release is temporary**, exhibits shall be returned to Exhibit Custodian upon request. At the conclusion of the case, including any decisions on appeal or new trial, the recipient may dispose of the in camera submission.

| Party | Description |
|---|---|
| MGA | 2 Boxes of Binders; Box 1 of 2 has a thumb drive |
| | |
| | |

10/7/10
Date

4 Park Plaza, 16th Floor
Street Address

Tom McConville
Name of Receiver

Irving, CA 92614
City, State & Zip Code

[signature]
Signature of Receiver

949/852-7747
Telephone Number

---

**Certification of Exhibit Custodian**

☒ DOC ordered I have received a copy of the order for the temporary release of in camera submissions.
☐ I hereby certify this date that I have researched the records of the Court and have determined that the appeal time has passed or a decision of the appeal has been received by the court and the in camera submissions are eligible for return.

10-7-10  KAP
Date

Clerk, U.S. District Court
[signature]
Exhibit Custodian  CRD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Mattel, Inc.

PLAINTIFF(S),

v.

MGA Entertainment, Inc.

DEFENDANT(S).

CASE NUMBER:

04-CV-09049

RECEIPT FOR RELEASE ~~OF EXHIBITS~~ IN CAMERA SUBMISSIONS
☐ PERMANENT / ☒ TEMPORARY

The undersigned hereby requests and acknowledges the receipt of the following ~~exhibits~~ in camera submissions upon *(check one)*:
☒ order of court                    ☐ notice of destruction from exhibit custodian
☐ expiration of time for appeal     ☐ determination of appeal

If release is temporary, ~~exhibits~~ in camera submissions shall be returned to Exhibit Custodian no later than upon request of court. At conclusion of the case, ~~receipt~~ including any appeal, recipient may dispose of the submission.

| Plaintiff | Defendant | Description of Exhibits |
|---|---|---|
| ✓ | | 11 Boxes |
| | | |
| | | |
| | | |

Date

Name of Receiver: Michael T. Zeller

Signature of Receiver

Street Address: 865 S. Figueroa St.

City, State & Zip Code: Los Angeles CA 90017

Telephone Number: 213-443-3180      I.D. Number: 196417

=====================================================================
**Certification of Exhibit Custodian**

☒ DOC ordered the ~~I have received a copy of the order for the~~ ☐ permanent / ☒ temporary release of ~~exhibits~~ in camera submissions.
☐ I hereby certify this date that I have researched the records of this Court and have determined that the appeal time has passed or a decision of the appeal has been received by this court and the exhibits are eligible for return.

7 KP
10/6/10

Date

Clerk, U. S. District Court

Exhibit Custodian