# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                    Date: October 8, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

                     THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

     NONE PRESENT                        NONE PRESENT

PROCEEDING (IN CHAMBERS): AMENDED ORDER RE MOTIONS FOR SUMMARY JUDGMENT

       The parties have stipulated to an October 12, 2010 deadline for the filing of motions for summary judgment. The scope of the operative pleadings in this case makes it likely that such motions, and related submissions, will be voluminous. To ensure the efficient management and consideration of these filings, the Court hereby ORDERS as follows:

1. Each party will be restricted to the filing of **one** motion for summary judgment, not to exceed one-hundred pages in length, **one** opposition brief not to exceed one-hundred pages, and **one** reply brief not to exceed fifty pages;

2. The parties shall submit one courtesy copy of the moving, opposing, and replying briefs, as well as the statement of uncontroverted facts and conclusions of law and the statement of genuine issues of material fact, which shall be organized in tabbed three-ring binders. The parties shall not deliver a hard copy courtesy copy of supporting declarations or exhibits, as well as evidentiary objections;

3. The parties shall submit two courtesy copies of each round of their respective briefing, including supporting papers, on USB flash drives. Each reference to a supporting exhibit, declaration, or submission in: (1) the parties' briefing, (2) the statement of uncontroverted facts and conclusions of law, and (3) the statement of

        genuine issues of material fact, will hyperlink to the referenced document, which shall open in a separate window.[1] These electronic courtesy copies shall be delivered to Chambers no more than forty-eight hours after the filing of the corresponding documents.

4.      The parties need not comply with Local Rule 32, which governs the use of depositions in court proceedings. However, any citation to a deposition transcript in the documents submitted on the parties' electronic courtesy copies shall hyperlink to the *full* transcript(s) so cited and not just an excerpt of the transcript(s).

The Clerk shall serve this minute order on all parties to the action.

---

[1] The parties are encouraged, though by no means required, to observe this procedure with cited authorities.