UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                             Date: October 8, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                        NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR DISCOVERY [DOCKET 8910]

Having reviewed Mattel's Motion re scope of Larian Deposition Questions, the Court GRANTS Mattel's Motion as to all but the first thirteen questions in Mattel's *in camera* submission. MGA and Larian's waiver of the attorney-client privilege does not extend to the subject matter of those eighteen questions, which can be found between lines 5 and 18 of page 2 of Mattel's *in camera* submission.

The Clerk shall serve this minute order on all parties to the action.