QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.　　CV 04-09059<br>Case No.　　CV 05-02727<br><br>Honorable David O. Carter<br><br>ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME FOR COMPLIANCE WITH OCTOBER 4, 2010 ORDER<br><br>**Phase 2:**<br>Disc. Cut-off:　　October 4, 2010<br>Pre-trial Conf.:　　January 4, 2011<br>Trial Date:　　January 11, 2011 |

## ORDER

Based on the concurrently filed Stipulation Regarding Extension of Time for Compliance with October 4, 2010 Order, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. MGA's deadline to produce documents responsive to Requests for Production 1-5 and 103 (10/4/10 Order at page 2, item no. 4) shall be extended to October 15, 2010 and MGA's deadline to produce relevant documents from the Larian hard drive images (10/4/10 Order at page 2; item no. 7) shall be extended to October 25, 2010 . MGA shall produce documents on a rolling basis prior to those dates.

2. Mattel's deadline to produce documents concerning Villasenor, Turetsky, Shore, Vollero, Lange, Osier, Chang, Snyder, Sadigh, Plunkett, and Rahimi (10/4/10 Order at page 4, item no. 28) shall be extended to October 16, 2010. Mattel's deadline to produce documents from the 38 new custodians (10/4/10 Order at page 4, item no. 26), and documents related to MGA's disclosure of alleged trade secrets (10/4/10 Order at page 4, item no. 39) shall be extended to October 25, 2010. Mattel shall produce documents on a rolling basis prior to those dates, and shall make a good faith effort to prioritize its rolling production as to the 38 new custodians based on MGA's requested order.

DATED:   October 8         , 2010   _/s/ David O. Carter_____
                                    Hon. David O. Carter
                                    United States District Judge