1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:   415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15           UNITED STATES DISTRICT COURT

16           CENTRAL DISTRICT OF CALIFORNIA

17                SOUTHERN DIVISION

18 CARTER BRYANT, an individual          | Case No. CV 04-9049 DOC (RNBx)
                                         | Consolidated with:
19            Plaintiff,                 | Case No. CV 04-9059
                                         | Case No. CV 05-2727
20      v.
                                         | **DECLARATION OF DENISE M.**
21 MATTEL, INC., a Delaware             | **MINGRONE IN SUPPORT OF MGA**
   corporation,                          | **PARTIES' MOTION TO ALLOW**
22                                       | **SERVICE OF DEPOSITION**
            Defendant.                   | **SUBPOENA VIA ELECTRONIC**
23                                       | **MAIL AND/OR POST OFFICE BOX**
                                         | **ADDRESS**
24 AND CONSOLIDATED ACTIONS            |
                                         | **Hon. David O. Carter**
25                                       | Date: TBD
                                         | Time: TBD
26                                       | Dept: Courtroom 9D

27                                       | Discovery Cut-off:  October 4, 2010
                                         | Pretrial Conference: January 4, 2011
28                                       | Trial Date: January 11, 2011

1    I, Denise M. Mingrone, declare as follows:

2        1.    I am a member of the Bar of the State of California and admitted to

3    practice before this Court, and an attorney with the law firm of Orrick, Herrington

4    & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"),

5    MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V.

6    ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties").  I make

7    this declaration in support of MGA Parties' Expedited Motion to Allow Service of

8    Deposition Subpoena via Electronic Mail and/or Post Office Box Address.  I have

9    personal knowledge of the facts set forth in this declaration.  If called as a witness, I

10   could and would testify competently to such facts under oath.

11       2.    Attached hereto as **Exhibit A** is a true and correct copy of a Subpoena

12   to Testify at a Deposition in a Civil Action to be issued to Michele L. McShane aka

13   Shelly Liebovitz.

14       I declare under penalty of perjury that the foregoing is true and correct

15   and that this Declaration was hereby executed on October 8, 2010, at Menlo Park,

16   California.

17                                    */s/ Denise M. Mingrone*
                                     Denise M. Mingrone

18

19

20

21

22

23

24

25

26

27

28

MINGRONE DECL. ISO MOTION TO ALLOW SERVICE OF DEPO
SUBPOENA VIA ELECTRONIC MAIL AND/OR POST OFFICE BOX
ADDRESS CV-04-9049 SGL (RNBX )