QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING PORTIONS OF MATTEL'S MOTION TO COMPEL DISCOVERY IN RESPONSE TO MATTEL'S REQUESTS FOR DISCOVERY CONCERNING MGA'S REPLY COUNTERCLAIMS<br><br>**Phase 2:**<br>Disc. Cut-off:       October 4, 2010<br>Pre-trial Conf.:    January 4, 2011<br>Trial Date:          January 11, 2011 |

Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") and MGA Entertainment, Inc., MGA HK, MGA de Mexico, S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, subject to approval by the Court.

WHEREAS, on August 25, 2010, Mattel served on MGA three sets of written discovery: (1) Mattel Inc.'s Set of Requests for Documents and Things to MGA Entertainment, Inc. Regarding Reply to the Fourth Amended Answer (the "RFPs"); (2) Mattel Inc.'s First Set of Interrogatories to MGA Entertainment, Inc. (MGA Reply Counterclaims) (the "Interrogatories"); (3) Mattel Inc.'s Request for Admission to MGA Entertainment, Inc. Related to MGA's Reply Counterclaims (the "RFAs");

WHEREAS, pursuant to the Court's Order, Mattel filed its Motion to Compel Discovery In Response to Mattel's Requests for Discovery Concerning MGA's Reply Counterclaims on September 23, 2010;

WHEREAS, MGA served responses and objections to the RFPs, the Interrogatories and the RFAs dated September 24, 2010;

WHEREAS, lead counsel for Mattel and MGA subsequently met and conferred further regarding the RFPs, the Interrogatories and the RFAs and resolved some of the outstanding disputes with regard to the discovery at issue; and

WHEREAS, the Parties enter into this stipulation to memorialize those further resolutions and in order to advise the Court of the scope of the remaining disputes at issue on Mattel's motion;

NOW, THEREFORE, Mattel and the MGA Parties hereby stipulate and agree that:

1. With regard to RFPs, the Parties have resolved all disputes with regard to the RFPs at this time as set forth below. Accordingly, the Court need not rule on any aspect of Mattel's motion regarding the RFPs:

        a)     In response to RFP No. 17, MGA has agreed to produce all responsive documents pertaining to toy fairs and/or the products or information at issue in MGA's counterclaims-in-reply.

        b)     In response to RFP No. 20, MGA has agreed to produce all responsive documents created prior to or shortly after release of the relevant product between 1998 and the present.

        c)     Mattel has agreed not to seek a further response to RFP Nos. 27, 28 and 38 and therefore withdraws its motion as to those requests without prejudice.

        d)     In response to RFP No. 61, MGA will produce responsive tangibles concerning the products or information at issue in MGA's counterclaims-in-reply that were (a) the final products and (b) any tangible representations that were shown at any toy fair.  Mattel shall not be precluded from seeking additional responsive objects.

        f)     In response to RFP No. 83, the parties have agreed to meet and confer further after determining the nature of the financial information available to each party, and the parties anticipate reaching agreement as to a mutual exchange of financial information.  On that basis, Mattel withdraws without prejudice its motion as to RFP No. 83.

    2.     In light of the Court's October 7 Order on Mattel's Motion to Dismiss and Strike, Mattel has agreed that its motion seeking further responses as to RFAs 1-15 is moot and therefore Mattel does not seek further responses to those RFAs and withdraws its motion as to those RFAs without prejudice.

    3.     The Parties were still unable to reach agreement as to RFAs 16-26 or as to the Interrogatories, and Mattel therefore seeks a ruling on its motion as to those RFAs as well as on the Interrogatories.

    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 8, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Michael T. Zeller<br>Michael T. Zeller |
| 5 | | Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| 6 | | |
| 7 | DATED: October 8, 2010 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 8 | | |
| 9 | | By /s/ Thomas S. McConville<br>Thomas S. McConville |
| 10 | | Attorneys for the MGA Parties |