ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**DEFENDANT-IN-INTERVENTION MGA ENTERTAINMENT, INC.'S MOTION TO CONFIRM DISMISSAL OF 04-9059 ACTION**<br><br>Date:  November 15, 2010<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D<br><br>Trial Date:   January 11, 2011 |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant-in-Intervention MGA Entertainment Inc. ("MGA") will, and hereby does, move the Court to confirm that the 04-9059 action has been completely dismissed as against it, on November 15, 2010 at 8:30 a.m. in Courtroom 9D of the United States District Court for the Central District of California, Southern Division, Ronald Reagan Courthouse, 411 West 4th Street, Santa Ana, California 92701, on the following ground.

The Court should confirm the complete dismissal of the 04-9059 action Mattel v. Bryant on the ground that Mattel's dismissal of that action as to Carter Bryant ended the action as to Defendant-in-Intervention MGA as well.

### Statement of Compliance

Lead counsel for MGA and Mattel met and conferred regarding the substance of this motion on Monday, October 11, 2010.  Mattel took no position at that time.

Dated:    October 12, 2010.                 Respectfully submitted,

ANNETTE L. HURST
Orrick, Herrington & Sutcliffe LLP


By: _____ */s/ Annette L. Hurst*
ANNETTE L. HURST

Attorneys for MGA Parties

## I. THE COURT SHOULD CONFIRM THAT CASE 04-9059 HAS BEEN DISMISSED.

The 04-9049 action was Carter Bryant's declaratory relief claim against Mattel, and was dismissed.  Dkt. #63.  The 04-9059 action resulted from the removal of Mattel's state court complaint against Carter Bryant.  04-9059 Dkt. #1.  MGA intervened in that action in December 2004 "for procedural purposes only."  04-9059 Dkt. #36.  Mattel settled the case and the Court entered a stipulation of dismissal providing that all claims and counterclaims against Bryant were dismissed.  Ex. 7520; Dkt. #3811.  When Mattel dismissed all of its claims of its 04-9059 Complaint against Bryant, that action ended as against MGA as well.  *Golconda Petroleum Corp. v. Petrol Corp.*, 46 F. Supp. 23, 25 (C.D. Cal. 1942) (intervention fails when an action is dismissed); *Henry v. Vineland Irrigation Dist.*, 140 Cal. 376 (1903) (when plaintiffs dismissed claims, defendant-in-intervention no longer had any right to pursue the litigation).  Accordingly, the Court should confirm the complete dismissal of the 04-9059 action.

If for any reason the Court denies the motion to confirm dismissal, then in the alternative MGA moves for summary judgment of any claims in the 04-9059 action that are interpreted to be continuing against it on any of the applicable grounds set forth in MGA's accompanying Motion for Summary Judgment in the 05-2727 action that would entitle MGA to such relief.

Dated:    October 12, 2010               Respectfully submitted,

ANNETTE L. HURST
Orrick, Herrington & Sutcliffe LLP


By:  _____ */s/ Annette L. Hurst* _____
ANNETTE L. HURST

Attorneys for MGA Parties