Name & Address:
Alexander H. Cote (SBN 211558)
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: 213.613.4655; Fax: 213.613.4656

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, <br> PLAINTIFF(S) <br> V. <br> MATTEL, INC., a Delaware corporation, <br> DEFENDANT(S). | CASE NUMBER: <br> CV 09-9049-DOC (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

SEE ATTACHED LIST

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other    SEE ATTACHED LIST

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated   January 4, 2005
- ☐ Manual Filing required (*reason*):

October 12, 2010
Date

/s/ Alexander H. Cote
Attorney Name

Carlos Gustavo Machado Gomez
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                NOTICE OF MANUAL FILING

# ATTACHMENT TO
# NOTICE OF MANUAL FILING

## DOCUMENTS TO BE FILED:

1. APPLICATION TO FILE UNDER SEAL

2. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

3. GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

4. SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

5. DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

6. DECLARATION OF GUSTAVO MACHADO IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

7. GUSTAVO MACHADO'S NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN COUNTRY'S LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN DECLARATION OF MARK E. OVERLAND [RULE 44.1]

8. DECLARATION OF MARK E. OVERLAND CONCERNING FOREIGN LAW

9. JOINDER IN MGA PARTIES' MOTION FOR SUMMARY JUDGMENT

10. [Proposed] SUMMARY JUDGMENT