| | |
|---|---|
| Name & Address:<br>Annette L. Hurst (State Bar No. 148738)<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** SEE ATTACHED LIST

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See Attached List

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| October 12, 2010<br>Date | /s/ Annette L. Hurst<br>Attorney Name<br>Annette L. Hurst<br>Party Represented<br>MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING   American LegalNet, Inc.<br>www.FormsWorkflow.com

## ATTACHMENT TO NOTICE OF MANUAL FILING

*Carter Bryant v. Mattel, Inc.*

**Case No. CV 04-9049-DOC (RNBx)**

1. MGA Parties' Motion For Summary Judgment In 05-2727 Action;
2. Declaration Of Warrington S. Parker In Support Of MGA Parties' Motion For Summary Judgment;
3. Appendix Of Previously Marked Exhibits In Support Of MGA Parties' Motion For Summary Judgment;
4. Compendium Of Deposition Testimony In Support Of MGA Parties' Motion For Summary Judgment;
5. Compendium Of Written Discovery In Support Of MGA Parties' Motion For Summary Judgment;
6. Compendium Of Alleged Carter Bryant Trade Secrets In Support Of MGA Parties' Motion For Summary Judgment;
7. Compendium Of Alleged Trade Secret Documents In Support Of MGA Parties' Motion For Summary Judgment;
8. Separate Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of The MGA Parties' Motion For Summary Judgment;
9. MGA Parties' [Proposed] Judgment;
10. Application To File Under Seal; And
11. [Proposed] Order Granting Application To File Under Seal.