Quinn Emanuel Urquhart & Sullivan, LLP
 John B. Quinn (Bar No. 090378)
 Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See Attachment A

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  See Attachment A

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☑ Manual Filing required (*reason*):
   Application to Seal and Proposed Order Not Subject to E-filing.

| | |
|---|---|
| October 12, 2010<br>Date | John B. Quinn<br>Attorney Name<br><br>Mattel, Inc. and Mattel de Mexico, S.A. de C.V.<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING

# ATTACHMENT A

1. MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES
2. DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
3. DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
4. MATTEL, INC'S SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT
5. DECLARATION OF DAVID TRAUGHBER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
6. DECLARATION OF KIM GRAHAM IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
7. SUPPLEMENTAL DECLARATION OF KIM GRAHAM IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
8. DECLARATION OF RICHARD DE ANDA IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
9. DECLARATION OF LAURA OWENS IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
10. DECLARATION OF BRYAN STOCKTON IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
11. DECLARATION OF STEVE TOTZKE IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
12. DECLARATION OF ROBERTO ISAIAS IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

13. DECLARATION OF RICARDO IBARRA GARCIA IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
14. DECLARATION OF MICHAEL SHORE IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
15. DECLARATION OF JILL NORDQUIST IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
16. DECLARATION OF GUY WEISENBURGER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
17. DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
18. DECLARATION OF ALLISON WILLENSKY IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
19. DECLARATION OF LILY MARTINEZ IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
20. DECLARATION OF RENE PASKO IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT
21. DECLARATION OF ALAN KAYE IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT
22. DECLARATION OF JILL THOMAS IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
23. DECLARATION OF MELISSA HOGAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
24. DECLARATION OF HELENA MILLS IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
25. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, SEPARATE STATEMENT OF

1  UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW, AND
2  ACCOMPANYING DECLARATIONS AND EXHIBITS
3  26. PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER
4  SEAL MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY
5  JUDGMENT, SEPARATE STATEMENT OF UNCONTROVERTED
6  FACTS AND CONCLUSIONS OF LAW, AND ACCOMPANYING
7  DECLARATIONS AND EXHIBITS
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28