QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Matte de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>MATTEL, INC.'S NOTICE OF LODGING OF MATTEL, INC. AND MGA ENTERTAINMENT, INC. PRODUCTS IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date:   November 15, 2010<br>Time:           8:30 a.m.<br>Place:          Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-Off:   Oct. 4, 2010<br>Pre-Trial Conference: Jan, 4, 2011<br>Trial Date:          Jan. 11, 2011 |

00505.07975/3719728.3

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that pursuant to <u>Local Rule</u> 11-5.1, Mattel,
3  Inc. hereby lodges with the Court the Mattel, Inc. and MGA Entertainment, Inc.
4  products identified in Exhibits A-DD in support of Mattel's Motion for Partial
5  Summary Judgment:
6  <u>Exhibit A</u>: Wee 3 Friends ("Dream Dream Dream"), SKU G8457.
7  <u>Exhibit B</u>: Wee 3 Friends ("Splash Splash Splash"), SKU G8453, Depo. Ex. 8733.
8  <u>Exhibit C</u>: Wee 3 Friends ("Fun Fun Fun"), SKU G5560.
9  <u>Exhibit D</u>: Wee 3 Friends ("Snow Snow Snow"), SKU G6066, Depo. Ex. 8807.
10  <u>Exhibit E</u>: Wee 3 Friends ("Dance Dance Dance"), SKU G6067, Depo. Ex. 8252.
11  <u>Exhibit F</u>: Wee 3 Friends ("Rain Rain Rain"), SKU G8456.
12  <u>Exhibit G</u>: Wee 3 Friends ("Party Party Party"), SKU G5688.
13  <u>Exhibit H</u>: My Scene Sound Lounge, SKU B5859, Depo. Ex. 8805.
14  <u>Exhibit I</u>: Toy Story 3 Barbie Loves Buzz, SKU R9296, Depo. Ex. 9072.
15  <u>Exhibit J</u>: Toy Story 3 Barbie Loves Woody, SKU R9295, Depo. Ex. 9073.
16  <u>Exhibit K</u>: Toy Story 3 Barbie Loves Alien, SKU R9297, Depo Ex. 9074.
17  <u>Exhibit L</u>: Toy Story Rocket Buzz Lightyear, SKU T2124, Depo Ex. 9315.
18  <u>Exhibit M</u>: Happy Birthday Barbie, SKU T0272, Depo. Ex. 8804.
19  <u>Exhibit N</u>: 4Ever Best Friends "Just Chillin" (Calista & Dianthe), SKU 277286,
20       Depo. Ex. 8251.
21  <u>Exhibit O</u>: Alien Racers "Grog," SKU 273714, Depo. Ex. 8255.
22  <u>Exhibit P</u>: 4Ever Best Friends "Girl Party" (Briancee & Dianthe), SKU 277309,
23       Depo. Ex. 8806.
24  <u>Exhibit Q</u>: Bratz Pampered Pupz (Yasmin), SKU 343592, Depo. Ex. 8719.
25  <u>Exhibit R</u>: Bratz Fashion Designer (Yasmin), SKU 370901, Depo. Ex. 8721.
26  <u>Exhibit S</u>: Bratz The Movie (Cloe), SKU 358428 P, Depo. Ex. 8722.
27  <u>Exhibit T</u>: Bratz Magic Hair Color (Leah), SKU 379645, Depo. Ex. 8723.
28  <u>Exhibit U</u>: Bratz Neon Pop Divaz (Sasha), SKU 368465, Depo. Ex. 8724.

1 | <u>Exhibit V</u>: Bratz Rock Angelz (Sasha), SKU 303916, Depo. Ex. 8725.
2 | <u>Exhibit W</u>: Bratz Hollywood Style (Phoebe), SKU 321712, 8727.
3 | <u>Exhibit X</u>: Bratz Welcome to Fabulous (Sasha), SKU 292098, Depo. Ex. 8728.
4 | <u>Exhibit Y</u>: Bratz Passion for Fashion Spotlight Collection (Cloe), SKU 368359,
5 | Depo. Ex. 8729.
6 | <u>Exhibit Z</u>: Bratz Wild Life Safari (Meygan), SKU 273486, Depo. Ex. 8730.
7 | <u>Exhibit AA</u>: Bratz Play Sportz Scuba Diving (Katia), SKU 375876, Depo. Ex. 8731.
8 | <u>Exhibit BB</u>: 4Ever Best Friends "Beach Party (Briancee & Noelle), SKU 273288,
9 | Depo. Ex. 8732.
10 | <u>Exhibit CC</u>: Bratz Costume Party (Cloe), SKU 384489, Depo. Ex. 9311.
11 | <u>Exhibit DD</u>:   A compact disc identified as MGA 3815506.

DATED:  October 12, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel. Inc.

00505.07975/3719728.3