ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 15, 2010<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

MGA Entertainment, Inc., MGA HK Ltd., MGAE de Mexico S.R.L. de C.V., Isaac Larian and IGWT 826 Investments LLC hereby submit the attached Notice of Reliance on Previously Filed Documents in Support of MGA Parties' Motion for Summary Judgment.

Dated:     October 12, 2010          Respectfully submitted,

WARRINGTON S. PARKER III

*/s/ Warrington S. Parker III*
WARRINGTON S. PARKER III

- 1 -

NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT
CASE NO.: CV-04-9049-DOC (RNBx)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

# INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES' IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| Carter Bryant v. Mattel, Inc. and Consolidated Actions, Case No. CV 04-9049 SGL (RNBx) | | |
|---|---|---|
| Docket No. | Date | Document Description |
| 33 | 04/11/2007 | Declaration of Isaac Larian in Support of MGAE de Mexico, S.R.L. de C.V.'s Reply in Support of it's Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 89 | 11/20/2006 | Mattel's Notice of Motion and Motion for Leave to File Complaint; and Memorandum of Points and Authorities in Support Thereof |
| 142 | 01/11/2007 | Order Regarding Mattel's Motion to Amend |
| 143 | 01/12/2007 | Mattel's Amended Answer in Case No. 05-2727 and Counterclaims |
| 268 | 02/07/2007 | Declaration of Susana Kuemmerle in Support of MGAE de Mexico, S.R.L. de C.V.'s Joint Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 314 | 03/2007 | Declaration of Jose F. Salem in Support of Mattel, Inc.'s Opposition to MGA Mexico's Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 370 | 04/11/2007 | Declaration of Jahangir Makabi in Support of MGAE de Mexico, S.R.L. de C.V.'s Reply in Support of its Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 371 | 04/11/2007 | Declaration of Isaac Larian in Support of MGAE de Mexico, S.R.L. de C.V.'s Reply in Support of its Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 372 | 04/11/2007 | Declaration of Pedro Crisanti in Support of MGAE de Mexico, S.R.L. de C.V.'s Reply in Support of its Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 373 | 04/10/2007 | Declaration of Charnayne Brooks in Support of MGAE de Mexico, S.R.L. de C.V.'s Reply in Support of its Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 374 | 04/11/2007 | Declaration of Daphne Gronich in Support of MGAE de Mexico, S.R.L de C.V.'s Reply in Support of it's Motion to Dismiss Mattel's Amended Answer and Counterclaims |
| 608 | 07/02/2007 | Minute Order |
| 635 | 07/12/2007 | Mattel's Second Amended Answer in Case No. 05-2727 and Counterclaims, Vol. 1. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

# INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES' IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| Carter Bryant v. Mattel, Inc. and Consolidated Actions, Case No. CV 04-9049 SGL (RNBx) |||
|---|---|---|
| Docket No. | Date | Document Description |
| 636 | 07/12/2007 | Mattel's Second Amended Answer in Case No. 05-2727 and Counterclaims, Vol. 2. |
| 2468 | 03/04/2008 | Mattel's Opposition to Carter Bryant's Motion to Compel Responses to Discovery Requests |
| 2499 | 03/07/2008 | MGA's Parties' [Proposed] State of Uncontroverted Facts and Conclusions of Law in Support of Their Motion for Partial Summary Judgment |
| 2504-4 | 03/06/2008 | Declaration of Michael Moore in Support of Mattel's Motion for Partial Summary Judgment |
| 2504-5 | 03/06/2008 | Exhibit 1 to Declaration of Michael Moore in Support of Mattel's Motion for Partial Summary Judgment |
| 2504-32 | 03/06/2008 | [Public Redacted] Declaration of Rodney Palmer, Jr. in Support of Mattel's Motion for Partial Summary Adjudication |
| 2532 | 03/10/2008 | Notice of Manual Filing for MGA's Parties' Corrected Notice of Motion for Partial Summary Judgment, Motion and Memorandum of Points and Authorities in Support Thereof; Proof of Service |
| 2540 | 03/10/2008 | Mattel's [Corrected] Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities |
| 2755 | 03/24/2008 | Declaration of Paula Garcia in Opposition to Mattel's Motion for Partial Summary Judgment |
| 2767-10 | 03/24/2008 | Exhibits 1-2 to Declaration of Michael Moore in Support of Mattel's Consolidated Opposition to Defendants' Motions for Partial Summary Judgment |
| 2802 | 03/25/2008 | [Corrected] Mattel's Statement of Genuine Issues Regarding MGA Parties' [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Their Motion for Partial Summary Judgment |
| 3730-2 | 05/21/2008 | Supplemental Declaration of Michael Moore in Support of Response of Mattel to Supplemental Declaration of Marina V. Bogorad |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

# INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES' IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| Carter Bryant v. Mattel, Inc. and Consolidated Actions, Case No. CV 04-9049 SGL (RNBx) | | |
|---|---|---|
| Docket No. | Date | Document Description |
| 3730-3 | 05/21/2008 | Exhibit A to Supplemental Declaration of Michael Moore in Support of Response of Mattel to Supplemental Declaration of Marina V. Bogorad |
| 4443 | 12/03/2008 | [Public Redacted] Order Granting Mattel's Motion for Permanent Injunction |
| 5143 | 04/08/2009 | [Public Redacted] Mattel's Notice of Motion and Motion for Leave to File Third Amended Answer and Counterclaims; and Memorandum of Points and Authorities In Support Thereof |
| 5597, 5598, 5607 | 05/22/2009 | Mattel's Third Amended Answer in Case No. 05-2727 and Counterclaims |
| 5615 | 08/20/2008 | Reporter's Transcript of Jury Trial Proceedings AM |
| 6295 | 08/17/2009 | Notice of Manual Filing re Mattel's Motion for Leave to File Fourth Amended Answer and Counterclaims; Exhibits to the Declaration of B. Dylan Proctor; Notice of Lodging and lodged Proposed Fourth Amended Answer and Counterclaims, Application to File Documents Under Seal; Proposed Order Granting Application to File Under Seal |
| 6346 | 08/20/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 6882 | 09/24/2009 | Order Transferring Civil Action Under Section 3.1 of General Order 08-05 |
| 8423 | 08/02/2010 | Order on Motions to Dismiss |
| Ninth Circuit U.S. Court of Appeals Mattel, Inc. v. MGA Entertainment, Inc. No. 09-55673 | | |
| Docket No. | Date | Document Description |
| 145 | 07/22/2010 | 9th Circuit Opinion |
| No filed docket no. | 12/09/2009 | 9th Circuit Oral Argument |
| Mattel, Inc. v. MGA Entertainment, Inc. Case No. CV 04-9049 DOC SGL (RNBx) | | |
| Docket No. | Date | Document Description |
| 4125 | 07/17/2008 | Final Verdict Form Given |
| 4385-18 | 07/10/2008 | Reporter's Transcript of Jury Trial Proceedings PM (Part 1) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

# INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES' IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| Mattel, Inc. v. MGA Entertainment, Inc. Case No. CV 04-9049 DOC SGL (RNBx) | | |
|---|---|---|
| Docket No. | Date | Document Description |
| 4385-19 | 07/10/2008 | Reporter's Transcript of Jury Trial Proceedings PM (Part 2) |
| 4385-30 | 08/07/2008 | Reporter's Transcript of Jury Trial Proceedings PM (Part 1) |
| 4385-31 | 08/07/2008 | Reporter's Transcript of Jury Trial Proceedings PM (Part 2) |
| 4385-34 | 08/08/2008 | Reporter's Transcript of Jury Trial Proceedings AM (Part 1) |
| 4385-35 | 08/08/2008 | Reporter's Transcript of Jury Trial Proceedings AM (Part 2) |
| 4689 | 08/05/2008 | Reporter's Transcript of Jury Trial Proceedings AM |
| 4753 | 06/13/2008 | Reporter's Transcript of Jury Trial Proceedings AM |
| 5556 | 07/02/2008 | Reporter's Transcript of Jury Trial Proceedings AM |
| 5611 | 05/27/2009 | Reporter's Transcript of Jury Trial Proceedings AM |
| 5669 | 06/18/2008 | Reporter's Transcript of Jury Trial Proceedings AM |
| 5671 | 06/24/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 5829 | 06/11/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 5830 | 06/12/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 5833 | 06/18/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 5838 | 06/24/2008 | Reporter's Transcript of Jury Trial Proceedings AM |
| 5961 | 07/02/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 6341 | 08/12/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 6342 | 08/13/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 6344 | 08/15/2008 | Reporter's Transcript of Jury Trial Proceedings PM |
| 7714, 7733, 7766 | 04/12/2010 | Mattel's Fourth Amended Answer in Case No. 05-2727 and Counterclaims |
| 7825 | 05/09/2010 | Mattel's Notice of Motion and Motion to Compel Documents Regarding Former Mattel Employees Solicited by MGA; Memorandum of Points and Authorities |
| 7833 | 05/10/2010 | Declaration of Schuyler Bacon in Support of the MGA Parties' Motion for Summary Adjudication |
| 7835 | 05/10/2010 | Declaration of Juan Alberto Huerta Bleck in Support of the MGA Parties and IGWT's Motion for Summary Adjudication |
| Mattel, Inc. v. MGA Entertainment, Inc. Case No. CV 04-9049 DOC SGL (RNBx) | | |
| Docket No. | Date | Document Description |
| 7853 | 05/13/2010 | Order Denying Mattel's Motion to Confirm |
| 8705 | 09/04/2010 | Order Granting Motion to Confirm |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

# INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES' IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

| Mattel, Inc. v. MGA Entertainment, Inc. Case No. CV 04-9049 DOC SGL (RNBx) | | |
|---|---|---|
| Docket No. | Date | Document Description |
| 8767 | 09/22/2010 | Order Granting in Part and Denying in Part Motion to Compel |
| 8818 | 09/22/2010 | Mattel's Opposition to MGA Parties' Omnibus Motion to Compel |