ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**The MGA PARTIES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 15, 2010<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA Entertainment, Inc. ("MGA"), MGAE de Mexico S.R.L. de C.V. ("MGAE de Mexico), MGA HK Ltd. ("MGA HK"), Isaac Larian ("Larian") (collectively, the "MGA Parties") respectfully request that the Court take judicial notice of certain documents in connection with the MGA Parties' Motion for Summary Judgment submitted October 12, 2010.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known'…or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned . . . . '"). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

The following documents are capable of accurate and ready determination by sources whose accuracy cannot be reasonably questioned. Exhibits 1 to 5 are documents filed in the California state court action *Mattel, Inc. v. Ronald Brawer*, Case No. BC 323381. Judicial notice of such documents is appropriate. *See, e.g.*, *In re Heritage Bond Litig.*, 546 F.3d 667, 673 n.8 (9th Cir. 2008) (taking judicial notice of documents filed in California state court action). Exhibit 6 is a document filed in Canada in the action *Mattel Canada v. Janine Brisbois, et al.*, Court File No. 07-CV-340468 PDI. Judicial notice of this document is appropriate as well. *See, e.g.*, *Wysotski v. Air Canada*, 2006 WL 581093, at *1 n.1 (N.D. Cal. Mar. 6, 2006) (taking judicial notice of documents filed in judicial action in Canada).

For the foregoing reasons, the MGA Parties request that the Court take

judicial notice of the following documents:

Exhibit 1: Complaint for Declaratory Relief filed October 21, 2004 in *Mattel, Inc. v. Ronald Brawer*, Case No. BC 323381;

Exhibit 2: Order on Demurrer entered January 25, 2005 in *Mattel, Inc. v. Ronald Brawer*, Case No. BC 323381;

Exhibit 3: Notice of Entry of Order of Dismissal of Plaintiff Mattel, Inc.'s Action Against Defendant Ronald Brawer with Prejudice filed March 28, 2005 in *Mattel, Inc. v. Ronald Brawer*, Case No. BC 323381;

Exhibit 4: Opinion of Second Appellate District, Div. 8 filed May 24, 2006, in *Mattel, Inc. v. Ronald Brawer*, Case No. BC 323381;

Exhibit 5: Notice of Entry of Dismissal filed October 2, 2006 in *Mattel, Inc. v. Ronald Brawer*, Case No. BC 323381;

Exhibit 6: Statement of Claim dated September 21, 2007 in *Mattel Canada v. Janine Brisbois, et al.*, Court File No. 07-CV-340468 PDI.

Exhibit 7: Legislative History of Civil Code Section 3426.7 Enacted by the California Uniform Trade Secrets Act.

Dated:  October 12, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/ Annette L. Hurst

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

OHS West:261006398.2

- 2 -

REQUEST FOR JUDICIAL NOTICE
CV-04-9049 SGL (RNBx)