| | |
|---|---|
| 1  DOUGLAS A. WICKHAM, Bar No. 127268<br>   MATTHEW B. HAYES Bar No. 220639<br>2  LITTLER MENDELSON<br>   A Professional Corporation<br>3  2049 Century Park East, 5th Floor<br>   Los Angeles, CA 90067.3107<br>4  Telephone:  310.553.0308<br>   Fax No.:    310.553.5583<br>5<br>   Attorneys for Defendant<br>6  RONALD BRAWER | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>MAR 28 2005<br><br>JOHN A. CLARKE, CLERK<br><br>BY L. ZULUETA, DEPUTY |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD BRAWER, an individual, and<br>DOES 1-50, inclusive,<br><br>        Defendants. | Case No. BC323381<br><br>ASSIGNED FOR ALL PURPOSES TO<br>JUDGE ELIZABETH GRIMES,<br>DEPARTMENT 30<br><br>DATE ACTION FILED: OCTOBER 21, 2004<br><br>**NOTICE OF ENTRY OF ORDER OF<br>DISMISSAL OF PLAINTIFF MATTEL<br>INC'S ACTION AGAINST DEFENDANT<br>RONALD BRAWER WITH PREJUDICE** |

ORIGINAL

NOTICE OF ENTRY OF ORDER OF DISMISSAL

Exhibit 3 - Page 25

1  PLEASE TAKE NOTICE THAT on March 22, 2005, Department 30 of the above captioned
2  Court, the Honorable Elizabeth Grimes, judge presiding, entered an Order dismissing Plaintiff
3  Mattel, Inc.'s action against Defendant Ronald Brawer with prejudice. Attached hereto as Exhibit A
4  is a true and correct copy of the Court's Order entered on March 22, 2005.

5  Dated: March 28, 2005                                    Respectfully submitted,

                                                           _____
                                                           MATTHEW B. HAYES
                                                           LITTLER MENDELSON
                                                           A Professional Corporation
                                                           Attorneys for Defendant
                                                           RONALD BRAWER

Los_Angeles:408321.1 028307.1015

2

NOTICE OF ENTRY OF ORDER OF DISMISSAL

Exhibit 3 - Page 26

|  |  |
|---|---|
| 1  DOUGLAS A. WICKHAM, Bar No. 127268<br>    MATTHEW B. HAYES Bar No. 220639<br>2  LITTLER MENDELSON<br>    A Professional Corporation<br>3  2049 Century Park East<br>    5th Floor<br>4  Los Angeles, CA 90067.3107<br>    Telephone: 310.553.0308<br>5  Fax No.:   310.553.5583<br>6  Attorneys for Defendant<br>    RONALD BRAWER | **ORIGINAL FILED**<br><br>MAR 2 2 2005<br><br>LOS ANGELES<br>SUPERIOR COURT |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD BRAWER, an individual, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. BC323381<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE ELIZABETH GRIMES, DEPARTMENT 30<br><br>DATE ACTION FILED: OCTOBER 21, 2004<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF MATTEL, INC.'S ACTION AGAINST DEFENDANT RONALD BRAWER WITH PREJUDICE<br><br>Hearing Date:　March 18, 2005<br>Time:　　　　8:30 a.m.<br>Department:　30<br><br>Trial Date:　　None set<br>Discovery Cut-Off: None set |

ORDER

EX A

Exhibit 3 - Page 27

On March 18, 2005, in Department 30 of the Los Angeles Superior Court, the Honorable Elizabeth Grimes, judge presiding, Defendant Ronald Brawer's ("Brawer") Ex Parte Application For an Order dismissing Plaintiff's Mattel, Inc.'s ("Mattel") Action against Brawer with prejudice ("Application") came on for hearing before this Court. Brawer's Application was made pursuant to California Rule of Court 325(f) and Code of Civil Procedure section 581(f)(2).

FOR GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS: Brawer's Application is granted and Mattel's Action against Brawer is hereby dismissed with prejudice.

California Rule of Court 325(f) provides that "[a] motion to dismiss the entire action and for entry of judgment after expiration of the time to amend following the sustaining of a demurrer may be made by ex parte application to the court under section 581(f)(2) of the Code of Civil Procedure." Code of Civil Procedure section 581(f)(2) provides that the Court may dismiss a complaint "after a demurrer to the complaint is sustained with leave to amend, the plaintiff fails to amend it within the time allowed by the court and either party moves for dismissal."

On January 25, 2005, the Honorable Joseph R. Kalin sustained Brawer's Demurrer to Mattel's claim for declaratory relief – the only claim alleged in Mattel's Complaint – without leave to amend. The Court, however, granted Mattel forty five (45) days within which to file an amended Complaint in order to state some other actual case or controversy against Brawer other than for declaratory relief. Mattel did not amend the Complaint within the allotted time period. Thereafter, on March 18, 2005, Brawer moved for dismissal.

Consequently, each element of section 581(f)(2) has been met and, therefore, Mattel's Action is appropriately dismissed with prejudice based upon Brawer's ex parte application pursuant to California Rule of Court 325(f).

Dated: MAR 2 2 2005

_Elizabeth A. Grimes_
ELIZABETH A. GRIMES
Judge, Los Angeles County Superior Court

Los_Angeles:401090.1 028307.1015

1.
ORDER

Exhibit 3 - Page 28

## PROOF OF SERVICE BY MAIL

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 28, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE OF ENTRY OF ORDER OF DISMISSAL OF PLAINTIFF MATTEL INC.'S ACTION AGAINST DEFENDANT RONALD BRAWER WITH PREJUDICE

in a sealed envelope, postage fully paid, addressed as follows:

Glenn D. Dassoff, Esq.
Paul, Hastings, Janofsky & Walker LLP
695 Town Center Drive, 17th Floor
Costa Mesa, California 92626
Telephone:   (714) 668-6200
Facsimile:    (714) 979.1921

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 28, 2005, at Los Angeles, California.

_____
Jonna Newcomb-Carter

LITTLER MENDELSON
Los_Angeles:401449.1 028307.1015

PROOF OF SERVICE

Exhibit 3 - Page 29