| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| PAUL HASTINGS JANOFSKY & WALKER LLP<br>Glenn D. Dassoff, Esq. (SB#96809)<br>695 Town Center Drive, 17th Floor<br>Costa Mesa, CA 92626 | (714) 668-6200<br>(714) 979-1921 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>OCT 02 2006<br>JOHN A. CLARKE, CLERK<br>BY Elizabeth Torres, DEPUTY |
| ATTORNEY FOR (Name): Plaintiff, MATTEL, INC. | | |
| Insert name of court and name of judicial district and branch court, if any:<br>Superior Court of the State of California, County of Los Angeles<br>Central District | | |
| PLAINTIFF/PETITIONER: MATTEL, INC., a Delaware Corporation | | |
| DEFENDANT/RESPONDENT: RONALD BRAWER, an individual, and DOES 1-50 | | |

| NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>   ☐ Motor Vehicle   ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☒ Other (specify): Declaratory Relief | BC 323381<br><br>P·30 |

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the Request for Dismissal. *(Attach a copy completed by the clerk.)*

Date: September 29, 2006

Glenn D. Dassoff
.................................................................................
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)               (SIGNATURE)

---

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is:
   695 Town Center Drive, Costa Mesa, CA 92626

2. ☒ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☒ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit: September 29, 2006
   d. Place of deposit *(city and state)*: Costa Mesa, CA
   e. Addressed as follows *(name and address)*:
   Douglas A. Wickham, Esq.
   Littler Mendelson
   2049 Century Park East, 5th Floor
   Los Angeles, CA 90067

3. ☐ I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by personally delivering copies to the person served as shown below:
   Name:           Date:           Time:           Address:

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: September 29, 2006
   Claudia Stokes
   .................................................................................
   (TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

| Form Adopted by the Judicial Council of California<br>982(a)(5.1) [New January 1, 1997] | **NOTICE OF ENTRY OF DISMISSAL<br>AND PROOF OF SERVICE** | Code of Civil Procedure §§ 581 et seq.<br>Cal. Rules of Court, rules 383, 1233<br><br>2001 © American LegalNet, Inc. |
|---|---|---|

Exhibit 5 - Page 44

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| PAUL HASTINGS JANOFSKY & WALKER LLP<br>Glenn D. Dassoff, Esq. (SB#96809)<br>695 Town Center Drive, 17th Floor<br>Costa Mesa, CA 92626 | 714 668-6200 | ORIGINAL FILED<br>SEP 2 2 2006<br>LOS ANGELES<br>SUPERIOR COURT |

ATTORNEY FOR (Name): Plaintiff, MATTEL, INC.

Insert name of court and name of judicial district and branch court, if any:
Superior Court of the State of California, County of Los Angeles
CENTRAL DISTRICT

PLAINTIFF/PETITIONER: MATTEL, INC., a Delaware corporation

DEFENDANT/RESPONDENT: RONALD BRAWER, an individual, and DOES 1-50 inclusive

**REQUEST FOR DISMISSAL**

- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle   [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [x] Other (specify): Declaratory Relief

CASE NUMBER: BC 323381

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice   (2) [x] Without prejudice
   b. (1) [x] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):
      (4) [ ] Cross-complaint filed by (name):
      (5) [x] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

   on (date):
   on (date):

Date: September 21, 2006

Glenn D. Dassoff, Esq.
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
* If dismissal requested is of specified parties only, of specified causes of action only specified cross-complaints so state and identify the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)
Attorney Or party without attorney for:
[x] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(SIGNATURE)
Attorney Or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)

3. [x] Dismissal entered as requested on (date): SEP 2 2 2006
4. [ ] Dismissal entered on (date):              as to only (name):
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform   [ ] means to return conformed copy

Date: SEP 2 2 2006                      Clerk, by _____, Deputy

Form Adopted by the Judicial Council of California
982(a)(5) [Rev. January 1, 1997]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233
American LegalNet, Inc.
www.USCourtForms.com

Exhibit 5 - Page 45

## PROOF OF SERVICE

STATE OF CALIFORNIA   ) ss:
COUNTY OF ORANGE   )

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is 695 Town Center Drive, 17th Floor, Costa Mesa, CA 92626.

On September 22, 2006, I served the foregoing document(s) described as:

**REQUEST FOR DISMISSAL**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Douglas A. Wickham, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, California 90067

☐ **VIA OVERNIGHT MAIL:**
VIA U.P.S. By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on September 22, 2006 with postage thereon fully prepaid, at Costa Mesa, California.

☐ **VIA PERSONAL DELIVERY:**
I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 22, 2006, at Costa Mesa, California.

*Claudia Stokes*
Claudia Stokes

LA/1061638.1

Exhibit 5 - Page 46