QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>MATTEL'S DEMAND FOR JURY TRIAL<br><br>Discovery Cut-Off:    Oct. 4, 2010<br>Pre-Trial Conference: Jan. 4, 2011<br>Trial Date:           Jan. 11, 2011 |

00505.07975/3724514.2

DEMAND FOR JURY TRIAL

1
2     TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR
3  EACH PARTY:  Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Mattel,
4  Inc. hereby demands a jury trial on all issues triable thereby.
5
6  DATED:  October 13, 2010         QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
7
8                                    By /s/ Michael T. Zeller
                                        Michael T. Zeller
9                                       Attorneys for Mattel, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00505.07975/3724514.2

-1-

DEMAND FOR JURY TRIAL