1  **SCHEPER KIM & HARRIS LLP**
   DAVID C. SCHEPER (State Bar No. 120174)
2  dscheper@scheperkim.com
   ALEXANDER H. COTE (State Bar No. 211558)
3  acote@scheperkim.com
   601 W. Fifth Street, 12th Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 613-4655
5  Facsimile:  (213) 613-4656

6  **LAW OFFICES OF MARK E. OVERLAND**
   MARK E. OVERLAND (State Bar No. 38375)
7  mark@overlaw.net
   100 Wilshire Blvd., Suite 950
8  Santa Monica, CA 90401
   Telephone: (310) 459-2830
9  Facsimile: (310) 459-4621

10 Attorneys for Carlos Gustavo Machado Gomez

11                UNITED STATES DISTRICT COURT
12      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| 14            Plaintiff, | Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727 |
| 15       v. | |
| 16  MATTEL, INC,, a Delaware corporation, | **PROOF OF SERVICE** |
| 17            Defendant. | |
| 18 | |
| 19  AND CONSOLIDATED ACTIONS. | |
| 20 | |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

On October 12, 2010, I served true copies of the following document(s) described as:

1. APPLICATION TO FILE UNDER SEAL

2. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

3. GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

4. SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

5. DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

6. DECLARATION OF GUSTAVO MACHADO IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

7. GUSTAVO MACHADO'S NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN COUNTRY'S LAW IN SUPPORT OF MOTION FOR

| | |
|---|---|
| 1 | SUMMARY JUDGMENT IN DECLARATION OF MARK E. OVERLAND [RULE 44.1] |
| 2 | |
| 3 | 8.  DECLARATION OF MARK E. OVERLAND CONCERNING FOREIGN LAW |
| 4 | |
| 5 | 9.  JOINDER IN MGA PARTIES' MOTION FOR SUMMARY JUDGMENT |
| 6 | |
| 7 | 10.  [Proposed] SUMMARY JUDGMENT |

on the interested parties in this action as follows:

| | |
|---|---|
| Michael T. Zeller, Esq.<br>michaelzeller@quinnemanuel.com<br><br>Dylan Proctor, Esq.<br>dylanproctor@quinnemanuel.com<br><br>Jon D. Corey, Esq.<br>joncorey@quinnemanuel.com<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 So. Figueroa St., 10th Fl.<br>Los Angeles, CA 90017-2543 | William A. Molinski, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S. Figueroa St., Ste. 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com |
| Annette L. Hurst, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard St.<br>San Francisco, CA 94104<br>ahurst@orrick.com | Thomas McConville, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Ste. 1600<br>Irvine, CA 92614<br>tmcconville@orrick.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission from e-mail address **acote@scheperkim.com** on October 12, 2010, by transmitting a PDF format copy of such documents to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 12, 2010, at Los Angeles, California.

Pam Poloski

CV 04-9049 DOC (RNBx)

PROOF OF SERVICE