1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 |   John B. Quinn (Bar No. 090378)
      (johnquinn@quinnemanuel.com)
3 |   Michael T. Zeller (Bar No. 196417)
      (michaelzeller@quinnemanuel.com)
4 | 865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
5 | Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

6 | Attorneys for Mattel, Inc., and Mattel de
    Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7 |
8 |                UNITED STATES DISTRICT COURT
9 |               CENTRAL DISTRICT OF CALIFORNIA
10 |                    SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware        | CASE NO. CV 04-9049 DOC (RNBx)
     corporation,                   | Consolidated with
12 |                                 | Case No. CV 04-09059
                                     | Case No. CV 05-02727
              Plaintiff,            |
13 |                                 | Hon. David O. Carter
           vs.                      |
14 |                                 | **APPLICATION TO FILE UNDER SEAL**
     MGA ENTERTAINMENT, INC., a     | **MATTEL, INC.'S MOTION AND**
15 | California corporation, et. al.,| **NOTICE OF MOTION TO COMPEL**
                                     | **FURTHER DEPOSITION OF MGA**
16 |          Defendants.           | **30(B)(6) RE: REMAINING**
                                     | **COUNTERCLAIMS-IN-REPLY**
17 | AND CONSOLIDATED ACTIONS       |
18 |                                 | [[Proposed] Order Filed Concurrently
                                     | Herewith]
19 |                                 |
20 |                                 | Hearing Date:    TBD
                                     | Time:            TBD
21 |                                 | Place:           Courtroom 9D
22 |                                 | Discovery Cut-off:  October 4, 2010
                                     | Pre-trial Conf:     January 4, 2011
23 |                                 | Trial Date:         January 11, 2011
24 |
25 |
26 |
27 |
28 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the
3  Court order filed under seal Mattel, Inc.'s Motion and Notice of Motion to Compel
4  Further Deposition of MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply.

5    Mattel, Inc.'s Motion and Notice of Motion to Compel Further Deposition of
6  MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply references and quotes
7  deposition testimony and documents that have been designated "Confidential –
8  Attorneys' Eyes Only" by the MGA Parties.

9    In light of these designations, Mattel seeks permission to file under seal
10 Mattel, Inc.'s Motion and Notice of Motion to Compel Further Deposition of MGA
11 30(b)(6) Re: Remaining Counterclaims-in-Reply.

12    For the foregoing reasons, Mattel requests that the Court order that Mattel,
13 Inc.'s Motion and Notice of Motion to Compel Further Deposition of MGA 30(b)(6)
14 Re: Remaining Counterclaims-in-Reply be filed under seal.

16 DATED:  October 12, 2010           QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


18                                    By  /s/ Michael T. Zeller
19                                       Michael T. Zeller
                                         Attorneys for Mattel, Inc., and Mattel de
20                                       Mexico, S.A. de C.V.