QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION AND NOTICE OF MOTION TO COMPEL FURTHER DEPOSITION OF MGA 30(B)(6) RE: REMAINING COUNTERCLAIMS-IN-REPLY<br><br>Hearing Date:　TBD<br>Time:　　　　　TBD<br>Place:　　　　Courtroom 9D<br><br>Discovery Cut-off:　October 4, 2010<br>Pre-trial Conf:　　　January 4, 2011<br>Trial Date:　　　　　January 11, 2011 |

[PROPOSED] ORDER

1 [~~PROPOSED~~] ORDER

2 Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s
3 Motion and Notice of Motion to Compel Further Deposition of MGA 30(b)(6) Re:
4 Remaining Counterclaims-in-Reply and good cause appearing therefore,
5 IT IS HEREBY ORDERED:
6 Mattel, Inc.'s Motion and Notice of Motion to Compel Further Deposition of
7 MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply is ORDERED filed under
8 seal pursuant to Local Rule 79-5.1.

DATED: October 13, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge