1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel: (415) 773-5700/Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
   Attorneys for MGA Parties and IGWT 826 Investments LLC
13

14                UNITED STATES DISTRICT COURT

15                CENTRAL DISTRICT OF CALIFORNIA

16                     SOUTHERN DIVISION

17 | CARTER BRYANT, an individual,         | Case No. CV 04-9049-DOC (RNBx)
18 |                  Plaintiff,           | Consolidated with:
   |                                       | Case No. CV 04-9059 & CV 05-2727
19 |       v.                              |
   |                                       | Hon. David O. Carter
20 | MATTEL, INC., a Delaware corporation, |
21 |                                       | **DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL FURTHER DEPOSITION OF MGA 30(B)(6) RE: REMAINING COUNTERCLAIMS-IN-REPLY**
22 |                  Defendant.           |
23 |                                       |
   | AND CONSOLIDATED ACTIONS              |
24 |                                       | Date:   TBD
25 |                                       | Time:   TBD
   |                                       | Place:  Courtroom 9D
26 |                                       |
   |                                       | **Discovery Cut-off:    October 4, 2010**
27 |                                       | **Pre-trial Conference: January 4, 2011**
   |                                       | **Trial Date: January 11, 2010**
28

## DECLARATION OF WILLIAM A. MOLINSKI

I, WILLIAM A. MOLINSKI, declare:

1.  I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  I was present at the October 5, 2010 deposition of Isaac Larian. We brought with us to that deposition boxes of documents and notebooks that Mr. Larian used to prepare for the deposition. Included were (1) sign-in sheets for toy fairs; (2) confidentiality agreements for toy fairs; (3) press releases; (4) new articles; (5) MGA catalogs and sell sheets given to retailers at toy fairs; (6) MGA's detailed interrogatory responses; and (7) various other documents. An additional box of documents arrived shortly after the start of the deposition. At the beginning of the deposition, I offered to Mr. Zeller to review these documents as he felt appropriate. He did not do so then or at any time during the deposition.

3.  In 2007, MGA produced the same ASM news article that Mattel claims in its brief was never produced by MGA. (Motion, p. 7:18-19). It was produced as bates no. MGA 0071554 and was introduced as an Exhibit by another Mattel lawyer at a deposition list month as Exhibit 9350.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on the 15th of October, 2010.

*/s/ William A. Molinski*
William A. Molinski