ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' EX PARTE APPLICATION TO MODIFY STIPULATED PROTECTIVE ORDER TO PERMIT ACCESS TO "AEO" MATERIALS IN SUMMARY JUDGMENT FILINGS**<br><br>**Hon. David O. Carter**<br>Date: TBD<br>Time: TBD<br>Dept: Courtroom 9D |

I, Thomas S. McConville, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Ex Parte Application to Modify Stipulated Protective Order to Permit Access to "AEO" Materials in Summary Judgment Filings. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of an Excerpt of Transcript of March 31, 2008 hearing.

3. Attached hereto as **Exhibit B** is a true and correct copy of a Minute Order dated March 31, 2008, Docket Number 2921.

4. Attached hereto as **Exhibit C** is a true and correct copy of an Excerpt of Transcript of May 14, 2008 hearing.

5. Attached hereto as **Exhibit D** is a listing of documents filed by the Parties in relation to their Motions for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on October 16, 2010, at Irvine, California.

_____
Thomas S. McConville

- 1 -

McConville Decl. ISO Ex Parte App to Modify PO to
Permit Access to "AEO" Materials in SJM Filings
CV-04-9049 SGL (RNBX)