# Exhibit C

Transcript of Proceedings (Larson) 5/14/2008 12:00:00 PM

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                        EASTERN DIVISION
 4                            - - -
 5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING
 6                            - - -
 7   CARTER BRYANT, ET. AL.,        )
                                    )
 8                    PLAINTIFFS,   )
                                    )
 9             VS.                  )  NO. ED CV 04-09049
                                    )  (LEAD LOW NUMBER)
10   MATTEL, INC., ET. AL.,         )
                                    )
11                    DEFENDANTS.   )  TELECONFERENCE
     _____ )  RE:  AEO DOCUMENTS
12   AND CONSOLIDATED ACTIONS,      )
                                    )
13
14
15              REPORTER'S TRANSCRIPT OF PROCEEDINGS
16                     RIVERSIDE, CALIFORNIA
17                    WEDNESDAY, MAY 14, 2008
18                          12:07 P.M.
19
20
21
22
23              THERESA A. LANZA, RPR, CSR
                FEDERAL OFFICIAL COURT REPORTER
24              3470 12TH STREET, RM. 134
                RIVERSIDE, CALIFORNIA  92501
25                    951-274-0844
                   WWW.THERESALANZA.COM
```

```
 1   APPEARANCES (TELEPHONICALLY):
 2
 3   ON BEHALF OF CARTER BRYANT:
 4                    KEKER & VAN NEST
                      BY:  MATTHEW M. WERDEGAR
 5                    710 SANSOME STREET
                      SAN FRANCISCO, CALIFORNIA   94111-1704
 6                    415-391-5400
 7
 8   ON BEHALF OF MATTEL:
 9                    QUINN EMANUEL
                      BY:  TIMOTHY ALGER
10                    865 S. FIGUEROA STREET,
                      10TH FLOOR
11                    LOS ANGELES, CALIFORNIA   90017
                      213-624-7707
12
13
     ON BEHALF OF MGA ENTERTAINMENT:
14
                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
15                    BY:  THOMAS J. NOLAN
                      BY:  JASON RUSSELL
16                    300 SOUTH GRAND AVENUE
                      LOS ANGELES, CALIFORNIA   90071-3144
17                    213-687-5000
18
19
20
21
22
23
24
25
```

```
 1   IN OPEN COURT, OUR INSTRUCTIONS BY THE COURT BEFORE THE SUMMARY
 2   JUDGMENT ARGUMENT WERE THAT YOU WANTED ALL OF THE DOCUMENTS
 3   RELATING TO THE SUMMARY JUDGMENT MOTION TO BE CLEARED BY THE
 4   PARTIES.  AND WE ARE IN A POSITION, AND WE'VE ALWAYS BEEN IN A
 5   POSITION, TO ARGUE TO THE COURT THAT WAY, THAT EVERYTHING WAS
 6   IN THE PUBLIC DOMAIN; SO I DIDN'T WANT TO HAVE ANY CONFUSION
 7   WITH RESPECT TO THAT, YOUR HONOR.
 8            THE COURT:  ALL RIGHT.  VERY GOOD.
 9            LETS PROCEED AS WE DISCUSSED EARLIER.  I WILL ISSUE A
10   MINUTE ORDER ON THIS PARTICULAR HEARING.  I'LL LOOK AT THAT
11   JOINT REPORT.  THE PARTIES SHOULD CONTINUE TO MEET AND CONFER
12   IN TERMS OF WHAT DOCUMENTS THAT HAVE BEEN FILED AND THAT THEY
13   WANT TO CONTINUE TO BE PROTECTED.  WE'LL TAKE THAT UP AND I'LL
14   ISSUE A FINAL ORDER ON MONDAY.
15            MR. ALGER, I THINK THIS LAST CLARIFICATION BY
16   MR. NOLAN ADDRESSES THE CONCERN THAT YOU RAISED AS TO WHETHER
17   WE'RE TALKING ABOUT ALL AEO DOCUMENTS OR JUST THE ONES THAT
18   HAVE BEEN FILED WITH THE COURT.
19            IS THAT CORRECT?
20            MR. ALGER:  I UNDERSTAND THAT MR. NOLAN WANTS
21   DOCUMENTS UNSEALED SUCH THAT HE CAN SHOW THEM TO HIS CLIENTS IN
22   ANTICIPATION OF THE BOUSQUETTE DEPOSITION.
23            IS THAT CORRECT?
24            MR. NOLAN:  THAT'S CORRECT.
25            THE COURT:  VERY GOOD.
```

1        MR. ALGER:  AND THAT MR. NOLAN IS NOT SEEKING AN

2   ORDER, AND THE COURT IS NOT ISSUING AN ORDER RIGHT NOW, THAT IS

3   TAKING DOCUMENTS OUT FROM UNDER THE PROTECTIVE ORDER OTHERWISE.

4        THE COURT:  THAT IS CORRECT.  ALL THAT WE'RE

5   ADDRESSING HERE ARE DOCUMENTS THAT HAVE BEEN FILED WITH THE

6   COURT.  AND THIS, I THINK, WAS YOUR ANALYSIS EARLIER,

7   MR. ALGER.  IT DOESN'T RISE TO THE FIRST AMENDMENT ISSUE UNTIL

8   AND UNLESS IT'S ACTUALLY FILED WITH THE COURT, USED AS AN

9   EXHIBIT IN TRIAL, ET CETERA, ET CETERA.

10       MR. ALGER:  THAT'S RIGHT, YOUR HONOR.

11       AND, AGAIN, THE FACT OF THE MATTER IS, WE, MATTEL,

12  HAVE NO PROBLEM WITH THE UNSEALING OF THE MSJ DOCUMENTS SUBJECT

13  TO THE JOINT REPORT AND SUBJECT TO THE USE OF THE CORRECTED

14  EXHIBIT 86 THAT WAS ATTACHED TO A DECLARATION THAT I FILED ON

15  APRIL 17, 2008; SO THE ORIGINAL EXHIBIT 86 TO THE ZELLER

16  DECLARATION NEEDS TO REMAIN UNDER SEAL; THAT WOULD BE AN

17  ADDITIONAL DOCUMENT.

18       THE COURT:  VERY GOOD.

19       MR. ALGER:  BUT OTHER THAN THAT, WE'RE FINE WITH THE

20  COURT SO ORDERING THE UNSEALING OF THE BALANCE OF THE MSJ

21  DOCUMENTS AS OF TODAY.

22       THE COURT:  COUNSEL, YOU CAN CONSIDER IT ORDERED AS

23  OF THIS MOMENT.  I WILL ISSUE A MINUTE ORDER TODAY TO THAT

24  EFFECT.  I'LL CONSULT THE JOINT REPORT TO ADOPT THE APPROPRIATE

25  LANGUAGE.  BUT JUST FOR YOUR PREPARATION PURPOSES, YOU MAY

```
1                           CERTIFICATE
2
3    I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
4    THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
5    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.
6
7    _____           _____
     THERESA A. LANZA, CSR, RPR                        DATE
8    FEDERAL OFFICIAL COURT REPORTER
9
10
...
25
```