# Exhibit D

<u>Documents Filed In Support of Motion For Summary Judgment</u>

*Carter Bryant v. Mattel, Inc.*

**Case No. CV 04-9049-DOC (RNBx)**

| Document |
|---|
| MGA Parties' Motion For Summary Judgment In 05-2727 Action |
| Declaration Of Warrington S. Parker In Support Of MGA Parties' Motion For Summary Judgment |
| Appendix Of Previously Marked Exhibits In Support Of MGA Parties' Motion For Summary Judgment |
| Compendium Of Deposition Testimony In Support Of MGA Parties' Motion For Summary Judgment |
| Compendium Of Written Discovery In Support Of MGA Parties' Motion For Summary Judgment |
| Compendium Of Alleged Carter Bryant Trade Secrets In Support Of MGA Parties' Motion For Summary Judgment |
| Compendium Of Alleged Trade Secret Documents In Support Of MGA Parties' Motion For Summary Judgment |
| Separate Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of The MGA Parties' Motion For Summary Judgment |
| **Mattel, Inc.'s Notice Of Motion And Motion For Partial Summary Judgment; Memorandum Of Points And Authorities** |
| **Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| **Declaration Of B. Dylan Proctor In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| **Mattel, Inc.'s Separate Statement Of Uncontested Facts And Conclusions Of Law In Support Of Its Notice Of Motion And Motion For Partial Summary Judgment** |
| **Declaration Of David Traughber In Support Of Mattel, Inc.'s Motion** |

- 1 -

EXHIBIT D TO EX PARTE TO MODIFY PROTECTIVE ORDER
CASE NO. CV 04-9049-DOC (RNBX)

Exhibit D, Page 19

| | Document |
|---|---|
| 1-2 | |
| 3 | **For Partial Summary Judgment** |
| 4-5 | **Declaration Of Kim Graham In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 6-7 | **Supplemental Declaration Of Kim Graham In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 8 | **Declaration Of Richard De Anda In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 9-10 | **Declaration Of Laura Owens In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 11-12 | **Declaration Of Bryan Stockton In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 13-14 | **Declaration Of Steve Totzke In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 15-16 | **Declaration Of Roberto Isaias In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 17-18 | **Declaration Of Ricardo Ibarra Garcia In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 19-20 | **Declaration Of Michael Shore In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 21 | **Declaration Of Jill Nordquist In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 22-23 | **Declaration Of Guy Weisenburger In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 24-25 | **Declaration Of Michael J. Wagner In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 26-27 | **Declaration Of Allison Willensky In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| 28 | **Declaration Of Lily Martinez In Support Of Mattel, Inc.'s Motion For** |

| Document |
|---|
| **Partial Summary Judgment** |
| **Declaration Of Rene Pasko In Support Of Mattel, Inc.'s Notice Of Motion And Motion For Partial Summary Judgment** |
| **Declaration Of Alan Kaye In Support Of Mattel, Inc.'s Notice Of Motion And Motion For Partial Summary Judgment** |
| **Declaration Of Jill Thomas In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| **Declaration Of Melissa Hogan In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |
| **Declaration Of Helena Mills In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment** |