1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA  94105-2669
   Tel: (415) 773-5700/Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710

12 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES' EX PARTE APPLICATION TO MODIFY STIPULATED PROTECTIVE ORDER TO PERMIT ACCESS TO "AEO" MATERIALS IN SUMMARY JUDGMENT FILINGS**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom: 9D |

1  The Court, having considered the MGA Parties' Ex Parte Application to
2  Modify Stipulated Protective Order to Permit Access to "AEO" Materials in
3  Summary Judgment Filings hereby grants the relief requested. The Protective
4  Order will be modified to permit Isaac Larian and MGA access to the AEO sections
5  of the summary judgment motions, oppositions, replies, and all supporting evidence
6  submitted by the parties with those filings.

**IT IS HEREBY ORDERED**.

Dated: _____, 2010

Honorable David O. Carter
United States District Judge