UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                             Date   October 15, 2010

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                              Attorneys Present for Defendants:

none present                                                                 none present

Proceedings:    IN CHAMBERS: CONTINUING HEARING DATE

On the Court's own motion, the hearing on the following motions is continued from November 15, 2010 to November 16, 2010 at 1:30 p.m.:

Defendant-in-Intervention MGA Entertainment Inc's Motion to Confirm Dismissal of 04-9059 Action [8922];

Mattel Inc's Motion for Partial Summary Judgment;

MGA's Parties' Motion for Summary Judgment in 05-2727 Action;

Gustavo Machado's Motion for Summary Judgment on Mattel's First Third, Fifth, Seventh, Ninth and Eleventh Counterclaims; Motion for Partial Summary Judgment as to Third Counterclaim.

The hearing on November 16, 2010 will be held from 1:30 p.m. until 5:30 p.m. only.  If further hearing is required, the hearing will be held on November 17, 2010 starting at 1:30.

                                                                                                                     :   00

                                                                        Initials of Preparer   kp