# EXHIBIT A

**Valerie Lozano**

| | |
|---|---|
| **From:** | Scott Watson |
| **Sent:** | Monday, October 18, 2010 12:48 PM |
| **To:** | Valerie Lozano |
| **Subject:** | Fw: 8/25 Hearing |

```
------Original Message------
From: Annette Hurst
To: Annette Hurst
To: Scott Watson
Cc: Thomas S. McConville
Cc: Rutowski, Diana
Cc: Mingrone, Denise
Subject: RE: 8/25 Hearing
Sent: Aug 17, 2010 1:18 PM
```

Scott:  Related to Mattel's request to move the 8/25 hearing (to which we have tentatively agreed below), we are going to be filing a motion for a finding of waiver of the attorney-client privilege related to Mattel's investigations in 2002 and 2003.  We would like it to be heard at the same time as the two matters previously on calendar for 8/25, as there are similar issues involved.   Please advise as to whether Mattel will agree to have them all heard at the same time, and if so, please propose a briefing schedule acceptable to Mattel.  Thanks.  Annette From: Hurst, Annette Sent: Tuesday, August 17, 2010 1:05 PM To: Scott Watson Cc: McConville, Thomas Subject: 8/25 Hearing Scott:  Tom said you guys want to move the 8/25 hearing.  I cannot do 9/1 and would not be able to start until the afternoon of 9/2, but could do it that afternoon.  We're still waiting to hear back from one witness on availability, but assuming that works out then we can do afternoon of 9/2.  If you want to prepare a stip and proposed order on the assumption we can work it out, that is fine with us.  Annette  Annette L. Hurst Partner ORRICK, HERRINGTON & SUTCLIFFE LLP SAN FRANCISCO tel (415) 773-4585 fax (415) 773-5759 ahurst@orrick.com www.orrick.com   "EMF <orrick.com>" made the following annotations. ------------------------------------------------------------ ============================================================ IRS Circular 230 disclosure: To ensure compliance with requirements

1