FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
4   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
5   Facsimile: (213) 443-3100

6   Attorneys for Mattel, Inc., and Mattel de
    Mexico, S.A. de C.V.

7                 UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                     SOUTHERN DIVISION

10  MATTEL, INC., a Delaware            CASE NO. CV 04-9049 DOC (RNBx)
11  corporation,                        Consolidated with
                                        Case No. CV 04-09059
12              Plaintiff,              Case No. CV 05-02727

13        vs.                           Hon. David O. Carter

14  MGA ENTERTAINMENT, INC., a          **APPLICATION TO FILE UNDER SEAL
    California corporation, et. al.,    MATTEL INC.'S OPPOSITION TO
15                                      MGA'S EXPEDITED MOTION TO
                                        ALLOW SERVICE OF DEPOSITION
16              Defendants.             SUBPOENA VIA ELECTRONIC MAIL
                                        AND/OR POST OFFICE ADDRESS**
17  AND CONSOLIDATED ACTIONS
                                        [[Proposed] Order Filed Concurrently
18                                      Herewith]

19                                      Hearing Date:      TBD
20                                      Time:              TBD
                                        Place:             Courtroom 9D
21
                                        Discovery Cut-off:  October 4, 2010
22                                      Pre-trial Conf:     January 4, 2011
                                        Trial Date:         January 11, 2011
23

24

25

26

27

28

00505.07975/3725529.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by
2    the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the
3    Court order filed under seal Mattel's Opposition to MGA's Expedited Motion to
4    Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office
5    Address.

6    Mattel's Opposition to MGA's Expedited Motion to Allow Service of
7    Deposition Subpoena Via Electronic Mail and/or Post Office Address references and
8    quotes documents that have been designated "Confidential – Attorneys' Eyes Only"
9    by the MGA Parties.

10    In light of these designations, Mattel seeks permission to file under seal
11    Mattel's Opposition to MGA's Expedited Motion to Allow Service of Deposition
12    Subpoena Via Electronic Mail and/or Post Office Address, and respectfully requests
13    that the Court order that Mattel's Opposition to MGA's Expedited Motion to Allow
14    Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address be
15    filed under seal.

16

17    DATED:  October 13, 2010          QUINN EMANUEL URQUHART &
                                        SULLIVAN. LLP
18

19                                      By  /s/ Michael T. Zeller
20                                          Michael T. Zeller
                                            Attorneys for Mattel, Inc., and Mattel de
21                                          Mexico. S.A. de C.V.

22

23

24

25

26

27

28

00505.07975/3725529.1

-2-

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL