```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
       John B. Quinn (Bar No. 090378)
 2     (johnquinn@quinnemanuel.com)
       Michael T. Zeller (Bar No. 196417)
 3     (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 5  Facsimile: (213) 443-3100

 6  Attorneys for Mattel, Inc., and Mattel de
    Mexico, S.A. de C.V.
 7
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S OPPOSITION TO MGA'S EXPEDITED MOTION TO ALLOW SERVICE OF DEPOSITION SUBPOENA VIA ELECTRONIC MAIL AND/OR POST OFFICE ADDRESS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3725532.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to MGA's Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA's Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 14, 2010

*[signature]*
Hon. David O. Carter
United States District Judge