UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                    Date: October 18, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): ORDER GRANTING LEAVE TO DESIGNATE ADDITIONAL COUNSEL TO APPEAR AT HEARINGS ON PENDING MOTIONS FOR SUMMARY JUDGMENT

   Though the Court has previously instructed that only two lead counsel may appear on behalf of each party at hearings before the Court, the Motions for Summary Judgment filed on October 12, 2010 raise complex and expansive issues of fact and law, and each party may benefit from designating an additional attorney to argue on its behalf at the hearings on these motions. Accordingly, the Court GRANTS each party leave to identify any number of additional counsel who may appear on its behalf at the hearings on the pending motions for summary judgment. The parties shall identify these additional counsel by name in a filing submitted no more than five days before the hearing on the pending summary judgment motions.

   The Clerk shall serve this minute order on all parties to the action.