Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Tel: 213.629.7400/Fax: 213.629.7401
Email: silva.roy@arentfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Phase 2 Discovery Matter Order No. 105, Regarding Further In Camera Review of MGA Documents Provided Pursuant to Order No. 100; (2) Application to File Document Under Seal; and (3) [Proposed] Order Granting Application to File Document Under Seal

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

| October 19, 2010 | /s/ Robert C. O'Brien |
|---|---|
| Date | Attorney Name |
| | |
| | Discovery Master |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)    **NOTICE OF MANUAL FILING**    American LegalNet, Inc.
www.FormsWorkflow.com