| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 3 | Orrick, Herrington & Sutcliffe LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 5 | Telephone: 415-773-5700 |
|   | Facsimile: 415-773-5759 |
| 6 | |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
|   | wmolinski@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA 90017 |
| 9 | Telephone: 213-629-2020 |
|   | Facsimile: 213-612-2499 |
| 10 | |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
|   | tmcconville@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
|   | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
|   | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **PROOF OF SERVICE VIA HAND DELIVERY** |
| AND CONSOLIDATED ACTIONS | Date: TBD |
| | Time: TBD |
| | Place: Courtroom 9D |
| | Trial Date: January 11, 2011 |

# PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On October 18, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S OCTOBER 8, 2010 ORDER;

4. PROOF OF SERVICE VIA HAND DELIVERY

[x] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

<u>Counsel for Mattel. Inc.</u>

Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2010, at Los Angeles, California.

_Isaac Trenco_                         _____
                                        USA Legal Networks, Inc.

- 1 -

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)