ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties and IGWT 826

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**NOTICE OF ERRATA RE MGA'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT** |
| AND CONSOLIDATED CASES | **Hearing Date: TBD**<br>**Time: TBD**<br>**Courtroom: 9D**<br><br>**Hon. David O. Carter** |

1  On October 13, 2010, counsel for MGA Entertainment, Inc., MGA
2  Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian (the
3  "MGA Parties") manually filed with the court and served upon counsel, among
4  other documents, "MGA's Separate Statement of Uncontroverted Facts and
5  Conclusions of Law in Support of the MGA Parties' Motion for Summary
6  Judgment." On October 18, 2010, counsel for the MGA Parties delivered to the
7  Court electronic courtesy copies of the same on USB flash drives.
8  Counsel subsequently discovered that during a last minute global find and
9  replace, the word "No." was mistakenly replaced with "#" in a number of
10 deposition responses. Counsel for the MGA Parties is hereby manually filing and
11 serving hard and electronic copies of a "[CORRECTED] MGA's Separate
12 Statement of Uncontroverted Facts and Conclusions of Law in Support of the MGA
13 Parties' Motion for Summary Judgment," which corrects this and other small
14 errors. Specifically, the corrected version makes the following changes:

15     1. Replaces "#" with "No." to accurately reflect deposition testimony;
16     2. Adds mistakenly omitted pin cites for WSP Decl. Exs. 59 and 61;
17     3. Fixes an error in the lower right caption on the last 104 pages, and;
18     4. Corrects the page numbering on the last 104 pages. Previously, page 944 was followed by page 934 with the numbering continuing sequentially thereafter.

21 Counsel for the MGA Parties has made no other changes besides those set
22 forth above.

24 Dated: October 22, 2010     ORRICK, HERRINGTON & SUTCLIFFE LLP

26     By:    */s/ Denise M. Mingrone*
27     Denise M. Mingrone
    Attorneys for Attorneys for MGA Parties

- 1 -

NOTICE OF ERRATA
CV-04-9049 DOC (RNBx)