QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER TO COMPEL DISCOVERY OF FORMER MGA EMPLOYEE PERSONNEL FILES, CONTACT INFORMATION AND DOCUMENTS RE COUNTERCLAIMS IN REPLY; MEMORANDUM OF POINTS AND AUTHORITIES, AND PROPOSED ORDER<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:     TBD<br>Time:              TBD<br>Place:             TBD<br><br>Pre-trial Conf:     January 4, 2011<br>Trial Date:         January 11, 2011 |

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby respectfully request that the Court order filed under seal Mattel, Inc.'s *Ex Parte* Application for Order to Compel Discovery of Former MGA Employee Personnel Files, Contact Information and Documents Re Counterclaims in Reply and Proposed Order, because they reference and quote documents, depositions, and confidential business information that have been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

The documents that Mattel requests be filed under seal and the support for that designation are individually listed below:

1)   Mattel, Inc.'s *Ex Parte* Application for Order to Compel Discovery of Former MGA Employee Personnel Files, Contact Information and Documents Re Counterclaims in Reply.

In light of these designations, Mattel seeks permission to file each of the above-listed documents under seal.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s *Ex Parte* Application for Order to Compel Discovery of Former MGA Employee Personnel Files, Contact Information and Documents Re Counterclaims in Reply be filed under seal.

DATED:  October 25, 2010      QUINN EMANUEL URQUHART & SULLIVAN. LLP


By   /s/ Michael T. Zeller
      Michael T. Zeller
      Attorneys for Mattel, Inc., and Mattel de
      Mexico. S.A. de C.V.