QUINN EMANUEL URQUHART & SULLIVAN, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER TO COMPEL DISCOVERY OF FORMER MGA EMPLOYEE PERSONNEL FILES, CONTACT INFORMATION AND DOCUMENTS RE COUNTERCLAIMS IN REPLY; MEMORANDUM OF POINTS AND AUTHORITIES |

[PROPOSED] ORDER

1

2   Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s

3   *Ex Parte* Application for Order to Compel Discovery of Former MGA Employee

4   Personnel Files, Contact Information and Documents Re Counterclaims in Reply,

5   and good cause appearing therefore,

6               IT IS HEREBY ORDERED:

7   The following documents are ORDERED filed under seal pursuant to

8   <u>Local Rule</u> 79-5.1, Mattel, Inc.'s *Ex Parte* Application for Order to Compel

9   Discovery of Former MGA Employee Personnel Files, Contact Information and

10  Documents Re Counterclaims in Reply.

11

12

13  DATED:                           . 2010

                                     Hon. David O. Carter
14                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00811.GL580/3744162.1

-2-
[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL