QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>             Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER TO COMPEL DISCOVERY OF FORMER MGA EMPLOYEE PERSONNEL FILES, CONTACT INFORMATION AND DOCUMENTS RE COUNTERCLAIMS IN REPLY |

[PROPOSED] ORDER

Having considered the parties' briefing on Mattel, Inc.'s *Ex Parte* Application For Order Granting Expedited Discovery On MGA's Purported "Counterclaims-In-Reply" (the "Application") and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. MGA Entertainment, Inc. ("MGA") shall produce the following:

    A. Personnel files and last known telephone numbers of Angelika Sternberg, Janine Firth, Janet Han, and Sandrine de Raspide, and personnel files of Lisa Saunders, Patrick Potgiesser and Shawn Brower.

    B. The last known address of Janet Han.

    C. Documents responsive to Mattel's August 25, 2010 Set of Requests for Documents and Things to MGA Entertainment, Inc. Regarding Reply to the Fourth Amended Answer, served August 25, 2010, consistent with the Parties' stipulation of October 8, 2010 (Docket No. 8921) from the paper and electronic files of Janine Firth, Sandrine de Raspide, Lisa Saunders, Patrick Potgiesser and Shawn Brower.

2. Mattel shall be permitted to take the depositions of Angelika Sternberg, Janine Firth, Janet Han and Sandrine de Raspide after November 1, 2010.

DATED:                              . 2010
                                    Hon. David O. Carter
                                    United States District Judge