**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                       Date: October 25, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): MATTEL'S MOTION FOR PROTECTIVE ORDER RE: MGA'S DEPOSITIONS OF FRANKE AND STOCKTON

       Mattel's Motion for Protective Order re: MGA's Depositions of Franke and Stockton is GRANTED IN PART AND DENIED IN PART. For the reasons discussed in the October 21, 2010 Order striking as moot MGA's Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail, Mattel may not depose Franke and Stockton about the "evidence" allegedly suppressed in order to "further Mattel's claims in this litigation." (*See* Opp. at 1.) Although MGA's RICO counterclaim-in-reply alleges the suppression of relevant evidence, the Court has already concluded that the deposition of Mattel's 30(b)(6) designee is the most appropriate vehicle for the discovery of such information. MGA's attempt to depose *other* individuals about "relevant" evidence allegedly suppressed — *i.e.*, evidence relevant to other claims and counterclaims in this expansive litigation — circumvents the October 4, 2010 discovery cut-off for all issues unconnected to the counterclaims in reply. It would be a "fishing expedition[] to identify information not previously obtained during discovery." (Dkt. 8974 at 7.)

       The Discovery Master shall preside over the depositions in a manner consistent with the terms of both this Order and the October 21, 2010 Order.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                      Initials of Deputy Clerk kp
CIVIL - GEN                                                                                Page 1 of 1