UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                      Date: October 26, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                    NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING FILING OF BRIEFING RE: MATTEL'S OCTOBER 25, 2010 EX PARTE APPLICATION

      MGA shall may file a brief in opposition to Mattel's October 25, 2010 *ex parte* Application on or before October 27, 2010 at 8:00 a.m. Mattel's reply brief in response to MGA's Opposition, if any, may be filed on or before October 27, 2010 at 10:00 a.m. Both briefs **may not** be filed under seal.

      The Clerk shall serve this minute order on all parties to the action.