1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710
   Attorneys for MGA Parties
14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                  SOUTHERN DIVISION

18 | CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |

19 | Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |

20 | v. | |

21 | MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
22 | | **PROOF OF SERVICE VIA HAND DELIVERY** |
23 | Defendant. | |
   | | Date:        TBD |
24 | | Time:        TBD |
   | AND CONSOLIDATED ACTIONS | Place:       Courtroom 9D |
25 | | |
26 | | Trial Date:   January 11, 2011 |
27
28

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

1

## PROOF OF SERVICE BY HAND DELIVERY

2

I, declare I am a resident of the State of California and over the age of

3

eighteen years, and not a party to the within action; my business address is USA

4

Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

5

On October 27, 2010, I served the following document(s):

6       1.      **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S** *EX*
                *PARTE* **APPLICATION FOR ORDER TO COMPEL**
7               **DISCOVERY OF FORMER MGA PERSONNEL FILES,**
                **CONTACT INFORMATION AND DOCUMENTS RE**
8               **COUNTERCLAIMS IN REPLY; and**

9       2.      **PROOF OF SERVICE VIA HAND DELIVERY**

10  ☒          by personally delivering the document(s) listed above to the
               person(s) at the address(es) set forth below:
11
            Counsel for Mattel. Inc.
12
            Michael T. Zeller, Esq.
13          michaelzeller@quinnemanuel.com
            Brett D. Proctor
14          dylanproctor@quinnemanuel.com
            Jon D. Corey, Esq.
15          joncorey@quinnemanuel.com
            QUINN EMANUEL URQUHART & SULLIVAN, LLP
16          865 South Figueroa Street, 10th Floor
            Los Angeles, CA 90017-2543
17          Telephone: (213) 443-3000
            Facsimile: (213) 443-3100
18

19          I declare under penalty of perjury that the foregoing is true and correct.

20          Executed on October 27, 2010, at Los Angeles, California.

21

22      _Isaac Trenco_                                    _Aaron Jr_
                                                          USA Legal Networks, Inc.
23

24

25

26

27

28

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)