**FILED**

NOT FOR PUBLICATION

OCT 26 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>   Defendant-counter-claimant - Appellee,<br><br>  v.<br><br>MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual,<br><br>   Counter-defendants - Appellants,<br><br>CARTER BRYANT, an individual,<br><br>   Plaintiff-counter-defendant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity,<br><br>   Counter-defendants,<br><br>ANNE WANG,<br><br>   Third-party-defendant, | No. 09-55673<br><br>D.C. No. 2:04-cv-09049-DOC-RNB<br><br>ORDER  |

| | |
|---|---|
| **OMNI 808 INVESTORS LLC,**<br><br>Movant. | |

| | |
|---|---|
| **CARTER BRYANT, an individual,**<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>**MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; ISAAC LARIAN, an individual,**<br><br>    Counter-defendants - Appellees,<br><br>v.<br><br>**MATTEL, INC., a Delaware corporation,**<br><br>    Defendant-counter-claimant - Appellant,<br><br>**CARLOS GUSTAVO MACHADO GOMEZ, an individual; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity,**<br><br>    Counter-defendants. | No. 09-55812<br><br>D.C. No. 2:04-cv-09049-SGL-RNB |

**KOZINSKI**, Chief Judge:

MGA's unopposed motion for expedited issuance of the mandate is granted.

The mandate shall issue forthwith. <u>See</u> Fed. R. App. P. 41(b).