# APPENDIX

| | |
|---|---|
| From: | Angelika Sternberg - Germany Office |
| To: | ZAPF - Jorge Arceo; Zapf - Christophe Baudic; Onno Van De Werken - Benelux Office; ZAPF - Marian Davis |
| CC: | Paula Garcia; Janet Han; Alice Kao; Ron Brawer; Isaac Larian (President / CEO); Thomas Pfau - Germany Office; Laura Wiese |
| Sent: | 2/13/2008 4:24:04 PM |
| Subject: | Nuremberg Toy Fair 2008 |
| Attachments: | Nuremberg TF 2008 Competitive Report.doc |

Two of our colleagues have been able to enter the booth of our competitor and wrote the attached report.

Best regards,
Angelika



CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 3120922

# Report
# "M" booth
# Nuremberg TOY Fair 2008
# 10.02.2008

## Girls

1) **Fairies & Muses (TV)**
   a. Doll with skirt which changes style through touch of a button
   b. Two dolls taking hands and singing together
   c. Horse – eating function; flashing hooves; when combing the mane the horse starts singing
   d. House for the fairies and horse
   e. Diamond shaped carriage with horse

2) **Mariposa (Easter highlight):**
   World of fairies with wings which transform to large wings

3) **Shelly:**
   Little Shelly for the bathtub, Shelly sitting in a water lily spattering water; slide for the bathtub

4) **Barbie (Christmas highlight):**
   High quality Barbie with Christmas dress (red velvet with golden accessories)
   (TV; packed with DVD with the story "A Christmas Carol" of Charles Dickens

5) **Barbie Cruiser:**
   Large ship (like AIDA cruiser) with pool, it turns into a cruiser disco in the evening (disco style with light effects); room can be changed via elements that are turned around

6) **Barbie „Talk to me":**
   Barbie included shirt for the girl which has the same look/style like the doll

7) **Sleeping Beauty Castle**

8) **House for Barbie:**
   House can be designed by putting parts of the house together (parts of kitchen, bath with bathtub or shower etc.)

9) **Prima Ballerina Barbie:**
   Spinning Barbie as a ‚Prima ballerina' on a platform, includes key for holding the spinning Barbie without the platform in order to extend the play of the girl (MSRP: around €35,00)

10) **Barbie on Ice:**
    Large ice-skating Barbie (R/C) which does pirouettes, ice-skating moves like a swan (MSRP around €50,00)

11) **Barbie Mermaid (can swim in water)**

12) **Hairstyle:**
    Colouring parts of the Barbie hair by a stick of chalk
    Continuing themes of "Coole Zöpfe Barbie"
    1) Hair can be coloured
    2) Hair can be styled

CONFIDENTIAL - ATTORNEYS' EYES ONLY

9854.2

MGA2 3120923

13) **Barbie with fruit lip-gloss and glitter for the girl (not smelling)**

14) **Hannah Montana:**
    1) Doll Hannah Montana: together with the TV serial (hair turns from blond to dark by turning a part of the head), singing the songs from the TV serial,
    2) Sleeping room of doll can be changed into a stage via elements that are turned around

15) **Dino**
    D-Rex: remote controlled dinosaur (around 40 cm high) which makes loud and typical noises by touching/stroking the head/back

16) **Doll**
    ‚My lovely Baby' baby doll has grown older and comes with several functions around the bathing room: drinking sounds, speaks simple sentences like „Mommy, I got to go to the toilet". When put on the toilet (no potty) typical sounds will be played/the content of the toilet changes. When tap is turned doll interacts with basin ("wash my hands"). Brushing teeth function: when brush is put in front of dolls head she will start to turn her head. When blanket is put in dolls hand she will go to sleep.

## My Scene:
- Egyptian theme
- Winter theme
- Eye-catching packaging

## Mebees:

Can that has plush character inside. Play several stages of an attached game. At seventh stage can opens and hidden character can be revealed. Collecting theme

## Fisher Price:

1) **Children Keyboard for computer**
   Paint games (as windows paint) – different backgrounds, change colours, use stamp-function, air brush. Pictures can be printed. Large touch pad to paint on.

## Hot Wheels:

1) Motorcycle RC (remote control not with buttons but comparable to handheld of Nintendo Wii) RSP: around 80 €
2) Hot Wheels parcour: extendable and variable. Cars can be shot through parcours like done on domino day.
3) Water theme: shark – gorges diver – large boat composed of several smaller boats
4) Monster....

## Electronics:

1) Funkeys main station (MSRP: around 30 €)
2) Dolls to buy later on

Darmstadt, 13.02.2008/Kerstin+Katharina

9854.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    MGA2 3120924

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | Janine Firth |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2002-07-05 23:47:19:187 |
| **Received Date:** | 2002-07-05 23:47:19:187 |
| **Subject:** | RE: Samples |
| **Attachments:** | |

Ok. Sorry.

-----Original Message-----
From: Janine Firth
Sent: Friday, July 05, 2002 12:02 PM
To: Isaac Larian
Subject: FW: Samples

Please don't let too many people know about this, I could get in some major trouble.
Thanks,
Janine

-----Original Message-----
From: Janine Firth
Sent: Friday, July 05, 2002 12:01 PM
To: Gary Thomson
Subject: RE: Samples

We can't let the competitors know or they will pull my access card. Let's hope the word doesn't get out. Please tell the product managers....directors or whoever the managers are not to tell too many people in our company just incase we loose anyone to a competitor. If it goes back to the buyers I'm in deep!

-----Original Message-----
From: Gary Thomson
Sent: Friday, July 05, 2002 10:59 AM
To: Janine Firth
Subject: FW: Samples

A clarification from Jarik

-----Original Message-----
From: Jarik Sikat
Sent: Friday, July 05, 2002 10:40 AM
To: Ninette Pembleton; Gary Thomson
Subject: RE: Samples

The Hasbro Airplane is the R/C Power Air Surfer

Thank you,
Jarik R. Sikat
Action Figure

MGA Entertainment
16730 Schoenborn Street
North Hills, CA 91343-6122
Tel: (818) 894-2525 ext. 147
Fax: (818) 894-1666
www.mgae.com



Confidential - For Attorney's Eyes Only

MGA 0178922

8932-1

-----Original Message-----
**From:** Ninette Pembleton
**Sent:** Friday, July 05, 2002 10:38 AM
**To:** Gary Thomson
**Cc:** Jarik Sikat
**Subject:** FW: Samples

7/5

Gary

We would like to get our hands on one of each of the expansion skus to Rumble Cars. This would be the 1 Power Pack & 1 Rumble Trap. We would also like the new Hasbro Airplane.

Anything HULK would be extra special.

Ninette

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Friday, July 05, 2002 10:32 AM
**To:** Gary Thomson; Ninette Pembleton
**Subject:** RE: Samples

I dont know of specific names but please ask her to purchase:
  anything Barbie (especially if she can get her hands on My Scene Barbie)
  anything Fashion Polly Pocket
  anything new belonging to the Fashion Doll category
  anything that might look like threat to Sugar Planet

-----Original Message-----
**From:** Gary Thomson
**Sent:** Friday, July 05, 2002 9:42 AM
**To:** Ninette Pembleton; Paula Treantafelles
**Subject:** Samples

Janine has access to the sample store at Wal-Mart which takes all of the items that are plan-o-gramed and allow the employees to purchase. Please send me a list of any competitive samples you are looking for and I will see if she can get them for you.

FYI,

Gary Thomson
Senior Vice President of Sales
MGA Entertainment

Visit our Website at
http://www.mgae.com

And Bratz at
http://www.bratzpack.com

Confidential - For Attorney's Eyes Only

MGA 0178923

8932-2

| | |
|---|---|
| From: | Isaac Larian (President / CEO) |
| To: | Shawn Brower |
| CC: | Julie Chomo; Jessica Calafa |
| Sent: | 1/27/2004 7:41:55 PM |
| Subject: | Re: Target |

Ok.
Isaac Larian
CEO
MGA Entertainment Inc.
A Consumer Entertainment Product Company
16730 Schoenborn St
North Hills, Ca. 91343-6122
Tel : 818-894-3150
Fax : 818-894-1267

-----Original Message-----
From: Shawn Brower <SBrower@mgae.com>
To: Isaac Larian (President / CEO) <LarianIl@mgae.com>
CC: Julie Chomo <JChomo@mgae.com>; Jessica Calafa <JCaiafa@mgae.com>
Sent: Tue Jan 27 18:23:16 2004
Subject: RE: Target

isaac,

the watches casey chose are low price point/impulse and the watch buyer is looking for higher price points, $8.99 and up. we can support both buyers.

jess and i are working directly with the buyer on design and pricing. samples will be sent from hko after cny as she finalizes in march.

i think we should move forward with both. please confirm.

shawn

-----Original Message-----
From: Isaac Larian (President / CEO)
Sent: Monday, January 26, 2004 9:21 PM
To: Shawn Brower
Cc: Julie Chomo
Subject: Re: Target


Good job guys!

Julie, let's get the watches in the watch dept. KC has enough. I want us to diversfy.
Isaac Larian
CEO
MGA Entertainment Inc.
A Consumer Entertainment Product Company
16730 Schoenborn St
North Hills, Ca. 91343-6122
Tel : 818-894-3150
Fax : 818-894-1267

-----Original Message-----
From: Shawn Brower <SBrower@mgae.com>
To: Isaac Larian (President / CEO) <LarianIl@mgae.com>
Sent: Tue Jan 27 01:25:55 2004
Subject: RE: Target

Isaac,

Since I had the pleasure of attending Target Expo with Julie and Jess, we were able to go over all of my items. You probably already know this, but just as a recap, we have interest for my

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1763053

Exhibit 9334
Larian
8/12/10  2 pgs
P. Pyburn CSR 7304, RPR, CLR

categories from the following buyers.

Automotive: we pitched them months ago, they didn't get it and now they want to know how fast we can get them goods. meeting with them on the 9th.

HBA: non-toy cosmetics and bath and body

Watches: buyer is not happy with licensee product, wants us to design several price point watches

Stationery: so in the aisle now! however, a LOT of other buyers mentioned they like the full color artwork MUCH better than the line art.

Party Goods: LOVED the Lil' Bratz product

the Target Expo was huge for my business and I'm excited to see what the year brings, also, Casey bought into about six items from the impulse line.

i tried to steal a line list from the mattel showroom, but all i was able to get was a licensee list and marketing one sheet, passed both to marcy.

shawn

-----Original Message-----
From: Isaac Larian (President / CEO)
Sent: Monday, January 26, 2004 5:02 PM
To: Paula Treantafelles; Summer Wells; Shawn Brower; Karen Bonde; Mari Bower; Susan McBride
Cc: Julie Chomo
Subject: Target

Target is a MAJOR MGA account.

Julie was not in HK ( did you notice!).

I want her to be briefed about all your products NOW today. It is late.

Thank you.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax: 818-894-1267
LarianI1@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1763054

7334.2

| | |
|---|---|
| **From:** | Sandrine de Raspide |
| **To:** | Isaac Larian (President / CEO); Ron Brawer; Paula Garcia |
| **CC:** | Julie Wineberg; Thomas Sergio |
| **BCC:** | |
| **Sent Date:** | 2005-01-31 12:44:07:765 |
| **Received Date:** | 2005-01-31 12:44:07:796 |
| **Subject:** | FW: BARBIE ANALYSIS AW05 FOLLOWING PARIS TOY FAIR |
| **Attachments:** | Barbie FA05 analysis.ppt , Barbie Analysis 2005.xls , BARBIE ANALYSIS - LINE AW05.doc |

Didn't get a chance to look at it in detail during UKTF. Hasbro got hold of Mattel's catalogue therefore their analysis. Will catch up with Hasbro on this issue on Wed

-----Original Message-----
From: Costaz, Gersende [mailto:Gersende.Costaz@Hasbro.fr]
Sent: Wednesday, January 26, 2005 10:01 AM
To: sderaspide@mgae.com
Cc: Gauthey, Nathalie; Tuffier, Isabelle; Rossi, Eric; Cognard, Yves; Moggio, Michel
Subject: BARBIE ANALYSIS AW05 FOLLOWING PARIS TOY FAIR

Dear Sandrine,

Find enclosed the Barbie analysis we have done after Paris Toy Fair on their new segmentation & AW05 line.

You will find a focus on Barbie playsets price positioning to compare to Bratz, one of the main request of our customers during the Toy Fair.

Best regards,
Gersende

---

This e-mail has been scanned for all viruses by Star. The service is powered by MessageLabs. For more information on a proactive anti-virus service working around the clock, around the globe, visit:
http://www.star.net.uk

Confidential - For Attorney's Eyes Only

MGA 0151823



|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | THEMES | | FA 2005 | LIST PRICE 2005 | | FA 2004 |
| 2 | 3-6 YEARS OLD - PRINCESS | Fairytopia - DVD supported March 05 | Barbie Fairytopia | 19.22€ | Fairytopia | Barbie doll |
| 3 | | | Playset : butterfly vehicle | 25.05€ | | Playset "magic forest" |
| 4 | | Barbie: queen of the clouds - DVD supported FA05 | Assortment of 2 dolls | 19.22 € | "The pauper & the Princess" DVD supported | Assortment of 2 dolls |
| 5 | | | Prince doll | 19.22 € | | Prince Dominique doll |
| 6 | | | Accessory "Pegasus horse" | 25.05€ | | Accessory : "Royal carriage" |
| 7 | | | | | | Playset : "The Castle" |
| 8 | | Cindrella - Film support FA05 | Barbie Cindrella | 19.22€ | Happy Family | Pet parade Barbie |
| 9 | | | Cindrella Wedding + Prince | 25.05€ | | "Midge et Nikki" doll |
| 10 | | | Accessory : "Carriage with horse + 1 doll included" | 25.05€ | | Happy family house |
| 11 | | | Accessory : "hairdresser + stool" (luminous function) | 25.05€ | | |
| 12 | 6-8 YEARS OLD - FASHION | Fashion Fever Collection - TV Support | 21 different dolls in new packgg & design | 9.19€ | FASHION | Barbie Fashion show |
| 13 | | | outfits fashion fever in new packgg & design | 1.50€ | | Barbie cool flexi |
| 14 | | | outfits fashion fever + mannequin | 4.18€ | | Barbie instant message girl |
| 15 | 8-10 YEARS OLD - MUSIC | "AMERICAN IDOL" THEME - TV Broadcast support - February/April 05 | Renewal of 3 dolls for FA05 with 2 outfits + 1 real micro included + 1 CD included ( 8 songs) + accessories | 20.85€ | | |
| 16 | | | Playset Concert stage "American Idol" + lot of furnitures, outfits and dressing + concert stage - launching S05 | 20.89€ | | |

Confidential - For Attorney's Eyes Only

MGA 0151825

| | |
|---|---|
| From: | Lisa Saunders |
| To: | Paula Garcia |
| Sent: | 2/7/2007 9:33:43 PM |
| Subject: | Chat divas |

Please delete this email once you talk to isaac and ron

Sitting in planogram, Barbie is doing the chat divas for fall 07 they talk and sing and can be plugged in ipod or other musical sources. That is all package says.

Exhibit 9546
Garcia
9/16/10  1 pgs
P. Pyburn CSR 7304, RPR, CLR

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 2700263

| | |
|---|---|
| **From:** | Patrick Potgiesser - Benelux office |
| **To:** | Isaac Larian (President / CEO) |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2006-12-08 22:11:07:746 |
| **Received Date:** | 2006-12-08 22:11:00:000 |
| **Subject:** | RE: URGENT: Priveliged&Confidential: Benelux developments. |
| **Attachments:** | |

I apologize.

---

**From:** Isaac Larian (President / CEO)
**Sent:** vrijdag 8 december 2006 22:44
**To:** Daphne Gronich
**Cc:** Patrick Potgiesser - Benelux office
**Subject:** FW: URGENT: Priveliged&Confidential: Benelux developments.

Daphne,

Please tell our people that an email MUST be addressed to you or another attorney to be privileged.


**Isaac Larian**

**CEO**

**MGA Entertainment, Inc**

**A Consumer Entertainment Product Co.**

**" Fortune and Love favor the brave"-Ovid**

16380 Roscoe Blvd. Suite 200
Van Nuys, California 91406
Tel: 818-894-3150
email: lariani1@mgae.com
fax: 818-894-1267

www.mgae.com
www.bratz.com

www.Littletikes.com

www.Miuchiz.com



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA 4368749

**From:** Patrick Potgiesser - Benelux office
**Sent:** Friday, December 08, 2006 1:41 PM
**To:** Isaac Larian (President / CEO); Ron Brawer; Eric Villette - EVP Operations
**Subject:** URGENT: Priveliged&Confidential: Benelux developments.

Dear Isaac, Ron and Eric,

This week was a very busy week, we spoke to the major retailers in the Benelux; Intertoys, Blokker, Bart Smit, Carrefour, Mavedro. We have to conclude that we are experiencing very reserved retailers.

In 2006 we were off for a very good start in spring. We had very strong POS and retailers sold through the products in just 3 months. We got the competition off guard; they probably didn't expect us to be that fast. For fall 2006 we were ok, good I would say. We have some very good products; Bratz Rodeo, Big Baby Bratz and we had some issues to solve; Bratz Diamondz, Story Time Swimming Mermaid and Babyz Little Dancers. Fall season has been difficult also because of the advertising power of the competition. In spring we could make a difference, but in fall it was much harder.

What we experience for spring selection is that Mattel is coming on hard! They have woken up and are strengthen their position with retailers/buyers. What we are told all the time is that Mattel is delivering over 43% margin on domestic products and over 50% on FOB shipping's. Besides that they put an incredible package on the table, markdown, coop advertising going from 5% to 10%; Intertoys we estimate something like €400.000,00 to €500.000,00 a year, Bart Smit €600.000,00 to €700.000,00. Cash discount 2/3% when payment within 10 days.

We have asked our media agency to come with the most recent figures on TV spending. Mattel is also strengthening their advertising power. We estimate a GRP level for 2006 somewhere around 12.000. We can assume they will increase for 2007. They are putting My Scene against Bratz with MSRP €9,99/€14,99. They are closing out Winx dolls against our Pixies. Polly Pocket against Yummiland. Fisher-Price against Little Tikes. I.e. Intertoys is ordering 50% less than prior year on Little Tikes.

I feel Mattel has a two year strategy in which they are allowed to report/budget a lower margin/profit to headquarters in LA. I think this is for Benelux (Nordics) and Germany, as there is the same General Manager responsible for these regions.

Of course we don't let them get us and are we are fighting back, but we have to give higher retailer margins = lower prices, less margin for MGA. We have to built and support the brands, so we have to invest in TV campaigns, PR, Coop Advertising, POP materials, etc

As you might understand all this will have a negative impact on the P&L/budget 2007. The expected sales will be lower due to unresponsive retailers and the lower prices will hit our margin.

Still we were able to get the first orders, from Intertoys and Bart Smit, for shipment February and March, invoiced value app. €500.000,00.

We have updated the P&L for 2007, including Little Tikes and the Zapf charge out today. This has been placed in the Finance folder on the network for reference. We are working on the updated forecast, which we will be sending out tonight or tomorrow morning.

I feel you should be informed about these developments ASAP. Please give me feedback and guidance on how aggressive we should counter these developments.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 4368750

Kind regards,
**Patrick Potgiesser**
Director of Sales Benelux & Nordics



P.O. Box 85
1170 AB Badhoevedorp
The Netherlands
Phone: +31 20 354 80 20
Mobile: +31 622 92 09 71
Fax: +31 20 659 80 34
Email: ppotgiesser@mgae.com

Visit us at:
www.mgae.com
www.bratz.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 4368751