ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S OCTOBER 21, 2010 ORDER**<br><br>Discovery Cut-off: November 1, 2010<br>Trial: January 11, 2011 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Item No. II of the Court's Order
3  dated October 21, 2010, the MGA Parties hereby provide notice that they are
4  lodging MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL RESPONSES TO
5  MATTEL, INC.'S FIRST SET OF INTERROGATORIES (MGA REPLY
6  COUNTERCLAIMS) (Nos. 1-2, 4-5, 8, 12, and 19).

Dated:   October 27, 2010            Respectfully submitted,
                                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     By:  /s/ Thomas S. McConville
                                          Thomas S. McConville
                                          Attorneys for MGA Parties