MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**EX PARTE APPLICATION TO STRIKE FROM PUBLIC RECORD MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (MGA REPLY COUNTERCLAIMS) (Nos. 1-2, 4-5, 8, 12, and 19) (DOCKET 8993)**<br><br>Discovery Cutoff:   November 1, 2010<br>Trial Date:             January 11, 2011 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties"), respectfully submit this *ex parte* application for an order immediately striking from the public record MGA Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s First Set of Interrogatories (MGA Reply Counterclaims) (Nos. 1-2, 4-5, 8, 12, and 19).  This document was inadvertently and unintentionally submitted to the Court on October 27, 2010 as Docket No. 8993, instead of the Notice of Lodging that was subsequently filed as Docket 8994.  Docket 8993 is Confidential-Attorneys' Eyes Only and should not be part of the public record.

Respectfully submitted,

Dated: October 27, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     /s/Thomas S. McConville
        Thomas S. McConville
        Attorneys for MGA Parties