1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
   Attorneys for MGA Parties

13

14                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
15                     SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION**<br><br>Discovery Cut-off: November 1, 2010<br>Trial: January 11, 2011 |

1

[PROPOSED] ORDER

On October 27, 2010, the MGA Parties' filed an Ex Parte Application to Strike From Public Record MGA Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s First Set of Interrogatories (MGA Reply Counterclaims) (Nos. 1-2, 4-5, 8, 12, and 19) to strike from public record Docket 8993. Docket 8993 was inadvertently and unintentionally filed with the Court.

IT IS HEREBY ORDERED that:

The Ex Parte Application to Strike From Public Record MGA Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s First Set of Interrogatories (MGA Reply Counterclaims) (Nos. 1-2, 4-5, 8, 12, and 19) is granted and Docket 8993 shall be stricken from public record and filed under seal.

DATED: _____, 2010 _____
Hon. David O. Carter
United States District Judge