QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER TO COMPEL DISCOVERY FROM ZAPF CREATION RE: COUNTERCLAIMS IN REPLY |

[PROPOSED] ORDER

Having considered the parties' briefing on Mattel, Inc.'s *Ex Parte* Application For Order to Compel Discovery from Zapf Creation AG ("Zapf") re: MGA's counterclaims-in-reply (the "Application") and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Zapf shall respond in full to the document subpoena served on Zapf by Mattel dated October 15, 2010. Zapf shall produce all documents and things that are responsive to the subpoena requests and that are within its custody and control, including, but not limited to, documents and things located at any office of Zapf or any of its affiliates, in any country.

2. Zapf shall produce a witness or witnesses to testify about the topics set forth in the deposition subpoena served on Zapf by Mattel dated October 19, 2010.

DATED:                                   . 2010
                               Hon. David O. Carter
                               United States District Judge