ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING EX PARTE APPLICATION**<br><br>Discovery Cut-off: November 1, 2010<br>Trial: January 11, 2011 |

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION
CV 04-9049 DOC (RNBX)

# ORDER

On October 27, 2010, the MGA Parties' filed an Ex Parte Application to Strike From Public Record MGA Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s First Set of Interrogatories (MGA Reply Counterclaims) (Nos. 1-2, 4-5, 8, 12, and 19) to strike from public record Docket 8993. Docket 8993 was inadvertently and unintentionally filed with the Court.

IT IS HEREBY ORDERED that:

The Ex Parte Application to Strike From Public Record MGA Entertainment, Inc.'s Supplemental Responses to Mattel, Inc.'s First Set of Interrogatories (MGA Reply Counterclaims) (Nos. 1-2, 4-5, 8, 12, and 19) is granted and Docket 8993 shall be stricken from public record and filed under seal.

DATED:  October 28         , 2010  /s/ David O. Carter
                                    Hon. David O. Carter
                                    United States District Judge