MELINDA HAAG (State Bar No. 132612)
mhaag@orrick.com
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA'S MOTION TO COMPEL MATTEL TO PRODUCE AN ADEQUATELY PREPARED WITNESS ON TOPICS 3-5**<br><br>**Phase 2 : Hon. David O. Carter** |

1    The Court having considered MGA Parties' Motion to Compel Mattel to produce an adequately prepared witness on topics 3-5 of MGA's Notice of deposition thereof hereby GRANTS MGA's Motion and orders Mattel to:

(1) produce an adequately prepared witness on topics 3-5 of MGA's July 16, 2010 Notice of Deposition; and

(2) provide responsive testimony to the categories of topics identified by MGA and answer the questions identified by MGA.

**IT IS SO ORDERED.**

Dated: _____, 2010     _____
                                Hon. David O. Carter

OHS West:261020332.1

- 1 -

[PROP] ORDER GRANTING MGA'S MTN TO COMPEL
A PREPARED WITNESS OF TOPICS 3-5
CV 04-9049 DOC (RNBx)