| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 4 | San Francisco, CA 94105 |
| | Telephone:  415-773-5700 |
| 5 | Facsimile:   415-773-5759 |
| 6 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 8 | Los Angeles, CA  90017 |
| | Telephone:  213-629-2020 |
| 9 | Facsimile:   213-612-2499 |
| 10 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
| | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 13 | |
| | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: |
| | Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA PARTIES' MOTION TO COMPEL MATTEL TO PRODUCE A PREPARED 30(b)(6) WITNESS ON TOPICS 3-5 OF MGA'S SECOND AMENDED NOTICE OF DEPOSITION OF MATTEL INC.** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Date:     TBD |
| | Time:     TBD |
| | Place:    TBD |

OHS West:261016621.1

DECL. OF SUGITHRA SOMASEKAR ISO MGA'S MTC
MATTEL TO PRODUCE AN ADEQUATELY
PREPARED WITNESS ON TOPICS 3-5
CV -9049 DOC  (RNBx)

1    I, Sugithra Somasekar, declare as follows:

2    1.   I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties").  I make this declaration in support of MGA's Motion to Compel Mattel to Produce a Prepared 30(b)(6) Witness on Topics 3-5 of MGA's Second Amended Notice of Deposition of Mattel, Inc.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to such facts under oath.

2.   Attached as **Exhibit 1** is a true and correct copy of MGA's Second Amended Notice of Deposition of Mattel in Phase 2 dated July 16, 2010.

3.   I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on October 28, 2010 at San Francisco, California.

Dated:   October 28, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   /s/ Sugithra Somasekar
         Sugithra Somasekar
     Attorneys for MGA PARTIES.