ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA'S EX PARTE APPLICATION FOR AN ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(E)** |

# [PROPOSED] ORDER

The Court, having reviewed MGA's Ex Parte Application for an Order to Compel Production and Supplementation of Documents Pursuant to Federal Rule of Civil Procedure 26(e) [Dkt. No. ____] and good cause appearing therefore, HEREBY ORDERS THAT:

1. Mattel shall immediately produce Mattel's worldwide brand actuals (sales by SKU) for 2010;

2. Mattel shall immediately produce Mattel's monthly worldwide sales by SKU for 2002-2006;

3. Mattel shall immediately produce all documents relevant to the negotiations between Mattel and Kohl's, as referenced in the document bearing Bates number M 1861124; and

4. MGA shall be allowed additional time to complete its opening expert report, or be allowed to supplement its opening expert report, after receiving and analyzing Mattel's documents.

DATED: _____, 2010

_____
Hon. David O. Carter
United States District Judge

- 1 -

[[PROPOSED] ORDER GRANTING MGA PARTIES' EX PARTE MTC PRODUCTION AND SUPPPLEMENTATION OF DOCUMENTS PURSUANT TO FRCP 26(E)