UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                    Date: October 28, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                         NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER DIRECTING FILING OF SUBMISSIONS CONCERNING ENTERPRISE VAULT

All Motions and Applications concerning Mattel's "Enterprise Vault" — the existence of which was allegedly first revealed during the recent deposition of Mattel's Rule 30(b)(6) designee — shall be filed with the Court as a matter of first impression. Such submissions shall be filed no later than November 1, 2010. Opposition briefs, if any, shall be filed on or before November 2, 2010. Reply briefs, if any, shall be filed on or before November 3, 2010. Each submission on this subject shall be no longer than five pages in length.

The Clerk shall serve this minute order on all parties to the action.