ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA'S *EX PARTE* APPLICATION FOR AN ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(E)**<br><br>**Trial Date: January 11, 2011** |

I, Thomas S. McConville, declare as follows:

1. I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA Parties' Ex Parte Application for an Order to Compel Supplementation of Mattel's Financial Documents Relating to MGA's Damages. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. Over the past several weeks, I have been personally involved in meet and confers with Mattel's counsel regarding a variety of discovery topics, including production of the monthly worldwide SKU reports and supplementation of the financial document production by Mattel.

3. I have advised Mattel that they have produced no financial information of any kind from the latter half of 2009 and all of 2010, and have only produced annual SKU reports for prior periods.

4. I have reminded Mattel of their duty to supplement under Rule 26(e) that would apply to any documents not previously produced as well as documents that came into existence since the date of earlier productions.

5. In a call held earlier today with lead counsel for both parties, I asked Mattel again about supplementing their production of financial documents. Mattel indicated that they do not intend to produce additional documents relating to financials beyond what has already been produced, and do not intend to supplement prior productions concerning financials.

6. Attached as **Exhibit B** is a true and correct copy of a document bearing Bates number M 1861124, produced by Mattel on Tuesday, October 12, 2010. [FILED UNDER SEAL]

MCCONVILLE DECL. ISO EX PARTE APPLICATION FOR AN ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION PURSUANT TO FED. R. CIV. P. 26(E)

1  I declare under penalty of perjury that the foregoing is true and correct
2  and that this Declaration was hereby executed on October 28, 2010, at Irvine,
3  California.

_____
Thomas S. McConville

- 2 -

MCCONVILLE DECL. ISO EX PARTE APPLICATION FOR AN ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION PURSUANT TO FED. R. CIV. P. 26 (E)

# EXHIBIT B

DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA'S *EX PARTE* APPLICATION FOR AN ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(E)

CONFIDENTIAL – ATTORNEYS' EYES ONLY – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Name & Address:
Mark P. Wine (State Bar No. 189897)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** EXHIBIT B TO DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA'S EX PARTE APPLICATION FOR AN ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(E)

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See list of documents described above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| October 28, 2010 | /s/ Mark P. Wine |
|---|---|
| Date | Attorney Name |
| | Mark P. Wine |
| | Party Represented |
| | MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)      **NOTICE OF MANUAL FILING**      American LegalNet, Inc.
www.Forms*Workflow*.com