```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 4  405 Howard Street
    San Francisco, CA 94105
 5  Telephone: 415-773-5700
    Facsimile:  415-773-5759
 6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 7  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
 9  Telephone: 213-629-2020
    Facsimile:  213-612-2499
10
    THOMAS S. MCCONVILLE (State Bar No. 155905)
11  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Tel: (949) 567-6700/Fax: (949) 567-6710

14  Attorneys for MGA Parties
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David. O. Carter**<br>**DECLARATION OF SAMIR KHARE IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER TO COMPEL DISCOVERY FROM ZAPF CREATION RE: COUNTERCLAIMS IN REPLY**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

I, Samir Khare, declare as follows:

1. I am the Senior Director of Business and Legal Affairs at MGA Entertainment, Inc. I have personal knowledge of the matters stated herein, including MGA's plans and accomplishments for compliance with the impending recall. If called as a witness I could and would testify competently as follows.

2. At approximately 12:45 pm on October 15, I was informed by an assistant that there was a gentleman in our suite to serve a Quinn Emanuel subpoena. I approached the gentleman and asked him why he was here. He advised me that he was at MGA to serve a subpoena. I told the gentleman that there was no one here who could accept service. He asked to speak to the person in charge, and I restated to him that there was no one present who could accept service, at which point I opened the door and asked him to leave. He asked for my name, which I gave to him, and then again asked him to leave. As he turned to leave, he threw the subpoena into our suite.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on October 28, 2010, at Van Nuys, California.

_____
Samir Khare

- 1 -

KHARE DECL. IN SUPPORT OF MGA'S OPP TO MATTEL'S
EX PARTE MOTION TO COMPEL DISCOVERY FROM ZAPF
CV-04-9049 SGL (RNBX)