1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Telephone: (415) 773-5700
5  Facsimile: (415) 773-5759

6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Telephone: (213) 629-2020
9  Facsimile: (213) 612-2499

10 THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Telephone: (949) 567-6700
13 Facsimile: (949) 567-6710

14 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | **Honorable David O. Carter** |
| MATTEL, INC., a Delaware Corporation, | **NOTICE OF ERRATA RE MGA PARTIES' EX PARTE APPLICATION FOR AN ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(E)** |
| Defendant. | |
| AND CONSOLIDATED CASES | Trial Date: January 11, 2011 |

1  On October 28, 2010, counsel for Plaintiff and Counter-Defendant
2  MGA Entertainment, Inc. and Counter-Defendants MGA Entertainment HK, Ltd.,
3  MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") filed MGA's
4  Ex Parte Application For An Order To Compel Production And Supplementation
5  Of Documents Pursuant To Federal Rule Of Civil Procedure 26(E) ("MGA's Ex
6  Parte Application").[1] Counsel for the MGA Parties inadvertently failed to attach
7  **EXHIBIT A** ("Mattel, Inc. 8-K Filing") to the Declaration of James E.
8  Malackowski In Support Of MGA's Ex Parte Application.

To rectify this error, counsel for the MGA Parties hereby attaches as **EXHIBIT A,** a true and correct copy of Mattel's publicly available 8-K filing, as described and referenced in the Declaration of James E. Malackowski In Support Of MGA's Ex Parte Application.

Dated: October 29, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ___/s/ Mark P. Wine___
Mark P. Wine
Attorneys for MGA Parties

---

[1] Dkt. No. 9000