Name & Address:
Mark P. Wine (State Bar No. 189897)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL; MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT; MGA'S STATEMENT OF GENUINE ISSUES IN SUPPORT OF OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT; [SEE ATTACHED CONTINUATION SHEET]

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other See list of documents described above.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated January 4, 2005

☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| October 29, 2010<br>Date | /s/ Mark P. Wine<br>Attorney Name<br>Mark P. Wine<br>Party Represented<br>MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING   American LegalNet, Inc.
www.FormsWorkflow.com

CONTINUATION OF NOTICE OF MANUAL FILING DATED OCTOBER 29, 2010

**List of Documents Continued:**

> MGA PARTIES' OBJECTIONS TO DECLARATIONS SUBMITTED BY MATTEL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> COMPENDIUM OF WRITTEN DISCOVERY IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> DECLARATION AND CERTIFICATION OF PAUL CALDERA REGARDING CERTAIN BEACON MEDIA GROUP, LLC BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(B) AND 902(11)
>
> DECLARATION OF MELANIE PHILLIPS IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> DECLARATION OF PAULA GARCIA IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> DECLARATION OF LEAH MARKS IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> DECLARATION OF NINETTE PEMBLETON IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> DECLARATION OF JANINE BRISBOIS IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> DECLARATION OF YEHUDA BASSOK IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT