ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DECLARATION AND CERTIFICATION OF JODY ROGERS REGARDING CERTAIN FILMCORE DISTRIBUTION'S BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**<br><br>Date: November 16, 2010<br>Time: 1:30 P.m.<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

I, Jody Rogers, declare as follows:

1. I am Senior Vice-President, Global Client Services, at Filmcore Distribution (Filmcore), which is located at 2130 N Hollywood Way, Burbank, CA 91505. Filmcore provides various services related to media, including storage, management, cataloguing, archiving, and asset management of commercials.

2. MGA Entertainment, Inc. ("MGA") is a client of Filmcore. Filmcore stores, maintains, and manages various types of media, including commercials, for MGA.

3. I am familiar with and have personal knowledge of Filmcore's recordkeeping system and Filmcore's business records to the extent they pertain to such storage, maintenance and management of clients' media, including commercials. As a part of Filmcore's ordinary business practice, Filmcore stores and manages various media for its clients, including commercials.

4. Filmcore identifies commercials in its business records using a code known as "ISCI" code. An ISCI code is a unique code used to identify commercials aired on commercial television, including TV stations.

5. At the request of MGA, Filmcore created a DVD containing true and accurate copies of the following commercials, and the DVD was sent to MGA. Each set of eight digit characters below is an ISCI code that uniquely identifies a commercial.

1. MGBV4013
2. MGBV4023
3. MGBV4033
4. MGBV4043
5. MGBV4053
6. MGBV4063
7. MGBV4073
8. MGBZ4403
9. MGBZ4405

- 1 -

DECLARATION OF JODY ROGERS
CV 04-9049-DOC (RNBX)

| | |
|---|---|
| 10. | MGBZ4443 |
| 11. | MGBZ4463 |
| 12. | MGBD4023 |
| 13. | MGBD4025 |
| 14. | MGBT4013 |
| 15. | MGBT4015 |
| 16. | MGBT4023 |
| 17. | MGBT4025 |
| 18. | MGBT4033 |
| 19. | MGBT4035 |
| 20. | MGBT4043 |
| 21. | MGBT4045 |
| 22. | MGBT4053 |
| 23. | MGBT4055 |
| 24. | MGBT4063 |
| 25. | MGBT4073 |
| 26. | MGBT4083 |
| 27. | MGBT4093 |
| 28. | MGBT4103 |
| 29. | MGBT4113 |
| 30. | MGBT4115 |
| 31. | MGBT4123 |
| 32. | MGBT4125 |
| 33. | MGBT4133 |
| 34. | MGBT4135 |
| 35. | MGBT4145 |
| 36. | MGBT4153 |
| 37. | MGBT4155 |
| 38. | MGBT4243 |
| 39. | MGBZ4233 |
| 40. | MGBZ4235 |
| 41. | MGBZ4243 |
| 42. | MGBZ4245 |
| 43. | MGBZ4246 |
| 44. | MGBL5005 |
| 45. | MGBL5225 |
| 46. | MGBL5505 |
| 47. | MGBZ5013 |
| 48. | MGBZ5123 |
| 49. | MGBZ5133 |
| 50. | MGBZ5143 |

| | |
|---|---|
| 1 | 51. MGBZ5213 |
| 2 | 52. MGBZ5223 |
| | 53. MGBZ5233 |
| 3 | 54. MGBK5015 |
| 4 | 55. MGBK5045 |
| | 56. MGBT5013 |
| 5 | 57. MGBT5023 |
| 6 | 58. MGBT5113 |
| | 59. MGBT5123 |
| 7 | 60. MGBT5133 |
| 8 | 61. MGBT5213 |
| | 62. MGBT5223 |
| 9 | 63. MGBT5233 |
| 10 | 64. AGBBD7013 |
| | 65. AGJBD7013 |
| 11 | 66. BHBBD7013 |
| 12 | 67. BHBMD7013 |
| | 68. BHGYD7013 |
| 13 | 69. BHKHD7013 |
| 14 | 70. BRDCD7013 |
| | 71. KWMDD7013 |
| 15 | 72. MBJAD7016 |
| 16 | 73. MDEBD7013 |
| | 74. MMVMD7013 |
| 17 | 75. MWABD7016 |
| 18 | 76. DBHCD8013 |
| | 77. DBSWD8013 |
| 19 | 78. GRHCD8013 |
| 20 | 79. HCMVD8013 |
| | 80. HCSJD8013 |
| 21 | 81. KCHCD8013 |
| 22 | 82. LAHCD8013 |

I declare under penalty of perjury of the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge. Executed this 2Y day of October 2010, in Burbank, CA.

Jody Rogers

OHS West:261017090.1

DECLARATION OF JODY ROGERS
CV 04-9049-DOC (RNBX)

- 3 -