ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: November 16, 2010<br>Time: 1:30 p.m.<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

MGA Entertainment, Inc., MGA HK Ltd., MGAE de Mexico S.R.L. de C.V., Isaac Larian and IGWT 826 Investments LLC hereby submit the attached Notice of Reliance on Previously Filed Documents in Support of MGA Parties' Opposition to Mattel's Motion for Partial Summary Judgment.

Dated: October 29, 2010         ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/_Annette L. Hurst_____

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

- 1 -

NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS ISO MGA PARTIES' OPP. TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO.: CV-04-9049-DOC (RNBX)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

# INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES' IN SUPPORT OF THEIR OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

| Carter Bryant v. Mattel, Inc. and Consolidated Actions, Case No. CV 04-9049 SGL (RNBx) | | |
|---|---|---|
| Docket No. | Date | Document Description |
| 5820 | 05/27/2008 | Trial Transcript, Jury Trial – Day 2 (PM) |
| 5825 | 05/06/2008 | Trial Transcript, Jury Trial – Day 8 (PM) |
| 4753 | 06/13/2008 | Trial Transcript, Jury Trial – Day 13 (AM) |
| 5957 | 07/02/2008 | Trial Transcript, Jury Trial – Day 19 (PM) |
| 6341 | 08/12/2008 | Trial Transcript, Jury Trial – Day 33 (PM) |
| 2767 | 03/24/2008 | Mattel's Exhibits to Declaration of Michael Moore In Opposition to To Bryant's & MGA's Motion For Partial Summary Judgment |
| 5794 | 0/29/2009 | Amended Answer and Affirmative Defenses of Counter-Defendant Carlos Gustavo Machado Gomez to Mattel's 3rd Amended |
| 5798 | 06/29/2009 | MGA Parties' Answer and Affirmative Defenses to Mattel, Inc.'s Third Amended Answer and Counterclaims |
| 7835 | 05/10/2010 | Declaration of Juan Alberto Huerta Bleck in Support of MGA Parties' and IGWT's Motion for Summary Adjudication |
| 8470 | 08/06/2010 | Order Vacating Prior Orders Regarding Trial Structure; Directing Filing of Briefs Concerning Ninth Circuit's July 22, 2010 Opinion |
| 8578 | 08/16/2010 | MGA de Mexico S.R.L. de C.V.'s Reply to Fourth Amended Answer and Counterclaims, including Affirmative Defenses |
| 8580 | 08/16/2010 | MGA HK's Reply to 4th Amended Answer and Counterclaims, including Affirmative Defenses |
| 8582 | 08/16/2010 | Isaac Larian's Reply to Fourth Amended Answer and Counterclaims, including Affirmative Defenses |
| 8583 | 08/16/2010 | MGA's Reply to 4th Amended Answer and Counterclaims |
| 8716 | 08/30/2010 | [Corrected] Motion for New Trial; Renewed Motion to Unseal Juror Interview Transcripts |
| Ninth Circuit U.S. Court of Appeals Mattel, Inc. v. MGA Entertainment, Inc. No. 09-55673 | | |
| Docket No. | Date | Document Description |
| 156 | 10/21/2010 | Order and Amended Opinion |