Quinn Emanuel Urquhart & Sullivan, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 04-09049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See Attachment A.

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other See Attachment A.

**Reason:**

- ☑ Under Seal
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☑ Manual Filing required (*reason*):
  Application to Seal and Proposed Order not subject to e-filing.

| October 29, 2010 | Michael T. Zeller |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING

## **ATTACHMENT A**

1. MATTEL INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

2. MATTEL, INC.'S OPPOSITION TO GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL, INC.'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRD COUNTERCLAIM

3. MATTEL INC.'S STATEMENT OF GENUINE ISSUES IN RESPONSE TO MGA PARTIES' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT

4. MATTEL INC.'S STATEMENT OF GENUINE ISSUES IN RESPONSE TO SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAWS IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL, INC.'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

5. DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

6. DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

7. DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

8. DECLARATION OF TIMOTHY KILPIN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

9. DECLARATION OF JIM VAUGHN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

10. DECLARATION OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

11. SUPPLEMENTAL DECLARATION OF LAURA OWENS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

12. DECLARATION OF ALAN KAYE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

13. DECLARATION OF DR. RAN KIVETZ IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

14. DECLARATION OF KIM GRAHAM IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

15. DECLARATION OF DEAN IKIN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

16. MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

17. DECLARATION OF ANN DRISKILL IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

18. DECLARATION OF KENNETH HOLLANDER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

19. DECLARATION OF ROBERT HUDNUT IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

20. DECLARATION OF ROBERTO ISAIAS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

21. DECLARATION OF ROBERT C. LIND IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

22. DECLARATION OF EVELYN VIOHL IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

23. DECLARATION OF DEBBIE HAAG IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

24. DECLARATION OF RALPH OMAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

25. DECLARATION OF BRADLEY N. MARYMAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

26. DECLARATION OF HECTOR CALATAYUD IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' AND MACHADO'S MOTIONS FOR SUMMARY JUDGMENT IN 05-2727 ACTION

27. DECLARATION OF LEE LOETZ IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

28. DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

29. MATTEL, INC.'S OBJECTIONS TO THE DECLARATION OF MARK E. OVERLAND CONCERNING FOREIGN LAW

30. MATTEL, INC.'S NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN COUNTRY'S LAW IN CONNECTION WITH ITS OPPOSITION TO THE MGAE PARTIES AND MACHADO'S MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO RULE 44.1

31. MATTEL, INC.'S OPPOSITION TO MGA PARTIES' REQUEST FOR JUDICIAL NOTICE

32. MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

33. APPLICATION TO FILE UNDER SEAL

34. PROPOSED ORDER ON APPLICATION TO FILE UNDER SEAL