| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 5 | Telephone: 415-773-5700 |
| | Facsimile: 415-773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Telephone: 213-629-2020 |
| | Facsimile: 213-612-2499 |
| 10 | |
| | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| 17 | CARTER BRYANT, an individual | Case No. CV 04-9049-DOC (RNBx) |
| 18 | | Consolidated with Nos. CV 04-9059 and CV 05-2727 |
| | Plaintiff, | |
| 19 | | |
| | v. | Hon. David O. Carter |
| 20 | | |
| 21 | MATTEL, INC., a Delaware corporation, | **THE MGA PARTIES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 22 | Defendant. | |
| 23 | | |
| | AND CONSOLIDATED ACTIONS | |
| 24 | | |
| 25 | | Date: November 16, 2010 |
| | | Time: 1:30 p.m. |
| 26 | | Dept.: Courtroom 9D |
| 27 | | Trial Date: January 11, 2011 |
| 28 | | |

Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA Entertainment, Inc. ("MGA"), MGAE de Mexico S.R.L. de C.V. ("MGAE de Mexico), MGA HK Ltd. ("MGA HK"), Isaac Larian ("Larian") (collectively, the "MGA Parties") respectfully request that the Court take judicial notice of certain documents in connection with the MGA Parties' Opposition to Mattel's Motion for Partial Summary Judgment submitted October 29, 2010.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known'...or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned . . . .'"). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

The following documents are capable of accurate and ready determination by sources whose accuracy cannot be reasonably questioned. They are Certificates of Registration from the Copyright Office, a Certificate of Recordation from the Copyright Office and Exhibits, trademark registrations and file histories from the United States Patent and Trademark Office, and design patents from the United States Patent and Trademark Office.

Judicial notice of such documents is appropriate. *See United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (courts may take judicial notice of public records); *MGIC Indem. Corp v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986); *Vitek Systems, Inc. v. Abbott Laboratories*, 675 F.2d 190, 192 n.4 (8th Cir. 1982) (a court may take judicial notice of documents filed with the U.S. Patent and Trademark

Office); *Kaempe v. Myers*, 367 F.3d 958, 965 (D.C. Cir. 2004); *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir. 2003) (taking judicial notice of information on official government website pursuant to Rule 201).

For the foregoing reasons, the MGA Parties request that the Court take judicial notice of the following documents:

**Exhibit 1**: Certificate of Registration, Form VA 1-218-487, filed on December 22, 2003, Bates stamped M 0110179-M 0110183;

**Exhibit 2**: Certificate of Registration, Form VA 1-218-488, filed on December 22, 2003, Bates stamped M 0110184-M 0110187;

**Exhibit 3**: Certificate of Registration, Form VA 1-218-489, filed on December 22, 2003, Bates stamped M 0110188-M 0110192;

**Exhibit 4**: Certificate of Registration, Form VA 1-218-490, filed on December 22, 2003, Bates stamped M 0110193-M 0110197;

**Exhibit 5**: Certificate of Registration, Form VA 1-218-491, filed on December 22, 2003, Bates stamped M 0110198-M 0110202;

**Exhibit 6**: Certificate of Recordation, V3510 D557, recorded on April 28, 2004, Bates stamped MGA2 7132046-MGA2 7132054;

**Exhibit 7**: U.S. Patent and Trademark Office, Trademark File History from www.uspto.gov, Registration No. 2,855,370 (pyramidal trapezoidal transparent box), filed on September 6, 2001, Bates stamped MGA2 1205873-MGA2 1205991;

**Exhibit 8**: U.S. Patent and Trademark Office, Trademark File History from www.uspto.gov, Registration No. 3,002,703 (4-EVER BEST FRIENDS), filed on September 10, 2003, Bates stamped MGA2 1210612-MGA2 1210632;

**Exhibit 9**: U.S. Patent and Trademark Office, Trademark File History from www.uspto.gov, Registration No. 3,018,551 (5-SIES), filed on November 6, 2003, Bates stamped MGA2 1210633-MGA2 1210677;

**Exhibit 10**: U.S. Patent and Trademark Office, Trademark File History from

www.uspto.gov, Registration No. 3,102,657 (transparent trapezoidal box), filed June 7, 2004, Bates stamped MGA2 1206124-MGA2 1206191;

**Exhibit 11**: U.S. Patent and Trademark Office, Trademark File History from www.uspto.gov, Registration No. 3,610,825 (trapezoidal cardboard box), filed February 1, 2007, Bates stamped MGA2 1206373-MGA2 1206588;

**Exhibit 12**: U.S. Design Patent, Larian, US D469,687 S, filed on April 3, 2002; Bates stamped MGA 0825262-MGA 0825266;

**Exhibit 13**: U.S. Design Patent, Garcia et al., US D523,757 S, filed on March 2, 2004; Bates stamped MGA2 7132055-MGA2 7132058.

Dated: October 29, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP


By: /s/ Annette L. Hurst

Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

OHS West:261020396.4
22161-2006 MI6/DR5