

# Certificate of Recordation

This is to certify that the attached document was recorded in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

| DATE OF RECORDATION |  |
|---|---|
| 28Apr04 |  |

| VOLUME | DOC. NO. |
|---|---|
| 3510 | 557 |

| VOLUME | DOC. NO. |
|---|---|

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

( 762    JANUARY 2004 — 4,030

Exhibit 6 - Page 28

MGA2 7132046

# DOCUMENT COVER SHEET
**For Recordation of Documents**
**UNITED STATES COPYRIGHT OFFICE**

140336445

RECEIVED
MAY 6 RECD
DOCUMENT SECTION

DATE OF RECORDATION (Assigned by Copyright Office)
APR 2 8 2004
Month  Day  Year

Volume 3510   Page 557

Volume ____ Page ____

**DO NOT WRITE ABOVE THIS LINE.**

REMITTANCE

**To the Register of Copyrights:**
*Please record the accompanying original document or copy thereof.*

FUNDS RECEIVED

**1** NAME OF THE PARTY OR PARTIES TO THE DOCUMENT, AS THEY APPEAR IN THE DOCUMENT.
Party 1: see attached (assignor, grantor, etc.)   (address)
Party 2: see attached (assignee, grantee, etc.)   (address)

**2** DESCRIPTION OF THE DOCUMENT:
☐ Transfer of Copyright    ☐ Termination of Transfer(s) [Section 304]    ☐ Transfer of Mask Works
☐ Security Interest         ☐ Shareware                                   ☒ Other  OPTION
☐ Change of Name of Owner   ☐ Life, Identity, Death Statement [Section 302]

**3** TITLE(S) OF WORK(S), REGISTRATION NUMBER(S), AUTHOR(S), AND OTHER INFORMATION TO IDENTIFY WORK.
Title:  see attached    Registration Number    Author
Additional sheet(s) attached?
☒ yes
☐ no
If so, how many?  1

**4** ☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**5** Number of titles in Document: 16

**6** Amount of fee enclosed or authorized to be charged to a Deposit Account  $120

**7** Account number  DA 011185
Account name  Twentieth Century Fox Film Corporation

**8** Date of execution and/or effective date of accompanying document  March 11, 2004 (effective as of February 2, 2004)
(month) (day) (year)

**9** AFFIRMATION:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.

**10** CERTIFICATION:* Complete this certification if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature
Date  4/26/04

Signature
Duly Authorized Agent of
Date

MAIL RECORDATION TO:
Name: 2121/731 (Attn: Mary McGuire)
Fox Group Legal - Intellectual Property Dept.
Number/Street/Apartment Number: P.O. Box 900
City/State/ZIP: Beverly Hills, CA 90213 (e-mail cr@fox.com)

YOU MUST
- Complete all necessary spaces
- Sign your cover sheet in space 9
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Two copies of the Document Cover Sheet
2. Fee in check or money order payable to Register of Copyrights
3. Document
MAIL TO
Documents Unit, Cataloging Division, Copyright Office, Library of Congress, Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1995. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.

January 1993—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/60,032

Exhibit 6 - Page 29

MGA2 7132047

V3510 D557


# SHORT FORM OPTION

## "BRATZ"

<u>OPTION</u>: For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, MGA ENTERTAINMENT, INC. (**"MGA-US"**) and MGA ENTERTAINMENT (MAURITIUS) LIMITED (**"MGA-M"**) (collectively, **"Owner"**), hereby grants to TWENTIETH CENTURY FOX, a division of Twentieth Century Fox Film Corporation (**"Purchaser"**), its successors and assigns, the exclusive, irrevocable option to purchase and acquire from Owner, all theatrical motion picture and analogous and allied rights in and to: 1) that certain series of characters and related material(s) (**"Characters"**) created and/or owned by MGA-US and presently embodied in a line of toys and marketed to the public under the overall title "BRATZ" (sometimes known as the "BRATZPACK"); and 2) any new Characters created and/or owned by Owner which are added to the "BRATZ" series, as more particularly described in said Option/Purchase Agreement (**"Property"**) (including, without limitation, all worldwide theatrical, television or other motion picture rights, remake and sequel rights, and those analogous and allied rights and in and to the Property as set forth in the Option/Purchase Agreement).

<u>WARRANTIES</u>: Owner represents and warrants that said Property has been published and registered for copyright in the name of MGA-US in the office of the United States Register of Copyrights, Washington, D.C., under the registration numbers listed on the attached Schedule "R."

<u>CONTROLLING DOCUMENT</u>: This transfer and assignment is subject to all the terms and conditions of an Option/Purchase Agreement, dated as of February 2, 2004, between Owner and Purchaser.

IN WITNESS WHEREOF, the undersigned has executed this document on
____FEB 9_____, 200o4, effective as of February 2, 2004.

| **MGA ENTERTAINMENT (MAURITIUS) LIMITED** | **MGA ENTERTAINMENT, INC.** |
|---|---|
| ("MGA-M") | ("MGA-US") |
| By _____<br>Title | By _____<br>Title |

LGL\316839 v4 CJA  02-05-04
Short Form Option
"BRATZ" – MGA ENTERTAINMENT, INC. and MGA
ENTERTAINMENT (MAURITIUS) LIMITED          -1-

Exhibit 6 - Page 30

MGA2 7132048

State of California )
County of Los Angeles )

On 2/9/04, before me, Viola Helen Collins, Notary Public
Name of Notary
personally appeared Carton Isaac Larian
Name(s) of Signer(s)

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature  Viola Helen Collins   (seal)
Signature of Notary Public



VIOLA HELEN COLLINS
Commission # 1346688
Notary Public - California
Los Angeles County
My Comm. Expires Mar 15, 2006

LGL\316839 v4 CJA 02-05-04
Short Form Option
"BRATZ" – MGA ENTERTAINMENT, INC. and MGA
ENTERTAINMENT (MAURITIUS) LIMITED          -2-



### SHORT FORM OPTION

### "BRATZ"

OPTION: For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, MGA ENTERTAINMENT, INC. ("**MGA-US**") and MGA ENTERTAINMENT (MAURITIUS) LIMITED ("**MGA-M**") (collectively, "**Owner**"), hereby grants to TWENTIETH CENTURY FOX, a division of Twentieth Century Fox Film Corporation ("**Purchaser**"), its successors and assigns, the exclusive, irrevocable option to purchase and acquire from Owner, all theatrical motion picture and analogous and allied rights in and to: 1) that certain series of characters and related material(s) ("**Characters**") created and/or owned by MGA-US and presently embodied in a line of toys and marketed to the public under the overall title "BRATZ" (sometimes known as the "BRATZPACK"); and 2) any new Characters created and/or owned by Owner which are added to the "BRATZ" series, as more particularly described in said Option/Purchase Agreement ("**Property**") (including, without limitation, all worldwide theatrical, television or other motion picture rights, remake and sequel rights, and those analogous and allied rights and in and to the Property as set forth in the Option/Purchase Agreement).

WARRANTIES: Owner represents and warrants that said Property has been published and registered for copyright in the name of MGA-US in the office of the United States Register of Copyrights, Washington, D.C., under the registration numbers listed on the attached Schedule "R."

CONTROLLING DOCUMENT: This transfer and assignment is subject to all the terms and conditions of an Option/Purchase Agreement, dated as of February 2, 2004, between Owner and Purchaser.

IN WITNESS WHEREOF, the undersigned has executed this document on ___March 11___, 200_4_, effective as of February 2, 2004.

| MGA ENTERTAINMENT (MAURITIUS) LIMITED | MGA ENTERTAINMENT, INC. |
|---|---|
| ("MGA-M") | ("MGA-US") |
| By _____ | By _____ |
| Title DIRECTOR | Title |
| 11/03/04 | |

V3510 D557 Page 3

LGL\316839 v4 CJA  02-05-04
Short Form Option
"BRATZ" – MGA ENTERTAINMENT, INC. and MGA
ENTERTAINMENT (MAURITIUS) LIMITED          -1-

Exhibit 6 - Page 32

MGA2 7132050

State of _____ )
                                )
County of _____ )

On 11.03.2004, before me, Me Gunness Beeharry,
        Date                        Name of Notary
personally appeared Me Subhash Chandra Lallah
                          Name(s) of Signer(s)

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature _____ (seal)
          Signature of Notary Public

LGL\316839 v4 CJA 02-05-04
Short Form Option
"BRATZ" - MGA ENTERTAINMENT, INC. and MGA
ENTERTAINMENT (MAURITIUS) LIMITED         -2-

## SCHEDULE "R"

## COPYRIGHT REGISTRATIONS

*JADE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING:* Sculpture created in 2000, published February 12, 2001. Registered under Registration No. VA: 1-090-287, dated June 18, 2001, in the name of ABC International Traders, Inc. (d/b/a MGA Entertainment).

*SASHA DOLL CONFIGURATION, ACCESSORIES AND PACKAGING:* Sculpture created in 2000, published February 12, 2001. Registered under Registration No. VA: 1-090-288, dated June 18, 2001, in the name of ABC International Traders, Inc. (d/b/a MGA Entertainment).

*CLOE DOLL CONFIGURATION, ACCESSORIES AND PACKAGING:* Sculpture created in 2000, published February 12, 2001. Registered under Registration No. VA: 1-090-289, dated June 18, 2001, in the name of ABC International Traders, Inc. (d/b/a MGA Entertainment).

*YASMIN DOLL CONFIGURATION, ACCESSORIES AND PACKAGING:* Sculpture created in 2000, published February 12, 2001. Registered under Registration No. VA: 1-090-290, dated June 18, 2001, in the name of ABC International Traders, Inc. (d/b/a MGA Entertainment).

*BRATZ DOLL SCULPTURE (FEMALE):* Sculpture created in 2002, published _____. Registered under Registration No. VA: 1-148-305, dated March 25, 2002, in the name of ABC International Traders, Inc. (d/b/a MGA Entertainment).

*BRATZ DOLL SCULPTURE (MALE):* Sculpture created in 2002, published _____. Registered under Registration No. VAU: 550-696, dated March 25, 2002, in the name of ABC International Traders, Inc. (d/b/a MGA Entertainment).

*JADE:* Drawing, created in 1998, published February 12, 2001. Registered under Registration No. VA:1-218-487, dated December 23, 2003, in the name of MGA Entertainment, Inc., listing as application author Carter Bryant.

*SASHA:* Drawing, created in 1998, published February 12, 2001. Registered under Registration No. VA:1-218-488, dated December 22, 2003, in the name of MGA Entertainment, Inc., listing as application author Carter Bryant.

*BRATZ GROUP DRAWING:* Drawing, created in 1998, published February 12, 2001. Registered under Registration No. VA:1-218-489, dated December 22, 2003, in the name of MGA Entertainment, Inc., listing as application author Carter Bryant.

*CLOE (aka CLOE DRAWING):* Drawing, created in 1998, published February 12, 2001. Registered under Registration No. VA:1-218-490, dated December 22, 2003, in the name of MGA Entertainment, Inc., listing as application author Carter Bryant.

*YASMIN (aka YASMIN DRAWING):* Drawing, created in 1998, published February 12, 2001. Registered under Registration No. VA:1-218-491, dated December 23, 2003, in the name of MGA Entertainment, Inc., listing as application author Carter Bryant.

LGL\316839 v4 CJA 02-05-04
Short Form Option
"BRATZ" – MGA ENTERTAINMENT, INC. and MGA
ENTERTAINMENT (MAURITIUS) LIMITED          -3-

Exhibit 6 - Page 34

MGA2 7132052

## IN THE SUPREME COURT OF MAURITIUS

I, Mohamad Shafy Peeroo .................................Secretary to Judge, do hereby certify that the signature appearing on the verso, marked with an asterisk, has been compared by me with the specimen signature of Mr. GUNNESS BEEHARRY, Notary Public and has been found to be identical.

This 9th day of March 2004.

Secretary

## IN THE SUPREME COURT OF MAURITIUS

I, the undersigned, do hereby certify that the signature appearing on the verso, marked with an asterisk, is the true and genuine signature of Mr. GUNNESS BEEHARRY, Notary Public, of Port-Louis, Republic of Mauritius.

This ......... day of March 2004.

N. Matadeen (Mr N. Matadeen)
JUDGE



APOSTILLE
(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)
1 Pays : République de Maurice
Country : Republic of Mauritius
Le present acte public
This public document
2 a été signé par ) N. Matadeen
has been signed by )
3 agissant en qualité de )
acting in the capacity of ) Judge
4 est revêtu du sceau/timbre de )
bears the seal/stamp of ) Supreme Court
ATTESTÉ
CERTIFIED
5 à ) Port Louis  6 le ) 22/03/2004
at )  the )
7 .......... A.C. Moosuddee
8 Sous n° 2403/2004
9 Sceau/timbre )
Seal/stamp )  10 Signature: Moosuddee
SECRÉTAIRE PERMANENT DU BUREAU DU PREMIER MINISTRE
PERMANENT SECRETARY OF THE PRIME MINISTER'S OFFICE
18-03-04  1VD8794  COMP  100.00

Seen at this Ministry
(B. Tirlok)
23.03.04
1st Secretary for Foreign Affairs
Ministry of Foreign Affairs
& Regional Co-operation
Republic of Mauritius

V3510 D557 Page 5

Exhibit 6 - Page 35

MGA2 7132053

*BRATZ: A STYLIN' GUIDE TO THE BRATZ PACK (pending)*: Received from ABC International Traders, Inc. on August 14, 2003;

*BRATZ DOLLS STYLE GUIDE - SUPPLEMENT FALL 03 / WINTER 04 (pending)*: Received from MGA Entertainment, Inc. on September 8, 2003;

*BRATZ HOLLIDAY SHOPPING SPREE (pending)*: Received from Penguin Group (USA) Inc. on October 15, 2003, registered under Registration No. TX: 5-817-268.

V3510 D557 Page 7

LGL\316839 v4 CJA 02-05-04
Short Form Option
"BRATZ" - MGA ENTERTAINMENT, INC. and MGA
ENTERTAINMENT (MAURITIUS) LIMITED         -4-

Exhibit 6 - Page 36

MGA2 7132054