Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 3,002,703

## United States Patent and Trademark Office

Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## 4-EVER BEST FRIENDS

MGA ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)
16380 ROSCOE BOULEVARD
VAN NUYS, CA 91406

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY DOLLS, AND CLOTHING, ACCESSORIES AND PLAYSETS THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-12-2004; IN COMMERCE 6-18-2004.

SN 78-298,800, FILED 9-10-2003.

JENNIFER KRISP, EXAMINING ATTORNEY

Exhibit 8 - Page 156

MGA2 1210612

Side - 1

## NOTICE OF ACCEPTANCE OF SOU
### MAILING DATE: Aug 20, 2005

The statement of use (SOU) filed for the trademark application identified below has been accepted.  This acceptance means that the mark identified below is entitled to be registered.  Accordingly, the registration will issue in due course barring any extraordinary circumstances.For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**  **78298800**
**MARK:**            **4-EVER BEST FRIENDS**
**OWNER:**           **MGA Entertainment, Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

MITCHELL KAMARCK
MGA ENTERTAINMENT INC
16730 SCHOENBORN ST
NORTH HILLS, CA  91343

Exhibit 8 - Page 157
MGA2 1210613



Exhibit 8 - Page 158

MGA2 1210614



Exhibit 8 - Page 159

MGA2 1210615

PTO Form 1553 (Rev 00/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78298800 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **REQUEST TO DIVIDE** | NO |
| **MARK SECTION** | |
| STANDARD CHARACTERS | NO |
| LITERAL ELEMENT | 4-EVER BEST FRIENDS |
| **OWNER SECTION (current)** | |
| NAME | MGA Entertainment, Inc. |
| STREET | 16730 Schoenborn Street |
| CITY | North Hills |
| STATE | California |
| ZIP/POSTAL CODE | 91343 |
| COUNTRY | United States |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |

Exhibit 8 - Page 160

MGA2 1210616

## OWNER SECTION (proposed)

| | |
|---|---|
| NAME | MGA Entertainment, Inc. |
| STREET | 16380 Roscoe Boulevard |
| CITY | Van Nuys |
| STATE | California |
| ZIP/POSTAL CODE | 91406 |
| COUNTRY | United States |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 06/12/2004 |
| FIRST USE IN COMMERCE DATE | 06/18/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT10\782\988\78298800\xml1\SOU0002.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT 10\782\988\78298800\xml1\SOU0003.JPG |
| SPECIMEN DESCRIPTION | Photographs of mark on product packaging. |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /DAPHNE GRONICH/ |

Exhibit 8 - Page 161

MGA2 1210617

| SIGNATORY NAME | Daphne Gronich |
|---|---|
| SIGNATORY DATE | 06/29/2005 |
| SIGNATORY POSITION | Senior Vice President and General Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jun 29 14:39:10 EDT 2005 |
| TEAS STAMP | USPTO/SOU-64.60.95.2-2005 0629143910407381-78298800 -2508ca7abd186ec432a6bb12 fa8f1443f-DA-1676-2005062 9142906283780 |

PTO Form 1580 (Rev 09/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** 4-EVER BEST FRIENDS
**SERIAL NUMBER:** 78298800

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, MGA Entertainment, Inc., having an address of 16380 Roscoe Boulevard, Van Nuys, California United States 91406, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 028, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/12/2004, and first used in commerce at least as early as 06/18/2004, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photographs of mark on product packaging..
Specimen-1

Exhibit 8 - Page 162

MGA2 1210618

Specimen-2

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /DAPHNE GRONICH/      Date Signed: 06/29/2005
Signatory's Name: Daphne Gronich
Signatory's Position: Senior Vice President and General Counsel

RAM Sale Number: 1676
RAM Accounting Date: 06/29/2005

Serial Number: 78298800
Internet Transmission Date: Wed Jun 29 14:39:10 EDT 2005
TEAS Stamp: USPTO/SOU-64.60.95.2-2005062914391040738
1-78298800-2508ca7abd186ec432a6bb12fa8f1
443f-DA-1676-20050629142906283780


Go Back

Exhibit 8 - Page 163        MGA2 1210619



Exhibit 8 - Page 164

MGA2 1210620



Exhibit 8 - Page 165

MGA2 1210621

# FEE RECORD SHEET

**Serial Number:**   78298800

**RAM Sale Number: 1676**

**Total Fees:**   $100

**RAM Accounting Date:  20050629**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20050629 | $100 | 1 | $100 |

**Transaction Date:**   20050629

Exhibit 8 - Page 166



MGA2 1210622

## U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 703-746-3400.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:**  Mar 15, 2005

Mitchell Kamarck
MGA Entertainment, Inc.
16730 Schoenborn Street
North Hills, CA 91343

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

 You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").   If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

The following information should be reviewed for accuracy:

| | |
|---|---|
| SERIAL NUMBER: | 78/298800 |
| MARK: | 4-EVER BEST FRIENDS |
| OWNER: | MGA Entertainment, Inc. |
| | 16730 Schoenborn Street |
| | North Hills , CALIFORNIA   91343 |

This application has the following bases, but not necessarily for all listed goods/services:

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

Exhibit 8 - Page 167

MGA2 1210623

028 -      Toys, games and playthings, namely dolls, and clothing, accessories and playsets therefor

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

...................................................................................................................................................................................................

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

Exhibit 8 - Page 168

MGA2 1210624

Commissioner for Trademarks
2900 Crystal Drive
Arlington , VA   22202-3514
www.uspto.gov

Mar 24, 2004

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   78/298,800

2. Mark:
   4-EVER BEST FRIENDS

3. International Class(es):
   28

4. Publication Date:
   Apr 13, 2004

5. Applicant:
   MGA Entertainment, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202) 512-1800

By direction of the Commissioner.

Correspondence Address:

Mitchell Kamarck                                    TMP&I
MGA Entertainment, Inc.
16730 Schoenborn Street
North Hills, CA 91263

Exhibit 8 - Page 169
MGA2 1210625

*** User:AMASTERSON ***

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|---------------------|--------------------------|--------------------|
| 01 | 1           | 0          | 1                | 0                   | 0:01                     | 78298800[SN]       |
| 02 | 7776        | N/A        | 0                | 0                   | 0:01                     | *four* or "4"[bi,ti] |
| 03 | 15870       | N/A        | 0                | 0                   | 0:01                     | *ever*[bi,ti]      |
| 04 | 97          | 49         | 48               | 17                  | 0:01                     | 2 and 3            |
| 05 | 9145        | N/A        | 0                | 0                   | 0:01                     | *best*[bi,ti]      |
| 06 | 4938        | N/A        | 0                | 0                   | 0:02                     | *friend*[bi,ti]    |
| 07 | 341         | N/A        | 0                | 0                   | 0:01                     | 5 and 6            |
| 08 | 154         | N/A        | 154              | 43                  | 0:05                     | 7 not dead[ld]     |

Session started 2/2/04 12:44:44 PM

Session finished 2/2/04 12:51:51 PM

Total search duration 0 minutes 13 seconds

Session duration 7 minutes 7 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 78298800

Exhibit 8 - Page 170

MGA2 1210626

PTO Form 1478 (Rev 4/2003)
OMB Control #0651-0009 (Exp. 08/02/2004)

# Trademark/Service Mark Application, Principal Register, with Declaration

## Serial Number: 78298800
## Filing Date: 09/10/2003

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | 4-EVER BEST FRIENDS |
| OWNER | |
| NAME | MGA Entertainment, Inc. |
| STREET | 16730 Schoenborn Street |
| CITY | North Hills |
| STATE | CA |
| ZIP/POSTAL CODE | 91343 |
| COUNTRY | USA |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| LEGAL ENTITY | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | California |
| ATTORNEY | |
| NAME | Mitchell Kamarck |
| FIRM NAME | MGA Entertainment, Inc. |
| STREET | 16730 Schoenborn Street |
| CITY | North Hills |
| STATE | CA |
| ZIP/POSTAL CODE | 91343 |

Exhibit 8 - Page 171

MGA2 1210627

| COUNTRY | USA |
|---|---|
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| **CORRESPONDENCE** | |
| NAME | Mitchell Kamarck |
| FIRM NAME | MGA Entertainment, Inc. |
| STREET | 16730 Schoenborn Street |
| CITY | North Hills |
| STATE | CA |
| ZIP/POSTAL CODE | 91343 |
| COUNTRY | USA |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| **GOODS AND/OR SERVICES** | |
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION TEXT | Toys, games and playthings, namely dolls, and clothing, accessories and playsets therefor. |
| FILING BASIS | Section 1(b) |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /mitchellkamarck/ |
| SIGNATURE DATE | 09/10/2003 |
| SIGNATORY NAME | Mitchell Kamarck |
| SIGNATORY POSITION | General Counsel |
| **PAYMENT** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| RAM SALE NUMBER | 562 |

Exhibit 8 - Page 172

MGA2 1210628

| RAM ACCOUNTING DATE | 09/11/2003 |
|---|---|
| FILING INFORMATION | |
| SUBMIT DATE | Wed Sep 10 19:17:14 EDT 2003 |
| TEAS STAMP | USPTO/BAS-671138791-20030910191714469506-78298800-200a4f5f92 15854dc2970abd434bee d1b7a-DA-562-2003091 0190553024758 |

PTO Form 1478 (Rev 4/2001)
OMB Control 0651-4009 (Exp 08/31/2004)

# Trademark/Service Mark Application, Principal Register, with Declaration

## Serial Number: 78298800
## Filing Date: 09/10/2003

## To the Commissioner for Trademarks:

**MARK:** 4-EVER BEST FRIENDS

The applicant, MGA Entertainment, Inc., a corporation of California, residing at 16730 Schoenborn Street, North Hills, CA USA 91343, requests registration of the trademark/service mark shown in the drawing page in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 028: Toys, games and playthings, namely dolls, and clothing, accessories and playsets therefor.

The applicant, hereby appoints Mitchell Kamarck of MGA Entertainment, Inc., 16730 Schoenborn Street, North Hills, CA USA 91343 to submit this application on behalf of the applicant.

Exhibit 8 - Page 173
MGA2 1210629

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /mitchellkamarck/   Date: 09/10/2003
Signatory's Name: Mitchell Kamarck
Signatory's Position: General Counsel

Mailing Address:
    Mitchell Kamarck
    16730 Schoenborn Street
    North Hills, CA 91343

RAM Sale Number: 562
RAM Accounting Date: 09/11/2003

Serial Number: 78298800
Internet Transmission Date: Wed Sep 10 19:17:14 EDT 2003
TEAS Stamp: USPTO/BAS-671138791-20030910191714469506-78298800-
200a4f5f9215854dc2970abd434beed1b7a-DA-562-20030910190553024758

Exhibit 8 - Page 174

MGA2 1210630

**FILING DATE:**

2003/09/10

**SERIAL NUMBER:**

78/298800





## TRADEMARK APPLICATION

## FEE RECORD SHEET

## RAM SALE NUMBER:  562

## RAM ACCOUNTING DATE:  20030911

| Description | Fee Code | Fee Amount | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|
| New App | 7001 | 335 | 1 | 335 |

Exhibit 8 - Page 175

MGA2 1210631



**Drawing Page**

**Date/Time Stamp:**                                                    **Serial Number:**

**09/10/2003 19:05:5**                                                              **78298800**

**Mark:**

4-EVER BEST FRIENDS

**Applicant:**
MGA Entertainment, Inc.
16730 Schoenborn Street
North Hills CA 91343
USA

**Date of First Use Anywhere: Intent-To-Use (Section 1(b))**
**Date of First Use In Commerce: Intent-To-Use (Section 1(b))**

**Goods and Services:**
Toys, games and playthings, namely dolls, and clothing, accessories and playsets therefor.

Exhibit 8 - Page 176

MGA2 1210632

file: 20030910191714469506-78298800