Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 3,018,551

## United States Patent and Trademark Office

Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# 5-SIES

MGA ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)
16380 ROSCOE BOULEVARD
VAN NUYS, CA 91406

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING, DOLL ACCESSORIES AND PLAYSETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-12-2004; IN COMMERCE 6-12-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-324,387, FILED 11-6-2003.

PATRICIA EVANKO, EXAMINING ATTORNEY

Exhibit 9 - Page 177

MGA2 1210633

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

# NOTICE OF ACCEPTANCE OF STATEMENT OF USE

Oct 14, 2005

TM12                              ATTORNEY
                                  REFERENCE NUMBER:

Mitchell Kamarck
MGA Entertainment, Inc.
16380 Roscoe Boulevard
Van Nuys, CA 91406

**SERIAL NUMBER:**      78/324387
**MARK:**               5-SIES
**OWNER:**              MGA Entertainment, Inc.

The Statement of Use (SOU) filed for the trademark application identified above has been accepted.  This acceptance means that the mark will register and the registration certificate will issue in due course barring any extraordinary circumstances. For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

Exhibit 9 - Page 178
MGA2 1210634



Exhibit 9 - Page 178

MGA2 1210635



Exhibit 9 - Page 180
MGA2 1210636



Exhibit 9 - Page 181

MGA2 1210637

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78324387 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **REQUEST TO DIVIDE** | NO |
| **MARK SECTION** | |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | 5-SIES |
| **OWNER SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 028 |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 06/12/2004 |
| FIRST USE IN COMMERCE | 06/12/2004 |

Exhibit 9 - Page 182

MGA2 1210638

DATE

SPECIMEN FILE
NAME(S)       \\TICRS\EXPORT9\IMAGEOUT9\783\243\78324387\xml3\SOU0002.JPG

              \\TICRS\EXPORT9\IMAGEOUT9 \783\243\78324387\xml3\SO
              U0003.JPG

              \\TICRS\EXPORT9\IMAGEOUT9 \783\243\78324387\xml3\SO
              U0004.JPG

SPECIMEN
DESCRIPTION   Photographs of the mark applied to product packaging

## PAYMENT SECTION

NUMBER OF
CLASSES       1

SUBTOTAL
AMOUNT        100

TOTAL AMOUNT  100

## SIGNATURE SECTION

SIGNATURE     /DAPHNE GRONICH/

SIGNATORY
NAME          Daphne Gronich

SIGNATORY
DATE          08/31/2005

SIGNATORY
POSITION      Senior Vice President and General Counsel

## FILING INFORMATION

SUBMIT DATE   Wed Aug 31 21:10:47 EDT 2005

              USPTO/SOU-64.60.95.2-2005
              0831211047315281-78324387
TEAS STAMP    -250ee3968246d3fb67c45999
              2cae916ff3-DA-951-2005083
              1210429304420

Exhibit 9 - Page 183
MGA2 1210639

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK: 5-SIES**
**SERIAL NUMBER:** 78324387

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, MGA Entertainment, Inc., having an address of 16380 Roscoe Boulevard, Van Nuys, California United States 91406, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 028, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/12/2004, and first used in commerce at least as early as 06/12/2004, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photographs of the mark applied to product packaging.
Specimen-1
Specimen-2
Specimen-3


A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.


## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /DAPHNE GRONICH/      Date Signed: 08/31/2005
Signatory's Name: Daphne Gronich
Signatory's Position: Senior Vice President and General Counsel

Exhibit 9 - Page 184
MGA2 1210640

RAM Sale Number: 951
RAM Accounting Date: 09/01/2005

Serial Number: 78324387
Internet Transmission Date: Wed Aug 31 21:10:47 EDT 2005
TEAS Stamp: USPTO/SOU-64.60.95.2-2005083121104731528
1-78324387-250ee3968246d3fb67c459992cae9
16ff3-DA-951-20050831210429304420

Go Back

Exhibit 9 - Page 185
MGA2 1210641



Exhibit 9 - Page 186
MGA2 1210642



Exhibit 9 - Page 187

MGA2 1210643



Exhibit 9 - Page 188

MGA2 1210644

**FEE RECORD SHEET**

Serial Number:    78324387

RAM Sale Number:  951

Total Fees:      $100

RAM Accounting Date:  20050901

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20050831 | $100 | 1 | $100 |

Transaction Date:    20050831

Exhibit 9 - Page 189


MGA2 1210645

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

# NOTICE OF APPROVAL OF EXTENSION REQUEST

Jun 16, 2005

TM12                          ATTORNEY

Mitchell Kamarck                          REFERENCE NUMBER:
MGA Entertainment, Inc.
16380 Roscoe Boulevard
Van Nuys, CA 91406

**SERIAL NUMBER:** 78/324387
**MARK:** 5-SIES
**OWNER:** MGA Entertainment, Inc.
**EXTENSION REQUEST NUMBER:** 1     **NOTICE OF ALLOWANCE DATE:** Aug 31, 2004

A Notice of Allowance was issued on Aug 31, 2004 for the trademark application identified above.  The FIRST request for Extension of Time to File a Statement of Use has been approved.  Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed.  Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance. For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

Exhibit 9 - Page 190
MGA2 1210646

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

# NOTICE OF REVIVAL OF APPLICATION

Mitchell Kamarck
MGA Entertainment, Inc.
16380 Roscoe Boulevard
Van Nuys, CA 91406

**SERIAL NUMBER:**      78/324387
**MARK:**      5-SIES
**OWNER:**      MGA Entertainment, Inc.
**REVIVAL DATE:**      May 25, 2005

The above referenced application was revived on the date shown above. The file will be forwarded to the appropriate section of the Office for further action.  For example, if the abandonment resulted from failure to timely file a response to an Office Action, your file will be forwarded to the Examining Attorney; if the abandonment resulted from a failure to timely file a Statement of Use or Extension of Time to File a Statement of Use, your file will be forwarded to the Intent to Use Section. To verify the status and location of your application, please wait approximately three weeks, then check the Trademark Application and Registration Retrieval (TARR) system located at the USPTO website: www.uspto.gov, or call the Trademark Assistance Center at 1-800-786-9199.

ORIGINAL

Exhibit 9 - Page 101

MGA2 1210647

# Petition to Revive Abandoned Application - Failure to File Timely Statement of Use or Extension Request of Use

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78324387 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **DATE OF NOTICE OF ABANDONMENT** | 03/01/2005 |
| **MARK SECTION** | |
| MARK | 5-SIES |
| **PETITION** | |
| PETITION STATEMENT | Applicant has firsthand knowledge that the failure to file an SOU or Extension Request by the specific deadline was unintentional, and requests the USPTO to revive the abandoned application. |
| NOTICE OF ALLOWANCE | Notice of Allowance was received by applicant |
| **EXTENSION OF TIME TO FILE STATEMENT OF USE** | |
| **OWNER SECTION** | |
| NAME | MGA Entertainment, Inc. |
| STREET | 16380 Roscoe Boulevard |
| CITY | Van Nuys |
| STATE | CA |
| ZIP/POSTAL CODE | 91406 |
| COUNTRY | US |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 028 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |

Exhibit 9 - Page 192

MGA2 1210648

## EXTENSION SECTION

| | |
|---|---|
| EXTENSION PERIOD(S) | 1 |
| ALLOWANCE MAIL DATE | 08/31/2004 |

## PAYMENT SECTION

| | |
|---|---|
| SUBTOTAL AMOUNT | 100 |
| NUMBER OF CLASS | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 250 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /BRYAN J. ARMSTRONG/ |
| SIGNATORY NAME | Bryan J. Armstrong |
| SIGNATORY DATE | 05/24/2005 |
| SIGNATORY POSITION | Senior Paralegal |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Tue May 24 18:17:53 EDT 2005 |
| TEAS STAMP | USPTO/PSE-6460952-2005052 4181753112684-78324387-25 07e20bf859f2e99ef6c807500 cc2f5e-DA-627-20050524181 456039089 |

## Petition to Revive Abandoned Application - Failure to File Timely Statement of Use or Extension Request of Use

To the Commissioner for Trademarks:

MARK: 5-SIES
**SERIAL NUMBER:** 78324387

**PETITION**

Exhibit 9 - Page 103

MGA2 1210649

Applicant has firsthand knowledge that the failure to file an SOU or Extension Request by the specific deadline was unintentional, and requests the USPTO to revive the abandoned application.

**EXTENSION OF TIME TO FILE STATEMENT OF USE**

The applicant, MGA Entertainment, Inc., residing at 16380 Roscoe Boulevard, Van Nuys, CA US 91406, requests revival of the application identified above, and submits extension(s) of time to file the Statement of Use under 37 C.F.R. Section 2.89.   The Notice of Allowance mailing date was 08/31/2004.

For International Class: 028, the applicant has a continued bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance, or as subsequently modified.

The applicant is filing extension number(s): 1.


A fee payment in the amount of $250 will be submitted with the form.

**Declaration**

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /BRYAN J. ARMSTRONG/      Date: 05/24/2005
Signatory's Name: Bryan J. Armstrong
Signatory's Position: Senior Paralegal

Serial Number: 78324387
Internet Transmission Date: Tue May 24 18:17:53 EDT 2005
TEAS Stamp: USPTO/PSE-6460952-20050524181753112684-7
8324387-2507e20bf859f2e99ef6c807500cc2f5
e-DA-627-20050524181456039089

Exhibit 9 - Page 104

MGA2 1210650

RAM SALE NUMBER:  627
RAM ACCOUNTING DATE:  20050525

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2005/05/24                                     78/324387

| Description | Fee Code | Transaction | Total Fees Paid |
|-------------|----------|-------------|-----------------|
| POA | 7005 | 2005/05/24 | 100 |
| ESU | 7004 | 2005/05/24 | 150 |

Exhibit 9 - Page 105

MGA2 1210651

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

May 18, 2005

# NOTICE OF ABANDONMENT

Mitchell Kamarck
MGA Entertainment, Inc.
16380 Roscoe Boulevard
Van Nuys, CA 91406

SERIAL NUMBER:     78/324387
MARK:              5-SIES
APPLICANT:         MGA Entertainment, Inc.

THE ABOVE IDENTIFIED TRADEMARK APPLICATION WAS ABANDONED ON 03/01/2005 FOR THE FOLLOWING REASON:

APPLICANT FAILED TO FILE A STATEMENT OF USE (SOU) OR REQUEST FOR AN EXTENSION OF TIME TO FILE A STATEMENT OF USE (EXTENSION REQUEST).   TRADEMARK ACT 1(d)(4), 15 U.S.C. 1051 (d)(4); 37 C.F.R. 2.65(c).

**YOU CAN REQUEST REINSTATEMENT OF THE APPLICATION FOR NO FEE IF:**

- YOU HAVE PROOF THAT THE STATEMENT OF USE OR EXTENSION REQUEST WAS RECEIVED IN THE USPTO ON OR BEFORE THE DUE DATE - SUCH AS A POSTCARD WITH A USPTO MAILROOM DATE STAMP; OR,
- YOU MAILED OR FAXED THE STATEMENT OF USE OR EXTENSION REQUEST ON OR BEFORE THE DUE DATE WITH A CERTIFICATE OF MAILING OR FACSIMILE TRANSMISSION, IN ACCORDANCE WITH USPTO RULE 2.197, 37 CFR SEC. 2.197.

**YOU MUST SUBMIT A COPY OF THE PREVIOUSLY SUBMITTED TIMELY STATEMENT OF USE OR EXTENSION REQUEST WITHIN 2 MONTHS OF THE DATE PRINTED AT THE TOP OF THIS NOTICE ALONG WITH ONE OF THE TYPES OF PROOF SET OUT ABOVE.   YOU MAY FAX THIS INFORMATION TO THE INTENT TO USE UNIT AT 571-273-9550.**

**IF YOU DO NOT HAVE THE PROOF NECESSARY FOR REINSTATEMENT, YOU CAN REQUEST REVIVAL OF THE APPLICATION, UNDER USPTO RULE 2.66, 37 CFR SEC. 2.66, BY:**

- FILING A "PETITION TO REVIVE" **WITHIN 2 MONTHS** OF THE DATE PRINTED AT THE TOP OF THIS NOTICE, INDICATING THAT THE REASON FOR THE DELAY IN RESPONDING BY THE DUE DATE WAS "UNINTENTIONAL";
- PAYING THE PETITION FEE OF $100, MADE PAYABLE TO THE COMMISSIONER OF TRADEMARKS; AND
- IF YOU RECEIVED THE NOTICE OF ALLOWANCE YOU MUST ALSO INCLUDE A COPY OF THE STATEMENT OF USE OR EXTENSION REQUEST AND THE REQUIRED FEES, INCLUDING ANY FEES FOR EXTENSION REQUESTS THAT SHOULD HAVE BEEN FILED IF THE APPLICATION HAD NEVER BEEN ABANDONED. IF YOU DID NOT RECEIVE THE NOTICE OF ALLOWANCE, INCLUDE A STATEMENT THAT YOU DID NOT RECEIVE THE NOTICE OF ALLOWANCE.

**FOR FURTHER INFORMATION CALL 1-800-786-9199**

Exhibit 9 - Page 106
MGA2 1210652

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/324387

**APPLICANT:**      MGA Entertainment, Inc.

# *78324387*

**May 17, 2005**

**CORRESPONDENT ADDRESS:**

Mitchell Kamarck
MGA Entertainment, Inc.
16380 Roscoe Boulevard
Van Nuys, CA  91406

**RETURN ADDRESS:**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:**      5-SIES

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A

**CORRESPONDENT EMAIL ADDRESS:**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examiner's name and "Intent to Use Section".
4. Your telephone number and e-mail address.

# INTENT TO USE OFFICE ACTION

Serial Number  78/324387

This letter is , to advise you that your document(s) identified below was received late.
____X_____Statement of Use
_____Extension Request
_____Statement of Use and Extension Request

A Statement of Use or Request for Extensions of Time to File a Statement of Use must be filed within six months following the issuance of a Notice of Allowance or during an existing extension period. 37 C.F.R. §§2.88(a) and 2.89(a).  The deadline expired on **February 28, 2005**.  The document identified above was received on **March 3, 2005**.  Accordingly, the document is late and will not be accepted. The application is abandoned and any fees submitted with the document will be refunded.

If the delay in filing the document was unintentional, Applicant can file a Petition to Revive. 37 CFR §2.66. The petition must be filed within two months from the mailing date of the Notice of Abandonment.  It must include a $100 petition fee, a statement, signed by someone with firsthand knowledge of the facts that the delay in filing the extension request or Statement of Use was

Exhibit 9 - Page 107
MGA2 1210653

unintentional. In addition, the petition should include an extension request or Statement of Use that meets the requirements of 37 CFR §2.89, including the filing fee, plus the fees for any extension request that would have been due if the application never abandoned. For additional information on filing a Petition to Revive, please contact the Office of the Commissioner for Trademarks at (571) 272-8900.

If you file a Petition to Revive, please note that you must file a Statement of Use or request for a further extension of time when it becomes due, even though the application has been abandoned. 37 CFR §2.89(g).

Sincerely,

**Lynette Rollins**
**Lynette Rollins**
**Paralegal Specialist**
**ITU/Divisional Unit**
**(571) 272-9507**
**(571) 273-9507 (Fax)**
**lynette.rollins@uspto.gov**

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

Exhibit 9 - Page 108
MGA2 1210654



Exhibit 9 - Page 199

MGA2 1210655



Exhibit 9 - Page 200

MGA2 1210656



Exhibit 9 - Page 201

MGA2 1210657

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78324387 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | 5-SIES |
| **OWNER SECTION (current)** | |
| NAME | MGA Entertainment, Inc. |
| STREET | 16370 Schoenborn Street |
| CITY | North Hills |
| STATE | CA |
| ZIP/POSTAL CODE | 91343 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | MGA Entertainment, Inc. |
| STREET | 16380 Roscoe Boulevard |
| CITY | Van Nuys |
| STATE | CA |
| ZIP/POSTAL CODE | 91406 |
| COUNTRY | US |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| **GOODS AND/OR SERVICES SECTION** | |

Exhibit 9 - Page 202
MGA2 1210658

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| FIRST USE ANYWHERE DATE | 05/30/2004 |
| FIRST USE IN COMMERCE DATE | 05/30/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\783\243\78324387\xml2\ SOU0002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\783\243\78324387\xml2\ SOU0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\783\243\78324387\xml2\ SOU0004.JPG |
| SPECIMEN DESCRIPTION | Photographs of mark applied to product packaging |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /DAPHNE GRONICH/ |
| SIGNATORY NAME | Daphne Gronich |
| SIGNATORY DATE | 03/03/2005 |
| SIGNATORY POSITION | Senior Vice President and General Counsel |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Thu Mar 03 20:57:02 EST 2005 |
| TEAS STAMP | USPTO/SOU-172.30.230.5-20 050303205702174783-783243 87-2003b3a5c321fffc28c757 e0c6fbe4b1ca-RAM-807-2005 0303205533939611 |

Exhibit 9 - Page 203

MGA2 1210659

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

MARK: 5-SIES
**SERIAL NUMBER:** 78324387

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, MGA Entertainment, Inc., residing at 16380 Roscoe Boulevard, Van Nuys, CA US 91406, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 028, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 05/30/2004, and first used in commerce at least as early as 05/30/2004, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photographs of mark applied to product packaging.
Specimen-1
Specimen-2
Specimen-3

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /DAPHNE GRONICH/      Date: 03/03/2005
Signatory's Name: Daphne Gronich
Signatory's Position: Senior Vice President and General Counsel

Exhibit 9 - Page 204
MGA2 1210660

RAM Sale Number: 807
RAM Accounting Date: 03/04/2005

Serial Number: 78324387
Internet Transmission Date: Thu Mar 03 20:57:02 EST 2005
TEAS Stamp: USPTO/SOU-172.30.230.5-20050303205702174
783-78324387-2003b3a5c321fffc28c757e0c6f
be4b1ca-RAM-807-20050303205533939611


Go Back

Exhibit 9 - Page 205

MGA2 1210661



Exhibit 9 - Page 206

MGA2 1210662



Exhibit 9 - Page 207

MGA2 1210663



Exhibit 9 - Page 208

MGA2 1210664

# FEE RECORD SHEET

**Serial Number:** 78324387

**RAM Sale Number: 807**

**RAM Accounting Date: 20050304**

**Total Fees:** $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20050303 | $100 | 1 | $100 |

**Transaction Date:** 20050303

Exhibit 9 - Page 209



MGA2 1210665

**U.S. Patent and Trademark Office (USPTO)**

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 703-746-3400.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Aug 31, 2004

Mitchell Kamarck
MGA Entertainment, Inc.
16370 Schoenborn Street
North Hills, CA 91343

## ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").   If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION. Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at <u>http://www.uspto.gov/teas/index.html</u> (under "File a PRE-registration form"), to avoid the possible omission of important information.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

The following information should be reviewed for accuracy:

SERIAL NUMBER:         78/324387

MARK:                  5-SIES (STANDARD CHARACTER MARK)

OWNER:                 MGA Entertainment, Inc.

                       16370 Schoenborn Street
                       North Hills , CALIFORNIA  91343

This application has the following bases, but not necessarily for all listed goods/services:

    Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

Exhibit 9 - Page 210

MGA2 1210666

028 -    Toys, games and playthings, namely, dolls, doll clothing, doll accessories and playsets

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

Exhibit 9 - Page 211

MGA2 1210667

Commissioner for Trademarks
2900 Crystal Drive
Arlington , VA   22202-3514
www.uspto.gov

May 19, 2004

## NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    78/324,387

2.  Mark:
    5-SIES
    Standard Character Mark

3.  International Class(es):
    28

4.  Publication Date:
    Jun 8, 2004

5.  Applicant:
    MGA Entertainment, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202) 512-1800

By direction of the Commissioner.

Correspondence Address:

Mitchell Kamarck
MGA Entertainment, Inc.
16370 Schoenborn Street
North Hills, CA 91343

TMP&I

Exhibit 9 - Page 212

MGA2 1210668

*** User:pevanko ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 78324387[SN] |
| 02 | 15726 | N/A | 0 | 0 | 0:04 | *5*[BI,TI] |
| 03 | 1847 | N/A | 0 | 0 | 0:01 | *FIVE*[BI,TI] |
| 04 | 4070 | N/A | 0 | 0 | 0:02 | *sie*[bi,ti] |
| 05 | 12 | 0 | 12 | 12 | 0:02 | (2 or 3) and 4 not dead[ld] |
| 06 | 181950 | N/A | 0 | 0 | 0:03 | "028"[ic] |
| 07 | 389 | 0 | 389 | 135 | 0:02 | (2 or 3) and 6 not dead[ld] |
| 08 | 91 | 0 | 91 | 21 | 0:02 | 4 and 6 not dead[ld] |
| 09 | 11314 | N/A | 0 | 0 | 0:04 | (a or b or 200)[ic] |
| 10 | 75 | 0 | 75 | 61 | 0:01 | (2 or 3) and 9 not dead[ld] |
| 11 | 3 | 1 | 2 | 0 | 0:01 | *5si*[bi,ti] |
| 12 | 3 | 2 | 1 | 0 | 0:02 | *5z*[bi,ti] |

Session started 3/25/04 1:42:51 PM
Session finished 3/25/04 1:50:03 PM
Total search duration 0 minutes 25 seconds
Session duration 7 minutes 12 seconds
Defaut NEAR limit=1 ADJ limit=1


Sent to TICRS as Serial Number: 78324387

Exhibit 9 - Page 213
MGA2 1210669

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78324387
### Filing Date: 11/06/2003

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | 5-SIES |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | 5-SIES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | MGA Entertainment, Inc. |
| STREET | 16370 Schoenborn Street |
| CITY | North Hills |
| STATE | CA |
| ZIP/POSTAL CODE | 91343 |
| COUNTRY | USA |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |

Exhibit 9 - Page 214

MGA2 1210670

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION | Toys, games and playthings, namely, dolls, doll clothing, doll accessories and playsets |
| FILING BASIS | Section 1(b) |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /mitchellkamarck/ |
| SIGNATORY NAME | Mitchell Kamarck |
| SIGNATORY DATE | 11/06/2003 |
| SIGNATORY POSITION | General Counsel |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |

## ATTORNEY

| | |
|---|---|
| NAME | Mitchell Kamarck |
| FIRM NAME | MGA Entertainment, Inc. |
| STREET | 16370 Schoenborn Street |
| CITY | North Hills |
| STATE | CA |
| ZIP/POSTAL CODE | 91343 |
| COUNTRY | USA |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| AUTHORIZED EMAIL COMMUNICATION | No |

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | Mitchell Kamarck |
| FIRM NAME | MGA Entertainment, Inc. |
| STREET | 16370 Schoenborn Street |

Exhibit 9 - Page 215
MGA2 1210671

| CITY | North Hills |
|---|---|
| STATE | CA |
| ZIP/POSTAL CODE | 91343 |
| COUNTRY | USA |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| AUTHORIZED EMAIL COMMUNICATION | No |

**FILING INFORMATION**

| SUBMIT DATE | Thu Nov 06 19:34:42 EST 2003 |
|---|---|
| TEAS STAMP | USPTO/BAS-6711386219-2003 110619344226091-78324387 -20079aacf2897ed076e3ba4a 7f49c51e8-DA-417-20031106 193246530561 |

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78324387
### Filing Date: 11/06/2003

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of 5-SIES.

The color(s) is/are claimed as a distinctive feature of the mark.

The mark consists of .

The applicant, MGA Entertainment, Inc., a corporation of California, residing at 16370 Schoenborn Street, North Hills, CA, USA, 91343, requests registration of the trademark/service mark identified above in the

Exhibit 9 - Page 216

MGA2 1210672

United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 028: Toys, games and playthings, namely, dolls, doll clothing, doll accessories and playsets

The applicant hereby appoints Mitchell Kamarck of MGA Entertainment, Inc., 16370 Schoenborn Street, North Hills, CA, USA, 91343 to submit this application on behalf of the applicant.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /mitchellkamarck/   Date: 11/06/2003
Signatory's Name: Mitchell Kamarck
Signatory's Position: General Counsel


Mailing Address:
　　Mitchell Kamarck
　　16370 Schoenborn Street
　　North Hills, CA 91343

RAM Sale Number: 417
RAM Accounting Date: 11/07/2003

Serial Number: 78324387
Internet Transmission Date: Thu Nov 06 19:34:42 EST 2003
TEAS Stamp: USPTO/BAS-6711386219-2003110619344226049
1-78324387-20079aacf2897ed076e3ba4a7f49c

Exhibit 9 - Page 217

MGA2 1210673

51e8-DA-417-20031106193246530561

Exhibit 9 - Page 218
MGA2 1210674

# 5-SIES

Exhibit 9 - Page 218

MGA2 1210675

**Drawing Page**

Date/Time Stamp: 11/06/2003 19:32:4



Serial Number:78324387



Mark (USPTO-generated image for standard character

# 5-SIES

Exhibit 9 - Page 220

MGA2 1210676

file: 20031106193442260491-78324387

# 5-SIES

Exhibit 9 - Page 221
MGA2 1210677