# Change Of Correspondence Address

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76596392 |
| **REGISTRATION NUMBER** | 3102657 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 115 |
| **MARK SECTION** | |
| MARK | Design only |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | Joel D. Voelzke<br>Law Office of Joel D. Voelzke<br>400 Corporate Pointe, Suite 300<br>Culver City California 90230<br>United States<br>(310) 590-4526<br>(310) 590-4525<br>ip.law@verizon.net |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel D. Voelzke<br>24772 Saddle Peak Road<br>Malibu<br>California<br>United States<br>90265<br>(310) 317-4466<br>(310) 317-4499<br>ip.law@verizon.net |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Joel D. Voelzke73/ |
| SIGNATORY NAME | Joel D. Voelzke |
| SIGNATORY DATE | 05/03/2007 |
| SIGNATORY POSITION | Attorney |

Exhibit 10 - Page 222

MGA2 1206124

**FILING INFORMATION SECTION**

| SUBMIT DATE | Thu May 03 14:43:39 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/CCA-71.177.55.37-20<br>070503144339714702-759328<br>43-36010d632ac7369e8954f2<br>3e0f9adb466dd-N/A-N/A-200<br>70503142201828767 |

Exhibit 10 - Page 223

MGA2 1206125

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 3,102,657**

## United States Patent and Trademark Office

Registered June 13, 2006

# TRADEMARK
## PRINCIPAL REGISTER



MGA ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)
16730 SCHOENBORN STREET
NORTH HILLS, CA 91343

FOR: TOYS, GAMES, AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING, DOLL ACCESSORIES, PLAYSETS FOR DOLLS, CHILDREN'S PLAY COSMETICS, PLUSH TOYS, TOY ACTION FIGURES AND ACCESSORIES THEREFOR, ACTION FIGURE PLAY ENVIRONMENTS, ACTION SKILL GAMES, TOY VEHICLES AND PLAYSETS THEREFOR, TOY SCOOTERS, BOARD GAMES, CARD GAMES; AND ATHLETIC PROTECTIVE PADS, NAMELY, ARM PADS, KNEE PADS, ELBOW PADS AND WRIST PADS FOR CYCLING, SKATING, SNOWBOARD-

ING AND SKATEBOARDING, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

OWNER OF U.S. REG. NO. 2,855,370.

THE MARK CONSISTS OF THE FORM OF A TRANSPARENT TRAPEZOIDAL BOX.

SEC. 2(F).

SER. NO. 76-596,392, FILED 6-7-2004.

YONG KIM, EXAMINING ATTORNEY

Exhibit 10 - Page 224

MGA2 1206126

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Feb 15, 2006

# NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    76/596,392

2.  Mark:
    Miscellaneous Design

3.  International Class(es):
    28

4.  Publication Date:
    Mar 7, 2006

5.  Applicant:
    MGA Entertainment, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

Joel D. Voelzke
Law Office of Joel D. Voelzke
400 Corporate Pointe, Suite 300
Culver City CA 90230

TMP&I

Exhibit 10 - Page 225
MGA2 1206127

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 76596392 | FILING DATE | 06/07/2004 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KIM, YONG OH | L.O. ASSIGNED | 115 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/11/2006 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 01/10/2006 |
| LITERAL MARK ELEMENT | |
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |

Exhibit 10 - Page 226

MGA2 1206128

| LITERAL MARK ELEMENT | |
|---|---|
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | MGA Entertainment, Inc. |
| ADDRESS | 16730 Schoenborn Street North Hills, CA 91343 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION TEXT | Toys, games, and playthings, namely, dolls, doll clothing, doll accessories, playsets for dolls, children's play cosmetics, plush toys, toy action figures and accessories therefor, action figure play environments, action skill games, toy vehicles and playsets therefor, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 05/21/2001 | FIRST USE IN COMMERCE DATE | 05/21/2001 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DESCRIPTION OF MARK | The form of a Transparent Trapezoidal Box |
| OWNER OF US REG NOS | 2855370 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/10/2006 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 01/10/2006 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |

Exhibit 10 - Page 227

MGA2 1206129

| 01/10/2006 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 009 |
| 08/04/2005 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 008 |
| 07/28/2005 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 007 |
| 07/28/2005 | MAIL | I | PAPER RECEIVED | 006 |
| 02/02/2005 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 005 |
| 01/24/2005 | CNRT | F | NON-FINAL ACTION MAILED | 004 |
| 01/21/2005 | CNRT | R | NON-FINAL ACTION WRITTEN | 003 |
| 01/07/2005 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 06/23/2004 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Alan C. Rose |
|---|---|
| CORRESPONDENCE ADDRESS | Joel D. Voelzke<br>Law Office of Joel D. Voelzke<br>400 Corporate Pointe, Suite 300<br>Culver City CA 90230 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 10 - Page 228

MGA2 1206130



Exhibit 10 - Page 229

MGA2 1206131

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 76/596392

**APPLICANT**:      MGA Entertainment, Inc.

# *76596392*

**CORRESPONDENT ADDRESS**:
  Joel D. Voelzke
  Law Office of Joel D. Voelzke
  400 Corporate Pointe, Suite 300
  Culver City CA 90230

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK**:

**CORRESPONDENT'S REFERENCE/DOCKET NO**:   MGA-67604

**CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
   4. Your telephone number and email address.

Serial Number  76/596392

# EXAMINER'S AMENDMENT

In accordance with the authorization *granted pursuant to TMEP Section 707.02*, the application has been AMENDED as indicated below.  No response is necessary unless there is an objection to the amendment.  If there is an objection to the amendment, the applicant should notify the examining attorney immediately.

**Correction of Spelling Error in Identification**
The term "therefore" has been corrected to "therefor".

**Refusal Under Section 2(e)(5) Withdrawn**
The refusal under Section 2(e)(5) has been withdrawn.

**Claim of Acquired Distinctiveness is Acceptable**

Exhibit 10 - Page 230

MGA2 1206132

Applicant's claim of acquired distinctiveness is acceptable.  Thus the refusal under Sections 1, 2 and 45 is withdrawn.


/Yong Oh (Richard) Kim/
Trademark Examining Attorney
Law Office 115
(571) 272-9476

Exhibit 10 - Page 231

MGA2 1206133

**Please place in Upper Right Corner**
**of Response to Office Action ONLY.**

Examining Attorney: KIM, YONG
Serial Number: 76/596392



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

**CERTIFICATE OF MAILING**

I, **Justina Townsend**, hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Commissioner for Trademarks, PO Box 1451, Alexandria, Virginia 22313-1451 on the date shown below:

Signature: _Justina P Townsend_
Date: July 25, 2005

---

| | |
|---|---|
| In re Application of: | MGA Entertainment, Inc. |
| Mark: | The configuration of a trapezoidal plastic box |
| Serial No.: | 76/596,392 |
| Filed: | June 7, 2004 |
| Our Ref.: | 103-020 |
| Office Action Mailing Date: | June 24, 2005 |

Law Office 115
Attorney: Yong Oh
(Richard) Kim

Commissioner for Trademarks
P.O Box 1451
Alexandria, VA 22313-1451

## AMENDMENT AND RESPONSE TO OFFICE ACTION

In response to the Office Action mailed January 24, 2005:

## I.   GROUNDS FOR REJECTION

The Examining Attorney has refused the application to register Applicant's mark under the Trademark Act Section 2(d) and 15 U.S.C. §1052 on the ground that the proposed mark is functional, and under the Trademark Act Sections 1, 2, and 45, and 15 U.S.C. §§ 1051, 1052, and 1127 on the ground that the mark is a nondistinctive configuration of the packaging for the goods and would not be perceived as a mark.

07-28-2005
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #64

Exhibit 10 - Page 232

MGA2 1206134

S/N 76/596,392

The Examining Attorney also requires that the description of the goods be changed, and suggests that the description be amended to read:

> Toys, games, and playthings, namely, dolls, doll clothing, doll accessories, playsets for <specify use, e.g., playsets for dolls>, children's play cosmetics, plush toys, toy action figures and accessories therefore, action figure play environments, action skill games, toy vehicles and playsets therefore, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding; in International Class 28.

The Examiner has also requested specific additional information pertaining to functionality or non-functionality of the mark.

Further, the Examiner requires Applicant to submit a statement of ownership if Applicant is the owner of Registration No. 2,855,370.

## II.  AMENDMENT TO DESCRIPTION OF MARK

Please amend the description of the mark, as suggested by the Examiner, to read:

> Toys, games, and playthings, namely, dolls, doll clothing, doll accessories, playsets for dolls, children's play cosmetics, plush toys, toy action figures and accessories therefore, action figure play environments, action skill games, toy vehicles and playsets therefore, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding; in International Class 28.

## III.  CLAIM OF OWNERSHIP

Please add the following claim of ownership:

Applicant is the owner of Registration No. 2,855,370.

## IV.  REMARKS/ARGUMENTS IN RESPONSE TO REJECTION

### A.   THE MARK IS NOT FUNCTIONAL

1    Evidence of Non-Functionality:  Declaration of Steffan Smith

The Examining attorney has refused registration on the ground that the mark is functional.  The Examining Attorney states that:

Exhibit 10 - Page 233

MGA2 1206135

S/N 76/596,392

> [T]he trapezoidal shape permits applicant to utilize less packaging material than a rectangular package of similar width.  Since the proposed mark provides clear utilitarian advantages, the proposed mark is a functional packaging design. . .

(Office Action at page 2)

Applicant disagrees.  The trapezoidal shape is a highly unusual shape for toy packaging.  As evidenced by the enclosed declaration of Steffan Smith, MGA's Director of Structural Engineering – Creative Product Packaging, the trapezoidal packaging does not create any mechanical advantages or efficiencies of packaging.  (Smith Decl. at ¶ 3)  Rather, the trapezoidal shape is, if anything, less efficient than standard rectangular or square packaging.  (Id.)  The trapezoidal shape creates unusable shipping space (id.) and creates an inefficient footprint, thus wasting valuable retail shelf space (id.).  The trapezoidal packaging requires approximately 8% more material than standard packaging, and packs approximately 8% less efficiently in shipping cartons than would rectangular packaging.  (Id.)  Despite these utilitarian disadvantages, however, Applicant has chosen to use trapezoidal packaging for its toys to help create a strong and unique product appearance to consumers, and hence a visual brand recognition.  (Id.)

### 2    Information Responsive to Examiner's Request

The Examining attorney has requested additional specific information.  In response to this request, Applicant submits the following information numbered in accordance with the Examining attorney's request for the information.

(1)   Applicant has obtained U.S. Design Patent No. D469,678 for its trapezoidal plastic packaging.  Applicant respectfully submits that this design patent constitutes evidence that the design is both unique and not functional.

(2)   Examples of advertising and promotional material, showing the trapezoidal packaging in circulars for Target stores, Toys 'R' Us, and K-Mart, are attached as exhibits to the enclosed declaration of Julie Chomo.

(3)   As explained in the declaration of Steffan Smith, the trapezoidal packaging is approximately 8% less efficient than the rectangular packaging commonly used both in the toy industry and in other industries.  The exhibits to the Chomo declaration show examples of MGA's packaging alongside other packaging used in the industry, including both rectangular packaging (Exh. 2 to Chomo Decl.) and hourglass or vase-shaped packaging (Ex. 7 to Chomo Decl.) used for Mattel's BARBIE® dolls.  Additionally, the declaration of Christopher Byrne, an independent toy industry analyst, states that Mr. Byrne believes that the trapezoidal packaging was an innovation within the toy industry when MGA introduced it.  (Byrne Decl. at ¶ 2)

(4)   As explained in the declaration of Steffan Smith, the trapezoidal packaging uses approximately 8% more material that similar rectangular packaging, and wastes

Exhibit 10 - Page 234

MGA2 1206136

approximately 8% of the shipping space, thus increasing the cost of manufacturing and shipping.

## B.   THE UNUSUAL PACKAGING IS INHERENTLY DISTINCTIVE

Applicant's packaging, a trapezoidal box for toy packaging, is highly distinctive within that field.  The trapezoidal design was so unique that Applicant obtained U.S. Design Patent No. D469,687, a copy of which is enclosed for the Examiner's reference, for applicant's plastic trapezoidal box.  Applicant's use of this unusual packaging for the listed goods has been substantially exclusive since at least the design patent issued in February 2003.

Additionally, the packaging does not provide utilitarian advantages.  To the contrary, the packaging creates a larger footprint on store shelves than would a rectangular package of the same volume, thus creating "dead space" between packages on the shelf and hence an inefficient use of valuable retail shelf space.  Applicant, however, has chosen this inefficient and unusual packaging in order to help create a strong visual impression in the minds of consumers.

Furthermore, enclosed is the declaration of Christopher Byrne, aka "The Toy Guy" (see www.thetoyguy.com).  Mr. Byrne has worked in the toy industry for 26 years (Byrne Decl. at ¶ 1) and is currently an independent toy industry analyst and consultant (id.).  Mr Byrne states that he believes that, "when it was introduced, the trapezoidal packaging [for Applicant's BRATZ® line of dolls] was a unique innovation in the toy industry in general and the fashion doll category in particular." (Id. at ¶ 2)  This evidence is highly probative of the inherent distinctiveness of Applicant's trapezoidal packaging.

## C.   EVIDENCE OF ACQUIRED DISTINCTIVENESS

Without conceding that the claimed dress is not inherently distinctive, Applicant submits that, in any event, the claimed dress has acquired additional distinctiveness that would render it registerable under § 2(f).

### 1.   Actual Consumer and Industry Recognition, Substantially Exclusive and Continuous Use, and Extensive Advertising

Enclosed is the declaration of Christopher Byrne, a recognized independent analyst of the toy industry with extensive industry experience.  As Mr. Byrne attests:

It is my belief that when it [MGA's trapezoidal packaging] was introduced, it was a unique innovation within the [toy] industry in general and the fashion doll category in particular.
     *                      *                      *
MGA has consistently marketed its BRATZ® related products in trapezoidal packaging.  In my opinion, I believe that MGA's trapezoidal packaging is unique and has come to be associated by consumers and retailers as indicating MGA's products and specifically the BRATZ® line of fashion dolls and associated products.  This conclusion is based upon both my own personal reaction to the trapezoidal packaging over the course of several

4

Exhibit 10 - Page 235

S/N 76/596,392

years, my in-depth knowledge of toy packaging, my knowledge and ongoing review of products and discussions with consumers and retailers within the industry.

(Byrne Decl. at ¶¶ 2 and 3)

Enclosed also is the declaration of Applicant's Vice President of Nationwide Sales, Julie Chomo. As Ms. Chomo attests, MGA advertises its highly successful BRATZ® line of dolls in the circulars of major retail chains such as Target Stores, K-Mart, and Toys 'R' Us, and on nationwide television. (Chomo Decl. at ¶ 2) Copies of some of those advertisements are attached as exhibits to the Chomo declaration. In some of those exhibits the Target logo or the Toys "R" Us name is visible. In the advertisements, Applicant specifically shows the distinct trapezoidal packaging in which the goods are packaged. (Id.) This advertising consistently and regularly reaches millions of consumers. (Id. at ¶ 3) The BRATZ® line of dolls and related products have enjoyed tremendous success, with sales of approximately 85 million units and more than $1 billion in retail sales in the United States. (Id. at ¶ 4)

As Ms. Chomo further attests, MGA's use of the trapezoidal packaging has been substantially exclusive and continuous for over four years. (Id. at ¶ 3) In her opinion MGA's extensive advertising combined with the tremendous success of the BRATZ® line of products has created a strong visual impression in the minds of consumers, such that when consumers see the trapezoidal packaging in advertising and on store shelves they immediately connect the packaging with the BRATZ® line of dolls and related products. (Id. at ¶ 5)

In sum, the declarations of Mr. Byrne and Ms. Chomo constitute strong evidence that MGA's trapezoidal product packaging was unique and innovative when it was introduced, has been extensively advertised, is not functional or otherwise needed by competitors in order to effectively compete, has come to be recognized by consumers as indicating the source of the products, and is associated by consumers with a tremendously successful line of products.

### 2.    Applicant Does Not Claim to Have Invented the Trapezoid

Although the Examining attorney cites to an Internet posting that apparently indicates that Stikfas toy figures come in trapezoidal packaging, the undersigned visited Stikfas's website at www.stikfas.com. It appears that each of the figures sold by Stikfas is displayed on the site along with its packaging. As far as the undersigned was able to determine, each of the figures is shown as being packaged in rectangular packaging, not trapezoidal packaging. (See attached Exhibit Nos. 1-7) If the Stikfas figures did indeed come in trapezoidal packaging at one point, the very fact that an Internet poster thought that the packaging shape was unusual enough to warrant specific mention provides evidence that trapezoidal packaging is highly unusual.

With respect to any other packaging cited by the Examiner, Applicant does not argue that Applicant invented the trapezoid shape, that trapezoidal boxes have never been used to contain any other goods or gifts in the United States, nor that imitators will not occasionally spring up of products such as the BRATZ® line which has generated more than $1 billion in domestic sales. Rather, Applicant should at least be able to protect its highly unusual packaging shape against

Exhibit 10 - Page 236

MGA2 1206138

S/N 76/596,392

any newcomers who would imitate that package shape in an attempt to confuse consumers and ride on the coattails of Applicant's successful and much sought-after BRATZ® line of products.

## CONCLUSION

For all of the foregoing reasons, Applicant respectfully submits that the application is in condition for publication, and respectfully requests that the application be approved for publication.

Respectfully submitted,

Dated:   July 25, 2005

Joel D. Voelzke (Reg. No. 37,957)

INTELLECTUAL PROPERTY LAW OFFICE
OF JOEL D. VOELZKE
400 Corporate Pointe, Suite 300
Culver City, CA  90230
Telephone:  (310) 590-4525
Facsimile:   (310) 590-4526

6

Exhibit 10 - Page 237

MGA2 1206139

Case 2:04-cv-09049-DOC-RNB   Document 9015-10   Filed 10/30/10   Page 17 of 68   Page ID #:274924



**LATEST**    **BLISTER**    **LITE**    **REGULAR**    **DELUXE**    **STIKWEAR**    **OTHERS**    **VIEW CAR**

My Account | Logi

## OMEGA MALE SUPERVILLAIN

AFK42R
PRICE : $10.00

QTY:    1    **BUY**

Welcome to Stikfas Online Shop.

Sales Policy    Customer Servic

Exhibit 1

Exhibit 10 - Page 238

http://www.stikfas.com/shop/product.php?sid=6b1c30196f60b66ad8b759a8d5bfe24a&categor...   7/26/2005   MGA 05 1206140



LATEST    BLISTER    LITE    REGULAR    DELUXE    STIKWEAR    OTHERS    VIEW CART

My Account | Logi

**BETA FEMALE FAIRY**

AFK32R
PRICE : $10.00

QTY:    1    BUY

Welcome to Stikfas Online Shop.

Sales Policy    Customer Service

Case 2:04-cv-09049-DOC-RNB   Document 9015-10   Filed 10/30/10   Page 19 of 68   Page ID #:274926



**ALPHA MALE ROCK STAR**

AFK46R
PRICE : $10.00

QTY:   1   BUY

Welcome to Stikfas Online Shop.                    Sales Policy    Customer Service

1206142



LATEST    BLISTER    LITE    REGULAR    DELUXE    STIKWEAR    OTHERS    VIEW CAR

My Account | Logi

## G2 ALPHA MALE ICE HOCKEY (TEAL)

AFK27L
PRICE : $7.00

QTY:    1    BUY

Welcome to Stikfas Online Shop.                    Sales Policy    Customer Servic

Exhibit 4
Exhibit 10 - Page 241
1206143

Case 2:04-cv-09049-DOC-RNB   Document 9015-10   Filed 10/30/10   Page 21 of 68   Page ID #:274928



| LATEST | BLISTER | LITE | REGULAR | DELUXE | STIKWEAR | OTHERS | VIEW CART |

My Account | Logi

## ALPHA MALE PHANTOM (GLOW IN THE DARK)

AFK41R
PRICE : $10.00

QTY:   1   BUY



IT'S SIMPLY FUN!™

Welcome to Stikfas Online Shop.

Sales Policy    Customer Servic

Case 2:04-cv-09049-DOC-RNB   Document 9015-10   Filed 10/30/10   Page 22 of 68   Page ID #:274929



LATEST     BLISTER     LITE     REGULAR     DELUXE     STIKWEAR     OTHERS     VIEW CART

My Account | Logi

## G2 ALPHA MALE WARRIOR MONK

AFK38R
PRICE : $10.00

QTY:     1     BUY

Welcome to Stikfas Online Shop.

Sales Policy     Customer Servic

Exhibit 6

Exhibit 10 - Page 243

http://www.stikfas.com/shop/product.php?sid=6b1c30196f60b66ad8b759a8d5bfe24a&categor...   7/25/2005   12061456



LATEST    BLISTER    LITE    REGULAR    DELUXE    STIKWEAR    OTHERS    VIEW CART

My Account | Login

## ALPHA MALE WITH MOTORCYCLE

AFK43D
PRICE : $15.00



QTY:    1    BUY

Welcome to Stikfas Online Shop.                    Sales Policy    Customer Service

MGA2 1206146

## DECLARATION OF STEFFEN SMITH

I, Steffen Smith, hereby declare as follows:

1.      I am the Director of Structural Engineering-Creative Product Packaging at MGA Entertainment, Inc. located in Van Nuys, California.  I have held this position for nearly two (2) years.  Previously, I have held consumer and entertainment product packaging and engineering positions at Mattel, Inc. and AOL/Time Warner, Inc.  Altogether, I have over 15 years of experience in the packaging industry.  I am submitting this declaration in support of the application by MGA Entertainment, Inc. ("MGA") to register its trapezoidal pyramid toy box shape as a trade dress.

2      I am informed that the examining attorney in the United States Patent and Trademark Office has initially rejected MGA's application on the ground that the shape of the trapezoidal packaging is functional, that is, that the trapezoidal shape offers utilitarian advantages over other shapes.  Specifically, the examining attorney has stated that the trapezoidal shape permits MGA to use less packaging material than a rectangular package of similar width.

3      That is not accurate.  The trapezoidal shape of MGA's packaging does not create mechanical advantages or efficiencies of packaging for the toys contained inside, principally MGA's BRATZ® line of fashion dolls.  Rather, the trapezoidal shape is, if anything, less efficient than standard rectangular or square packaging.   From a packaging and shipping perspective, regardless of the position and configuration of the trapezoidal shaped containers within the shipping box, there is a noticeable amount of unusable shipping space due to the overall shape of MGA's trapezoidal container.  Additionally, within the retail sales environment, where shelf space is a valuable commodity, the footprint created MGA's trapezoidal product packaging on the shelf occupies more shelf space than similar products packaged in a more efficient rectangular box.  Moreover, the trapezoidal packaging uses slightly more packaging material and packs less efficiently than such standard packaging shapes commonly used in the toy industry and other industries.  In my estimation, the trapezoidal packaging requires approximately 8 % more material than standard packaging, and packs approximately 8 % less efficiently in shipping cartons than would rectangular packaging.

Exhibit 10 - Page 245

MGA2 1206147

4  Despite these utilitarian disadvantages, MGA has chosen to use trapezoidal packaging for its toys to help create a strong and unique product appearance to consumers, and hence a visual brand recognition.

  The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Executed by me this 22nd day of July, 2005, at Van Nuys, California.

Steffen Smith
Director of Structural Engineering-
Creative Product Packaging

Exhibit 10 - Page 246

MGA2 1206148

## DECLARATION OF CHRISTOPHER BYRNE

I, Christopher Byrne, hereby declare as follows:

1.      I have worked in the toy industry for the past 26 year in various positions ranging from creative services to product development to marketing for leading toy manufacturers.  For the past 17 years, I have had my own consultancy business, and presently I manage and operate Byrne Communications, Inc. (BCI), which was incorporated in New York State in 1999. Through this company, I provide services to a variety of companies in the toy and children's entertainment industries, as well as other products and services. Our company provides editorial services, marketing consultation, market research and business analysis, among other disciplines. In addition, BCI maintains an online persona, The Toy Guy®, and presence at www.thetoyguy.com through which I share my research, opinions and knowledge about the toy industry.  I also conduct and write product reviews which are completely based on the merits of the product as determined by my review process or in concert with other editorial outlets.  Each year I review hundreds of different toys for the site, for which I receive no compensation from toy manufacturers.  In 2001 I had the opportunity to review MGA Entertainment, Inc.'s ("MGA") BRATZ® line of dolls and I am now I am submitting this declaration in support of application by MGA to register its trapezoidal pyramid toy box shape as a trade dress.

2.      In my initial product review of the BRATZ® dolls, among the details related to the product, I also noticed the unique trapezoidal shaped packaging that I described at the time as "beautiful."  See exhibit A for a true and correct copy of my original BRATZ® product review. It is my belief that when it was introduced, the trapezoidal packaging was a unique innovation in the toy industry in general and the fashion doll category in particular.

3.      Through the years, I have continued to notice that MGA has consistently marketed its BRATZ® related products in trapezoidal packaging.  In my opinion, I believe that MGA's trapezoidal packaging is unique and has come to be associated by consumers and retailers as indicating MGA's products and specifically the BRATZ® line of fashion dolls and associated products.  This conclusion is based both upon my own personal reaction to the trapezoidal packaging over the course of several years, my in-depth knowledge of toy packaging, my knowledge and ongoing review of products and discussions with consumers and retailers within the industry.

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and

Exhibit 10 - Page 247

MGA2 1206149

the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Executed by me this 25th day of June, 2005, at New York, New York.

Christopher Byrne
The Toy Guy®
Byrne Communications, Inc.

Declaration of Christopher Byrne, June 25, 2005
Page 1 of 2

Exhibit 10 - Page 248

MGA2 1206150

# EXHIBIT A

Exhibit 10 - Page 249

MGA2 1206151

| home | The Toy Guy™ - "Making the world a better place to play"™ |
| --- | --- |



the toy guy's toy box - **toy reviews**

toys & games

video games

features

talk back

the toy guy™

newsletter

appearances

contact us



**Bratz**
**MGA Entertainment**
**Ages 4 and Up**

**What It Is**

Cloe, Yasmin, Jade and Sasha are the "Bratz;" a hip group of fashion-accessorized 9-inch-tall dolls. They have a very contemporary, urban feel with the kind of edginess popularized in music videos–and at stores like Limited Too.

Each Bratz doll has its own distinct personality and tastes. Included with each doll are an essential hair brush, two pairs of shoes, a hair accessory, two fashion tops and bottoms, as well as a "Bratzpack Backpack." These girls, with "a passion for fashion," can sport and interchange trendy, chic 21st Century "threads." Fans of the dolls can also collect additional "Fashion Packs" to extend their Bratz wardrobes.

**Why It's Fun**

These dolls take the idea of the fashion doll into the next millennium with their cool, contemporary looks and attitude. This is definitely not your sister's Barbie. In fact, it's designed to be about as different from Barbie in its look and attitude as possible, while still delivering a classic kind of fashion doll play.

**Who's Going To Love It**

Bratz are clearly marketed to and tailored for contemporary young girls. Their look is designed to capitalize on the urban look popularized by MTV and contemporary music styles.

Girls who are into that look will definitely find the diverse fashions appealing and may enjoy collecting the whole group of them, as well as their costumes. It's likely that kids will move from Barbie to Bratz as their individual fashion senses become more mature.

One terrific element of Bratz is that they come with enough different fashion elements to allow kids to create twenty different outfits, so for girls into dress-up play, these dolls are an excellent value.

**What To Be Aware Of**

While definitely well-made, edgy and coming in beautiful packaging, the clothing is relatively sophisticated for a fashion doll. Parents and caregivers should be aware of that, but they should also be aware that girls of the target age are thinking primarily about their version of what's pretty. And to this group in 2001, that's definitely the MTV look Bratz has.

Copyright © 2002 Byrne Communications, Inc.

Privacy

Exhibit 10 - Page 250

MGA2 1206152

# DECLARATION OF JULIE CHOMO

I, Julie Chomo, hereby declare as follows:

1.      I am Vice President of National Sales at MGA Entertainment, Inc. ("MGA") located in Van Nuys, California.  I have been employed by MGA for the past nine (9) years, and have held my present position for four (4) years.  In my capacity as Vice President of National Sales, I have worked with many of the national retail chain stores, and I am currently responsible for all marketing and sales related activities with Target Corporation.  I am submitting this declaration in support of an application by MGA Entertainment Inc. ("MGA") to register its trapezoidal toy packaging as a trademark.

2.      In support of my sales efforts with national retailers, I also oversee the purchase and placement of BRATZ® advertising within national newspaper advertising circulars to promote MGA's brand of products for national retailers.  Attached hereto as exhibits are true and correct copies of pages from advertising circulars distributed nationwide by such national retailers as Target, Kmart, and Toys "R" Us that depict MGA's BRATZ® line of dolls in conjunction with its trapezoidal shaped packaging.  With specific reference to the attached circulars, MGA purchases the advertising space from national retailers.  As illustrated by the attachments, the ads for the BRATZ® products depict the packaging with the BRATZ® product to instill a connection between the product and the packaging in the minds of the consumer.  The promotion of the visual association between the packaging and the BRATZ® line of products is repeated in MGA's television commercials, where the trapezoidal packaging is prominently displayed near the ends of those commercials.  I believe that MGA has been making substantially exclusive within the toy industry and continuous use of the trapezoidal packaging for more than 4 years.

3.      I am informed and believe that MGA's newspaper circular advertising consistently reaches millions of consumer homes each time advertising space is purchased in a  national newspaper circular.

Exhibit 10 - Page 251

MGA2 1206153

4.      MGA's BRATZ® line of dolls and associated products has enjoyed tremendous commercial success.   I am informed that MGA has sold approximately 85 million BRATZ® dolls since its introduction of the line into the marketplace in 2001, which numbers do not include the millions of accessory packages and playsets.  To date, sales of these items represent more than $1 billion in retail sales in the United States alone.

5.      I believe that MGA's tremendous success with its BRATZ® brand, combined with MGA's continued efforts to advertise its line of BRATZ® dolls and accessories in conjunction with its trapezoidal shaped packaging, has created a strong visual impression in the minds of consumers, such that when consumers see the trapezoidal packaging in advertising and on store shelves they immediately connect the packaging with the BRATZ® line of dolls and related products.

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting there from, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Executed by me this 22nd day of July, 2005, at Van Nuys, California.


Julie Chomo
Vice President of National Sales

Exhibit 10 - Page 252

MGA2 1206154



Exhibit 10 - Page 253

MGA2 1206155



Exhibit 10 - Page 254

MGA2 1206156



Exhibit 10 - Page 255

MGA2 1206157



Exhibit 10 - Page 256

Exhibit 2
MGA2 1206158



Exhibit 10 - Page 257

Exhibit 3
MGA2 1206159



Exhibit 10 - Page 258

MGA2 1206160



Exhibit 10 - Page 259

Exhibit 5
MGA2 1206161



Exhibit 10 - Page 260

Exhibit 6
MGA2 1206162



Exhibit 10 - Page 261

Exhibit 7
MGA2 1206163

US00D469687S

(12) **United States Design Patent**     (10) Patent No.:     **US D469,687 S**
Larian     (45) Date of Patent:     ** **Feb. 4, 2003**

(54) **TRANSPARENT DISPLAY PACKAGING**

(76) Inventor: **Isaac Larian**, 237 Carolwood, Los Angeles, CA (US) 90077

(**) Term: **14 Years**

(21) Appl. No.: **29/158,530**

(22) Filed: **Apr. 3, 2002**

(51) **LOC (7) Cl.** .................................................. **09-03**
(52) **U.S. Cl.** ........................................ **D9/415**; D9/418
(58) **Field of Search** ......................... D9/415, 418, 414, D9/430, 431, 432, 337, 416; 229/111, 112, 116.1, 117.09, 117.19, 117.21, 117.23, 117.24, 162; 206/769, 770, 771, 349, 776, 806

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,268,318 | A | * | 6/1918 | Brown | .................. 229/117.09 |
| 2,483,030 | A | * | 9/1949 | Arneson | ................. 229/117.21 |
| 2,591,593 | A | * | 4/1952 | Nolan | .................. 229/117.09 |
| 3,001,688 | A | * | 9/1961 | Hokenson | ............. 229/117.21 |
| D265,723 | S | * | 8/1982 | Rosenthal | .................... D9/418 |
| D303,088 | S | * | 8/1989 | Fireman | ...................... D9/418 |
| 5,040,683 | A | * | 8/1991 | Marsilio | ................... 206/320 |
| D320,346 | S | * | 10/1991 | Wagner | ..................... D9/415 |

* cited by examiner

*Primary Examiner*—Prabhakar Deshmukh
(74) *Attorney, Agent, or Firm*—Oppenheimer Wolff & Donnelly LLP

(57) **CLAIM**

The ornamental design for a transparent display packaging, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my transparent display packaging;
FIG. 2 is a front view thereof;
FIG. 3 is a right side view thereof with the left side view being a mirror image of the right side view;
FIG. 4 is a rear view thereof;
FIG. 5 is a top plan view thereof;
FIG. 6 is a bottom plan view thereof; and,
FIG. 7 is a perspective view of an alternative embodiment.

**1 Claim, 3 Drawing Sheets**



Exhibit 10 - Page 262

MGA2 1206164



FIG. 1

FIG. 2

U.S. Patent

Feb. 4, 2003

Sheet 1 of 3

US D469,687 S

Exhibit 10 - Page 263

MGA2 1206165

U.S. Patent

Feb. 4, 2003

Sheet 2 of 3

US D469,687 S



FIG. 3

FIG. 4

Exhibit 10 - Page 264

MGA2 1206166



FIG. 5

FIG. 6

FIG. 7

U.S. Patent

Feb. 4, 2003

Sheet 3 of 3

US D469,687 S

Exhibit 10 - Page 265

MGA2 1206167

```
<SERIAL NUMBER>              76596392
<MARK>                       http://tess2.uspto.gov/webaka/images/76596392.gif
<LAW OFFICE ASSIGNED>        LAW OFFICE 115
<CONTACT TYPE>               Correspondent

<ORIGINAL ADDRESS>           ALAN C. ROSE
                             FULWIDER PATTON LEE & UTECHT, LLP
                             HOWARD HUGHES CENTER
                             6060 CENTER DRIVE, TENTH FLOOR
                             LOS ANGELES, CALIFORNIA 90045


<NEW ADDRESS>
      <CORRESPONDENT>        Joel D. Voelzke
      <ORGANIZATION>         Law Office of Joel D. Voelzke
      <STREET ADDRESS>       400 Corporate Pointe, Suite 300
      <CTIY>                 Culver City
      <STATE>                CA
      <POSTAL CODE>          90230
      <PHONE>                (310) 590-4525
      <FAX>                  (310) 590-4526
      <EMAIL>                ip.law@verizon.net
      <EMAIL AUTHORIZED>     N
      <SUBMIT DATE>          Feb 2, 2005


<SIGNATURE>
      <SIGNATURE-NAME>       /Joel D. Voelzke/
      <SIGNATORY-DATE>       20050201
      <SIGNATORY-NAME>       Joel D. Voelzke
      <SIGNATORY-POSITION>   attorney for applicant
```

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 76/596392

**APPLICANT**:                  MGA Entertainment, Inc.

**CORRESPONDENT ADDRESS**:
    ALAN C. ROSE
    FULWIDER PATTON LEE & UTECHT, LLP
    HOWARD HUGHES CENTER
    6060 CENTER DRIVE, TENTH FLOOR
    LOS ANGELES, CALIFORNIA 90045

**MARK**:

**CORRESPONDENT'S REFERENCE/DOCKET NO**:  MGA-67604

**CORRESPONDENT EMAIL ADDRESS**:

# *76596392*

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE**.

Serial Number  76/596392

The assigned examining attorney has reviewed the referenced application and determined the following.

## No Conflicting Marks Noted

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP §704.01.

## Refusal – Functional Design for Packaging

Registration is refused because the proposed mark appears to be a functional design for the packaging for the identified goods.  Trademark Act Section 2(e)(5), 15 U.S.C. §1052(e)(5).  That is, the proposed mark comprises the configuration of a design feature of the packaging for the goods that serves a utilitarian purpose.  *TrafFix Devices, Inc. v. Marketing Displays, Inc.*, 532 U.S. 23, 58 USPQ2d 1001 (2001); *Valu Engineering, Inc. v. Rexnord Corp*., 61 USPQ2d 1422 (Fed. Cir. 2002); *In re Witco Corp*., 14 USPQ2d 1557 (TTAB 1989); *In re Peters*, 6 USPQ2d 1390 (TTAB 1988); *In re Swift & Co.*, 217

Exhibit 10 - Page 267

MGA2 1206169

USPQ 85 (TTAB 1982), *recon. denied*, 217 USPQ 87 (TTAB 1982); TMEP §§1202.02(a) *et seq*.

The proposed mark is "a transparent trapezoidal box", and the goods are "toys, games and playthings, namely, dolls, doll clothing, doll accessories, playsets, children's play cosmetics, plush toys, toy action figures and accessories therefore, action figure play environments, action skill games, toy vehicles and playsets, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding".

A feature is functional as a matter of law if it is "essential to the use or purpose of the product or if it affects the cost or quality of the product." *TrafFix Devices, Inc. v. Marketing Displays, Inc.*, 532 U.S. 23, 58 USPQ2d 1001, 1006 (2001); *Qualitex Co. v. Jacobson Products Co., Inc.*, 514 U.S. 159, 34 USPQ2d 1161, 1163-64 (1995); *Inwood Laboratories, Inc. v. Ives Laboratories, Inc.*, 456 U.S. 844, 214 USPQ 1, 4 n.10 (1982).

A mark comprising the configuration of goods or their packaging is held functional, and thus unregistrable, where the evidence shows that the product design or product packaging design provides identifiable utilitarian advantages to the user – i.e., where the product or container "has a particular shape because it works better in that shape." *Valu Engineering, Inc. v. Rexnord Corp.*, 61 USPQ2d 1422, 1425 (Fed. Cir. 2002) (citation and internal quotation marks omitted); *In re R.M. Smith, Inc.*, 734 F.2d 1482, 222 USPQ 1, 3 (Fed. Cir. 1984); see also *In re Virshup*, 42 USPQ2d 1403, 1405 (TTAB 1997); *In re Cabot Corp.*, 15 USPQ2d 1224, 1227 (TTAB 1990).

In the present matter, the proposed mark is functional because its transparent nature permits consumers to examine the contents of the package and the trapezoidal shape permits applicant to utilize less packaging material than a rectangular package of similar width. Since the proposed mark provides clear utilitarian advantages, the proposed mark is a functional packaging design and is refused registration on the Principal Register under Section 2(e)(5) of the Trademark Act.

**Information Request**

Applicant must provide the following information and documentation in order to permit proper examination of the application. 37 C.F.R. §2.61(b):

    (1)  A written statement as to whether the proposed mark is or has been *the subject of either a design or utility patent*, including existing and/or expired patents.  Applicant must also state whether the proposed mark is or has been the subject of a patent application for either a design or utility patent, including both pending and abandoned patent applications.  For any of the above for which a positive response is provided, the applicant must provide copies of the patent(s) or pending or abandoned patent application(s).

    (2)  Any available *advertising, promotional and/or explanatory materials concerning the configuration* for which registration is sought, particularly any materials specifically related to the design feature(s) embodied in the proposed mark.

    (3)  A written explanation and any relevant evidence as to *whether alternative designs are available for the feature(s) embodied in the proposed mark*, as well as whether the alternative designs are equally efficient and/or competitive.  Applicant must also include a written explanation and any available information concerning designs used by competitors.

Exhibit 10 - Page 268

MGA2 1206170

(4)  A written statement as to whether the product design or product packaging design at issue results from *a comparatively simple or inexpensive method of manufacture in relation to alternative designs* for the product/container.  If applicant has any relevant information regarding the method and/or cost of manufacture, that information must also be provided.

Applicant may also furnish any *other* evidence that applicant considers relevant to the registrability of the proposed configuration mark.

With regard to the above requested information, it is noted that the Board and courts have recognized that relevant technical information is usually more readily available to an applicant, and that the applicant will thus normally be the source of most of the evidence pertaining to the functionality issue. *In re Teledyne Industries Inc.,* 696 F.2d 968, 971, 217 USPQ 9, 11 (Fed. Cir. 1982); *In re Witco Corp.,* 14 USPQ2d 1557, 1560 (TTAB 1989); *In re Babies Beat Inc.,* 13 USPQ2d 1729, 1731 (TTAB 1990) (registration properly refused where applicant failed to comply with trademark examining attorney's request for copies of patent applications and other patent information); *See* TMEP §§1202.02(a)(v) *et seq.*

The applicant should also note the following additional ground for refusal.

## Refusal – Nondistinctive Configuration of Packaging

Registration is refused because the proposed mark comprises a nondistinctive configuration of the packaging for the goods and would not be perceived as a mark.  As such, the proposed mark is not registrable on the Principal Register without proof of acquired distinctiveness.  Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127; *In re Mogen David Wine Corp.,* 372 F.2d 539, 152 USPQ 593 (C.C.P.A. 1967); *In re McIlhenny Co.,* 278 F.2d 953, 126 USPQ 138 (C.C.P.A. 1960); TMEP §1202.02(b)(ii).

As seen in the attachments from third-party websites, the proposed mark is a common packaging design.  As such, the proposed mark would not be perceived as a mark and registration is refused under Sections 1, 2 and 45 of the Trademark Act.

## Indefinite Identification

The identification of goods is unacceptable as indefinite.  The applicant may adopt the following identification, if accurate:

> Toys, games and playthings, namely, dolls, doll clothing, doll accessories, playsets for <specify use, e.g., playsets for dolls>, children's play cosmetics, plush toys, toy action figures and accessories therefor, action figure play environments, action skill games, toy vehicles and playsets therefor, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding; in International Class 28.

TMEP §1402.01.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted.  37 C.F.R. §2.71(a); TMEP §1402.06.  Therefore, the applicant may

Exhibit 10 - Page 269

MGA2 1206171

not amend to include any goods that are not within the scope of goods set forth in the present identification.

**Ownership of Prior Registration**

If the applicant is the owner of Registration No. 2855370, the applicant must submit a claim of ownership. 37 C.F.R. §2.36; TMEP §812. See attached registration.


No set form is required for response to this Office action. The applicant must respond to each point raised. The applicant should simply set forth the required changes or statements and request that the Office enter them. In addition to the identifying information required at the beginning of this letter, the applicant should provide a telephone number to speed up further processing.

In all correspondence to the Patent and Trademark Office, the applicant should list the name and law office of the examining attorney, the serial number of this application, the mailing date of this Office action, and the applicant's telephone number.


**NOTICE:  FEE CHANGE**

Effective January 31, 2005 and pursuant to the Consolidated Appropriations Act, 2005, Pub. L. 108-447, the following are the fees that will be charged for filing a trademark application:

> (1) $325 per international class if filed electronically using the Trademark Electronic Application System (TEAS); or

(2)  $375 per international class if filed on paper

These fees will be charged not only when a new application is filed, but also when payments are made to add classes to an existing application. If such payments are submitted with a TEAS response, the fee will be  $325 per class, and if such payments are made with a paper response, the fee will be $375 per class.

The new fee requirements will apply to any fees filed on or after January 31, 2005.

**NOTICE:  TRADEMARK OPERATION RELOCATION**

The Trademark Operation has relocated to Alexandria, Virginia. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

**Commissioner for Trademarks**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

Exhibit 10 - Page 270

MGA2 1206172

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

/Yong Oh (Richard) Kim/
Trademark Examining Attorney
Law Office 115
(571) 272-9476

**How to respond to this Office Action:**

You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://eteas.uspto.gov/V2.0/oa242/WIZARD.htm and follow the instructions therein, but you must wait until at least 72 hours after receipt if the office action issued via e-mail). PLEASE NOTE: Responses to Office Actions on applications filed under the Madrid Protocol (Section 66(a)) **CANNOT** currently be filed via TEAS.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

Exhibit 10 - Page 271

MGA2 1206173

**Print: Jan 21, 2005**                              **76310491**

## DESIGN MARK

**Serial Number**
76310491

**Status**
REGISTERED

**Registration Number**
2855370

**Date Registered**
2004/06/15

**Type of Mark**
TRADEMARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(2) DESIGN ONLY

**Owner**
MGA ENTERTAINMENT, INC. CORPORATION CALIFORNIA 16730 SCHOENBORN ST.
NORTH HILLS CALIFORNIA 913436122

**Goods/Services**
Class Status -- ACTIVE.   IC 028.   US  022 023 038 050.   G & S: DOLLS
AND DOLLS' ACCESSORIES.   First Use: 2001/05/21.   First Use In
Commerce: 2001/05/21.

**Description of Mark**
The mark consists of a box for the goods that is transparent and in
the shape of a pyramidal trapezoid.

**Filing Date**
2001/09/06

**Amended Register Date**
2003/11/05

**Examining Attorney**
AYALA, LOURDES

**Attorney of Record**
CAROL WITSCHEL

-1-

Exhibit 10 - Page 272

MGA2 1206174



Exhibit 10 - Page 273

MGA2 1206175



Exhibit 10 - Page 274

MGA2 1206176



Exhibit 10 - Page 275

MGA2 1206177

This is G o o g l e's cache of http://www.google.com/search?q=cache:Pv9ME2U21kcJ.palimpsest.stanford.edu/waac/wn/wn21-3/wn21-311.html+%22trapezoid+package%22&hl=en as retrieved on 21 Sep 2000 04:14:25 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:Pv9ME2U21kcJ.palimpsest.stanford.edu/waac/wn/wn21-3/wn21-311.html+%22trapezoid+package%22&hl=en

Google is not affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **trapezoid package**

**waac** *Newsletter*
September 2000 Volume 21 Number 3

# Book Review

**Structural Package Designs**
by Haresh Pathak. The Pepin Press.
368pp. P.O. Box 10349, 1001 EH Amsterdam,
The Netherlands. 1999. ISBN 90-5496-051-5

**Getting from**



to this...



is the subject of this enchanting book with many conservation applications. Package diagrams include: reverse tuck with locking dust flaps; self locking tray with thick double end wall; pouch with auto lock bottom, gusseted sides and snap lock closure; H beam partition with feet; 12 plans for cushion pads; **trapezoid package** with reverse tucks; and hinged box with raised platform. All diagrams, no written instructions.

*Carolyn Tallent*





[Search all CoOL documents]
[Feedback]
This page last changed: November 10, 2004

Exhibit 10 - Page 276

MGA2 1206178

| HOME | TEMPLATES | CONTACT | GALLERY | ORDERING INFORMATION | LINKS |

## Trapezoid Box Template

CLICK HERE FOR TRAPEZOID BOX TEMPLATE
Note: Please make sure your printing margins are set to .5 inches (half an inch) or the template may not print completely. In your browser's Menu bar, select File > Page Setup, and change the margin settings to .5. (The selections may be slightly different between browsers.)



The finished box measures 3 x 2 x 1.5.

1. Print and trace the template onto card stock. (I simply printed the template onto card stock using my printer.)
2. Cut out and decorate with stamps and inks, as desired. (I used a sponge to apply Galaxy Gold and Pearlescent Jade Brilliance pads onto the card stock. I then stamped with Graphite Black using two stamps I hand carved.)
3. Punch holes where indicated.
4. Fold on dotted lines.
5. Glue side and bottom.
6. Fold top flaps over.
7. Tie ribbon through holes. (I used two pieces of turquoise organdy ribbon.)
8. Fill with candy. (Hershey's Kisses or Jordan Almonds would be ideal.)

Use this box to give a Valentine to that special someone, or decorate it for a shower, wedding, or anniversary.

Copyright 1999-2005 Wilhemus Designs, a division of jwthcompson.com
These templates are free for your use to make craft items to give or sell, or to use for teaching purposes.
The templates themselves may NOT be auctioned, sold, or published in any way without my permission.

Exhibit 10 - Page 277

MGA2 1206179

Home

# Designing a "trapezoid" box

**A** common box shape used in automotive designs is a "trapezoid" box shape. The reason we have placed the word trapezoid inside quote marks is because in Geometry the word trapezoid is used only to describe a two-dimensional shape. When talking about a three-dimensional shape, a box whose cross-section (or side view) looks trapezoidal is properly referred to as a truncated pyramid (a pyramid with its top cut off). This is illustrated below:



Trapezoid   Truncated Pyramid

The truncated pyramid shape is quite flexible as shown below. The top can be smaller than the base or the base can be smaller than the top or any combination.



Eminence Designer always assumes that a trapezoidal side is the front of the box (this is depicted as the shaded side in the examples below). However, you don't have to use the box this way. If you specify the same wall thickness for all sides, then it doesn't matter which side is used for the front. In the samples below, the box is rotated in different directions to show how the "top" and "bottom" can also be substituted as the "front".



Note however that Eminence Designer doesn't allow you to rotate the truncated pyramid drawings. If you use a different side for the front, you'll need to add a note to the printouts so others will know which side is being used as the front.

Eminence is a trademark of Eminence Speaker LLC. All other trademarks are the property of their respective companies.

Copyright © 2004 Harris Technologies, Inc. All rights reserved.

Exhibit 10 - Page 278

MGA2 1206180



Exhibit 10 - Page 279

MGA2 1206181

*** User:richardkim ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 334 | 72 | 262 | 159 | 0:01 | "mga entertainment"[on] |
| 02 | 1070 | N/A | 0 | 0 | 0:01 | 190709[dc] |
| 03 | 1074 | N/A | 0 | 0 | 0:01 | 261309[dc] |
| 04 | 8750 | N/A | 0 | 0 | 0:01 | 261313[dc] |
| 05 | 2175 | N/A | 0 | 0 | 0:01 | 261328[dc] |
| 06 | 1447 | N/A | 0 | 0 | 0:01 | 261509[dc] |
| 07 | 1810 | N/A | 0 | 0 | 0:01 | 261513[dc] |
| 08 | 2579 | N/A | 0 | 0 | 0:01 | 261528[dc] |
| 09 | 134 | N/A | 0 | 0 | 0:01 | 261905[dc] |
| 10 | 3337 | N/A | 0 | 0 | 0:01 | 261925[dc] |
| 11 | 75 | 41 | 3 | 34 | 0:01 | 2 and (3 or 4 or 5 or 6 or 7 or 8 or 9 or 10) |
| 12 | 447 | 279 | 2 | 168 | 0:01 | 3 and (4 or 5 or 6 or 7 or 8 or 9 or 10) |
| 13 | 646 | 387 | 3 | 259 | 0:01 | 4 and (5 or 6 or 7 or 8 or 9 or 10) |
| 14 | 42 | 25 | 2 | 17 | 0:01 | 5 and (6 or 7 or 8 or 9 or 10) |
| 15 | 322 | 200 | 2 | 122 | 0:01 | 6 and (7 or 8 or 9 or 10) |
| 16 | 170 | 94 | 2 | 76 | 0:01 | 7 and (8 or 9 or 10) |
| 17 | 34 | 16 | 3 | 18 | 0:01 | 8 and (9 or 10) |
| 18 | 13 | 6 | 1 | 7 | 0:01 | 9 and 10 |

Session started 1/21/2005 7:30:59 PM
Session finished 1/21/2005 7:52:41 PM
Total search duration 0 minutes 18 seconds
Session duration 21 minutes 42 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 76596392

Exhibit 10 - Page 280

MGA2 1206182

**FILING RECEIPT FOR TRADEMARK APPLICATION**

Jun 29, 2004

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below.  The FILING DATE is contingent upon all minimum filing date requirements being met.  Your application will be considered in the order in which it was received.  Action on the merits should be expected from the United States Patent and Trademark Office (USPTO) approximately six months from the FILING DATE.  When inquiring about this application, include the SERIAL NUMBER, FILING DATE, OWNER NAME and MARK.

ALAN C. ROSE
FULWIDER PATTON LEE & UTECHT, LLP
HOWARD HUGHES CENTER
6060 CENTER DRIVE, TENTH FLOOR
LOS ANGELES, CALIFORNIA 90045

**ATTORNEY
REFERENCE NUMBER**
MGA-67604

**PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.**
 A request for correction to the filing receipt should be submitted within 30 days.  Such request may be submitted by mail to: COMMISSIONER FOR TRADEMARKS , 2900 CRYSTAL DRIVE , ARLINGTON , VIRGINIA 22202-3514 ; by fax to 703-308-9096; or by e-mail to tmfiling.receipt@uspto.gov.  The USPTO will review the request and make corrections when appropriate.

SERIAL NUMBER:          76/596392

FILING DATE:               Jun 7, 2004

REGISTER:                   Principal

LAW OFFICE:               112

MARK:

MARK TYPE(S):            Trademark

DRAWING TYPE:           Miscellaneous design

FILING BASIS:             Sect. 1(a) (Use in Commerce)

ATTORNEY:   Alan C. Rose

OWNER:      MGA Entertainment, Inc. (CALIFORNIA, Corporation)
             16730 Schoenborn Street
             North Hills , CALIFORNIA   91343

FOR:    Toys, games and playthings, namely, dolls, doll clothing, doll accessories, playsets, children's play cosmetics, plush toys, toy action figures and accessories therefore, action figure play environments, action skill games, toy vehicles and playsets, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding
        INT. CLASS:   028
        FIRST USE:  May 21, 2001          USE IN COMMERCE:  May 21, 2001

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

OTHER DATA
DESCRIPTION OF MARK: The form of a Transparent Trapezoidal Box

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

Exhibit 10 - Page 281

MGA2 1206183

| | | |
|---|---|---|
| APPLICANT | : | MGA Entertainment, Inc. |
| BUSINESS ADDRESS | : | 16730 Schoenborn Street<br>North Hills, California 91343 |
| DATE OF FIRST USE<br>INTERSTATE | : | May 21, 2001<br>May 21, 2001 |
| GOODS | : | Toys, games and playthings, namely, dolls, doll clothing, doll accessories, playsets, children's play cosmetics, plush toys, toy action figures and accessories therefore, action figure play environments, action skill games, toy vehicles and playsets, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding. |
| ATTORNEY | : | Alan C. Rose<br>Fulwider Patton Lee & Utecht, LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, California 90045<br>(310) 824-5555 |



06-07-2004

U.S. Patent & TM/Ofc/TM Mail Rcpt Dt. #67



U.S. Patent & TM Ofc/TM

76596392

Exhibit 10 - Page 282

MGA2 1206184

# 76596392

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/14/2004 JBROOKS1 00000144 76596392
01 FC:6001                    335.00 OP

PTO-1555
(5/87)

Exhibit 10 - Page 283

MGA2 1206185

# FULWIDER • PATTON
### INTELLECTUAL PROPERTY LAW

Richard A. Bardin
Gilbert G. Kovelman
Vern Schooley
James W. Paul
John S. Nagy
Craig B. Bailey
Stephen J. Strauss
Thomas H. Majcher
Thomas A. Runk
Michael S. Elkind
Gary M. Anderson
Ronald E. Perez
I. Morley Drucker
David G. Parkhurst
John V. Hanley
John K. Fitzgerald
Paul Y. Feng
Gunther O. Hanke
James Juo
David J. Pitman
David S. Sarisky
Michael S. Doll
Paul D. O'Brien
Samuel L. Alberstadt
Brian P. Kinder
Richard C. Salfelder
Douglas R. Peterson
Karen L. Ruthig
Michael J. Moffatt
Vernon R. Yancy
Alvin B. Lindsay
Nickie F. Kubasak
Lew V. Macapagal
Jennifer L. Webber

*Of Counsel*
Francis A. Utecht
Howard N. Sommers
Ellsworth R. Roston
Leonard D. Messinger
Scott R. Hansen
Joel D. Voelzke
Alan C. Rose

Robert W. Fulwider
*(1903-1979)*
Warren L. Patton
*(1912-1985)*
John M. Lee
*(1921-1978)*

(310) 242-2749
arose@fulpat.com

June 4, 2004

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

I hereby certify that on June 4, 2004 the foregoing documents are being deposited with the United States Postal Service as **Express Mail No. EV323136000US**, postage prepaid, in an envelope addressed to Assistant commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513.

Alan C. Rose (17,047)

Re:   MGA Entertainment
       Client/Matter No.:  MGA-67604
       The form of a Transparent Trapezoidal Box
Subject:   Transmitting New Application

Dear Sir:

It is requested that the enclosed application for registration of the trademark in The Form of a Transparent Trapezoidal Box be filed and accepted on the Principal Register on behalf of our client MGA Entertainment, Inc. Our check for $335.00 to cover the government filing fee is enclosed.

Applicant hereby authorizes the Commissioner to charge any additional fees, which may be required, or credit any overpayment to Deposit Account No. 502313 while this application is pending in the Trademark Office.

Best regards,

FULWIDER PATTON LEE & UTECHT, LLP

ACR:jst

Alan C. Rose  (Reg. No. 17,047)

Enclosed:   TM Application
             Specimen of the Mark
             Check for $335
             Postcard

54645.1

---

### FULWIDER  PATTON  LEE  &  UTECHT,  LLP
LOS ANGELES • LONG BEACH

Howard Hughes Center • 6060 Center Drive, Tenth Floor, Los Angeles, California 90045
www.fulpat.com • 310-824-5555 • 310-824-9696 fax

Exhibit 10 - Page 284

MGA2 1206186

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: The form of a Transparent Trapezoidal Box

Class No.:  28

Client/Matter No.:  MGA-67604

**TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS**:

MGA Entertainment, Inc., a California corporation, having a place of business at 16730 Schoenborn Street, North Hills, California 91343,  has adopted and is using the trademark that is a form of a transparent trapezoidal box as shown in the accompanying drawing in commerce on or in connection with the following goods:

> **Toys, games and playthings, namely, dolls, doll clothing, doll accessories, playsets, children's play cosmetics, plush toys, toy action figures and accessories therefore, action figure play environments, action skill games, toy vehicles and playsets, toy scooters, board games, card games; and athletic protective pads, namely, arm pads, knee pads, elbow pads and wrist pads for cycling, skating, snowboarding and skateboarding.**

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et seq.).

The mark was first used anywhere in connection with the goods at least as early as May 21, 2001; was first used in commerce at least as early as May 21, 2001.

42080.1

Exhibit 10 - Page 285

MGA2 1206187

A specimen showing the mark as actually used is presented herewith.

Applicant hereby appoints Alan C. Rose, and each member of Fulwider, Patton, Lee & Utecht, LLP, Howard Hughes Center, 6060 Center Drive, Tenth Floor, Los Angeles, California 90045, members of the Bar of the State of California, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.  Please direct all telephone calls and correspondence  to Alan C. Rose at (310) 824-5555.

The undersigned, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements and the like may jeopardize the validity of this document, declares:  that he is properly authorized to execute this document on behalf of the applicant; he believes the applicant to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods [services] of such other person, to cause confusion, or to cause a mistake, or to deceive; and that all statements made of his own knowledge are true; and that statements made on information and belief and believed to be true.

MGA ENTERTAINMENT, INC.

By: _____
Name: DAPHNE GRONICH
Title: SENIOR V.P. & GENERAL COUNSEL

Dated: MAY 11, 2004

42080.1

Exhibit 10 - Page 286

MGA2 1206188

APPLICANT : MGA Entertainment, Inc.

BUSINESS ADDRESS : 16730 Schoenborn Street
North Hills, California 91343

DATE OF FIRST USE : May 21, 2001
INTERSTATE May 21, 2001

GOODS : Toys, games and playthings, namely,
dolls, doll clothing, doll accessories,
playsets, children's play cosmetics,
plush toys, toy action figures and
accessories therefore, action figure
play environments, action skill
games, toy vehicles and playsets,
toy scooters, board games, card
games; and athletic protective
pads, namely, arm pads, knee
pads, elbow pads and wrist pads
for cycling, skating, snowboarding
and skateboarding.

ATTORNEY : Alan C. Rose
Fulwider Patton Lee & Utecht, LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
(310) 824-5555





06-07-2004

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

U.S. Patent & TM Ofc/TM



76596392

Exhibit 10 - Page 287

MGA2 1206189



Exhibit 10 - Page 288

MGA2 1206190



Exhibit 10 - Page 289

MGA2 1206191