Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38 and 50**

Reg. No. **3,610,825**

## United States Patent and Trademark Office

Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



MGA ENTERTAINMENT, INC. (CALIFORNIA CORPORATION)

16380 ROSCOE BLVD.

VAN NUYS, CA 91406

FOR: TOYS, GAMES, AND PLAYTHINGS, NAME-LY, DOLL DECORATING KITS COMPRISED OF DOLLS, DOLL CLOTHING, AND DOLL ACCESSOR-IES; DOLL PRESENTATION STAGES; JIGSAW PUZ-ZLES; TOY BEADING KITS FOR CHILDREN COMPRISED OF BEADS AND STRING; TOY LAP-TOP COMPUTERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-6-2002; IN COMMERCE 7-6-2002.

OWNER OF U.S. REG. NOS. 2,855,370 AND 3,102,657.

THE MARK CONSISTS OF A THREE-DIMEN-SIONAL CONFIGURATION OF AN ISOSCELES TRAPEZOID CARDBOARD BOX WITH THE TOP AND BOTTOM OF THE BOX BEING PARALLEL TO EACH OTHER AND THE NON-PARALLEL SIDES BEING OF EQUAL LENGTH.

SEC. 2(F).

SER. NO. 77-097,138, FILED 2-1-2007.

YAT SYE, LEE, EXAMINING ATTORNEY

Exhibit 11 - Page 290

MGA2 1206373

Side - 1

**NOTICE OF PUBLICATION UNDER §12(a)**
**MAILING DATE: Jan 21, 2009**
**PUBLICATION DATE: Feb 10, 2009**

The mark identified below will be published in the Official Gazette on Feb 10, 2009. Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice. If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration. To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication. You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800. To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**   77097138
**MARK:**         **Miscellaneous Design**
**OWNER:**        **MGA Entertainment, Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Joel D. Voelzke
Intellectual Property Law Office of Joel D. Voelzk
24772 Saddle Peak Road
Malibu, CA  90265-3042

Exhibit 11 - Page 291

MGA2 1206374

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77097138 | FILING DATE | 02/01/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LEE, YAT SYE I | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/07/2009 |
| PUB DATE | 02/10/2009 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 01/06/2009 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |

Exhibit 11 - Page 292

MGA2 1206375

LITERAL MARK ELEMENT

| | |
|---|---|
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | MGA Entertainment, Inc. |
| ADDRESS | 16380 Roscoe Blvd. Van Nuys, CA 91406 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION TEXT | toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 07/06/2002 | FIRST USE IN COMMERCE DATE | 07/06/2002 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a three-dimensional configuration of an isosceles trapezoid cardboard box with the top and bottom of the box being parallel to each other and the non-parallel sides being of equal length. |
| OWNER OF US REG NOS | 2855370   3102657 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/06/2009 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 027 |
| 01/05/2009 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 026 |

Exhibit 11 - Page 293

MGA2 1206376

| 12/10/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 025 |
| 12/09/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 024 |
| 12/09/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 023 |
| 11/10/2008 | CNRT | O | NON-FINAL ACTION MAILED | 022 |
| 11/07/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 021 |
| 09/19/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 020 |
| 09/19/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 019 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 018 |
| 09/17/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 017 |
| 09/17/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 016 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 015 |
| 09/17/2008 | PETG | O | PETITION TO REVIVE-GRANTED | 014 |
| 09/17/2008 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 013 |
| 03/14/2008 | CNRT | O | NON-FINAL ACTION MAILED | 012 |
| 03/13/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 011 |
| 01/24/2008 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 010 |
| 01/24/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 01/24/2008 | ALIE | A | ASSIGNED TO LIE | 008 |
| 12/13/2007 | MAIL | I | PAPER RECEIVED | 007 |
| 06/11/2007 | CNRT | F | NON-FINAL ACTION MAILED | 006 |
| 06/11/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 05/21/2007 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/26/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 003 |
| 02/07/2007 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 002 |
| 02/06/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joel D. Voelzke |
| CORRESPONDENCE ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel<br>24772 Saddle Peak Road<br>Malibu CA 90265-3042 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 11 - Page 294

MGA2 1206377



Exhibit 11 - Page 295

MGA2 1206378

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77097138 | FILING DATE | 02/01/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LEE, YAT SYE I | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/06/2009 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 01/05/2009 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |

Exhibit 11 - Page 296

MGA2 1206379

| LITERAL MARK ELEMENT | |
|---|---|
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | MGA Entertainment, Inc. |
| ADDRESS | 16380 Roscoe Blvd. Van Nuys, CA 91406 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION TEXT | toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 07/06/2002 | FIRST USE IN COMMERCE DATE | 07/06/2002 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a three-dimensional configuration of an isosceles trapezoid cardboard box with the top and bottom of the box being parallel to each other and the non-parallel sides being of equal length. |
| OWNER OF US REG NOS | 2855370   3102657 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/05/2009 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 026 |
| 12/10/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 025 |

Exhibit 11 - Page 297

MGA2 1206380

| 12/09/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 024 |
| 12/09/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 023 |
| 11/10/2008 | CNRT | O | NON-FINAL ACTION MAILED | 022 |
| 11/07/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 021 |
| 09/19/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 020 |
| 09/19/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 019 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 018 |
| 09/17/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 017 |
| 09/17/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 016 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 015 |
| 09/17/2008 | PETG | O | PETITION TO REVIVE-GRANTED | 014 |
| 09/17/2008 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 013 |
| 03/14/2008 | CNRT | O | NON-FINAL ACTION MAILED | 012 |
| 03/13/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 011 |
| 01/24/2008 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 010 |
| 01/24/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 01/24/2008 | ALIE | A | ASSIGNED TO LIE | 008 |
| 12/13/2007 | MAIL | I | PAPER RECEIVED | 007 |
| 06/11/2007 | CNRT | F | NON-FINAL ACTION MAILED | 006 |
| 06/11/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 05/21/2007 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/26/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 003 |
| 02/07/2007 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 002 |
| 02/06/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joel D. Voelzke |
| CORRESPONDENCE ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel<br>24772 Saddle Peak Road<br>Malibu CA 90265-3042 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 11 - Page 298

MGA2 1206381



Exhibit 11 - Page 299

MGA2 1206382

# NOTE TO THE FILE

SERIAL NUMBER:       77097138

DATE:                01/05/2009

NAME:                ilee

NOTE:

___   Checked LEXIS/NEXIS

___   Searched internet using [insert search engine or web site]

___   Checked with Law Library re surname.

___   Checked geographic significance.

___   Checked with translations branch.

___   Checked ID with ID/Class

___   Checked ID with Senior Attorney/Managing Attorney

___   Telephoned attorney/applicant leaving message re: _____

___   Telephoned attorney/applicant, application was signed on ___

___   Personal interview conducted with attorney/applicant re ___

___   Attorney/applicant called to discuss ___

___   Bulky specimens with examiner.

Exhibit 11 - Page 300

MGA2 1206383

_ Acronym website searched.

X Changed Tradeups to add design codes: 26.13.09, 26.13.13, 26.19.05, 26.19.25

_ Changed Tradeups to delete.____

_ Changed Tradeups to add Examiner's Amendment.

_ Letter of Protest Granted

_ OTHER (insert reason for Note)

Exhibit 11 - Page 301

MGA2 1206384

# NOTE TO THE FILE

SERIAL NUMBER:        77097138

DATE:                 01/05/2009

NAME:                 ilee

## NOTE:

\_   Checked LEXIS/NEXIS

\_   Searched internet using [insert search engine or web site]

\_   Checked with Law Library re surname.

\_   Checked geographic significance.

\_   Checked with translations branch.

\_   Checked ID with ID/Class

X   Checked application with Managing Attorney (Nov. 2008)

\_   Telephoned attorney/applicant leaving message re:  _____

\_   Telephoned attorney/applicant, application was signed on  \_\_

\_   Personal interview conducted with attorney/applicant re  \_\_\_

\_   Attorney/applicant called to discuss  \_\_\_

\_   Bulky specimens with examiner.

Exhibit 11 - Page 302

MGA2 1206385

\_    Acronym website searched.

\_    Changed Tradeups to add.    \_\_\_

\_    Changed Tradeups to delete.\_\_\_

\_    Changed Tradeups to add Examiner's Amendment.

\_    Letter of Protest Granted

\_    OTHER (insert reason for Note)

Exhibit 11 - Page 303

MGA2 1206386

*** User:ilee ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 319 | 0 | 2 | 319 | 0:07 | (261309 Quadrilaterals made of geometric figures)[dc]and live[ld] |
| 02 | 3179 | N/A | 0 | 0 | 0:01 | (261313 Quadrilateral)[dc]and live[ld] |
| 03 | 971 | 0 | 2 | 971 | 0:03 | (261328 Miscellaneous designs with overall quadrilateral shape)[dc]and live[ld] |
| 04 | 502 | 0 | 3 | 502 | 0:05 | (261509 Polygons made of geometric figures, objects, humans, plants or animals)[dc]and live[ld] |
| 05 | 1132 | 0 | 3 | 1132 | 0:03 | (261513 More than one polygon)[dc]and live[ld] |
| 06 | 1300 | 0 | 3 | 1300 | 0:01 | (261528 Miscellaneous designs with overall polygon shape)[dc]and live[ld] |
| 07 | 628 | 0 | 3 | 628 | 0:02 | (261905 Prisms)[dc]and live[ld] |
| 08 | 1189 | 0 | 3 | 1189 | 0:03 | (261925 Geometric solids other than spheres, cylinders, cones, cube, prisms or pyramids)[dc]and live[ld] |
| 09 | 1747 | 0 | 2 | 1747 | 0:04 | 2 and "028"[cc] |

Session started 1/5/2009 10:34:49 AM

Session finished 1/5/2009 11:01:20 AM

Total search duration 0 minutes 29 seconds

Session duration 26 minutes 31 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77097138

Exhibit 11 - Page 304

MGA2 1206387

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
### (Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77097138 | FILING DATE | 02/01/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LEE, YAT SYE I | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/11/2008 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 12/10/2008 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |

Exhibit 11 - Page 305

MGA2 1206388

| LITERAL MARK ELEMENT | |
|---|---|
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | MGA Entertainment, Inc. |
| ADDRESS | 16380 Roscoe Blvd. Van Nuys, CA 91406 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION TEXT | toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 07/06/2002 | FIRST USE IN COMMERCE DATE | 07/06/2002 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) Color is not a claimed feature of the mark. is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a three-dimensional configuration of an isosceles trapezoid cardboard box with the top and bottom of the box being parallel to each other and the non-parallel sides being of equal length. |
| OWNER OF US REG NOS | 2855370   3102657 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/10/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 025 |

Exhibit 11 - Page 306

MGA2 1206389

| 12/09/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 024 |
|---|---|---|---|---|
| 12/09/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 023 |
| 11/10/2008 | CNRT | O | NON-FINAL ACTION MAILED | 022 |
| 11/07/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 021 |
| 09/19/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 020 |
| 09/19/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 019 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 018 |
| 09/17/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 017 |
| 09/17/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 016 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 015 |
| 09/17/2008 | PETG | O | PETITION TO REVIVE-GRANTED | 014 |
| 09/17/2008 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 013 |
| 03/14/2008 | CNRT | O | NON-FINAL ACTION MAILED | 012 |
| 03/13/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 011 |
| 01/24/2008 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 010 |
| 01/24/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 01/24/2008 | ALIE | A | ASSIGNED TO LIE | 008 |
| 12/13/2007 | MAIL | I | PAPER RECEIVED | 007 |
| 06/11/2007 | CNRT | F | NON-FINAL ACTION MAILED | 006 |
| 06/11/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 05/21/2007 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/26/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 003 |
| 02/07/2007 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 002 |
| 02/06/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joel D. Voelzke |
|---|---|
| CORRESPONDENCE ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel<br>24772 Saddle Peak Road<br>Malibu CA 90265-3042 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 11 - Page 307

MGA2 1206390



Exhibit 11 - Page 308

MGA2 1206391



Exhibit 11 - Page 309

MGA2 1206392



Exhibit 11 - Page 310

MGA2 1206393

PTO Form 1957 (Rev 9/2006)
OMB No. 0651-0050 (Exp. 04/2008)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77097138 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 107 |
| **MARK SECTION (current)** | |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED** (If applicable) | Color is not claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a configuration of a trapezoidal cardboard box. |
| **MARK SECTION (proposed)** | |
| **MARK FILE NAME** | \\TICRS\EXPORT4\IMAGEOUT4 \770\971\77097138\xml3\RO A0002.JPG |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) Color is not a claimed feature of the mark. is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a three-dimensional configuration of an isosceles trapezoid cardboard box with the top and bottom of the box being parallel to each other and the non-parallel sides being of equal length. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 924 x 900 |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 028 |
| **DESCRIPTION** | |

Exhibit 11 - Page 311

MGA2 1206394

toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 07/06/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/06/2002 |

## GOODS AND/OR SERVICES SECTION (proposed)

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION | |

toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 07/06/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/06/2002 |
| STATEMENT TYPE | "The substitute specimen(s) was in use in commerce as of the filing date of the application." |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4\770\971\77097138\xml3\RO A0003.JPG |
| | \\TICRS\EXPORT4\IMAGEOUT4\770\971\77097138\xml3\RO A0004.JPG |
| | \\TICRS\EXPORT4\IMAGEOUT4\770\971\77097138\xml3\RO A0005.JPG |
| | \\TICRS\EXPORT4\IMAGEOUT4\770\971\77097138\xml3\RO A0006.JPG |
| SPECIMEN DESCRIPTION | Front views and side perspective views of each of two different containers for the goods |

## SIGNATURE SECTION

| DECLARATION SIGNATURE | The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. |
|---|---|
| RESPONSE SIGNATURE | /Joel D. Voelzke73/ |
| SIGNATORY'S NAME | Joel D. Voelzke |
| SIGNATORY'S POSITION | Attorney of Record |

Exhibit 11 - Page 312

MGA2 1206395

| DATE SIGNED | 12/09/2008 |
|---|---|
| AUTHORIZED SIGNATORY | YES |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Tue Dec 09 19:16:02 EST 2008 |
| TEAS STAMP | USPTO/ROA-96.229.96.203-2 0081209191602664906-77097 138-4303f79801a43c21bab3f b1c83df9d62e2-N/A-N/A-200 81209190008591613 |

PTO Form 1957 (Rev 9/01/06)
OMB No. 0651-0050 (Exp. 04/2009)

## Response to Office Action
## To the Commissioner for Trademarks:

Application serial no. **77097138** has been amended as follows:

**MARK**
**Applicant proposes to amend the mark as follows:**
**Current:** (Stylized and/or with Design)
Color is not claimed as a feature of the mark.
The mark consists of a configuration of a trapezoidal cardboard box.

**Proposed:** (Stylized and/or with Design, see mark)

The color(s) Color is not a claimed feature of the mark. is/are claimed as a feature of the mark. The mark consists of a three-dimensional configuration of an isosceles trapezoid cardboard box with the top and bottom of the box being parallel to each other and the non-parallel sides being of equal length.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 028 for toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 07/06/2002 and first used in commerce at least as early as 07/06/2002, and is now in use in such commerce.

Exhibit 11 - Page 313

MGA2 1206396

**Proposed:** Class 028 for toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers

**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 07/06/2002 and first used in commerce at least as early as 07/06/2002, and is now in use in such commerce.

Applicant hereby submits a new specimen for Class 028. The specimen(s) submitted consists of Front views and side perspective views of each of two different containers for the goods.

For an application based on 1(a), Use in Commerce, "The substitute specimen(s) was in use in commerce as of the filing date of the application."

Specimen File1
Specimen File2
Specimen File3
Specimen File4

**SIGNATURE(S)**
**Declaration Signature**
I hereby elect to bypass the submission of a signed declaration, because I believe a declaration is not required by the rules of practice. I understand that the examining attorney could still, upon later review, require a signed declaration.

**Response Signature**
Signature: /Joel D. Voelzke73/    Date: 12/09/2008
Signatory's Name: Joel D. Voelzke
Signatory's Position: Attorney of Record

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77097138
Internet Transmission Date: Tue Dec 09 19:16:02 EST 2008
TEAS Stamp: USPTO/ROA-96.229.96.203-2008120919160266
4906-77097138-4303f79801a43c21bab3fb1c83
df9d62e2-N/A-N/A-20081209190008591613

Exhibit 11 - Page 314

MGA2 1206397



Exhibit 11 - Page 315

MGA2 1206398



Exhibit 11 - Page 316

MGA2 I206399



Exhibit 11 - Page 317

MGA2 I206400



Exhibit 11 - Page 318

MGA2 I206401



Exhibit 11 - Page 319

MGA2 1206402



Exhibit 11 - Page 320

MGA2 1206403



Exhibit 11 - Page 321

MGA2 I206404



Exhibit 11 - Page 322

MGA2 1206405



Exhibit 11 - Page 323

MGA2 1206406

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**   77/097138

**MARK:**

# *77097138*

**CORRESPONDENT ADDRESS:**
  Joel D. Voelzke
  Intellectual Property Law Office of Joel

  24772 Saddle Peak Road
  Malibu CA 90265-3042

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:**   MGA Entertainment, Inc.

**CORRESPONDENT'S**
**REFERENCE/DOCKET NO:**
  103-098
**CORRESPONDENT E-MAIL ADDRESS:**

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE:**

This Office action is in response to applicant's communication filed on September 17, 2008.

The examining attorney has considered the applicant's arguments.  Based on the submitted evidence, applicant's length of use of the mark, and the applicant's prior registrations, the examining attorney has determined that applicant's Section 2(f) claim of acquired distinctiveness is acceptable.  This overcomes the refusal that was based on the grounds that the proposed mark consists of a nondistinctive configuration of packaging for the goods, under Sections 1, 2, and 45 of the Trademark Act.

Applicant, however, must respond to the following additional requirements.

**Drawing Description Must be Amended**

Upon further consideration of the application, the examining attorney finds that applicant's description of the mark must be clarified to specify the configuration in greater detail.

Exhibit 11 - Page 324

MGA2 1206407

Applicant must also submit a clear and concise description of the mark that (1) indicates that the mark is a configuration of the goods or their packaging or a specific design feature of the goods or packaging, and (2) **describes in detail the features that applicant claims as its mark**. *See* 37 C.F.R. §§2.37, 2.52(b)(2); *In re Famous Foods*, 217 USPQ at 178; TMEP §§807.10, 1202.02(d).  If the drawing includes broken lines to indicate placement of the mark, or matter not claimed as part of the mark, the description should include a statement indicating that the matter shown in broken lines is not part of the mark and serves only to show the position or placement of the mark.  37 C.F.R. §2.52(b)(4); TMEP §§807.08, 1202.02(d).

In this particular case, applicant's current description is ambiguous because the wording "trapezoidal cardboard box" could encompass any number of quadrilateral-shaped boxes having one pair of parallel sides.  Applicant must provide a description that provides in greater detail the features being claimed.

The following is suggested:

> **The mark consists of a three-dimensional configuration of an isosceles trapezoid cardboard box with the top and bottom of the box being parallel to each other and the non-parallel sides being of equal length.**

## Request for Specimen Containers

Based on the specimen of record, it is unclear whether the photographs are of three-dimensional boxes.  Therefore, applicant must submit a photograph(s) of complete containers for the goods displaying the applied-for mark so that the registrability of the mark can be properly assessed.  37 C.F.R. §2.61(b); TMEP §§814, 904.02(c)(i).

## Response Guidelines

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney.

To expedite prosecution of this application, applicant is encouraged to file its response to this Office action online via the Trademark Electronic Application System (TEAS), which is available at http://www.uspto.gov/teas/index.html.

/Y. I. Lee/
Yat-sye I. Lee
Trademark Examining Attorney
Law Office 107
Phone: 571-272-3897

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the

Exhibit 11 - Page 325

MGA2 1206408

form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

Exhibit 11 - Page 326

MGA2 1206409

*** User:ilee ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 183 | 0 | 2 | 183 | 0:03 | trapezoid[de] and live[ld] |
| 02 | 102 | 0 | 3 | 102 | 0:02 | trapezoidal[de] and live[ld] |

Session started 11/7/2008 2:15:30 PM
Session finished 11/7/2008 2:32:08 PM
Total search duration 0 minutes 5 seconds
Session duration 16 minutes 38 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77097138

Exhibit 11 - Page 327

MGA2 1206410

*** User:ilee ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 534 | 0 | 2 | 534 | 0:03 | (190525 Boxes cardboard packing or storage)[dc]and live[ld] |
| 02 | 8807 | N/A | 0 | 0 | 0:02 | (2615$ polygons)[DC]and live[ld] |
| 03 | 4466 | N/A | 0 | 0 | 0:04 | (2615$ polygons)[DC]and live[ld] and "028"[cc] |
| 04 | 464 | 0 | 2 | 464 | 0:02 | (2615$ polygons)[DC]and live[ld] and ("028" a b 200)[ic] |

Session started 10/9/2008 10:28:15 AM

Session finished 10/9/2008 10:57:14 AM

Total search duration 0 minutes 11 seconds

Session duration 28 minutes 59 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77097138

Exhibit 11 - Page 328

MGA2 1206411

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
### (Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77097138 | FILING DATE | 02/01/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LEE, YAT SYE I | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/20/2008 |
| PUB DATE | N/A |
| STATUS | 616-REVIVE-AWAITING FURTHER ACTION |
| STATUS DATE | 09/17/2008 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |

Exhibit 11 - Page 329

MGA2 1206412

| LITERAL MARK ELEMENT | |
| --- | --- |
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| --- | --- |
| NAME | MGA Entertainment, Inc. |
| ADDRESS | 16380 Roscoe Blvd. Van Nuys, CA 91406 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 028 |
| --- | --- |
| DESCRIPTION TEXT | toys, games, and playthings, namely, doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 07/06/2002 | FIRST USE IN COMMERCE DATE | 07/06/2002 | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a configuration of a trapezoidal cardboard box. |
| OWNER OF US REG NOS | 2855370   3102657 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 09/19/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 020 |
| 09/19/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 019 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 018 |

Exhibit 11 - Page 330

MGA2 1206413

| 09/17/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 017 |
| 09/17/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 016 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 015 |
| 09/17/2008 | PETG | O | PETITION TO REVIVE-GRANTED | 014 |
| 09/17/2008 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 013 |
| 03/14/2008 | CNRT | O | NON-FINAL ACTION MAILED | 012 |
| 03/13/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 011 |
| 01/24/2008 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 010 |
| 01/24/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 01/24/2008 | ALIE | A | ASSIGNED TO LIE | 008 |
| 12/13/2007 | MAIL | I | PAPER RECEIVED | 007 |
| 06/11/2007 | CNRT | F | NON-FINAL ACTION MAILED | 006 |
| 06/11/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 05/21/2007 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/26/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 003 |
| 02/07/2007 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 002 |
| 02/06/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joel D. Voelzke |
| CORRESPONDENCE ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel<br>24772 Saddle Peak Road<br>Malibu CA 90265-3042 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 11 - Page 331

MGA2 1206414



Exhibit 11 - Page 332

MGA2 1206415

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
### (Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77097138 | FILING DATE | 02/01/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LEE, YAT SYE I | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/18/2008 |
| PUB DATE | N/A |
| STATUS | 616-REVIVE-AWAITING FURTHER ACTION |
| STATUS DATE | 09/17/2008 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |

Exhibit 11 - Page 333

MGA2 1206416

| LITERAL MARK ELEMENT | |
|---|---|
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | MGA Entertainment, Inc. |
| ADDRESS | 16380 Roscoe Blvd. Van Nuys, CA 91406 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION TEXT | toys, games, and playthings, namely: doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 07/06/2002 | FIRST USE IN COMMERCE DATE | 07/06/2002 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a configuration of a trapezoidal cardboard box. |
| OWNER OF US REG NOS | 2855370   3102657 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/17/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 017 |
| 09/17/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 016 |
| 09/17/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 015 |

Exhibit 11 - Page 334

MGA2 1206417

| 09/17/2008 | PETG | O | PETITION TO REVIVE-GRANTED | 014 |
| 09/17/2008 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 013 |
| 03/14/2008 | CNRT | O | NON-FINAL ACTION MAILED | 012 |
| 03/13/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 011 |
| 01/24/2008 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 010 |
| 01/24/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 01/24/2008 | ALIE | A | ASSIGNED TO LIE | 008 |
| 12/13/2007 | MAIL | I | PAPER RECEIVED | 007 |
| 06/11/2007 | CNRT | F | NON-FINAL ACTION MAILED | 006 |
| 06/11/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 05/21/2007 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/26/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 003 |
| 02/07/2007 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 002 |
| 02/06/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joel D. Voelzke |
| CORRESPONDENCE ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel<br>24772 Saddle Peak Road<br>Malibu CA 90265-3042 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 11 - Page 335

MGA2 1206418



Exhibit 11 - Page 336

MGA2 1206419

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

## NOTICE OF REVIVAL OF APPLICATION

Joel D. Voelzke
Intellectual Property Law Office of Joel
24772 Saddle Peak Road
Malibu CA 90265-3042

| | |
|---|---|
| **SERIAL NUMBER:** | 77/097138 |
| **MARK:** | MISCELLANEOUS DESIGN |
| **OWNER:** | MGA Entertainment, Inc. |
| **REVIVAL DATE:** | September 17, 2008 |

The above referenced application was revived on the date shown above. The file will be forwarded to the appropriate section of the Office for further action. For example, if the abandonment resulted from failure to timely file a response to an Office Action, your file will be forwarded to the Examining Attorney; if the abandonment resulted from a failure to timely file a Statement of Use or Extension of Time to File a Statement of Use, your file will be forwarded to the Intent to Use Section. To verify the status and location of your application, please wait approximately three weeks, then check the Trademark Application and Registration Retrieval (TARR) system located at the USPTO website: www.uspto.gov, or call the Trademark Assistance Center at 1-800-786-9199.

ORIGINAL

Exhibit 11 - Page 337

MGA2 1206420

PTO Form 1957 (Rev 9/2006)
OMB No. 0651-0050 (Exp. 04/2008)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77097138 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 107 |
| **MARK SECTION (no change)** | |
| **EVIDENCE SECTION** | |
| **EVIDENCE FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | evi_9622996203-170345599_.Exhibits1-4.pdf |
| **CONVERTED PDF FILE(S)** (18 pages) | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0002.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0003.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0004.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0005.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0006.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0007.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0008.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0009.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0010.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0011.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0012.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0013.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0014.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0015.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0016.JPG |

Exhibit 11 - Page 338

MGA2 1206421

| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0017.JPG |
|---|---|
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0018.JPG |
| | \\TICRS\EXPORT3\IMAGEOUT3\770\971\77097138\xml6\ROA0019.JPG |
| **DESCRIPTION OF EVIDENCE FILE** | Exhibits 1-4 are Internet printouts of product reviews by consumers and others, in support of Applicant's claims of distinctiveness. These exhibits were inadvertently not included with Applicant's response submitted previously. |

## SIGNATURE SECTION

| | |
|---|---|
| **RESPONSE SIGNATURE** | /Joel D. Voelzke73/ |
| **SIGNATORY'S NAME** | Joel D. Voelzke |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 09/17/2008 |
| **AUTHORIZED SIGNATORY** | YES |

## FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Wed Sep 17 17:08:38 EDT 2008 |
| **TEAS STAMP** | USPTO/ROA-96.229.96.203-2 0080917170838881515-77097 138-430267cc418e6e58d8b98 25ff9f292ba5a-N/A-N/A-200 80917170345599218 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2006)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77097138** has been amended as follows:

**EVIDENCE**
Evidence in the nature of Exhibits 1-4 are Internet printouts of product reviews by consumers and others, in support of Applicant's claims of distinctiveness. These exhibits were inadvertently not included with Applicant's response submitted previously. has been attached.
**Original PDF file:**
evi_9622996203-170345599_._Exhibits1-4.pdf

Exhibit 11 - Page 339

MGA2 1206422

**Converted PDF file(s) (18 pages)**
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11
Evidence-12
Evidence-13
Evidence-14
Evidence-15
Evidence-16
Evidence-17
Evidence-18

**SIGNATURE(S)**
**Response Signature**
Signature: /Joel D. Voelzke73/     Date: 09/17/2008
Signatory's Name: Joel D. Voelzke
Signatory's Position: Attorney of Record

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77097138
Internet Transmission Date: Wed Sep 17 17:08:38 EDT 2008
TEAS Stamp: USPTO/ROA-96.229.96.203-2008091717083888
1515-77097138-430267cc418e6e58d8b9825ff9
f292ba5a-N/A-N/A-20080917170345599218

Exhibit 11 - Page 340

MGA2 1206423

# Exhibit 1

Exhibit 11 - Page 341

MGA2 1206424

Case 2:04-cv-09049-DOC-RNB   Document 9015-11   Filed 10/30/10   Page 53 of 100   Page ID
#: 275928

"Don't Bother" ... BRATZ Formal Funk Super-Stylin' Ru... www.epinions.com/review/MGA_Entertainment_Bratz_Super_...

## Epinions.com

Join Epinions | Help | Sign In

| CARS | BOOKS | MOVIES | MUSIC | COMPUTERS & SOFTWARE | ELECTRONICS | GIFTS | HOME & GARDEN | KIDS & FAMILY | OFFICE SUPPLY | SPORTS | TRAVEL | MORE... |

**Search for** [ ] | Toys | Search

Home > Kids & Family > Toys > MGA Entertainment Bratz Super Stylin Runway Disco



### MGA Entertainment Bratz Super Stylin Runway Disco

Overall Rating: ★ ★ ★ ☆ ☆
1 consumer review

› Subscribe to reviews on this product

Ads by Google

**Bratz Super at Amazon**
Discover Amazon's Toy Store
Qualified orders over $25 ship
free.
Amazon.com/toys

**Cirque Spectaculars**
Producing breathtaking aerial
shows for corporate and private
events..
www.HollywoodAerialArts.com

Compare Prices      Read Reviews (1)      View Details      Write a Review

<< Back to All Reviews

## "Don't Bother" ... *BRATZ* Formal Funk Super-Stylin' Runway Disco

Written: Jan 01 '04

Product Rating: ★ ★ ★ ☆ ☆
Durability: ▮▮▮▮▮

**Pros:** Nevra doll! Massive Accessories, Speaker
Sound Quality,

**Cons:** Dolls are hard to position, COST!

**The Bottom Line:** This set is hard to store, dolls are
hard to position, and the set has failed to keep my
childs interest, merely one week after receipt.

### About the Author



Epinions.com ID:
Lisa_J
TOP 50 AR AUTHOR – Top 50
Location: Pacific Northwest -
Washington State
Reviews written: 1010
Trusted by: 671 members
About Me:
Mom, ECE
Assistant-Director/Program-Supervisor,
Child/Teen Advocate, Dance
Parent/Fan, Forever Student
› View all reviews by Lisa_J
› View Lisa_J's profile

**Lisa_J's Full Review:** MGA Entertainment Bratz Super Stylin Runway Disco

On an irritation scale of 1-10 – with 10 equaling the highest level of irritation – toys that
fail to live up to the advertising propaganda and/or cause children irritation, equate
approximately a 9. There is much to be said for childlike innocence and I suppose even
they can reap benefit from marketing 101, let the buyer beware, yet it certainly irritates me
when the young ones see enticing advertisements, ask for the particular toy, and it fails.
This is elevated to a higher degree of frustration when the said toy is expensive and is
given as a main gift. My youngest daughter expressed interest in the *BRATZ Formal
Funk Super-Stylin' Runway Disco* months ago, after seeing it on the MGA web site and
via advertising propaganda. I think she was drawn to this set due to her adoration for the
BRATZ dolls, because of her stage dance experience, and because she was recently in a
fashion show.

Exhibit 11 - Page 342

Unfortunately this set has failed to live up to expectations. It is large, taking up much space, and has failed to keep my childs interest, merely one week after receipt. Considering how much my daughter likes BRATZ merchandise, but lacks interest in this set, I cannot extend recommendation toward purchase of this set. If your child likes BRATZ, yet doesn't have a large playset, and you happen to find this set on clearance... it might be a worthwhile purchase.

Why the Formal Funk Super-Stylin' Runway Disco........
With an initial suggested retail of $109.99 I expressed concern to her regarding the playability of a unit such as this versus the financial burden. As Christmas grew near I observed this set go down to $59.99, depending on the storefront or web site sold at. Also she had shown me the box this set was housed in, and it did appear as though there was a lot of options on the platform and that the set included massive accessories. Because there was a big enough difference between the sale price and the original retail listing, I thought it was okay to allow her to request this set for Christmas. Grandma knew how much interest she maintained toward Formal Funk Jade and Formal Funk Cameron and was even aware of the continued interest toward the FM Cruiser. So when Grandma received the listing of possible gifts for her youngest granddaughter, she was set on finding this and the Formal Funk Limo – Gram has a habit of viewing gift lists as conquer quests versus deciding on a couple of possible gift selections. Much to my dismay Gram failed to make note of the purchase price and paid $109.99 for the *BRATZ Formal Funk Super-Stylin' Runway Disco* at the Toys-R-Us storefront, later returning it and purchasing it from the Fred Meyer storefront for $59.99.
*Lesson: shop around on key gift items – or my favorite: shop online!*

Fast forward to Christmas Eve........
If you are familiar with *MGA Entertainment BRATZ* merchandise than you know the packaging generally is trapezoid shaped. Because this set arrives in a larger box, it was evident that my daughter thought she knew what the gift was. Regardless.. she was ecstatic at confirmation of receipt of the *MGA Entertainment BRATZ* Formal Funk **Super-Stylin' Runway Disco.** Later that evening her Dad opened the box and removed all of the pieces. Minor assembly was required and insertion of 6 "AA" batteries (*not included with purchase*).

My daughter immediately expressed how much she liked the included doll, Nevra. This continues to be her favorite part of this set. The *BRATZ Formal Funk Super-Stylin'* **Runway Disco** is *"Part of the Formal Funk™ Collection Prom 2003"* and is marketed as *"5-in-1 Stylin' Fun"*. The primary unit offers a stage that serves as a disco and/or runway, complete with two side speakers. The rear of the unit offers three areas: make-up room, dress-up room and smoothie bar. Attention to detail is good, offering sticker or paint accents.

Marisa enjoyed setting up the various accessories and was excited to try the runway. The runway works via a switch and button on the control panel. There are grooves in the runway, with track underneath. For the dolls to be used, your child must snap one of the 2 Shoe Platforms into a hole on bottom of BRATZ shoes and then these platforms fit into track of runway. Please note that the Formal Funk line and Nevra have holes on the bottom of their shoes, but older BRATZ don't. The doll must then be balanced, and the track can be started. The balancing act is one item of frustration for my child, as not only must you balance the doll, you must make certain their arms aren't sticking out too far, or they won't be able to clear the speaker sides. Additionally my daughter wanted to have two dolls go along the runway as a couple, that's not possible. Two dolls can proceed fine, if spaced properly. Also my child stated that, "It's [the runway] too noisy!" The next frustration with regard to the runway is that it is *very* hard to close and open.

In the Make-Up room the counter doesn't want to stay on the wall, falling off with a minor touch. A positive is the inclusion of many make-up accessories. Attention to detail on these are good, with colors and cases that open/close. The Smoothie Bar offers a generous counter space and two chairs. A fake window offers stickers behind it that show the Formal Funk BRATZ. The Dress-Up Room has two long silver-colored curtains, a full-length mirror and is located on the rear portion of a speaker.

My daughter does appreciate the sound quality of the speakers, hooking the FM Limo to this unit via the included line cord. She has also hooked her personal CD player into the unit. And as mentioned, she likes the included doll, Nevra. But overall this set is a disappointment, in fact just last night I overheard her friend (who was mentioning putting this set onto her birthday wish list), "Don't bother!"

=====***===== Product Details =====***=====
*BRATZ* Formal Funk Super-Stylin' Runway Disco



Exhibit 11 - Page 343

2 of 4                                                                                 9/11/2008 10:20 AM

MGA 0206426

*"Part of the Formal Funk™ Collection Prom 2003"*
Requires 6 AA Batteries (Not Included)

**Includes:**
**Nevra™ Doll**
This doll is a new release and available, at this time, only via purchase of sets such as this. Nevra is approximately 10" tall, has light-brown skintone, blue eyes, and brown hair. Articulation points on this doll include a head that turns and arms and legs that are jointed, offering excellent positioning. Minor flexibility is offered in the knee and elbow region. Nevra has a peg configuration on the bottom of her legs; this peg fits into a shoe/foot configuration. It is important to note that both sets of shoes/feet have a hole in the bottom of the sole, allowing this doll to work on the runway.
She includes:
Denim Hip Hugger Jeans that are embellished with a butterfly and floral motif
Tank Top
White Suede Jacket with fake fur accents
Belt
Denim Hat
Handbag
2 Pairs of Boots

**"Over 60 Funkadelic Accessories"**
1 Hair Dryer
2 Combs (2 Styles)
Clip
4 Hangers
12 Make-Up Cases (4 Styles: 3 blush compacts, 3 make-up compacts, 3 eye shadow compacts, 3 lip glosses)
3 Glasses
6 Water Bottles
6 Nail Polish Bottles
Eyebrow Clip/Curler
2 Perfumes
7 Make-Up Brushes (3 Styles)
9 Hair Styling Mousse / Gel Bottles (3 Styles)
Line Cord
- Built in Speaker / line cord included that plugs boombox or FM Limo into speaker on Disco unit.
2 Shoe Platforms
- Snaps into hole on bottom of BRATZ shoes and fits into track of runway.
2 Adjustable Chairs
Studio Chair
Clothing Rack
3 Spotlights

**Formal Funk Runway Disco *"5-in-1 Stylin' Fun"***
**Dazzlin' Disco**
**Fashion Runway**
**Make-Up Room**
**Dress-Up Room**
**Smoothie Bar**
With motorized runway tucked away, this unit still exceeds 24" x 15", slimming down for storage if you remove the speaker stands. The entire unit is a shade of blue, with accents of silver and other colors. When put together the structure is impressive looking, therefore I understand why young girls are interested in it. The front portion of the unit serves as either the Disco or Runway, with multi-colored flashing lights built-in. Your child can pull the motorized runway out. The control panel is located in the back of the unit, accessed via lifting of a door. This panel includes an audio-in connector port, on/off switch and buttons for the runway and lights. The included line cord allows your child to connect a music source to the unit, allowing music to emit from the included speakers. Sound quality is good.


===========***=====***=====***===========


As indicated I don't recommend this set for purchase. It is expensive, hard to store, has some design flaws, and failed to keep child interest merely one-week after receipt.

©2004 Lisa_J

Exhibit 11 - Page 344

"Don't Bother" ... <b><i>BRATZ</i> Formal Funk Super-Stylin' Ru...   http://www.epinions.com/review/MGA_Entertainment_Bratz_Super_...

Recommended:
No

**Amount Paid (US$):** GIFT 59.99
**Type of Toy:** Playscene
**Age Range of Child:** 6 to 8 Years

Comments on this Review

· Read all comments (2)
  Write your own comment

<< Return to top
<< Back to All Reviews

Ads by Google

**Styling**
All-Natural Hair Growth Products. Shampoos, Conditioners, Vitamins..
Donvant.com

**Discos**
Find Discos Anywhere Reviews, Guides and Much More!.
www.qype.co.uk

**Bratz Styling**
Huge selection, great deals on Bratz items..
Yahoo.com

**Teen Help Choices**
Struggling Teen? Schools, Camps or Solutions at Home! 866-463-5561.
www.teenhelp.us

**Magic Shows for Kids**
by Kimberly McGinnis Birthdays, Schools, Corp. Events.
www.magicshowsforkids.com

Subscribe to More Reviews on MGA Entertainment Bratz Super Stylin Runway Disco
Get the RSS Feed: [] - Add to My Yahoo!: [MY YAHOO!] - Add to Google Homepage: [] [Google]

Subscribe to Lisa_J's Reviews:
Get the RSS Feed: [] - Add to My Yahoo!: [MY YAHOO!] - Add to Google Homepage: [] [Google]

Help | Member Center | Message Boards | Site Rules | User Agreement | Privacy Policy | Site Index
About Epinions | Careers | Contact Epinions | Advertising

Epinions | Shopping.com | Rent.com | Free Classifieds

Shopping.com Network

© 1999-2008 Shopping.com, Inc. Trademark Notice

Epinions.com periodically updates pricing and product information from third-party sources,
so some information may be slightly out-of-date. You should confirm all information before relying on it.

Exhibit 11 - Page 345

# Exhibit 2

Exhibit 11 - Page 346

MGA2 1206429



Call, IM, share files and make video calls. It's all FREE on Skype.

## Epinions.com

Join Epinions | Help | Sign In

CARS | BOOKS | MOVIES | MUSIC | COMPUTERS & SOFTWARE | ELECTRONICS | GIFTS | HOME & GARDEN | KIDS & FAMILY | OFFICE SUPPLY | SPORTS | TRAVEL | MORE...

Search for [          ] Toys    Search

Home > Kids & Family > Toys > MGA Entertainment Bratz Dolls 2002: Yasmin



### MGA Entertainment Bratz Dolls 2002: Yasmin

Overall Rating: ★ ★ ★ ★
2 consumer reviews

› Subscribe to reviews on this product

Ads by Google

Order Yasmin from Canada
Buy Yasmin from Canadian Online Pharmacy and Save Big. Order Today!.
www.CanDrugstore.com/Yasmin

ENT Surgery
Top Rated Surgeon by Daily News Now in WLV (805) 230-1111.
www.marckernermd.com

Compare Prices | Read Reviews (2) | View Details | Write a Review

<< Back to All Reviews

## Sugar and Spice and Everything...Huh?
Written: Dec 17 '03 (Updated Dec 19 '03)

Product Rating: ★ ★ ★
Durability:

**Pros:** Very cute Hispanic "Bratz Packer" with attitude and clothes to match

**Cons:** Snap-on shoes easily lost; the overall Bratz attitude and risque outfits

**The Bottom Line:** The third Bratz collection, 2002's "Xpress It!," is where the dolls really began wearing the outlandish, risque, borderline sleazy clothes that's become their trademark. Here's a case in point.

About the Author

Epinions.com ID:
indigospot

Location: Oakland, CA

Reviews written: 32

Trusted by: 2 members

About Me:
Artist, avid reader, comic book fan, toy collector, and obsessed Barbie doll collector since 1998

› View all reviews by indigospot

› View indigospot's profile

**indigospot's Full Review:** MGA Entertainment Bratz Dolls 2002: Yasmin

It's true what they say, the third time is a charm! As a die-hard Barbie collector, I had neither the interest or money to obtain other dolls outside the realm of the "Plastic Princess." So it was that when MGA Entertainment debuted their line of "Bratz" fashion dolls in 2001, I mildly noted their presence on the shelves of my local Target, but didn't have the urge to buy them. The second collection, "Flaunt It!," came and went, but I still didn't bite.

When the third and fourth collections—"Xpress It!" and "Funk 'n' Glow," respectively—were released concurrently in late 2002, I started picking up the transparent trapezoidal packages and looking at the girls of the "Bratz Pack"—Cloe, Meygan, Sasha, Jade, and Yasmin. At that point, I was still sitting on the fence about purchasing one of the girls when I learned Mattel would release their answer to Bratz, "My Scene." My curiosity became insatiable, and I proceeded to the nearest Target to buy my first Bratz Packer, Xpress It! Yasmin.

Exhibit 11 - Page 347

1 of 3                                                                9/11/2006 12:06 AM

Case 2:04-cv-09049-DOC-RNB   Document 9015-11   Filed 10/30/10   Page 59 of 100   Page ID
#:275034
Sugar and Spice and Everything...Huh? - MGA Entertainment Bratz...    www.epinions.com/review/MGA_Entertainment_Bratz_Dolls_...

If you've read my Barbie reviews, you shouldn't be surprised about my choice. Like my favorite Barbie doll, Teresa, Yasmin's (presumably) a Hispanic character. Having said that, she and all her friends share the same face mold, with obvious variations in skin, hair and eye color. In this instance, Yasmin's features are essentially different shades of brown.

Yasmin's oversized head is barely poseable. It can rotate easily enough, but it can only pivot up and down at a very limited range. Likewise, her tiny body features the same sort of restricted movement endemic in current Barbie dolls: no bendable or twisting waist, swiveling arms that dont bend at the elbow, and knees that can't bend to a full 90 degrees.

Initially, the Bratz Packers were presented in the unisex, extra large clothes characteristic of Hip Hoppers. But with the "Xpres It!" line, the girls are mostly dressed in tighter, more feminine and more revealing outfits. Accordingly, Yasmin comes with a tiny, midriff-revealing orange blouse; a blue gauze-like long-sleeved gathered blouse; denim shorts and bellbottom jeans (I know, they're called "boot cut" these days, but bellbottoms by any other name are still...).

And those boots! Yasmin comes with two pairs of brown "Snap on (more on that feature later)" platforms. The more interesting of the two comprises a strange fusion of wedge and heel which roughly form an "L" shape. Finally a purse (AKA "Bratz Bag") and star-shaped comb round out the set.

What's not to like about Xpress "It" Yasmin? Well, I have a couple of concerns. I don't care much for the "Snap On Shoes" concept. You may already know that the Bratz' legs are essentially feet-deprived stumps without them. I can easily see a child losing the shoes while playing. I suggest you buy a "Struttin' Style!" pack of shoes, with skin tones that match Yasmin's skin color. On a positive note, the shoes are large enough to enable her owner to stand Yasmin on her own two feet. The Bratz's outfits are hopelessly tiny for adult hands, putting them on and taking them off an be a chore!

Finally, Yasmin's facial expression, similar to that of all her friends, seems to me an expression of aggressive indifference, as if she's blissfully ignorant of anything outside her narrow world of shopping and (argueably) questionable taste in clothing. Is she smiling or sneering? Maybe I'm just reading too much into it...Because of the small size of Yasmin's accessories, keep "Xpress It!" Yasmin out of the reach of very young children.

Despite my reservations, I still like Yasmin overall. She's very cute! Although I'm an adult collector, I can understand the reluctance of some parents to buy the sometimes scantly clad girls. Use your own discretion! Otherwise, "Xpress It!" Yasmin is an excellent introduction to the Bratz experience.

Although Xpress It! Yasmin is no longer available at most major retail outlets as of this writing, I strongly recommend that you scour your local Toys 'R' Us, or KB Toys for the odd one or two remaining dolls that may remain in stock. Failing that, check out eBay--at the moment, you have the option of bidding on her at a reasonable price.



**Recommended:**
Yes

**Amount Paid (US$):** 12.95
**Type of Toy:** Other
**Age Range of Child:** 9 Years or Older

Comments on this Review

· Read all comments (2)
· Write your own comment

<< Return to top
<< Back to All Reviews

Ads by Google

**Buy Yasmin Now.**
Compare. Yasmin 6 months for $104. Free shipping for all orders..

Exhibit 11 - Page 348

2 of 3                                                                           9/1/2008 2:06 PM

Sugar and Spice and Everything...Huh? - MGA Entertainment Bratz Dolls...   http://www.epinions.com/review/MGA_Entertainment_Bratz_Dolls_...

www.planetdrugsdirect.com

**Nasal & Sinus Center**
California's only complete nasal sinus treatment center..
www.sjo.org

**Cirque Spectaculars**
Producing breathtaking aerial shows for corporate and private events..
www.HollywoodAerialArts.com

**Buy Barbie 2002 on Sale**
Pay securely. Fast & easy shipping. Huge selection. Order now and save!.
www.amazon.com

**Cheapest Dolls**
Save on Mga Entertainment Dolls! Large Selection, Low Prices.
www.Glimpse.com/Toys

Subscribe to More Reviews on MGA Entertainment Bratz Dolls 2002: Yasmin
Get the RSS Feed: 🔲 - Add to My Yahoo!: 🔲 MY YAHOO! - Add to Google Homepage: 🔲  Google

Subscribe to indigospot's Reviews:
Get the RSS Feed: 🔲 - Add to My Yahoo!: 🔲 MY YAHOO! - Add to Google Homepage: 🔲  Google

Help | Member Center | Message Boards | Site Rules | User Agreement | Privacy Policy | Site Index
About Epinions | Careers | Contact Epinions | Advertising

Epinions | Shopping.com | Rent.com | Free Classifieds

Shopping.com Network

© 1999-2008 Shopping.com, Inc. Trademark Notice

Epinions.com periodically updates pricing and product information from third-party sources,
so some information may be slightly out-of-date. You should confirm all information before relying on it.

Exhibit 11 - Page 349

3 of 3

9/1MGA021 0306432

# Exhibit 3

Exhibit 11 - Page 350

MGA2 1206433

Case 2:04-cv-09049-DOC-RNB    Document 9015-11    Filed 10/30/10    Page 62 of 100    Page ID
#: 275083
Bratz Fashion Organizer In Denim                                                         www.bratzthingz.com/t/Bratz-Fashion-Organizer-in-Denim_arti...

**Bratz Fashion Organizer In Denim**



# Bratz Fashion Organizer in Denim

**Closet Guy The**
Custom Designer Closets for Less Highest
Quality, Finest Service
www.TheClosetGuy.net



**Bratz Fashion**
Looking for Bratz Fashion? Find exactly what
you want today.
Yahoo.com

**Custom Closet Accessories**
Beautiful Custom Closets. Design & Order
Direct Online. Free Shipping!
www.EasyClosets.com

11/5/2005

The Bratz Fashion Organizer in Denim is the cutest and funkiest bag around. You can use it as a purse or as the organizer it is meant to be, to help you hold on to all those Bratz accessories and clothes that sometimes get misplaced and we all know, that no Bratz outfit is complete if she's missing that perfect shoe or accessory.

The outside of the Bratz Fashion Organizer in Denim is trapezoid shaped and done in a dark blue denim. It says Bratz in hot pink and has the cutest picture of Yasmin holding her own purse on the front. The coolest detail is how it looks like the top of a pair of jeans with pseudo-pockets and a brown tie lacing up the front.

The inside has a section separator with a big picture of Cloe and smaller pictures of the rest of the Bratz on a blue starry background with the Bratz logo again in hot pink. The inside of the Denim Bratz Fashion Organizer has silver sides and clear compartments so you can easily see all of your Bratz accessories.

The Bratz Fashion Organizer in Denim also holds four dolls and even has 3 personalized fashion filing sleeves hangers that allow you to hang your collection when removed from the case. The Fashion Organizer in Denim makes a terrific Bratz Christmas present or birthday gift for the girl who has lots of Bratz stuff and no where to put it all!

If you enjoyed this post Bookmark it at del.icio.us

## Comments

12/21/2005 9:54:51 PM
From: **jasmine trout**
http://www./t/clean.aspx
i love u girls.
3/2/2006 6:28:13 PM

Exhibit 11 - Page 351

...w.bratzthingz.com/t/Bratz-Fashion-Organizer-in-Denim_arti...

From: **maria**
http://www.pilarm10@hotmail.com
PLEASE, LET ME KNOW HOW CAN I GET THIS BRATZ FASHION ORGANIZER...I NEED TO BUY
ONE...THANKS!!! PLEASE, REPLY...
4/2/2006 3:38:31 PM
From: **Jessica**
Plese let me know were i can get one of these i have been lokking for nearly a year PLEASE reply xxx
4/8/2006 5:20:18 AM
From: **Emma Bambury**
http://www.vmk.com
i have one i got ot yesterday!!
4/30/2006 4:49:56 AM
From: **anna**
i love bratz
5/13/2006 12:35:03 PM
From: **monica**
http://www.monica.sparkman@yahoo.com
how can i purchase this organizer?!! I have the black and white one but it`s full now need some organization! please
reply!
6/15/2006 8:26:14 AM
From: **Emma**
you buy them from Argos
8/12/2006 3:19:33 PM
From: **SARAH**
I WANT TO KNOW HOW MUCH IT IS AND WHERE TO BUY ONE I HAVE BEEN LOOKING IN TWO PLACES
ONE THE INTERNET AND TWO THE SHOPS PLEASE LET ME KNOW WHEN YOU FIND OUT I LOVE YOU
GALS THANKS!!
1/12/2007 7:34:40 AM
From:
alphabetics!bristles inestimable mitigated?ultimate ... Thanks!!!
1/12/2007 7:37:00 AM
From:
Ralston touching archipelago!compounds cues unknowing.Beirut
2/2/2007 6:30:31 PM
From:
Tunis twelfth Laue climax moot linings,
2/11/2007 9:38:18 AM
From: **pretty princess_1**
that looks cute
2/20/2007 6:49:32 AM
From:
Frankfort Maxtor neuter!reentered madmen lounged resonances inopportune Reginald
2/21/2007 9:34:58 AM
From:
Madames pony superuser relabelled voice leaflets,subordinated .
2/27/2007 3:50:25 PM
From:
prep:glaze burglarproofed crusader?blundering?...
3/10/2007 9:49:41 AM
From:
fantasy gelatine menace poles restructuring.artificiality mould ...
3/12/2007 12:37:05 PM
From:
tempters seeing Charles.dismembers Gustav Semite flowing Ephesus:
3/17/2007 7:45:47 AM
From:
blowers spore spittle?inspects Knightsbridge .

Exhibit 11 - Page 352

3/27/2007 3:12:50 AM
From:
Fredrick:understandings.perform pretentious legislators probabilistic paled reproducers!hassle
4/23/2007 5:04:09 PM
From: desiree
irh dsnnhfd dsndsnb deshhde
5/17/2007 12:29:44 PM
From:
spotless rending quintillion Pembroke Indus shadows sustains,opposite
5/17/2007 9:51:38 PM
From:
hundreds bricklaying!goad Sieglinda iterates,tender fabric artificiality.
5/24/2007 8:55:53 PM
From:
Xenia rashness:Holmdel.passes immodest:superintendent?- Tons of interesdting stuff!!!
5/28/2007 3:46:48 AM
From:
laughed Windsor:loaf.defecting prophesier transportation ... Thanks!!!
5/28/2007 8:48:46 AM
From:
beading banshees?boarded gambit,peopled weight feature
7/29/2007 12:33:10 PM
From:
Arequipa!bleeding encourage rapt!lounged:correcting glens ...
8/15/2007 11:56:24 AM
From: **temporary medical insurance**
advisable Mediterraneanizes assonance?clippings amputate:bathrobes
8/19/2007 2:47:03 PM
From: **poker room tournament**
esthetics,machining strobed portending mold ... Thanks!!!
10/16/2007 10:48:16 AM
From:
has previous suspect damning cuttlefish!assonance teenage .
11/2/2007 3:18:47 PM
From: **Preensemymn**
ONLINE - DRUGSTORE! PRICES of ALL MEDICINES! FIND THAT NECESSARY... VIAGRA, CIALIS,
PHENTERMINE, SOMA... and other pills! Welcome please: pills-prices.blogspot.com NEW INFORMATION
ABOUT PAYDAY LOANS! Welcome please: payday-d-loans.blogspot.com GOOD LUCK!
4/9/2008 5:43:35 AM
From:
cager blackening imputed.degrading claimed ... Thanks!!!
4/20/2008 11:46:19 AM
From:
reclaimer?pipes.Stephanie?benefited?mashing?sighted ...
4/21/2008 2:19:21 AM
From:
pounds negotiate fulfilled expend puncher toiling
5/1/2008 4:14:44 PM
From:
mince?Nakayama prepositional unpopularity intervenes Berliners Dwight pandas transcended
5/29/2008 4:29:38 PM
From:
contend perfectible scrawling hourly infrequently orbital
6/11/2008 4:39:12 PM
From:
firebreak:whatsoever fallibility containable terrorizes gator?unable
6/21/2008 10:22:05 AM

Exhibit 11 - Page 353

www.bratzthingz.com/t/Bratz-Fashion-Organizer-in-Denim_arti...

From:
preferably whelp Ethiopia dialectic deception reviler ...
7/10/2008 6:00:04 AM
From: **citizen property insurance**
7/19/2008 4:31:50 PM
From:
evaporative unwelcome:Batista flooring underflowed mock
7/23/2008 10:58:55 AM
From:
rocking Nicholls grayer Beethoven mellowness:travesties mittens!
8/25/2008 5:53:41 AM
From:
diddle texts causer flotation hemisphere exultation

## Leave a Comment

Name: |_____|        Comments:

[ text area ]

Submit

**Bratz Fashion**
Everything to do with Bratz Fashion items.
Yahoo.com
 | et Accessories

## Articles

Latest Articles Accessories Books Bratz Babyz Bratz Boyz Bratz Dolls Bratz Petz Doll Collections Electronics Fashion Packs Funky Fashion Makeover Funky Furniture Lil' Bratz Outdoor Play Room Décor Super Stylin' Vehicles Video Games

## Network Sites

Free Online Games

## Kids Sites

Bratz iCarly Hannah Montana Webkinz Zack & Cody Drake & Josh Caillou Barney Blue's Clues Curious George SpongeBob Bratz Thingz Kim Possible Dora Diego Lazytown Wonder Pets Backyardigans

## Tweens to Teens

Exhibit 11 - Page 354

MGA 1 206427

iCarly Bratz Hannah Montana Webkinz Zack & Cody Drake & Josh Naked Brothers Cheetah Girls Phil of the Future
Zoey 101 Jake Long Unfabulous Amanda Show Hilary Duff Yu-Gi-Oh Cards Raven

## Gaming

Video Game Cheats

## Music

James Blunt

## Television

Zack & Cody Drake & Josh Grey's Anatomy Lost House Prison Break Heroes

## Money & Lifestyle

Wedding Plans Family Life Adsense Revenue Dirtbikes Tattoo Fonts Coffee Factor

## Home & Health

Start A Diet Breast Health Nutritional Data Window Blinds Free After Rebate

## Tech

Swishscript Free Tech Books Web Labs Web Designs Ipods MySpace Free Text Messaging

## News and Entertainment

Search by ISBN Class Action Brangelina Free Tech Books Famous Quotes

## Bits and Pieces

Area Codes 

## Latest Comments

on
*Bratz Rock Angelz 2 Doll Pack: Yasmin & Eitan*
studying meanest dirtily!moder...

softvams on
*Bratz Sweet Dreamz Pajama Party*
Windows    Office -20...

Jamae on
*MGA Bratz Campfire Cruiser*
i love all the bratz they are ...

alannah mccarthy on
*MGA Bratz Campfire Cruiser*
i have this i have all the bra...

McKinzey on
*MGA Bratz Campfire Cruiser*
Uj i am McKinzey call me KIn...

Exhibit 11 - Page 355

# Exhibit 4

Exhibit 11 - Page 356

MGA2 1206439

## Cheesy Toy Knockoff-- Mermaid Chikz
**by Rudy Panucci**



email rudy

**Throw it back! Throw it back!**

We're back, swimming in the deep end of the Dollar Tree pool this time, as we come face to face with a multi-tasking knockoff. Our catch of the day, Mermaid Chikz manages to encroach on the trademarks of Bratz, Disney's Little Mermaid, and Mattel's Mermaidtopia. As an added bonus, the packaging features a happy little clownfish who looks suspiciously like Nemo. True, it only costs a buck, but sometimes you don't even get what you pay for. This toy is a real shrimp when it comes to value.

There are six styles of this soggy imitation of a fashion doll, each with hair color that matches her outfit: yellow, blue, pink, orange, green, and purple. The doll itself is a sub-par Bratz knock-off with five points of articulation and an oversized noggin. The mermaid outfit is made of very cheap material and does not cover her feet. Also included in the package is a cheesy little hairbrush.

Of course the Bratz knockoff aspect of this toy is the figure itself and the trendy little "z" at the end of "Chikz." The logo for "Chikz" is also done up in the Bratz graffiti influenced style. The packaging for Mermaid Chikz slightly mimics the asymmetrical trapezoid packaging of the Bratz line.

Disney's Little Mermaid lends its font to the word "Mermaid" on the packaging and to the general idea that mermaids make good fashion dolls. That idea still puzzles me more than a little.

We can probably blame Mattel's Mermaid extension of their Fairytopia line for convincing the Chinese knockoff factories that conceived this abomination to craft such an unusual little hunk 'o plastic.

Mermaid Chikz is a particularly craptacular, yet lame example of "toymaker see, toymaker do". Aside from the sheer entertainment value of it being a really lame knockoff, Mermaid Chikz would probably only be good for disappointing little girls.

Exhibit 11 - Page 357

1 of 3

9/18/2010 12:16 PM

http://www.mastercollector.com/articles/cheesy/cheese0307.htm

Cheesy Toy Knockoffs

# cheesy
# toy
# knockoff





**Front**



Exhibit 11 - Page 358

PTO Form 2194 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

# Petition To Revive For Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77097138 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 107 |
| **PETITION** | |
| **PETITION STATEMENT** | Applicant has firsthand knowledge that the failure to respon Office Action by the specified deadline was unintentional, a requests the USPTO to revive the abandoned application. |
| **RESPONSE TO OFFICE ACTION** | |
| **MARK SECTION (no change)** | |
| **ARGUMENT(S)** | |

In response to the Office Action mailed March 14, 2008:

## I.    the office action

### A.    SUBSTANTIVE REJECTIONS

The Examining Attorney has refused the application to register Applicant's mark on the following substantive grounds:

·   **Nondistinctive Configuration of Packaging for the Goods.** The Examiner has maintained refusal of registration under Sections 1, 2, and 45 (15 U.S.C. §§1051, 1052, and 1127) on the gr the proposed mark is not inherently distinctive because the trapezoidal shaped box is highly des of the goods, and that Applicant's evidence of acquired distinctiveness is insufficient.

### B.    OBJECTIONS TO DESCRIPTION OF GOODS

The Examining Attorney has rejected the description of the goods on the grounds that

Exhibit 11 - Page 359
MGA2 1206442

· **"Doll decorating kits" and "toy beading kits" are Indefinite.**   The contents of the "doll decorating kits" and "toy beading kits" must be listed with specificity.

· **"Scrapbook activity kits for children" is Outside the Scope of the Application as Filed.** Examining Attorney contends that the goods of "scrapbook activity kits for children" refers to g that are not within the scope of the identification that was set forth in the application at the time

## iI.   RESPONSE/arguments in response to rejection

### A.   RESPONSE TO OBJECTIONS TO DESCRIPTION OF GOODS

By the foregoing amendments to the identification of goods, applicant has adapted the Examiner's suggestions for amending the description of the goods.  Specifically, Applicant has:

· deleted the goods of "scrapbook activity kits for children," which the Examining objected to as being outside the scope of goods as originally applied for; and

· amended the description of the "doll decorating kits" and "beading kits" to specify the of those kits per the Examining Attorney's suggestions.

Applicant thanks the Examiner for the guidance provided in those regards.

### B.   RESPONSE TO REJECTION FOR NON-DISTINCTIVENESS

The Examiner has rejected the application on the ground that the proposed mark consists of a nondistinctiv packaging that does not function as a trademark to identify and distinguish applicant's goods from those of and to indicate their source.  Applicants respectfully disagree for the following reasons.

1.   The Trapezoidal Box is Not "Highly Descriptive" of the Goods

The Examining Attorney has rejected Applicant's previous evidence and arguments, in significant part on t grounds that "the applied-for mark is highly descriptive of applicant's goods" (Office Action at second pag paragraph), and that "because the applied-for mark is highly descriptive of applicant's goods, the allegation years' use alone will be insufficient to show acquired distinctiveness" (Office Action at p. 3, fifth paragraph

Applicant disagrees for at least the reason that a trapezoidal box is not "highly descriptive" of the doll, doll clothing, jigsaw puzzles, etc. packaged therein.  For example, what characteristic of the dolls and other toy consumer possibly discern about those goods merely from seeing that the goods are packaged in a trapezoid (other than that the goods must be from the Applicant, MGA Entertainment, an example of which from an ;

Exhibit 11 - Page 360

MGA2 1206443

consumer will be given later).

Applicants respectfully request the Examining Attorney to explain what characteristics about the goods are conveyed to the consumer by the trapezoidal shaped packaging, so as to justify the rejection on the ground trapezoidal shape is "highly descriptive" of the goods.

The Examining Attorney further states that, "The trapezoidal box is merely a variation on the typical square that one is accustomed to seeing placed on toy store shelves." Applicant does not understand this statement respectfully submits that this statement is so generalized as to provide no useful analysis. Could it not be s every trade dress packaging is "merely a variation" of standard packaging? Applicant therefore respectful submits that such a generalized, vague, and nebulous response cannot overcome the actual evidence of distinctiveness submitted by Applicant, including the specific evidence discussed below.

     2.   <u>The Examining Attorney Has Mischaracterized Applicant's Evidence</u>

The Examining Attorney has overlooked important aspects of the evidence previously relied on by Applica Specifically:

     a.   <u>Declaration of Christopher Byrne aka "The Toy Guy"</u>

With respect to the declaration of toy industry expert Christopher Byrne, aka "The Toy Guy," the Examinin Attorney states that, "His conclusions are based on his own personal reactions and observations. This is in evidence . . . " This characterization is simply incorrect and overlooks important aspects of Mr. Byrne's declaration. In fact, Mr. Byrne states:

> I believe that *MGA's trapezoidal packaging* is unique and *has come to be associated by consu and retailers as indicating MGA's products* and specifically the BRATZ® line of fashion dolls associated products. *This conclusion is based both upon* my own personal reaction to the trapezo packaging over the course of several years, my in-depth knowledge of toy packaging, my knowledg ongoing *reviews of products, and discussions with consumers and retailers within the industry.*"

(Byrne Decl. previously submitted, paragraph 3) (emphasis added). Clearly, Mr. Byrne's conclusions are b

Exhibit 11 - Page 361

MGA2 1206444

more than merely his own reaction to the packaging.  Mr. Byrne's declaration provides, in fact, the exact ty evidence of what *consumers and toy reviewers have come to associate in their minds*, based on much more recognized toy industry expert's own personal reactions, that the Examining Attorney requests.

     b.     <u>Declaration of Julie Bodden</u>

With respect to the declaration of Julie Bodden, the Applicant's Vice President of National Sales, th Examining Attorney has dismissed the declaration largely on the grounds that Ms. Bodden does not rule ou the *toys inside the package*, rather than the trapezoidal package, that the consumer desires.  (Office Action fifth paragraph).

Applicant respectfully submits that the Examining Attorney has misunderstood the declaration.   The decla was not intended to establish that consumers have purchased more than $1 billion worth of products becaus are *attracted* to the trapezoidal box and wish to purchase the trapezoidal box (in which case the application attacked on the ground that the claimed dress is functional or aesthetically functional).  Rather, the declarat establish, at the very least, how many consumers have been exposed to the claimed mark.

     C.     <u>NEW EVIDENCE</u>

Although the Applicant believes that the evidence previously submitted is sufficient, Applicant nonetheless presents the following additional evidence of distinctiveness, including direct evidence of consumer recogn requested by the Examining Attorney.

     1.     <u>Consumer Review - Instant Recognition (Exhibit 1)</u>

Exhibit 1 is a printout from http://www.epinions.com/review/MGA_Entertainment_Bratz_Super_Stylin_Runway_Disco/content_1232: , which is a consumer review of the Bratz Super Stylin Runway Disco doll presentation stage.  This consun review, although highly critical of the product for not holding her child's interest for very long, contains th following significant statements:

Exhibit 11 - Page 362

MGA2 1206445

> *If you're familiar with MGA Entertainment BRATZ merchandise  than [sic] you know the packagin.*
> *generally is trapezoid shaped.*  Because this set arrives in a larger box, it was evidence that *my daug*
> *thought she knew what the [Christmas] gift was.*  Regardless, she was ecstatic at confirmation of re<
> the MGA Entertainment BRATZ Formal Funk Super-Styling Runway Disco.

Exhibit 1, page 2 (emphasis added).  The review clearly states consumer recognition of the trapezoidal shap
associated with Applicant.  In fact, the review states that *the reviewer's daughter believed that she could id*
*the exact gift* underneath the Christmas wrapping *merely from the size and shape of the box alone.*  This cle
evidences that the end consumers (children) associate trapezoidal packaging with Applicant's BRATZ® lir
merchandise.


      2.    <u>Consumer Review - Specific Mention of Trapezoidal Shape</u>


Exhibit 2 is a printout from http://www.epinions.com/reviews/MGA_Entertainment_Bratz_Dolls_2002_Ye

in which the consumer reviewer specifically mentions the trapezoidal packages of the BRATZ® merchandi
review establishes at least that consumers believe the trapezoidal packaging is sufficiently unique to mentic
association with the BRATZ® merchandise.


      3.    <u>Review - Specific Mention of Trapezoidal Shape</u>


Exhibit 3 is a printout from http://www.bratzthingz.com/t/Bratz-Fashion-Organizer-in-Denim_article16.asp

in which the reviewer specifically mentions the trapezoidal shape of the BRATZ® merchandise.  The revie
establishes at least that the reviewer believed that the trapezoidal packaging is sufficiently unique to mentic
association with the BRATZ® merchandise.


      4.    <u>"Cheesy [BRATZ®] Toy Knockoff" in Trapezoidal Packaging</u>


Exhibit 4 is a printout from http://www.mastercollector.com/articles/cheesy/cheese0307.htm, whose "Subs
and Information" page describes the site as being an "online publication produced by collectors for collecto
The reviewer, Rudy Panucci, who appears to be one of the staff members at the mastercollector.com websit
the Mermaid Chikz doll which "only costs a buck," a "cheesy knockoff" of the BRATZ® dolls and states th

Exhibit 11 - Page 363

MGA2 1206446

Our catch of the day, Mermaid Chikz, manages to encroach on the trademarks of Bratz . . . others]. The packaging for Mermaid Chikz slightly *mimics the asymmetrical trapezoid packagir the Bratz line.*

The review clearly establishes the association in collectors' minds between trapezoidal packaging and MG, BRATZ® line of merchandise.

The reviewer goes on to call this product an "abomination," "particularly craptacular," and "a really lame knockoff."

## CONCLUSIONS

Applicant has presented evidence that consumers actually associate Applicant's trapezoidal packaging with BRATZ® line of merchandise, including additional direct evidence of secondary meaning amount consum requested by the Examining Attorney.  Applicant's accumulated evidence includes:

> ·  a recognized toy industry expert's  opinion based on his own reactions, his reading reviews, and his discussions with consumers and retailers;
>
> ·  evidence of widespread sales of the relevant products, and widespread advertising sh product in association with its trapezoidal packaging in advertising circulars from Target, K Toys 'R' Us;
>
> ·  consumer reviews demonstrating that children uniquely associate trapezoidal packa Applicant's  goods, and that children do in fact correctly identify the source of play goo from the shape of the packaging;
>
> ·  various on-line reviews which take particular note of Applicant's trapezoidal packaging;
>
> ·  a collector's  review which describes one cheap imitator's  transparent attempt to ride coattails of the secondary meaning which Applicant's trapezoidal box has acquired.

It is exactly the type of cheesy, craptacular, really lame knockoff shown in Exhibit 4, blatantly attempting t capitalize on established consumer association between the trapezoidal box and Applicant's goods, that the Applicant wishes to protect against via trade dress protection.  It is exactly this type of craptactular knocko which trademark law *should* provide legal protection to Applicant.

Exhibit 11 - Page 364

MGA2 1206447

For all the foregoing reasons, Applicant respectfully submits that the application is in condition for publica respectfully requests that the application be approved for publieation.

Respectfully submitted,

Joel Voelzke

## EVIDENCE SECTION

| DESCRIPTION OF EVIDENCE FILE | Exhibits 1-4 are Internet printouts of product reviews by cor and others, in support of Applicant's claim of distinctivenes: |
|---|---|

## GOODS AND/OR SERVICES SECTION (current)

| INTERNATIONAL CLASS | 028 |
|---|---|

**DESCRIPTION**

toys, games, and playthings, namely, doll decorating kits, doll presentation stages, jigsaw puzzles, beading children, toy laptop computers, scrapbook activity kits for children

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 07/06/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/06/2002 |

## GOODS AND/OR SERVICES SECTION (proposed)

| INTERNATIONAL CLASS | 028 |
|---|---|

**DESCRIPTION**

toys, games, and playthings, namely: doll decorating kits comprised of dolls, doll clothing, and doll accesso presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 07/06/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/06/2002 |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEES DUE | 425 |

## SIGNATURE SECTION

Exhibit 11 - Page 365

MGA2 1206448

| DECLARATION SIGNATURE | The filing Attorney has elected not to submit the signed dec believing no supporting declaration is required under the *Tr Rules of Practice.* |
|---|---|
| RESPONSE SIGNATURE | /Joel D. Voelzke73/ |
| SIGNATORY'S NAME | Joel D. Voelzke |
| SIGNATORY'S POSITION | Attorney of Record |
| DATE SIGNED | 09/17/2008 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Sep 17 17:02:12 EDT 2008 |
| TEAS STAMP | USPTO/POA-96.229.96.203-2 0080917170212007866-77097 138-430f8328a142a9c2f3b25 a7778ea21d4e-CC-2511-2008 0917164634842965 |

PTO Form 2194 (Rev 5/2005)
OMB No. 0651-0054 (Exp. 11/30/2008)

## Petition To Revive For Office Action
# To the Commissioner for Trademarks:

Application serial no. **77097138** has been amended as follows:
**PETITION**
**Petition Statement**

Applicant has firsthand knowledge that the failure to respond to the Office Action by the specified deadline was unintentional, and requests the USPTO to revive the abandoned application.

**RESPONSE TO OFFICE ACTION**

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

In response to the Office Action mailed March 14, 2008:

Exhibit 11 - Page 366

MGA2 1206449

## I.   <u>the office action</u>

### A.   SUBSTANTIVE REJECTIONS

The Examining Attorney has refused the application to register Applicant's mark on the following substantive grounds:

- **Nondistinctive Configuration of Packaging for the Goods.** The Examiner has maintained the prior refusal of registration under Sections 1, 2, and 45 (15 U.S.C. §§1051, 1052, and 1127) on the ground that the proposed mark is not inherently distinctive because the trapezoidal shaped box is highly descriptive of the goods, and that Applicant's evidence of acquired distinctiveness is insufficient.

### B.   OBJECTIONS TO DESCRIPTION OF GOODS

The Examining Attorney has rejected the description of the goods on the grounds that

- **"Doll decorating kits" and "toy beading kits" are Indefinite.** The contents of the "doll decorating kits" and "toy beading kits" must be listed with specificity.
- **"Scrapbook activity kits for children" is Outside the Scope of the Application as Filed.** The Examining Attorney contends that the goods of "scrapbook activity kits for children" refers to goods that are not within the scope of the identification that was set forth in the application at the time of filing.

## iI.   <u>RESPONSE/arguments in response to rejection</u>

### A.   RESPONSE TO OBJECTIONS TO DESCRIPTION OF GOODS

By the foregoing amendments to the identification of goods, applicant has adapted the Examiner's suggestions for amending the description of the goods. Specifically, Applicant has:

- deleted the goods of "scrapbook activity kits for children," which the Examining Attorney objected to as being outside the scope of goods as originally applied for; and
- amended the description of the "doll decorating kits" and "beading kits" to specify the contents of those kits per the Examining Attorney's suggestions.

Applicant thanks the Examiner for the guidance provided in those regards.

### B.   RESPONSE TO REJECTION FOR NON-DISTINCTIVENESS

Exhibit 11 - Page 367

MGA2 1206450

The Examiner has rejected the application on the ground that the proposed mark consists of a nondistinctive packaging that does not function as a trademark to identify and distinguish applicant's goods from those of others and to indicate their source.  Applicants respectfully disagree for the following reasons.

### 1.   The Trapezoidal Box is Not "Highly Descriptive" of the Goods

The Examining Attorney has rejected Applicant's previous evidence and arguments, in significant part on the grounds that "the applied-for mark is highly descriptive of applicant's goods" (Office Action at second page, 6th paragraph), and that "because the applied-for mark is highly descriptive of applicant's goods, the allegation of five years' use alone will be insufficient to show acquired distinctiveness" (Office Action at p. 3, fifth paragraph).

Applicant disagrees for at least the reason that a trapezoidal box is not "highly descriptive" of the doll, doll clothing, jigsaw puzzles, etc. packaged therein.  For example, what characteristic of the dolls and other toys could a consumer possibly discern about those goods merely from seeing that the goods are packaged in a trapezoidal box (other than that the goods must be from the Applicant, MGA Entertainment, an example of which from an actual consumer will be given later).

Applicants respectfully request the Examining Attorney to explain what characteristics about the goods are plainly conveyed to the consumer by the trapezoidal shaped packaging, so as to justify the rejection on the ground that the trapezoidal shape is "highly descriptive" of the goods.

The Examining Attorney further states that, "The trapezoidal box is merely a variation on the typical square box that one is accustomed to seeing placed on toy store shelves."  Applicant does not understand this statement, and respectfully submits that this statement is so generalized as to provide no useful analysis.  Could it not be said that every trade dress packaging is "merely a variation" of standard packaging?  Applicant therefore respectfully submits that such a generalized, vague, and nebulous response cannot overcome the actual evidence of distinctiveness submitted by Applicant, including the specific evidence discussed below.

### 2.   The Examining Attorney Has Mischaracterized Applicant's Evidence

Exhibit 11 - Page 368

MGA2 1206451

The Examining Attorney has overlooked important aspects of the evidence previously relied on by Applicant. Specifically:

     a.     <u>Declaration of Christopher Byrne aka "The Toy Guy"</u>

With respect to the declaration of toy industry expert Christopher Byrne, aka "The Toy Guy," the Examining Attorney states that, "His conclusions are based on his own personal reactions and observations. This is insufficient evidence . . . " This characterization is simply incorrect and overlooks important aspects of Mr. Byrne's declaration. In fact, Mr. Byrne states:

> I believe that *MGA's trapezoidal packaging* is unique and *has come to be associated by consumers and retailers as indicating MGA's products* and specifically the BRATZ® line of fashion dolls and associated products. *This conclusion is based both upon* my own personal reaction to the trapezoidal packaging over the course of several years, my in-depth knowledge of toy packaging, my knowledge of ongoing *reviews of products, and discussions with consumers and retailers within the industry.*"

(Byrne Decl. previously submitted, paragraph 3) (emphasis added). Clearly, Mr. Byrne's conclusions are based on more than merely his own reaction to the packaging. Mr. Byrne's declaration provides, in fact, the exact type of evidence of what *consumers and toy reviewers have come to associate in their minds*, based on much more than this recognized toy industry expert's own personal reactions, that the Examining Attorney requests.

     b.     <u>Declaration of Julie Bodden</u>

With respect to the declaration of Julie Bodden, the Applicant's Vice President of National Sales, the Examining Attorney has dismissed the declaration largely on the grounds that Ms. Bodden does not rule out that it is the *toys inside the package*, rather than the trapezoidal package, that the consumer desires. (Office Action at p. 2, fifth paragraph).

Applicant respectfully submits that the Examining Attorney has misunderstood the declaration. The declaration was not intended to establish that consumers have purchased more than $1 billion worth of products because they are *attracted* to the trapezoidal box and wish to purchase the trapezoidal box (in

Exhibit 11 - Page 369

MGA2 1206452

which case the application could be attacked on the ground that the claimed dress is functional or aesthetically functional).  Rather, the declaration does establish, at the very least, how many consumers have been exposed to the claimed mark.


### C.     NEW EVIDENCE

Although the Applicant believes that the evidence previously submitted is sufficient, Applicant nonetheless hereby presents the following additional evidence of distinctiveness, including direct evidence of consumer recognition, as requested by the Examining Attorney.


#### 1.     Consumer Review - Instant Recognition (Exhibit 1)


Exhibit 1 is a printout from http://www.epinions.com/review/MGA_Entertainment_Bratz_Super_Stylin_Runway_Disco/content_12325 , which is a consumer review of the Bratz Super Stylin Runway Disco doll presentation stage.  This consumer review, although highly critical of the product for not holding her child's interest for very long, contains the following significant statements:


> *If you're familiar with MGA Entertainment BRATZ merchandise  than [sic] you know the packaging generally is trapezoid shaped*.  Because this set arrives in a larger box, it was evidence that *my daughter thought she knew what the [Christmas] gift was*.  Regardless, she was ecstatic at confirmation of receipt of the MGA Entertainment BRATZ Formal Funk Super-Styling Runway Disco.

Exhibit 1, page 2 (emphasis added).  The review clearly states consumer recognition of the trapezoidal shape as associated with Applicant.  In fact, the review states that *the reviewer's daughter believed that she could identify the exact gift* underneath the Christmas wrapping *merely from the size and shape of the box alone*.  This clearly evidences that the end consumers (children) associate trapezoidal packaging with Applicant's BRATZ® line of merchandise.


#### 2.     Consumer Review - Specific Mention of Trapezoidal Shape


Exhibit 2 is a printout from

Exhibit 11 - Page 370

MGA2 1206453

http://www.epinions.com/reviews/MGA_Entertainment_Bratz_Dolls_2002_Yasmin

in which the consumer reviewer specifically mentions the trapezoidal packages of the BRATZ® merchandise.  The review establishes at least that consumers believe the trapezoidal packaging is sufficiently unique to mention in association with the BRATZ® merchandise.

 

3.   <u>Review - Specific Mention of Trapezoidal Shape</u>

Exhibit 3 is a printout from http://www.bratzthingz.com/t/Bratz-Fashion-Organizer-in-Denim_article16.aspx

in which the reviewer specifically mentions the trapezoidal shape of the BRATZ® merchandise.  The review establishes at least that the reviewer believed that the trapezoidal packaging is sufficiently unique to mention in association with the BRATZ® merchandise.

 

4.   <u>"Cheesy [BRATZ®] Toy Knockoff" in Trapezoidal Packaging</u>

Exhibit 4 is a printout from http://www.mastercollector.com/articles/cheesy/cheese0307.htm, whose "Subscription and Information" page describes the site as being an "online publication produced by collectors for collectors."   The reviewer, Rudy Panucci, who appears to be one of the staff members at the mastercollector.com website, calls the Mermaid Chikz doll which "only costs a buck," a "cheesy knockoff" of the BRATZ® dolls and states that:

> Our catch of the day, Mermaid Chikz, manages to encroach on the trademarks of Bratz . . . [and others].  The packaging for Mermaid Chikz slightly *mimics the asymmetrical trapezoid packaging of the Bratz line*.

The review clearly establishes the association in collectors' minds between trapezoidal packaging and MGA's BRATZ® line of merchandise.

The reviewer goes on to call this product an "abomination," "particularly craptacular," and "a really lame knockoff."

Exhibit 11 - Page 371

MGA2 1206454

## CONCLUSIONS

Applicant has presented evidence that consumers actually associate Applicant's trapezoidal packaging with its BRATZ® line of merchandise, including additional direct evidence of secondary meaning amount consumers as requested by the Examining Attorney. Applicant's accumulated evidence includes:

- a recognized toy industry expert's opinion based on his own reactions, his reading of product reviews, and his discussions with consumers and retailers;

- evidence of widespread sales of the relevant products, and widespread advertising showing the product in association with its trapezoidal packaging in advertising circulars from Target, Kmart, and Toys 'R' Us;

- consumer reviews demonstrating that children uniquely associate trapezoidal packaging with Applicant's goods, and that children do in fact correctly identify the source of play goods merely from the shape of the packaging;

- various on-line reviews which take particular note of Applicant's trapezoidal packaging; and

- a collector's review which describes one cheap imitator's transparent attempt to ride upon the coattails of the secondary meaning which Applicant's trapezoidal box has acquired.

It is exactly the type of cheesy, craptacular, really lame knockoff shown in Exhibit 4, blatantly attempting to capitalize on established consumer association between the trapezoidal box and Applicant's goods, that the Applicant wishes to protect against via trade dress protection. It is exactly this type of craptactular knockoff for which trademark law *should* provide legal protection to Applicant.

For all the foregoing reasons, Applicant respectfully submits that the application is in condition for publication, and respectfully requests that the application be approved for publication.

Respectfully submitted,

Joel Voelzke

**EVIDENCE**

Exhibit 11 - Page 372

MGA2 1206455

Evidence in the nature of Exhibits 1-4 are Internet printouts of product reviews by consumers and others, in support of Applicant's claim of distinctiveness has been attached.

## CLASSIFICATION AND LISTING OF GOODS/SERVICES
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 028 for toys, games, and playthings, namely, doll decorating kits, doll presentation stages, jigsaw puzzles, beading kits for children, toy laptop computers, scrapbook activity kits for children
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 07/06/2002 and first used in commerce at least as early as 07/06/2002, and is now in use in such commerce.

**Proposed:** Class 028 for toys, games, and playthings, namely: doll decorating kits comprised of dolls, doll clothing, and doll accessories; doll presentation stages; jigsaw puzzles; toy beading kits for children comprised of beads and string; toy laptop computers
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 07/06/2002 and first used in commerce at least as early as 07/06/2002, and is now in use in such commerce.
## FEE(S)
Fee(s) in the amount of $425 is being submitted.

## SIGNATURE(S)
**Declaration Signature**
I hereby elect to bypass the submission of a signed declaration, because I believe a declaration is not required by the rules of practice. I understand that the examining attorney could still, upon later review, require a signed declaration.
**Petition/Response Signature**
Signature: /Joel D. Voelzke73/    Date: 09/17/2008
Signatory's Name: Joel D. Voelzke
Signatory's Position: Attorney of Record

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

RAM Sale Number: 2511

Exhibit 11 - Page 373

MGA2 1206456

RAM Accounting Date: 09/18/2008

Serial Number: 77097138
Internet Transmission Date: Wed Sep 17 17:02:12 EDT 2008
TEAS Stamp: USPTO/POA-96.229.96.203-2008091717021200
7866-77097138-430f8328a142a9c2f3b25a7778
ea21d4e-CC-2511-20080917164634842965

Exhibit 11 - Page 374

MGA2 1206457

# RAM SALE NUMBER:  2511
# RAM ACCOUNTING DATE:  20080918

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2008/09/17                                     77/097138

| Description | Fee Code | Transaction | Total Fees Paid |
|---|---|---|---|
| POA | 7005 | 2008/09/17 | 100 |
| APP | 7001 | 2008/09/17 | 325 |

Exhibit 11 - Page 375

MGA2 1206458

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO:        77/097138

MARK:

CORRESPONDENT ADDRESS:
   Joel D. Voelzke
   Intellectual Property Law Office of Joel

   24772 Saddle Peak Road
   Malibu CA 90265-3042

# *77097138*

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

APPLICANT:        MGA Entertainment, Inc.

CORRESPONDENT'S
REFERENCE/DOCKET NO:
   103-098
CORRESPONDENT E-MAIL ADDRESS:

# OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE:**

This letter responds to the applicant's communication filed on December 13, 2007 in which the applicant (1) amended the description of the mark; (2) amended the identification of its Class 28 goods; (3) deleted the goods recited in Class 16; (4) provided arguments in response to the examining attorney's refusal under Sections 1, 2, and 45 of the Trademark Act; and (5) claimed acquired distinctiveness under Section 2(f) of the Trademark Act.

The following requirements have been satisfied: the requirement that applicant amend the description of the mark. 37 C.F.R. §2.37; TMEP §§807.12 and 1202.02(d).

The refusal under Sections 1, 2, and 45 of the Trademark Act, based on the grounds that the mark is a non-distinctive configuration of packaging for the goods, is **maintained and continued**. The examining attorney notes that applicant has deleted the goods in Class 16. Therefore, the deletion of the recited Class 16 goods overcomes the refusal that was based on the grounds that the goods are "not goods in trade." Applicant's amendment to the recitation of goods in Class 28 is still unacceptable and so the requirement that applicant amend its identification of goods is also **maintained and continued**

Exhibit 11 - Page 376

MGA2 1206459

for the reasons provided below.

Upon careful consideration of applicant's arguments and evidence, the examining attorney has
determined that applicant has not provided sufficient or compelling evidence of the proposed mark's
acquired distinctiveness under Section 2(f) of the Trademark Act. Applicant must submit additional
evidence to demonstrate that the mark has acquired distinctiveness under 15 U.S.C. §1052(f).

## Acquired Distinctiveness Under Section 2(f)

Applicant has provided insufficient evidence to support its claim that the proposed mark has acquired
distinctiveness under Section 2(f) of the Trademark Act.

Applicant's evidence consists of a declaration by an independent toy industry analyst and a declaration
by applicant's Vice President of National Sales. Applicant has also asserted acquired distinctiveness
based on five years' use in commerce.

The declarations, without more, are not sufficiently compelling to persuade the examining attorney that
the proposed mark has indeed acquired distinctiveness. The opinion and beliefs of *one* "recognized
independent toy industry analyst" are insufficient, however experienced he may be in the field of toys
and toy packaging. His conclusions are based on his own personal reactions and observations. This is
insufficient evidence to demonstrate that *consumers* have come to recognize the trapezoidal-shaped
configuration *on its own*, without the wording or decorative embellishments on the surface of the box,
as a source-indicator for applicant's Class 28 goods. Moreover, Mr. Byrne's statement about the toys
"coming in beautiful packaging" and his opinions as to the uniqueness of the trapezoidal packaging do
not necessarily support the applicant's contention that the trapezoidal configuration of the mark itself is
what consumers and retailers have come to associate with applicant's toys. The applicant has not ruled
out the possibility that the graphics on the box and the decorative features are what significantly
contribute to the appeal of the product.

Similarly, the declaration by applicant's Vice President of National Sales, is not sufficient to persuade
the examining attorney that the proposed mark has acquired distinctiveness. The statements and
opinions in the declaration are self-serving at best. While the company may believe its packaging to
have acquired distinctiveness, statements to that effect do not help to prove that the consumers have
indeed found the proposed mark to be distinctive. The Vice President's opinions on applicant's
tremendous success of the BRATZ® line of products do not prove that consumers associate, or have
come to associate, the trapezoidal box alone, with the applicant's goods. The examining attorney is not
disputing the widespread advertising and promotional efforts and popularity of applicant's goods. But
it is perhaps the very popularity of the *toys* themselves, which are contained in the box, that contributes
to the sales of "approximately 85 million units and more than $1 billion in retail sales in the United
States" and the recognition that the trademark BRATZ® is used in connection with the popular toys.
The presence of the goods on store shelves and in television commercials seems to show that children
associate the toys and colorful packaging, rather than the trapezoidal configuration, with the company.
These statements and sales figures in the declaration simply do not support a finding of acquired
distinctiveness of the trapezoidal configuration alone. The trapezoidal box is merely a variation on the
typical square box that one is accustomed to seeing placed on toy store shelves.

Furthermore, because the applied-for mark is highly descriptive of applicant's goods, the allegation of

Exhibit 11 - Page 377

MGA2 1206460

five years' use is insufficient to show acquired distinctiveness. *In re Kalmbach Publ'g Co.*, 14 USPQ2d 1490 (TTAB 1989); TMEP §1212.05(a). Additional evidence is needed.

## Nondistinctive Configuration of Packaging—Maintained and Continued

The examining attorney maintains and continues the refusal based on the grounds that the proposed mark consists of a nondistinctive configuration of packaging for the goods that does not function as a trademark to identify and distinguish applicant's goods from those of others and to indicate their source. As such, the proposed mark is not registrable on the Principal Register without proof of acquired distinctiveness. Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051-1052 and 1127; *In re Mogen David Wine Corp.*, 372 F.2d 539, 152 USPQ 593 (C.C.P.A. 1967); *In re McIlhenny Co.*, 278 F.2d 953, 126 USPQ 138 (C.C.P.A. 1960); *In re J. Kinderman & Sons, Inc.*, 46 USPQ2d 1253 (TTAB 1998); TMEP §1202.02(b)(ii).

As stated earlier, the proposed mark is not inherently distinctive because it is merely a variation on the typical cubical or rectangular box that is used to package toys. The attached Internet website evidence demonstrates that other companies, such as Hasbro, Playmates, and Play Imaginative, have also packaged their toys inside trapezoidal-shaped boxes. The trapezoidal shape is not unique. See the attached screenshots that show other trapezoidal-shaped packaging for toys.

In response to this refusal, applicant may submit evidence showing that the applied-for mark has acquired distinctiveness under 15 U.S.C. §1052(f) by submitting examples of advertising and promotional materials that *specifically promote the trapezoid configuration mark as a trademark* in the United States, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the mark as a trademark, and any other evidence that establishes recognition of the matter as a mark for the goods. <u>The evidence must relate to the promotion and recognition of the specific features in the applied-for mark</u>. *Wal-Mart Stores, Inc. v. Samara Bros, Inc.*, 529 U.S. 205, 211, 54 USPQ2d 1065, 1068 (2000); *see generally* TMEP §§1212.06 *et seq.* (discussing evidence of acquired distinctiveness). The Office will decide each case on its own merits.

In determining whether the applied-for mark has acquired distinctiveness, the following factors are generally considered: (1) length and exclusivity of use by applicant of the mark in the United States; (2) the type, expense and amount of advertising of the mark by applicant in the United States; and (3) applicant's efforts, such as unsolicited media coverage and consumer studies, in the United States to associate the mark with the source of the goods identified in the application. *In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 U.S.P.Q.2d 1420, 1424 (Fed. Cir. 2005). A showing of acquired distinctiveness need not consider each of these factors, and no single factor is determinative. *Id.*; *see* 37 C.F.R. §2.41; TMEP §§1212 *et seq.*

To reiterate, because the applied-for mark is highly descriptive of applicant's goods, the allegation of five years' use alone will be insufficient to show acquired distinctiveness. *In re Kalmbach Publ'g Co.*, 14 USPQ2d 1490 (TTAB 1989); TMEP §1212.05(a). Additional evidence will be required of the applicant.

To establish acquired distinctiveness, applicant may not rely on use other than use in commerce that may be regulated by the United States Congress. Use solely in a foreign country is not evidence of acquired distinctiveness in the United States. *See In re Rogers*, 53 USPQ2d 1741 (TTAB 1999); TMEP

Exhibit 11 - Page 378

MGA2 1206461

§§1010 and 1212.08.

As an alternative to submitting evidence of acquired distinctiveness, applicant may amend the
application to the Supplemental Register.

## Indefinite Identification of Goods—Maintained and Continued

The proposed amendment to the identification cannot be accepted because the wording "scrapbook
activity kits for children" refers to goods that are not within the scope of the identification that was set
forth in the application at the time of filing.  Moreover, "scrapbook activity kits" are classified in Class
16.  While the identification of goods and/or services may be amended to clarify or limit the goods
and/or services, additions to the identification or a broadening of the scope of the identification are not
permitted.  37 C.F.R. §2.71(a); TMEP §§1402.06 *et seq.* and 1402.07.  Therefore, this wording should
be deleted from the identification.

The word "kits" in the identification of goods is indefinite and must be clarified to include a description
of both the major components of the kit and the main purpose of the kit.  Classification of these goods is
determined by the primary components of the kit.  TMEP §§1401.05, 1402.01 and 1402.03.  Especially
in regard to "beading kits," applicant must specify the toy aspect of these goods.  Applicant may
substitute the following wording, if accurate.  Please note that the examining attorney's suggestions are
in bold font and bracketed text.

> Class 28      toys, games, and playthings, namely, doll decorating kits **comprised of
> [specify particular components of the doll kit, e.g., dolls, doll clothing, doll
> accessories]**, doll presentation stages, jigsaw puzzles, **toy** beading kits for children
> **comprised of [specify particular components of the beading kit, e.g., beads and
> string]**, toy laptop computers

## Scope Advisory

Please note that, while the identification of goods may be amended to clarify or limit the goods, adding
to the goods or broadening the scope of the goods is not permitted.  37 C.F.R. §2.71(a); TMEP
§1402.06.  Therefore, applicant may not amend the identification to include goods that are not within
the scope of the goods set forth in the present identification.

## Applicant's Response

If applicant has questions about its application or needs assistance in responding to this Office action,
please telephone the assigned trademark examining attorney directly at the number below.

To expedite prosecution of this application, applicant is encouraged to file its response to this Office
action through the Trademark Electronic Application System (TEAS), available at
http://www.uspto.gov/teas/index.html.

Exhibit 11 - Page 379

MGA2 1206462

/Y. I. Lee/
Y. Isadora Lee
Trademark Examining Attorney
Law Office 107
Phone: 571-272-3897

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office action should be filed using the form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

Exhibit 11 - Page 380

MGA2 1206463



Exhibit 11 - Page 381

MGA2 1206464

12:57:23 PM 02/19/2008



Exhibit 11 - Page 382

MGA2 1206465

03:31:03 PM 02/15/2008



Exhibit 11 - Page 383

MGA2 1206466

03:27:30 PM 02/15/2008



Exhibit 11 - Page 384

MGA2 1206467



Exhibit 11 - Page 385

MGA2 1206468



Exhibit 11 - Page 386

MGA2 1206469



Exhibit 11 - Page 387

MGA2 1206470

11:39:47 AM 02/19/2008



Exhibit 11 - Page 388

MGA2 1206471

11:53:30 AM 02/19/2008



Exhibit 11 - Page 389

MGA2 I206472