11:43:54 AM 02/19/2008



Exhibit 11 - Page 390

MGA2 1206473



Exhibit 11 - Page 391

MGA2 1206474

# NOTE TO THE FILE

SERIAL NUMBER:        77097138

DATE:        02/07/2008

NAME:        ilee

NOTE:

___ Checked LEXIS/NEXIS

___ Searched internet using [insert search engine or web site]

___ Checked with Law Library re surname.

___ Checked geographic significance.

___ Checked with translations branch.

___ Checked ID with ID/Class

___ Checked ID with Senior Attorney/Managing Attorney

___ Telephoned attorney/applicant leaving message re: _____

___ Telephoned attorney/applicant, application was signed on ___

___ Personal interview conducted with attorney/applicant re ___

___ Attorney/applicant called to discuss ___

___ Bulky specimens with examiner.

Exhibit 11 - Page 392

MGA2 1206475

_    Acronym website searched.

X    Changed Tradeups to add 2(f) claim (per Response page 5)

_    Changed Tradeups to delete.____

_    Changed Tradeups to add Examiner's Amendment.

_    Letter of Protest Granted

_    OTHER (insert reason for Note)

Exhibit 11 - Page 393

MGA2 1206476

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
### (Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77097138 | FILING DATE | 02/01/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | LEE, YAT SYE I | L.O. ASSIGNED | 107 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/25/2008 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 01/24/2008 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |

Exhibit 11 - Page 394

MGA2 1206477

| LITERAL MARK ELEMENT | |
|---|---|
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | MGA Entertainment, Inc. |
| ADDRESS | 16380 Roscoe Blvd. Van Nuys, CA 91406 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION TEXT | toys, games, and playthings, namely, doll decorating kits, doll presentation stages, jigsaw puzzles, beading kits for children, toy laptop computers, scrapbook activity kits for children |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 07/06/2002 | FIRST USE IN COMMERCE DATE | 07/06/2002 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a configuration of a trapezoidal cardboard box. |
| OWNER OF US REG NOS | 2855370   3102657 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/24/2008 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 010 |
| 01/24/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 01/24/2008 | ALIE | A | ASSIGNED TO LIE | 008 |
| 12/13/2007 | MAIL | I | PAPER RECEIVED | 007 |

Exhibit 11 - Page 395

MGA2 1206478

| 06/11/2007 | CNRT | F | NON-FINAL ACTION MAILED | 006 |
| 06/11/2007 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 05/21/2007 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/26/2007 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 003 |
| 02/07/2007 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 002 |
| 02/06/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joel D. Voelzke |
|---|---|
| CORRESPONDENCE ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel<br>24772 Saddle Peak Road<br>Malibu CA 90265-3042 |
| DOMESTIC REPRESENTATIVE | NONE |

Exhibit 11 - Page 396

MGA2 1206479



Exhibit 11 - Page 397

MGA2 1206480

Serial Number: 77/097138
Examining Attorney: LEE, YAT SYE
**Please place on Upper Right Corner**
**of Response to Office Action ONLY.**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### CERTIFICATE OF MAILING

I, **Joel Voelzke**, hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to: Commissioner for Trademarks, PO Box 1451, Alexandria, Virginia 22313-1451 on the date shown below:

Signature: _____

Date: _____December 10, 2007_____

| | |
|---|---|
| In re Application of: | MGA Entertainment, Inc. |
| Mark: | The configuration of a trapezoidal cardboard box |
| Serial No.: | 77/097,138 |
| Filed: | February 1, 2007 |
| Our Ref.: | 103-098 |
| Office Action Mailing Date: | June 11, 2007 |

Law Office 107
Attorney: Y. Isador

Commissioner for Trademarks
P.O Box 1451
Alexandria, VA 22313-1451

## AMENDMENT AND RESPONSE TO OFFICE ACTION

In response to the Office Action mailed June 11, 2007:

**12-13-2007**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #38

I.     **THE OFFICE ACTION**

A.     **SUBSTANTIVE REJECTIONS**

The Examining Attorney has refused the application to register Applicant's mark on the following substantive grounds:

- **Nondistinctive Configuration of Goods.** The Examiner has refused registration under the Trademark Act Sections 1, 2, and 45 (15 U.S.C. §§1051, 1052, and 1127) on the ground that the proposed mark (a trapezoidal shaped box) as used on the specimen does not function as a trademark.

- **Nondistinctive Configuration of Packaging for the Goods.** The Examiner has refused registration under Sections 1, 2, and 45 (15 U.S.C. §§1051, 1052, and 1127)

Exhibit 11 - Page 398

MGA2 1206481

on the ground that the proposed mark is not inherently distinctive because the trapezoidal shaped box is commonly used to package goods.

- **Not Goods in Trade.** The Examiner has refused registration on the ground that some of the goods to which the proposed mark is applied (specifically, the goods of: cardboard boxes for toys, games and playthings) are not "goods in trade" because the proposed mark is not being used to identify goods that are sold or transported in commerce or that have utility to others.

### B.   PROCEDURAL REQUIREMENTS

The Examining Attorney requires compliance with the following procedural requirements:

- **"Playthings" is Indefinite.** The wording "playthings" is indefinite and must be clarified to further specify the nature of the goods.

- **Wording for a Configuration Mark.** The Examiner states that, if applicant is seeking to register a configuration of the goods or their packaging or a specific design feature thereof, then applicant must clarify its description of the mark. The Examiner suggests amending the description of the mark to be: "The mark consists of a configuration of trapezoidal plastic [sic – cardboard] box."

## II.   AMENDMENT TO DESCRIPTION OF MARK

Please amend the description of the mark, as suggested by the Examiner, to read:

"The mark consists of a configuration of a trapezoidal cardboard box."

## III.   AMENDMENT TO IDENTIFICATION OF GOODS

Please delete the class 16 goods from the application.

Please amend the description of the class 28 goods to read:

Class 28       toys, games, and playthings, namely, doll decorating kits, doll presentation stages, jigsaw puzzles, beading kits for children, toy laptop computers, scrapbook activity kits for children

## IV.   RESPONSE/ARGUMENTS IN RESPONSE TO REJECTION

### A.   RESPONSE TO PROCEDURAL REQUIREMENTS

By the foregoing amendments to the description of the mark and to the identification of goods, applicant has adapted the Examiner's suggestions for complying with procedural

2

Exhibit 11 - Page 399

MGA2 1206482

requirements of the Office. Specifically, Applicant has amended the description of the mark to read, "The mark consists of a configuration of a trapezoidal cardboard box" as suggested by the Examiner, and Applicant has identified the goods with greater specificity as required by the Examiner. Applicant thanks the Examiner for the guidance provided in those regards.

### B.   RESPONSE TO SUBSTANTIVE REJECTIONS

#### 1.   The "Not Goods in Trade" Rejection Is Mooted By the Deletion of the Class 016 Goods

The application is rejected on the ground that some of the goods to which the proposed mark is applied (specifically, the goods of: cardboard boxes for toys, games and playthings) are not "goods in trade" because the proposed mark is not being used to identify goods that are sold or transported in commerce or that have utility to others.

In response, applicant has deleted the International Class 016 goods from the application, thus mooting the rejection on the "not goods in trade" ground.

#### 2.   The "Non-Distinctive Configuration of Goods" Rejection Is Mooted By the Deletion of the Class 016 Goods

The Examiner has rejected the application on the ground that the proposed mark consists of a nondistinctive configuration of goods that does not function as a trademark to identify and distinguish applicant's goods from those of others and to indicate their source. The Examiner has cited the Supreme Court case of Wal-Mart Stores, Inc. v. Samara Bros., Inc., 529 U.S. 205, 210, 213-214, for the proposition that any mark that consists of a product design or of features of a product design can never be inherently distinctive and is registrable on the Principle Register only upon a showing of acquired distinctiveness under 15 U.S.C. §1052(f).

As understood by applicant, this ground of rejection applies only to the International Class 016 goods, because it is only the Class 016 goods ("cardboard boxes for toys, games, and playthings") for which it is true as contended by the Examiner that the proposed mark consists of a configuration of *goods*. With respect to the International Class 028 goods, by contrast, the proposed mark consists of a configuration of *packaging* for the goods, not a configuration of the *goods themselves*.

As such, applicant submits that the rejection on this ground has been mooted by the cancellation of the International Class 016 goods.

#### 3.   The Unusual Packaging for Toys is Distinctive

The only remaining ground for rejection is the "Nondistinctive Configuration of Packaging for the Goods" ground, i.e., that the proposed mark is not inherently distinctive because the trapezoidal shaped box is commonly used to package goods. Applicant respectfully disagrees for the reasons stated below, with reference to the enclosed evidence of distinctiveness.

3

Exhibit 11 - Page 400

MGA2 1206483

### i.    The Unusual Packaging is Inherently Distinctive for Toys

Applicant's packaging, a trapezoidal box for toy packaging, is highly distinctive within that field. The trapezoidal design for plastic packaging was so novel and nonobvious that Applicant obtained U.S. Design Patent No. D469,687, a copy of which is enclosed for the Examiner's reference, for applicant's plastic trapezoidal box.

Additionally, the packaging does not provide utilitarian advantages. To the contrary, the packaging creates a larger footprint on store shelves than would a rectangular package of the same volume, thus creating "dead space" between packages on the shelf and hence an inefficient use of valuable retail shelf space. Applicant, however, has chosen this inefficient and unusual packaging in order to help create a strong visual impression in the minds of consumers.

Furthermore, enclosed is the declaration of Christopher Byrne, aka "The Toy Guy" (see www.thetoyguy.com). Mr. Byrne has worked in the toy industry for 26 years (Byrne Decl. at ¶ 1) and is currently an independent toy industry analyst and consultant (id.). Mr Byrne states that he believes that, "when it was introduced, the trapezoidal packaging [for Applicant's BRATZ® line of dolls] was a unique innovation in the toy industry in general and the fashion doll category in particular." (Id. at ¶ 2) This evidence is highly probative of the inherent distinctiveness of Applicant's trapezoidal packaging.

### ii.    Evidence of Acquired Distinctiveness

Without conceding that the claimed dress is not inherently distinctive, Applicant submits that, in any event, the claimed dress has acquired additional distinctiveness that would render it registrable under § 2(f).

### a.    Actual Consumer and Industry Recognition, Substantially Exclusive and Continuous Use, and Extensive Advertising

Enclosed is the declaration of Christopher Byrne, a recognized independent toy industry analyst with extensive industry experience. As Mr. Byrne attests:

It is my belief that when it [MGA's trapezoidal packaging] was introduced, it was a unique innovation within the [toy] industry in general and the fashion doll category in particular.

    *                *                 *

MGA has consistently marketed its BRATZ® related products in trapezoidal packaging. In my opinion, I believe that MGA's trapezoidal packaging is unique and has come to be associated by consumers and retailers as indicating MGA's products and specifically the BRATZ® line of fashion dolls and associated products. This conclusion is based upon both my own personal reaction to the trapezoidal packaging over the course of several years, my in-depth knowledge of toy packaging, my

4

Exhibit 11 - Page 401

MGA2 1206484

S/N 77/097,138

knowledge and ongoing review of products and discussions with consumers and retailers within the industry.

(Byrne Decl. at ¶¶ 2 and 3)

Enclosed also is the declaration of Applicant's Vice President of Nationwide Sales, Julie Bodden (formerly Julie Chomo). As Ms. Bodden attests, MGA has advertised its highly successful BRATZ® line of products showing trapezoidal packaging in the circulars of major retail chains such as Target Stores, K-Mart, and Toys 'R' Us, and on nationwide television. (Bodden Decl. at ¶ 2) The BRATZ® line of dolls and related products have enjoyed tremendous success, with sales of approximately 85 million units and more than $1 billion in retail sales in the United States. (Id. at ¶ 4)

As Ms. Bodden further attests, MGA's use of the trapezoidal packaging has been substantially exclusive and continuous for over five years. (Id. at ¶ 6) In her opinion MGA's extensive advertising combined with the tremendous success of the BRATZ® line of products has created a strong visual impression in the minds of consumers, such that when consumers see the trapezoidal packaging in advertising and on store shelves they immediately connect the packaging with the BRATZ® line of dolls and related products. (Id. at ¶ 5)

In sum, the declarations of Mr. Byrne and Ms. Bodden constitute strong evidence that MGA's trapezoidal product packaging was unique and innovative when it was introduced, has been extensively advertised, is not functional or otherwise needed by competitors in order to effectively compete, has come to be recognized by consumers as indicating the source of the products, and is associated by consumers with a tremendously successful line of products.

        b.    <u>The Mark Has Become Distinctive Through Five Years of Substantially Exclusive and Continuous Use (§2(f)).</u>

Without conceding that the claimed dress is not inherently distinctive, Applicant submits that the claimed dress has acquired additional distinctiveness that would render it registrable under § 2(f) of the Trademark Act. Accordingly, Applicant requests registration under §2(f) because the mark has become distinctive of the goods through the Applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement. See MPEP 1212.05(d).

As Ms. Bodden attests in her declaration, MGA's use of the trapezoidal packaging has been substantially exclusive and continuous for over five years. (Bodden Decl. at ¶ 6) In her opinion MGA's extensive advertising combined with the tremendous success of the BRATZ® line of products has created a strong visual impression in the minds of consumers, such that when consumers see the trapezoidal packaging in advertising and on store shelves they immediately connect the packaging with the BRATZ® line of dolls and related products. (Id. at ¶ 5) In her opinion, the trapezoidal cardboard box has become distinctive to the applicant MGA Entertainment, Inc. (Id. at ¶ 6)

5

Exhibit 11 - Page 402

MGA2 1206485

S/N 77/097,138

Applicant notes that the five years of use must be "substantially exclusive and continuous," 15 U.S.C. §1052(f), but that use need not be absolutely exclusive.  MPEP 1212.05(b) ("The five years of use does not have to be exclusive, but may be 'substantially' exclusive.  This makes allowance for use by others that may be inconsequential or infringing, which does not necessarily invalidate the applicant's claim.")  The uses cited by the Examiner in the office action appear, upon research, to have been both inconsequential and discontinued years ago, as is detailed in subsection iii. below.

> iii.    It Appears that Trapezoidal Packaging by Others was Used Minimally at Most, and Was Abandoned Years Ago.

The examining attorney cites to two Internet printouts that apparently indicate that some toy figures come (or at least at one point in time came) in trapezoidal packaging.  An extensive investigation has revealed that those two other toy sellers made at most minimal use of trapezoidal packaging, and appear to have abandoned that trapezoidal packaging years ago.

> a.    Stikfas Appears to Have Abandoned Trapezoidal Packaging for Toys Years Ago

The first apparent instance of trapezoidal packaging used by others for toys is the Internet printout of a discussion forum in which a post dated October 26, 2003 refers to the STIKFAS® "Military Alpha Male" figure, which the poster states comes in a "newer trapezoidal packaging" which replaced a previous rectangular box.

First, the cited discussion forum post is, of course, mere hearsay, of little evidentiary value and not admissible in a court of law.

Second, and more importantly, Mark Mathison, a law clerk in the office of the undersigned attorney, conducted an extensive search that included telephonic discussions with STIKFAS® retailers, and concluded that if STIKFAS® ever sold figures in trapezoidal boxes it appears to have switched to rectangular boxes years ago.  (See Mathison Decl. at ¶¶ 1-13)  The apparent toy store owner of Knock Knock Toy Store in Seal Beach, California, for example, stated that she has been buying STIKFAS® figures for her nephew "for years," had always seen STIKFAS® figures in rectangular boxes, and has never seen a STIKFAS® figure in a trapezoidal box. (Mathison Decl. at ¶ 7)

The current official website for STIKFAS® figures shows only rectangular boxes. (Mathison Decl. at ¶ 2.).   Listings on eBay appear to show only rectangular boxes for STIKFAS® figures.  (Mathison Decl. at ¶¶ 10-11, and Exh. C thereto)

The Military Alpha Male figure cited by the discussion forum poster appears to be currently packaged in a rectangular box. (See Mathison Decl. at ¶¶ 12-13, and Exh. D thereto)

It appears therefore that if STIKFAS® figures came in trapezoidal packaging, it did so only for a very small number of figures, and then for only a very short time.   If the STIKFAS® figures did indeed come in trapezoidal packaging at one point, the very fact that an

6

Exhibit 11 - Page 403

MGA2 1206486

Internet poster thought that the packaging shape was unusual enough to warrant specific mention provides evidence that trapezoidal packaging is highly unusual.

> **b.    Metco Appears to Have Abandoned Trapezoidal Packaging Years Ago**

The second and only other apparent instance of trapezoidal packaging used by others for toys cited by the examining attorney is an Internet printout entitled "Michael's Review of the Week," a review of Metco's MET-ITZ® toy figures. That printout includes the passage:

> Ah, a boxed set. While not as stylish as the Predator's trapezoidal packaging, I still prefer this to the huge blister cards the Alien figures came in.

Mr. Mathison also investigated this apparent use of trapezoidal packaging. He concluded that Mezco discontinued the Predator product in the trapezoidal box years ago, and Mezco apparently does not sell any of its MEZ-ITZ® products in trapezoidal packages today. Mathison Decl. at ¶ 1)  Specifically, Mezco discontinued the Predator after the 2003 product line. (Mathison Decl. at ¶¶ 15-28, esp. ¶¶ 17 and Exh. G thereto)  Furthermore, all of the current MEZ-ITZ® products appear to be sold in rectangular or irregularly shaped bubble packages. (Id. at ¶ 28)

> **c.    Sales by Others of Empty Cardboard Boxes Have Been Mooted by the Deletion of the Class 016 Goods**

With respect to any other Internet printouts included by the Examiner, applicant points out that those printouts indicate merely that box manufacturers sell empty trapezoidal cardboard boxes, such as for consumers to wrap gifts in. Sales of empty cardboard boxes by box manufacturers would have been relevant to applicant's original Class 016 goods, but the relevance of sales of empty boxes has been mooted by applicant's deletion of the Class 016 goods from the application. Sales of empty cardboard boxes are not relevant to the Class 028 goods of toys, games, etc., because the use of a given mark (a trapezoidal cardboard box in this case) for completely different goods does not prevent the mark from being distinctive within a given class. Thus, for example, the use of DELTA as a mark for air transportation services and for dental insurance services does not prevent the mark DELTA from being distinctive for the goods of faucets. Similarly, the sale of empty cardboard boxes by other vendors does not prevent the mark which consists of the configuration of a trapezoidal cardboard boxes from being distinctive within the field of toys and games.

Applicant does not argue that Applicant invented the trapezoid shape, that trapezoidal boxes have never been used to contain any other goods or gifts in the United States, nor that imitators of Applicant's distinctive packaging for its highly successful line of BRATZ® products have never sprung up only to disappear shortly thereafter, due perhaps to the inherent *disadvantages* of trapezoidal packaging which include inefficient use of shelf space.

Rather, Applicant should at least be able to protect its highly unusual packaging shape against any newcomers who would imitate that package shape in an attempt to confuse

Exhibit 11 - Page 404

MGA2 1206487

S/N 77/097,138

consumers and ride on the coattails of Applicant's successful and much sought-after BRATZ® line of products, which has generated over $1 billion in sales.

## CONCLUSION

For all of the foregoing reasons, Applicant respectfully submits that the application is in condition for publication, and respectfully requests that the application be approved for publication.

Respectfully submitted,

Dated:   December 10, 2007

Joel D. Voelzke (Reg. No. 37,957)

**INTELLECTUAL PROPERTY LAW OFFICE OF JOEL D. VOELZKE**
24772 W. Saddle Peak Road
Malibu, California 90265-3042
Telephone: (310) 317-4466
Facsimile: (310) 317-4499

8

Exhibit 11 - Page 405

MGA2 1206488

JUL. 25. 2005  5:51PM     BYRNE COMM.                                    NO. 912   P. 2

## DECLARATION OF CHRISTOPHER BYRNE

I, Christopher Byrne, hereby declare as follows:

1.     I have worked in the toy industry for the past 26 year in various positions ranging from creative services to product development to marketing for leading toy manufacturers.  For the past 17 years, I have had my own consultancy business, and presently I manage and operate Byrne Communications, Inc. (BCI), which was incorporated in New York State in 1999. Through this company, I provide services to a variety of companies in the toy and children's entertainment industries, as well as other products and services. Our company provides editorial services, marketing consultation, market research and business analysis, among other disciplines. In addition, BCI maintains an online persona, The Toy Guy®, and presence at www.thetoyguy.com through which I share my research, opinions and knowledge about the toy industry.  I also conduct and write product reviews which are completely based on the merits of the product as determined by my review process or in concert with other editorial outlets.  Each year I review hundreds of different toys for the site, for which I receive no compensation from toy manufacturers.  In 2001 I had the opportunity to review MGA Entertainment, Inc.'s ("MGA") BRATZ® line of dolls and I am now I am submitting this declaration in support of application by MGA to register its trapezoidal pyramid toy box shape as a trade dress.

2.     In my initial product review of the BRATZ® dolls, among the details related to the product, I also noticed the unique trapezoidal shaped packaging that I described at the time as "beautiful."  See exhibit A for a true and correct copy of my original BRATZ® product review. It is my belief that when it was introduced, the trapezoidal packaging was a unique innovation in the toy industry in general and the fashion doll category in particular.

3.     Through the years, I have continued to notice that MGA has consistently marketed its BRATZ® related products in trapezoidal packaging.  In my opinion, I believe that MGA's trapezoidal packaging is unique and has come to be associated by consumers and retailers as indicating MGA's products and specifically the BRATZ® line of fashion dolls and associated products.  This conclusion is based both upon my own personal reaction to the trapezoidal packaging over the course of several years, my in-depth knowledge of toy packaging, my knowledge and ongoing review of products and discussions with consumers and retailers within the industry.

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and

Exhibit 11 - Page 406

MGA2 1206489

the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Executed by me this 25th day of June, 2005, at New York, New York.

Christopher Byrne
The Toy Guy®
Byrne Communications, Inc.

Declaration of Christopher Byrne, June 25, 2005
Page 2 of 3

Exhibit 11 - Page 407

MGA2 1206490

The Toy Guy - Toy Reviews

Page 1 of 1



**Bratz**
**MGA Entertainment**
**Ages 4 and Up**

**What It Is**

Cloe, Yasmin, Jade and Sasha are the "Bratz," a hip group of fashion-accessorized 9-inch-tall dolls. They have a very contemporary, urban feel with the kind of edginess popularized in music videos–and at stores like Limited Too.

Each Bratz doll has its own distinct personality and tastes. Included with each doll are an essential hair brush, two pairs of shoes, a hair accessory, two fashion tops and bottoms, as well as a "Brattpack Backpack." These girls, with "a passion for fashion," can sport and interchange trendy, chic 21st Century "threads." Fans of the dolls can also collect additional "Fashion Packs" to extend their Bratz wardrobes.

**Why It's Fun**

These dolls take the idea of the fashion doll into the next millennium with their cool, contemporary looks and attitude. This is definitely not your sister's Barbie. In fact, it's designed to be about as different from Barbie in its look and attitude as possible, while still delivering a classic kind of fashion doll play.

**Who's Going To Love It**

Bratz are clearly marketed to and tailored for contemporary young girls. Their look is designed to capitalize on the urban look popularized by MTV and contemporary music styles.

Girls who are into that look will definitely find the diverse fashions appealing and may enjoy collecting the whole group of them, as well as their costumes. It's likely that kids will move more from Barbie to Bratz as their individual fashion senses become more mature.

One terrific element of Bratz is that they come with enough different fashion elements to allow kids to create twenty different outfits, so for girls into dress-up play, these dolls are an excellent value.

**What To Be Aware Of**

While definitely well-made, edgy and coming in beautiful packaging, the clothing is relatively sophisticated for a fashion doll. Parents and caregivers should be aware of that, but they should also be aware that girls of the target age are thinking primarily about their version of what's pretty. And to this group in 2001, that's definitely the MTV look Bratz has

http://www.thetoyguy.com/toyreviews/bratz.html

7/22/2005

Exhibit 11 - Page 408

MGA2 1206491

## DECLARATION OF JULIE BODDEN

I, Julie Bodden, hereby declare as follows:

1.     I am Vice President of National Sales at MGA Entertainment, Inc. ("MGA") located in Van Nuys, California. I have been employed by MGA for the past eleven (11) years, and have held my present position for six (6) years. In my capacity as Vice President of National Sales, I have worked with many of the national retail chain stores, and I am currently responsible for all marketing and sales related activities with Target Corporation. I am submitting this declaration in support of an application by MGA Entertainment Inc. ("MGA") to register its trapezoidal cardboard box packaging as a trademark.

2.     In support of my sales efforts with national retailers, I also oversee the purchase and placement of BRATZ® advertising within national newspaper advertising circulars to promote MGA's brand of products for national retailers. MGA has advertised its BRATZ® line of products extensively in advertising circulars distributed nationwide by such national retailers as Target, Kmart, and Toys "R" Us, depicting MGA's BRATZ® line of products in conjunction with its trapezoidal shaped packaging. Theads for the BRATZ® products have depicted the packaging with the BRATZ® products to instill a connection between the product and the packaging in the minds of the consumer. The promotion of the visual association between the packaging and the BRATZ® line of products is repeated in MGA's television commercials, where the trapezoidal packaging has been prominently displayed near the ends of those commercials.

3.     I am informed and believe that MGA's newspaper circular advertising reached millions of consumer homes each time advertising space is purchased in a national newspaper circular.

4.     MGA's BRATZ® line of products has enjoyed tremendous commercial success. I am informed that MGA's sales of the BRATZ® line of products represents more than $1 billion in retail sales in the United States alone.

Exhibit 11 - Page 409

MGA2 1206492

5.   I believe that MGA's tremendous success with its BRATZ® brand, combined with MGA's efforts to advertise its line of BRATZ® products in conjunction with its trapezoidal shaped packaging, has created a strong visual impression in the minds of consumers, such that when consumers see the trapezoidal packaging in advertising and on store shelves they immediately connect the packaging with the BRATZ® line of dolls and related products.

6.   In my opinion and estimation the proposed trademark (the configuration of a trapezoidal cardboard box) has become distinctive of MGA's goods through MGA's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement.

7.   In my opinion any uses by others of trapezoidal cardboard boxes for toys, including references cited by the examining attorney to a STIKFAS® toy figure having been packaged in a trapezoidal box at one time, and a Mezco MEZ-ITZ® Predator toy figure having been packaged in a trapezoidal box at one time, represent minimal and inconsequential uses by others. I am not currently aware of any toy products being packaged and sold in trapezoidal boxes by any company other than MGA.

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Executed by me this _10_ day of December, 2007, at Van Nuys, California

_Julie Bodden_

Julie Bodden
Vice President of National Sales

Exhibit 11 - Page 410
MGA2 1206493

DECLARATION OF MARK P. MATHISON

I, Mark P. Mathison, hereby declare as follows:

I am a law clerk at the Intellectual Property Law Office of Joel D. Voelzke in Malibu, California  The following events occurred on October 11, 2007 except as otherwise noted.

**I.      STIKFAS®**

1.      As detailed in the following paragraphs, I conducted an extensive search to determine to what extent, if any, STIKFAS® figures are packaged in trapezoidal boxes.  I concluded that if STIKFAS® figures were ever sold in trapezoidal boxes, they do not appear to have been sold in such boxes for several years.

A.      <u>AN EXTENSIVE SEARCH OF STIKFAS® RETAILERS REVEALS THAT STIKFAS®  FIGURES DO NOT APPEAR TO HAVE BEEN PACKAGED IN TRAPEZOIDAL BOXES FOR SEVERAL YEARS.</u>

2.      I visited the apparent official website for STIKFAS® products located at www.stikfas.com.  None of the packages for STIKFAS® products that I found on the website were trapezoidal.  Pictures of all of the packages that I did find showed rectangular packages.  Those pictures are attached as **Exhibit A.**

3.      The website above directs users looking for retailers in the United States to an apparent North American distributor website at http://www.saizon.com/web/retailersearch.cfm.  The distributor website lists several STIKFAS® retailers in the Los Angeles, California area, including:  JennyBec's of Santa Monica, Munky King of Melrose (Los Angeles), Entertainment Earth, Inc. of North Hollywood, Knock Knock of Seal Beach, Amazing Comics and Cards of Long Beach, and The Game Zone of Pasadena.  I called each of those retailers.

4.      Over the telephone, a woman who identified herself as "Jenny" from JennyBec's (310-395-9505) said that her store no longer carries  STIKFAS® figures, and that she knew of no store in the area that still carries them.

5.      Over the telephone, an apparent employee  of Munky King (323-938-0091) said that her store no longer carries STIKFAS® figures.

Declaration of Mark P. Mathison<br>Page 1

Exhibit 11 - Page 411

MGA2 1206494

6.      Over the telephone, an apparent employee from Entertainment Earth, Inc. (818-255-0095) said that her store carries STIKFAS® figures, and that her store was entirely online and not a brick and mortar store.  She recommended looking online at www.entertainmentearth.com to look at her store's selection.  Immediately after the telephone call, I visited the recommended website and searched for "Stikfas."  The website listed forty-four matching items.  A copy of the results page is attached as **Exhibit B**.  I then looked at each item in the results page.  None of the pictures for the forty-four items showed packaging, and none of the item descriptions described the packaging.

7.      Over the telephone, the apparent store owner of Knock Knock (562-799-8500) said that her store currently carries STIKFAS® figures.  She said that she had always seen STIKFAS® figures in rectangular boxes and never had seen a STIKFAS® figures in a trapezoidal box.  She also said that she had been buying STIKFAS® products "for years" for her nephew.

8.      Over the telephone, an apparent employee of Amazing Comics and Cards (562-493-4427) said that his store currently carries over ten  STIKFAS® products.  He said that all of the STIKFAS® figures in stock were in rectangular boxes.  He said that he has never seen STIKFAS® figures sold in trapezoidal boxes.

9.      Over the telephone, an apparent employee of The Game Zone (626-304-2637) said that his store no longer carries STIKFAS® figures.

B.      A SEARCH OF EBAY REVEALS THAT STIKFAS® FIGURES IN TRAPEZOIDAL BOXES DO NOT APPEAR TO HAVE BEEN RECENTLY SOLD.

10.     On October 15, 2007, I searched for "Stikfas" on the auction site eBay.com.  Forty-six auctions were returned on the eBay search page, a copy of which is attached as **Exhibit C**.

11.     I checked each of the forty-six auctions, and none of the packages pictured in the auctions were trapezoidal.  All of the packages that were pictured were either rectangular or irregular bubble-shaped.

Exhibit 11 - Page 412

MGA2 1206495

C.     THE STIKFAS® MILITARY ALPHA MALE FIGURE APPEARS TO BE CURRENTLY SOLD IN A RECTANGULAR BOX.

12.     The Office Action dated June 11, 2007 includes an Internet printout which makes reference to a STIKFAS® "Military Alpha Male figure standing with an all-white backdrop" with the tagline "GEARED FOR A NEW WAY TO PLAY?" on a trapezoidal box.

13.     On October 17, 2007 I searched on eBay for the STIKFAS® Alpha Male Military figure. There were two such auctions. The printout attached as **Exhibit D** for the "STIKFAS Alpha Male Military – Black Very Rare", eBay auction number 220154600100, is typical. That auction includes a photograph of the package showing a figure standing against an all-white backdrop with the tagline "GEARED FOR A NEW WAY TO PLAY?" The package appears to be rectangular.

II.     **MEZCO MEZ-ITZ® PREDATOR**

14.     As detailed in the following paragraphs, I conducted an extensive search to determine to what extent, if any, Mezco packages its MEZ-ITZ® figures in trapezoidal boxes. I concluded that although the MEZ-ITZ® sold its Predator figure in a trapezoidal box at one time, Mezco discontinued the Predator product several years ago and it appears that Mezco does not currently sell any of its MEZ-ITZ® products in trapezoidal boxes today.

A.     A SEARCH OF THE MEZCO WEB SITE REVEALS THAT THE MEZCO MEZ-ITZ PREDATOR TOY IN A TRAPEZOIDAL BOX APPEARS TO HAVE BEEN DISCONTINUED BY MEZCO AS OF 2004, AND THAT NONE OF THE OTHER MEZCO FIGURES ARE CURRENTLY SOLD IN TRAPEZOIDAL BOXES.

15.     I visited the apparent official website of the maker of MEZ-ITZ® figures, Mezco, at www.mezco.net.

16.     I browsed to a "Store" page of the Mezco website and browsed to its MEZ-ITZ® page. A copy of the page is attached as **Exhibit E**. Ten MEZ-ITZ® figure types were shown. "Predator" was not listed as one of those figure types. I used the search textbox on the website to search for "Predator." No results came back. I browsed

each of the ten listed figure types and did not find a Predator figure. Of the figures that I did see, none of the packages for those figures were trapezoidal. All of the packages that I did see were rectangular or irregular bubble-shaped. Printouts showing those packages are attached collectively as **Exhibit F.**

17.    I browsed to the "Archive" page of the Mezco website. A complete copy of this page is attached as **Exhibit G.** "Predator" was listed as a MEZ-ITZ® figure under "2003 Product Lines." Nowhere else on the page, which included 2002 through 2006 product lines, was the name, "Predator," listed. Although the names of other MEZ-ITZ® figures showed underlined HTML links when a mouse cursor was rolled over them, the name "Predator" did not show such a link when I scrolled a mouse cursor over it. A note on the top of the Archive page read: "Many of our older product lines are still available for purchase from the Mezco Direct Store. If an item is not available through our online store, it has completely sold out and is no longer available."

B.    A SEARCH OF AMAZON.COM AND TOY STORE WEBSITES
REVEALS THAT THE MEZCO MEZ-ITZ® PREDATOR IN A
TRAPEZOIDAL BOX DOES NOT APPEAR TO HAVE BEEN
RECENTLY SOLD BY RETAILERS.

18.    I searched the website Amazon.com, which is a major on-line toy retailer, for "Mez-Itz Predator" and received zero results. I searched the same website for "Mez-Itz" and received nine results, none of which were for the Predator. None of the figures in the results that returned were packaged in trapezoidal boxes. I searched the same website for "Predator" and received 48 results, none of which were for a MEZ-ITZ® figure. Two of the 48 results were for non- MEZ-ITZ® action figures, but neither of them came in a trapezoidal box.

19.    I searched www.toysrus.com for "Mez-Itz Predator" and received zero results. I searched the same website for "Mez-Itz" and received zero results. I searched the same website for "Predator" and received nine results, none of which were for an action figure.

20.    I searched www.etoys.com and www.kbtoys.com (which both appear to use the same search database, as the exact same results were displayed for each) for "Mez-Itz Predator" and received zero matching results. I searched the same website for

"Mez-Itz" and received zero results.  I searched the same website for "Predator" and received twelve results, none of which were for MEZ-ITZ® action figures.  One of the twelve results was for a box of action figures, but the box was not trapezoidal.

     C.    A GOOGLE SEARCH OF THE INTERNET REVEALS THAT THE MEZCO MEZ-ITZ® PREDATOR IN A TRAPEZOIDAL BOX IS A DISCONTINUED ITEM.

21.    I searched Google for "Mez-Itz Predator" and found several references to a Mezco MEZ-ITZ® Predator boxed set in a trapezoidal box.  Upon close inspection, however, those references were either to old (i.e., circa 2003) web pages or references to the sale of the Predator boxed set as an old and discontinued item.

22.    One reference, titled "Michael Crawford's Review of the Week," is a review of the Mezco MEZ-ITZ® Predator boxed set.  The Web page is dated 2003.

23.    Another reference, on www.collectorsparadise.com, appears to be a Web site for old and discontinued items.

24.    Another reference, on www.epinions.com, appears to be a review site for consumer items.  For the Mezco MEZ-ITZ® Predator, it lists one consumer review dated 2003.

25.    Another reference was to a Yahoo! auction site in Singapore, where a seller was selling one MEZ-ITZ® Predator set.

26.    Another reference, on www.action-figure.com, was from early 2004.  It spoke of an earlier toy fair at which Mezco purportedly had a display.

27.    On October 15, 2007, I searched eBay.com for "Mez-Itz Predator" and found three items.  One item was for a "huge lot" of figures without packaging.  The second item was from "Tommy's Burger Stop" in Alaska, which advertises the MEZ-ITZ® Predator 3-Pak as being in a "Mint package."  The third item was for a single MEZ-ITZ® Predator 3-Pak from an international seller.

28.    On October 15, 2007, I searched eBay for "Mez-Itz" and found twenty-five items plus sixty-five eBay Stores items.  A copy of the search page is attached as **Appendix H.**  None of the non-Predator MEZ-ITZ® figures appeared to be sold in a trapezoidal package.  All of the non-Predator MEZ-ITZ® figures appeared to be sold in rectangular or irregular bubble packages.

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his/her knowledge are true; and all statements made on information and belief are believed to be true.

Executed by me this 17th day of October, 2007, at Malibu, California.

Mark P. Mathison

Exhibit 11 - Page 416

MGA2 1206499

# Exhibit A

Exhibit 11 - Page 417

MGA2 1206500

# STIKFAS PACKS
## WHAT'S INSIDE



Stikfas Mega Pack



Stikfas Deluxe Pack

Stikfas Packs



Stikfas Regular Pack



Stikfas Lite Pack





Exhibit 11 - Page 421

9-11-2007

MGA2 1206504

# Exhibit B

Exhibit 11 - Page 422

MGA2 1206505



**Action Figures, Gifts and Collectibles. Have Fun, Be Fun!™**

   

MINT CONDITION GUARANTEED   CART   YOUR ACCOUNT   HELP



FREE MOUSE PAD
Free Mousepad!

ELITE FORCES OF THE REPUBLIC · CLICK HERE
New Star Wars Exclusive!

WELCOME   BROWSE   COMING SOON   NEW PRODUCTS   GREAT DEALS & NOT MINT   JUST 1 LEFT   REALLY COOL EXPENSIVE STUFF

Have a Blog? Earn Cash or Credit!   EE Distribution - Wholesale and Volume Pricing   Free E-mail News and Reminders   RSS News Feeds and Podcasts   XML POD

QUICK BROWSE   Shop By Company   Shop By Theme   Shop By Product Type

**PRODUCT SEARCH**
GO
Catalog Order Entry


NEED HELP? CALL US NOW!
1-800-370-2320
CLICK HERE TO E-MAIL US


GIFT GUIDE
GIFTS FOR HER
GIFTS FOR HIM
TOP 10 SPOOKY COLLECTIBLES


COLLECT THEM ALL!
STAR WARS ELITE FORCES OF THE REPUBLIC
Entertainment Earth Exclusive   CLICK HERE

### Stikfas

STIKFAS are 3 1/4-inch (8 cm) model assembly figures/toys. Once built they can be customized with stickers (packaged as Stikers) and different pieces. The design principle behind a STIKFAS is that all of the joints are ball/socket, and offer exceptional poseability, interchangeability, and articulation.

They are sold as "kits" that include accessories, Stikers, and additional models (dragon, dog, cat, bike, horse, octopus...) to accentuate the "theme" of each kit.

This article uses material from the Wikipedia article "Stikfas" and is licensed under the GNU Free Documentation License.


FREE Exclusive Limited Edition MOUSE PAD ($9.99 Retail Value)

**Bestsellers**
1. Stikfas Classic Alpha Male Legionnaire
2. Stikfas Classic Omega Male Military (Redeco)
3. Stikfas Assault Team Mega Pack
4. Stikfas Alpha Male Dome Robot Walker Mega Kit
5. Stikfas Alpha Male Samurai with Stallion
6. Stikfas G2 Alpha Male Black Ninja vs. White Ninja 2-Pack
7. Stikfas Alpha Male Black Translucent Samurai
8. Stikfas Beta Female Demoness
9. Cuboyds Action Figure Retailer 6-Pack
10. Stikfas Alpha Male Diver with Octopus

**SECTIONS:**
- Star Wars Expanded Universe
- Cher
- Big Lebowski
- Free Hasbro Marvel Poster
- Flash Gordon
- Puzz 3D
- Star Wars Super-Section

**THEMES:**
- 24
- 300
- Anime/Manga
- Bettie Page
- Big Lebowski
- Buffy / Angel
- Chilly Willy
- Doctor Who
- Dragons
- Droopy
- Family Guy
- Flintstones
- Futurama
- Gremlins
- Halloween
- Halo
- Led Zeppelin
- Marilyn Monroe

Stikfas Displaying 1 - 44 of 44 items found (44 listed).

Display:   50 Items Per Page   Show All Items   Show In Stock Only:

Sort by:   Bestsellers   A-Z   Z-A   $ - $$$   $$$ - $   Date Received   Newly Added To Web

Exhibit 11 - Page 423

MGA2 1206506

- Mr. Potato Head
- Sports: Baseball
- Sports: Football
- Star Trek
- Star Wars
- V for Vendetta
- Voltron

**See More Themes**
-

**COMPANIES:**

- Acme Archives
- Bif Bang Pow!
- Dark Horse
- Diamond Select
- Electric Tiki
- Funko
- Good Smile Company
- Hasbro
- High Dream
- Kaiyodo
- Max Factory
- McFarlane Toys
- Neca
- Orchid Seed
- Playskool
- Rubies
- Toynami
- Uart
- Underground Toys
- Yamato Usa

**See More Companies**
-

**PRODUCT TYPES:**

- Action Figures
- Action Figures: Exclusive
- Action Figures: Unleashed
- Artwork
- Bobble Heads
- Comic Books
- Games: Attacktix
- Halloween Costumes
- Plush
- Prop Replicas
- Roleplay
- Statues
- Toys
- Vehicles

**See More Product Types**
-

**CONTACT US**

### Stikfas Classic Alpha Male Legionnaire
Stikfas Stikfas Action Figures



Item Number: SKAFK24R

**In Stock**
Usually ships in 1 - 2 days

Price: $11.99

Quantity: 1



See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Assault Team Mega Pack
Stikfas Stikfas Action Figures



Item Number: SKAFK57M

**In Stock**
Usually ships in 1 - 2 days

Price: $20.99

Quantity: 1



See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Alpha Male Samurai with Stallion
Stikfas Stikfas Action Figures

Item Number: SKAFK73D

**In Stock**
Usually ships in 1 - 2 days

Price: $17.99

Quantity: 1



See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Alpha Male Black Translucent Samurai
Stikfas Stikfas Action Figures

Item Number: SKAFK71R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1



See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Classic Omega Male Military (Redeco)
Stikfas Stikfas Action Figures



Item Number: SKAFK39R

**Coming Soon!**
Estimated Arrival: November 2007

Price: $12.99

Quantity: 1

ADD TO CART - PRE-ORDER THIS ITEM

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Alpha Male Dome Robot Walker Mega Kit
Stikfas Stikfas Action Figures



Item Number: SKAFK61M

**In Stock**
Usually ships in 1 - 2 days

Price: $20.99

Quantity: 1



See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas G2 Alpha Male Black Ninja vs. White Ninja 2-Pack
Stikfas Stikfas Action Figures



Item Number: SKAFK72R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Beta Female Demoness
Stikfas Stikfas Action Figures



Item Number: SKAFK62R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1



See More Stikfas
See More Stikfas
See More Action Figures

Exhibit 11 - Page 424

MGA2 1206507

Order by Phone:
1-800-370-2320

Monday - Friday
7am - 5:30pm Pacific Time

Client Services:
1-818-255-0095
Fax: 1-818-255-0091

E-mail:
cs@entertainmentearth.com

Product specifications,
prices and ship dates are
subject to change and
availability without notice.

## Cuboyds Action Figure Retailer 6-Pack

Stikfas Stikfas Action Figures



Item Number: SKCUB1AAA

**In Stock**

Usually ships in 1 - 2 days

**Price: $22.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Omega Male Black Knight

Stikfas Stikfas Action Figures



Item Number: SKAFK74R

**In Stock**

Usually ships in 1 - 2 days

**Price: $13.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Pterodactyl Dinosaur

Stikfas Stikfas Action Figures



Item Number: SKAFK50R

**In Stock**

Usually ships in 1 - 2 days

**Price: $12.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Omega Male Mobster

Stikfas Stikfas Action Figures



Item Number: SKAFK49R

**In Stock**

Usually ships in 1 - 2 days

**Price: $12.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Classic Alpha Male w/ Motorcycle (Redeco)

Stikfas Stikfas Action Figures



Item Number: SKAFK43D

**In Stock**

Usually ships in 1 - 2 days

**Price: $14.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Alpha Male Diver with Octopus

Stikfas Stikfas Action Figures



Item Number: SKAFK48D

**In Stock**

Usually ships in 1 - 2 days

**Price: $14.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Generation 2 Gamma Male Viking

Stikfas Stikfas Action Figures



Item Number: SKAFK54R

**In Stock**

Usually ships in 1 - 2 days

**Price: $12.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Classic Alpha Male Spaceman

Stikfas Stikfas Action Figures



Item Number: SKAFK25R

**In Stock**

Usually ships in 1 - 2 days

**Price: $11.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Tyrannosaurus Dinosaur

Stikfas Stikfas Action Figures



Item Number: SKAFK55R

**In Stock**

Usually ships in 1 - 2 days

**Price: $12.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

## Stikfas Beta Female - Tan

Stikfas Stikfas Action Figures

Item Number: SKBFG1009

**In Stock**

Usually ships in 1 - 2 days

**Price: $5.99**

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

Exhibit 11 - Page 425

MGA2 1206508

### Stikfas Classic Omega Male Supervillain (Redeco)

Stikfas Stikfas Action Figures



Item Number: SKAFK42R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Classic Alpha Male - Yellow

Stikfas Stikfas Action Figures



Item Number: SKALP1YEL

**In Stock**
Usually ships in 1 - 2 days

Price: $5.99

Quantity: 1

ADD TO CART - JUST 1 LEFT

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Alpha Male with Dune Buggy

Stikfas Stikfas Action Figures



Item Number: SKAFK53M

**In Stock**
Usually ships in 1 - 2 days

Price: $20.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Classic Alpha Male - Royal Blue

Stikfas Stikfas Action Figures



Item Number: SKAMG1006

**In Stock**
Usually ships in 1 - 2 days

Price: $5.99

Quantity: 1


ADD TO CART - JUST 1 LEFT

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Beta Female Windsurfer

Stikfas Stikfas Action Figures

Item Number: SKAFK45R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Beta Female Safari with Jungle Cat (Redeco)

Stikfas Stikfas Action Figures



Item Number: SKAFK37R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas G2 Chinese Warrior Monk (Redeco)

Stikfas Stikfas Action Figures

Item Number: SKAFK38R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Classic K-9 Police Unit (Redeco)

Stikfas Stikfas Action Figures



Item Number: SKAFK34R

**In Stock**
Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Cuboyds Action Figure Retailer Box

Stikfas Stikfas Action Figures



Item Number: SKCUB1AA

**In Stock**
Usually ships in 1 - 2 days

Price: $43.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Classic Omega Male Superhero (Redeco)

Stikfas Stikfas Action Figures

Exhibit 11 - Page 426

MGA2 1206509



Item Number: SKAFK40R

**In Stock**

Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas G2 Alpha Male Baseball Player - White

Stikfas Stikfas Action Figures



Item Number: SKAFK20L

**In Stock**

Usually ships in 1 - 2 days

Price: $9.99

Quantity: 1


ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas G2 Alpha Male - Green

Stikfas Stikfas Action Figures



Item Number: SKALP3GRN

**In Stock**

Usually ships in 1 - 2 days

Price: $5.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Emergency Response Team Mega Pack

Stikfas Stikfas Action Figures



Item Number: SKAFK64M

**In Stock**

Usually ships in 1 - 2 days

Price: $20.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Mbear Series 1 Action Figure 4-Pack

Stikfas Stikfas Action Figures



Item Number: SKMB101AA

**In Stock**

Usually ships in 1 - 2 days

Price: $21.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Stegosaurus Dinosaur

Stikfas Stikfas Action Figures



Item Number: SKAFK51R

**In Stock**

Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Delta Boy with Bicycle

Stikfas Stikfas Action Figures



Item Number: SKAFK52R

**In Stock**

Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Beta Female Fairy

Stikfas Stikfas Action Figures

Item Number: SKAFK32R

**In Stock**

Usually ships in 1 - 2 days

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Classic Alpha Male - Tan

Stikfas Stikfas Action Figures

Item Number: SKAMG1005

**In Stock**

Usually ships in 1 - 2 days

Price: $5.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

Exhibit 11 - Page 427

MGA2 1206510

### Stikfas Beta Female Fairy, Not Mint
Stikfas Stikfas Action Figures



Item Number: NMSKAFK32R

**In Stock**
Usually ships in 1 - 2 days

Price: $10.99

Quantity: 1

ADD TO CART - JUST 1 LEFT

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas G2 Alpha Male Cowboy
Stikfas Stikfas Action Figures



Item Number: SKAFK22

**Out of Stock -
Arriving Soon**

Price: $9.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Alpha Male Archangel
Stikfas Stikfas Action Figures



Item Number: SKAFK60R

**Out of Stock -
Arriving Soon**

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Action Figures

### Stikfas G2 Alpha Male Ninja - Dark Blue
Stikfas Stikfas Action Figures



Item Number: SKAFK19L

**Out of Stock -
Arriving Soon**

Price: $9.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas Generation 2 Sigma Male Egyptian
Stikfas Stikfas Action Figures



Item Number: SKAFK58R

**Out of Stock -
Available for Order**

Price: $12.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Cuboyds Series 2 Action Figure 4-Pack
Stikfas Stikfas Action Figures



Item Number: SKCB202AA

**Out of Stock -
Available for Order**

Price: $17.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas G2 Alpha Male - Yellow
Stikfas Stikfas Action Figures



Item Number: SKALP3YEL

**Out of Stock -
Available for Order**

Price: $5.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

### Stikfas 14-inch Bronze Alpha Male Figure
Stikfas Stikfas Action Figures



Item Number: SKSFD4

**Out of Stock -
Available for Order**

Price: $89.99

Quantity: 1

ADD TO CART

See More Stikfas
See More Stikfas
See More Action Figures

**You May Be Interested in These Bestsellers:**

Exhibit 11 - Page 428

MGA2 1206511






| Big Lebowski The Dude (Hoodie) Bobble Head | Bettie Page Statue | Star Trek Retro Series 1 Kirk & Klingon Action Figure Set | Kotobukiya Darth Vader #2 Model Kit | Star Wars Internet Exclusive Republic Commando Delta Squad |
|---|---|---|---|---|
| Price: $12.99 | Price: $124.99 | Price: $34.99 | Price: $99.99 | Price: $33.99 |










**Related Searches:**
Stikfas Stikfas, Stikfas Action Figures, Stikfas Stikfas Action Figures, Stikfas Action Figures

Top of Page

**Order by Phone: 1-800-370-2320 | M - F 7am - 5:30pm PST**

**Where's My Stuff?**
- Check your Order Status

**Shipping & Returns**
- See our Shipping Rates & Methods
- See our Return Policy

**Client Services**
- Forgot your password?
- Visit our Help Center / FAQ

**Client Services: 1-818-255-0095 | FAX: 1-818-255-0091 | E-mail:** cs@entertainmentearth.com

About Us | Privacy & Security | Employment | Testimonials | Affiliates | EE Distribution - Wholesale | Contact Us

Copyright 1996-2007 Entertainment Earth, Inc. All Rights Reserved. Legal Disclaimer.

Exhibit 11 - Page 429

MGA2 1206512

# Exhibit C

Exhibit 11 - Page 430

MGA2 1206513



| Search | Advanced Search | **Buy** | **Sell** | **My eBay** | **Community** | **Help** |

Welcome! Sign in or register                                                    Site Map

| Categories ▾ | Motors | Express | Stores | Sneak Peek: See what's changing on eBay | Get rewards with eBay MasterCard! |

Home > Buy > **Search Results for ' stikfas'**

- **All Items**

- **Auctions**

- **Buy It Now**

eBay is creating a new search experience. Try it in our playground.

Exhibit 11 - Page 431

MGA2 1206514

stikfas                                    All Categories          Search  Advanced Search

☐ Search title **and** description

Related Searches: core rules cd, xevoz, drow underdark, mononofu, kingdom of loathing

**46 items found for:** stikfas   ( Save this search )

**Narrow Your Results**

List View Picture Gallery                          Sort by: Time: ending soonest   Customize Display

**Toys & Hobbies**
(45)

| | | Compare | Item Title | Bids | Price* | Shipping to USA | Time Left ▲ |
|---|---|---|---|---|---|---|---|
| | ☐ | | Stikfas Classic Alpha Male Military Very Rare NIB | ℙ - =Buy It Now | $19.99 $25.99 | $4.50 | 6h 09m |
| | ☐ | | STIKFAS CUBOYDS: CUBOYDS SERIES 2 ALL | ℙ - | $16.00 | Calculate | 8h 21m |
| | ☐ | | STIKFAS mbear: mbear Series 1 all 4 | ℙ - | $16.00 | Calculate | 8h 21m |
| | ☐ | | STIKFAS: MALE ROCK STAR & FEMALE POP STAR | ℙ - | $18.00 | Calculate | 8h 23m |
| | ☐ | | Stikfas Bulding Toys package 3 Games Excellent New | ℙ - | $0.99 | $17.90 | 11h 02m |

Action Figures
(34)

Games
(9)

Models, Kits
(1)
**more ...**

**Home & Garden**
(1)

Pools & Spas
(1)

**Related Guides**

• How To Collect Hasbr...

• Stikfas Action Figur...

Exhibit 11 - Page 432

MGA2 1206515

• See all related guides ...

**Search Options**

**Location**

[ Worldwide ]

☐ Items within [200]
miles of [ZIP/Postal]

Show only

☐ Items listed with PayPal

☐ Buying Options
[ Auctions ]

☐ More Buying Options
[ Add Store Inventory ]

☐ Free Shipping

☐ Get It Fast items

☐ Completed listings

☐ Gift items

☐ Items listed as lots

☐ Listings
[ Ending within ]
[ 1 hour ]

☐ Items priced
[      ] to [      ]

[ Show Items ]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | | Stikfas Bulding Toys G2 Alpha Male NinjaBlack Game New | P | - | $0.99 | $9.90 | 14h 06m |
| ☐ | | Stikfas Bulding Toys Game Delta Boy Extreme Bicycle | P | 1 | $0.99 | $9.90 | 22h 07m |
| ☐ | | Stikfas G2 Alpha Male Ice Hockey (Lite Pack) - Fuchsia | P | =Buy It Now | $8.26 | $5.00 | 22h 14m |
| ☐ | | Xevoz Inferno Fury MOMC deluxe action figure stikfas | P | =Buy It Now | $13.99 $19.99 | Not specified | 1d 04h 01m |
| ☐ | | Stikfas Original Alpha Male Black NIB | P | - | $5.99 | $6.50 | 1d 05h 15m |
| ☐ | | 2 Original Stikfas - Alpha Male Firefighter figures | P | - | $4.99 | $6.50 | 1d 05h 15m |
| ☐ | | HUGE ASSORTED LOT OF STIKFAS, PIECES AND FIGURES. | P | 4 | $20.50 | Calculate | 1d 06h 12m |

Exhibit 11 - Page 433

MGA2 1206516

Customize options displayed above.

- **Shop eBay Stores**

- GO MIAMI HURRICANES (9)

- Vinko's Treasures (5)

- 2for_toys-Star-W... (3)

- TOYNK Toys Costumes and Gifts (2)

- **See all matching Stores**

- **See all common keywords**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | | Stikfas ™ Beta Female Demoness (Regular Pack) - Red | 𝒫 *Buy It Now* | $9.52 | $6.00 | 1d 11h 28m |
| ☐ | | STIKFAS ALPHA MALE TAN FIGURE *NEW* | 𝒫 - *Buy It Now* | **$4.99** $6.99 | Not specified | 1d 20h 29m |
| ☐ | | STIKFAS ROYAN BLUE ALPHA MALE *NEW* | 𝒫 - *Buy It Now* | **$4.99** $6.99 | Not specified | 1d 20h 32m |
| ☐ | | STIKFAS ASSAULT TEAM (MIXED BODY TYPES) IN STOCK! | 𝒫 *Buy It Now* | $12.99 | See description | 2d 03h 27m |
| ☐ | | Stikfas Bulding Toys package 4 Games Excellent New | 𝒫 - | $0.99 | $19.90 | 2d 12h 41m |
| ☐ | | Stikfas Bulding Toys Alpha Male Biker With Motorcycle | 𝒫 - | $0.99 | $9.90 | 2d 13h 54m |
| ☐ | | Stikfas G2 Alpha Male Ninja (Lite Pack) - Blue | 𝒫 *Buy It Now* | $9.48 | $5.73 | 2d 15h 10m |

Exhibit 11 - Page 434

MGA2 1206517

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | 📷 | STIKFAS G2 ALPHA MALE NINJA DUEL - IN-STOCK! | 🅿 ꓱBuy It Now | $7.99 | See description | 2d 15h 23m |
| ☐ |  | STIKFAS * G2 ALPHA MALE with DOME ROBOT WALKER * MIB | 🅿 ꓱBuy It Now | $13.95 | $7.50 | 2d 21h 56m |
| ☐ |  | Stikfas G2 Alpha Male Baseball (Lite) - White | 🅿 ꓱBuy It Now | $8.26 | $5.00 | 2d 23h 15m |
| ☐ | 📷 | STIKFAS OMEGA MALE BLACK KNIGHT - IN-STOCK! | 🅿 ꓱBuy It Now | $7.99 | See description | 3d 08h 20m |
| ☐ | 📷 | STIKFAS CLASSIC ALPHA MILITARY IN STOCK! | 🅿 ꓱBuy It Now | $7.99 | See description | 3d 08h 20m |
| ☐ | 📷 | STIKFAS THE STIKERS BAND (MIXED BODY TYPES) - IN HAND! | 🅿 ꓱBuy It Now | $22.99 | See description | 3d 08h 22m |
| ☐ |  | Stikfas Figure AFK59R G2 Alpha Male Outdoor Adventurer | 🅿 ꓱBuy It Now | $8.50 | $7.00 | 3d 09h 43m |

Exhibit 11 - Page 435

MGA2 1206518

| | | | | | |
|---|---|---|---|---|---|
| ☐ |  | Stikfas Bulding Toys Game Armored Knight Stallion New | ℙ | - | $0.99 $9.90 | 3d 09h 54m |
| ☐ |  | Stikfas G2 Alpha Male Outdoor Adventurer (Regular Pk) | ℙ ⌐Buy It Now | $9.99 $6.72 | 3d 12h 39m |
| ☐ |  | Stikfas Bulding Toys Game G2 Alpha Male Ice Hockey Teal | ℙ | - | $0.99 $9.90 | 3d 12h 46m |
| ☐ |  | STIKFAS LOT ARMORED KNIGHT MIB | ℙ ⌐Buy It Now | $14.99 $18.99 | Not specified | 3d 20h 29m |
| ☐ |  | Wholesale Lot 82 Toys Stikfas Beyblade NEW NR! | ℙ | 4 | $31.00 | Calculate | 3d 21h 57m |
| ☐ |  | ⚅ Stikfas G2 Alpha Male Chinese Warrior Monk (Lot of 3) | ℙ | - | $15.00 | Calculate | 4d 03h 42m |
| ☐ |  | Stikfas Bulding Toys Simple Fun Game Alpha Male New | ℙ | - | $0.99 $9.90 | 4d 09h 49m |

Exhibit 11 - Page 436

MGA2 1206519

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ |  | Stikfas Mini Figure AFK34R Alpha Male K-9 Police Unit | 🅟 | ⁼Buy It Now | $8.88 | $7.00 | 4d 19h 01m |
| ☐ |  | XEVOZ/stikfas Alpha Ranger Lot of 6 | 🅟 | 1 | $0.01 | $11.00 | 5d 03h 50m |
| ☐ |  | XEVOZ/stikfas Razorclaw Lot of 6 | 🅟 | 1 | $0.01 | $11.00 | 5d 03h 54m |
| ☐ |  | XEVOZ/stikfas Skull Jack Lot of 6 | 🅟 | 2 | $0.11 | $11.00 | 5d 04h 00m |
| ☐ |  | STIKFAS ALPHA MALE SAMURAI WITH STALLION - IN-STOCK! | 🅟 | ⁼Buy It Now | $11.99 | See description | 5d 06h 19m |
| ☐ |  | STIKFAS AFK 11 G2 Alpha Male Chinese Warrior Monk MIB | 🅟 | - | $5.99 | See description | 5d 06h 47m |
| ☐ |  | Stikfas Bulding Toys Game G2 Alpha Male Dune Buggy New | 🅟 | - | $0.99 | $12.90 | 5d 14h 16m |

Exhibit 11 - Page 437

MGA2 1206520

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ |  | Stikfas Bulding Toys Game Alpha Male Spaceman New | ₽ | - | $0.99 | $9.90 | 5d 14h 21m |
| ☐ |  | Original Stikfas Figures Lot +bonus | ₽ | - | $9.99 | $10.00 | 5d 21h 00m |
| ☐ |  | ⠴ Stikfas Bulding Toys Game Omega Male Military New Toys | ₽ | - | $0.99 | $9.90 | 5d 21h 31m |
| ☐ | 📷 | ⠴ STIKFAS G2 SIGMA MALE EGYPTIAN | ₽ | ⹀Buy It Now | $6.99 | See description | 6d 22h 34m |
| ☐ | 📷 | ⠴ STIKFAS G2 ALPHA MALE W/ DOME ROBOT WALKER IN STOCK! | | ⹀Buy It Now | $13.99 | See description | 6d 22h 34m |
| ☐ | 📷 | ⠴ STIKFAS ALPHA MALE DARK SAMURAI - IN-STOCK! | ₽ | ⹀Buy It Now | $7.99 | See description | 6d 22h 34m |

[Compare] To compare items side-by-side, select the check boxes and click the **Compare** button.

Page 1 of 1

**7 items found for stikfas from eBay international sellers**

| Item Title | | Bids | Price | Country/Region |
|---|---|---|---|---|

Exhibit 11 - Page 438

MGA2 1206521

| | | | |
|---|---|---|---|
| Stikfas Alpha Male Firefighter (Regular Pack) | ⹋Buy It Now | $9.93 | Hong Kong |
| Stikfas Alpha Male Firefighter (Regular Pack) | ⹋Buy It Now | $9.80 | Hong Kong |
| Stikfas Beta Female Rock Star (Regular Pack) | ⹋Buy It Now | $9.93 | Hong Kong |
| Stikfas ™ Alpha Male Archangel (Regular Pack) | ⹋Buy It Now | $9.86 | Hong Kong |
| Stikfas Beta Female Windsurfer (Regular Pack) | ⹋Buy It Now | $9.80 | Hong Kong |
| Stikfas G2 Sigma Male Egyptian (Regular Pack) - Brown | ⹋Buy It Now | $9.80 | Hong Kong |
| STIKFAS - BETA FEMALE WARRIOR w/DRAGON MISB NEW | - | $5.09 | United Kingdom |

**Get more results in other eBay areas**

- See additional Buy It Now items from eBay Store sellers. Learn more.
- See all items including those available from non-English speaking countries/regions.

**Stikfas On Sale at ToyWiz.com**
Huge selection of **Stikfas** action figure kits. All the new styles and even the hard to find Samurai **Stikfas** are all here to order.
www.toywiz.com

**Stikfas for Sale**
YouBuyNow.com carries the full line of **Stikfas** action figure kits at excellent pricing. All orders received by 3:00 ship the same day.
www.youbuynow.com

**Stikfas Toys on Cataloglink**
Find **stikfas** toys on CatalogLink. Request Free Catalogs Online.
www.CatalogLink.com

**White Wizard Toys**
Chicagoland retailer of sci-fi/horror/fantasy toys and collectibles.
www.whitewizardtoys.com

Exhibit 11 - Page 439

MGA2 1206522

**Stikfas**
Reasonable prices.
www.BigBadToyStore.com

**Tools:**My eBay Favorites | Want It Now | RSS Learn more about RSS feeds

\* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converted amounts shown are estimates based on Bloomberg's conversion rates. If you need to get recent exchange rates, please use the Universal Currency Converter

Note: Bid counts and amounts may be slightly out of date. See   eBay official time 13:14:02 PDT each listing for international shipping options and costs.
This page was last updated: Oct-15 13:06

### Fun & Games

| | |
|---|---|
| Webkinz | Lionel Trains |
| Star Wars | American Flyer |
| Transformers | Barbie |
| Leapfrog | Doll Houses |
| Marvel Comics | Board Games |

>> See All Toys & Hobbies

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay : Announcements : Security Center : Policies : Government Relations : Site Map : Help

Exhibit 11 - Page 440

MGA2 1206523

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Exhibit 11 - Page 441

MGA2 1206524

# Exhibit D

Exhibit 11 - Page 442

MGA2 1206525

Search  Advanced Search   Buy  Sell  My eBay  Community  Help

Sign in or register

Site Ma

Categories ▾ | Motors | Express | Stores | Sneak Peek: See what's changing on eBay

Get rewards with eBay MasterCard!

← Back to home page   Listed in category: Toys & Hobbies > Building Toys > Other Building Toys

# STIKFAS Alpha Male Military - Black Very Rare!

Item number: 220154600100

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay



GEARED FOR A NEW WAY TO PLAY?

View larger picture

**Listing and payment details:**

≈Buy It Now price:   US $8.95   Buy It Now >

Ships to:   Worldwide
Item location:   Toronto, ON, Canada

You can also:   Watch This Item

Get mobile or IM alerts | Email to a friend

**Meet the seller**

Seller:   multiweb2000 ( 103 ☆ ) me
Feedback: 99.0% Positive
Member:  since May-13-07 in Canada

• Read feedback comments
• Ask seller a question
• Add to Favorite Sellers
• View seller's other items: Store | List
• Visit seller's Store:
  🏠MultiWeb At Home

**Buy safely**

1. **Check the seller's reputation**
   Score: 103 | 99.0% Positive
   Read feedback comments
2. **Check how you're protected**

Description ( revised )

| Item Specifics - Type of Toy | |
|---|---|
| Age     -- | Type: Kid's Toys |
| Level: | |
| Condition: **New** | |

This translation is provided as a service. eBay cannot guarantee its accuracy.

View item Specifics in original language.

## MultiWeb At Home

Visit my eBay Store: 🏠MultiWeb At Home

CHILDREN'S BOOKS | LINEN | TOYS | HOME FURNISHING | RECORDS, DVDs & CDs

SALE⁹ Items On Sale

Sign up for Store newsletter

Exhibit 11 - Page 443

MGA2 1206526

**Store Categories**

Store home
CHILDREN'S BOOKS
JUNIOR BOOKS & COMICS
BOOKS
LINEN
HOME FURNISHING
TOYS
JEWELLERY
RECORDS, DVDs & CDs
Other Items

STIKFAS ALPHA MALE MILITARY BLOK. Rare one. Box includes 1 unassembled 3 inch STIKFAS Action Figure, label sheet and accessories. New in the package.

SHIPPING WITHIN CANADA IS $9.00 US (4 -8 BUSINESS DAYS);

TO THE U.S. IS $10.00 US (8 - 22 BUSINESS DAYS)

**Check out all our items in our eBay stores!**



http://stores.ebay.ca/MultiWeb-At-Home and http://stores.ebay.ca/Mishas-Nook

NOTE: International bidders must email me for shipping costs through ebay or at multiweb2000@yahoo.com before bidding. By providing me with your Country, I can give you an accurate cost for shipping. Anyone bidding without asking the charges for shipping assumes sellers shipping cost once auction ends, no exceptions.

Combined shipping discounts are offered.

Method of Payment: Paypal, International Money Orders, Cheques.

Items will be shipped once cheque clears.

**\*\*NO LOCAL PICK-UPS OR DELIVERIES\*\***

Good luck bidding and please check out my other auction items.

**THANK-YOU!!!**

On 17-Aug-07 at 16:59:19 EDT, seller added the following information:

FREE
auctiva

Auctiva's FREE Showcase will enhance all of your listings.

Click here to see my other items, ranked by popularity!

Exhibit 11 - Page 444

MGA2 1206527



00017

Shipping and handling

**Services available**
Check item description and payment instructions or contact seller for details.

**Ships to**
Worldwide

Return policy

Return policy not specified.
Read item description for any reference to return policy.

Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
|       | Seller Preferred | |
| Money order/Cashiers check | Accepted | |
| Personal check | Accepted | |

Exhibit 11 - Page 445

MGA2 1206528

Learn about payment methods

Take action on this item                                                                                          Help

    Item title: STIKFAS Alpha Male Military - Black Very Rare!

### Buy It Now

*Buy It Now* price: US $8.95

[ Buy It Now > ]

You will confirm in the next step.

Purchase this item now without bidding. **Learn about Buy It Now**

Other options

← **Back to home page** | **Report this item** | **Printer Version** | **Sell one like this**

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches

Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay  Announcements  Security Center  Policies  Government Relations  Site Map  Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay **User Agreement** and **Privacy Policy**.

eBay official time

Exhibit 11 - Page 446

MGA2 1206529

# Exhibit E

Exhibit 11 - Page 447

MGA2 1206530



Search: [_____] [GO ⊕]

Store Home | Help

🛒 My cart contains 0 items  Total: $0.00  CHECKOUT⊕

**CONTROL PANEL**
· Sign In

**PRODUCT LINES**
· Animal House
· Attack of the Living Dead™
· Austin Powers
· Cinema of Fear
· Dark Carnival
· Edward Scissorhands
· Exclusives
· Family Guy
· Freedom
· Gangsters, Inc.
· Gift Certificates
· Hellboy
· Kong
· Living Dead Dolls
· Mezco Gear
· Mez-Itz™
· Miami Vice
· Popeye
· Public Enemy
· Scarface
· Scary Tales
· South Park
· The Goon
· The Goonies
· The Notorious B.I.G.
· TikiMon
· Toxic Toons
· Underdog
· Underworld
· VooDooz
· Warehouse Sale

**E-NEWSLETTER**
Be the first to receive Mezco Direct news and advance pre-order info. Join today»

**MEZCO NETWORK**
· Mezco Corporate
· Mezco Forums
· Club Mez
· LDD Official Site
· The VooDooz
· TikiMon Island



Featured License: Mez-Itz™

· Alien
· Army Of Darkness
· Cinema of Fear II
· Dick Tracy

· **Defenders of the Dragon**
· Edward Scissorhands
· Monsters

· **Pirates**
· Robocop
· Run DMC

»**Show me all Mez-Itz™ items**



# FREE SCABBY JOE FIGURE
## WITH PURCHASE OF ALL 4 PIRATES MEZ-ITZ™ 3-PACKS*

Arrr, matey! Don't ye miss out on this special offer, or it's to the plank with ya!

Order all 4 sets of Pirates Mez-Itz™ mini-figures and automatically receive an exclusive Scabby Joe figure w/Treasure Chest FREE.

*Offer good while supplies last.

More Info ⊕







AVAILABLE NOW

Exhibit 11 - Page 448

MGA2 1206531

# Exhibit F

Exhibit 11 - Page 449

MGA2 1206532



Exhibit 11 - Page 450

MGA2 1206533



Exhibit 11 - Page 451

MGA2 1206534



Exhibit 11 - Page 452

MGA2 1206535



Exhibit 11 - Page 453

MGA2 1206536





Exhibit 11 - Page 454

MGA2 1206537



Exhibit 11 - Page 455

MGA2 1206538



Exhibit 11 - Page 456

MGA2 1206539



Exhibit 11 - Page 457

MGA2 1206540



Exhibit 11 - Page 458

MGA2 1206541



Exhibit 11 - Page 459

MGA2 1206542



Exhibit 11 - Page 460

MGA2 1206543



Exhibit 11 - Page 461

MGA2 1206544

# Exhibit G

Exhibit 11 - Page 462

MGA2 1206545





## PRODUCT LINES

**Mezco Originals**
- Attack of the Living Dead™
- Living Dead Dolls
- VooDooz

**Licensed Product**
- Cinema of Fear
- Edward Scissorhands
- Family Guy
- Hellboy Comic
- Kong
- Miami Vice
- Notorious B.I.G.
- Public Enemy
- Scarface
- South Park
- The Goon
- The Goonies
- The Warriors
- Underdog

**Mez-Itz™**
- Cinema of Fear II
- Defenders of the Dragon
- Edward Scissorhands
- Pirates

### E-NEWSLETTERS
- Club Mez
- Mezco Direct

### MEZCO NETWORK
- Mezco Direct Store
- Mezco Forums
- Mezco on MySpace
- Club Mez
- LDD Official Site & Archive
- The VooDooz
- TikiMon Island

## MEZCO TOYZ PRODUCT ARCHIVE

Welcome to the Mezco Toyz product archive. Many of our older product lines are still available for purchase from the **Mezco Direct Store**. If an item is not available through our online store, it has completely sold out and is no longer available.

### 2006 PRODUCT LINES

**Licensed Product**
- · Edward Scissorhands
- · Family Guy Series 5
- · Family Guy Minis
- · Hellboy Comic
- · Kong
- · Miami Vice
- · Notorious BIG
- · Public Enemy
- · Scarface
- · South Park Series 2
- · South Park Series 3

**Mezco Originals**
- · A Christmas Carol
- · AfterLife
- · Living Dead Dollies 2
- · Living Dead Dolls 11
- · VooDooz Series 1

**Mez-Itz™**
- · Defenders of the Dragon
- · Pirates

### 2005 PRODUCT LINES

**Licensed Product**
- · Edward Scissorhands
- · Family Guy Series 2
- · Family Guy Series 3
- · Family Guy Series 4
- · Family Guy Deluxe Figures & Boxed Sets
- · Hellboy Comic Series 1
- · Scarface 7" Realistic
- · Scarface 10" w/Sound
- · South Park Series 1
- · The Goon
- · The Warriors

**Mezco Originals**
- · Living Dead Dolls 9
- · Living Dead Dolls 10
- · Living Dead Dolls Exclusives

**Mez-Itz™**
- · Cinema of Fear II
- · Edward Scissorhands
- · Robocop

### 2004 PRODUCT LINES

Exhibit 11 - Page 463

MGA2 1206546

| Licensed Product | Mezco Originals | Mez-Itz™ | Exclusives |
|---|---|---|---|
| • Blues Brothers | • Jack the Ripper | • Aliens | • Close Up (GER) |
| • Family Guy Series 1 | • Living Dead Dolls 7 | • Hellboy | • ClubMez.com |
| • Hellboy Series 1 | • Living Dead Dolls 8 | • Monsters II | • Diamond Comics (US) |
| • Hellboy Series 1.5 | • LDD Fashion Victims 2 | | • KillerToys.com |
| • Popeye | • Toxic Toons | | • Marz Distribution |
| • Scarface 10" Figures | | | • Tower Records (US) |

### 2003 PRODUCT LINES

| Licensed Product | Mezco Originals | Mez-Itz™ | Exclusives |
|---|---|---|---|
| • Animal House | • Cryptozoology | • Alien | • ClubMez.com |
| • Austin Powers | • Dark Carnival | • Army of Darkness | • Chiller Theatre |
| • NFL Extreme Athletes | • Gangsters, Inc. | • Dick Tracy | • Diamond Comics (US) |
| • Osbournes | • Living Dead Dolls 5 | • Monsters | • Hot Topic (US) |
| • Popeye Remix | • Living Dead Dolls 6 | • Predator | • SDCC (US) |
| • Underworld | • LDD Fashion Victims 1 | | • Spencer Gifts (US) |
| | • LDD 18" Porcelain | | • Star Images (UK) |
| | • LDD Misc. | | • Tower Records (US) |
| | • TikiMon | | • Toys R Us (US) |

### 2002 PRODUCT LINES

| Licensed Product | Mezco Originals | Mez-Itz™ | Exclusives |
|---|---|---|---|
| • Run DMC | • Living Dead Dolls 3 | • Run DMC | |
| | • Living Dead Dolls 4 | | |

© 2003- 2007 Mezco Toyz, LLC. All rights reserved. Legal Info | Links

Exhibit 11 - Page 464

MGA2 1206547

# Exhibit H

Exhibit 11 - Page 465

MGA2 1206548



| Search | Advanced Search | **Buy** Sell My eBay Community Help |

Welcome! Sign in or register                                                                    Site Map

Categories ▾ | Motors | Express | Stores | Sneak Peek: See what's changing on eBay                Get rewards with eBay MasterCard!

Home > Buy > **Search Results for ' Mez-Itz'**

- All Items
- Auctions
- Buy It Now

eBay is creating a new search experience. **Try it in our playground.**

| Mez-Itz | All Categories | Search | Advanced Search |

Exhibit 11 - Page 466

MGA2 1206549

☐ Search title **and** description

**Narrow Your Results**

Toys & Hobbies
(23)

    Action Figures
    (23)

Entertainment Memorabilia
(2)

    Movie Memorabilia
    (2)

Collectibles
(1)

    Science Fiction
    (1)

**Related Guides**

- The Cy Girl/Cool Gir...
- Buying vintage Trans...
- Teen Titans Go! An I...
- 1/6 Heads fitting m...
- Super Mario Themed B...
- How To Collect Hasbr...

**25 items found for:** Mez-Itz  ( Save this search )

List View Picture Gallery        Sort by: | Time: ending soonest |    Customize Display

| Compare | Item Title | Bids | Price* | Shipping to USA | Time Left ▲ |
|---|---|---|---|---|---|
| ☐ | Austin Powers Mez-Itz Action Figure Set of Three | 🅿 - | $7.99 | $6.00 | 18h 48m |
| ☐ | Alien movie Mez-Itz Mezco Action Figure Set  Kubrick style Aliens collectibles | 🅿 - | $5.00 | $7.00 | 1d 02h 19m |
| ☐ | CINEMA of FEAR 2 MEZ-ITZ Figure Set w/ JASON vs FREDDY | 🅿 - *Buy It Now* | $15.99 $17.99 | Not specified | 1d 03h 30m |
| ☐ | Mez-Itz Cinema of Fear 3 Pack Leatherface Jason..... | 🅿 *Buy It Now* | $11.99 | $5.99 | 1d 03h 59m |
| ☐ | EDWARD SCISSORHANDS MEZ-ITZ FIGURE SET *IN STOCK* | 🅿 1 | $9.99 | Not specified | 1d 17h 18m |
| ☐ | ALIEN Mez-Itz Action Figure Set of 3 IN STOCK | 🅿 *Buy It Now* | $7.99 $9.99 | Not specified | 1d 17h 21m |

Exhibit 11 - Page 467

MGA2 1206550

- See all related guides ...

**Search Options**

Location

[ Worldwide ]

[x] Items within [ 200 ]
miles of [ ZIP/Postal ]
Show only

[ ] Items listed with PayPal

[ ] Buying Options
[ Auctions ]

[ ] More Buying Options
[ Add Store Inventory ]

[ ] Free Shipping

[ ] Get It Fast items

[ ] Completed listings

[ ] Gift items

[ ] Items listed as lots

[ ] Listings
[ Ending within ]
[ 1 hour ]

[ ] Items priced
[ ] to [ ]

[ Show Items ]
Customize options displayed

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] | Mez-Itz Cinema of Fear set 1 Freddy, Jason, Leatherface | P | 5 | $8.00 | $5.00 | 2d 19m |
| [ ] | Monster Mez-Itzl Frankenstein & Werewolf! | Buy It Now | | $3.00 $6.00 | Not specified | 2d 06h 56m |
| [ ] | EDWARD SCISORHANDS MEZ-ITZ new in box 4 characters | P | Buy It Now or Best Offer | $9.99 | $8.95 | 3d 57m |
| [ ] | FREDDY KRUEGER & JASON & LEATHERFACE Figures Mez-Itz | P | Buy It Now | $15.88 | Calculate | 3d 02h 29m |
| [ ] | HUGE Lot Predator & Alien Mez Itz Complete Loose Mint | - | | $19.99 | $8.95 | 3d 03h 20m |
| [ ] | CINEMA OF FEAR II Mez-Itz 3-pack Figure Collection | P | - | $15.00 | $12.95 | 3d 19h 23m |
| [ ] | AUSTIN POWERS & FAT BASTARD MEZ-ITZ! NR!! | P | - | $6.99 | $7.50 | 3d 21h 03m |
| [ ] | AUSTIN POWERS, DR.EVIL&MINI-ME MEZ-ITZ! NR! HTF! | P | - | $9.99 | $7.50 | 3d 21h 03m |
| [ ] | Alien Mez-Itz 3 Action Figures NEW MIB Aliens Mezco | P | - | $0.99 | Calculate | 4d 05h 19m |

Exhibit 11 - Page 468

MGA2 1206551

above.

- **Shop eBay Stores**
- CROW'S COMICS CRYPT (6)
- TOYNK Toys Costumes and Gifts (3)
- America's Most Wanted Collectibles (1)
- JKLM Comics and Collectibles (1)

- **See all matching Stores**
- **See all common keywords**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | 📷 | DICK TRACY MEETS THE BLANK MEZ-ITZ! RARE! | ℙ | - | $24.99 | $6.50 | 5d 21h 13m |
| ☐ | 📷 | MEZCO MONSTER MEZ-ITZ SERIES 1! DRAC,WOLF,MUM,FRANK.. | ℙ | - | $19.99 | $7.50 | 5d 21h 13m |
| ☐ | 📷 | Cinema of Fear Series 2 Mez-itz Go Freddy! | ℙ | - | $14.99 | $7.50 | 5d 22h 01m |
| ☐ | 📷 | SILVER SCREEN CINEMA OF FEAR MEZ-ITZ! NOT IN STORES!! | ℙ | - | $17.99 | $7.50 | 5d 22h 06m |
| ☐ | | Mez-Itz Cinema Of Fear Series 1 | ℙ | - | $5.00 | $5.00 | 6d 15h 38m |
| ☐ | | Alien Aliens mez itz series 2 3 pack | ℙ | =Buy It Now | $18.04 $20.75 | $23.33 | 7d 08h 06m |
| ☐ | | Edward Scissorhands Mez-Itz 4 Pack | ℙ | =Buy It Now | $18.04 $22.56 | $23.33 | 8d 09h 22m |
| ☐ | | Robocop Mez-Itz 3-pack | ℙ | =Buy It Now | $17.13 $19.85 | $23.33 | 8d 09h 22m |
| ☐ | | Alien Aliens mez itz series 1 3 pack | ℙ | =Buy It Now | $17.13 $19.85 | $23.33 | 8d 09h 22m |

Exhibit 11 - Page 469

MGA2 1206552



| | Cinema of Fear mez itz series 2 3 pack | | - ☰Buy It Now | $17.13 $19.85 | $23.33 | 8d 09h 22m |

☐ Compare | To compare items side-by-side, select the check boxes and click the **Compare** button.

**Page 1 of 1**

65 Items found for Mez-Itz in eBay Stores **stores** 🔲. Learn more about eBay Stores.

| Item Title | | Price Store |
|---|---|---|
| Austin Powers Mez-Itz AUSTIN - DR.EVIL & MINI ME 2002 | ☰Buy It Now | $4.95 TOYSHEIK Action Figures and Toys |
| Austin Powers Mezco Mez-itz Pimp Austin Fat Bastard NEW | ☰Buy It Now | $5.00 Lisacub's Collectibles and Stuff |
| AUSTIN POWERS Mini Me Dr. Evil Mez-itz poseable figures | ☰Buy It Now | $5.50 Treasure Trove Toys |
| AUSTIN POWERS MEZ-ITZ PIMP AUSTIN & FAT BASTARD PLAYSET | ☰Buy It Now | $5.99 CD's CARDS AND COLLECTIBLES |
| PIMP AUSTIN POWERS FAT BASTARD MEZ-ITZ FIGURE SET mezco | ☰Buy It Now | $5.99 Collectible Planet |
| Mez-itz AUSTIN POWERS & FAT B@C#$R! FIGURES (NIB) | ☰Buy It Now or Best Offer | $6.39 TOYSKEN Toys Collectibles Antiques |
| Mez-Itz Pimp Austin Powers Fat Bastard Man Figure Set! | ☰Buy It Now | $7.98 Oxmyx64 Toy Warehouse |
| Austin Powers Mez-itz Set #2 FAT BASTARD & Austin | ☰Buy It Now | $7.99 MyToyBox_4u |
| Austin Powers-Mez Itz 3-pack Austin/Dr Evil & Mini Me | ☰Buy It Now | $8.14 Collectamania_Australia |
| NEW MEZ ITZ CINEMA OF FEAR II FREDDY LEATHERFACE JASON | ☰Buy It Now | $9.95 1 DISNEY STORE AND MORE TOYS GAMES |

Exhibit 11 - Page 470

MGA2 1206553

| | | | |
|---|---|---|---|
| Hellboy Mez-Itz Abe Sapien Sammael 2 Pack Mezco | Buy It Now | $9.99 | Dragon's Online Collectibles |
| Mez-Itz Kubrick Like Alien Queen Egg Figure Set | Buy It Now or Best Offer | $9.99 | The Corndog Doghouse |
| HELLBOY Movie ABE SAPIEN / SAMMAEL Mez-itz Figure Set | Buy It Now or Best Offer | $9.99 | CVMB Collectibles |
| HELLBOY MEZ-ITZ 2 PACK ABE SAPIEN & SAMMAEL MEZCO 2004 | Buy It Now | $9.99 | MY-TOY-SALE |
| Mezco Mez-Itz Austin Powers Dr Evil Mini Me | Buy It Now | $10.00 | Comic Cube |
| ALIEN Mez Itz Set of 3 figures | Buy It Now | $10.00 | New Kelly's Store |
| MEZCO TOYS Monster Mez-Itz DRACULA & MUMMY Figures MOC | Buy It Now | $10.99 | Reina Galactic Toys and Stans Stuff |
| Pirate Mez-Itz 3 pack by Mezco Toys | Buy It Now | $12.49 | Amazing Pop Culture Pete's |
| MEZCO Mez-itz Pirate 3 Pack Figure Set | Buy It Now | $12.99 | MC COMICS |
| EDWARD SCISSORHANDS ACTION FIGURE SET OF FOUR! MEZ-ITZ! | Buy It Now or Best Offer | $12.99 | YOOPER DROP SPOT |
| ALIEN Mez-Itz 3 Pack Figure Set | Buy It Now | $13.00 | Angolz |
| Cinema of Fear II Mez-Itz 3-pack Figure Collection | Buy It Now | $14.99 | WhiteWizardToys |
| Buffy vampire Slayer 4 fig set + mib Mez-Itz | Buy It Now | $14.99 | UNDERGROUNDTOYZ |
| AUSTIN POWERS MEZ-ITZ FIGURES NEW | Buy It Now or Best Offer | $14.99 | QUALITYGIFTSCENTRAL |
| Mez-itz CINEMA OF FEAR II SET leatherface gore kubrick | Buy It Now | $15.99 | THE POP CULTURE SHOP |

Exhibit 11 - Page 471

MGA2 1206554

| | | | |
|---|---|---|---|
| EDWARD SCISSORHANDS 4 Figure Mez-Itz Mezco Johnny Depp | =Buy It Now | $17.99 | Amazing Ebooks-N-Stuff |
| Alien Mez-Itz 3 Pack Action Figures - Mezco Mezitz | =Buy It Now | $19.99 | GiveMeToys_Com |
| ALIEN AVP MISP Mezco MEZ-ITZ 4 pack Action Figure Set | =Buy It Now or Best Offer | $19.99 | TOYDUMP |
| Mezco ALIEN MEZ-ITZ Mini Fig SERIES 1 Set/3 MINT/ SEALED | =Buy It Now or Best Offer | $29.99 | Suspend your Disbelief |
| MEZCO PREDATOR MEZ-ITZ 3-PAK | =Buy It Now | $29.99 | Tommy's Burger Stop |

**Showing 30 of 65 items**

**3 items found for Mez-Itz from eBay international sellers**

| Item Title | Bids | Price | Country/Region |
|---|---|---|---|
| New! Cinema of Fear MEZ-ITZ Leatherface Freddy Jason | =Buy It Now or Best Offer | $8.12 | Hong Kong |
| MEZ-ITZ Predator figures MEZCO (like Kubrick/Minimates) | - | $3.05 | United Kingdom |
| Monster MEZ-ITZ Boris Creepola & Claude Clearwaters 2 | - | $1.00 | Hong Kong |

**Mez Itz - Save Now**
**Mez Itz.** Huge selection and low prices. Find a great deal today at Kadazzle.
www.kadazzle.com

**Mez Itz**
**Mez Itz** info and products at Zeemash.com.
Zeemash.com

**Tools:** My eBay Favorites | Want It Now | ▨ Learn more about RSS feeds

* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converted amounts shown are estimates based on Bloomberg's conversion rates. If you need to get

Exhibit 11 - Page 472

MGA2 1206555

recent exchange rates, please use the Universal Currency Converter

Note: Bid counts and amounts may be slightly out of date. See each listing for international shipping options and costs.
This page was last updated: Oct-15 14:34

eBay official time 14:40:43 PDT

### Fun & Games



| | |
|---|---|
| Webkinz | Lionel Trains |
| Star Wars | American Flyer |
| Transformers | Barbie |
| Leapfrog | Doll Houses |
| Marvel Comics | Board Games |

>> See All Toys & Hobbies

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

**eBay official time**

Exhibit 11 - Page 473

MGA2 1206556



US00D469687S

## (12) United States Design Patent

Larian

(10) Patent No.: **US D469,687 S**

(45) Date of Patent: ** Feb. 4, 2003

(54) TRANSPARENT DISPLAY PACKAGING

(76) Inventor: Isaac Larian, 237 Carolwood, Los Angeles, CA (US) 90077

(**) Term: 14 Years

(21) Appl. No.: 29/158,530

(22) Filed: Apr. 3, 2002

(51) LOC (7) Cl. ............................................ 09-03
(52) U.S. Cl. ............................................ D9/415; D9/418
(58) Field of Search .......................... D9/415, 418, 414,
D9/430, 431, 432, 337, 416; 229/111, 112,
116.1, 117.09, 117.19, 117.21, 117.23, 117.24,
162; 206/769, 770, 771, 349, 776, 806

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,268,318 | A | * | 6/1918 | Brown .................. 229/117.09 |
| 2,483,030 | A | * | 9/1949 | Arneson ............... 229/117.21 |
| 2,591,593 | A | * | 4/1952 | Nolan .................. 229/117.09 |
| 3,001,688 | A | * | 9/1961 | Hokenson ............. 229/117.21 |
| D265,723 | S | * | 8/1982 | Rosenthal ............. D9/418 |
| D303,088 | S | * | 8/1989 | Fireman ............... D9/418 |
| 5,040,683 | A | * | 8/1991 | Marsilio ............... 206/320 |
| D320,346 | S | * | 10/1991 | Wagner ................ D9/415 |

* cited by examiner

*Primary Examiner*—Prabhakar Deshmukh
(74) *Attorney, Agent, or Firm*—Oppenheimer Wolff & Donnelly LLP

(57)        **CLAIM**

The ornamental design for a transparent display packaging, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my transparent display packaging;
FIG. 2 is a front view thereof;
FIG. 3 is a right side view thereof with the left side view being a mirror image of the right side view;
FIG. 4 is a rear view thereof;
FIG. 5 is a top plan view thereof;
FIG. 6 is a bottom plan view thereof; and,
FIG. 7 is a perspective view of an alternative embodiment.

**1 Claim, 3 Drawing Sheets**



Exhibit 11 - Page 474

MGA2 1206557

U.S. Patent

Feb. 4, 2003

Sheet 1 of 3

US D469,687 S



FIG. 1

FIG. 2

Exhibit 11 - Page 475

MGA2.1206558

U.S. Patent

Feb. 4, 2003

Sheet 2 of 3

US D469,687 S



*FIG. 3*



*FIG. 4*

Exhibit 11 - Page 476

MGA2 1206559

U.S. Patent

Feb. 4, 2003

Sheet 3 of 3

US D469,687 S

*FIG. 5*

*FIG. 6*



*FIG. 7*



Exhibit 11 - Page 477

MGA2 1206560

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     77/097138

**APPLICANT:**     MGA Entertainment, Inc.

**CORRESPONDENT ADDRESS:**
    Joel D. Voelzke
    Intellectual Property Law Office of Joel
    24772 Saddle Peak Road
    Malibu CA 90265-3042

# *77097138*

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:**

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  103-098

**CORRESPONDENT EMAIL ADDRESS:**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**:  TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION:**  If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  77/097138

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

## Search Results

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

However, applicant should note the following grounds for refusal.

Exhibit 11 - Page 478

MGA2 1206561

## Nondistinctive Configuration of Goods

Registration is refused because the proposed mark consists of a nondistinctive configuration of the goods that does not function as a trademark to identify and distinguish applicant's goods from those of others and to indicate their source. Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051-1052 and 1127. The U.S. Supreme Court has held that any mark that consists of a product design or of features of a product design can never be inherently distinctive and is registrable on the Principal Register only upon a showing of acquired distinctiveness under 15 U.S.C. §1052(f). *Wal-Mart Stores, Inc. v. Samara Bros., Inc.,* 529 U.S. 205, 210, 213-214, 54 USPQ2d 1065, 1068-1069 (2000); *see Textron, Inc. v. U.S. Int'l Trade Comm'n,* 753 F.2d 1019, 224 USPQ 625 (Fed. Cir. 1985); *In re Craigmyle,* 224 USPQ 791 (TTAB 1984); TMEP §1202.02(b)(i).

The proposed mark, as used on the specimen, does not function as a trademark because it consists of a trapezoidal shaped box. There is no indication that potential consumers would appreciate or perceive the proposed mark to function as a source indicator of applicant's goods, rather than a box to contain the goods.

Applicant should also note the following additional grounds for refusal.

## Nondistinctive Configuration of Packaging for the Goods

Registration is refused because the proposed mark consists of a nondistinctive configuration of packaging for the goods that does not function as a trademark to identify and distinguish applicant's goods from others and to indicate their source. As such, the proposed mark is not registrable on the Principal Register without proof of acquired distinctiveness. Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051-1052 and 1127; *In re Mogen David Wine Corp.,* 372 F.2d 539, 152 USPQ 593 (C.C.P.A. 1967); *In re McIlhenny Co.,* 278 F.2d 953, 126 USPQ 138 (C.C.P.A. 1960); *In re J. Kinderman & Sons, Inc.,* 46 USPQ2d 1253 (TTAB 1998); TMEP §1202.02(b)(ii).

In the present case, the proposed mark is not inherently distinctive because the trapezoidal shaped box is one that is commonly used to package goods. Please see attached Internet website evidence. As such, potential consumers would not perceive the proposed mark as a source-identifier for applicant's goods, and registration is refused under Sections 1,2, and 45 of the Trademark Act.

## Acquired Distinctiveness under Section 2(f)

In response to the two refusals explained above, applicant may submit evidence showing that the applied-for mark has acquired distinctiveness under 15 U.S.C. §1052(f) by submitting examples of advertising and promotional materials that specifically promote the mark *as a trademark* in the United States, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the mark as a trademark, and any other evidence that establishes recognition of the matter as a mark for the goods. The evidence must relate to the promotion and recognition of the specific configuration embodied in the proposed mark and not to the goods in general. *Wal-Mart Stores, Inc. v. Samara Bros., Inc.,* 529 U.S. 205, 211, 54 USPQ2d 1065, 1068 (2000); *see generally* TMEP §§1212.06 *et seq.* (discussing evidence of acquired distinctiveness).

Exhibit 11 - Page 479

MGA2 1206562

In determining whether the applied-for mark has acquired distinctiveness, the following factors are generally considered: (1) length and exclusivity of use by applicant of the mark in the United States; (2) the type, expense and amount of advertising of the mark by applicant in the United States; and (3) applicant's efforts, such as unsolicited media coverage and consumer studies, in the United States to associate the mark with the source of the goods identified in the application. *In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 U.S.P.Q.2d 1420, 1424 (Fed. Cir. 2005). A showing of acquired distinctiveness need not consider each of these factors, and no single factor is determinative. *Id.*; *see* 37 C.F.R. §2.41; TMEP §§1212 *et seq.*

To establish acquired distinctiveness, applicant may not rely on use other than use in commerce that may be regulated by the United States Congress. Use solely in a foreign country is not evidence of acquired distinctiveness in the United States. *See In re Rogers*, 53 USPQ2d 1741 (TTAB 1999); TMEP §§1010 and 1212.08.

## Establishing Acquired Distinctiveness – Evidence Required

There are three basic types of evidence that may be used to establish acquired distinctiveness under §2(f):

(1) A claim of ownership of one or more prior registrations on the Principal Register of the same mark for goods or services that are the same as or related to those named in the pending application (*See* 37 C.F.R. §2.41(b); TMEP §§1212.04 *et seq.*);

(2) A statement verified by applicant that the mark has become distinctive of applicant's goods or services by reason of substantially exclusive and continuous use in commerce by the applicant for the five years before the date when the claim of distinctiveness is made (*See* 37 C.F.R. §2.41(b); TMEP §§1212.05 *et seq.*);

(3) Actual evidence of acquired distinctiveness (*See* 37 C.F.R. §2.41(a); TMEP §§1212.06 *et seq.*).

Applicant may submit one or any combination of these types of evidence. Depending on the mark and the facts in the record, a claim of ownership of a prior registration(s) or a claim of five years' substantially exclusive and continuous use in commerce may be insufficient to establish a *prima facie* case of acquired distinctiveness. Actual evidence of acquired distinctiveness may be submitted regardless of the length of time the mark has been used. *Ex parte Fox River Paper Corp.*, 99 USPQ 173 (Comm'r Pats. 1953).

**As an alternative to submitting evidence of acquired distinctiveness, applicant may amend to the Supplemental Register.**

Applicant should note the following additional grounds for refusal.

## Not Goods in Trade

Registration is refused because some of the goods to which the proposed mark is applied are not "goods

Exhibit 11 - Page 480

MGA2 1206563

in trade"; that is, the proposed mark is not being used to identify goods that are sold or transported in commerce or that have utility to others. Trademark Act Sections 1, 2 and 45; 15 U.S.C. §§1051-1052 and 1127. This refusal applies to the following goods: cardboard boxes for toys, games and playthings.

Incidental items used to conduct daily business (such as letterhead, invoices and business forms) are not "goods in trade" because they are not items sold or transported in commerce for use by others. *See, e.g., In re S'holders Data Corp.*, 495 F.2d 1360, 181 USPQ 722 (C.C.P.A. 1974) (reports not goods in trade where applicant is not engaged in the sale of reports but solely in furnishing financial reporting services, and reports are merely conduit through which services are rendered); *Ex parte Bank of Am. Nat'l Trust and Sav. Ass'n*, 118 USPQ 165 (Comm'r Pats. 1958) (mark not registrable for passbooks, checks and other printed forms, where forms are used only in the performance of banking services and applicant does not print or sell forms as commodities in trade); *see* TMEP §§1202.06 *et seq.*

In addition to being sold or transported in commerce for use by others, such items must provide a use or utility *to others* "on a commercial scale" to be "goods in trade." *E.g., Paramount Pictures Corp. v. White*, 31 USPQ2d 1768, 1775 (TTAB 1994), (mark not registrable for games where purported games are only advertising flyers used to promote applicant's services and have no real utilitarian function or purpose as games); *In re Douglas Aircraft Co.*, 123 USPQ 271 (TTAB 1959) (books, pamphlets, and brochures that serve only to explain and advertise applicant's goods are not "goods"); TMEP §1202.06(a).

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

If applicant chooses to respond to the refusal to register, then applicant must also respond to the following requirements.

## PROCEDURAL REQUIREMENTS

### Identification of Goods

The wording "playthings" in the identification of goods is indefinite and must be clarified to further specify the nature of the goods. TMEP §1402.01. When an applicant has submitted an unacceptable identification of goods, it is Office practice to suggest acceptable substitute wording. In this case, however, the trademark examining attorney is unable to suggest substitute wording because the nature of "playthings" is unclear from the application record. TMEP §1402.01(e).

Applicant may substitute the following wording format, if accurate. Please note that the examining attorney's suggestions are in bold font and bracketed text.

Class 16    cardboard boxes for toys, games and playthings

Class 28    toys, games and playthings **namely [specify nature or purpose of goods, e.g., stuffed toys, etc.]**

### Scope Advisory

Exhibit 11 - Page 481

MGA2 1206564

Please note that, while the identification of goods may be amended to clarify or limit the goods, adding to the goods or broadening the scope of the goods is not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, applicant may not amend the identification to include goods that are not within the scope of the goods set forth in the present identification.

## Additional Requirements for Configuration Marks

Please note that if applicant is seeking to register a configuration of the goods or their packaging or a specific design feature of the goods or packaging, then applicant should note the following additional requirements concerning the drawing for such cases. A clear and concise description of the features claimed as the mark should also be included in such an application. 37 C.F.R. §2.37; TMEP §§807.12 and 1202.02(d).

In this case the applicant must clarify its description of the mark by indicating that the mark consists of a configuration of a trapezoidal plastic box. The following description is suggested:

"The mark consists of a configuration of a trapezoidal plastic box."

## Applicant's Response

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

To expedite prosecution of this application, applicant is encouraged to file its response to this Office action through the Trademark Electronic Application System (TEAS), available at http://www.uspto.gov/teas/index.html.

/Y. Isadora Lee/
Trademark Examining Attorney
Law Office 107
Phone: 571-272-3897

**NOTICE OF NEW PROCEDURE FOR E-MAILED OFFICE ACTIONS**: In late spring 2007, for any applicant who authorizes e-mail communication with the USPTO, the USPTO will no longer directly e-mail the actual Office action to the applicant. Instead, upon issuance of an Office action, the USPTO will e-mail the applicant a notice with a link/web address to access the Office action using Trademark Document Retrieval (TDR), which is located on the USPTO website at http://portal.uspto.gov/external/portal/tow. The Office action will not be attached to the e-mail notice. Upon receipt of the notice, the applicant can then view and print the actual Office action and any evidentiary attachments using the provided link/web address. TDR is available 24 hours a day, seven days a week, including holidays and weekends. This new process is intended to eliminate problems associated with e-mailed Office actions that contain numerous attachments.

Exhibit 11 - Page 482

MGA2 1206565

**HOW TO RESPOND TO THIS OFFICE ACTION:**

- ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**

- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE: The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing. 37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

Exhibit 11 - Page 483

MGA2 1206566

Koolprint.com

Search Product

Email:

Password:

Sign Up

Custom Quote
Price List
Support
Help

**Other Available Box Types:**

Mailer Boxes | Corrugated Boxes | Custom Boxes | Display Boxes | Folding Cartons | Gift Boxes | Product Boxes | Software Boxes | Telescoping Boxes

**Puffy Box**
- Size: 7" x 3"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Pyramid Box**
- Sizes: 4" x 4" x 4"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing & FREE
- Lamination FREE

**Hexagonal Box**
- Sizes: 6" x 1.5" x 1.5"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Tray Box**
- Size: 2 x 1.5 x 0.33
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Tube-Out Box**
- Size: 6" x 6" x 6"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Trapezoid Box**
- Size: 4.3" x 3.75" x 2"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Button Box**
- Size: 4" x 3" x 0.375"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Suitcase Box**
- Size: 4" x 3" x 1.75"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Flap Box**
- Size: 3" x 3" x 0.5"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Triangular Box**
- Size: 5" x 3.75" x 3.75"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Candy Box**
- Size: 5" x 4" x 3"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Bean Bag Box**
- Size: 2.5" x 2.5"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Icicle Treat Box**
- Size: 6" x 2" x 2"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Playing Card Box**
- Size: 3.65" x 2.5" x 0.65"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE

**Milk Carton Box**
- Size: 6" x 5" x 4"
- Full Color Printing
- Fast Turnaround [Details]
- Stock: 12 & 14 Pin C1s
- CMYK/PMS Inks Used
- Designing FREE
- Lamination FREE







Powered By — (c) 2000 - All Rights Reserved.

Your IP Address: 151.207.240.3

Exhibit 11 - Page 464

MGA2 1206567



Pictures by: super_convoy
Date: 26-October-2003

Product: (PRE-HASBRO) ALPHA MALE MILITARY
Company/Country: Stikfas/Singapore

[INTRODUCTION]
After I did up the WARRIOR MONK REVIEW, I wanted some extra weapons for the new G2 ALPHA MALE, so I decided to free up the PRE-HASBRO ALPHA MALE figure. For those who may not know, before HASBRO acquired the STIKFAS brand, these little figures that took our world by storm were designed, produced and marketed in Singapore. Details of STIKFAS' earlier days could be traced in the interviews I did with them, HERE and HERE.

This figure on review, therefore, is one that has great value for the creators and collectors of STIKFAS alike. It's, to put it simply, the one that started it all.

[PACKAGING]
Unlike the trapezoid packagings on recent figures, the first ever Alpha Male figure was packaged in a rectangular box, not like the newer trapezoid packaging. In the front, the tagline "GEARED FOR A NEW WAY TO PLAY?" stands out strongly, with an image of the Military Alpha Male standing with an all-white backdrop. The brand of the figure, "STIKFAS", is printed at the bottom of the box, and strangely, appeared with less prominence than its tagline.

[x] ALPHA MALE BOX

The back of the packaging was even simpler. The white box just depicted the items in the box with the spruces. One for the actual figure, and two others for weapons and accessories.

All in all, the packaging for the inaugural Alpha Male figure speaks on humble beginnings. Who would have thought dreams can indeed carry on this far!

[THE FIGURE]

[x] ALPHA MALE W/ GUN

[x] ALPHA MALE W/ SHIELD

Exhibit 11 - Page 485

MGA2 1206568



Exhibit 11 - Page 486

MGA2 1206569

This is G o o g l e's cache of http://palimpsest.stanford.edu/waac/wn/wn21-3/wn21-311.html as retrieved on Jan 20, 2005 05:09:06 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:PcMHI9OJJkcJ:palimpsest.stanford.edu/waac/wn/wn21-3/wn21-311.html+%22trapezoid+package%22&hl=en

Google is not affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **trapezoid package**

## **waac** *Newsletter*

September 2000 Volume 21 Number 3

# Book Review

**Structural Package Designs**
by Haresh Pathak. The Pepin Press.
368pp. P.O. Box 10349, 1001 EH Amsterdam,
The Netherlands. 1999. ISBN 90-5496-051-5

**Getting from**



to this...



is the subject of this enchanting book with many conservation applications. Package diagrams include: reverse tuck with locking dust flaps; self locking tray with thick double end wall; pouch with auto lock bottom, gusseted sides and snap lock closure; H beam partition with feet; 12 plans for cushion pads; **trapezoid package** with reverse tucks; and hinged box with raised platform. All diagrams, no written instructions.

*Carolyn Tallent*

   



[Search all CoOL documents]
[Feedback]
This page last changed: November 10, 2004

Exhibit 11 - Page 487

MGA2 1206570

| HOME | TEMPLATES | SAMPLES | GALLERY | MOUNTING INFORMATION | EMAIL |

## Trapezoid Box Template

CLICK HERE FOR TRAPEZOID BOX TEMPLATE

Note: Please make sure your printing margins are set to .5 inches (half an inch) or the template may not print completely. In your browser's Menu bar, select File > Page Setup, and change the margin settings to .5. (The selections may be slightly different between browsers.)



The finished box measures 3 x 2 x 1.5.

1. Print and trace the template onto card stock. (I simply printed the template onto card stock using my printer.)
2. Cut out and decorate with stamps and inks, as desired. (I used a sponge to apply Galaxy Gold and Pearlescent Jade Brilliance pads onto the card stock. I then stamped with Graphite Black using two stamps I hand carved.)
3. Punch holes where indicated.
4. Fold on dotted lines.
5. Glue side and bottom.
6. Fold top flaps over.
7. Tie ribbon through holes. (I used two pieces of turquoise organdy ribbon.)
8. Fill with candy. (Hershey's Kisses or Jordan Almonds would be ideal.)

Use this box to give a Valentine to that special someone, or decorate it for a shower, wedding, or anniversary.

Copyright 1999-2005 Millstead Designs, a division of cullenpapsoft.com

These templates are free for your use to make craft items to give or sell, or to use for teaching purposes.
The templates themselves may NOT be auctioned, sold, or published in any way without my permission.

Exhibit 11 - Page 488

MGA2 1206571

Home

# Designing a "trapezoid" box

A common box shape used in automotive designs is a "trapezoid" box shape. The reason we have placed the word trapezoid inside quote marks is because in Geometry the word trapezoid is used only to describe a two-dimensional shape. When talking about a three-dimensional shape, a box whose cross-section (or side view) looks trapezoidal is properly referred to as a truncated pyramid (a pyramid with its top cut off). This is illustrated below.



Trapezoid          Truncated Pyramid

The truncated pyramid shape is quite flexible as shown below. The top can be smaller than the base or the base can be smaller than the top or any combination.



Eminence Designer always assumes that a trapezoidal side is the front of the box (this is depicted as the shaded side in the examples below). However, you don't have to use the box this way. If you specify the same wall thickness for all sides, then it doesn't matter which side is used for the front. In the samples below, the box is rotated in different directions to show how the "top" and "bottom" can also be substituted as the "front".



Note however that Eminence Designer doesn't allow you to rotate the truncated pyramid drawings. If you use a different side for the front, you'll need to add a note to the printouts so others will know which side is being used as the front.

Eminence is a trademark of Eminence Speaker LLC. All other trademarks are the property of their respective companies.

Copyright © 2004 Harris Technologies, Inc. All rights reserved.

Exhibit 11 - Page 489

MGA2 1206572

*** User:ylee ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 2 | 0 | 2 | 2 | 0:01 | (2855370 3102657)[m] |
| 02 | 405 | 0 | 6 | 405 | 0:02 | (190709 boxes)[dc]not dead[ld] |
| 03 | 466 | 0 | 5 | 466 | 0:01 | (190525 Boxes, cardboard)[dc]not dead[ld] |
| 04 | 372 | N/A | 0 | 0 | 0:05 | (261309 quadrilaterals made of geometric figure)[dc]not dead[ld] |
| 05 | 3125 | N/A | 0 | 0 | 0:02 | (261313 two quadrilaterals)[dc]not dead[ld] |
| 06 | 975 | N/A | 0 | 0 | 0:01 | (261328 quadrilateral shapes)[dc]not dead[ld] |
| 07 | 528 | N/A | 0 | 0 | 0:03 | (261509 polygons made of geometric figures)[dc]not dead[ld] |
| 08 | 926 | N/A | 0 | 0 | 0:03 | (261513 more than one polygon)[dc]not dead[ld] |
| 09 | 1279 | N/A | 0 | 0 | 0:01 | (261528 polygonal shapes)[dc]not dead[ld] |
| 10 | 527 | N/A | 0 | 0 | 0:01 | (261905 prisms)[dc]not dead[ld] |
| 11 | 1229 | N/A | 0 | 0 | 0:03 | (261925 geometric solids other than spheres)[dc]not dead[ld] |
| 12 | 44 | 0 | 2 | 44 | 0:01 | 2 and (3 4 5 6 7 8 9 10 11) |
| 13 | 13 | 0 | 13 | 13 | 0:02 | 3 and (4 5 6 7 8 9 10 11) |
| 14 | 92 | 0 | 2 | 92 | 0:01 | 4 and (5 6 7 8 9 10 11) |
| 15 | 223 | 0 | 2 | 223 | 0:01 | 5 and (6 7 8 9 10 11) |
| 16 | 21 | 0 | 21 | 21 | 0:01 | 6 and (7 8 9 10 11) |
| 17 | 114 | 0 | 2 | 114 | 0:01 | 7 and (8 9 10 11) |
| 18 | 101 | 0 | 2 | 101 | 0:01 | 8 and (9 10 11) |
| 19 | 18 | 0 | 18 | 18 | 0:01 | 9 and (10 11) |
| 20 | 376 | 0 | 2 | 376 | 0:01 | 10 and 11 |

Session started 5/21/2007 11:43:24 AM

Session finished 5/21/2007 12:11:11 PM

Total search duration 0 minutes 33 seconds

Session duration 27 minutes 47 seconds

Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 77097138

Exhibit 11 - Page 490

MGA2 1206573

# Change Of Correspondence Address

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77097138 |
| **MARK SECTION** | |
| MARK | Design only |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | JOEL D. VOELZKE<br>INTELLECTUAL PROPERTY LAW OFFICE OF JOEL<br>400 CORPORATE POINTE STE 300<br>CULVER CITY California 90230-7620<br>United States<br>310-590-4526<br>310-590-4525<br>ip.law@verizon.net |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Joel D. Voelzke<br>Intellectual Property Law Office of Joel D. Voelzke<br>24772 Saddle Peak Road<br>Malibu<br>California<br>United States<br>90265-3042<br>(310) 317-4466<br>(310) 317-4499<br>ip.law@verizon.net |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Joel D. Voelzke73/ |
| SIGNATORY NAME | Joel D. Voelzke |
| SIGNATORY DATE | 04/26/2007 |
| SIGNATORY POSITION | Attorney |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Apr 26 16:57:58 EDT 2007 |

Exhibit 11 - Page 491

MGA2 1206574

| | |
|---|---|
| **TEAS STAMP** | USPTO/CCA-71.177.55.37-20<br>070426165758593297-765963<br>89-36032b13b68403d28be389<br>b4f14c05c84d4-N/A-N/A-200<br>70426164320461130 |

Exhibit 11 - Page 492

MGA2 1206575

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Feb 7, 2007

**NOTICE OF DESIGN SEARCH CODE**

JOEL D. VOELZKE
INTELLECTUAL PROPERTY LAW OFFICE OF JOEL
400 CORPORATE POINTE STE 300
CULVER CITY, CA 90230-7620

**ATTORNEY REFERENCE NUMBER:** 103-098

| | |
|---|---|
| **SERIAL NUMBER:** | 77/097138 |
| **MARK:** | MISCELLANEOUS DESIGN |
| **OWNER:** | MGA Entertainment, Inc. |

The USPTO may assign design search codes, as appropriate, to new applications to assist in searching the USPTO database for conflicting marks. They have no legal significance and will not appear on the registration certificate. Design search codes are numerical codes assigned to figurative, non-textual elements found in marks. For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application. Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html. You are not required to respond to this notice. However, if you would like to suggest additions or changes to the design search codes assigned to your mark, please send an email to TMDesignCodeComments@USPTO.GOV or call 1-800-786-9199 to speak to a customer service representative. No fee is necessary. (Please include the serial number of your application on ALL correspondence with the USPTO.) The USPTO will review your request and update the record if appropriate. **Design search codes assigned to the referenced serial number are listed below.**

**DESIGN SEARCH CODES:**
19.05.25 - Boxes, cardboard (packing or storage); Cartons, packing or storage; Dumpster; Other large containers

Exhibit 11 - Page 493

MGA2 1206576

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77097138
### Filing Date: 02/01/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77097138 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT12\770\971\77097138\xml1\APP0002.JP G |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the form of a trapezoidal cardboard box. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 924 x 900 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | MGA Entertainment, Inc. |
| *STREET | 16380 Roscoe Blvd. |
| *CITY | Van Nuys |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 91406 |
| PHONE | 818-894-2525 |
| FAX | 818-895-0771 |
| EMAIL ADDRESS | ip.law@verizon.net |

Exhibit 11 - Page 494

MGA2 1206577

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | California |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION | toys, games and playthings |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/06/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/06/2002 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\770\971\77097138\xml1\APP0003.JP G |
| SPECIMEN DESCRIPTION | photographs showing examples of usage of the mark |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | cardboard boxes for toys, games and playthings |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/06/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/06/2002 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\770\971\77097138\xml1\APP0004.JP G |
| SPECIMEN DESCRIPTION | photographs showing examples of usage of the mark |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 2855370 and 3102657. |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Joel D. Voelzke |
| ATTORNEY DOCKET NUMBER | 103-098 |
| | Intellectual Property Law Office of Joel D. |

Exhibit 11 - Page 495

MGA2 1206578

| FIRM NAME | Voelzke |
|---|---|
| STREET | 400 Corporate Pointe |
| INTERNAL ADDRESS | Suite 300 |
| CITY | Culver City |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90230 |
| PHONE | 310-590-4525 |
| FAX | 310-590-4526 |
| EMAIL ADDRESS | ip.law@verizon.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| OTHER APPOINTED ATTORNEY | Scott R. Hansen |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Joel D. Voelzke |
| FIRM NAME | Intellectual Property Law Office of Joel D. Voelzke |
| STREET | 400 Corporate Pointe |
| INTERNAL ADDRESS | Suite 300 |
| CITY | Culver City |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90230 |
| PHONE | 310-590-4525 |
| FAX | 310-590-4526 |
| EMAIL ADDRESS | ip.law@verizon.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |

Exhibit 11 - Page 496

MGA2 1206579

| TOTAL FEE DUE | 650 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Joel D. Voelzke73/ |
| SIGNATORY'S NAME | Joel D. Voelzke |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 02/01/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Feb 01 17:21:35 EST 2007 |
| TEAS STAMP | USPTO/BAS-67.91.64.249-20 070201172135972881-770971 38-360b109de8ae221382f8a9 9f72ea22f8a-CC-673-200702 01170857707277 |

PTO Form 1478 (Rev 9/2005)
OMB No. 0651-0009 (Exp. 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77097138**
**Filing Date: 02/01/2007**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of the form of a trapezoidal cardboard box.
The applicant, MGA Entertainment, Inc., a corporation of California, having an address of 16380 Roscoe Blvd., Van Nuys, California, United States, 91406, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 028:  toys, games and playthings

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

Exhibit 11 - Page 497

MGA2 1206580

In International Class 028, the mark was first used at least as early as 07/06/2002, and first used in commerce at least as early as 07/06/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) photographs showing examples of usage of the mark.
Specimen File1

International Class 016:  cardboard boxes for toys, games and playthings

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 016, the mark was first used at least as early as 07/06/2002, and first used in commerce at least as early as 07/06/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) photographs showing examples of usage of the mark.
Specimen File1
The applicant claims ownership of U.S. Registration Number(s) 2855370 and 3102657.

The applicant hereby appoints Joel D. Voelzke and Scott R. Hansen of Intellectual Property Law Office of Joel D. Voelzke, Suite 300, 400 Corporate Pointe, Culver City, California, United States, 90230 to submit this application on behalf of the applicant. The attorney docket/reference number is 103-098.

Correspondence Information: Joel D. Voelzke
                    Suite 300
                    400 Corporate Pointe
                    Culver City, California 90230
                    310-590-4525(phone)
                    310-590-4526(fax)
                    ip.law@verizon.net (not authorized)

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right

Exhibit 11 - Page 498

MGA2 1206581

to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Joel D. Voelzke73/   Date Signed: 02/01/2007
Signatory's Name: Joel D. Voelzke
Signatory's Position: Attorney

RAM Sale Number: 673
RAM Accounting Date: 02/02/2007

Serial Number: 77097138
Internet Transmission Date: Thu Feb 01 17:21:35 EST 2007
TEAS Stamp: USPTO/BAS-67.91.64.249-20070201172135972
881-77097138-360b109de8ae221382f8a99f72e
a22f8a-CC-673-20070201170857707277

Exhibit 11 - Page 499

MGA2 1206582



Exhibit 11 - Page 500

MGA2 1206583









Exhibit 11 - Page 501

MGA2 1206584







Exhibit 11 - Page 502

MGA2 1206585



Exhibit 11 - Page 503

MGA2 I206586









Exhibit 11 - Page 504

MGA2 1206587









Exhibit 11 - Page 505

MGA2 1206588