# The United States of America

## The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Director of the United States Patent and Trademark Office*

Δ π EXHIBIT 552
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

Exhibit 12 - Page 506
MGA 0825262

US00D469687S

## (12) United States Design Patent
### Larian

(10) Patent No.: **US D469,687 S**
(45) Date of Patent: ** **Feb. 4, 2003**

(54) **TRANSPARENT DISPLAY PACKAGING**

(76) Inventor: Isaac Larian, 237 Carolwood, Los Angeles, CA (US) 90077

(**) Term: 14 Years

(21) Appl. No.: 29/158,530

(22) Filed: Apr. 3, 2002

(51) LOC (7) Cl. .................................................. 09-03
(52) U.S. Cl. ........................................ D9/415; D9/418
(58) Field of Search ............... D9/415, 418, 414, D9/430, 431, 432, 337, 416; 229/111, 112, 116.1, 117.09, 117.19, 117.21, 117.23, 117.24, 162; 206/769, 770, 771, 349, 776, 806

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,268,318 A | * | 6/1918 | Brown | 229/117.09 |
| 2,483,030 A | * | 9/1949 | Arneson | 229/117.21 |
| 2,591,593 A | * | 4/1952 | Nolan | 229/117.09 |
| 3,001,688 A | * | 9/1961 | Hokenson | 229/117.21 |
| D265,723 S | * | 8/1982 | Rosenthal | D9/418 |
| D303,088 S | * | 8/1989 | Fireman | D9/418 |
| 5,040,683 A | * | 8/1991 | Marsilio | 206/320 |
| D320,346 S | * | 10/1991 | Wagner | D9/415 |

* cited by examiner

*Primary Examiner*—Prabhakar Deshmukh
(74) *Attorney, Agent, or Firm*—Oppenheimer Wolff & Donnelly LLP

(57) **CLAIM**

The ornamental design for a transparent display packaging, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my transparent display packaging;
FIG. 2 is a front view thereof;
FIG. 3 is a right side view thereof with the left side view being a mirror image of the right side view;
FIG. 4 is a rear view thereof;
FIG. 5 is a top plan view thereof;
FIG. 6 is a bottom plan view thereof; and,
FIG. 7 is a perspective view of an alternative embodiment.

**1 Claim, 3 Drawing Sheets**



552-2

Exhibit 12 - Page 263
MGA 0825263



FIG. 2

FIG. 1

**U.S. Patent**     Feb. 4, 2003     Sheet 2 of 3     **US D469,687 S**



FIG. 4



FIG. 3

552-4

Exhibit 12 - MGA 0805265
Page 902



552-5
Exhibit 12 - Page 510
MGA 0825266