US00D523757S

# (12) United States Design Patent
## Garcia et al.

(10) Patent No.: **US D523,757 S**
(45) Date of Patent: ** **Jun. 27, 2006**

(54) **HEART SHAPED PACKAGING ASSEMBLY**

(75) Inventors: **Martha Garcia**, Pacoima, CA (US); **Aileen Storer**, Burbank, CA (US)

(73) Assignee: **MGA Entertainment, Inc.**, Van Nuys, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/200,758**

(22) Filed: **Mar. 2, 2004**

(51) LOC (8) Cl. .................................................. **09-01**
(52) U.S. Cl. ........................................ **D9/629**; D9/418
(58) Field of Classification Search ................ D3/221, D3/236, 238, 271.1, 271.3; D9/600, 614, D9/624, 629, 414, 415, 418; 206/457; 215/379–385, 215/400; 229/166.2; D11/157, 160
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,332,750 A | | 3/1920 | Pierce |
| D151,439 S | | 10/1948 | Ewing |
| D152,814 S | | 2/1949 | McGovern |
| D162,923 S | | 4/1951 | Barbieri |
| 2,636,597 A | | 4/1953 | Hinz |
| D190,529 S | | 6/1961 | Morris |
| 3,459,294 A | * | 8/1969 | Crosman et al. ............ 206/457 |
| 3,586,349 A | | 6/1971 | Green |
| 3,610,510 A | * | 10/1971 | Lowry ........................ 206/457 |
| 3,858,718 A | * | 1/1975 | Roy ............................ 206/457 |
| 4,129,210 A | | 12/1978 | Brown et al. |
| D296,871 S | | 7/1988 | Sato |
| 4,887,709 A | | 12/1989 | Shimamine |
| D322,515 S | * | 12/1991 | Her .............................. D3/221 |
| D354,908 S | * | 1/1995 | Barre .......................... D9/629 |
| D363,303 S | * | 10/1995 | Winston ...................... D9/629 |
| D375,456 S | | 11/1996 | Borgmann |
| D404,912 S | | 2/1999 | Addi |
| D440,403 S | | 4/2001 | Sandberg et al. |
| D457,096 S | * | 5/2002 | Rosner ...................... D11/157 |
| D467,138 S | * | 12/2002 | Stanphill .................. D3/271.3 |
| D468,529 S | * | 1/2003 | Sabounjian ................. D9/418 |
| D508,166 S | * | 8/2005 | Liu .......................... D3/271.1 |

* cited by examiner

*Primary Examiner*—Sandra L. Morris
(74) *Attorney, Agent, or Firm*—Joel D. Voelzke

(57) **CLAIM**

We claim the ornamental design for heart shaped packaging assembly, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of our heart shaped packaging;
FIG. **2** is a top view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a rear view thereof; and,
FIG. **7** is a left side view thereof.

**1 Claim, 3 Drawing Sheets**



Exhibit 13 - Page 511

MGA2 7132055

**U.S. Patent**  Jun. 27, 2006  Sheet 1 of 3  **US D523,757 S**



FIG. 1

Exhibit 13 - Page 512

MGA2 7132056



FIG. 2



FIG. 3



FIG. 4

Exhibit 13 - Page 513

MGA2 7132057

U.S. Patent     Jun. 27, 2006     Sheet 3 of 3     US D523,757 S



FIG. 7



FIG. 6



FIG. 5

Exhibit 13 - Page 514

MGA2 7132058