ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DECLARATION AND CERTIFICATION OF LAWRENCE DEITCH REGARDING CERTAIN DEITCH MEDIA MANAGEMENT, INC. BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**<br><br>Date: November 16, 2010<br>Time: 1:30 p.m.<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

DECLARATION OF LAWRENCE DEITCH
CV 04-9049-DOC (RNBX)

1    I, Lawrence Deitch, declare as follows:

2    1. I am a part owner and President of Deitch Media Management,
3    Inc. ("DMM"), which is located at 111 Brook Street, 3rd Floor, Scarsdale, NY
4    10583. DMM is a media and advertising company that, among other things,
5    facilitates the placement of advertising with different media outlets on behalf of
6    clients such as toy manufacturers. In general, DMM works with its clients to
7    develop media plans for the client's product(s). DMM then coordinates with
8    media buyers, who purchase specific advertising time from television networks for
9    placement of the product commercials. After the networks air the commercials,
10   the networks send invoices to the media buying companies, which pass them
11   along to DMM. The invoices specify, among other things, costs associated with
12   airing the client's commercials. DMM reviews the invoices to reconcile them
13   with the media buy, and records information from the invoices including the
14   specific commercials reported as aired and the costs charged for airing the
15   commercials. DMM then transmits the invoices to the client for payment, and
16   DMM does not retain copies of the invoices.

17   2. MGA Entertainment, Inc. ("MGA") was a DMM client during
18   the time periods including most of 2001-2007. During this time period, DMM
19   helped MGA execute media programs in both the United States and Canada.

20   3. I am familiar with DMM's computerized recordkeeping system
21   and the procedure by which data is entered into its system. During the 2001-2007
22   time period, DMM employed between 6 and 8 people. As President of DMM, I
23   have personal knowledge of the policies governing recordkeeping and the
24   procedures employed for implementing those policies and maintaining DMM's
25   business records. For example, one group of records DMM maintains is records
26   of DMM clients' commercials that air on television networks and the charges to
27   the clients associated with airing those commercials. As a regular part of DMM's
28   ordinary business practice, either I or people under my direction regularly enter

data that records information contained in invoices from different television networks. The information recorded in DMM's database includes identification of the specific television commercials the networks reported in the original invoices as aired as well as the charges to the DMM clients associated with airing those commercials. The information is recorded in DMM's database at or near the time the invoices are received from the networks. DMM's database is kept in the course of DMM's regularly conducted business activity, and is regularly maintained as part of DMM's regular practice. DMM relies in various ways on this database as an accurate record of DMM's business activities.

4. The materials attached hereto as Exhibits A through G are true and correct copies of materials I or my employees acting under my direction transmitted to MGA and its attorneys. These materials are the Media Plans prepared by Deitch for MGA for the years 2001 through 2007. These materials contain information from the DMM database described above. In general, the materials set forth a media spend plan for MGA for each of the years covered. The exhibits, years, and production numbers are as follows:

- (2001): MGA2 1504125-1504139
- (2002): MGA2 1504140-1504153
- (2003): MGA2 1504154-1504192
- (2004): MGA2 1504193-1504234
- (2005): MGA2 1504235-1504278
- (2006): MGA2 1504280-1504348
- (2007): MGA2 1504349-1504845

5. The materials attached hereto as Exhibits H through M are true and correct copies of materials I or people under my direction transmitted to MGA and its attorneys. These materials contain information culled from DMM's database described above. In general, the materials attached as Exhibit A specify

1 | amounts charged to MGA for the MGA advertisements that reported as aired ran
2 | during 2001-2007. The exhibits, years, and production numbers are as follows:
3 | • (2001): MGA2 1737920
4 | • (2002): MGA2 1737921
5 | • (2003): MGA2 1737922
6 | • (2004): MGA2 1737923-930
7 | • (2005): MGA2 1737931-938
8 | • (2006): MGA2 1737939-940
9 | • (2007): MGA2 1737941-942

6.  Each individual commercial is assigned a unique code, which is the known as an "ISCI" code. For example, in document numbered MGA2 1737920, ISCI codes appear in column E. MGA2 1737920 shows that the cost associated with airing the commercial identified by ISCI code MGBZ-1053 was $97,941 between the weeks of October 8, 2001 and December 17, 2001. *See* Ex. A at MGA2 1737920, cell Q8.

I declare under penalty of perjury of the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge. Executed this 25th day of October 2010, in Ventchester , New York.

_____
Lawrence Deitch