QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.
and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER TO PERMIT THE DEPOSITION OF MR. STOCKTON ON NOVEMBER 9, 2010**<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom:  9D<br><br>**Phase 2**<br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conference:  January 4, 2011<br>Trial Date:  January 11, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and at a time to be determined, in the Courtroom of The Honorable David O. Carter, located at 411 West Fourth Street, Santa Ana, California 92701, plaintiff Mattel, Inc. ("Mattel") will, and hereby does, move the Court pursuant to Federal Rule of Civil Procedure 26 for a protective order regarding MGA Entertainment, Inc.'s ("MGA") notice of deposition for Bryan Stockton, served on October 15, 2010.

This Motion is made on the grounds that Mr. Stockton is unavailable on or before November 1, 2010, and Mattel thus requests that this Court issue a protective order allowing Mr. Stockton's deposition to take place after the discovery cutoff on November 9, 2010.

This Motion is based upon this notice of Motion and accompanying memorandum of points and authorities, and all other matters of which the Court may take judicial notice.

**Statement of Compliance**

On October 28, 2010, lead counsel met and conferred regarding the instant motion, but could not resolve the issue presented.

DATED: October 31, 2010         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By /s/ Michael T. Zeller
                                   Michael T. Zeller
                                   Attorneys for Mattel, Inc., and Mattel de
                                   Mexico, S.A. de C.V.

00505.07975/3753949.2

-1-
MATTEL'S MOTION FOR ORDER SETTING STOCKTON DEPOSITION FOR NOVEMBER 9

On October 15, 2010, MGA noticed the deposition of Bryan Stockton for October 26, 2010. Because MGA sought to depose Mr. Stockton on issues related to closed discovery, Mattel moved for a protective order on October 21, 2010. (Dkt. No. 8979.) On October 26, 2010, the Court issued its Order granting Mattel's motion for protective order in material part. (Dkt. No. 8985.) The Court ruled that "[f]or the reasons discussed in the October 21, 2020 Order . . . MGA may not depose . . . Stockton about the 'evidence' allegedly suppressed[,]" explaining that "MGA's attempt to depose *other* individuals about 'relevant evidence allegedly suppressed – *i.e.*, evidence relevant to other claims and counterclaims in this expansive litigation – circumvents the October 4, 2010 discovery cut-off for all issues unconnected to the counterclaims in reply." Id.

The following day, October 27, Mattel and MGA discussed the scheduling of Mr. Stockton's deposition. Mattel informed MGA that Mr. Stockton was not available prior to November 1, that Mr. Stockton was flying to Chicago on October 28 for a pre-planned trip to meet his new granddaughter (and first grandchild) who had just been born, and that he was unavailable for deposition prior to the discovery cutoff.

In an attempt to accommodate both sides' schedules, Mattel proposed that Mr. Stockton be deposed on November 9, 2010, but MGA refused to consider any date after November 1. As this Court is aware, this is not the first time MGA has refused to accommodate patently important personal issues for witnesses or counsel. See Court's September 17, 2010 Order, at 2 (Dkt. No. 8756) (granting Mattel's objections to the deposition of Jerry Bossick).

Mattel respectfully requests that the Court set November 9, 2010, as the date for the deposition of Mr. Stockton. The requested extension to take this deposition after the counterclaims-in-reply discovery cutoff date is warranted in light of Mr. Stockton's personal obligations. Furthermore, taking the deposition on this date will not prejudice MGA. Indeed, MGA's opposition to Mattel's motion for protective

order did not even seriously attempt to articulate Mr. Stockton's relevance to the counterclaims-in-reply, but simply attached a handful of emails he received (as one of many recipients) as its purported justification for the deposition. Accordingly, Mattel respectfully requests that Mr. Stockton's deposition be set for November 9, 2010.

DATED: October 31, 2010     QUINN EMANUEL URQUHART & SULLIVAN, LLP

            By /s/ Michael T. Zeller
              Michael T. Zeller
             Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.