ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA HAND DELIVERY**<br><br>Date:  November 16, 2010<br>Time:  1:30 p.m.<br>Place:  Courtroom 9D<br><br>Trial Date:  January 11, 2011 |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On October 29, 2010, I served the following documents:

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

4. MGA PARTIES' OBJECTIONS TO DECLARATIONS SUBMITTED BY MATTEL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

5. MGA PARTIES' STATEMENT OF GENUINE ISSUES IN SUPPORT OF OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

6. COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

7. COMPENDIUM OF WRITTEN DISCOVERY IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

8. APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY]

9. DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

10. DECLARATION OF PAULA GARCIA IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY]

11. DECLARATION OF LEAH MARKS IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

12. DECLARATION OF NINETTE PEMBLETON IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

13. DECLARATION OF JANINE BRISBOIS IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

14. DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY]

15. DECLARATION OF YEHUDA BASSOK IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

16. DECLARATION AND CERTIFICATION OF PAUL CALDERA REGARDING CERTAIN BEACON MEDIA GROUP, LLC BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11) [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

17. MGA PARTIES' RESPONSE TO MATTEL'S CONCLUSIONS OF LAW FILED IN SUPPORT OF OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

18. NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

19. MGA PARTIES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

20. DECLARATION AND CERTIFICATION OF LAWRENCE DEITCH REGARDING CERTAIN DEITCH MEDIA MANAGEMENT, INC. BUSINESS RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11);

21. DECLARATION AND CERTIFICATION OF JODY ROGERS REGARDING CERTAIN FILMCORE DISTRIBUTION'S RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11);

PROOF OF SERVICE VIA HAND DELIVERY
CASE NO. CV 04-9049-DOC (RNBX)

by hand-delivering true and correct copies of those documents to:

<u>Counsel for Mattel. Inc.</u>

John B. Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor, Esq.
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Executed on October 29, 2010, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
                                       USA Legal Networks, Inc.