## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.   CV 04-9049 DOC (RNBx) | | Date   October 29, 2010 |
| Title   CARTER BRYANT -V- MATTEL INC. | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Annette Hurst |
| | Thomas McConville |

Proceedings:   IN CHAMBERS– PRETRIAL DISCUSSION RE JURY

  Case is not called.  Counsel are present and the Court and counsel (in the courtroom, off the record) discuss jury selection.  At present the Court is inclined to:
  6 deliberating jurors, with 6 peremptory challenges per side;
  10 alternate jurors, with 4 peremptory challenges per side;
  alternate juror to be chose at random, if a deliberating juror needs to be replaced;
  Mattel will be seated at plaintiff's table;
  MGA and Machado will be seated at defendants' table;
  counsel shall submit a statement to be read to the jurors re: seating at tables;
  jurors shall come to the courthouse and fill out the questionnaire on Wednesday, January 5, 2011,
    no counsel to be present;
  the Clerk's Office shall have January 5 and 6 to make necessary copies of questionnaires, with
    copies of questionnaires to be available to counsel on Friday, January 7, 2011;
  jury selection shall begin on Wednesday, January 12, 2011.

A tentative list of all witnesses (including impeachment and rebuttal) shall be submitted (not filed) by the parties on or before November 17, 2010.  The letter to be sent out by the jury section to obtain time-qualified jurors is discussed and agreed to; the Court will notify the jury section of language to be contained in the letter.

| | 2 | : | 10 |
|---|---|---|---|
| Initials of Preparer | kp | | |