UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                    Date: November 1, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                       NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING EX PARTE FOR ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION OF DOCUMENTS [DOCKET 9000]

MGA's *ex parte* Application for an Order to Compel Production and Supplementation of Documents [Docket 9000] was filed 24 days after the applicable discovery cut-off and is DENIED as untimely.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                            Initials of Deputy Clerk: jcb
CIVIL - GEN                                                                Page 1 of 1