# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                     Date: November 1, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  Kathy Peterson  |  Not Present  |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|:---:|:---:|

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION TO COMPEL MATTEL TO PRODUCE A 30(b)(6) WITNESS ON TOPICS 3-5 OF MGA'S SECOND AMENDED NOTICE OF DEPOSITION [DOCKET 8998]

MGA's Motion to Compel Mattel to Produce a 30(b)(6) Witness on Topics 3-5 of MGA's Second Amended Notice of Deposition [Docket 8998] is DENIED. MGA has now deposed two Mattel 30(b)(6) designees on these topics, which concern Mattel's preservation and production of documents relevant to this action. Mattel's recent production of internal communications that potentially discuss (1) knowledge about MGA's production of Bratz; (2) contemplated litigation against MGA alleging Bratz's infringement of Diva Starz; and (3) the activities of Mattel's market intelligence group, does not warrant additional deposition. Moreover, MGA has failed to show that Mattel's 30(b)(6) designee was either inadequately prepared or failed to adequately respond to questions seeking relevant information.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                     Initials of Deputy Clerk: jcb
CIVIL - GEN                     Page 1 of 1