UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                      Date: November 1, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING MOTION FOR PROTECTIVE ORDER [DOCKET 9019]

      Mattel seeks to continue the deposition of one of its witnesses so that the witness can visit his first grandchild, who was born in October 2010. MGA has refused to continue the deposition past November 1, 2010. Mattel's request for a continuance is GRANTED because the witness' desire to visit his family for this momentous occasion is plainly reasonable. Mattel's Motion requests that the deposition be continued to November 9, 2010, however, the Court declines to engage in the scheduling of depositions. Mattel is simply instructed to make the witness available for deposition within 48 hours of his return to the Los Angeles area.

      The Clerk shall serve this minute order on all parties to the action.