**\*AMENDED - 11/1/10**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 04-9049 DOC (RNBx) | | Date August 27, 2010 |
| Title CARTER BRYANT -V- MATTEL INC. | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson / Julie Barrera | Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |
| Dylan Proctor | William Molinski |

Proceedings:   FURTHER EVIDENTIARY HEARING ON MATTEL'S MOTION TO COMPEL PRODUCTION OF ATTORNEY-CLIENT COMMUNICATIONS, MGA'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 90   (**\*** Completed)

The matter is called.  Counsel state their appearances. Court and counsel confer.

Further sealed in camera evidentiary hearing continues re: attorney-client communications with only counsel for MGA present in the courtroom.  In Camera Declarations of Thomas Nolan and Kenneth Pleavan filed in response to the Court's Order to Show Cause.

In open court with all parties present, the Court continues the following matters to September 1, 2010, at 5:00 p.m.: further evidentiary hearing on Mattel's Motion to Compel Production of Attorney-Client Communications, MGA's Objections to Discovery Matter Order No. 90, IGWT 826 Investments, LLC's Motion for Judgment on the Pleadings [8581], Mattel's Ex Parte Application to Strike MGA's August 10, 2010 Motions to Compel [8515], Mattel's Ex Parte Application for Expedited Discovery on MGA's Purported "Compulsory Counterclaims-In Reply" [8640], and MGA Parties' Exparte Application to Strike Docket No 8486 [8522].

The parties shall each submit by August 31, 2010 a compilation of all depositions and trial testimony (including interrogatories) re Larian's belief of conception date of Bratz, how he learned of conception date and all efforts he took to learn of conception date of Bratz.

|   |   |   |
|---|---|---|
| | 1 | : 30 |
| Initials of Preparer | kp | |