**\* AMENDED 11-1-10**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                         Date    September 1, 2010

Title    CARTER BRYANT -V- MATTEL INC.

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson<br>Julie Barrera | Maria Dellaneve<br>Jane Sutton-Rule | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

John Quinn                                     Annette Hurst
Michael Zeller                                 Thomas McConville
                                               William Molinski

Proceedings:    \* NON-EVIDENTIARY HEARING RE: MATTEL'S MOTION TO COMPEL PRODUCTION OF ATTORNEY-CLIENT COMMUNICATIONS; FURTHER HEARING RE: MGA'S OBJECTIONS TO DISCOVERY MATTER ORDER NO. 90, IGWT 826 INVESTMENTS MOTION FOR JUDGMENT ON THE PLEADINGS [8581], MATTEL'S EX PARTE APPLICATION TO STRIKE MGA'S AUGUST 10, 2010 MOTIONS TO COMPEL [8515], MATTEL'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY ON MGA'S PURPORTED "COMPULSORY COUNTERCLAIMS-IN REPLY" [8640], MGA PARTIES' EX PARTE APPLICATION TO STRIKE DOCKET NO 8486 [8522]

    Cause called and parties state their appearances. Court and counsel confer.  Tentative Orders are given to the parties of which a copy is attached.

    Judge Smith appears telephonically and confers with Court and counsel.  The Court signs Orders re Report and Recommendation of Electronic Discovery Special Master Re Compensation for court-Appointed E-Discovery Consultant (August 15, 2010) and Report and Recommendation of Electronic Discovery Special Master (08/19/10) and copies given to counsel.

    The Court continues the matters to September 2, 2010 at 3:00 p.m.  Judge Smith will be present on September 2, 2010.

                                                            4  :  05

                                     Initials of Preparer    jcb