**\* AMENDED 11-1-10**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 04-9049-DOC(RNBx)                         Date    September 2, 2010

Title    CARTER BRYANT -V- MATTEL INC.

Present: The Honorable    David O. Carter, U.S. District Judge

|  | Maria Dellaneve | |
|---|---|---|
| Julie Barrera | Jane Sutton-Rule | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

John Quinn                                                  Annette Hurst
Michael Zeller                                          Thomas McConville
                                                        William Molinski

Proceedings:    **\* NON-EVIDENTIARY  HEARING RE: MATTEL'S MOTION TO COMPEL PRODUCTION
OF ATTORNEY-CLIENT COMMUNICATIONS; FURTHER HEARING RE: MGA'S
OBJECTIONS TO DISCOVERY MATTER ORDER NO. 90, IGWT 826 INVESTMENTS
MOTION FOR JUDGMENT ON THE PLEADINGS [8581], MATTEL'S EX PARTE
APPLICATION TO STRIKE MGA'S AUGUST 10, 2010 MOTIONS TO COMPEL [8515],
MATTEL'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY ON MGA'S
PURPORTED "COMPULSORY COUNTERCLAIMS-IN REPLY" [8640], MGA PARTIES'
EX PARTE APPLICATION TO STRIKE DOCKET NO 8486 [8522]**

The Court, Judge Smith and counsel confer regarding Archive One.  Counsel state they have
reached an agreement regarding the following discover matters:

Motion to Compel Communications Relating to Mattel Employees [8454].  Mattel has provided
narrow documents and MGA agrees to them.

Motion for Protective Order for Mattel's First Phase 2 Notice of Deposition of MGA Mexico [8465]
and Second Phase 2 of MGA Mexico [8466].  MGA will provide a witness for a day and a half.

Motion for Discovery regarding MGA parties' Objections to One Portion of the Discovery master
Order No. 98  [8246].  MGA submits to objections 98, which is acceptable to Mattel.

Tentative Order is distributed to parties.  The Court, Judge Smith and counsel confer further .  The
Court hears argument as stated on the record.  The Court continues the matters to September 3, 2010 at 3:00
p.m.

                                                                    2  :  28

                                        Initials of Preparer    jcb