1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
5
   WILLIAM A. MOLINSKI (State Bar No. 145186)
6  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. McCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12  Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR NEW TRIAL AND VACATING VERDICTS** |

The Court, having considered the MGA Parties' Motion for New Trial, and all papers filed in opposition and in support thereof, HEREBY ORDERS as follows:

For the reasons set forth in this Court's Order of October 29, 2010, Dkt. No. 9021, the MGA Parties' Motion for New Trial is GRANTED.

As a result, the verdicts reached by the jury, any findings made by the jury, and any damages awarded by the jury in connection with what was termed Phase 1 of the case are hereby vacated in their entirety. Specifically, the verdicts and findings that appear in the document entitled Final Form as Given, Dkt. No. 4125, are vacated in their entirety. The verdicts, findings, and awards of damages that appear in the document entitled Phase B Verdict Form as Given, Dkt. No. 4279, are vacated in their entirety.

In addition, and consistent with this Court's Order granting the Motion for New Trial, and in order to effectual that order completely, the Court also hereby vacates those orders and findings giving rise to the errors identified in the Order of October 29, 2010, and vacates those orders and findings that led to or followed Dkt. Nos. 4125 and 4279 and that reflect and/or result from one or more of those same errors, including:

a. that the Inventions Agreement is valid and enforceable, *see* Dkt. No. 3285, Dkt. No. 3286;

b. that the term "inventions" as used in the Inventions Agreement included all Bratz-related designs, improvements, ideas, concepts, and copyrightable subject matter, *see* Dkt. No. 3285, Dkt. No. 3286.

c. that Carter Bryant owed and breached a fiduciary duty to Mattel, *see* Dkt. No. 3285, Dkt. No. 3286;

d. that Carter Bryant owed and breached a duty of loyalty to Mattel, *see* Dkt. No. 3285, Dkt. No. 3286;

e. that the elements of any Mattel claim, including Mattel's claim for

1 | intentional interference with contract are met as a matter of law, *see* Dkt. No. 3285
2 | at 6, Dkt. No. 3285, Dkt. No. 3286;
3 |     f. that the issue of fraudulent concealment should be presented to the jury, *see*
4 | Dkt. No. 3902.

**It is so ORDERED.**

Dated: _____, 2010

                                      David O. Carter
                                      United States District Judge