ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA'S MOTION TO COMPEL MATTEL RE: ENTERPRISE VAULT**<br><br>**Hon. David O. Carter** |

1  The Court having considered MGA Parties' Motion to Compel Mattel Re:
2  Enterprise Vault, and all supporting and opposing papers, hereby grants MGA's
3  Motion and orders Mattel to:
4      (1) produce by November 5, 2010 a list of all custodians whose email is
5  present in Enterprise Vault and the date ranges of email for each such custodian
6  present in the vault;
7      (2) produce all non-privileged, non-private email of custodian Robert Eckert
8  from Enterprise Vault subject to the supervision of the Electronic Discovery Special
9  Master and ILS;
10     (3) produce by November 9, 2010 a 30(b)(6) witness fully prepared to
11 explain (a) all search terms used for all searches in the Enterprise Vault, or any
12 subpart thereof, that have been made by Mattel to satisfy its discovery obligations
13 in this action (if any) and (b) any other collections or searches of the Enterprise
14 Vault that have been made by Mattel to satisfy its discovery obligations in this
15 action;
16     (4) permit the Electronic Discovery Special Master and ILS to conduct
17 searches of Enterprise Vault for the list of search terms supplied by MGA as
18 Appendix A to the Motion, and require Mattel to produce all non-privileged
19 documents responsive to such search terms by December 1, 2010.

20 **IT IS SO ORDERED.**

22 Dated: _____, 2010     _____
23                                        Hon. David O. Carter

- 1 -

[PROP] ORDER GRANTING MGA'S MTN TO COMPEL
RE: ENTERPRISE VAULT
CV 04-9049 DOC (RNBx)