```
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
```

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DECLARATION OF SAMUEL S. RUBIN IS SUPPORT OF MGA'S MOTION TO COMPEL MATTEL RE: ENTERPRISE VAULT** |

I, Samuel S. Rubin, declare as follows:

1. I am a Director of Digital Forensics at Stroz Friedberg LLC (Stroz Friedberg). Stroz Friedberg provides consulting and investigative services in the areas of computer and digital forensics and electronic discovery.

2. As Director of Digital Forensics and Investigations, I have managed and coordinated data preservation in enterprise-wide, multi-terabyte collection efforts.

3. I am familiar with data archiving tools and solutions used in the industry for archiving electronic information including emails.

4. I assessed the Symantec Enterprise Vault (SEV), a data archiving tool available from Symantec Corporation. I reviewed documentation related to SEV. Attached as Exhibit 1 is a true and correct copy of the data sheet of Symantec Enterprise Vault Discovery Accelerator available from Symantec Corporation that I reviewed.

5. Symantec Enterprise Vault Discovery Accelerator allows a user to conduct searches on SEV. "Searches can be executed based on multiple criteria, including custodian, date range, classification, and keywords, utilizing Boolean fields and attachment types to shape results." *See* Ex. 1 at 2.

6. Based on SEV documentation, SEV Discovery Accelerator can easily provide (a) a list of custodians whose email is present in SEV; and (b) information from which the date range for the email for the custodians present in SEV can be determined.

I declare under penalty of perjury of the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge. Executed this 1st day of November 2010, in Los Angeles, CA.

*[signature]*
Samuel S. Rubin

OHS West:261022975.1

- 1 -

DECLARATION OF SAM S. RUBIN
CV 04-9049-DOC (RNBX)