# Exhibit 1

Case 2:04-cv-09049-DOC-RNB   Document 9034-1   Filed 11/01/10   Page 2 of 6   Page ID #:275288

Data Sheet: Archiving

# Symantec Enterprise Vault™ Discovery Accelerator
Accelerate e-discovery and simplify review

## Overview

Symantec Enterprise Vault™ Discovery Accelerator provides IT/Legal liaisons, investigators, lawyers, paralegals and HR professionals the ability to search, preserve and review information across the organization. First, Enterprise Vault provides an archiving platform that allows organizations to store, manage, and discover data from email systems, psts, nsfs, file servers, SharePoint, instant messaging platforms, databases, and more. Discovery Collector then broadens the indexing and classification of data beyond the archive to include a full spectrum of enterprise sources – desktops, laptops, network servers, storage systems, backups and other application repositories. Finally, Discovery Accelerator enables the centralized search, preservation and review of this content from a single user interface. The release of Enterprise Vault Discovery Accelerator 9.0 provides significant enhancements, including expanded content collection capability and de-duplication in both review and export.

## Key Benefits

### For Legal:

- Enable legal users to search, preserve and review multiple enterprise content sources from a single interface
- Initiate legal holds without costly and disruptive manual IT collection processes
- Access data outside of the archive on desktops, laptops, file shares, etc. and collect in a single repository for centralized preservation and legal workflow
- Conduct early case assessment with targeted searches and filtering capabilities
- Drive down 3rd party processing and review costs by culling search results using keywords, metadata and custom attributes
- Search metadata and full attachments, including approximately 500 file types
- Reduce volume of data sent to service providers and outside counsel through culling, de-duplication, and review tools
- Create and leverage multiple Discovery Accelerator databases for security and segregation of data between authorized individuals or groups (e.g., Legal, HR), or pursuant to specific requirements (for example: international data privacy requirements)
- Export to native file system and message formats (including MSG, NFS, HTML, and PST) or in load file format (including EDRM XML) for leading 3rd party review, analysis and case management applications
- De-duplicate in review prior to export to reduce legal processing and review costs

### For IT:

- Create and leverage multiple Discovery Accelerator databases for security and segregation of data between authorized individuals or groups (e.g., Legal, HR), or pursuant to specific requirements (for example: international data privacy requirements)
- Reduce IT risk by establishing chain of custody process and reporting for archived content with audit trails
- Reduce or eliminate reliance on backup tape for

Confidence in a connected world.   

Exhibit 1 - Page 2

Data Sheet: Archiving
Symantec Enterprise Vault™ Discovery Accelerator

discovery

- Minimize manual data collection and preservation processes for IT
- Allow business users hierarchical initial review
- Provide case management capability for authorized reviewers/investigators with chain of custody tracking

### Secure, hierarchical, audited search and production

Discovery Accelerator allows authorized reviewers (e.g., corporate litigation, HR, external counsel) to quickly target and pinpoint specific email and files pursuant to legal discovery, external requests, or internal investigation. Enterprise Vault Discovery Accelerator provides a high level of organization and structure to the discovery process and enables content across the enterprise to be identified, preserved, reviewed, and marked, reducing dependencies on third party vendors and outside counsel. Multiple databases can be created within Discovery Accelerator so that data can be segregated and secured for specific groups (e.g. Legal, HR), or pursuant to specific requirements (for example: international data privacy requirements). Built with scalability in mind to help search across petabytes of data from multiple content sources, Discovery Accelerator is easily administered by IT and operated by Legal and HR with secure permissions to enable granular control of sensitive data.



Figure 1. Enhance discovery process and productivity. Enterprise Vault enables automatic capture and retention of email and files.

### Flexible and efficient search options for Legal and HR

Attorneys, HR reps, and other authorized personnel can leverage Discovery Accelerator to run searches across multiple archived content sources as needed for a particular matter. Searches can be executed based on multiple criteria, including custodian, date range, classification, and keywords, utilizing Boolean fields and attachment types to shape results. Result sets can be quickly culled in the analysis phase though advanced search within a search, conversation threading and various filter capabilities offered in Guided Review. In addition, data can be de-duplicated in the review and export process, further increasing efficiencies and reducing cost. All searches can be scheduled, and ad hoc investigative search folders can be used to organize items associated with case searches. This gives the organization options, secured by rights, to run preliminary and test searches, isolate proprietary content from case audit trails, or export selected item sets for review by outside counsel.



Figure 2. Discovery Accelerator provides flexible search options, scheduled searches and Guided Review to accelerate the early case assessment and discovery process.

## Apply legal hold to archived content

A user can automatically apply legal holds to data identified as relevant to a case or multiple cases to ensure that it will not be deleted. Data on multiple legal holds will not be released until the last legal hold has been lifted. Additionally, the system can automatically run scheduled searches to add any new content to an existing legal hold. Once the case is closed, users can quickly release all holds on a case-by-case basis and allow the documents to revert to their originally scheduled deletion dates.

## Initial review and marking of items

Discovery Accelerator provides Legal with the tools to quickly and efficiently identify relevant information for early case assessment. Multiple reviewers can be assigned to review content identified by the Discovery Accelerator search. Reviewers can then mark items based on relevance, privilege, or any custom designations created.

The marks themselves can be permanently assigned to a message or groups of messages via the Discovery Accelerator production process. This means that if a privileged message has been produced from a case in DA and were to appear in review within another case in DA, it would be identified as such so it could be removed from production.

## Flexible export and production

Discovery Accelerator automates the production of relevant items, so they are ready to be produced directly to a requesting party or exported to third party vendors or outside counsel for further analysis. Through the flexible options within Discovery Accelerator, all items can be produced in their native original file formats, including Microsoft® Exchange MSG and PST format and Lotus® Domino® or Lotus Notes® NFS message formats, without having to open the original application. In addition, cases can be exported from Discovery Accelerator in load file format to leading review, analytics and case management tools.

## Improved search efficiencies through intelligent archiving

Applying context to archived content optimizes the discovery process. Symantec Enterprise Vault Automatic Classification Engine (ACE) software extends the existing capabilities of Enterprise Vault to include intelligent, content-based categorization and tagging of email. Specifically, automated classification enables Enterprise Vault to apply rules to email and to categorize messages according to content or context. This optional component can be leveraged in Discovery Accelerator to facilitate

Data Sheet: Archiving

Symantec Enterprise Vault™ Discovery Accelerator

rapid search and review. Messages can be searched, and result sets organized by category, which provides an additional level with which to pinpoint and narrow the scope of potentially relevant information.

**Symantec Enterprise Vault**

Enterprise Vault, the industry leader in content archiving, enables companies to store, manage, and discover unstructured information across the enterprise. Using a market proven architecture, Enterprise Vault provides an open, intelligent and manageable approach to improve management, reduce costs and control information risk. With unstructured information consuming a large percentage of corporate storage, Enterprise Vault archives information from messaging, file servers and collaborative systems using powerful storage optimization, classification and retention technologies. Discovery Collector then broadens the indexing and classification of data beyond the archive to include a full spectrum of enterprise sources -- network servers, storage systems, backups, application repositories, and personal computers. Together with Discovery Accelerator, these tools provide the foundation to enable a comprehensive internal e-discovery process designed to maximize efficiencies and reduce costs.

**System requirements**

*Product requirements*

- Symantec Enterprise Vault 8.0 or later with basic configurable options for capturing targeted content (for example: Microsoft Exchange or Lotus Domino Journaling)
- Dedicated Microsoft Windows Server® 2008 or Windows 2003 Server SP2
- 2 GHz Intel® Xeon™ or better dual processor
- 2–4 GB RAM
- Localized clients: English and Japanese

Enterprise Vault allows customers to leverage existing storage platforms or implement more cost-effective storage specifically designed for archiving and long-term data retention. Storage options include:

- Direct attached storage (DAS)
- Storage area network (SAN), network attached storage (NAS)
- WORM devices and content addressable storage (CAS)
- DVD/Optical/Tape (using Veritas NetBackup™)

For a complete list of requirements and supported hardware and software, please visit www.symantec.com.

*Visit Our Web Site*

http://www.symantec.com/ev

*Contact Us Today*

Call toll-free 1 (800) 745 6054

*To speak with a Product Specialist outside the U.S.*

For specific country offices and contact numbers, please visit our website.

*About Symantec*

Symantec is a global leader in providing security, storage, and systems management solutions to help businesses and consumers secure and manage their information. Headquartered in Cupertino, Calif., Symantec has

Page 4 of 5

Confidence in a connected world.   symantec.

Exhibit 1 - Page 5

operations in more than 40 countries. More information is available at www.symantec.com.

*Symantec World Headquarters*

350 Ellis St.

Mountain View, CA 94043 USA

+1 (650) 527 8000

1 (800) 721 3934

www.symantec.com

Confidence in a connected world.   

Copyright © 2010 Symantec Corporation. All rights reserved. Symantec and the Symantec logo are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.

06/10    11703648-1