| | |
|---|---|
| ANNETTE L. HURST (State Bar No. 148738) <br> ahurst@orrick.com <br> WARRINGTON S. PARKER III (State Bar No. 148003) <br> wparker@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 405 Howard Street <br> San Francisco, CA 94105 <br> Telephone: 415-773-5700 <br> Facsimile: 415-773-5759 <br><br> WILLIAM A. MOLINSKI (State Bar No. 145186) <br> wmolinski@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 777 South Figueroa Street, Suite 3200 <br> Los Angeles, CA 90017 <br> Telephone: 213-629-2020 <br> Facsimile: 213-612-2499 <br><br> THOMAS S. MCCONVILLE (State Bar No. 155905) <br> tmcconville@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 4 Park Plaza, Suite 1600 <br> Irvine, CA 92614-2258 <br> Tel: (949) 567-6700/Fax: (949) 567-6710 <br><br> Attorneys for MGA Parties | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx) <br><br> Consolidated with: <br> Case No. CV 04-9059 <br> Case No. CV 05-2727 <br><br> **DECLARATION OF SUGITHRA SOMASEKAR IN SUPPORT OF MGA PARTIES' MOTION TO COMPEL MATTEL RE: ENTERPRISE VAULT** <br><br> Date: TBD <br> Time: TBD <br> Place: TBD <br><br> Discovery Cut-off: November 1, 2010 <br> Pretrial Conference: January 4, 2011 <br> Trial Date: January 11, 2011 <br> Judge: Hon. David O. Carter |

1    I, Sugithra Somasekar, declare as follows:

2    1.   I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties"). I make this declaration in support of MGA's Motion to Compel Mattel Re: Enterprise Vault. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts under oath.

3    2.   Attached as **Exhibit 1** is a true and correct copy of the Electronic Discovery Special Master Hon. James L. Smith's Report and Recommendation of April 8, 2010.

4    3.   On October 4, 2010, at the request of Discovery Master O'Brien, MGA counsel Annette Hurst sent an email to the Special Master James Smith requesting his presence at the deposition of Mattel's 30(b)(6) witness on preservation, collection, and production of documents by Mattel in this litigation. Attached as **Exhibit 2** is a true and correct copy of this email.

5    4.   MGA raised the issues related to Mattel's Symantec Enterprise Vault with the Special Master on October 8, 2010.

6    5.   The Special Master asked Mattel and MGA to address the issues related to Mattel's Enterprise Vault in an email response to him. Attached as **Exhibit 3** is a true and correct copy of an October 8 email from the Special Master, James Smith.

7    6.   Mattel and MGA submitted their respective responses to the Special Master on October 8.

8    7.   Attached as **Exhibit 4** is a true and correct copy of an October 27 email from the Special Master on this issue.

1    8.    On October 28, 2010, the Court ordered the parties to submit all
2 motions and applications concerning Mattel's "Enterprise Vault" with the Court as
3 a matter of first impression.
4    I declare under penalty of perjury that the foregoing is true and correct and
5 that this Declaration was hereby executed on November 1, 2010 at Menlo Park,
6 California.

7 Dated:   November 1, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

              By:     /s/ *Sugithra Somasekar*
                         Sugithra Somasekar
                      Attorneys for MGA PARTIES.