# Exhibit 1

1  Hon. James L. Smith (Ret.)
   JAMS
2  500 N. State College Blvd.
   Suite 600
3  Orange, CA 92868
   Telephone: (714) 939-1300
4  Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | |
| MGA ENTERTAINMENT, INC., A California corporation, et al., | **REPORT AND RECOMMENDATION** |
| Defendant. | **OF ELECTRONIC DISCOVERY** |
| | **SPECIAL MASTER** |
| | (04/08/10) |
| AND CONSOLIDATED ACTIONS | |

The undersigned having been appointed Special Master for Electronic Discovery (Special Master) conducted telephonic hearing regarding pending e-discovery disputes on April 5, 2010. The Special Master submits the following Report and Recommendation as to the disputes addressed at the hearing.

1

# REPORT

### MGA's Request for Forensic Examination of Hard Drive of Robert Eckert

Robert Eckert (Eckert) is the CEO of Mattel and has occupied that position for approximately 10years, a period that encompasses all of the events that are addressed by this action. Eckert, during the course of several deposition sessions, has testified as to his personal practice of deleting e-mails (Deleted E-Mail) received by him from the hard drive of the computer provided to him by Mattel (Eckert Hard Drive). Eckert referred to this process as "double deleting," whereby he would read an incoming e-mail, and if he had no reason to save it, "delete" it and then periodically empty his computer "trash" by deleting there from all the files he had previously deleted. MGA contends it is this practice that creates a basis for a preliminary finding that Eckert engaged in the spoliation of evidence, and based upon that finding the Court should order the forensic examination of the Eckert Hard Drive.

Mattel responds that although the recitation above is essentially accurate as to the manner in which Eckert deleted files from the Eckert Hard Drive, it is not the full story. Mattel contends that the evidence also indicates that the Deleted E-Mail was, prior to its deletion from the Eckert Hard Drive, backed up to other media maintained by Mattel (E-Mail Server), and therefore the required predicate showing of spoliation of evidence has not been establish and there is no legal basis for requiring a forensic examination of the Eckert Hard Drive.

Not surprisingly MGA disputes this contention by Mattel, pointing out that Mattel, notwithstanding many requests by MGA, has yet to identify the E-Mail Server on which the backed up e-mail files are located.

The Special Master will recommend the Court require Mattel to provide to MGA all information necessary to identify the E-Mail Server on or before a certain date, and failing that, Mattel be required to deliver to ILS, the Court-appointed e-discovery consultant, the Eckert Hard Drive for forensic examination to recover data having discovery relevance.

## RECOMMENDATION

The Report of the Special Master is accepted and approved by the Court. The parties are directed to consider the Report in complying with all orders contained herein.

MGA's motion to compel a forensic examination of the Eckert Hard Drive is conditionally granted.

Mattel shall identify all media maintained by Mattel on which back-up copies of e-mail received or sent by Robert Eckert has been stored. Such indentifying information shall be delivered to MGA on or before April 16, 2010.

Should Mattel fail to provide the information required on or before April 16, 2010, it shall, forthwith, deliver to ILS the Eckert Hard Drive for forensic examination utilizing search terms agreed to by the parties, or failing such agreement, determined by the Special Master. If the parties are unable to agree upon the search terms to be utilized the Special Master is directed and authorized to establish and implement a process for determining the search terms to be used.

Date: April 8, 2010

James L. Smith
Special Master

**IT IS SO ORDERED.**

Date: April _____, 2010

Hon. David O. Carter
Federal District Court Judge