# Exhibit 2

|         |                                                |
|---------|------------------------------------------------|
| **From:** | Hurst, Annette                                |
| **Sent:** | Monday, October 04, 2010 10:44 PM             |
| **To:**   | 'jsmith@jamsadr.com'; 'jsmithret@gmail.com'   |
| **Cc:**   | Searcy, Marshall; 'O'Brien, Robert'           |
| **Subject:** | Deposition of Mattel's 30b6 Witness        |

Dear Judge Smith:

I am taking the deposition of Mattel's 30b6 witness on the topics of preservation, searches for, collections of and productions of documents in connection with this litigation.  Discovery Master O'Brien has asked me to send you this email inquiring whether you can be available in person or by phone when we resume this deposition becase there are issues that overlap with your jurisdiction.  We are resuming the deposition at 9:30 a.m. in our offices at 404 West Fourth Street, Santa Ana, Suite D.

Thank you for your consideration.

Sincerely,
Annette Hurst




**ANNETTE L. HURST**
*Partner*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
SAN FRANCISCO

*tel* (415) 773-4585
*fax* (415) 773-5759
ahurst@orrick.com

www.orrick.com