# Exhibit 3

**From:** jsmithret@gmail.com [mailto:jsmithret@gmail.com] **On Behalf Of** Jim Smith
**Sent:** Friday, October 08, 2010 10:20 AM
**To:** michaelzeller@quinnemanuel.com; dianehutnyan@quinnemanuel.com; josephsarles@quinnemanuel.com; Hurst, Annette; Parker, Warrington
**Subject:** Mattel v. MGA

Ladies/Gentlemen:
    As a follow-up to my earlier e-mail, here are some questions that you might address in your "informal e-mail response."

1. To what extent, if at all, has Symantec Enterprise Vault (SEV) been searched?,
2.  If yes can we get a certification from Mattel as the nature fo that search?

I've talke with ILS (Diane Barry) and she advises that SEV, although similar to ARchiveOne in function, is much easier to work with (read: more responsive to search protocols).

Thanks.  Jim Smith