# Exhibit 4

**From:** Jim Smith [mailto:jsmithret@gmail.com]
**Sent:** Wednesday, October 27, 2010 3:13 PM
**To:** michaelzeller@quinnemanuel.com; dianehutnyan@quinnemanuel.com; josephsarles@quinnemanuel.com; Hurst, Annette; Parker, Warrington
**Subject:** Mattel v. MGA

Ladies and Gentlemen:
       An inquiry has been made regarding the status of my R&R on the "Enterprise Vault Issue." Here are my tentative impressions which were shared with the Court pursuant to its request. When I received no reply from the Court I assumed the issue had been resolved in one of your "evening get-togethers". If the tentative is not acceptable please so indicate and I'll set a briefing schedule and ask Denise/Puja to schedule a conference call. My apologies for any delays.   Jim Smith

"1. Mattel clearly states that since SEV was implemented on 04/01/08, it has searched SEV "whenever the Court has required Mattel to search its active servers for information in this case. Noticeably missing from this statement is whether they search SEV when there was no specific Court order requiring a search - for instance, in response to a request for production by MGA that is not the subject of a Court order.

2. It is not clear whether SEV, once implemented on 04/01/08, only captured and archived e-mail processed by the Mattel server on or after 04/01/08, or did it go to the mailboxes of the users and retrieve and archived e-mail that had been processed prior to O4/01/08. I don't have the answer to this question yet.

What we need:
1. An unqualified certification from Mattel that:
    a. no e-mails sent, received or forwarded prior to 04/01/08 are located in SEV; and,
    b. all searches related to discovery production (whether pursuant to Court order or in response to a request for production from MGA) conducted on or after 04/01/08 have included SEV.

I'll await instructions from the Court before requesting additional briefing from the parties.
Thanks.   Jim Smith   Special Master for E-Discovery"