QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>             Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF ERRATA REGARDING (1) MATTEL, INC.'S STATEMENT OF GENUINE ISSUES IN RESPONSE TO MGA PARTIES' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT AND (2)  THE CORRECTED SUPPLEMENTAL DECLARATION OF LAURA OWENS IN SUPPORT OF MATTEL'S OPPOSITION TO MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION**<br><br>Hearing Date:   November 16, 2010<br>Time:                1;30 p.m<br>Place:               Courtroom 9D<br><br>Discovery Cutoff:    October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial:                       January 11, 2011 |

00505.07975/3753733.2

NOTICE OF ERRATA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE of the following corrections to the document
3  captioned

4      "Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To MGA
5  Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties'
6  Motion For Summary Judgment."

7

8      1. Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To
9          MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of
10         The MGA Parties' Motion For Summary Judgment inadvertently omitted
11         Mattel's responses to MGA's uncontroverted facts 526-550, 641-650,
12         735, and 736 as well as inadvertently included a number of formatting
13         errors.

14     2. The Supplemental Declaration of Laura Owens in Support of Mattel's
15         Opposition to MGA Parties' Motion for Summary Judgment in 05-2727
16         Action included tabs for our trade secret documents that referenced a
17         binder including them, rather than the "Castilla Trade Secret" numbers
18         which they should have referred to; the referencing mistake was corrected
19         and the declaration now refers to the true Castilla Trade Secret numbers
20         and bates numbers.

21     Consistent with the Court's Order dated October 4, 2010 (Docket No. 8881) and
22 the Court's Order dated October 8, 2010 (Docket No. 8914), Mattel also hereby
23 provides notice that it has lodged with the Court a thumb drive containing electronic
24 versions of Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To
25 MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA
26 Parties' Motion For Summary Judgment.

27

28

| | |
|---|---|
| 1  DATED: November 1, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | By: |
| 3 | *[signature]* |
| 4 | |
| 5 | Michael T. Zeller |
| 6 | Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |

00505.07975/3753733.2

-2-

NOTICE OF ERRATA