QUINN EMANUEL URQUHART &SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC, a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE: EXPERT REPORTS ON BEHALF OF MATTEL, INC.** |

00505.07975/3756446.2

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 2, 2010, I served true copies of the following document(s) described as

**EXPERT REPORT OF FRANK KEISER**

**EXPERT REPORT OF VALERY AGINSKY**

**EXPERT REPORT OF JOHN ALEX**

**EXPERT REPORT OF LLOYD CUNNINGHAM**

**EXPERT REPORT OF WILLIAM FLYNN**

**EXPERT REPORT OF JEFFREY KINRICH**

**EXPERT REPORT OF BRUCE GREEN**

**EXPERT REPORT OF MARK MENZ**

**EXPERT REPORT OF EDWARD BLAIR**

**EXPERT REPORT OF KENNETH HOLLANDER**

**EXPERT REPORT OF HEATHER MCCOMB**

**EXPERT REPORT OF RAVI DHAR**

**EXPERT REPORT OF MICHAEL WAGNER**

**EXPERT REPORT OF ANGEL GOMEZ**

**EXPERT REPORT OF GINGER MCRAE**

**EXPERT REPORT OF JEFFREY BRESLOW**

**EXPERT REPORT OF RALPH OMAN**

**EXPERT REPORT OF LEE LOETZ**

**EXPERT REPORT OF NICHOLAS MIRZOEFF**

**EXPERT REPORT OF MARYMAN AND ASSOCIATES**

**BY ELECTRONIC TRANSMISSION VIA FTP SERVER:** by transmitting a PDF format copy of such document(s) in this action by placing them on an FTP portal server with notice and access provided to the interested parties listed below. The transmission was reported as complete and without error.

00505.07975/3756446.2

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Annette L. Hurst<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94104<br>ahurst@orrick.com | ***Attorneys for the MGA Parties*** |
| Orrick, Herrington & Sutcliffe LLP<br>William A. Molinski<br>777 S. Figueroa St.<br>Suite 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com | ***Attorneys for the MGA Parties*** |
| Scheper Kim & Harris LLP<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>dscheper@scheperkim.com<br>acote@scheperkim.com | **Attorneys for *Carlos Gustavo Machado Gomez***<br><br>Telephone: 213.613-4655<br>Facsimile: 213.613-4656 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 2, 2010, at Los Angeles, California.

*/s/ Kristen Strayhorn*
Kristen Strayhorn