QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>          Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW, AND ACCOMPANYING DECLARATIONS AND EXHIBITS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:   November 15, 2010<br>Time:           8:30 a.m.<br>Place:          Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:      January 4, 2011<br>Trial Date:          January 11, 2011 |

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by
2    the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V.
3    (collectively, "Mattel") hereby respectfully request that the Court order filed under
4    seal Mattel, Inc.'s Motion for Partial Summary Judgment, Mattel, Inc.'s Separate
5    Statement of Uncontested Facts and Conclusions of Law, and the accompanying
6    declarations as set forth below, because they reference and quote documents,
7    depositions, and confidential business information that have been designated
8    "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the
9    MGA Parties.
10   The documents that Mattel requests be filed under seal and the support for
11   that designation are individually listed below:
12   1)   Mattel, Inc.'s Notice of Motion and Motion for Partial Summary
13        Judgment, references and quotes documents and depositions that have
14        been designated "Confidential – Attorneys' Eyes Only" by Mattel and
15        the MGA Parties.
16   2)   Mattel, Inc.'s Separate Statement of Uncontested Facts and Conclusions
17        of Law in support of Its Motion for Partial Summary Judgment
18        references and quotes documents and depositions that have been
19        designated "Confidential – Attorneys' Eyes Only" by Mattel and the
20        MGA Parties.
21   3)   Declaration of Jon D. Corey in support of Mattel, Inc.'s Motion for
22        Partial Summary Judgment, references and quotes documents and
23        depositions that have been designated "Confidential – Attorneys' Eyes
24        Only" by Mattel and the MGA Parties.
25   4)   Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motion for
26        Partial Summary Judgment, references and quotes documents and
27        depositions that have been designated "Confidential – Attorneys' Eyes
28        Only" by Mattel and the MGA Parties.

00505.07975/3723130.1
-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

5) Declaration of Richard DeAnda in support of Mattel, Inc.'s Motion for Partial Summary Judgment, discusses Mattel's protocols for protecting confidential and proprietary (i.e., Trade Secret) materials.

6) Declaration of Kim Graham in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references scope of Mattel Inventions Agreements, Conflict of Interest Questionnaire, Employee Handbooks, Code of Conduct and Exit Procedures.

7) Supplemental Declaration of Kim Graham in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references scope of Mattel Inventions Agreements and documents designated "Confidential – Attorneys' Eyes Only" by Mattel.

8) Declaration of Melissa Hogan in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references documents designated "Confidential – Attorneys' Eyes Only" by Mattel.

9) Declaration of Ricardo Ibarra Garcia in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references documents designated "Confidential – Attorneys' Eyes Only" by MGA and Mattel.

10) Declaration of Roberto Isaias in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references documents designated "Confidential – Attorneys' Eyes Only" by MGA.

11) Declaration of Alan Kaye in support of Mattel, Inc.'s Notice of Motion and Motion for Partial Summary Judgment, references confidential Mattel information.

12) Declaration of Lily Martinez in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references confidential Mattel information.

13) Declaration of Helena Mills in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references confidential Mattel business information.

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

14) Declaration of Jill Nordquist in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references Mattel Trade Secrets and a document designated "Confidential – Attorneys' Eyes Only" by MGA.

15) Declaration of Laura Owens in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references to Mattel Trade Secrets and to documents designated "Confidential – Attorneys' Eyes Only" by Mattel.

16) Declaration of Rene Pasko in support of Mattel, Inc.'s Notice of Motion and Motion for Partial Summary Judgment, references confidential Mattel business information.

17) Declaration of Michael Shore in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references a document designated "Confidential – Attorneys' Eyes Only" by MGA.

18) Declaration of Brian Stockton in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references a document designated "Confidential – Attorneys' Eyes Only" by Mattel.

19) Declaration of Jill Thomas in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references confidential Mattel business information.

20) Declaration of Steve Totzke in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references documents designated "Confidential – Attorneys' Eyes Only" by Mattel.

21) Declaration of David Traughber in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references documents designated "Confidential – Attorneys' Eyes Only" by Mattel.

22) Declaration of Michael J. Wagner in support of Mattel, Inc.'s Motion for Partial Summary Judgment, references a document designated "Confidential – Attorneys' Eyes Only" by MGA.

00505.07975/3723130.1

-4-

23)   Declaration of Guy Weisenburger in support of Mattel, Inc.'s Motion
for Partial Summary Judgment, references a document designated
"Confidential – Attorneys' Eyes Only" by MGA.

24)   Declaration of Allison Willensky in support of Mattel, Inc.'s Motion
for Partial Summary Judgment, references a document designated
"Confidential – Attorneys' Eyes Only" by Mattel.

In light of these designations, Mattel seeks permission to file each of the
above-listed documents under seal

For the foregoing reasons, Mattel requests that the Court order that Mattel,
Inc.'s Motion for Partial Summary Judgment, Mattel, Inc.'s Separate Statement of
Uncontested Facts and Conclusions of Law in support of Its Motion for Partial
Summary Judgment, Declaration of Jon D. Corey in support of Mattel, Inc.'s
Motion for Partial Summary Judgment, Declaration of B. Dylan Proctor in support
of Mattel, Inc.'s Motion for Partial Summary Judgment, Declaration of Richard
DeAnda in support of Mattel, Inc.'s Motion for Partial Summary Judgment,
Declaration of Kim Graham in support of Mattel, Inc.'s Motion for Partial Summary
Judgment, Supplemental Declaration of Kim Graham in support of Mattel, Inc.'s
Motion for Partial Summary Judgment, Declaration of Melissa Hogan in support of
Mattel, Inc.'s Motion for Partial Summary Judgment, Declaration of Ricardo Ibarra
Garcia in support of Mattel, Inc.'s Motion for Partial Summary Judgment,
Declaration of Roberto Isaias in support of Mattel, Inc.'s Motion for Partial
Summary Judgment, Declaration of Alan Kaye in support of Mattel, Inc.'s Notice of
Motion and Motion for Partial Summary Judgment, Declaration of Lily Martinez in
support of Mattel, Inc.'s Motion for Partial Summary Judgment, Declaration of
Helena Mills in support of Mattel, Inc.'s Motion for Partial Summary Judgment,
Declaration of Jill Nordquist in support of Mattel, Inc.'s Motion for Partial
Summary Judgment, Declaration of Laura Owens in support of Mattel, Inc.'s
Motion for Partial Summary Judgment, Declaration of Rene Pasko in support of

1   Mattel, Inc.'s Notice of Motion and Motion for Partial Summary Judgment,

2   Declaration of Michael Shore in support of Mattel, Inc.'s Motion for Partial

3   Summary Judgment, Declaration of Brian Stockton in support of Mattel, Inc.'s

4   Motion for Partial Summary Judgment, Declaration of Jill Thomas in support of

5   Mattel, Inc.'s Motion for Partial Summary Judgment, Declaration of Steve Totzke in

6   support of Mattel, Inc.'s Motion for Partial Summary Judgment, Declaration of

7   David Traughber in support of Mattel, Inc.'s Motion for Partial Summary Judgment,

8   Declaration of Michael J. Wagner in support of Mattel, Inc.'s Motion for Partial

9   Summary Judgment, Declaration of Guy Weisenburger in support of Mattel, Inc.'s

10  Motion for Partial Summary Judgment, and Declaration of Allison Willensky in

11  support of Mattel, Inc.'s Motion for Partial Summary Judgment., be filed under seal.

12

13  DATED:  October 12, 2010         QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP
14

15                              By
16                                   Michael T. Zeller
                                     Attorneys for Mattel, Inc., and Mattel de
17                                   Mexico. S.A. de C.V.

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3723130.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL