QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW, AND ACCOMPANYING DECLARATIONS AND EXHIBITS |

1                                      [~~PROPOSED~~] ORDER

2          Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s

3 Motion for Partial Summary Judgment, Separate Statement of Uncontested Facts

4 and Conclusions of Law, and Accompanying Declarations and Exhibits, and good

5 cause appearing therefore,

6          IT IS HEREBY ORDERED:

7        The following documents are ORDERED filed under seal pursuant to

8 Local Rule 79-5.1:

9       1)     Mattel, Inc.'s Notice of Motion and Motion for Partial Summary

10                Judgment; Memorandum of Points and Authorities;

11       2)     Mattel, Inc.'s Separate Statement of Uncontested Facts and Conclusions

12                of Law in support of Its Motion for Partial Summary Judgment;

13       3)     Declaration of Jon D. Corey in support of Mattel, Inc.'s Motion for

14                Partial Summary Judgment;

15       4)     Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motion for

16                Partial Summary Judgment;

17       5)     Declaration of Richard DeAnda in support of Mattel, Inc.'s Motion for

18                Partial Summary Judgment;

19       6)     Declaration of Kim Graham in support of Mattel, Inc.'s Motion for

20                Partial Summary Judgment;

21       7)     Supplemental Declaration of Kim Graham in support of Mattel, Inc.'s

22                Motion for Partial Summary Judgment;

23       8)     Declaration of Melissa Hogan in support of Mattel, Inc.'s Motion for

24                Partial Summary Judgment;

25       9)     Declaration of Ricardo Ibarra Garcia in support of Mattel, Inc.'s

26                Motion for Partial Summary Judgment;

27      10)     Declaration of Roberto Isaias in support of Mattel, Inc.'s Motion for

28                Partial Summary Judgment;

1      11)    Declaration of Alan Kaye in support of Mattel, Inc.'s Notice of Motion
2              and Motion for Partial Summary Judgment;

3      12)    Declaration of Lily Martinez in support of Mattel, Inc.'s Motion for
4              Partial Summary Judgment;

5      13)    Declaration of Helena Mills in support of Mattel, Inc.'s Motion for
6              Partial Summary Judgment;

7      14)    Declaration of Jill Nordquist in support of Mattel, Inc.'s Motion for
8              Partial Summary Judgment;

9      15)    Declaration of Laura Owens in support of Mattel, Inc.'s Motion for
10            Partial Summary Judgment;

11     16)    Declaration of Rene Pasko in support of Mattel, Inc.'s Notice of
12           Motion and Motion for Partial Summary Judgment;

13     17)    Declaration of Michael Shore in support of Mattel, Inc.'s Motion for
14           Partial Summary Judgment;

15     18)    Declaration of Brian Stockton in support of Mattel, Inc.'s Motion for
16           Partial Summary Judgment;

17     19)    Declaration of Jill Thomas in support of Mattel, Inc.'s Motion for
18           Partial Summary Judgment;

19     20)    Declaration of Steve Totzke in support of Mattel, Inc.'s Motion for
20           Partial Summary Judgment;

21     21)    Declaration of David Traughber in support of Mattel, Inc.'s Motion for
22           Partial Summary Judgment;

23     22)    Declaration of Michael J. Wagner in support of Mattel, Inc.'s Motion
24           for Partial Summary Judgment;

25     23)    Declaration of Guy Weisenburger in support of Mattel, Inc.'s Motion
26           for Partial Summary Judgment; and

27

28

1  24)   Declaration of Allison Willensky in support of Mattel, Inc.'s Motion

2  for Partial Summary Judgment.

3

4                                          *David O. Carter*

5  DATED:    10·13         . 2010

6                                          Hon. David O. Carter
                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28