Name & Address:
Thomas S. McConville (State Bar No. 155905)
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT <br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware Corporation <br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049-DOC (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** CORRECTED APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT; CORRECTED COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See list of documents described above.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| November 2, 2010 <br> Date | /s/ Thomas S. McConville <br> Attorney Name <br> Thomas S. McConville <br> Party Represented <br> MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)      **NOTICE OF MANUAL FILING**      American LegalNet, Inc. <br> www.Forms*Workflow*.com