ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |

1  The Court, having been informed by MGA Parties that the following
2  documents discuss or contain reference deposition transcripts that have been
3  designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY"
4  under the Protective Order, HEREBY ORDERS that the MGA Parties may file
5  under seal the documents listed below:

6  **[CORRECTED] SEPARATE STATEMENT OF**
7  **UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**
   **IN SUPPORT OF THE MGA PARTIES' MOTION FOR**
8  **SUMMARY JUDGMENT.**

9  **IT IS HEREBY ORDERED.**

10

11  Dated: 10.22, 2010

12  _____
13  Hon. David O. Carter
    United States District Judge