**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

FILED 2010 OCT 13 AM 11:42

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,, a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br><br>**Discovery Cut-off:** October 4, 2010<br>**Pre-trial Conf.:** January 4, 2010<br>**Trial:** January 11, 2010 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

CV 04-9049 DOC (RNBx)
APPLICATION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 79-5.1, and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, in Case No. 04-9059, Carlos Gustavo Machado Gomez hereby respectfully requests that the Court order filed under seal the documents identified below.

These documents discuss, quote and attach materials that Mattel, Inc. has designated as "Confidential – Attorneys Eyes Only" pursuant to the Protective Order. Accordingly, Carlos Gustavo Machado Gomez requests that the Court order the following documents be filed under seal.

1. GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2. SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM;

3. DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM;

4. DECLARATION OF GUSTAVO MACHADO IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM;

5. GUSTAVO MACHADO'S NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN COUNTRY'S LAW IN SUPPORT OF MOTION FOR

SUMMARY JUDGMENT IN DECLARATION OF MARK E. OVERLAND [RULE 44.1];

6. DECLARATION OF MARK E. OVERLAND CONCERNING FOREIGN LAW;

7. JOINDER IN MGA PARTIES' MOTION FOR SUMMARY JUDGMENT; and

8. [Proposed] SUMMARY JUDGMENT

DATED: October 12, 2010          Respectfully submitted,

SCHEPER KIM & HARRIS LLP
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND
By:  /s/ *Alexander H. Cote*
     ALEXANDER H. COTE

/s/ *Mark E. Overland*
MARK E. OVERLAND

Attorneys for Carlos Gustavo Machado Gomez