**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,, a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br><br><br>**Discovery Cut-off:** October 4, 2010<br>**Pre-trial Conf.:** January 4, 2010<br>**Trial:** January 11, 2010 |

CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

The Court, having considered Carlos Gustavo Machado Gomez's application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under seal the following documents:

1. GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT A TO THIRD COUNTERCLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2. SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM;

3. DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM;

4. DECLARATION OF GUSTAVO MACHADO IN SUPPORT OF GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST, THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM;

5. GUSTAVO MACHADO'S NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN COUNTRY'S LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN DECLARATION OF MARK E. OVERLAND [RULE 44.1];

6. DECLARATION OF MARK E. OVERLAND CONCERNING FOREIGN LAW;

7. JOINDER IN MGA PARTIES' MOTION FOR SUMMARY JUDGMENT; and

8.   [Proposed] SUMMARY JUDGMENT

DATED: October 13, 2010

*/s/ David O. Carter*

Hon. David O. Carter
Judge, U.S. District Court

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL