UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)        Date   November 2, 2010

Title   CARTER BRYANT -V- MATTEL INC.

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:   IN CHAMBERS– ORDER STRIKING DOCUMENT

     The Court hereby orders MGA Parties' Notice of Lodging Pusuant to the Court's October 28, 2010 Order [9032] stricken.

                                                                                                                                                               :   00

Initials of Preparer   jcb