ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date: November 15, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 9D |
| AND CONSOLIDATED ACTIONS | Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2010 |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION;

2. DECLARATION OF WARRINGTON S. PARKER IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;

3. APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;

4. COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;

5. COMPENDIUM OF WRITTEN DISCOVERY IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;

6. COMPENDIUM OF ALLEGED CARTER BRYANT TRADE SECRETS IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;

7. COMPENDIUM OF ALLEGED TRADE SECRET DOCUMENTS IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT; and

8. SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT.

The above documents reference, contain, and/or attach materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

1   For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: October 12, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for MGA Parties