1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA  94105-2669
5   Telephone:  (415) 773-5700
    Facsimile:   (415) 773-5759
6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
7   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
8   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
9   Telephone:  (213) 629-2020
    Facsimile:   (213) 612-2499
10
    THOMAS S. MCCONVILLE (State Bar No. 155905)
11  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Telephone:  (949) 567-6700
    Facsimile:   (949) 567-6710
14
    Attorneys for MGA Parties
15
              UNITED STATES DISTRICT COURT
16
              CENTRAL DISTRICT OF CALIFORNIA
17
                   SOUTHERN DIVISION
18
    CARTER BRYANT, an individual,       Case No.  CV 04-9049 DOC (RNBx)
19                                       Consolidated with: Case No. CV 04-9059
                Plaintiff,               Case No. CV 05-2727
20
          v.
21                                       **Hon. David O. Carter**
    MATTEL, INC., a Delaware            [~~PROPOSED~~] ORDER GRANTING
22  corporation,                         **APPLICATION TO FILE UNDER
                                         SEAL**
23              Defendant.

24
    AND CONSOLIDATED ACTIONS
25

26

27

28
                                         [PROPOSED] ORDER GRANTING APPLICATION TO FILE
                                                          UNDER SEAL
                                                     CV 04-9049 DOC (RNBx)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1    The Court, having been informed by MGA Parties that the following

2    documents discuss or contain reference deposition transcripts that have been

3    designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY"

4    under the Protective Order, HEREBY ORDERS that the MGA Parties may file

5    under seal the documents listed below:

6        1.   **MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN**
7            **05-2727 ACTION;**

8        2.   **DECLARATION OF WARRINGTON S. PARKER IN SUPPORT**
        **OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**
9

10       3.   **APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN**
        **SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY**
11           **JUDGMENT;**

12       4.   **COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT**
        **OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**
13

14       5.   **COMPENDIUM OF WRITTEN DISCOVERY IN SUPPORT OF**
        **MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**
15

16       6.   **COMPENDIUM OF ALLEGED CARTER BRYANT TRADE**
        **SECRETS IN SUPPORT OF MGA PARTIES' MOTION FOR**
17           **SUMMARY JUDGMENT;**

18       7.   **COMPENDIUM OF ALLEGED TRADE SECRET**
19           **DOCUMENTS IN SUPPORT OF MGA PARTIES' MOTION**
        **FOR SUMMARY JUDGMENT; and**
20

21       8.   **SEPARATE STATEMENT OF UNCONTROVERTED FACTS**
        **AND CONCLUSIONS OF LAW IN SUPPORT OF THE MGA**
22           **PARTIES' MOTION FOR SUMMARY JUDGMENT.**

23

24   **IT IS HEREBY ORDERED**.

25   Dated: __10 · 13__ , 2010

26

27                                Hon. David O. Carter
                           United States District Judge

28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)