1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710
14
   Attorneys for MGA Parties

15

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18                     SOUTHERN DIVISION

19 | CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx).
20 |                               | Consolidated with:
   | Plaintiff,                    | Case No. CV 04-9059
21 |                               | Case No. CV 05-2727
   | v.                            | **Hon. David O. Carter**
22 |                               |
   | MATTEL, INC., a Delaware      | **APPLICATION TO FILE UNDER SEAL**
23 | corporation,                  |
   |                               | Discovery Cut-off: October 4, 2010
24 | Defendant.                    | Pretrial Conference: January 4, 2011
   |                               | Trial Date: January 11, 2011
25 | AND CONSOLIDATED ACTIONS      |

26

27

28

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following document:

**1) THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S OCTOBER 8, 2010 ORDER**

The MGA Parties' Notice of Lodging Pursuant to The Court's October 8, 2010 Order attaches materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

For the foregoing reason, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: October 18, 2010     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for MGA Parties