QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSE TO MGA'S REPLY IN SUPPORT OF ITS EXPEDITED MOTION TO ALLOW SERVICE OF DEPOSITION SUBPOENA VIA ELECTRONIC MAIL AND/OR POST OFFICE ADDRESS**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the Court order filed under seal Mattel's Response to MGA's Reply in Support of its Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address.

Mattel's Response to MGA's Reply in Support of its Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address quotes documents that have been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties.

In light of these designations, Mattel seeks permission to file under seal Mattel's Response to MGA's Reply in Support of its Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address, and respectfully requests that the Court order that Mattel's Response to MGA's Reply in Support of its Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address be filed under seal.

DATED: October 15, 2010    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.