Case 2:04-cv-09049-DOC-RNB   Document 9096   Filed 10/18/10   Page 1 of 2   Page ID #:277239

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S RESPONSE TO MGA'S REPLY IN SUPPORT OF ITS EXPEDITED MOTION TO ALLOW SERVICE OF DEPOSITION SUBPOENA VIA ELECTRONIC MAIL AND/OR POST OFFICE ADDRESS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Response to MGA's Reply in Support of its Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's Response to MGA's Reply in Support of its Expedited Motion to Allow Service of Deposition Subpoena Via Electronic Mail and/or Post Office Address is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: October 18, 2010

/s/ David O. Carter
Hon. David O. Carter
United States District Judge