1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  (213) 629-2020
   Facsimile:   (213) 612-2499
10
11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone:  (949) 567-6700
   Facsimile:   (949) 567-6710
14
   Attorneys for MGA Parties
15

16                UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA
18                     SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date: TBD<br>Time: TBD.<br>Place: Courtroom 9D |
| AND CONSOLIDATED ACTIONS | Discovery Cut-off: November 1, 2010<br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2010 |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. **MGA PARTIES' REPLY IN SUPPORT OF MGA'S EXPEDITED MOTION TO ALLOW SERVICE OF DEPOSITION SUBPOENA VIA ELECTRONIC MAIL AND/OR POST OFFICE ADDRESS;**

2. **DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MGA'S EXPEDITED MOTION TO ALLOW SERVICE OF DEPOSITION SUBPOENA VIA ELECTRONIC MAIL AND/OR POST OFFICE ADDRESS AND EXHIBITS THEREOF**

MGA Parties' Reply in Support of MGA's Expedited Motion to Allow Service of Deposition Subpoena via Electronic Mail and/or Post Office Address, and supporting documents reference or contain materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

Specifically, MGA Parties' Reply in Support of MGA's Expedited Motion to Allow Service of Deposition Subpoena via Electronic Mail and/or Post Office Address references and quotes from the deposition of deponent Philip Moore, which includes information designated "AEO" under the terms of the protective order.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: October 15, 2010      ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Denise M. Mingrone_____
Denise M. Mingrone
Attorneys for MGA Parties