QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' *EX PARTE* APPLICATION TO MODIFY STIPULATED PROTECTIVE ORDER TO PERMIT ACCESS TO "AEO" MATERIALS IN SUMMARY JUDGMENT FILINGS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3729864.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Opposition To MGA Parties' *Ex Parte*
4  Application To Modify Stipulated Protective Order To Permit Access To "AEO"
5  Materials In Summary Judgment Filings.

6    Mattel, Inc.'s Opposition To MGA Parties' *Ex Parte* Application To Modify
7  Stipulated Protective Order To Permit Access To "AEO" Materials In Summary
8  Judgment Filings contains quoted excerpts from Mr. Larian's deposition testimony,
9  which MGA has designated as "Attorney's Eyes Only" pursuant to the Protective
10 Order.

11   In light of the designations, Mattel seeks permission to file Mattel, Inc.'s
12 Opposition To MGA Parties' *Ex Parte* Application To Modify Stipulated Protective
13 Order To Permit Access To "AEO" Materials In Summary Judgment Filingsunder
14 seal.  For the foregoing reasons, Mattel requests that the Court order that the
15 Opposition be filed under seal.

17 DATED: October 17, 2010          QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP

19                                   By_Michael T. Zeller_____
20                                       Michael T. Zeller
                                         Attorneys for Mattel, Inc.