**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION AT SANTA ANA**

HONORABLE DAVID O. CARTER, JUDGE PRESIDING

```
CARTER BRYANT, AN INDIVIDUAL,      )
                                   )
           PLAINTIFF,              )
                                   )
     VS.                           ) SACV NO. 04-9049-DOC
                                   )
MATTEL, INC., A DELAWARE           )
CORPORATION,                       )
                                   )
           DEFENDANT.              )
_____)
CONSOLIDATED WITH MATTEL, INC., VS.)
BRYANT AND MGA ENTERTAINMENT, INC. )
VS. MATTEL, INC.                   )
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

TUESDAY, SEPTEMBER 28, 2010

5:23 P.M.

**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**411 WEST FOURTH STREET**
**SUITE 1-053**
**SANTA ANA, CALIFORNIA 92701**
**(714) 542-8409**
**D.PARKER@IX.NETCOM.COM**

2

```
 1   APPEARANCES OF COUNSEL:

 2        FOR THE DEFENDANT, MATTEL, INC.:

 3                         MICHAEL ZELLER
                           JOHN QUINN
 4                         QUINN EMANUEL URQUHART
                           865 SOUTH FIGUEROA STREET
 5                         10TH FLOOR
                           LOS ANGELES, CALIFORNIA 90017
 6                         (213) 443-3000

 7
          FOR THE INTERVENOR, MGA ENTERTAINMENT, INC.:
 8
                           ANNETTE L. HURST
 9                         ORRICK, HERRINGTON & SUTCLIFFE, LLP
                           THE ORRICK BUILDING
10                         405 HOWARD STREET
                           SAN FRANCISCO, CALIFORNIA 94105
11                         (415) 773-5740

12                         THOMAS S. MCCONVILLE
                           ORRICK, HERRINGTON & SUTCLIFFE, LLP
13                         4 PARK PLAZA
                           SUITE 1600
14                         IRVINE, CALIFORNIA 92614
                           (949) 567-6700
15

16

17

18

19

20

21

22

23

24

25
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

1           SANTA ANA, CALIFORNIA; TUESDAY, SEPTEMBER 28, 2010;
2                              5:23 P.M.
3                              -OOO-
4           THE COURT:  WE'RE BACK ON THE RECORD.
5           ANNETTE, HERE'S WHAT I WANT TO KNOW.
6           BOTH COUNSEL ARE PRESENT FROM MATTEL AND FROM
7    BRATZ.
8           I HAVE ONE VERY QUICK QUESTION:  MGA ARGUES AND
9    HAS ARGUED TO ME THAT THE COUNTERCLAIMS IN REPLY RELATE BACK
10   TO THE FILING OF MATTEL'S FIRST COMPLAINT, BECAUSE THE CLAIM
11   IN MATTEL'S FIRST COMPLAINT MADE MGA'S COUNTERCLAIMS
12   COMPULSORY.  IF THAT WERE THE CASE, THEN THE FAILURE TO
13   ASSERT THE COUNTERCLAIMS IN ITS REPLY -- IN YOUR REPLY TO
14   MATTEL'S FIRST PLEADING WOULD HAVE WAIVED SUCH CLAIM AND
15   PRECLUDED MGA BY *RES JUDICATA* FROM BRINGING SUIT UPON THOSE
16   CLAIMS IN THE FUTURE, UNDER *DRAGOR SHIPPING CORPORATION*
17   *VERSUS UNION TANK CAR COMPANY*.  THE CITE IS 378 F.2D 241,
18   245, WHICH IS A NINTH CIRCUIT, 1967 CASE, WHICH REFERS TO
19   CONCLUSIVE EFFECT OF FAILURE TO PLEAD COMPULSORY
20   COUNTERCLAIMS.
21          IT SEEMS SOMEWHAT INTUITIVE TO ME -- AND THIS IS
22   JUST TENTATIVELY -- BUT IS THERE ANY AUTHORITY FOR THE
23   PROPOSITION THAT MGA'S IGNORANCE OF THESE CLAIMS LIFTED ITS
24   OBLIGATIONS TO FILE THE CLAIMS, ASSUMING THEY WERE
25   COMPULSORY?

```
 1              YOU CAN BRIEF IT TONIGHT, IF YOU WANT TO.  I'LL
 2   MEET YOU HERE AT 6:30, TOMORROW MORNING.  I'LL GIVE YOU TIME
 3   TO THINK ABOUT THAT, AND I'LL REPEAT THE QUESTION TO YOU.
 4              DO YOU WANT ME TO REPEAT IT?  GOT IT?
 5              MS. HURST:  YES.
 6              THE COURT:  GOT IT?
 7              MR. ZELLER:  YES, I DO.
 8              THE COURT:  DO YOU WANT TO BRIEF IT?  DO YOU WANT
 9   TO RESPOND TO IT NOW?  DO YOU WANT TO DO IT OFF-THE-CUFF?
10   DO YOU WANT TO THINK ABOUT IT?
11              MS. HURST:  I CAN MAKE AN INITIAL RESPONSE NOW.
12              THE COURT:  NO, NO.  THIS ISN'T GOING TO GET
13   BIFURCATED OUT.  IN OTHER WORDS, THAT'S GOING TO BE IT.
14              MS. HURST:  THEN, I WANT TO TAKE A LOOK AT THE
15   CASE THE COURT HAS CITED --
16              THE COURT:  YEAH, I THOUGHT YOU MIGHT.
17              MS. HURST:  -- AND COME BACK TOMORROW.
18              THE COURT:  I THOUGHT YOU MIGHT.  THEN, I WANT YOU
19   HERE AT 7:00 O'CLOCK.
20              MR. ZELLER:  7:00 A.M., YOUR HONOR?
21              THE COURT:  ARE YOU OKAY?
22              THAT'S RIGHT.  NO, YOU'RE RIGHT, BECAUSE IT COULD
23   BE TONIGHT.
24              MY APOLOGIES.  WHICH WOULD YOU PREFER?
25              MR. ZELLER:  I'M AT YOUR DISPOSAL.
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
 1            THE COURT:  7:00 O'CLOCK, TOMORROW MORNING.  THAT
 2   GIVES YOU TIME TO LOOK AT IT, BECAUSE YOU'RE GOING TO HAVE
 3   ONE CHANCE AND ONE ANSWER.
 4            MS. HURST:  GOT IT.  THANK YOU, YOUR HONOR.
 5       (AT 5:25 P.M., PROCEEDINGS WERE ADJOURNED.)
 6
 7                            -OOO-
 8
 9                          CERTIFICATE
10            I HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
11   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
12   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
13   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
14   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE
15   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
16
17   DATE:  OCTOBER 3, 2010
18
19
20                          _____
21                          DEBORAH D. PARKER, OFFICIAL REPORTER
22
23
24
25
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*