QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 1 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | [PROPOSED] ORDER GRANTING THE APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA PARTIES' *EX PARTE* APPLICATION TO MODIFY STIPULATED PROTECTIVE ORDER TO PERMIT ACCESS TO "AEO" MATERIALS IN SUMMARY JUDGMENT FILINGS |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition To MGA Parties' Ex Parte Application To Modify Stipulated Protective Order To Permit Access To "AEO" Materials In Summary Judgment Filings,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition To MGA Parties' Ex Parte Application To Modify Stipulated Protective Order To Permit Access To "AEO" Materials In Summary Judgment Filings is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: *October 18* . 2010   *David O. Carter*
Hon. David O. Carter
United States District Judge

[PROPOSED] ORDER

05.07975/3729863.1