1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
4   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
5   Facsimile:  (213) 443-3100

6   Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.

7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9                        SOUTHERN DIVISION

10

MATTEL, INC., a Delaware
11  corporation,

12            Plaintiff,

13       vs.

14  MGA ENTERTAINMENT, INC., a
    California corporation, et. al.,
15
              Defendants.
16  _____

17  AND CONSOLIDATED ACTIONS

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

APPLICATION TO FILE UNDER SEAL
MATTEL, INC.'S OPPOSITION TO *EX
PARTE* APPLICATION FOR ORDER TO
COMPEL PRODUCTION AND
SUPPLEMENTATION OF
DOCUMENTS

[[Proposed] Order Filed Concurrently
Herewith]

Date: TBD
Time: TBD
Courtroom: 9D

Discovery Cut-off:      October 4, 2010
Pre-trial Conf:         January 4, 2011
Trial Date:             January 11, 2011

00505.07975/3727730.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3  Court order filed under seal Mattel, Inc.'s Opposition to *Ex Parte* Application for

4  Order to Compel Production and Supplementation of Documents.

5    Mattel, Inc.'s Opposition to *Ex Parte* Application for Order to Compel

6  Production and Supplementation of Documents references and quotes documents

7  that have been designated "Confidential – Attorneys' Eyes Only" by the MGA

8  Parties.

9    In light of these designations, Mattel seeks permission to file Mattel, Inc.'s

10  Opposition to *Ex Parte* Application for Order to Compel Production and

11  Supplementation of Documents under seal.

12    For the foregoing reasons, Mattel requests that the Court order that Mattel,

13  Inc.'s Opposition to *Ex Parte* Application for Order to Compel Production and

14  Supplementation of Documents be filed under seal.

15

16  DATED:  October 30, 2010          QUINN EMANUEL URQUHART &
                                       SULLIVAN. LLP
17

18
                                       By  /s/ Michael T. Zeller
19                                         Michael T. Zeller
                                           Attorneys for Mattel, Inc. and
20                                         Mattel de Mexico. S.A. de C.V.

21

22

23

24

25

26

27

28

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL