QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND OMNIBUS MOTION TO ENFORCE AND COMPEL RE COUNTERCLAIMS-IN-REPLY DISCOVERY MATTERS**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3756797.1

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the Court order filed under seal Mattel, Inc.'s Notice of Motion and Omnibus Motion to Enforce and Compel Re Counterclaims-in-Reply Discovery Matters.

Mattel, Inc.'s Notice of Motion and Omnibus Motion to Enforce and Compel Re Counterclaims-in-Reply Discovery Matters and quotes deposition testimony and documents that have been designated "Confidential – Attorneys' Eyes Only" by the Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file under seal Mattel, Inc.'s Notice of Motion and Omnibus Motion to Enforce and Compel Re Counterclaims-in-Reply Discovery Matters.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Notice of Motion and Omnibus Motion to Enforce and Compel Re Counterclaims-in-Reply Discovery Matters be filed under seal.

DATED: November 1, 2010  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.