**EXHIBIT A**
MATTEL'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THING TO ISAAC LARIAN (COUNTERCLAIMS IN REPLY)
Dated October 15, 2010

| No. | RFP |
| --- | --- |
| 1 | All DOCUMENTS REFERRING OR RELATING TO YOUR purchases or sales (including short sales) of any MATTEL SECURITY from December 1, 2004, to the present. |
| 2 | All DOCUMENTS REFERRING OR RELATING TO YOUR offers or orders (including conditional, limit or stop orders), to purchase or sell (including short sell) any MATTEL SECURITY from December 1, 2004, to the present, whether or not such offers or orders were ever accepted or filled. |
| 3 | DOCUMENTS sufficient to IDENTIFY each PERSON YOU instructed to purchase, sell (including short sell), or offer to purchase or sell (including short sell) any MATTEL SECURITY on YOUR behalf, from December 1, 2004, to the present. |
| 4 | All COMMUNICATIONS REFERRING OR RELATING TO MATTEL between YOU and any PERSON YOU instructed to purchase, sell (including short sell), or offer to purchase or sell (including short sell) any MATTEL SECURITY on YOUR behalf, from December 1, 2004, to the present. |
| 5 | All COMMUNICATIONS REFERRING OR RELATING TO MATTEL between YOU and any financial analyst, securities analyst, equity analyst, investment analyst, stock market analyst, or financial reporter or other PERSON in the financial media, from December 1, 2004, to the present. |
| 6 | All COMMUNICATIONS REFERRING OR RELATING TO any MATTEL Security between YOU and any financial analyst, securities analyst, equity analyst, investment analyst, stock market analyst, or financial reporter or other PERSON in the financial media, from December 1, 2004, to the present. |
| 7 | All COMMUNICATIONS REFERRING OR RELATING TO effects or possible effects of the above-captioned consolidated cases on the value of MATTEL or any MATTEL SECURITY, between YOU and any financial analyst, securities analyst, equity analyst, investment analyst, stock market analyst, or financial reporter or other PERSON in the financial media, from December 1, 2004, to the present. |
| 8 | All COMMUNICATIONS REFERRING OR RELATING TO any suggestion, encouragement or advice YOU provided to any PERSON to buy or sell (including short sell) any MATTEL SECURITY, from December 1, 2004 to the present. |