**EXHIBIT B**
EXCERPTED REQUESTS FROM MATTEL, INC.'S SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. REGARDING REPLY TO THE FOURTH AMENDED ANSWER
Dated August 25, 2010

| Request No. | Request For Production |
|---|---|
| 52 | ALL DOCUMENTS REFERRING TO OR RELATING TO YOUR contacts with THE MARKET INTELLIGENCE GROUP at any time when they were not employed by YOU, including but not limited to any efforts by YOU to hire them or use their services. |
| 53 | ALL DOCUMENTS REFERRING TO OR RELATING TO BRAWER's knowledge of MATTEL's alleged misappropriation of MGA'S UNRELEASED PRODUCT INFORMATION or the ALLEGED TRADE SECRET MATERIALS. |
| 54 | ALL DOCUMENTS REFERRING OR RELATING TO COMMUNICATIONS between BRAWER and MGA regarding any aspect of MATTEL's alleged misappropriation of MGA'S UNRELEASED PRODUCT INFORMATION or the ALLEGED TRADE SECRET MATERIALS, as alleged in the REPLY TO THE FOURTH AMENDED ANSWER. |
| 55 | ALL DOCUMENTS REFERRING OR RELATING TO COMMUNICATIONS between YOU and BRAWER regarding the MARKET INTELLIGENCE GROUP. |
| 72 | ALL DOCUMENTS REFERRING TO OR RELATING TO BRAWER's knowledge of MATTEL's alleged misappropriation of MGA'S CONFIDENTIAL INFORMATION. |