1  SCHEPER KIM & HARRIS LLP
   DAVID C. SCHEPER (State Bar No. 120174)
2  dscheper@scheperkim.com
   ALEXANDER H. COTE (State Bar No. 211558)
3  acote@scheperkim.com
   601 W. Fifth Street, 12th Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 613-4655
5  Facsimile:   (213) 613-4656

6  LAW OFFICES OF MARK E. OVERLAND
   MARK E. OVERLAND (State Bar No. 38375)
7  mark@overlaw.net
   100 Wilshire Blvd., Suite 950
8  Santa Monica, CA 90401
   Telephone: (310) 459-2830
9  Facsimile: (310) 459-4621

10 Attorneys for Carlos Gustavo Machado Gomez

11                UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

13 | CARTER BRYANT, an individual,      | CASE NO. CV 04-9049 DOC (RNBx)
14 |         Plaintiff,                 | Consolidated with:
   |                                    | Case No. CV 04 9059
15 |     v.                             | Case No. CV 05-2727
16 | MATTEL, INC., a Delaware           | **PROOF OF SERVICE**
   | corporation,                       |
17 |                                    |
   |         Defendant.                 |
18 |                                    |
19 | AND CONSOLIDATED ACTIONS.          |
20

POS (10-29-10).doc                                        CV 04-9049 DOC (RNBx)
                         PROOF OF SERVICE

Case 2:04-cv-09049-DOC-RNB   Document 9125   Filed 11/03/10   Page 2 of 3   Page ID
#:277660

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

On October 29, 2010, I served true copies of the following document(s) described as:

1. APPLICATION TO FILE UNDER SEAL

2. [PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

3. GUSTAVO MACHADO'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

4. JOINDER IN MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

5. NOTICE OF MANUAL FILING

on the interested parties in this action as follows:

Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com

Dylan Proctor, Esq.
dylanproctor@quinnemanuel.com

Jon D. Corey, Esq.
joncorey@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan, LLP
865 So. Figueroa St., 10th Fl.
Los Angeles, CA 90017-2543

Annette L. Hurst, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St.
San Francisco, CA 94104
ahurst@orrick.com

William A. Molinski, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa St., Ste. 3200
Los Angeles, CA 90017
wmolinski@orrick.com

Thomas McConville, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Ste. 1600
Irvine, CA 92614
tmcconville@orrick.com

POS (10-29-10).doc

CV 04-9049 DOC (RNBx)

PROOF OF SERVICE

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission from e-mail address **acote@scheperkim.com** on October 29, 2010, by transmitting a PDF format copy of such documents to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2010, at Los Angeles, California.

_____
Pam Poloski