# **ATTACHMENT A**

1. MATTEL, INC.'S CORRECTED OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

2. MATTEL INC.'S APPENDIX TO THE CORRECTED STATEMENT OF GENUINE ISSUES IN RESPONSE TO MGA PARTIES' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT

3. THE CORRECTED DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

4. THE CORRECTED DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION

5. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS

6. PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS