QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>    Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S SECOND NOTICE OF ERRATA REGARDING MATTEL, INC.'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS<br><br>Hearing Date: November 16, 2010<br>Time: 1;30 p.m<br>Place: Courtroom 9D<br><br>Discovery Cutoff: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial: January 11, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following corrections to the document captioned

1. Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action inadvertently included the wrong Docket Numbers on page 57 line 11 and page 58 line 4.  The correct Docket Numbers should now read "Dkt. No. 3611" and "Dkt. No. 3286" respectively.  Additionally, page xvii line 25 of the Table of Authorities inadvertently omitted the full citation for Zuill v. Shanahan and page 78 fn 23 also now contains the citation to Zuill v.Shanahan.  Three typographical errors were also inadvertently included on pages 42, 43, and 78.  On page 42 line 25, the citation has been changed to "Dkt. No. 63, at 12."  On page 43 line 18, the last word in the parenthetical has been changed to "answer."  On page 99 line 9, "MF L1, L32" has been changed to "MF L1-L32."

2. Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment inadvertently omitted entries in the right-hand column of Mattel's Facts and Evidence to entries 58, 63, 177, 213, and 644.  These entries have been separately added and appear in Mattel Inc.'s Appendix To The Corrected Statement of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment.

3. The Declaration Of Tamar Buchakjian In Support Of Mattel's Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action inadvertently omitted Exhibit number 171, a true and correct copy of excerpts of the Deposition Transcript of Mattel, Inc. 30(b)(6) (Robert

1  Eckert), dated October 4, 2010, Vol. 3 at 249:20-250:4, 250:5-21, 262:22-263:13.  Exhibit 2 of the Buchakjian Declaration also inadvertently included Volume 3 of the Deposition Transcript of Robert Eckert, as oppose to Volume 5.

4. The Declaration of James J. Webster in Support of Mattel, Inc.'s Opposition to the MGA Parties' Motion for Summary Judgment in 05-2727 Action inadvertently omitted Exhibits 325, and 338, and while the Declaration exhibits included the Spanish version of Exhibit 141, the translation and the certificate of translation were also admitted.

DATED: November 4, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:

_____
Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.