# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)　　　　　　　　　　　　　　Date: November 4, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

　　Kathy Peterson　　　　　　　　　　　　　　Not Present
　　Courtroom Clerk　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT　　　　　　　　　　　　　　NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER VACATING JURY VERDICTS AND DAMAGE AWARDS

　　　　For the reasons set forth in the Order granting MGA's Motion for New Trial and denying MGA's Renewed Motion to Unseal Juror Interview Transcripts (Docket 9021), the Court hereby VACATES the following jury verdicts and damage awards reached by the phase 1 jury:

1. Verdict Number 1 concerning the "Timing of Tangible Items." (Dkt. 4125, at 1:7-26 and 2:1-25.)

2. Verdict Number 2 concerning the "Timing of Tangible Items." (Dkt. 4125, at 3:1-28.)

3. Verdict Number 3 concerning the "Timing of Tangible Items." (Dkt. 4125, at 4:1-21.)

4. Verdict Number 4 concerning the "Timing of Tangible Items." (Dkt. 4125, at 5:1-10.)

5. Verdict Number 5 concerning the "Timing of Ideas." (Dkt. 4125, at 5:14-17.)

6. Verdict Number 6 concerning the "Timing of Ideas." (Dkt. 4125, at 5:20-23.)

7. Verdict Number 7 concerning MGA Entertainment, Inc.'s liability under Mattel's claim for "Intentional Interference with Contractual Relations." (Dkt. 4125, at 6:2-5.)

8. Verdict Number 8 concerning Isaac Larian's liability under Mattel's claim for "Intentional Interference with Contractual Relations." (Dkt. 4125, at 6:7-10.)

9. Verdict Number 9 concerning MGA Entertainment, Inc.'s liability under Mattel's claim for "Aiding and Abetting Breach of Fiduciary Duty." (Dkt. 4125, at 6:13-16.)

10. Verdict Number 10 concerning Isaac Larian's liability under Mattel's claim for "Aiding and Abetting Breach of Fiduciary Duty." (Dkt. 4125, at 6:18-21.)

11. Verdict Number 11 concerning MGA Entertainment, Inc.'s liability under Mattel's claim for "Aiding and Abetting Breach of Duty of Loyalty." (Dkt. 4125, at 6:24-27.)

12. Verdict Number 12 concerning Isaac Larian's liability under Mattel's claim for "Aiding and Abetting Breach of Duty of Loyalty." (Dkt. 4125, at 7:1-4.)

13. Verdict Number 13 concerning MGA Entertainment, Inc.'s liability under Mattel's claim for "Conversion." (Dkt. 4125, at 7:7-9.)

14. Verdict Number 14 concerning Isaac Larian's liability under Mattel's claim for "Conversion." (Dkt. 4125, at 7:11-13.)

15. Verdict Number 15 concerning MGA Entertainment (HK) Limited's liability under Mattel's claim for "Conversion." (Dkt. 4125, at 7:15-17.)

16. Verdict Number 1 (Phase B Verdict Form) concerning damages to Mattel as to MGA Entertainment, Inc. and Isaac Larian's intentional interference with contractual relations. (Dkt. 4279, at 2:8-13.)

17. Verdict Number 2 (Phase B Verdict Form) concerning damages to Mattel as to MGA Entertainment, Inc. and Isaac Larian's aiding and abetting breach of fiduciary duty. (Dkt. 4279, at 2:16-20.)

18. Verdict Number 3 (Phase B Verdict Form) concerning damages to Mattel as to MGA Entertainment, Inc. and Isaac Larian's aiding and abetting breach of duty of loyalty. (Dkt. 4279, at 2:23-27.)

19. Verdict Number 4 (Phase B Verdict Form) concerning damages to Mattel as to MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited's conversion. (Dkt. 4279, at 3:2-9.)

20. Verdict Number 5 (Phase B Verdict Form) concerning MGA Entertainment, Inc.'s liability to Mattel for copyright infringement. (Dkt. 4279, at 4:2-5.)

21. Verdict Number 6 (Phase B Verdict Form) concerning the willfulness of MGA Entertainment, Inc.'s copyright infringement. (Dkt. 4279, at 4:9-11.)

22. Verdict Number 7 (Phase B Verdict Form) concerning Isaac Larian's liability to Mattel for copyright infringement. (Dkt. 4279, at 4:14-17.)

23. Verdict Number 8 (Phase B Verdict Form) concerning the willfulness of Isaac Larian's copyright infringement. (Dkt. 4279, at 4:21-23.)

24. Verdict Number 9 (Phase B Verdict Form) concerning MGA Entertainment (HK) Limited's liability to Mattel for copyright infringement. (Dkt. 4279, at 4:26-28 and 5:1.)

25. Verdict Number 10 (Phase B Verdict Form) concerning the willfulness of MGA Entertainment (HK) Limited's copyright infringement. (Dkt. 4279, at 5:5-7.)

26. Verdict Number 11 (Phase B Verdict Form) concerning damages to Mattel as to MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited's liability for copyright infringement. (Dkt. 4279, at 5:10-22.)

27. Verdict Number 12 (Phase B Verdict Form) concerning whether MGA Entertainment, Inc. acted with malice, oppression, or fraud. (Dkt. 4279, at 6:2-5.)

28. Verdict Number 13 (Phase B Verdict Form) concerning the amount of punitive damages awarded against MGA Entertainment, Inc. (Dkt. 4279, at 6:9-11.)

29. Verdict Number 14 (Phase B Verdict Form) concerning whether Isaac Larian acted with malice, oppression, or fraud. (Dkt. 4279, at 6:14-17.)

30. Verdict Number 15 (Phase B Verdict Form) concerning the amount of punitive damages awarded against Isaac Larian. (Dkt. 4279, at 6:21-23.)

31. Verdict Number 16 (Phase B Verdict Form) concerning whether MGA Entertainment (HK) Limited acted with malice, oppression, or fraud. (Dkt. 4279,

    at 6:26-28 and 7:1.)

32. Verdict Number 17 (Phase B Verdict Form) concerning the amount of punitive damages awarded against MGA Entertainment (HK) Limited.  (Dkt. 4279, at 7:5-7.)

33. Verdict Number 18 (Phase B Verdict Form) concerning MGA Entertainment, Inc.'s fraudulent concealment of the bases for Mattel's claim for intentional interference with contractual relations.  (Dkt. 4279, at 8:4-8.)

34. Verdict Number 19 (Phase B Verdict Form) concerning Isaac Larian's fraudulent concealment of the bases for Mattel's claim for intentional interference with contractual relations.  (Dkt. 4279, at 8:10-14.)

35. Verdict Number 20 (Phase B Verdict Form) concerning MGA Entertainment, Inc.'s fraudulent concealment of the bases for Mattel's claim for conversion.  (Dkt. 4279, at 8:16-20.)

36. Verdict Number 21 (Phase B Verdict Form) concerning Isaac Larian's fraudulent concealment of the bases for Mattel's claim for conversion.  (Dkt. 4279, at 8:22-26.)

37. Verdict Number 22 (Phase B Verdict Form) concerning MGA Entertainment (HK) Limited's fraudulent concealment of the bases for Mattel's claim for conversion.  (Dkt. 4279, at 9:1-5.)

The Clerk shall serve this minute order on all parties to the action.