**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                 Date: November 3, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                               NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING MATTEL LEAVE TO FILE SUR-REPLY IN RESPONSE TO MGA'S REPLY IN SUPPORT OF MOTION TO CONFIRM DISMISSAL OF 04-9059 ACTION

       Having considered MGA's Reply in Support of its Motion to Confirm Dismissal of the claims in Mattel, Inc. ("Mattel")'s pleading in the action entitled *Mattel, Inc. v. Carter Bryant, et al.*, CV 04-9059 SGL (RNBx), the Court finds that MGA's Reply raises a number of arguments not raised in the Motion. On a related note, the Court concludes that the resolution of MGA's Motion would be assisted by additional briefing by Mattel in the form of a sur-reply filed on or before November 15, 2010. The Sur-Reply, if filed, should focus on the following questions: (1) must Mattel's claims against MGA in the pleading filed in the CV 04-9059 action be tried separately from Mattel's counter-claims against MGA in the CV 05-2727 action, (2) what grounds support the prior district judge's conclusion that the claims in Mattel's Answer and Counterclaims in the CV 05-2727 action relate back to the claims in the CV 04-9059 pleading, *see Trejo v. Village of Itasca*, 2004 WL 2608285, at *7 (N.D. Ill. Nov. 16, 2004) (citing *Bailey v. Northern Ind. Pub. Serv. Co.*, 910 F.2d 406 (7th Cir. 1990)); (3) assuming the prior district judge's conclusion was erroneous, to what relief is a party entitled if it relies in good faith upon a district judge's erroneous ruling? Mattel may address any other ancillary issues related to the questions raised herein. Mattel is hereby GRANTED leave to file a sur-reply in response to MGA's Reply in support of its Motion to Confirm Dismissal.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                  Initials of Deputy Clerk: jcb
CIVIL - GEN                                                        Page 1 of 1