**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                   Date: November 5, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING FILING OF FRANKE DEPOSITION TRANSCRIPT; SETTING BRIEFING SCHEDULE ON MATTEL'S OBJECTIONS TO DISCOVERY MASTER'S RULINGS AT FRANKE DEPOSITION

      As soon as practicable, Mattel shall file the transcript of the deposition of Joseph Franke. The Franke deposition transcript may not be filed under seal.

      The Clerk shall serve this minute order on all parties to the action.