LODGED

2010 OCT 18 PM 12:00

| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 5 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Telephone: (213) 629-2020 |
| | Facsimile: (213) 612-2499 |
| 10 | |
| | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Telephone: (949) 567-6700 |
| | Facsimile: (949) 567-6710 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

14

Attorneys for MGA Parties

15

16         UNITED STATES DISTRICT COURT

17         CENTRAL DISTRICT OF CALIFORNIA

18              SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| | Case No. CV 05-2727 |
| v. | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| | Date: November 15, 2010 |
| Defendant. | Time: 9:30 a.m. |
| | Place: Courtroom 9D |
| AND CONSOLIDATED ACTIONS | Pretrial Conference: January 4, 2011 |
| | Trial Date: January 11, 2010 |

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. **CORRECTED APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**

2. **CORRECTED COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**

The above documents reference, contain, and/or attach materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: October 18, 2010   ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for MGA Parties