1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710

14 Attorneys for MGA Parties

15            UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA
17                  SOUTHERN DIVISION

18 | CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx)
19 |                               | Consolidated with: Case No. CV 04-9059
   |        Plaintiff,             | Case No. CV 05-2727
20 |                               |
   |   v.                          |
21 |                               | **Hon. David O. Carter**
   | MATTEL, INC., a Delaware      | [~~PROPOSED~~] ORDER GRANTING
22 | corporation,                  | APPLICATION TO FILE UNDER
   |                               | SEAL
23 |        Defendant.             |
24 |                               |
   | AND CONSOLIDATED ACTIONS      |
25

26
27
28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)

1 | The Court, having been informed by MGA Parties that the following documents discuss or contain reference deposition transcripts that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below:

1. **CORRECTED APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**

2. **CORRECTED COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**

IT IS HEREBY ORDERED.

Dated: October 18, 2010

_____
Hon. David O. Carter
United States District Judge