QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION OF MGA 30(B)(6) RE: REMAINING COUNTERCLAIMS-IN-REPLY**

[[Proposed] Order Filed Concurrently Herewith]

Hearing Date: TBD
Time: TBD
Place: Courtroom 9D

Discovery Cut-off: October 4, 2010
Pre-trial Conf: January 4, 2011
Trial Date: January 11, 2011

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Reply In Support Of Motion to Compel Further Deposition of MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply.

Mattel, Inc.'s Reply In Support Of Motion to Compel Further Deposition of MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply references and quotes deposition testimony that has been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties.

In light of these designations, Mattel seeks permission to file under seal Mattel, Inc.'s Reply In Support Of Motion to Compel Further Deposition of MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Reply In Support Of Motion to Compel Further Deposition of MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply be filed under seal.

DATED: October 19, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.