QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITION OF MGA 30(B)(6) RE: REMAINING COUNTERCLAIMS-IN-REPLY<br><br>Hearing Date: TBD<br>Time:         TBD<br>Place:        Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:      January 4, 2011<br>Trial Date:          January 11, 2011 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Reply In Support Of Motion to Compel Further Deposition of MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Reply In Support Of Motion to Compel Further Deposition of MGA 30(b)(6) Re: Remaining Counterclaims-in-Reply is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 10-19, 2010

Hon. David O. Carter
United States District Judge