1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710
14
   Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 2 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |

BY FAX



[PROPOSED] ORDER GRANTING APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)

ORIGINAL

The Court, having been informed by MGA Parties that the following documents discuss or contain reference deposition transcripts that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below:

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR A PROTECTIVE ORDER RE: MGA'S DEPOSITIONS OF FRANKE AND STOCKTON; DECLARATION OF THOMAS S. MCCONVILLE**

**DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR PROTECTIVE ORDER RE MGA'S DEPOSITIONS OF FRANKE AND STOCKTON**

**IT IS HEREBY ORDERED.**

Dated: 10·25, 2010

_____
Hon. David O. Carter
United States District Judge