QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, CORRECTED DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND CORRECTED DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V.
3  (collectively, "Mattel") hereby respectfully request that the Court order filed under
4  seal Mattel, Inc.'s Corrected Separate Statement of Uncontested Facts and
5  Conclusions of Law in Support of its Notice of Motion and Motion for Partial
6  Summary Judgment, the Corrected Declaration of B. Dylan Proctor in Support of
7  Mattel, Inc.'s Motion for Partial Summary Judgment, and the Corrected Declaration
8  of Jon D. Corey in Support of Mattel, Inc.'s Motion for Partial Summary Judgment
9  because they reference and quote documents, depositions, and confidential business
10 information that have been designated "Confidential" and/or "Confidential – 
11 Attorneys' Eyes Only" by Mattel and the MGA Parties.

12  For the foregoing reasons, Mattel requests that the Court order that the above-
13 listed documents be filed under seal.

15 DATED: October 18, 2010    QUINN EMANUEL URQUHART &
                             SULLIVAN, LLP
16                           By /s/ Michael T. Zeller

18                           Michael T. Zeller
                             Attorneys for Mattel, Inc. and
19                           Mattel de Mexico, S.A. de C.V.