1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
2 | (johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
4 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
5 | Facsimile: (213) 443-3100

6 | Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 18 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | Hon. David O. Carter |
| vs. | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL INC.'S CORRECTED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT, CORRECTED DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND CORRECTED DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date: November 15, 2010 Time: 8:30 a.m. Place: Courtroom 9D |
| | Discovery Cut-off: October 4, 2010 Pre-trial Conf: January 4, 2011 Trial Date: January 11, 2011 |

505.07975/3729719.1

[PROPOSED] ORDER

1          [~~PROPOSED~~] ORDER

2

3          Based on Mattel Inc.'s concurrently filed Application to File Under

4  Seal Mattel, Inc.'s Corrected Separate Statement of Uncontested Facts and

5  Conclusions of Law in Support of its Motion for Partial Summary Judgment,

6  Corrected Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion for

7  Partial Summary Judgment, and Corrected Declaration of Jon D. Corey in Support

8  of Mattel, Inc.'s Motion for Partial Summary Judgment, IT IS HEREBY

9  ORDERED:

10          Mattel, Inc.'s Corrected Separate Statement of Uncontested Facts and

11 Conclusions of Law in Support of its Motion for Partial Summary Judgment,

12 Corrected Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion for

13 Partial Summary Judgment, and Corrected Declaration of Jon D. Corey in Support

14 of Mattel, Inc.'s Motion for Partial Summary Judgment are ORDERED filed under

15 seal pursuant to Local Rule 79-5.1.

16

17 DATED:  October 18, 2010          QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP
18

19                                   By_____
20                                     Michael T. Zeller
                                       Attorneys for Mattel, Inc., and Mattel de
21                                     Mexico. S.A. de C.V.

22

23                                   _David O. Carter_

24

25                                   US District Judge
                                     DAVID O. CARTER
26

27

28

505.07975/3729719.1                         -1-
                                                                    [PROPOSED] ORDER