1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

8

9

10

11

            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

                 SOUTHERN DIVISION

12

13  MATTEL, INC., a Delaware
    corporation, and Mattel de Mexico,
14  S.A. de C.V., a Mexico business
    entity,
15
                   Plaintiff,
16
          vs.
17
18  MGA ENTERTAINMENT, INC., a
    California corporation, et al.,
19
                   Defendant.
20  _____
21  AND CONSOLIDATED ACTIONS
22  _____

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case Nos. CV 04-09059 and CV 05-02727

Hon. David O. Carter

MATTEL, INC.'S NOTICE OF
ERRATA REGARDING ITS (A)
SEPARATE STATEMENT OF
UNCONTESTED FACTS AND
CONCLUSIONS OF LAW IN
SUPPORT OF ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT;
(B) DECLARATION OF B.
DYLAN PROCTOR IN SUPPORT OF
MATTEL, INC.'S MOTION FOR
PARTIAL SUMMARY JUDGMENT;
AND (C) DECLARATION OF JON
D. COREY IN SUPPORT OF MATTEL,
INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT

23

24

25

Hearing Date:   November 15, 2010
Time:           8;30 a.m
Place:          Courtroom 9D

26

27

Discovery Cutoff:     October 4, 2010
Pre-trial Conference: January 4, 2011
Trial:                January 11. 2011

28

                                         NOTICE OF ERRATA

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE of the following corrections to the documents

3 | captioned "Mattel's Inc's Separate Statement of Uncontested Facts and Conclusions of

4 | Law in Support of its Motion for Partial Summary Judgment," "Declaration of B.

5 | Dylan Proctor in Support of Mattel, Inc.'s Motion for Partial Summary Judgment," and

6 | "Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motion for Partial Summary

7 | Judgment," each dated October 12, 2010.

8 | 1.    Mattel, Inc.'s Corrected Separate Statement of Uncontested Facts and

9 |       Conclusions of Law in Support of its Motion for Partial Summary Judgment

10 |      inadvertently contained several typographic errors, including errors affecting

11 |      various citations to evidence. Attached as Exhibit A is the corrected document:

12 |      "Mattel, Inc.'s Corrected Separate Statement of Uncontested Facts and

13 |      Conclusions of Law in Support of its Motion for Partial Summary Judgment,"

14 |      dated October 12, 2010.

15 | 2.    The Declaration including all exhibits of B. Dylan Proctor in Support of Mattel,

16 |      Inc.'s Motion for Partial Summary Judgment inadvertently omitted Exhibit 384

17 |      (MGA's Second Supplemental Response to Mattel, Inc.'s Second Amended

18 |      Interrogatory Regarding Defendants' Affirmative Defenses, dated October 4,

19 |      2010), Exhibit 385 (Deposition Exhibit 8862), Exhibit 386 (MGA's Second

20 |      Supplemental Response to Mattel, Inc.'s Second Amended Supplemental

21 |      Interrogatory Regarding Defendants' Affirmative Defenses, dated October 4,

22 |      2010), Exhibit 387 (Deposition Exhibit 5391), and Exhibit 388 (Deposition

23 |      Exhibit 5730). Attached as Exhibit B is the corrected document: "Corrected

24 |      Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion for Partial

25 |      Summary Judgment," dated October 15, 2010.

26 | 3.    The Declaration including all exhibits of Jon D. Corey in Support of Mattel,

27 |      Inc.'s Motion for Partial Summary Judgment inadvertently omitted Exhibit 94,

28 |      excerpts from the 6/17/2008 PM Trial Transcript (Carter Bryant). Attached as

1      Exhibit C is the corrected document: "Corrected Declaration of Jon D. Corey in

2      Support of Mattel, Inc.'s Motion for Partial Summary Judgment," dated October

3      15, 2010.

4      Consistent with the Court's Order dated October 4, 2010 (Docket No. 8881) and

5 the Court's Order dated October 8, 2010 (Docket No. 8914), Mattel also hereby

6 provides notice that it has lodged with the Court a thumb drive containing electronic

7 versions of the Corrected Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s

8 Motion for Partial Summary Judgment, the Corrected Declaration of Jon D. Corey in

9 Support of Mattel, Inc.'s Motion for Partial Summary Judgment, and Mattel, Inc.'s

10 Corrected Separate Statement Of Uncontested Facts And Conclusions Of Law in

11 Support of Its Motion For Partial Summary Judgment.

12

13 DATED:  October 18, 2010      QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

14                             By:

15

16

17                             Michael T. Zeller

18                             Attorneys for Mattel, Inc. and
                            Mattel de Mexico, S.A. de C.V.

19

20

21

22

23

24

25

26

27

28

0505.07975/3728827.3

-2-