Name & Address:
Alexander H. Cote (SBN 211558)
acote@scheperkim.com
Scheper Kim & Harris LLP
601 W. Fifth St., 12th Fl., Los Angeles, CA 90071
(213) 613-4655; (213) 613-4656 (Facsimile)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 DOC (RNBx) |
| v. | |
| Mattel, Inc., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
SEE ATTACHED LIST

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other   SEE ATTACHED LIST

**Reason:**
☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

November 8, 2010
Date

ALEXANDER H. COTE
Attorney Name

Carlos Gustavo Machado Gomez
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING

## DOCUMENT LIST

1. Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;

2. Gustavo Machado's Response to Mattel Inc.'s Statement of Genuine Issues in Response to Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Gustavo Machado's Motion for Summary Judgment;

3. Joinder in (1) MGA Parties' Reply in Support of Motion for Summary Judgment and (2) Response to Mattel, Inc.'s Statement of Facts in Support of Its Opposition to MGA Parties' Motion for Partial Summary Judgment;

4. Declaration of David C. Scheper in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;

5. *Supplemental* Declaration of Alexander H. Cote in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;

6. Rebuttal Declaration of Mr. Alberto Huerta-Bleck to Mr. Hector Calatayud's Declaration in Support of Mattel, Inc.'s Opposition to the MGA Parties' Motion for Summary Judgment in 05-2727 Action;

7. Application to File Under Seal; and

8. [Proposed] Order Granting Application to File Under Seal