Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** SEE ATTACHED LIST

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See Attached List

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  January 4, 2005
☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| November 8, 2010<br>Date | /s/ Annette L. Hurst<br>Attorney Name<br>Annette L. Hurst<br>Party Represented<br>MGA Parties |

Note:   File one Notice in each case, each time you manually file document(s).

ATTACHMENT TO NOTICE OF MANUAL FILING

*Carter Bryant v. Mattel, Inc.*

**Case No. CV 04-9049-DOC (RNBx)**

1. MGA Parties' Reply In Support Of Motion For Summary Judgment In 05-2727 Action;

2. MGA Parties' Response To Mattel's Objections Based On Lack Of Authentication;

3. MGA Parties' Objections And Response To Mattel's Statement Of Genuine Issues Relating To The MGA Parties' Motion For Summary Judgment;

4. MGA Parties' Objections To Declarations Submitted In Opposition To The MGA Parties' Motion For Summary Judgment;

5. Compendium Of Deposition Testimony In Support Of MGA Parties' Reply In Support Of Motion For Summary Judgment In 05-2727 Action;

6. Declaration Of Frank D. Rorie In Support Of MGA Parties' Reply In Support Of Motion For Summary Judgment In 05-2727 Action

7. Application To File Under Seal; And

8. [Proposed] Order Granting Application To File Under Seal.