ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx) <br> Consolidated with Nos. CV 04-9059 and CV 05-2727 <br><br> Hon. David O. Carter <br><br> **NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION** <br><br> Date: November 16, 2010 <br> Time: 1:30 p.m. <br> Dept.: Courtroom 9D <br><br> Trial Date:   January 11, 2011 |

1

2

3          MGA Entertainment, Inc., MGA HK Ltd., MGAE de Mexico S.R.L. de C.V.,

4    Isaac Larian and IGWT 826 Investments LLC hereby submit the attached Notice of

5    Reliance on Previously Filed Documents in Support of MGA Parties' Reply in

6    Support of Motion for Summary Judgment in 05-2727 Action.

7

8

9    Dated:  November 8, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11

                                       By:  _/s/_Annette L. Hurst_____
12

                                       Attorneys for MGA ENTERTAINMENT, INC.,
13                                     MGA ENTERTAINMENT HK, LTD., MGA de
                                       MEXICO, S.R.L. de C.V., and ISAAC LARIAN
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

**INDEX OF PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF**
**MGA PARTIES' REPLY IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION**

| Carter Bryant v. Mattel, Inc. and Consolidated Actions, Case No. CV 04-9049 SGL (RNBx) | | |
|---|---|---|
| **Docket No.** | **Date** | **Document Description** |
| 3285 | 4/25/2008 | Order Granting in Part, Denying in Part and Deferring in Part the Parties' Motions for Partial Summary Judgment (In Chambers) |
| 5575 | 7/21/2008 | Trial Transcript, Continued Bench Conference, July 21, 2008 |
| 8704 | 9/3/2010 | Order Granting IGWT 826's Motion for Judgment on the Pleadings |
| 8922 | 10/12/2010 | Defendant-In-Intervention MGA's Motion to Confirm Dismissal of 04-9059 Action |
| 9021 | 10/29/2010 | Order Granting Motion for New Trial and Denying Renewed Motion to Unseal Juror Interview Transcripts |
| 9131 | 11/04/2010 | Civil Minutes re Order Vacating Jury Verdict and Damage Awards |

OHS West:261028528.1
22161-2006 MI6/LYH