Quinn Emanuel Urquhart & Sullivan, LLP
 John B. Quinn (Bar No. 090378)
 Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br>DEFENDANT(S). | CASE NUMBER:<br><br>04-09049 DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See Attachment A.

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  See Attachment A.

**Reason:**

- ☑ Under Seal
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☑ Manual Filing required (*reason*):
  Application to Seal and Proposed Order not subject to e-filing.

| November 8, 2010 | Michael T. Zeller |
|---|---|
| Date | Attorney Name |
|  | Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
|  | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                NOTICE OF MANUAL FILING

# **ATTACHMENT A**

1. MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;

2. MATTEL, INC.'S REPLY RE GUSTAVO MACHADO 'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

3. MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT;

4. SUPPLEMENTAL DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;

5. SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;

6. DECLARATION OF DONNA KLEINMAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;

7. MATTEL'S RESPONSE TO MGA PARTIES' OBJECTIONS TO DECLARATIONS SUBMITTED BY MATTEL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT;

8. MATTEL'S EVIDENTIARY OBJECTIONS TO MGA PARTIES' EVIDENCE IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

9. APPLICATION TO FILE UNDER SEAL; AND

10. PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER SEAL.