QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S REQUEST TO CONSOLIDATE THE PARTIES' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:   November 16, 2010<br>Time:           1:30 p.m.<br>Place:          Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:     January 4, 2011<br>Trial Date:         January 11, 2011 |

REQUEST FOR CONSOLIDATION

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") respectfully request that the Court consolidate the motions for summary judgment and partial summary judgment submitted by Mattel, by the MGA Parties and by Mr. Machado on the grounds that they address overlapping issues, evidence, law and argument. Mattel further requests, on the same grounds, that the declarations, affidavits, documents and other evidence submitted in support of and in opposition to those motions be consolidated for all purposes.

DATED:  November 9, 2010          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

07975/2814625.1

- 1 -

REQUEST FOR CONSOLIDATION