| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 4 | Los Angeles, California  90017-2543 |
| | Telephone:  (213) 443-3000 |
| 5 | Facsimile:   (213) 443-3100 |
| 6 | Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | Hon. David O. Carter |
| vs. | [PROPOSED] ORDER GRANTING MATTEL, INC.'S REQUEST TO CONSOLIDATE THE PARTIES' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | Hearing Date:  November 16, 2010<br>Time:  1:30 p.m.<br>Place:  Courtroom 9D |
| | Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:  January 4, 2011<br>Trial Date:  January 11, 2011 |

## [PROPOSED] ORDER

Based on the concurrently filed Request to Consolidate the Parties' Respective Motions for Summary Judgment, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The motions for summary judgment and partial summary judgment submitted by the parties, and the declarations, affidavits, documents and other evidence submitted in support of and in opposition to those motions, are consolidated for all purposes.

DATED:                           , 2010

Hon. David O. Carter
United States District Judge