|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
| Carter Bryant<br>　　　　　　　　　　　PLAINTIFF(S),<br>　　　　v.<br>Mattel Inc<br>　　　　　　　　　　　DEFENDANT(S), | CASE NUMBER<br>LACV04-9049-DOC(RNB)<br><br>NOTICE OF CLERICAL ERROR |

TO:　　U. S. District Judge(s)
　　　　U. S. Magistrate Judge(s)
　　　　Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: __Application to File Under Seal__

Filed Date: __11-1-2010__　　　　　　　　　　Document Number: __9177__

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
　　☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3,
　　☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: The wrong document was attached to this entry. The correct document will be re-docketed as a new entry.

　　　　　　　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

Date __11-1-2010__　　　　　　　　　　　　　By: __Lori Wagers__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (04/09)　　　　　　　　　　　NOTICE OF CLERICAL ERROR