FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY   VD                          DEPUTY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | Hon. David O. Carter |
| vs. | APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order Filed Concurrently Herewith] |
| | Hearing Date:   November 16, 2010 Time:   1:30 p.m. Place:   Courtroom 9D |
| | Discovery Cut-off:   October 4, 2010 Pre-trial Conf:   January 4, 2011 Trial Date:   January 11, 2011 |

00505.07975/3755123.2

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby respectfully request that the Court order filed under seal the following documents because they reference and quote documents, depositions, and confidential business information that have been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

The documents that Mattel requests be filed under seal and the support for that designation are individually listed below:

1)   Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

2)   Mattel, Inc.'s Opposition To Gustavo Machado's Motion For Summary Judgment On Mattel, Inc.'s First, Third, Fifth, Seventh, Ninth And Eleventh Counterclaims; Motion For Partial Summary Judgment On Third Counterclaim.

3)   Mattel, Inc.'s Statement Of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment.

4)   Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment.

5)   Mattel, Inc.'s Statement Of Genuine Issues In Response To Separate Statement Of Uncontroverted Facts And Conclusions Of Laws In Support Of Gustavo Machado's Motion For Summary Judgment On Mattel, Inc.'s First, Third, Fifth, Seventh, Ninth And Eleventh Counterclaims; Motion For Partial Summary Judgment As To Third Counterclaim.

00505.07975/3755123.2

-2-
APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS

6) Declaration Of Michael T. Zeller In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

7) Declaration Of Tamar Buchakjian In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

8) Declaration Of James J. Webster In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

9) Declaration Of Timothy Kilpin In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

10) Declaration Of Jim Vaughn In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

11) Declaration Of Michael Moore In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

12) Supplemental Declaration Of Laura Owens In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

13) Corrected Supplemental Declaration Of Laura Owens In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

14) Declaration Of Alan Kaye In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

15) Declaration Of Dr. Ran Kivetz In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

16) Declaration Of Kim Graham In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

17) Declaration Of Dean Ikin In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

18) Mattel, Inc.'s Evidentiary Objections To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

19) Declaration Of Ann Driskill In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

20) Declaration Of Kenneth Hollander In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

21) Declaration Of Robert Hudnut In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

22) Declaration Of Roberto Isaias In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

23) Declaration Of Robert C. Lind In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

24) Declaration Of Evelyn Viohl In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

25) Declaration Of Debbie Haag In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

00505.07975/3755123.2

26) Declaration Of Ralph Oman In Support Of Mattel, Inc.' s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

27) Declaration Of Bradley N. Maryman In Support Of Mattel, Inc.' s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

28) Declaration Of Hector Calatayud In Support Of Mattel, Inc.' s Opposition To The MGA Parties' And Machado's Motions For Summary Judgment In 05-2727 Action.

29) Declaration Of Lee Loetz In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

30) Declaration Of Michael J. Wagner In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

31) Mattel, Inc.' s Objections To The Declaration Of Mark E. Overland Concerning Foreign Law.

32) Mattel, Inc.'s Notice Of Intent To Raise Issue Of Foreign Country's Law In Connection With Its Opposition To The MGAE Parties And Machado's Motions For Summary Judgment Pursuant To Rule 44.1.

33) Mattel, Inc.'s Opposition To MGA Parties' Request For Judicial Notice.

In light of these designations, Mattel seeks permission to file each of the above-listed documents under seal

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Mattel, Inc.'s Opposition To Gustavo Machado's Motion For Summary Judgment On Mattel, Inc.'s First, Third, Fifth, Seventh, Ninth And Eleventh Counterclaims; Motion For Partial Summary Judgment On Third Counterclaim, Mattel, Inc.'s Statement Of Genuine Issues In Response To MGA Parties' Separate

00505.07975/3755123.2

-5-

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS

Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment, Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment, Mattel, Inc.'s Statement Of Genuine Issues In Response To Separate Statement Of Uncontroverted Facts And Conclusions Of Laws In Support Of Gustavo Machado's Motion For Summary Judgment On Mattel, Inc.'s First, Third, Fifth, Seventh, Ninth And Eleventh Counterclaims; Motion For Partial Summary Judgment As To Third Counterclaim, Declaration Of Michael T. Zeller In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Tamar Buchakjian In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of James J. Webster In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Timothy Kilpin In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Jim Vaughn In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Michael Moore In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Supplemental Declaration Of Laura Owens In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Corrected Supplemental Declaration Of Laura Owens In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Alan Kaye In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Dr. Ran Kivetz In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Kim Graham In Support Of

00505.07975/3755123.2

-6-

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS

Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Dean Ikin In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Mattel, Inc.'s Evidentiary Objections To MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Ann Driskill In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Kenneth Hollander In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Robert Hudnut In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Roberto Isaias In Support Of Mattel, Inc.' s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Robert C. Lind In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Evelyn Viohl In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Debbie Haag In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Ralph Oman In Support Of Mattel, Inc.' s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Bradley N. Maryman In Support Of Mattel, Inc.' s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Hector Calatayud In Support Of Mattel, Inc.' s Opposition To The MGA Parties' And Machado's Motions For Summary Judgment In 05-2727 Action, Declaration Of Lee Loetz In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Declaration Of Michael J. Wagner In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Mattel, Inc.' s Objections To The Declaration Of Mark E. Overland

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS

1   Concerning Foreign Law, Mattel, Inc.'s Notice Of Intent To Raise Issue Of Foreign

2   Country's Law In Connection With Its Opposition To The MGAE Parties And

3   Machado's Motions For Summary Judgment Pursuant To Rule 44.1, and Mattel,

4   Inc.'s Opposition To MGA Parties' Request For Judicial Notice, be filed under seal.

5

6   DATED:  November 1, 2010          QUINN EMANUEL URQUHART &
                                      SULLIVAN. LLP
7

8                                  By _Michael T. Zeller (signature)_

9
                                      _____
10                                    Michael T. Zeller
                                      Attorneys for Mattel, Inc., and Mattel de
11                                    Mexico. S.A. de C.V.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3755123.2

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY
JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS