QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS |

505.07975/3755249.1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

### [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Oppositions To Defendants' Summary Judgment Motions And Accompanying Documents as set forth below, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

1) Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

2) Mattel, Inc.'s Opposition To Gustavo Machado's Motion For Summary Judgment On Mattel, Inc.'s First, Third, Fifth, Seventh, Ninth And Eleventh Counterclaims; Motion For Partial Summary Judgment On Third Counterclaim.

3) Mattel, Inc.'s Statement Of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment.

4) Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment.

5) Mattel, Inc.'s Statement Of Genuine Issues In Response To Separate Statement Of Uncontroverted Facts And Conclusions Of Laws In Support Of Gustavo Machado's Motion For Summary Judgment On Mattel, Inc.'s First, Third, Fifth, Seventh, Ninth And Eleventh Counterclaims; Motion For Partial Summary Judgment As To Third Counterclaim.

6) Declaration Of Michael T. Zeller In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

7) Declaration Of Tamar Buchakjian In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

8) Declaration Of James J. Webster In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

9) Declaration Of Timothy Kilpin In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

10) Declaration Of Jim Vaughn In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

11) Declaration Of Michael Moore In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

12) Supplemental Declaration Of Laura Owens In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

13) Corrected Supplemental Declaration Of Laura Owens In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

14) Declaration Of Alan Kaye In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

15) Declaration Of Dr. Ran Kivetz In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

16) Declaration Of Kim Graham In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

17) Declaration Of Dean Ikin In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

18) Mattel, Inc.'s Evidentiary Objections To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

19) Declaration Of Ann Driskill In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

20) Declaration Of Kenneth Hollander In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

21) Declaration Of Robert Hudnut In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

22) Declaration Of Roberto Isaias In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

23) Declaration Of Robert C. Lind In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

24) Declaration Of Evelyn Viohl In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

25) Declaration Of Debbie Haag In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

26) Declaration Of Ralph Oman In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

27) Declaration Of Bradley N. Maryman In Support Of Mattel, Inc.'s Opposition To MGA Parties' Motion For Summary Judgment In 05-2727 Action.

28) Declaration Of Hector Calatayud In Support Of Mattel, Inc.'s Opposition To The MGA Parties' And Machado's Motions For Summary Judgment In 05-2727 Action.

29) Declaration Of Lee Loetz In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

30) Declaration Of Michael J. Wagner In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action.

31) Mattel, Inc.'s Objections To The Declaration Of Mark E. Overland Concerning Foreign Law.

32) Mattel, Inc.'s Notice Of Intent To Raise Issue Of Foreign Country's Law In Connection With Its Opposition To The MGAE Parties And Machado's Motions For Summary Judgment Pursuant To Rule 44.1.

33) Mattel, Inc.'s Opposition To MGA Parties' Request For Judicial Notice.

DATED: November 2, 2010

Hon. David O. Carter
United States District Judge