UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                              Date: November 10, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER RE JURY SELECTION LETTER

    On or before November 10, 2010 at 12:00 p.m. PST, each party shall in writing either indicate its consent, or state any objections, to the jury selection letter enclosed within this Minute Order.

    The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                Initials of Deputy Clerk: jcb
CIVIL - GEN                                        Page 1 of 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

U.S. COURTHOUSE

Ronald Reagan Federal Building

411 West Fourth Street

Suite 1030

Santa Ana, CA  92701-4516

www.cacd.uscourts.gov

FRANK GALVAN
JURY MANAGER

Fax (213)894-3751

Recorded Information

(800) 327-3296

Personal Assistance

(213) 894-3644   3:30 to 4:30 PM

November 10, 2010

Dear Citizen:

You have been randomly selected from a group of registered voters to possibly serve as a Federal juror in the United States District Court, Central District of California (Southern Division) in Santa Ana.  Jury service is one of the most important responsibilities that a citizen performs and it should be taken seriously.  Please remember that the judicial system cannot function without the support of its citizenry.  The court needs your help.

On **Wednesday, January 5, 2011,** the United States District Court will commence jury selection for a very important trial.  The Court is in the process of compiling a pool of 60-70 prospective jurors available to serve on this case.  The Court **would like to know if you are available**.

The anticipated length of the trial is up to 4 months and will be in session Tuesday through Friday from 8:30 a.m. until 5:00 p.m.   All federal holidays will be observed.  As a juror you will receive a $40.00 attendance fee per day and 50¢ per mile round trip.

## IMPORTANT INFORMATION

**The qualification questionnaire is available to complete online on the jury website at www.cacd.uscourts.gov/jury** or you may complete the enclosed Juror Qualification Questionnaire and return it in the envelope provided.  The questionnaire lists grounds for requesting excuse.  Please provide details concerning the nature of the hardship that serving as a juror on a trial of 4 months will impose. On the back of the questionnaire, in the "Remarks" field, check the box that applies to you and return the form as directed.

Jurors found qualified for this trial will receive a summons and instructions prior to the report date. Jurors found qualified for jury service, but excused from this 4 month trial will be called at a later date for

shorter trials.  All jurors must verify their status seven days before the start of the trial (January 5, 2011) by calling (800) 327-3296 or accessing the Court's Website at **www.cacd.uscourts.gov/jury**

                                                Respectfully,

                                                Frank Galvan, Jury Manager

### 14. GROUNDS FOR REQUESTING EXCUSE:

**14(1)**     **Prior Service**: This excuse is for those people who actually heard testimony. If you participated in the selection process but were not selected, you cannot claim this excuse. Proof of service is required.

**14(2)**     If you are asking to be excused because you care for children or another dependant, and you are employed, please provide a detailed explanation describing your work arrangements and the type of care you are providing.

**14(3)**     If you are claiming a hardship because you live 80 miles or more one-way from the court you must explain what that hardship is and why staying overnight at the court's expense would not relieve that hardship.

**14(4)**     If you act as a volunteer firefighter or member of a rescue team for a local or federal government you may request to be excused. Please provide a statement in the "Remarks section" of the jury qualification questionnaire.

**14(5)**     If you are claiming **a business, employment, or financial hardship** you must explain the following in the "Remarks section" **(a)** employer's name, **(b)** number of employees who work for company, © number of days paid for jury service,  **(d)** number of people living in your household (provide ages), **(e)** number of people in your household who are employed, **(f)** total monthly income from all sources and **(g)** total major monthly expenses.

**14(6)**     You may postpone your jury service up to 12 months from the time you were initially called. Explain your situation in the "Remarks section" and write the month you are available to begin your service. **Leave items 14(7) - 14(10) blank**