SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,, a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE APPLICATION TO FILE UNDER SEAL<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf.: January 4, 2010<br>Trial: January 11, 2010 |

The Court, having considered Carlos Gustavo Machado Gomez's application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under seal the following documents:

1. GUSTAVO MACHADO'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT; and

2. JOINDER IN MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT

DATED: November 2, 2010

_____
Hon. David O. Carter
Judge, U.S. District Court