```
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF JOSEPH FRANKE**

[[Proposed] Order Filed Concurrently Herewith]

Hearing Date:  TBD
Time:          TBD
Place:         Courtroom 9D

Discovery Cut-off:  October 4, 2010
Pre-trial Conf:     January 4, 2011
Trial Date:         January 11, 2011

00505.07975/3761663.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel, Inc.'s Objections to the Discovery Master's Rulings at the Deposition of Joseph Franke.

Mattel, Inc.'s Objections to the Discovery Master's Rulings at the Deposition of Joseph Franke discusses and quotes deposition testimony and documents that have been designated "Confidential – Attorneys' Eyes Only" by Mattel.

In light of these designations, Mattel seeks permission to file under seal Mattel, Inc.'s Objections to the Discovery Master's Rulings at the Deposition of Joseph Franke.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Objections to the Discovery Master's Rulings at the Deposition of Joseph Franke be filed under seal.

DATED: November 4, 2010   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.