```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California 90017-2543
    Telephone: (213) 443 3000
 5  Facsimile: (213) 443 3100

 6  Attorneys for Mattel, Inc., and Mattel de
    Mexico, S.A. de C.V.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, et al., | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| v. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | [~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF JOSEPH FRANKE |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Objections to the Discovery Master's Rulings at the Deposition of Joseph Franke and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Objections to the Discovery Master's Rulings at the Deposition of Joseph Franke is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 11-4, 2010

Hon. David O. Carter
United States District Judge