ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' RESPONSE TO COURT'S ORDER OF NOVEMBER 10, 2010 CONCERNING JURY SELECTION LETTER**<br><br>**Judge:  Hon. David O. Carter**<br><br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

## RESPONSE OF MGA PARTIES

As the MGA Parties have previously advised the Court, they respectfully object to the jury selection letter to the following extent, and request:  (1) a larger jury pool, of up to 100; and (2) a shorter time qualification for the proposed pool, as "up to four months" is unnecessarily long, since this trial can be completed in four weeks.  The limitation on the size of the proposed jury pool, and the lengthy time qualification of "up to four months," both separately and combined, are likely to skew the compilation of the jury pool, and will tend to exclude racial and ethnic minorities.  Apart from the foregoing, the MGA Parties have no objection.


Dated:  November 10, 2010          Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/Thomas S. McConville
           Thomas S. McConville
Attorneys for MGA ENTERTAINMENT, INC.,
MGA ENTERTAINMENT HK, LTD., MGA de
MEXICO, S.R.L. de C.V., and ISAAC LARIAN