QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S RESPONSE RE PROPOSED JURY SELECTION LETTER<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:       January 4, 2011<br>Trial Date:           January 11, 2011 |

00505.07975/3770839.1

MATTEL'S RESPONSE RE PROPOSED JURY SELECTION LETTER

1    Pursuant to the Court's Order dated November 11, 2010 (Dkt. No. 9215), Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") hereby consent to the Court's proposed jury selection letter.  However, Mattel respectfully requests that the parties be provided with an opportunity to review and object to the criteria used to exclude jurors on the bases of business, employment, or financial hardship.  In the event no uniform criteria will be used, Mattel requests the right to review prospective jurors' responses as to business, employment, or financial hardship and object to each as appropriate.  See United States v. Layton, 632 F. Supp. 176, 178 (N.D. Cal. 1986) (pre-screening questionnaire for hardship permissible where "[c]ounsel will have an opportunity to review and challenge any excusal that appears to have been granted without a sufficient showing of undue hardship"); City of Cleveland v. Cleveland Elec. Illuminating Co., 538 F. Supp. 1240, 1256 (N.D. Ohio 1980) (rejecting blanket exclusion for jurors' claims of hardship in lengthy trial and permitting the Court and the parties to individually assess claims of hardship).  Mattel is agreeable to review of hardship responses under appropriate procedures to protect prospective jurors' privacy.

Respectfully submitted,

DATED:  November 10, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.