FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL RE ENTERPRISE VAULT, AND (2) DECLARATION OF JULIE GERSTNER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL RE ENTERPRISE VAULT**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

COURTESY COPY

00505.07975/3758651.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the Court order filed under seal (1) Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault, and (2) the Declaration of Julie Gerstner in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault.

Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault and the Declaration of Julie Gerstner in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault discuss and quote deposition testimony and documents that have been designated "Confidential – Attorneys' Eyes Only" by the Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file under seal Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault and the Declaration of Julie Gerstner in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault and the Declaration of Julie Gerstner in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault be filed under seal.

DATED: November 2, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.