QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Attorneys for Mattel, Inc.,
and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL RE ENTERPRISE VAULT, AND (2) DECLARATION OF JULIE GERSTNER IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL MATTEL RE ENTERPRISE VAULT |
| AND CONSOLIDATED ACTIONS | Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

COURTESY COPY

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal (1) Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault, and (2) the Declaration of Julie Gerstner in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault and the Declaration of Julie Gerstner in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel Re Enterprise Vault are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 11-2, 2010

*David O. Carter*
Hon. David O. Carter
United States District Judge