```
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: November 16, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3759186.1

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby respectfully request that the Court order filed under seal the following documents because they reference and quote documents, depositions, and confidential business information that have been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

The documents that Mattel requests be filed under seal and the support for that designation are individually listed below:

1) Mattel, Inc.'s Corrected Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action

2) Mattel Inc.'s Appendix To The Corrected Statement of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary Judgment

3) The Corrected Declaration Of Tamar Buchakjian In Support Of Mattel's Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action

4) The Corrected Declaration Of James J. Webster In Support Of Mattel, Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action

In light of these designations, Mattel seeks permission to file each of the above-listed documents under seal

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Corrected Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727 Action, Mattel, Inc.'s Appendix To The Corrected Statement Of Genuine Issues In Response To MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary

1  Judgment, The Corrected Declaration Of Tamar Buchakjian In Support Of Mattel's
2  Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727
3  Action, and The Corrected Declaration Of James J. Webster In Support Of Mattel,
4  Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727
5  Action to be filed under seal.

7  DATED: November 4, 2010          QUINN EMANUEL URQUHART &
                                    SULLIVAN. LLP

9                              By  /s/ Michael T. Zeller

11                                 _____
                                   Michael T. Zeller
                                   Attorneys for Mattel, Inc., and Mattel de
                                   Mexico. S.A. de C.V.

00505.07975/3759186.1

-3-
APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS