QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de
Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS AND ACCOMPANYING DOCUMENTS |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

1    [~~PROPOSED~~] ORDER

2    Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s

3    Oppositions To Defendants' Summary Judgment Motions And Accompanying

4    Documents as set forth below, and good cause appearing therefore,

5    IT IS HEREBY ORDERED:

6    The following documents are ORDERED filed under seal pursuant to

7    Local Rule 79-5.1:

8    1)    Mattel, Inc.'s Corrected Opposition To The MGA Parties' Motion For

9    Summary Judgment In 05-2727 Action

10   2)    Mattel Inc.'s Appendix To The Corrected Statement of Genuine Issues

11   in Response To MGA Parties' Separate Statement Of Uncontroverted

12   Facts In Support Of The MGA Parties' Motion For Summary Judgment

13   3)    The Corrected Declaration Of Tamar Buchakjian In Support Of

14   Mattel's Opposition To The MGA Parties' Motion For Summary

15   Judgment In 05-2727 Action

16   4)    The Corrected Declaration Of James J. Webster In Support Of Mattel,

17   Inc.'s Opposition To The MGA Parties' Motion For Summary

18   Judgment In 05-2727 Action

19   Mattel, Inc.'s Corrected Opposition To The MGA Parties' Motion For Summary

20   Judgment In 05-2727 Action, Mattel Inc.'s Appendix To The Corrected Statement

21   of Genuine Issues in Response To MGA Parties' Separate Statement Of

22   Uncontroverted Facts In Support Of The MGA Parties' Motion For Summary

23   Judgment, The Corrected Declaration Of Tamar Buchakjian In Support Of Mattel's

24   Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727

25   Action, and The Corrected Declaration Of James J. Webster In Support Of Mattel,

26   Inc.'s Opposition To The MGA Parties' Motion For Summary Judgment In 05-2727

27   Action are ORDERED filed under seal pursuant to Local Rule 79-5.1.

28

00505.07975/3759246.2    Nov 4, 2010

*Alicia G. Carter*
*Judge*

-2-

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL



1  DATED:  .

2                                     Hon. David O. Carter
                                      United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

00505.07975/3759246.2