1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
2 (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
3 (michaelzeller@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
4 Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
5 Facsimile: (213) 443-3100

6 Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

SOUTHERN DIVISION

10

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL'S IDENTIFICATION OF ADDITIONAL COUNSEL FOR SUMMARY JUDGMENT HEARING PURSUANT TO THE COURT'S OCTOBER 18, 2010 ORDER<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

Pursuant to the Court's Order dated October 18, 2010 (Dkt. No. 8964), Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") hereby indentify counsel who may appear on Mattel's behalf at the hearings on the pending motions for summary judgment:

    John B. Quinn

    Michael T. Zeller

    Susan R. Estrich

                              Respectfully submitted,

DATED: November 11, 2010    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                              By /s/ Michael T. Zeller
                                 Michael T. Zeller
                                 Attorneys for Mattel, Inc. and
                                 Mattel de Mexico, S.A. de C.V.