QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 and CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL, INC.'S NOTICE OF ERRATA REGARDING MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   November 16, 2010<br>Time:                1;30 p.m<br>Place:               Courtroom 9D<br><br>Discovery Cutoff:      October 4, 2010<br>Pre-trial Conference:  January 4, 2011<br>Trial:                        January 11, 2011 |

00505.07975/3772399.1

NOTICE OF ERRATA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE of the following corrections to the document
3  captioned

4  "Mattel, Inc.'s Consolidated Separate Statement in Support of its Motion for
5  Partial Summary Judgment."

6  Mattel, Inc.'s Consolidated Separate Statement in Support of its Motion For
7  Summary Judgment inadvertently included formatting errors on pages 1657, 1658,
8  1659, 1661, 1663, 1665, 1666, 1668, 1669, 1670, 1672, 1674, 1681, 1683, 1685, 1687,
9  1689, 1691, 1695, 1696, 1697, 1698, 1703, 1707, 1711, 1717, 1719, 1721, 1723, 1725,
10 1732, 1738, 1740, 1742, 1744, 1746, 1747, 1749, 1750, 1751, 1753, 1755, 1757, 1760,
11 1769, 1771, 1773, 1775, 1785, 1792, 1795, 1806, 1808, 1818, 1820, 1859, 1869, 1959,
12 and 1984.  Mattel, Inc.'s Corrected Consolidated Separate Statement in Support of its
13 Motion For Summary Judgment has been manually filed.

14 Consistent with the Court's Order dated October 4, 2010 (Docket No. 8881) and
15 the Court's Order dated October 8, 2010 (Docket No. 8914), Mattel also hereby
16 provides notice that it has lodged with the Court a thumb drive containing electronic
17 versions of Mattel, Inc.'s Corrected Statement Of Genuine Issues In Response To
18 MGA Parties' Separate Statement Of Uncontroverted Facts In Support Of The MGA
19 Parties' Motion For Summary Judgment.

20

21 DATED:  November 12, 2010       QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
22
                                   By:  /s/ Michael T. Zeller
23
24
                                   _____
25                                 Michael T. Zeller
                                   Attorneys for Mattel, Inc. and
26                                 Mattel de Mexico, S.A. de C.V.
27
28