QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING ELECTRONIC BRIEF IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND ACCOMPANYING DOCUMENTS**<br><br>Hearing Date: November 16, 2010<br>Time: 1;30 p.m<br>Place: Courtroom 9D<br><br>Discovery Cutoff: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial: January 11, 2011 |

00505.07975/3768115.1

NOTICE OF LODGING

1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") have lodged two copies of the electronic brief (on two separate flash drives) in support of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment And Accompanying Documents as requested by the Court pursuant to Local Rule 11-5.1, the Court's October 4, 2010 Order (Docket No. 8881), and the Court's October 8, 2010 Order (Docket No. 8914).

DATED: November 12, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

00505.07975/3768115.1

-1-

NOTICE OF LODGING