QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF OMNIBUS MOTION TO ENFORCE AND COMPEL RE COUNTERCLAIMS-IN-REPLY DISCOVERY MATTERS**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Kathy Peterson

COURTESY COPY

00505.07975/3768170.1

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the
3  Court order filed under seal Mattel, Inc.'s Reply In Support Of Omnibus Motion to
4  Enforce and Compel Re Counterclaims-in-Reply Discovery Matters.

5  Mattel, Inc.'s Reply In Support Of Omnibus Motion to Enforce and Compel
6  Re Counterclaims-in-Reply Discovery Matters and quotes deposition testimony and
7  documents that have been designated "Confidential – Attorneys' Eyes Only" by the
8  Mattel and the MGA Parties.

9  In light of these designations, Mattel seeks permission to file under seal
10 Mattel, Inc.'s Reply In Support Of Omnibus Motion to Enforce and Compel Re
11 Counterclaims-in-Reply Discovery Matters.

12 For the foregoing reasons, Mattel requests that the Court order that Mattel,
13 Inc.'s Reply In Support Of Omnibus Motion to Enforce and Compel Re
14 Counterclaims-in-Reply Discovery Matters be filed under seal.

16 DATED: November 9, 2010         QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                                   By /s/ Michael T. Zeller
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc., and Mattel de
                                      Mexico, S.A. de C.V.