ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**MGA PARTIES' CORRECTED NOTICE OF LODGING OF TANGIBLE ITEMS AT ISSUE IN THE PARTIES' SUMMARY JUDGMENT PAPERS**<br><br>Hearing Date:  November 15, 2010<br>Time:  8:30 a.m.<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  October 4, 2010<br>Pre-Trial Conf.:  January 4, 2011<br>Trial:  January 11, 2011 |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5.1, MGA Parties
4  will lodge with the Court the following tangible items at issue in the parties'
5  summary judgment papers, including MGA Parties' Motion for Summary Judgment
6  and Reply, and MGA Parties' Opposition to Mattel's Motion for Partial Summary
7  Judgment:
8      1.    Trial Exhibit 1141 – Photograph and Sculpt II
9      2.    Trial Exhibit 1141A – Sculpt II
10      3.    Trial Exhibit 1234 – Photograph and Sculpt III
11      4.    Trial Exhibit 14018 – Tokyo-A-Go-Go! Sasha
12      5.    Trial Exhibit 14047 – Campfire Phoebe
13      6.    Trial Exhibit 14198 – Wild Wild West Fianna
14      7.    Trial Exhibit 14203 – Winter Wonderland Dana
15      8.    Trial Exhibit 17529 – Formal Funk Dana
16      9.    Trial Exhibit 17530 – Funk 'N' glow Jade
17      10.    Trial Exhibit 17547 – First generation Cloe doll
18      11.    Trial Exhibit 17560 – First generation Yasmin doll
19      12.    Trial Exhibit 17565 – World London Pretty 'N' Punk Cloe
20      13.    Trial Exhibit 17733 – Bratz doll
21      14.    Trial Exhibit 18858 – Movie Starz Sculpt
22      15.    Trial Exhibit 17807 – 2002 Xpress it! Cloe
23      16.    Trial Exhibit 17573 – 2003 Style it! Dana
24      17.    Trial Exhibit 17546 – 2004 Cloe Ooh la la
25      18.    Trial Exhibit 18753 – 2005 i-Candy Phoebe
26      19.    Trial Exhibit 18655 – 2006 Feelin' Pretty Dana
27      20.    Trial Exhibit 14095 – 2007 Summer Dayz Yasmin
28      21.    MGA-TI-0000999 – 2008 Rhythmic Gymnastic Sasha

22. MGA-TI-0001001 – 2009 Bratz Spring Break Jade

23. MGA-TI-0001280 – 2010 Bratz Lets Talk Yasmin

24. Deposition Exhibit 9789 (MGA-TI-0001229) – Toy Story 3 Barbie Made for Each Other

25. Deposition Exhibit 9790 (MGA-TI-0001230) – Barbie Great Shape

The following Trial Exhibits are already in the custody of the District Court, as reflected in the Exhibits in the Custody of the Chambers of Judge Larson, Dkt. #4437 (filed December 1, 2008):

1. Trial Exhibit 3 – Drawings corresponding to BRYANT 00222 – BRYANT 00234

2. Trial Exhibit 1136A – Sculpt (the tangible item associated with the image at Trial Exhibit 1136)

3. Trial Exhibit 17551 – First generation Jade doll

4. Trial Exhibit 17558 – First generation Sasha doll

MGA will lodge the items identified above at a date and time agreed with the Court, for consideration in connection with the parties' summary judgment papers.

Dated:   November 12, 2010       Respectfully submitted,
                                 ORRICK, HERRINGTON & SUTCLIFFE LLP


                                 By: /s/Diana Rutowski
                                     Diana Rutowski
                                 Attorneys for MGA Parties