COURTESY COPY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND ACCOMPANYING DOCUMENTS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: November 16, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3767998.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V.
3  (collectively, "Mattel") hereby respectfully request that the Court order filed under
4  seal the following documents because they reference and quote documents,
5  depositions, and confidential business information that have been designated
6  "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the
7  MGA Parties.

8  The documents that Mattel requests be filed under seal and the support for
9  that designation are individually listed below:

10  1) Mattel, Inc.'s Reply In Support Of Motion For Partial Summary
11  Judgment;
12  2) Mattel, Inc.'s Reply Re Gustavo Machado 'S Opposition To Mattel,
13  Inc.'s Motion For Partial Summary Judgment;
14  3) Mattel, Inc.'s Consolidated Separate Statement In Support Of Its
15  Motion For Partial Summary Judgment;
16  4) Supplemental Declaration Of James J. Webster In Support Of Mattel,
17  Inc.'s Reply In Support Of Motion For Partial Summary Judgment;
18  5) Supplemental Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s
19  Reply In Support Of Motion For Partial Summary Judgment;
20  6) Declaration Of Donna Kleinman In Support Of Mattel, Inc.'s Reply In
21  Support Of Motion For Partial Summary Judgment;
22  7) Mattel's Response To MGA Parties' Objections To Declarations
23  Submitted By Mattel In Support Of Its Motion For Partial Summary
24  Judgment; and
25  8) Mattel's Evidentiary Objections To MGA Parties' Evidence In
26  Opposition To Mattel's Motion For Partial Summary Judgment.

1  For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment, Mattel, Inc.'s Reply Re Gustavo Machado 'S Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment, Mattel, Inc.'s Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment, Supplemental Declaration Of James J. Webster In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment, Supplemental Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment, Declaration Of Donna Kleinman In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment, and Mattel's Response To MGA Parties' Objections To Declarations Submitted By Mattel In Support Of Its Motion For Partial Summary Judgment, Mattel's Evidentiary Objections To MGA Parties' Evidence In Opposition To Mattel's Motion For Partial Summary Judgment, be filed under seal.

DATED: November 9, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

)
)