QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COURTESY COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND ACCOMPANYING DOCUMENTS |

00505.07975/3768014.1

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

1 <center>[PROPOSED] ORDER</center>

2    Based on the concurrently filed Application To File Under Seal Mattel, Inc.'s
3 Reply In Support Of Motion For Partial Summary Judgment And Accompanying
4 Documents as set forth below, and good cause appearing therefore,
5    IT IS HEREBY ORDERED:
6    The following documents are ORDERED filed under seal pursuant to
7 Local Rule 79-5.1:
8    1)  Mattel, Inc.'s Reply In Support Of Motion For Partial Summary
9        Judgment;
10   2)  Mattel, Inc.'s Reply Re Gustavo Machado 'S Opposition To Mattel,
11       Inc.'s Motion For Partial Summary Judgment;
12   3)  Mattel, Inc.'s Consolidated Separate Statement In Support Of Its
13       Motion For Partial Summary Judgment;
14   4)  Supplemental Declaration Of James J. Webster In Support Of Mattel,
15       Inc.'s Reply In Support Of Motion For Partial Summary Judgment;
16   5)  Supplemental Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s
17       Reply In Support Of Motion For Partial Summary Judgment;
18   6)  Declaration Of Donna Kleinman In Support Of Mattel, Inc.'s Reply In
19       Support Of Motion For Partial Summary Judgment;
20   7)  Mattel's Response To MGA Parties' Objections To Declarations
21       Submitted By Mattel In Support Of Its Motion For Partial Summary
22       Judgment; and

8)     Mattel's Evidentiary Objections To MGA Parties' Evidence In Opposition To Mattel's Motion For Partial Summary Judgment.

DATED: 11-8, 2010

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge