ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Date: November 16, 2010<br>Time: 1:00 p.m.<br>Place: Courtroom 9D<br><br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2010 |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. **MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION;**

2. **MGA PARTIES' RESPONSE TO MATTEL'S OBJECTIONS BASED ON LACK OF AUTHENTICATION;**

3. **MGA PARTIES' OBJECTIONS AND RESPONSE TO MATTEL'S STATEMENT OF GENUINE ISSUES RELATING TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**

4. **MGA PARTIES' OBJECTIONS TO DECLARATIONS SUBMITTED IN OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT;**

5. **COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION; and**

6. **DECLARATION OF FRANK D. RORIE IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION.**

The above documents reference, contain, and/or attach materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

1  For the foregoing reasons, the MGA Parties respectfully request that the
2  Court enter the concurrently filed [Proposed] Order granting this request to file the
3  above-referenced documents under seal.

4  Dated: November 8, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

5                                   By: _____
6                                       Thomas S. McConville
7                                       Attorneys for MGA Parties