QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: November 16, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby respectfully request that the Court order filed under seal the following documents because they reference and quote documents, depositions, and confidential business information that have been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

The document that Mattel requests be filed under seal is Mattel, Inc.'s Corrected Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Corrected Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment, be filed under seal.

DATED: November 12, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By [signature]

Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.