FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT |

1 | [PROPOSED] ORDER

2   Based on the concurrently filed Application To File Under Seal Mattel, Inc.'s
3 Corrected Consolidated Separate Statement In Support Of Its Motion For Partial
4 Summary Judgment. IT IS HEREBY ORDERED:
5   Mattel, Inc.'s Corrected Consolidated Separate Statement In Support Of Its
6 Motion For Partial Summary Judgment is ORDERED filed under seal pursuant to
7 Local Rule 79-5.1.

8
9 DATED: November 12, 2010

*[signature]*

Hon. David O. Carter
United States District Judge