QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.   CV 04-09059<br>Case No.   CV 05-02727<br><br>Honorable David O. Carter<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT RE COUNTERCLAIMS IN REPLY**<br><br>Disc. Cut-off:     October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:        January 11, 2011 |

1  WHEREAS, by Order dated October 5, 2010, (Dkt. No. 8892) the Court ordered that motions for summary judgment on the counterclaims in reply must be brought on or before November 15, 2010 and stated at the hearing on October 6, 2010, that the hearing on such motions will be December 20, 2010, but has not otherwise set the briefing schedule on such motions

WHEREAS, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, the "Mattel Parties") and MGA Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") have reached agreements concerning the dates to file oppositions to and replies in support of such motions;

NOW, THEREFORE, by and through their respective counsel of record, the Mattel Parties and the MGA Parties hereby stipulate and agree, subject to the Court's approval, that

1. Any oppositions to any motions for summary judgment filed on November 15, 2010, shall be due on December 3, 2010.

2. Any replies in support of any motions for summary judgment filed on November 15, 2010, shall be due on December 13, 2010.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: November 13, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By */s/ Michael T. Zeller* <br> Michael T. Zeller |
| 5 | | Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| 6 | | |
| 7 | DATED: November 13, 2010 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 8 | | |
| 9 | | By */s/ Thomas S. McConvile* |
| 10 | | Thomas S. McConville <br> Attorneys for the MGA Parties |