1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Attorneys for Mattel, Inc., and Mattel de
   Mexico, S.A. de C.V.
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727<br><br>Honorable David O. Carter<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT RE COUNTERCLAIMS IN REPLY<br><br>**Phase 2:**<br>Disc. Cut-off:        October 4, 2010<br>Pre-trial Conf.:     January 4, 2011<br>Trial Date:           January 11, 2011 |

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Stipulation Regarding Briefing Schedule on Motions for Summary Judgment Re Counterclaims in Reply, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Any oppositions to any motions for summary judgment filed on November 15, 2010, shall be due on December 3, 2010.

2. Any replies in support of any motions for summary judgment filed on November 15, 2010, shall be due on December 13, 2010.

DATED: _____, 2010 _____
Hon. David O. Carter
United States District Judge