ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>            Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA'S MOTION FOR PROTECTIVE ORDER** |

1   The Court, having considered MGA's Motion for a Protective Order Re

2   Mattel's Notice of Deposition of James Malackowski, and all supporting papers,

3   and having found good cause appearing, it is HEREBY ORDERED that:

4   MGA's motion for a protective order regarding Mattel's Notice of

5   Deposition of James Malackowski is granted.  Pursuant to the parties' agreement,

6   the parties shall jointly submit a proposed schedule to the Discovery Master by

7   November __, 2010, which shall set forth dates for all expert depositions to occur

8   during the first two weeks in December 2010.

9

10  **IT IS SO ORDERED**.

11

12

13  Dated:  November _____, 2010

    _____
14  Hon. David O. Carter
    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -