SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

On November 8, 2010, I served true copies of the following document(s) described as:

1. Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;

2. Gustavo Machado's Response to Mattel Inc.'s Statement of Genuine Issues in Response to Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Gustavo Machado's Motion for Summary Judgment;

3. Joinder in (1) MGA Parties' Reply in Support of Motion for Summary Judgment and (2) Response to Mattel, Inc.'s Statement of Facts in Support of Its Opposition to MGA Parties' Motion for Partial Summary Judgment;

4. Declaration of David C. Scheper in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;

5. *Supplemental* Declaration of Alexander H. Cote in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;

6. Rebuttal Declaration of Mr. Alberto Huerta-Bleck to Mr. Hector Calatayud's Declaration in Support of Mattel, Inc.'s Opposition to the MGA Parties' Motion for Summary Judgment in 05-2727 Action;

7. Application to File Under Seal; and

8. [Proposed] Order Granting Application to File Under Seal.

on the interested parties in this action as follows:

POS (11-8-10).doc                                           CV 04-9049 DOC (RNBx)

PROOF OF SERVICE

| | |
|---|---|
| Michael T. Zeller, Esq.<br>michaelzeller@quinnemanuel.com<br><br>Dylan Proctor, Esq.<br>dylanproctor@quinnemanuel.com<br><br>Jon D. Corey, Esq.<br>joncorey@quinnemanuel.com<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 So. Figueroa St., 10th Fl.<br>Los Angeles, CA 90017-2543<br><br>Annette L. Hurst, Esq.<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard St.<br>San Francisco, CA 94104<br>ahurst@orrick.com | William A. Molinski, Esq.<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>777 S. Figueroa St., Ste. 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com<br><br><br><br><br><br><br><br><br>Thomas McConville, Esq.<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>4 Park Plaza, Ste. 1600<br>Irvine, CA 92614<br>tmcconville@orrick.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission from e-mail address **acote@scheperkim.com** on November 8, 2010, by transmitting a PDF format copy of such documents to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 8, 2010, at Los Angeles, California.

_____
Pam Poloski