ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br><br>**PROOF OF SERVICE** |
| AND CONSOLIDATED ACTIONS | Trial Date: January 11, 2011 |

**PROOF OF SERVICE**

I, Thomas S. McConville, declare:

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, CA 92614.

On November 5, 2010, I served the following documents:

**APPLICATION TO FILE UNDER SEAL**

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

**MGA PARTIES' OPPOSITION TO MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER'S RULINGS AT THE DEPOSITION OF JOSEPH FRANKE [FILED UNDER SEAL]**

☐     By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐     By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

☒     (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressees below.

Scott Watson
scottwatson@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2010, at Irvine, California.

_____
Thomas S. McConville

PROOF OF SERVICE
CV 04-9049 DOC (RNBx)