ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**PARTIES' JUROR QUESTIONNAIRE**<br><br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011<br>Judge: Hon. David O. Carter |

1     Pursuant to the Court's order on November 16, 2010, the parties hereby submit the attached Juror Questionnaire.

    Respectfully submitted,

Dated: November 17, 2010     Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ Denise M. Mingrone*
      Denise M. Mingrone
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

# ATTACHMENT A

**PRINT ALL ANSWERS**                                            Juror #_____

## Juror Questionnaire
### United States District Court, Central District of California, Santa Ana

**FULL NAME** _____

1. Gender: ❑ Male  ❑ Female   Age: _____
2. Place of birth (city, state, or if applicable, city and country) _____
3. Neighborhood where you live: _____ How long? _____
4. What is the highest level of education that you have completed?
   - ❑ Less than high school ❑ High school/GED ❑ Technical or vocational
   - ❑ Some college classes ❑ 2-year college degree ❑ 4-year college degree
   - ❑ Postgraduate classes ❑ Postgraduate degree

   List any certificates or degrees (with major) you have obtained: _____

5. Your current employment status (check all that apply):
   - ❑ Employed full-time ❑ Homemaker ❑ Self-employed ❑ Retired for _____ year(s)
   - ❑ Employed part-time ❑ Disabled ❑ Student ❑ Unemployed, looking for work

6. Job: _____ Employer: _____

7. Please list the jobs you have had over the past 15 years, including your duties at each position. If you are a student, list the school you attend.

|   | **JOB TITLE & DUTIES** | **EMPLOYER (SCHOOL)** | **WHEN** |
|---|---|---|---|
| 1 |   |   |   |
| 2 |   |   |   |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

8. Marital Status: ❑ Single, never married ❑ Currently married for _____ yrs ❑ Divorced
   ❑ Living with domestic partner for ____ yrs ❑ Separated ❑ Widowed for ____ yrs

9. If married or partnered: Job _____ Employer _____

10. If you have children or step-children, please list (including children who do not live with you):

|   | Sex | Age | Education | Occupation/Employer |
|---|---|---|---|---|
| 1 |   |   |   |   |
| 2 |   |   |   |   |
| 3 |   |   |   |   |
| 4 |   |   |   |   |

11. What clubs, organizations or charities do you belong to, or volunteer with:
    _____

1

12. What is your main source for news?
    ❑ newspaper    ❑ radio    ❑ magazines    ❑ television    ❑ Internet
    Specify which publications or stations you read or listen to most often:
    _____

13. How often do you take a position of leadership?
    ❑ Frequently    ❑ Occasionally    ❑ Seldom    ❑ Never

14. Have you, or has a family member, ever owned or run a business? (Check all that apply.)
    ❑ Yes, I have    ❑ Yes, a family member has    ❑ No
    **If yes,** describe the business and whether it was successful: _____
    _____

15. Have you, a family member, or someone close to you ever had training in or experience with any of the following?  (Check all that apply.)

    | | | | |
    |---|---|---|---|
    | Advertising | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Art or design | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Contracts | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Fashion | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Human resources | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Intellectual property (patents, copyrights, trade dress) | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Law, any legal field or courts | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Market research/marketing | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Product design/development | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Retail management | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Toys or dolls | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Trade secrets | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |

    **If yes to any of the above**, please explain:  _____
    _____
    _____

16. Have you ever had any prior jury service?    ❑ Yes, criminal    ❑ Yes, civil    ❑ No   **If yes:**
    (a) How many times have you served on a jury?  _____
    (b) What kinds of cases did you hear as a juror? _____
    (c) How many times have you been the foreperson?  _____
    (d) Did the jury reach a verdict in all cases?    ❑ Yes    ❑ No   **If no**, why not? _____

17. Have you or anyone close to you ever sued anyone, or been sued by anyone?  ❑ Yes    ❑ No
    **If yes**, explain: _____
    _____

18. Have you ever signed an employment agreement?    ❑ Yes    ❑ No
    **If yes**, explain where and any disputes you may have had over the terms:
    _____

2

19. Have you or someone close to you ever signed a non-solicitation or non-compete agreement?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

20. Have you or someone close to you ever signed a confidentiality or non-disclosure agreement?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

21. Have you ever worked for a company that had products, technology, or other information that was considered to be confidential or proprietary?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

22. What is your reaction, if any, to the statement, "An employee can use proprierty or confidential information that was used at a previous job."?
    _____
    _____

23. Do you believe it is wrong for an employee to use information or ideas at a new job that they used or learned at a previous job?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

24. Have you or someone close ever:  (Check all that apply.)

    | | | | |
    |---|---|---|---|
    | a. | Invented something, or filed a registration for/ obtained a copyright, patent or trademark | ❏ Yes, self | ❏ Yes, someone else |
    | b. | Had an idea that someone else profited from | ❏ Yes, self | ❏ Yes, someone else |
    | c. | Accused someone of taking or copying an idea that belonged to someone else | ❏ Yes, self | ❏ Yes, someone else |
    | d. | Had confidential information stolen by someone or disclosed to another party | ❏ Yes, self | ❏ Yes, someone else |
    | e. | Drafted or negotiated an employment agreement | ❏ Yes, self | ❏ Yes, someone else |
    | f. | Been involved in a business or contract dispute | ❏ Yes, self | ❏ Yes, someone else |

    **If yes to any,** please explain:
    _____
    _____

25. Do you believe it is wrong for an employee to take anything besides personal belongings when leaving a place of employment?   ❏ Yes   ❏ No
    **If yes,** explain: _____
    _____

26. Are you aware of anyone taking something from an employer that was considered confidential?
    ❏ Yes   ❏ No   **If yes**, explain: _____
    _____

27. Are you aware of any illegal behavior or wrongdoing by an employee or by a co-worker?
    ❏ Yes   ❏ No  **If yes**, explain: _____
    _____

28. Have you, or someone close to you, ever had a serious dispute with an employer, employee, supervisor or co-worker, or been terminated or laid off?
    ❏ Yes   ❏ No  **If yes**, explain: _____
    _____

29. Have you ever collected dolls or toys?   ❏ Yes   ❏ No
    **If yes**, which ones? _____

30. Have you or a loved one ever purchased or received any of the following:
    a.  Mattel product        ❏ Yes, purchased    ❏ Yes, received    ❏ No
    b.  Barbie doll           ❏ Yes, purchased    ❏ Yes, received    ❏ No
    c.  Bratz doll            ❏ Yes, purchased    ❏ Yes, received    ❏ No
    d.  My Scene doll         ❏ Yes, purchased    ❏ Yes, received    ❏ No
    e.  Bratz pet             ❏ Yes, purchased    ❏ Yes, received    ❏ No
    f.  My Scene Pet          ❏ Yes, purchased    ❏ Yes, received    ❏ No
    g.  Diva Starz            ❏ Yes, purchased    ❏ Yes, received    ❏ No

31. Have you, or anyone you know, ever worked for Mattel or MGA Entertainment?
    ❏ Yes, Mattel    ❏ Yes, MGA    ❏ No    **If yes,** explain:
    _____

32. Describe any opinion that you have of Mattel, Inc. or of Mattel products:
    _____

33. Describe any opinion that you have of MGA Entertainment or of MGA Entertainment products:
    _____

34. Do you or a family member own shares of stock in Mattel, Inc.?   ❏ Yes   ❏ No
    Explain who owns the stock: _____

35. Have you had any positive or negative feelings toward, or have you had any positive or negative experiences with, any of the following: (**Check one for each**.)
    a.  Immigrants                  ❏ Yes, positive    ❏ Yes, negative    ❏ No
    b.  People from Persia or Iran  ❏ Yes, positive    ❏ Yes, negative    ❏ No
    c.  Homosexuals                 ❏ Yes, positive    ❏ Yes, negative    ❏ No
    d.  People of Jewish faith      ❏ Yes, positive    ❏ Yes, negative    ❏ No

    **If yes to any,** explain: _____
    _____
    _____

36. Would you prejudge a case, even in the slightest way, if one or more of the parties, attorneys, or witnesses come from a particular national, racial or religious group, or have a lifestyle different than your own?

    ❑ Yes   ❑ No        **If yes,** explain below:

    _____

    _____

37. Had you heard anything about a lawsuit between Mattel (Barbie) and MGA Entertainment (Bratz) before today?   ❑ Yes   ❑ No

    **If yes,** what have you heard and what is the source of the information? _____

    _____

38. Have you formed any opinion about this case?   ❑ Yes   ❑ No

    **If yes,** what opinion have you formed? _____

    _____

39. Describe any ethical, religious, political, or other beliefs that may prevent you from serving as a juror:

    Ethical: _____

    Religious: _____

    Political: _____

    Other: _____

40. Describe any problems (such as vision, hearing, medical, language or other problems) that may affect your jury service:

    _____

    _____

41. Do you know any other person called for jury duty this week?   ❑ Yes   ❑ No

    **If yes**, please check "Yes" and explain the relationship below:

    _____

    _____

42. Is there anything else that the Court and the parties should know about you that could affect your ability to be a fair and impartial juror in this case?   ❑ Yes   ❑ No

    **If yes**, explain: _____

    _____

43. Do you know anything about the people or entities listed on the attached pages (beyond recognizing the name)?

    ❑ Yes      ❑ No

    **If yes**, please check "Yes" and explain the relationship below:

    _____

    _____

    _____

Please check "Yes" if you know, or have a connection to, any of the entities or persons listed below. Read each name carefully.

**[LIST TO BE ADDED AT COMPLETION OF WITNESS LISTS]**

*I swear that all the foregoing is true and correct.*

_____     _____
    SIGNATURE                                                    DATE