# **ATTACHMENT A**

1. MATTEL, INC.'S CORRECTED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY

2. MATTEL, INC'S CORRECTED STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S REPLY COUNTERCLAIMS

3. MATTEL INC.'S APPENDIX TO THE CORRECTED STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON MGA'S REPLY COUNTERCLAIMS

4. THE CORRECTED DECLARATION OF DOMINIC SURPRENANT IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY

5. THE CORRECTED DECLARATION OF JOAN GAYNOR IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY

6. APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY AND ACCOMPANYING DOCUMENTS

7. PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY AND ACCOMPANYING DOCUMENTS