1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

7

8                     UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         SOUTHERN DIVISION

11

12 | MATTEL, INC., a Delaware | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation, and Mattel de Mexico, | Consolidated with
13 | S.A. de C.V., a Mexico business | Case Nos. CV 04-09059 and CV 05-02727
   | entity,
14 |                          | Hon. David O. Carter
   |          Plaintiff,
15 |                          | **MATTEL, INC.'S NOTICE OF**
   |      vs.                 | **ERRATA REGARDING MOTION**
16 |                          | **FOR PARTIAL SUMMARY**
   | MGA ENTERTAINMENT, INC., a | **JUDGMENT ON MGA'S**
17 | California corporation, et al., | **COUNTERCLAIMS-IN-REPLY,**
   |                          | **STATEMENT OF UNCONTESTED**
18 |          Defendant.      | **FACTS AND CONCLUSIONS OF**
   |                          | **LAW, AND ACCOMPANYING**
19 |                          | **DECLARATIONS AND EXHIBITS**

20 | AND CONSOLIDATED ACTIONS |

21

22                              Hearing Date:    December 20, 2010
                                Time:            TBA
23                              Place:           Courtroom 9D

24                              Discovery Cutoff:     October 4, 2010
                                Pre-trial Conference: January 4, 2011
25                              Trial:                January 11, 2011

26

27

28

00505.07975/3772366.3

                                                        NOTICE OF ERRATA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE of the corrections to the following documents

3  captioned:

4

5  1)  Mattel, Inc.'s Notice Of Motion And Motion For Partial Summary

6  Judgment On MGA's Counterclaims-In-Reply inadvertently contained

7  errors in pagination within the Table of Authorities.  This mistake has

8  been changed to reflect the necessary corrections;

9  2)  Mattel, Inc's Statement Of Uncontested Facts And Conclusions Of Law In

10  Support Of Its Motion For Summary Judgment On MGA's Reply

11  Counterclaims inadvertently included numerous typographical errors in

12  Exhibit numbers and overall citations.  Also, John B. Quinn's signature

13  was inadvertently excluded.  An Appendix has been included to account

14  for Uncontroverted Facts D349-D456.   The above-mentioned mistakes

15  have now been changed to reflect the necessary corrections;

16  3)  The Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s

17  Motion For Summary Judgment On MGA's Counterclaims-In-Reply

18  inadvertently excluded the exact Bates ranges for Exhibits 107, 292, and

19  328.  Additionally, Exhibit 18 was inadvertently marked as the wrong

20  document.  Exhibits 88, 387, 388 were inadvertently excluded.  Finally,

21  Exhibit 303 was inadvertently marked as the wrong Bates-numbered

22  document.  The above-mentioned mistakes have now been changed to

23  reflect the necessary corrections; and

24  4)  The Declaration Of Joan Gaynor In Support Of Mattel, Inc.'s Motion For

25  Partial Summary Judgment On MGA's Counterclaims-In-Reply

26  inadvertently indicated that the entire ninety minute video had been

27  produced.  In fact only the relevant 2.4 minute portion has been produced

28

00505.07975/3772366.3

-1-

NOTICE OF ERRATA

1      as Bates Number M 0110717.  This mistake has been changed to reflect

2      the necessary correction.

3         Consistent with the Court's Order dated October 4, 2010 (Docket No. 8881) and

4   the Court's Order dated October 8, 2010 (Docket No. 8914), Mattel also hereby

5   provides notice that it has lodged with the Court a thumb drive containing electronic

6   versions of Mattel, Inc.'s Corrected Motion For Partial Summary Judgment On MGA's

7   Counterclaims-In-Reply and Accompanying Documents.

8

9   DATED:  November 18, 2010        QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
10                                   By:

11

12

13                                   Michael T. Zeller
                                     Attorneys for Mattel, Inc. and
14                                   Mattel de Mexico, S.A. de C.V.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3772366.3
                                        -2-