# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                 Date   November 16, 2010

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Annette Hurst |
| John Quinn | Thomas McConville |
| Susan Estrich | William Molinski |
|  | Alexander Cote (Machado) |
|  | Mark Overland (Machado) |

Proceedings:   JURY SELECTION DISCUSSION; DEFENDANT-IN-INTERVENTION MGA ENTERTAINMENT INC'S MOTION TO CONFIRM DISMISSAL OF 04-9059 ACTION [8922]; MATTEL INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT; MGA'S PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION; GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

       Counsel are present and the Court, counsel and Frank Galvan, Jury Manager, discuss jury selection off the record and not in the courtroom. The case is called, counsel state their appearances and hearing is held on the above-referenced matters. The Court orders the following as to jury procedures:
      6 deliberating jurors, with 3 peremptory challenges per side;
      10 alternate jurors, with 4 peremptory challenges per side;
      jury pool of 75 time qualified jurors for a 4 month trial, with a break (date and duration) to be
           determined after jurors are present;
      proposed juror questionnaire, not to exceed 5 pages, shall be submitted by the parties on or before
           10:00 a.m. on November 17, 2010;
      jurors shall come to the courthouse and fill out the questionnaire on Wednesday, January 5, 2011,
           no counsel to be present, and at the time the Court will determine when to order jurors to
           return;
      review of the paperwork of jurors excused for hardship/business/economics shall be conducted by
           counsel beginning Friday, December 3, 2010 at 3:00 p.m. in the Jury Department in Los
           Angeles on a daily basis until the required 75 jurors are obtained;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

the number of jurors whose names will be called first for jury selection and whose names will be provided to counsel at the start of jury selection will be determined on November 17, 2010;
agreement regarding opening statements and mode of presentation will be determined on December 21, 2010; and
joint stipulation of remaining issues shall be filed by November 19, 2010 at 12 noon.

Hearing is held on the above-referenced motions and further hearing on the motions is continued to November 17, 2010 at 10:00 a.m.

|  |  |  |
|---|---|---|
| stat conf | : | 1-15 |
| mtns |  | 5-00 |
| Initials of Preparer | kp |  |