ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S NOVEMBER 17, 2010 MSJ HEARINGS**<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-Trial Conf.:   January 4, 2011<br>Trial:   January 11, 2011 |

THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO
THE COURT'S NOVEMBER 17, 2010 MSJ HEARINGS
CV-04-9049 DOC (RNBx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to this Court's request during the November 17, 2010 hearing regarding the MGA Parties' Motion for Summary Judgment and Mattel, Inc.'s Motion for Partial Summary Judgment, the MGA Parties hereby provide notice that they lodge the following brief previously submitted to the Ninth Circuit in this matter:

1) MGA Parties' Opening Brief for Appellants MGA Entertainment, Inc., MGA Entertainment HK Ltd., and Isaac Larian.

Dated:   November 18, 2010        Respectfully submitted,
                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By: _____
                                         L. Kieran Kieckhefer
                                         Attorneys for MGA Parties