QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Matte de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S NOTICE OF LODGING OF TANGIBLE ITEMS IN CONNECTION WITH THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>Hearing Date:　November 16, 2010<br>Time:　　　　　1:00 p.m.<br>Place:　　　　　Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-Off:　Oct. 4, 2010<br>Pre-Trial Conference:　Jan. 4, 2011<br>Trial Date:　　　　　Jan. 11, 2011 |

00505.07975/3784412.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to (a) the direction of the Court at the November 17, 2010 continued hearing on Mattel, Inc.'s, the MGA Parties and Gustavo Machado's motions for summary judgment, (b) the stipulation of the parties, and (c) to <u>Local Rule</u> 11-5.1, Mattel, Inc. hereby provides notice of lodging as part of the record on the parties' respective cross-motions for summary judgment the following tangible items received by the Court at the November 17, 2010 continued hearing:

<u>Exhibit 1</u>:  Diva Starz "Nikki" doll, SKU 27493, bearing Bates number MATDP 000082.

<u>Exhibit 2</u>:  Bratz "Cloe" doll, SKU 248538.

<u>Exhibit 3</u>:  Bratz "Cloe" doll ("Nighty-Nite"), SKU 384762.

DATED:  November 18, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By <u>/s/ Michael T. Zeller</u>
　　Michael T. Zeller
　　Attorneys for Mattel, Inc.

00505.07975/3784412.1

NOTICE OF LODGING