QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 1 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>   Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S MOTION FOR A PROTECTIVE ORDER RE MATTEL'S NOTICE OF DEPOSITION OF JAMES MALACKOWSKI**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:     January 4, 2011<br>Trial Date:         January 11, 2011 |

00505.07975/3775148.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the Court order filed under seal Mattel, Inc.'s Opposition to MGA's Motion for a Protective Order Re Mattel's Notice of Deposition of James Malackowski.

Mattel's Opposition to MGA's Motion for a Protective Order Re Mattel's Notice of Deposition of James Malackowski describes and quotes deposition testimony and documents that have been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties.

In light of these designations, Mattel seeks permission to file under seal Mattel's Opposition to MGA's Motion for a Protective Order Re Mattel's Notice of Deposition of James Malackowski.

For the foregoing reasons, Mattel requests that the Court order that Mattel's Opposition to MGA's Motion for a Protective Order Re Mattel's Notice of Deposition of James Malackowski.

DATED: November 18, 2010        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By  /s/ Michael T. Zeller
                                    Michael T. Zeller
                                    Attorneys for Mattel, Inc., and Mattel de
                                    Mexico, S.A. de C.V.