QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 1 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

**DENIED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S OPPOSITION TO MGA'S MOTION FOR A PROTECTIVE ORDER RE MATTEL'S NOTICE OF DEPOSITION OF JAMES MALACKOWSKI**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

**DENIED**

00505.07975/3775153.1

[PROPOSED] ORDER

1 [PROPOSED] ORDER

2 Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s
3 Opposition to MGA's Motion for a Protective Order Re Mattel's Notice of
4 Deposition of James Malackowski and good cause appearing therefore,
5     IT IS HEREBY ORDERED:
6 Mattel, Inc.'s Opposition to MGA's Motion for a Protective Order Re
7 Mattel's Notice of Deposition of James Malackowski is ORDERED filed under seal
8 pursuant to Local Rule 79-5.1.

**DENIED**

11 DATED: _____, 2010
    Hon. David O. Carter
    United States District Judge