1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11

| | |
|---|---|
| 12  MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity | CASE NO. CV 04-9049 DOC (RNBx) |
| 13  Plaintiffs, | Consolidated with<br>Case No.  CV 04-09059<br>Case No.  CV 05-02727 |
| 14  vs. | Honorable David O. Carter |
| 15 | |
| 16  MGA ENTERTAINMENT, INC., a California corporation, et al. | **JOINT SUBMISSION REGARDING PENDING DISCOVERY MATTERS** |
| 17  Defendants. | |
| 18 | |
| 19  AND CONSOLIDATED ACTIONS | **Phase 2:**<br>Disc. Cut-off:  October 4, 2010<br>Pre-trial Conf.:  January 4, 2011<br>Trial Date:  January 11, 2011 |

Pursuant to the Court's order at the November 16, 2010 hearing, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, the "Mattel Parties"), MGA Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"), and Carlos Gustavo Machado Gomez hereby provide the Court with the information requested. Exhibit A, attached hereto, identifies the discovery matters that the Court has held in abeyance and discovery matters that have been fully briefed but upon which the Court has not expressly ruled.

DATED: November 19, 2010            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                    By /s/ Michael T. Zeller
                                        Michael T. Zeller
                                        Attorneys for Mattel, Inc.

DATED: November 19, 2010            ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                    By /s/ Thomas McConville
                                        Thomas McConville
                                        Attorneys for the MGA Parties

DATED: November 19, 2010            SCHEPER KIM & HARRIS, LLP

                                    By /s/ Alexander H. Cote
                                        Alexander H. Cote
                                        Attorneys for Carlos Gustavo Machado

**EXHIBIT A**

Case 2:04-cv-09049-DOC -RNB   Document 9294   Filed 11/19/10   Page 3 of 4   Page ID #:280249

EXHIBIT A

| Date | Docket No. | Discovery Request | Status |
|---|---|---|---|
| 7/29/2010 | 8419 | The Mattel Parties' Motion to Compel Responses to Mattel's Third Set of Interrogatories to the MGA Parties | Held in abeyance as to interrogatories 2-7, 14, 15 (Dkt. No. 8752, at 5-6.) |
| 9/16/2010 | 8801 8745 | The Mattel Parties' Omnibus Motion to Compel Re Pending Discovery Disputes<br><br>The MGA Parties' Omnibus Motion to Compel | Omnibus Order (Dkt. No. 8880.)<br><br>The Court held in abeyance Mattel's request that the MGA Parties be ordered to produce the witness statement made by Vargas to MGA's prior counsel used to question Vargas at his deposition pending the parties' *in camera* submissions ordered by the Court. (Item 21 of Dkt. No. 8880.)<br><br>The Court held in abeyance MGA's request for drafts of statements exchanged between Vargas and Mattel. (Item 43 of Dkt. No. 8880.) |
| 9/28/2010 | 8858 | The Mattel Parties' Objections to DM Order No. 103 | Fully briefed. |
| 11/15/2010 | 9279 | The Mattel Parties' Response to November 12, 2010 Order to Show Cause | Fully briefed. |
| 11/15/2010 | 9271 | The MGA Parties' Motion for Protective Order Re Malackowski Deposition | Ordered to be fully briefed by November 19 at 12 p.m. |