**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                          Date: November 19, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER GRANTING MOTION FOR PROTECTIVE ORDER

      MGA's Motion for Protective Order [Docket 9271] is GRANTED.  Mattel seeks to depose Mr. Malackowski, whose expert report MGA's 30(b)(6) designee relied upon when testifying about the causal link between the activities of Mattel's market intelligence group and MGA's claimed damages.  MGA argues that any such deposition would be premature and prejudicial, as expert depositions are not scheduled to commence until December 2010 and Mr. Malackowski is preoccupied preparing rebuttal reports to the 20 expert reports filed by Mattel.

      The Court finds MGA's arguments convincing.  It would be burdensome to require Mr. Malackowski to sit for deposition while MGA is in the process of responding to Mattel's expert reports.  It would also be inequitable to do so, since MGA never had the opportunity to depose Mattel's expert, Mr. Wagner, whose calculations were relied upon by Mattel in its opposition to MGA's recently filed motion for summary judgment on Mattel's first counterclaim for violations of the Racketeer Influenced and Corrupt Organizations Act.

      The prejudice to Mattel is minimal.  Causation is a factual issue and, as explained by the Court in several hearings, the parties' well-reasoned argument on the basis of the facts in the record will always prevail over so-called "expert" analysis.

      The Clerk shall serve this minute order on all parties to the action.