UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                              Date   November 17, 2010

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Annette Hurst |
| John Quinn | Thomas McConville |
| Susan Estrich | William Molinski |
|  | Alexander Cote (Machado) |
|  | Mark Overland (Machado) |

Proceedings:   FURTHER HEARING ON DEFENDANT-IN-INTERVENTION MGA ENTERTAINMENT INC'S MOTION TO CONFIRM DISMISSAL OF 04-9059 ACTION [8922]; MATTEL INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT;  MGA'S PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION; GUSTAVO MACHADO'S MOTION FOR SUMMARY JUDGMENT ON MATTEL'S FIRST THIRD, FIFTH, SEVENTH, NINTH AND ELEVENTH COUNTERCLAIMS; MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THIRD COUNTERCLAIM

The case is called, counsel state their appearances and further hearing is held on the above-referenced matters.  The Court takes the matters under submission.

                                                                                                  :
                                                                                            9          10

                                              Initials of Preparer     kp