Annette L. Hurst, State Bar No. 148738
Warrington S. Parker III, State Bar No. 148003
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

William A. Molinski, State Bar No. 145186
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Thomas S. McConville, State Bar No. 155905
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, California 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
GLASER, WEIL, FINK, JACOBS,
   HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for the MGA PARTIES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**NOTICE OF ASSOCIATION OF GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP AS COUNSEL OF RECORD FOR THE MGA PARTIES**<br><br>Trial Date: January 11, 2011 |

722630                                NOTICE OF ASSOCIATION OF COUNSEL

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Patricia L. Glaser of the law firm of GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP, 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067, has become associated with ORRICK, HERRINGTON & SUTCLIFFE LLP, as attorneys of record for MGA Entertainment, Inc., MGA Mexico de S.R.L. de CV, MGA Entertainment (HK) Ltd., and Isaac Larian (collectively, the "MGA Parties").

FURTHER NOTICE IS HEREBY GIVEN that all pleadings and papers should continue to be served on ORRICK, HERRINGTON & SUTCLIFFE LLP.

FURTHER NOTICE IS HEREBY GIVEN that all pleadings and papers should also be electronically served, pursuant to the prior agreement of the parties, on Patricia L. Glaser (pglaser@glaserweil.com) and Andrew Baum (abaum@glaserweil.com) of GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO.

FURTHER NOTICE IS HEREBY GIVEN that Patricia L. Glaser of the law firm of GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP and Annette L. Hurst of the law firm of ORRICK, HERRINGTON & SUTCLIFFE LLP will serve as co-lead counsel for the MGA Parties.

Dated: November 29, 2010

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP·

By: _____
Patricia L. Glaser
Andrew Baum
Attorneys for the MGA PARTIES

NOTICE OF ASSOCIATION OF COUNSEL
- 2 -