UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                        Date: December 2, 2010
Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                             NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER STRIKING MGA PARTIES' DESIGNATION OF CO-LEAD COUNSEL [DOCKET 9304]

The Court strikes the following language in the November 29, 2010 Notice of Association of Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP as Counsel of Record for the MGA Parties [Docket 9304]: "FURTHER NOTICE IS HEREBY GIVEN that Patricia L. Glaser of the law firm of GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP [] will serve as co-lead counsel for the MGA Parties." (Dkt. 9304 at 2:15-18.) The Court will take up the issue of lead counsel designations at a hearing on December 8, 2010 at 12:00 p.m. With the exception of Machado, each party is ordered to be present.

The Clerk shall serve this minute order on all parties to the action.