QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S SUBMISSION RE DECEMBER 8, 2010 HEARING REGARDING LEAD TRIAL COUNSEL**<br><br>Hearing Date:  December 8, 2010<br>Time:  12:00 p.m.<br>Place:  Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:  January 4, 2011<br>Trial Date:  January 11, 2011 |

00505.07975/3814221.1

MATTEL'S SUBMISSION RE DECEMBER 8, 2010 HEARING

Mattel hereby notifies the parties and the Court that at the hearing on December 8, Mattel intends to seek leave of Court to add William C. Price as lead trial counsel. Mr. Price was co-lead counsel in the prior trial in this action. In light of the Court's order directing retrial of the entirety of the Phase 1 verdicts, Mattel has requested that Mr. Price reprise his role as trial counsel. Mr. Price will be present on December 8, 2010. He is prepared to explain that another trial, as well as personal matters which he can explain *in camera*, have precluded his prior appearance in this phase of the litigation.[1]

Mattel also hereby respectfully requests that Mr. Quinn be excused from appearing December 8. In cooperation with the United Sates Ambassador to China, Jon Huntsman, Jr., Mr. Quinn is scheduled to be in Beijing, China December 5-10. He will be speaking to Chinese governmental officials, students and businesses on issues they have asked him to address regarding the American legal system and recent legal issues arising out of the U.S. financial markets. A number of these meetings were directly arranged by the U.S. Embassy. Mr. Quinn will also be addressing over 200 law students and young lawyers from across China at the Beijing Arbitration Commission's headquarters regarding the American litigation system and the rise of China's involvement in U.S. litigation. Mr. Quinn scheduled this trip in advance of the previously set December 20 hearing date to ensure that he will be available for hearings from that date through the completion of trial.[2] Mr. Quinn obviously could not have anticipated that MGA would file papers precipitating an earlier appearance.

On December 8, Ambassador Huntsman's office has arranged for Mr. Quinn to speak to the state-owned Assets Supervision and Administration Commission, which

---

[1] Mr. Price is presently completing a bench trial before Judge Kramer in San Francisco Superior Court which will occupy him on December 9th and the week of December 13. However, Judge Kramer has agreed to hold the completion of that trial in abeyance so that Mr. Price may represent Mattel in this retrial.

[2] Mr. Quinn and Mr. Price are both available on December 20 in the event the Court is amenable to postponing consideration of these issues until the hearing on that date.

manages roughly 100 of China's largest state-owned enterprises. That same day Mr. Quinn is meeting with the Ministry of Commerce for the PRC, the President of the University of International Business and Economics and Ambassador Huntsman. If Mr. Quinn has to return to the United States for the hearing December 8, he will also have to cancel meetings the following days with the China Securities Regulatory Commission (China's version of the SEC), the China Council for the Promotion of International Trade, SINOPEC (one of China's largest state-controlled oil companies), and the American Chamber of Commerce.

To be clear, if the Court directs Mr. Quinn to appear on December 8, he will cancel these appointments and appear. However, Mattel asks that he be excused to avoid the embarrassment to Mr. Quinn and Ambassador Huntsman's office of canceling these events at this late date. Moreover, given the logistics involved in cancelling these events, if the Court declines to excuse Mr. Quinn, Mattel respectfully requests that the Court notify Mattel as soon as possible.

DATED:  December 2, 2010          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By /s/ John B. Quinn
                                      John B. Quinn
                                      Attorneys for Mattel, Inc. and Mattel de
                                      Mexico, S.A. de C.V.