**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                         Date: December 3, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Kathy Peterson  |  Not Present  |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER RE MEETING WITH JURY COMMISSIONER

     In light of the low number of returned questionnaires reviewed by the Magistrate Judge, the order directing counsel to appear before the Jury Commissioner on December 3, 2010 is vacated. Lead counsel for all three parties are ordered to appear before the Jury Commissioner on December 6, 2010 at 3:00 p.m.

     The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                              Initials of Deputy Clerk kp
CIVIL - GEN                                                                         Page 1 of 1