Name & Address:
Warrington S. Parker III (State Bar No. 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** See attached list.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other See list of documents described above.

**Reason:**

☒ Under Seal

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| December 3, 2010 | /s/ Warrington Parker III |
|---|---|
| Date | Attorney Name |
| | Warrington Parker III |
| | Party Represented |
| | MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

ATTACHMENT TO NOTICE OF MANUAL FILING

*Carter Bryant v. Mattel, Inc.*

**Case No. CV 04-9049-DOC (RNBx)**

1. Application to File Under Seal;

2. [Proposed] Order Granting Application to File Under Seal;

3. MGA Entertainment's Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

4. MGA Entertainment's Response To Mattel, Inc.'s Statement Of Uncontested Facts and Conclusions of Law In Opposition To Motion For Partial Summary Judgment On MGA Entertainment's Counterclaims-In-Reply;

5. MGA Entertainment's Objections To Non-Attorney Declarations Submitted By Mattel, Inc. In Support Of Its Motion For Partial Summary Judgment On MGA Entertainment's Counterclaims-In-Reply;

6. Appendix Of Previously Marked Exhibits In Support Of MGA Entertainment's Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

7. Compendium Of Written Discovery In Support Of MGA Entertainment's Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

8. Compendium Of Deposition Testimony In Support Of MGA Entertainment's Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment On MGA Entertainment's Counterclaims-In-Reply;

9. Declaration Of Denise M. Mingrone In Support Of MGA Entertainment's Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

10. Declaration Of Julie Bodden In Support of MGA Entertainment's Opposition To Mattel, Inc.'s Motion For Partial Summary Judgment Of MGA's Counterclaims-In-Reply;

1   11.   Declaration Of Sam Khare In Support Of MGA Entertainment's Opposition To Mattel's Motion For Partial Summary Judgment Of MGA's Counterclaims –In-Reply; and

2   12.   Declaration Of Isaac Larian In Support Of MGA Entertainment's Opposition To Mattel's Motion For Partial Summary Judgment Of MGA's Counterclaims –In-Reply.