ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY**<br><br>Date: December 20, 2010<br>Time: TBA<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

1  MGA Entertainment, Inc., MGA HK Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian hereby submit the attached Notice of Reliance on Previously Filed Documents in Support of MGA Parties' Opposition to Mattel's Motion for Partial Summary Judgment on MGA Parties' Counterclaims-in-Reply.

Dated: December 3, 2010

Respectfully Submitted,

WARRINGTON S. PARKER III
Orrick, Herrington & Sutcliffe LLP

_____
WARRINGTON S. PARKER III
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

## INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES'

| Carter Bryant v. Mattel, Inc. and Consolidated Actions, Case No. CV 04-9049 SGL (RNBx) |||
|---|---|---|
| Docket No. | Date | Document Description |
| 5554 | 6/24/2008 | Trial Transcript, PM |
| 7714 | 4/12/2010 | Mattel's 4th Amended Answer in Case 05-2727 and Counterclaims |
| 8583 | 8/16/2010 | MGA's Reply to Fourth Amended Answer and Counterclaims, Including Affirmative Defenses and Compulsory Counterclaims-In-Reply for (1) Trade Secret Misappropriation, (2) Violation of the Rackateering Influenced and Corrupt Organizations Act, and (3) Wrongful Injunction |
| 9044 | 10/12/2010 | Mattel's Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities |
| 9105 | 9/9/10 | September 9, 2010 Hearing Transcript |
| 9298 | 9/27/2010 | Hearing Transcript |
| 9231 | 10/29/2010 | Corrected Opposition to the MGA Parties' Motion for Summary Judgment in 05-2727 Action |
| 9261 | 11/8/2010 | MGA Parties' Reply In Support of Motion for Summary Judgment in 05-2727 Action |
| Mattel, Inc. v. Carter Bryant Case No. CV 04-9059 DOC SGL (RNBx) |||
| Docket No. | Date | Document Description |
| 37 | 12/07/2004 | MGA Entertainment, Inc.'s Answer In Intervention to Plaintiff's Unverified Complaint |