QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.    CV 04-09059<br>Case No.    CV 05-02727<br><br>Honorable David O. Carter<br><br>**STIPULATION REGARDING PARTIES' PROPOSED WAIVER OF FILING OF MEMORANDA OF CONTENTIONS OF FACT AND LAW**<br><br>Disc. Cut-off:    October 4, 2010<br>Pre-trial Conf.:   January 4, 2011<br>Trial Date:       January 11, 2011 |

00505.07209/3813220.1

Case No. CV 04-9049 DOC (RNBx)
STIPULATION

1  WHEREAS, pursuant to Local Rule 16-4, Mattel, Inc., Mattel de Mexico, S.A. de C.V., MGA Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA Entertainment (HK) Limited, Isaac Larian and Gustavo Machado (collectively, the "Parties") are required to file and serve Memoranda of Contentions of Fact and Law not later than 21 days before the Final Pretrial Conference, or by December 14, 2010;

WHEREAS, the Parties believe that their pending Motions for Summary Judgment and/or Partial Summary Judgment (the "Summary Judgment Motions") address most or all the Parties' contentions of fact and law that they would address in their respective Memorandum of Contentions of Fact and Law, if filed;

WHEREAS, the Court's rulings on the Parties' Summary Judgment Motions will likely impact each of the Parties' respective Memorandum of Contentions of Fact and Law, and might eliminate or render irrelevant substantial portions of one or more of those memoranda;

WHEREAS, briefing on Mattel's Motion for Summary Judgment on MGA's Counterclaims-in-Reply will not be completed until the day before the deadline for the Parties to file their respective Memorandum of Contentions of Fact and Law, and the Court is not scheduled to hear argument on that Motion until December 20, 2010;

WHEREAS, the Parties do not want to burden the Court with additional redundant memoranda and further wish to preserve the Court's and their own resources.

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to the Court's approval, that:

1. The Parties agree to waive the filing of Memoranda of Contentions of Fact and Law as required by Local Rule 16-4.

1      IT IS SO STIPULATED.

2

3 DATED: December 6, 2010    QUINN EMANUEL URQUHART & SULLIVAN. LLP

4

5

6                                  By */s/ Marshall M. Searcy III*
                                  Marshall M. Searcy III
                                  Attorneys for Mattel, Inc. and Mattel de

7                                   Mexico. S.A. de C.V.

8

9 DATED: December 6, 2010    ORRICK, HERRINGTON & SUTCLIFFE, LLP

10

11                                  By */s/ Denise M. Mingrone*
                                  Denise M. Mingrone

12                                   Attorneys for the MGA Parties

13

14 DATED: December 6. 2010    SCHEPER KIM & HARRIS. LLP

15

16                                  By */s/ Alexander Cote*
                                  Alexander Cote

17                                   Attorneys for Machado

18

19

20

21

22

23

24

25

26

27

28