| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | Orrick, Herrington & Sutcliffe LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 5 | Telephone:  415-773-5700 |
| | Facsimile:   415-773-5759 |
| 6 | |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA  90017 |
| 9 | Telephone:  213-629-2020 |
| | Facsimile:   213-612-2499 |
| 10 | |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| | Case No. CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE VIA HAND DELIVERY** |
| Defendant. | Date:  December 20, 2010 |
| | Time:  TBD |
| | Dept.:  Courtroom 9D |
| AND CONSOLIDATED ACTIONS | Trial Date:  January 11, 2011 |

<u>**PROOF OF SERVICE BY HAND DELIVERY**</u>

I, Neal San Diego, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On December 3, 2010, I served a hard drive containing the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

4. MGA ENTERTAINMENT'S RESPONSE TO MATTEL, INC.'S STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA ENTERTAINMENT'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

5. MGA ENTERTAINMENT'S OBJECTIONS TO NON-ATTORNEY DECLARATIONS SUBMITTED BY MATTEL, INC. IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA ENTERTAINMENT'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

6. APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

7. COMPENDIUM OF WRITTEN DISCOVERY IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

8. COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

| | | |
|---|---|---|
| 1 | 9. | DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY; [CONFIDENTIAL - ATTORNEYS' EYES ONLY]; |
| 2 | 10. | DECLARATION OF JULIE BODDEN IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY]; |
| 3 | 11. | DECLARATION OF SAM KHARE IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF MGA'S COUNTERCLAIMS –IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY] |
| 4 | 12. | DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF MGA'S COUNTERCLAIMS –IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY] |
| 5 | 13. | PROOF OF SERVICE VIA HAND DELIVERY. |

☒ by personally delivering a hard drive containing the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2010, at Los Angeles, California.

_____
Neal San Diego