1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA 94105
5   Telephone:  415-773-5700/Facsimile: 415-773-5759

6   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
8   Los Angeles, CA  90017
    Telephone:  213-629-2020/Facsimile: 213-612-2499
9
    THOMAS S. MCCONVILLE (State Bar No. 155905)
10  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
11  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
12  Tel: (949) 567-6700/Fax: (949) 567-6710

13  PATRICIA L. GLASER (State Bar No.  55668)
    pglaser@glaserweil.com
14  ANDREW BAUM  (State Bara No. 190397)
    abaum@glaserweil.com
15  GLASER, WEIL, FINK, JACOBS, HOWARD &
    SHAPIRO LLP
16  10250 Constellation Blvd., 19th Floor
    Los Angeles, CA 90067
17  Tel: (310) 553-3000/ Fax: (310) 556-2920
    Attorneys for MGA Parties
18
    [Add'l Counsel on signature page]
19
20              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
21                   SOUTHERN DIVISION

| | |
|---|---|
| 22  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
|                                  | Consolidated with Case No. CV 04-9059 |
| 23          Plaintiff,           | and Case No. CV 05-2727 |
| 24          v.                   | **REVISED JOINT JUROR QUESTIONNAIRE** |
| 25  MATTEL, INC., a Delaware     | Pretrial Conference: January 4, 2011 |
|     corporation,                 | Trial Date: January 11, 2011 |
| 26          Defendant.           | Judge:  Hon. David O. Carter |
| 27 | |
| 28  AND CONSOLIDATED ACTIONS | |

1    Pursuant to the Court's order on November 16, 2010 and the Court's

2    comments at the summary judgment hearing on November 17, 2010, the parties

3    hereby submit the attached revised Joint Juror Questionnaire.

4

5

| | |
|---|---|
| 6  Dated:  December 7, 2010 | Respectfully submitted, |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | |
| 9 | By:        _/s/ Annette L. Hurst_ |
| 10 | Annette L. Hurst |
| 11 | Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
| 12  Dated:  December 7, 2010 | Respectfully submitted, |
| 13 | ALEXANDER H. COTE |
| 14 | Scheper Kim and Overland LLP |
| 15 | |
| 16 | By:        _/s/ Alexander H. Cote_ |
| 17 | ALEXANDER H. COTE |
| 18 | Attorneys for Machado Gomez |
| 19  Dated:  December 7, 2010 | Respectfully submitted, |
| 20 | SCOTT L. WATSON |
| 21 | QUINN EMANUEL URQUHART & SULLLIVAN LLP |
| 22 | |
| 23 | By:        _/s/ Scott L. Watson_ |
| 24 | SCOTT L. WATSON |
| 25 | Attorneys for Mattel, Inc. |

26

27

28

PARTIES' REVISED JUROR QUESTIONNAIRE
CV-04-9049 DOC (RNBX)

**PRINT ALL ANSWERS**                                            Juror #_____

<u>**Juror Questionnaire**</u>

**United States District Court, Central District of California, Santa Ana**

**FULL NAME** _____

1.   Gender:  ❑ Male  ❑ Female      Age: _____

2.   Place of birth (city, state, or if applicable, city and country) _____

3.   Neighborhood where you live: _____ How long? _____

4.   What is the <u>highest</u> level of education that you have completed?

    ❑ Less than high school        ❑ High school/GED              ❑ Technical or vocational

    ❑ Some college classes        ❑ 2-year college degree        ❑ 4-year college degree

    ❑ Postgraduate classes        ❑ Postgraduate degree

    List any certificates or degrees (with major) you have obtained: _____

5.   Your current employment status (check all that apply):

    ❑ Employed full-time    ❑ Homemaker    ❑ Self-employed    ❑ Retired for _____ year(s)

    ❑ Employed part-time    ❑ Disabled        ❑ Student        ❑ Unemployed, looking for work

6.   Job: _____    Industry: _____

7.   Please list the jobs you have had over the past 15 years, including your duties at each position.  If you are a student, list your major.  Please do not identify your employers or school by name.

| | JOB TITLE & DUTIES (MAJOR) | INDUSTRY (LEVEL OF SCHOOLING) | WHEN |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

8.   Marital Status:  ❑ Single, never married    ❑ Currently married for _____ yrs      ❑ Divorced

    ❑ Living with domestic partner for ____ yrs      ❑ Separated      ❑ Widowed for ____ yrs

9.   If married or partnered: Job _____    Industry_____

10.  If you have children or step-children, please list (including children who do not live with you):

| | Sex | Age | Education | Occupation |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

11.  What clubs, organizations or charities do you belong to, or volunteer with:

_____

1

12. What is your main source for news?

❑ newspaper   ❑ radio   ❑ magazines   ❑ television   ❑ Internet

Specify which publications or stations you read or listen to most often:

_____

13. How often do you take a position of leadership?

❑ Frequently   ❑ Occasionally   ❑ Seldom   ❑ Never

14. Have you, or has a family member, ever owned or run a business? (Check all that apply.)

❑ Yes, I have   ❑ Yes, a family member has   ❑ No

**If yes,** describe the business and whether it was successful: _____

_____

15. Have you, a family member, or someone close to you ever had training in or experience with any of the following?  (Check all that apply.)

| | | | |
|---|---|---|---|
| Advertising | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Art or design | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Contracts | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Fashion | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Human resources | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Intellectual property (patents, copyrights, trade dress) | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Law, any legal field or courts | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Market research/marketing | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Product design/development | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Retail management | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Toys or dolls | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
| Trade secrets | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |

**If yes to any of the above**, please explain: _____

_____

_____

16. Have you ever had any prior jury service?   ❑ Yes, criminal   ❑ Yes, civil   ❑ No   **If yes:**

(a) How many times have you served on a jury?  _____

(b) What kinds of cases did you hear as a juror? _____

(c) How many times have you been the foreperson?  _____

(d) Did the jury reach a verdict in all cases?   ❑ Yes   ❑ No   **If no**, why not? _____

17. Have you or anyone close to you ever sued anyone, or been sued by anyone?  ❑ Yes   ❑ No

**If yes**, explain: _____

_____

18. Have you ever signed an employment agreement?   ❑ Yes   ❑ No

**If yes**, explain where and any disputes you may have had over the terms:

_____

2

19. Have you or someone close to you ever signed a non-solicitation or non-compete agreement?

❑ Yes      ❑ No      **If yes**, explain: _____

_____

20. Have you or someone close to you ever signed a confidentiality or non-disclosure agreement?

❑ Yes      ❑ No      **If yes**, explain: _____

_____

21. Have you ever worked for a company that had products, technology, or other information that was considered to be confidential or proprietary?

❑ Yes      ❑ No      **If yes**, explain: _____

_____

22. What is your reaction, if any, to the statement, "An employee can use proprietary or confidential information that was used at a previous job."?

_____

_____

23. Do you believe it is wrong for an employee to use information or ideas at a new job that they used or learned at a previous job?

❑ Yes      ❑ No      **If yes**, explain: _____

_____

24. Have you or someone close ever:  (Check all that apply.)

| | | | |
|---|---|---|---|
| a. | Invented something, or filed a registration for/ obtained a copyright, patent or trademark | ❑ Yes, self | ❑ Yes, someone else |
| b. | Had an idea that someone else profited from | ❑ Yes, self | ❑ Yes, someone else |
| c. | Accused someone of taking or copying an idea that belonged to someone else | ❑ Yes, self | ❑ Yes, someone else |
| d. | Had confidential information stolen by someone or disclosed to another party | ❑ Yes, self | ❑ Yes, someone else |
| e. | Drafted or negotiated an employment agreement | ❑ Yes, self | ❑ Yes, someone else |
| f. | Been involved in a business or contract dispute | ❑ Yes, self | ❑ Yes, someone else |

**If yes to any,** please explain:

_____

_____

25. Do you believe it is wrong for an employee to take anything besides personal belongings when leaving a place of employment?      ❑ Yes      ❑ No

**If yes,** explain: _____

_____

26. Are you aware of anyone taking something from an employer that was considered confidential?

❑ Yes      ❑ No      **If yes**, explain: _____

_____

3

27. Are you aware of any illegal behavior or wrongdoing by an employee or by a co-worker?

❑ Yes     ❑ No   **If yes**, explain: _____

_____

28. Have you, or someone close to you, ever had a serious dispute with an employer, employee, supervisor or co-worker, or been terminated or laid off?

❑ Yes     ❑ No   **If yes**, explain: _____

_____

29. Have you ever collected dolls or toys?     ❑ Yes     ❑ No

**If yes**, which ones? _____

30. Have you or a loved one ever purchased or received any of the following:

| | | | | |
|---|---|---|---|---|
| a. | Mattel product | ❑ Yes, purchased | ❑ Yes, received | ❑ No |
| b. | Barbie doll | ❑ Yes, purchased | ❑ Yes, received | ❑ No |
| c. | Bratz doll | ❑ Yes, purchased | ❑ Yes, received | ❑ No |
| d. | My Scene doll | ❑ Yes, purchased | ❑ Yes, received | ❑ No |
| e. | Bratz pet | ❑ Yes, purchased | ❑ Yes, received | ❑ No |
| f. | My Scene Pet | ❑ Yes, purchased | ❑ Yes, received | ❑ No |
| g. | Diva Starz | ❑ Yes, purchased | ❑ Yes, received | ❑ No |

31. Have you, or anyone you know, ever worked for Mattel or MGA Entertainment?

❑ Yes, Mattel     ❑ Yes, MGA     ❑ No     **If yes,** explain:

_____

32. Describe any opinion that you have of Mattel, Inc. or of Mattel products:

_____

33. Describe any opinion that you have of MGA Entertainment or of MGA Entertainment products:

_____

34. Do you or a family member own shares of stock in Mattel, Inc.?     ❑ Yes     ❑ No

Explain who owns the stock: _____

35. Have you had any positive or negative feelings toward, or have you had any positive or negative experiences with, any of the following:  (**Check one for each**.)

| | | | | |
|---|---|---|---|---|
| a. | Mexicans | ❑ Yes, positive | ❑ Yes, negative | ❑ No |
| b. | Immigrants | ❑ Yes, positive | ❑ Yes, negative | ❑ No |
| c. | People from Persia or Iran | ❑ Yes, positive | ❑ Yes, negative | ❑ No |
| d. | People of Jewish faith | ❑ Yes, positive | ❑ Yes, negative | ❑ No |
| e. | Homosexuals | ❑ Yes, positive | ❑ Yes, negative | ❑ No |

**If yes to any,** explain: _____

_____

_____

4

36. Would you prejudge a case, even in the slightest way, if one or more of the parties, attorneys, or witnesses come from a particular national, racial or religious group, or have a lifestyle different than your own?

    ❑ Yes   ❑ No      **If yes,** explain below:

    _____

    _____

37. Had you heard anything about a lawsuit between Mattel (Barbie) and MGA Entertainment (Bratz) before today?   ❑ Yes   ❑ No

    **If yes,** what have you heard and what is the source of the information? _____

    _____

38. Have you formed any opinion about this case?   ❑ Yes   ❑ No

    **If yes,** what opinion have you formed? _____

    _____

39. Describe any ethical, religious, political, or other beliefs that may prevent you from serving as a juror:

    Ethical: _____

    Religious: _____

    Political: _____

    Other: _____

40. Describe any problems (such as vision, hearing, medical, language or other problems) that may affect your jury service:

    _____

    _____

41. Do you know any other person called for jury duty this week?      ❑ Yes      ❑ No

    **If yes**, please check "Yes" and explain the relationship below:

    _____

    _____

42. Is there anything else that the Court and the parties should know about you that could affect your ability to be a fair and impartial juror in this case?   ❑ Yes      ❑ No

    **If yes**, explain: _____

    _____

43. Do you know anything about the people or entities listed on the attached pages (beyond recognizing the name)?

    ❑ Yes      ❑ No

    **If yes**, please check "Yes" and explain the relationship below:

    _____

    _____

    _____

Please check "Yes" if you know, or have a connection to, any of the entities or persons listed below. Read each name carefully.

**[LIST TO BE ADDED AT COMPLETION OF WITNESS LISTS]**


*I swear that all the foregoing is true and correct.*


    _____     _____

    SIGNATURE                              DATE