ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, Plaintiff, v. MATTEL, INC., a Delaware corporation, Defendant. AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx). Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 **Hon. David O. Carter** **APPLICATION TO FILE UNDER SEAL** Date: November 16, 2010 Time: 10:00 a.m. Place: Courtroom 9D Pretrial Conference: January 4, 2011 Trial Date: January 11, 2010 |
|---|---|

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. **CORRECTED APPENDIX OF PREVIOUSLY MARKED EXHIBITS IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION;**

2. **CORRECTED COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION; and**

3. **MGA PARTIES' CORRECTED OBJECTIONS AND RESPONSE TO MATTEL'S STATEMENT OF GENUINE ISSUES RELATING TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT.**

The above documents reference, contain, and/or attach materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: November 15, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for MGA Parties