```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 15 2010

CENTRAL DISTRICT OF CALIFORNIA
                         DEPUTY
```

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc., and Mattel de
   Mexico, S.A. de C.V.
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

                          SOUTHERN DIVISION
10

11 MATTEL, INC., a Delaware              CASE NO. CV 04-9049 DOC (RNBx)
   corporation, and Mattel de Mexico,
12 S.A. de C.V., a Mexico business       Consolidated with
   entity,                               Case No. CV 04-09059
13                                       Case No. CV 05-02727
            Plaintiff,
14                                       Hon. David O. Carter
        vs.
15                                       ~~CORRECTED~~ APPLICATION TO FILE
   MGA ENTERTAINMENT, INC., a            UNDER SEAL MATTEL, INC.'S
16 California corporation, et. al.,      MOTION FOR PARTIAL SUMMARY
                                         JUDGMENT ON MGA'S
17          Defendants.                  COUNTERCLAIMS-IN-REPLY,
                                         SEPARATE STATEMENT OF
18 AND CONSOLIDATED ACTIONS              UNCONTESTED FACTS AND
                                         CONCLUSIONS OF LAW, AND
19                                       ACCOMPANYING DECLARATIONS
                                         AND EXHIBITS
20
                                         [[Proposed] Order Filed Concurrently
21                                       Herewith]

22                                       Hearing Date:  December 20, 2010
                                         Time:          TBA
23                                       Place:         Courtroom 9D

24
                                         Discovery Cut-off:  October 4, 2010
25                                       Pre-trial Conf:     January 4, 2011
                                         Trial Date:         January 11, 2011
26

27

28

00505.07975/3780450.1

MATTEL. INC.'S CORRECTED APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby respectfully request that the Court order filed under seal the following documents because they reference and quote documents, depositions, and confidential business information that have been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

The documents that Mattel requests be filed under seal and the support for that designation are individually listed below:

1) Mattel, Inc.'s Notice Of Motion And Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply, references and quotes documents and depositions that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties;

2) Mattel, Inc's Statement Of Uncontested Facts And Conclusions Of Law In Support Of Its Motion For Summary Judgment On MGA's Reply Counterclaims, references and quotes documents and depositions that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties;

3) Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Motion For Summary Judgment On MGA's Counterclaims-In-Reply, references and quotes documents and depositions that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties; and

4) Declaration Of Dan C. Posner In Support Of Mattel, Inc.'s Motion For Summary Judgment On MGA's Counterclaims-In-Reply, references and quotes documents and depositions that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

1  In light of these designations, Mattel seeks permission to file each of the above-listed documents under seal.

2  For the foregoing reasons, Mattel requests that the court order that Mattel, Inc.'s Notice Of Motion And Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply, Mattel, Inc's Statement Of Uncontested Facts And Conclusions Of Law In Support Of Its Motion For Summary Judgment On MGA's Reply Counterclaims, the Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Motion For Summary Judgment On MGA's Counterclaims-In-Reply, and the Declaration Of Dan C. Posner In Support Of Mattel, Inc.'s Motion For Summary Judgment On MGA's Counterclaims-In-Reply, be filed under seal.

DATED: November 16, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.