QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,

　　　　Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

　　　　Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY, AND ACCOMPANYING DOCUMENTS

[[Proposed] Order Filed Concurrently Herewith]

Hearing Date:　December 20, 2010
Time:　　　　　TBA
Place:　　　　 Courtroom 9D

Discovery Cut-off:　October 4, 2010
Pre-trial Conf:　　 January 4, 2011
Trial Date:　　　　 January 11, 2011

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2   the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V.
3   (collectively, "Mattel") hereby respectfully request that the Court order filed under
4   seal the following documents because they reference and quote documents,
5   depositions, and materials that have been designated "Confidential" and/or
6   "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

7   The documents that Mattel requests be filed under seal are individually listed
8   below:
9       1) Mattel, Inc.'s Corrected Notice Of Motion And Motion For Partial
10          Summary Judgment On MGA's Counterclaims-In-Reply;
11      2) Mattel, Inc's Corrected Statement Of Uncontested Facts And
12          Conclusions Of Law In Support Of Its Motion For Summary Judgment
13          On MGA's Reply Counterclaims;
14      3) Mattel Inc.'s Appendix To The Corrected Statement Of Uncontested
15          Facts And Conclusions Of Law In Support Of Its Motion For Summary
16          Judgment On MGA's Reply Counterclaims; and
17      4) Corrected Declaration Of Dominic Surprenant In Support Of Mattel,
18          Inc.'s Motion For Summary Judgment On MGA's Counterclaims-In-
19          Reply.
20

21  In light of these designations, Mattel seeks permission to file each of the
22  above-listed documents under seal.
23  For the foregoing reasons, Mattel requests that the court order that Mattel,
24  Inc.'s Corrected Notice Of Motion And Motion For Partial Summary Judgment On
25  MGA's Counterclaims-In-Reply, Mattel, Inc's Corrected Statement Of Uncontested
26  Facts And Conclusions Of Law In Support Of Its Motion For Summary Judgment
27  On MGA's Reply Counterclaims, and the Corrected Declaration Of Dominic
28

1 | Surprenant In Support Of Mattel, Inc.'s Motion For Summary Judgment On MGA's
2 | Counterclaims-In-Reply, be filed under seal.
3
4 | DATED: November 18, 2010     QUINN EMANUEL URQUHART &
5 |                                               SULLIVAN. LLP
6 |                                               By /s/ Michael T. Zeller
7 |                                               Michael T. Zeller
8 |                                               Attorneys for Mattel, Inc. and
                                                  Mattel de Mexico, S.A. de C.V.