FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY AND ACCOMPANYING DOCUMENTS |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application To File Under Seal Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply, Separate Statement of Uncontested Facts and Conclusions of Law, and Accompanying Declarations and Exhibits, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

1) Mattel, Inc.'s Corrected Notice Of Motion And Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

2) Mattel, Inc.'s Corrected Statement Of Uncontested Facts And Conclusions Of Law In Support Of Its Motion For Summary Judgment On MGA's Reply Counterclaims;

3) Mattel Inc.'s Appendix To The Corrected Statement Of Uncontested Facts And Conclusions Of Law In Support Of Its Motion For Summary Judgment On MGA's Reply Counterclaims; and

4) Corrected Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Motion For Summary Judgment On MGA's Counterclaims-In-Reply.

DATED: Nov. 18, 2010

Hon. David O. Carter
United States District Judge