

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.
7
                UNITED STATES DISTRICT COURT
8
              CENTRAL DISTRICT OF CALIFORNIA
9
                     SOUTHERN DIVISION
10

11
   MATTEL, INC., a Delaware            CASE NO. CV 04-9049 DOC (RNBx)
12 corporation,                         Consolidated with
                                        Case Nos. CV 04-09059 & CV 05-2727
13              Plaintiff,
                                        Hon. David O. Carter
14         vs.

15 MGA ENTERTAINMENT, INC., a           CORRECTED DECLARATION OF JOAN
   California corporation, et al.,     GAYNOR IN SUPPORT OF MATTEL,
16                                      INC.'S MOTION FOR PARTIAL
                Defendant.              SUMMARY JUDGMENT ON MGA'S
17                                      COUNTERCLAIMS-IN-REPLY

18 AND CONSOLIDATED ACTIONS

19                                      Hearing Date: December 20, 2010
                                        Time:         TBA
20                                      Place:        Courtroom 9D

21                                      **Phase 2:**
                                        Discovery Cut-off:    October 4, 2010
22                                      Pre-trial Conference: January 4, 2011
                                        Trial Date:           January 11, 2011
23

24

25

26

27

28

00505.07975/3780098.1
                                      -1-
                                              CORRECTED DECLARATION OF JOAN GAYNOR

## CORRECTED DECLARATION OF JOAN GAYNOR

I, Joan Gaynor, declare as follows:

1. I have been employed by Mattel from 1975 to 1995 and from January 2000 until November 2008 as a permanent employee. I am currently a temporary employee for Mattel in a Barbie Design Group. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. In 2001, I was employed by Mattel as a Barbie Product Design Manager. That year, in March 2001, I attended the Tokyo Toy Fair. Tomy had an open booth at the Toy Fair, meaning that it was freely visible and accessible to those attending the Toy Fair. I was allowed to enter the Tomy booth, and no sign-in was required. I was not informed of any restrictions regarding the information I learned from visiting the Toy Fair, and while I was there, I saw and openly recorded video of displays of unreleased MGA products, including Bratz. My video camera was visible the entire time I was taking video; in fact, at the end of the attached video exhibit, one of the toy demonstrators was demonstrating a small stuffed animal while looking directly into the camera. Many other attendees were also taking photos of Bratz during the day—in the opening seconds of the attached video exhibit, it was obvious that other photographs were being taken as evident from the camera flashes showing up in the video. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the video footage that I took at the Tokyo Toy Fair in 2001. This excerpt was previously produced at bates no. M 0110717.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2010, at El Segundo, California.

_____
Joan Gaynor