1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
10
11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710
14
   Attorneys for MGA Parties

15

16 UNITED STATES DISTRICT COURT

17 CENTRAL DISTRICT OF CALIFORNIA

18 SOUTHERN DIVISION

| | |
|---|---|
| 19  CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). Consolidated with: |
| 20  Plaintiff, | Case No. CV 04-9059<br>Case No. CV 05-2727 |
| 21  v. | **Hon. David O. Carter** |
| 22  MATTEL, INC., a Delaware corporation, | **APPLICATION TO LODGE UNDER SEAL** |
| 23 | |
| 24  Defendant. | Discovery Cut-off: October 4, 2010<br>Pre-Trial Conf.: January 4, 2011<br>Trial: January 11, 2011 |
| 25  AND CONSOLIDATED ACTIONS | |

26

27

28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

1     Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2 application for an order to lodge under seal the following documents:
3     1) THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE
4 COURT'S NOVEMBER 17, 2010 MSJ HEARINGS AND EXHIBITS
5 ATTACHED THERETO.
6     The MGA Parties' Notice of Lodging Pursuant to The Court's November 17,
7 2010 MSJ Hearings attaches materials as exhibits that Mattel and/or the MGA
8 Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only"
9 pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC
10 (RNBx), Docket Document No. 54. The attached documents have been originally
11 ordered sealed by the Ninth Circuit in Case Nos. 09-55673 & 09-55812.
12     For the foregoing reasons, the MGA Parties respectfully request that the
13 Court enter the concurrently filed [Proposed] Order granting this request to lodge
14 the above-referenced documents under seal.

Dated: November 18, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
L. Kieran Kieckhefer
Attorneys for MGA Parties