1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA  94105-2669
5   Telephone:   (415) 773-5700
    Facsimile:   (415) 773-5759
6

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
9   Telephone:   (213) 629-2020
    Facsimile:   (213) 612-2499
10

11   THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
12   ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13   Telephone:   (949) 567-6700
    Facsimile:   (949) 567-6710
14

15   Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>       Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br>**[PROPOSED] ORDER GRANTING APPLICATION TO LODGE UNDER SEAL** |

The Court, having been informed by MGA Parties that the following documents reference, contain, and/or attach materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below:

    1)  THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S NOVEMBER 17, 2010 MSJ HEARINGS AND THE EXHIBITS ATTACHED THERETO.

**IT IS HEREBY ORDERED**.

Dated: _Nov 18_, 2010

_Claire O. Carter_
_____
Hon. David O. Carter
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION TO LODGE
UNDER SEAL
CV 04-9049 DOC (RNBx)