| | |
|---|---|
| 1 | **SCHEPER KIM & HARRIS LLP** |
|   | DAVID C. SCHEPER (State Bar No. 120174) |
| 2 | dscheper@scheperkim.com |
|   | ALEXANDER H. COTE (State Bar No. 211558) |
| 3 | acote@scheperkim.com |
|   | 601 W. Fifth Street, 12th Floor |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 613-4655 |
| 5 | Facsimile: (213) 613-4656 |
| 6 | **LAW OFFICES OF MARK E. OVERLAND** |
|   | MARK E. OVERLAND (State Bar No. 38375) |
| 7 | mark@overlaw.net |
|   | 100 Wilshire Blvd., Suite 950 |
| 8 | Santa Monica, CA 90401 |
|   | Telephone: (310) 459-2830 |
| 9 | Facsimile: (310) 459-4621 |
| 10 | Attorneys for Carlos Gustavo Machado Gomez |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC,, a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | **Discovery Cut-off:** October 4, 2010<br>**Pre-trial Conf.:** January 4, 2010<br>**Trial:** January 11, 2010 |

CV 04-9049 DOC (RNBx)
APPLICATION TO FILE UNDER SEAL

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 79-5.1, and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, in Case No. 04-9059, Carlos Gustavo Machado Gomez hereby respectfully requests that the Court order filed under seal the documents identified below.

These documents discuss, quote and attach materials that Mattel, Inc. has designated as "Confidential – Attorneys Eyes Only" pursuant to the Protective Order. Accordingly, Carlos Gustavo Machado Gomez requests that the Court order the following documents be filed under seal.

1. **Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;**

2. **Gustavo Machado's Response to Mattel Inc.'s Statement of Genuine Issues in Response to Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Gustavo Machado's Motion for Summary Judgment;**

3. **Declaration of David C. Scheper in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;**

//

//

//

4. *Supplemental* Declaration of Alexander H. Cote in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment

DATED: November 8, 2010         Respectfully submitted,

SCHEPER KIM & HARRIS LLP
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND
By: /s/ *Alexander H. Cote*
     ALEXANDER H. COTE

/s/ *Mark E. Overland*
MARK E. OVERLAND

Attorneys for Carlos Gustavo Machado Gomez