**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | **Discovery Cut-off:** October 4, 2010<br>**Pre-trial Conf.:** January 4, 2010<br>**Trial:** January 11, 2010 |

CV 04-9049 DOC (RNBx)

[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

The Court, having considered Carlos Gustavo Machado Gomez's application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under seal the following documents: the following documents be filed under seal:

1. **Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;**

2. **Gustavo Machado's Response to Mattel Inc.'s Statement of Genuine Issues in Response to Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Gustavo Machado's Motion for Summary Judgment;**

3. **Declaration of David C. Scheper in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment;**

4. *Supplemental* **Declaration of Alexander H. Cote in Support of Gustavo Machado's Reply in Support of His Motion for Summary Judgment and Partial Summary Judgment**

DATED: November 8, 2010

_____
Hon. David O. Carter
Judge, U.S. District Court