QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S MOTION TO DISQUALIFY GLASER WEIL<br><br>**Phase 2:**<br>Discovery Cut-Off:     October 4, 2000<br>Pre-trial Conference:  January 4, 2011<br>Trial Date:            January 11, 2011 |

**DECLARATION OF MICHAEL T. ZELLER**

I, Michael T. Zeller, declare as follows:

1. I am a member of the bars of the States of California, Illinois, and New York and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. I have represented Mattel on a number of different matters over the past decade and I have been involved in the Mattel v. MGA litigation since its inception.

3. On November 24, 2010, Mattel was notified that Patricia Glaser of Glaser Weil Fink Jacobs Howard & Shapiro ("Glaser Weil") would be seeking to associate in as counsel.

4. On November 30, 2010, lead counsel learned that Jill Basinger, a former Quinn Emanuel Of Counsel, had recently joined Glaser Weil. Ms. Basinger is a 1997 law school graduate. She worked at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as a senior associate and Of Counsel from 2002 to 2006. During her time at Quinn Emanuel, Ms. Basinger billed 1,473.1 hours to multiple Mattel matters. This included nine hours billed directly to the Mattel v. MGA litigation. As part of her work on this matter, Ms. Basinger communicated with Mike Zeller and reviewed confidential Mattel systems and files for potential production.

5. In addition, Ms. Basinger billed 123.3 hours to Viveros v. Mattel, which concerned the origins of Mattel's "Diva Starz" line of products, that overlapped in issues and discovery with the MGA litigation. While working on Viveros, Ms. Basinger was privy to Mattel's litigation strategies with respect to "Diva Starz" and protection of its intellectual property, regularly communicated with in-house counsel for Mattel and was involved in the search for and collection

-2-

of documents concerning "Diva Starz."  Most documents produced in the MGA litigation concerning "Diva Starz," pursuant to MGA discovery requests, were collected and reviewed as part of the Viveros case by Ms. Basinger, among other Quinn Emanuel attorneys.  Ms. Basinger also worked on, and discussed strategy regarding, the depositions of witnesses, including of persons who are witnesses in both the MGA and the Viveros cases.  As Mattel's lead counsel in Viveros, I regularly communicated with Ms. Basinger on such and other privileged matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on December 10, 2010, at Los Angeles, California.

_____
Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico. S.A. de C.V.