Name & Address:
Alexander H. Cote (SBN 211558)
acote@scheperkim.com
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor, Los Angeles, CA 90071
Telephone: 213.613.4655; Facsimile: 213.613.4656

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 04-9049 DOC (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
    SEE ATTACHED LIST

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other    SEE ATTACHED LIST

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☐ Manual Filing required (*reason*):

December 10, 2010
Date

Alexander H. Cote    /s/
Attorney Name

Carlos Gustavo Machado Gomez
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    NOTICE OF MANUAL FILING

## DOCUMENTS TO BE FILED

1. Application to File Under Seal;

2. [Proposed] Order Granting Application to File Under Seal;

3. Gustavo Machado's Notice of Motion and Motion *In Limine* to Exclude the Deposition Testimony of Pablo Vargas; Memorandum of Points and Authorities in Support Thereof;

4. Gustavo Machado's Notice of Motion and Motion *In Limine* to Exclude References to Machado's Invocation of Privilege Against Self-Incrimination; Memorandum of Points and Authorities in Support Thereof; and

5. Declaration of Alexander Cote in Support of Gustavo Machado's Motions *In Limine*