Quinn Emanuel Urquhart & Sullivan, LLP
 John B. Quinn (Bar No. 090378)
 Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>04-09049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See Attachment A.

**Document Description:**

☐   Administrative Record

☑   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑   Other   See Attachment A.

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated January 4, 2005

☑   Manual Filing required (*reason*):
     Application to Seal and Proposed Order not subject to e-filing.

| | |
|---|---|
| December 10, 2010<br>Date | Michael T. Zeller<br>Attorney Name<br><br>Mattel, Inc. and Mattel de Mexico, S.A. de C.V.<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                   NOTICE OF MANUAL FILING

## Attachment A

1. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ (MOTION IN LIMINE NO. 1)

2. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY (MOTION IN LIMINE NO. 2)

3. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT AND APPEAL (MOTION IN LIMINE NO. 3)

4. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO (1) AN ALLEGED WRONGFUL INJUNCTION AS AN ELEMENT OF DAMAGES FOR MGA'S AFFIRMATIVE CLAIMS; AND (2) LAYOFFS, HARM TO CONSUMER OR OTHER ALLEGED ADVERSE CONSEQUENCES OF A VERDICT FOR MATTEL (MOTION IN LIMINE NO. 5)

5. MATTEL'S NOTICE OF MOTION AND MOTION TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES (MOTION IN LIMINE NO. 7)

6. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL (MOTION IN LIMINE NO. 9)

7. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ANY ALLEGED RACIAL, RELIGIOUS OR ETHNIC BIAS (MOTION IN LIMINE NO. 10)

8. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS(MOTION IN LIMINE NO. 11)

9. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE (MOTION IN LIMINE NO. 12)

10. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO IMMATERIAL PURPORTED STATUTE OF LIMITATIONS EVIDENCE (MOTION IN LIMINE NO. 13)

11. MATTEL'S NOTICE OF MOTION AND MOTION TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS (MOTION IN LIMINE NO. 14)

12. MATTEL'S NOTICE OF MOTION AND MOTION TO PRECLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ALLEGED SPOLIATION OF EVIDENCE OR DISCOVERY MISCONDUCT BY MATTEL OR ITS COUNSEL (MOTION IN LIMINE NO. 15)

13. MATTEL'S NOTICE OF MOTION AND MOTION IN LIMINE FOR ORDER PRECLUDING TESTIMONY AND GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS BASED ON JORGE CASTILLA'S INVOCATION OF THE FIFTH AMENDMENT (MOTION IN LIMINE NO. 16)

14. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE OF OR ARGUMENT CONCERNING THE CREATION OF MATTEL SERVICIOS, S.A. DE C.V. (MOTION IN LIMINE NO. 17)

15. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF E-MAIL FILTER AND TERM NHB (MOTION IN LIMINE NO. 18)

16. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ANY MEDIATION OR INVOCATION OF STATUTORILY MANDATED MEDIATION CONFIDENTIALITY (MOTION IN LIMINE NO. 19)

17. MATTEL'S NOTICE OF MOTION AND MOTION TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT (MOTION IN LIMINE NO. 20)

18. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY (MOTION IN LIMINE NO. 21)

19. MATTEL'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS (MOTION IN LIMINE NO. 22)

20. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING (MOTION IN LIMINE NO. 23)

21. MATTEL'S MOTION TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO A PRIOR CIVIL LITIGATION AND BANKRUPTCY PROCEEDING INVOLVING NON-PARTY WITNESS BRIAN WING (MOTION IN LIMINE NO. 25)

22. MATTEL'S NOTICE OF MOTION AND MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26 (DAUBERT MOTION NO. 1)

23. MATTEL, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI (DAUBERT MOTION NO. 2)

24. MATTEL, INC.'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK (DAUBERT MOTION NO. 3)

25. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY (DAUBERT MOTION NO. 4)

26. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY BY GLENN V. VILPPU (MOTION IN LIMINE NO. 5)

27. MATTEL'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS AND REPORTS OF MGA EXPERT ERICH JOACHIMSTHALER (DAUBERT MOTION NO. 6)

28. MATTEL'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE IMPROPER OPINIONS OF SAMUEL RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE

29. DECLARATION OF JOSEPH C. SARLES IN SUPPORT OF MATTEL'S MOTIONS IN LIMINE AND DAUBERT MOTIONS