QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.
and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S NOTICE OF LODGING OF EXPERT REPORTS AMD DEPOSITION TRANSCRIPTS IN CONNECTION WITH ITS MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS**<br><br>Hearing Date:   TBD<br>Time:                TBD<br>Place:              Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:   Oct. 4, 2010<br>Pre-trial Conference: Jan. 4, 2010<br>Trial Date:   Jan. 11. 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"), in support of its concurrently filed Motions *in Limine* and Daubert Motions, has lodged, pursuant to Local Rule 11-5.1, a flash drive with the Court containing the following documents in electronic form:

1. Corrected Expert Report of James E. Malackowski, dated November 5, 2010.
2. Rebuttal Expert Report of James E. Malackowski, dated December 1, 2010.
3. Declaration of Yehuda Basook Pursuant to Federal Rule of Civil Procedure 26(a)(2), dated November 2, 2010.
4. Supplemental Declaration of Yehuda Basook Pursuant to Federal Rule of Civil Procedure 26(a)(2), dated November 30, 2010.
5. Expert Report of Dr. Erich Joachimsthaler, dated November 1, 2010.
6. Expert Report of Edward A. Blair, Ph.D., dated October 31, 2010.
7. Expert Report of Dr. Ravi Dhar, dated November 1, 2010.
8. Expert Report of Thomas S. Gruca, dated December 1, 2010.
9. Export Report of Glenn V. Vilppu, dated December 1, 2010.
10. Rebuttal Expert Report of D. Jan. Duffy, dated, December 1, 2010.
11. Expert Report of D. Jan Duffy, dated February 11, 2008.
12. Stroz Friedberg Report on Larian Media Analysis, dated July 1, 2008.
13. Stroz Friedberg Report Regarding "BeClean" Software, dated September 27, 2010.

14. Stroz Friedberg Report Regarding "Evidence Eliminator" Software, dated December 1, 2010.

15. Rebuttal Report Regarding "BeClean" Software, dated December 1, 2010.

16. Expert Report of Michael J. Wagner, dated November 1, 2010.

17. Corrected Report of Michael J. Wagner, dated November 12, 2010.

18. Expert Rebuttal Report of Michael J. Wagner, dated December 1, 2010.

19. Deposition Transcript of Jorge Castilla, taken October 22, 2008 and October 22, 2010.

20. Deposition Transcript of James Malackowski, taken December 7, 2010.

21. Deposition Transcript of Yehuda Basook, taken December 8, 2010.

DATED: December 10, 2010          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                  By /s/ Joseph Sarles
                                     Joseph Sarles
                                     Attorneys for Mattel, Inc.
                                     and Mattel de Mexico, S.A. de C.V.