Name & Address:
Patricia L. Glaser (State Bar No. 056688)
Andrew Baum (State Bar No. 190397)
Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Tel: 310-553-3000; Fax: 310-843-2606

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See attached list.

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other  See attached list.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

December 10, 2010                               /s/ Andrew Baum
Date                                            Attorney Name

                                                MGA Parties
                                                Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING

# ATTACHMENT TO NOTICE OF MANUAL FILING

## Carter Bryant v. Mattel, Inc.
## Case No. CV 04-9049-DOC (RNBx)

1. MGA Parties' Notice of Motion and Motions *in Limine*, Nos. 1-6; Memorandum of Points and Authorities in support thereof;

2. MGA Parties' Notice of Motion and Motions *in Limine*, No. 7-8; Memorandum of Points and Authorities in support thereof;

3. MGA Parties' Notice of Motion and Motions *in Limine*, No. 9-13; Memorandum of Points and Authorities in support thereof;

4. MGA Parties' Notice of Motion and Motions *in Limine*, No. 14-16; Memorandum of Points and Authorities in support thereof;

5. MGA Parties' Notice of Motion and Motions *in Limine*, No. 17-22; Memorandum of Points and Authorities in support thereof;

6. MGA Parties' Notice of Motion and Motions *in Limine*, No. 23; Memorandum of Points and Authorities in support thereof;

7. MGA Parties' Notice of Motion and Motions *in Limine*, No. 24; Memorandum of Points and Authorities in support thereof;

8. MGA Parties' Notice of Motion and Motions *in Limine*, No. 25-29; Memorandum of Points and Authorities in support thereof;

9. MGA Parties' Notice of Motion and Motions *in Limine*, No. 30; Memorandum of Points and Authorities in support thereof;

10. MGA Parties' Notice of Motion and Motions *in Limine*, No. 31-34; Memorandum of Points and Authorities in support thereof;

11. MGA Parties' Notice of Motion and Motions *in Limine*, No. 35; Memorandum of Points and Authorities in support thereof;

12. MGA Parties' Notice of Motion and Motions *in Limine*, No. 36; Memorandum of Points and Authorities in support thereof;

13. MGA Parties' Notice of Motion and Motions *in Limine*, No. 37; Memorandum of Points and Authorities in support thereof;

14. MGA Parties' Notice of Motion and Motions *in Limine*, No. 38; Memorandum of Points and Authorities in support thereof;

15. MGA Parties' Notice of Motion and Motions *in Limine*, No. 39; Memorandum of Points and Authorities in support thereof;

16. Declaration of Andrew Baum In Support of MGA Parties' Motions *in Limine*;

17. MGA Parties' Proposed Order;

18. Application to Filed Under Seal; and

19. [Proposed] Order Granting Application to File Under Seal.