UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                   Date   December 8, 2010

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Jane Sutton, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

    Michael Zeller
    William Price
    Scott Watson

Attorneys Present for Defendants:

    Annette Hurst
    Thomas McConville
    Patricia Glaser
    Andrew Baum

Proceedings:   LEAD COUNSEL DESIGNATION

    The case is called, counsel state their appearances and the Court addresses the issue of lead counsel designation with the parties. William Price is designated as co-lead counsel for Mattel (in place of Michael Zeller) with John Quinn. Patricia Glaser is designated as co-lead counsel for MGA (in place of Thomas McConville) with Annette Hurst.

    Jurors will fill out questionnaires on January 5, 2011, with no counsel present. Copies of the questionnaires will be available to be picked up by the parties (2 sets of copies for each side) from the Clerk's Office at 3:00 p.m. on January 7, 2011. Jury selection will begin on January 13, 2011. Opening statements will begin on January 18, 2011.

|  | : |  |
|---|---|---|
|  | 2 | 35 |
| Initials of Preparer | kp |  |