Name & Address:
Patricia L. Glaser (State Bar No. 056688)
Andrew Baum (State Bar No. 190397)
Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Tel: 310-553-3000; Fax: 310-843-2606

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV-04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See Attached List.

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other See Attached List.

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

| December 13, 2010 | /s/ John Ly |
|---|---|
| Date | Attorney Name |
| | MGA Parties |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING

# ATTACHMENT TO NOTICE OF MANUAL FILING

### Carter Bryant v. Mattel, Inc.
### Case No. CV 04-9049-DOC (RNBx)

1. MGA Parties' Notice of Motion and Motions *in Limine*, Nos. 1-6; Memorandum of Points and Authorities in support thereof;

2. MGA Parties' Notice of Motion and Motions *in Limine*, No. 7-8; Memorandum of Points and Authorities in support thereof;

3. MGA Parties' Notice of Motion and Motions *in Limine*, No. 9-13; Memorandum of Points and Authorities in support thereof;

4. MGA Parties' Notice of Motion and **Corrected** Motions *in Limine*, No. 14-16; Memorandum of Points and Authorities in support thereof;

5. MGA Parties' Notice of Motion and Motions *in Limine*, No. 17-22; Memorandum of Points and Authorities in support thereof;

6. MGA Parties' Notice of Motion and Motions *in Limine*, No. 23; Memorandum of Points and Authorities in support thereof;

7. MGA Parties' Notice of Motion and Motions *in Limine*, No. 24; Memorandum of Points and Authorities in support thereof;

8. MGA Parties' Notice of Motion and Motions *in Limine*, No. 25-29; Memorandum of Points and Authorities in support thereof;

9. MGA Parties' Notice of Motion and Motions *in Limine*, No. 30; Memorandum of Points and Authorities in support thereof;

10. MGA Parties' Notice of Motion and **Corrected** Motions *in Limine*, No. 31-36; Memorandum of Points and Authorities in support thereof;

11. MGA Parties' Notice of Motion and **Corrected** Motions *in Limine*, No. 37; Memorandum of Points and Authorities in support thereof;

12. MGA Parties' Notice of Motion and *Corrected* Motions *in Limine*, No. 38; Memorandum of Points and Authorities in support thereof;

13. MGA Parties' Notice of Motion and *Corrected* Motions *in Limine*, No. 39; Memorandum of Points and Authorities in support thereof;

14. MGA Parties' Notice of Motion and *Corrected* Motions *in Limine*, No. 40; Memorandum of Points and Authorities in support thereof;

15. MGA Parties' Notice of Motion and *Corrected* Motions *in Limine*, No. 41; Memorandum of Points and Authorities in support thereof;

16. Declaration of Andrew Baum In Support of MGA Parties' Motions *in Limine*;

17. *Corrected* Application to Filed Under Seal; and

18. *Corrected* [Proposed] Order Granting Application to File Under Seal.