**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 04-9049 (DOC) (RNBx)            Date: December 13, 2010

Title: MATTEL, INC. V. MGA ENTERTAINMENT INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                              NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING SUPPLEMENTAL BRIEFING

       On or before December 13, 2010 at 5pm the parties shall file supplemental briefing addressing the question of whether Mattel alleges that Trial Exhibit 00004.011 was conceived or reduced to practice during Carter Bryant's employment with Mattel. The party's supplemental briefing shall not be filed under seal.

       The Clerk shall serve this minute order on all parties to the action.