Name & Address:
Alexander H. Cote (SBN 211558)
SCHEPER KIM & HARRIS LLP
601 W. Fifth St., 12th Fl.
Los Angeles, CA 90071
Telephone: 213.613.4655; Facsimile: 213.613.4656

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 DOC (RNBx) |
| v. | |
| MATTEL, INC., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
SEE ATTACHED LIST

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  SEE ATTACHED LIST

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

December 13, 2010                                    Alexander H. Cote   /s/
Date                                                 Attorney Name

                                                     Cross-Defendant Carlos Gustavo Machado Gomez
                                                     Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                      NOTICE OF MANUAL FILING

LIST OF DOCUMENTS TO BE FILED

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE THE OPINIONS OF MICHAEL WAGNER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; and

4. SUPPLEMENTAL DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE THE OPINIONS OF MICHAEL WAGNER