1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   William C. Price (Bar No. 108542
3  (williamprice@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
4  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Honorable David O. Carter<br><br>STIPULATION REGARDING REVIEW OF JURY FORMS /ORDER<br><br>**Phase 2:**<br>Disc. Cut-off:  October 4, 2010<br>Pre-trial Conf.:  January 4, 2011<br>Trial Date:  January 11, 2011 |

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"), MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, S.R.L. de C.V., Isaac Larian ("MGA Parties") and Carlos Gustavo Machado Gomez ("Machado") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have reviewed completed juror questionnaires returned to the U.S. District Court Jury Section following review of the questionnaires by the magistrate judge and are satisfied with the current estimate of 239 (two-hundred and thirty-nine) qualified prospective jurors for the venire;

2. The Parties are not requesting that additional prospective jurors be added to the venire;

3. The Parties agree that Frank Galvan, Manager of the U.S. District Court Jury and Naturalization Section and/or his agents select the venire for trial of this case randomly from the current number of qualified prospective jurors;

4. The Parties have discussed with Mr. Galvan that the random selection process will consist of selecting every third juror from the qualified prospective jurors until the number necessary to reach a venire of 80 has been achieved;

5. The Parties are satisfied with the jury selection process to date.

IT IS SO STIPULATED.

DATED: December 10, 2010        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc. and Mattel de
   Mexico, S.A. de C.V.

```
 1  DATED: December 10, 2010           ORRICK, HERRINGTON & SUTCLIFFE
 2                                     LLP
 3
 4                                     By /s/ Thomas S. McConville
                                          Thomas S. McConville
 5                                        Attorneys for MGA Entertainment, Inc.,
                                          MGA Entertainment (HK) Ltd., MGAE de
 6                                        Mexico, S.R.L. de C.V. and Isaac Larian
 7
 8
 9  DATED: December 10, 2010           LAW OFFICES OF MARK E. OVERLAND
10
11                                     By /s/ Mark E. Overland
                                          Mark E. Overland
12                                        Attorneys for Carlos Gustavo Machado
```

IT IS SO ORDERED

Dated: 12-10-2010

/s/ David O. Carter

United States District Judge