ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**CORRECTED NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY**<br><br>Date: December 20, 2010<br>Time: TBA<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

1  MGA Entertainment, Inc., MGA HK Ltd., MGAE de Mexico S.R.L. de C.V.,
2  and Isaac Larian hereby submit the attached Corrected Notice of Reliance on
3  Previously Filed Documents in Support of MGA Entertainment's Opposition to
4  Mattel's Motion for Partial Summary Judgment on MGA's Counterclaims-in-
5  Reply.

6  This Corrected Notice of Reliance includes a reference to a previously filed
7  document (Docket #8703) that was previously cited in MGA's Opposition to
8  Mattel's Motion for Partial Summary Judgment, but was inadvertently omitted from
9  the initial Notice of Reliance, served on December 3, 2010. With this Corrected
10 Notice, the Court now has a comprehensive list of all docket entries that were
11 referenced in MGA's Opposition to Mattel's Motion for Partial Summary Judgment.

Dated: December 13, 2010          Respectfully Submitted,

WARRINGTON S. PARKER III
Orrick, Herrington & Sutcliffe LLP

/s/ Warrington S. Parker III
_____
WARRINGTON S. PARKER III

Attorneys for MGA Parties

- 1 -

MGA'S CORRECTED NOTICE OF RELIANCE ON PREVIOUSLY
FILED DOCUMENTS ISO MGA'S OPP. TO MATTEL'S MPSJ
CASE NO.: CV-04-9049-DOC (RNBX)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. CV 04-9049-DOC (RNBx)
CARTER BRYANT v. MATTEL, INC

# INDEX OF PREVIOUSLY FILED DOCUMENTS RELIED ON BY MGA PARTIES'

| Carter Bryant v. Mattel, Inc. and Consolidated Actions, Case No. CV 04-9049 SGL (RNBx) | | |
|---|---|---|
| Docket No. | Date | Document Description |
| 5554 | 6/24/2008 | Trial Transcript, PM |
| 7714 | 4/12/2010 | Mattel's 4th Amended Answer in Case 05-2727 and Counterclaims |
| 8583 | 8/16/2010 | MGA's Reply to Fourth Amended Answer and Counterclaims, Including Affirmative Defenses and Compulsory Counterclaims-In-Reply for (1) Trade Secret Misappropriation, (2) Violation of the Rackateering Influenced and Corrupt Organizations Act, and (3) Wrongful Injunction |
| 8703 | 9/8/2010 | Mattel's Notice of Motion and Motion to Strike and/or Dismiss MGA's Purported "Compulsory Counterclaims in Reply"; and Memorandum of Points and Authorities |
| 9044 | 10/12/2010 | Mattel's Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities |
| 9105 | 9/9/10 | September 9, 2010 Hearing Transcript |
| 9298 | 9/27/2010 | Hearing Transcript |
| 9231 | 10/29/2010 | Corrected Opposition to the MGA Parties' Motion for Summary Judgment in 05-2727 Action |
| 9261 | 11/8/2010 | MGA Parties' Reply In Support of Motion for Summary Judgment in 05-2727 Action |
| Mattel, Inc. v. Carter Bryant Case No. CV 04-9059 DOC SGL (RNBx) | | |
| Docket No. | Date | Document Description |
| 37 | 12/07/2004 | MGA Entertainment, Inc.'s Answer In Intervention to Plaintiff's Unverified Complaint |