QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL INC.'S SUPPLEMENTAL BRIEFING RE: TRIAL EXHIBIT 00004.011**<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:        January 4, 2011<br>Trial Date:             January 11, 2011 |

00505.07975/3860564.1

MATTEL'S SUPPLEMENTAL BRIEFING

1

2  Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively "Mattel") hereby

3  responds to the Court's December 13, 2010 Order Directing Supplemental Briefing.

4  Mattel does not allege that Trial Exhibit 00004.011 was conceived or reduced to

5  practice during Carter Bryant's employment with Mattel.

6

7  DATED:  December 13, 2010          QUINN EMANUEL URQUHART & SULLIVAN. LLP

8

9                                                               By /s/ Michael T. Zeller
10                                                                  Michael T. Zeller
                                                                    Attorneys for Mattel, Inc. and Mattel de
11                                                                  Mexico. S.A. de C.V.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28