| | |
|---|---|
| 1 | Annette L. Hurst, State Bar No. 148738 |
|   | Warrington S. Parker III, State Bar No. 148003 |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building, 405 Howard Street |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 773-5700 |
| 4 | Facsimile: (415) 773-5759 |
| 5 | William A. Molinski, State Bar No. 145186 |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 6 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, California 90017 |
| 7 | Telephone: (213) 629-2020 |
|   | Facsimile: (213) 612-2499 |
| 8 | |
| 9 | Thomas S. McConville, State Bar No. 155905 |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 4 Park Plaza, Suite 1600 |
| 10 | Irvine, California 92614-2258 |
|    | Telephone: (949) 567-6700 |
| 11 | Facsimile: (949) 567-6710 |
| 12 | Patricia L. Glaser, State Bar No. 056688 |
|    | Andrew Baum, State Bar No. 190397 |
| 13 | GLASER, WEIL, FINK, JACOBS, |
|    |    HOWARD & SHAPIRO LLP |
| 14 | 10250 Constellation Boulevard, 19th Floor |
|    | Los Angeles, California 90067 |
| 15 | Telephone:  (310) 553-3000 |
|    | Facsimile:  (310) 556-2920 |
| 16 | |
|    | Attorneys for the MGA PARTIES |
| 17 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| 20 | CARTER BRYANT, an individual | Case No. CV 04-9049-DOC (RNBx) |
|    |   | Consolidated with Nos. CV 04-9059 and CV 05-2727 |
| 21 | Plaintiff, | |
| 22 | v. | Hon. David O. Carter |
| 23 | MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE OF MGA PARTIES' MOTIONS IN LIMINE** |
| 24 | | |
| 25 | Defendant. | |
| 26 | | |
| 27 | AND CONSOLIDATED ACTIONS | Trial Date: January 11, 2011 |
| 28 | | |

723569

PROOF OF SERVICE OF MGA PARTIES' MOTIONS IN LIMINE

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On December 10, 2010, I served the documents set forth on Exhibit A hereto on the interested parties to this action as follows:

☐ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒ (BY ELECTRONIC SERVICE) I caused such documents to be electronically served via an FTP server on counsel at the following email address:

John Quinn: johnquinn@quinnemanuel.com
William Price: williamprice@quinnemanuel.com
Michael Zeller: michaelzeller@quinnemanuel.com
Scott Watson: scottwatson@quinnemanuel.com

☐ (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number: .

Executed this 10th day of December, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ANDREW BAUM

# EXHIBIT A

1. MGA Parties' Notice of Motion and Motions *in Limine*, Nos. 1-6; Memorandum of Points and Authorities in support thereof;

2. MGA Parties' Notice of Motion and Motions *in Limine*, No. 7-8; Memorandum of Points and Authorities in support thereof;

3. MGA Parties' Notice of Motion and Motions *in Limine*, No. 9-13; Memorandum of Points and Authorities in support thereof;

4. MGA Parties' Notice of Motion and Motions *in Limine*, No. 14-16; Memorandum of Points and Authorities in support thereof;

5. MGA Parties' Notice of Motion and Motions *in Limine*, No. 17-22; Memorandum of Points and Authorities in support thereof;

6. MGA Parties' Notice of Motion and Motions *in Limine*, No. 23; Memorandum of Points and Authorities in support thereof;

7. MGA Parties' Notice of Motion and Motions *in Limine*, No. 24; Memorandum of Points and Authorities in support thereof;

8. MGA Parties' Notice of Motion and Motions *in Limine*, No. 25-29; Memorandum of Points and Authorities in support thereof;

9. MGA Parties' Notice of Motion and Motions *in Limine*, No. 30; Memorandum of Points and Authorities in support thereof;

10. MGA Parties' Notice of Motion and Motions *in Limine*, No. 31-34; Memorandum of Points and Authorities in support thereof;

11. MGA Parties' Notice of Motion and Motions *in Limine*, No. 35; Memorandum of Points and Authorities in support thereof;

12. MGA Parties' Notice of Motion and Motions *in Limine*, No. 36; Memorandum of Points and Authorities in support thereof;

13. MGA Parties' Notice of Motion and Motions *in Limine*, No. 37; Memorandum of Points and Authorities in support thereof;

14. MGA Parties' Notice of Motion and Motions *in Limine*, No. 38; Memorandum of Points and Authorities in support thereof;

15. MGA Parties' Notice of Motion and Motions *in Limine*, No. 39; Memorandum of Points and Authorities in support thereof;

16. Application to Filed Under Seal; and

17. [Proposed] Order Granting Application to File Under Seal.