1 | Annette L. Hurst, State Bar No. 148738
Warrington S. Parker III, State Bar No. 48003
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
3 | San Francisco, California 94105
Telephone: (415) 774-5700
4 | Facsimile: (415) 773-5759

5 | William A. Molinski, State Bar No. 145186
ORRICK, HERRINGTON & SUTCLIFFE LLP
6 | 777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
7 | Telephone: (213) 629-2020
Facsimile: (213) 612-2499

8 |

9 | Thomas S. McConville, State Bar No. 155905
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
10 | Irvine, California 92614-2258
Telephone: (949) 567-6700
11 | Facsimile: (949) 567-6710

12 | Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
13 | GLASER, WEIL, FINK, JACOBS,
   HOWARD & SHAPIRO, LLP
14 | 10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
15 | Telephone: (310) 553-3000
Facsimile: (310) 556-2920
16 |
Attorneys for MGA PARTIES
17 |

18 |
UNITED STATES DISTRICT COURT
19 | CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
20 |

21 | CARTER BRYANT, an individual  ) Case No. CV 04-9049-DOC (RNBx)
                                  ) Consolidated with Nos. CV 04-9059 and CV
                                  ) 05-2727
22 |        Plaintiff,             )
                                  ) Hon. David O. Carter
23 |    v.                         )
                                  ) **PROOF OF SERVICE OF**
24 | MATTEL, INC., a Delaware      ) **DECLARATION OF ANDREW BAUM IN**
corporation,                      ) **SUPPORT OF MGA PARTIES' MOTIONS**
25 |                              ) **IN LIMINE**
          Defendant.              )
26 | _____ )

27 |

28 |

1
PROOF OF SERVICE OF DECLARATION OF ANDREW BAUM

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On December 12, 2010, I served the foregoing document(s) described as:

**DECLARATION OF ANDREW BAUM IN SUPPORT OF
MGA PARTIES' MOTIONS IN LIMINE**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

☐ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒ (BY ELECTRONIC SERVICE) I caused such documents to be electronically served via an FTP server on counsel at the following email address:

| | |
|---|---|
| John Quinn: | johnquinn@quinnemanuel.com |
| WilliamPrice: | williamprice@quinnemanuel.com |
| Michael Zeller: | michaelzeller@quinnemanuel.com |
| Scott Watson: | scottwatson@quinnemanuel.com |

Executed this 12th day of December, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ANDREW BAUM