# ATTACHMENT A

1. MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY;

2. MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY;

3. SUPPLEMENTAL DECLARATION OF DOMINIC SURPRENANT IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY;

4. SUPPLEMENTAL DECLARATION OF DANIEL C. POSNER IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY;

5. MATTEL'S RESPONSE TO MGA ENTERTAINMENT INC.'S OBJECTIONS TO NON-ATTORNEY DECLARATIONS SUBMITTED BY MATTEL, INC. IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA ENTERTAINMENT'S COUNTERCLAIMS-IN-REPLY;

6. MATTEL'S EVIDENTIARY OBJECTIONS TO MGA ENTERTAINMENT INC.'S EVIDENCE IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY;

7. MATTEL'S REPLY TO MGA ENTERTAINMENT, INC.'S RESPONSE TO MATTEL, INC.'S STATEMENT OF UNCONTESTED CONCLUSIONS OF LAW

8. APPLICATION TO FILE UNDER SEAL; AND

9. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL.