Thomas S. McConville (State Bar No.155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant(s). | CASE NUMBER<br>CV 04-9049<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __DANIEL J. THOMASCH__, of __ORRICK, HERRINGTON & SUTCLIFFE LLP, 51 W. 52nd St., New York, NY 10019__
*Applicant's Name* / *Firm Name / Address*

__(212) 506-5000__                                                                                                    __dthomasch@orrick.com__
*Telephone Number*                                                                                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of __Counter-Defendants MGA PARTIES__ and the designation of __Thomas S. McConville (155905)__
*Local Counsel Designee /State Bar Number*

of __Orrick, Herrington & Sutcliffe LLP, 4 Park Plaza, Suite 1600, Irvine, CA 92614__
*Local Counsel Firm / Address*

(949) 567-6700                                                                                                           tmcconville@orrick.com
*Telephone Number*                                                                                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __December 8, 2010__                              */s/ David O. Carter*
                                                                              U. S. District Judge