| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | Orrick, Herrington & Sutcliffe LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 5 | Telephone: 415-773-5700 |
| | Facsimile: 415-773-5759 |
| 6 | |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Telephone: 213-629-2020 |
| | Facsimile: 213-612-2499 |
| 10 | |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE VIA HAND DELIVERY**<br><br>Date:    December 20, 2010<br>Time:   TBD<br>Dept.:   Courtroom 9D<br><br>Trial Date: January 11, 2011 |

<u>**PROOF OF SERVICE BY HAND DELIVERY**</u>

I, Neal San Diego, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

On December 13, 2010, I served a flash drive containing the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. THE MGA PARTIES' NOTICE OF LODGING USB DRIVE CONTAINING BRIEFING FOR MGA ENTERTAINMENT'S OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY PURSUANT TO THE COURT'S OCTOBER 8, 2010 ORDER [CONFIDENTIAL – ATTORNEYS' EYES ONLY];

4. APPLICATION TO FILE UNDER SEAL;

5. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

6. CORRECTED COMPENDIUM OF WRITTEN DISCOVERY IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

7. CORRECTED COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

8. CORRECTED NOTICE OF RELIANCE ON PREVIOUSLY FILED DOCUMENTS IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY; and

9. PROOF OF SERVICE BY HAND DELIVERY

/ / /
/ / /

| | | |
|---|---|---|
| 1 | ☒ | (by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below: |
| 2 | | |

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2010, at Los Angeles, California.

_____
Neal San Diego