**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone:   (213) 613-4655
Facsimile:    (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,, a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS.<br><br>CONFIDENTIAL – ATTORNEYS' EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>**JOINDER IN MGA PARTIES' MOTIONS *IN LIMINE* NOS. 1 THROUGH 39**<br><br>**Date**:   December 20, 2010<br>**Time**:   9:00 AM<br>**Crtrm**: Honorable David O. Carter<br><br>**Discovery Cut-off:** October 4, 2010<br>**Pre-trial Conf.:**    January 4, 2010<br>**Trial:**                    January 11, 2010 |

## JOINDER IN MGA PARTIES' MOTIONS *IN LIMINE* NOS. 1-39

Mr. Machado joins in the MGA Parties' Motions *in Limine* Nos. 1 through 39 on the ground that the arguments raised therein apply with equal force to Mr. Machado.

.                                                                                                        CV 04-9049 DOC (RNBx)
JOINDER IN MGA PARTIES' MOTIONS *IN LIMINE* NOS. 1 THROUGH 39

| | | |
|---|---|---|
| 1 | DATED: December 14, 2010 | Respectfully submitted, |

SCHEPER KIM & HARRIS LLP
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND
By:   /s/ *Alexander H. Cote*
        ALEXANDER H. COTE

        */s/ Mark E. Overland*
        MARK E. OVERLAND

Attorneys for Carlos Gustavo Machado Gomez