Name & Address:
Patricia L. Glaser (State Bar No. 056688)
Andrew Baum (State Bar No. 190397)
Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
10250 Constellation Blvd. 19th Floor
Los Angeles, California 90067
Tel: (310) 553-3000; Fax: (310) 843-2606

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC. a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV-04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See Attached List.

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  See Attached List

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| December 15, 2010<br>Date | /s/ John K. Ly<br>Attorney Name<br>MGA Parties<br>Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  **NOTICE OF MANUAL FILING**

# ATTACHMENT TO NOTICE OF MANUAL FILING

*Carter Bryant v. Mattel, Inc.*
**CV-04-9049-DOC (RNBx)**

1. MGA Parties' *Corrected* Notice of Motion and Motions in Limine, No. 25-29; Memorandum of Points and Authorities in support thereof;

2. MGA Parties' *Further Corrected* Notice of Motion and Motions in Limine, No. 31-36; Memorandum of Points and Authorities in support thereof; and

3. MGA Parties' *Further Corrected* Notice of Motion and Motions in Limine, No. 39; Memorandum of Points and Authorities in support thereof.