COOPER, WHITE & COOPER LLP
MARK L. TUFT (SBN 43146)
   mtuft@cwclaw.com
STEPHEN D. KAUS (SBN 57454)
   skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Glaser Weil Fink Jacobs
Howard & Shapiro LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>       Defendant.<br><br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 doc (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>**NOTICE OF APPEARANCE IN CONNECTION WITH OPPOSITION TO MATTEL, INC.'S MOTION TO DISQUALIFY GLASER WEIL FINK JACOBS HOWARD & SHAPIRO LLP**<br><br>Hearing Date:     TBD<br>Time:             TBD<br>Place:           Courtroom 9D<br><br>Discovery Cutoff:   October 4, 2010<br>Pre-Trial Conference:   January 4, 2011<br>Trial Date:       January 11, 2011 |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

644668.1

CV 04-9049 doc (RNBx)

Notice of Appearance

1  TO:  THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that the attorneys listed below hereby enter their

3  appearance as special counsel for Glaser Weil Fink Jacobs Howard & Shapiro LLP

4  ("Glaser Weil") in connection with the Opposition to Mattel, Inc.'s Motion to

5  Disqualify Glaser Weil as counsel of record in the above-captioned action and the

6  hearing on Mattel's Motion to Disqualify Glaser Weil:

7  Mark L. Tuft (SBN 43146)
   mtuft@cwclaw.com
8  Stephen D. Kaus (SBN 57454)
   skaus@cwclaw.com
9  COOPER, WHITE & COOPER LLP
201 California St., 17th Fl.
10  San Francisco, CA 94111
tel.: (415) 433-1900
11  fax: (415) 433-5530

12

13  DATED: December 15, 2010     COOPER, WHITE & COOPER LLP

14

15  By: _____

16  Mark L. Tuft
Attorneys for Glaser Weil

644668.1    1    CV 04-9049 doc (RNBx)
Notice of Appearance