UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                               Date: December 15, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): SETTING HEARING ON MATTEL'S MOTION TO DISQUALIFY

  Mattel's Motion to Disqualify [Docket 9359] will be heard on Monday December 20, 2010 at 9:30 a.m.  All lead counsel shall be present.  Ms. Basinger shall also be present.  If MGA opposes Mattel's Motion, MGA's opposition must be filed on or before Friday December 17, 2010 at 5:00 p.m.  The opposition may not be filed under seal.

  The Clerk shall serve this minute order on all parties to the action.