# ATTACHMENT A

1. MATTEL, INC.'S CORRECTED CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY;

2. CORRECTED SUPPLEMENTAL DECLARATION OF DOMINIC SURPRENANT IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY;

3. APPLICATION TO FILE UNDER SEAL; AND

4. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL.