QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF ERRATA REGARDING MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY AND SUPPLEMENTAL DECLARATION OF DOMINIC SURPRENANT AND ACCOMPANYING EXHIBITS**<br><br>Hearing Date: December 20, 2010<br>Time: TBA<br>Place: Courtroom 9D<br><br>Discovery Cutoff: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial: January 11, 2011 |

00505.07975/3865499.2

NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following corrections to the documents identified below:

1) Mattel, Inc.'s Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply inadvertently omitted Mattel's Response to Undisputed Facts F99-100. This omission has now been resolved.

2) The Supplemental Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply inadvertently omitted Exhibits 22-27 and included an incorrectly numbered slip page for Exhibit 21. Exhibits 22-27 have now been added to the declaration and a correctly numbered slip page has been inserted for Exhibit 21.

Consistent with the Court's Orders dated October 4, 2010 (Docket No. 8881) and October 8, 2010 (Docket No. 8914), Mattel also hereby provides notice that it has lodged with the Court a flash drive containing electronic versions of Mattel, Inc.'s Corrected Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply and Accompanying Documents.

DATED: December 15, 2010   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.