**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,, a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE** |

CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

On December 13, 2010, I served true copies of the following document(s) described as:

1. Application to File Under Seal;

2. [Proposed] Order Granting Application to File Under Seal;

3. Gustavo Machado's Notice of Motion and Motion *In Limine* to Exclude the Opinions of Michael Wagner; Memorandum of Points and Authorities in Support Thereof; and

4. Supplemental Declaration of Alexander H. Cote in Support of Gustavo Machado's Notice of Motion and Motion *In Limine* to Exclude the Opinions of Michael Wagner

on the interested parties in this action as follows:

| | |
|---|---|
| Michael T. Zeller, Esq.<br>michaelzeller@quinnemanuel.com<br><br>Dylan Proctor, Esq.<br>dylanproctor@quinnemanuel.com<br><br>Jon D. Corey, Esq.<br>joncorey@quinnemanuel.com<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 So. Figueroa St., 10th Fl.<br>Los Angeles, CA 90017-2543<br><br>Annette L. Hurst, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard St.<br>San Francisco, CA 94104<br>ahurst@orrick.com | William A. Molinski, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S. Figueroa St., Ste. 3200<br>Los Angeles, CA 90017<br>wmolinski@orrick.com<br><br>Thomas McConville, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Ste. 1600<br>Irvine, CA 92614<br>tmcconville@orrick.com |

CV 04-9049 DOC (RNBx)

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission from e-mail address **acote@scheperkim.com** on December 13, 2010, by transmitting a PDF format copy of such documents to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 13, 2010, at Los Angeles, California.

_/s/ Pam Poloski_
Pam Poloski

CV 04-9049 DOC (RNBx)

PROOF OF SERVICE