UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                               Date: December 16, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING LODGING OF PHYSICAL EXHIBITS IN CONNECTION WITH MGA PARTIES' MOTION FOR SUMMARY JUDGMENT

      To the extent they have not done so already, the parties are ordered to lodge with the Court all works that are the subject of the MGA Parties' Motion for Summary Judgment on Mattel's counter-claim for copyright infringement. The MGA Parties did not lodge some of these works with the Court, and have stated that the items are "located in the parties' joint custody facility" and that the MGA Parties would "make arrangements to provide [the works to the Court] at the Court's request." These works must be very neatly organized and lodged with the Court no later than 4:00 p.m. on Friday December 17, 2010. Not later than 10:00 a.m. on Friday December 17, 2010, the parties shall contact the Clerk to make accommodations for the delivery of these items.

      The Clerk shall serve this minute order on all parties to the action.