```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
 4  865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
 5  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
 6
 7  Attorneys for Mattel, Inc. and Mattel de
    Mexico, S.A. de C.V.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL'S IDENTIFICATION OF COUNSEL FOR SUMMARY JUDGMENT HEARING<br><br>Hearing Date: December 20, 2010<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

1  Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") hereby identify
2  counsel who will appear on Mattel's behalf at the hearings on the pending motions for
3  summary judgment on December 20, 2010:

4
5      Michael T. Zeller
6      Susan R. Estrich
7
8  DATED:  December 16, 2010    QUINN EMANUEL URQUHART & SULLIVAN. LLP
9
10
11      By /s/ Michael T. Zeller
       Michael T. Zeller
       Attorneys for Mattel, Inc. and
12         Mattel de Mexico, S.A. de C.V.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00505.07975/3867059.1

-1-
MATTEL'S IDENTIFICATION OF COUNSEL FOR SUMMARY JUDGMENT HEARING