Case 2:04-cv-09049-DOC -RNB   Document 9406   Filed 12/14/10   Page 1 of 14   Page ID #:283288
SACV 04-9049-DOC - 12/08/2010 - Vol. I

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

```
CARTER BRYANT,                    )
                                  )
          Plaintiff,              )
                                  )
     vs.                          ) No. SACV 04-9049-DOC
                                  )     Volume I
MATTEL, INC.,                     )
                                  )
          Defendant.              )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Hearing/Motion

Santa Ana, California

Wednesday, December 8, 2010

Jane C.S. Rule, CSR 9316
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-7755

10-12-08 MattelV1

Case 2:04-cv-09049-DOC -RNB   Document 9406   Filed 12/14/10   Page 2 of 14   Page ID #:283289
SACV 04-9049-DOC - 12/08/2010 - Vol. I

2

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR INTERVENOR DEFENDANT MGA ENTERTAINMENT, INC.:

 4           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:  THOMAS S. MC CONVILLE
 5               Attorney at Law
             4 Park Plaza
 6           Suite 1600
             Irvine, California 92614
 7           (949) 567-6700

 8           - AND -

 9           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:  ANNETTE L. HURST
10               Attorney at Law
             405 Howard Street
11           San Francisco, California 94105
             (415) 773-5700
12
             - AND -
13
             GLASER, WEIL, FINK, JACOBS
14           HOWARD & SHAPIRO, LLP
             BY:  PATRICIA GLASER
15               Attorney at Law
             10250 Constellation Boulevard
16           19th Floor
             Los Angeles, California 90067
17           (310) 282-6217

18

19   FOR DEFENDANT MATTEL, INC.:

20           QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
             By:  JOHN B. QUINN
21                MICHAEL T. ZELLER
                  BRENT DYLAN PROCTOR
22                SCOTT WATSON
                  MICHAEL MOORE
23                Attorneys at Law
             865 South Figueroa Street
24           10th Floor
             Los Angeles, California 90017-2543
25           (213) 443-3000
```

```
 1   APPEARANCES OF COUNSEL (Continued):

 2


 3   FOR COUNTER-DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

 4            SCHEPER, KIM & OVERLAND, LLP
              BY:  ALEXANDER H. COTE
 5                Attorney at Law
              601 West Fifth Street
 6            12th Floor
              Los Angeles, California 90071
 7            (213) 613-4660

 8            - AND -

 9            LAW OFFICES OF MARK E. OVERLAND
              BY:  MARK E. OVERLAND
10                Attorney at Law
              100 Wilshire Boulevard
11            Suite 950
              Santa Monica, California 90401
12            (310) 459-2830

13

14   Also Present:

15            ISAAC LARIAN

16            JEANINE PISONI

17

18

19

20

21

22

23

24

25
```

**I N D E X**

ISSUE OF LEAD COUNSEL DESIGNATIONS

```
 1        SANTA ANA, CALIFORNIA, WEDNESDAY, DECEMBER 8, 2010
 2                            VOLUME I
 3                          (12:01 p.m.)
 4           THE COURT:  All right.  Mattel v. MGA?
 5           All right.  Counsel, your appearances, please.
 6           MS. HURST:  Annette Hurst, your Honor.
 7           THE COURT:  Pleasure.
 8           MR. MC CONVILLE:  Tom McConville, your Honor.
 9           THE COURT:  Thank you very much.
10           And Patty, why don't you come up as a courtesy.
11  Have a seat.  You are more than welcome.  Just identify
12  yourself.
13           Mr. Larian is here along with --
14           MS. PISONI:  Jeanine Pisoni.
15           THE COURT:  You are more than welcome to have a
16  seat.
17           On behalf of Mattel?
18           Well, it looks like it will move a lot faster
19  without Mattel.
20           Okay.  And Mattel is present.
21           Now, there is somebody who is trying to come on
22  the case.
23           There is a document -- a stack of documents on
24  Linda's desk just off to the side.  Don't try to sort them
25  out.  Just bring them to me for a moment.
```

```
 1              Thank you very much, Rachel.
 2              Well, listen, we are a little impacted today, but
 3    since we spent a lot of time together, I've got to go to an
 4    emergency meeting in, sadly, two minutes for our court
 5    system that's important, and I have a number of requested
 6    substitutions.  I'm going to be rather liberal about that,
 7    but I think I need to have an in-camera discussion with MGA,
 8    and I think some of my comments -- I informed counsel
 9    yesterday informally that I was a little concerned, but I
10    want to sort that out with you.
11              Certainly, you are welcome, you're familiar with
12    the case, but I'm a little concerned about possibly some
13    conflicts.  I know Judge Larson went through that,
14    Ms. Glaser, with you, but certainly this isn't an effort to
15    preclude you from the case.
16              MS. GLASER:  I appreciate it.
17              THE COURT:  And I'm going to need waivers,
18    probably.  The one thing I hope I do is effectively protect
19    my counsel, even sometimes with disgruntled clients, okay?
20              MS. GLASER:  We have such waivers, your Honor.
21              THE COURT:  Good.  Well, I want to have a
22    discussion with you.  I want to lay out the full perimeters
23    of what could occur, but I don't necessarily want to do that
24    in front of Mattel.
25              I know that Mattel, last time, entered into a
```

```
 1   discussion concerning these potential conflicts, and
 2   Ms. Glaser's appearance, but I think it's a little
 3   inappropriate to have Mattel or the adverse party
 4   participating in who is counsel and who is not counsel on a
 5   case.
 6            Now, I may be asking for briefing.  We are going
 7   to be together today, tonight, and I've got it scheduled
 8   that you'll have light and air until 10:00 tonight.  Beyond
 9   that, no light and air.
10            I'm kidding you.  We've got light but no air.
11            I want to explore this.  I see a whole set of
12   possibilities, and I'm not as wise as counsel for the
13   respective sides who may foresee more possibilities than I
14   do, and I want it very clear to Mr. Larion in an in-camera
15   discussion how this could potentially unwind from either you
16   being a witness or deciding that you want to call yourself
17   as a witness.
18            Now, the second thing I'm concerned is that Mr. --
19   let's see.  Was it you or Mr. Quinn?
20            When Ms. Glaser came in before, you not only
21   wanted to undertake briefing on behalf of Mattel, you were
22   concerned, I think, about the problem of two law firms
23   playing off against one another.
24            Now, hold on.  I'm not asking for a comment.  Sit
25   down.  Sit down.  You are not rising to the occasion.  You
```

```
 1   are listening.
 2             And I -- I -- if I allow you to come into this
 3   case, I'm not going to allow you to represent yourself as a
 4   particular law firm.  In other words, you are a unified
 5   body, you represent a party, and there aren't going to be
 6   two law firms involved, in a sense.
 7             Now, finally, the earliest I'm going to meet you
 8   is going to be 3:00, but I'm forewarning you that a simple
 9   waiver isn't going to be enough.  I want to have a
10   discussion with Mr. Larian.  I want to pay him the courtesy
11   of knowing how this plays out, and I want to have an
12   in-camera discussion with you.
13             There's another attorney who is trying to come on
14   the case, a Daniel Tonish (phonetic)?
15             MS. HURST:  Your Honor, he's just -- he's one of
16   my parters, and he's taking expert depositions so we can
17   handle the 20 experts, your Honor.
18             THE COURT:  Okay.  So he's just taking
19   depositions?
20             MS. HURST:  Right, and also Ms. Simpson is the
21   same.
22             THE COURT:  All right.  Let me make certain I've
23   signed each of those for you, so check the paperwork.  I
24   thought that the person was trying to come on the case at
25   the last moment.
```

Case 2:04-cv-09049-DOC -RNB   Document 9406   Filed 12/14/10   Page 9 of 14   Page ID #:283296
SACV 04-9049-DOC - 12/08/2010 - Vol. I

9

1           Now, also, I was informed in our conversations
2  concerning the jury commissioner that possibly Mr. Quinn was
3  going to continue on and there was another counsel seeking
4  leave of the Court to make an appearance, and who is that?
5           MR. ZELLER:  That's Bill Price, who is here today.
6           THE COURT:  Mr. Price, thank you.  You are more
7  than welcome.
8           I, once again, will extend the same courtesy and I
9  am to MGA, potentially.  I don't know of any conflicts or
10 potential conflicts with MGA in camera.
11          Where have you been?
12          MR. PRICE:  I have, most recently, your Honor,
13 been in trial.
14          THE COURT:  You haven't been in trial since I got
15 the case.  Where have you been?
16          MR. PRICE:  No.  I've been in trial since October.
17          THE COURT:  Since October?
18          MR. PRICE:  Yes.
19          THE COURT:  And when did I get the case?
20          MR. PRICE:  I actually don't know.
21          THE COURT:  Why don't you check with your
22 co-counsel.
23          MR. PRICE:  A year ago, I've been told.
24          THE COURT:  Well, where have you been?
25          MR. PRICE:  Well, again, I'd love to discuss some

```
 1    of that with you in camera, your Honor, as to why I wasn't
 2    trying cases toward the beginning of the year.
 3              THE COURT:  Okay.  We can do that.  I want to
 4    know, because I don't want this last-moment changearound.
 5    I'm allowing two counsel from both sides.  That's the end of
 6    the discussion.  And this last moment, a *merrigoround.
 7    Remember, I was receiving 800-page motions?
 8              MR. PRICE:  Yes.
 9              THE COURT:  Yeah, when I first got the case.  I
10    think thanks to counsel that they were able to resolve it,
11    with the Court's appreciation, but some of it was absolutely
12    ridiculous.  And what I want is absolute responsibility for
13    decisions made during the trial, and I'm not looking to 30
14    associates in the hallway or co-counsel for any input.  I
15    hold two counsel absolutely responsible for the conduct in
16    my court.
17              MR. PRICE:  I understand.
18              THE COURT:  So if you are coming in here, you are
19    not getting out again, okay?  You are here permanently.
20              MR. PRICE:  I understand.
21              THE COURT:  Okay.
22              MR. PRICE:  Yes.
23              THE COURT:  Then who is leaving us, Mr. Quinn or
24    Mr. Zeller?
25              MR. PRICE:  Mr. Zeller.
```

```
 1                THE COURT:  He's leaving us?
 2                MR. PRICE:  He's leaving as far as lead counsel.
 3                THE COURT:  He won't be speaking.
 4                MR. PRICE:  That's correct.
 5                THE COURT:  Understood?
 6                MR. PRICE:  I understand.
 7                THE COURT:  Okay.
 8           And Ms. Glaser and Ms. Hurst, if you're on the
 9   case, who is leaving us?
10                MS. HURST:  Mr. McConville, your Honor.
11                THE COURT:  Okay.  You'll be missed as well as
12   Mr. Zeller.  You won't be speaking during the trial.
13                MR. MC CONVILLE:  Understood.
14                THE COURT:  Okay.  I don't want to inconvenience
15   you, but one of my concerns has been the jurors, because
16   we've set out over 3,000 questionnaires and summons, and I
17   know Mr. Overland has been appearing, Mr. McConville and
18   Mr. Zeller on each occasion.  I want to make certain that
19   there's no last moment difficulty concerning, you know, a
20   juror you think that should be serving from either side,
21   and -- you see what I mean?
22           So do you really want to be here, Mr. Price?
23                MR. PRICE:  I -- I do.
24                THE COURT:  Ms. Glaser, do you really want to be
25   here?
```

```
 1              MS. GLASER:  I do, your Honor.
 2              THE COURT:  I'm so sorry for both of you.  I'm
 3   just kidding you.
 4              Okay.  Then you are ordered down to the jury
 5   commissioner.  You are to be there by 3:00.  You will now
 6   participate today instead of Mr. McConville, and I am not
 7   sure you are counsel of record, so you don't have to appear.
 8              And instead of Mr. Zeller, you'll participate;
 9   understood?
10              MR. PRICE:  Yes, sir.
11              THE COURT:  And although you are not counsel of
12   record, I'll hear from you at 6:00 this evening, at which
13   time you are ordered back, okay?
14              MS. HURST:  Thank you.
15              THE COURT:  And hopefully that will avoid the
16   traffic, but I want you to see that process, and I don't
17   want new counsel on the case suddenly complaining.  That's
18   what's been happening for the life of this case, and it's
19   unduly consumptive of time and wasteful of taxpayers'
20   resources.  So we'll see.
21              I mean, are you prepared to keep my hours,
22   Ms. Glaser?
23              MS. GLASER:  Yes, your Honor.
24              THE COURT:  Take a picture of yourself, okay?
25              MS. GLASER:  Yes.
```

```
 1             THE COURT:  Mr. Price, are you prepared to keep my
 2   hours?
 3             MR. PRICE:  I believe so, but again --
 4             THE COURT:  No "I believe so."  If you're coming
 5   on this case, I can guarantee you you won't see Saturdays.
 6             MR. PRICE:  I understand.
 7             THE COURT:  I doubt you'll be leaving my court
 8   before 9:00 or 10:00 any particular evening, and I'll
 9   demonstrate that to you tonight, just to start off with.  So
10   be very careful coming onto this case, because I will devote
11   the same amount of time that you're ably devoting to your
12   clients.  That's all you can ask of a court, to give you
13   that courtesy back.  That's a courtesy, not a punishment.
14             So I'll speak to you again at 6:00.  Thank you.
15             ALL COUNSEL:  Thank you, your Honor.
16             THE COURT:  All parties are ordered back,
17   including Mr. Larian.
18             (Recess.)
19             (Volume II is reported by Debbie Gale.)
20                           -oOo-
21
22
23
24
25
```

```
 1                              -oOo-

 2                           **CERTIFICATE**

 3

 4          I hereby certify that pursuant to Section 753,

 5    Title 28, United States Code, the foregoing is a true and

 6    correct transcript of the stenographically reported

 7    proceedings held in the above-entitled matter and that the

 8    transcript page format is in conformance with the

 9    regulations of the Judicial Conference of the United States.

10

11    Date:  December 10, 2010

12

13

14                           _____
                             JANE C.S. RULE, U.S. COURT REPORTER
15                           CSR NO. 9316

16

17

18

19

20

21

22

23

24

25
```