ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**MGA PARTIES' NOTICE OF LODGING PURSUANT TO 12/16/2010 ORDER (Dkt. # 9403)**<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-Trial Conf.: January 4, 2011<br>Trial: January 11, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In response to Docket No. 9403, the MGA Parties respond that they previously lodged tangible items with the Court on November 12, 2010 as reflected in Docket #9246, the MGA Parties' Corrected Notice of Lodging of Tangible Items at Issue in the Parties' Summary Judgment Papers. At MGA's request, all of these items were brought to the courtroom during the summary judgment hearing and remained in the Court's custody thereafter.

The only tangible exhibits referenced in the MGA Parties' summary judgment papers that were not part of the prior Notice of Lodging were additional copies of the same four first generation Bratz dolls that were lodged pursuant to Docket No. 9246. The duplicates were identified at that time because the MGA Parties were not certain exactly which trial exhibits could be located and lodged in time for the hearing. Prior to the hearing, the MGA Parties ensured that one copy of each first generation doll was in the Court's custody, as identified in MGA Parties' November 12, 2010 Notice of Lodging. We apologize for any confusion created by the use of what turned out to be duplicates amongst the trial exhibits.

Nonetheless, in an abundance of caution, pursuant to the Court's request the MGA Parties will lodge with the Court the additional copies of the first generation dolls referenced in MGA Parties' Motion for Summary Judgment. With these additions, all tangible exhibits identified in MGA Parties summary judgment papers will be in the Court's custody.

Accordingly, PLEASE TAKE NOTICE that, pursuant to the December 16, 2010 Order Directing Lodging of Physical Exhibits in Connection with MGA Parties' Motion for Summary Judgment, MGA will lodge the following items:

1. Trial Exhibit 17548 – First generation Cloe
2. Trial Exhibit 17549 – First generation Cloe
3. Trial Exhibit 17552 – First generation Jade

- 1 -

MGA PARTIES' NOTICE OF LODGING OF TANGIBLE
ITEMS PURSUANT TO 12/16/2010 ORDER
CV-04-9049 DOC (RNBx)

|   |   |   |
|---|---|---|
| 1 | 4. | Trial Exhibit 17554 – First generation Jade |
| 2 | 5. | Trial Exhibit 17555 – First generation Sasha |
| 3 | 6. | Trial Exhibit 17557 – First generation Sasha |
| 4 | 7. | Trial Exhibit 17562 – First generation Yasmin |

MGA Parties will lodge these items on December 17, 2010.

Moreover, MGA Parties respectfully submit that the following Trial Exhibit is already in the custody of the District Court, as reflected in the in the Custody of the Chambers of Judge Larson, Dkt. #4437 (filed December 1, 2008):

    1.     Trial Exhibit 17561 – First generation Yasmin

Dated: December 17, 2010

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/Diana Rutowski
Diana Rutowski
Attorneys for MGA Parties