QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S OPPOSITION TO MGA'S MOTION *IN LIMINE* NO. 6 TO PRECLUDE REFERENCES TO CRIMINAL CHARGES IN MEXICO AGAINST ISAAC LARIAN AND JAHANGIR MAKABI**<br><br>Hearing Date:    TBD<br>Time:            TBD<br>Place:           Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:      January 4, 2011<br>Trial Date:          January 11, 2011 |

**Memorandum of Points and Authorities**

Mattel does not presently intend to offer evidence that Mattel lodged a criminal complaint in Mexico against Isaac Larian and Jahangir Makabi. However, if MGA is permitted to introduce evidence regarding the criminal complaint against Messrs. Larian and Makabi, to show a purported lack of evidence of wrongdoing in Mexico by either Larian or Makabi or otherwise (such as part of its argument that Mattel uses litigation as a "business strategy") – which it should not be permitted to do – then Mattel's evidence concerning the criminal charges in Mexico should also be admitted.

DATED: December 19, 2010          QUINN EMANUEL URQUHART & SULLIVAN. LLP

By  /s/ John B. Quinn
    John B. Quinn
    Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.