QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S OPPOSITION TO MGA'S MOTION *IN LIMINE* NO. 33 TO EXCLUDE EVIDENCE RE NICHOLAS MIRZOEFF**<br><br>Hearing Date:   TBD<br>Time:                TBD<br>Place:               Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:          January 4, 2011<br>Trial Date:               January 11, 2011 |

00505.07975/3870145.2

MATTEL'S OPPOSITION TO MGA MIL NO. 33 RE MIRZOEFF

## **Argument**

Because MGA has elected not to present expert testimony from Debora Middleton or Mary Bergstein (experts whom MGA designated in Phase I, but not in Phase 2), Mattel does not intend to offer expert testimony from Nicholas Mirzoeff. If for any reason MGA were permitted to offer testimony from Middleton or Bergstein despite its failure to designate them as witnesses, Mattel reserves the right to offer Dr. Mirzoeff's testimony.

DATED: December 19, 2010    QUINN EMANUEL URQUHART & SULLIVAN. LLP

By  /s/ John B. Quinn
    John B. Quinn
    Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.