1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    William C. Price (Bar No. 108542)
3    (williamprice@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
4    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

8

9            UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11              SOUTHERN DIVISION

12  | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| | Consolidated with |
| | Case Nos. CV 04-09059 & CV 05-2727 |
| Plaintiff, | |
| | Hon. David O. Carter |
| vs. | |
| | **DECLARATION OF JAMES D. JUDAH IN SUPPORT OF MATTEL'S OPPOSITION TO MGA'S MOTION *IN LIMINE* NO. 36 TO EXCLUDE TESTIMONY AND REPORT BY MATTEL EXPERT FRANK KEISER** |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Date:          TBD
Time:          TBD
Place:         Courtroom 9D

**Phase 2:**
Discovery Cut-Off:       October 4, 2000
Pre-trial Conference:    January 4, 2011
Trial Date:              January 11, 2011

00505.07975/3870358.1

DECLARATION OF JAMES D. JUDAH

## DECLARATION OF JAMES D. JUDAH

I, James D. Judah, declare as follows:

1.      I am a member of the State Bar of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") in this action.  Unless otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a two dimensional printout of the three-dimensional scan created by Mattel expert Frank Keiser of the item depicted in Exhibit 9 to the November 1, 2010 Expert Report of Frank Keiser.  The three-dimensional scan is saved as "10908D Deco Head1.stl" on the DVD attached to the November 1, 2010 Expert Report of Frank Keiser as Exhibit 5.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a two dimensional printout of the three-dimensional scan created by Mattel expert Frank Keiser of the item depicted in Exhibit 26 to the November 1, 2010 Expert Report of Frank Keiser.  The three-dimensional scan is saved as "11608C_bwh 2001 MGA.stl" on the DVD attached to the November 1, 2010 Expert Report of Frank Keiser as Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on December 19, 2010, at San Francisco, California.

_____
James Judah

00505.07975/3870358.1

-1-

DECLARATION OF JAMES D. JUDAH



10908D Deco Head1.stl





11608C_bwh 2001 MGA.stl