Quinn Emanuel Urquhart & Sullivan, LLP
John B. Quinn (Bar No. 090378)
William C. Price (Bar No. 108542)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 04-09049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
See Attachment A.

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  See Attachment A.

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated January 4, 2005
- ☑ Manual Filing required (*reason*):
  Application to Seal and Proposed Order not subject to e-filing.

December 20, 2010
Date

B. Dylan Proctor
Attorney Name

Mattel, Inc. and Mattel de Mexico, S.A. de C.V.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING

# ATTACHMENT A

1. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RE LITIGATION AND/OR ARBITRATION PROCEEDINGS BETWEEN FARHAD LARIAN AND ISAAC LARIAN

2. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCE TO AND USE OF EVIDENCE OF OTHER LEGAL PROCEEDINGS

3. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 4 TO PRECLUDE REFERENCES TO CRIMINAL INVESTIGATIONS IN THE UNITED STATES

4. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 5 TO PRECLUDE REFERENCE TO MGA'S AGREEMENT TO INDEMNIFY BRYANT

5. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE RELATING TO MATTEL'S ALLEGATIONS THAT THE MGA PARTIES SPOLIATED EVIDENCE

6. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 9 TO EXCLUDE EVIDENCE RE DOWNLOADING OF SOFTWARE AND MOVIES BY MGA EMPLOYEES

7. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NOS. 10-11 AND 13 RE BAD ACTS

8. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 12 TO PRECLUDE REFERENCES TO THE CONTRERAS-KIM CONVERSATION

9. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 17 TO EXCLUDE EXTRINSIC EVIDENCE OF THE PARTIES' UNDERSTANDING OF CONTRACT TERMS

10. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 18 TO EXCLUDE EVIDENCE OF HUDNUT'S AND FONTANELLA'S MODIFICATIONS TO THEIR INVENTIONS AGREEMENTS

11. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 19 TO LIMIT MATTEL'S TESTIMONY AT TRIAL BASED UPON PRIOR 30(b)(6) DEPOSITION TESTIMONY

12. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 20 TO EXCLUDE PROPOSED TESTIMONY OF GINGER MCRAE

13. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 22 TO EXCLUDE PROPOSED TESTIMONY OF ANGEL GOMEZ

14. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 23 TO PRECLUDE REFERENCE TO MGA'S INSURANCE

15. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 24 TO PRECLUDE REFERENCE TO MGA'S FRAUDULENT CONCEALMENT OF BRYANT'S WORK ON BRATZ WHILE EMPLOYED BY MATTEL

16. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 26 TO EXCLUDE THE TESTIMONY AND EXPERT REPORT OF BRUCE GREEN

17. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 27 TO EXCLUDE THE TESTIMONY AND EXPERT REPORT OF JOHN L. ALEX

18. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 28 TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF MATTEL'S PURPORTED EXPERT KINRICH

19. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 29 TO EXCLUDE EXPERT REPORT OF EDWARD BLAIR

20. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 32 TO STRIKE THE HOLLANDER REPORT AND RELIANCE THEREON AND TO PRECLUDE HIS TESTIMONY

21. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 37 TO EXCLUDE EVIDENCE BEYOND MATTEL'S INTERROGATORY ON COPYING

22. MATTEL'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 39 RE WORK FOR HIRE THEORY OF OWNERSHIP

23. MATTEL'S OPPOSITION TO MGA PARTIES' CORRECTED MOTION IN LIMINE NO. 40 TO EXCLUDE CERTAIN TESTIMONY OF BRIAN WING

24. MATTEL'S OPPOSITION TO GUSTAVO MACHADO'S MOTION IN LIMINE TO EXCLUDE REFERENCES TO MACHADO'S INVOCATION OF PRIVILEGE AGAINST SELF-INCRIMINATION

25. APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITIONS TO MGA'S MOTIONS IN LIMINE AND DAUBERT MOTIONS

26. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITIONS TO MGA'S MOTIONS IN LIMINE AND DAUBERT MOTIONS