ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

PATRICIA L. GLASER (State Bar No. 056688)
pglaser@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Tel: (310) 553-3000/Fax: (310)556-2920

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' STATEMENT OF NON-OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO THE AVAILABILITY OF ENHANCED DAMAGES, ATTORNEYS' FEES OR INJUNCTIVE RELIEF**<br><br>Pretrial Conference: January 4, 2011<br>Trial Date:  January 11, 2011<br>Judge: Hon. David O. Carter |

1   Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively, the "MGA Parties") herewith state their non-opposition to Mattel, Inc.'s Motion *in limine* No. 4 ("Motion") to exclude any argument or reference to:

   1.   the possibility that double or treble damages or attorneys' fees may be recovered for claims brought pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1964(c), or under California's Uniform Trade Secret Act ("CUTSA"), Cal. Civ. Code § 3426 *et seq*.; or

   2.   the fact that any other supplemental remedies may be imposed by the Court post-trial, including the possibility of a permanent injunction.

   Because Mattel's Motion only seeks to prevent the MGA Parties from making reference to the above matters, the MGA Parties respectfully request that the exclusion apply equally to Mattel, and its respective counsel and witnesses.

Dated:   December 19, 2010       ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                  By:  */s/ Thomas S. McConville*
                                       Thomas S. McConville
                                       Attorneys for MGA Parties