Annette L. Hurst, State Bar No. 148738
Warrington S. Parker III, State Bar No. 148003
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

William A. Molinski, State Bar No. 145186
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Thomas S. McConville, State Bar No. 155905
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, California 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for the MGA PARTIES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' STATEMENT OF NON-OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 6 TO BIFURCATE CALCULATION OF PUNITIVE DAMAGES**<br><br>Pretrial Conference:  January 4, 2011<br>Trial Date: January 11, 2011<br>Judge:  Hon. David O. Carter |

1       Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited,

2 MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively, the "MGA

3 Parties") herewith state their non-opposition to Mattel, Inc.'s Motion *in limine* No. 6

4 to (1) bifurcate any calculation of the amount of punitive damages from the liability

5 and compensatory damages phase of this trial; and (2) exclude all evidence

6 regarding the parties' financial condition or net worth except if offered during the

7 punitive damages phase of the trial.

8

9 Dated:     December 20, 2010     ORRICK, HERRINGTON & SUTCLIFFE, LLP

10

11                 By: _____*/s/ Thomas S. McConville*_____

12                         Thomas S. McConville
                        Attorneys for MGA Parties

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28