Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** SEE ATTACHED LIST

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See Attached List

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

December 20, 2010
Date

/s/ Thomas S. McConville
Attorney Name
Thomas S. McConville
Party Represented
MGA Parties

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     NOTICE OF MANUAL FILING     American LegalNet, Inc.<br>www.FormsWorkflow.com

**Carter Bryant v. Mattel, Inc.**
**Case No. CV 04-9049**

**ATTACHMENT TO MGA PARTIES' NOTICE OF MANUAL FILING**

1. MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;

2. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;

3. MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 2 RE: EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY;

4. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT AND APPEAL - MATTEL MOTION *IN LIMINE* NO. 3;

5. MGA'S OPPOSITION TO MATTEL MIL 5;

6. MGA PARTIES' OPPOSITION TO MATTEL INC'S MOTION TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES - MGA PARTIES' OPPOSITION TO MOTION IN LIMINE NO. 7;

7. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;

8. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;

9. MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;

10. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;

11. MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;

12. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;

13. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;

14. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;

15. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS - MATTEL MOTION *IN LIMINE* NO. 14;

16. MGA'S OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 15 TO PRECLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ALLEGED SPOLIATION OF EVIDENCE OR DISCOVERY MISCONDUCT BY MATTEL OR IT'S COUNSEL;

17. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 16 REGARDING ADVERSE INFERENCE AND PRECLUDING TESTIMONY;

18. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;

19. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 18 TO

EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;

20. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 19 TO EXCLUDE EVIDENCE ARGUMENT OR REFERENCE TO ANY MEDIATION OR INVOCATION OF STATUTORILY MANDATED MEDIATION CONFIDENTIALITY;

21. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;

22. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;

23. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;

24. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;

25. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;

26. DECLARATION OF THOMAS MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;

27. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING

28. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;

29. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

30. DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

31. DECLARATION OF ALEX COTE FILED IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

32. MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 25;

33. DECLARATION OF André DE LA CRUZ IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 25;

34. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26 - [OPP'N. TO DAUBERT MOTION NO. 1];

35. DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26;

36. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI - [OPP'N. TO DAUBERT MOTION NO. 2];

37. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK - DAUBERT MOTION NO. 3;

38. DECLARATION OF FRANK D. RORIE IN OPPOSITION TO MATTEL MOTIONS IN LIMINE;

39. MGA PARTIES' OPPOSITION TO MATTEL INC.'S *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY;

40. DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 5 TO EXCLUDE TESTIMONY BY GLEN V. VILPPU;

41. MGA PARTIES' OPPOSITION TO MATTEL'S DAUBERT MOTION IN LIMINE NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE;

**42. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE;**