ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

PATRICIA L. GLASER (State Bar No. 056688)
pglaser@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Tel: (310) 553-3000/Fax: (310)556-2920

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' QUALIFIED STATEMENT OF NON-OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 10**<br><br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011<br>Judge: Hon. David O. Carter |

Mattel says it is of the view that this case should not be tried by pandering to bias and prejudice based on the race, ethnicity, religion, national origin, sexual orientation or other similar characteristics of parties and witnesses.  MGA agrees and wholeheartedly supports entry of an order prohibiting all parties from seeking to capitalize upon the potential bias of jurors regarding such characteristics of parties and witnesses.

Mattel's motion goes too far, however, if it seeks to prohibit discussion of the perceived ethnic differences between the parties *products*.  As described in many of Mattel's documents such as The Bratz Brief, Barbie marketing plans, Barbie brand scorecards and consumer research, the perceived "multi-ethnic" character of Bratz was a significant factor in its success.   Additionally, there is evidence in the form of consumer research (Exs. 9703 and 9704) and testimony (Mattel SVP of Research and Strategy Sujata Luther) that one of the specific ways in which Mattel struggled with its Barbie brand was its inability to come up with good product and strategies addressing Hispanic and African-American consumers.  This was an area in which MGA excelled.

These differences had ramifications far beyond sales to specific consumer groups, as MGA's ability to design multi-ethnic product enabled it to capitalize upon brand attributes that it was "trendy" and "cool" while Barbie brand products continued to be viewed as "babyish" and "uncool."  Mattel's failure to market Flavas as a multi-ethnic product is also directly relevant.  Both MGA's success in marketing multi-ethnic products, and Mattel's failure to do so, are relevant to specific issues in this case including without limitation Mattel's claim for lost profits across its product lines as well as Mattel's claim for lost opportunity damages based on the notion that it would or could have successfully marketed Bratz.[1]

---

[1] MGA did not disclose any opinion of Mary Bergstein for this trial and has no intention of offering her testimony.  Mattel's effort to exclude her prior work is wholly unnecessary and if that was the intended subject of this motion, could have

Thus, MGA agrees with Mattel's motion to the extent it would seek to prohibit discussion of the race and ethnicity of individual witnesses and persons relevant to the case, which has no place in the trial. But the differences in perceived ethnicity of the products and the role of ethnicity in the marketing strategies of the parties are highly relevant, and discussion of such evidence and issues should not be swept within the scope of any such order.

Dated:   December 20, 2010        Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: _____
            THOMAS S. McCONVILLE
             Attorneys for MGA Parties

easily been addressed in meet and confer.