1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
12 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
13
   PATRICIA L. GLASER (State Bar No. 056688)
14 pglaser@glaserweil.com
   GLASER, WEIL, FINK, JACOBS,
15  HOWARD & SHAPIRO LLP
   10250 Constellation Boulevard, 19th Floor
16 Los Angeles, CA 90067
   Tel: (310) 553-3000/Fax: (310) 556-2920
17 Attorneys for MGA Parties

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**STIPULATION REGARDING ADDITIONAL TIME TO OPPOSE MATTEL'S MOTION REGARDING MR. JOACHIMSTHALER**<br><br>Trial Date: January 11, 2011 |

# **STIPULATION**

MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, S.R.L. de C.V., Isaac Larian ("MGA Parties"), and Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Court ordered briefings associated with Motions in Limine to be completed by December 20, 2010.

2. Mattel filed a motion *in limine/Daubert* motion concerning MGA Parties' expert Erich Joachimsthaler on December 10, 2010 ("Mattel's Motion").

3. The attorney for the MGA Parties who had been responsible the briefing associated with Mr. Joachimsthaler has been handling a family medical emergency since the evening of December 16, 2010, and has been unable to assist with preparing the opposition to Mattel's Motion.

4. Based on these circumstances, Mattel does not oppose the request of the MGA Parties to extend their time to respond to Mattel's Motion.

5. The Parties have agreed, subject to Court approval, that the MGA Parties can have until December 28, 2010 to file their opposition to Mattel's motion in limine concerning Mr. Joachimsthaler.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 20, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: /s/ Thomas S. McConville |
| 4 | | Thomas S. McConville<br>Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
| 5 | | |
| 6 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | Dated: December 20, 2010 | |
| 8 | | By: /s/ Scott L. Watson |
| 9 | | Scott L. Watson<br>Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |

- 2 -

STIPULATION REGARDING ADDITIONAL TIME TO OPPOSE MOTION IN LIMINE REGARDING MR. JOACHIMSTHALER
CV-04-9049 DOC (RNBX)