| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 5 | Telephone:  415-773-5700 |
| | Facsimile:   415-773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA  90017 |
| 9 | Telephone:  213-629-2020 |
| | Facsimile:   213-612-2499 |
| 10 | |
| | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Tel: (949) 567-6700/Fax: (949) 567-6710 |
| | |
| 14 | PATRICIA L. GLASER (State Bar No. 056688) |
| | pglaser@glaserweil.com |
| 15 | GLASER, WEIL, FINK, JACOBS, |
| |  HOWARD & SHAPIRO LLP |
| 16 | 10250 Constellation Boulevard, 19th Floor |
| | Los Angeles, CA 90067 |
| 17 | Tel: (310) 553-3000/Fax: (310) 556-2920 |

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Honorable David O. Carter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING ADDITIONAL TIME TO OPPOSE MATTEL'S MOTION REGARDING MR. JOACHIMSTHALER**<br><br>Trial Date: January 11, 2011 |

Based on the Stipulation Regarding Additional Time to Oppose Mattel's Motion Regarding Mr. Joachimsthaler, the Court orders that the MGA Parties' have until December 28, 2010 to file their opposition to Mattel's concerning Mr. Joachimsthaler.

**IT IS HEREBY ORDERED**.

Dated: _____, 2010

> Honorable David O. Carter
> United States District Judge