ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[PROPOSED] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |

| | |
|---|---|
| 1 | The Court, having been informed by MGA Parties that the following |
| 2 | documents discuss or contain reference deposition transcripts that have been |
| 3 | designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" |
| 4 | under the Protective Order, HEREBY ORDERS that the MGA Parties may file |
| 5 | under seal the document listed below: |

**THE MGA PARTIES' NOTICE OF LODGING USB DRIVE CONTAINING BRIEFING FOR MGA ENTERTAINMENT'S OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY PURSUANT TO THE COURT'S OCTOBER 8, 2010 ORDER.**

**IT IS HEREBY ORDERED**.

Dated: December 13, 2010

_____
Hon. David O. Carter
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBX)