1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    John B. Quinn (Bar No. 090378)
     (johnquinn@quinnemanuel.com)
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
5  Telephone:  (213) 443-3000
   Facsimile:   (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

                        SOUTHERN DIVISION
10

11 MATTEL, INC., a Delaware              CASE NO. CV 04-9049 DOC (RNBx)
   corporation,                          Consolidated with
12                                       Case No. CV 04-09059
                  Plaintiff,             Case No. CV 05-02727
13
          vs.                            Hon. David O. Carter
14
   MGA ENTERTAINMENT, INC., a            APPLICATION TO FILE UNDER SEAL
15 California corporation, et. al.,      MATTEL, INC.'S MOTIONS *IN LIMINE*
                                         AND DAUBERT MOTIONS
16                Defendants.
                                         [[Proposed] Order Filed Concurrently
17 AND CONSOLIDATED ACTIONS              Herewith]

18                                       Date:  TBD
                                         Time:  TBD
19                                       Courtroom:  9D

20
                                         Discovery Cut-off:    October 4, 2010
21                                       Pre-trial Conf:       January 4, 2011
                                         Trial Date:           January 11, 2011
22

23

24

25

26

27

28

The stamp reads:
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 1 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1    Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal the following documents:

4    1.    1.    Mattel's Notice of Motion and Motion to Exclude Evidence,
5                Argument or Reference to Whether Mattel Would Have Marketed
6                Bratz (Motion In Limine No. 1)

7    2.    Mattel's Notice of Motion and Motion to Exclude Evidence, Argument
8          or Reference to Mattel's Purpose in Filing Suit and Its Alleged Use of
9          Litigation Against Competitors as a Business Strategy (Motion In
10         Limine No. 2)

11   3.    Mattel's Notice of Motion and Motion to Exclude Evidence, Argument
12         or Reference to Initial Trial Verdict, Judgment and Appeal (Motion In
13         Limine No. 3)

14   4.    Mattel's Notice of Motion and Motion to Exclude Evidence, Argument,
15         or Reference to (1) An Alleged Wrongful Injunction as an Element of
16         Damages for MGA's Affirmative Claims; and (2) Layoffs, Harm to
17         Consumer or Other Alleged Adverse Consequences of a Verdict for
18         Mattel (Motion In Limine No. 5)

19   5.    Mattel's Notice of Motion and Motion to Bifurcate Trial of Equitable
20         Claims and Defenses (Motion In Limine No. 7)

21   6.    Mattel's Notice of Motion and Motion to Exclude Evidence or
22         Argument re the MGA Parties' Reliance on Advice of Counsel (Motion
23         In Limine No. 9)

24   7.    Mattel's Notice of Motion and Motion to Exclude Evidence, Argument
25         or Reference to any Alleged Racial, Religious or Ethnic Bias (Motion
26         In Limine No. 10)

27   8.    Mattel's Notice of Motion and Motion to Exclude Evidence and
28         Argument that the Mattel-Bryant Inventions Agreement is

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

Unconscionable, Unfair or Otherwise Unenforceable, and Evidence of Other Versions of Mattel's Inventions Agreements (Motion In Limine No. 11)

9. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Actions taken by or against Mattel Employees not at Issue in This Case (Motion In Limine No. 12)

10. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument, or Reference to Immaterial Purported Statute of Limitations Evidence (Motion In Limine No. 13)

11. Mattel's Notice of Motion and Motion to Preclude MGA from Denying that its Alleged Trade Secrets Were Disclosed to the Press and Retailers (Motion In Limine No. 14)

12. Mattel's Notice of Motion and Motion to Preclude Evidence, Argument or Reference to Alleged Spoliation of Evidence or Discovery Misconduct by Mattel or its Counsel (Motion In Limine No. 15)

13. Mattel's Notice of Motion and Motion In Limine for Order Precluding Testimony and Granting Adverse Inference Jury Instructions based on Jorge Castilla's Invocation of the Fifth Amendment (Motion In Limine No. 16);

14. Mattel's Notice of Motion and Motion to Exclude Evidence of or Argument Concerning the Creation of Mattel Servicios, S.A. De C.V. (Motion In Limine No. 17);

15. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Mattel's Surveillance or "Spying" On Its Employees, and Use of Email Filter and Term NHB (Motion In Limine No. 18);

16. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to any Mediation or Invocation of Statutorily Mandated Mediation Confidentiality (Motion In Limine No. 19)

17. Mattel's Notice of Motion and Motion to Preclude Arguments that MGA's Counterclaims in Reply Allegations Support MGA's 2005 Complaint (Motion In Limine No. 20)

18. Mattel's Notice of Motion and Motion to Exclude Evidence and Argument Relating to MGA'S Counterclaims in Reply (Motion In Limine No. 21);

19. Mattel's Notice of Motion and Motion In Limine to Exclude Reference to Purported Bad Acts and Prejudicial Documents (Motion In Limine No. 22);

20. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to MGA's Allegations Regarding NPD, CARU, Tia, and Licensing (Motion In Limine No. 23);

21. Mattel's Motion to Exclude Evidence and Argument Relating to a Prior Civil Litigation and Bankruptcy Proceeding Involving Non-Party Witness Brian Wing (Motion In Limine No. 25);

22. Mattel's Notice of Motion and Motion to Preclude MGA From Introducing or Referring to Certain Expert Opinions Not Properly Disclosed Under Rule 26 (Daubert Motion No. 1);

23. Mattel, Inc.'s Notice of Motion and Motion In Limine to Exclude Opinions and Testimony of James E. Malackowski (Daubert Motion No. 2)

24. Mattel, Inc.'s Notice of Motion and Motion In Limine to Exclude Opinions and Testimony of Yehuda Bassok (Daubert Motion No. 3);

25. Mattel's Notice of Motion and Motion to Exclude Opinions and Testimony of D. Jan Duffy (Daubert Motion No. 4);

26. Mattel's Notice of Motion and Motion to Exclude Testimony By Glenn V. Vilppu (Daubert Motoin No. 5);

MATTEL. INC.'S APPLICATION TO FILE UNDER SEAL

27.   Mattel's Notice of Motion and Motion to Exclude Opinions and Reports of MGA Expert Erich Joachimsthaler (Daubert Motion No. 6);

28.   Mattel's Notice of Motion and Motion In Limine to Exclude Improper Opinions of Samuel Rubin Regarding Beclean Software and Evidence Eliminator Software (Daubert Motion No. 7); and

29.   Declaration of Joseph C. Sables In Support of Mattel's Motions In Limine and Daubert Motions.

These Motions and Declaration reference and quote documents and testimony that have been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties and Mattel.

In light of these designations, Mattel seeks permission to file under seal Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Whether Mattel Would Have Marketed Bratz (Motion In Limine No. 1); Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Mattel's Purpose in Filing Suit and Its Alleged Use of Litigation Against Competitors as a Business Strategy (Motion In Limine No. 2); Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Initial Trial Verdict, Judgment and Appeal (Motion In Limine No. 3); Mattel's Notice of Motion and Motion to Exclude Evidence, Argument, or Reference to (1) An Alleged Wrongful Injunction as an Element of Damages for MGA's Affirmative Claims; and (2) Layoffs, Harm to Consumer or Other Alleged Adverse Consequences of a Verdict for Mattel (Motion In Limine No. 5); Mattel's Notice of Motion and Motion to Bifurcate Trial of Equitable Claims and Defenses (Motion In Limine No. 7); Mattel's Notice of Motion and Motion to Exclude Evidence or Argument re the MGA Parties' Reliance on Advice of Counsel (Motion In Limine No. 9); Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to any Alleged Racial, Religious or Ethnic Bias (Motion In Limine No. 10); Mattel's

1  Notice of Motion and Motion to Exclude Evidence and Argument that the Mattel-
2  Bryant Inventions Agreement is Unconscionable, Unfair or Otherwise
3  Unenforceable, and Evidence of Other Versions of Mattel's Inventions Agreements
4  (Motion In Limine No. 11); Mattel's Notice of Motion and Motion to Exclude
5  Evidence, Argument or Reference to Actions taken by or against Mattel Employees
6  not at Issue in This Case (Motion In Limine No. 12); Mattel's Notice of Motion and
7  Motion to Exclude Evidence, Argument, or Reference to Immaterial Purported
8  Statute of Limitations Evidence (Motion In Limine No. 13); Mattel's Notice of
9  Motion and Motion to Preclude MGA from Denying that its Alleged Trade Secrets
10  Were Disclosed to the Press and Retailers (Motion In Limine No. 14); Mattel's
11  Notice of Motion and Motion to Preclude Evidence, Argument or Reference to
12  Alleged Spoliation of Evidence or Discovery Misconduct by Mattel or its Counsel
13  (Motion In Limine No. 15); Mattel's Notice of Motion and Motion In Limine for
14  Order Precluding Testimony and Granting Adverse Inference Jury Instructions
15  based on Jorge Castilla's Invocation of the Fifth Amendment (Motion In Limine No.
16  16); Mattel's Notice of Motion and Motion to Exclude Evidence of or Argument
17  Concerning the Creation of Mattel Servicios, S.A. De C.V. (Motion In Limine No.
18  17); Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or
19  Reference to Mattel's Surveillance or "Spying" On Its Employees, and Use of Email
20  Filter and Term NHB (Motion In Limine No. 18); Mattel's Notice of Motion and
21  Motion to Exclude Evidence, Argument or Reference to any Mediation or
22  Invocation of Statutorily Mandated Mediation Confidentiality (Motion In Limine
23  No. 19); Mattel's Notice of Motion and Motion to Preclude Arguments that MGA's
24  Counterclaims in Reply Allegations Support MGA's 2005 Complaint (Motion In
25  Limine No. 20); Mattel's Notice of Motion and Motion to Exclude Evidence and
26  Argument Relating to MGA'S Counterclaims in Reply (Motion In Limine No. 21);
27  Mattel's Notice of Motion and Motion In Limine to Exclude Reference to Purported
28  Bad Acts and Prejudicial Documents (Motion In Limine No. 22); Mattel's Notice of

1  Motion and Motion to Exclude Evidence, Argument or Reference to MGA's
2  Allegations Regarding NPD, CARU, Tia, and Licensing (Motion In Limine No. 23);
3  Mattel's Motion to Exclude Evidence and Argument Relating to a Prior Civil
4  Litigation and Bankruptcy Proceeding Involving Non-Party Witness Brian Wing
5  (Motion In Limine No. 25); Mattel's Notice of Motion and Motion to Preclude
6  MGA From Introducing or Referring to Certain Expert Opinions Not Properly
7  Disclosed Under Rule 26 (Daubert Motion No. 1); Mattel, Inc.'s Notice of Motion
8  and Motion In Limine to Exclude Opinions and Testimony of James E.
9  Malackowski (Daubert Motion No. 2); Mattel, Inc.'s Notice of Motion and Motion
10 In Limine to Exclude Opinions and Testimony of Yehuda Bassok (Daubert Motion
11 No. 3); Mattel's Notice of Motion and Motion to Exclude Opinions and Testimony
12 of D. Jan Duffy (Daubert Motion No. 4); Mattel's Notice of Motion and Motion to
13 Exclude Testimony By Glenn V. Vilppu (Daubert Motoin No. 5); Mattel's Notice of
14 Motion and Motion to Exclude Opinions and Reports of MGA Expert Erich
15 Joachimsthaler (Daubert Motion No. 6); Mattel's Notice of Motion and Motion In
16 Limine to Exclude Improper Opinions of Samuel Rubin Regarding Beclean
17 Software and Evidence Eliminator Software (Daubert Motion No. 7); and
18 Declaration of Joseph C. Sarles In Support of Mattel's Motions In Limine and
19 Daubert Motions.

20      For the foregoing reasons, Mattel requests that the Court order that the
21 foregoing documents be filed under seal.

22
23 DATED:  December 13, 2010          QUINN EMANUEL URQUHART &
24                                    SULLIVAN. LLP
25
26                                    By  *Mima T. Z~*
27                                        _____
                                          Michael T. Zeller
28                                        Attorneys for Mattel. Inc.