QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTIONS *IN LIMINE* AND DAUBERT MOTIONS |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motions in Limine and Daubert Motions,

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

1. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Whether Mattel Would Have Marketed Bratz (Motion In Limine No. 1);

2. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Mattel's Purpose in Filing Suit and Its Alleged Use of Litigation Against Competitors as a Business Strategy (Motion In Limine No. 2);

3. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Initial Trial Verdict, Judgment and Appeal (Motion In Limine No. 3);

4. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument, or Reference to (1) An Alleged Wrongful Injunction as an Element of Damages for MGA's Affirmative Claims; and (2) Layoffs, Harm to Consumer or Other Alleged Adverse Consequences of a Verdict for Mattel (Motion In Limine No. 5);

5. Mattel's Notice of Motion and Motion to Bifurcate Trial of Equitable Claims and Defenses (Motion In Limine No. 7);

6. Mattel's Notice of Motion and Motion to Exclude Evidence or Argument re the MGA Parties' Reliance on Advice of Counsel (Motion In Limine No. 9);

7.  Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to any Alleged Racial, Religious or Ethnic Bias (Motion In Limine No. 10);

8.  Mattel's Notice of Motion and Motion to Exclude Evidence and Argument that the Mattel-Bryant Inventions Agreement is Unconscionable, Unfair or Otherwise Unenforceable, and Evidence of Other Versions of Mattel's Inventions Agreements (Motion In Limine No. 11);

9.  Mattel's Notice of Motion and Motion to Exclude Evidence, Argument or Reference to Actions taken by or against Mattel Employees not at Issue in This Case (Motion In Limine No. 12);

10. Mattel's Notice of Motion and Motion to Exclude Evidence, Argument, or Reference to Immaterial Purported Statute of Limitations Evidence (Motion In Limine No. 13);

11. Mattel's Notice of Motion and Motion to Preclude MGA from Denying that its Alleged Trade Secrets Were Disclosed to the Press and Retailers (Motion In Limine No. 14);

12. Mattel's Notice of Motion and Motion to Preclude Evidence, Argument or Reference to Alleged Spoliation of Evidence or Discovery Misconduct by Mattel or its Counsel (Motion In Limine No. 15);

13. Mattel's Notice of Motion and Motion In Limine for Order Precluding Testimony and Granting Adverse Inference Jury Instructions based on Jorge Castilla's Invocation of the Fifth Amendment (Motion In Limine No. 16);

14. Mattel's Notice of Motion and Motion to Exclude Evidence of or Argument Concerning the Creation of Mattel Servicios, S.A. De C.V. (Motion In Limine No. 17);

| | | |
|---|---|---|
| 1 | 15. | Mattel's Notice of Motion and Motion to Exclude Evidence, Argument |
| 2 | | or Reference to Mattel's Surveillance or "Spying" On Its Employees, |
| 3 | | and Use of Email Filter and Term NHB (Motion In Limine No. 18); |
| 4 | 16. | Mattel's Notice of Motion and Motion to Exclude Evidence, Argument |
| 5 | | or Reference to any Mediation or Invocation of Statutorily Mandated |
| 6 | | Mediation Confidentiality (Motion In Limine No. 19); |
| 7 | 17. | Mattel's Notice of Motion and Motion to Preclude Arguments that |
| 8 | | MGA's Counterclaims in Reply Allegations Support MGA's 2005 |
| 9 | | Complaint (Motion In Limine No. 20); |
| 10 | 18. | Mattel's Notice of Motion and Motion to Exclude Evidence and |
| 11 | | Argument Relating to MGA'S Counterclaims in Reply (Motion In |
| 12 | | Limine No. 21); |
| 13 | 19. | Mattel's Notice of Motion and Motion In Limine to Exclude Reference |
| 14 | | to Purported Bad Acts and Prejudicial Documents (Motion In Limine |
| 15 | | No. 22); |
| 16 | 20. | Mattel's Notice of Motion and Motion to Exclude Evidence, Argument |
| 17 | | or Reference to MGA's Allegations Regarding NPD, CARU, Tia, and |
| 18 | | Licensing (Motion In Limine No. 23); |
| 19 | 21. | Mattel's Motion to Exclude Evidence and Argument Relating to a Prior |
| 20 | | Civil Litigation and Bankruptcy Proceeding Involving Non-Party |
| 21 | | Witness Brian Wing (Motion In Limine No. 25); |
| 22 | 22. | Mattel's Notice of Motion and Motion to Preclude MGA From |
| 23 | | Introducing or Referring to Certain Expert Opinions Not Properly |
| 24 | | Disclosed Under Rule 26 (Daubert Motion No. 1); |
| 25 | 23. | Mattel, Inc.'s Notice of Motion and Motion In Limine to Exclude |
| 26 | | Opinions and Testimony of James E. Malackowski (Daubert Motion |
| 27 | | No. 2); |
| 28 | | |

24. Mattel, Inc.'s Notice of Motion and Motion In Limine to Exclude Opinions and Testimony of Yehuda Bassok (Daubert Motion No. 3);

25. Mattel's Notice of Motion and Motion to Exclude Opinions and Testimony of D. Jan Duffy (Daubert Motion No. 4);

26. Mattel's Notice of Motion and Motion to Exclude Testimony By Glenn V. Vilppu (Daubert Motoin No. 5);

27. Mattel's Notice of Motion and Motion to Exclude Opinions and Reports of MGA Expert Erich Joachimsthaler (Daubert Motion No. 6);

28. Mattel's Notice of Motion and Motion In Limine to Exclude Improper Opinions of Samuel Rubin Regarding Beclean Software and Evidence Eliminator Software (Daubert Motion No. 7); and

29. Declaration of Joseph C. Sarles In Support of Mattel's Motions In Limine and Daubert Motions.

DATED: _____, 2010

Hon. David O. Carter
United States District Judge