```
 1  Annette L. Hurst, State Bar No. 148738
    Warrington S. Parker III, State Bar No. 148003
 2  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
 3  San Francisco, California 94105
    Telephone: (415) 773-5700
 4  Facsimile: (415) 773-5759

 5  William A. Molinski, State Bar No. 145186
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 6  777 South Figueroa Street, Suite 3200
    Los Angeles, California 90017
 7  Telephone: (213) 629-2020
    Facsimile: (213) 612-2499
 8
    Thomas S. McConville, State Bar No. 155905
 9  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
10  Irvine, California 92614-2258
    Telephone: (949) 567-6700
11  Facsimile: (949) 567-6710

12  Patricia L. Glaser, State Bar No. 056688
    Andrew Baum, State Bar No. 190397
13  GLASER, WEIL, FINK, JACOBS,
       HOWARD & SHAPIRO LLP
14  10250 Constellation Boulevard, 19th Floor
    Los Angeles, California 90067
15  Telephone: (310) 553-3000
    Facsimile: (310) 556-2920
16
    Attorneys for the MGA PARTIES
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>***CORRECTED* APPLICATION TO FILE UNDER SEAL**<br><br>Trial Date: January 11, 2011 |

723551

MGA PARTIES' CORRECTED APPLICATION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. MGA Parties' Notice of Motion and Motions in Limine, Nos. 1-6; Memorandum of Points and Authorities in support thereof;

2. MGA Parties' Notice of Motion and Motions in Limine, No. 7-8; Memorandum of Points and Authorities in support thereof;

3. MGA Parties' Notice of Motion and Motions in Limine, No. 9-13; Memorandum of Points and Authorities in support thereof;

4. MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 14-16; Memorandum of Points and Authorities in support thereof;

5. MGA Parties' Notice of Motion and Motions in Limine, No. 17-22; Memorandum of Points and Authorities in support thereof;

6. MGA Parties' Notice of Motion and Motions in Limine, No. 23; Memorandum of Points and Authorities in support thereof;

7. MGA Parties' Notice of Motion and Motions in Limine, No. 24; Memorandum of Points and Authorities in support thereof;

8. MGA Parties' Notice of Motion and Motions in Limine, No. 25-29; Memorandum of Points and Authorities in support thereof;

9. MGA Parties' Notice of Motion and Motions in Limine, No. 30; Memorandum of Points and Authorities in support thereof;

10. MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 31-36; Memorandum of Points and Authorities in support thereof;

11. MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 37; Memorandum of Points and Authorities in support thereof;

12. MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 38; Memorandum of Points and Authorities in support thereof;

13. MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 39; Memorandum of Points and Authorities in support thereof;

1      14.   MGA Parties' Notice of Motion and *Corrected* Motions in Limine,
2  No. 40; Memorandum of Points and Authorities in support thereof;
3      15.   MGA Parties' Notice of Motion and *Corrected* Motions in Limine,
4  No. 41; Memorandum of Points and Authorities in support thereof;
5      16.   Declaration of Andrew Baum In Support of MGA Parties' Motions
6  in Limine.
7      The MGA Parties' Notice of Manual Filing Pursuant to the Court's October 8,
8  2010 Order attached materials that Mattel and/or the MGA Parties have designated
9  "Confidential" or "Confidential-Attorneys' Eyes Only" pursuant to the protective
10 order in this case. *See* Case No. CV 04-9049-DOC (RBNx), Docket Document No.
11 54.
12     For the foregoing reason, the MGA Parties respectfully request that the Court
13 enter the concurrently filed [Proposed] Order granting this request to file the above-
14 referenced documents under seal.

16 Dated: December 13, 2010         GLASER, WEIL, FINK, JACOBS,
                                         HOWARD & SHAPIRO LLP

18                         By: _____
                               Patricia L. Glaser
19                                Andrew Baum
                               Attorneys for the MGA PARTIES