1  Annette L. Hurst, State Bar No. 148738
   Warrington S. Parker III, State Bar No. 148003
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
3  San Francisco, California 94105
   Telephone: (415) 773-5700
4  Facsimile: (415) 773-5759

5  William A. Molinski, State Bar No. 145186
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  777 South Figueroa Street, Suite 3200
   Los Angeles, California 90017
7  Telephone: (213) 629-2020
   Facsimile: (213) 612-2499

8
   Thomas S. McConville, State Bar No. 155905
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
10 Irvine, California 92614-2258
   Telephone: (949) 567-6700
11 Facsimile: (949) 567-6710

12 Patricia L. Glaser, State Bar No. 056688
   Andrew Baum, State Bar No. 190397
13 GLASER, WEIL, FINK, JACOBS,
      HOWARD & SHAPIRO LLP
14 10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
15 Telephone:  (310) 553-3000
   Facsimile:  (310) 556-2920

16
   Attorneys for the MGA PARTIES
17

18              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
19                   SOUTHERN DIVISION

20 CARTER BRYANT, an individual          )  Case No. CV 04-9049-DOC (RNBx)
                                         )  Consolidated with Nos. CV 04-9059 and
21             Plaintiff,                )  CV 05-2727
                                         )
22      v.                               )  Hon. David O. Carter
                                         )
23 MATTEL, INC., a Delaware              )  **CORRECTED [~~PROPOSED~~] ORDER**
   corporation,                          )  **GRANTING APPLICATION TO**
24                                       )  **FILE UNDER SEAL**
               Defendant.                )
25                                       )
                                         )
26                                       )
   AND CONSOLIDATED ACTIONS             )  Trial Date: January 11, 2011
27                                       )
                                         )
28                                       )

723565                              1



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

The Court, having been informed by the MGA Parties that the following documents discuss or contain references to deposition transcripts and/or exhibits that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below:

1.      **MGA Parties' Notice of Motion and Motions in Limine, Nos. 1-6; Memorandum of Points and Authorities in support thereof;**

2.      **MGA Parties' Notice of Motion and Motions in Limine, No. 7-8; Memorandum of Points and Authorities in support thereof;**

3.      **MGA Parties' Notice of Motion and Motions in Limine, No. 9-13; Memorandum of Points and Authorities in support thereof;**

4.      **MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 14-16; Memorandum of Points and Authorities in support thereof;**

5.      **MGA Parties' Notice of Motion and Motions in Limine, No. 17-22; Memorandum of Points and Authorities in support thereof;**

6.      **MGA Parties' Notice of Motion and Motions in Limine, No. 23; Memorandum of Points and Authorities in support thereof;**

7.      **MGA Parties' Notice of Motion and Motions in Limine, No. 24; Memorandum of Points and Authorities in support thereof;**

8.      **MGA Parties' Notice of Motion and Motions in Limine, No. 25-29; Memorandum of Points and Authorities in support thereof;**

9.      **MGA Parties' Notice of Motion and Motions in Limine, No. 30; Memorandum of Points and Authorities in support thereof;**

10.     **MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 31-36; Memorandum of Points and Authorities in support thereof;**

11.     **MGA Parties' Notice of Motion and *Corrected* Motions in Limine, No. 37; Memorandum of Points and Authorities in support thereof;**

Glaser Weil Fink Jacobs
Howard & Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

723565

2

1      12.    MGA Parties' Notice of Motion and *Corrected* Motions in Limine,

2  No. 38; Memorandum of Points and Authorities in support thereof;

3      13.    MGA Parties' Notice of Motion and *Corrected* Motions in Limine,

4  No. 39; Memorandum of Points and Authorities in support thereof;

5      14.    MGA Parties' Notice of Motion and *Corrected* Motions in Limine,

6  No. 40; Memorandum of Points and Authorities in support thereof;

7      15.    MGA Parties' Notice of Motion and *Corrected* Motions in Limine,

8  No. 41; Memorandum of Points and Authorities in support thereof;

9      16.    Declaration of Andrew Baum In Support of MGA Parties' Motions

10  in Limine.

11

12  **IT IS SO ORDERED.**

13

14  Dated: December 13, 2010

15                                    _____

16                                    Honorable David O. Carter

                                      United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

Glaser Weil Fink Jacobs
Howard & Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

723565

MGA PARTIES' CORRECTED [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL