1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15                 UNITED STATES DISTRICT COURT
16                 CENTRAL DISTRICT OF CALIFORNIA
17                         SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION REGARDING EXHIBIT OBJECTIONS AND COUNTER DEPOSITION DESIGNATIONS**<br><br>Trial Date: January 11, 2011<br>Judge:  Hon. David O. Carter |

## STIPULATION

WHEREAS, the parties will fully comply with Local Rule 16-6.1 by filing a list of joint trial exhibits with the Pretrial Conference Order on December 23, 2010;

WHEREAS, the parties will fully comply with the Court's protocol and conduct a meet and confer with respect to each witness to be presented at trial and to review and object, as necessary, to the exhibits such witnesses will be presenting at trial in an orderly and timely fashion;

WHEREAS, based on the established protocol regarding witness/exhibit objections cited herein, the parties wish to waive the requirement per Local Rule 16 to file written objections to the joint exhibit list on December 23, 2010 with the Pretrial Conference Order. Instead, the parties will meet and confer on witnesses and exhibits prior to the presentation of such testimony and exhibits. The parties further agree to exchange any authenticity objections to exhibits in writing on January 6, 2011;

WHEREAS, in addition, the parties wish to extend their time to exchange counter deposition designations to January 6, 2011;

THEREFORE, it is hereby stipulated by the parties that:

1. Objections to trial exhibits will be discussed on a per witness basis prior to the presentation of such witnesses and exhibits in accordance with the Court's protocol;
2. Authenticity objections to documents on the exhibit list shall be exchanged in writing on January 6, 2011;
3. Counter deposition designations shall be exchanged between the parties on January 6, 2011.

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 21, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By: ___*/s/ Denise M. Mingrone*___ |
| 5 | | Denise M. Mingrone<br>Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
| 6 | Dated: December 21, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | |
| 9 | | By: ___*/s/ Scott Watson*___ |
| 10 | | Scott Watson<br>Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| 11 | Dated: December 21, 2010 | SCHEPER KIM & OVERLAND LLP |
| 12 | | |
| 13 | | By: ___*/s/ Alexander H. Cote*___ |
| 14 | | Alexander H. Cote<br>Attorneys for Gustavo Machado |