1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone: 415-773-5700
   Facsimile:  415-773-5759

6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: 213-629-2020
   Facsimile:  213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17                          SOUTHERN DIVISION

18

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] ORDER BASED ON PARTIES' STIPULATION REGARDING EXHIBIT OBJECTIONS AND COUNTER DEPOSITION DESIGNATIONS**<br><br>Trial Date: January 11, 2011<br>Judge: Hon. David O. Carter |

The Court hereby approves the stipulation of the parties filed on December 21, 2010 and orders as follows:

1. Objections to trial exhibits will be discussed on a per witness basis prior to the presentation of such witnesses and exhibits in accordance with the Court's protocol;
2. Authenticity objections to documents on the exhibit list shall be exchanged in writing on January 6, 2011;
3. Counter deposition designations shall be exchanged between the parties on January 6, 2011.

Dated:  December __, 2010

By: _____
Honorable David O. Carter