

| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 5 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Telephone: (213) 629-2020 |
| | Facsimile: (213) 612-2499 |
| 10 | |
| | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Telephone: (949) 567-6700 |
| | Facsimile: (949) 567-6710 |
| 14 | |
| | Attorneys for MGA Parties |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| | Case No. CV 05-2727 |
| v. | |
| | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

The Court, having been informed by MGA Parties that the following documents discuss or contain reference deposition transcripts that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below:

1) CORRECTED COMPENDIUM OF WRITTEN DISCOVERY IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

2. CORRECTED COMPENDIUM OF DEPOSITION TESTIMONY IN SUPPORT OF MGA ENTERTAINMENT'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY [CONFIDENTIAL - ATTORNEYS' EYES ONLY];

IT IS HEREBY ORDERED.

Dated: December 14, 2010

_____
Hon. David O. Carter
United States District Judge