|  |  |
|---|---|
| 1 | **SCHEPER KIM & HARRIS LLP** |
|   | DAVID C. SCHEPER (State Bar No. 120174) |
| 2 | dscheper@scheperkim.com |
|   | ALEXANDER H. COTE (State Bar No. 211558) |
| 3 | acote@scheperkim.com |
|   | 601 W. Fifth Street, 12th Floor |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 613-4655 |
| 5 | Facsimile: (213) 613-4656 |

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | **Discovery Cut-off:** October 4, 2010<br>**Pre-trial Conf.:** January 4, 2010<br>**Trial:** January 11, 2010 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 79-5.1, and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, in Case No. 04-9059, Carlos Gustavo Machado Gomez hereby respectfully requests that the Court order filed under seal the documents identified below.

CV 04-9049 DOC (RNBx)
APPLICATION TO FILE UNDER SEAL

These documents discuss, quote and attach materials that Mattel, Inc. has designated as "Confidential – Attorneys Eyes Only" pursuant to the Protective Order. Accordingly, Carlos Gustavo Machado Gomez requests that the Court order the following documents be filed under seal.

1. **GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE THE DEPOSITION TESTIMONY OF PABLO VARGAS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE REFERENCES TO MACHADO'S INVOCATION OF PRIVILEGE AGAINST SELF-INCRIMINATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; and**

3. **DECLARATION OF ALEXANDER COTE IN SUPPORT OF GUSTAVO MACHADO'S MOTIONS *IN LIMINE***

DATED: December 10, 2010    Respectfully submitted,

SCHEPER KIM & HARRIS LLP
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND

By_____/s/ Alexander H. Cote
Attorneys for Carlos Gustavo Machado Gomez