**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | **Discovery Cut-off:** October 4, 2010<br>**Pre-trial Conf.:**   January 4, 2010<br>**Trial:**               January 11, 2010 |

CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

The Court, having considered Carlos Gustavo Machado Gomez's application for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under seal the following documents:

1. **GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE THE DEPOSITION TESTIMONY OF PABLO VARGAS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE REFERENCES TO MACHADO'S INVOCATION OF PRIVILEGE AGAINST SELF-INCRIMINATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; and**

3. **DECLARATION OF ALEXANDER COTE IN SUPPORT OF GUSTAVO MACHADO'S MOTIONS *IN LIMINE***

DATED: December 14, 2010

*/s/ David O. Carter*

———————————————
Hon. David O. Carter
Judge, U.S. District Court