QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY AND ACCOMPANYING DOCUMENTS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:  December 20, 2010<br>Time:  TBA<br>Place:  Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:  January 4, 2011<br>Trial Date:  January 18, 2011 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby respectfully request that the Court order filed under seal the following documents because they reference and quote documents, depositions, and materials that have been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

The documents that Mattel requests be filed under seal are individually listed below:

1) Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

2) Mattel, Inc.'s Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

3) Supplemental Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

4) Supplemental Declaration Of Daniel C. Posner In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

5) Mattel's Response To MGA Entertainment Inc.'s Objections To Non-Attorney Declarations Submitted By Mattel, Inc. In Support Of Its Motion For Partial Summary Judgment On MGA Entertainment's Counterclaims-In-Reply; and

6) Mattel's Evidentiary Objections To MGA Entertainment Inc.'s Evidence In Opposition To Mattel's Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply.

For the foregoing reasons, Mattel requests that the Court order that Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply; Mattel, Inc.'s Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply; Supplemental Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s


Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply; Supplemental Declaration Of Daniel C. Posner In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply; Mattel's Response To MGA Entertainment Inc.'s Objections To Non-Attorney Declarations Submitted By Mattel, Inc. In Support Of Its Motion For Partial Summary Judgment On MGA Entertainment's Counterclaims-In-Reply; Mattel's Evidentiary Objections To MGA Entertainment Inc.'s Evidence In Opposition To Mattel's Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply, be filed under seal.

DATED: December 13, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _/s/ Michael T. Zeller_
Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL