

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY AND ACCOMPANYING DOCUMENTS |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application To File Under Seal Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply and Accompanying Documents, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

1) Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

2) Mattel, Inc.'s Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

3) Supplemental Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

4) Supplemental Declaration Of Daniel C. Posner In Support Of Mattel, Inc.'s Reply In Support Of Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply;

5) Mattel's Response To MGA Entertainment Inc.'s Objections To Non-Attorney Declarations Submitted By Mattel, Inc. In Support Of Its Motion For Partial Summary Judgment On MGA Entertainment's Counterclaims-In-Reply; and

6) Mattel's Evidentiary Objections To MGA Entertainment Inc.'s Evidence In Opposition To Mattel's Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply.

DATED: December 14, 2010

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge