Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO RELEASE TRANSCRIPTS FROM PROCEEDINGS ON DECEMBER 20-21, 2010 RE MOTION TO DISQUALIFY GLASER WEIL AND RELATED PROCEEDINGS**<br><br>Trial Date: January 11, 2011 |

Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP ("Glaser Weil") requests that the Court order the release of the following transcripts to Glaser Weil's counsel, Mark Tuft and Steven Kaus from the law firm of Cooper, White & Cooper LLP, in connection with the proceedings that took place on December 20 and 21, 2010 in the case of *Carter Bryant v. Mattel Inc.*, CV 04-9049 (consolidated cases) in regards to Mattel Inc.'s Motion to Disqualify Glaser Weil and related proceedings:

(1) The transcript of the oral argument of the parties' counsel relating to Mattel's Motion to Disqualify Glaser Weil (December 20, 2010);

(2) The transcript of the *in camera* testimony of Patricia L. Glaser (December 20, 2010);

(3) The transcript of the *in camera* testimony of Andrew Baum (December 20, 2010);

(4) The transcript of the *in camera* testimony of Jill Basinger (December 20, 2010);

(5) The transcript of the *in camera* proceedings with Patricia L. Glaser and Jeanine Pisoni (December 21, 2010); and

(6) The transcript of the *in camera* proceedings attended by the MGA Parties and one or more of their counsel (December 21, 2010).

For the foregoing reasons, Glaser Weil respectfully request that the Court enter the concurrently filed [Proposed] Order granting this Application.

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP

Dated: December 22, 2010

John K. Ly /s/_____
John K. Ly