Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with Nos. CV 04-9059 and CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER RE APPLICATION TO RELEASE TRANSCRIPTS FROM PROCEEDINGS ON DECEMBER 20-21, 2010 RE MOTION TO DISQUALIFY GLASER WEIL AND RELATED PROCEEDINGS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Trial Date: January 11, 2011 |

724460

1

[PROPOSED] ORDER RELEASING HEARING TRANSCRIPTS

The Court, having reviewed the Application to Release Transcripts from Proceedings on December 21 and 22, 2010 re Motion to Disqualify Glaser Weil and Related Proceedings, and good cause appearing thereof, hereby orders as follows:

That the following transcripts be released to Glaser Weil's counsel, Mark Tuft and Steve Kaus of the law firm of Cooper, White & Cooper LLP:

(1) The transcript of the oral argument of the parties' counsel relating to Mattel's Motion to Disqualify Glaser Weil (December 20, 2010);

(2) The transcript of the *in camera* testimony of Patricia L. Glaser (December 20, 2010);

(3) The transcript of the *in camera* testimony of Andrew Baum (December 20, 2010);

(4) The transcript of the *in camera* testimony of Jill Basinger (December 20, 2010);

(5) The transcript of the *in camera* proceedings with Patricia L. Glaser and Jeanine Pisoni (December 21, 2010); and

(6) The transcript of the *in camera* proceedings attended by the MGA Parties and one or more of their counsel (December 21, 2010)

**IT IS SO ORDERED.**

Dated:  December 22, 2010                    _____
                                              Honorable David O. Carter
                                              United States District Court Judge