ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

PATRICIA L. GLASER (State Bar No. 056688)
pglaser@glaserweil.com
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA  90067
Tel: (310) 553-3000/Fax: (310)556-2920

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>          Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>―――――――――――<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE VIA HAND DELIVERY**<br><br>Dept.:   Courtroom 9D<br>Trial Date:   January 11, 2011<br>Judge:      David O. Carter |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Legal, Inc., 800 West 1st Street, Suite 200-B, Los Angeles, California 90012.

On December 21, 2010, I served a flash drive containing the following document(s):

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;**

3.   **MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

4.   **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

5.   **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 2 RE: EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY;**

6.   **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT AND APPEAL - MATTEL MOTION *IN LIMINE* NO. 3**

7.   **MGA PARTIES' OPPOSITION TO MATTEL INC'S MOTION TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES - MGA PARTIES' OPPOSITION TO MOTION IN LIMINE NO. 7;**

8.   **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

9.   **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

10. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;**

11. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;**

12. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;**

13. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;**

14. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;**

15. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;**

16. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS - MATTEL MOTION *IN LIMINE* NO. 14;**

17. **MGA'S OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 15 TO PRECLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ALLEGED SPOLIATION OF EVIDENCE OR DISCOVERY MISCONDUCT BY MATTER OR IT'S COUNSEL;**

18. **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 16 REGARDING ADVERSE INFERENCE AND PRECLUDING TESTIMONY;**

19. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;**

20. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;**

21. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 19 TO EXCLUDE EVIDENCE ARGUMENT OR REFERENCE TO ANY MEDIATION OR INVOCATION OF STATUTORILY MANDATED MEDIATION CONFIDENTIALITY;**

22. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;**

23. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;**

24. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;**

25. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;**

26. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;**

27. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;**

28. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;**

- 3 -

29. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;**

30. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;**

31. **DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES ;**

32. **DECLARATION OF ALEX COTE FILED IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;**

33. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 25;**

34. **DECLARATION OF ANDRÉ DE LA CRUZ IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 25;**

35. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26 [OPP'N. TO *DAUBERT* MOTION NO. 1];**

36. **DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26;**

37. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI [OPP'N. TO *DAUBERT* MOTION NO. 2];**

38. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK - DAUBERT MOTION NO. 3;**

39. **DECLARATION OF FRANK D. RORIE IN OPPOSITION TO MATTEL MOTIONS IN LIMINE;**

40. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY;**

41. **DECLARATION OF GLEN LIU IN SUPPORT OF MGA'S PARTIES' OPPOSITION TO MATTEL *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY;**

42. **DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 5 TO EXCLUDE TESTIMONY BY GLEN V. VILPPU;**

43. **MGA PARTIES' OPPOSITION TO MATTEL'S DAUBERT MOTION IN LIMINE NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE;**

44. **DECLARATION OF GLEN LIU IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE; and**

45. **PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL**

☒ **(**by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2010, at Los Angeles, California.

*Isaac Trenco*                              USA Legal Networks, Inc.

**PROOF OF SERVICE BY U.S. MAIL**

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On December 21, 2010, I served the following document(s):

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;**

3.   **MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

4.   **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

5.   **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 2 RE: EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY;**

6.   **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT AND APPEAL - MATTEL MOTION *IN LIMINE* NO. 3**

7.   **MGA PARTIES' OPPOSITION TO MATTEL INC'S MOTION TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES - MGA PARTIES' OPPOSITION TO MOTION IN LIMINE NO. 7;**

8.   **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

9.   **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

10. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;**

11. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;**

12. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;**

13. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;**

14. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;**

15. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;**

16. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS - MATTEL MOTION *IN LIMINE* NO. 14;**

17. **MGA'S OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 15 TO PRECLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ALLEGED SPOLIATION OF EVIDENCE OR DISCOVERY MISCONDUCT BY MATTER OR IT'S COUNSEL;**

18. **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 16 REGARDING ADVERSE INFERENCE AND PRECLUDING TESTIMONY;**

19. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;**

20. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;**

21. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 19 TO EXCLUDE EVIDENCE ARGUMENT OR REFERENCE TO ANY MEDIATION OR INVOCATION OF STATUTORILY MANDATED MEDIATION CONFIDENTIALITY;**

22. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;**

23. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;**

24. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;**

25. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;**

26. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;**

27. **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;**

28. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;**

- 8 -

29.  **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;**

30.  **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;**

31.  **DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES ;**

32.  **DECLARATION OF ALEX COTE FILED IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;**

33.  **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 25;**

34.  **DECLARATION OF ANDRÉ DE LA CRUZ IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 25;**

35.  **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26 [OPP'N. TO *DAUBERT* MOTION NO. 1];**

36.  **DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26;**

37.  **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI [OPP'N. TO *DAUBERT* MOTION NO. 2];**

38.  **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK - DAUBERT MOTION NO. 3;**

39.  **DECLARATION OF FRANK D. RORIE IN OPPOSITION TO MATTEL MOTIONS IN LIMINE;**

40.  **MGA PARTIES' OPPOSITION TO MATTEL INC.'S *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY;**

41. **DECLARATION OF GLEN LIU IN SUPPORT OF MGA'S PARTIES' OPPOSITION TO MATTEL *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY;**

42. **DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 5 TO EXCLUDE TESTIMONY BY GLEN V. VILPPU;**

43. **MGA PARTIES' OPPOSITION TO MATTEL'S DAUBERT MOTION IN LIMINE NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE;**

44. **DECLARATION OF GLEN LIU IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE; and**

45. **PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL**

☒   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Counsel for Carlos Gustavo Machado Gomez
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone:  (310) 459-2830
Facsimile:  (310) 459-4621

Additional Counsel:
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

1    I am employed in the county from which the mailing occurred.  On the date

2    indicated above, I placed the sealed envelope(s) for collection and mailing at this

3    firm's office business address indicated above.  I am readily familiar with this

4    firm's practice for the collection and processing of correspondence for mailing with

5    the United States Postal Service.  Under that practice, the firm's correspondence

6    would be deposited with the United States Postal Service on this same date with

7    postage thereon fully prepaid in the ordinary course of business.

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed on December 21, 2010, at Los Angeles, California.

11    Maria Mercado-Navarro

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)