1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  Orrick, Herrington & Sutcliffe LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone: 415-773-5700
   Facsimile:  415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone: 213-629-2020
   Facsimile:  213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710
   Attorneys for MGA Parties
14

15                  UNITED STATES DISTRICT COURT

16                  CENTRAL DISTRICT OF CALIFORNIA

17                         SOUTHERN DIVISION

18 | CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx)
19 | Plaintiff, | Consolidated with: Case No. CV 04-9059
20 | v. | Case No. CV 05-2727
21 | MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE VIA HAND DELIVERY**
22 | | Dept.: Courtroom 9D
23 | Defendant. | Trial Date: January 11, 2011
   | | Judge: David O. Carter
24
25 | AND CONSOLIDATED ACTIONS

**PROOF OF SERVICE BY HAND DELIVERY**

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is First Legal Support Services, 1517 West Beverly Boulevard, Los Angeles, California 90026.

On December 22, 2010, I served a flash drive containing the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. THE MGA PARTIES' NOTICE OF LODGING USB DRIVE CONTAINING THE MGA PARTIES' MOTION *IN LIMINE*; and

4. PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL

☒ (by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2010, at Los Angeles, California.

_____     _____
Guillermo Pedroza                First Legal Support Services

- 1 -

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

## PROOF OF SERVICE BY U.S. MAIL

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On December 22, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. THE MGA PARTIES' NOTICE OF LODGING USB DRIVE CONTAINING THE MGA PARTIES' MOTION *IN LIMINE*; and

4. PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Counsel for Carlos Gustavo Machado Gomez
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Additional Counsel:
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

1 | I am employed in the county from which the mailing occurred. On the date
2 | indicated above, I placed the sealed envelope(s) for collection and mailing at this
3 | firm's office business address indicated above. I am readily familiar with this
4 | firm's practice for the collection and processing of correspondence for mailing with
5 | the United States Postal Service. Under that practice, the firm's correspondence
6 | would be deposited with the United States Postal Service on this same date with
7 | postage thereon fully prepaid in the ordinary course of business.
8 | I declare under penalty of perjury that the foregoing is true and correct.
9 | Executed on December 22, 2010, at Los Angeles, California.

*Maria Mercado-Navarro*
Maria Mercado-Navarro