UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                    Date   December 20, 2010

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Julie Barrera, Kathy Peterson | Debbie Gale, Jane Sutton, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |
| William Price | Patricia Glaser |
|  | Stephen Kaus |
|  | Alexander Cote |
|  | Mark Overland |

Proceedings:   EVIDENTIARY HEARING ON MATTEL'S MOTION TO DISQUALIFY GLASER WEIL [9359]; HEARING (NON-EVIDENTIARY) ON MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY

The cause is called and counsel state their appearances. Arguments heard by John Quinn and Stephen Kaus on Mattel's Motion to Disqualify Glaser Weil. The courtroom is cleared for in camera hearing.

Sealed in camera evidentiary hearing held. Exhibit and witness list filed.

Further sealed in camera hearing held with John Quinn, Michael Zeller and William Price.

The Court permits Patricia Glaser to remain as co-lead counsel for MGA but grants Mattel's Motion to Disqualify Glaser Weil. The Court orders the parties to return on December 21, 2010 at 10:00 a.m. to discuss conditions associated with Ms. Glaser remaining as co-lead counsel.

All parties return to the courtroom and hearing is held on Mattel's Motion for Partial Summary Judgment on MGA's Counterclaims-in-Reply, which is taken under submission.

|  | evid: 2 | : | 00 |
|---|---|---|---|
|  | non-evid: 1 |  | 56 |
| Initials of Preparer | kp |  |  |