UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                    Date   December 21, 2010

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Julie Barrera, Kathy Peterson | Debbie Gale, Maria Dellaneve, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn | Annette Hurst, Thomas McConville |
| Michael Zeller | Patricia Glaser, Stephen Kaus |
| William Price | Alexander Cote, Mark Overland |
|  | Jennifer Keller, Jeanine Pisoni |

Proceedings:   FURTHER HEARING RE: PATRICIA GLASER, GLASER WEIL

Cause called and counsel state their appearances.

The Court clears the courtroom for in camera proceedings requested by Patricia Glaser. In camera proceedings held. The in camera proceedings conclude and all parties return to the courtroom.

Ms. Glaser steps down as co-lead counsel with Annette Hurst and withdraws as counsel in this matter. MGA moves the Court to continue the trial in this matter; the Court denies the request for continuance. Annette Hurst moves to withdraw the Orrick firm as counsel for MGA; the Court denies the request (by Orrick) to withdraw.

The Court grants the parties permission to file an interlocutory appeal on the following issues: 1) the Court's December 21, 2010 denial of continuance of the trial; 2) the Court's December 20, 2010 decision to exclude Glaser Weil, but to permit Patricia Glaser to remain as counsel; and 3) the Court's December 21, 2010 denial of Orrick Herrington & Sutcliffe's motion to withdraw.

|  | : 5  31 |
|---|---|
| Initials of Preparer | kp |