# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 04-9049 DOC (RNBx) | Judge | DAVID O. CARTER |
|---|---|---|---|
| Title | MATTEL INC. -V- | | |
| | MGA ENTERTAINMENT INC. | | |
| Dates of HEARING | 12/20/10–in camera hearing | | |
| Court Reporter(s) | Debbie Gale, Jane Sutton, Deborah Parker | | |
| Deputy Clerk(s) | Julie Barrera, Kathy Peterson | | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| John Quinn, Michael Zeller, William Price | Annette Hurst, Patricia Glaser, Tom McConville |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Jill Basinger (12/20) | Mattel |
| 1 | | 12/20 | | | | In Camera declaration of Michael Zeller | |
| 2 | | 12/20 | | | | Wonder Woman doll | |

G-65 (10/97)      LIST OF EXHIBITS AND WITNESSES