1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
4   San Francisco, CA  94105-2669
    Tel: (415) 773-5700/Fax: (415) 773-5759
5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
8   Tel. (213) 629-2020/Fax: (213) 612-2499

9   THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710

12  Attorneys for MGA Parties
13

14              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
15                    SOUTHERN DIVISION

16

17

18  MATTEL, INC., a Delaware           Case No.  CV 04-09049 DOC (RNBx)
    corporation,                       Consolidated with:
19                                     Case Nos. CV 04-09059 & CV 05-02727
                Plaintiff,
20                                     **MGA'S SUPPLEMENTAL MOTION
         v.                            IN SUPPORT OF ITS MOTION IN
21                                     LIMINE NO. 36 TO EXCLUDE
    MGA ENTERTAINMENT, INC., a         TESTIMONY AND REPORT BY
22  California corporation, et al.,    MATTEL EXPERT FRANK KEISER**

23              Defendant.             Trial Date: January 11, 2011
24  ─────────────────────────────      Dept: Courtroom 9D
    AND CONSOLIDATED ACTIONS           Judge:  Hon. David O. Carter
25

26

27

28

On December 11, 2010, MGA filed Motion in Limine No. 36 in support of excluding Mattel expert Frank Keiser's report and testimony relating to three-dimensional scanning of sculpts, dolls, and other items.  Specifically, MGA argued that: (1) Mattel failed to establish the relevance of Keiser's scans or indicate how they would be helpful to a jury; (2) the only possible use of Keiser's scans is to introduce expert testimony into the intrinsic test for copyright infringement, where such testimony is impermissible; and (3) Keiser is not qualified to support his proffered testimony.

Since MGA filed its motion, it has received the third-party analysis of Mark Johnson, an experienced forensic analyst, who has identified numerous deficiencies in Keiser's scanning techniques.  Because Keiser's deficient scanning techniques further discredit the reliability of his scans, MGA respectfully submits the attached Declaration of Mark Johnson, which supplements MGA's Motion in Limine No. 36.

## CONCLUSION

For the foregoing reasons, MGA respectfully requests the Court exclude Frank Keiser's expert report and testimony.

Dated:     December 23, 2010                Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP


By: /s/ Diana Rutowski
_____

Diana Rutowski
Attorneys for MGA Parties