

# ATOS

## User Information



**ATOS II / II SO
Hardware**

ATOS II / II SO HW • en • Rev A • 2005-10-17

**GOM mbH**
Mittelweg 7-8
D-38106 Braunschweig
Germany
Tel.: +49 (0) 531 390 29 0

E-Mail: info@gom.com
Fax: +49 (0) 531 390 29 15
www.gom.com



**Optical Measuring Techniques**

# Legal and Safety Notes

## Legal Notes

No part of this publication may be reproduced in any form or by any means or used to make any derivative work (such as translation, transformation or adaptation) without the prior written permission of GOM.

GOM reserves the right to revise this publication and to make changes in content from time to time without obligation on the part of GOM to provide notification of such revision or change.

GOM provides this manual without warranty of any kind, either implied or expressed, including, but not limited, to the implied warranties of merchantability and fitness for a particular purpose.

GOM may improve or change the manual and/or the product(s) described herein at any time.

Copyright © 2005
GOM mbH
All rights reserved!

## Standard labels

In this user manual the following standard labels may be used:

| ⚠ **WARNING** | This label points to a situation that might be dangerous and could lead to serious bodily harm or to death. |
| ⚠ **CAUTION** | This label points to a situation that might be dangerous and could lead to light bodily harm. |
| **NOTICE !** | This label points to a situation in which the product or an object in the vicinity of the product might be damaged. |
| **IMPORTANT !** | This label indicates important application notes and other useful information. |

## Safety Notes



- Do not look directly into the projector light, danger of retina burn.
- Do not use equipment connected to AC power during heavy thunderstorms. Due to voltage variations and transient voltages in the low-voltage network, malfunctions and dangerous voltages between housing and other components may occur.
- Protect stands with horizontal extension arms from falling over.
- Use the product only on a safe and steady ground.
- When measuring large objects, make sure you comply with the respective valid accident prevention regulations.

⚠ **CAUTION**

- Operate the equipment only with the operating voltages printed on the housing. Using an incorrect operating voltage may cause malfunctions or the risk of fire.
- The sensor head may get really hot, danger of burns.
- Protect the cables from mechanical load (squeezing, tension, etc.). Damaged cables may cause short-circuits and the risk of fire.

**NOTICE !**

- AC power connection of the unit must comply with the valid regulations of the respective countries.
- Check cables and, if damaged, replace them by all means.
- Never unplug cables while the system is operating!
- Replace fuses only with components having the same specifications.
- The devices must not come into contact with water. For cleaning, use a moist cloth but first unplug the connector from the isolated ground receptacle.
- The ambient temperature must be between +5 and +35 °C. Make sure no rapid temperature variations occur that might cause condensation.
- Open the projector housing only when no voltage is applied.
- Only touch projector bulbs with protective gloves.

**IMPORTANT !**

- Do not stick any strange objects into the housing.
- When replacing the bulb, make sure you use a bulb of the same type.

ATOS II / II SO HW • en • Rev A • 2005-10-17

# Table of Contents

Legal and Safety Notes ..................................................................................2

Table of Contents ...........................................................................................3

1.      Introduction ........................................................................................5

2.      The ATOS II System Variants..............................................................6
2.1     Main Hardware and Software Components ..........................................6

3.      General Information About the Sensor ...............................................7
3.1     Sensor Configuration ATOS II..............................................................7
3.2     Sensor Configuration ATOS II SO ........................................................8
3.3     Definition of Terms Referring to the Sensor Unit................................8
3.3.1   ATOS II .......................................................................................................... 8
3.3.2   ATOS II SO .................................................................................................... 9

4.      How to Handle Lenses........................................................................10

5.      Sensor Setup......................................................................................11
5.1     Step 1 - Start the ATOS Software and the Control Unit.......................11
5.2     Step 2 - Adjust the Measuring Distance..............................................11
5.3     Step 3 - Adjust Focus and Aperture of Projector Lens P .....................11
5.3.1   ATOS II .......................................................................................................... 11
5.3.2   ATOS II SO .................................................................................................... 11
5.4     Step 4 - Adjust the Cameras ...............................................................12
5.5     Step 5 - Adjust the Focus of Camera Lenses R and L ..........................13
5.6     Step 6 (only for ATOS II SO) – Adjustment of the Polarization
        Filter for Camera Lenses R and L ........................................................13
5.7     Step 7 – Adjust the Aperture of Camera Lenses R and L......................13
5.8     Step 8 – Close Sensor ..........................................................................14

6.      Operating Instructions .....................................................................15
6.1     Control Unit  ATOS II & FireWire.........................................................15
6.1.1   Front Panel .................................................................................................... 15
6.1.2   Back Panel .................................................................................................... 15
6.2     Camera Adapter ATOS II......................................................................16
6.2.1   Front Panel .................................................................................................... 16
6.3     Computer 64 Bit ..................................................................................16
6.3.1   Back Panel .................................................................................................... 16
6.4     Sensor Head LEDs ...............................................................................16

7.      Replacement of Bulbs ........................................................................17
7.1     Step 1 ..................................................................................................17
7.2     Step 2 ..................................................................................................17
7.3     Step 3 ..................................................................................................18
7.4     Step 4 ..................................................................................................18
7.5     Step 5 ..................................................................................................20

8.      Changing Camera Support to a Different Length .......................21
8.1     Step 1 ..................................................................................................21
8.2     Step 2 ..................................................................................................21
8.3     Step 3 ..................................................................................................21

| 8.4 | Step 4 | 22 |
| 8.5 | Step 5 | 22 |
| 8.6 | Step 6 | 23 |
| 8.7 | Step 7 | 23 |
| 8.8 | Step 8 | 23 |
| 8.9 | Step 9 | 24 |
| 8.10 | Step 10 | 24 |
| 8.11 | Step 11 | 25 |
| 8.12 | Step 12 | 25 |
| 8.13 | Step 13 | 25 |
| 8.14 | Step 14 | 26 |
| 8.15 | Step 15 | 26 |
| 8.16 | Step 16 | 26 |
| 8.17 | Step 17 | 27 |
| **9.** | **Changing ATOS II to ATOS II SO** | **28** |
| **9.1** | **Pillar & Lift Installation** | **28** |
| 9.1.1 | Material | 28 |
| 9.1.2 | Step 1 | 29 |
| 9.1.3 | Step 2 | 29 |
| 9.1.4 | Step 3 | 30 |
| 9.1.5 | Step 4 | 31 |
| 9.1.6 | Step 5 left | 31 |
| 9.1.7 | Step 6 left | 32 |
| 9.1.8 | Step 7 right | 32 |
| 9.1.9 | Step 8 right | 33 |
| 9.1.10 | Step 9 for Pillar Installation Only | 33 |
| 9.1.11 | End Pillar Installation | 34 |
| 9.1.12 | Step 9 for Lift Installation Only | 35 |
| 9.1.13 | Step 10 for Lift Installation Only | 36 |
| 9.1.14 | End Lift Installation | 36 |
| 9.1.15 | Reverse Installation | 37 |
| **9.2** | **Stand Installation** | **37** |
| 9.2.1 | Material | 37 |
| 9.2.2 | Step 1 | 37 |
| 9.2.3 | Step 2 | 38 |
| 9.2.4 | Step 3 | 38 |
| 9.2.5 | Step 4 | 39 |
| 9.2.6 | Step 5 left | 39 |
| 9.2.7 | Step 6 left | 39 |
| 9.2.8 | Step 7 right | 40 |
| 9.2.9 | Step 8 right | 40 |
| 9.2.10 | End Stand Installation | 40 |
| 9.2.11 | Reverse Installation | 41 |
| **10.** | **Cabling** | **42** |
| **10.1** | **ATOS II** | **42** |
| **10.2** | **ATOS II 64 Bit Computer** | **43** |
| **10.3** | **ATOS II FireWire** | **44** |

ATOS II / II SO HW • en • Rev A • 2005-10-17

## 1. Introduction

This user manual is intended for qualified personnel who are not or just a little familiar with the coordinate measurement technique but who has basic PC knowledge (windows-based programs and operating systems).

This user manual is configured to the transfer of knowledge of system installation, sensor settings, changing the camera support and other hardware relevant information.

**IMPORTANT !**

The ATOS system is a measuring system that also addresses experts of digital optical measuring. Therefore, it is unavoidable that the ATOS software contains menu items not intended for the standard user. Improper use of these menu items (expert parameters) may cause incorrect measurements.

For being able to make optimum use of the system, we assume the ability to visualize in 3D and a color vision ability.

This user manual is divided into the following sections:

- The first page informs about important safety aspects.
- Section 1 gives basic information about the ATOS system and operating instructions.
- Section 2 describes the system variants.
- Section 3 contains tables with the sensor configurations.
- Section 4 informs about how to handle the lenses.
- Section 5 describes how to adjust the sensor.
- Section 6 contains operating instructions.
- Section 7 illustrates the replacement of bulbs.
- Section 8 explains the steps for changing the camera support to a different length.
- Section 9 shows how ATOS II is changed to ATOS II SO.
- Section 10 contains the cabling of the system.

## 2.   The ATOS II System Variants

| System types | ATOS II 800<br>ATOS II 600<br>ATOS II 400 |
|---|---|
| | The number at the end of the system name gives the approx. spacing between the cameras in mm and thus defines the scope of the measuring volume. |
| Measuring volume in mm$^3$ | 135x108x108<br>to<br>1700x1360x1360 |
| Measuring points per individual scan or camera resolution | approx. 1 300 000<br>1280 x 1024 pixels |
| **For further information see http://www.gom.com** | |

| System types | ATOS II SO |
|---|---|
| | For small measuring volumes (SO = Small Objects) |
| Measuring volume in mm$^3$ | 35x28x15<br>to<br>200x160x150 |
| Measuring points per individual scan or camera resolution | approx. 1 300 000<br>1280 x 1024 pixels |
| **For further information see http://www.gom.com** | |

### 2.1   Main Hardware and Software Components

- Sensor head with two cameras and a fringe projector
- Stand for secure and steady hold of the sensor head
- Control unit for the power supply and for controlling the sensor head as well as PC interface
- High-performance PC system
- ATOS application software and system software

## 3.   General Information About the Sensor

Before starting the measurement, you need to select the respective measuring volume depending on the size of the measuring object and the desired resolution of the measuring points, see tables 3.1 and 3.2.

The measuring volume determines the distance between sensor and object and the set of lenses.

**IMPORTANT !**  Prior to initial commissioning of the ATOS system, the sensor must be adjusted, i.e. the angle relations of the lenses, the focus and the aperture need to be set. Then, the complete system is calibrated by means of calibration panels or calibration crosses. If the measuring volume is adjusted successfully by calibration, you can start a measuring project.

**IMPORTANT !**  In practice, depending on the measuring task, different measuring volumes might be required.

You only need to adjust the sensor again if the measuring distance or the angle relations of the cameras or the adjustments of the camera lenses have to be changed because of a different measuring volume or if the respective set of lenses was not yet adjusted!

The following tables show some typical combinations of measuring volumes, distances and set of lenses.

### 3.1   Sensor Configuration ATOS II

| Sensor | Measuring volume (L x W x H in mm³) | Calibration object | Measuring point distance | Recommended reference point diameter | Projector lens | Camera lens | Camera angle α | Measuring distance in mm |
|---|---|---|---|---|---|---|---|---|
| ATOS II 800 | 1700 x 1360 x 1360 | Cross 1700 | 1.33 mm | 12.0 mm | 6 mm | 8 mm | | |
| | 1200 x 960 x 960 | Cross 1200 | 0.94 mm | 12.0 mm | 8 mm | 12 mm | | |
| | 800 x 640 x 640 | Cross 800 | 0.62 mm | 8.0 mm | 12 mm | 17 mm | 28° | 1600 |
| | 550 x 440 x 440 | Cross 550 | 0.43 mm | 5.0 mm | 17 mm | 23 mm | | |
| | 350 x 280 x 280 | Panel 350x280 | 0.27 mm | 3.0 mm | 23 mm | 35 mm | | |
| ATOS II 600 | 1700 x 1360 x 1360 | Cross 1700 | 1.33 mm | 12.0 mm | 6 mm | 8 mm | 22° | 1600 |
| | 1200 x 960 x 960 | Cross 1200 | 0.94 mm | 12.0 mm | 6 mm | 8 mm | | |
| | 800 x 640 x 640 | Cross 800 | 0.62 mm | 8.0 mm | 8 mm | 12 mm | | |
| | 550 x 440 x 440 | Cross 550 | 0.43 mm | 5.0 mm | 12 mm | 17 mm | 30° | 1120 |
| | 350 x 280 x 280 | Panel 350x280 | 0.27 mm | 3.0 mm | 17 mm | 23 mm | | |
| | 250 x 200 x 200 | Panel 250x200 | 0.20 mm | 3.0 mm | 23 mm | 35 mm | | |
| ATOS II 400 | 1700 x 1360 x 1360 | Cross 1700 | 1.33 mm | 12.0 mm | 6 mm | 8 mm | 14° | 1600 |
| | 1200 x 960 x 960 | Cross 1200 | 0.94 mm | 12.0 mm | 6 mm | 8 mm | 22° | 1120 |
| | 800 x 640 x 640 | Cross 800 | 0.62 mm | 8.0 mm | 8 mm | 12 mm | | |
| | 550 x 440 x 440 | Cross 550 | 0.43 mm | 5.0 mm | 8 mm | 12 mm | | |
| | 350 x 280 x 280 | Panel 350x280 | 0.27 mm | 3.0 mm | 12 mm | 17 mm | 30° | |
| | 250 x 200 x 200 | Panel 250x200 | 0.20 mm | 3.0 mm | 17 mm | 23 mm | | 750 |
| | 175 x 140 x 135 | Panel 175x140 | 0.14 mm | 1.5 mm | 23 mm | 35 mm | | |
| | 135 x 108 x 95 | Panel 135x108 | 0.11 mm | 1.5 mm | 35 mm | 50 mm | | |

**General Information About the Sensor**

### 3.2    Sensor Configuration ATOS II SO

| Sensor | Measuring volume (L x W x H in mm³) | Calibration object | Measuring point distance | Recommended reference point diameter | Projector lens | Camera lens | Camera fixture (bore hole) | Camera angle α | Measuring distance in mm: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | PF = Polarization Filter | | | | |
| ATOS II SO | 200 x 160 x 160 | Panel 200x160 | 0.15 mm | 1.5 mm | 12 mm, PF | 12 mm, PF | center | 32° | |
| | 135 x 108 x 95 | Panel 135x108 | 0.10 mm | 1.5 mm | 17 mm, PF | 17 mm, PF | inner | | |
| | 100 x 80 x 60 | Panel 100x80 | 0.08 mm | 0.8 mm | 23 mm, PF | 23 mm, PF | inner | 23° | 290 |
| | 65 x 52 x 30 | Panel 65x52 | 0.05 mm | 0.8 mm | 35 mm, PF | 35 mm, PF | inner | | |
| | 35 x 28 x 15 | Panel 35x28 | 0.027 mm | 0.8 mm | 50 mm, PF | 50 mm, PF | inner | | |

### 3.3    Definition of Terms Referring to the Sensor Unit

#### 3.3.1    ATOS II



Fringe projector

Camera support

Camera lens right **R**

Projector lens **P**

Camera lens left **L**

Measuring distance

Camera angle

Width **W** (measuring volume)

Height **H** (measuring volume)

Center of the measuring volume

Length **L** (measuring volume)

ATOS II / II SO HW • en • Rev A • 2005-10-17

**General Information About the Sensor**

### 3.3.2    ATOS II SO

Projector lens **P**

Camera support

Camera lens right **R**

Camera lens left **L**

Measuring distance

**How to Handle Lenses**

## 4.   How to Handle Lenses

The lenses shown in this example may in some cases differ from those delivered in practice. Therefore, the statements made here have to be used correspondingly.

All lenses are marked with L (left) or R (right) or P (projector). Adjustment to a different measuring volume is not necessary if the set of lenses in the respective measuring volume has already been adjusted and the aperture and focus adjustments are well locked! Left and right are defined from the sensor view in normal operating position.

Camera lens left **L**

Projector lens **P**

Camera lens right **R**

Screw thread; tighten carefully by hand in the housing!
While doing so, lock focus locking ring!

Focus locking ring with hex socket head locking screw

Focal length.
In this example 17 mm



Aperture setting ring with manual locking screw. If no screw exists, locking is done by means of three hex socket head screws in the aperture ring. Note: In the example shown, aperture value 11 means aperture closed and aperture value 1.4 means aperture open.

Select a set of lenses matching the required measuring volume and screw it into the cameras and the projector.

**IMPORTANT !**

The camera and projector lenses of the systems ATOS II SO can be equipped with polarization filters in order to suppress disturbing reflections caused by the small measuring distance.

**NOTICE !**

To avoid getting dirt into the cameras and the projector, always equip the devices with lenses, even when switched off. When changing the lenses, fix the new lenses in place immediately.

Screw in the lenses carefully by hand, lock the focus locking ring, if necessary, to ensure screwing in without any problems.

ATOS II / II SO HW • en • Rev A • 2005-10-17

## 5.   Sensor Setup

**IMPORTANT !**

To adjust the sensor, the complete system including the ATOS application software must be installed, i.e. the sensor has to be equipped completely with lenses, and in case of ATOS II SO with polarization filters according to the chosen measuring volume (see tables 3.1 and 3.2).

How to use the software is described in the user manual "ATOS User Manual Software".

**IMPORTANT !**

For each measuring volume, the lenses are factory-preadjusted. If you have the respective set of lenses for each measuring volume, setting up the sensor is easy as you do not need to carry out all the steps referring to adjusting the focus and aperture!

You adjust the sensor by performing the following general steps:

- Start the ATOS software and the control unit. In the software, select Project Mode and Start/Stop Measurement.
- Adjust the measuring distance.
- Adjust the focus of the projector lens.
- Adjust the cameras.
- Adjust the focus of the individual camera lenses.
- Adjust the polarization filters of the camera lenses if polarization filters are intended for the measuring volume.
- Adjust the aperture of the individual camera lenses.

### 5.1   Step 1 - Start the ATOS Software and the Control Unit

After starting the ATOS software and switching on the control unit, you need to select menu item View ▶ **Project Mode** and then Start/Stop Measurement and to switch on the projector light in order to get a video image. The target slide is projected. Place a piece of white paper in front of the sensor at the selected measuring distance.



Projector light on/off

### 5.2   Step 2 - Adjust the Measuring Distance

Adjust measuring distance, see section 3.3 using a tape measure.

### 5.3   Step 3 - Adjust Focus and Aperture of Projector Lens P

#### 5.3.1   ATOS II

Lock the aperture of the projector lens just before its maximum opening (low aperture values) in order to get maximum optical power for the object to be measured and to avoid disturbing aperture effects.

Adjust the focus such that the projected cross is visible on the white sheet of paper in maximum sharpness. Finally, lock the focus locking ring.

#### 5.3.2   ATOS II SO

**IMPORTANT !**

For ATOS II SO, open the aperture of the projector lens to its maximum extent (low aperture values) in order to get maximum optical power for the object to be measured. For this ATOS version, a suffi-

**Sensor Setup**

cient depth of field is no longer given at maximum opening of the projector lens because of the small measuring volume. Therefore, close the aperture again slightly. Experience has shown that aperture values between 2.8 and 4 provide good results.

Adjust the focus such that the projected cross is visible on the white sheet of paper in maximum sharpness.

In order to optimize the depth of field in case of very small measuring volumes, select a phase slide (Info window ▶ Slide ▶ Slide Position ▶ **Phase 0**) and hold a white piece of paper diagonally into the measuring volume such that the area close to the sensor and far away from the sensor is taken into account as well. Now, change the focus setting slightly such that the fringes in the center distance of the measuring volume show optimum sharpness. Finally, lock the focus locking ring.



white piece of paper with target slide      white piece of paper with fringe projection

### 5.4    Step 4 - Adjust the Cameras

First, preadjust the focus of the camera lenses such that the projected cross is clearly visible in the video image. Then, use the two hex socket head locking screws (inch screws!) to adjust the camera position such that the <u>vertical line</u> of the projected cross coincides with that of the red cross hairs in the 2D camera images. Slight horizontal deviations are system-induced and are to be ignored during alignment.

Left camera:                    Right camera:



When clicking with the right mouse button in both camera images, the appearing menu contains a function to maximize the video image. This function is helpful to adjust the cameras but also for later focusing of the camera lenses.

ATOS II / II SO HW • en • Rev A • 2005-10-17

## 5.5    Step 5 – Adjust the Focus of Camera Lenses R and L

First, place a printed sheet of paper in front of the sensor at the se-
lected measuring distance and open the aperture of both camera
lenses to their <u>maximum extent</u>!

Make sure the video images are not overexposed, if necessary, switch
off the projector light or reduce the shutter time.

Now, adjust the focus of the camera lenses optimally and lock it. To
adjust the focus, it might be useful to click on the respective video im-
age and enlarge it using the mouse wheel.

## 5.6    Step 6 (only for ATOS II SO) – Adjustment of the Polarization Filter for Camera Lenses R and L

Adjust the polarization filters to minimum brightness of the video im-
ages with the projector light switched on and a polarizer mounted to
the projector lenses.

## 5.7    Step 7 – Adjust the Aperture of Camera Lenses R and L

In order to adjust the aperture of the camera lenses, the projector light
must be switched on and a white piece of paper must be placed in the
measuring area.

In the ATOS software set the shutter time to approx. 0.04s. The shut-
ter time mentioned is a recommendation and, depending on the sen-
sor configuration or the measuring object, may be longer or shorter.

Now close the apertures until the video images are free of overexpo-
sure. Red areas in the Overexposed mode (selected with the right
mouse button in the camera image) or white areas in the False color
mode, indicate overexposure and should not occur.

**IMPORTANT !**

If, unintentionally, you closed the aperture too much, open it fully and
start again! This method ensures a stable aperture setting.

If you cannot remove overexposure by closing the camera apertures,
reduce the recommended shutter time values so far that the aperture
of both camera lenses can be adjusted optimally.

Make sure that the aperture of the camera lenses is within the last thi-
rd (in direction "aperture closed") in order to achieve maximum depth
of field. However, the aperture must not be fully closed.

If it is not possible to adjust the shutter time within the last third of the
aperture range, it might be necessary to increase the recommended
values.

The aperture of both cameras should be closed to approximately the
same extent. You can check the aperture setting by means of the
false-color mode of the video image. You enable the false-color mode
by clicking with the right mouse button onto the video image and se-
lecting False Color. The video images should show approximately the
same color distribution.

**Sensor Setup**



Left camera



Right camera

### 5.8    Step 8 – Close Sensor

After finishing the sensor adjustment select Sensor ▶ **Close Sensor**.

ATOS II / II SO HW • en • Rev A • 2005-10-17

# 6.   Operating Instructions

## 6.1   Control Unit  ATOS II & FireWire

### 6.1.1   Front Panel



LED

Power on/off

| LED yellow | Illuminates for approx. 5 seconds when switching the unit on, then changes to green or red. |
| LED green | Ready for operation, everything ok. |
| LED red | Error in cabling or defective unit. |

**IMPORTANT !**

As long as the LED shows yellow light, do not carry out any software functions that access the sensor head!

When exiting the software, the yellow LED illuminates again. Restart software only if LED shows green light!

### 6.1.2   Back Panel

ATOS II:



Software download

ATOS II FireWire:



no function

Software download

**Operating Instructions**

### 6.2    Camera Adapter ATOS II

#### 6.2.1    Front Panel



| LEDs green | Control unit on and camera adapter on. |
| LEDs red | Connection interrupted; check cabling between camera and camera adapter. |

### 6.3    Computer 64 Bit

#### 6.3.1    Back Panel



| LEDs flashing green | Control unit on, camera adapter on and computer booted. |
| LEDs red | Connection interrupted; check cabling between camera adapter and computer. |

### 6.4    Sensor Head LEDs



| LED green + yellow | Are permanently illuminated if power supply via control unit is ok. If the LEDs are dark, check cabling to the control unit. |
| LEDs red | Both LEDs are flickering if the control unit is switched on and live video images are present. If the LEDs are dark, check camera cables. |

ATOS II / II SO HW • en • Rev A • 2005-10-17

# 7.   Replacement of Bulbs



Prior to replace the bulb, let the projector cool for at least 15 minutes! Danger of getting burnt!

Only touch the projector bulb with protective gloves as it otherwise might get dirty and its lifetime will be reduced. In addition, glass breakage may occur during operation

## 7.1   Step 1



## 7.2   Step 2



ATOS II / II SO HW • en • Rev A • 2005-10-17

**Replacement of Bulbs**



### 7.3    Step 3



### 7.4    Step 4



ATOS II / IISO HW • en • Rev A • 2005-10-17

**Replacement of Bulbs**

ATOS II / II SO HW • en • Rev A • 2005-10-17







## Replacement of Bulbs

### 7.5    Step 5

When inserting the new projector bulb, carry out the steps shown above in reverse and logical order.

**NOTICE !**

Only use the following bulb type! Other types could damage the system!





**NOTICE !**

ATOS II / II ISO HW • en • Rev A • 2005-10-17

## 8.   Changing Camera Support to a Different Length

**IMPORTANT !**

Prior to change the camera support, ensure that the camera cables are long enough for the new support!

### 8.1   Step 1



### 8.2   Step 2



a)   a)

b)

c)   **Turn sensor head upside down.**

### 8.3   Step 3



ATOS II / II SO HW • en • Rev A • 2005-10-17

**Changing Camera Support to a Different Length**

### 8.4    Step 4





### 8.5    Step 5



ATOS II / II SO HW • en • Rev A • 2005-10-17

### 8.6 Step 6



### 8.7 Step 7



### 8.8 Step 8



ATOS II / II SO HW • en • Rev A • 2005-10-17

**Changing Camera Support to a Different Length**

**8.9    Step 9**



**8.10   Step 10**





Changing Camera Support to a Different Length

### 8.11   Step 11



### 8.12   Step 12



### 8.13   Step 13



ATOS II / II SO HW • en • Rev A • 2005-10-17

**Changing Camera Support to a Different Length**

### 8.14   Step 14



### 8.15   Step 15



### 8.16   Step 16



ATOS II / II SO HW • en • Rev A • 2005-10-17

**Changing Camera Support to a Different Length**

**8.17   Step 17**



## 9.    Changing ATOS II to ATOS II SO

**IMPORTANT !**

The ATOS II SO can be mounted to a profile pillar, a lift or the normal stand. Install the ATOS II SO preferably on the profile pillar or the lift because in case of stand installation interfering oscillations may occur due to the small measuring volume (small measuring point distance).

### 9.1    Pillar & Lift Installation

#### 9.1.1    Material



**Additional Materials**



### 9.1.2    Step 1



### 9.1.3    Step 2





ATOS II / II ISO HW • en • Rev A • 2005-10-17

**Changing ATOS II to ATOS II SO**

### 9.1.4 Step 3





### 9.1.5    Step 4



M6x16



### 9.1.6    Step 5 left



**Changing ATOS II to ATOS II SO**

### 9.1.7    Step 6 left



**IMPORTANT !**

When using the measuring volume 200 x 160 x 160 mm³, mount the camera in the two center holes – not in the inner most holes.

### 9.1.8    Step 7 right



ATOS II / II SO HW • en • Rev A • 2005-10-17

### 9.1.9    Step 8 right



**IMPORTANT !** When using the measuring volume 200 x 160 x 160 mm³, mount the camera in the two center holes – not in the inner most holes.

### 9.1.10    Step 9 for Pillar Installation Only



Säulenmontage
*Pillar Installation*



M6x16

You may also install the adapter plate rotated by 180°.



ATOS II / II ISO HW • en • Rev A • 2005-10-17

## Changing ATOS II to ATOS II SO





### 9.1.11    End Pillar Installation





ATOS II / II SO HW • en • Rev A • 2005-10-17

### 9.1.12   Step 9 for Lift Installation Only





M6x16





## Changing ATOS II to ATOS II SO

### 9.1.13    Step 10 for Lift Installation Only









### 9.1.14    End Lift Installation





ATOS II / II SO HW • en • Rev A • 2005-10-17

### 9.1.15   Reverse Installation

When rebuilding ATOS II SO to ATOS II, carry out the steps shown above in reverse and logical order.

 **NOTICE !** Make sure to insert again the adapter plates you took out.

## 9.2   Stand Installation

### 9.2.1   Material



metric **M6x16**

**1 x**

**4 x**

### 9.2.2   Step 1



M6x16

## Changing ATOS ll to ATOS ll SO

### 9.2.3     Step 2



### 9.2.4     Step 3





ATOS II / II SO HW • en • Rev A • 2005-10-17

### 9.2.5    Step 4



### 9.2.6    Step 5 left



### 9.2.7    Step 6 left



ATOS II / II SO HW • en • Rev A • 2005-10-17

**IMPORTANT !**

When using the measuring volume 200 x 160 x 160 mm³, mount the camera in the two center holes – not in the inner most holes.

**Changing ATOS II to ATOS II SO**

### 9.2.8    Step 7 right



### 9.2.9    Step 8 right



**IMPORTANT !**

When using the measuring volume 200 x 160 x 160 mm³, mount the camera in the two center holes – not in the inner most holes.

### 9.2.10    End Stand Installation



ATOS II / II SO HW • en • Rev A • 2005-10-17

### 9.2.11    Reverse Installation

When rebuilding ATOS II SO to ATOS II, carry out the steps shown above in reverse and logical order.

**NOTICE !**

Make sure to insert again the adapter plate you took out.

ATOS II / II SO HW • en • Rev A • 2005-10-17

**Cabling**

## 10.  Cabling

### 10.1   ATOS II

**IMPORTANT !**    Depending on the computer, the PC-connectors for the cameras are located in different slots. Make sure to connect "CAM R" to the right camera and "CAM L" to the left camera!



ATOS II / II ISO HW • en • Rev A • 2005-10-17

**Cabling**

## 10.2 ATOS II 64 Bit Computer



**Cabling**

### 10.3   ATOS II FireWire

