QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                     Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>                     Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO RELEASE TRANSCRIPTS FROM MATTEL *IN CAMERA* PORTION OF DECEMBER 20, 2010 HEARING RE MOTION TO DISQUALIFY GLASER WEIL<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:            TBD<br>Time:           TBD<br>Place:          Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:         January 4, 2011<br>Trial Date:              January 11, 2011 |

00505.07975/3879071.1

MATTEL, INC.'S APPLICATION TO RELEASE TRANSCRIPTS RE MATTEL'S MOTION TO DISQUALIFY

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby request that the Court order the release to Mattel's counsel, Quinn Emanuel Urquhart & Sullivan, LLP, of the transcript of the portions of the *in camera* testimony of Jill Basinger for which Mattel's counsel was present, as well as the *in camera* arguments involving Mattel's counsel on December 20, 2010. This portion of the Court's *in camera* hearing involved Mattel's counsel, so there can be no confidentiality or privilege objections to releasing the transcript of this portion of the hearing to Mattel. Moreover, the transcript may be helpful to the Ninth Circuit in connection with the Court's ruling on Mattel's motion to disqualify Glaser Weil and MGA's anticipated appeal thereof. Accordingly, Mattel respectfully requests that the Court order the release of the transcript of the portions of the *in camera* testimony of Jill Basinger for which Mattel's counsel was present, as well as the *in camera* arguments from Mattel's counsel on December 20, 2010, to counsel for Mattel.

DATED: December 27, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By_____
Michael T. Zeller
Attorneys for Mattel, Inc.