QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> [PROPOSED] ORDER GRANTING APPLICATION TO RELEASE TRANSCRIPTS FROM MATTEL *IN CAMERA* PORTION OF DECEMBER 20, 2010 HEARING RE MOTION TO DISQUALIFY GLASER WEIL |

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

Based on the concurrently filed Application to Release Transcripts from Mattel *in Camera* Portion of December 20, 2010 Hearing Re Motion to Disqualify Glaser Weil,

IT IS HEREBY ORDERED:

The transcript of the portions of the December 20, 2010 *in camera* testimony of Jill Basinger for which Mattel's counsel was present, as well as the *in camera* arguments involving Mattel's counsel on December 20, 2010, are to be released to Mattel's counsel, Quinn Emanuel Urquhart & Sullivan, LLP.

DATED:                    . 2010

                                    Hon. David O. Carter
                                    United States District Judge

-2-