Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
GLASER, WEIL, FINK, JACOBS,
 HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO RELEASE TRANSCRIPTS FROM PUBLIC PROCEEDINGS ON DECEMBER 20-21, 2010 RE MOTION TO DISQUALIFY GLASER WEIL AND RELATED PUBLIC PROCEEDINGS**<br><br>Trial Date: January 11, 2011 |

1   Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP ("Glaser Weil") requests
2   that the Court order the release of transcripts to Glaser Weil's counsel, Mark Tuft and
3   Stephen Kaus from the law firm of Cooper, White & Cooper LLP, in connection with
4   the public, open court proceedings that took place on December 20 and 21, 2010 in
5   the case of *Carter Bryant v. Mattel Inc.*, CV 04-9049 (consolidated cases) in regards
6   to Mattel Inc.'s Motion to Disqualify Glaser Weil and public proceedings relating to
7   the representation of MGA Entertainment, Inc. or trial continuance (hereinafter,
8   "Application to Release of Transcripts from Public Proceedings").

9   Glaser Weil also seeks the release of transcripts reflecting certain non-public, *in
10  camera* proceedings that took place on the above-referenced dates regarding the same
11  subject matter in a separate request, which will be filed concurrently herewith.

12  For the foregoing reasons, Glaser Weil requests that the Court enter the
13  concurrently filed [Proposed] Order granting this Application to Release Transcripts
14  from Public Proceedings.

                                    GLASER, WEIL, FINK, JACOBS,
                                    HOWARD & SHAPIRO LLP

18  Dated:  December 27, 2010    By:    John K. Ly /s/
                                        John K. Ly

724460

2
GLASER WEIL'S APPLICATION TO RELEASE PUBLIC HEARING TRANSCRIPTS