1  Patricia L. Glaser, State Bar No. 056688
   Andrew Baum, State Bar No. 190397
2  GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone: (310) 553-3000
   Facsimile: (310) 556-2920

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with Nos. CV 04-9059 and CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER RE APPLICATION TO RELEASE TRANSCRIPTS FROM PUBLIC PROCEEDINGS ON DECEMBER 20-21, 2010 RE MOTION TO DISQUALIFY GLASER WEIL AND RELATED PUBLIC PROCEEDINGS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Trial Date: January 11, 2011 |

724460

1

[PROPOSED] ORDER RELEASING PUBLIC HEARING TRANSCRIPTS

1    The Court, having reviewed the Application to Release Transcripts from Public
2    Proceedings on December 21 and 22, 2010 re Motion to Disqualify Glaser Weil and
3    Related Public Proceedings, and good cause appearing thereof, hereby orders as
4    follows:

5    The release of all transcripts to Glaser Weil's counsel, Mark Tuft and Stephen
6    Kaus from the law firm of Cooper, White & Cooper LLP, in connection with the
7    public, open court proceedings that took place on December 20 and 21, 2010 in the
8    case of *Carter Bryant v. Mattel Inc.*, CV 04-9049 (consolidated cases) in regards to
9    Mattel Inc.'s Motion to Disqualify Glaser Weil and public proceedings relating to the
10   representation of MGA Entertainment, Inc. or trial continuance.

12   **IT IS SO ORDERED.**

14   Dated: December __, 2010          _____
                                        Honorable David O. Carter
                                        United States District Court Judge

---

[PROPOSED] ORDER RELEASING PUBLIC HEARING TRANSCRIPTS