ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone:  (949) 567-6700
Facsimile:   (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

NOTICE OF APPEAL
CV 04-9049 DOC (RNBx)

Defendants In Re MGA Entertainment, Inc., MGA Entertainment HK, Ltd, MGAE de Mexico S.R.L. de C.V. and Isaac Larian appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the district court, entered in this case on December 21, 2010. A true and correct copy of the Court's Civil Minute Order is attached hereto as Exhibit A.

Dated: December 28, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Thomas S. McConville
Thomas S. McConville
Attorneys for MGA Parties