Case 2:04-cv-09049-DOC -RNB Document 9532 Filed 12/21/10 Page 1 of 1 Page ID #:284833

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)        Date   December 21, 2010

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Julie Barrera, Kathy Peterson | Debbie Gale, Maria Dellaneve, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
    Michael Quinn
    Michael Zeller
    William Price

Attorneys Present for Defendants:
    Annette Hurst, Thomas McConville
    Patricia Glaser, Stephen Kaus
    Alexander Cote, Mark Overland
    Jennifer Keller, Jeanine Pisoni

Proceedings:   FURTHER HEARING RE: PATRICIA GLASER, GLASER WEIL

Cause called and counsel state their appearances.

The Court clears the courtroom for in camera proceedings requested by Patricia Glaser. In camera proceedings held. The in camera proceedings conclude and all parties return to the courtroom.

Ms. Glaser steps down as co-lead counsel with Annette Hurst and withdraws as counsel in this matter. MGA moves the Court to continue the trial in this matter; the Court denies the request for continuance. Annette Hurst moves to withdraw the Orrick firm as counsel for MGA; the Court denies the request (by Orrick) to withdraw.

The Court grants the parties permission to file an interlocutory appeal on the following issues: 1) the Court's December 21, 2010 denial of continuance of the trial; 2) the Court's December 20, 2010 decision to exclude Glaser Weil, but to permit Patricia Glaser to remain as counsel; and 3) the Court's December 21, 2010 denial of Orrick Herrington & Sutcliffe's motion to withdraw.

                                                                             5     31

Initials of Preparer    kp

Exhibit A, Page 3