Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-09049 DOC (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **PHASE 2 DISCOVERY MATTER ORDER NO. 106 REGARDING ZAPF'S REQUEST FOR GERMAN CONSUL-GENERAL TO ATTEND DEPOSITION** |
| Defendant. | |
| CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER NO. 106
[Case No. CV 04-09049 DOC (RNBx)]

The Discovery Master, having reviewed the submission of parties and for good cause appearing, the request of Zapf Creation AG ("Zapf") for a representative of the German Consul-General to attend the Zapf deposition is granted on the following conditions: the representative must present his or her diplomatic credentials at the beginning of the deposition for counsel for the parties to inspect, the representative must state on the record his or her consent to abide by the terms of the confidentiality order in this action, and the representative must not participate in the deposition in any manner, and must refrain from speaking during the deposition or speaking to anyone from Zapf or anyone else involved in this action until after the deposition is concluded.

This order is based on the principles of international comity identified by the United States Supreme Court in *Societe Nationale Industrielle Aerospatiale v. U.S. District Court* 482 U.S. 522, 544, namely, that "American courts in supervising pretrial proceedings, should … take care to demonstrate due respect for any special problem confronted by the foreign litigant on account of … any sovereign interest expressed by a foreign state." See also *In Re Rubber Chemicals Antitrust Litigation*, 486 F. Supp.2d 1078.

In this instance, counsel for Zapf has represented to the Court that a representative of the Government of Germany is interested in observing the Zapf deposition and will do so "without interfer[ing] with or affect[ing] Mattel's taking of the deposition in any manner." See Zapf request, December 23, 2010, 5:09 pm. Out of "due respect" for the stated request of the representative of the German Consul-General, I find that the Consul-General or his or her diplomatic representative should be allowed to observe the deposition on the conditions stated above. I believe that the German Courts would, as a matter of comity, provide a similar courtesy to the Government of the United States under similar circumstances.

//

1     The parties have leave to appeal this Order to the District Court within the
2 time allotted by the District Court for such appeals of Discovery rulings.

4     IT IS SO ORDERED.

6 Dated: December 28, 2010          Respectfully submitted,

8                                        By: _____
9                                                ROBERT C. O'BRIEN
                                               Discovery Master