**No. _____**
**(D.C. No.** CV 04-9049 DOC (RNBx).
Consolidated with: Case Nos. CV 04-9059 and CV 05-2727 (C.D. Cal.)

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In Re MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V. and Isaac Larian
Appellants/*Petitioners*

v.

United States District Court for the Central District of California,
*Respondent*

Mattel, Inc.
*Appellee/Real Party in Interest*

---

Appeal from the United States District Court
For the Central District of California
(Hon. David O. Carter, Presiding)

---

# REPRESENTATION STATEMENT

---

Blecher & Collins, P.C.
Maxwell M. Blecher (No. 26202)
John E. Andrews (No. 105336)
515 S. Figueroa St. Suite 1750
Los Angeles, CA 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656
  *Attorneys for Appellants/Petitioners MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V. and Isaac Larian*

The undersigned represents defendants and appellants MGA Entertainment, Inc., MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V. and Isaac Larian in this civil matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm name, address and telephone number (F.R.A.P. 12(b); Circuit Rule 3-2 (b)).

Dated: December 28, 2010

                                        Respectfully submitted,

                                        Blecher & Collins, P.C.
                                        Maxwell M. Blecher
                                        John E. Andrews
                                        515 South Figueroa St.
                                        Suite 1750
                                        Los Angeles, CA  90071
                                        Telephone: (213) 622-4222
                                        Facsimile: (213) 622-1656

                                        By: _____
                                              Maxwell M. Blecher
                                        *Attorneys for Appellants/Petitioners*
                                        *MGA Entertainment, Inc., MGA*
                                        *Entertainment HK, Ltd., MGAE de*
                                        *Mexico  S.R.L. de C.V. and Isaac Larian*

## SERVICE LIST

Counsel for Mattel, Inc. and and Mattel de Mexico, S.A. de C.V., Appellees and Respondents

    John B. Quinn
    William C. Price
    Michael T. Zeller
    Quinn, Emanuel, Urquhart & Sullivan, LLP
    865 South Figueroa St., 10th Floor
    Los Angeles, CA  90017
    (213) 443-3000