UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)             Date: December 28, 2010

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER REGARDING RELEASE OF TRANSCRIPTS

      Pursuant to the stipulation of the parties, the Court ORDERS that the sealed transcripts shall be sent by email to the Discovery Master today, December 28, 2010, in order to ensure their speedy delivery to the Court of Appeals.

      The Clerk shall serve this minute order on all parties to the action.