UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                              Date   December 22, 2010

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |
| William Price | |

Proceedings:   STATUS CONFERENCE

    Cause called and counsel state their appearances.

    The Court provides advance copies of its ruling to the parties on the following pending motions which were taken under submission after the hearings on November 16 and 17, 2010: Mattel Inc's Motion for Partial Summary Judgment, MGA's Parties' Motion for Summary Judgment, and Gustavo Machado's Motion for Summary Judgment.

|  | 2 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kp | | |