1 | Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
2 | GLASER, WEIL, FINK, JACOBS,
   HOWARD & SHAPIRO LLP
3 | 10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
4 | Telephone: (310) 553-3000
Facsimile: (310) 556-2920

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

CARTER BRYANT, an individual,

    Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

    Defendant.

AND CONSOLIDATED ACTIONS

Case No. CV 04-9049-DOC (RNBx)
Consolidated with Nos. CV 04-9059 and CV 05-2727

Hon. David O. Carter

**APPLICATION TO RELEASE TRANSCRIPTS FROM NON-PUBLIC, *IN CAMERA* PROCEEDINGS ON DECEMBER 20-21, 2010 RE MOTION TO DISQUALIFY GLASER WEIL AND RELATED PROCEEDINGS**

Trial Date: January 11, 2011

724460

Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP ("Glaser Weil") requests that the Court order the release of the following transcripts to Glaser Weil's counsel, Mark Tuft and Stephen Kaus from the law firm of Cooper, White & Cooper LLP, in connection with the non-public, *in camera* proceedings that took place on December 20 and 21, 2010 in the case of *Carter Bryant v. Mattel Inc.*, CV 04-9049 (consolidated cases) in regards to Mattel Inc.'s Motion to Disqualify Glaser Weil and related proceedings (hereinafter, "Application to Release Transcripts from Non-Public, *In Camera* Proceedings"):

(1) The transcript of all *in camera* proceedings including, without limitation
   a. The testimony of Patricia L. Glaser (December 20, 2010);
   b. The testimony of Andrew Baum (December 20, 2010);
   c. The transcript containing the remarks of the Court and statements by Stephen Kaus, counsel for Glaser Weil, immediately before the initial examination of Jill Basinger by the Court (December 20, 2010);
   d. The testimony of Jill Basinger, both alone and in the presence of attorneys representing Mattel, Inc. (December 20, 2010);
   e. the transcripts reflecting *in camera* testimony of the proceedings on December 20 and 21, 2010 where attorneys from Quinn Emanuel testified, alone, before the Court.

(2) The transcript of the *in camera* proceedings with Patricia L. Glaser and Jeanine Pisoni (December 21, 2010); and

(3) The transcript of the *in camera* proceedings attended by the MGA Parties and one or more of their counsel (December 21, 2010).

Glaser Weil does not seek actual confidential information of Mattel, Inc. but submits that the questions asked, the manner in which the billing records were prepared, whether Ms. Basinger entered the Bratz case number herself, the specific nature of the task performed and other information can be disclosed without disclosing privileged or confidential information.

To avoid the disclosure of confidential and/or privileged information of Mattel, Inc., Glaser Weil requests that the Court order Glaser Weil and Mattel, Inc. and their respective counsel to adhere to the following procedure regarding the transmittal of the above-referenced transcripts: (i) a copy of the transcripts be delivered to Mattel Inc.'s attorneys, Quinn Emanuel; (ii) Quinn Emanuel has three (3) days to redact any confidential and/or privileged information in the transcripts upon receipt of the transcripts before having to send the transcripts to Glaser Weil; and (iii) Glaser Weil has three (3) days from the date of receipt of the transcripts from Quinn Emanuel to submit any issues it might have with the redactions in the transcripts to the Court for am expedited determination *in camera.*

This Application to Release Transcripts from Non-Public, *In Camera* Proceedings was presented to appropriate attorneys from Quinn Emanuel for review on December 27, 2010. At this time, Glaser Weil has received no response, so it is filing this application. Glaser Weil previously filed an application to obtain the *in camera* transcripts (and public transcripts) on December 22, 2010 (Document No. 9528), and this Application provides greater specificity to Glaser Weil's prior application.

Glaser Weil also seeks the release of transcripts reflecting all public, open court proceedings that took place on the above-referenced dates regarding the same subject matter in a separate request, which was filed concurrently herewith.

For the foregoing reasons, Glaser Weil requests that the Court enter the concurrently filed [Proposed] Order granting this Application to Release Transcripts from Non-Public, *In Camera* Proceedings.

GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO LLP

Dated: December 29, 2010      By:   John K. Ly /s/
                                    John K. Ly