Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with Nos. CV 04-9059 and CV 05-2727 |
| v. | Hon. David O. Carter |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER RE APPLICATION TO RELEASE TRANSCRIPTS FROM NON-PUBLIC, *IN CAMERA* PROCEEDINGS ON DECEMBER 20-21, 2010 RE MOTION TO DISQUALIFY GLASER WEIL AND RELATED PROCEEDINGS** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Trial Date: January 11, 2011 |

724460

The Court, having reviewed the Application to Release Transcripts from Non-Public, *In Camera* Proceedings on December 21 and 22, 2010 re Motion to Disqualify Glaser Weil and Related Proceedings, and good cause appearing thereof, hereby orders as follows:

That the following transcripts be released to Glaser Weil's counsel, Mark Tuft and Stephen Kaus of the law firm of Cooper, White & Cooper LLP:

(1) The transcript of all *in camera* proceedings including, without limitation
   a. The testimony of Patricia L. Glaser (December 20, 2010);
   b. The testimony of Andrew Baum (December 20, 2010);
   c. The transcript containing the remarks of the Court and statements by Stephen Kaus, counsel for Glaser Weil, immediately before the initial examination of Jill Basinger by the Court (December 20, 2010);
   d. The testimony of Jill Basinger, both alone and in the presence of attorneys representing Mattel, Inc. (December 20, 2010);
   e. the transcripts reflecting *in camera* testimony of the proceedings on December 20 and 21, 2010 where attorneys from Quinn Emanuel testified, alone, before the Court.

(2) The transcript of the *in camera* proceedings with Patricia L. Glaser and Jeanine Pisoni (December 21, 2010); and

(3) The transcript of the *in camera* proceedings attended by the MGA Parties and one or more of their counsel (December 21, 2010).

The Court further orders the disclosure of all questions asked, the manner in which the billing records were prepared, whether Ms. Basinger entered the Bratz case number herself, the specific nature of the task performed and other non-confidential and non-privileged information of Mattel, Inc.

To avoid the disclosure of confidential and/or privileged information of Mattel, Inc., the Court further orders that Glaser Weil and Mattel, Inc. and their respective counsel to adhere to the following procedure regarding the transmittal of the above-

1  referenced transcripts:  (i) a copy of the transcripts be delivered to Mattel Inc.'s
2  attorneys, Quinn Emanuel; (ii) Quinn Emanuel has three (3) days to redact any
3  confidential and/or privileged information in the transcripts upon receipt of the
4  transcripts before having to send the transcripts to Glaser Weil; and (iii) Glaser Weil
5  has three (3) days from the date of receipt of the transcripts from Quinn Emanuel to
6  submit any issues it might have with the redactions in the transcripts to the Court for
7  am expedited determination *in camera.*

9  **IT IS SO ORDERED.**

11  Dated: _____          _____
12                                                      Honorable David O. Carter
                                                         United States District Court Judge