UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**ORDER ADOPTING DISCOVERY MASTER REPORT AND RECOMMENDATION RE APPLICATIONS TO RELEASE TRANSCRIPTS OF PROCEEDINGS HELD ON DECEMBER 20 AND 21, 2010** |

The Court, having reviewed the Discovery Master Report And Recommendation Re Applications To Release Transcripts Of Proceedings Held On December 20 and 21, 2010 (the "Recommendation") filed on December 29, 2010, hereby adopts the Recommendation in its entirety and ORDERS the Discovery

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER
[Case No. CV 04-09049 DOC (RNBx)]

1 | Master to prepare and release to the appropriate parties excerpts of those transcripts
2 | in accordance with Section II of the Recommendation.

4 | It is so ORDERED.

Dated: December 29, 2010

*/s/ David O. Carter*

Judge, United States District Court

ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER
[Case No. CV 04-09049 DOC (RNBx)]