ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Dept.:   Courtroom 9D<br>Trial Date:  January 11, 2011<br>Judge:   David O. Carter |

## PROOF OF SERVICE BY HAND DELIVERY

I, declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is First Legal Support Services, 1517 West Beverly Boulevard, Los Angeles, California 90026.

On December 29, 2010, I served a flash drive containing the following document(s):

1. **APPLICATION TO FILE UNDER SEAL;**

2. **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;**

3. **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S DAUBERT MOTION NO. 6 TO EXCLUDE OPINIONS AND REPORTS OF MGA EXPERT ERICH JOACHIMSTHALER [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];**

4. **DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S DAUBERT MOTION NO. 6 TO EXCLUDE OPINIONS AND REPORTS OF MGA EXPERT ERICH JOACHIMSTHALER AND EXHIBITS THERETO;**

5. **CERTIFICATE OF SERVICE; and**

6. **PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL**

☒ (by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

/ / /

/ / /

1 |       I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on December 29, 2010, at Los Angeles, California.
3
4 | *Emmanuel Dominguez*        [signature]
5 |                                                       First Legal Support Services

**PROOF OF SERVICE BY U.S. MAIL**

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On December 29, 2010, I served the following document(s):

1. **APPLICATION TO FILE UNDER SEAL;**

2. **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;**

3. **MGA PARTIES' OPPOSITION TO MATTEL, INC.'S DAUBERT MOTION NO. 6 TO EXCLUDE OPINIONS AND REPORTS OF MGA EXPERT ERICH JOACHIMSTHALER [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];**

4. **DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S DAUBERT MOTION NO. 6 TO EXCLUDE OPINIONS AND REPORTS OF MGA EXPERT ERICH JOACHIMSTHALER AND EXHIBITS THERETO [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL];**

5. **CERTIFICATE OF SERVICE; and**

6. **PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

<u>Counsel for Carlos Gustavo Machado Gomez</u>
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone:  (310) 459-2830
Facsimile:  (310) 459-4621

1   Additional Counsel:
    Jason D. Russell, Esq.
2   jason.russell@skadden.com
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3   300 South Grand Ave., Suite 3400
    Los Angeles, CA 90071-3144
4   Telephone: (213) 687-5000
    Facsimile:  (213) 687-5600
5

6       I am employed in the county from which the mailing occurred. On the date
7   indicated above, I placed the sealed envelope(s) for collection and mailing at this
8   firm's office business address indicated above. I am readily familiar with this
9   firm's practice for the collection and processing of correspondence for mailing with
10  the United States Postal Service. Under that practice, the firm's correspondence
11  would be deposited with the United States Postal Service on this same date with
12  postage thereon fully prepaid in the ordinary course of business.
13      I declare under penalty of perjury that the foregoing is true and correct.
14  Executed on December 29, 2010, at Los Angeles, California.
15
16                          *Maria Mercado-Navarro* (signature)
17                          Maria Mercado-Navarro
18
19
20
21
22
23
24
25
26
27
28