ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710
Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Dept.: Courtroom 9D<br>Trial Date: January 11, 2011<br>Judge: David O. Carter |

1 **PROOF OF SERVICE BY HAND DELIVERY**

2   I, declare I am a resident of the State of California and over the age of
3 eighteen years, and not a party to the within action; my business address is First
4 Legal Support Services, 1517 West Beverly Boulevard, Los Angeles, California
5 90026.

6   On December 29, 2010, I served a flash drive containing the following
7 document(s):

8   1.   APPLICATION TO FILE UNDER SEAL;

9   2.   [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

10  3.   MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL];

11  4.   DECLARATION OF FRANK RORIE IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL]; and

12  5.   PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL

[X] (by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel, Inc.
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

26 ///
27 ///
28 ///

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on December 29, 2010, at Los Angeles, California.
3
4  *Emmanuel Dominguez*                    *Emmanuel Dominguez*
5                                          First Legal Support Services

# PROOF OF SERVICE BY U.S. MAIL

I, Maria Mercado-Navarro, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.

On December 29, 2010, I served the following document(s):

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL];

4. DECLARATION OF FRANK RORIE IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI [CONFIDENTIAL–ATTORNEYS' EYES ONLY–FILED UNDER SEAL]; and

5. PROOF OF SERVICE BY HAND DELIVERY AND U.S. MAIL

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Counsel for Carlos Gustavo Machado Gomez
Alexander H. Cote, Esq.
acote@scheperkim.com
SCHEPER KIM & HARRIS LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Mark E. Overland, Esq.
mark@overlaw.net
Law Offices of Mark E. Overland
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Additional Counsel:
Jason D. Russell, Esq.
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2010, at Los Angeles, California.

*/s/ Maria Mercado-Navarro*
Maria Mercado-Navarro

# Service of Subsequent Document Filings:

2:04-cv-09049-DOC -RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, APPEAL, DISCOVERY, PROTORD, RELATED-G, STAYED

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Mingrone, Denise on 12/29/2010 at 4:21 PM PST and filed on 12/29/2010

**Case Name:**     Carter Bryant v. Mattel Inc
**Case Number:**   2:04-cv-09049-DOC -RNB
**Filer:**         Isaac Larian
                   MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059
                   MGA Entertainment HK Limited
                   MGAE De Mexico SRL De Cv

**Document Number:** 9560

**Docket Text:**
**PROOF OF SERVICE filed by Counter Defendants Isaac Larian, MGA ENTERTAINMENT INC., INTERVENOR RE: CV04-09059, MGA Entertainment HK Limited, MGAE De Mexico SRL De Cv,** *of Application to File Under Seal; [Proposed] Order Granting Application to File Under Seal; MGA Parties Opposition To Mattel, Inc.s Daubert Motion No. 6 To Exclude Opinions And Reports Of MGA Expert Erich Joachimsthaler [ConfidentialAttorneys Eyes OnlyFiled Under Seal Pursuant To Protective Order]; Declaration Of Denise M. Mingrone In Support Of MGA Parties Opposition To Mattel, Inc.s Daubert Motion No. 6 To Exclude Opinions And Reports Of MGA Expert Erich Joachimsthaler And Exhibits Thereto [ConfidentialAttorneys Eyes OnlyFiled Under Seal]; Certificate Of Service* served on December 29, 2010. (Mingrone, Denise)

**2:04-cv-09049-DOC -RNB Notice has been electronically mailed to:**

Alexander H Cote     acote@scheperkim.com, ppoloski@scheperkim.com

Alisa M Morgenthaler     amorgenthaler@glaserweil.com

Andre De La Cruz     adelacruz@orrick.com, jdavis@orrick.com, ymeneses@orrick.com

Annette L Hurst     ahurst@orrick.com, adecorso@orrick.com, adelacruz@orrick.com, bbaker@orrick.com, bdyer@orrick.com, dfishman@orrick.com, dmingrone@orrick.com, drutowski@orrick.com, egressler@orrick.com, gliu@orrick.com, gramsey@orrick.com, hboylanclark@orrick.com, hpassananti@orrick.com, jangell@orrick.com, jmcbirney@orrick.com, mawilliams@orrick.com, mphillips@orrick.com, msuzuki@orrick.com, mwine@orrick.com, ngambhir@orrick.com, ssomasekar@orrick.com, tmcconville@orrick.com, wmolinski@orrick.com

Blaine H Evanson     bevanson@gibsondunn.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com, calendar@quinnemanuel.com

Byron Z Moldo    bmoldo@ecjlaw.com, echeung@ecjlaw.com, lpekrul@ecjlaw.com

Craig A Taggart    craig.taggart@bingham.com, lan.ly@bingham.com

Daniel J Thomasch    dthomasch@orrick.com

Daniel V Nixon    danielnixon@byrnenixon.com

David C Scheper    dscheper@scheperkim.com, feseroma@scheperkim.com

David M Stern    dstern@ktbslaw.com

Denise M Mingrone    dmingrone@orrick.com, aako-nai@orrick.com

Diana M Rutowski    drutowski@orrick.com, aako-nai@orrick.com

Diane C Hutnyan    dianehutnyan@quinnemanuel.com, mariselareyes@quinnemanuel.com

Douglas Andrew Winthrop    dwinthrop@howardrice.com, aaustin@howardrice.com

Erin R Ranahan    eranahan@winston.com, pwaters@winston.com

Frank D Rorie , Jr    frorie@orrick.com

Ilan Wisnia    iwisnia@vallemakoff.com, bisomoto@vallemakoff.com

J Christopher Jennings    cjennings@gibsondunn.com

James I Stang    jstang@pszjlaw.com

Jason D Russell    jrussell@skadden.com, allison.velkes@skadden.com

Jason S Angell    jangell@orrick.com

Jeffrey B Valle    jvalle@vallemakoff.com

Jennifer A Lopez    jennifer.lopez@ejgallo.com

Jimmy S McBirney    jmcbirney@orrick.com

John B Quinn    johnquinn@quinnemanuel.com

John K Ly    jly@glaserweil.com

Jon D Corey    joncorey@quinnemanuel.com

Joseph C Sarles    josephsarles@quinnemanuel.com, sahilyfeliciano@quinnemanuel.com

Kevin E Deenihan	kdeenihan@ktbslaw.com

Kevin S Rosen	krosen@gibsondunn.com

Kien C Tiet	ktiet@kctlawcorp.com

L Kieran Kieckhefer	kkieckhefer@orrick.com, hrupert@orrick.com

Larry W McFarland	lmcfarland@kmwlaw.com

Linda M Burrow	burrow@caldwell-leslie.com, popescu@caldwell-leslie.com, wilson@caldwell-leslie.com

Lisa T Simpson	lsimpson@orrick.com

Luis A Feldstein	lfeldstein@bmkattorneys.com

Marina Vladimir Bogorad	marina.bogorad@skadden.com

Mark Andrew Byrne	markbyrne@byrnenixon.com

Mark E Overland	mark@overlaw.net, jhibino@scheperkim.com

Mark P Wine	mwine@orrick.com, cwatson@orrick.com, kpayan@orrick.com

Matthew C Heyn	mheyn@ktbslaw.com

Michael T Zeller	michaelzeller@quinnemanuel.com

Patricia L Glaser	pglaser@glaserweil.com

Patrick A Fraioli , Jr	pfraioli@ecjlaw.com, ecook@ecjlaw.com

Peter Alan Davidson	pdavidson@ecjlaw.com, lpekrul@ecjlaw.com

Peter N Villar	peter.villar@bingham.com, craig.taggart@bingham.com, paul.mcconnell@bingham.com, theresa.miletich@tempbingham.com

Randa A F Osman	randaosman@quinnemanuel.com

Richard M Pachulski	jstang@pszjlaw.com

Robert C O'Brien	obrien.robert@arentfox.com

Robyn Aronson	robyn.aronson@gmail.com

Rory S Miller	rorymiller@quinnemanuel.com, calendar@quinnemanuel.com, elainechavarria@quinnemanuel.com

Sandra L Tholen	tholen@caldwell-leslie.com, wilson@caldwell-leslie.com

Sanford I Weisburst     sandyweisburst@quinnemanuel.com

Stan Karas     stankaras@quinnemanuel.com, marthaherrera@quinnemanuel.com

Stephen D Kaus     skaus@cwclaw.com

Sugithra Somasekar     ssomasekar@orrick.com, descamilla@orrick.com

Theresa A Sutton     tsutton@orrick.com

Thomas H Bienert , Jr     tbienert@bmkattorneys.com, admin@bmkattorneys.com

Thomas Jerome Nolan     tnolan@skadden.com, al.chua@skadden.com, carl.roth@skadden.com, karoleen.tshabourian@skadden.com

Thomas S McConville     tmcconville@orrick.com, vcloyd@orrick.com

Todd E Gordinier     todd.gordinier@bingham.com, craig.taggart@bingham.com, julie.valenzuela@bingham.com, karina.ward@bingham.com, lan.ly@bingham.com, michael.mortenson@bingham.com, theresa.miletich@tempbingham.com

Warrington S Parker , III     wparker@orrick.com, cholden@mgae.com, dfishman@orrick.com, EKarapetyan@mgae.com, jpisoni@mgae.com, jshapiro@mgae.com

William A Molinski     wmolinski@orrick.com, mm7@orrick.com

William C Price     williamprice@quinnemanuel.com

**2:04-cv-09049-DOC -RNB Notice has been delivered by First Class U. S. Mail or by fax to: :**

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Peter H Bonis
Peter H Bonis Law Offices
1990 North California Boulevard 8th Floor
Walnut Creek, CA 94596

Yas Raouf
Orrick Herrington and Sutcliffe LLP
Orrick Building
405 Howard Street
San Francisco, CA 94105

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Proof of Service Via Hand Delivery and U.S. Mail.pdf
**Electronic document Stamp:**

https://ecf.cacd.uscourts.gov/cgi-bin/Dispatch.pl?105821153920083           12/29/2010

[STAMP cacdStamp_ID=1020290914 [Date=12/29/2010] [FileNumber=10879393-
0] [67b130132eb9692ce9a6aae221507d27cb662ddbcbb110c4bc1d4139e52ac66e77
bb8e4a33936effa32dc5b79c367b9251a4d125392bf63e2d736ac39660e110]]