**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: December 30, 2010

Title: MATTEL, INC.  v. MGA ENTERTAINMENT, INC.

PRESENT:

                  THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): ORDER ADOPTING DISCOVERY MASTER REPORT AND RECOMMENDATION RE APPLICATIONS TO RELEASE TRANSCRIPTS OF PROCEEDINGS HELD ON DECEMBER 20 AND 21, 2010

       The Court, having reviewed the Discovery Master Report And Recommendation Re Applications To Release Transcripts Of Proceedings Held On December 20 and 21, 2010 (the "Recommendation") filed on December 29, 2010, hereby adopts the Recommendation in its entirety and ORDERS the Discovery Master to prepare and release to the appropriate parties excerpts of those transcripts in accordance with Section II of the Recommendation.  The Court will separately resolve any objection by the MGA Parties that seeks the release of additional portions of the relevant transcripts.

The Clerk shall serve this minute order on all parties to the action.