MARK L. TUFT (SBN 43146)
  mtuft@cwclaw.com
STEPHEN D. KAUS (SBN 57454)
  skaus@cwclaw.com
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Glaser Weil Fink Jacobs Howard & Shapiro LLP

PATRICIA GLASER (SBN 056688)
  pglaser@glaserweil.com
ANDREW BAUM (SBN 190397)
  abaum@glaserweil.com
Glaser, Weil, Fink, Jacobs,
  Howard & Shapiro LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Glaser Weil Fink Jacobs Howard & Shapiro LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 doc (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>**OBJECTIONS TO DISCOVERY MASTER'S RECOMMENDATION RE: RELEASE OF TRANSCRIPTS**<br><br>Discovery Cutoff: October 4, 2010<br>Pre-Trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

Glaser Weil Fink Jacobs Howard & Shapiro LLP ("Glaser, Weil") hereby make the following objections to the Discovery Master Report and

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645237.1

CV 04-9049 doc (RNBx)

OBJECTION TO RECOMMENDATION RE: TRANSCRIPTS

Recommendation re: Applications to Release Transcript of Proceedings Held on December 20 and 21, 2010 ("Recommendation"):

1. It is not clear if the Recommendation is denying the Applications with regard to transcripts on the basis of confidentiality or otherwise. The Recommendation indicates which pages and lines are to be released, but does not indicate if any portions of the transcript are responsive to the request, but are being withheld. Glaser, Weil requests that it be informed if any transcripts are being withheld on that basis.

2. The only portions of the testimony that appear to be withheld are the second in camera session involving Ms. Basinger that also included Mattel's counsel and the session with only Mattel's counsel. It is submitted that these portions of the transcript can be released with redactions of specific confidential information while disclosing the questions asked and the general nature of the responses. For example, if Mr. Zeller said, "we told Ms. Basinger about the unique way Mattel manufactured the dolls with epoxy resin and natural cotton," Glaser, Weil should at least be able to see "we told Ms. Basinger about the unique way Mattel manufactured the dolls with XXXXXXXXXXXXXXXXX."

3. In the rush to prepare the papers for the Court of Appeals, the requests that the Discovery Master considered did not include all of the *in camera* proceedings. Glaser, Weil prepared a comprehensive request that was filed on December 29, 2010 after it had been presented to Mr. Zeller for review and hopefully agreement on the evening of December 27, 2010 (Docket No. 9555). That application requests "[t]he transcript of all in camera proceedings including, without limitation . . . d. the testimony of Jill Basinger, both alone and in the presence of attorneys representing Mattel, Inc. (December 20, 2010), [and] e. the transcripts reflecting in camera testimony of the proceedings on December 20 and 21, 2010 where attorneys from Quinn Emanuel testified, alone, before the Court." It appears that the transcript of the joint session of Ms. Basinger and Mattel's counsel and the

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645237.1  2  CV 04-9049 doc (RNBx)
OBJECTION TO RECOMMENDATION RE: TRANSCRIPTS

1 proceedings with Mattel's counsel alone have not been provided.  Glaser, Weil
2 requests that those transcripts be released with redactions of specific confidential
3 information as stated above.  Such a procedure would adequately protect the
4 interests of Mattel.

5
6 DATED: December 31, 2010          COOPER, WHITE & COOPER LLP
7
8                                   By:  /s/ Stephen D. Kaus
                                         Attorneys for Glaser Weil Fink Jacobs
9                                        Howard & Shapiro LLP

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645237.1                                  3                       CV 04-9049 doc (RNBx)
                              OBJECTION TO RECOMMENDATION RE: TRANSCRIPTS