MARK L. TUFT (SBN 43146)
  mtuft@cwclaw.com
STEPHEN D. KAUS (SBN 57454)
  skaus@cwclaw.com
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Glaser Weil Fink Jacobs Howard & Shapiro LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 doc (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>**STIPULATION RE: BRIEFING SCHEDULE ON OBJECTIONS TO DISCOVERY MASTER'S RECOMMENDATION RE: RELEASE OF TRANSCRIPTS**<br><br>Discovery Cutoff: October 4, 2010<br>Pre-Trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

    The Parties to the Mattel, Inc.'s Motion to Disqualify Glaser Weil Fink Jacobs Howard & Shapiro LLP, heard on December 20, 2010, hereby stipulate to the following briefing schedule for any objections to the Discovery Master Report and Recommendation re: Applications to Release Transcript of Proceedings Held on December 20 and 21, 2010:

    1.    Any objection will be e-filed by noon on December 31, 2010;

    2.    Any opposition to the objection will be e-filed by the end of the day on

1  December 31, 2010;

2  3. Any reply will be e-filed by noon on January 1, 2011.

4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7  DATED: December 31, 2010  /s/ _____
   Stephen Kaus, on behalf of Glaser Weil Fink
   Jacobs Howard & Shapiro LLP

11 DATED: December 31, 2010  /s/ _____
   Michael T. Zeller, on behalf of Mattel, Inc.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645226.2                                    2                    CV 04-9049 doc (RNBx)
STIPULATION RE: BRIEFING SCHEDULE RE: RECOMMENDATION RE: TRANSCRIPTS