MARK L. TUFT (SBN 43146)
  mtuft@cwclaw.com
STEPHEN D. KAUS (SBN 57454)
  skaus@cwclaw.com
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Glaser Weil Fink Jacobs Howard & Shapiro LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 doc (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>**(PROPOSED) GRANTING STIPULATION RE: BRIEFING SCHEDULE ON OBJECTIONS TO DISCOVERY MASTER'S RECOMMENDATION RE: RELEASE OF TRANSCRIPTS**<br><br>Discovery Cutoff: October 4, 2010<br>Pre-Trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

Based on the concurrently filed Stipulation re: Briefing Schedule On Objections To Discovery Master's Recommendation Re: Release Of Transcripts, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Any objection will be e-filed by noon on December 31, 2010;

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645226.2

CV 04-9049 doc (RNBx)
STIPULATION RE: BRIEFING SCHEDULE RE: RECOMMENDATION RE; TRANSCRIPTS

2. Any opposition to the objection will be e-filed by the end of the day on December 31, 2010;

3. Any reply will be e-filed by noon on January 1, 2011.


DATED: _____, 2010        _____

                                Hon. David O. Carter
                                United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645226.2                           2                    CV 04-9049 doc (RNBx)
STIPULATION RE: BRIEFING SCHEDULE RE: RECOMMENDATION RE; TRANSCRIPTS