BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (No. 26202)
JOHN E. ANDREWS (No. 105336)
515 S. Figueroa St. Suite 1750
Los Angeles, CA 9071
Telephone: (213) 622-4222
Facsimile: (213) 62201656

Attorneys for MGA, Inc., MGA Entertainment HK, Ltd.
MGAE de Mexico S.R.L. de C.V.and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 doc (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>**ADOPTION OF OBJECTIONS TO DISCOVERY MASTER'S RECOMMENDATION RE: RELEASE OF TRANSCRIPTS**<br><br>Discovery Cutoff:   October 4, 2010<br>Pre-Trial Conference:   January 4, 2011<br>Trial Date:   January 11, 2011 |

      MGA Entertainment, Inc. ("MGA") and its affiliated parties hereby adopt the Objections to Discovery Master's Recommendation re: Release of Transcripts ("Objections") filed on behalf of its former attorneys Glaser Weil Fink Jacobs Howard & Shapiro LLP. MGA had understood that the Objections would be filed on its behalf, but this did not occur because of confusion following the disqualification of MGA's counsel and because the filing occurred under a short deadline over a holiday weekend.

      On this basis, MGA requests that the Court consider the Objections to have

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645247.1        CV 04-9049 doc (RNBx)
ADOPTION OF OBJECTIONS TO RECOMMENDATION RE: TRANSCRIPTS

1 | been made on behalf of MGA or that MGA be given an opportunity to either request
2 | transcripts through new counsel or to make its own objections.

                    Blecher & Collins, P.C.
                    Maxwell M. Blecher  (No. 26202)
                    John  E. Andrews (No. 105336)
                    515 S. Figueroa St. Suite 1750
                    Los Angeles, CA 9071
                    Telephone: (213) 622-4222
                    Facsimile: (213) 62201656

                    By
                      /s/_____
                            Maxwell M. Blecher

*Attorneys for MGA, Inc., MGA Entertainment HK, Ltd. ., MGAE de Mexico  S.R.L. de C.V.and Isaac Larian*