| | |
|---|---|
| 1 | BLECHER & COLLINS, P.C. |
| 2 | MAXWELL M. BLECHER (No. 26202)<br>JOHN E. ANDREWS (No. 105336) |
| 3 | 515 S. Figueroa St. Suite 1750 |
| 4 | Los Angeles, CA 9071<br>Telephone: (213) 622-4222 |
| 5 | Facsimile: (213) 62201656 |
| 6 | Attorneys for MGA, Inc., MGA Entertainment HK, Ltd. |
| 7 | MGAE de Mexico S.R.L. de C.V.and Isaac Larian |
| 8 | MARK L. TUFT (SBN 43146)<br>   mtuft@cwclaw.com |
| 9 | STEPHEN D. KAUS (SBN 57454)<br>   skaus@cwclaw.com |
| 10 | COOPER, WHITE & COOPER LLP<br>201 California Street, 17th Floor |
| 11 | San Francisco, California 94111<br>Telephone:  (415) 433-1900 |
| 12 | Facsimile:   (415) 433-5530 |
| 13 | Attorneys for Glaser Weil Fink Jacobs<br>Howard & Shapiro LLP |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 doc (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>**REPLY TO MATTEL'S RESPONSE TO OBJECTIONS TO DISCOVERY MASTER'S RECOMMENDATION RE: RELEASE OF TRANSCRIPTS**<br><br>Discovery Cutoff:   October 4, 2010<br>Pre-Trial Conference:    January 4, 2011<br>Trial Date:               January 11, 2011 |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645244.1                                                                                                               CV 04-9049 doc (RNBx)
REPLY TO RESPONSE TO OBJECTION TO RECOMMENDATION RE: TRANSCRIPTS

## 1. MGA ADOPTS AND JOINS THE OBJECTIONS

The Objection to the Discovery Master's Recommendations ("Objection") should have been filed on behalf of MGA and is adopted in a separate pleading filed concurrently by the MGA parties. Following the disqualification of Glaser, Weil, there was something of a vacuum in the representation of MGA on this issue. Given the press of time, Glaser, Weil's counsel, Stephen Kaus of Cooper, White & Cooper LLP, undertook to obtain transcripts on behalf of its client from the hearing in which it had participated as counsel. Mr. Kaus was working with counsel for MGA and should have included MGA and its counsel as a party on the objection. MGA will submit a separate request for the transcripts if the Court declines to accept this joinder.

## 2. THERE WAS NO WAIVER

Mattel argues that by participating in the proceedings on December 20, 2010, MGA and Glaser, Weil waived the right to access to the *in camera*, proceedings. Although it certainly is accurate to say that MGA and Glaser, Weil participated voluntarily in the proceedings developed by the Court, at no time until the Court announced its decision, were MGA or Glaser, Weil aware that they would not learn what occurred *in camera* or that there would not be further proceedings in open court.

Further, counsel requested the ability to confront the evidence on at least two occasions. The first was as he was leaving the room shortly before the initial testimony of Ms. Basinger. See Transcript I-A SEALED, 9:22-25 and the Court's response at 10:1-4. Second, at Volume III 17:6-18:16, counsel addressed the Court on this issue. Since these transcripts are sealed, the contents of these comments will not be set out here, other than to assert that they are the opposite of a waiver.

## 3. THE TRANSCRIPTS SHOULD BE RELEASED WITH REDACTIONS SUFFICIENT TO PROTECT CONFIDENTIAL INFORMATION

MGA is not requesting to learn Mattel's confidential information. It is asking

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645244.1     2     CV 04-9049 doc (RNBx)
REPLY TO RESPONSE TO OBJECTION TO RECOMMENDATION RE: TRANSCRIPTS

1  to learn the subject matter of the hearing that deprived it of its chosen lead counsel.
2  As has previously been argued, both in Court and in the objection, MGA does not
3  object to redactions that totally protect confidences, but believes that there would
4  significant portions of the transcript would remain after that was accomplished.
5  What MGA seeks is to learn the maximum about whether there is evidence that Ms.
6  Basinger has a relationship with this case that was not peripheral and attenuated.

      The issue here is unlike those previously before the Court.  MGA is not seeking the subject matter of privileged conversations.  It is seeking any non-privileged insight into the questions asked by the Court, why Ms. Basinger suddenly allegedly billed nine hours to the Bratz litigation and any non-privileged information about what Ms. Basinger did with regard to the Bratz case.

DATED: January 1, 2011      BLECHER & COLLINS, P.C.

By: /s/_____
Attorneys for MGA, Inc., MGA Entertainment HK, Ltd.
MGAE de Mexico S.R.L. de C.V. and Isaac Larian

DATED: January 1, 2011      COOPER, WHITE & COOPER LLP

By: /s/_____
Attorneys for Glaser Weil Fink Jacobs Howard & Shapiro LLP

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

645244.1    3    CV 04-9049 doc (RNBx)
REPLY TO RESPONSE TO OBJECTION TO RECOMMENDATION RE: TRANSCRIPTS