QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>                Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL'S RESPONSE TO MGA'S JOINDER OF OBJECTIONS TO DISCOVERY MASTER'S DECEMBER 28, 2010 REPORT AND RECOMMENDATION RE: RELEASE OF TRANSCRIPTS<br><br>Date:                TBD<br>Time:                TBD<br>Place:               Courtroom 9D<br><br>Trial Date:        January 11, 2011 |

00505.07975/3887236.1

1    MGA claims to join in the objections that were filed on behalf of its former

2    counsel, the law firm of Glaser Weil, to the Discovery Master's December 28, 2010

3    Report and Recommendation.

4    Mattel previously has shown that MGA's former counsel, Glaser Weil, is not

5    entitled to the transcripts it seeks.  Dkt. 9568.  The same reasons apply to MGA.

6    First, MGA does not have a right to the communications in issue. The release of

7    these transcripts to either MGA or to its former counsel is inconsistent with both the

8    governing law and prior rulings of this Court denying Mattel's requests to MGA's *in*

9    *camera* submissions.  Dkt. 9568. at 2.  Second, if MGA ever had that right, it was

10   explicitly waived by its affirmative request that the proceedings be held *in camera*.

11   Dkt. 9568 at 3.

12   MGA's objections fail for the further, independent reason that they are

13   untimely.  After issuing his Report and Recommendation, the Discovery Master set

14   a deadline of 10:00 a.m. on December 29, 2010 for the parties to state whether they

15   intended to object.  See Email from Discovery Master, dated December 28, 2010.

16   MGA did not object by that time.  Nor did MGA object by the noon December 31,

17   2010 deadline set by the Court pursuant to the parties' agreement to object.   It

18   instead purported to do so for the first time today – well past either deadline.

19   MGA's belated joinder should be rejected.

20

21   DATED:  January 1, 2011          QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
22

23

24   By_____

25   Michael T. Zeller
     Attorneys for Mattel. Inc.

26

27

28

-2-