| Name & Address:<br>Quinn Emanuel Urquhart & Sullivan LLP<br>John B. Quinn (SBN 090378)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000 | |
|---|---|

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business<br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>DEFENDANT(S). | CASE NUMBER: CV 04-9049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
See Attachment A.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

| January 3, 2011 | /s/ John B. Quinn |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

# Attachment A

## Documents To Be Manually Filed

1. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ

2. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY

3. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NOS. 3 AND 5 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT, INJUNCTION AND APPEAL

4. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS

5. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE

6. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 16 REGARDING ADVERSE INFERENCES AND PRECLUDING TESTIMONY

7. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT

8. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 25 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO A PRIOR CIVIL LITIGATION AND BANKRUPTCY PROCEEDING INVOLVING NON-PARTY WITNESS BRIAN WING

9. MATTEL'S REPLY IN SUPPORT OF DAUBERT MOTION *IN LIMINE* NO. 3 TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK

00505.07975/3887365.1

10. MATTEL'S REPLY IN SUPPORT OF DAUBERT MOTION IN LIMINE NO. 6 TO EXCLUDE OPINIONS AND REPORTS OF MGA EXPERT ERICH JOACHIMSTHALER

11. MATTEL'S REPLY IN SUPPORT OF DAUBERT MOTION *IN LIMINE* NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE

12. APPLICATION TO FILE UNDER SEAL

13. PROPOSED ORDER