LA 04CV9049-DOC

For Notice of Appeal docket #9539

```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA000675
Cashier ID: rpcash
Transaction Date: 12/28/2010
Payer Name: SANTA ANA LEGAL SUPPORT INC

NOTICE OF APPEAL/DOCKETING FEE
 For: SANTA ANA LEGAL SUPPORT INC
 Case/Party: D-CAC-2-04-CV-009049-001
 Amount:      $455.00

CHECK
 Check/Money Order Num: 99327
 Amt Tendered: $455.00

Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```