ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700/Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020/Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

[Add'l Counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**REVISED JOINT JUROR QUESTIONNAIRE**<br><br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011<br>Judge: Hon. David O. Carter |

Pursuant to the Court's order on November 16, 2010 and the Court's comments at the summary judgment hearing on November 17, 2010, the parties hereby submit the attached revised Joint Juror Questionnaire.

| Dated: January 3, 2011 | Respectfully submitted, <br><br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br><br> By: _____/s/ Denise M. Mingrone_____ <br> Denise M. Mingrone <br> Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
|---|---|
| Dated: January 3, 2011 | Respectfully submitted, <br><br> ALEXANDER H. COTE <br> Scheper Kim and Overland LLP <br><br> By: _____/s/ Alexander H. Cote_____ <br> ALEXANDER H. COTE <br> Attorneys for Machado Gomez |
| Dated: January 3, 2011 | Respectfully submitted, <br><br> SCOTT L. WATSON <br> QUINN EMANUEL URQUHART & SULLLIVAN LLP <br><br> By: _____/s/ Scott L. Watson_____ <br> SCOTT L. WATSON <br> Attorneys for Mattel, Inc. |

**PRINT ALL ANSWERS**                                                                 Juror #_____

# Juror Questionnaire
## United States District Court, Central District of California, Santa Ana

**FULL NAME** _____

1. Gender: ❏ Male  ❏ Female     Age: _____
2. Place of birth (city, state, or if applicable, city and country) _____
3. Neighborhood where you live: _____ How long? _____
4. What is the <u>highest</u> level of education that you have completed?
   - ❏ Less than high school      ❏ High school/GED         ❏ Technical or vocational
   - ❏ Some college classes       ❏ 2-year college degree   ❏ 4-year college degree
   - ❏ Postgraduate classes       ❏ Postgraduate degree

   List any certificates or degrees (with major) you have obtained: _____
5. Your current employment status (check all that apply):
   - ❏ Employed full-time    ❏ Homemaker   ❏ Self-employed   ❏ Retired for _____ year(s)
   - ❏ Employed part-time    ❏ Disabled    ❏ Student         ❏ Unemployed, looking for work
6. Job: _____ Industry: _____
7. Please list the jobs you have had over the past 15 years, including your duties at each position.  If you are a student, list your major.  Please do not identify your employers or school by name.

   |   | **JOB TITLE & DUTIES (MAJOR)** | **INDUSTRY (LEVEL OF SCHOOLING)** | **WHEN** |
   |---|---|---|---|
   | 1 |   |   |   |
   | 2 |   |   |   |
   | 3 |   |   |   |
   | 4 |   |   |   |
   | 5 |   |   |   |

8. Marital Status:  ❏ Single, never married   ❏ Currently married for _____ yrs   ❏ Divorced
   ❏ Living with domestic partner for ____ yrs    ❏ Separated    ❏ Widowed for ____ yrs
9. If married or partnered: Job _____ Industry_____
10. If you have children or step-children, please list (including children who do not live with you):

    |   | Sex | Age | Education | Occupation |
    |---|---|---|---|---|
    | 1 |   |   |   |   |
    | 2 |   |   |   |   |
    | 3 |   |   |   |   |
    | 4 |   |   |   |   |

11. What clubs, organizations or charities do you belong to, or volunteer with:

    _____

12. What is your main source for news?
    ❑ newspaper    ❑ radio    ❑ magazines    ❑ television    ❑ Internet
    Specify which publications or stations you read or listen to most often:
    _____

13. How often do you take a position of leadership?
    ❑ Frequently    ❑ Occasionally    ❑ Seldom    ❑ Never

14. Have you, or has a family member, ever owned or run a business? (Check all that apply.)
    ❑ Yes, I have    ❑ Yes, a family member has    ❑ No
    **If yes,** describe the business and whether it was successful: _____
    _____

15. Have you, a family member, or someone close to you ever had training in or experience with any of the following?  (Check all that apply.)

    | | | | |
    |---|---|---|---|
    | Advertising | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Art or design | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Contracts | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Fashion | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Human resources | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Intellectual property (patents, copyrights, trade dress) | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Law, any legal field or courts | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Market research/marketing | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Product design/development | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Retail management | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Toys or dolls | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |
    | Trade secrets | ❑ Yes, self | ❑ Yes, family | ❑ Yes someone close |

    **If yes to any of the above**, please explain: _____
    _____
    _____

16. Have you ever had any prior jury service?    ❑ Yes, criminal    ❑ Yes, civil    ❑ No    **If yes:**
    (a) How many times have you served on a jury? _____
    (b) What kinds of cases did you hear as a juror? _____
    (c) How many times have you been the foreperson? _____
    (d) Did the jury reach a verdict in all cases?    ❑ Yes    ❑ No    **If no**, why not? _____

17. Have you or anyone close to you ever sued anyone, or been sued by anyone?    ❑ Yes    ❑ No
    **If yes**, explain: _____
    _____

18. Have you ever signed an employment agreement?    ❑ Yes    ❑ No
    **If yes**, explain where and any disputes you may have had over the terms:
    _____

2

19. Have you or someone close to you ever signed a non-solicitation or non-compete agreement?
    ❑ Yes   ❑ No   **If yes**, explain: _____
    _____

20. Have you or someone close to you ever signed a confidentiality or non-disclosure agreement?
    ❑ Yes   ❑ No   **If yes**, explain: _____
    _____

21. Have you ever worked for a company that had products, technology, or other information that was considered to be confidential or proprietary?
    ❑ Yes   ❑ No   **If yes**, explain: _____
    _____

22. What is your reaction, if any, to the statement, "An employee can use proprietary or confidential information that was used at a previous job."?
    _____
    _____

23. Do you believe it is wrong for an employee to use information or ideas at a new job that they used or learned at a previous job?
    ❑ Yes   ❑ No   **If yes**, explain: _____
    _____

24. Have you or someone close ever:  (Check all that apply.)

    | | | | |
    |---|---|---|---|
    | a. | Invented something, or filed a registration for/ obtained a copyright, patent or trademark | ❑ Yes, self | ❑ Yes, someone else |
    | b. | Had an idea that someone else profited from | ❑ Yes, self | ❑ Yes, someone else |
    | c. | Accused someone of taking or copying an idea that belonged to someone else | ❑ Yes, self | ❑ Yes, someone else |
    | d. | Had confidential information stolen by someone or disclosed to another party | ❑ Yes, self | ❑ Yes, someone else |
    | e. | Drafted or negotiated an employment agreement | ❑ Yes, self | ❑ Yes, someone else |
    | f. | Been involved in a business or contract dispute | ❑ Yes, self | ❑ Yes, someone else |

    **If yes to any,** please explain:
    _____
    _____

25. Do you believe it is wrong for an employee to take anything besides personal belongings when leaving a place of employment?   ❑ Yes   ❑ No
    **If yes,** explain: _____
    _____

26. Are you aware of anyone taking something from an employer that was considered confidential?
    ❑ Yes   ❑ No   **If yes**, explain: _____
    _____

27. Are you aware of any illegal behavior or wrongdoing by an employee or by a co-worker?
    ❏ Yes    ❏ No   **If yes**, explain: _____
    _____

28. Have you, or someone close to you, ever had a serious dispute with an employer, employee, supervisor or co-worker, or been terminated or laid off?
    ❏ Yes    ❏ No   **If yes**, explain: _____
    _____

29. Have you ever collected dolls or toys?   ❏ Yes   ❏ No
    **If yes**, which ones? _____

30. Have you or a loved one ever purchased or received any of the following:
    a. Mattel product       ❏ Yes, purchased   ❏ Yes, received   ❏ No
    b. Barbie doll          ❏ Yes, purchased   ❏ Yes, received   ❏ No
    c. Bratz doll           ❏ Yes, purchased   ❏ Yes, received   ❏ No
    d. My Scene doll        ❏ Yes, purchased   ❏ Yes, received   ❏ No
    e. Bratz pet            ❏ Yes, purchased   ❏ Yes, received   ❏ No
    f. My Scene Pet         ❏ Yes, purchased   ❏ Yes, received   ❏ No
    g. Diva Starz           ❏ Yes, purchased   ❏ Yes, received   ❏ No

31. Have you, or anyone you know, ever worked for Mattel or MGA Entertainment?
    ❏ Yes, Mattel    ❏ Yes, MGA    ❏ No    **If yes,** explain:
    _____

32. Describe any opinion that you have of Mattel, Inc. or of Mattel products:
    _____

33. Describe any opinion that you have of MGA Entertainment or of MGA Entertainment products:
    _____

34. Do you or a family member own shares of stock in Mattel, Inc.?   ❏ Yes   ❏ No
    Explain who owns the stock: _____

35. Have you had any positive or negative feelings toward, or have you had any positive or negative experiences with, any of the following:  (**Check one for each**.)
    a. Mexicans                    ❏ Yes, positive   ❏ Yes, negative   ❏ No
    b. Immigrants                  ❏ Yes, positive   ❏ Yes, negative   ❏ No
    c. People from Persia or Iran  ❏ Yes, positive   ❏ Yes, negative   ❏ No
    d. People of Jewish faith      ❏ Yes, positive   ❏ Yes, negative   ❏ No
    e. Homosexuals                 ❏ Yes, positive   ❏ Yes, negative   ❏ No

    **If yes to any,** explain: _____
    _____
    _____

4

36. Would you prejudge a case, even in the slightest way, if one or more of the parties, attorneys, or witnesses come from a particular national, racial or religious group, or have a lifestyle different than your own?

    ❑ Yes   ❑ No        **If yes,** explain below:

    _____
    _____

37. Had you heard anything about a lawsuit between Mattel (Barbie) and MGA Entertainment (Bratz) before today?   ❑ Yes   ❑ No

    **If yes,** what have you heard and what is the source of the information? _____
    _____

38. Have you formed any opinion about this case?   ❑ Yes   ❑ No

    **If yes,** what opinion have you formed? _____
    _____

39. Describe any ethical, religious, political, or other beliefs that may prevent you from serving as a juror:

    Ethical: _____

    Religious: _____

    Political: _____

    Other: _____

40. Describe any problems (such as vision, hearing, medical, language or other problems) that may affect your jury service:

    _____
    _____

41. Do you know any other person called for jury duty this week?   ❑ Yes   ❑ No

    **If yes**, please check "Yes" and explain the relationship below:

    _____
    _____

42. Is there anything else that the Court and the parties should know about you that could affect your ability to be a fair and impartial juror in this case?   ❑ Yes   ❑ No

    **If yes**, explain: _____
    _____

43. Do you know anything about the people or entities listed on the attached pages (beyond recognizing the name)?

    ❑ Yes      ❑ No

    **If yes**, please check "Yes" and explain the relationship below:

    _____
    _____
    _____

Please check "Yes" if you know, or have a connection to, any of the entities or persons listed below Read each name carefully.

Abrahams, Julia
Aginsky, Valery
Aguiar, Lauren
Alex, John
Aqualina, James
Arant, Lucy
Armstrong, Bryan
Arons, Russell
Ashbrook, Erika
Ashong, Nana
Avakian, Patrick
Bacon Schuyler
Barrera, Patricio
Bartlett, Terry
Bernard, Michel
Blair, Edward
Bodden (Chomo), Julie
Bongiavanni, Lisa
Bontsema, Scot L.
Bossick, Jerome
Bousquette, Matthew
Bradley (Snyder), Tyler
Brawer, Ron
Breslow, Jeffrey
Brisbois, Janine
Brittain White, Kathy
Brode, Kerri
Brower, Shawn
Bryant, Carter
Bryant, Janet
Bryant, Thomas
Cabrera, Ana
Caldera, Paul
Carson, Peter
Caspi, Yuval
Castilla, Jorge
Cavassuto, Omar
Cerrito, Victoria
Chrisanti, Pedro
Chui, Sarah
Chung, John
Cleary, Jerry

Cloonan, Elise
Coleman, Nicole
Contreras, Nick
Cooney, Daniel
Corey, Jon
Cote, Alexander
Cunningham, Lloyd
De Anda, Richard
de Raspide, Sandrine
Debrowski, Thomas
Dhar, Ravi
Dickson, Richard
Djiguerian, Leon
Domingo, Lui
Driskill, Ann
Dubois, Matthew
Duffy, Jan
Eckert, Robert
Eldridge, Margo
Elias, Jaime
Erickson, Brian
Farahnik, Leon
Farnsworth, Brad
Farr, Kevin
Firth, Janine
Flynn, William
Fonesca, Heather
Fontanella, Adrienne
Foti, Janice
Franke, Joe
Freed, Lissa
Freitas, Robert
Friedman, Neil
Galvano, Jeanne
Garcia, Paula
Garcia, Yeuhuda Bassok
Garza, Pete
Gaynor, Joan
Gillmour-Bryant, Kami
Gomez, Angel
Goveia-Gordon, Diana
Gozini, Arsalan
Graham, Kim
Gray, John
Green, Bruce
Gronich, Daphne

Gruca, Thomas
Haag, Debbie
Hagey, Russ
Hahn, Esther
Halpern, Sarah
Han, Janet
Hardouin, Chris
Harris, Rachel
Harris, Rebecca
Hibbert, Constance
Hitch, Martin
Hoffman-Briggs, Hoi
Hollander, Kenneth
Hooks, Brian
Hudnut, Robert
Huerta-Bleck, Alberto
Hurst, Annette
Ibarra, Ricardo
Ikin, Dean
Irmen, Richard
Isaias, Roberto
James, Andrew
Jenson, Julia
Joachimstahler, Erich
Jolicoeur, Dennis
Kadisha, Neil
Kamarck, Mitchell
Karol, Sheon
Kaufmann, Kenneth
Kawashima, Fred
Kaye, Alan
Keiser, Frank
Keller, Jennifer
Kennedy, Raoul
Khare, Samir
Kierce, Tracy Marquis
Kilpin, Timothy
Kim, Yoon (Susan)
Kinrich, Jeffrey
Kivetz, Ran
Koch, Andreas
Koppang, Nancy
Kuemmerle, Susanna
Kupietzky, Moshe
Kwok, Cecilia
Kyaw, Sheila

Larian, Farhad
Larian, Isaac
Laubenstein, Barb
Lawrence, Dietch
Leahy, Margaret
Lee, Edmond
Leung, Ken
Linker, Steve
Lockhart, Kenneth
Loetz, Lee
Longsdorf, Ron
Louie, John
Luther, Sujata
Lyter, Albert
Ma, Patrick
Machado Gomez, Carlos Gustavo
Machado Sr., Gustavo
Makabi, Eli
Makabi, Shirin
Malackowski, James
Malacrida, David
Marks, Leah
Marlow, Peter
Marlow, Veronica
Martinez, Lily
Maryman, Brad
Mashian, Fred
Maurus, Jennifer
McComb, Heather
McConville, Tom
McFarland, Christine
McRae, Ginger
McShane, Michele
Meloch, Sally
Menz, Mark
Meyer, Karl
Middleton, Deborah
Mirzoeff, Nicholas
Moinian, Joseph
Molinski, William
Monteagudo, Carmen
Moore, Michael
Moore, Phillip
Morales, Alberto
Morales, Beatriz
Murtha, Eugene

Myers, Amy
Nazarian, Benjamin
Nazarian, David
Neman, Leon
Newcomb, Teresa
Ng, Dominic
Nolan, Tom
Nordquist, Jill
Normille, Robert
O'Connor, Victoria
O'Neal, Denise
Oates, Mark
Odom, Sarah
Olson, Steven
Oman, Ralph
Ongchangco, Kislap
Orrick, Herrington & Sutcliffe LLP
Ortega, Art
Osier Dermody, Kelly
Overland, Mark
Owens, Laura
Palmer, Rodney
Palmeri, Chris
Park, Thomas
Park-Beal, Cassidy
Parker, Warrington
Pavan, Chris
Pembleton, Ninette
Pfau, Thomas
Pietri, Didier
Plunkett, Carey
Potgeisser, Patrick
Pratte, Joni
Price, William
Prince, Jacqueline
Proctor, Dylan
Quick, Raime
Quinn Emanuel Urquhart & Sullivan, LLP
Quinn, John
Rahimi, Sharon
Rhee, Anna
Rich, Andrea
Ronchetto, Heather
Rosenbaum, David
Ross, Ivy
Ross, Steven

Rotenberg, Joel
Rubin, Arnie
Rubin, Sam
Sadigh, Mandana
Salazar, Maria Elena
Salop, Mike
Samouhi, Parvis
Sanders, Nada
Sato, Alice
Sauer, Eve
Saunders, Lisa
Scheper Kim & Harris f/k/a Scheper Kim & Overland f/k/a Overland Borenstein Scheper & Kim
Scheper, Dave
Scholvin, Julie
Schultz, Stephen
Schultze, Katharina
Schwartz, Corey
Scothon, Chuck
Shore, Michael
Siegel, Alan
Simoneau, Robert
Simpson-Taylor, Kathleen
Sinclair, Christopher
Spencer, Mark
Sternberg, Angelika
Stockton, Bryan
Storer, Aileen
Storie, Keith
Stumpf-Trautmann, Kerstin
Tafoya, Maureen
Thomas, Jill
Thorpe, Joseph
Tiburcio, Francisco
Tiongco, Joe
Tkacik, Maureen
Tonnu, Lisa
Totzke, Steve
Traughber, David
Trueba, Mariana
Tsiakaros, Mike
Turetzky, Matthew
Valencia Garcia, Hugo
Van Patten, Denise
Vargas, Pablo
Varu (Patel), Tina
Villasenor, Sal

Vilppu, Glen
Viohl, Evelyn
Vogelstein, John
Vollero, Andrew
Wagner, Michael
Waldron, Simon
Wang, Anne
Ward, Jim
Watson, Scott
Webster, Shirley
Weiss, Jeffrey
Whaley, Linda
Willensky, Allison
Wing, Brian
Wolk, Bennett
Woodman, Spencer
Woods, Mel
Yeung, Edmond
Yonemoto, Sandy
Zablow, Milt
Zalzman, Gabriel
Zeller, Michael
Zweiback, Michael

I swear that all the foregoing is true and correct.

_____                    _____
               SIGNATURE                                                                      DATE