Name & Address:
Quinn Emanuel Urquhart & Sullivan LLP
John B. Quinn (SBN 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business<br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br>DEFENDANT(S). | CASE NUMBER: CV 04-9049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
See Attachment A.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

January 3, 2011
Date

/s/ John B. Quinn
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

# Attachment A

00505.07975/3887365.1

## Documents To Be Manually Filed

1. REPLY IN SUPPORT OF MATTEL'S MOTION TO *IN LIMINE* NO. 14 TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS

2. REPLY IN SUPPORT OF MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF E-MAIL FILTER AND TERM NHB

3. APPLICATION TO FILE UNDER SEAL

4. PROPOSED ORDER