Name & Address:
Quinn Emanuel Urquhart & Sullivan LLP
John B. Quinn (SBN 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business <br> **PLAINTIFF(S)** <br> v. <br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br> **DEFENDANT(S).** | CASE NUMBER: CV 04-9049 DOC (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
REPLY IN SUPPORT OF MATTEL, INC'S DAUBERT MOTION IN LIMINE NO. 2 TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI; APPLICATION TO FILE UNDER SEAL; PROPOSED ORDER.

**Document Description:**
- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other

**Reason:**
- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

| | |
|---|---|
| January 4, 2011 <br> Date | /s/ John B. Quinn <br> Attorney Name <br><br> Mattel, Inc. <br> Party Represented |

Note: File one Notice in each case, each time you manually file document(s).