ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION FOR INTERNET CONNECTION IN THE COURTROOM**<br><br>Trial Date: January 11, 2011<br>Judge: Hon. David O. Carter |

## STIPULATION

WHEREAS, both parties request the ability to have internet access in the courtroom throughout the duration of the trial of the above-entitled action;

WHEREAS, the Court does not object to the parties' request on the condition that no destruction or modification occur to any existing courtroom equipment;

WHEREAS, all appropriate internet circuits can be installed by certified technicians at Courtroom Connect which will not result in any destruction or modifications to any existing courtroom equipment,

THEREFORE, it is hereby stipulated by the parties that:

1. Internet circuits will be installed in the courtroom;
2. The installation will be completed by Courtroom Connect or other appropriate and certified installation personnel;
3. The parties shall bear all costs of such installation.

///

///

| | | |
|---|---|---|
| 1 | Dated: January 4, 2011 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By:    /s/Annette L. Hurst    |
| 4 | | Annette L. Hurst |
| | | Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de |
| 5 | | MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
| 6 | | |
| 7 | Dated: January 4, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | | |
| 9 | | |
| 10 | | By:    /s/ Scott Watson    |
| | | Scott Watson |
| 11 | | Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| 12 | | |
| 13 | Dated: January 4, 2011 | SCHEPER KIM & OVERLAND LLP |
| 14 | | |
| 15 | | By:    /s/Alexander Cote    |
| | | Alexander Cote |
| 16 | | Attorneys for Gustavo Machado |

- 2 -

STIPULATION FOR INTERNET CONNECTION IN THE COURTROOM
CV-04-9049 DOC (RNBX)