UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                               Date   January 3, 2011

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Jane Sutton, Maria Dellaneve | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |
| William Price | Mark Overland |
|  | Alexander Cote |

Proceedings:   STATUS CONFERENCE

Cause called and counsel state their appearances.

The Motion to Compel Attendance of Carter Bryant at Trial [9527] is held in abeyance as Mattel has served him with a trial subpoena. Two telephonic conferences are held with Carter Bryant's counsel, Peter Bonis, regarding attendance at trial.

Hearing on motions in limine begins and will continue on January 4, 2011 at 9:00 a.m.

                                                                 5   :   15

                                          Initials of Preparer   kp