**FILED**

NOT FOR PUBLICATION

JAN 04 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Defendant-counter-claimant - Appellee,<br><br>  v.<br><br>MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity; ISAAC LARIAN, an individual,<br><br>    Counter-defendants - Appellants. | No. 10-57048<br><br>D.C. No. 2:04-cv-09049-DOC-RNB<br><br>**ORDER**<br><br> |
| CARTER BRYANT, an individual,<br><br>    Plaintiff-counter-defendant,<br><br>CARLOS GUSTAVO MACHADO GOMEZ, an individual,<br><br>    Counter-defendant. | |

| | |
|---|---|
| MGA ENTERTAINMENT, INC.; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity; ISAAC LARIAN, an individual,<br><br>Plaintiffs - Petitioners,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant - Respondent. | No. 10-80235<br><br>D.C. No. 2:04-cv-09049-DOC-RNB |

Before: **KOZINSKI**, Chief Judge, **TROTT** and **WARDLAW**, Circuit Judges.

The panel that decided Nos. 09-55812 & 09-55673 retains jurisdiction over this petition and appeal, and any other motions, petitions and appeals arising from the underlying district court case.