UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.    CV 04-9049 DOC (RNBx) | Date    January 4, 2011 |
| Title    MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL | |

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Jane Sutton | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |
| William Price | Jennifer Keller (special appearance) |
| | Mark Overland |
| | Alexander Cote |

Proceedings:    STATUS CONFERENCE

Cause called and counsel state their appearances.

Jennifer Keller appears and requests to appear as co-lead trial counsel of record for MGA; the Court grants the request and Ms. Keller will be co-lead trial counsel of record with Thomas McConville.

Further oral argument on motions in limine is held.

|  |  | 7 | : | 50 |
|---|---|---|---|---|
|  | Initials of Preparer | kp | | |