Case 2:04-cv-09049-DOC-RNB   Document 9598   Filed 01/06/11   Page 1 of 8   Page ID #:285585
SACV 04-9049 DOC - 12/21/2010 - Volume I

1

1      **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA**

3      **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    - - - - - - -

5  CARTER BRYANT,                    )
                                     )
6           Plaintiff,                )
                                     )
7       vs.                          ) No. SACV 04-9049 DOC
                                     )        Volume I
8  MATTEL, INC.,                     )
                                     )
9           Defendant.                )
   _____)

10

11

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            Status Conference/Hearing on Motions

15                    Santa Ana, California

16               Tuesday, December 21, 2010

17

18

19

20

21  Debbie Gale, CSR 9472, RPR
    Federal Official Court Reporter
22  United States District Court
    411 West 4th Street, Room 1-053
23  Santa Ana, California 92701
    (714) 558-8141
24

25  04cv9049 Mattel 2010-12-21 V1 PUBLIC

```
 1  APPEARANCES OF COUNSEL:

 2

    FOR INTERVENER DEFENDANT MGA ENTERTAINMENT, INC.:
 3
              ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
 4        BY:    THOMAS S. McCONVILLE
                 Attorney at Law
 5        4 Park Plaza
          Suite 1600
 6        Irvine, California 92614
          (949) 567-6700
 7
          - AND -
 8
          ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
 9        BY:    ANNETTE L. HURST
                 Attorney at Law
10        405 Howard Street
          San Francisco, California 94105
11        (415)773-5700

12

13

14
    FOR DEFENDANT MATTEL, INC.:
15
          QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
16        BY:    JOHN QUINN
                 WILLIAM PRICE
17               MICHAEL ZELLER
                 SCOTT L. WATSON
18               Attorneys at Law
          865 South Figueroa Street
19        10th Floor
          Los Angeles, California 90017
20        (213) 443-3000

21

22

23

24

25
```

```
 1     APPEARANCES OF COUNSEL (Continued):

 2   FOR CARLOS GUSTAVO MACHADO GOMEZ:

 3             LAW OFFICES OF MARK E. OVERLAND
               by:  MARK E. OVERLAND
 4                  Attorney at Law
               100 Wilshire Boulevard
 5             Suite 950
               Santa Monica, California 90401
 6             (310) 459-2830

 7             -AND-

 8             SCHEPER KIM & HARRIS LLP
               BY:  ALEXANDER H. COTE
 9                  Attorney at Law
               601 West 5th Street
10             12th Floor
               Los Angeles, California 90071
11             (213) 613-4660

12

13   ALSO PRESENT:

14             GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
               BY:  PATRICIA GLASER
15                  Attorney at Law
               10250 Constellation Boulevard
16             19th Floor
               Los Angeles, California 90067
17             (310) 553-3000

18

19   REPRESENTING GLASER WEIL FINK JACOBS HOWARD & SHAPRIO LLP:

20             COOPER, WHITE & COOPER LLP
               BY:  STEPHEN KAUS
21                  Attorney at Law
               201 California Street
22             17th Floor
               San Francisco, California 94111
23             (415) 433-1900

24   ALSO PRESENT:

25             Jeanine Pisoni, General Counsel, MGA Entertainment
```

1 **I N D E X**

2 **PROCEEDINGS**                                          **PAGE**

3 Hearing on Motions                                        5

Case 2:04-cv-09049-DOC-RNB   Document 9598   Filed 01/06/11   Page 5 of 8   Page ID #:285589
SACV 04-9049 DOC - 12/21/2010 - Volume I

5

1      **SANTA ANA, CALIFORNIA, TUESDAY, DECEMBER 21, 2010**

2                         **Volume I**

3                        (10:35 a.m.)

4            THE COURT: Okay. On the record in the Mattel

5      matter. All counsel are present: Ms. Glaser, Ms. Hurst,

6      Mr. Overland and Mr. Cote, Mr. Quinn and Mr. Price.

7            THE COURT: All right. Ms. Glaser.

8            MS. GLASER: Your Honor, we need some

9      clarification from yesterday. And we need to have it, if at

10     all possible, *in camera*, because it would -- by virtue of

11     the questions that we have, it would very likely disclose

12     attorney-client privileged information.

13           THE COURT: All right. I'm happy to do that.

14           I'm assuming two things. And first of all, I've

15     made a mistake. I didn't put the first witness under oath,

16     as I had you and the other gentleman, Mr. Baum. So if that

17     witness is here in the *in camera* proceeding -- I really

18     don't recall putting that person under oath.

19           MS. GLASER: Are you talking about --

20           THE COURT: Basinger.

21           MS. GLASER: Basinger is not here today,

22     Your Honor.

23           THE CLERK: We put her under oath.

24           THE COURT: We put her under oath. Excellent.

25     Thank you, Julie.

Case 2:04-cv-09049-DOC-RNB   Document 9598   Filed 01/06/11   Page 6 of 8   Page ID #:285590
SACV 04-9049 DOC - 12/21/2010 - Volume I

6

```
 1                 The second thing is, it's not that I don't desire
 2    to have your client, Mr. Larian or Mr. Eckert, on occasion
 3    address the Court.  I'm making an assumption, and that is
 4    that Mr. Eckert holds you in high esteem and wants you as
 5    counsel, so I make that finding.
 6                 MS. GLASER:  I don't think Mr. Eckert holds me in
 7    high esteem, necessarily, Your Honor.  But Mr. Larian
 8    hopefully does.
 9                 THE COURT:  Well, close enough.  Mr. Larian does.
10                 By the time we're done, Mr. Eckert will hold you
11    in high esteem also because of your ability.  All right?
12                 MS. GLASER:  Or by virtue of the motion, maybe he
13    does hold me in high esteem.
14                 THE COURT:  Well, that ought to be frightening to
15    both parties, since I just reversed you.
16                 Why don't I have that *in camera* proceeding with
17    you.  Is there need for any other person to be present?
18                 MS. GLASER:  Yes.
19                 THE COURT:  Who?
20                 MS. GLASER:  Jeanine Pisoni, Your Honor.
21                 THE COURT:  Where is that person?
22                 MS. GLASER:  She's general counsel of MGA.
23                 THE COURT:  Why?
24                 MS. GLASER:  I -- in order for me to say that, I
25    would have to reveal attorney-client privileged information.
```

```
 1              THE COURT:  All right.  We'll start with that
 2    assumption.  I'm going to ask all remaining counsel to
 3    remain in the hallway.  I'll get to you as quickly as
 4    possible, but I'll have everyone exit the courtroom.
 5              All right.  If you would go out in the hallway.
 6              MS. GLASER:  Thank you, Your Honor.
 7                 (Court room cleared.)
 8                 (Further sealed proceedings reported in a
 9           separate volume entitled "Volume I-A Sealed.")
10                 (Written Court approval required to view.)
11                              -oOo-
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:04-cv-09049-DOC-RNB   Document 9598   Filed 01/06/11   Page 8 of 8   Page ID #:285592
SACV 04-9049 DOC - 12/21/2010 - Volume I

8

```
 1                              -oOo-

 2

 3                            CERTIFICATE

 4

 5        I hereby certify that pursuant to Section 753,

 6   Title 28, United States Code, the foregoing is a true and

 7   correct transcript of the stenographically reported

 8   proceedings held in the above-entitled matter and that the

 9   transcript page format is in conformance with the

10   regulations of the Judicial Conference of the United States.

11

12   Date:   December 28, 2010

13

14

15                         _____
                           DEBBIE GALE, U.S. COURT REPORTER
16                         CSR NO. 9472, RPR, CCRR

17
```