1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION FOR TRIAL TECHNOLOGY EQUIPMENT IN THE COURTROOM**<br><br>Trial Date: January 11, 2011<br>Judge:  Hon. David O. Carter |
|---|---|

**STIPULATION**

WHEREAS, the parties request the ability to have trial technology equipment in the courtroom throughout the duration of the trial of the above-entitled action;

WHEREAS, the Court does not object to the parties' request on the condition that no destruction or modification occur to any existing courtroom equipment;

WHEREAS, all appropriate trial technology equipment can be installed by certified technicians which will not result in any destruction or modifications to any existing courtroom equipment,

THEREFORE, it is hereby stipulated by the parties that:

1. The following trial technology equipment will be installed and/or brought to the courtroom: 4 Dell or Thinkpad Laptops, 2 17" LCD Monitors, 2 VGA Distribution Amplifiers, 2 VGA Switchboxes, 2 Anchor Speakers, 2 tech tables, 2 Audio Mixers, 2 Wi-Fi Routers, 2 Network storage (hard-drives), assorted cables and raceway;

2. The installation will be completed by certified installation personnel;

3. The parties shall bear all costs of such installation.

///
///

| | | |
|---|---|---|
| 1 | Dated: January 7, 2011 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: _____/s/ Denise M. Mingrone_____ |
| 4 | | Denise M. Mingrone |
| | | Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de |
| 5 | | MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
| 6 | | |
| 7 | Dated: January 7, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: _____/s/ Scott Watson_____ |
| | | Scott Watson |
| 11 | | Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| 12 | | |
| 13 | Dated: January 7, 2011 | SCHEPER KIM & OVERLAND LLP |
| 14 | | |
| 15 | | By: _____/s/ Alexander Cote_____ |
| 16 | | Alexander Cote |
| | | Attorneys for Gustavo Machado |