ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>CV 04-9059<br>CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER FOR TRIAL TECHNOLOGY EQUIPMENT IN THE COURT ROOM** |
| Defendant. | Trial Date: January 11, 2011 |
| AND CONSOLIDATED ACTIONS | Judge:  Hon. David O. Carter |

Based on the stipulation and request of the parties, the Court hereby orders:

1.  The following trial technology equipment will be installed and/or brought to the courtroom: 4 Dell or Thinkpad Laptops, 2 17" LCD Monitors, 2 VGA Distribution Amplifiers, 2 VGA Switchboxes, 2 Anchor Speakers, 2 tech tables, 2Audio Mixers, 2 Wi-Fi Routers, 2 Network storage (hard-drives), assorted cables and raceway;

2.  The installation will be completed by certified installation personnel;

3.  The parties shall bear all costs of such installation.

**IT IS SO ORDERED.**

Dated: January ___, 2011

_____

Honorable David O. Carter

[PROPOSED] ORDER RE TRIAL TECHNOLOGY EQUIPMENT
CV-04-9049 DOC (RNBx)