Case 2:04-cv-09049-DOC-RNB   Document 9604   Filed 01/07/11   Page 1 of 16   Page ID #:285795
SACV 04-9049-DOC - 01/03/2011 - Vol. II of III

1

```
              UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

        HONORABLE DAVID O. CARTER, JUDGE PRESIDING

                       - - - - - - -


 MATTEL, INC., ET AL.,            )
                                  )
          Plaintiffs,             )
                                  )
      vs.                         ) No. SACV 04-9049-DOC
                                  )    Volume II of III
 MGA ENTERTAINMENT, INC., ET      )
 AL.                              )
                                  )
          Defendants.             )
 _____  )




           REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    Status Conference

                  Santa Ana, California

                 Monday, January 3, 2011




Jane C.S. Rule, CSR 9316
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-7755

11-01-03 MattelV2
```

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR PLAINTIFFS MATTEL, INC., ET AL.:

 4              QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
                By:  JOHN B. QUINN
 5                   MICHAEL T. ZELLER
                     WILLIAM PRICE
 6                   Attorneys at Law
                865 South Figueroa Street
 7              10th Floor
                Los Angeles, California 90017-2543
 8              (213) 443-3000

 9


10   FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

11              ORRICK, HERRINGTON & SUTCLIFFE, LLP
                BY:  THOMAS S. MC CONVILLE
12                   Attorney at Law
                4 Park Plaza
13              Suite 1600
                Irvine, California 92614
14              (949) 567-6700

15              - AND -

16              ORRICK, HERRINGTON & SUTCLIFFE, LLP
                BY:  ANNETTE L. HURST
17                   Attorney at Law
                405 Howard Street
18              San Francisco, California 94105
                (415) 773-5700

19

20   FOR DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

21              SCHEPER, KIM & OVERLAND, LLP
                BY:  ALEXANDER H. COTE
22                   Attorney at Law
                601 West Fifth Street
23              12th Floor
                Los Angeles, California 90071
24              (213) 613-4660

25
```

1  APPEARANCES OF COUNSEL (Continued)

2

3  ALSO PRESENT:

4           PETER H. BONIS, Attorney (Via Teleconference)
            LAW OFFICES OF PETER H. BONIS
5           1990 North California Boulevard
            8th Floor
6           Walnut Creek, California 94596
            (925) 287-6428

Case 2:04-cv-09049-DOC-RNB Document 9604 Filed 01/07/11 Page 4 of 16 Page ID #:285798
SACV 04-9049-DOC - 01/03/2011 - Vol. II of III

4

1 **I N D E X**
2
3
4           STATUS CONFERENCE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 2:04-cv-09049-DOC-RNB   Document 9604   Filed 01/07/11   Page 5 of 16   Page ID #:285799
SACV 04-9049-DOC - 01/03/2011 - Vol. II of III

5

1          **SANTA ANA, CALIFORNIA, MONDAY, JANUARY 3, 2011**

2                        **VOLUME II OF III**

3                            **(3:05 p.m.)**

4          THE COURT:  Come on up for a moment.  We are going

5    to place a call to the attorney, who's been kind enough to

6    call us back.  Cathy said we are going to place it at 3:15.

7          This is off the record, Jane.

8          *(Discussion held off the record.)*

9          *(Mr. Bonis appearing via teleconference.)*

10         THE COURT:  Mr. Bonis, are you there?

11         MR. BONIS:  I'm here.

12         THE COURT:  Thank you.  This is going to be

13   transcribed, of course.

14         So we are on the record in the civil Mattel and

15   MGA and their respective counsel, who made their

16   appearances.

17         Thank you for your call back, sir.  What

18   information, if any, do you have for us?

19         MR. BONIS:  He said he was going to be there, but

20   I'm not going to guarantee his attitude, but I guarantee his

21   presence.

22         THE COURT:  All right.  Let me do this, then.  Let

23   me work with counsel and get a more definitive date.  In

24   other words, there is no reason that he has to be here on

25   the 18th if he's not going to be called on the 18th.  But

```
 1  once I have his cooperation and acquiescence, then I'm going
 2  to work with you and with Carter Bryant so that he's really
 3  flying in whatever time he's on the stand is the time he's
 4  on the stand, but he's not waiting around.  I didn't know if
 5  I had to issue a warrant or not, and I set this matter
 6  initially to have him here on the 18th.  But can we call you
 7  back tomorrow after we have a discussion this evening so we
 8  can get a specific date so that he's not inconvenienced any
 9  more than necessary?
10              MR. BONIS:  Sure.  And let me stick a couple of
11  things in here.  I know you are in a hurry.
12              THE COURT:  No, I'm not.  I've got all the time in
13  the world, and so does counsel.
14              MR. BONIS:  He asked me to appear with him, which
15  I'm willing to do, but I'm sure the later it is, the better.
16  The 20th or else the next week would be great.
17              THE COURT:  Okay.  Hold on.  Let me get a calendar
18  for just a moment and try to fit it in your calendar also.
19              Listen, we are going to get a jury on the -- on
20  one day, on Thursday.  Let me tell you our schedule.  We're
21  having the jury come in on January 5th, and they are going
22  to have questionnaires.
23              MR. BONIS:  Okay.
24              THE COURT:  They are going to fill those out.
25  They are going to be returned at 4:00 to counsel, about 80
```

Case 2:04-cv-09049-DOC-RNB   Document 9604   Filed 01/07/11   Page 7 of 16   Page ID
#:285801
SACV 04-9049-DOC - 01/03/2011 - Vol. II of III

7

```
 1   questionnaires, give or take a few, on January 7th, which is
 2   a Friday.  They've got all weekend to look at those 80
 3   questionnaires, the 10th and the 11th, because one or both
 4   of the parties are at the Hong Kong toy fair, and I wanted
 5   them to be able to participate.
 6              MR. BONIS:  Okay.
 7              THE COURT:  That leaves counsel, along with their
 8   clients, a chance to consider on the 12th who they want to
 9   call, and if they have jury experts, they can look at those
10   questionnaires thoughtfully.  I'm going to reassemble -- we
11   are going to get the jury on the 13th.  On the 14th, I'm
12   really hoping that I could give counsel that day back just
13   to get back to their families, et cetera, and then there is
14   a three-day weekend.
15              MR. BONIS:  Okay.
16              THE COURT:  On the 18th, there will be opening
17   statements.
18              Now, in going over the evidence, it looks like
19   he's the eighth -- seventh or eighth witness, and although
20   one of the parties think this is going to take a long time
21   getting to them, they probably won't.
22              So your request really is that it would be most
23   convenient on the 24th through the 28th sometime?
24              MR. BONIS:  Yeah, just the following -- just the
25   following week.
```

Case 2:04-cv-09049-DOC-RNB   Document 9604   Filed 01/07/11   Page 8 of 16   Page ID #:285802
SACV 04-9049-DOC - 01/03/2011 - Vol. II of III

8

```
 1              THE COURT:  Well, let me be certain.  It's not the
 2   18th -- it's the 18th through the 21st that's bad for you?
 3              MR. BONIS:  Correct.
 4              THE COURT:  So the best week is the 25th through
 5   the 28th?
 6              MR. BONIS:  Yes, your Honor.
 7              THE COURT:  You know, we are going to work that
 8   out for you, okay?
 9              MR. BONIS:  Two other things, one of which is
10   before you show up, you can send it to me, anything you
11   want, and go through me.  And yes, I'll accept service on
12   anything you want to serve him with.  He's going to need
13   some money to show up, and I don't know if this is possible,
14   if you can send it to me electronically, but he asked for a
15   copy of his previous deposition, a copy of his previous
16   testimony and --
17              THE COURT:  Just a moment.  Let's work that out
18   right now.
19              I can't imagine why both counsel wouldn't
20   acquiesce to copies of his previous testimony, including
21   trial testimony and deposition testimony, but let me check
22   right now with Mattel, and let's clear that up for you.
23              MR. QUINN:  It's not a problem.  We'll supply
24   that, your Honor.
25              THE COURT:  Okay.  Mattel will supply that.
```

```
 1              And MGA?
 2              MS. HURST:  Absolutely, it should be given to him.
 3              THE COURT:  Okay.  So that's acquiescence on both
 4   parties' part.
 5              MR. BONIS:  Whatever way is the easiest for you to
 6   get it me, electronically or hard copy, I don't care.
 7              THE COURT:  They will have it to you by tomorrow.
 8              MR. BONIS:  Okay.
 9              THE COURT:  Okay.
10              MR. BONIS:  And then the other thing is, before he
11   shows up, you better give him some money to buy a plane
12   ticket with.
13              THE COURT:  Okay.  Is he traveling first class?
14              Just kidding you.
15              (Laughter.)
16              THE COURT:  He'll enjoy economy.
17              MR. BONIS:  Yeah.
18              THE COURT:  Let's work that out.  Why don't you do
19   this:  We need some reasonable amount in terms of airfare.
20   He can shop that, but let us get back to you by tomorrow
21   morning, at the latest, with the date that we expect him to
22   be testifying.  Now, we can be off a couple of hours, but --
23              MR. BONIS:  That's okay.
24              THE COURT:  Yeah, once we've got his acquiescence,
25   I just don't -- I mean, there is no reason for me to drag
```

```
 1   him in here on the 18th and put him through that misery.
 2   Let's get him in here on the date we'll expect him to be on
 3   the stand.
 4              MR. BONIS:  Okay.
 5              THE COURT:  And then we'll get him out of here as
 6   quickly as possible.
 7              MR. BONIS:  One other thing that came up is, and
 8   it's probably basic, but is this at the same courthouse that
 9   it was last time, or it is somewhere else?
10              THE COURT:  No.  This is a much nicer courthouse.
11              MR. BONIS:  Okay.
12              THE COURT:  This is over in Orange County.  We are
13   at 411 West Fourth Street --
14              MR. BONIS:  Okay.  I know where that is.
15              THE COURT:  -- Santa Ana, California.  And my
16   court is up on the ninth floor at the end of the hallway.
17              MR. BONIS:  That's good, because I would have
18   showed up at the other one.
19              THE COURT:  Yeah.  It's right here in Santa Ana.
20   And I'm just kidding you.  The other courtroom was
21   magnificent, but this is a very nice courthouse.
22              MR. BONIS:  Okay.  Is Orange County Airport the
23   closest?
24              THE COURT:  Orange County Airport is about
25   14-and-a-half minutes away if you are driving the speed
```

```
 1   limit, okay?
 2           MR. BONIS:  Okay.  I'll be in tomorrow morning.  I
 3   usually get in here anytime after 9:00.
 4           THE COURT:  Okay.  We'll work that out.  I would
 5   suggest this.  Maybe he can shop -- well, he doesn't know
 6   the date yet, so let me tell you the date.
 7           MR. BONIS:  Okay.
 8           THE COURT:  And then we'll shop the airfares real
 9   quick tomorrow.
10           MR. BONIS:  Okay.
11           THE COURT:  Then get a little bit more money than
12   necessary just to make sure we cover the airfare, and then,
13   of course, lodging, et cetera, and I don't know what the
14   plan is for lodging, but I'll talk to counsel and get a good
15   estimate tonight.
16           MR. BONIS:  Okay.
17           THE COURT:  In fact, we'll probably plan for more
18   time, just so we are covering it, than less time, but I
19   don't think he's going to be here six days.  I can't imagine
20   that.
21           MR. BONIS:  It is what it is.  He's resigned to
22   it.  Like I said, I can guarantee his presence, but that's
23   all.
24           THE COURT:  Okay.  Well, I don't care about
25   attitude.  That's up to him.
```

Case 2:04-cv-09049-DOC-RNB   Document 9604   Filed 01/07/11   Page 12 of 16   Page ID #:285806
SACV 04-9049-DOC - 01/03/2011 - Vol. II of III

12

```
 1              MR. BONIS:  Okay.
 2              THE COURT:  Okay.  Thanks a lot.  Talk to you
 3   tomorrow.
 4              MR. BONIS:  Okay, your Honor.  Thank you.
 5              (Teleconference ended.)
 6              THE COURT:  Okay.  Counsel seems like a very nice
 7   gentleman, a very cooperative counsel, and Mr. Carter Bryant
 8   will be here.  It saves a trip with the marshal, anyway,
 9   which would be free transportation.
10              Okay.  So that resolves that problem, I think.
11   We'll see.  And his attitude is what it will be on the
12   stand.  I'm not concerned about that.  His presence is
13   required, though.
14              I'm going to join you in just a moment.  I need to
15   finish off one half of one sentencing, and I'll be right
16   next door with you.
17              What's your time estimate in terms of your
18   in-limine motions?  What you need from the Court, you've got
19   it.
20              MR. QUINN:  Your Honor, we spoke together, and
21   what we propose, if it's acceptable to the Court, is to deal
22   with non-Daubert, non-expert motions today.
23              THE COURT:  Okay.
24              MR. QUINN:  We think it will take an hour and a
25   half.
```

Case 2:04-cv-09049-DOC-RNB   Document 9604   Filed 01/07/11   Page 13 of 16   Page ID #:285807
SACV 04-9049-DOC - 01/03/2011 - Vol. II of III

13

```
 1                THE COURT:  Okay.
 2                MR. QUINN:  We each have a list of those that we'd
 3    like to talk about.
 4                THE COURT:  Okay.
 5                MR. QUINN:  And then we'd like to, if it's okay,
 6    do the Daubert motions tomorrow.
 7                THE COURT:  That's fine.  You set the schedule for
 8    me.  I'm trying to make sure that you are really aren't
 9    around the courthouse on Wednesday.  That's the day that I'm
10    most concerned about.  I want the jurors to come in, fill
11    out the questionnaire, and there is no reason for you to
12    come down, unless you want to.
13                Do you want to be here?
14                MR. QUINN:  I would love to be here, in some ways,
15    your Honor, but I actually have a doctor's appointment on
16    Wednesday, so I think it's good for me to get that out of
17    the way.
18                THE COURT:  Okay, good.
19                MS. HURST:  No need to be here when they are
20    filling out the questionnaires, your Honor.
21                THE COURT:  4:00 on Friday is when you get them
22    back; is that acceptable?  I'm trying to get them to you
23    before the weekend, so as counsel, you have a chance to look
24    at them on the weekend, and then when your client comes
25    back, your know, from wherever they are, at the Hong Kong
```

```
 1   toy fair, or wherever, that they can look at them with you
 2   on Monday night or Tuesday night.
 3             I forgot, is Mr. Eckert there also?
 4             MR. QUINN:  I actually don't know.
 5             MR. ZELLER:  I don't know.
 6             THE COURT:  Well, it's a courtesy.  I know what's
 7   going on.  It's a big toy fair.  So you've got one day in
 8   there, minimally, Wednesday that they can talk to you about
 9   what their thoughts are, and if you have jury consultants,
10   you've got all weekend and then the week.
11             Can we get a jury on Thursday?
12             MR. MC CONVILLE:  Absolutely.
13             THE COURT:  Well, thank you, Mr. McConville.
14             MR. MC CONVILLE:  Could I ask a question, your
15   Honor?  We discussed earlier, you know, the listing of the
16   order which to be put in the box, and I don't remember if we
17   ever came to an exact number.  I think the parties had
18   requested that the Court provide us with as long a list as
19   it could of the order in which the jurors would be called,
20   and I just wanted to -- I don't know how long it takes to do
21   that or what the mechanism is.
22             THE COURT:  It's easy to do.  We can shuffle the
23   cards for you very easily.
24             MR. MC CONVILLE:  But I didn't know if that was
25   going to be on that Friday when we pick up the --
```

```
 1              THE COURT:  I don't think so.  I'm going to make
 2   you study each of these no matter what.  If I give it to
 3   you, it will probably literally be the day before, and the
 4   reason for that is it makes you study all 80, because after
 5   I give you the initial list, it's probably not going to be
 6   more than 18, or whatever we agree upon, and you can get
 7   past that very easily.  And if you do, you have to know
 8   these people coming up pretty quick, because I'm not going
 9   to stand around very long while a decision is made, okay?
10           Okay.  Well, I'll be next door, just as soon as I
11   can resolve Mr. Padilla's matter.
12              (Recess.)
13              (Volume III reported by Maria Dellaneve.)
14                           -oOo-
```

1                              -oOo-

2                           **CERTIFICATE**

3

4           I hereby certify that pursuant to Section 753,

5     Title 28, United States Code, the foregoing is a true and

6     correct transcript of the stenographically reported

7     proceedings held in the above-entitled matter and that the

8     transcript page format is in conformance with the

9     regulations of the Judicial Conference of the United States.

10

11    Date:  January 3, 2011

12

13

14                              _____
                                JANE C.S. RULE, U.S. COURT REPORTER
15                              CSR NO. 9316

16

17

18

19

20

21

22

23

24

25