1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Attorneys for Mattel, Inc., and Mattel de
   Mexico, S.A. de C.V.

7

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12

| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No.     CV 04-09059<br>Case No.     CV 05-02727 |
| vs. | Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | NOTICE OF ERRATA WITHDRAWING THE NOTICE OF MANUAL FILING OF MATTEL'S NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S NOVEMBER 1, 2010 DISCOVERY ORDER AGAINST ZAPF CREATION A.G. AND COMPEL A FULLY PREPARED RULE 30(B)(6) WITNESS (DKT. 9608)<br><br>**Phase 2:**<br>Disc. Cut-off:      October 4, 2010<br>Pre-trial Conf.:    January 4, 2011<br>Trial Date:         January 11, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel withdraws its filing of the Notice Of Manual Filing Of Mattel's Notice Of Motion And Motion To Enforce The Court's November 1, 2010 Discovery Order Against Zapf Creation A.G. And Compel A Fully Prepared Rule 30(B)(6) Witness (Dkt. 9608).

DATED: January 7, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Michael T. Zeller*
　　Michael T. Zeller
　　Attorneys for Mattel, Inc.