# Exhibit A

## Document Requests

1. All DOCUMENTS REFERRING OR RELATING TO any of MATTEL's showrooms or other displays at any toy fair (including without limitation Hong Kong Toy Fair, New York Toy Fair, Dallas Toy Fair, Tokyo Toy Fair, Paris Toy Fair or Nuremberg Toy Fair) (hereinafter "Toy Fair") or any Plan-o-Grams or layout rooms displaying any MATTEL product.

2. All DOCUMENTS REFERRING OR RELATING to YOUR or MGA's access, or attempts to gain access, to any of MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product, including without limitation all DOCUMENTS REFERRING OR RELATING TO how YOU and MGA gained access to Mattel's Toy Fair displays in Nuremberg in 2008.

3. DOCUMENTS sufficient to IDENTIFY each of YOUR or MGA's officers, directors, employees or representatives who entered or viewed any of MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product.

4. All DOCUMENTS, including without limitation all catalogs, price lists and line lists, obtained from MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product.

5. All DOCUMENTS REFERRING OR RELATING TO any information obtained from MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product.

6. All photographs and video of MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product.

7. All DOCUMENTS REFERRING OR RELATING TO YOUR or MGA's efforts, or knowledge of any efforts by any PERSONS worldwide, to monitor, "spy on" or gain knowledge of MATTEL's trade secrets, non-public information, non-public activities, unreleased products, and product development, including, but not limited to:

a. DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS or contacts with MATTEL's current or former employees, contractors, or customers about MATTEL or its business, including, but not limited to, any recordings of such COMMUNICATIONS;

b. DOCUMENTS REFERRING OR RELATING TO YOUR knowledge of any MATTEL product before its release to the public or of any other non-public information about MATTEL, its business or its products

c. DOCUMENTS REFERRING OR RELATING TO YOUR access to MATTEL's confidential product and pricing information through retailers; and

d. DOCUMENTS REFERRING OR RELATING TO YOUR access to MATTEL's confidential product and pricing information from any other non-public sources and/or through non-public means.

8. All COMMUNICATIONS with any MGA officer, director, employee or representative, including but not limited to Isaac Larian, regarding MATTEL information obtained from any Toy Fair.

9. All DOCUMENTS, including all photographs and video, REFERRING OR RELATING to any MGA product or information displayed or provided at any Toy Fair.

10. All DOCUMENTS, including but not limited to all appointment books, appointment calendars, sign-in sheets and logs, identifying each of the PERSONS who, at any Toy Fair, entered, accessed or viewed YOUR display or showroom in which MGA products or information were displayed or provided.

11. All DOCUMENTS REFERRING OR RELATING TO YOUR or MGA's efforts to limit or restrict the access or entry, at any Toy Fair, of any PERSON or PERSONS to any display or showroom in which MGA products or information were displayed or provided.

12. All DOCUMENTS, including but not limited to non-disclosure agreements or confidentiality agreements, REFERRING OR RELATING to any requirement that any PERSON who entered or viewed, at any Toy Fair, all or any portion of any display or showroom in which MGA products were shown not disclose or use such information, from 1998 to the present. The foregoing request includes such DOCUMENTS pertaining to PERSONS who not only visited or accessed such display or showroom, but each and every PERSON who worked on or in, or otherwise entered or viewed, such display or showroom.

13. All DOCUMENTS REFERRING OR RELATING TO the disclosure of information about MGA products displayed or shown at any Toy Fair to members of the press or the media or to any other PERSON, including without limitation the IDENTITY of each PERSON receiving any such disclosure

(hereinafter, "Recipient") and all DOCUMENTS REFERRING OR RELATING TO ANY requirement that such Recipient keep such information confidential.

    14. All DOCUMENTS REFERRING OR RELATING TO how access to MGA UNRELEASED PRODUCT INFORMATION at any Toy Fair is restricted, limited or controlled, including but not limited to DOCUMENTS setting forth YOUR or MGA's policy with respect to confidential information, sign-in and sign-out sheets for access to confidential information, logs of PERSONS who access confidential information, and procedures for accessing confidential information.

# Exhibit B

## Topics

1. YOUR and MGA's knowledge of the products and other information displayed or distributed at MATTEL's showrooms or other displays at any toy fair (including without limitation Hong Kong Toy Fair, New York Toy Fair, Dallas Toy Fair, Tokyo Toy Fair, Paris Toy Fair or Nuremberg Toy Fair) (hereinafter "Toy Fair") or in any Plan-o-Grams or layout rooms displaying any MATTEL product.

2. YOUR or MGA's access, or attempts to gain access, and method of access to any of MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product, including without limitation how YOU and MGA gained access to Mattel's Toy Fair displays in Nuremberg in 2008.

3. The IDENTITY of each of YOUR and MGA's officers, directors, employees or representatives who entered or viewed any of MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product.

4. All DOCUMENTS, including without limitation all catalogs, price lists and line lists, and information that YOU or MGA obtained or received from MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product.

5. All photographs and video of MATTEL's showrooms or other Toy Fair displays or any Plan-o-Grams or layout rooms displaying any MATTEL product of which YOU or MGA are aware or in possession.

6. YOUR and MGA's efforts, or knowledge of any efforts by any PERSONS worldwide, to monitor, "spy on" or gain knowledge of MATTEL's trade secrets, non-public information, non-public activities, unreleased products, and product development, including, but not limited to:

    a. YOUR and MGA's COMMUNICATIONS or contacts with MATTEL's current or former employees, contractors, or customers about MATTEL or its business, including but not limited to the existence and whereabouts of any recordings of such COMMUNICATIONS;

    b. YOUR and MGA's knowledge of any MATTEL product before its release to the public or of any other non-public information about MATTEL, its business or its products;

    c. YOUR and MGA's access to MATTEL's confidential product and pricing information through retailers; and

    d. YOUR and MGA's access to MATTEL's confidential product and pricing information from any other non-public sources and/or through non-public means.

7. All COMMUNICATIONS YOU have had with any MGA officer, director, employee or representative, including but not limited to Isaac Larian, regarding MATTEL information obtained from any Toy Fair or any Plan-o-Grams or layout rooms displaying any MATTEL product.

8. YOUR knowledge of the display of any MGA product or information at any Toy Fair, including but not limited to the existence and whereabouts of any photographs and video of such displays.

9. The receipt by YOU and MGA of any non-public and/or confidential information of MATTEL's products or pricing, product development, advertising plans, marketing plans or research, actual or estimated product costs or

sales, including any practice of YOU and MGA of visiting the showrooms of MATTEL during any Hong Kong or New York Toy Fair(s), including but not limited to how YOU and MGA gained admittance to MATTEL's showrooms as well as how YOU and MGA control access to their own showrooms.

10. PERSONS, who, at any Toy Fair, entered, accessed or viewed any display or showroom of YOURS in which MGA products or information were displayed or provided, including but not limited to PERSONS identified in appointment books, appointment calendars, sign-in sheets and logs.

11. Efforts by YOU or known to YOU to limit or restrict the access or entry of any PERSON or PERSONS to any Toy Fair display or showroom in which MGA products or information were displayed or provided.

12. Any requirement that any PERSON who entered or viewed, at any Toy Fair, all or any portion of any display or showroom in which MGA products were shown, not disclose or use such information, from 1998 to the present. This topic includes such requirements pertaining to PERSONS who not only visited or accessed such display or showroom, but each and every PERSON who worked on or in, or otherwise entered or viewed, such display or showroom.

13. The disclosure of information by YOU or known to YOU about MGA products displayed or shown at any Toy Fair to members of the press or the media or to any other PERSON, including without limitation the IDENTITY of each PERSON receiving any such disclosure (hereinafter, "Recipient") and any requirement that such Recipient keep such information confidential.

14. The manner by which YOU or MGA restricted, limited or controlled access to MGA ALLEGED UNRELEASED PRODUCT INFORMATION at any Toy Fair, including but not limited to YOUR or MGA's policy with respect to confidential information, sign-in and sign-out sheets for

access to confidential information, logs of PERSONS who access confidential information, and procedures for accessing confidential information.