1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
4   San Francisco, CA 94105
    Tel: (415) 773-5700/ Fax: (415) 773-5759
5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
8   Tel: (213) 629-2020/Fax: (213) 612-2499
9   THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
12
    Attorneys for MGA Parties

13

14                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
15                          SOUTHERN DIVISION

16  CARTER BRYANT, an individual,        Case No.  CV 04-9049-DOC (RNBx)
                                         Consolidated with Nos. CV 04-9059 and
17          Plaintiff,                   CV 05-2727

18          v.                           Hon. David O. Carter

19  MATTEL, INC., a Delaware             **MGA AND MACHADO PROPOSED**
    corporation,                         **NEUTRAL STATEMENT OF THE**
20                                       **CASE**
            Defendant.
21                                       Trial Date:      January 11, 2011

22  AND CONSOLIDATED ACTIONS

23

24

25

26

27

28

The MGA Parties and Gustavo Machado hereby respectfully propose a neutral statement of the case to be read to the jury venire at the outset of jury selection.  Lead counsel for MGA and Machado met and conferred by providing this proposed neutral statement to counsel for Mattel.  Mattel objected and declined to offer an alternative.  Accordingly, the MGA/Machado side hereby submits its proposed neutral statement.

Dated:     January 11, 2011          Respectfully submitted,

ANNETTE L. HURST
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____ */s/ Annette L. Hurst* _____
             ANNETTE L. HURST
             Attorneys for MGA Parties

Dated:     January 11, 2011          Respectfully submitted,

ALEXANDER H. COTE
SCHEPER KIM AND OVERLAND LLP


By: _____ */s/ Alexander H. Cote* _____
             ALEXANDER H. COTE
             Attorneys for Machado Gomez

**MGA/MACHADO PROPOSED NEUTRAL STATEMENT OF THE CASE**

This is a lawsuit is between two toy companies, Mattel Inc. and MGA Entertainment, Inc.  The lawsuit also involves an affiliate of Mattel and affiliates of MGA.  The affiliate of Mattel is Mattel Mexico.  The affiliates of MGA are MGA Hong Kong and MGA Mexico.  There are also two individual parties, Isaac Larian, the CEO of MGA, and Carlos Gustavo Machado Gomez, a former marketing manager of Mattel Servicios in Mexico (which is not a party to the case).  The companies on both sides have claims against each other and I will refer to them as "claimants."

Mattel claims that in the year 2000, MGA, MGA Hong Kong and Isaac Larian improperly took the idea and drawings for a doll product line called Bratz from a Mattel employee named Carter Bryant.  MGA, MGA Hong Kong and Mr. Larian deny this claim.

Mattel further claims that beginning in 2004, MGA, MGA Mexico and Mr. Larian took certain business trade secrets of Mattel using several other Mattel former employees including Mr. Machado.  MGA, MGA Mexico, Mr. Larian and Mr. Machado deny this claim.

MGA claims that Mattel misappropriated trade secrets from MGA beginning in the year 2000 when Mattel's employees used false pretenses to gain access to private showrooms at toy fairs.  Mattel denies this claim.

MGA also claims that Mattel unfairly competed with MGA's Bratz doll product line and unlawfully tried to drive it out of the marketplace, disrupting MGA's relationships with licensees and retailers.  Mattel also denies this claim.