QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendant.<br><br>———————————————<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL'S PROPOSED VERDICT FORM**<br><br>Hearing Date:      TBD<br>Time:              TBD<br>Place:             Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:      January 4, 2011<br>Trial Date:          January 18, 2011 |

00505.07975/3881523.5

Plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby propose the following proposed verdict form for the trial in this matter. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement this form before or during the trial of this matter. Mattel also provides this form without prejudice to its position, as set forth in motions in limine and elsewhere, that MGA's unfair competition claim is not triable to the jury, and intends to modify the form following the Court's resolution of that issue.

DATED: January 11, 2011            QUINN EMANUEL URQUHART &
                                   SULLIVAN. LLP


                                   By /s/ John B. Quinn
                                   John B. Quinn
                                   Attorneys for Mattel, Inc. and Mattel de
                                   Mexico. S.A. de C.V.

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROPOSED VERDICT FORM

We answer the questions submitted to us as follows:

# MATTEL'S CLAIMS

1. For each of the items listed below, does Mattel own the item?

| Yes | No | |
|-----|-----|-----|
| ☐ | ☐ | TX 5-52, 62-1, 624, 5-74, 62-11, 10537, 15180, 5-75, 62-12, 10538, 15181, 5-111, 708, 5-112, 62-13, 5-113, 5-114, 62-14, 62-15, 1152-1, 1152-2, 10613, 1328, 10033-3, 10033-4 |
| ☐ | ☐ | TX 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153-4 |
| ☐ | ☐ | TX 5-35, 757 |
| ☐ | ☐ | TX 5-36, 701, 702 |
| ☐ | ☐ | TX 5-37, 703 |
| ☐ | ☐ | TX 5-38, 762 |
| ☐ | ☐ | TX 5-39, 523, 752 |
| ☐ | ☐ | TX 5-40, 753, 754, 13583 |
| ☐ | ☐ | TX 751-2, 751-3, 5-41, 755 |
| ☐ | ☐ | TX 5-42, 756 |
| ☐ | ☐ | TX 5-43, 709 |
| ☐ | ☐ | TX 5-46, 710 |
| ☐ | ☐ | TX 5-49, 704 |
| ☐ | ☐ | TX 5-50, 705 |
| ☐ | ☐ | TX 5-53, 1152-5, 1152-6, 10534, 15175 |
| ☐ | ☐ | TX 5-54, 62-2, 620, 774, 775 |
| ☐ | ☐ | TX 5-55, 62-3, 785, 1152-9 |
| ☐ | ☐ | TX 5-56, 764, 15176 |
| ☐ | ☐ | TX 5-57, 776, 777 |
| ☐ | ☐ | TX 5-58, 765, 15177 |
| ☐ | ☐ | TX 5-59, 739, 740 |
| ☐ | ☐ | TX 5-60, 761 |
| ☐ | ☐ | TX 5-61, 62-4, 782, 796-1, 1748 |
| ☐ | ☐ | TX 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1 |
| ☐ | ☐ | TX 5-63, 758, 759, 760 |
| ☐ | ☐ | TX 5-64, 62-6, 795, 1152-14, 1750 |

| | | |
|---|---|---|
| 1 | ☐ ☐ | TX 5-65, 1152-7, 1152-8, 11789 |
| 2 | ☐ ☐ | TX 5-66, 794, 1152-13 |
| 3 | ☐ ☐ | TX 5-67, 62-7, 784, 1152-11, 1152-12, 10535 |
| 4 | ☐ ☐ | TX 5-68, 62-8, 781, 786, 790, 1751-4 |
| 5 | ☐ ☐ | TX 5-69, 11788, 5-70, 62-9, 623, 783 |
| 6 | ☐ ☐ | TX 5-72, 1152-15, 1152-16, 10536, 15179 |
| 7 | ☐ ☐ | TX 5-73, 741, 742 |
| 8 | ☐ ☐ | TX 5-76, 706 |
| 9 | ☐ ☐ | TX 5-77, 707 |
| 10 | ☐ ☐ | TX 5-78, 10539, 18501 |
| 11 | ☐ ☐ | TX 5-136, 711 |
| 12 | ☐ ☐ | TX 10579, 18281 |
| 13 | ☐ ☐ | TX 15172 |
| 14 | ☐ ☐ | TX 3-1, 779, 780, 1-1, 2-1, 778 |
| 15 | ☐ ☐ | TX 3-2, 726, 727, 728, 1-4, 2-5 |
| 16 | ☐ ☐ | TX 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544 |
| 17 | ☐ ☐ | TX 3-5, 791, 1-8, 2-2 |
| 18 | ☐ ☐ | TX 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547 |
| 19 | ☐ ☐ | TX 3-8, 789, 1-11, 2-9, 734, 5-106, 10546 |
| 20 | ☐ ☐ | TX 3-9, 788, 1-10, 2-6, 746,  5-103, 10543 |
| 21 | ☐ ☐ | TX 3-10, 735, 736 |
| 22 | ☐ ☐ | TX 3-12, 792, 1-3, 2-7, 5-102, 10542 |
| 23 | ☐ ☐ | TX 3-13, 793, 1-5, 2-3, 10-3 |
| 24 | ☐ ☐ | TX 5-79, 1-9, 2-4, 737, 10545, 5-105 |
| 25 | ☐ ☐ | TX 1-2 |
| 26 | ☐ ☐ | TX 3-11 |
| 27 | ☐ ☐ | TX 5-26, 712 |
| 28 | ☐ ☐ | TX 5-27, 713 |
| | ☐ ☐ | TX 5-81, 720 |

| | | | |
|---|---|---|---|
| 1 | ☐ | ☐ | TX 5-82, 715 |
| 2 | ☐ | ☐ | TX 5-83, 723 |
| 3 | ☐ | ☐ | TX 3-4, 5-84, 716, 717 |
| 4 | ☐ | ☐ | TX 3-7, 5-85, 718, 719, 10-2, 63-1 |
| 5 | ☐ | ☐ | TX 5-80, 721, 722, 5-86 |
| 6 | ☐ | ☐ | TX 5-87, 5-108, 724, 725 |
| 7 | ☐ | ☐ | TX 5-34 |
| 8 | ☐ | ☐ | TX 5-89, 35-2 |
| 9 | ☐ | ☐ | TX 1107, 10638 |
| 10 | ☐ | ☐ | TX 1108, 10639 |
| 11 | ☐ | ☐ | TX 1109, 771 |
| 12 | ☐ | ☐ | TX 1110, 773 |
| 13 | ☐ | ☐ | TX 5-14, 10515 |
| 14 | ☐ | ☐ | TX 5-18, 10518 |
| 15 | ☐ | ☐ | TX 5-19, 10519 |
| 16 | ☐ | ☐ | TX 5-28, 10526 |
| 17 | ☐ | ☐ | TX 5-30 |
| 18 | ☐ | ☐ | TX 5-95 |
| 19 | ☐ | ☐ | TX 5-96 |
| 20 | ☐ | ☐ | TX 5-99 |
| 21 | ☐ | ☐ | TX 302 |
| 22 | ☐ | ☐ | TX 323 |
| 23 | ☐ | ☐ | The Three Dimensional Item Presented at Pitch Meeting |
| 24 | ☐ | ☐ | The Item Depicted in the Photograph at Trial Exhibit 1105-2 |
| 25 | ☐ | ☐ | The Item Depicted in Trial Exhibit 19-3 |
| 26 | ☐ | ☐ | The Item Depicted in Trial Exhibit 537-3 |
| 27 | ☐ | ☐ | The Items Depicted in Trial Exhibit 1118 |
| 28 | ☐ | ☐ | The Items Depicted in Trial Exhibit 1135 (TX 1135A) |
| | ☐ | ☐ | The Items Depicted in Trial Exhibit 1136 (TX 1136A) |
| | ☐ | ☐ | The Items Depicted in Trial Exhibit 1230 |

MATTEL'S PROPOSED VERDICT FORM

| | | |
|---|---|---|
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1140 |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1141 (TX 1141A) |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1142 |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1231 |
| ☐ | ☐ | The name "Bratz" |
| ☐ | ☐ | The name "Moxie" |
| ☐ | ☐ | The "Bratz" characters |

2.    For each of the items listed below, has Mattel proven by a preponderance of the evidence that the item was "conceived or reduced to practice"—that is, created—by Carter Bryant, alone or jointly with others, during the period in which he was employed by Mattel (January 4, 1999, to October 19, 2000)?

| Yes | No | |
|---|---|---|
| ☐ | ☐ | TX 5-52, 62-1, 624, 5-74, 62-11, 10537, 15180, 5-75, 62-12, 10538, 15181, 5-111, 708, 5-112, 62-13, 5-113, 5-114, 62-14, 62-15, 1152-1, 1152-2, 10613, 1328, 10033-3, 10033-4 |
| ☐ | ☐ | TX 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153-4 |
| ☐ | ☐ | TX 5-35, 757 |
| ☐ | ☐ | TX 5-36, 701, 702 |
| ☐ | ☐ | TX 5-37, 703 |
| ☐ | ☐ | TX 5-38, 762 |
| ☐ | ☐ | TX 5-39, 523, 752 |
| ☐ | ☐ | TX 5-40, 753, 754, 13583 |
| ☐ | ☐ | TX 751-2, 751-3, 5-41, 755 |
| ☐ | ☐ | TX 5-42, 756 |
| ☐ | ☐ | TX 5-43, 709 |
| ☐ | ☐ | TX 5-46, 710 |
| ☐ | ☐ | TX 5-49, 704 |
| ☐ | ☐ | TX 5-50, 705 |
| ☐ | ☐ | TX 5-53, 1152-5, 1152-6, 10534, 15175 |
| ☐ | ☐ | TX 5-54, 62-2, 620, 774, 775 |

| | | | |
|---|---|---|---|
| 1 | ☐ | ☐ | TX 5-55, 62-3, 785, 1152-9 |
| 2 | ☐ | ☐ | TX 5-56, 764, 15176 |
| 3 | ☐ | ☐ | TX 5-57, 776, 777 |
| 4 | ☐ | ☐ | TX 5-58, 765, 15177 |
| 5 | ☐ | ☐ | TX 5-59, 739, 740 |
| 6 | ☐ | ☐ | TX 5-60, 761 |
| 7 | ☐ | ☐ | TX 5-61, 62-4, 782, 796-1, 1748 |
| 8 | ☐ | ☐ | TX 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1 |
| 9 | ☐ | ☐ | TX 5-63, 758, 759, 760 |
| 10 | ☐ | ☐ | TX 5-64, 62-6, 795, 1152-14, 1750 |
| 11 | ☐ | ☐ | TX 5-65, 1152-7, 1152-8, 11789 |
| 12 | ☐ | ☐ | TX 5-66, 794, 1152-13 |
| 13 | ☐ | ☐ | TX 5-67, 62-7, 784, 1152-11, 1152-12, 10535 |
| 14 | ☐ | ☐ | TX 5-68, 62-8, 781, 786, 790, 1751-4 |
| 15 | ☐ | ☐ | TX 5-69, 11788, 5-70, 62-9, 623, 783 |
| 16 | ☐ | ☐ | TX 5-72, 1152-15, 1152-16, 10536, 15179 |
| 17 | ☐ | ☐ | TX 5-73, 741, 742 |
| 18 | ☐ | ☐ | TX 5-76, 706 |
| 19 | ☐ | ☐ | TX 5-77, 707 |
| 20 | ☐ | ☐ | TX 5-78, 10539, 18501 |
| 21 | ☐ | ☐ | TX 5-136, 711 |
| 22 | ☐ | ☐ | TX 10579, 18281 |
| 23 | ☐ | ☐ | TX 15172 |
| 24 | ☐ | ☐ | TX 3-1, 779, 780, 1-1, 2-1, 778 |
| 25 | ☐ | ☐ | TX 3-2, 726, 727, 728, 1-4, 2-5 |
| 26 | ☐ | ☐ | TX 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544 |
| 27 | ☐ | ☐ | TX 3-5, 791, 1-8, 2-2 |
| 28 | ☐ | ☐ | TX 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547 |
| | ☐ | ☐ | TX 3-8, 789, 1-11, 2-9, 734, 5-106, 10546 |

| | | |
|---|---|---|
| ☐ | ☐ | TX 3-9, 788, 1-10, 2-6, 746,  5-103, 10543 |
| ☐ | ☐ | TX 3-10, 735, 736 |
| ☐ | ☐ | TX 3-12, 792, 1-3, 2-7, 5-102, 10542 |
| ☐ | ☐ | TX 3-13, 793, 1-5, 2-3, 10-3 |
| ☐ | ☐ | TX 5-79, 1-9, 2-4, 737, 10545, 5-105 |
| ☐ | ☐ | TX 1-2 |
| ☐ | ☐ | TX 3-11 |
| ☐ | ☐ | TX 5-26, 712 |
| ☐ | ☐ | TX 5-27, 713 |
| ☐ | ☐ | TX 5-81, 720 |
| ☐ | ☐ | TX 5-82, 715 |
| ☐ | ☐ | TX 5-83, 723 |
| ☐ | ☐ | TX 3-4, 5-84, 716, 717 |
| ☐ | ☐ | TX 3-7, 5-85, 718, 719, 10-2, 63-1 |
| ☐ | ☐ | TX 5-80, 721, 722, 5-86 |
| ☐ | ☐ | TX 5-87, 5-108, 724, 725 |
| ☐ | ☐ | TX 5-34 |
| ☐ | ☐ | TX 5-89, 35-2 |
| ☐ | ☐ | TX 1107, 10638 |
| ☐ | ☐ | TX 1108, 10639 |
| ☐ | ☐ | TX 1109, 771 |
| ☐ | ☐ | TX 1110, 773 |
| ☐ | ☐ | TX 5-14, 10515 |
| ☐ | ☐ | TX 5-18, 10518 |
| ☐ | ☐ | TX 5-19, 10519 |
| ☐ | ☐ | TX 5-28, 10526 |
| ☐ | ☐ | TX 5-30 |
| ☐ | ☐ | TX 5-95 |
| ☐ | ☐ | TX 5-96 |
| ☐ | ☐ | TX 5-99 |

| | | |
|---|---|---|
| ☐ | ☐ | TX 302 |
| ☐ | ☐ | TX 323 |
| ☐ | ☐ | The Three Dimensional Item Presented at Pitch Meeting |
| ☐ | ☐ | The Item Depicted in the Photograph at Trial Exhibit 1105-2 |
| ☐ | ☐ | The Item Depicted in Trial Exhibit 19-3 |
| ☐ | ☐ | The Item Depicted in Trial Exhibit 537-3 |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1118 |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1135 (TX 1135A) |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1136 (TX 1136A) |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1230 |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1140 |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1141 (TX 1141A) |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1142 |
| ☐ | ☐ | The Items Depicted in Trial Exhibit 1231 |
| ☐ | ☐ | The name "Bratz" |
| ☐ | ☐ | The name "Moxie" |
| ☐ | ☐ | The "Bratz" characters |

MATTEL'S PROPOSED VERDICT FORM

1

## __Mattel's Claim for Misappropriation of Trade Secrets__

2

3    3.    Is Isaac Larian liable to Mattel for misappropriation of trade secrets?

4          Yes   _____

5          No    _____

6

7          *If your answer is "yes," then answer Question 4.*

8          *If your answer is "no," then answer Question 5.*

9

10   4.    Was Mr. Larian's misappropriation of Mattel's trade secrets willful and

11   malicious?

12         Yes   _____

13         No    _____

14

15   5.    Is MGA Entertainment, Inc. ("MGA") liable to Mattel for

16   misappropriation of trade secrets?

17         Yes   _____

18         No    _____

19

20         *If your answer is "yes," then answer Question 6.*

21         *If your answer is "no," then answer Question 7.*

22

23   6.    Was MGA's misappropriation of  Mattel's trade secrets willful and

24   malicious?

25         Yes   _____

26         No    _____

27

28

-10-

MATTEL'S PROPOSED VERDICT FORM

7.      Is MGA de Mexico liable to Mattel for misappropriation of trade

secrets?

Yes    _____

No     _____


*If your answer is "yes," then answer Question 8.*

*If your answer is "no," then answer Question 9.*


8.      Was MGA de Mexico's misappropriation of Mattel's trade secrets

willful and malicious?

Yes    _____

No     _____


9.      Is Carlos Gustavo Machado Gomez liable to Mattel for misappropriation

of trade secrets?

Yes    _____

No     _____


*If your answer is "yes," then answer Question 10.*

*If your answer is "no," then answer Question 11.*


10.     Was Mr. Machado's misappropriation of Mattel's trade secrets willful

and malicious?

Yes    _____

No     _____

## **Mattel's Claim for Intentional Interference with Contractual Relations**

11.    Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

        Yes    ____

        No     ____


12.    Is MGA liable to Mattel for intentional interference with contractual relations?

        Yes    ____

        No     ____

00505.07975/3881523.5

MATTEL'S PROPOSED VERDICT FORM

## __Mattel's Claim for Aiding and Abetting Breach of the Duty of Loyalty__

13.   Is Mr. Larian liable to Mattel for aiding and abetting breach of the duty of loyalty?

        Yes   ____

        No    ____

14.   Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

        Yes   ____

        No    ____

MATTEL'S PROPOSED VERDICT FORM

## **<u>Mattel's Claim for Copyright Infringement</u>**

15.   Is Mr. Larian liable to Mattel for copyright infringement?

Yes   _____

No    _____

16.   Is MGA liable to Mattel for copyright infringement?

Yes   _____

No    _____

17.   Is MGA Entertainment (HK) Limited ("MGA Hong Kong") liable to Mattel for copyright infringement?

Yes   _____

No    _____

MATTEL'S PROPOSED VERDICT FORM

1

## **<u>Mattel's Claim for Conversion</u>**

2

3      18.    Is Mr. Larian liable to Mattel for conversion?

4             Yes    ____

5             No     ____

6

7      19.    Is MGA liable to Mattel for conversion?

8             Yes    ____

9             No     ____

10

11     20.    Is MGA Hong Kong liable to Mattel for conversion?

12            Yes    ____

13            No     ____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Damages -- Mattel's Claim for Misappropriation of Trade Secrets**

21.     What amount of damages do you award to Mattel and against Mr. Larian for misappropriation of trade secrets, if any?

$\text{\$}\underline{\hspace{6cm}}$

22.     What amount of damages do you award to Mattel and against MGA for misappropriation of trade secrets, if any?

$\text{\$}\underline{\hspace{6cm}}$

23.     What amount of damages do you award to Mattel and against MGA de Mexico for misappropriation of trade secrets, if any?

$\text{\$}\underline{\hspace{6cm}}$

24.     What amount of damages do you award to Mattel and against Mr. Machado for misappropriation of trade secrets, if any?

$\text{\$}\underline{\hspace{6cm}}$

## **Mattel's Damages -- Intentional Interference with Contractual Relations**

25.    What amount of damages do you award to Mattel and against Mr. Larian for intentional interference with contractual relations, if any?

$\$$_____

26.    What amount of damages do you award to Mattel and against MGA for intentional interference with contractual relations, if any?

$\$$_____

**<u>Damages -- Aiding and Abetting Breach of the Duty of Loyalty</u>**

27.     What amount of damages do you award to Mattel and against Mr. Larian for aiding and abetting breach of the duty of loyalty, if any?

$_____

28.     What amount of damages do you award to Mattel and against MGA for aiding and abetting breach of the duty of loyalty, if any?

$_____

MATTEL'S PROPOSED VERDICT FORM

# **Damages -- Copyright Infringement**

29.     What amount of damages do you award to Mattel and against Mr. Larian for copyright infringement, if any?

$\$$_____

30.     What amount of damages do you award to Mattel and against MGA for copyright infringement, if any?

$\$$_____

31.     What amount of damages do you award to Mattel and against MGA Hong Kong for copyright infringement, if any?

$\$$_____

## <u>Damages -- Conversion</u>

32.     What amount of damages do you award to Mattel and against Mr. Larian for conversion, if any?

$\$$_____

33.     What amount of damages do you award to Mattel and against MGA for conversion, if any?

$\$$_____

34.     What amount of damages do you award to Mattel and against MGA Hong Kong for conversion, if any?

$\$$_____

**Punitive Damages**

35.     Did Mr. Larian engage in wrongdoing with malice, oppression, or fraud?

        Yes     ____

        No      ____

        *If your answer is "yes," then answer Question 36.*

        *If your answer is "no," then answer Question 37.*

36.     What amount of punitive damages do you award against Mr. Larian, if any?

        $_____

37.     Did MGA engage in wrongdoing with malice, oppression, or fraud?

        Yes     ____

        No      ____

        *If your answer is "yes," then answer Question 38.*

        *If your answer is "no," then answer Question 39.*

38.     What amount of punitive damages do you award against MGA, if any?

        $_____

39.     Did MGA Hong Kong engage in wrongdoing with malice, oppression, or fraud?

        Yes     ____

        No      ____

*If your answer is "yes," then answer Question 40.*

*If your answer is "no," then answer Question 41.*

40.    What amount of punitive damages do you award against MGA Hong Kong, if any?

$_____

## **Mattel's Claim for Constructive Trust**

41.    Is it just and equitable that the defendants' claimed rights in Bratz-related trademarks, copyrights, and other intangible property be transferred to Mattel to prevent defendants from benefiting from wrongdoing?

Yes    _____

No     _____

# MATTEL MEXICO'S CLAIMS

## Mattel Mexico's Claim for Misappropriation of Trade Secrets

42.    Is Mr. Larian liable to Mattel Mexico for misappropriation of trade secrets?

        Yes    ____

        No     ____

*If your answer is "yes," then answer Question 43.*

*If your answer is "no," then answer Question 44.*

43.    Was Mr. Larian's misappropriation of Mattel Mexico's trade secrets willful and malicious?

        Yes    ____

        No     ____

44.    Is MGA liable to Mattel Mexico for misappropriation of trade secrets?

        Yes    ____

        No     ____

*If your answer is "yes," then answer Question 45.*

*If your answer is "no," then answer Question 46.*

45.    Was MGA's misappropriation of  Mattel Mexico's trade secrets willful and malicious?

        Yes    ____

        No     ____

MATTEL'S PROPOSED VERDICT FORM

46.     Is MGA de Mexico liable to Mattel Mexico for misappropriation of trade secrets?

　　　　　　Yes     ____

　　　　　　No      ____


*If your answer is "yes," then answer Question 47.*

*If your answer is "no," then answer Question 48.*


47.     Was MGA de Mexico's misappropriation of Mattel Mexico's trade secrets willful and malicious?

　　　　　　Yes     ____

　　　　　　No      ____


48.     Is Carlos Gustavo Machado Gomez liable to Mattel Mexico for misappropriation of trade secrets?

　　　　　　Yes     ____

　　　　　　No      ____


*If your answer is "yes," then answer Question 49.*

*If your answer is "no," then answer Question 50.*


49.     Was Mr. Machado's misappropriation of Mattel Mexico's trade secrets willful and malicious?

　　　　　　Yes     ____

　　　　　　No      ____

**<u>Damages – Mattel Mexico's Claim for Misappropriation of Trade Secrets</u>**

50.     What amount of damages do you award to Mattel Mexico and against Mr. Larian for misappropriation of trade secrets, if any?

$_____

51.     What amount of damages do you award to Mattel Mexico and against MGA for misappropriation of trade secrets, if any?

$_____

52.     What amount of damages do you award to Mattel Mexico and against MGA de Mexico for misappropriation of trade secrets, if any?

$_____

53.     What amount of damages do you award to Mattel Mexico and against Mr. Machado for misappropriation of trade secrets, if any?

$_____

# MGA'S CLAIMS

## MGA's Claim for Misappropriation of Trade Secrets

54.   Is Mattel liable to MGA for misappropriation of trade secrets?

Yes   ____

No   ____

*If your answer is "yes," then answer Question 55.*

*If your answer is "no," then answer Question 56.*

55.   Was Mattel's misappropriation of MGA's trade secrets willful and malicious?

Yes   ____

No   ____

MATTEL'S PROPOSED VERDICT FORM

## **<u>Damages -- MGA's Claim for Misappropriation of Trade Secrets</u>**

56.     What amount of damages do you award to MGA and against Mattel for misappropriation of MGA's trade secrets, if any?

$\$$_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED:  _____, 2011

_____
                                                      Jury Foreperson