ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No.  CV 04-9049-DOC (RNBx) |
| Plaintiff, | **MGA PARTIES' PROPOSED VOIR DIRE BY THE COURT** |
| v. | |
| MATTEL, INC., a Delaware corporation, | Jury Selection: January 13, 2011 |
| Defendant. | Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

1        The MGA Parties submit the following questions to be posed by the Court

2  in its examination of prospective jurors.

3

4  Dated:    January 12, 2011       Respectfully submitted,

5                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

6                                          By:      */s/ Thomas S. McConville*

7                                                        Thomas S. McConville

8                                          Attorneys for MGA Parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MGA PARTIES' PROPOSED VOIR DIRE QUESTIONS
TO BE PROPOUNDED BY THE COURT**

**I.   FAMILIARITY WITH THE ATTORNEYS OR WITNESSES**

1.   I know that the list of names at the end of the questionnaire was quite long, but it is important that the parties know that you read it carefully.  It included the names of the parties, the lawyers, the law firms, and potential witnesses involved in the case.  Is there anyone who did not read the entire list of names or did not tell us if you know anyone on the list?

**II.   MATTEL AND MGA**

2.   The parties in this case are involved in the design and manufacturing of toys, including fashion dolls.

a.   Do you have any opinions about large toy companies?  If yes, please explain.

b.   What experiences, if any, have you had with the toy or fashion doll industry?

c.   Would any of your opinions or experiences affect your ability to be an entirely fair and impartial juror in this case?

**III.   EMPLOYMENT EXPERIENCES AND OPINIONS**

3.   The questionnaire that you filled out asked you to tell us your job or occupation, but it did not ask you who you work for.  If you are employed, what organization or company do you work for?

a.   How long have you worked there?

b.   If you are not employed now, what organization or company did you last work for?  How long did you work there?

4.   If you are married or living with a partner, what organization or company does he or she work for?

a.  How long has he or she worked there?

b.  If your spouse or partner is not employed now, what organization or company did he or she last work for?  How long did he or she work there?

5.  If any other adult is living in your home that you did not mention in your questionnaire, what is the person's relationship to you, what is the person's occupation, and who is his or her employer?

6.  If you are a student, where do you attend school?  What is your major course of study?

7.  If you, your spouse or partner, or a family member has ever owned or run a business, please tell us:

a.  Your/their role in the company?

b.  Your title or their title?

c.  The number of employees?

d.  Is the business operating today?  If not, when did it stop?

e.  Did you have written agreements with the people who worked at the business?  If yes, what kinds of things did the agreement cover?  How long was the agreement in effect?  Did you give a copy of the agreement to the employee to keep?

f.  Did you, your spouse/partner, or family member ever accuse someone of trying to interfere with your/their business?

g.  Did the business have products, technology, or other information that was considered to be confidential or proprietary?  If yes, explain.

h.  Did an employee ever take something from the business that was inappropriate or wrong to take?  If yes, please explain?

i.  Did an employee ever leave the business to go to work for a competitor?  If yes, what happened?

j.  Did you, your spouse/partner, or family member ever hire someone from another company in the same industry?  If yes, did you have any policy

1   about what the employee could bring with him or her to your company? Did
2   any employee ever violate the policy?

3   8.   Have you ever held a management position?  If yes, explain.

4        a.   How many employees do/did you manage?

5        b.   Do/did your responsibilities include hiring, firing or evaluating other
6        employees?

7        c.   Have you ever recommended that someone be demoted, fired,
8        transferred, laid off, or asked to leave their job?  If yes, please explain.

9   9.   Have you or someone close to you ever been an officer or a director of a
10       corporation?  If yes, which corporations and when?

11  10.  Do you hold any prejudgments or assumptions that employees who leave one
12       employer for another will take something with them that they are not
13       supposed to take?  What is your opinion based on?

14  11.  Have you or someone close to you ever been accused of treating an employee
15       or coworker unfairly?  If yes, please explain.

16  12.  Have you ever asked an employee to sign an employment agreement or a
17       non-disclosure or confidentiality agreement?  If yes, explain.

18  13.  Have you ever been in a position where you asked employees to turn over to
19       the company the rights to anything they designed, wrote, invented or
20       otherwise created?

21  14.  Do you have any views against a company hiring employees away from a
22       competitor in the same industry?  What is your opinion based on?

23  15.  Do you have any views against former colleagues or coworkers staying in
24       contact with one another after they no longer work for the same employer?

25

26  **IV.   GENERAL BACKGROUND**

27  16.  Have you, or has a family member, ever lived or worked outside of the
28       United States?  If yes, please explain where, when, and what the

- 4 -

1  circumstances were?

2  17.  Several prospective jurors said that language might be a problem for if they

3  were to serve as a juror in this case.  If English is not your first language and

4  if you feel that could create a difficulty for you as a juror, would you raise

5  your hand?

6  a.  What is your first language?  Do you speak (prospective juror's first

7  language) in the home, at work, or where you shop?  How long have you

8  lived in the United States?

9  18.  Have you or your spouse or partner ever served in the military?  If yes:

10  a.  Who served?

11  b.  Which branch of the military?

12  c.  What dates did you or they serve?

13  d.  What rank did you or they have?

14  19.  Do you consider yourself to be an expert on any subject that was not asked

15  about in the questionnaire?  If yes, please explain.

16

17  **V.  EXPERIENCES AND ATTITUDES RELATED TO LAW, LITIGATION, AND THE COURTS**

18

19  20.  Do you know any lawyers, judges, private investigators, or people who work

20  in the courts?  If yes, explain their position and their relationship to you.

21  21.  Have you or someone close to you ever been involved in a lawsuit as a

22  witness?  If yes:

23  a.  What kind of case was it?

24  b.  When did this occur?

25  c.  Were you deposed?

26  d.  Was there a trial?

27  e.  How did this experience affect your opinion of the legal system?

28  f.  Is there anything about that experience that would affect your ability to

MGA PARTIES' PROPOSED VOIR DIRE
BY THE COURT
CV 04-9049 DOC (RNBx)

1    be an entirely impartial juror in this case to both sides?

2    22.    Do you have an opinion of lawsuits that would affect your ability to be an

3           entirely fair and impartial juror in this case?  If yes, explain.

4    23.    Do you have an opinion about the damages awarded in lawsuits that would

5           affect your ability to be an entirely fair and impartial juror in this case?  If

6           yes, explain.

7    24.    Would you have any difficulty awarding money damages to MGA, against

8           Mattel, if the evidence and the law supported it?

9    25.    Will you follow and apply the law that I explain to you whether you agree

10          with the law or not?

11

12   **VI.    CONTRACTS AND BUSINESS**

13   26.    Have you ever entered into a formal contract or agreement before?  If yes:

14          a.    How many times?

15          b.    Did you negotiate the contract terms yourself?

16          c.    What was the nature of the contracts or agreements?

17   27.    Have you ever accused someone of breaking a contract or an important

18          agreement?  If yes, what happened?

19   28.    Have you ever been involved in resolving or settling a dispute between

20          parties to a contract or business agreement?  If yes, please explain.

21   29.    Have you ever felt that someone caused you to suffer financially?  If yes,

22          explain.

23

24   **VII.   COPYRIGHT / TRADE SECRETS**

25   30.    Have you ever worked for a company that applied for or received patents,

26          trademarks or copyrights?  If yes, explain.

27          a.    Did your job involve working with the patents, trademarks or

28          copyrights?  If yes, explain.

- 6 -

31.   Have you or someone close to you ever been involved in a dispute over a patent, trademark or copyright?

## VIII.   FINAL QUESTIONS

32.   Do you write on any blogs, or use any social networking sites such as MySpace, Facebook, or Twitter?  If yes:

    a.   Which sites do you use and how frequently do you use them?

    b.   Will it be difficult for you to avoid doing any of your own research about this case or cases like it, on the Internet or anywhere else?  Do you have any doubts at all?

33.   Do you believe that you could serve as a completely fair and impartial juror in this case without any reservation?

34.   Is there anything else that you wish to tell the Court that might affect your ability to serve as a juror in this case?

35.   Has anything occurred during this question and answer period that makes you doubt that you would be completely fair and impartial in this case?  If there is, it is your duty to tell the Court at this time.

///

///