ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA PARTIES' MOTION *IN LIMINE* NO. 42 TO EXCLUDE EXS. 293, 391, 476 AND 1326**<br><br>Trial Date: January 18, 2011<br>Dept.: Courtroom 9D<br>Judge: Hon. David O. Carter |

I, Annette L. Hurst, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit A is a true and correct copy of excerpts of the Reporter's Transcript of Jury Trial Proceedings in *Mattel, Inc. v. MGA Entertainment, Inc., et al.* (C.D. Cal. No. 04-9049 June 17, 2008 A.M.) (Carter Bryant testimony).

3. Attached as Exhibit B is a true and correct copy of excerpts of Reporter's Transcript of Jury Trial Proceedings in *Mattel, Inc. v. MGA Entertainment, Inc., et al.* (C.D. Cal. No. 04-9049 May 27, 2008 P.M.) (Ivy Ross testimony).

4. Attached as Exhibit C is a true and correct copy of excerpts of the Reporter's Transcript of Jury Trial Proceedings in *Mattel, Inc. v. MGA Entertainment, Inc., et al.* (C.D. Cal. No. 04-9049 May 28, 2008 P.M.) (Liliana Martinez testimony).

5. Attached as Exhibit D is a true and correct copy of excerpts of the deposition of Elise Cloonan, taken December 14, 2007, in *Mattel, Inc. v. MGA Entertainment, Inc., et al.* (C.D. Cal. No. 04-9049).

6. Attached as Exhibit E is a true and correct copy of excerpts of the deposition of Ann Driskill, taken July 12, 2007, in *Mattel, Inc. v. MGA Entertainment, Inc., et al.* (C.D. Cal. No. 04-9049).

7. Attached as Exhibit F is a true and correct copy of excerpts of the Reporter's Transcript of Jury Trial Proceedings in *Mattel, Inc. v. MGA Entertainment, Inc., et al.* (C.D. Cal. No. 04-9049 May 29, 2008 P.M.) (Paula

1  Garcia testimony).

2  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed this 13th day of January, 2011 at Irvine, California.

                  */s/ Annette L. Hurst*
                    Annette L. Hurst