# Exhibit A

```
                UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA

                      EASTERN DIVISION

                          - - -

        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

                          - - -

MATTEL, INC.,                  )
                               )
              PLAINTIFF,       )
                               )
         VS.                   )   NO. CV 04-09049
                               )
MGA ENTERTAINMENT, INC., ET. AL., )
                               )
              DEFENDANTS.      )   TRIAL DAY 14
_____)   MORNING SESSION
AND CONSOLIDATED ACTIONS,      )   PAGES 2708-2817
                               )


       REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

                    RIVERSIDE, CALIFORNIA

                   TUESDAY, JUNE 17, 2008

                         8:47 A.M.




                 THERESA A. LANZA, RPR, CSR
              FEDERAL OFFICIAL COURT REPORTER
                 3470 12TH STREET, RM. 134
                RIVERSIDE, CALIFORNIA  92501
                       951-274-0844
                   WWW.THERESALANZA.COM
```

CERTIFIED COPY

| | | |
|---|---|---|
| 1 | Q    WHAT DOES "THE SKIPPER DOLL" REFER TO?  WHAT DOES THAT | |
| 2 | MEAN TO YOU WHEN YOU SEE "THE SKIPPER DOLL"? | |
| 3 | A    WELL, I'M ASSUMING THAT THEY WERE TALKING ABOUT THE NEW | |
| 4 | ONE, THE NEW SKIPPER DOLL. | |
| 5 | Q    AND THAT'S BARBIE'S LITTLE SISTER; IS THAT RIGHT? | 10:23 |
| 6 | A    SOMETHING LIKE THAT, YES. | |
| 7 | Q    LET ME SHOW YOU WHAT'S MARKED AS EXHIBIT 1326 FOR | |
| 8 | IDENTIFICATION. | |
| 9 | DO YOU HAVE THAT, MR. BRYANT? | |
| 10 | A    YES. | 10:24 |
| 11 | Q    DO YOU RECALL EXHIBIT 1326 IS SORT OF A SEATING DIAGRAM AT | |
| 12 | MATTEL THAT YOU WERE SHOWN AT YOUR DEPOSITION? | |
| 13 | A    YES. | |
| 14 | Q    AND YOU WERE ASKED TO LOOK AT IT AND IDENTIFY WHERE IT WAS | |
| 15 | THAT YOU SAT WHEN YOU STARTED WORKING FOR MATTEL AGAIN IN | 10:25 |
| 16 | JANUARY OF '99. | |
| 17 | A    YES. | |
| 18 | Q    AND THIS IS A DRAWING WHERE YOU HAD INDICATED WHERE, IN | |
| 19 | FACT, YOU SAT; CORRECT? | |
| 20 | A    YES. | 10:25 |
| 21 | **MR. PRICE:**  YOUR HONOR, I'LL MOVE EXHIBIT 1326 INTO | |
| 22 | EVIDENCE. | |
| 23 | **MR. NOLAN:**  NO OBJECTION. | |
| 24 | **THE COURT:**  ADMITTED. | |
| 25 | YOU MAY PUBLISH. | 10:25 |

TUESDAY, JUNE 17, 2008              TRIAL DAY 14, MORNING SESSION

Exhibit A - Page 5

2766

```
 1            (EXHIBIT 1326 RECEIVED.)
 2    BY MR. PRICE:
 3    Q    IF YOU CAN SEE THE FIRST PAGE, THIS AREA HERE, YOU SEE
 4    THERE'S AN AREA THERE THAT HAS YOUR NAME ON IT; CORRECT?
 5    A    RIGHT.                                                          10:25
 6    Q    AND THE NAMES NEAR YOU HAVE BEEN BLANKED OUT; CORRECT?
 7    A    I SUPPOSE SO.
 8    Q    SO THAT DIDN'T INFLUENCE YOUR SHOWING US WHERE IT WAS THAT
 9    YOU SAT; CORRECT?
10    A    NO.                                                             10:26
11    Q    IS MY STATEMENT CORRECT?
12    A    YES, YOUR STATEMENT IS CORRECT.
13    Q    AND WHEN YOU SAW THIS, YOU IDENTIFIED THAT YOU WERE SEATED
14    HERE, WHERE IT SAYS "4".
15         DO YOU SEE THAT?                                                10:26
16    A    RIGHT.
17    Q    AND IS IT TRUE THAT YOUR TESTIMONY WAS THAT YOU DIDN'T
18    HAVE ANY RECOLLECTION AS TO WHO SAT ON EITHER SIDE OF YOU?
19    A    NO.  I MEAN, NOT A DEFINITE RECOLLECTION.
20    Q    PARDON?                                                         10:26
21    A    NOT A DEFINITE RECOLLECTION, NO.
22    Q    I'LL SHOW YOU WHAT'S BEEN MARKED AS EXHIBIT 27 FOR
23    IDENTIFICATION.
24         MR. PRICE:  AND I HAVE A COPY FOR THE COURT AS WELL.
25         THE COURT:  VERY WELL.                                          10:27
```

TUESDAY, JUNE 17, 2008                    TRIAL DAY 14, MORNING SESSION

Exhibit A - Page 6

| | | |
|---|---|---|
| 1 | Q   DID YOU HAVE, DURING THE SAME PERIOD OF TIME, ANY CONCERNS | |
| 2 | THAT OTHERS WOULD HAVE ACCESS TO THAT IF THEY LOOKED AT YOUR | |
| 3 | LAPTOP COMPUTER? | |
| 4 | A   YES. | |
| 5 | Q   I WANT TO GO KIND OF IN REVERSE ORDER FOR JUST A MOMENT. | 11:20 |
| 6 | IF YOU DON'T MIND, I WANT TO GO TO A DIAGRAM THAT MR. PRICE | |
| 7 | SHOWED ON THE SCREEN JUST SHORTLY BEFORE HE RESTED, AND IT'S | |
| 8 | EXHIBIT 1326.  THIS IS A SEATING CHART. | |
| 9 |       DO YOU REMEMBER THIS? | |
| 10 | A   YES. | 11:20 |
| 11 | Q   THIS WAS A SEATING CHART THAT WAS SHOWN AT YOUR | |
| 12 | DEPOSITION; IS THAT CORRECT? | |
| 13 | A   YES, I BELIEVE SO. | |
| 14 | Q   AND REMEMBER THAT MR. PRICE POINTED OUT TO YOU THAT IN | |
| 15 | CERTAIN AREAS, THE NAMES OF EMPLOYEES ASSIGNED TO THOSE | 11:21 |
| 16 | CUBICLES HAD BEEN REMOVED; CORRECT? | |
| 17 | A   YES. | |
| 18 | Q   NOW, YOU DIDN'T REMOVE THOSE NAMES, DID YOU? | |
| 19 | A   NO. | |
| 20 | Q   SO MR. PRICE ASKED YOU TO LOOK WHERE YOUR NAME IS, "CARTER | 11:21 |
| 21 | BRYANT"; DO YOU SEE THAT? | |
| 22 | A   YES. | |
| 23 |       **MR. PRICE:**  OBJECTION.  THAT'S NOT WHAT I ASKED. | |
| 24 |       **THE COURT:**  OVERRULED. | |
| 25 | / / / | |

TUESDAY, JUNE 17, 2008                TRIAL DAY 14, MORNING SESSION

2789

```
 1  BY MR. NOLAN:
 2  Q    DO YOU SEE WHERE I'VE CIRCLED NUMBER FOUR?
 3  A    YES.
 4  Q    I GUESS MY QUESTION IS, DID YOU PUT NUMBER FOUR THERE, AT
 5  YOUR DEPOSITION?                                                  11:21
 6  A    I DON'T REMEMBER.
 7  Q    OKAY.  BUT DO YOU SEE THERE'S A CB-1, A CB-2, A CB-3, AND
 8  A CB-4?
 9  A    YES.
10  Q    AND DO YOU REMEMBER THAT AT YOUR DEPOSITION, YOU MARKED     11:22
11  EACH ONE OF THOSE AS PLACES THAT YOU HAD SAT AT VARIOUS TIMES
12  OF YOUR EMPLOYMENT AT MATTEL?
13  A    I THINK SO, YES.
14  Q    OKAY.
15       AND DO YOU RECALL THAT WITH RESPECT TO NUMBER FOUR,         11:22
16  WHERE IT'S THE ONLY CUBICLE WITH YOUR NAME ON IT, DO YOU SEE
17  THAT?
18  A    YES.
19  Q    DO YOU RECALL TESTIFYING THAT YOU BELIEVED THAT YOU SAT AT
20  THAT LOCATION FOR ONLY ABOUT TWO MONTHS?                         11:22
21  A    YES.
22  Q    DO YOU EVER RECALL WHILE EMPLOYED AT MATTEL EVER SITTING
23  NEXT TO A WOMAN NAMED PAULA TREANTAFELLES GARCIA?
24  A    ABSOLUTELY NOT.
25  Q    DID YOU EVEN KNOW A WOMAN BY THE NAME OF                    11:22
```

TUESDAY, JUNE 17, 2008          TRIAL DAY 14, MORNING SESSION

Exhibit A - Page 8

```
 1  PAULA TREANTAFELLES GARCIA WHILE YOU WERE EMPLOYED AT MATTEL?
 2  A    NO.
 3  Q    I WANT TO GO TO THE CONTRACT THAT'S AT ISSUE IN THIS CASE,
 4  AND THAT'S THE ONE THAT YOU SIGNED IN 1999.
 5            COULD I HAVE EXHIBIT NUMBER 25 ON THE SCREEN.              11:23
 6            THIS IS IN EVIDENCE, YOUR HONOR.
 7            THE COURT:  VERY WELL.
 8  BY MR. NOLAN:
 9  Q    YOU WERE ASKED A SERIES OF QUESTIONS BY MR. PRICE DURING
10  HIS EXAMINATION.  DO YOU RECALL THAT?                                11:23
11  A    YES.
12  Q    AND JUST TO ORIENT ALL OF US, WE HAVE THE SIGNATURE ON THE
13  BOTTOM OF THAT CONTRACT, AND IT'S DATED 01/04/1999; CORRECT?
14  A    YES.
15  Q    AND THAT'S THE CONTRACT THAT YOU SIGNED WHEN YOU CAME BACK      11:23
16  TO MATTEL THE SECOND TIME; YES?
17  A    YES.
18  Q    RIGHT.
19            MR. PRICE ASKED YOU TO TAKE A LOOK AT I THINK IT WAS
20  PARAGRAPH TWO; THIS IS OWNERSHIP OF INVENTIONS.                      11:23
21            DO YOU SEE THAT?
22  A    YES.
23  Q    SO IF I COULD READ THIS FOR YOU, IT SAYS "I AGREE TO
24  COMMUNICATE TO THE COMPANY AS PROMPTLY AND FULLY AS PRACTICABLE
25  ALL INVENTIONS AS DEFINED BELOW, CONCEIVED OR REDUCED TO             11:24
```

TUESDAY, JUNE 17, 2008              TRIAL DAY 14, MORNING SESSION

```
 1
 2
 3                              CERTIFICATE
 4

 5   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
 6   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE
     ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
 7   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.
 8
 9        /s/ Theresa A. Lanza                    6-18-08
10        THERESA A. LANZA, RPR, CSR                DATE
          OFFICIAL COURT REPORTER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TUESDAY, JUNE 17, 2008                TRIAL DAY 14, MORNING SESSION