# Exhibit B

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                                ---

 4        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 5                                ---

 6   MATTEL, INC.,                  :   PAGES 200 - 339
                                    :
 7            PLAINTIFF,            :
                                    :
 8       VS.                        :   NO. ED CV04-09049-SGL
                                    :   [CONSOLIDATED WITH
 9   MGA ENTERTAINMENT, INC.,       :   CV04-9059 & CV05-2727]
     ET AL.,                        :
10                                  :
              DEFENDANTS.           :
11

12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   RIVERSIDE, CALIFORNIA

17                  TUESDAY, MAY 27, 2008

18                   JURY TRIAL - DAY 2

19                   AFTERNOON SESSION

20

21

22                              MARK SCHWEITZER, CSR, RPR, CRR
                                OFFICIAL COURT REPORTER
23                              UNITED STATES DISTRICT COURT
                                181-H ROYBAL FEDERAL BUILDING
24                              255 EAST TEMPLE STREET
                                LOS ANGELES, CALIFORNIA 90012
25                              (213) 663-3494
```

CERTIFIED COPY

1  opportunity, and everyone was open to participating in these
2  new brand exercises.
3  Q.  Now, were all these talented people, the designers and
4  people who worked on dolls, did they work at a particular
5  location?
6  A.  Well, we all worked in the design center, both girls'
7  toys and boys' toys.
8  Q.  Where is the design center?
9  A.  I don't remember the exact address.
10 Q.  What city?
11 A.  El Segundo.
12 Q.  And how many people, roughly, worked there?
13 A.  I think about 500.
14 Q.  And can you describe for the jury who these people are
15 who work at the design center?
16 A.  Well, we had -- there were either designers -- it was
17 more than designers.  It's the kind of complement of team
18 that I described earlier:  Sculptors, face painters,
19 industrial designers, model shop, fashion designers, both
20 working the girls' division as well as the boys' division.
21 So there were certain areas that we shared, like the model
22 shop boys and girls shared.  But otherwise, pretty much the
23 boys' area and girls' area were separate all in this big huge
24 open airplane hanger.
25 Q.  Do you mean literally an airplane hanger?

1   A.   I think it was an airplane hanger.

2   Q.   There's a binder in front of that you has some tabs, and

3   I'll ask you if you would, please, turn to tab 13541.

4        And my question to you, when you've found that, is

5   going to be whether you can identify that image there?

6   A.   Yes.  That's the entrance to the design center.

7   Q.   Is that a true and correct copy of what the entrance

8   looks like?

9   A.   Yep.

10             MR. QUINN:  I'd offer Exhibit 13541-1, your Honor.

11             THE COURT:  Any objection?

12             MR. NOLAN:  No objection.

13             THE COURT:  Admitted.

14             **(Exhibit 13541-1 received.)**

15             THE COURT:  You may publish.

16             MR. QUINN:  Thank you, your Honor.

17  Q.   That's the main entrance to the design center?

18  A.   Correct.

19  Q.   If you'd look at Exhibit 293, tab 293 rather, in your

20  book.  And my question for you is going to be whether you can

21  identify that.

22  A.   It appears to be one of our floor plans for the design

23  center.

24             MR. QUINN:  And I'd offer that as well.

25             MR. NOLAN:  No objection.

1  tomorrow morning at 8:30.

2

3          (Proceedings concluded at 5:05 P.M.)

4

5

6

7

8

9

10

11

12                    C E R T I F I C A T E

13

14

15       I hereby certify that pursuant to Title 28,

16  Section 753 United States Code, the foregoing is a true and

17  correct transcript of the stenographically reported

18  proceedings in the above matter.

19       Certified on May 27, 2008.

20

21       _____

22       MARK SCHWEITZER, CSR, RPR, CRR
         Official Court Reporter
23       License No. 10514

24

25

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                               ---

 4         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 5                               ---

 6   MATTEL, INC.,                  :  PAGES 340 - 450
                                    :
 7            PLAINTIFF,             :
                                    :
 8      VS.                          :  NO. ED CV04-09049-SGL
                                    :  [CONSOLIDATED WITH
 9   MGA ENTERTAINMENT, INC.,        :  CV04-9059 & CV05-2727]
     ET AL.,                         :
10                                   :
              DEFENDANTS.            :
11   _____:

12

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   RIVERSIDE, CALIFORNIA

17                 WEDNESDAY, MAY 28, 2008

18                   JURY TRIAL - DAY 3

19                    MORNING SESSION

20

21

22                              MARK SCHWEITZER, CSR, RPR, CRR
         CERTIFIED              OFFICIAL COURT REPORTER
23         COPY                 UNITED STATES DISTRICT COURT
                                181-H ROYBAL FEDERAL BUILDING
24                              255 EAST TEMPLE STREET
                                LOS ANGELES, CALIFORNIA 90012
25                              (213) 663-3494
```

1  A.   Correct.
2  Q.   When you came to work at Mattel and signed your
3  confidentiality agreement, did you assign your ideas and
4  concepts to any of your jewelry or toy cars that you had
5  designed?
6  A.   No, because they were done way before I had come to
7  Mattel, and they were not, for example, when I say toy car,
8  it was a museum gallery exhibition piece. They were hundreds
9  of dollars.
10 Q.   Well, is the reason why in your opinion that Mattel
11 doesn't own the ideas because you did them a long time ago or
12 before you started your employment with Mattel?
13 A.   Before I started my employment with Mattel.
14 Q.   So that if Carter Bryant developed the idea and concept
15 for Bratz before he was employed by Mattel on January 4th,
16 1999, by signing his employment agreement at Mattel, he did
17 not automatically transfer that idea and concept to Mattel;
18 correct?
19 A.   Correct. I guess I would have to understand what
20 started that concept really means, but if he created it prior
21 to coming to Mattel, my understanding is that Mattel doesn't
22 own it.
23 Q.   You still have a black notebook. I wanted to go to the
24 floor plan we were talking about yesterday, this is
25 Exhibit 193. And I believe --

```
 1            Aaron, could I have this on the screen?
 2            And you're going to the larger version of it, which
 3   is fine.
 4   A.   I can't read the smaller version.
 5   Q.   Nor can I.  I don't know if I can even read the large
 6   one.  But here's my point.  What is this document, if you
 7   know?
 8   A.   What is this document?  It is one of the many floor
 9   plans from the design center.
10   Q.   And who prepared it?
11   A.   Usually facilities prepares it.
12   Q.   Do you know if Mattel facilities prepared that version?
13   A.   I can only assume.
14   Q.   And what is the basis for your assumption?
15   A.   Because it looks like the floor plans that I used to
16   review all the time, and that's what prepared the ones I
17   would review.
18   Q.   Do you know what year that floor plan represents?
19   A.   No, I do not.  It might be here.  No, I don't see it.
20   Oh, yes.  It says '90- -- I can't read it.  It's either
21   '98 -- I can't read it.  It has a date, Christy Smith, who I
22   think was in facilities, and then it says revised '99 maybe.
23   It's hard to read.
24   Q.   But without -- simply by looking at it, can you tell the
25   jury whether or not the seat assignments that are indicated
```

1   on that floor chart was in fact accurate or is in fact
2   accurate?
3   A.   At that particular time, I can't say at that particular
4   time.  I can't remember the exact -- things would say.  So I
5   can't say at that particular time, but I recognize it as one
6   of the floor plans while I was there.
7   Q.   So would it be fair to say that you don't even know
8   whether or not you actually saw this particular version of
9   the floor plan while you were at Mattel?
10  A.   Whether I reviewed this piece of paper?
11  Q.   Yes.
12  A.   No, I cannot say whether I reviewed this piece of paper.
13  I can say that the way this floor plan was laid out is one in
14  which, when I worked there, is familiar to me.
15  Q.   So the import of your testimony with respect to this
16  floor plan is that it generally displays how bull pens and
17  work centers were set out in the design center; correct?
18  A.   Correct.  And I recognize some of the names.  I know
19  that my office was where I said it is, and there are a few
20  people who I know were where they were.  But I'm not -- I
21  haven't scrutinized every single name, nor could I read it.
22  Q.   Would it be possible, or is it reasonable for you to say
23  that you knew exactly where any particular person was working
24  within the design center at any time?
25  A.   No, that would be unreasonable.

450

1     (WHEREUPON THE JURY WITHDRAWS.)

2          THE COURT: Counsel, please be seated. I'd like to
3    see counsel back here at 1:15 to take up the discovery
4    matter. Are there any other matters that we need to take up
5    this afternoon from counsel's perspective? Mr. Nolan?

6          MR. NOLAN: Not for MGA.

7          THE COURT: Mr. Quinn?

8          MR. QUINN: No, your Honor.

9          THE COURT: Very well. I'll see you at 1:15.

10

11          (Lunch recess taken at 12:00 P.M.)

12

13                    C E R T I F I C A T E

14

15

16          I hereby certify that pursuant to Title 28,
17   Section 753 United States Code, the foregoing is a true and
18   correct transcript of the stenographically reported
19   proceedings in the above matter.
20          Certified on May 28, 2008.

21

22                    *Mark Schweitzer* (signature)
23                    _____
                      MARK SCHWEITZER, CSR, RPR, CRR
                      Official Court Reporter
24                    License No. 10514

25