# Exhibit C

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                         EASTERN DIVISION

 4                              - - -

 5         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                              - - -

 7   MATTEL, INC.,                    ) PAGES 451-577
                                      )
 8                      PLAINTIFF,    )
                                      )
 9           VS.                      ) NO. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, INC., ET. AL.,)
                                      )
11                      DEFENDANTS.   ) TRIAL DAY 3,
     _____) AFTERNOON SESSION
12   AND CONSOLIDATED ACTIONS,        )
     _____)
13

14

15       REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                    RIVERSIDE, CALIFORNIA

17                  WEDNESDAY, MAY 28, 2008

18                         1:18 P.M.

19

20

21

22

23              THERESA A. LANZA, RPR, CSR
              FEDERAL OFFICIAL COURT REPORTER
24                3470 12TH STREET, RM. 134
                RIVERSIDE, CALIFORNIA  92501
25                     951-274-0844
                   WWW.THERESALANZA.COM
```

CERTIFIED COPY

MAY 28TH, 2008                TRIAL DAY 3, AFTERNOON SESSION

Exhibit C - Page 20

```
 1  HEARD IVY SAY.
 2  Q    DO YOU KNOW WHAT YEAR THE CHART DEPICTS IN TERMS OF THE
 3  ORGANIZATION?
 4  A    THIS SAYS MARCH 8, '98, AND THEN -- WAIT -- IT SAYS
 5  REVISED, 1-5-99.                                                01:53
 6  Q    DO YOU KNOW WHETHER OR NOT CARTER BRYANT WAS WORKING FOR
 7  MATTEL IN MARCH OF 1998?
 8  A    I DON'T REMEMBER.
 9  Q    DID ANYBODY TELL YOU --
10  A    YOU SAID MARCH '98.                                        01:53
11       I DIDN'T START WORKING THERE UNTIL APRIL OF '98; SO I
12  WOULDN'T KNOW.
13  Q    IT SAYS IT WAS REVISED AS OF 9-5-98 [SIC], YOU SAID?
14  A    YEAH.
15  Q    DO YOU KNOW THE DATE THAT --                               01:54
16       MR. QUINN:  1999.
17       MR. NOLAN:  1999.  I APOLOGIZE.
18  BY MR. NOLAN:
19  Q    9-5-99; CORRECT?  IS THAT WHAT IT SAYS?
20  A    IT SAYS 1-5-99.                                            01:54
21  Q    1-5-99; CORRECT?  JANUARY 5, 1999?
22  A    YES.
23  Q    DO YOU KNOW WHAT DATE CARTER BRYANT CAME BACK TO WORK THE
24  SECOND TIME AT MATTEL?
25  A    NO, I DON'T.  I DON'T REMEMBER.                            01:54
```

MAY 28TH, 2008                TRIAL DAY 3, AFTERNOON SESSION

Exhibit C - Page 21

```
 1   Q    WHAT WAS YOUR UNDERSTANDING OF WHERE CARTER BRYANT'S

 2   OFFICE WAS?  WAS HE ASSIGNED TO BARBIE COLLECTIBLES?

 3   A    YEAH.  THE COLLECTOR DEPARTMENT AREA.

 4   Q    COULD YOU -- IF YOU HAVE THE PEN -- WE CAN BLOW THIS UP

 5   FOR YOU -- COULD YOU POINT TO THE AREA WHERE BARBIE                     01:55

 6   COLLECTIBLES DESIGNERS WERE SITTING.

 7   A    I THINK THE BARBIE COLLECTOR AREA IS AROUND HERE, THIS

 8   AREA.

 9   Q    YOU THINK THAT'S WHERE IT IS?

10   A    YEAH.                                                              01:55

11   Q    ARE YOU SURE OF THAT?

12   A    YEAH, THAT'S THE BARBIE COLLECTOR AREA.

13          MR. NOLAN:  CAN YOU GO UP TO THE TOP LEFT-HAND CORNER

14   AND BLOW THAT UP.

15   BY MR. NOLAN:

16   Q    I'VE HIGHLIGHTED THIS AREA, WHICH IS NOT IN THE AREA THAT

17   YOU WERE POINTING TO.

18          IT SAYS "COLLECTIBLE BARBIE."

19          DO YOU SEE THAT?

20   A    UH-HUH.                                                            01:56

21   Q    ISN'T THAT WHERE BARBIE COLLECTIBLES WERE?

22   A    AS I RECALL, SINCE I'VE BEEN WORKING THERE, THE AREA HAS

23   BEEN WHERE I SHOWED YOU.

24   Q    DO YOU HAVE ANY REASON, THEN, TO KNOW WHY BARBIE

25   COLLECTIBLES IS MARKED IN AN AREA THAT IT WAS NOT LOCATED AT AT         01:56
```

```
 1  MATTEL?
 2  A    I DON'T.
 3  Q    LET'S GO BACK DOWN TO WHERE YOU TOLD THE JURY YOU WERE
 4  SITTING, IF I MIGHT.
 5         LET'S GO BACK DOWN IN THIS AREA RIGHT HERE.             01:56
 6         NOW, YOU WOULD AGREE WITH ME THAT YOUR NAME DOES NOT
 7  APPEAR ON ANY OF THESE CUBICLES; CORRECT?
 8  A    RIGHT.
 9  Q    AND YOU SAID THAT YOU DO NOT KNOW MR. MCMAHON.
10  A    I SAID THAT, BUT, NO, I DON'T THINK I KNOW WHO THAT IS.   01:56
11  Q    DID YOU SAY YOU WERE A TEMP AT THIS TIME?
12  A    AT WHAT TIME?
13  Q    AT ONE TIME.
14         BUT YOU DON'T KNOW WHETHER OR NOT YOU WERE A TEMP AT
15  THE PARTICULAR TIME DEPICTED IN THIS.                          01:56
16  A    NO, I DON'T KNOW.
17  Q    AND THEN YOU HAVE IDENTIFIED FOR US ON THIS CHART -- TWO
18  CUBICLES OVER, WHERE IT SAYS "GOODMAN."
19         DO YOU SEE THAT?
20  A    YES.                                                      01:57
21  Q    DO YOU KNOW AN EMPLOYEE BY THE NAME OF GOODMAN?
22  A    IT SOUNDS FAMILIAR, BUT I DON'T REMEMBER.
23  Q    NOW, THE WORK TABLE -- AND I BELIEVE AT YOUR DEPOSITION
24  YOU MAY HAVE MARKED IT.
25         DO YOU SEE THOSE TWO TT'S, TOON TEENS?                  01:57
```

MAY 28TH, 2008                TRIAL DAY 3, AFTERNOON SESSION

Exhibit C - Page 23

```
 1  Q    AND WITH RESPECT TO THE HAIR VENDOR, IN SEPTEMBER HE
 2  ACTUALLY CONTACTED THE HAIR VENDOR ON YOUR BEHALF TO TALK ABOUT
 3  WHAT HAIR TO USE FOR THE BRATZ DOLLS; CORRECT?
 4  A    HE CONTACTED THE SARAN HAIR MATERIAL MANUFACTURER, BUT NOT
 5  THROUGH MY REQUEST; THAT WAS HIS DECISION.                          05:00
 6  Q    SO YOU DIDN'T KNOW HE WAS ACTUALLY GOING OUT AND FINDING
 7  THE HAIR VENDOR THAT YOU WOULD THEN RECOMMEND TO HONG KONG?
 8  A    IT'S MY MEMORY THAT I ONLY ASKED HIM FOR HIS
 9  RECOMMENDATION.
10          THE COURT:  MR. PRICE, WE'RE AT THE END OF THE DAY.         05:00
11          THE JURY IS EXCUSED FOR THIS EVENING. REMEMBER THE
12  ADMONITION NOT TO DISCUSS THIS CASE OR RESEARCH OR READ
13  ANYTHING ABOUT IT.
14          I'LL SEE YOU BACK TOMORROW MORNING AT 9:00.
15          (WHEREUPON JURORS DEPART COURTROOM.)                        05:01
16          THE COURT:  COUNSEL, I'LL SEE YOU TOMORROW MORNING AT
17  8:30.  WE'RE IN RECESS FOR THE DAY.
```

                              CERTIFICATE

I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____                    5-29-08
THERESA A. LANZA, RPR, CSR                   DATE
FEDERAL OFFICIAL COURT REPORTER

MAY 28TH, 2008                      TRIAL DAY 3, AFTERNOON SESSION

Exhibit C - Page 24