# Exhibit D

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT,  AN INDIVIDUAL,   )
                                                  )
                PLAINTIFF,   )
                                                  )
      V.                                )        NO.  CV 04-9040 SGL (RNBX)
                                                  )
MATTEL, INC., A DELAWARE   )
CORPORATION,   )
                                                  )
           DEFENDANTS.   )
                                               )
_____)
                                               )
AND CONSOLIDATED ACTION (S).   )
_____)

# C O N F I D E N T I A L

**(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)**

# DEPOSITION OF ELISE CLOONAN

# DECEMBER 14, 2007



**REPORTED BY:**
RENEE PACHECO
CSR NO.  11564
JOB NO. 07AE756-RP

COURT REPORTERS
515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

Page 224

1    MGA -- OR EXCUSE ME.  STRIKE THAT.

2              DID YOU EVER WORK WITH ANYONE THERE AT

3    MATTEL MEXICO?

4         A.    NO.

5         MR. MCFARLAND:  THE CHART I SEE.

6         MR. ZELLER:  THE CHART.

7         MR. MCFARLAND:  THE CHART.  WOW.  THAT WILL

8    KEEP US -- THAT WILL KEEP US HERE TILL 8:00.

9         MR. ZELLER:  HOPEFULLY NOT.

10        MR. MCFARLAND:  HOPEFULLY NOT.

11   BY MR. ZELLER:

12        Q.    WHAT I'M GOING TO SHOW YOU IS A LAYOUT.

13   THIS WAS PREVIOUSLY MARKED AS EXHIBIT 293.

14        A.    OKAY.  IT'S A SEATING CHART.

15        MR. MCFARLAND:  I CAN SHARE HERS.

16        MR. ZELLER:  AND, FOR THE RECORD, THIS BEARS

17   BATES NO. M 0013365.

18        THE DEPONENT:  OH, THIS IS AN OLD ONE.

19   BY MR. ZELLER:

20        Q.    GENERALLY SPEAKING, DO YOU RECOGNIZE

21   EXHIBIT 293 AS THE LAYOUT OF THE MATTEL DESIGN

22   CENTER AT A POINT?

23        A.    YES.

24        Q.    FOCUSING ON THAT TIME PERIOD IN 1999 AND

25   2000, WHEN YOU WERE WORKING AT MATTEL, DO YOU SEE

Page 225

1    ON THIS CHART WHERE YOU SAT?

2         MR. MCFARLAND:  I'M SORRY.  WHAT TIME PERIOD?

3    '99-2000?

4         MR. ZELLER:  CORRECT.

5         THE DEPONENT:  WHERE AM I?  WHERE'S THE COFFEE

6    MACHINE?  YES.

7    BY MR. ZELLER:

8         Q.    AND WHAT ARE YOU POINTING TO?

9         A.    MY NAME.

10        Q.    AND THAT IS TO THE LEFT --

11        A.    YES.

12        Q.    -- THE LEFT HALF OF THIS SEATING CHART?

13        A.    YES.

14        MR. MCFARLAND:  AND THAT'S AS TO THE '99-2000

15   TIME FRAME?

16        MR. ZELLER:  THAT'S RIGHT.

17        THE DEPONENT:  THIS IS WHEN I WAS IN JANET

18   UNALP'S GROUP.  DOWN TO YOUR RIGHT.  I'M SORRY.  TO

19   YOUR OTHER -- TO YOUR OTHER RIGHT.

20   BY MR. ZELLER:

21        Q.    MY OTHER RIGHT.

22        A.    SORRY.

23        Q.    AND THAT'S WHERE IT SAYS, JUST TO THE

24   RIGHT OF "MATTEL PH 4 -- PROPOSED," AND THEN IT

25   SAYS "OLSON A," AND THEN NEXT TO IT IS "CLOONAN E"?

Page 226

1          A.    YES.

2          Q.    AND "CLOONAN E" IS WHERE YOU SAT DURING

3    THAT TIME PERIOD?

4          A.    YES.

5          Q.    AND DID YOU SIT IN THAT -- THAT SPACE THE

6    ENTIRE 1999-2000 TIME PERIOD?

7          A.    I THINK SO.

8          Q.    IT'S YOUR BEST RECOLLECTION?

9          A.    YEAH.  I SAT THERE ALL OF '99.  I DON'T

10   REMEMBER WHEN I MOVED, BUT SOMEWHERE AROUND 2000,

11   2001 I DID MOVE.

12         Q.    IT WAS SOMETIME AFTER 1999?

13         A.    YES.  WHEN I TRANSFERRED INTO DEBBIE

14   MEYER'S GROUP, I MOVED.

15         Q.    AND THEN DIRECTING YOUR ATTENTION TO THE

16   MIDDLE PORTION, CLOSE TO THE FRONT OF THIS CHART,

17   YOU'LL SEE WHERE "BRYANT C" SHOWS UP?

18         A.    LET'S SEE, HE WAS -- I DON'T REMEMBER HIM

19   BEING ALL THE WAY OVER THERE, BUT I PROBABLY DIDN'T

20   TALK --

21         MR. MCFARLAND:  WAIT.

22         THE DEPONENT:  OKAY.

23         MR. MCFARLAND:  HE'S ASKING FOR YOUR

24   RECOLLECTION.

25              RIGHT?

Page 227

 1        MR. ZELLER:  WELL, I'M ASKING HER FIRST

 2   WHERE --

 3   BY MR. ZELLER:

 4        Q.    YOU SEE "BRYANT C"?

 5        A.    YEAH.  I DON'T REMEMBER HIM BEING OVER

 6   THERE.

 7        Q.    DO YOU HAVE A RECOLLECTION OF WHERE HE

 8   SAT IN 1999?

 9        A.    NO.

10        Q.    SO IT MIGHT HAVE BEEN THERE, MIGHT NOT,

11   YOU'RE NOT SURE?

12        MR. MCFARLAND:  MISSTATES HER TESTIMONY.

13        THE DEPONENT:  YES, I'M NOT SURE.

14   BY MR. ZELLER:

15        Q.    DO YOU RECALL CARTER MOVING AT ANY TIME

16   IN 1999, IN TERMS OF WHERE HIS CUBICLE SPACE WAS?

17        A.    I DON'T KNOW WHEN HE MOVED, BUT HE DID --

18   HE MOVED A COUPLE TIMES.

19        Q.    AND WAS THIS WHEN HE WAS IN COLLECTOR OR

20   IN MAIN LINE?

21        A.    I THOUGHT HE SAT SOMEWHERE ELSE WHEN HE

22   WAS IN MAIN LINE.  I THOUGHT HE WAS OVER CLOSER TO

23   US, BUT I COULD -- I --

24        Q.    LET ME TRY IT THIS WAY.  MAYBE IT'S A

25   LITTLE EASIER.

1

DECLARATION OF DEPONENT

2

3      I CERTIFY UNDER PENALTY OF PERJURY UNDER THE

4  LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING

5  IS TRUE AND CORRECT.

6

7

8  EXECUTED AT_____, ON_____

                  (PLACE)                    (DATE)

9

10

11      _____

                  (SIGNATURE OF DEPONENT)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

339