# Exhibit E

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

MATTEL, INC., A DELAWARE CORPORATION, )
)
        PLAINTIFF, )
)
  VS. ) NO. CV 04-9059
) NM(RNBX)
CARTER BRYANT, AN INDIVIDUAL; AND )
DOES 1 THROUGH 10, INCLUSIVE, )
)
        DEFENDANTS. )
_____)
CARTER BRYANT, ON BEHALF OF HIMSELF, )
ALL PRESENT AND FORMER EMPLOYEES OF )
MATTEL, INC., AND THE GENERAL PUBLIC, )
)
        COUNTER-CLAIMANT, )
)
  VS. )
)
MATTEL, INC., A DELAWARE CORPORATION,)
)
        COUNTER-DEFENDANT. )
_____)

<u>HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY</u>

<u>DEPOSITION OF ANN DRISKILL</u>

LOS ANGELES, CALIFORNIA

WEDNESDAY, DECEMBER 15, 2004

REPORTED BY:

BARBARA A. STAUFFER, RPR
CSR NO. 12282

JOB NO.
39820LMF

**LUDWIG KLEIN**
REPORTERS & VIDEO, INC.
10868 KLING STREET
TOLUCA LAKE, CALIFORNIA 91602
800.540.0681    FAX 818.508.6326
e-mail: lois@ludwigklein.com

Page 414

1         MS. TORRES:  Yes.
2         THE WITNESS:  I can't -- I can't remember
3   exactly when we had a big move that the entire group
4   moved.  It might have been right around there or
5   right before then.                                    04:07PM
6      Q.   Are you sitting generally in the same
7   place -- have you been sitting generally in the same
8   place since the big move that you recall?
9         MR. PROCTOR:  Vague and ambiguous.
10        THE WITNESS:  I've moved a few times but I    04:08PM
11  don't know what you mean by the general area.  I've
12  moved a few times.
13  BY MS. TORRES:
14     Q.   Have you moved more than -- well, do you
15  have an office?                                        04:08PM
16     A.   Yes.
17     Q.   Have you moved more than five offices down,
18  you know, in one direction or another?
19     A.   Some of my moves were that big, yes.
20     Q.   During the time that Carter Bryant worked in  04:08PM
21  your group where was the Collectibles group located
22  in the Design Center at Mattel?
23     A.   I know part of the time he worked there and
24  maybe the whole time it was where it is now.  My
25  office was different.  You want to know --            04:08PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 415

1       Q.    Yes.
2       A.    I don't know whether it's north, south, east
3  or west but it's close to the side dock area of the
4  design area.  I think it's close to the cafeteria,
5  close to the side dock, whatever that quadrant would    04:09PM
6  be.
7       Q.    And did Carter Bryant sit with the other
8  designers in Collectibles?
9       A.    Yes.
10      Q.    Did he sit with the other designers in        04:09PM
11 Collectibles the entire time that he was at Mattel
12 working in your group?
13      A.    You just mean his office?
14      Q.    His office or his cubicle.  His work area.
15      A.    I think so.                                   04:09PM
16      Q.    That's your best recollection?
17      A.    Yes.
18            (Deposition Exhibit 476 was marked
19       for identification and is annexed hereto.)
20 BY MS. TORRES:                                           04:09PM
21      Q.    I'd like to ask the court reporter to mark
22 as Exhibit 475 -- 476 a document -- well, a document
23 bearing Bates No. M 0013365 but I will represent
24 that it is not in the same form that it was produced
25 to us.  So we can put an X after that if that makes      04:10PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 416

1    it easier.
2           MR. PROCTOR:  That's fine.  Do you have
3    seven copies of this?
4           MS. TORRES:  I don't, but I don't think
5    seven copies of this would fit on this table.           04:11PM
6           MR. PROCTOR:  It's upside down.
7           MR. PAGE:  We had it actually facing north
8    correctly.
9           THE WITNESS:  So -- is this the side dock?
10   I guess.                                                04:11PM
11          MR. PROCTOR:  I don't think there's any
12   question pending.
13          THE WITNESS:  Sorry.
14   BY MS. TORRES:
15      Q.   Do you recognize that as a form of floor        04:11PM
16   plan for the Mattel Design Center?
17          MR. PROCTOR:  Vague and ambiguous as to
18   time.
19          THE WITNESS:  I've never seen -- seen it
20   look exactly like this so I'm trying.                   04:11PM
21   BY MS. TORRES:
22      Q.   Do you see where it says "Wood Shop"?
23      A.   Okay, yes.
24      Q.   Is there a wood shop in the Design Center at
25   Mattel that's more or less in that vicinity?            04:12PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 417

```
1       A.   I've never heard of anything called a wood
2    shop so I don't know.  I don't know.
3       Q.   Can you place approximately where the
4    Collectibles group is located now?
5       A.   I think it's here.                              04:12PM
6       Q.   And is that approximately where the
7    Collectibles group was located when Carter Bryant
8    worked at Mattel in your group?
9            MR. PROCTOR:  Asked and answered, misstates
10   the testimony.                                          04:13PM
11           THE WITNESS:  If I'm right about where it
12   is, then, yes.
13   BY MS. TORRES:
14      Q.   Could you mark -- put a circle around the
15   area that you believe is the location of the            04:13PM
16   Collectibles group.
17      A.   Can I just say some of this doesn't look
18   right to me.  I'm kind of half guessing here.  I
19   mean --
20           MR. PROCTOR:  I don't think they want you to    04:13PM
21   guess.
22   BY MS. TORRES:
23      Q.   Let me ask you that question.  Does this
24   look -- if you look at the bottom of the page, can
25   you see where it says "Men" and "Women"?                04:14PM
```

Page 418

1  A.  Uh-huh.  I see "Women."

2  Q.  Directly below it it's "Men"?

3  A.  Okay.  Now that you've told me that that's
4  what it says I can see that.

5  Q.  Is there more than one set of rest rooms on   04:14PM
6  the floor of the Design Center?

7  A.  I think so.

8  Q.  Is there a set of rest rooms on the floor of
9  the Design Center close to an exit?

10  A.  Well -- I mean, this is close to.             04:15PM

11       MR. PROCTOR:  She's asking about your
12  knowledge of where they are in the Design Center
13  today.  She's not asking about this form.

14       THE WITNESS:  Now?  Yeah, there's a set
15  that's close -- it's not an exit out of the building  04:15PM
16  but it's an exit into a different part of the
17  building.

18  BY MS. TORRES:

19  Q.  And is it near an exit to the cafeteria?

20  A.  It kind of leads there, yes.                  04:15PM

21  Q.  Is the Collectible -- does the Collectibles
22  group presently sit near those rest rooms?

23  A.  Yes.

24  Q.  Approximately where?

25  A.  Do you want me to use this now?              04:15PM

Page 419

```
 1      Q.   Yes.
 2      A.   I think this is -- this is it.
 3      Q.   Do you want to circle the general area you
 4   believe the Collectibles group is in.
 5      A.   (Indicating.)                                  04:16PM
 6      Q.   Do you recall who Carter Bryant sat next to
 7   when he was at Mattel in your group?
 8      A.   No.
 9      Q.   Do you recall whether it was another
10   designer?                                              04:16PM
11           MR. PROCTOR:  Overbroad.  Are you asking
12   about the entire time period?
13           THE WITNESS:  I don't recall exactly who sat
14   next to him.
15   BY MS. TORRES:                                         04:17PM
16      Q.   Is it your best recollection that it was
17   somebody else in your group?
18           MR. PROCTOR:  Overbroad.
19           THE WITNESS:  I would -- I would think it
20   would have been.                                       04:17PM
21   BY MS. TORRES:
22      Q.   Did you know a woman by the name of Paula
23   Treantafelles?
24      A.   No.
25      Q.   Is it fair to say then that Paula              04:17PM
```

Page 420

1  Treantafelles did not sit in the area with the
2  Collectibles group?
3      A.  I hope she did not.  I don't remember -- I
4  don't know who she is.
5          MR. PROCTOR:  I'll object as overbroad.  At      04:17PM
6  any point in time?
7          THE WITNESS:  When I was in charge of it, I
8  don't -- she didn't sit with our group.
9  BY MS. TORRES:
10     Q.  To the best of your recollection -- well,        04:18PM
11 you said earlier something to the effect that this
12 seating chart doesn't look like or the floor plan
13 doesn't look right.  What did you mean by that?
14     A.  I mean, I couldn't find the bearings because
15 there's another section here that's not on the chart    04:18PM
16 and then some other things I'm not sure are in the
17 same place anymore.  I'm not sure but it just didn't
18 seem exactly.  And even some names that they call
19 things might be a little bit different.
20     Q.  Is it fair to say that you -- you're not         04:18PM
21 sure that this is an accurate depiction of the floor
22 plan of the Design Center of Mattel in the 1999,
23 2000 time period?
24     A.  It could be.  I don't know.
25     Q.  You can't tell one way or the other?            04:19PM

Page 421

1  A.  I can't tell.
2  Q.  Do you recall where your office was in the
3  1999, 2000 time period?
4  A.  No.  I'm just trying to -- well, here it
5  says "Collectible Barbie" down here but what I          04:20PM
6  remember is that we were here.  So, like I said,
7  we've been different places at different times.
8  When we were here, my office was around here part of
9  the time.  Not -- you know, not the whole time.
10 Q.  Can you put an A where your office was at      04:20PM
11 the time that you recall Collectibles being close to
12 the rest rooms.
13         MR. PROCTOR:  It's overbroad.  She said her
14 office has changed, I think.
15         MS. TORRES:  General vicinity.             04:21PM
16         MR. PROCTOR:  She said it changed more than
17 five offices.  Object as overbroad.
18         THE WITNESS:  So where do you want me to put
19 a --
20 BY MS. TORRES:                                     04:21PM
21 Q.  Looking at the top of the chart where it
22 says "Activity C-o-n-t," do you see that?
23 A.  Not yet.  No.
24 Q.  Do you see CPI conference room?  The right
25 side of the chart.                                 04:22PM

Page 422

1    A.   Yes.  Okay.
2    Q.   Do you recall your having an office in that
3  vicinity ever?
4    A.   I was back here at some point.  I can't tell
5  from looking at this exactly where.                              04:22PM
6         MR. PROCTOR:  Do you want her to put a mark
7  there so you can identify it?
8         MS. TORRES:  It doesn't look like she's
9  finished with her testimony.
10        THE WITNESS:  It was back in here.  I don't    04:22PM
11 remember where.
12   Q.   Will you put an A near where your office was
13 when you say "Collectibles."
14        MR. PROCTOR:  Objection: overbroad.  She
15 said she moved offices.  It's compound.               04:23PM
16        MS. TORRES:  I believe she pointed to an
17 area before.
18        THE WITNESS:  We were back here at some
19 point and we are up here I think according to this
20 crappy map.  So do you want me to put it where I am   04:23PM
21 now?
22   Q.   Put your office where you are now.  Can you
23 find it on the --
24   A.   I think so.
25   Q.   That's an X?                                   04:23PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 423

1  A. It's an A.

2  Q. A means where you are now?

3  A. Uh-huh.

4  Q. Do you recall where you were when Carter
5  Bryant worked for you?                                    04:24PM

6     MR. PROCTOR: Objection: overbroad as to
7  time.

8     THE WITNESS: I really don't have the time
9  memorized. I wasn't here. I was in here somewhere.

10 BY MS. TORRES:                                            04:24PM

11 Q. Can you circle that area when you say "in
12 here somewhere"?

13 A. (Indicating).

14 Q. And will you put a B there. If you look to
15 the left of the -- on the border of the floor plan,       04:24PM
16 do you see where it says "Mattel PH 4 - Proposed"?

17 A. Uh-huh.

18 Q. Does that mean anything to you?

19 A. No.

20 Q. And do you have any recollection as to         04:25PM
21 specifically where Carter Bryant sat when you
22 were -- when Collectibles was closer to the -- to
23 the rest rooms?

24    MR. PROCTOR: Assumes facts not in evidence.

25    THE WITNESS: I kind of know the general      04:25PM

Case 2:04-cv-09049-DOC-RNB   Document 9627-5   Filed 01/13/11   Page 13 of 15   Page ID #:287041
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 424

1  part of this area.  He may have moved a few times,
2  too.  I'm not sure.
3  BY MS. TORRES:
4      Q.   But within the area you first circled?
5      A.   Uh-huh.                                            04:25PM
6      Q.   Did you mark that circle with anything?
7      A.   I put an A where my office is now.
8      Q.   Will you mark the circle where you believe
9  the Collectibles group was at that time --
10         MR. PROCTOR:  Overbroad as to time.                 04:26PM
11         MS. TORRES:  The time during which she
12 testified Carter Bryant worked for her and it was --
13 and the Collectibles group was located close to the
14 rest rooms.
15         MR. PROCTOR:  She also -- overbroad as to           04:26PM
16 time.  She also testified the Collectibles group in
17 its entirety might have moved while she was working
18 there.
19         MS. TORRES:  Mr. Proctor, you're coaching
20 the witness.                                                04:26PM
21         MR. PROCTOR:  My objection stands.
22         THE WITNESS:  I circled it.  What do you
23 want me to do?
24 BY MS. TORRES:
25     Q.   Just put a C.                                      04:26PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 425

```
 1      A.   Anywhere?  In the circle?
 2      Q.   Anywhere.  In the circle is fine.
 3      A.   (Witness complied.)
 4      Q.   At your last deposition you testified that
 5 Robert Best was a designer in your group.  Is he        04:27PM
 6 still a designer in your group?
 7      A.   Yes.
 8      Q.   You also testified that Katiana Jimenez was
 9 a designer in your group.
10      A.   Yes.                                          04:27PM
11      Q.   Is she still a designer in your group?
12      A.   No.
13      Q.   Is she still at Mattel?
14      A.   No.
15      Q.   Do you know where she is?                     04:27PM
16      A.   I don't think she's working.  I'm not
17 positive.
18      Q.   Do you know the circumstances under which
19 she left Mattel?
20      A.   No.                                           04:27PM
21      Q.   Do you know whether she left on voluntary
22 terms?
23      A.   I'm really not sure.
24      Q.   Do you know when she left?
25      A.   I sort of know a time frame but not exactly   04:27PM
```

LUDWIG KLEIN REPORTERS & VIDEO, INC.    800.540.0681

```
 1

 2

 3

 4                      WITNESS'S CERTIFICATE

 5

 6

 7

 8           I AM THE WITNESS IN THE FOREGOING DEPOSITION.

 9   HAVE READ THE FOREGOING DEPOSITION AND HAVING MADE SUCH

10   CHANGES AND CORRECTIONS AS I DESIRE, I CERTIFY THAT THE SAME

11   IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO THOSE MATTERS WHIC

12   ARE THEREIN STATED UPON MY INFORMATION OR BELIEF, AND AS TO

13   THOSE MATTERS, I BELIEVE IT TO BE TRUE.

14           I DECLARE UNDER PENALTY OF PERJURY UNDER THE

15   LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE

16   AND CORRECT.

17           EXECUTED ON _____,

18   AT _____.

19

20

21                             _____
                               ANN DRISKILL
22

23

24

25
```