# Exhibit F

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                               ---

 4         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 5                               ---

 6   MATTEL, INC.,                :   PAGES 700 - 822
                                  :
 7            PLAINTIFF,          :
                                  :
 8       VS.                      :   NO. ED CV04-09049-SGL
                                  :   [CONSOLIDATED WITH
 9   MGA ENTERTAINMENT, INC.,     :   CV04-9059 & CV05-2727]
     ET AL.,                      :
10                                :
              DEFENDANTS.         :
11   _____

12

13

14


15              REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                     RIVERSIDE, CALIFORNIA

17                   THURSDAY, MAY 29, 2008

18                     JURY TRIAL - DAY 4

19                     AFTERNOON SESSION

20

21

22                                MARK SCHWEITZER, CSR, RPR, CRR
                                  OFFICIAL COURT REPORTER
23                                UNITED STATES DISTRICT COURT
                                  181-H ROYBAL FEDERAL BUILDING
24                                255 EAST TEMPLE STREET
                                  LOS ANGELES, CALIFORNIA 90012
25                                (213) 663-3494
```

**CERTIFIED COPY**

1   fashionable like some of the posters they collected or some
2   of the stuff they see in their magazines.  But also I thought
3   it was really important that at this time there would be a
4   fashion doll that was also multi-ethnic, that it wasn't just
5   about being the blonde-haired, blue-eyed character, that
6   there were diversities and -- because frankly, I look around,
7   and I know that that's very real in our own lives.
8           So I thought that an older consumer would maybe
9   even be more interested in finding a fashion doll that wasn't
10  just blonde hair and blue eyes, but a character that might
11  look closer to them.  Or not.  Just different.
12  Q.  We'll come back to that area.  Let me ask you, did you
13  know Carter Bryant when you worked at Mattel?
14  A.  No.
15  Q.  I believe it was yesterday, Mr. Price showed you a map
16  of the Mattel design center.  Do you recall that?
17  A.  Yes.
18  Q.  Do you recall -- can we get that on the screen?  It's
19  Exhibit 293.  And I believe we should have a large copy of
20  293.
21          Do you see where you're located on that map?
22  A.  Yes.
23  Q.  Do you recall seeing a different version of this map at
24  your deposition in this case?
25  A.  Yes.

1  Q.    If you can, and I know it's a little awkward there with
2  the big map in front of you, but can you turn to Exhibit 391
3  in your binder.
4        And just to be sure, we're using the white binder
5  now.
6        Do you recognize Exhibit 391?
7  A.    Yes.
8  Q.    What is it?
9  A.    This, I believe, was the version of the Mattel design
10 center that I was presented in my deposition.
11 Q.    And is that your handwriting on Exhibit 391?
12 A.    Yes.
13       MS. AGUIAR:  Your Honor, I offer Exhibit 391 into
14 evidence.
15       MR. PRICE:  No objection.
16       THE COURT:  Admitted.  You may publish.
17       **(Exhibit 391 received.)**
18 Q.    BY MS. AGUIAR:  So the version of this map that you were
19 shown at your deposition is the one on the bottom.  I think
20 it's fairly evident.  But can you describe for the jury the
21 differences between the version that you were shown at your
22 deposition and the version that's now in front of you today?
23 A.    The version that I was shown during my deposition was a
24 cropped area, an isolated area of that bigger map.  And also
25 the version that I was shown, it seemed that the names were

1 either removed or whited out, only to leave my name. So all
2 the names within the squares or cubicles or offices, whatever
3 they indicated, all those names were removed.
4 Q. So when you were at your deposition and being asked
5 questions about this, you were not able to tell what the
6 names were that were in the squares next to you, in the
7 cubicles next to you?
8 A. That's right.
9 Q. And were you able to tell where your section of the map
10 fit into the larger context of the whole design center map?
11 A. Generally, given the location of the front entrance.
12 Q. And on the version that you looked at, that you were
13 shown at your deposition, did it have the other areas? Were
14 you allowed to look at the other areas of the map during your
15 deposition?
16 A. No.
17 Q. So let's just focus on 293, which is the large one that
18 you have in front of you. And tell me who it shows sitting
19 next to you on that map.
20 A. The person indicated next to me on this map references
21 Carter, C. Bryant.
22 Q. Do you believe that this Exhibit 293 that's the map
23 that's being offered into evidence as being a floor plan of
24 Mattel design center accurately represents who sat next to
25 you while you were sitting here in the Mattel design center?

1   A.   No.

2   Q.   How can you be sure of your answer?

3   A.   Okay.  First, I remember that Christine Wergeles sat

4   next to me.

5   Q.   And if you could describe where she sat by reference to,

6   say the right or the top.

7   A.   She definitely sat to my right.  I will say that I

8   believe that she sat right next to me, right next to me.  And

9   if it wasn't right next to me, she was definitely within that

10  row that I sat within.

11              In this map, it actually has C. Bryant next to me.

12  But more importantly, if you look above, in the row above,

13  Christine -- or C. Wergeles, which I believe is Christine

14  Wergeles, actually sat on the opposite side of the wall.

15              I know for sure even further that wouldn't be

16  correct because if -- at Mattel we all sat very -- I remember

17  to be that everybody sat segregated.  Everybody sat in their

18  own individual groups.

19              The wall, that thicker line represented the rows

20  that separated us, the cubicle walls, and the opposite side

21  of my row, and it's noted actually here, the product design

22  male action group.  Christine Wergeles worked on LSPA with

23  me.  Frankly, I think she worked on the P part of LSPA.  It

24  would be very suspect -- it wouldn't make sense that

25  Christine would be sitting in the, you know, male action

```
 1  group.  She would actually be sitting with us.
 2          And if C. Bryant should represent Carter Bryant,
 3  then it would make absolutely no sense for Carter to sit in
 4  the LSPA group, because Carter --
 5  Q.  Was Carter Bryant, while you were working at Mattel, did
 6  you know someone named Carter Bryant who worked in the LSPA
 7  group?
 8  A.  No.
 9  Q.  If I were to represent to you for purposes of this
10  question that Mr. Bryant's testimony is that he worked in the
11  Collector Barbie department, do you see where the Collector
12  Barbie group is on the map?
13  A.  Yes.
14  Q.  Can you point out where on the map that area is?
15  A.  General area is almost opposite diagonal in the top
16  left-hand corner.
17  Q.  All the way to the top of the map?
18  A.  Yes.  So the difference is --
19  Q.  I'm sorry.  You have to speak into the microphone.
20  A.  The differences are pretty extreme.
21  Q.  What do you mean by the differences are extreme?
22  A.  May I show you on the map then?
23  Q.  Sure.
24  A.  LSPA was here.  The Collector Barbie group was here.
25  Q.  So they were on totally different sides of the design
```

1  center?
2  A.  That's right.
3  Q.  You can put that away.
4      Keeping for a few minutes about your time at
5  Mattel. There's a document already in evidence, Trial
6  Exhibit 432. And I'm going to have you look at that on the
7  screen.
8      Do you recognize the graphic that's been put up as
9  Exhibit 432?
10 A.  Yes.
11 Q.  And what do you recognize it as?
12 A.  A manufactured Diva Starz doll.
13 Q.  While you were at Mattel, was the Diva Starz doll on the
14 market?
15 A.  No.
16 Q.  And what do you remember about the Diva Starz project
17 from the time that you worked at Mattel?
18 A.  Generally, I remember that Diva Starz, as a project,
19 was -- that I personally was assigned -- I believe that I was
20 personally assigned responsibility of planning for the -- for
21 Diva Starz, but only for a very, very short period in time,
22 for the very, very -- just at the very beginning part of Diva
23 Starz.
24      I believe thereafter somebody inherited the
25 responsibilities for planning for that project.

```
 1
 2
 3
 4
 5                    C E R T I F I C A T E
 6
 7
 8         I hereby certify that pursuant to Title 28,
 9   Section 753 United States Code, the foregoing is a true and
10   correct transcript of the stenographically reported
11   proceedings in the above matter.
12         Certified on May 29, 2008.
13
14
15                    _____
                      MARK SCHWEITZER, CSR, RPR, CRR
                      Official Court Reporter
16                    License No. 10514
17
18
19
20
21
22
23
24
25
```