Annette L. Hurst, State Bar No. 148738
Warrington S. Parker III, State Bar No. 148003
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

William A. Molinski, State Bar No. 145186
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Thomas S. McConville, State Bar No. 155905
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, California 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for the MGA PARTIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL Inc., a Delaware corporation<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx) Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' MOTION IN LIMINE NO. 7** |

I, William A. Molinski, do hereby declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP and am one of the attorneys for the MGA Parties in this matter. I submit this declaration in support of the MGA Parties' Motion *in Limine* No. 7.

2. Attached hereto as Exhibit A is a copy of an article in yesterday's *Los Angeles Times* entitled "Former Mattel employee pleads guilty to copying company documents."

3. Attached hereto as Exhibit B is a copy of a letter from Mark M. Hathaway to me, dated January 12, 2011, and its enclosures.

4. Attached hereto as Exhibit C is a copy of additional news reports from the *Los Angeles Times*, *Chicago Tribune*, *Wall Street Journal*, Law360, and TradingMarkets.com concerning the guilty plea entered by former Mattel employee Jorge Castilla.

5. A Google search using the terms "MGA and Mattel" locates the *Los Angeles Times* article in Exhibit A as one of the first hits.

Executed on January 13, 2011 at Los Angeles, California.

I declare under penalty of perjury of the laws of the California that the foregoing is true and correct.

*/s/ William A. Molinski*
William A. Molinski