# EXHIBIT C

www.chicagotribune.com/business/la-fi-0112-mattel-20110112,0,845979.story

# chicagotribune.com

## Former Mattel employee pleads guilty to copying confidential documents

### Jorge Castilla had accepted a job at MGA Entertainment, maker of Bratz dolls.

By Andrea Chang, Los Angeles Times

January 12, 2011

A former Mattel Inc. employee pleaded guilty to copying confidential company documents and records after he had accepted a job at rival toy maker MGA Entertainment Inc. and was sentenced in Los Angeles County Superior Court on Tuesday.

As part of a plea agreement, Jorge Castilla, 34, will be placed on probation for three years, spend 30 days in county jail or serve 120 hours of structured community service, turn over all Mattel property in his possession and be required to pay restitution of $21,284.20. He was sentenced by Los Angeles Superior Court Judge David Horwitz.

According to court records, Castilla was working at Mattel in 2006 when he was offered a job at MGA, the maker of the Bratz dolls at the heart of a years-long feud between the two companies. Before he left for MGA, Castilla accessed the databases at Mattel and digitally copied the company's documents and records without permission.



El Segundo-based Mattel and Van Nuys-based MGA will face off in court again during a retrial of the Bratz dispute scheduled to begin this week in federal court.

The trial over who owns the rights to the sexily dressed multiethnic dolls is expected to last four months and will center on whether MGA infringed Mattel's copyrights and stole trade secrets from the company. After a trial jury ruled in Mattel's favor in 2008, an appeals court overturned the verdict last year.

*andrea.chang@latimes.com*

Copyright © 2011, Los Angeles Times

Exhibit C - Page 5





New ETF Book by Larry Connors - Click here to read more

SEARCH Enter Symbols or Keywords GO

Home | The Machine | PowerRatings | Store | Stocks | ETFs | Options | Forex | Eminis/Futures | Free Tools | Free Webinars

LOGIN

# Former Mattel employee pleads guilty to copying confidential documents

Posted on: Wed, 12 Jan 2011 05:05:49 EST
**Symbols:** MAT

Jan 12, 2011 (Los Angeles Times - McClatchy-Tribune Information Services via COMTEX) --

A former Mattel Inc. employee pleaded guilty to copying confidential company documents and records after he had accepted a job at rival toy maker MGA Entertainment Inc. and was sentenced in Los Angeles County Superior Court on Tuesday.

As part of a plea agreement, Jorge Castilla, 34, will be placed on probation for three years, spend 30 days in county jail or serve 120 hours of structured community service, turn over all Mattel property in his possession and be required to pay restitution of $21,284.20. He was sentenced by Los Angeles Superior Court Judge David Horwitz.

According to court records, Castilla was working at Mattel in 2006 when he was offered a job at MGA, the maker of the Bratz dolls at the heart of a years-long feud between the two companies. Before he left for MGA, Castilla accessed the databases at Mattel and digitally copied the company's documents and records without permission.

El Segundo-based Mattel and Van Nuys-based MGA will face off in court again during a retrial of the Bratz dispute scheduled to begin this week in federal court.

The trial over who owns the rights to the sexily dressed multiethnic dolls is expected to last four months and will center on whether MGA infringed Mattel's copyrights and stole trade secrets from the company. After a trial jury ruled in Mattel's favor in 2008, an appeals court overturned the verdict last year.

andrea.chang@latimes.com

```
To see more of the Los Angeles Times, or to subscribe
to the newspaper, go to

http://www.latimes.com. Copyright (c) 2011, Los Angeles
Times Distributed by

McClatchy-Tribune Information Services. For more
information about the content

services offered by McClatchy-Tribune Information
Services (MCT), visit

www.mctinfoservices.com.
```



For full details on Mattel Inc (MAT) MAT. Mattel Inc (MAT) has Short Term PowerRatings at TradingMarkets. Details on Mattel Inc (MAT) Short Term PowerRatings is available at This Link.

Like   0   0Share

### How to Successfully Trade ETFs

Do you want to learn how to trade more successfully, more consistently ... and with more confidence? If so, then the TPS strategy is for you.

Hundreds, if not now thousands, of ETF traders successfully use the TPS trading strategy to find the best ETF trade set-ups each day to place winning trades.

Enter Email Address | Click Here, It's Free



Enter Symbol   GO

**FREE NEWSLETTERS**
What Stocks and ETFs are headed up and down this week?
Our Weekly Newsletter covers this in dept and gives performance information on the previous week.
☑ TradingMarkets Weekly Newsletter
Enter Email Address | Subscribe Now



**UPCOMING EVENTS**
Learn new strategies, how to trade in this market, and the stocks you should be focusing on each day. Join us for our *free* 20 minute tele-seminars during the week.
**Wednesday January 19 01:00 PM**
Building A Balanced, High Performing Portfolio With The Machine
**Thursday January 20 12:30 PM**
Hear What Kevin Haggerty Sees in the Stock Market Today!
\* Attendance is strictly limited and are filled on a first-come, first-served basis.

How-To   PowerRatings Stocks

Exhibit C - Page 6



1. Can a Teenager Build a Portfolio Better Than a Hedge Fund?
2. How I Use The Machine: An Interview with Hedge Fund Trader Paul Sabo
3. How I Use The Machine: An Interview with Darrell Kay of Kay Investments Inc.
4. Confident, Consistent and Quantified: More on Trading and Investing with The Machine
5. Trading Quantified Pullbacks and Quantified Trends with The Machine
6. How I Use The Machine: An Interview with Keenan Hauke of Samex Capital Advisors
7. Managing Your Money in Rising Markets with The Machine
8. The Machine: Building a Balanced Portfolio
9. Test Drive The Machine

About TradingMarkets   Advertise   Contact   Careers   Link to Us   Help   Terms & Conditions   Privacy Policy   Return Policy   Testimonials   Feedback

Ads by Google

## Practice Forex Trading

Start Trading With A Free $50,000 Demo Account - Play Before Pay!

www.fxcm.com



Click to Follow TradingMarkets

**Disclaimer:**

The Connors Group, Inc. ("Company") is not an investment advisory service, nor a registered investment advisor or broker-dealer and does not purport to tell or suggest which securities or currencies customers should buy or sell for themselves. The analysts and employees or affiliates of Company may hold positions in the stocks, currencies or industries discussed here. You understand and acknowledge that there is a very high degree of risk involved in trading securities and/or currencies. The Company, the authors, the publisher, and all affiliates of Company assume no responsibility or liability for your trading and investment results. Factual statements on the Company's website, or in its publications, are made as of the date stated and are subject to change without notice.

It should not be assumed that the methods, techniques, or indicators presented in these products will be profitable or that they will not result in losses. Past results of any individual trader or trading system published by Company are not indicative of future returns by that trader or system, and are not indicative of future returns which be realized by you. In addition, the indicators, strategies, columns, articles and all other features of Company's products (collectively, the "Information") are provided for informational and educational purposes only and should not be construed as investment advice. Examples presented on Company's website are for educational purposes only. Such set-ups are not solicitations of any order to buy or sell. Accordingly, you should not rely solely on the Information in making any investment. Rather, you should use the Information only as a starting point for doing additional independent research in order to allow you to form your own opinion regarding investments. You should always check with your licensed financial advisor and tax advisor to determine the suitability of any investment.

HYPOTHETICAL OR SIMULATED PERFORMANCE RESULTS HAVE CERTAIN INHERENT LIMITATIONS. UNLIKE AN ACTUAL PERFORMANCE RECORD, SIMULATED RESULTS DO NOT REPRESENT ACTUAL TRADING AND MAY NOT BE IMPACTED BY BROKERAGE AND OTHER SLIPPAGE FEES. ALSO, SINCE THE TRADES HAVE NOT ACTUALLY BEEN EXECUTED, THE RESULTS MAY HAVE UNDER- OR OVER-COMPENSATED FOR THE IMPACT, IF ANY, OF CERTAIN MARKET FACTORS, SUCH AS LACK OF LIQUIDITY. SIMULATED TRADING PROGRAMS IN GENERAL ARE ALSO SUBJECT TO THE FACT THAT THEY ARE DESIGNED WITH THE BENEFIT OF HINDSIGHT. NO REPRESENTATION IS BEING MADE THAT ANY ACCOUNT WILL OR IS LIKELY TO ACHIEVE PROFITS OR LOSSES SIMILAR TO THOSE SHOWN.

The Connors Group, Inc.
10 Exchange Place, Suite 1800
Jersey City, NJ 07302

© Copyright 2011 The Connors Group, Inc.

All analyst commentary provided on TradingMarkets.com is provided for educational purposes only. The analysts and employees or affiliates of TradingMarkets.com may hold positions in the stocks or industries discussed here. This information is NOT a recommendation or solicitation to buy or sell any securities. Your use of this and all information contained on TradingMarkets.com is governed by the Terms and Conditions of Use. Please click the link to view those terms. Follow this link to read our Editorial Policy.

© 2011 The Connors Group, Inc.

| | More | News, Quotes, Companies, Video | SEARCH |
|---|---|---|---|

Wednesday, January 12, 2011 As of 9:04 PM PST

Today's Paper | Columns | Blogs | Topics | Journal Community

Home | World | U.S. | New York | Business | Markets | Tech | Personal Finance | Life & Culture | Opinion | Careers | **Real Estate** | Small Business

Buying & Selling | House of the Day | Second Homes | Home & Garden | Developments Blog | Commercial | Property Search

powered by **one spot**

# Former Mattel employee pleads guilty to copying company documents

(Posted on **Money & Company** at Tue, Jan 11, 2011 at 10:49PM)

A former Mattel Inc. employee pleaded guilty in Los Angeles County Superior Court on Tuesday to copying confidential company documents and records after he had accepted a job at rival toy maker MGA Entertainment Inc. As part of the plea... (visit source article)

**Share:**

**VISIT WSJ.COM'S U.S. REAL ESTATE NEWS ▶**



### SF Construction & Remodel
Home Construction & Remodeling Pros 25yrs Experience, Contact Us Today
www.PFConstructionSF.com

### Mortgage rates are rising
Lock in your refinance rate today. Up to 4 free quotes. No SSN needed
Refinance.GuideToLenders.com

### Don't Work From Home
Before You Join Any Program, Read Our Reviews & Recommendations.
www.work-athome-reviews.com

### Entrepreneurs Wanted
Realistic 1st Year CEO Income From Home. Proven System. Must Apply.
www.Home-Biz-Expert.com

| **WSJ.com Account:** | **About:** | **WSJ.com:** | **Tools & Formats:** | **Digital Network** |
|---|---|---|---|---|
| My Account | News Licensing | Site Map | Today's Paper | WSJ.com |
| Subscriber Billing Info | Advertising | Home | Video Center | Marketwatch.com |
| | Advertise Locally | World | Graphics | |
| **Create an Account:** | Conferences | U.S. | Columns | Barrons.com |
| Register for Free | About Dow Jones | New York | Blogs | SmartMoney.com |
| Subscribe Now | Privacy Policy - Updated | Business | Topics | AllThingsD.com |
| | Subscriber Agreement & Terms of Use - Updated | Markets | Guides | FINS: Finance, IT jobs, Sales jobs |
| **Help & Information Center:** | | Market Data | Alerts | BigCharts.com |
| Help | Copyright Policy | Tech | Newsletters | Virtual Stock Exchange |
| Customer Service | Jobs at WSJ.com | Personal Finance | Mobile | WSJ Radio |
| Contact Us | | Life & Style | Tablet Edition | ProfessorJournal.com |
| New on WSJ.com | | Opinion | Podcasts | WSJ U.S. Edition |
| Tour the new Journal | | Autos |    RSS Feeds | WSJ Asia Edition |
| | | Careers | Journal Community | WSJ Europe Edition |
| | | Real Estate |    WSJ on Twitter | WSJ India Page |
| | | Small Business |    WSJ on Facebook | |
| | | Student Journal |    WSJ on Foursquare | Foreign Language Editions: |
| | | Corrections | My Journal | WSJ Chinese |
| | | | Portfolio | |

Exhibit C - Page 8

http://onespot.wsj.com/realestate/2011/01/11/f75b0/former-mattel-employee-pleads-guilty-to   1/12/2011



Portfolio Media. Inc. | 860 Broadway, 6th Floor | New York, NY 10003 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Ex-Mattel Employee Admits Copying Docs For MGA

By **Dan Rivoli**

Law360, New York (January 12, 2011) -- A former Mattel Inc. employee has admitted that he made copies of confidential documents after accepting a job with rival toy company MGA Entertainment Inc.

Jorge Castilla pled guilty Tuesday in the Superior Court of the State of California, Los Angeles County, and Judge David Horowitz offered him either three years probation and 30 days in county jail or 120 hours of structured community service. The judge also ordered Castilla to hand over Mattel's property and pay more than $21,000 in restitution.

Castilla admitted to accessing Mattel's database and copying documents and records before he started at MGA in May 2006. He was working at Mattel when MGA offered him the job.

Mattel discovered the copying and investigated, according to the plea agreement.

"The day before he resigned, he came in on a Sunday and copied the files to a portable storage device," it said.

Castilla denied copying the documents in his exit interview with Mattel, but admitted it during an interview with FBI agents.

"He provided the copied materials and the storage media to agents within days of the theft," according to the plea agreement.

Los Angeles County District Attorney Steve Cooley had also charged Castilla with theft of trade secrets.

Castilla made his guilty plea as a long intellectual property battle between the California toy giants over MGA's Bratz dolls continued.

Mattel believes MGA's Bratz, which sport trendy clothes, large heads and wide eyes, copied the Barbie doll. Mattel also sued its former employee and Bratz designer Carter Bryant, claiming he helped the Barbie doll maker's rival while still employed.

Mattel won $100 million in a jury verdict, but the U.S. Court of Appeals for the Ninth Circuit ruled in July that much of the case must be retried because of flawed juror instructions. The decision produced a new bout of legal wrangling.

MGA asked a federal judge Jan. 1 to reconsider his ruling granting partial summary judgment to Mattel in the companies' trade secrets and employment contract dispute over the Bratz dolls.

Exhibit C - Page 9

Judge David O. Carter's Dec. 27 order limited Mattel's copyright claims against the Bratz maker to six dolls, finding that the company did not copy original elements of the remaining dolls under dispute and effectively limiting potential damages in the case to about $28 million, according to MGA's motion for reconsideration.

That same order, though, allowed Mattel's claims covering the same alleged actions to go forward under trade secrets violation claims, MGA said, bringing the potential damages in the case back up to $1.1 billion.

Mattel's corporate communications office did not immediately return a request for comment.

Castilla is represented by Mark Hathaway.

Mattel is represented before the appeals court by Munger Tolles & Olson LLP and Quinn Emanuel Urquhart & Sullivan LLP.

MGA is represented by Orrick Herrington & Sutcliffe LLP and Skadden Arps Slate Meagher & Flom LLP.

The case is The People of the State of California v. Jorge Reynaldo Castilla, case number BA368861, in the Superior Court of California, Los Angeles County.

The intellectual property case is Bryant v. Mattel Inc., case number 2:04-cv-09049, in the U.S. District Court for the Central District of California.

--Additional reporting by Ben James, Joseph Marks and Hilary Russ

All Content © 2003-2010, Portfolio Media, Inc.