Annette L. Hurst, State Bar No. 148738
Warrington S. Parker III, State Bar No. 148003
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

William A. Molinski, State Bar No. 145186
ORRICK, HERRINGTON & SUTCLIFFE LLP 777
South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Thomas S. McConville, State Bar No. 155905
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, California 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for the MGA PARTIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL Inc., a Delaware corporation<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx) Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' MOTION IN LIMINE NO. 7** |

I, William A. Molinski, do hereby declare as follows:

1.      I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP and am one of the attorneys for the MGA Parties in this matter.  I submit this supplemental declaration in support of the MGA Parties' Motion *in Limine* No. 7.

2.      Attached hereto as Exhibit A is a true and correct copy of John B. Quinn's Twitter account printed out on January 14, 2011.

3.      Attached hereto as Exhibit B is a true and correct copy of a news article from Law360 posted to John B. Quinn's Twitter account in entry #3 entitled, "Law360: Ex-Mattel Employee Pleads Guilty To Copying Docs for MGA".  As described in MGA's motion, the plea agreement with Castilla does not say that he took documents "for MGA."  In fact, as the District Attorney's original agreement noted, there was no evidence presented in the proceedings of Castilla taking documents to or for MGA.  That Mr. Quinn chose to link to this particular article, when other articles exist that accurately describe the plea agreement, is notable.

Executed on January 14, 2011 at Los Angeles, California.

I declare under penalty of perjury of the laws of the California that the foregoing is true and correct.

*/s/ William A. Molinski*
William A. Molinski

SUPPLEMENTAL DECLARATION OF WILLIAM A. MOLINSKI
ISO MGA PARTIES MOTION IN LIMINE No. 7
CV 04-9049-DOC (RNBx)