# EXHIBIT A

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form



Have an account?Sign in

Username or email

Password

Sign in    Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from John B. Quinn.

## Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @jbqlaw.

Sign Up ›

Get updates via SMS by texting **follow jbqlaw** to **40404** in the United States
Codes for other countries



**jbqlaw**

1. Mattel v MGA--We have a jury; openings next tuesday 2 minutes ago via Twitter for BlackBerry®
2. I really doubt this explanation http://bit.ly/dQFKro 2:47 PM Jan 12th via web
3. **IPLaw360** Law360: Ex-Mattel Employee Pleads Guilty To Copying Docs

- *Name John B. Quinn*
- *Bio Founder & Managing Partner at Quinn Emanuel, largest biz litigation firm in the world. GC @ AMPAS. Ironman tri-athlete, Shakespeare enthusiast, father of 5.*

179 Following   1,171 Followers   46 Listed

- 435Tweets
- Favorites

Exhibit A - Page 2

http://bit.ly/gtGw6q 1:35 PM Jan 12th via twitterfeed Retweeted by jbqlaw

4. Big increase in patent filings; 7 of top 10 patentees are Japanese or Korean http://bit.ly/e33Guv 1:03 PM Jan 12th via web
5. IP_Law_News Quinn Emanuel Snags Patent Pro From Covington: Quinn Emanuel Urquhart & Sullivan LLP has lured intellectual prop... http://bit.ly/hJtr7Q 12:02 PM Jan 12th via twitterfeed Retweeted by jbqlaw
6. QE secures $119 million deal for Schwab in bond fund case http://bit.ly/eimYT1 11:40 AM Jan 12th via web
7. Jury selection tomorrow http://bit.ly/gTWc2D 10:32 AM Jan 12th via web
8. @t10nbaum Probably, but there are limits to what a trial lawyer can do 9:06 AM Jan 11th via Twitter for BlackBerry® in reply to t10nbaum
9. Reading 80 completed juror questionnaires in preparation for jury selection on Thursday 8:16 AM Jan 11th via web
10. Appellate court upholds $30 million judgment won by QE against Mammoth Lakes http://lat.ms/gYrpa9 4:02 PM Jan 10th via web
11. litigationdaily Dutch Treat? With Doors to U.S. Courts Closed by Morrison, Securities Class Action Lawyers Sue Fortis in Holland http://bit.ly/dPuTsd 12:35 PM Jan 10th via web Retweeted by jbqlaw
12. Vindication for QE in WaMu bankruptcy—judge finds $7 billion settlement with JPMorgan & FDIC reasonable. http://bit.ly/eyzqo3 1:24 PM Jan 10th via web
13. QE wins summary judgment of non-infringement for RealNetworks and Rhapsody in Internet radio case. http://tinyurl.com/2uo5tu7 3:50 PM Jan 5th via web
14. The American Lawyer has selected IP partner Vicki Maroulis as one of the top 45 women litigators in the US under 45--a significant honor. 12:06 PM Jan 4th via web
15. Quinn Emanuel Named Cisco's IP Litigation Counsel of the Year. 2:46 PM Jan 3rd via web
16. Salvador to LA today 1:06 AM Jan 2nd via Twitter for BlackBerry®
17. No comment on this article except that the twins have posted a bond to cover our judgment v. them pending their appeal http://nyti.ms/hfexad 3:06 PM Dec 31st, 2010 via web

## Following



View all…

RSS feed of jbqlaw's tweets  RSS feed of jbqlaw's favorites

18. @moscow_lawyer. Happy new year dude! 3:05 PM Dec 31st, 2010 via Twitter for BlackBerry® in reply to moscow_lawyer
19. QE wins appeal of $30 million jury verdict against Town of Mammoth Lakes for breach of a development agreement. http://bit.ly/hFDhzm 2:36 PM Dec 31st, 2010 via web
20. http://twitpic.com/3ln4f5 - Coconut phone booths in salvador, brazil 8:44 AM Dec 31st, 2010 via Twitter for BlackBerry®

more

## Footer

- © 2011 Twitter
- About Us
- Contact
- Blog
- Status
- Resources
- API
- Business
- Help
- Jobs
- Terms
- Privacy

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | | • 0198089488 Telstra |
| Canada | | • 21212 (any) |
| United Kingdom | | • 86444 Vodafone, Orange, 3, O2 |
| Indonesia | | • 89887 AXIS, 3, Telkomsel |
| Ireland | | • 51210 O2 |
| India | | • 53000 Bharti Airtel, Videocon |

Exhibit A - Page 4

Two-way (sending and receiving) short codes:

| | |
|---|---|
| Jordan | • 90903 Zain |
| New Zealand | • 8987 Vodafone, Telecom NZ |
| United States | • 40404 (any) |