# EXHIBIT B



Portfolio Media. Inc. | 860 Broadway, 6th Floor | New York, NY 10003 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## Ex-Mattel Employee Admits Copying Docs For MGA

By **Dan Rivoli**

Law360, New York (January 12, 2011) -- A former Mattel Inc. employee has admitted that he made copies of confidential documents after accepting a job with rival toy company MGA Entertainment Inc.

Jorge Castilla pled guilty Tuesday in the Superior Court of the State of California, Los Angeles County, and Judge David Horowitz offered him either three years probation and 30 days in county jail or 120 hours of structured community service. The judge also ordered Castilla to hand over Mattel's property and pay more than $21,000 in restitution.

Castilla admitted to accessing Mattel's database and copying documents and records before he started at MGA in May 2006. He was working at Mattel when MGA offered him the job.

Mattel discovered the copying and investigated, according to the plea agreement.

"The day before he resigned, he came in on a Sunday and copied the files to a portable storage device," it said.

Castilla denied copying the documents in his exit interview with Mattel, but admitted it during an interview with FBI agents.

"He provided the copied materials and the storage media to agents within days of the theft," according to the plea agreement.

Los Angeles County District Attorney Steve Cooley had also charged Castilla with theft of trade secrets.

Castilla made his guilty plea as a long intellectual property battle between the California toy giants over MGA's Bratz dolls continued.

Mattel believes MGA's Bratz, which sport trendy clothes, large heads and wide eyes, copied the Barbie doll. Mattel also sued its former employee and Bratz designer Carter Bryant, claiming he helped the Barbie doll maker's rival while still employed.

Mattel won $100 million in a jury verdict, but the U.S. Court of Appeals for the Ninth Circuit ruled in July that much of the case must be retried because of flawed juror instructions. The decision produced a new bout of legal wrangling.

MGA asked a federal judge Jan. 1 to reconsider his ruling granting partial summary judgment to Mattel in the companies' trade secrets and employment contract dispute over the Bratz dolls.

Exhibit B - Page 6

Judge David O. Carter's Dec. 27 order limited Mattel's copyright claims against the Bratz maker to six dolls, finding that the company did not copy original elements of the remaining dolls under dispute and effectively limiting potential damages in the case to about $28 million, according to MGA's motion for reconsideration.

That same order, though, allowed Mattel's claims covering the same alleged actions to go forward under trade secrets violation claims, MGA said, bringing the potential damages in the case back up to $1.1 billion.

Mattel's corporate communications office did not immediately return a request for comment.

Castilla is represented by Mark Hathaway.

Mattel is represented before the appeals court by Munger Tolles & Olson LLP and Quinn Emanuel Urquhart & Sullivan LLP.

MGA is represented by Orrick Herrington & Sutcliffe LLP.

The case is The People of the State of California v. Jorge Reynaldo Castilla, case number BA368861, in the Superior Court of California, Los Angeles County.

The intellectual property case is Bryant v. Mattel Inc., case number 2:04-cv-09049, in the U.S. District Court for the Central District of California.

--Additional reporting by Ben James, Joseph Marks and Hilary Russ

Correction: A previously published version of this article incorrectly identified MGA's counsel. The error has been corrected.

All Content © 2003-2010, Portfolio Media, Inc.

Exhibit B - Page 7