**MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 257. | Facsimile Cover Sheet with Faxed Document | February 20, 2002 | Franke, Joe | McShane, Michele, Esq. | Faxed cover sheet constitutes communication with counsel transmitting information necessary to render legal advice on potential litigation as part of request for legal advice; faxed document is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 258. | Memorandum | June 20, 2002 | Jolicoeur, Sonia<br><br>(Paralegal within Law Department) | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice with respect to intellectual property rights. | Attorney Client Privilege |
| 259. | Memorandum | July 16, 2002 | Carollo, Sandra<br><br>(Assistant to O'Connor, Brian, Esq.) | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice regarding investigation. | Attorney Client Privilege |
| 261. | Facsimile | September 30, 2002 | Jolicoeur, Sonia | Zeller, Michael, Esq. | Communication with counsel seeking legal advice and analysis on intellectual property issue; faxed item produced in redacted form. | Attorney Client Privilege |
| 262. | Memorandum | October 16, 2002 | Kersting, Anita | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice on intellectual property issue. | Attorney Client Privilege |
| 263. | Website Printout with Handwritten Notations | November 13, 2002 | Zeller, Michael, Esq. (Printout and notations) | -- | Document and handwritten notations memorialize research in connection with legal advice regarding investigation. | Attorney Client Privilege |
| 264. | Facsimile | November 14, 2002 | Clavel, Lucille<br><br>(Assistant to Zeller, Michael, Esq.) | Ed at CalExpress (Agent) | Counsel's communication with and instructions to agent regarding assignment related to legal advice regarding investigation. | Attorney Client Privilege |
| 265. | Email | November 19, 2002 | Zeller, Michael, Esq. | McShane, Michele, Esq. | Communication reflecting legal advice furnished regarding investigation. | Attorney Client Privilege |
| 266. | Email String with Handwritten Notation | November 20, 2002 | McShane, Michele, Esq. (Email)<br><br>Zeller, Michael, Esq. (Handwritten notation) | Zeller, Michael, Esq. | Communications between counsel reflecting research and investigation for purpose of preparing and obtaining legal advice; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 268(a). | Draft Memorandum | May, 2003 | Zeller, Michael, Esq. | Normile, Robert, Esq. | Communication of legal advice regarding personnel issues. | Attorney Client Privilege |
| 268(b). | Draft Memorandum | May, 2003 | Zeller, Michael, Esq. | Normile, Robert, Esq. | Communication of legal advice regarding personnel issues. | Attorney Client Privilege |
| 268. | Email | May 9, 2003 | Zeller, Michael, Esq. | Normile, Robert, Esq. | Communication of legal advice regarding personnel issues. | Attorney Client Privilege |
| 1024. | Email String (redacted) | July 10, 2003 | Lisa Marie Bongiovanni | Robert Normile<br><br>cc: Mary E Craig | Communication with counsel providing information and seeking legal advice with respect to investigation.  Earlier email in string produced. | Attorney Client Privilege |
| 1018. | Handwritten Notes | July 11, 2003 | Robert Normile | | Counsel's notes reflecting communications from outside counsel providing legal advice regarding investigation. | Attorney Client Privilege |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.
1 of 88

Exhibit A, Page 2

**MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1023. | Email String (first email only) | July 11, 2003 | Lisa Marie Bongiovanni | Robert Normile | Communication with counsel providing information and seeking legal advice with respect to investigation.  Earlier emails on the string produced in redacted form. | Attorney Client Privilege |
| 273. | Email | July 16, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Communication from counsel reflecting legal advice regarding investigation. | Attorney Client Privilege |
| 274. | Facsimile | July 17, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Legal advice reflecting research for purpose of rendering legal advice regarding investigation; faxed item previously produced. | Attorney Client Privilege |
| 986. | Presentation | July 17, 2003 | Michael Zeller | Michael Moore | Legal counsel's communications prepared for purpose of rendering legal advice on investigation. | Attorney Client Privilege |
| 360. | Handwritten Notes | July 23, 2003 | Moore, Michael, Esq. | Zeller, Michael T., Esq., Quinn, John, Esq., Normile, Robert, Esq. (attendees) | Legal counsel's notes regarding meetings with outside counsel reflecting legal advice communicated regarding investigation. | Attorney Client Privilege |
| 361. | Handwritten Notes | July 23, 2003 | Moore, Michael, Esq. | Zeller, Michael T., Esq., Normile, Robert, Esq. (attendees) | Legal counsel's notes regarding call with outside counsel and reflecting legal advice communicated regarding investigation. | Attorney Client Privilege |
| 275. | Email | July 24, 2003 | Zeller, Michael, Esq. | Normile, Robert, Esq. | Communication reflecting legal advice provided by outside counsel regarding legal analysis. | Attorney Client Privilege |
| 276. | Email | July 24, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. (Wachtell, Lipton, Rosen & Katz) Quinn, John, Esq. Moore, Michael, Esq. Schwartz, Michael, Esq. (Wachtell, Lipton, Rosen & Katz) Normile, Robert, Esq. | Communication reflecting legal advice provided by outside counsel regarding legal analysis and investigation. | Attorney Client Privilege |
| 277. | Email | July 24, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. Quinn, John, Esq. Moore, Michael, Esq. Schwartz, Michael, Esq. Normile, Robert, Esq. | Communication reflecting legal advice provided by outside counsel regarding legal analysis. | Attorney Client Privilege |
| 278. | Email | July 24, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. Quinn, John, Esq. Moore, Michael, Esq. Schwartz, Michael, Esq. Normile, Robert, Esq. | Communication reflecting transmittal of information in connection with preparation of legal advice provided and sought regarding investigation. | Attorney Client Privilege |
| 357. | Email String | July 24, 2003 | Fourmaux, Jeff, Esq. Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Zeller, Michael T., Esq., Schwartz, Mike, Esq. | Communications between counsel reflecting legal advice and analysis provided with respect to investigation. | Attorney Client Privilege |
| 358. | Email | July 24, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Schwartz, Mike, Esq., Fourmaux, Jeff, Esq. | Communication reflecting legal advice and analysis provided with respect to investigation. | Attorney Client Privilege |

Exhibit A, Page 3

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 359. | Email | July 24, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Schwartz, Mike, Esq., Fourmaux, Jeff, Esq. | Legal counsel's communicationof documents selected for phone call by and among legal counsel for purpose of providing legal advice on investigation; attachments produced. | Attorney Client Privilege |
| 373. | Email | July 24, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Fourmaux, Jeff, Esq., Schwartz, Mike, Esq. | Resend of entry no. 358. | Attorney Client Privilege |
| 358(a) | Draft Chart | July 24, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Schwartz, Mike, Esq., Fourmaux, Jeff, Esq. | Communications reflecting legal advice and analysis provided with respect to investigation. | Attorney Client Privilege |
| 279. | Email | July 25, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel seeking legal advice on witness; attachment produced. | Attorney Client Privilege |
| 366. | Handwritten Notes | July 25, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting research and attorney-client communications with regard to investigation. | Attorney Client Privilege |
| 377. | Email | July 25, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Communication reflecting legal advice provided to client regarding investigation. | Attorney Client Privilege |
| 384. | Typed Notes with Handwritten Notations | July 25, 2003 | Zeller, Michael. T, Esq. (typed notes)  Moore, Michael, Esq. (handwritten notes) | Moore, Michael, Esq. | Legal counsel's notes reflecting research and attorney client communications, prepared for purpose of rendering legal advice and analysis regarding investigation. | Attorney Client Privilege |
| 33. | Facsimile | July 30, 2003 | Iser, Lawrence Y., Esq. (counsel at Greenberg Glusker) | De Anda, Richard | Communication by legal counsel regarding former employee, for purpose of rendering legal advice. | Attorney Client Privilege (previously upheld in Order dated July 20, 2007) |
| 280. | Email | July 30, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. cc:  Thomas, Jill, Esq.     Normile, Robert, Esq. | Communications between counsel reflecting legal advice provided regarding witness and investigation. | Attorney Client Privilege |
| 281. | Email String with Handwritten Notation | July 30, 2003 | Zeller, Michael, Esq. | Thomas, Jill, Esq. | Communications between counsel for purpose of providing legal advice regarding witness and investigation; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 282. | Email | July 30, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. Thomas, Jill, Esq. Quinn, John, Esq. Moore, Michael, Esq. Schwartz, Michael, Esq. Normile, Robert, Esq. | Communications between counsel reflecting legal adviceprovided regarding witness and investigation. | Attorney Client Privilege |
| 365. | Email | July 30, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Thomas, Jill, Esq., Normile, Robert, Esq. | Communications between counsel reflecting legal advice provided regarding witness and investigation | Attorney Client Privilege |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 4

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 283. | Facsimile Cover Sheet with Faxed Document | August 1, 2003 | Normile, Robert, Esq. | Zeller, Michael, Esq. Quinn, John, Esq. Brownstein, Andy, Esq. (Wachtell, Lipton, Rosen & Katz) Schwartz, Michael, Esq. Fourmaux, Jeffrey, Esq. Rooney, William, Esq. (Willkie Farr & Gallagher) | Faxed cover sheet constitutes communication with counsel reflecting request for legal advice with respect to investigation; faxed document is nonresponsive. | Attorney Client Privilege |
| 1022(b). | Draft Memorandum with Handwritten Notations | August 2003 (approx.) | Claus Bjerre<br><br>Robert Normile (Handwritten Notations) | Robert Normile<br><br>cc:  Christopher O'Brien, Mike Salop | Draft memorandum and analysis prepared pursuant to instructions of counsel for purpose of preparing legal advice regarding investigation; handwritten notations reflect counsel's mental impressions and attorney-client communications. | Attorney Client Privilege |
| 284. | Email with Handwritten Notation | August 5, 2003 | Zeller, Michael, Esq. | Thomas, Jill, Esq. Moore, Michael, Esq. | Communications between counsel reflecting legal advice regarding investigation; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 381. | Email String | August 5, 2003 | Moore, Michael, Esq. | Zeller, Michael T., Esq. | Communications reflecting legal counsel's research with respect to investigation; prepared for purpose of seeking/rendering legal advice. | Attorney Client Privilege |
| 724. | Handwritten Notes | August 5, 2003 | Michael Moore | Robert Normile | Communication between counsel reflecting request for legal advice regarding investigation; attachments produced. | Attorney Client Privilege |
| 285. | Memorandum | August 6, 2003 | Savage, Richelle | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice regarding investigation. | Attorney Client Privilege |
| 364. | Typed Notes | August 7, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal advice communicated by outside counsel regarding investigation. | Attorney Client Privilege |
| 1022. | E-mail with attachments | August 7, 2003 | Claus Bjerre | Robert Normile<br><br>cc:  Christopher O'Brien, Mike Salop | Communication with counsel reflecting results of assignment initiated pursuant to instructions from counsel prepared for purpose of preparing legal advice regarding investigation | Attorney Client Privilege |
| 1022(a). | Spreadsheet | August 7, 2003 | Claus Bjerre | Robert Normile<br><br>cc:  Christopher O'Brien, Mike Salop | Communication with counsel reflecting results of assignment initiated pursuant to instructions from counsel prepared for purpose of preparing legal advice regarding investigation. | Attorney Client Privilege |
| 354. | Typed Notes | August 9, 2003 | Moore, Michael Esq. | | Legal counsel's notes reflecting legal advice and communications with outside counsel with regard to investigation. | Attorney Client Privilege |
| 378. | Typed Notes with Handwritten Notations | August 9, 2003 | Moore, Michael, Esq. (Typed notes and Handwritten notations) | | Legal counsel's typed and handwritten notes, prepared for purpose of obtaining and rendering legal advice regarding investigation; reflecting legal counsel's communications with outside counsel. | Attorney Client Privilege |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.

[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 5

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 355. | Typed Notes with Handwritten Notations | August 10, 2003 | Moore, Michael, Esq. (both) | | Legal counsel's typed and handwritten notes reflecting legal advice and communications with outside counsel with regard to investigation. | Attorney Client Privilege |
| 356. | Typed Notes | August 11, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal advice and communications with outside counsel with regard to investigation. | Attorney Client Privilege |
| 368. | Powerpoint | August 12, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Legal counsel's communications prepared for purpose of rendering legal advice regardinginvestigation. | Attorney Client Privilege |
| 369. | Powerpoint | August 12, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Legal counsel's communications prepared for purpose of rendering legal advice regarding investigation. | Attorney Client Privilege |
| 370. | Powerpoint | August 12, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Legal counsel's communications prepared for purpose of rendering legal advice regarding investigation. | Attorney Client Privilege |
| 375. | Handwritten Notes | August 12, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting Icommunications with company for purpose of preparing legal advice to company; also reflects additional attorney-client communications . | Attorney Client Privilege |
| 725. | Facsimile | August 12, 2003 | Michael Schwartz | Jon Reichman\n\ncc: Robert Normile | Communication between counsel reflecting legal advice and analysis. | Attorney Client Privilege |
| 286. | Email with Handwritten Notation | August 18, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice with respect to investigation; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 379. | Email String | August 18, 2003 | Moore, Michael, Esq. | Normile, Robert, Esq. | Communications reflecting request for legal advice regarding research and investigation. | Attorney Client Privilege |
| 380. | Email String | August 18, 2003 | Thomas, Jill, Esq. | Moore, Michael, Esq., Zeller, Michael T., Esq. | Communications reflecting request for legal advice regarding research and investigation. | Attorney Client Privilege |
| 382. | Handwritten Notes | August 18, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's attorney-client communications with company employee regarding investigation supervised by counsel; prepared for purpose of rendering legal advice. | Attorney Client Privilege |
| 287. | Email with Handwritten Notation | August 19, 2003 | Zeller, Michael, Esq. | Ristuccia, Al | Counsel's communication with agent regarding assignment, as part of investigation conducted at direction of counsel for purpose of furnishing legal advice; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 288. | Memorandum | August 19, 2003 | Savage, Richelle | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice with regard to investigation. | Attorney Client Privilege |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 6

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 289. | Email with Handwritten Notations | August 20, 2003 | Ristuccia, Al (Email)<br><br>Zeller, Michael, Esq. (Handwritten notations) | Zeller, Michael, Esq. | Email and counsel's handwritten notation reflect agent's communication with counsel regarding assignment, based on instructions from counsel, conducted for purpose of preparing legal advice and analysis; additional handwritten notation is nonresponsive. | Attorney Client Privilege |
| 290. | Email with Handwritten Notation | August 20, 2003 | Ristuccia, Al (Email)<br><br>Zeller, Michael, Esq. (Handwritten notation) | Zeller, Michael, Esq. | Email reflects agent's communication with counsel regarding assignment, based on instructions from counsel, conducted for purpose of preparing legal advice and analysis; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 289(a). | Report with Handwritten Notations | August 20, 2003 (approx.) | Ristuccia, Al (Report)<br><br>Zeller, Michael, Esq. (Handwritten Notations) | Zeller, Michael, Esq. | Document and counsel's handwritten notations reflect agent's communication with counsel regarding assignment, based on instructions from counsel, conducted for purpose of preparing legal advice and analysis. | Attorney Client Privilege |
| 290(a). | Report | August 20, 2003 (approx.) | Ristuccia, Al | Zeller, Michael, Esq. | Agent's communication with counsel regarding assignment, based on instructions from counsel, conducted for purpose of preparing legal advice and analysis. | Attorney Client Privilege |
| 367. | Notes | August 22, 2003 | Adelle, Jones | Moore, Michael, Esq. | Paralegal's notes prepared at direction of legal counsel, and reflecting attorney-client communications with company employees. | Attorney Client Privilege |
| 374. | Email | August 22, 2003 | Jones, Adelle | Zeller, Michael T., Esq., Moore, Michael, Esq. | Paralegal's communication reflecting research performed and workbook created at direction of legal counsel for purpose of preparing legal advice and analysis regarding investigation. | Attorney Client Privilege |
| 35. | Email String | September 8, 2003 | De Anda, Richard | Moore, Michael, Esq. | Communication with legal counsel regarding former employee for the purpose of rendering legal advice. | Attorney Client Privilege (previously upheld in Order dated July 20, 2007) |
| 17. | Handwritten Notes | September 18, 2003 | Michael Moore, Esq. | -- | Attorney notes regarding Cityworld reflecting communications between and among counsel for purpose of obtaining legal advice regarding investigation. | Attorney Client Privilege |
| 292. | Email String with Handwritten Notation | September 19, 2003 | Moore, Michael, Esq.  (Email)<br><br>Zeller, Michael, Esq. (Handwritten notation) | Zeller, Michael, Esq. | Communications with counsel for purpose of seeking legal advice regarding investigation; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 293. | Email String | September 22, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communications with counsel reflecting counsel's research and investigation, for purpose of providing legal advice regarding same. | Attorney Client Privilege |
| 294. | Email | September 23, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Communication between counsel reflecting research conducted for purpose of providing legal advice with respect to investigation. | Attorney Client Privilege |

Exhibit A, Page 7

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1016. | Exhibit (Redacted) | September 23, 2003 | Rianna Chugani | Michael T. Zeller | Redaction is communication between counsel of legal advice provided and sought regarding investigation; declaration and balance of exhibit produced. | Attorney Client Privilege |
| 1017. | Faxed Document (Redacted) | September 23, 2003 | Rianna Chugani | Michael T. Zeller | Redaction is communication between counsel of legal advice provided and sought regarding investigation; balance of faxed document produced. | Attorney Client Privilege |
| 16. | Memorandum | September 26, 2003 | Adelle Jones (Paralegal within Law Department) | Michael Moore, Esq. | Communication to counsel regarding work prepared at the direction of counsel for purpose of preparing and rendering legal advice regarding Cityworld. | Attorney Client Privilege |
| 295. | Email | September 26, 2003 | Zeller, Michael, Esq. | Thomas, Jill, Esq. Moore, Michael, Esq. | Communication between counsel reflecting research conducted for purpose of providing legal advice with respect to investigation.. | Attorney Client Privilege |
| 362. | Memorandum | September 26, 2003 | Burtis, Jill, Esq. | Normile, Robert, Esq., Moore, Michael, Esq., Zeller, Michael T., Esq. | Communication reflecting legal counsel's research prepared in connection with rendering of legal advice regarding witness and investigation. | Attorney Client Privilege |
| 297(a) | Memorandum | September 26, 2003 | Thomas, Jill, Esq. | Normile, Robert, Esq. Moore, Michael, Esq. Zeller, Michael, Esq. | Communication with counsel reflecting research conducted for purpose of preparing and obtaining legal advice with respect to witness and investigation | Attorney Client Privilege |
| 296. | Email String | October 1, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication between counsel reflecting research conducted for purpose of providing legal advice with respect to investigation. | Attorney Client Privilege |
| 297. | Email | October 2, 2003 | Thomas, Jill, Esq. | Normile, Robert, Esq. Moore, Michael, Esq. Zeller, Michael, Esq. | Communication with counsel reflecting research conducted for purpose of preparing and obtaining legal advice with respect to witness and investigation. | Attorney Client Privilege |
| 298. | Email with Handwritten Notation | October 2, 2003 | Ristuccia, Al (Email) Zeller, Michael, Esq. (Handwritten notation) | Zeller, Michael, Esq. | Agent's communication with counsel regarding assignment, based on instructions from counsel, conducted for purpose of preparing legal advice and analysis; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 302(a). | Report with Handwritten Notations | October 2, 2003 | Rapp, Dawn (Report) Zeller, Michael, Esq. (Handwritten notations) | Luther, Sujata | Report prepared at direction of counsel for purpose of obtaining legal advice; handwritten notations convey legal advice. | Attorney Client Privilege Attorney Work Product |
| 299. | Memorandum | October 3, 2003 | Savage, Richelle | Zeller, Michael, Esq. | Communication with counsel reflecting research and investigation conducted for purpose of preparing requested legal advice. | Attorney Client Privilege |
| 300. | Email String with Handwritten Notation | October 4, 2003 | Zeller, Michael, Esq. | Spencer, Mark | Counsel's communication with agent reflecting assignment based on instructions from counsel, conducted for purpose of preparing legal advice and analysis; handwritten notation is nonresponsive. | Attorney Client Privilege |

---

Exhibit A, Page 8

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 363. | Email | October 7, 2003 | Krebs, Tania, Esq. | Moore, Michael, Esq., Zeller, Michael T., Esq. | Legal counsel's communication reflecting legal advice and analysis with respect to investigation. | Attorney Client Privilege |
| 363(a). | Draft Chart | October 7, 2003 | Krebs, Tania, Esq. | Moore, Michael, Esq., Zeller, Michael T., Esq. | Legal counsel's communication reflecting legal advice and analysis with respect to investigation. | Attorney Client Privilege |
| 301. | Email String | October 10, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communications between counsel reflecting research and furnishing information regarding witness for purpose of obtaining legal advice. | Attorney Client Privilege |
| 302. | Email String with Handwritten Notation | October 21, 2003 | Fisher, Yvonne (Email)<br><br>Zeller, Michael, Esq. (Handwritten notation) | Zeller, Michael, Esq. | Communications with counsel seeking legal advice with respect to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 302(b). | Draft letter with Handwritten Notations | October 21, 2003 | Fisher, Yvonne (Draft letter)<br><br>Zeller, Michael, Esq. (Handwritten notations) | Zeller, Michael, Esq. | Letter prepared at direction of counsel for purpose of obtaining legal advice; handwritten notations convey legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 303. | Email (Attachment produced) | October 29, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel reflecting transmittal of information for purpose of seeking legal advice with respect to Cityworld. | Attorney Client Privilege |
| 1028(a). | Draft Agreement | November, 2003 | Michael Zeller | Michael Moore<br><br>cc:  Robert Normile<br>Sandy Litvack<br>Tania Krebs | Communication from counsel of legal advice regarding Cityworld. | Attorney Client Privilege |
| 304(a). | Report | November 2003 (approx.) | Caplan, Mariann<br><br>(Paralegal within Law Department) | Zeller, Michael, Esq. | Communication with counsel reflecting investigation conducted for purpose of preparing and obtaining legal advice with respect to potential litigation. | Attorney Client Privilege |
| 376(a). | Chart | November, 2003 | Zeller, Michael T., Esq. | Thomas, Jill, Esq., Moore, Michael, Esq., Normile, Robert, Esq., Craig, Mary, Litvak, Sandy, Esq., Krebs, Tania, Esq. | Legal counsel's communications containing legal advice regarding investigation. | Attorney Client Privilege |
| 567(a). | Report | November, 2003 | John Berger | Michael Moore<br><br>cc:  Janice Day,<br>Fred Kawashima | Communication pf counsel's research. prepared for purpose of obtaining legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 22. | Email String | November 11, 2003 | Richelle Savage<br><br>(Paralegal within Law Department) | Michael Zeller, Esq.<br><br>cc:  Michael Moore, Esq. | Communication reflecting request for legal advice regarding letters from Cityworld; attachment previously produced. | Attorney Client Privilege |
| 376. | Email | November 11, 2003 | Zeller, Michael T., Esq. | Thomas, Jill, Esq., Moore, Michael, Esq., Normile, Robert, Esq., Craig, Mary, Litvak, Sandy, Esq., Krebs, Tania, Esq. | Legal counsel's communications containing legal advice  regarding investigation | Attorney Client Privilege |
| 699. | Email | November 11, 2003 | Michael Zeller | Jill Thomas,<br>Michael Moore,<br>Robert Normile | Legal counsel's communications containing legal advice with regard to investigation. | Attorney Client Privilege |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 9

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-------------------|
| 699(a). | List | November 11, 2003 | Michael Zeller | Jill Thomas,<br>Michael Moore,<br>Robert Normile | Legal counsel's communications containing legal advice regarding investigation | Attorney Client Privilege |
| 699(b). | Outline | November 11, 2003 | Michael Zeller | Jill Thomas,<br>Michael Moore,<br>Robert Normile | Legal counsel's communications containing legal advice regarding investigation. | Attorney Client Privilege |
| 371. | Law Department Form | November 16, 2003 | Moore, Michael, Esq. | Normile, Robert, Esq. | Legal counsel's communications to company regarding investigation. | Attorney Client Privilege |
| 14. | Handwritten Notes | November 18, 2003 | Michael Moore, Esq. | -- | Handwritten notes reflecting communications with outside counsel of legal advice regarding Cityworld. | Attorney Client Privilege |
| 15. | Handwritten Notes | November 18, 2003 | Michael Moore, Esq. | -- | Handwritten notes reflecting Cityworld call, reflecting research for investigation which was communicated to outside counsel. | Attorney Client Privilege |
| 13. | Handwritten Notes | November 19, 2003 | Michael Moore, Esq. | -- | Handwritten notes reflecting communications between counsel and company employee for purpose of preapring and rendering legal advice regarding Cityworld. | Attorney Client Privilege |
| 304. | Memorandum | November 19, 2003 | Caplan, Mariann<br><br>(Paralegal within Law Department) | Zeller, Michael, Esq. | Communication with counsel reflecting investigation conducted for purpose of preparing and obtaining legal advice. | Attorney Client Privilege |
| 984. | Email String | November 19, 2003 | Michael Zeller | Michael Moore<br>Robert Normile<br>Sandy Litvack<br>Tania Krebs | Communications between counsel and client reflecting legal advice related to Cityworld. | Attorney Client Privilege |
| 1028. | Email with Attachment | November 19, 2003 | Michael Zeller | Michael Moore<br><br>cc: Robert Normile<br>Sandy Litvack<br>Tania Krebs | Communications between counsel and client reflecting legal advice related to Cityworld. | Attorney Client Privilege |
| 12. | Handwritten Notes | November 20, 2003 | Michael Moore, Esq. | -- | Attorney notes regarding Cityworld and reflecting communications between and with counsel for purpose of rendering legal advice to company regarding Cityworld. | Attorney Client Privilege |
| 543(a)(1). | Letter | November 20, 2003 | Lori S. Meddings, Esq. | Menzi Behrnd-Klodt<br><br>Cc: Jonathan H. Margolies, Esq. | Communication from counsel regarding legal advice regarding  potential litigation; letter attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 571(a). | Letter | November 20, 2003 | Lori S. Meddings, Esq. | Menzi Behrnd-Klodt<br><br>cc: Jonathan H. Margolies, Esq. | Communication from counsel for purpose of providing legal advice on potential litigation; letter attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 573(a). | Letter | November 20, 2003 | Lori S. Meddings | Menzi Behrnd-Klodt<br><br>cc: Jonathan H. Margolies, Esq. | Communication from counsel for purpose of providing legal advice on potential litigation; letter attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 574(a). | Letter | November 20, 2003 | Lori S. Meddings | Menzi Behrnd-Klodt<br><br>cc: Jonathan H. Margolies, Esq. | Communication from counsel for purpose of providing legal advice on potential litigation; letter attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |

Exhibit A, Page 10

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 616(a). | Letter | November 20, 2003 | Lori S. Meddings | Menzi Behrnd-Klodt<br><br>cc: Jonathan H. Margolies, Esq. | Communication from counsel regarding legal advice on potential litigation; letter attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 617(a). | Letter | November 20, 2003 | Lori S. Meddings | Menzi Behrnd-Klodt<br><br>cc: Jonathan H. Margolies, Esq. | Communication from counsel regarding legal advice on potential litigation; letter attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 372. | Notes | November 21, 2003 [misdated; true date is November 24, 2003] | Thomas, Jill, Esq. | | Legal counsel's notes of attorney meeting reflecting mental impressions; prepared for purpose of rendering legal advice on potential litigation. | Attorney Client Privilege<br>Attorney Work Product |
| 568. | Email | November 26, 2003 | Sarah Webber | Michael Moore | Communication with counsel reflecting legal advice related to trademarks and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 615. | Email | November 26, 2003 | Sarah Webber | Michael Moore | Communication with counsel reflecting legal advice related to trademark issue and litigation. | Attorney work product<br><br>Attorney Client privilege |
| 614. | Email String | November 26, 2003 | Menzi Klodt-Behrnd | Michael Moore | Communications with counsel reflecting request for legal advice related to trademark issue and litigation. | Attorney work product<br><br>Attorney Client privilege |
| 567. | Email String | November 26, 2003 | Michael Moore | Adelle Jones<br><br>cc: Michael Zeller | Communications with counsel reflecting counsel's research, prepared for purpose of obtaining legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 570. | Email String | November 26, 2003 | Menzi Behrnd-Klodt | Michael Moore<br><br>cc: Tony Simms | Communications with counsel reflecting request for legal advice related to litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 571. | Email | November 26, 2003 | Menzi Behrnd-Klodt | Michael Moore<br><br>cc: Tony Simms | Communication with counsel regarding legal advice related to litigation; attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 573. | Email String | November 26, 2003 | Michael Moore | Michael Zeller | Communication between counsel regarding legal advice related to litigation; attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 574. | Email String | November 26, 2003 | Michael Moore | Robert Normile | Communication between counsel regarding legal advice related to litigation; attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 581. | Email String | November 26, 2003 | Michael Moore | Adelle Jones,<br>Michael Zeller | Communications with counsel reflecting research, initiated pursuant to instructions by counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 616. | Email String | November 26, 2003 | Michael Moore | Michael Zeller | Communication with counsel regarding legal advice on trademark issue and litigation. | Attorney work product<br><br>Attorney Client privilege |
| 617. | Email String | November 26, 2003 | Michael Moore | Robert Normile | Communication with counsel regarding legal advice on trademark issue and litigation. | Attorney work product<br><br>Attorney Client privilege |
| 756. | Memorandum | November 26, 2003 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 11

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 776. | Memorandum | November 26, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 944. | Memorandum | November 26, 2003 | Michael Moore | | Counsel's memorandum reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 543(a). | Email | November 26, 2003 | Menzi L.Behrnd-Klodt | Michael Moore<br><br>cc:  Tony L. Simms | Communication to counsel regarding legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 543(b). | Email | November 26, 2003 | Menzi Behrnd-Klodt | Michael Moore | Communication from counsel regarding legal advice regarding potential litigation; email attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 581(a). | Report | November 26, 2003 | Berger, John | Moore, Michael<br><br>cc:  Day, Janice<br>Kawashima, Fred | Communication of research, initiated pursuant to instructions by counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 550. | Email | November 30, 2003 | Robert Walsh | Michael Moore | Communication with counsel reflecting research regarding potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 554. | Email | November 30, 2003 | Michael Moore | Adelle Jones,<br>Michael Zeller | Communication between counsel reflecting research directed by counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 922. | Typed Notes | November 30, 2003 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation; reflecting communications with outside counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 923. | Typed Notes | November 30, 2003 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation; reflecting communications with outside counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 554(a). | Chart | November 30, 2003 | Michael Moore | Adelle Jones<br>Michael Zeller | Communication to counsel of research conducted pursuant to instructions by counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 732. | Report | December 1, 2003 | Michael Moore | Mattel | Report regarding trademark research reflecting counsel's mental impressions related to potential litigation. | Attorney Work Product |
| 786. | Email | December 1, 2003 | Anita Kersting | Eric Lee | Communication reflecting trademark research and counsel's mental impressions related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 547. | Email | December 1, 2003 | Tania Krebs | Michael Moore,<br>Michael Zeller<br><br>cc: Diane Doolittle | Communication between counsel reflecting research regarding potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 12

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 548. | Email | December 1, 2003 | Tania Krebs | Michael Moore, Michael Zeller | Communication between counsel reflecting counsel's research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 549. | Email | December 1, 2003 | Michael Moore | Jill Thomas<br><br>cc: Michael Zeller | Communication between counsel reflecting assignment for purpose of obtaining/rendering legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 555. | Email | December 1, 2003 | Michael Zeller | Michael Moore | Communication from counsel reflecting legal advice and research conducted for purpose of rendering legal advice relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 556. | Email String | December 1, 2003 | Mark Spencer | Michael Moore | Agent's communications with counsel reflecting assignment for purpose of rendering legal advice relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 764. | Typed Notes | December 1, 2003 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation; also memorializes attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |
| 775. | Memorandum | December 1, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 851. | Handwritten Notes | December 1, 2003 | Michael Moore | | Counsel's notes reflecting communications with employees, legal advice, and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 852. | Handwritten Notes | December 1, 2003 | Michael Moore | | Counsel's notes reflecting communications with outside counsel, legal advice, and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 936. | Report/Chart | Post-November, 2003 | John Berger | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 966. | Handwritten Notes | December, 2003 | Adelle Jones | Michael Moore | Communication to counsel reflecting research related to potential litigation conducted at direction of counsel for purposes of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 527(a). | Chart | December, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: Jonathan Reichman, John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 531(a). | Chart | December 1, 2003 | Michael Moore | Jonathan Reichman | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 548(a). | List | December 1, 2003 | Tania Krebs | Michael Moore, Michael Zeller | Communication reflecting counsel's research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 13

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 555(a). | Email | December 1, 2003 | Mark G. Spencer | Michael Zeller<br><br>cc:  Mitch Dembin,<br>Pete Garza | Agent's communication with counsel reflecting assignment for purpose of rendering legal advice relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 846(a). | List | December, 2003 (approx.) | Jones, Adelle | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice on potential litigation; reflects research performed pursuant to instruction from counsel, to obtain legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 915(a). | Chart | December, 2003 | Michael Zeller | Donald Aiken,<br>Michael Moore<br><br>cc:  Jonathan Reichman,<br>John Quinn,<br>Tania Krebs | Communication from counsel reflecting  legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 991. | Draft Chart | Approx. December 1, 2003 (earlier draft of #538) | Tania Krebs | Michael Moore | Communication between counsel reflecting research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 727. | Handwritten Notations | December 1, 2003 | Robert Eckert | Robert Normile | Communication with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 920. | Chart | December, 2003 | Michael Zeller |  Michael Moore,<br>Jill Thomas,<br>Robert Normile,<br>Donald Aiken | Counsel's draft presentation reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 528(a). | Draft Outline | December, 2003 | Michael Zeller | Donald Aiken,<br>Michael Moore<br><br>cc:  Jonathan Reichman,<br>John Quinn,<br>Tania Krebs | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 595(a). | Presentation | December, 2003 | Roberto Isaias | Michael Moore,<br>Brian O'Connor,<br><br>cc:  Cristina Lorenzo,<br>Mariana Trueba,<br>Gabriel Zalzman,<br>Jerry Cleary | Communication with counsel regarding research and legal advice related to trademarks and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 307(a). | List | December, 2003 (approx.) | Jones, Adelle | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice on potential litigation; reflects research performed pursuant to instruction from counsel, to obtain legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 545. | Email String | December 2, 2003 | Tania Krebs | Michael Moore | Communications between counsel reflecting research conducted at direction of counsel for purpose of providing legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 14

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 546. | Email | December 2, 2003 | Tania Krebs | Michael Moore, Michael Zeller<br><br>cc: Adelle Jones | Communication between counsel reflecting research and mental impressions in connection with provision of legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 850. | Email | December 2, 2003 | Tania Krebs | Michael Zeller, Michael Moore, Adele Jones | Communication with and between counsel reflecting legal analysis and advice related to potential litigation. | Attorney Work Product |
| 544. | Email | December 3, 2003 | Tania Krebs | Michael Moore<br><br>cc: Michael Zeller | Communication between counsel reflecting request for legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 569. | Email String | December 3, 2003 | Menzi Behrnd-Klodt | Michael Moore | Communications with counsel reflecting request for legal advice related to litigation; attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 588. | Email | December 3, 2003 | Michael Moore | Sarah Webber | Communications with and between counsel reflecting legal advice regarding trademarks related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 641. | Email String | December 3, 2003 | Piccus, Todd | Michael Moore | Communications between counsel reflecting research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 797. | Memorandum | December 3, 2003 | Tania Krebs | Michael Moore | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 848. | Handwritten Notes | December 3, 2003 | Michael Moore | | Counsel's notes reflecting communications with employee, legal advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 849. | Email String | December 3, 2003 | Tania Krebs | Adelle Jones | Communications from counsel reflecting research conducted at direction of counsel for purpose of obtaining legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 544(a). | Memorandum | December 3, 2003 | Tania Krebs | Michael Moore<br><br>cc: Michael Zeller | Communication from counsel reflecting research on potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 797(a). | Compilation | December 3, 2003 | Tania Krebs | Michael Moore | Communication between counsel reflecting legal advice related to potential litigation and reflecting counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 305. | Facsimile | December 4, 2003 | Clevenger, Karen, Esq. (Greenburg Glusker Fields Claman Machtinger & Kinsella) | Thomas, Jill, Esq. | Communication reflecting legal advice provided regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 306. | Memorandum | December 4, 2003 | Jones, Adelle | Moore, Michael, Esq. | Communication to counsel reflecting research initiated pursuant to instructions from counsel, for purpose of rendering legal advice on intellectual property policies and procedures. | Attorney Client Privilege<br><br>Attorney Work Product |
| 541. | Email | December 4, 2003 | Adelle Jones | Michael Moore<br><br>cc: Tania Krebs, Michael Zeller | Communication with counsel reflecting analysis prepared at direction of counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 15

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 542. | Email String | December 4, 2003 | Adelle Jones | Tania Krebs, Michael Moore, Michael Zeller | Communications with and between counsel reflecting research conducted pursuant to instructions from counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 543. | Email | December 4, 2003 | Michael Moore | Michael Zeller<br><br>cc:  Tania Krebs | Communication between counsel regarding legal advice regarding potential litigation; attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 585. | Email String | December 4, 2003 | Michael Moore | Brian O'Connor, Therese Wilbur | Communications with and between counsel reflecting legal advice regarding Mattel products related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 595. | Email | December 4, 2003 | Roberto Isaias | Brian O'Connor, Michael Moore,<br><br>cc:  Jerry Cleary, Gabriel Zalzman, Mariana Trueba, Cristina Lorenzo | Communication with counsel reflecting request for legal advice and research related to trademarks and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 739. | Memorandum | December 4, 2003 | Adelle Jones | Michael Moore | Memorandum prepared at the request of counsel reflecting legal advice and counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 754. | Memorandum | December 4, 2003 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 766. | Memorandum | December 4, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 541(a). | Memorandum | December 4, 2003 | Adelle Jones | Michael Moore | Communication of analysis prepared at direction of counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 540. | Email String | December 5, 2003 | Jill Thomas | Michael Moore | Communications between counsel reflecting research for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 594. | Email String | December 5, 2003 | Claudia Sollano | Brian O'Connor, Michael Moore<br><br>cc: Roberto Isaias | Communication with counsel reflecting request for legal advice and research related to trademarks and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 847. | Email String | December 5, 2003 | Tania Krebs | Adelle Jones, Michael Zeller, Michael Moore | Communications between counsel reflecting research initiated pursuant to instructions from counsel for purpose of obtaining legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 977. | Report | December 5, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 16

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 781. | Memorandum | December 6, 2003 | Tania Krebs | Michael Moore | Memorandum reflecting research and mental impressions for purpose of obtaining legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 806. | Handwritten Notes | December 6, 2003 | Michael Moore | | Counsel's notes of communication between counsel reflecting legal advice and counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 807. | Handwritten Notes | December 6, 2003 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation; memorializes communications with employee. | Attorney Client Privilege<br><br>Attorney Work Product |
| 572. | Email | December 7, 2003 | Michael Moore | Robert Normile | Communication between counsel reflecting counsel's research, conducted for purpose of rendering and obtaining legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 805. | Handwritten Notes | December 7, 2003 | Michael Moore | | Counsel's notes of communication between counsel reflecting legal advice and counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 593(a). | Draft Letter with Selection of Potential Exhibits | December 8, 2003 | Michael Moore | Gerardo Hernandez, Martin Michaus | Draft correspondence communicated with and between counsel as part of request for legal advice related to trademarks and potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 307. | Memorandum | December 8, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel for purpose of obtaining legal advice on potential litigation; reflects counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 589. | Email | December 8, 2003 | Brian O'Connor | Rene van den Polder, Michael Moore<br><br>cc: Lila Tonche, Lorraine Alkire | Communication with and between counsel reflecting preparation of legal advice regarding potential litigation; attachments produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 736. | Letter | December 8, 2003 | Michael Moore | Michael Zeller | Communication between counsel for purpose of obtaining legal advice related to potential litigation; reflects counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 846. | Memorandum | December 8, 2003 | Michael Moore | Michael Zeller | Communication between counsel for purpose of obtaining legal advice related to potential litigation; reflects counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 589(a). | Annotated article | December 8, 2003 | Brian O'Connor | Rene van den Polder, Michael Moore<br><br>cc: Lila Tonche, Lorraine Alkire | Communication with and between counsel reflecting preparation of legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 17

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 966(a). | Report | December 8, 2003 | John Berger | Michael Moore | Communication with counsel reflecting research initiated pursuant to direction from counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 898. | Memorandum | December 9, 2003 | Tania Krebs | Michael Moore | Communication from counsel reflecting research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 553(a). | Report | December 9, 2003 | John Berger | Michael Moore<br><br>cc:  Fred Kawashima, Janice Day | Communication of research, conducted pursuant to instructions by counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 538. | Email | December 10, 2003 | Tania Krebs | Michael Moore, Michael Zeller | Communication between counsel reflecting research for purpose of rendering legal advice relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 767. | Memorandum | December 10, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 845. | Facsimile | December 10, 2003 | Tania Krebs | Michael Moore | Communication between counsel reflecting research for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 538(a). | Draft Chart | December 10, 2003 | Tania Krebs | Michael Moore, Michael Zeller | Communication between counsel reflecting research for purpose of rendering legal advice relating to potential litigation; reflects counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 537. | Email | December 11, 2003 | Michael Moore | Andy Brownstein, Michael Schwartz, Jeffrey Fourmaux | Communication with and between counsel reflecting research and legal advice relating to potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 551. | Email | December 11, 2003 | Michael Moore | Andy Brownstein, Michael Schwartz, Jeffrey Fourmaux<br><br>cc: Robert Normile, Donald Aiken | Communication with and between counsel reflecting research and mental impressions, communicated for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 728. | Email | December 11, 2003 | Michael Moore | Andy Brownstein, Jeffrey Fourmaux, Michael Schwartz<br><br>cc:  Robert Normile, Aiken Donald | Communication between counsel reflecting research and mental impressions, communicated for purpose of obtaining legal advice  related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 785. | Report | December 11, 2003 | Michael Moore | Robert Walsh | Communication reflecting research conducted at direction of counsel for purpose of obtaining legal advice related to potential litigation. | Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 18

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 796. | Email with Handwritten Notations | December 11, 2003 | Michael Moore (Email and Handwritten notations) | Michael Schwartz, Andy Brownstein, Jeffrey Fourmaux  cc: Robert Normile Donald Aiken | Email reflects research and counsel's mental impressions, conveyed for purpose of obtaining legal advice regarding potential litigation; handwritten notations are those of counsel and memorialize counsel's mental impressions.. | Attorney Client Privilege  Attorney Work Product |
| 798. | Email | December 11, 2003 | Michael Moore | Michael Schwartz, Andy Brownstein, Jeffrey Fourmaux | Communication between counsel of information transmitted as portion of request for legal advice related to potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 843. | Handwritten Notes | December 11, 2003 | Michael Moore | | Counsel's notes reflecting communications with outside counsel, legal advice, and mental impressions regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 844. | Handwritten Notes | December 11, 2003 | Michael Moore | | Counsel's notes reflecting communications with outside counsel, legal advice and mental impressions regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 308(a). | Report | December 11, 2003 | Krebs, Tania, Esq. | Moore, Michael, Esq. | Communication from counsel for purpose of rendering legal advice on potential litigation; reflects counsel's mental impressions. | Attorney Client Privilege  Attorney Work Product |
| 308. | Memorandum with Handwritten Notation | December 12, 2003 | Krebs, Tania, Esq. | Moore, Michael, Esq. | Communication from counsel for purpose of rendering legal advice on potential litigation; reflects counsel's mental impressions; handwritten notation is nonresponsive. | Attorney Client Privilege  Attorney Work Product |
| 623. | Report | December 12, 2003 | Michael Moore | Bill Dunnegan, Esq. | Report prepared by counsel and communicated to counsel in connection with request for legal advice on potential litigation. | Attorney Client  Attorney Work Product |
| 777. | Notes/List | December 12, 2003 | Adelle Jones | Michael Moore | Communication with counsel and report prepared at the direction of legal counsel for purpose of rendering legal advice, reflecting counsel's mental impressions regarding potential litigation, | Attorney Client Privilege  Attorney Work Product |
| 842. | Handwritten Notes | December 12, 2003 | Michael Moore | | Counsel's notes reflecting communications between counsel and legal advice, and mental impressions regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 899. | Memorandum | December 12, 2003 | Tania Krebs | Michael Moore | Communication from counsel reflecting research regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 945. | List | December 12, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 735. | Letter | December 12, 2003 | Michael Moore | Lloyd Cunningham  cc:  Michael Zeller | Communication with agent and counsel reflecting research for purpose of obtaining legal advice related to potential litigation. | Attorney Client Privilege  Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

18 of 88

Exhibit A, Page 19

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 765. | Spreadsheet | December 13, 2003 | Adelle Jones | | Report prepared at the direction of legal counsel reflecting legal advice and counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 536. | Email | December 14, 2003 | Michael Zeller | Michael Moore<br><br>cc: Diane Doolittle, John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 421(a). | Memorandum | December 14, 2003 | Michael Zeller | Michael Moore<br><br>cc:  Donald Aiken Tania Krebs | Communication of legal advice, reflecting attorney research and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 516(a). | List | December 14, 2003 | Michael Zeller | Michael Moore<br><br>cc:  Donald Aiken, Tania Krebs | Communication from counsel reflecting legal advice and research directed by counsel regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 535(a). | List | December 14, 2003 | Michael Zeller | Michael Moore,<br><br>cc:  Donald Aiken, Tania Krebs | Communication from counsel reflecting legal advice and research directed by counsel regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 683(a). | Memorandum | December 14, 2003 | Michael Zeller | Michael Moore<br><br>cc:  Donald Aiken Tania Krebs | Communication from counsel reflecting legal advice and research directed by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 309. | Memorandum | December 15, 2003 | Caplan, Mariann | Zeller, Michael, Esq. | Communication with counsel for purpose of seeking legal advice on potential litigation; reflects counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 535. | Email | December 15, 2003 | Michael Zeller | Michael Moore,<br><br>cc: Donald Aiken, Tania Krebs | Communication between counsel reflecting legal advice and research directed by counsel regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 609. | Email String | December 15, 2003 | Michael Zeller | Michael Moore<br><br>cc: Tania Krebs | Communications between counsel reflecting legal advice regarding Mattel products and potential litigation. | Attorney work product<br><br>Attorney Client privilege |
| 730. | Memorandum | December 15, 2003 | Marianna Caplan | Michael Zeller | Communication with counsel forwarding information necessary for the rendering of legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 762. | Report | December 15, 2003 | Adelle Jones | Michael Moore | Communication reflecting research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 533. | Email | December 16, 2003 | Tania Krebs | Donald Aiken, Michael Moore, Michael Zeller, John Quinn | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 20

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 534. | Email String | December 16, 2003 | Richelle Savage | Michael Moore | Communications between counsel reflecting research conducted for purpose of rendering legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 533(a). | Presentation | December 16, 2003 | Tania Krebs | Donald Aiken, Michael Moore, Diane Doolittle, John Quinn, Michael Zeller<br><br>cc:  Lucille Clavel | Communication between counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 608(a). | Report | December 16, 2003 | Michael Moore | Bill Dunnegan, Esq. | Report prepared by counsel and communicated to counsel in connection with request for legal advice on potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 532. | Email String | December 17, 2003 | Michael Moore | Andy Brownstein, Michael Schwartz, Jeffrey Fourmaux<br><br>cc: Robert Normile, Donald Aiken | Communications with and between counsel reflecting legal advice, and request for legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 596. | Email String | December 17, 2003 | Michael Moore | Brian O'Connor, Robert Normile, Donald Aiken | Communications between counsel reflecting legal advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 597. | Email String | December 17, 2003 | Michael Moore | Michael Zeller<br><br>cc: Morag MacDonald | Communications with and between counsel relating and requesting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 723. | Presentation | December 17, 2003 | Michael Zeller (Memorandum)<br><br>Bob Normile (Handwritten notations) | Mattel Law Department (Robert Normile) | Counsel's  communication rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 901. | Presentation | December 17, 2003 | Michael Zeller | Michael Moore, Robert Normile, Jill Thomas, Donald Aiken | Communication of counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 921. | Draft Presentation | December 17, 2003 | Michael Zeller | Michael Moore, Jill Thomas, Robert Normile, Donald Aiken | Counsel's draft presentation reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 580. | Email | December 18, 2003 | Michael Moore | Michael Zeller | Communication between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 610. | Email | December 18, 2003 | Michael Moore | Michael Zeller | Communication between counsel reflecting request for legal advice regarding potential litigation. | Attorney work product<br><br>Attorney Client Privilege |
| 773. | Memorandum | December 18, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 21

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 840. | Handwritten Notes | December 18, 2003 | Michael Moore | | Counsel's notes reflecting communications with outside counsel, legal advice, and mental impressions regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 841. | Handwritten Notes | December 18, 2003 | Michael Moore | | Counsel's notes reflecting legal advice, and mental impressions regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 967. | Report | December 18, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege Attorney Work Product |
| 968. | Report | December 18, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege Attorney Work Product |
| 529. | Email String | December 19, 2003 | Michael Zeller | Donald Aiken, Michael Moore cc: Jonathan Reichman, John Quinn Tania Krebs | Communications between counsel reflecting legal advice and research conducted for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 530. | Email String | December 19, 2003 | Reichman, Jonathan | Michael Zeller cc: Michael Moore, John Quinn | Communications between counsel reflecting request for legal advice and research conducted for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 531. | Email String | December 19, 2003 | Michael Moore | Jonathan Reichman | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 553. | Email | December 19, 2003 | John Berger | Michael Moore cc: Fred Kwashima, Janice Day | Communication with counsel reflecting research, initiated pursuant to instructions by counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 812. | Email String | December 19, 2003 | Michael Moore | Adelle Jones | Communications with counsel reflecting research directed by counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege Attorney Work Product |
| 813. | Chart | December 19, 2003 | Adelle Jones | Michael Moore | Chart produced at the request of counsel reflecting legal advice and counsel's mental impressions regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 973. | Report | December 19, 2003 | John Berger | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 22

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 527. | Email | December 20, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: Jonathan Reichman, John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 528. | Email | December 20, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: Jonathan Reichman, John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis related to litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 915. | Email | December 20, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  Jonathan Reichman, John Quinn, Tania Krebs | Communication between counsel reflecting  legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 918. | Email | December 20, 2003 | Michael Zeller | Donald Aiken, Michael Moore | Communication with and between counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 918(a). | Draft Outline | December 20, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  Jonathan Reichman, John Quinn, Tania Krebs | Communication from counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 919(a). | Email  String | December 20, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  Jonathan Reichman, John Quinn, Tania Krebs | Communications with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 526. | Email | December 22, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting  legal advice regarding potential litigation; attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 774. | Memorandum | December 22, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client PrivilegeAttorney Work Product |
| 916. | Email with Attachment | December 22, 2003 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice related to potential litigation; attachment is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 23

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 964. | Report | December 22, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 965. | Report | December 22, 2003 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 734. | Draft Letter | December 23, 2003 | Robert Normile | draft addressed to Pootipong Phoosopha | Draft communication reflecting legal counsel's advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 515(a). | Chart | January, 2004 | Michael Moore | Michael Zeller | Communication reflecting research and mental impressions for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 420(a). | Chart | January, 2004 | Michael Moore | Michael Zeller | Communication between counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 522(a). | Presentation | January, 2004 | Michael Zeller | Michael Moore, Tania Krebs | Communication between counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 523(a). | Presentation | January, 2004 | Michael Zeller | Michael Moore | Communication between counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 524(a). | Chart | January, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 525(a). | Draft Outline | January, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 563(a). | Draft presentation | January, 2004 | Michael Zeller | Michael Moore,<br><br>cc: Donald Aiken, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 565(a). | Draft Presentation | January, 2004 | Michael Zeller | Michael Moore<br><br>Cc: Donald Aiken, John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 566(a). | Draft Presentation | January, 2004 | Michael Zeller | Michael Moore,<br><br>cc: Donald Aiken, John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 24

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 682(a). | Chart | January, 2004 | Michael Moore | Michael Zeller | Communication reflecting research and mental impressions for purpose of obtaining legal advice regarding potential litigation. | Attorney Work Product<br><br>Attorney Work Product |
| 912(a). | Draft Outline | January, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 913(a). | Chart | January, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 917(a). | Draft Outline | January, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 938. | Report/Chart | Post-December, 2003 | John Berger | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 705. | Memorandum | January 5, 2004 | Jill Burtis and Michael Zeller | Donald Aiken, Michael Moore, Robert Normile | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 771. | Memorandum | January 5, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 943. | Notes | January 5, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 970. | Report | January 5, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 971. | Report | January 5, 2004 | John Berger | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 564(a). | Memorandum | January 5, 2004 | Jill Thomas and Michael Zeller | Donald Aiken, Michael Moore, Robert Normile | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 524. | Email | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

Exhibit A, Page 25

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-------------------|
| 525. | Email | January 6, 2004 | Michael Zeller | Aiken, Donald, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 552. | Email | January 6, 2004 | Adelle Jones | Michael Zeller, Michael Moore, Tania Krebs | Communication with counsel reflecting research conducted for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 722. | Memorandum with Handwritten Notations | January 6, 2004 | Michael Zeller (Memorandum)<br><br>Bob Normile (Handwritten notations) | Mattel Law Department (Robert Normile) | Counsel's communication rendering legal advice regarding potential litigation; handwritten notations reflect mental impressions and attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |
| 811. | Chart | January 6, 2004 | Adelle Jones | | Chart produced at the request of counsel reflecting legal advice and counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 839. | Handwritten Notes | January 6, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications with outside counsel, and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 912. | Email | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication with and between counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 913. | Email | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 917. | Email | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication with and between counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 972. | Report/Chart | January 6, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting regarding research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 624(a)(1). | Chart | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 26

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 624(a). | Email | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 624(b)(1). | Draft Outline | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting research, legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 624(b). | Email | January 6, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 779. | Notes/List | January 6, 2004 | Adelle Jones | Michael Moore | Communication with counsel and report prepared at the direction of legal counsel for purpose of rendering legal advice, reflecting counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 947. | List | January 6, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 605. | Email String | January 8, 2004 | Michael Moore | Michael Zeller | Communications with counsel reflecting research for purpose of obtaining legal advice regarding Mattel products and potential litigation. | Attorney Work Product<br><br>Attorney Client privilege |
| 606. | Email | January 8, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research for purpose of rendering legal advice regarding Mattel products and potential litigation. | Attorney Work Product<br><br>Attorney Client privilege |
| 624. | Email | January 8, 2004 | Michael Moore | Robert Normile | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 591. | Email | January 9, 2004 | Michael Zeller | Klaus-Juergen Michaeli, Uwe Lueken, Wolfgang Von Meibom<br><br>cc: Michael Moore | Communication with counsel reflecting legal advice related to litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 721. | Memorandum with Handwritten Notations | January 10, 2004 | Michael Zeller, Tania Krebs (Memorandum)<br><br>Bob Normile (Handwritten notations) | Mattel Law Department (Robert Normile) | Counsel's  communication reflecting legal advice regarding potential litigation; handwritten notations reflect mental impressions and attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |
| 522. | Email | January 11, 2004 | Michael Zeller | Michael Moore, Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 27

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 523. | Email | January 11, 2004 | Michael Zeller | Michael Moore | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 566. | Email | January 11, 2004 | Michael Zeller | Michael Moore,<br><br>cc: Donald Aiken,<br>John Quinn,<br>Tania Krebs | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 838. | Handwritten Notes | January 11, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications between counsel, and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 911(a). | Draft Presentation | January 11, 2004 | Michael Zeller | Michael Moore,<br><br>cc:  Donald Aiken | Communication with counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 565. | Email | January 12, 2004 | Michael Moore | Robert Normile<br><br>cc: Donald Aiken | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 911. | Email  String | January 12, 2004 | Michael Moore | Robert Normile,<br>Donald Aiken | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 564. | Email String | January 13, 2004 | Donald Aiken | Michael Moore | Communications between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 603. | Email String | January 13, 2004 | Michael Moore | Michael Zeller | Communication between counsel regarding legal advice regarding Mattel products and potential litigation; attachment produced. | Attorney Work Product<br><br>Attorney Client privilege |
| 604. | Email String | January 13, 2004 | Jill Nordquist | Michael Moore<br><br>cc:  Donald Aiken | Communication with counsel regarding legal advice regarding Mattel products and potential litigation. | Attorney Work Product<br><br>Attorney Client privilege |
| 720. | Memorandum | January 13, 2004 | Jill Burtis and Michael Zeller | Donald Aiken,<br>Michael Moore,<br>Robert Normile | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 910. | Memorandum | January 13, 2004 | Jill Burtis and Michael Zeller | Michael Moore,<br>Donald Aiken,<br>Robert Normile | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 914. | Draft Presentation | January 13, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>Robert Normile,<br>Andy Brownstein,<br>JC Fourmau<br>XMW Schwartz<br><br>Cc:  John Quinn,<br>Tania Krebs | Counsel's draft presentation reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 28

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 521. | Analysis with Handwritten Notations | January 14, 2004 | Claus Bjerre | Michael Moore | Report and handwritten notations reflect counsel's research and analysis for purpose of rendering legal advice relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 562. | Email | January 14, 2004 | Tania Krebs | Michael Moore | Communication between counsel reflecting legal advice, analysis and counsel's mental impressions regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 563. | Email | January 14, 2004 | Michael Zeller | Michael Moore<br><br>cc: Donald Aiken, Tania Krebs | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 809. | Email | January 14, 2004 | Michael Zeller | Michael Moore<br><br>cc:  Donald Aiken, Tania Krebs | Communication with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 828. | Handwritten Notes | January 14, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications with company employee and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 562(a). | Chart | January 14, 2004 | Tania Krebs | Michael Moore | Communication between counsel reflecting legal advice, analysis and counsel's mental impressions regarding litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 809(a). | Draft Presentation with Handwritten Notations | January 14, 2004 | Michael Zeller (Presentation)<br><br>Michael Moore (Handwritten notations) | Michael Moore<br><br>cc:  Donald Aiken, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation; handwritten notations from Michael Moore memorialize attorney client communications and reflect counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 561. | Email | January 15, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Jeffrey Fourmaux, Michael Schwartz<br><br>cc: John Quinn, Tania Krebs | Communication with and between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 602. | Email | January 15, 2004 | Carol Lyn Robinson | Michael Moore<br><br>cc:  Jill Nordquist, Therese Wilbur | Communication with counsel regarding legal advice regarding Mattel products and potential litigation; attachments produced. | Attorney Work Product<br><br>Attorney Client Privilege |
| 772. | Memorandum | January 15, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 29

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 804. | Report | January 15, 2004 | Adelle Jones | Michael Moore | Report created at the request of legal counsel for the purpose of obtaining legal advice; reflecting counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 829. | Handwritten Notes | January 15, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications with outside counsel and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 877. | Draft Presentation | January 15, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, JC Fourmau XMW Schwartz<br><br>Cc: John Quinn, Tania Krebs | Draft presentation reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 942. | List | January 15, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at the direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 962. | Report | January 15, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 963. | Report | January 15, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 561(a). | Draft presentation | January 15, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Jeffrey Fourmaux, Michael Schwartz<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 560. | Email | January 16, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, Jeffrey Fourmaux, Michael Schwartz<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 30

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 784. | Presentation | January 16, 2004 | Michael Zeller | Jill Thomas, Robert Normile, Michael Moore, Donald Aiken | Draft presentation of counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 810. | Report with Handwritten Notations | January 16, 2004 | Adelle Jones (Report and some Handwritten notations)  Michael Moore (Some Handwritten notations) | Michael Moore | Report and handwritten notations reflect communications with counsel reflecting research for purpose of obtaining and rendering legal advice related to potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 879. | Presentation | January 16, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, JC Fourmau XMW Schwartz  Cc:  John Quinn, Tania Krebs | Communication of counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 560(a). | Draft Presentation | January 16, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, Jeffrey Fourmaux, Michael Schwartz  cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Work Product  Attorney Client Privilege |
| 700. | Memorandum | January 16, 2004 | Jeffrey Fourmau X | Martin Lipton, Herbert Wachtell | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 717. | Presentation | January 16, 2004 | Michael Zeller | Mattel Board of Directors | Counsel's  communication rendering legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 557. | Email | January 18, 2004 | Jeffrey Fourmaux | Michael Zeller  cc: Michael Moore, Tania Krebs | Communication between counsel reflecting request for legal advice regarding litigation. | Attorney Client Privilege  Attorney Work Product |
| 558. | Email | January 18, 2004 | Michael Zeller | Jeffrey Fourmau  Xcc: Michael Moore, Tania Krebs | Communication between counsel reflecting request for legal advice regarding litigation. | Attorney Client Privilege  Attorney Work Product |
| 559. | Email | January 18, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, Jeffrey Fourmaux, Michael Schwartz  cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege  Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 31

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 808. | Email | January 18, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, Jeffrey Fourmaux, Michael Schwartz<br><br>cc:  John Quinn, Tania Krebs | Communication with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 878. | Email | January 18, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andrew Brownstein, Jeffrey Fourmaux, Michael Schwartz<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 559(a). | Presentation | January 18, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, Jeffrey Fourmaux, Michael Schwartz<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 808(a). | Presentation | January 18, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, Jeffrey Fourmaux, Michael Schwartz<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 878(a). | Presentation | January 18, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andrew Brownstein, Jeffrey Fourmaux, Michael Schwartz<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 32

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 520. | Email | January 19, 2004 | Adelle Jones | Sujata Luther<br><br>cc: Michael Moore | Communication with counsel regarding research conducted for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 740. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation | Attorney Client Privilege<br><br>Attorney Work Product |
| 741. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation . | Attorney Client Privilege<br><br>Attorney Work Product |
| 746. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 751. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 752. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 753. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 757. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 761. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 791. | Email | January 19, 2004 | Adelle Jones | Sujata Luther | Communication reflecting research to be conducted at direction of legal counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 830. | Handwritten Notes | January 19, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications with outside counsel and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 742. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 33

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|------------------|
| 743. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation . | Attorney Client Privilege<br><br>Attorney Work Product |
| 744. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 745. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 748. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 749. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 750. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 758. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 760. | Memorandum | January 19, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 310. | Email String | January 20, 2004 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel reflecting information transmitted for purpose of obtaining legal advice on potential litigation; other email in chain is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 424. | Email String | January 20, 2004 | Michael Moore | Michael Zeller | Communication with counsel reflecting information transmitted for purpose of obtaining legal advice regarding potential litigation; other email in chain is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 519. | Email | January 20, 2004 | Dianne Douglas | Michael Moore, Donald Aiken | Communication with counsel reflecting information transmitted for purpose of obtaining legal advice regarding potential litigation; other email in chain is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 518. | Email | January 22, 2004 | Michael Zeller | Michael Moore<br><br>cc: Donald Aiken, Tania Krebs | Communication between counsel reflecting research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 34

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 640. | Email String | January 22, 2004 | Adelle Jones | Michael Moore | Communications with counsel reflecting research conducted by counsel for purpose of rendering and obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 704. | Email Collection with Handwritten Notations | January 22, 2004 | John Quinn (Document)<br><br>Robert Normile (Handwritten notations) | Robert Normile<br><br>cc: Michael Zeller | Communication between counsel reflecting request for legal advice, research necessary to rendering of legal advice, and legal advice related to potential litigation; handwritten notations reflect counsel's mental impressions and attorney-client communications | Attorney Client Privilege<br><br>Attorney Work Product |
| 792. | Email | January 22, 2004 | Fred Kawashima | Michael Moore<br><br>cc: Johnathan Ouk, Janice Day | Communication with  counsel reflecting research conducted pursuant to instructions from counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 422(a). | Draft Chart | January 22, 2004 | Michael Moore | Dianne Douglas, Lisa Marie Bongiovanni, Julia Jensen<br><br>cc: Donald Aiken | Communication for purpose of rendering legal advice, containing research and attorney mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 517(a). | Chart | January 22, 2004 | Michael Moore | Dianne Douglas, Lisa Marie Bongiovanni, Julia Jensen<br><br>cc: Donald Aiken | Communication from counsel reflecting research conducted by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 518(a). | Chart | January 22, 2004 | Michael Zeller | Michael Moore<br><br>cc:  Donald Aiken, Tania Krebs | Communication between counsel reflecting research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 685(a). | Draft Chart | January 22, 2004 | Michael Moore | Dianne Douglas, Lisa Marie Bongiovanni, Julia Jensen<br><br>cc: Donald Aiken | Communication from counsel reflecting research conducted by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 311. | Email | January 23, 2004 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel reflecting request for legal advice on potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 729. | Memorandum | January 23, 2004 | Michael Zeller | Donald Aiken | Draft memorandum from counsel reflecting legal advice and counsel's mental impressions related to potential and pending litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 737. | Letter | January 23, 2004 | Michael Moore | Michael Zeller | Communication between counsel for purpose of obtaining legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 780. | Notes/List | January 23, 2004 | Adelle Jones | Michael Moore | Summary prepared at the direction of legal counsel for purpose of rendering legal advice, reflecting counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 35

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 948. | Index | January 23, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 875. | Draft Chart | January 24, 2004 | Tania Krebs | Michael Moore | Communication of counsel reflecting legal advice, and counsel's mental impressions and research, related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 422. | Email | January 26, 2004 | Michael Moore | Dianne Douglas, Lisa Marie Bongiovanni, Julia Jensen<br><br>cc: Donald Aiken | Communication for purpose of rendering legal advice, containing research and attorney mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 517. | Email | January 26, 2004 | Michael Moore | Dianne Douglas, Lisa Marie Bongiovanni, Julia Jensen<br><br>cc: Donald Aiken | Communication from counsel reflecting research conducted by counsel for purpose of rendering legal adviceregarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 685. | Email | January 26, 2004 | Michael Moore | Dianne Douglas, Lisa Marie Bongiovanni, Julia Jensen<br><br>cc: Donald Aiken | Communication with counsel reflecting research conducted by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 703. | Email String | January 26, 2004 | Andy Brownstein | Robert Normile, Michael Schwartz | Communications between counsel reflecting request for legal advice, and legal advice, related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 684. | Email | January 27, 2004 | Michael Zeller | Michael Moore | Communication between counsel reflecting research and legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 243. | Email String with Handwritten Notation | January 28, 2004 | Dyer, Ian | Oesterheld, Richard Tonche, Lila Ritchie, Christian Luk, Isaac | Communications reflecting request for legal advice; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 420. | Email | January 28, 2004 | Michael Moore | Michael Zeller | Communication between counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 421. | Email String | January 28, 2004 | Michael Moore | Adelle Jones | Communication of legal advice, reflecting attorney research and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 515. | Email String | January 28, 2004 | Michael Moore | Michael Zeller | Communication between counsel reflecting research and mental impressions for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 36

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 516. | Email String | January 28, 2004 | Michael Moore | Adelle Jones | Communications with counsel reflecting legal advice and directing research for purpose of obtaining and rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 682. | Email | January 28, 2004 | Michael Moore | Michael Zeller | Communication between counsel reflecting research and mental impressions for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 683. | Email  String | January 28, 2004 | Michael Moore | Adelle Jones | Communications with counsel reflecting legal advice and directing research for purpose of rendering legal advice related to potential litigation; also reflects counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 419. | Email String | January 29, 2004 | Michael Moore | Lisa Marie Bongiovanni | Counsel communications reflecting legal advice rendered regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 702. | Memorandum | February  2004 (approx.) | Michael Zeller | Robert Normile | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 329(a). | Attachment with Handwritten Notation (Redacted) | February, 2004 | Yoshida, Eri | Tonche, Lisa | Communication reflecting request for legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 414(a). | Draft letter | February, 2004 | Michael Moore | Adelle Jones | Communication with counsel for purpose of obtaining legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 414(b). | Exhibit | February, 2004 (approx.) | Michael Moore | Adelle Jones | Communication with counsel for purpose of obtaining legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 416(a). | Draft letter | February, 2004 | Michael Moore | Michael Zeller | Communication with counsel for purpose of obtaining legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 416(b). | Exhibit | February, 2004 (approx.) | Michael Moore | Michael Zeller | Communication with counsel for purpose of obtaining legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 513(a). | Draft Letter | February, 2004 | Donald Aiken | Michael Moore | Draft communicated as part of request for legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 513(b). | Exhibit | February, 2004 (approx.) | Donald Aiken | Michael Moore | Draft communicated as part of request for legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 902. | Draft Letter with Handwritten Notations | 2003 [misdated; true date is February 2004 (approx.)] | Robert Normile (Letter)<br><br>Donald Aiken (Handwritten notations) | Mattel, Inc. Board of Directors | Counsel's draft communication reflecting legal advice related to potential litigation; handwritten notations reflect counsel's mental impressions and attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 37

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1021. | Draft Letter with Handwritten Notations | February, 2004 (approx.) | Robert Normile (Letter and Handwritten Notations) | Mattel Board of Directors | Counsel's draft communication reflecting legal advice related to potential litigation; handwritten notations reflect counsel's mental impressions and attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |
| 681. | Email String | February 2, 2004 | Michael Moore | Adelle Jones<br><br>cc: Richelle Savage | Communications with counsel reflecting research directed by counsel for purpose of rendering legal advice related to potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 680. | Email String | February 3, 2004 | Richelle Savage | Michael Moore | Communications with counsel reflecting research directed by counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 418. | Email String | February 9, 2004 | Michael Moore | Donald Aiken, Michael Zeller<br><br>cc: Robert Normile | Communications between counsel related to research regarding potential litigation and reflecting request for legal advice; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 874. | Email String | February 9, 2004 | Michael Moore | Donald Aiken, Michael Zeller | Communications between counsel reflecting request for legal advice related to potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 701. | Handwritten Notes | February 9, 2004 | Brian O'Connor | | Counsel's notes reflecting legal advice communicated and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 731. | Report | February 12, 2004 | Sandra Carollo | Brian O'Connor | Communication reflecting research related to potential litigation, prepared for purpose of obtaining legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 733. | Draft Letter | February 12, 2004 | Robert Normile | Amelia Ivy Arafiles Palijo | Draft communication reflecting legal counsel's advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 417. | Email String | February 13, 2004 | Michael Moore | Michael Zeller | Communications between counsel reflecting research, initiated pursuant to instructions from counsel, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 514. | Email String | February 13, 2004 | Adelle Jones | Michael Moore | Communications with counsel regarding research, initiated pursuant to instructions from counsel for purpose of providing legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 312. | Email String with Handwritten Notation | February 16, 2004 | O'Connor, Brian, Esq. (Email)<br><br>Zeller, Michael, Esq. (Handwritten Notation) | Zeller, Michael, Esq.<br>Moore, Michael, Esq.<br>Clifford, Stephen, Esq. | Communications between counsel reflecting legal advice on potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 313. | Email String with Handwritten Notation | February 16, 2004 | Clifford, Stephen, Esq. (Email)<br><br>Zeller, Michael, Esq. (Handwritten Notation) | Zeller, Michael, Esq. | Communications with counsel reflecting legal advice on potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 38

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 314. | Email with Handwritten Notation | February 16, 2004 | Chan, May (Bird & Bird) (Email)<br><br>Zeller, Michael, Esq. (Handwritten Notation) | Zeller, Michael, Esq.<br>Moore, Michael, Esq. | Communication between counsel reflecting legal advice provided regarding potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 795. | Handwritten Notes on Printed Document | February 16, 2004 | Michael Moore | | Counsel's notes reflecting counsel's mental impressions regarding potential litigation; printed document is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 314(a). | Legal Research | February 16, 2004 (approx.) | Chan, May (Bird & Bird) | Zeller, Michael, Esq.<br>Moore, Michael, Esq. | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 410. | Email String | February 25, 2004 | Michael Moore | Sarah Buzby | Communication with counsel reflecting request for legal advice regarding products relating to potential litigation; other emails in chain are nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 411. | Email String | February 25, 2004 | Michael Moore | Mariken Mares,<br>Therese Wilbur<br><br>cc: Rene van den Polder | Communication with counsel reflecting request for legal advice regarding products relating to potential litigation; other email in chain is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 778. | Notes/List | February 25, 2004 | Adelle Jones | Michael Moore | Communication with counsel and report prepared at the direction of legal counsel for purpose of rendering legal advice, reflecting counsel's mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 946. | List | February 25, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 391. | Email String | February 26, 2004 | Michael Moore | Donald Aiken<br><br>cc: Michael Zeller | Communication with counsel reflecting research for purpose of rendering legal advice regarding potential litigation; other email in chain is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 409. | Email String | February 26, 2004 | Michael Moore | Richard Oesterheld | Communications with counsel reflecting research for purpose of rendering legal advice regarding products relating to potential litigation; other email in chain is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 837. | Handwritten Notes | February 26, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications between counsel, and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 39

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 863. | Draft Legal Pleading | March, 2004 | Michael Zeller | Donald Aiken, Michael Moore, John Quinn<br><br>Cc: Tania Krebs | Draft legal pleading prepared in anticipation of litigation and communicated for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 392(a). | List | March, 2004 (approx.) | Michael Moore | Richelle Savage<br><br>cc: Michael Zeller | Communication with counsel reflecting research, initiated pursuant to instructions from counsel, for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 393(a). | List | March, 2004 (approx.) | Michael Moore | Michael Zeller<br><br>cc: Richelle Savage | Communication with counsel reflecting research, initiated pursuant to instructions from counsel, for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 398(a). | Draft Legal Pleading | March, 2004 | Michael Zeller | Donald Aiken, Michael Moore, John Quinn<br><br>cc: Tania Krebs | Draft legal pleading prepared in anticipation of litigation, sent for purpose of obtaining legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 495(a). | Draft Legal Pleading | March, 2004 | Michael Zeller | Donald Aiken, Michael Moore, John Quinn<br><br>cc: Tania Krebs | Draft of legal pleading related to potential litigation, communicated for purpose of obtaining legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 676(a) | Draft Legal Pleading | March, 2004 | Michael Zeller | Donald Aiken, Michael Moore, John Quinn<br><br>cc: Tania Krebs | Draft legal pleading prepared in anticipation of litigation and communicated for purpose of obtaining legal advice. | Attorney Work Product<br><br>Attorney Client Privilege |
| 677(a). | Report | March, 2004 | Adelle Jones | Michael Zeller, Tania Krebs<br><br>cc: Michael Moore | Communication with counsel reflecting research directed by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 907. | Draft Legal Pleading | March, 2004 | Michael Zeller | | Draft legal pleading reflecting legal advice and mental impressions regarding potential litigation, communicated for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 496(a). | Draft Legal Pleading | March, 2004 | Michael Zeller | Donald Aiken, Michael Moore, John Quinn<br><br>cc: Tania Krebs | Draft of legal pleading related to potential litigation, communicated for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 497(a). | Report | March, 2004 | Adelle Jones | Michael Zeller, Tania Krebs<br><br>cc: Michael Moore | Communication reflecting research prepared pursuant to instructions from counsel for purpose of seeking legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 40

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 833(a). | Draft Legal Pleading | March, 2004 | Michael Zelelr | Donald Aiken, Michael Moore, John Quinn, Tania Krebs | Draft legal pleading prepared in anticipation of litigation, sent for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 872. | Facsimile | March 3, 2004 | John Quinn | Robert Normile | Communication between counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1020. | Handwritten Notes | March 3, 2004 | Robert Normile | | Counsel's notes reflecting communications from outside counsel providing legal advice, as well as mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 408. | Email String | March 4, 2004 | Michael Moore | Adelle Jones | Communications with legal counsel regarding legal tasks relating to the provision of legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 579. | Email | March 4, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 389. | Email String | March 5, 2004 | Robert Normile | Donald Aiken, Michael Moore | Communication with counsel reflecting request for legal advice, and research, regarding potential litigation; other emails in the chain are nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 390. | Email String | March 5, 2004 | Brian O'Connor | Tom Keefer, Bryan Stockton, Gene Murtha, Malcolm Nicholson, John Boyce<br><br>cc: Michael Moore, Guillermo Guzman | Communications with counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 406. | Email String | March 5, 2004 | Michael Moore | Michael Zeller | Communications from and between counsel reflecting request for legal advice, and legal advice, regarding Mattel products and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 407. | Email String | March 5, 2004 | Michael Moore | Michael Zeller | Communications with and between counsel reflecting request for legal advice, and legal advice, regarding Mattel products and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 509. | Email String | March 5, 2004 | Guillermo Guzman | Brian O'Connor, Kate O'Brien, Nicholson Malcolm<br><br>cc: Rene van den Polder | Communications with counsel reflecting request for legal advice regarding Mattel products relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 41

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 634. | Email String | March 5, 2004 | Brian O'Connor | Tom Keefer, Bryan Stockton, Gene Murtha, Malcom Nicholson, John Boyce<br><br>cc: Michael Moore, Guillermo Guzman | Communications with and between counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 404. | Email String | March 7, 2004 | Michael Moore | Guillermo Guzman, Brian O'Connor, Kate O'Brien, Malcom Nicholson<br><br>cc: Rene van den Polder | Communications between counsel reflecting request for legal advice, and legal advice,regarding Mattel products and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 405. | Email String | March 7, 2004 | Michael Moore | Michael Zeller | Communications from and between counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 508. | Email String | March 7, 2004 | Michael Moore | Guillermo Guzman, Brian O'Connor, Kate O'Brien, Nicholson Malcolm<br><br>cc: Rene van den Polder | Communications with and between counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 246. | Memorandum with Handwritten Notations | March 8, 2004 | O'Brien, Kate (counsel at Morrison & Foerster) (Memorandum)<br><br>Jill Thomas, Esq. (Handwritten notations) | Normile, Robert, Esq. O'Connor, Brian, Esq. Stephen, Clifford, Esq.<br><br>cc: Moore, Michael, Esq. | Communication reflecting legal advice regarding competition; handwritten notations reflect counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 387. | Email String | March 8, 2004 | Kate O'Brien | Brian O'Connor, Kate O'Brien, Robert Normile, Stephen Clifford<br><br>cc: Michael Moore | Communications with counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 388. | Email | March 8, 2004 | Kate O'Brien | Robert Normile, Brian O'Connor, Stephen Clifford<br><br>cc: Michael Moore | Communications with counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 403. | Email String | March 8, 2004 | Michael Moore | Michael Zeller | Communications from and between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 633. | Email String | March 8, 2004 | Kate O'Brien | Brian O'Connor, Kate O'Brien, Robert Normile, Stephen Clifford<br><br>cc: Michael Moore | Communications with and between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

41 of 88

Exhibit A, Page 42

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 836. | Email | March 8, 2004 | Kate O'Brien | Robert Normile, Brian O'Connor, Stephen Clifford, Michael Moore | Communication with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 388(a). | Memorandum | March 8, 2004 | Kathyleen A. O'Brien, Esq. | Robert Normile, Esq. Brian O'Connor, Esq. Stephen Clifford, Esq. cc: Michael Moore, Esq. | Communication with counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 633(a). | Email String | March 8, 2004 | Brian O'Connor | Kate O'Brien, Robert Normile, Stephen Clifford cc: Michael Moore | Communications with counsel reflecting legal advice and request for legal advice regarding potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 633(b)(1). | Memorandum | March 8, 2004 | Kate O'Brien | Brian O'Connor Robert Normile Stephen Clifford cc: Michael Moore | Communication from counsel reflecting legal advice and analysis on potential litigation. | Attorney Work Product / Attorney Client Privilege |
| 633(b). | Email String | March 8, 2004 | Kate O'Brien | Brian O'Connor, Robert Normile, Stephen Clifford cc: Michael Moore | Communication with and between counsel reflecting legal advice and analysis regarding potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 836(a). | Memorandum | March 8, 2004 | Kathyleen A. O'Brien, Esq. | Robert Normile, Esq. Brian O'Connor, Esq. Stephen Clifford, Esq. cc: Michael Moore, Esq. | Communication with counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 402. | Email | March 9, 2004 | Michael Moore | Fred Kawashima | Communication with counsel reflecting research performed pursuant to instructions from counsel, for purpose of providing legal advice regarding potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 504. | Email | March 11, 2004 | Michael Moore | Jill Thomas, Kim Gohata | Communication between counsel reflecting legal advice relating to potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 505. | Email | March 11, 2004 | Michael Moore | Adelle Jones, Michael Zeller | Communication with and between counsel reflecting legal advice, and research directed for purpose of rendering legal advice, regarding potential litigation. | Attorney Client Privilege / Attorney Work Product |
| 506. | Email | March 11, 2004 | Michael Zeller | Donald Aiken, Michael Moore | Communication with counsel regarding potential litigation; attachment produced. | Attorney Client Privilege / Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 507. | Email | March 11, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 864. | Email | March 11, 2004 | Michael Zeller | Donald Aiken, Michael Moore | Communication between counsel reflecting legal advice and mental impressions related to potential litigation; attachment produced. | Attorney Client Privilege Attorney Work Product |
| 873. | Presentation | March 11, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile, Andy Brownstein, JC Fourmau XMW Schwartz Cc:  John Quinn, Tania Krebs | Communication of counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege Attorney Work Product |
| 507(a). | Presentation | March 11, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Client Privilege Attorney Work Product |
| 716. | Presentation | March 11, 2004 | Michael Zeller | Mattel Board of Directors | Counsel's  communication rendering legal advice regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 1. | Board of Directors Meeting Minutes (Redacted) M 0737414- M 0737439 | March 12, 2004 | -- | -- | Communications of legal advice to Board regarding stockholder proposals and potential litigation matter. | Attorney Client Privilege Attorney Work Product |
| 502. | Email String | March 12, 2004 | Richard Oesterheld | Michael Moore cc: Joann Green, Donald Aiken | Communication with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege Attorney Work Product |
| 503. | Email String | March 12, 2004 | Kim Gohata | Michael Moore, Jill Thomas | Communications between counsel reflecting legal advice relating to potential litigation. | Attorney Client Privilege Attorney Work Product |
| 502(a). | Research | March 12, 2004 | Richard Oesterheld | Michael Moore cc:  Joann Green, Donald Aiken | Research regarding potential litigation prepared at direction of counsel. | Attorney Client Privilege Attorney Work Product |
| 500. | Email | March 15, 2004 | Michael Moore | Donald Aiken, Michael Zeller | Communication between counsel reflecting request for legal advice regarding potential litigation; attachment produced. | Attorney Client Privilege Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 44

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 501. | Email | March 15, 2004 | Michael Moore | Donald Aiken | Communication with counsel reflecting request for legal advice with respect to draft pleading relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 679. | Email | March 15, 2004 | Michael Moore | Michael Zeller<br><br>cc: Donald Aiken | Communication between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 793. | Email String | March 15, 2004 | Fred Kawashima | Michael Moore<br><br>cc: Johnathan Ouk | Communications with counsel reflecting research conducted pursuant to instructions from counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 794. | Email String with Handwritten Notations | March 15, 2004; handwritten notations undated | Johnathan Ouk | Fred Kawashima<br><br>cc: Michael Moore | Email correspondence and handwritten notations memorialize communications with counsel regarding research initiated pursuant to instructions from counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 835. | Handwritten Notes | March 15, 2004 | Michael Moore | | Counsel's notes reflecting communications with employee, legal advice and mental impressions and research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 871. | Email | March 15, 2004 | Michael Moore | Donald Aiken,<br>Michael Zeller | Communication between counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 399. | Email | March 16, 2004 | Michael Moore | Michael Zeller | Communication with counsel reflecting request for legal advice regarding draft of legal pleading related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 400. | Email String | March 16, 2004 | Michael Moore | Jonathan Reichman | Communications with counsel reflecting request for legal advice regarding draft of legal pleading. | Attorney Client Privilege<br><br>Attorney Work Product |
| 394(a). | Memorandum | March 16, 2004 | Lawrence A. Rand<br>Micheline Tang | John B. Quinn<br><br>cc.: Robert Normile | Communication of analysis prepared at direction of counsel for purposes of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 498(a). | Memorandum | March 16, 2004 | Lawrence A. Rand,<br>Micheline Tang | John B. Quinn<br><br>cc:  Robert Normile | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 678(a). | Memorandum | March 16, 2004 | Lawrence A. Rand,<br>Micheline Tang | John B. Quinn<br><br>cc:  Robert Normile | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 870(a). | Memorandum with Handwritten Notations | March 16, 2004 | Lawrence A. Rand,<br>Micheline Tang (Memorandum)<br><br>Donald Aiken (Handwritten notations) | John B. Quinn<br><br>cc:  Robert Normile | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation; handwritten notations reflect counsel's mental impressions and attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 45

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 904(a). | Memorandum | March 16, 2004 | Micheline Tang | John Quinn<br>Robert Eckert<br>Robert Normile | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 712. | Memorandum with Handwritten Notations | March 16, 2004 | Micheline Tang, Lawrence Rand (Memorandum)<br><br>Robert Normile (Handwritten notations) | John Quinn<br><br>cc: Robert Normile | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation; handwritten notations memorialize counsel's mental impressions and attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |
| 496. | Email | March 17, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>John Quinn<br><br>cc: Tania Krebs | Communication with counsel reflecting legal advice in draft pleading relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 497. | Email | March 17, 2004 | Adelle Jones | Michael Zeller,<br>Tania Krebs<br><br>cc: Michael Moore | Communication with counsel reflecting research, prepared pursuant to instructions from counsel for purpose of seeking legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 498. | Email String | March 17, 2004 | Robert Normile | Donald Aiken,<br>Michael Moore | Communications between counsel reflecting legal advice, and request for legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 499. | Email String | March 17, 2004 | Jonathan Reichman | Michael Moore | Communications with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 677. | Email | March 17, 2004 | Adelle Jones | Michael Zeller<br>Tania Krebs<br><br>cc: Michael Moore | Communication with counsel reflecting research directed by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 678. | Email String | March 17, 2004 | Robert Normile | Donald Aiken,<br>Michael Moore | Communications between counsel reflecting legal advice, and request for legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 833. | Email | March 17, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>John Quinn,<br>Tania Krebs | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 834. | Handwritten Notes | March 17, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications with outside counsel and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 870. | Email String | March 17, 2004 | Robert Normile | Donald Aiken,<br>Michael Moore | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 904. | Email String | March 17, 2004 | Robert Normile | Donald Aiken,<br>Michael Moore | Communications with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 46

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 397. | Email String | March 18, 2004 | Michael Moore | Fred Kawashima, Johnathan Ouk | Communications with counsel regarding research performed at direction of counsel, for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 398. | Email String | March 18, 2004 | Michael Moore | Jonathan Reichman, Esq. | Communications with counsel reflecting request for legal advice regarding draft of legal pleading related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 495. | Email String | March 18, 2004 | Jonathan Reichman | Michael Moore | Communications with counsel seeking legal advice on draft pleading relating to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 676. | Email String | March 18, 2004 | Michael Moore | Jonathan Reichman | Communications with and between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 698. | Email String | March 18, 2004 | Michael Moore | Michael Zeller | Communications between counsel reflecting research related to request for legal advice regarding potential litigation and including attorney client communications. | Attorney Client Privilege<br><br>Attorney Work Product |
| 396. | Email String | March 19, 2004 | Michael Moore | Jonathan Reichman, Esq. | Communications with counsel reflecting legal advice regarding potential litigation and draft of legal pleading. | Attorney Client Privilege<br><br>Attorney Work Product |
| 494. | Email String | March 19, 2004 | Jonathan Reichman | Michael Moore | Communications with counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 976. | Report | March 19, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 315. | PowerPoint Materials | March 22, 2004 | Aiken, Donald, Esq. | Mattel, Inc. | Communication of legal advice regarding intellectual property policies and procedures. | Attorney Client Privilege<br><br>Attorney Work Product |
| 394. | Email String | March 22, 2004 | Michael Moore | Michael Zeller | Communications with counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 395. | Email String | March 22, 2004 | Michael Moore | Richard Oesterheld | Communications with counsel regarding products and potential litigation, sent for purpose of preparing legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 868. | Email String | March 23, 2004 | Jill Thomas | Donald Aiken | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 869. | Email String | March 23, 2004 | Brian O'Connor | Robert Normile<br><br>cc: Jill Thomas, Donald Aiken | Communications between counsel reflecting legal advice, and request for legal advice, related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 47

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 768. | Memorandum | March 24, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 803. | Memorandum with Attachment | March 24, 2004 | Adelle Jones | Michael Moore | Communication with counsel regarding legal advice related to potential litigation; attachment is comprised of documents that are nonresponsive or produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 832. | Facsimile Cover Sheet with Faxed Document | March 24, 2004 | Jonathan Reichmann | Michael Moore | Faxed cover sheet constitutes communication between counsel reflecting legal advice related to potential litigation; enclosure is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 939. | Memorandum | March 24, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 961. | Memorandum | March 24, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation; attachment is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 393. | Email String | March 25, 2004 | Michael Moore | Michael Zeller<br><br>cc: Richelle Savage | Communications with counsel reflecting research, initiated pursuant to instructions from counsel, for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 578. | Email | March 25, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted for purpose of rendering legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 831. | Handwritten Notes | March 25, 2004 | Michael Moore | | Counsel's notes reflecting legal advice, communications with outside counsel and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 866. | Calendar Entry with Handwritten Notations | March 25, 2004 | Donald Aiken (Calendar entry and Handwritten Notations) | | Entry and counsel's notes reflect communications between and with outside counsel, legal advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 317(a). | Draft Letter with Handwritten Notations | March 25, 2004 | Fisher, Yvonne (Letter)<br><br>Zeller, Michael, Esq. (Handwritten Notations) | Zeller, Michael, Esq. | Draft letter and handwritten notations reflect request for legal advice, and counsel's legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 482(a) (1). | Draft Legal Pleading with Handwritten Notations | March 25, 2004 | Kristen L. Spanier | Jill E. Thomas,<br>Karen T. Green | Draft of legal pleading relating to potential litigation; handwritten notations contain attorney commentary. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>
[2] The logged documents are in custody of Quinn Emanuel.

47 of 88

Exhibit A, Page 48

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|---------------|
| 482(a). | Letter | March 25, 2004 | Kristen L. Spanier | Jill E. Thomas, Karen T. Green | Communication from counsel reflecting legal advice on potential litigation; nonresponsive attachment produced. | Attorney Client Privilege  Attorney Work Product |
| 482(b) (1). | Compilation of data | March 25, 2004 | Kristen L. Spanier | Jill E. Thomas, Karen T. Green | Counsel's selection of data used in connection with legal advice rendered pertaining to litigation. | Attorney Client Privilege  Attorney Work Product |
| 612(a). | Draft Letter | March 25, 2004 | Fisher, Yvonne | Zeller, Michael, Esq. | Draft letter communicated to counsel for purpose of obtaining legal advice. | Attorney work product  Attorney Client privilege |
| 392. | Email String | March 27, 2004 | Michael Moore | Richelle Savage  cc: Michael Zeller | Communications from counsel regarding research. initiated pursuant to instructions from counsel, for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 316. | Memorandum | March 29, 2004 | Krebs, Tania, Esq. | Moore, Michael, Esq. | Communication reflecting legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 491. | Email String | March 29, 2004 | Michael Moore | Michael Zeller  cc: Adelle Jones | Communication with counsel regarding research regarding potential litigation; attachments produced and/or nonresponsive. | Attorney Client Privilege  Attorney Work Product |
| 492. | Email | March 29, 2004 | Michael Moore | Michael Zeller  cc: Adelle Jones | Communication with counsel reflecting counsel's research regarding potential litigation; attachment produced. | Attorney Client Privilege  Attorney Work Product |
| 493. | Email String | March 29, 2004 | Richelle W. Savage | Michael Moore | Communications with counsel regarding research, initiated pursuant to instructions from counsel for purpose of rendering legal advice, regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 612. | Email String | March 29, 2004 | Brian O'Connor | Yvonne Fisher, Michael Zeller  cc: Michael Moore, Brian O'Connor | Communications with and between counsel reflecting request for legal advice, and legal advice, regarding advertising and potential litigation. | Attorney work product  Attorney Client privilege |
| 317. | Email String with Handwritten Notation | March 31, 2004 | Fisher, Yvonne | Zeller, Michael, Esq. | Communications with counsel reflecting request for legal advice on potential litigation' handwritten notation is nonresponsive. | Attorney Client Privilege  Attorney Work Product |
| 490. | Email | March 31, 2004 | Richelle W. Savage | Michael Moore, Donald Aiken, Robert Normile, Michael Zeller | Communication with and between counsel regarding research regarding potential litigation and reflecting request for legal advice; attachment produced. | Attorney Client Privilege  Attorney Work Product |
| 675. | Email | March 31, 2004 | Richelle Savage | Michael Moore, Donald Aiken, Robert Normile, Michael Zeller | Communication with counsel reflecting request for legal advice regarding potential litigation; attachment produced. | Attorney Client Privilege  Attorney Work Product |
| 450. | Email String | April 1, 2004 | Michael Moore | Michael Zeller | Communications between counsel reflecting legal advice, and request for legal advice, regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 49

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 451. | Email | April 1, 2004 | Michael Moore | Adelle Jones | Counsel communication directing research for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 489. | Email String | April 1, 2004 | John Quinn | Micheline Tang, <br><br> cc: Gershon Kekst, Lawrence A. Rand, <br>Alice Sato, <br>Robert Normile, <br>Michael Zeller, <br>Andy Brownstein, <br>Jeffrey Fourmaux | Communications with and between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 618. | Email String | April 1, 2004 | Robert Normile | Michael Moore, <br>Donald Aiken | Communications between counsel reflecting legal advice and analysis regarding litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 632. | Email String | April 1, 2004 | Adelle Jones | Michael Moore | Communications with counsel reflecting research for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 747. | Memorandum | April 1, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 769. | Memorandum | April 1, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 940. | Memorandum | April 1, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 437(a)(1). | Memorandum with Handwritten Notations | April 1, 2004 | Lawrence A. Rand <br>Micheline Tang (Memorandum) <br><br>Michael Moore (Handwritten notations) | John B. Quinn <br><br>cc.:  Robert Normile <br>      Robert Eckert | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation; handwritten notations reflect counsel's mental impressions and legal advice. | Attorney Client Privilege <br><br>Attorney Work Product |
| 437(a). | Email String | April 1, 2004 | Mary E. Craig (on behalf of Robert Normile) | Michael Moore <br>Donald Aiken | Communications with counsel reflecting legal advice and analysis rendered regarding litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 450(a). | Memorandum | April 1, 2004 | Lawrence A. Rand <br>Micheline Tang | John B. Quinn <br><br>cc.:  Robert Normile <br>      Robert Eckert | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 482(b). | Letter | April 1, 2004 | Kristen L. Spanier | Jill E. Thomas, <br>Karen T. Green | Communication from counsel reflecting legal advice on litigation. | Attorney Client Privilege <br><br>Attorney Work Product |
| 484(a)(1). | Memorandum with Handwritten Notations | April 1, 2004 | Lawrence A. Rand <br>Micheline Tang | John B. Quinn <br><br>cc.:  Robert Normile <br>      Robert Eckert | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege <br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 50

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 484(a). | Email String | April 1, 2004 | Mary E. Craig (on behalf of Robert Normile) | Michael Moore, Donald Aiken | Communication with counsel reflecting legal advice and analysis rendered regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 613(a). | Notes | April 1, 2004 | Adelle Jones | | Notes regarding work performed at direction of counsel related to potential litigation and reflecting communications with and mental impressions of counsel. | Attorney Client Privilege<br><br>Attorney work product |
| 618(a). | Memorandum | April 1, 2004 | Lawrence A. Rand<br>Micheline Tang | John B. Quinn<br><br>cc.:  Robert Normile<br>    Robert Eckert | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 673(a)(1). | Memorandum with Handwritten Notations | April 1, 2004 | Lawrence A. Rand<br>Micheline Tang (Memorandum)<br><br>Michael Moore (Handwritten notations) | John B. Quinn<br><br>cc.:  Robert Normile<br>    Robert Eckert | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 673(a). | Email String | April 1, 2004 | Mary E. Craig (on behalf of Robert Normile) | Michael Moore, Donald Aiken | Communication with counsel reflecting legal advice and analysis rendered regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 865(a)(1). | Memorandum with Handwritten Notations | April 1, 2004 | Lawrence A. Rand<br>Micheline Tang (Memorandum)<br><br>Michael Moore (Handwritten Notations) | John B. Quinn<br><br>cc.:  Robert Normile<br>    Robert Eckert | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation; handwritten notations reflect counsel's mental impressions and legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 865(a). | Email string | April 1, 2004 | Mary E. Craig (on behalf of Robert Normile) | Michael Moore<br>Donald Aiken | Communication with counsel reflecting legal advice and analysis rendered regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 713. | Email String | April 1, 2004 | Lawrence Rand | Andy Brownstein,<br>Micheline Tang,<br>John Quinn<br><br>cc: Alice Sato,<br>Robert Normile,<br>Jeffrey Fourmaux,<br>Michael Schwartz,<br>Robert Eckert | Agent's communication with counsel reflecting legal advice and related analysis regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 711. | Memorandum | April 1, 2004 | Micheline Tang,<br>Lawrence Rand | John Quinn<br><br>cc: Robert Eckert,<br>Robert Normile | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 445(b). | Chart | April, 2004 | Michael Moore | Michael Zeller<br><br>cc: Tania Krebs,<br>Adelle Jones | Communication between counsel seeking legal advice regarding trademarks related to potential litigation; and reflecting counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 51

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 479(a). | List | April, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 479(b). | List | April, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 671(a). | List | April, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice and research directed by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 671(b). | List | April, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice and research directed by counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 858(a). | List | April, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 858(b). | List | April, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 488. | Email String | April 2, 2004 | Robert Normile | Donald Aiken, Michael Moore | Communications between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 52

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 631. | Email String | April 2, 2004 | Andy Brownstein | Lawrence A. Rand, John Quinn, Micheline Tang<br><br>cc: Gershon Kekst, Alice Sato, Robert Normile, Michael Zeller, Jeffrey Fourmaux, Michael Schwartz | Communications with and between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 674. | Email String | April 2, 2004 | Robert Normile | Donald Aiken, Michael Moore | Communications between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 827. | Email String | April 2, 2004 | Robert Normile | Donald Aiken, Michael Moore | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 865. | Email String | April 2, 2004 | Robert Normile | Donald Aiken, Michael Moore | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 714. | Email String | April 2, 2004 | John Quinn | Lawrence Rand, Micheline Tang<br><br>cc: Gershon Kekst, Alice Sato, Robert Normile, Michael Zeller, Any Brownstein, Jeffrey Fourmaux | Communications with agent and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 715. | Email String | April 2, 2004 | Andy Brownstein | Lawrence Rand, John Quinn, Micheline Tang<br><br>cc:  Gershon Kekst, Alice Sato, Robert Normile, Michael Zeller, Any Brownstein, Jeffrey Fourmaux | Communications with agent and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 710. | Report | April 2, 2004 | Sandra Carollo | Brian O'Connor | Communication with counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 487. | Email | April 3, 2004 | Michael Moore | Michael Zeller | Communication between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 447. | Email | April 5, 2004 | Michael Moore | Michael Zeller | Communication with counsel reflecting request for legal advice regarding potential litigation; reflecting counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

52 of 88

Exhibit A, Page 53

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-------------------|
| 448. | Email String | April 5, 2004 | Michael Moore | Tara Crimin<br><br>cc: Donald Aiken | Communications with counsel regarding research assignment initiated pursuant to instructions from counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 449. | Email String | April 5, 2004 | Michael Moore | Jonathan Reichman, Esq. | Communications between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 484. | Email | April 5, 2004 | Michael Moore | Jonathan Reichman, Esq. | Communications with counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 485. | Email String | April 5, 2004 | Jonathan Reichman | Michael Moore | Communications with counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 486. | Email | April 5, 2004 | Jonathan Reichman | Michael Moore | Communication with counsel reflecting research and legal advice regarding potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 673. | Email | April 5, 2004 | Michael Moore | Jonathan Reichman | Communication with and between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 692. | Email | April 5, 2004 | Raime Quick | Michael Moore | Communication with counsel reflecting research related to potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 318. | Memorandum | April 6, 2004 | Zeller, Michael, Esq. | File | Recorded communication from Aiken, Donald, Esq., to litigation counsel reflecting research and request for legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 341. | Email String | April 6, 2004 | Piccus, Todd, Esq. | Wesolowski, Dennis<br>cc:  Waters, Ingrid | Communications reflecting request for legal advice, and preparation of legal advice, regarding employment matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 483. | Email String | April 6, 2004 | Jonathan Reichman | Michael Moore | Communications with counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 672. | Email String | April 6, 2004 | Jonathan Reichman | Michael Moore | Communications with and between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 826. | Handwritten Notes | April 6, 2004 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation; also reflects communications with outside counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 690. | Email String | April 7, 2004 | Raime Quick | Michael Moore | Communications with counsel reflecting  research related to potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>
[2] The logged documents are in custody of Quinn Emanuel.

53 of 88

Exhibit A, Page 54

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 975. | Report | April 7, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 342. | Email (Redacted)<br><br>M 0902222 | April 7, 2004 | Waters, Ingrid | Piccus, Todd, Esq. | Communication to counsel related to request for legal advice regarding employment matter; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 482. | Email | April 8, 2004 | Michael Moore | Michael Zeller | Communication with counsel reflecting research and request for legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 770. | Memorandum | April 8, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting legal advice and related research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 860. | Email | April 8, 2004 | Richard De Anda | Robert Normile<br><br>cc: Donald Aiken, Michael Moore, | Communication with counsel reflecting research conducted at direction of counsel, related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 861. | Email | April 8, 2004 | John Quinn | Donald Aiken, Michael Moore, Robert Normile, Michael Zeller | Communication with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 941. | Memorandum | April 8, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 969. | Memorandum with Attachments | April 8, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation; attachments are nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 446. | Email String | April 10, 2004 | Michael Moore | George Van Nosdall | Communications with agent reflecting research, initiated pursuant to instructions from counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 925. | Typed Notes | April 11, 2004 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 951. | Typed Notes | April 11, 2004 | Michael Moore | | Counsel's notes   reflecting counsel's mental impressions and research for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 443. | Email String | April 12, 2004 | Michael Moore | George Van Nosdall | Communications with agent regarding research, initiated pursuant to instructions from counsel for purposes of providing legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 55

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 444. | Email String | April 12, 2004 | Michael Moore | George Van Nosdall | Communications with agent regarding research, initiated pursuant to instructions from counsel for purposes of providing legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 481. | Email | April 12, 2004 | Michael Moore | Michael Zeller<br><br>cc: Tania Krebs,<br>Adelle Jones | Communication between counsel reflecting research regarding potential litigation for purpose of obtaining legal advice; reflecting counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 645. | Email | April 12, 2004 | George Van Nosdall | Michael Moore | Agent's communication with counsel reflecting assignment, initiated pursuant to instructions from counsel for purpose of rendering legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 782. | Facsimile | April 12, 2004 | Michael Moore | Kathryn Shultz | Communication of counsel directing research for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 801. | Facsimile | April 12, 2004 | Michael Moore | Kathryn Jennison Shultz | Communication of counsel directing research for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 958. | Facsimile | April 12, 2004 | Michael Moore | Kathryn Jennison Shultz | Communication of counsel reflecting assignment for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 630. | Email String | April 15, 2004 | Robert Normile | Donald Aiken,<br>Michael Moore | Communication between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 815. | Email String | April 15, 2004 | Alita Melton | Adelle Jones | Communications reflecting research directed by counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 816. | Email | April 15, 2004 | Alita Melton | Adelle Jones | Communication reflecting research directed by counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 630(a). | Presentation | April 15, 2004 | Micheline Tang | Robert Normile,<br>John B. Quinn,<br>Andrew R. Brownstein<br><br>cc: Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 814. | Email String | April 16, 2004 | Peter Garza | Adelle Jones | Communications with agent conducting research at the request of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>[2] The logged documents are in custody of Quinn Emanuel.

**MATTEL v. CARTER BRYANT**
**AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 479. | Email | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication with counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 480. | Email String | April 17, 2004 | Donald Aiken | Michael Moore | Communications with counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 577. | Email | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 622. | Email | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication with and between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 671. | Email | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice, and counsel's research and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 825. | Email | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 858. | Email | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile,<br><br>cc: John Quinn, Tania Krebs | Communication with and between counsel reflecting legal advice and directing research related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 859. | Email String | April 17, 2004 | John Quinn | Lisa Marie Bongiovanni, Jill Thomas, Robert Normile, Micheline Tang, Lawrence Rand, Andy Brownstein<br><br>cc: Michael Zeller | Communications with and between counsel and agent reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 577(a). | Chart | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.
56 of 88

Exhibit A, Page 57

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 622(a). | Chart | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 825(a). | Chart | April 17, 2004 | Michael Zeller | Donald Aiken, Michael Moore<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 440. | Email String | April 18, 2004 | Michael Moore | Donald Aiken | Communications between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 478. | Email String | April 18, 2004 | Donald Aiken | Michael Moore | Communications between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 670. | Email String | April 18, 2004 | Donald Aiken | Michael Moore | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 857. | Email String | April 18, 2004 | John Quinn | Lisa Marie Bongiovanni, Jill Thomas, Robert Normile, Micheline Tang, Lawrence Rand, Andy Brownstein<br><br>cc: Michael Zeller | Communications with and between counsel and agent reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 102. | Facsimile with Attachment (Redacted)<br><br>M 0151146-<br>M 0151165 | April 19, 2004 | Siegel, Nancie | Hammons, Kitti | Royalty data and other proprietary information redacted. | Trade Secret |
| 103. | Letter of Intent (Redacted)<br><br>M 0151322-<br>M 0151341 | April 19, 2004 | DeRosa, Christina | Siegel, Nancie | Royalty data and other proprietary information redacted. | Trade Secret |
| 856. | Email | April 19, 2004 | Brian O'Connor | Gerardo Hernandez, Robert Normile, Michael Moore, Donald Aiken | Communication with and between counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1004. | Email | April 19, 2004 | Jaime Elias | Gabriel Zalzman, Brian O'Connor, Alberto Morales, Simon Watt<br><br>cc: Richard De Anda | Communication to counsel regarding assignment initiated pursuant to instructions from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 58

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1004. | Email | April 19, 2004 | Gabriel Zalzman | Brian O'Connor<br>Jaime Elias<br>Alberto Morales<br>Simon Watt<br><br>cc: Richard De Anda | Communication with counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1004. | Email | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda<br>Gabriel Zalzman | Communication from counsel reflecting assignment for purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1005. | Email | April 19, 2004 | Jaime Elias | Brian O'Connor<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication with counsel reflecting assignment initiated pursuant to instruction from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1005. | Email | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication from counsel initiating assignment for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1005. | Email | April 19, 2004 | Jaime Elias | Gabriel Zalzman<br>Brian O'Connor<br>Alberto Morales<br>Simon Watt<br><br>cc: Richard De Anda | Communication with counsel reporting results of assignment initiated pursuant to instructions of counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1005. | Email | April 19, 2004 | Gabriel Zalzman | Brian O'Connor<br>Jaime Elias<br>Alberto Morales<br>Simon Watt<br><br>cc: Richard De Anda | Communication with counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1005. | Email | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda<br>Gabriel Zalzman | Communication from counsel reflecting assignment for purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1006. | Email | April 19, 2004 | Jaime Elias | Brian O'Connor<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication with counsel reflecting assignment initiated pursuant to instruction from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 59

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|------------------|
| 1006. | Email | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication from counsel initiating assignment for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1010. | Email | April 19, 2004 | Jennifer Suzuki | Brian O'Connor | Communication with counsel for the purpose of providing/obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1010. | Email | April 19, 2004 | Brian O'Connor | Jennifer Suzuki | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email | April 19, 2004 | Jaime Elias | Gabriel Zalzman<br>Brian O'Connor<br>Alberto Morales<br>Simon Watt<br><br>cc: Richard De Anda | Communication to counsel reflecting assignment initiated pursuant to instructions from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email | April 19, 2004 | Gabriel Zalzman | Brian O'Connor<br>Jaime Elias<br>Alberto Morales<br>Simon Watt<br><br>cc: Richard De Anda | Communication with counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda<br>Gabriel Zalzman | Communication from counsel reflecting assignment for purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email | April 19, 2004 | Jaime Elias | Brian O'Connor<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication with counsel reflecting assignment initiated pursuant to instruction from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication from counsel initiating assignment for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1013. | Email with Handwritten Notations | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication from counsel initiating assignments and providing legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1014. | Email with Handwritten Notations | April 19, 2004 | Brian O'Connor | Gerardo Hernandez<br>Robert Normile<br><br>cc: Michael Moore<br>Donald Aiken | Communication between counsel for the purpose of providing and obtaining legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

59 of 88

Exhibit A, Page 60

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1015. | Email String | April 19, 2004 | Brian O'Connor | Gabriel Zalzman | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1015. | Email | April 19, 2004 | Brian O'Connor | Jaime Elias<br>Alberto Morales<br><br>cc: Gerardo Hernandez<br>Richard De Anda | Communication from counsel initiating assignments and providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 437. | Email String | April 20, 2004 | Michael Moore | Donald Aiken | Communications with counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 627. | Email String | April 20, 2004 | Jonathan Reichman | Michael Moore | Communications with counsel regarding research by counsel in connection with legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 628. | Email String | April 20, 2004 | Jonathan Reichman | Michael Moore | Communications with counsel reflecting research conducted for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1000. | Email | April 20, 2004 | Brian O'Connor | Simon Watt<br>Alberto Morales<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Oscar de la Vega<br>Martin Michaus | Communication from counsel for the purpose of initiating assignment for the purpose of preparing and providing legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1001. | Email with Handwritten Notations | April 20, 2004 | Brian O'Connor | Simon Watt<br>Alberto Morales<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Oscar de la Vega | Communication from counsel for the purpose of initiating assignment for the purpose of preparing and providing legal advice regarding potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1002. | Email String | April 20, 2004 | Brian O'Connor | Simon Watt<br><br>cc: Gabriel Zalzman<br>Alberto Morales<br>Jaime Elias<br>Jennifer Suzuki | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1002. | Email | April 20, 2004 | Simon Watt | Brian O'Connor<br><br>cc: Gabriel Zalzman<br>Alberto Morales<br>Jaime Elias | Communication with counsel for the purpose of seeking legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

60 of 88

Exhibit A, Page 61

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1002. | Email | April 20, 2004 | Sandra Carollo (on behalf of Brian O'Connor) | Oscar de la Vega<br><br>cc: Martin Michaus<br>Simon Watt<br>Gabriel Zalzman<br>Alberto Morales<br>Jaime Elias<br>Jennifer Suzuki | Communication from counsel providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1003. | Email String with Handwritten Notations | April 20, 2004 | Simon Watt | Brian O'Connor<br>Oscar de la Vega<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Martin Michaus | Communication with counsel regarding assignment initiated pursuant to instructions of counsel regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1003. | Email String with Handwritten Notations | April 20, 2004 | Simon Watt | Brian O'Connor<br>Oscar de la Vega<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Martin Michaus | Communication with counsel regarding assignment initiated pursuant to instructions of counsel regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1003. | Email | April 20, 2004 | Brian O'Connor | Simon Watt<br>Alberto Morales<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Oscar de la Vega<br>Martin Michaus | Communication from counsel initiating assignment for the purpose of providing legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1003. | Email | April 20, 2004 | Brian O'Connor | Simon Watt<br>Alberto Morales<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Oscar de la Vega<br>Martin Michaus | Communication from counsel initiating assignment for the purpose of providing legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

61 of 88

Exhibit A, Page 62

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1004. | Email String | April 20, 2004 | Brian O'Connor | Jennifer Suzuki<br>Jill Thomas<br><br>cc: Alberto Morales<br>Oscar de la Vega<br>Martin Michaus<br>Gabriel Zalzman<br>Simon Watt | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1004. | Email String | April 20, 2004 | Brian O'Connor | Jennifer Suzuki<br>Jill Thomas<br><br>cc: Alberto Morales<br>Oscar de la Vega<br>Martin Michaus<br>Gabriel Zalzman<br>Simon Watt | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1004. | Email | April 20, 2004 | Alberto Morales | Jaime Elias<br>Gabriel Zalzman<br>Brian O'Connor<br>Simon Watt<br><br>cc:  Richard De Anda | Communication regarding assignment initiated pursuant to instructions from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1004. | Email | April 20, 2004 | Alberto Morales | Jaime Elias<br>Gabriel Zalzman<br>Brian O'Connor<br>Simon Watt<br><br>cc:  Richard De Anda | Communication regarding assignment initiated pursuant to instructions from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1005. | Email String with Handwritten Notations | April 20, 2004 | Jaime Elias | Alberto Morales<br>Gabriel Zalzman<br>Brian O'Connor<br>Simon Watt<br><br>cc: Richard De Anda | Communication with counsel reporting results of assignment initiated pursuant to instructions of counsel regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1005. | Email | April 20, 2004 | Alberto Morales | Jaime Elias<br>Gabriel Zalzman<br>Brian O'Connor<br>Simon Watt<br><br>cc: Richard De Anda | Communication to counsel regarding assignment initiated pursuant to instructions from counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1006. | Email | April 20, 2004 | Sandra Carollo (on behalf of Brian O'Connor) | Gerardo Hernandez<br><br>cc: Michael Michaus<br>Oscar de la Vega | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1007. | Email | April 20, 2004 | Sandra Carollo (on behalf of Brian O'Connor) | Gerardo Hernandez<br><br>cc: Martin Michaus<br>Oscar de la Vega<br>Brian O'Connor | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

62 of 88

Exhibit A, Page 63

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 1008. | Email | April 20, 2004 | Brian O'Connor | Oscar de la Vega<br>Sandra Carollo<br><br>cc: Lorraine Alkire | Communication from counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1009. | Email | April 20, 2004 | Brian O'Connor | Martin Michaus<br><br>cc: Sandra Carollo | Communication from counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation | Attorney Client Privilege<br><br>Attorney Work Product |
| 1010. | Email String with Handwritten Notations | April 20, 2004 | Brian O'Connor | Jennifer Suzuki<br><br>cc: Robert Normile<br>Jill Thomas<br>Gabriel Zalzman | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1011. | Email String with Attachments and Handwritten Notations | April 20, 2004 | Jaime Elias | Brian O'Connor | Communication with counsel providing results of assignment initiated pursuant to instructions of counsel regarding investigation related to potential litigation; handwritten notation is nonresponsive and both attachments previously produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1011. | Email | April 20, 2004 | Brian O'Connor | Jaime Elias | Communication from counsel of assignment regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1011. | Email | April 20, 2004 | Jill Thomas | Brian O'Connor | Communication between and from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1011. | Email | April 20, 2004 | Brian O'Connor | Jennifer Suzuki<br>Jill Thomas<br><br>cc: Alberto Morales<br>Oscar dela Vega<br>Martin Michaus<br>Gabriel Zalzman<br>Simon Watt | Communication between and from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1011. | Email | April 20, 2004 | Alberto Morales | Jaime Elias<br>Gabriel Zalzman<br>Brian O'Connor<br>Simon Watt<br><br>cc: Richard De Anda | Communication reflecting results of assignment initiated pursuant to instructions of counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email String with Handwritten Notations | April 20, 2004 | Bryan Stockton | Brian O'Connor | Communication to counsel regarding legal advice provided regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email | April 20, 2004 | Brian O'Connor | Robert Normile<br>Bryan Stockton<br>Jerry Cleary<br><br>cc: Gabriel Zalzman<br>Jennifer Suzuki<br>Richard De Anda | Communication from counsel providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 64

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1][2] |
|---|---|---|---|---|---|---|
| 1012. | Email | April 20, 2004 | Simon Watt | Brian O'Connor<br>Oscar de la Vega<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Martin Michaus<br>Alberto Morales | Communication with counsel regarding assignment initiated pursuant to instructions of counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1012. | Email | April 20, 2004 | Brian O'Connor | Simon Watt<br>Alberto Morales<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Jennifer Suzuki<br>Bryan Stockton<br>Oscar de la Vega<br>Martin Michaus | Communication from counsel initiating assignments regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1006 (a). | Draft Letter | April 20, 2004 | Brian O'Connor | Gerardo Hernandez<br><br>cc: Michael Michaus<br>Oscar de la Vega | Draft communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1007 (a). | Draft Letter with Handwritten Notations | April 20, 2004 | Brian O'Connor | Gerardo Hernandez<br><br>cc: Martin Michaus<br>Oscar de la Vega<br>Brian O'Connor | Draft communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 627(a). | Report | April 20, 2004 | Jonathan Reichman | Michael Moore | Communication from counsel of research for purpose of providing legal advice on potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 436. | Email String | April 21, 2004 | Michael Moore | Jonathan Reichman | Communications with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 669. | Email String | April 21, 2004 | Michael Moore | Mark G. Spencer<br><br>cc: Peter Garza,<br>Tania Krebs | Communications with and between counsel and agent reflecting assignment based on instructions from counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 755. | Memorandum | April 21, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 759. | Memorandum | April 21, 2004 | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 65

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-------------------|
| 855. | Presentation | April 21, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andy Brownstein<br><br>cc: Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 997. | Email | April 21, 2004 | Monica Schiaffino | Brian O'Connor<br><br>cc: Simon Watt Oscar de la Vega Martin Michaus R. Gerardo Hernandez | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 998. | Draft Agreement | April 21, 2004 | Monica Schiaffino | Brian O'Connor<br><br>cc: Simon Watt Oscar de la Vega Martin Michaus R. Gerardo Hernandez | Communication from counsel of legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 999. | Email | April 21, 2004 | Monica Schiaffino | Brian O'Connor<br><br>cc: Simon Watt Oscar de la Vega Martin Michaus R. Gerardo Hernandez | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1000. | Email String with Handwritten Notations | April 21, 2004 | Simon Watt | Oscar de la Vega<br><br>cc: Gabriel Zalzman Jaime Elias Bryan Stockton Alberto Morales Brian O'Connor | Communication with counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 726. | Presentation | April 21, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken<br><br>cc: Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 475. | Email String | April 22, 2004 | Donald Aiken | Michael Moore | Communications between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.                65 of 88

Exhibit A, Page 66

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 476. | Email | April 22, 2004 | John Quinn | Lawrence A. Rand, Micheline Tang, Donald Aiken, Michael Moore, Robert Normile, Adrian Pruetz, David Quinto, Michael Zeller, Tania Krebs, Andy Brownstein, Michael Schwartz | Communication with counsel and agents reflecting legal advice with respect to draft pleading regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 477. | Email | April 22, 2004 | Tania Krebs | Michael Moore<br><br>cc: Michael Zeller | Communication between counsel regarding legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 576. | Email | April 22, 2004 | Jill Thomas | Mike Zeller, Donald Aiken, Michael Moore | Communication between counsel reflecting request for legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 625. | Email | April 22, 2004 | John Quinn | Lawrence A. Rand, Micheline Tang, Donald Aiken, Michael Moore, Robert Normile, Adrian Pruetz, David Quinto, Michael Zeller, Tania Krebs, Andy Brownstein, Michael Schwartz | Communication with and between counsel and agents reflecting legal advice regarding draft pleading related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 626. | Email | April 22, 2004 | John Quinn | Lawrence A. Rand, Micheline Tang, Donald Aiken, Michael Moore, Robert Normile, Adrian Pruetz, David Quinto, Michael Zeller, Tania Krebs, Andy Brownstein, Michael Schwartz | Communication with and between counsel and agents reflecting legal advice regarding draft pleading related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 668. | Email String | April 22, 2004 | Donald Aiken | Michael Moore | Communications between counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 738. | Letter | April 22, 2004 | Michael Moore | Michael Zeller | Communication between counsel for purpose of obtaining legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.                                                                          66 of 88

Exhibit A, Page 67

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|------------------|
| 854. | Email | April 22, 2004 | Micheline Tang | Robert Normile, John Quinn, Donald Aiken, Andy Brownstein<br><br>cc: Lawrence Rand | Agent's communication with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 906. | Draft Legal Pleading with Handwritten Notations | April 22, 2004 | Michael Zeller (Pleading)<br><br>Donald Aiken (Handwritten notations) | Donald Aiken | Draft legal pleading with Mattel counsel's notes, reflecting legal advice and counsel's mental impressions and commentary regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 909. | Email | April 22, 2004 | Lisa Marie Bongiovanni | Micheline Tang<br><br>cc:  Donald Aiken Julia Jensen, Dianne Douglas | Communication with counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 997. | Email String with Handwritten Notations | April 22, 2004 | Simon Watt | Monica Schiaffino<br><br>cc: Oscar de la Vega Martin Michaus R. Gerardo Hernandez Omar Cavassuto Brian O'Connor | Communication to  counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 999. | Email String | April 22, 2004 | Monica Schiaffino | Simon Watt<br><br>cc: Oscar de la Vega Martin Michaus R. Gerardo Hernandez Omar Cavassuto Brian O'Connor | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 999. | Email | April 22, 2004 | Simon Watt | Monica Schiaffiano<br><br>cc: Oscar de la Vega Martin Michaus R. Gerardo Hernandez Omar Cavassuto Brian O'Connor | Communication with counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 476(a). | Draft Legal Pleading | April 22, 2004 | John Quinn | Lawrence A. Rand, Micheline Tang, Donald Aiken, Michael Moore, Robert Normile, Adrian Pruetz, David Quinto, Michael Zeller, Tania Krebs, Andy Brownstein, Michael Schwartz | Draft of legal pleading related to potential litigation, communicated for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 625(a). | Draft Legal Pleading | April 22, 2004 | John Quinn | Lawrence A. Rand, Micheline Tang, Donald Aiken, Michael Moore, Robert Normile, Adrian Pruetz, David Quinto, Michael Zeller, Tania Krebs, Andy Brownstein, Michael Schwartz | Draft legal pleading prepared in anticipation of litigation, communicated for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 626(a). | Draft Legal Pleading | April 22, 2004 | John Quinn | Lawrence A. Rand, Micheline Tang, Donald Aiken, Michael Moore, Robert Normile, Adrian Pruetz, David Quinto, Michael Zeller, Tania Krebs, Andy Brownstein, Michael Schwartz | Draft legal pleading prepared in anticipation of litigation, communicated for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 708(a). | Presentation | April 22, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken<br><br>cc: Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 854(a). | Presentation | April 22, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andy Brownstein<br><br>cc: Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 974. | Report | April 22, 2004 | Adelle Jones | Michael Moore | Communication with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 708. | Email | April 22, 2004 | Micheline Tang | Robert Normile, John Quinn, Donald Aiken | Agent's communication with counsel reflecting legal advice and analysis for purpose of rendering further legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 466. | Email | April 23, 2004 | Michael Moore | Michael Zeller<br><br>cc: Tania Krebs | Communication to counsel reflecting request for legal advice related to potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |
| 467. | Email String | April 23, 2004 | Donald Aiken | Michael Moore, Michael Zeller | Communications with counsel reflecting legal advice, and request for legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 69

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1][2] |
|---|---|---|---|---|---|---|
| 468. | Email String | April 23, 2004 | Adelle Jones | Michael Moore<br><br>cc: Donald Aiken | Communications with counsel reflecting research conducted at direction of counsel for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 471. | Email String | April 23, 2004 | Donald Aiken | Michael Moore, Michael Zeller | Communications between counsel reflecting legal advice, and request for legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 474. | Email | April 23, 2004 | Donald Aiken | Michael Moore | Communication between counsel requesting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 621. | Email String | April 23, 2004 | Michael Moore | Adelle Jones<br><br>cc: Donald Aiken | Communications with and between counsel regarding research directed by counsel for purpose of rendering legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 662. | Email String | April 23, 2004 | Donald Aiken | Michael Moore, Michael Zeller | Communications between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 663. | Email String | April 23, 2004 | Donald Aiken | Michael Moore, Michael Zeller | Communications between counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 666. | Email | April 23, 2004 | Donald Aiken | Michael Moore | Communication between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 667. | Email String | April 23, 2004 | Mark G. Spencer | Michael Moore<br><br>cc: Peter Garza, Tania Krebs | Agent's communications with counsel reflecting assignment based on instructions from counsel for purpose of rendering legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 694. | Email | April 23, 2004 | Mary E. Craig | Robert Normile, Donald Aiken, Michael Moore | Communication with and between counsel reflecting provision of legal advice regarding potential litigation; attachments nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 821. | Email String | April 23, 2004 | Donald Aiken | Michael Zeller, Michael Moore | Communication between counsel reflecting request for legal advice, and legal advice, related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 822. | Email | April 23, 2004 | Mary Craig | Donald Aiken, Michael Moore, Robert Normile | Communication with and between counsel regarding legal advice related to potential litigation; attachment nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 823. | Email String | April 23, 2004 | Donald Aiken | Michael Zeller, Michael Moore | Communication between counsel reflecting request for legal advice, and legal advice, related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 908. | Email | April 23, 2004 | Donald Aiken | Michael Moore | Communication between counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 988. | Draft Statement | April 23, 2004 | Lisa Marie Bongiovanni | Michael Moore | Communication with counsel seeking and reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

69 of 88

Exhibit A, Page 70

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 455(a). | Draft Statement | April 23, 2004 | Lisa Marie Bongiovanni | John Quinn, Donald Aiken, Robert Normile, Michael Zeller, Michael Moore<br><br>cc: Dianne Douglas, Lawrence A. Rand, Micheline Tang, Julia Jensen | Communication with counsel seeking and reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 455(b). | Draft Statement | April 23, 2004 | Lisa Marie Bongiovanni | John Quinn, Donald Aiken, Robert Normile, Michael Zeller, Michael Moore<br><br>cc: Dianne Douglas, Lawrence A. Rand, Micheline Tang, Julia Jensen | Communication with counsel seeking and reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 460(a). | Draft Statement | April 23, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile,<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 467(a). | Draft Statement | April 23, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andrew R. Brownstein<br><br>cc:  Lawrence Rand, Micheline Tang, Lisa Marie Bongiovanni | Communication of analysis prepared at direction of counsel for purposes of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 471(a). | Memorandum | April 23, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andrew R. Brownstein<br><br>cc:  Lawrence Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 471(b). | Memorandum | April 23, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andrew R. Brownstein<br><br>cc:  Lawrence Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

70 of 88

Exhibit A, Page 71

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 619(a). | List | April 23, 2004 | Michael Moore | Sarah Buzby<br><br>cc:  Jill Nordquist,<br>Donald Aiken,<br>Robert Walsh | Communication of legal advice and related research regarding litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 662(a). | Draft Statement | April 23, 2004 | Micheline Tang | Robert Normile,<br>John B. Quinn,<br>Donald Aiken,<br>Andrew R. Brownstein<br><br>cc:  Lawrence Rand,<br>Micheline Tang,<br>Lisa Marie Bongiovanni | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 663(a). | Memorandum | April 23, 2004 | Micheline Tang | Robert Normile,<br>John B. Quinn,<br>Donald Aiken,<br>Andrew Brownstein<br><br>cc:  Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 663(b) | Memorandum | April 23, 2004 | Micheline Tang | Robert Normile,<br>John B. Quinn,<br>Donald Aiken,<br>Andrew Brownstein<br><br>cc:  Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 706(a). | Memorandum with Handwritten Notations | April 23, 2004 | Michael Zeller (Typed Memorandum)<br><br>Robert Normile (Handwritten notations) | Donald Aiken,<br>Michael Moore,<br>Robert Normile<br><br>cc:  John Quinn,<br>Tania Krebs | Communication from counsel reflecting legal advice on potential litigation; handwritten notations reflect mental impressions and legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 709(a). | Draft Memorandum | April 23, 2004 | Micheline Tang | Robert Normile,<br>John Quinn,<br>Donald Aiken<br><br>cc:  Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 709(b). | Draft Statement | April 23, 2004 | Micheline Tang | Robert Normile,<br>John Quinn,<br>Donald Aiken<br><br>cc:  Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 709(c). | Draft Statement | April 23, 2004 | Micheline Tang | Robert Normile,<br>John Quinn,<br>Donald Aiken<br><br>cc:  Lawrence A. Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.<br>[2] The logged documents are in custody of Quinn Emanuel.

71 of 88

Exhibit A, Page 72

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 819(a). | Memorandum with Handwritten Notations | April 23, 2004 | Michael Zeller (Memorandum)<br><br>Michael Moore (Handwritten notations) | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation; handwritten notations are from Mattel counsel and reflect mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |
| 821(a). | Draft Statement | April 23, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andrew R. Brownstein<br><br>cc:  Lawrence Rand, Micheline Tang, Lisa Marie Bongiovanni | Communication to counsel reflecting legal advice regarding potential litigation, sent for purpose of obtaining legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 823(a). | Memorandum | April 23, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andrew R. Brownstein<br><br>cc:  Lawrence Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 823(b). | Memorandum | April 23, 2004 | Micheline Tang | Robert Normile, John B. Quinn, Donald Aiken, Andrew R. Brownstein<br><br>cc:  Lawrence Rand | Communication of analysis prepared at direction of counsel for purpose of rendering legal advice with respect to potential litigation. | Attorney Client PrivilegeH<br><br>Attorney Work Product |
| 709. | Email | April 23, 2004 | Micheline Tang | Robert Normile, John Quinn, Donald Aiken<br><br>cc:  Lawrence A. Rand | Agent's communication with counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 463. | Email | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication with counsel reflecting legal advice regarding draft pleading and potential litigation. | Attorney Client Privilege<br>Attorney Work Product |
| 464. | Email | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication with counsel reflecting legal advice  regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 465. | Email | April 24, 2004 | Michael Moore | Adelle Jones | Communication by counsel reflecting research and preparation of legal advice regarding potential litigation; attachment produced. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 73

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 820. | Email | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile | Communication with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 824. | Memorandum | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile,<br><br>Cc:  John Quinn<br>Tania Krebs | Communication from counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 931. | Typed Notes | April 24, 2004 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation, prepared for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 932. | Typed Notes | April 24, 2004 | Michael Moore | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation, prepared for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 434(a). | Draft Pleading | April 24, 2004 | Michael Zeller | Donald Aiken<br>Michael Moore<br>Robert Normile<br><br>cc:  John Quinn<br>Tania Krebs | Draft of legal pleading related to potential litigation, communicated to counsel as part of request for legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 459(a). | Draft Legal Pleading | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile,<br><br>cc:  John Quinn, Tania Krebs | Draft legal pleading related to potential litigation, communicated for purpose of obtaining legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 463(a). | Draft Legal Pleading | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Draft of legal pleading related to potential litigation, reflecting legal advice and communicated for purpose of rendering legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 464(a). | Chart | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice  regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 820(a). | Chart | April 24, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 74

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-------------------|
| 707. | Memorandum | April 24, 2004 | Michael Zeller | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation, which were communicated to Mattel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 247. | Email | April 25, 2004 | Moore, Michael, Esq. | Tonche, Lila<br>Aiken, Donald, Esq.<br>Zeller, Michael, Esq. | Communication between counsel reflecting legal advice and seeking legal advice regarding press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 435. | Email | April 25, 2004 | Michael Moore | Adelle Jones,<br>Richelle W. Savage<br><br>cc:  Donald Aiken | Communication by counsel  reflecting mental impressions and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 460. | Email | April 25, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>Robert Normile<br><br>cc:  John Quinn,<br>Tania Krebs | Communication between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 461. | Email | April 25, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>Robert Normile | Resending of 461(a). | Attorney Client Privilege<br><br>Attorney Work Product |
| 462. | Email String | April 25, 2004 | Adelle Jones | Michael Moore,<br>Adelle Jones,<br>Richelle W. Savage<br><br>cc: Donald Aiken | Communications with counsel reflecting legal advice, research and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 575. | Email | April 25, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>Robert Normile | Resending of 575(a). | Attorney Client Privilege<br><br>Attorney Work Product |
| 613. | Email | April 25, 2004 | Adelle Jones | | Email conveying notes regarding work performed at direction of counsel related to potential litigation and reflecting communications with and mental impressions of counsel. | Attorney Client Privilege<br><br>Attorney work product |
| 620. | Email | April 25, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>Robert Normile | Resending of 620(a). | Attorney Client Privilege<br><br>Attorney Work Product |
| 659. | Email String | April 25, 2004 | Donald Aiken | Michael Moore | Communications between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 660. | Email String | April 25, 2004 | Donald Aiken | Michael Moore | Communications between counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 661. | Email String | April 25, 2004 | Adelle Jones | Michael Moore,<br>Richelle Savage<br><br>cc: Donald Aiken | Communications with counsel reflecting legal advice, research and counsel's mental impressions regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 693. | Email | April 25, 2004 | Michael Zeller | Donald Aiken,<br>Michael Moore,<br>Robert Normile | Resending of 693(a). | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 75

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 783. | Facsimile | April 25, 2004 | Michael Moore | Kathryn Shultz | Communication of counsel directing research for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 819. | Email | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile | Communication with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 905. | Email | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication between counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 994. | Email | April 25, 2004 | Brian O'Connor | Gerardo Hernandez<br><br>cc: Jaime Elias Simon Watt | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 996. | Email | April 25, 2004 | Brian O'Connor | Gerardo Hernandez<br><br>cc: Jaime Elias Simon Watt | Communication from counsel initiating assignment for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 997. | Email | April 25, 2004 | Brian O'Connor | Gerardo Hernandez<br><br>cc: Jaime Elias Simon Watt | Communication from counsel initiating assignment for purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 461(a)(1). | Memorandum | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 461(a). | Email | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 575(a)(1). | Memorandum | April 25, 2004 | Michael Zeller | Donald Aiken Michael Moore Robert Normile<br><br>cc: John Quinn Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 575(a). | Email | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 76

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 620(a)(1). | Memorandum | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 620(a). | Email | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Work Product<br><br>Attorney Client Privilege |
| 693(a)(1). | Memorandum | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 693(a). | Email | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc: John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 706(b). | Email String | April 25, 2004 | John Quinn | Donald Aiken, Micheline Tang, Robert Normile<br><br>Cc: Andy Brownstein | Communications between counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 706(c). | Email String | April 25, 2004 | John Quinn | Donald Aiken, Micheline Tang, Robert Normile<br><br>Cc: A. Brownstein | Communications between counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 819(b). | Email String | April 25, 2004 | John Quinn | Donald Aiken, Micheline Tang, Robert Normile<br><br>Cc: Andy Brownstein | Communications between counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 819(c). | Email String | April 25, 2004 | John Quinn | Donald Aiken, Micheline Tang, Robert Normile<br><br>Cc: A. Brownstein | Communications between counsel reflecting legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 77

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 905(a). | Memorandum | April 25, 2004 | Michael Zeller | Donald Aiken, Michael Moore, Robert Normile<br><br>cc:  John Quinn, Tania Krebs | Communication from counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 706. | Email | April 25, 2004 | Michael Zeller | Michael Moore, Donald Aiken, Robert Normile | Communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 2. | Board of Directors Meeting Minutes | April 26, 2004 | -- | -- | Communication of legal advice to Board regarding potential litigation matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 248. | Email String | April 26, 2004 | Tonche, Lila | Moore, Michael, Esq.<br>Aiken, Donald, Esq.<br>Zeller, Michael, Esq. | Communications with counsel reflecting legal advice and research in response to request for legal advice regarding press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 249. | Email String | April 26, 2004 | Tonche, Lila | Moore, Michael, Esq.<br><br>cc: Aiken, Donald, Esq.<br>  Zeller, Michael, Esq. | Communications with counsel reflecting legal advice and research in response to request for legal advice regarding press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 250. | Email String | April 26, 2004 | Moore, Michael, Esq. | Tonche, Lila<br><br>cc: Aiken, Donald, Esq.<br>  Zeller, Michael, Esq. | Communications with counsel reflecting legal advice and research in response to request for legal advice regarding press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 251. | Email String | April 26, 2004 | Tonche, Lila | Moore, Michael, Esq.<br><br>cc: Aiken, Donald, Esq.<br>  Zeller, Michael, Esq. | Communications with counsel reflecting legal advice and research in response to request for legal advice regarding press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 319. | Facsimile with Handwritten Notations | April 26, 2004 | Zeller, Michael, Esq. (Document)<br><br>Reichman, Jon, Esq. (Kenyon & Kenyon) (Handwritten notations) | Quinn, John, Esq.<br>Zeller, Michael, Esq.<br>cc:  Aiken, Don, Esq.<br>  Moore, Michael, Esq. | Document and handwritten notations reflect legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 429. | Email String | April 26, 2004 | Michael Moore | Jaime Elias | Communications with counsel reflecting research, initiated pursuant to instructions from counsel, performed for purpose of rendering legal advice regarding potential competition. | Attorney Client Privilege<br><br>Attorney Work Product |
| 430. | Email String | April 26, 2004 | Michael Moore | Lila Tonche<br><br>cc: Donald Aiken, Michael Zeller | Communications with counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 431. | Email String | April 26, 2004 | Michael Moore | Lisa Marie Bongiovanni | Communications with counsel reflecting request for legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 432. | Email String | April 26, 2004 | Michael Moore | Brian O'Connor | Communications with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 78

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1][2] |
|---|---|---|---|---|---|---|
| 433. | Email String | April 26, 2004 | Michael Moore | Adelle Jones | Communications with counsel regarding research regarding legal matter, initiated at direction of counsel for purpose of providing legal advice. | Attorney Client Privilege<br><br>Attorney Work Product |
| 434. | Email String | April 26, 2004 | Michael Moore | Jonathan Reichman, Esq. | Communications with counsel reflecting request for legal advice regarding draft pleading and potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 453. | Email String | April 26, 2004 | John Quinn | Lisa Marie Bongiovanni,<br>Michael Moore,<br>Robert Normile,<br>Michael Zeller | Communications with counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 454. | Email String | April 26, 2004 | Jill Thomas | Donald Aiken,<br>Michael Moore | Communications between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 455. | Email | April 26, 2004 | Lisa Marie Bongiovanni | John Quinn,<br>Donald Aiken,<br>Robert Normile,<br>Michael Zeller,<br>Michael Moore<br><br>cc: Dianne Douglas,<br>Lawrence A. Rand,<br>Micheline Tang,<br>Julia Jensen | Communication with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 456. | Email String | April 26, 2004 | Lisa Marie Bongiovanni | Michael Moore | Communications with counsel reflecting request for legal advice and research in response to request for legal advice regarding Mattel products related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 457. | Email String | April 26, 2004 | Jill Thomas | Michael Zeller,<br>Donald Aiken,<br>Michael Moore | Communications between counsel reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 458. | Email String | April 26, 2004 | Lila Tonche | Michael Moore<br><br>cc: Donald Aiken,<br>Michael Zeller | Communications with counsel reflecting request for legal advice. and research in response to request for legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 459. | Email String with Attachment | April 26, 2004 | Michael Moore | Jonathan Reichman | Communications between counsel reflecting request for legal advice regarding draft pleading. | Attorney Client Privilege<br><br>Attorney Work Product |
| 619. | Email String | April 26, 2004 | Sarah Buzby | Michael Moore<br><br>cc:  Jill Nordquist | Communications with counsel reflecting legal advice regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 656. | Email String | April 26, 2004 | John Quinn | Lisa Marie Bongiovanni,<br>Michael Moore,<br>Robert Normile<br><br>cc: Michael Zeller | Communications with and between counsel reflecting legal advice, regarding litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 79

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 657. | Email | April 26, 2004 | John Quinn | Lawrence A. Rand, Micheline Tang<br><br>cc: Donald Aiken, Michael Moore, Robert Normile, Michael Zeller | Communication with and between counsel and agents reflecting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 658. | Email String | April 26, 2004 | Michael Moore | Michael Moore, Lisa Marie Bongiovanni<br><br>cc: Deborah Dicochea, Nanette Go, Donald Aiken, Michael Zeller | Communications with and between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 686. | Email String | April 26, 2004 | Jaime Elias | Michael Moore | Communications with counsel reflecting research and legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 687. | Email String | April 26, 2004 | Brian O'Connor | Jaime Elias, Gabriel Zalzman<br><br>cc: Richard De Anda, Michael Moore, Robert Normile, Simon Watt, Oscar de la Vega, Bryan Stockton | Communications with and between counsel reflecting research conducted for purpose of rendering legal advice, and legal advice, regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 817. | Facsimile with Handwritten Notations | April 26, 2004 | Mike Zeller (Document)<br><br>Jon Reichman (Handwritten notations) | John Quinn, Mike Zeller | Document and handwritten notations convey communication between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 818. | Memorandum | April 26, 2004 | Lisa Marie Bongiovanni | Donald Aiken, Robert Normile, Robert Eckert, Dianne Douglas<br><br>Cc:  Lawrence Rand, Micheline Tang, Julia Jensen | Draft memorandum reflecting research and counsel's mental impressions and request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 893. | Email | April 26, 2004 | Lisa Marie Bongiovanni | Robert Eckert, Donald Aiken, Robert Normile, Dianne Douglas, Michael Moore, Julia Jensen | Communication with counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 894. | Email String | April 26, 2004 | John Quinn | Donald Aiken | Communications with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 80

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 895. | Email String | April 26, 2004 | Jill Thomas | Michael Zeller, Donald Aiken, Michael Moore | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 994. | Email String with Handwritten Notations | April 26, 2004 | Brian O'Connor | Jaime Elias<br><br>cc: Richard De Anda<br>Michael Moore<br>Robert Normile<br>Simon Watt<br>Oscar de la Vega | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 994. | Email | April 26, 2004 | Brian O'Connor | Oscar de la Vega<br><br>cc: Sandra Carollo | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 995. | Email String | April 26, 2004 | Brian O'Connor | Bryan Stockton<br>Gabriel Zalzman<br><br>cc: Jaime Elias | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 995. | Email | April 26, 2004 | Bryan Stockton | Brian O'Connor | Communication with counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 995. | Email | April 26, 2004 | Brian O'Connor | Jaime Elias<br>Gabriel Zalzman<br><br>cc: Richard De Anda<br>Michael Moore<br>Robert Normile<br>Simon Watt<br>Oscar de la Vega<br>Bryan Stockton | Communication from and between counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 995. | Email | April 26, 2004 | Jaime Elias | Brian O'Connor<br><br>cc: Richard De Anda<br>Michael Moore<br>Robert Normile<br>Simon Watt<br>Oscar de la Vega | Communication with counsel for the purpose of providing results of assignment initiated pursuant to the instructions of counsel regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 995. | Email | April 26, 2004 | Brian O'Connor | Jaime Elias<br><br>cc: Richard De Anda<br>Michael Moore<br>Robert Normile<br>Simon Watt<br>Oscar de la Vega | Communication from counsel for the purpose of initiating assignment regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 996. | Email | April 26, 2004 | Brian O'Connor | Oscar de la Vega<br><br>cc: Sandra Carollo | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 81

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 996. | Email String with Handwritten Notations | April 26, 2004 | Bryan Stockton | Mattel International Leadership Team | Communication reflecting and applying legal advice obtained from counsel regarding employee agreements; handwritten notation is nonresponsive. | Attorney Client Privilege |
| 996. | Email | April 26, 2004 | Brian O'Connor | Bryan Stockton Phil Taylor | Communication from counsel for the purpose of providing legal advice regarding employee agreements. | Attorney Client Privilege |
| 996. | Email | April 26, 2004 | Bryan Stockton | Brian O'Connor | Communication with counsel for the purpose of obtaining legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 996. | Email | April 26, 2004 | Brian O'Connor | Bryan Stockton | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 996. | Email | April 26, 2004 | Brian O'Connor | Jaime Elias<br><br>cc: Richard De Anda Michael Moore Robert Normile Simon Watt | Communication from counsel for the purpose of initiating assignment regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 997. | Email | April 26, 2004 | Brian O'Connor | Oscar de la Vega<br><br>cc: Sandra Carollo | Communication between counsel for the purpose of providing and seeking legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 654(a). | Chart | April 26, 2004 | Lisa Marie Bongiovanni | Donald Aiken, Robert Normile, Robert Eckert, Dianne Douglas<br><br>cc: Lawrence A. Rand, Micheline Tang, Julia Jensen | Communication with counsel for purpose of obtaining legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 452. | Email String | April 27, 2004 | Donald Aiken | Michael Moore, Michael Zeller | Communications between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 654. | Email | April 27, 2004 | Donald Aiken | Michael Moore, Michael Zeller | Communication between counsel requesting legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 655. | Email String | April 27, 2004 | Donald Aiken | Michael Moore, Michael Zeller | Communications between counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 799. | Email with Handwritten Notation | April 27, 2004 | Michael Moore (Email and Handwritten notations) | John Quinn, Donald Aiken, Robert Normile, Michael Zeller | Email communication with and between counsel reflecting research for purpose of obtaining legal advice related to potential litigation and counsel's mental impressions; handwritten notation also reflects counsel's mental impressions. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

81 of 88

Exhibit A, Page 82

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 853. | Email | April 27, 2004 | Michael Moore | Nhi Tang | Communication from counsel reflecting request for legal advice, and research of counsel, related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 880. | Email String | April 27, 2004 | Jonathan Reichman | John Quinn,<br>Donald Aiken,<br>Michael Moore,<br>Robert Normile,<br>Michael Zeller | Communications with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 882. | Email | April 27, 2004 | Michael Moore | John Quinn,<br>Donald Aiken,<br>Robert Normile,<br>Michael Zeller | Communication with and between counsel reflecting request for legal advice and counsel's mental impressions related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 883. | Email String | April 27, 2004 | Michael Zeller | Michael Moore,<br>Robert Normile,<br>Jonathan Reichman,<br>Donald Aiken,<br>MW Schwartz<br><br>cc:  John Quinn,<br>Tania Krebs | Communications with and between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 885. | Email | April 27, 2004 | Lisa Marie Bongiovanni | Donald Aiken,<br>Robert Normile,<br>Robert Eckert,<br>Dianne Douglas,<br>John Quinn,<br>Micheline Tang,<br>Julia Jensen | Communication with counsel and agents reflecting request for legal advice on draft statement related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 886. | Email | April 27, 2004 | Lisa Marie Bongiovanni | Donald Aiken,<br>Robert Normile,<br>Robert Eckert,<br>Dianne Douglas,<br>John Quinn,<br>Micheline Tang,<br>Julia Jensen | Communication with counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 887. | Email String | April 27, 2004 | Dianne Douglas | Lisa Marie Bongiovanni, Donald Aiken,<br>Robert Normile,<br><br>John Quinn,<br>Michael Zeller,<br>Michael Moore<br><br>cc:  Micheline Tang,<br>Julia Jensen,<br>Lawrence A. Rand | Communication with counsel reflecting request for legal advice on draft memorandum related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

82 of 88

Exhibit A, Page 83

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 888. | Email String | April 27, 2004 | Lisa Marie Bongiovanni | Donald Aiken,<br>Robert Normile,<br>Robert Eckert,<br>Dianne Douglas,<br>John Quinn,<br>Micheline Tang,<br>Julia Jensen | Communications with counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 889. | Email String | April 27, 2004 | Lisa Marie Bongiovanni | Donald Aiken,<br>Robert Normile,<br>Robert Eckert,<br>John Quinn,<br>Micheline Tang | Communications with counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 890. | Email String | April 27, 2004 | John Quinn | Lisa Marie Bongiovanni,<br>Donald Aiken,<br>Julia Jensen,<br>Michael Zeller,<br>Micheline Tang | Communications with counsel reflecting legal advice and analysis related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 891. | Email String | April 27, 2004 | Dianne Douglas | Donald Aiken,<br>Robert Normile,<br>Robert Eckert,<br>John Quinn,<br>Micheline Tang,<br>Julia Jensen,<br>Lisa Marie Bongiovanni,<br>Michael Zeller,<br>Michael Moore | Communications with counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 892. | Email | April 27, 2004 | Lisa Marie Bongiovanni | John Quinn,<br>Donald Aiken,<br>Robert Normile,<br>Michael Zeller,<br>Michael Moore<br><br>cc: Dianne Douglas,<br>Lawrence A. Rand,<br>Micheline Tang,<br>Julia Jensen | Communication with counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 983. | Email String | April 27, 2004 | John Quinn | Jonathan Reichman,<br>Donald Aiken,<br>Michael Moore,<br>Robert Normile,<br>Michael Zeller,<br>Michael Schwartz<br><br>cc: Tania Krebs | Communications between counsel reflecting legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 84

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 992. | Email with Handwritten Notations | April 27, 2004 | Brian O'Connor | Bryan Stockton<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Oscar de la Vega<br>Simon Watt<br>Richard De Anda<br>Michael Moore<br>Robert Normile | Communication from and between counsel for the purpose of providing legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 993. | Email String with Handwritten Notations | April 27, 2004 | Brian O'Connor | Gerardo Hernandez<br>Oscar de la Vega<br>Martin Michaus | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation; handwritten notation is nonresponsive. | Attorney Client Privilege<br><br>Attorney Work Product |
| 993. | Email | April 27, 2004 | Brian O'Connor | Bryan Stockton<br><br>cc: Gabriel Zalzman<br>Jaime Elias<br>Oscar de la Vega<br>Simon Watt<br>Richard De Anda<br>Michael Moore<br>Robert Normile | Communication from counsel for the purpose of providing legal advice regarding investigation related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1029. | Email String | April 27, 2004 | John Quinn | Jon Reichman<br>Donald Aiken<br>Michael Moore<br>Robert Normile<br>Michael Zeller<br>Michael Schwartz<br><br>cc: Tania Krebs | Communications from counsel reflecting legal advice related to draft complaint. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1029. | Email | April 27, 2004 | Michael Schwartz | Jon Reichman<br>Donald Aiken<br>Michael Moore<br>Robert Normile<br>Michael Zeller cc:  Tania Krebs | Communications between counsel and client reflecting legal advice, and request for legal advice, related to draft complaint. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1029. | Email | April 27, 2004 | Michael Zeller | Jon Reichman<br>Donald Aiken<br>Michael Moore<br>Robert Normile<br>Michael Schwartz<br><br>cc:  John Quinn<br>Tania Krebs | Communications between counsel and client reflecting legal advice related to draft complaint. | Attorney Client Privilege<br><br>Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 85

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 452(a). | Draft Statement | April 27, 2004 | Lisa Marie Bongiovanni | Lawrence Rand<br>Donald Aiken<br>Robert Normile<br>Robert A. Eckert<br>Dianne Douglas<br>John B. Quinn<br><br>cc:  Micheline Tang<br>     Julia Jensen | Communication to counsel seeking legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 655(a). | Draft Statement | April 27, 2004 | Lisa Marie Bongiovanni | Lawrence A. Rand,<br>Donald Aiken,<br>Robert Normile,<br>Robert Eckert,<br>Dianne Douglas,<br>John B. Quinn<br><br>cc:  Micheline Tang<br>Julia Jensen | Communication to counsel seeking legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 853(a). | Research | April 27, 2004 | Michael Moore | Nhi Tang | Research performed at direction of counsel related to request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 885(a). | Draft Statement | April 27, 2004 | Lisa Marie Bongiovanni | Lawrence Rand<br>Donald Aiken<br>Robert Normile<br>Robert A. Eckert<br>Dianne Douglas<br>John B. Quinn<br><br>cc:  Micheline Tang<br>     Julia Jensen | Communication to counsel seeking legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 887(a). | Draft Statement | April 27, 2004 | Dianne Douglas | Lisa Marie Bongiovanni, Donald Aiken,<br>Robert Normile,<br>John Quinn,<br>Michael Zeller,<br>Michael Moore<br><br>cc:  Micheline Tang,<br>Julia Jensen,<br>Lawrence A. Rand | Communication with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 887(b). | Draft Statement | April 27, 2004 | Dianne Douglas | Lisa Marie Bongiovanni, Donald Aiken, Robert Normile, John Quinn, Michael Zeller, Michael Moore<br><br>cc: Micheline Tang, Julia Jensen, Lawrence A. Rand | Communication with counsel reflecting request for legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 892(a). | Draft Statement | April 27, 2004 | Lisa Marie Bongiovanni | John Quinn, Donald Aiken, Robert Normile, Michael Zeller, Michael Moore<br><br>cc: Dianne Douglas, Lawrence A. Rand, Micheline Tang, Julia Jensen | Communication with counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 892(b). | Draft Statement | April 27, 2004 | Lisa Marie Bongiovanni | John Quinn, Donald Aiken, Robert Normile, Michael Zeller, Michael Moore<br><br>cc: Dianne Douglas, Lawrence A. Rand, Micheline Tang, Julia Jensen | Communication with counsel reflecting request for legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 51. | Chronological Record (Redacted)<br><br>M 0074372 | Redacted entry dated "4/3" | De Anda, Richard | -- | Chronological record reflecting communication with and opinion of legal counsel. | Attorney Client Privilege (previously upheld in Order dated July 20, 2007) |
| 27. | Typed Notes | Undated | Karen Ewing<br><br>(Paralegal within Law Department) | -- | Counsel comments and legal advice on draft press release and attorney notes. | Attorney Client Privilege<br><br>Attorney Work Product |
| 29. | Email (Redacted)<br><br>M0074400 | Undated | De Anda, Richard | Kaye, Alan | Communication regarding former employee / Excerpts reflecting opinion of legal counsel redacted. | Attorney Client Privilege (previously upheld in Orders dated July 10, 2007 and May 8, 2008) |
| 73. | Email | Undated | De Anda, Richard | Kimble, Mark | Communication regarding assignment, initiated pursuant to instructions from legal counsel, for purpose of rendering legal advice regarding potential litigation. | Attorney Work Product |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.

[2] The logged documents are in custody of Quinn Emanuel.   86 of 88

Exhibit A, Page 87

MATTEL v. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 85. | Typed Notes with Handwritten Notations | Undated | Moore, Michael, Esq. (Typed Notes)<br><br>De Anda, Richard (Handwritten Notes) | Zeller, Michael T., Esq.<br>De Anda, Richard<br>Domazet, Mary | Notes and notations contain legal counsel's instructions and directions regarding research assignment for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 335. | Typed Notes | Undated | Jones, Adelle | Zeller, Michael, Esq. | Communication with counsel reflecting research assignment. initiated pursuant to instructions from counsel, for purpose of providing legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 337. | Typed Notes | Undated | Jones, Adelle | Zeller, Michael, Esq. | Communication with counsel reflecting research assignment initiated pursuant to instructions from counsel for purpose of obtaining legal advice on potential litigation. | Attorney Client Privilege (previously upheld in Orders dated March 17, 2008 and April 28, 2008) |
| 338. | Typed Notes | Undated | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel reflecting research, legal advice and communications with outside counsel regarding  investigation. | Attorney Client Privilege (previously upheld in Orders dated March 17, 2008 and April 28, 2008) |
| 383. | Typed Notes with Handwritten Notations | Undated | Moore, Michael, Esq. (Typed notes and Handwritten notations) | | Legal counsel's typed and handwritten notes reflecting legal counsel's mental impressions; prepared for purpose of providing legal advice regarding potential litigation. | Attorney Client Privilege          Attorney Work Product |
| 718. | Memorandum with Handwritten Notation | Undated | Michael Zeller (Memorandum)<br><br>Bob Normile (Handwritten notation) | Mattel Law Department | Counsel's  communication rendering legal advice regarding potential litigation; handwritten notations reflect counsel's mental impressions and attorney-client communications. | Attorney Client Privilege<br><br>Attorney Work Product |
| 719. | Memorandum | Undated | Michael Zeller | Mattel Law Department | Summary prepared at direction of counsel regarding possible legal claims for purpose of rendering legal advice; reflecting counsel's mental impressions and research regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 862. | Handwritten Notes | Undated | Donald Aiken | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 867. | Handwritten Notes | Undated | Donald Aiken | | Counsel's notes reflecting legal advice, communications with outside counsel, and mental impressions regarding potential litigation. | Attorney Client PrAvilege Attorney Work Product |
| 876. | Handwritten Notes | Undated | Donald Aiken | | Counsel's notes reflecting communications between counsel, legal advice and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 884. | Typed and Handwritten Notes | Undated | Donald Aiken | | Counsel's notes reflecting legal advice and mental impressions regarding potential litigation; reflects communications with outside counsel. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 88

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

EXCERPTS FROM
THIRD SUPPLEMENTAL PRIVILEGE LOG

March 17, 2010

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege [1] [2] |
|---|---|---|---|---|---|---|
| 919. | Handwritten Notes | Undated | Donald Aiken | | Counsel's notes reflecting communications with counsel regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 934. | Report/Chart | Undated | Adelle Jones | Michael Moore | Communication with counsel, reflecting research conducted pursuant to instructions from counsel, for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 937. | Report | Undated | Adelle Jones | Michael Moore | Communication with counsel reflecting research prepared at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Work Product |
| 985. | Draft document | Undated | Michael Zeller | Michael Moore<br>Robert Normile<br>Sandy Litvack<br>Tania Krebs | Draft document reflecting legal advice related to Cityworld. | Attorney Client Privilege |
| 987. | Report | Undated | Adelle Jones | Michael Moore | Communication with counsel for purpose of seeking legal advice on potential litigation; reflects research performed pursuant to instruction from counsel, to obtain legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 989. | Memorandum | Undated | Adelle Jones | Michael Moore | Communication of research prepared at counsel's request for purpose of rendering legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 990. | Report | Undated | Adelle Jones | Michael Moore | Report reflecting research conducted at direction of counsel for purpose of rendering legal advice related to potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1026. | Report | Undated | Adelle Jones | Michael Moore | Communication reflecting results of assignment regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 1027. | Handwritten Notes | Undated | Robert Normile | | Counsel's notes reflecting legal advice communicated from outside counsel and mental impressions regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

---

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.
[2] The logged documents are in custody of Quinn Emanuel.

Exhibit A, Page 89