```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      William C. Price (Bar No. 108542)
 3    williamprice@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 4    (michaelzeller@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
 5  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
 6  Telephone:   (213) 443-3000
    Facsimile:   (213) 443-3100
 7
    Attorneys for Mattel, Inc. and
 8  Mattel de Mexico, S.A. de C.V.
 9
10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12                    SOUTHERN DIVISION
```

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING OF AMENDED FINAL PRE-TRIAL CONFERENCE ORDER**<br><br>Discovery Cutoff:   October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial:                January 18, 2011 |

00505.07975/3917290.1

NOTICE OF LODGING

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Local Rule 16-7, Mattel, Inc. hereby
3  lodges as exhibit A hereto the Parties' Amended Proposed Final Pre-Trial Conference
4  Order.

6  DATED: January 16, 2011      QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

By: /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

00505.07975/3917290.1

-1-

NOTICE OF LODGING