QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017–2543
Telephone:   (213) 443–3000
Facsimile:    (213) 443–3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No.      CV 04-09059<br>Case No.      CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>NOTICE OF ERRATA WITHDRAWING THE NOTICE OF MANUAL FILING OF MATTEL'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 26 (DKT. 9644) AND THE NOTICE OF MOTION AND MOTION IN LIMINE NO. 26 TO EXCLUDE EVIDENCE OF THE CONTENT OF BRYANT'S SETTLEMENT AGREEMENT WITH MATTEL<br><br>**Phase 2:**<br>Disc. Cut-off:       October 4, 2010<br>Pre-trial Conf.:     January 4, 2011<br>Trial Date:          January 18, 2011 |

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that Mattel withdraws its filing of the Notice Of
3 Manual Filing Of Mattel's Notice Of Motion In Limine No. 26 (Dkt. 9644) and the
4 Notice of Motion and Motion in Limine No. 26 to Exclude Evidence of the Content
5 of Bryant's Settlement Agreement with Mattel.

7 DATED: January 17, 2011     QUINN EMANUEL URQUHART &
8     SULLIVAN, LLP

10     By /s/ Michael T. Zeller
11     Michael T. Zeller
    Attorneys for Mattel, Inc.