# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV04-9049 DOC(RNBx) | Date | January 13, 2011 |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | |

Present: The Honorable  David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Maria Dellaneve, Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst<br>Mark Overland, Alexander Cote |

\_\_\_ Day Court Trial  1st Day Jury Trial

\_\_\_ One day trial:  \_\_\_ Begun (1st day);  \_\_\_ Held & Continued;  \_\_\_ Completed by jury verdict/submitted to court.

X  Jury impaneled is begun; further impanelment continued to 1/14/11 at 8:00 a.m.

\_\_\_ Opening statements made by _____

\_\_\_ Witnesses called, sworn and testified.  \_\_\_ Exhibits Identified  \_\_\_ Exhibits admitted.

\_\_\_ Plaintiff(s) rest.  \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).  \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.  \_\_\_ Jury retires to deliberate.  \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of  \_\_\_ plaintiff(s)  \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.  \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists  \_\_\_ Filed jury notes.  \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).

\_\_\_ Case submitted.  \_\_\_ Briefs to be filed by _____

\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to  January 14, 2011  for further trial.

X  Other:  In Camera hearing, sealed transcript, with counsel for Mr. Machado, then with MGA & Machado, then no longer under seal with Mattel also present

10 : 40

Initials of Deputy Clerk  kp

cc: