RUSS, AUGUST & KABAT
Larry C. Russ, State Bar No. 82768
lruss@raklaw.com
Bruce D. Kuyper, State Bar No. 144969
bkuyper@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Non-Party Zapf Creation AG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware Corporation, et al.,<br><br>Plaintiff,<br>v.<br><br>MGA ENTERTAINMENT, INC., a California Corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>[Assigned to The Honorable David O. Carter, Dept. 9D]<br><br>Consolidated with:<br>Case No. CV04-09059<br>Case No. CV05-02727<br><br>NOTICE OF APPEARANCE BY LARRY C. RUSS, BRUCE D. KUYPER, AND NATHAN D. MEYER ON BEHALF OF NON-PARTY ZAPF CREATION AG |

PLEASE TAKE NOTICE that the following individuals hereby enter their appearance as counsel of record on behalf of Non-Party Zapf Creation AG for the purpose of receiving notices and orders from the Court:

///

///

3201-01 110114 Notice of Appearance

1

NOTICE OF APPEARANCE

Larry C. Russ, State Bar No. 82768
lruss@raklaw.com
Bruce D. Kuyper, State Bar No. 144969
bkuyper@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

DATED: January 18, 2011

RUSS, AUGUST & KABAT
Larry C. Russ
Bruce D. Kuyper
Nathan D. Meyer

By: _____
Attorneys for Non-Party
Zapf Creation AG

## PROOF OF SERVICE VIA E-MAIL & U.S. MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025.

On **January 18, 2011** I caused to be served the foregoing document described as **NOTICE OF APPEARANCE BY LARRY C. RUSS, BRUCE D. KUYPER, AND NATHAN D. MEYER ON BEHALF OF NON-PARTY ZAPF CREATION AG** on interested parties in this action.

**SERVICE NAME/ADDRESS**

☑ BY E-MAIL
☑ I e-mailed the above referenced document to the addressees listed on attached Service List.
☐ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☑ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 18, 2011** at Los Angeles, California.

ANNE KIM

## SERVICE LIST

| | |
|---|---|
| Viola Trebicka<br>Michael T. Zeller<br>Quinn Emanuel<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br>Email: violatrebicka@quinnemanuel.com<br>Email: michaelzeller@quinnemanuel.com | *Counsel for Mattel Inc., et al.* |
| William A. Molinski<br>Orrick Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>Email: wmolinski@orrick.com | *Counsel for MGA Entertainment Inc., Issac Larian, et al.* |
| Annette L. Hurst<br>Orrick, Herrington & Sutcliffe, LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>Email: ahurst@orrick.com | |
| Thomas S. McConville<br>Orrick Herrington & Sutcliffe LLP<br>4 Park Plaza, Suite 1600<br>Irvine, CA 92614<br>Tel: 949-567-6700<br>Fax: 949-567-6710<br>Email: tmcconville@orrick.com | |