# EXHIBIT E

## Documentation: Email search for defined keywords

Date: 17th December 2010



1. **Description:**
   Corporate IT got the order to search all mails, containing specified keyword-combinations, on the servers of Zapf Creation at 2nd December 2010.
   The keywords have been given to IT by our lawyer Mr. Matthias Götz.
   The task was to extract all mails containing the keywords to a mailbox, where they can be read by defined people. The read mails have to be marked by reader and category of result.

2. **Used systems:**
   Zapf Creation uses Microsoft Exchange 2007 on a centralized single system in Roedental (Germany).

   All emails older as a specified time (usually 6 months) are moved to a single mail archive system (also in the Roedental data centre). The subject is still stored in the Exchange mailbox and the content is stored in the archive.
   All mails received and sent are stored in a 'journal' (also part of the archive system) since 1st January 2008.
   The system used for archiving is 'PAM for Exchange 4.3' from Metalogix.

   For deleting duplicate mails in the search results, we used ODIR 1.4
   (Freeware at http://www.vaita.com/ODIR.asp)

3. **Involved people in corporate IT:**
   [redacted]

4. **Procedure:**
   Emails were searched in the archive system with provided keyword list for 2008 in all 450 archived mailboxes. Some users had to be restored for 2008 from 10 LTO-data-backup-tapes.

   For 2009 until today, journaling was used, which covers all mails (archived and actual).
   The results have been exported to a separate mailbox.
   Duplicates were filtered out with ODIR.

   Due to a special allowance from Thomas Pfau to read all his mails, his complete mailbox and archive (also containing mail previous 2008) was exported to the 'reader's mailbox'.

   The expenditure of time was about 50 hours.

5. **Results:**
   The archive contains about 7 Mio. Emails. About 3 Mio.(with about 1 million attachments) are in the search window 2008-2010. This contains also duplicates and versions of stored objects.
   The first search result extracted about 30,000 emails to the reader's mailbox. After the deletion of duplicate mails 8700 emails remained for the manual reading.

6. **Manual reading:**
   The search results have been divided to subfolders (one separate folder by reader), to define amounts of mail for each reader. The reading was done with Outlook 2010. Each reader got a category with his name and we defined categories for search results ('hit', 'incomprehensible' and 'to be reviewed').

   The readers were instructed by Matthias Götz, how to read and interpret the emails. Each read mail was added to the category of the readers name and a category of hits (if applicable). The category 'incomprehensible' was used if the reader could not translate the mail due it was written in a foreign language which the reader could not understand.

   All mails with the category 'incomprehensible' have been read by 7 readers understanding the language. The expenditure of time was about 20 hours by reader (= 140 hours)

   All mails with the category 'to be reviewed' have been reviewed and categorized as hit or non hit.

Zapf Creation AG
Mönchrödener Straße 13
D-96472 Rödental

Telefon +49 (0)9563 / 725-0
Telefax +49 (0)9563 / 725-116

E-Mail: info@zapf-creation.com
Internet: www.zapf-creation.com

"CONFIDENTIAL - ATTORNEY EYES ONLY"

Z000211

Page

**Documentation: Email search for defined keywords**



Date: 17th December 2010

7. *Issues and delay during the search:*
First issue was that our Pam for Exchange installation had a lot of issues with such a large search. The search engine was not able to scan such an amount of mails. In close connection to the software vendor's support department, the issues have been solved at 6th December and the search started. Next issue appeared as the mail system's storage had not enough capacity for the first search result (about 200 GB). This caused another two days delay.

8. **List of search-terms:**

All following words have been searched in combination with the word "Mattel", always in singular and plural version (where applicable e.g. 'display' or 'displays'):

showroom
"Toy Fair"
display
"plan-o-gram"
"layout room"
Catalog
"prices list"
"line list"
"trade secret"
"non-public-information"
"unreleased product"
"product development"
pricing
product
access
spy
confidential
booth
"break in"
infiltrated
"closed room"
secret
unauthorized
unreleased
"non disclosed"
Nuremberg
London
Tokyo
Dallas
"Hong Kong"
"New York"
Dallas
hide
intel
breach
spy
steal
POG
spied
Villasenor

Zapf Creation AG
Mönchrödener Straße 13
D-96472 Rödental

Telefon +49 (0)9563 / 725-0
Telefax +49 (0)9563 / 725-116

E-Mail: info@zapf-creation.com
Internet: www.zapf-creation.com

"CONFIDENTIAL - ATTORNEY EYES ONLY"

Z000212

Page