# EXHIBIT F

From: Nathan Meyer <nmeyer@raklaw.com>
Subject: **Re: Mattel v. MGA (Zapf)**
Date: December 9, 2010 5:30:40 PM PST
To: Viola Trebicka <violatrebicka@quinnemanuel.com>
Cc: "'Larry Russ'" <lruss@raklaw.com>, Michael T Zeller <michaelzeller@quinnemanuel.com>, Scott Watson <scottwatson@quinnemanuel.com>, "'KeiAna Sanderlin'" <ksanderlin@raklaw.com>

Hopefully tomorrow. The searches keep crashing the full Zapf server (running searches during the December rush is proving problematic). Also, the searches do not precisely reflect your terms -- Zapf, it seems, has the ability to search up to two terms (e.g. Mattell and Barbie) but no more, and no more complex (they cannot search Mattel /5 Barbie). They are doing their best with the terms you have provided, and we will learn a lot more tomorrow. Your patience is much appreciated. Thanks.

Nathan D, Meyer
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 826-6991 Fax
nmeyer@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Dec 9, 2010, at 1:03 PM, Viola Trebicka wrote:

> Nate,
> can you give me a break-down for each search? Also, when will you be finished de-duping? This will inform our decision regarding the timing of the 30(b)(6) deposition.
> Thanks,
> Viola
>
> **From:** Nathan Meyer [mailto:nmeyer@raklaw.com]
> **Sent:** Thursday, December 09, 2010 8:26 AM
> **To:** Viola Trebicka
> **Cc:** 'Larry Russ'; Michael T Zeller; Scott Watson; 'KeiAna Sanderlin'
> **Subject:** Re: Mattel v. MGA (Zapf)
>
> Viola,
> There are about 13,000 hits, but they have not been de-duped yet. I should have more information re: timing today. Regarding the 30(b)(6), do you want before or after the documents? Thank you.
> -Nate

Nathan D, Meyer
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 826-6991 Fax
nmeyer@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Dec 8, 2010, at 11:06 PM, Viola Trebicka wrote:

Nate,
Following up on our previous correspondence, please let me know when you will provide us with a break-down of the volume for each search and your estimated timing, as well as dates for a Zapf 30(b)(6) deposition.
Thanks,
Viola

---

**From:** Viola Trebicka
**Sent:** Saturday, December 04, 2010 3:23 PM
**To:** 'Nathan Meyer'
**Cc:** 'Larry Russ'; Michael T Zeller; Scott Watson; 'KeiAna Sanderlin'
**Subject:** RE: Mattel v. MGA (Zapf)

Nate,

Thank you for your response. Please provide us with a break-down of the volume for each search and your estimated timing as soon as you are able. That will inform Mattel's decision to prioritize or narrow the already tailored searches. Your prompt cooperation is of the essence, since the trial starts five weeks and the parties are already at the summary judgment stage.

Regarding your indication that Zapf may seek reimbursement at some point, Mattel reserves it position but will of course consider such a request when and if it is made.