# EXHIBIT G

From: Nathan Meyer <nmeyer@raklaw.com>
Subject: **Re: Mattel v. MGA (Zapf)**
Date: December 14, 2010 5:51:17 PM PST
To: Viola Trebicka <violatrebicka@quinnemanuel.com>
Cc: "'Larry Russ'" <lruss@raklaw.com>, Michael T Zeller <michaelzeller@quinnemanuel.com>, Scott Watson <scottwatson@quinnemanuel.com>, "'KeiAna Sanderlin'" <ksanderlin@raklaw.com>

Viola,

To follow up on our conversation, we can make a witness available on the 21st, maybe the 22nd, and the 18th (saturday) if absolutely necessary. We would strongly prefer a deposition after the holiday break, but if that is impossible, we understand. Per your call, I am actually hopeful we will be able to make someone available the week between Christmas and New Year -- I will have a hard answer tomorrow, and am hopeful re: the 30th. Multiple days during that period is likely unrealistic though.

As to documents, Zapf has begun reviewing. Because of the nature of Zapf's document system (as mentioned in an earlier e-mail), the searches are overbroad to a very large degree. For example, any e-mail mentioning this case from an American lawyer (with the IRS Circular 230 notice that most firms attach) would be triggered by "Mattel + confidential." Thus, it is expected (and has been the case) that most 'hits' are not responsive. For example (and without waiving privilege), a search for 'villanesor' showed a total of seven hits, all of which involved e-mails either to or from me.

The search terms run so far are below the signature block - more suggestions (preferably not too many) are welcome. As of this morning, Zapf was about halfway through, and had (for obvious reasons) prioritized Herr Pfau's e-mails. I will have a sense of results tomorrow (LA) morning.

Thank you,

Nathan D. Meyer
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 826-6991 Fax
nmeyer@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

1. Mattel plus showroom        226
2. Mattel plus Toy Fair        230
3. Mattel plus displays         70

```
 4. Mattel plus plan-o-grams            49
 5. Mattel plus layout rooms             0
 6. Mattel plus catalog                 20
 7. Mattel plus prices lists             4
 8. Mattel plus line lists              18
 9. Mattel plus trade secrets           66
10. Mattel plus non-public-information 347
11. Mattel plus unreleased products      0
12. Mattel plus product development    131
13. Mattel plus pricing                168
14. Mattel plus product                981
15. Mattel plus access                 356
16. Mattel plus spy                     53
17. Mattel plus confidential          1193
18. Mattel plus booth                   24
19. Mattel plus break in                 0
20. Mattel plus infiltrated              1
21. Mattel plus closed room              0
22. Mattel plus secret                 169
23. Mattel plus unauthorized            74
24. Mattel plus unreleased               1
25. Mattel plus non disclosed            0
26. Mattel plus Nuremberg              295
27. Mattel plus London                 162
28. Mattel plus Tokyo                    7
29. Mattel plus Dallas                  15
30. Mattel plus Hong Kong              258
31. Mattel plus New York               144
32. Mattel plus Dallas             see 29.
33. Mattel plus hide                    18
34. Mattel plus intel                   72
35. Mattel plus breach                  50
36. Mattel plus spies                   19
37. Mattel plus steal                   52
38. Mattel plus POG                     48
39. Mattel plus spied                    0
40. Villasenor                           7
```

On Dec 13, 2010, at 12:14 PM, Viola Trebicka wrote:

Nate, just a reminder that we need the break-down for each search in order to propose 30(b)(6) deposition dates. Please let me know when you estimate you will be able to send them to us.
Thanks,
Viola

**From:** Nathan Meyer [mailto:nmeyer@raklaw.com]
**Sent:** Thursday, December 09, 2010 5:31 PM
**To:** Viola Trebicka
**Cc:** 'Larry Russ'; Michael T Zeller; Scott Watson; 'KeiAna Sanderlin'
**Subject:** Re: Mattel v. MGA (Zapf)

Hopefully tomorrow. The searches keep crashing the full Zapf server (running searches during the December rush is proving problematic). Also, the searches do not precisely reflect your terms -- Zapf, it seems, has the ability to search up to two terms (e.g. Mattell and Barbie) but no more, and no more complex (they cannot

search Mattel /5 Barbie). They are doing their best with the terms you have provided, and we will learn a lot more tomorrow. Your patience is much appreciated. Thanks.

Nathan D, Meyer
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 826-6991 Fax
nmeyer@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Dec 9, 2010, at 1:03 PM, Viola Trebicka wrote:


Nate,
can you give me a break-down for each search? Also, when will you be finished de-duping? This will inform our decision regarding the timing of the 30(b)(6) deposition.
Thanks,
Viola

---

**From:** Nathan Meyer [mailto:nmeyer@raklaw.com]
**Sent:** Thursday, December 09, 2010 8:26 AM
**To:** Viola Trebicka
**Cc:** 'Larry Russ'; Michael T Zeller; Scott Watson; 'KeiAna Sanderlin'
**Subject:** Re: Mattel v. MGA (Zapf)

Viola,
There are about 13,000 hits, but they have not been de-duped yet. I should have more information re: timing today. Regarding the 30(b)(6), do you want before or after the documents? Thank you.
-Nate

Nathan D, Meyer
Russ August & Kabat

12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 826-6991 Fax
nmeyer@raklaw.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Dec 8, 2010, at 11:06 PM, Viola Trebicka wrote:

Nate,
Following up on our previous correspondence, please let me know when you will provide us with a break-down of the volume for each search and your estimated timing, as well as dates for a Zapf 30(b)(6) deposition.
Thanks,
Viola

---

**From:** Viola Trebicka
**Sent:** Saturday, December 04, 2010 3:23 PM
**To:** 'Nathan Meyer'
**Cc:** 'Larry Russ'; Michael T Zeller; Scott Watson; 'KeiAna Sanderlin'
**Subject:** RE: Mattel v. MGA (Zapf)

Nate,

Thank you for your response. Please provide us with a break-down of the volume for each search and your estimated timing as soon as you are able. That will inform Mattel's decision to prioritize or narrow the already tailored searches. Your prompt cooperation is of the essence, since the trial starts five weeks and the parties are already at the summary judgment stage.

Regarding your indication that Zapf may seek reimbursement at some point, Mattel reserves it position but will of course consider such a request when and if it is made.

Thanks,
Viola

**From:** Nathan Meyer [mailto:nmeyer@raklaw.com]
**Sent:** Friday, December 03, 2010 7:36 PM
**To:** Viola Trebicka
**Cc:** Larry Russ; Michael T Zeller; Scott Watson; KeiAna Sanderlin
**Subject:** Re: Mattel v. MGA (Zapf)

Viola,

Thank you for providing these search terms.

We will forward these to Zapf, and provide you with a time estimate for the search and analysis as soon as possible. That said, we suspect processing the number of e-mails likely to be triggered by the broad search terms you proposed may take some time. Zapf's resources on this issue are finite. Obviously, narrower search terms, or a prioritization of search terms, will result in faster production. Let us know if you would like to narrow the search terms or deal with certain searches first. We will let you know once we have a sense of volume and timing, but will proceed promptly.

Second, we acknowledge that the provision of search terms is made without waiving Mattel's rights. Similarly, Zapf, by producing e-mails, does not consent to the Court's jurisdiction in this matter, or waive its right to so contest.

Finally, and on a related note, as a non-party, Zapf anticipates requesting expenses from Mattel for costs incurred in directly searching and assembling e-mails.

We will provide 30(b)(6) dates as soon as possible.

I will be traveling over the weekend, but am available via e-mail. Thank you.

-Nate

Nathan D, Meyer
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 826-6991 Fax
nmeyer@raklaw.com

On Dec 3, 2010, at 5:30 PM, Viola Trebicka wrote:

Counsel,

Attached please find, as Zapf requested, Mattel's search terms to be run on Zapf email systems. These are, of course, in English. We expect that Zapf will, in addition to running the search terms in English, also translate them into German and run the German terms as searches as well since at least some emails on Zapf's systems may be in German. We would like to review the final German searches you intend to run on

the email.

As we have stated on the phone, Mattel is not waiving any rights or remedies available to it under the Court's November 1, 2010 Order, including for Zapf's non-compliance with that Order. For example, Mattel understands from your letter of Nov. 29, 2010 that Zapf will be running the searches of only email from 2008 to the present, including for custodians such as Thomas Pfau. This limitation is unwarranted and in violation of the Court's November 1, 2010 order. By providing these search terms and otherwise attempting to facilitate Zapf's compliance with the November 1 Order, Mattel does not waive its right to seek further searches and/or production of all responsive, non-privileged emails in Zapf's possession, custody and control, without limitation. Also, Mattel expects fully compliant productions on other forms of electronic and non-electronic documents in Zapf's possession, custody and control, without limitation.

We look forward to receiving Zapf's production promptly as well as dates for its 30(b)(6) designee.

Thanks,
Viola

**Viola Trebicka**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3243 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
violatrebicka@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

<3814914_Zapf Search Terms from Mattel.DOC>