# EXHIBIT I

**Von:** ▓▓▓▓
**An:** ▓▓▓▓
**Thema:** WG: Information Request Mattel v MGA Entertainment_Report
**Datum:** Montag, 3. Januar 2011 15:05:55

---

**Von:** ▓▓▓▓
**Gesendet:** Donnerstag, 23. Dezember 2010 15:10
**An:** ▓▓▓▓
**Cc:** ▓▓▓▓
**Betreff:** Information Request Mattel v MGA Entertainment_Report

▓▓▓▓

*Attached* pls. find the updated information as discussed with Matthias and in the requested format.

The interviews with ▓▓▓▓ were made by me and/or ▓▓▓▓

Best regards

▓▓▓▓

The information contained in this e-mail is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or competent to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone or e-mail and delete the original message. Thank you.

## Information Request Mattel v MGA Entertainment

In Germany the following three interviews were made:

- ▓▓▓▓ (Zapf Creation AG; Sales)
- ▓▓▓▓ (Zapf Creation AG; ▓▓▓▓)
- ▓▓▓▓ (Zapf Creation AG; ▓▓▓▓)

The persons were asked to answer the following questions for the period since the commencement of their work for Zapf Creation to the current date:

- Have you ever had access to Mattel showrooms anywhere in the World?

- Have you ever had access to Mattel Stands at any show or exhibition as a guest anywhere in the World?

- Have you ever had access to Mattel planogram?

- Have you ever had visibility or access to any Mattel price lists?

- Have you ever had copies of or access to Mattel catalogues?

- Please confirm if you have had access to any other Mattel information not covered.

Pls. see the response to the questions by interviewed person as follows:

▓▓▓▓▓▓▓▓▓▓

No to all questions.

▓▓▓▓▓▓▓▓▓▓

No to all questions with the following exception:

In one case he got access to a Mattel price list given to him inofficially by a customer of Zapf Creation's.

▓▓▓▓▓▓▓▓▓▓

She reported that in 2007 she was on the Mattel booth in Nuremberg.
When she passed the security personell at the entrance to the booth they let her in without asking her for her identity, name, company or anything else.
When she went in, a number of other people were allowed to enter the booth without being asked for any identification as well.
She reported that she did not ask questions to Mattel booth employees and that she was not in a so called "secret room".
She did tell her impressions about the booth to Thomas Pfau

To all other questions:

She reported that she did not have access to any information which was not public.

**Von:**
**An:**
**Thema:** WG: Information Request
**Datum:** Montag, 3. Januar 2011 15:05:29

21.12.2010 00 56

**An:**
**Kopie:**
**Thema:** Information Request

Good Evening

Please see attached 3 emails summarizing our actions and findings regarding the Mattel Search request in UK and Spain Zapf Offices

Thank You

---

From:
Date: Fri, 26 Nov 2010 06:51:42 -0800
To:
Subject: Information Request

Dear

With regards to the association of Zapf Creation with MGA Entertainment and the continuing court case with Mattel please see email below that was sent to all staff as listed in this email, this is all current Zapf Creation (UK) Ltd employees, other Zapf Creation employees or current MGA Entertainment (UK) Ltd employees who have been employed by Zapf Creation (UK) Ltd in the period stipulated below.

The information request covered the period of incorporation of MGA Entertainment (UK) Ltd (13th December 2005) to the date of the email titled 'Information Request' (25th November 2010).

Please see the response to the questions by employee as follows.

Current Zapf Creation (UK) Ltd employees:
- No to all questions
- No to all questions
- No access to any of the information
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- I have not had anything to do with Mattel
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions
- No to all questions

Non UK Zapf Creation employees:
- No to all questions

Current MGA Entertainment (UK) Ltd employees who have been employed by Zapf Creation (UK) Ltd during the period noted above:
- No to all questions
- See response as follows

* Have you ever has access to Mattel Stands at any show or exhibition as a guest anywhere in the World? Yes - Toymaster & AIS shows

In role as for master and AIS he has attended shows where the display booths are all open to view, confirmed that he had not been invited onto or gone on any such Mattel stands but purely has visibility of the booth as all attendees to these shows have.

I have copies of all email replies signed by the employees, should you require access to any of these please let me know.
Kind Regards

NFIDENTIAL - ATTORNEY EYES ONLY"        Z000215



```
From: 
Sent: 24 November 2010 13:16
To: 

Cc: 
Subject: Information Request
Importance: High
Sensitivity: Confidential
```

Dear All,

As you may have seen, the ongoing audit re Mattel v MGA Entertainment continues and as an employee of Zapf Creation and our link with MGA Entertainment can you please answer the following questions for the period 13th December 2005 or since the commencement of your employment with Zapf Creation to the current date?

* Have you ever had access to Mattel showrooms as a guest anywhere in the World?
* Have you ever has access to Mattel Stands at any show or exhibition as a guest anywhere in the World?
* Have you ever has access to Mattel planograms?
* Have you ever had visibility or access to any Mattel price lists?
* Have you ever had copies of or access to Mattel catalogues?
* Please confirm if you have had had access to any other Mattel information not covered above.

Once you have replied by email I will then arrange a quick one to one with each of you to go through your answers to the above.

Please treat your replies as confidential.

Thank you in advance



*** eSafe scanned this email for viruses, vandals, and malicious content. ***

------ End of Forwarded Message

Zapf Creation AG

Vorsitzender des Aufsichtsrates: Dr. Harald Rieger
Vorstand: Ron Oboler, José Antonio Santana, Ron Brawer

Sitz: Rödental
Registergericht Coburg / Reg.-Nr.: HRB 2995

Steuer-Nr.: 212/116/90248 / USt.-IdNr.: DE 175482385

Die Mitteilungen in dieser E-Mail sind vertraulich und nur für den oben genannten Empfänger bestimmt. Sollten Sie als Empfänger dieser E-Mail nicht mit dem oben genannten Empfänger identisch sein oder mit der Aushändigung an ihn betraut sein, weisen wir darauf hin, dass jede Verbreitung und Vervielfältigung untersagt ist. Bitte unterrichten Sie uns umgehend telefonisch oder per E-Mail und löschen Sie anschließend diese Nachricht. Vielen Dank.

The information contained in this e-mail is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or competent to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone or e-mail and delete the original message. Thank you.
************************************************************************************

*** eSafe scanned this email for viruses, vandals, and malicious content. ***
************************************************************************************

----- Nachricht von ▮▮▮▮▮▮▮▮▮▮ auf Fri, 26 Nov 2010 15:51:42 +0100 -----

**An:** ▮▮▮▮▮▮▮▮▮▮

**Thema:** Information Request

Dear ▮▮▮▮▮▮

With regards to the association of Zapf Creation with MGA Entertainment and the continuing court case with Mattel please see email below that was sent to all staff as listed in this email, this is all current Zapf Creation (UK) Ltd employees, other Zapf Creation employees or current MGA Entertainment (UK) Ltd employees who have been employed by Zapf Creation (UK) Ltd in the period stipulated below.

The information request covered the period of incorporation of MGA Entertainment (UK) Ltd (13th December 2005) to the date of the email titled 'Information Request' (25th November 2010).

Please see the response to the questions by employee as follows.

Current Zapf Creation (UK) Ltd employees:

- ▮▮ - No to all questions
- ▮▮ No to all questions
- ▮▮ - No access to any of the information
- ▮▮ - No to all questions
- ▮▮ - No to all questions
- ▮▮ - No to all questions
- ▮▮ No to all questions
- ▮▮ - No to all questions
- ▮▮ - No to all questions
- ▮▮ - No to all questions
- ▮▮ - No to all questions
- ▮▮ - I have not had anything to do with Mattel
- ▮▮ - No to all questions
- ▮▮ No to all questions
- ▮▮ - No to all questions
- ▮▮ - No to all questions
- ▮▮ - No to all questions
- ▮▮ No to all questions
- ▮▮ No to all questions
- ▮▮ - No to all questions

Non UK Zapf Creation employees:

- ▮▮▮▮▮▮▮▮ - No to all questions

Current MGA Entertainment (UK) Ltd employees who have been employed by Zapf Creation (UK) Ltd during the period noted above:

- ▮▮▮▮ - No to all questions
  See response as follows

\* Have you ever has access to Mattel Stands at any show or exhibition as a guest anywhere in the World? Yes - Toymaster & AIS shows

In ▮▮ role as ▮▮▮▮ for ▮▮ master and AIS he has attended shows where the display booths are all open to view, ▮▮ confirmed that he had not been invited onto or gone on any such Mattel stands but purely has visibility of the booth as all attendees to these shows have.

I have copies of all email replies signed by the employees, should you require access to any of these please let me know.

**From:** ▮▮▮▮▮▮▮▮
**Sent:** ▮▮▮▮
**To:** ▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮
**Subject:** Information Request
**Importance:** High
**Sensitivity:** Confidential

Dear All,

As you may have seen, the ongoing audit re Mattel v MGA Entertainment continues and as an employee of Zapf Creation and our link with MGA Entertainment can you please answer the following questions for the period 13th December 2005 or since the commencement of your employment with Zapf Creation to the current date?

"CONFIDENTIAL - ATTORNEY EYES ONLY"                          Z000217

```
*    Have you ever had access to Mattel showrooms as a guest anywhere in the World?
*    Have you ever has access to Mattel Stands at any show or exhibition as a guest anywhere
in the World?
*    Have you ever has access to Mattel planograms?
*    Have you ever had visibility or access to any Mattel price lists?
*    Have you ever had copies of or access to Mattel catalogues?
*    Please confirm if you have had had access to any other Mattel information not covered
above.

Once you have replied by email I will then arrange a quick one to one with each of you to
go through your answers to the above.

Please treat your replies as confidential.

Thank you in advance
```

[redacted block]

```
*** eSafe scanned this email for viruses, vandals, and malicious content. ***
*************************************************************************************

*** eSafe scanned this email for viruses, vandals, and malicious content. ***
*************************************************************************************
```

----- Nachricht von [redacted] auf Mon, 29 Nov 2010 13:16:07 +0100 -----

**An:** [redacted]

**Thema:** RE: Information Request

```
Dear [redacted]
            We are always able to get both list prices and catalogues from any local toy
vendor including Mattel, but we are able to do so only after each vendor has published them
and sent them out officially and widely to the market, never before they make them official
and public as we don't have or use any special or strange ways or procedures to get them
prior to being public.

Thanks and best regards,
```

[redacted]

```
De: [redacted]
Enviado el: lunes, 29 de noviembre de 2010 13:08
Para: [redacted]
Asunto: Information Request

Hi [redacted]

I have to report back to [redacted] where you have replied 'yes' can you confirm exactly what you
have had access to and how?
```

[redacted]

```
From: [redacted]
Sent: 29 November 2010 12:02
To: [redacted]
Subject: RE: Information Request

Dear [redacted]
          Please, find my reply herewith since the commencement of my employment with Zapf
Creation in February, 2007:


*    Have you ever had access to Mattel showrooms as a guest anywhere in the World?
     No, not at all.

*    Have you ever has access to Mattel Stands at any show or exhibition as a guest anywhere
in the World?
     No, not at all.

     ve you ever has access to Mattel planograms?
     No, not at all.

     ve you ever had visibility or access to any Mattel price lists?
     Yes, once published in Spain and available in the market.

*    Have you ever had copies of or access to Mattel catalogues?
```

▮▮▮Yes, once published in Spain and available in the market.

*   Please confirm if you have had had access to any other Mattel information not covered above.
▮▮▮No, not at all.

Thanks and best regards,

▮▮▮

De: ▮▮▮
Enviado el: lunes, 29 de noviembre de 2010 12:51
Para: ▮▮▮
Asunto: Information Request
Importancia: Alta

Dear All,

As you may have seen, the ongoing audit re Mattel v MGA Entertainment continues and as an employee of Zapf Creation and our link with MGA Entertainment can you please answer the following questions for the period 13th December 2005 or since the commencement of your employment with Zapf Creation to the current date?

*   Have you ever had access to Mattel showrooms as a guest anywhere in the World?
*   Have you ever has access to Mattel Stands at any show or exhibition as a guest anywhere in the World?
*   Have you ever has access to Mattel planograms?
*   Have you ever had visibility or access to any Mattel price lists?
*   Have you ever had copies of or access to Mattel catalogues?
*   Please confirm if you have had had access to any other Mattel information not covered above.

Once you have replied by email I will then arrange a quick one to one with each of you to go through your answers to the above.

Please treat your replies as confidential.

Thank you in advance

▮▮▮

****************************************************************************************
*** eSafe scanned this email for viruses, vandals, and malicious content. ***
****************************************************************************************

----- Nachricht von ▮▮▮ auf Mon, 29 Nov 2010 13:06:11 +0100 -----

An: <▮▮▮>

Thema: RE: Information Request

Hi ▮▮▮

As a part of my function as ▮▮▮ I have to know what my competitors are doing on the market, and then as usually, we try to know their price list and the catalogues or terms and conditions, we will get from the market.

Regards.

De: ▮▮▮
Enviado el: lunes, 29 de noviembre de 2010 13:02
Para: ▮▮▮
Asunto: Information Request

Hi ▮▮▮

I have to report back to ▮▮▮ where you have replied 'yes' can you confirm exactly what you have had access to and how?

▮▮▮

From: ▮▮▮
Sent: 29 November 2010 11:59
To: ▮▮▮
Subject: RE: Information Request

Hi ▮▮▮

I reply on your mail.

Regards.

De: ███████
Enviado el: lunes, 29 de noviembre de 2010 12:51
Para: ███████
Asunto: Information Request
Importancia: Alta

Dear All,

As you may have seen, the ongoing audit re Mattel v MGA Entertainment continues and as an employee of Zapf Creation and our link with MGA Entertainment can you please answer the following questions for the period 13th December 2005 or since the commencement of your employment with Zapf Creation to the current date?

* Have you ever had access to Mattel showrooms as a guest anywhere in the World? [█████████] NO as employee of Zapf Creation
* Have you ever has access to Mattel Stands at any show or exhibition as a guest anywhere in the World? [█████████]   NO
* Have you ever has access to Mattel planograms? [█████████]   NO
* Have you ever had visibility or access to any Mattel price lists? [█████████] YES
* Have you ever had copies of or access to Mattel catalogues? [█████████]   YES
* Please confirm if you have had had access to any other Mattel information not covered above. [█████████]   NOTHING MORE

Once you have replied by email I will then arrange a quick one to one with each of you to go through your answers to the above.

Please treat your replies as confidential.

Thank you in advance

███████████████████████████████████

*************************************************************************
*** eSafe scanned this email for viruses, vandals, and malicious content. ***
*************************************************************************

"CONFIDENTIAL - ATTORNEY EYES ONLY"                                     Z000220