# EXHIBIT J

Ronald Brawer   December 30, 2010

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MATTEL, INC., A DELAWARE  )
CORPORATION               )
                          )  CASE NO.
       PLAINTIFF,         )  CV 04-9049 DOC(RNBX)
                          )
   V.                     )  CONSOLIDATED WITH
                          )  CASE NO. 04-9059
MGA ENTERTAINMENT, INC.,  )     AND
                          )  CASE NO. 05-2727
       DEFENDANT.         )
_____)
                          )
AND CONSOLIDATED ACTION(S))
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF RULE
30(B)(6) PERSON MOST KNOWLEDGEABLE
FOR ZAPF CREATION AG (RONALD
BRAWER), VOLUME I, taken on behalf
of Mattel, Inc., at 865 South
Figueroa Street, Los Angeles,
California, commencing at 8:03 a.m.,
Thursday, December 30, 2010, before
Paula A. Pyburn, CSR 7304, RPR, CLR.

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

```
 1  [REDACTED]
 2  [REDACTED] ?
 3  [REDACTED]
 4  [REDACTED]
 5  [REDACTED]                                          10:34:58
 6  [REDACTED]
 7  [REDACTED] .
 8  [REDACTED]
 9  [REDACTED]
10  BY MR. ZELLER:                                      10:35:12
11      Q.   Who is that person?
12           MR. KUYPER:  I instruct the witness not to
13  answer if his knowledge is based on emails or other
14  electronic documentation from Germany.
15           Independent of that, you may answer.       10:35:30
16           THE WITNESS:  I don't know who wrote the
17  email.
18  [REDACTED]
19  [REDACTED]
20  [REDACTED]                                          10:35:38
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]                                          10:35:51
```

Ronald Brawer   December 30, 2010

217

```
 1   [redacted]
 2   [redacted]
 3   [redacted]
 4   [redacted]
 5   [redacted]
 6   [redacted]
 7   [redacted]
 8   [redacted]
 9   [redacted]
10   [redacted]                                            13:21:52
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15   [redacted]                                            13:22:24
16   [redacted]
17   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]                                            13:22:36
21   BY MR. ZELLER:
22       Q.    Was the cc on Exhibit 9962 an MGA person?
23             MR. KUYPER:    Oh, I instruct the witness not
24   to answer that.
25   ///
```

Ronald Brawer    December 30, 2010

218

1  BY MR. ZELLER:
2      Q.   Was it Isaac Larian?
3           MR. KUYPER:   I instruct the witness not to
4  answer the question.
5  ▓▓▓▓▓▓▓▓▓                                                      13:23:11
6     ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 ▓▓▓▓                                                            13:23:27
11    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                           13:23:39
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17   ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18      ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓                                                   13:23:47
21   ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓
25 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                 13:24:02

Ronald Brawer    December 30, 2010

256

| | | |
|---|---|---|
| 1 | ▓▓▓▓▓▓▓▓▓▓ | |
| 2 | ▓ ▓▓▓▓▓▓▓▓▓▓▓ | |
| 3 | ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | |
| 4 | ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | |
| 5 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 14:07:56 |
| 6 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 7 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 8 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 9 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 10 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 14:08:15 |
| 11 | ▓▓▓▓▓ | |
| 12 | ▓ ▓▓▓▓▓▓ | |
| 13 | ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 14 | ▓ ▓▓▓ | |
| 15 | Q.  Who prepared this document? | 14:08:24 |
| 16 | MR. KUYPER:  I instruct the witness not to | |
| 17 | answer. | |
| 18 | ▓▓▓▓ | |
| 19 | ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 20 | ▓▓▓▓▓▓▓ | 14:08:34 |
| 21 | ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | |
| 22 | ▓▓▓▓ | |
| 23 | ▓ ▓▓▓▓▓▓▓▓▓▓ | |
| 24 | ▓ ▓▓▓ ▓▓▓▓▓▓▓▓▓ | |
| 25 | ▓▓▓▓▓▓▓▓▓▓▓ | 14:08:40 |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Ronald Brawer    December 30, 2010

270

```
 1  [redacted]
 2  [redacted]
 3  [redacted]
 4  [redacted]
 5  [redacted]                                      14:22:29
 6  [redacted]
 7  [redacted]
 8  [redacted]
 9  [redacted]
10  [redacted]                                      14:22:45
11  [redacted]
12  [redacted]
13  [redacted]
14  [redacted]
15  [redacted]                                      14:23:04
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]                                      14:23:35
21  [redacted]
22  [redacted]
23  [redacted]
24       A.   I recognize it as an email that was dis- --
25  presented for the purpose of this deposition.   14:25:31
```

Ronald Brawer    December 30, 2010

271

1   Q.   Who's it from?
2   A.   It's from --
3        MR. KUYPER:  Instruct the witness not to
4   answer that.
5        THE WITNESS:  Oh.  I was going to say it's                14:25:40
6   from Zapf.
7   BY MR. ZELLER:
8   Q.   You don't even know that?
9   A.   What?
10  Q.   That this is from Zapf?                                    14:25:46
11  A.   Yeah, I know it's from Zapf.
12  Q.   And the person who wrote this wrote this in
13  the scope of his or her duties for Zapf?
14       MR. KUYPER:  Lacks foundation.
15       THE WITNESS:  I don't know.  I don't know                  14:25:57
16  who wrote it.
17  ▮▮▮▮▮▮▮▮▮▮
18  ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                        14:26:11
21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22  ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
25  ///