# EXHIBIT K

Ronald Brawer    December 30, 2010

2

```
           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
                   EASTERN DIVISION


MATTEL, INC., A DELAWARE      )
CORPORATION                   )
                              )  CASE NO.
         PLAINTIFF,           )  CV 04-9049 DOC(RNBX)
                              )
    V.                        )  CONSOLIDATED WITH
                              )  CASE NO. 04-9059
MGA ENTERTAINMENT, INC.,      )       AND
                              )  CASE NO. 05-2727
         DEFENDANT.           )
_____)
                              )
AND CONSOLIDATED ACTION(S)    )
_____)
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY VIDEOTAPED DEPOSITION OF RULE 30(B)(6) PERSON MOST KNOWLEDGEABLE FOR ZAPF CREATION AG (RONALD BRAWER), VOLUME I, taken on behalf of Mattel, Inc., at 865 South Figueroa Street, Los Angeles, California, commencing at 8:03 a.m., Thursday, December 30, 2010, before Paula A. Pyburn, CSR 7304, RPR, CLR.

Ronald Brawer     December 30, 2010

360

```
 1  [redacted]
 2  [redacted]
 3  [redacted]
 4  [redacted]
 5  [redacted]                                            17:19:20
 6  [redacted]
 7  [redacted]
 8  [redacted]
 9  [redacted]
10  [redacted]                                            17:19:28
11  [redacted]
12  [redacted]
13  [redacted]
14  [redacted]
15  [redacted]                                            17:19:33
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]                                            17:19:46
21     Q.   I take it you did not talk to Angelika
22  Sternberg in preparing for today's deposition?
23     A.   No, I did not.
24     Q.   Do you know where she is?
25     A.   I -- I have -- I have not heard from          17:19:58
```

Ronald Brawer    December 30, 2010

361

| | | |
|---|---|---|
| 1 | Angelika in well over a year, but she -- she's a | |
| 2 | German resident. I would assume she's still in | |
| 3 | Germany. | |
| 4 | Q.   Do you know where she was last? | |
| 5 | A.   That's -- in Germany. | 17:20:11 |
| 6 | Q.   Do you know where she was working last? | |
| 7 | A.   I don't know if she is working. | |
| 8 | Q.   Do you have any reason to think that she | |
| 9 | would not talk with you about Exhibit 9533 and the | |
| 10 | other subjects that we've talked about here today? | 17:20:25 |
| 11 | MR. KUYPER:  Objection; lacks foundation. | |
| 12 | THE WITNESS:  No, I didn't have any reason | |
| 13 | to believe that she wouldn't talk to me, no. | |
| 14 | BY MR. ZELLER: | |
| 15 | Q.   Did you ask anyone to arrange for you to | 17:20:34 |
| 16 | talk with her in connection with the deposition? | |
| 17 | A.   No, I did not. | |
| 18 | Q.   And I think, as we saw earlier, she was one | |
| 19 | of the Zapf and MGA personnel who initially | |
| 20 | distributed the M booth report. | 17:20:55 |
| 21 | You recall that? | |
| 22 | MR. KUYPER:  Objection; asked and answered. | |
| 23 | THE WITNESS:  Yes, she initially -- she was | |
| 24 | one of the people on the M booth report document. | |
| 25 | /// | |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Ronald Brawer   December 30, 2010

362

```
 1   BY MR. ZELLER:
 2       Q.   And was there some reason you didn't ask to
 3   talk to her?
 4       A.   Didn't -- didn't actually pursue people
 5   outside of the company, outside of Thomas Pfau.           17:21:13
 6       Q.   Well, I understand that you didn't do that,
 7   but I'm trying to find out, was there a reason for
 8   it?
 9       A.   No, there was no specific reason why.
10   Limited time.                                             17:21:27
11       Q.   And I take it since your last deposition
12   you haven't received any additional information
13   about Exhibit 9533?
14       A.   No.
15       Q.   Directing your attention to Exhibit 9616.        17:21:44
16       A.   Yeah.
17       Q.   You didn't talk with Mr. Pfau about this
18   email; is that true?
19       A.   I did not speak to Mr. Pfau about this
20   email.                                                    17:21:55
21       Q.   Or Angelika Sternberg; is that correct?
22       A.   I did not speak to Angelika Sternberg.
23       Q.   There's a person on here, Petra Koehler,
24   K-o-e-h-l-e-r.
25           Do you know who that is?                          17:22:10
```

Ronald Brawer   December 30, 2010

363

| | | |
|---|---|---|
| 1 | A. | She was a marketing person at MGA Germany. |
| 2 | Q. | Did she do work for Zapf as well? |
| 3 | A. | Mod- -- modest amount, if any.  She was |
| 4 | pretty dedicated to MGA. | |
| 5 | Q. | Is she still with MGA? |
| 6 | A. | No, is she not. |
| 7 | Q. | Is she doing any work for Zapf currently? |
| 8 | A. | No, she's not. |
| 9 | Q. | Do you know where she went? |

17:22:25

17:22:34

17:22:59

17:23:21

17:23:27

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077