# EXHIBIT L

**Criminal Code (Strafgesetzbuch, StGB)**

**As promulgated on 13 November 1998 (Federal Law Gazette I, p. 945, p. 3322).**

**Translation provided by the Federal Ministry of Justice and reproduced with kind permission.**

## SECTION 206 VIOLATION OF THE POSTAL OR TELECOMMUNICATIONS CONFIDENTIALITY

(1) Whoever, without authorization, makes a communication to another person about facts which are subject to postal or telecommunications confidentiality and which became known to him as the owner or employee of an enterprise in the business of providing postal or telecommunications services, shall be punished with imprisonment for not more than five years or a fine.

(2) Whoever, as an owner or employee of an enterprise indicated in subsection (1) and without authorization:

1. opens a piece of mail which has been entrusted to such an enterprise for transmission and is sealed, or gains knowledge of its content without breaking the seal by using technical means;

2. suppresses a piece of mail entrusted to such an enterprise for transmission; or

3. permits or encourages one of the acts indicated in subsection (1) or in numbers 1 or 2, shall be similarly punished.

(3) Subsections (1) and (2) shall also apply to persons who:

1. perform tasks of supervision over an enterprise indicated in subsection (1);

2. are entrusted by such an enterprise or with its authorization to provide postal or telecommunications services; or

3. are entrusted with the establishment of facilities serving the operation of such an enterprise or with performing work thereon.

(4) Whoever, without authorization, makes a communication to another person about facts which became known to him as a public official active outside of the postal or telecommunications area on the basis of an authorized or unauthorized infringement of postal or telecommunications confidentiality, shall be punished with imprisonment for not more than two years or a fine.

(5) The immediate circumstances of the postal operations of particular persons as well as the content of pieces of mail are subject to postal confidentiality. The content of

telecommunications and their immediate circumstances, especially the fact, whether someone has participated in, or is participating in a telecommunications event, are subject to telecommunications confidentiality. Telecommunications confidentiality also extends to the immediate circumstances of unsuccessful attempt to make a connection.