# EXHIBIT M

# Status table

## 20: Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

Entry into force: 7-X-1972

Last update: 11-XI-2010
Number of Contracting States to this Convention: 52

print **View and/or print full status report**

1) S = Signature
2) R/A/Su = Ratification, Accession or Succession
3) Type = R: Ratification;
A: Accession;
A*: Accession giving rise to an acceptance procedure; click on A* for details of acceptances of the accession;
C: Continuation;
Su: Succession;
Den: Denunciation;
4) EIF = Entry into force
5) Ext = Extensions of application
6) Auth = Designation of Authorities
7) Res/D/N = Reservations, declarations or notifications

## Members of the Organisation (click here for the non-Member States)

| States | S[1] | R/A/Su [2] | Type [3] | EIF [4] | Ext [5] | Auth [6] | Res/D/N [7] |
|---|---|---|---|---|---|---|---|
| Albania |  | 16-VII-2010 | A* | 14-IX-2010 |  | 1 | D 33,35 |
| Argentina |  | 8-V-1987 | A* | 7-VII-1987 |  | 1 | D,Res 23,33 |
| Australia |  | 23-X-1992 | A* | 22-XII-1992 |  | 3 | D,Res 8,15,16,23,33,40 |
| Belarus |  | 7-VIII-2001 | A* | 6-X-2001 |  | 2 | D,Res 4,8,16,17,18 |

| Country | | | | | | |
|---|---|---|---|---|---|---|
| Bosnia and Herzegovina | | 16-VI-2008 | A* | 15-VIII-2008 | | 1 |
| Bulgaria | | 23-XI-1999 | A* | 22-I-2000 | | 2 | D,Res 4,16,17,18,19,8,11,2 |
| China, People's Republic of | | 8-XII-1997 | A* | 6-II-1998 | | 4 | D,N,Res 4,16,23,33 |
| Croatia | | 1-X-2009 | A* | 30-XI-2009 | | 1 | D,Res 4,8,15,16,18,23 |
| Cyprus | | 13-I-1983 | A* | 14-III-1983 | | 3 | D,Res 8,18,23,33 |
| Czech Republic | | 28-VI-1993 | Su | 1-I-1993 | | 2 | D 16,18,40 |
| Denmark | 18-IV-1972 | 20-VI-1972 | R | 7-X-1972 | | 2 | D,Res 4,8,15,16,17,23,27 |
| Estonia | | 2-II-1996 | A* | 2-IV-1996 | | 2 | D 8,11,23 |
| Finland | 9-III-1976 | 7-IV-1976 | R | 6-VI-1976 | | 2 | D,Res 4,8,16,17,23,35 |
| France | 24-VIII-1972 | 7-VIII-1974 | R | 6-X-1974 | 1 | 2 | D,Res 4,16,17,23 |
| Germany | 18-III-1970 | 27-IV-1979 | R | 26-VI-1979 | | 2 | D,Res 4,8,16,23,35 |
| Greece | 18-I-2005 | 18-I-2005 | R | 19-III-2005 | | 2 | D,Res 4,8,15,16,17,23,35 |
| Hungary | | 13-VII-2004 | A* | 11-IX-2004 | | 2 | D,Res 2,4,8,15,16,17,18,23 |
| Iceland | | 10-XI-2008 | A* | 9-I-2009 | | 1 | D,Res 4,8,15,23 |
| India | | 7-II-2007 | A* | 8-IV-2007 | | 3 | D 4,8,16,17,18,23 |
| Israel | 11-XI-1977 | 19-VII-1979 | R | 17-IX-1979 | | 2 | D 2,8,16,17 |
| Italy | 6-II-1975 | 22-VI-1982 | R | 21-VIII-1982 | | 2 | D 2,8,18,23,35 |
| Korea, Republic of | | 14-XII-2009 | A* | 12-II-2010 | | 2 | D,Res 4,8,16,17,23,33 |
| Latvia | | 28-III-1995 | A* | 27-V-1995 | | 2 | D 4,8,16,17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lithuania | | 2-VIII-2000 | A* | 1-X-2000 | | 2 | D,Res 4,8,16,17,23 |
| Luxembourg | 2-V-1975 | 26-VII-1977 | R | 24-IX-1977 | | 2 | D,Res 4,16,17,23 |
| Mexico | | 27-VII-1989 | A* | 25-IX-1989 | | 1 | D,Res 4,17,18,23,27,32 |
| Monaco | | 17-I-1986 | A* | 18-III-1986 | | 2 | D,Res 4,16,17,23 |
| Netherlands | | 8-IV-1981 | R | 7-VI-1981 | 1 | 3 | D,Res 4,8,11,14,16,17,23,2 |
| Norway | 18-III-1970 | 3-VIII-1972 | R | 7-X-1972 | | 3 | D,Res 4,15,23 |
| Poland | | 13-II-1996 | A* | 13-IV-1996 | | 3 | Res 8,23,33 |
| Portugal | 18-III-1970 | 12-III-1975 | R | 11-V-1975 | | 2 | D,Res 4,15,23 |
| Romania | | 21-VIII-2003 | A* | 20-X-2003 | | 2 | D,Res 8,16,17,18,19,21,23 |
| Russian Federation | | 1-V-2001 | A* | 30-VI-2001 | | | |
| Serbia | | 2-VII-2010 | A* | 31-VIII-2010 | | 2 | D 4,8,16,17,18,35 |
| Slovakia | | 15-III-1993 | Su | 1-I-1993 | | 2 | D 16,18,40 |
| Slovenia | | 18-IX-2000 | A* | 17-XI-2000 | | 1 | |
| South Africa | | 8-VII-1997 | A* | 6-IX-1997 | | 3 | D,Res 4,15,16,17,23 |
| Spain | 21-X-1976 | 22-V-1987 | R | 21-VII-1987 | | 2 | D,Res 4,8,16,17,23 |
| Sri Lanka | | 31-VIII-2000 | A* | 30-X-2000 | | 1 | D,Res 4,8,23,33 |
| Sweden | 21-IV-1975 | 2-V-1975 | R | 1-VII-1975 | | 1 | D 4,8,15,23 |
| Switzerland | 21-V-1985 | 2-XI-1994 | R | 1-I-1995 | | 3 | D,Res 1,2,4,8,15,16,17,23, |
| The former Yugoslav Republic of Macedonia | | 19-III-2009 | A* | 18-V-2009 | | | D 4,8,23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Turkey | 13-XII-2000 | 13-VIII-2004 | R | 12-X-2004 | | 2 | D,Res 4,16,17,23 |
| Ukraine | | 1-II-2001 | A* | 1-IV-2001 | | 2 | D,Res 4,8,16,17,18,19,23 |
| United Kingdom of Great Britain and Northern Ireland | 18-III-1970 | 16-VII-1976 | R | 14-IX-1976 | 8 | 3 | D,N,Res 8,18,23,27,33 |
| United States of America | 27-VII-1970 | 8-VIII-1972 | R | 7-X-1972 | 3 | 3 | D 4,8,16,17,18 |
| Venezuela | | 1-XI-1993 | A* | 31-XII-1993 | | 1 | Res,D 4,23 |

## Non-Member States of the Organisation (click here for the Members)

| States | S[1] | R/A/Su [2] | Type [3] | EIF [4] | Ext [5] | Auth [6] | Res/D/N [7] |
|---|---|---|---|---|---|---|---|
| Barbados | | 5-III-1981 | A* | 4-V-1981 | | 1 | |
| Kuwait | | 8-V-2002 | A* | 7-VII-2002 | | 1 | |
| Liechtenstein | | 12-XI-2008 | A* | 11-I-2009 | | 1 | D 4,8,11,15-18,23 |
| Seychelles | | 7-I-2004 | A* | 7-III-2004 | | 2 | D 23 |
| Singapore | | 27-X-1978 | A* | 26-XII-1978 | | 1 | D,Res 4,23 |

1) S = Signature
2) R/A/Su = Ratification, Accession or Succession
3) Type = R: Ratification;
A: Accession;
A*: Accession giving rise to an acceptance procedure; click on A* for details of acceptances of the accession;
C: Continuation;
Su: Succession;

Den: Denunciation;
4) EIF = Entry into force
5) Ext = Extensions of application
6) Auth = Designation of Authorities
7) Res/D/N = Reservations, declarations or notifications