FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Mattel* <br><br> PLAINTIFF <br><br> v. <br><br> *MGA* <br><br> DEFENDANT(S). | **CASE NUMBER** <br> *CV 04-9049-DOC* <br><br> **STIPULATION AND ORDER THEREON RELEASING EXHIBITS TO AGENT OR DESIGNATED CUSTODIAN** |

It is hereby stipulated by and between plaintiff and defendant  through their respective attorneys, that the following exhibits be released to the care, custody and control of ___*Annette Hurst*___ until ~~final judgment, appeal, or motion for new trial has passed.~~ *end of trial*

It is further stipulated that the undersigned agent be designated as custodian of the above-describe exhibits and that upon the request of the Clerk of Court, the custodian  shall deliver said exhibits forthwith to the Office of the Clerk of the Court.  *MGA*

| Plaintiff | Defendant | Description of Exhibits |
|---|---|---|
| ☐ | ☒ | TX 14198, 14203, 17529, 17530 |
| ☐ | ☒ | 17555, 17557, 17522, 18690 |
| ☐ | ☒ | 1234A, 14022, 14023, 17548, 17549, 17552, 17554 |
| ☐ | ☒ | 17307, 17573, 17546, R 753 |
| ☐ | ☒ | 1141, 1141A, 1234, 14018, 14047 |
| ☐ | ☒ | 18858, 17733, 1136A |

_____
Attorney for the Plaintiff

_____
Attorney for the Defendant

*Annette Hurst - Counsel for MGA*
Name/Title of Agent or Designated Custodian

**IT IS SO ORDERED**

*Jan 14, 2011*
_____
Date

_____
~~United States District Judge~~
*CRD to Judge Carter*

**STIPULATION AND ORDER THEREON RELEASING EXHIBITS TO AGENT OR DESIGNATED CUSTODIAN**