# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV04-9049 DOC(RNBx) | | Date | January 18, 2011 |
|---|---|---|---|---|
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | | |

| Present: The Honorable | David O. Carter, U.S. District Judge |
|---|---|

| Kathy Peterson | Debbie Gale, Jane Sutton |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price | Jennifer Keller, Thomas McConville<br>Mark Overland, Alexander Cote |

\_\_\_\_ Day Court Trial   3rd Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   X Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

X Opening statements made by   Mattel, MGA, and Machado

X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by

\_\_\_\_ Motion to dismiss by   \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by   \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by   \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to   January 19, 2011 at 8:30 a.m.   for further trial.

X Other:   2 alternate jurors drawn at random to replace 2 deliberating jurors dismissed 1/13/11 and sworn in as deliberating jurors.

6 : 10

Initials of Deputy Clerk   kp

cc: