Name & Address:
Quinn Emanuel Urquhart & Sullivan LLP
John B. Quinn (SBN 090378)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business | CASE NUMBER: CV 04-9049 DOC (RNBx) |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
MATTEL'S OPPOSITION TO THE MGA PARTIES' CORRECTED MOTION IN LIMINE NO. 42 TO PRECLUDE EVIDENCE REGARDING DISCREDITED TRADE SECRET CATEGORIES; APPLICATION TO FILE UNDER SEAL; PROPOSED ORDER.

**Document Description:**

- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [X] Other

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated  January 4, 2005
- [ ] Manual Filing required (*reason*):

January 19, 2011                               /s/ John B. Quinn
Date                                           Attorney Name

                                               Mattel, Inc.
                                               Party Represented

Note: File one Notice in each case, each time you manually file document(s).