QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED CONSOLIDATED SEPARATE STATEMENT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON MGA'S COUNTERCLAIMS-IN-REPLY AND CORRECTED SUPPLEMENTAL DECLARATION OF DOMINIC SURPRENANT AND ACCOMPANYING EXHIBITS<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: December 20, 2010<br>Time: TBA<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby respectfully request that the Court order filed under seal the following documents because they reference and quote documents, depositions, and materials that have been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties:

1) Mattel, Inc.'s Corrected Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply and

2) Corrected Supplemental Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply.

For the foregoing reasons, Mattel requests that the court order that Mattel, Inc.'s Corrected Consolidated Separate Statement In Support Of Its Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply and Corrected Supplemental Declaration Of Dominic Surprenant In Support Of Mattel, Inc.'s Motion For Partial Summary Judgment On MGA's Counterclaims-In-Reply, be filed under seal.

DATED: December 15, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.