# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV04-9049 DOC(RNBx) | Date | January 20, 2011 |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | |

Present: The Honorable  David O. Carter, U.S. District Judge

| Julie Barrera, Kathy Peterson | Debbie Gale, Jane Sutton, Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price | Jennifer Keller, Thomas McConville<br>Mark Overland, Alexander Cote |

\_\_\_\_ Day Court Trial          5th Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   X  Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
X  Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to  January 25, 2011 at 8:30 a.m.   for further trial.
\_\_\_\_ Other:

                                                                                        6 : 00
                                                        Initials of Deputy Clerk   kp

cc: