QUINN EMANUEL URQUHART SULLIVAN LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Plaintiffs and Counter-Defendants Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2   the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully request that the
3   Court order filed under seal Mattel, Inc.'s Notice of Motion and Motion to Compel
4   Further Depositions of MGA Experts Dr. Yehuda Bassok and James Malackowski.

5   Mattel, Inc.'s Notice of Motion and Motion to Compel Further Depositions of
6   MGA Experts Dr. Yehuda Bassok and James Malackowski quotes Malackowi's
7   deposition testimony, which has been designated "Confidential – Attorneys' Eyes
8   Only" by Mattel and MGA.

9   In light of these designations, Mattel seeks permission to file under seal
10  Notice of Motion and Motion to Compel Further Depositions of MGA Experts Dr.
11  Yehuda Bassok and James Malackowski.

13  DATED: December 17, 2010          QUINN EMANUEL URQUHART &
                                      SULLIVAN. LLP

                                      By  /s/ Michael T. Zeller
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc., and Mattel de
                                      Mexico. S.A. de C.V.