QUINN EMANUEL URQUHART SULLIVAN LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Plaintiffs and Counter-Defendants Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 20 2010
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation,

Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et al.

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

**[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI**

Hearing Date: TBD
Time: TBD
Place: Courtroom 9D

Discovery Cut-off: October 4, 2010
Pre-trial Conf: January 4, 2011
Trial Date: January 11, 2011

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Notice of Motion and Motion to Compel Further Depositions of MGA Experts Dr. Yehuda Bassok and James Malackowski and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion to Compel Further Depositions of MGA Experts Dr. Yehuda Bassok and James Malackowski is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: December 20, 2010

David O. Carter

Hon. David O. Carter
United States District Judge