```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      William C. Price (Bar No. 108542)
 3    (williamprice@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 4    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:  (213) 443-3100

 7  Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiffs,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>STIPULATED APPLICATION TO STRIKE FROM THE PUBLIC DOCKET AND FILE UNDER SEAL DOCKET NUMBER 9675<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:            TBD<br>Time:            TBD<br>Place:           Courtroom 9D<br><br>Pre-trial Conf:  January 4, 2011<br>Trial Date:      January 18, 2011 |

00505.07975/3929049.2

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") and MGA Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") hereby respectfully request that the Court order that Docket Number 9675 (entitled, "Mattel, Inc.'s Supplemental Brief Regarding and/or Notice of Motion and Motion to Reconsider Court's Ruling on MGA's Motion *In Limine* No. 7") be stricken from the public docket and filed under seal.

DATED: January 23, 2011  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael T. Zeller*
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

DATED: January 23, 2011  ORRICK, HERRINGTON & SUTCLIFFE, LLP

By */s/ Thomas McConville*
Thomas McConville
Attorneys for the MGA Parties