QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiffs, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | [PROPOSED] ORDER GRANTING STIPULATED APPLICATION TO STRIKE FROM THE PUBLIC DOCKET AND FILE UNDER SEAL DOCKET NUMBER 9675 |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3929051.1

[PROPOSED] ORDER

1      <u>[PROPOSED] ORDER</u>

2              Based on the concurrently filed Stipulated Application to Strike from

3      the Public Docket and File Under Seal Docket Number 9675,

4              IT IS HEREBY ORDERED:

5              Docket number 9675 is ORDERED stricken from the public docket and

6      ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

7

8

9

10     DATED:                      . 2011

                                    Hon. David O. Carter
                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28