UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                                      Date    January 21, 2011

Title    MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson | Jane Sutton | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn | Annette Hurst |
| Michael Zeller | Thomas McConville |
|  | Jennifer Keller |

Proceedings:    STATUS CONFERENCE

    Cause called and a telephonic conference call is held with counsel and Peter Bonis, counsel for Carter Bryant, re: scheduling of testimony.

    :    15

Initials of Preparer    kp