QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF VIDEO EXCERPTS OF DEPOSITIONS OF CARTER BRYANT** |

00505.07975/3930379.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. and Mattel de Mexico, S.A. de C.V. hereby lodge a DVD containing the following video excerpts:

1. Deposition of Carter Bryant, Volume 1, dated November 4, 2004 at 80:13-81:08.

2. Deposition of Carter Bryant, Volume 1, dated November 4, 2004 at 91:03-91:07.

3. Deposition of Carter Bryant, Volume 1, dated November 4, 2004 at 135:22, 135:25-136:08, 136:10-136:12, 136:14.

4. Deposition of Carter Bryant, Volume 1, dated November 4, 2004 at 137:07 – 137:12.

5. Deposition of Carter Bryant, Volume 1, dated November 4, 2004 at 225:23-226:01, 226:06, 226:09-226:10, 226:13-226:16, 228:06-228:08, 228:12-228:14, 228:22-228:23, 229:01-229:05, 229:07.

6. Deposition of Carter Bryant, Volume 2, dated November 5, 2004 at 268:22-269:13.

7. Deposition of Carter Bryant, Volume 2, dated November 5, 2004 at 299:13-299:20, 299:22-299:25.

8. Deposition of Carter Bryant, Volume 2, dated November 5, 2004 at 328:04-328:15.

9. Deposition of Carter Bryant, Volume 2, dated November 5, 2004 at 350:15-350:20, 351:15-351:16, 351:19-351:24.

10. Deposition of Carter Bryant, Volume 2, dated November 5, 2004 at 396:14-396:20.

11. Deposition of Carter Bryant, Volume 3, dated November 8, 2004 at 528:03-528:11, 528:14-528:20, 577:16-577:19, 577:22-

NOTICE OF LODGING

577:25, 578:03-578:04, 579:13-579:19, 579:23-579:24, 580:02-580:06, 580:08-580:11.

12. Deposition of Carter Bryant, Volume 3, dated November 8, 2004 at 544:02-544:13.

13. Deposition of Carter Bryant, Volume 3, dated November 8, 2004 at 627:20-628:03, 628:05, 628:09-628:11.

14. Deposition of Carter Bryant, Volume 3, dated November 8, 2004 at 627:20-627:24.

15. Deposition of Carter Bryant, Volume 3, dated November 8, 2004 at 692:25-693:07.

16. Deposition of Carter Bryant, Volume 4, dated January 23, 2008 at 787:24-788:05, 788:10.

17. Deposition of Carter Bryant, Volume 4, dated January 23, 2008 at 833:04-833:06, 833:09-833:12, 833:14-833:19, 833:24.

18. Deposition of Carter Bryant, Volume 5, dated January 24, 2008 at 922:07-922:08, 922:11-922:20, 922:24, 923:04-923:05, 923:08-923:12, 923:14-923:16, 964:20-964:23, 965:02-965:06, 965:09-965:12, 965:16-965:18, 966:01-966:09.

Exhibit A hereto is a copy of the DVD. Exhibit B hereto is a transcript of the excerpts set forth above.

DATED: January 24, 2011          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc.

# EXHIBIT A



Exhibit A to Mattel's January 24, 2011 Notice of Lodging
Case No. SACV-04-9049

# EXHIBIT B

**Case Clip(s) Detailed Report**
**Monday, January 24, 2011, 10:30:17 AM**

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 01) - 11/04/2004**                                    5 CLIPS  (RUNNING 00:03:42.402)

 Were you ever present in a meeting between Ms. Leahy and ...

CB-1104-0008013                    1 SEGMENT  (RUNNING 00:00:51.300)              

**1. PAGE 80:13 TO 81:08  (RUNNING 00:00:51.300)**

```
        13   Q   Were you ever present in a meeting between Ms. Leahy and
        14       somebody from MGA?
        15   A   Yes.
        16   Q   And did that meeting happen before your last day of
        17       employment at Mattel?
        18   A   Yes.
        19   Q   All right.  Where did that meeting take place?
        20   A   It was at Ms. Leahy's house.
        21   Q   And do you recall what time of day it was that the meeting
        22       took place?
        23   A   I don't recall exactly.
        24   Q   It might have been during the business day, it might have
        25       been at night or on weekends, you just don't recall; is
00081:01       that true?
        02   A   Right.  I don't recall.
        03   Q   And who was the person from MGA who was in attendance at
        04       this meeting?
        05   A   Paula Treantafelles.
        06   Q   And what was the purpose of this meeting in your
        07       understanding?
        08   A   We were there to review the preliminary sculpt.
```

page 1

**Case Clip(s) Detailed Report**
**Monday, January 24, 2011, 10:30:17 AM**

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 01) - 11/04/2004**                    **5 CLIPS  (RUNNING 00:03:42.402)**

When you told Mr. Larian that you were then employed by ...

CB-1104-0009103                    **1 SEGMENT  (RUNNING 00:00:20.633)**            

1. **PAGE 91:03 TO 91:07  (RUNNING 00:00:20.633)**

```
03  Q    When you told Mr. Larian that you were then employed by
04       Mattel, what did he say?
05  A    I really don't recall what he said exactly.
06  Q    Well, generally.
07  A    I don't even remember generally what he said.
```

Case Clip(s) Detailed Report
Monday, January 24, 2011, 10:30:17 AM

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 01) - 11/04/2004**                    5 CLIPS  (RUNNING 00:03:42.402)

Who do you think you might have asked? ...



CB-1104-0013522                        **4 SEGMENTS  (RUNNING 00:00:49.533)**

**1. PAGE 135:22 TO 135:22 (RUNNING 00:00:02.100)**

     22  Q   Who do you think you might have asked?

**2. PAGE 135:25 TO 136:08 (RUNNING 00:00:30.967)**

```
       25  A   I may have asked -- I may have asked the manager of the
00136:01       hair department, Jennifer Shaw.
       02  Q   (By Mr. Quinn)  Did you tell her the reason that you
       03       wanted the phone number?
       04  A   I don't recall what I said to her.
       05  Q   Do you think you told her that you wanted to get a quote
       06       for -- or get samples of hair for this Bratz project?
       07  A   No.
       08  Q   Why don't you think you told her that?
```

**3. PAGE 136:10 TO 136:12 (RUNNING 00:00:09.066)**

```
       10  A   I just don't recall telling her that.
       11  Q   (By Mr. Quinn)  That wasn't something you were talking to
       12       people at Mattel about; is that true?
```

**4. PAGE 136:14 TO 136:14 (RUNNING 00:00:07.400)**

```
       14  A   I wasn't trying to advertise, no.
```

**Case Clip(s) Detailed Report**
**Monday, January 24, 2011, 10:30:17 AM**

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 01) - 11/04/2004**                              5 CLIPS  (RUNNING 00:03:42.402)

(By Mr. Quinn)  And was there a reason that you weren't ...

CB-1104-0013707                              1 SEGMENT  (RUNNING 00:00:19.133)          

1. **PAGE 137:07 TO 137:12 (RUNNING 00:00:19.133)**

```
07  Q   (By Mr. Quinn)  And was there a reason that you weren't
08      saying anything to people at Mattel about your work with
09      MGA on the Bratz project?
10  A   I don't recall.
11  Q   You don't recall whether there was a reason or not?
12  A   I don't recall why I didn't talk about it.
```

**Case Clip(s) Detailed Report**
**Monday, January 24, 2011, 10:30:17 AM**

## Mattel v. MGA (2)

---

 **Bryant, Carter (Vol. 01) - 11/04/2004**      5 CLIPS  (RUNNING 00:03:42.402)

---

 Played on 8-8-08

**BRYANTC-1B-V1**      **9 SEGMENTS  (RUNNING 00:01:21.803)**

**1. PAGE 225:23 TO 226:01  (RUNNING 00:00:15.900)**

```
      23   Q   (By Mr. Quinn)  For example, the Bratz -- did you have a
      24       particular -- were there some features of the Bratz head
      25       that, you know, you thought were particularly
00226:01       characteristic or unique?
```

**2. PAGE 226:06 TO 226:06  (RUNNING 00:00:02.967)**

```
      06   A   Could you restate your question?
```

**3. PAGE 226:09 TO 226:10  (RUNNING 00:00:08.034)**

```
      09   Q   Well, I mean, are there some things like the features of
      10       the Bratz face that you thought were distinctive?
```

**4. PAGE 226:13 TO 226:16  (RUNNING 00:00:14.834)**

```
      13   A   I think the eyes were distinctive.  I think the lips were
      14       distinctive.
      15   Q   (By Mr. Quinn)  Anything else?
      16   A   I think those were the most distinctive features.
```

**5. PAGE 228:06 TO 228:08  (RUNNING 00:00:10.467)**

```
      06   Q   (By Mr. Quinn)  These features that you've described to me
      07       as being distinctive to one degree or another, were
      08       they -- were they reflected in the drawings that you did?
```

**6. PAGE 228:12 TO 228:14  (RUNNING 00:00:09.867)**

```
      12   A   Are you talking about the 1998 drawings?
      13   Q   (By Mr. Quinn)  Yeah.  Let's start with that.
      14   A   I think they were similar, yes.
```

**7. PAGE 228:22 TO 228:23  (RUNNING 00:00:04.733)**

```
      22   Q   And would have been carried forward to the color copies
      23       you made in 1999?
```

**8. PAGE 229:01 TO 229:05  (RUNNING 00:00:12.467)**

```
00229:01   A   Yes, I suppose so.
      02   Q   (By Mr. Quinn)  And the drawing that you gave to
      03       Margaret --
      04   A   Yes.
      05   Q   -- did that reflect these distinctive features, also?
```

**9. PAGE 229:07 TO 229:07  (RUNNING 00:00:02.534)**

```
      07   A   I think it did.
```

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 02) – 11/05/2004**　　　　　　　　　**5 CLIPS  (RUNNING 00:03:23.801)**

 You indicated that you met with your counsel the day ...

| CB-1105-0026822 | 1 SEGMENT  (RUNNING 00:00:41.767) |  |

**1. PAGE 268:22 TO 269:13  (RUNNING 00:00:41.767)**

```
       22   Q    You indicated that you met with your counsel the day
       23        before yesterday to prepare for your deposition.
       24   A    Yes.
       25   Q    And how much time did you meet with your counsel?
00269:01   A    We spent a good part of the day.
       02   Q    Is that eight hours, six hours, four hours?
       03   A    I don't remember exactly.  I think maybe it was about --
       04        maybe about six hours.
       05   Q    And had you met with your counsel to prepare for your
       06        deposition last week as well?
       07   A    Yes.
       08   Q    And how much time did you spend last week?
       09   A    We spent two full days.
       10   Q    Last week?
       11   A    Yes.
       12   Q    Did they videotape you?
       13   A    No.
```

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 02) - 11/05/2004**　　　　　　　　　　　5 CLIPS  (RUNNING 00:03:23.801)

 And my question to you is, looking at this black and white ...

CB-1105-0029913　　　　　　　2 SEGMENTS  (RUNNING 00:00:37.067)　　

**1. PAGE 299:13 TO 299:20  (RUNNING 00:00:26.967)**

```
13  Q   And my question to you is, looking at this black and white
14      version, what is it that makes you think that this is a
15      photocopy of the color version?
16  A   Because of the shading and, you know, there's obvious
17      midtones in there.
18  Q   You do not recall -- or you did add this 8/1998?
19  A   Yes.
20  Q   You just don't recall when you added that?
```

**2. PAGE 299:22 TO 299:25  (RUNNING 00:00:10.100)**

```
22  A   I don't recall.
23  Q   (By Mr. Quinn)  Do you recall for what purpose you added
24      it?
25  A   No, I don't.
```

**Case Clip(s) Detailed Report**
**Monday, January 24, 2011, 10:30:17 AM**

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 02) - 11/05/2004**                    5 CLIPS  (RUNNING 00:03:23.801)

🎬 179? ...

| CB-1105-0032804 | 1 SEGMENT  (RUNNING 00:00:34.900) |
| --- | --- |



**1. PAGE 328:04 TO 328:15  (RUNNING 00:00:34.900)**

```
04   Q   179?
05   A   This was one of the very first -- this was one of the
06       drawings that I did on my notebook paper in 1998.
07   Q   All right.  Did you do the very, very first drawings on
08       notebook paper?
09   A   Yes, and that was one of them.
10   Q   Do you still have that original notebook?
11   A   No, I don't.
12   Q   Do you know where that is?
13   A   I have no idea.
14   Q   You tossed it at some point?
15   A   More than likely.
```

Case Clip(s) Detailed Report
Monday, January 24, 2011, 10:30:17 AM

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 02) - 11/05/2004**                    5 CLIPS  (RUNNING 00:03:23.801)

 Played on 8-8-08



**BRYANTC-1B-V2**                    3 SEGMENTS  (RUNNING 00:01:00.900)

**1. PAGE 350:15 TO 350:20 (RUNNING 00:00:28.233)**

         15   A    As I said yesterday, she notarized them at her home.
         16   Q    (By Mr. Quinn)  Okay.  Let's turn to 278.  What are we
         17        looking at here?
         18   A    This is a drawing of the actual finished doll that I gave
         19        to -- this drawing I gave to Margaret to have her restart
         20        the sculpt.

**2. PAGE 351:15 TO 351:16 (RUNNING 00:00:08.700)**

         15   Q    Why had you -- had you made a decision to change the form
         16        of the doll?

**3. PAGE 351:19 TO 351:24 (RUNNING 00:00:23.967)**

         19   A    After Margaret had done a little bit of work on the
         20        preliminary sculpt and when Mercedeh came on board we
         21        realized that the work that Margaret had done was not
         22        going to work, so Paula and Margaret -- or, I'm sorry,
         23        Paula and Mercedeh basically said that we needed to start
         24        the sculpt again.

**Case Clip(s) Detailed Report**
**Monday, January 24, 2011, 10:30:17 AM**

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 02) - 11/05/2004**                    **5 CLIPS (RUNNING 00:03:23.801)**

341, Jiminy Cricket. ...



CB-1105-0039614                    **1 SEGMENT (RUNNING 00:00:29.167)**

**1. PAGE 396:14 TO 396:20 (RUNNING 00:00:29.167)**

```
14  Q   341, Jiminy Cricket.
15  A   This is -- this is a drawing that I did -- I think this
16      was from '98, a sketch for the Bratz.
17  Q   Was this one of those first --
18  A   Yes.  This is from those first --
19  Q   -- first drawings?
20  A   Yes.
```

Case Clip(s) Detailed Report
Monday, January 24, 2011, 10:30:17 AM

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 03) - 11/08/2004**                                    5 CLIPS  (RUNNING 00:04:13.567)

Played on 8-8-08

BRYANTC-1B-V3                  **9 SEGMENTS  (RUNNING 00:01:51.767)**          

**1. PAGE 528:03 TO 528:11 (RUNNING 00:00:13.334)**

       03  Q   Okay.  But the drawing of the figure there is -- that's
       04      something you drew?
       05  A   Yes.
       06  Q   And to guide her in her sculpting?
       07  A   Yes.
       08  Q   And that became the -- that was used for the second sculpt
       09      of Bratz?
       10  A   Yes.
       11  Q   Which became the final sculpt?

**2. PAGE 528:14 TO 528:20 (RUNNING 00:00:20.133)**

       14  A   This was the closest drawing that I had done to what
       15      became the final sculpt, yes.
       16  Q   (By Mr. Quinn)  I mean, the sculpt that was created from
       17      this drawing, did that become the final sculpt?
       18  A   To the best of my knowledge.
       19  Q   It did?
       20  A   Yes.

**3. PAGE 577:16 TO 577:19 (RUNNING 00:00:13.800)**

       16  Q   (By Mr. Quinn)  Did you -- I'm noticing in Exhibit 5 the
       17      page that's numbered 278, it does have -- on that head
       18      there are oversized eyes and oversized lips.  Would you
       19      agree with that?

**4. PAGE 577:22 TO 577:25 (RUNNING 00:00:12.633)**

       22  A   Yes.
       23  Q   (By Mr. Quinn)  Was one way that you had some input on the
       24      look of the head of the second Bratz sculpt giving
       25      Margaret this page that's numbered 278?

**5. PAGE 578:03 TO 578:04 (RUNNING 00:00:06.000)**

       03  A   That was the best way that I knew how to communicate was
       04      through drawing.

**6. PAGE 579:13 TO 579:19 (RUNNING 00:00:15.933)**

       13  Q   (By Mr. Quinn)  You say the best way you knew to
       14      communicate what you wanted was to give a drawing?
       15  A   Yes.
       16  Q   And that -- and the best way you knew to communicate your
       17      input was to give a drawing?
       18  A   Yes.
       19  Q   And that's what you did?

**7. PAGE 579:23 TO 579:24 (RUNNING 00:00:04.900)**

       23  Q   (By Mr. Quinn)  And that included the drawing that was
       24      278, correct?

**8. PAGE 580:02 TO 580:06 (RUNNING 00:00:13.567)**

       02  A   Well, I don't remember what I said last week, but that was
       03      the best way I knew how to communicate with her was
       04      through drawing.

## Mattel v. MGA (2)

```
05  Q    (By Mr. Quinn)  All right.  And the drawing you're
06       referring to is 278?
```

**9. PAGE 580:08 TO 580:11  (RUNNING 00:00:11.467)**

```
08  A    And the drawings from 1998.
09  Q    (By Mr. Quinn)  And one way you had input into the look of
10       the head was by giving her those drawings?
11  A    Yes.
```

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 03) - 11/08/2004**                     5 CLIPS  (RUNNING 00:04:13.567)

 (By Mr. Quinn)  Who was your supervisor during your -- the ...

CB-1108-0054402-001                    1 SEGMENT  (RUNNING 00:01:05.100)      

**1. PAGE 544:02 TO 544:13  (RUNNING 00:01:05.100)**

```
02  Q    (By Mr. Quinn)  Who was your supervisor during your -- the
03       first period of your employment at Mattel?
04  A    Cassidy Park.
05  Q    And was she your supervisor during the entire first
06       period?
07  A    Yes.
08  Q    What projects did you work on under her direction?
09  A    Oh, gosh.  Well, there were a number of projects.  There
10       was Teen Skipper.  There was an Avon Barbie project.
11       There was a Bicyclin' Stacie project.  There were a lot of
12       projects.  There was a cowboy project.  Oh, gosh.  That's
13       all I can remember off the top of my head right now.
```

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 03) - 11/08/2004**                                   5 CLIPS  (RUNNING 00:04:13.567)



**(By Mr. Quinn)** During that time period, August 1998, did ...

CB-1108-0062720                          **3 SEGMENTS  (RUNNING 00:00:38.467)**

**1. PAGE 627:20 TO 628:03  (RUNNING 00:00:28.300)**

```
      20  Q   (By Mr. Quinn)  During that time period, August 1998, did
      21      you often drive by the Kickapoo school or was that an
      22      unusual event when you did it on that occasion?
      23  A   I don't remember what route I usually took but it could
      24      have been a typical route, yes.
      25  Q   Could have been typical?
00628:01  A   Well, I don't remember exactly which way I drove.
      02  Q   You just don't recall your usual route to work or home
      03      from work --
```

**2. PAGE 628:05 TO 628:05  (RUNNING 00:00:00.567)**

```
      05  Q   (By Mr. Quinn)  -- is that true?
```

**3. PAGE 628:09 TO 628:11  (RUNNING 00:00:09.600)**

```
      09  Q   (By Mr. Quinn)  You tell me.
      10  A   I don't recall which way I normally took.  It would depend
      11      on traffic or other factors.
```

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 03) - 11/08/2004**                         5 CLIPS  (RUNNING 00:04:13.567)

**(By Mr. Quinn)** During that time period, August 1998, did ...

CB-1108-0062720-001                    **1 SEGMENT  (RUNNING 00:00:16.566)**      

**1. PAGE 627:20 TO 627:24  (RUNNING 00:00:16.566)**

```
20  Q  (By Mr. Quinn)  During that time period, August 1998, did
21     you often drive by the Kickapoo school or was that an
22     unusual event when you did it on that occasion?
23  A  I don't remember what route I usually took but it could
24     have been a typical route, yes.
```

Case Clip(s) Detailed Report
Monday, January 24, 2011, 10:30:17 AM

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 03) - 11/08/2004**                                    5 CLIPS  (RUNNING 00:04:13.567)

 (By Mr. Quinn) Ramona Prince -- ...

CB-1108-0069225                    **1 SEGMENT  (RUNNING 00:00:21.667)**             

**1. PAGE 692:25 TO 693:07 (RUNNING 00:00:21.667)**

```
    25  Q   (By Mr. Quinn)  Ramona Prince --
00693:01  A   Yes.
    02  Q   -- where does she live or did she live at the time she
    03      notarized those things for you?
    04  A   I believe she lived in Hawthorne, California.
    05  Q   And had you been to her residence on more than one
    06      occasion?
    07  A   I think I had, actually, yes.
```

page 16

**Case Clip(s) Detailed Report**
**Monday, January 24, 2011, 10:30:17 AM**

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 04) - 01/23/2008**                    2 CLIPS  (RUNNING 00:01:07.333)

 Is there some reason in your own mind where ...

CB-0123-0078724                    2 SEGMENTS  (RUNNING 00:00:22.500)

**1. PAGE 787:24 TO 788:05 (RUNNING 00:00:19.433)**

```
      24      Q   Is there some reason in your own mind where
      25   you -- can you explain to me why it is that you have
00788:01   an understanding why MGA, while you were working for
      02   MGA, would not want you working for another toy
      03   company, but you just have no idea whether or not
      04   Mattel would have an objection to that?  Can you
      05   explain the distinction for me?
```

**2. PAGE 788:10 TO 788:10 (RUNNING 00:00:03.067)**

```
      10      THE WITNESS:  No.
```

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 04) - 01/23/2008**                                    **2 CLIPS  (RUNNING 00:01:07.333)**

 While you were at Mattel, did you know of any ...

CB-0123-0083304                          **4 SEGMENTS  (RUNNING 00:00:44.833)**                 

**1. PAGE 833:04 TO 833:06  (RUNNING 00:00:16.433)**

```
04        Q    While you were at Mattel, did you know of any
05   Mattel employees who worked for any Mattel competitors
06   while they were simultaneously employed by Mattel?
```

**2. PAGE 833:09 TO 833:12  (RUNNING 00:00:07.400)**

```
09        THE WITNESS:  No.
10   BY MR. QUINN:
11        Q    Or worked for other toy companies while they
12   were employed by Mattel?
```

**3. PAGE 833:14 TO 833:19  (RUNNING 00:00:17.900)**

```
14        THE WITNESS:  No.
15   BY MR. QUINN:
16        Q    Do you have any information that indicates to
17   you that Mattel permitted Mattel employees to work for
18   other toy companies while they were employed by
19   Mattel?
```

**4. PAGE 833:24 TO 833:24  (RUNNING 00:00:03.100)**

```
24        THE WITNESS:  No.
```

Case Clip(s) Detailed Report
Monday, January 24, 2011, 10:30:17 AM

## Mattel v. MGA (2)

 **Bryant, Carter (Vol. 05) - 01/24/2008**          1 CLIP  (RUNNING 00:02:49.066)

 Played on 8-8-08



**BRYANTC-1B-V5**                    **11 SEGMENTS  (RUNNING 00:02:49.066)**

**1. PAGE 922:07 TO 922:08 (RUNNING 00:00:07.900)**

    07      Q   Were any drawings used to create the Bratz
    08   model that was shown at the Hong Kong Toy Fair?

**2. PAGE 922:11 TO 922:20 (RUNNING 00:00:32.767)**

    11          THE WITNESS:  Sure.  There has to be some way
    12   of communicating to the other people who need to do
    13   their part, you know.  And drawing is just a tool.
    14   A drawing is a tool to communicate to the other people
    15   that need to do their part to create a doll.  So yeah,
    16   there were drawings.
    17   BY MR. QUINN:
    18      Q   And the drawings that were used, in creating
    19   the model of the Bratz that was shown at the Hong Kong
    20   Toy Fair, who created those drawings?

**3. PAGE 922:24 TO 922:24 (RUNNING 00:00:02.500)**

    24          THE WITNESS:  I did.

**4. PAGE 923:04 TO 923:05 (RUNNING 00:00:15.533)**

    04      Q   Why did you create some new drawings for that
    05   purpose?

**5. PAGE 923:08 TO 923:12 (RUNNING 00:00:32.467)**

    08          THE WITNESS:  Um, I wanted to create actual
    09   fashion designs for these dolls.  I wanted to create
    10   -- well, that's basically it.  I just wanted to create
    11   an actual fashion that would, would eventually be
    12   produced for these dolls.

**6. PAGE 923:14 TO 923:16 (RUNNING 00:00:08.200)**

    14      Q   Are you saying that the drawings that you
    15   showed to Mr. Larian could not be used for that
    16   purpose?

**7. PAGE 964:20 TO 964:23 (RUNNING 00:00:14.100)**

    20      Q   Do you believe that the Bratz doll line has a
    21   similar -- that all the dolls in the Bratz, do you
    22   believe that all the dolls in the Bratz doll line have
    23   a similar appearance?

**8. PAGE 965:02 TO 965:06 (RUNNING 00:00:10.833)**

    02          THE WITNESS:  Well, if you're talking
    03   about -- what exactly are you talking about?  Are you
    04   referring to the fashions, the dolls themselves or?
    05   BY MR. QUINN:
    06      Q   Say the dolls themselves.

**9. PAGE 965:09 TO 965:12 (RUNNING 00:00:10.533)**

    09          THE WITNESS:  Yes, they're similar.
    10   BY MR. QUINN:
    11      Q   Do you believe that all the Bratz dolls have

## Mattel v. MGA (2)

```
      12  an overall similar appearance?
```

**10.  PAGE 965:16 TO 965:18  (RUNNING 00:00:09.000)**

```
      16          THE WITNESS:  Again, if you're just talking
      17  about the doll, without any fashions or accessories or
      18  anything like that, then yes, they're similar.
```

**11.  PAGE 966:01 TO 966:09  (RUNNING 00:00:25.233)**

```
 00966:01          THE WITNESS:  No.
      02  BY MR. QUINN:
      03      Q   Why not?
      04      A   Well, you know, as I have said earlier, we do
      05  different themes.  And all those different themes
      06  reflect different, different looks, different ideas.
      07      Q   Isn't it true that there's an overall similar
      08  appearance to the fashions used with the Bratz doll
      09  line?  Isn't that true?
```

TOTAL: 18 CLIPS FROM 5 DEPOSITIONS (RUNNING 00:15:16.169)