Quinn Emanuel Uruqhart & Sullivan, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
865 S. Figueroa St., 10th Fl0or, Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100
Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 DOC (RNBx) |
| v. | |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Exhibit A to Mattel's Notice of Lodging of Video Excerpts of Depositions of Carter Bryant

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**
- ☐ Under Seal
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

January 24, 2011
Date

Michael T. Zeller
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          NOTICE OF MANUAL FILING