QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF MATERIALS IN CONNECTION WITH MATTEL'S CORRECTED SUPPLEMENTAL BRIEF REGARDING AND/OR NOTICE OF MOTION AND MOTION TO RECONSIDER COURT'S RULING ON MGA'S MOTION *IN LIMINE* NO. 7**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following:

1. Excerpts of Transcript of Phase 1 Trial dated June 24, 2008
2. Excerpts of Sealed Transcript of Phase 1 Trial dated June 10, 2008
3. Excerpts of Rule 26 Report of Mark Menz
4. Excerpts of Deposition Transcript of Mark Menz
5. Excerpts of Transcript of Phase 1 Trial dated June 13, 2004
6. Excerpts of Deposition Transcript of Carter Bryant dated January 23, 2008
7. Excerpts of Mattel's First Set of Requests for Production to Carter Bryant
8. Excerpts of Memo. Of P. & A. In Support of Defendant's Ex Part Application for an Order Postponing Rule 26 Obligations, Staying Discovery Pending Resolution of Plaintiff's Motion for Remand and Advancing the Hearing Date on Plaintiff's Motion for Remand to July 19, 2004
9. Minute Order dated June 22, 2004

DATED: January 24, 2011  QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.