QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S PROPOSED JURY INSTRUCTIONS RE: PUNITIVE DAMAGES PHASE**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

505.07209/3931609.1

PROPOSED PUNITIVE DAMAGES JURY INSTRUCTIONS

1  Mattel, Inc. and Mattel de Mexico ("Mattel") hereby submit the following
2  proposed jury instructions regarding the determination of the amount of punitive
3  damages. Mattel requests and reserves the right to amend, modify, withdraw
4  and/or supplement the following instructions during the trial of this matter. Mattel
5  intends to submit further proposed jury instructions depending upon and based
6  upon rulings issued in connection with motions, and the evidence and theories
7  proffered by the parties during the course of the trial. *See* Fed. R. Civ. P. 51A.

DATED: January 24, 2011            QUINN EMANUEL URQUHART &
                                   SULLIVAN. LLP

                                   By */s/ Michael T. Zeller*
                                      Michael T. Zeller
                                      Attorneys for Mattel, Inc. and Mattel de
                                      Mexico. S.A. de C.V.

-1-
PROPOSED PUNITIVE DAMAGES JURY INSTRUCTIONS

# TABLE OF CONTENTS

| Number | Title | Source | Page |
|---|---|---|---|
| CACI 3942 | PUNITIVE DAMAGES—INDIVIDUAL AND ENTITY DEFENDANTS | CACI 3942 (modified) | 1 |

# PROPOSED JURY INSTRUCTIONS

## CACI 3942

## PUNITIVE DAMAGES—INDIVIDUAL AND ENTITY DEFENDANTS

You must now decide the amount, if any, that you should award Mattel in punitive damages. The purposes of punitive damages are to punish a wrongdoer for the conduct that harmed the plaintiff and to discourage similar conduct in the future.

There is no fixed formula for determining the amount of punitive damages, and you are not required to award any punitive damages. If you decide to award punitive damages, you should consider all of the following factors in determining the amount:

(a) How reprehensible was Mr. Larian's, MGA's, or MGA Hong Kong's conduct?

(b) Is there a reasonable relationship between the amount of punitive damages and Mattel's harm?

(c) In view of Mr. Larian's, MGA's or MGA Hong Kong's financial condition, what amount is necessary to punish them and discourage future wrongful conduct? You may not increase the punitive award above an amount that is otherwise appropriate merely because Mr. Larian, MGA, or MGA Hong Kong has substantial financial resources.

1    **Authority:**  CACI 3942 (modified).