QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL'S PROPOSED VERDICT FORM FOR PUNITIVE DAMAGES PHASE**<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:     January 4, 2011<br>Trial Date:         January 18, 2011 |

00505.07975/3931766.1

MATTEL'S PROPOSED PUNITIVE DAMAGES VERDICT FORM

Plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby propose the following proposed verdict form regarding punitive damages for the trial in this matter. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement this form before or during the trial of this matter.

DATED:  January 24, 2011        QUINN EMANUEL URQUHART &
                                SULLIVAN. LLP

                                By */s/ Michael T. Zeller*
                                   Michael T. Zeller
                                   Attorneys for Mattel, Inc. and Mattel de
                                   Mexico. S.A. de C.V.

**PROPOSED VERDICT FORM**

We answer the questions submitted to us as follows:

1. What amount of punitive damages do you award against Mr. Larian, if any?

    $_____

2. What amount of punitive damages do you award against MGA, if any?

    $_____

3. What amount of punitive damages do you award against MGA Hong Kong, if any?

    $_____

DATED: _____, 2011

_____
Jury Foreperson