QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF VIDEO EXCERPTS OF DEPOSITION OF PAULA GARCIA** |

00505.07975/3931857.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. and Mattel de Mexico, S.A. de C.V. hereby lodge a DVD containing the following video excerpts:

1. Deposition of Paula Garcia, Volume 1, dated May 24, 2007 at 263:8-268:20.

2. Deposition of Paula Garcia, Volume 1, dated May 24, 2007 at 268:21-272:2.

Exhibit A hereto is a copy of the DVD. Exhibit B hereto is a transcript of the excerpts set forth above.

DATED: January 25, 2011          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael T. Zeller*
   Michael T. Zeller
   Attorneys for Mattel, Inc.

# EXHIBIT A



# EXHIBIT B

Mattel v. MGA (2)

---


## Garcia, Paula (Vol. 01) - 05/24/2007 [1-299]          3 CLIPS  (RUNNING 00:13:42.152)

**\*\*\*263:8-268:20**

PG-0524-0026308-003          4 SEGMENTS  (RUNNING 00:09:08.948)

### 1. PAGE 263:08 TO 263:17  (RUNNING 00:00:38.841)

```
08     Q    And this September 1st, 2000 meeting is
09  the one we were discussing earlier that is
10  reflected in this meeting notice, Exhibit 301?
11     A    Correct.
12     Q    You had mentioned that at this meeting was
13  yourself, Victoria O'Connor, Isaac Larian, Veronica
14  Marlow and Mr. Larian's daughter, Jasmine.
15          Were you all together when you first met,
16  I'm talking about you yourself with Carter Bryant,
17  or did you meet him before that assembled group?
```

### 2. PAGE 263:19 TO 268:03  (RUNNING 00:07:18.300)

```
19          THE WITNESS:  We met all together.
20  BY MR. ZELLER:
21     Q    You didn't meet Mr. Bryant prior to the
22  time you had this meeting in Mr. Larian's office;
23  is that true?
24     A    Yes.
25     Q    By the time that meeting started and you
00264:01 first met Carter Bryant, all the people we just
02  discussed were already present and assembled?
03     A    Yes.
04     Q    I take it at some point Mr. Bryant came
05  in; is that true?
06     A    Yes.
07     Q    Was he the last one to come in?
08     A    No.
09     Q    Who was the last person to come in?
10     A    I believe he walked in with -- near at the
11  same time as Veronica Marlow.
12     Q    So as far as you know, they came together?
13     A    Yes.
14     Q    So, then, the group that was already
15  assembled in Isaac's office was Victoria O'Connor,
16  Isaac and you and Jasmine Larian?
17     A    That's my memory.
18     Q    And then Carter Bryant and Veronica Marlow
19  came in together into the office?
20     A    Yes.
21     Q    Did they make some sort of pitch at that
22  point?
23     A    Can you please be more specific?
24     Q    What happened at that meeting?
25     A    Upon Carter and Veronica's entry?
00265:01    Q    Yes.
02     A    I believe that Veronica introduced Carter
03  to the assembled group.
04     Q    What did she say?
05     A    I remember that she used his name and
06  really that's all I can remember.
07     Q    What happened in the actual meeting?
08     A    We -- Carter and Veronica joined us at the
09  table.
10     Q    What happened next?
```

page 1

```
         11      A    Carter began to give a discussion on the
         12   concept that he intended to show us next within his
         13   black portfolio.
         14      Q    You're talking about some sort of
         15   portfolio case?
         16      A    Yes.
         17      Q    And it was black in color?
         18      A    Yes.
         19      Q    So he -- before showing you the concept,
         20   he described it in some way?
         21      A    Yes.
         22      Q    And how did he describe it, what did he
         23   say about it?
         24      A    I don't remember exactly what he said.
         25      Q    What was the gist of what he said?
00266:01      A    He -- the theme of his opening
         02   conversation mentioned that it was a description
         03   that matched very close to my objective, trendy,
         04   teenagers, something to this extent.
         05      Q    Is there anything else you remember
         06   Mr. Bryant describing in terms of this concept
         07   prior to the time that he showed the group there at
         08   this meeting the -- his drawings?
         09      A    No.
         10      Q    What is it that happened next, then, after
         11   Mr. Bryant described the concept he was about to
         12   show?
         13      A    He then opened his portfolio.
         14      Q    What happened next?
         15      A    He spoke more specifically about the
         16   specific drawings, 2-D references, he had as he
         17   turned page by page.
         18      Q    Were these large colored drawings that he
         19   showed you?
         20      A    Yes.
         21      Q    Anything other than large colored drawings
         22   that Mr. Bryant showed during this meeting?
         23      A    Yes.
         24      Q    What else did he show?
         25      A    It's difficult for me to -- to use a word
00267:01   to reference it.
         02           It was a -- it was a -- something where
         03   that he had glued what I believe was glued body
         04   parts of random different dolls.
         05      Q    This was something that Mr. Bryant brought
         06   with him and showed to the group?
         07      A    Yes.
         08      Q    When you say "glued body parts of random
         09   different dolls," was it just a naked doll, or did
         10   it have clothing on?
         11           What did it look like?
         12      A    I believe it had clothing on.
         13      Q    Did it have face paint?
         14      A    I don't remember.
         15      Q    Did it have hair on it?
         16      A    I believe so, yes.
         17      Q    What did the clothes look like that were
         18   on it?
         19      A    I don't remember.
         20      Q    Were they hip, trendy clothes, or were
         21   they something that appeared to be already out in
         22   the market?
         23      A    I don't remember.
         24      Q    Did anyone say where the clothes came from
         25   during the course of this meeting?
00268:01      A    No.
```

## Mattel v. MGA (2)

```
02      Q   Did anyone say where the doll came from
03   during the course of this meeting?
```

### 3. PAGE 268:06 TO 268:12 (RUNNING 00:00:34.807)

```
06              THE WITNESS:  No.
07   BY MR. ZELLER:
08      Q   What's your understanding as to why
09   Mr. Bryant brought the -- what you described as
10   these glued body parts?
11      A   I believe that it was his intention to
12   present a measure of proportion between body parts.
```

### 4. PAGE 268:13 TO 268:20 (RUNNING 00:00:37.000)

```
13      Q   Did this three-dimensional item that
14   Mr. Bryant brought with him, did it have the same
15   proportions as the Bratz characters that were
16   depicted in the drawings that you saw?
17      A   It's difficult to compare a drawing versus
18   a 3-D thing.
19          But it's my memory that they weren't
20   close.
```

 ***

**PG-0524-0026821-002**          **1 SEGMENT  (RUNNING 00:01:34.572)**

### 1. PAGE 268:21 TO 269:23 (RUNNING 00:01:34.572)

```
21         Q   Mr. Bryant, at that time as you understood
22   it, was a designer at Mattel; isn't that true?
23             MS. TORRES:  Objection, misstates the
24   witness' testimony.
25             THE WITNESS:  Yes.
00269:01   BY MR. ZELLER:
02         Q   When is it that you became first aware
03   that Mr. Bryant was working at Mattel?
04             MS. TORRES:  Objection, misstates the
05   witness' testimony and vague.
06             THE WITNESS:  Can you please repeat the
07   question?
08   BY MR. ZELLER:
09         Q   Sure.
10             Isn't it true that when you had this
11   meeting you've been discussing which you referenced
12   as being the September 1st, 2000 meeting, that by
13   that time, by the time that meeting was over, you
14   yourself was aware that Mr. Bryant was employed as
15   a designer at Mattel?
16             MS. TORRES:  Same objections.
17             THE WITNESS:  I don't mean to be
18   difficult, I would ask, please, if you could
19   rephrase your question.
20             MR. ZELLER:  What's unclear about my
21   question?
22             THE WITNESS:  I'm not sure how to answer
23   the question without being rephrased.
```

## Mattel v. MGA (2)


\*\*\*269:25-272:2

| PG-0524-0026925 | 4 SEGMENTS (RUNNING 00:02:58.632) |
|---|---|

**1. PAGE 269:25 TO 270:15  (RUNNING 00:00:48.616)**

```
        25        Q    You were at the meeting on September 19,
00270:01   2000, right?
        02        A    Yes.
        03        Q    Mr. Bryant was present at this meeting,
        04   correct?
        05        A    Yes.
        06        Q    He showed you what you understood to be a
        07   concept, at a minimum, for a doll, correct?
        08        A    Yes.
        09        Q    In fact, it was your understanding that
        10   the purpose of this meeting was for Mr. Bryant to
        11   present to you a doll concept, correct?
        12        A    Yes.
        13        Q    And in the course of that, he showed you
        14   large colored drawings of what you understood to be
        15   representations of dolls; isn't that true?
```

**2. PAGE 270:18 TO 271:04  (RUNNING 00:00:59.516)**

```
        18             THE WITNESS:  I remember them to be 2-D
        19   references for a style or an attitude that could
        20   potentially be dolls.
        21   BY MR. ZELLER:
        22        Q    Didn't Mr. Bryant and Veronica Marlow
        23   express to you and the others in that meeting an
        24   interest that these drawings be a reference for
        25   dolls?
00271:01        A    Yes.
        02        Q    At some point during the meeting, you
        03   became aware that Mr. Bryant was at that time
        04   employed by Mattel; isn't that correct?
```

**3. PAGE 271:06 TO 271:09  (RUNNING 00:00:08.700)**

```
        06             THE WITNESS:  No, that's not correct.
        07   BY MR. ZELLER:
        08        Q    You knew before the meeting that
        09   Mr. Bryant was employed by Mattel; is that true?
```

**4. PAGE 271:11 TO 272:02  (RUNNING 00:01:01.800)**

```
        11             At the time of the meeting?
        12             MR. ZELLER:  Yes, before the meeting.
        13             THE WITNESS:  Was currently at Mattel?
        14   BY MR. ZELLER:
        15        Q    Was at the time that you learned about it
        16   at Mattel?
        17        A    I don't remember knowing that information.
        18        Q    Is it the case -- let me try it this way.
        19             At some point, did you become aware that
        20   Carter Bryant was, as of September 1, 2000 when you
        21   had this meeting, at that point, employed by
        22   Mattel?
        23        A    Yes.
        24        Q    When did you first become aware of that?
        25        A    My memory is three years ago.
00272:01        Q    So sometime in 2004?
        02        A    Approximately, yes.
```