QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>ORDER GRANTING STIPULATED APPLICATION TO STRIKE FROM THE PUBLIC DOCKET AND FILE UNDER SEAL DOCKET NUMBER 9675 |

00505.07975/3929051.1

[PROPOSED] ORDER

1 <u>ORDER</u>

2   Based on the concurrently filed Stipulated Application to Strike from
3 the Public Docket and File Under Seal Docket Number 9675,

4   IT IS HEREBY ORDERED:

5   Docket number 9675 is ORDERED stricken from the public docket and
6 ORDERED filed under seal pursuant to <u>Local Rule</u> 79-5.1.

7
8
9  DATED:  January 24, 2011     _____
10                               Hon. David O. Carter
                                 United States District Judge
11

00505.07975/3929051.1

-2-

[PROPOSED] ORDER