QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**STIPULATION REGARDING OBJECTIONS TO PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Pre-trial Conference:  January 4, 2011<br>Trial Date:                  January 18, 2011 |

1  WHEREAS, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"), MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, S.R.L. de C.V., Isaac Larian ("MGA Parties") and Carlos Gustavo Machado Gomez ("Machado") (collectively, "the Parties") have filed their proposed jury instructions and verdict forms;

6  WHEREAS, the Court has ordered at that objections to such forms are currently due on January 25, 2011;

8  WHEREAS, in light of the anticipated volume and importance of the objections to such forms, the Parties wish to obtain a short extension of time to compile their written objections;

11  NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that objections to the proposed jury instructions and verdict forms filed to date shall be due on January 28, 2011.

IT IS SO STIPULATED.

DATED: January 25, 2011   QUINN EMANUEL URQUHART & SULLIVAN. LLP

By */s/ Michael T. Zeller*
    Michael T. Zeller
    Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.

DATED: January 25, 2011   ORRICK, HERRINGTON & SUTCLIFFE, LLP

By */s/ Annette L. Hurst*
    Annette L. Hurst
    Attorneys for the MGA Parties

1
2
3  DATED: January 25, 2011          SCHEPER KIM & HARRIS, LLP
4
5                                   By */s/ Alexander H. Cote*
                                        Alexander H. Cote
6                                       Attorneys for Carlos Gustavo Machado
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00505.07975/3911620.1

-3-                                 Case No. CV 04-9049 DOC (RNBx)
                                                         STIPULATION