QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>               Plaintiffs,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>               Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING OBJECTIONS TO PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS |

00505.07975/3934063.1

[PROPOSED] ORDER

1 <u>[PROPOSED] ORDER</u>

2 Based on the concurrently filed Stipulation Regarding Objections to
3 Proposed Jury Instructions and Verdict Forms,

4 IT IS HEREBY ORDERED:

5 that objections to the proposed jury instructions and verdict forms filed
6 to date shall be due on January 28, 2011.

9 DATED:                              . 2011
10                                         Hon. David O. Carter
                                         United States District Judge