| | |
|---|---|
| Name & Address:<br>Annette L. Hurst (State Bar No. 148738)<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTER BRYANT<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO RECONSIDER ORDER ON MGA'S MOTION IN LIMINE NO. 7; DECLARATION OF BRYCE BAKER IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO RECONSIDER ORDER ON MGA'S MOTION IN LIMINE NO. 7; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other See List of documents described above

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005
- ☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| January 25, 2011<br>Date | /s/ Annette L. Hurst<br>Attorney Name<br>Annette L. Hurst<br>Party Represented<br>MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).