QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>STIPULATION FOR USE OF PHOTOGRAPHIC EQUIPMENT IN COURT FOR INSPECTION OF CERTAIN TANGIBLES<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:        TBD<br>Time:       TBD<br>Place:       Courtroom 9D<br><br>Pre-trial Conf:   January 4, 2011<br>Trial Date:       January 18, 2011 |

## **STIPULATION**

WHEREAS, the parties jointly request permission from the Court to have photographic equipment brought into the courtroom on January 26, 2011, or as soon thereafter as the Court permits to facilitate inspection and photographing of certain original drawings and tangible items;

WHEREAS, the items to be photographed are located in the courthouse;

WHEREAS, the parties' photographic equipment will not result in any modifications or damage to any existing courtroom equipment;

WHEREAS, the parties will remain in the courtroom during this inspection and photography, and will immediately remove the equipment from the courtroom upon completion of the inspection;

NOW, THEREFORE, it is hereby stipulated by the parties that:

1. The parties may bring photographic equipment into the courtroom on January 26, 2011, or as soon thereafter as the Court permits;

2. The parties will remain in the courtroom during the inspection and will immediately remove the equipment upon completion of inspection of certain original drawings and tangibles.

DATED: January 25, 2011         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael T. Zeller*
    Michael T. Zeller
    Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

1
2  DATED: January 25, 2011         ORRICK, HERRINGTON & SUTCLIFFE, LLP
3
4
5                                  By /s/ Annette Hurst
                                      Annette Hurst
6                                     Attorneys for the MGA Parties
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28