QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR USE OF PHOTOGRAPHIC EQUIPMENT IN COURT FOR INSPECTION OF CERTAIN TANGIBLES |

[PROPOSED] ORDER

Based on the concurrently filed Stipulation for Use of Photographic Equipment in Court for Inspection of Certain Tangibles

IT IS HEREBY ORDERED:

1. The parties may bring photographic equipment into the courtroom on January 26, 2011;

2. The parties shall remain in the courtroom during the inspection and shall immediately remove the equipment upon completion of inspection of the tangibles.

DATED:                    , 2011
                           Hon. David O. Carter
                           United States District Judge