Quinn Emanuel Urquhart & Sullivan, LLP
 John B. Quinn (Bar No. 090378)
 Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., and Mattel de Mexico, S.A. de C.V.<br><br>PLAINTIFF(S) | CASE NUMBER:<br><br>04-09049 DOC (RNBx) |
| v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**

1. Deposition Transcript of Frank Keiser, dated April 11, 2008, and accompanying exhibits;
2. Expert Report of Frank Keiser, dated November 1, 2010, and accompanying exhibits; and
3. CD-ROM containing ATOS Viewer Software.

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑    Other  1. Deposition Transcript of Frank Keiser, dated April 11, 2008, and accompanying exhibits;2. Expert Report of Frank Keiser, dated November 1, 2010, and accompanying exhibits; 3. CD-ROM containing ATOS Viewer Software.

**Reason:**

☐    Under Seal

☑    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☑    Manual Filing required (*reason*):
     Frank Keiser Expert Report and accompanying documents, not conducive to e-filing.

| | |
|---|---|
| January 26, 2011 | Michael T. Zeller |
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).