QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL, INC.'S NOTICE OF LODGING OF MATERIALS RELATING TO MATTEL EXPERT FRANK KEISER** |
|---|---|

1     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2 RECORD, PLEASE TAKE NOTICE that Mattel, Inc. and Mattel de Mexico, S.A.
3 de C.V. hereby lodge the following:

4     1.     Deposition Transcript of Frank Keiser, dated April 11, 2008, and
5         accompanying exhibits;
6     2.     Expert Report of Frank Keiser, dated November 1, 2010, and
7         accompanying exhibits; and
8     3.     CD-ROM containing ATOS Viewer Software.

10 DATED: January 26, 2011     QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

    By */s/ Michael T. Zeller*
      Michael T. Zeller
      Attorneys for Mattel, Inc. and Mattel de
      Mexico, S.A. de C.V.