# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV04-9049 DOC(RNBx) | | Date | January 25, 2011 |
|---|---|---|---|---|
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Jane Sutton, Maria Dellaneve |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price | Jennifer Keller, Thomas McConville<br>Mark Overland, Alexander Cote |

____ Day Court Trial       6th  Day Jury Trial

____ One day trial:  ____ Begun (1st day);  X  Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
 X  Witnesses called, sworn and testified.   X  Exhibits Identified    X  Exhibits admitted.
____ Plaintiff(s) rest.                           ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.           ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.                ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for                                    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by  ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.    ____ Briefs to be filed by
____ Motion to dismiss by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for mistrial by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
 X  Case continued to  January 26, 2011 at 8:30 a.m.  for further trial.
____ Other:

                                                                       9  :  00
                                              Initials of Deputy Clerk  kp

cc: