UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE DAVID O. CARTER, JUDGE PRESIDING

- - - - - - -

# CERTIFIED TRANSCRIPT

| | |
|---|---|
| MATTEL, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MGA ENTERTAINMENT, INC., et al., ) | No. CV 04-9049-DOC (RNBx) |
| ) | Day 2 |
| ) | Volume 2 of 2 |
| Defendants. ) | |
| _____) | |

REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
JURY TRIAL
SANTA ANA, CALIFORNIA
FRIDAY, JANUARY 14, 2011

Denise Paddock, CSR 10199, CMRS, RMR, CRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
transcripts@ocrecord.com  www.ocrecord.com
011411 DCCD CR 9D CARTER CIVIL JURY TRIAL PM V2 01/14/2011

```
 1   APPEARANCES OF COUNSEL:

 2   FOR PLAINTIFF MATTEL, INC., ET AL.:

 3         QUINN EMANUEL URQUHART & SULLIVAN LLP
           BY: JOHN QUINN
 4             WILLIAM PRICE
               MICHAEL T ZELLER
 5             Attorneys at Law
           865 S Figueroa Street, 10th Floor
 6         Los Angeles, CA 90017-2543
           213-443-3000
 7
     FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:
 8
           ORRICK HERRINGTON & SUTCLIFFE LLP
 9         BY: THOMAS S McCONVILLE
               Attorney at Law
10         4 Park Plaza, Suite 1600
           Irvine, CA 92614
11         949-567-6700

12         - AND -

13         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY: ANNETTE L HURST
14             Attorney at Law
           405 Howard Street
15         San Francisco, CA 94105
           415-773-5700
16
           KELLER RACKAUCKAS LLP
17         BY:  JENNIFER L KELLER
                Attorney at Law
18         18500 Von Karman Avenue, Suite 560
           Irvine, CA 92612
19         949-476-8700

20

21

22

23

24

25
```

```
 1  APPEARANCES OF COUNSEL (Continued):

 2

 3

 4  FOR CARLOS GUSTAVO MACHADO GOMEZ:

 5       LAW OFFICES OF MARK E OVERLAND
         BY: Mark E Overland
 6           Attorney at Law
         100 Wilshire Boulevard, Suite 950
 7       Santa Monica, CA 90401
         310-459-2830
 8
         -AND-
 9
         SCHEPER KIM AND HARRIS LLP
10       BY: ALEXANDER H COTE
             Attorney at Law
11       601 West Fifth Street, 12th Floor
         Los Angeles, CA 90071-2025
12       213-613-4655

13       ALSO PRESENT:

14       MGA ENTERTAINMENT, INC.
         BY: JEANINE PISONI
15           Attorney at Law
         16360 Roscoe Boulevard, Suite 105
16       Van Nuys, California 91406

17

18  ALSO PRESENT:

19           ROBERT ECKERT, Mattel CEO

20           ISAAC LARIAN, MGA CEO

21           KEN KOTARSKI, Mattel Technical Operator

22           MIKE STOVALL, MGA Technical Operator

23

24

25
```

Case 2:04-cv-09049-DOC-RNB   Document 9701   Filed 01/27/11   Page 4 of 13   Page ID #:289686
CV 04-9049 DOC - 01/14/2011   Volume 2 of 2

4

```
 1              SANTA ANA, CALIFORNIA; FRIDAY, JANUARY 14, 2011
 2                         Day 2, Volume 2 of 2
 3                              P.M. SESSION
 4         THE COURT:  Now here's what I'm going to do.
 5         I'm going to take the first two as I promised you
 6   on Monday.
 7         You go home and prepare, because I want you up to
 8   speed as fast as possible.
 9         I'm then going to go through Paula Garcia with
10   Mr. McConville, who will get me through a couple days.
11         If I can go further that day, Mr. McConville can
12   stay with me that day on Jennifer Maurus, and then he can
13   talk to you later because we've got time.  We've got the
14   weekend.
15         He can stay with me on Rachel Harris.  He can stay
16   with me on Nana Ashong, he can stay with me on Steve Linker
17   and he can stay with me on Anna Rhee on Monday also, so
18   you're back preparing your case.
19         He's already here on Karl Meyer, okay, and with
20   Carter Bryant he's going to be up on the stand quite awhile.
21         All I want to from these witnesses is matching up
22   the numbers so that it looks like this.
23         (Discussion held off the record.)
24         THE COURT:  What I'm trying to do, so you know, is
25   there shouldn't be any item of evidence that comes up in
```

Case 2:04-cv-09049-DOC-RNB   Document 9701   Filed 01/27/11   Page 5 of 13   Page ID #:289687
CV 04-9049 DOC - 01/14/2011 Volume 2 of 2

5

| | |
|---|---|
| 1 | front of the jury that I don't know about, and that way |
| 2 | counsel aren't quibbling. |
| 3 | Now, that doesn't mean that they cannot object in |
| 4 | front of the jurors.  Of course they can, to preserve their |
| 12:10 5 | record. |
| 6 | But by the same token, in the first trial I saw so |
| 7 | many sidebars, you know, so many conferences in the hallway, |
| 8 | that it was almost -- it was very disruptive. |
| 9 | So let's just take what I thought would be |
| 12:10 10 | Ivy Ross, the first witness.  These are all Mattel's exhibits |
| 11 | on direct.  What I need to match up now would be all of MGA's |
| 12 | exhibits on cross, and they've got them.  We just now have to |
| 13 | put them together, and that's what we're doing Monday.  If I |
| 14 | was you, I'd stay home.  Not very interesting. |
| 12:10 15 | But that's -- you'll see that by the time we're |
| 16 | done, that hopefully we're making decent decisions.  And I |
| 17 | think counsel, both sides, are well prepared. |
| 18 | And by the way, Annette's not at fault.  You're not |
| 19 | at fault.  I mean, you and Mr. McConville talked to me about |
| 12:10 20 | this.  There's time frames, so I couldn't match them up as |
| 21 | quickly. |
| 22 | Let's go down to Lillian Martinez.  These are all |
| 23 | Mattel's so far.  And Paula Garcia, these are all of |
| 24 | Paula Garcia.  So this is just my handwriting with |
| 12:11 25 | Paula Garcia, and I need to know what's on cross-examination, |

1     and Mattel would want to know that also.

2             Now, the same thing reverses itself.  When Bratz

3     starts calling witnesses, they have to produce all of their

4     exhibits, and Mr. Quinn has the right to know -- you know, he

12:11  5     has to produce all of his cross.

6             My guess is by the time we get there, though, most

7     of these exhibits will be in.

8             It's these initial exhibits that we're going to see

9     time and time and time again, and that's why the rulings at

12:11 10     the beginning are very important.  So if we take 302, for

11     instance.

12             So I know that there's a lot of objections,

13     Mr. McConville was saying, on the parol evidence rule.  What

14     I want is, Exhibit 48, is there an objection?  What is it?

12:11 15             Exhibit 257, is there an objection?  What is it?

16             258 -- and I always want, with this one exception,

17     so you catch up, I always want the counsel responsible.

18             So, John -- I mean, Mr. Quinn, since you're the

19     counsel on that one, you know, it's that you'd be raising

12:12 20     objections, and I know Ms. Keller is, you're responsible.  I

21     don't want Mr. McConville popping up or -- okay.  And that

22     way I have responsible attorneys for each witness.

23             So if we just do -- Jennifer, if we just do

24     Ivy Ross and Lilly Martinez, and if Tom's going to do

12:12 25     Paula Garcia, I think you're free by 9:00; okay?

Case 2:04-cv-09049-DOC-RNB   Document 9701   Filed 01/27/11   Page 7 of 13   Page ID #:289689
CV 04-9049 DOC - 01/14/2011 Volume 2 of 2

7

```
 1              MS. KELLER:  I appreciate that, Your Honor.
 2              THE COURT:  Okay.  But then I want to see what
 3   MGA's doing with the rest of these, and I want to get right
 4   up to Carter Bryant because that's probably two weeks.
 5              And let me tell you what else we're discussing,
 6   gentlemen -- and I don't know how you feel about this, but
 7   there's something called fairness.  All of us have to go home
 8   at night thinking it's a fair trial.
 9              I don't know whether to give your counsel just a
10   block of time, which would be arbitrary, like, John you've
11   got 280 hours.  You have in 20 hours.  You know, I'm
12   guessing; that's okay.
13              By the same token, a time frame is good, but you
14   want to walk away feeling that you had a fair shot at putting
15   on your case.  You don't want to be jammed for time, and I
16   perceive that that happened in the first trial in one phase
17   where there was a hundred hours and it got cut back to 78,
18   and I think there was a little rushing going on in there.
19              By the same token, I don't think that this case can
20   go on forever.  So as far as the witness list is concerned, I
21   don't think that it's subject to me allowing counsel just to
22   put on a case about everything that they think is relevant,
23   because so much of it is -- has been a real dispute that has
24   legs to it but it doesn't have, you know, all the legs.
25              So it was an effort to get ahead of the game, and
```

Case 2:04-cv-09049-DOC-RNB   Document 9701   Filed 01/27/11   Page 8 of 13   Page ID #:289690
CV 04-9049 DOC - 01/14/2011 Volume 2 of 2

8

```
 1   we couldn't apparently, but I think we will by Monday.
 2            I think we'll be in pretty good shape.
 3            Don't you, John?
 4            MR. QUINN:  Yes.
 5            THE COURT:  I do too.
 6            Jennifer, you know you have the rest of the day
 7   free.
 8            Mark, I wouldn't show up that day, unless you want
 9   to.  You're invited, but it's boring, tedious work.
10            But if you're going to object to some of this, let
11   me know beforehand.  I think your objections would probably
12   be synonymous with the first one or two witnesses with MGA.
13            Finally, behind the scenes, you know that Machado
14   wasn't coming.
15            Listen, at some point I'm going to issue a warrant
16   for somebody in this case.
17            I'm just telling you it's going to happen, and I'm
18   not going to back off of that.  And at some point I'm going
19   to issue an adverse inference for somebody in this case, and
20   it's just going to happen.
21            I'm trying desperately not to.  Do you understand
22   that?  I don't want to use that power.
23            So I want to thank you, Mark, for making that call.
24   And I think the threat of putting the person in jail was
25   better than putting Mr. Machado in jail.  I think
```

Case 2:04-cv-09049-DOC-RNB   Document 9701   Filed 01/27/11   Page 9 of 13   Page ID #:289691
CV 04-9049 DOC - 01/14/2011   Volume 2 of 2

9

| | |
|---|---|
| 1 | Carter Bryant wasn't going to appear, you both need him.  The |
| 2 | threat of putting Carter -- I mean, he was going to go to |
| 3 | jail.  That's better than he's coming out here, it's going to |
| 4 | work out.  You know, he won't be happy, but who cares; right? |
| 12:15  5 | Because you both need him. |
| 6 | So anything that you gentlemen can do, you know, to |
| 7 | get people here, stops Mattel from getting an adverse |
| 8 | inference or stops MGA from getting an adverse inference.  So |
| 9 | if you have any control, use it.  Because if I get caught in |
| 12:15 10 | a box, I can't back away. |
| 11 | Understood? |
| 12 | MR. LARIAN:  Yes. |
| 13 | MR. ECKERT:  Understood. |
| 14 | THE COURT:  Okay.  Just do your best and we'll let |
| 12:15 15 | the chips roll. |
| 16 | Thanks very much.  It's nice having both of you |
| 17 | gentlemen in the same room in the same place not harming each |
| 18 | other. |
| 19 | And I want to thank each of you.  You did a |
| 12:15 20 | terrific job. |
| 21 | It's been a pleasure to have you here. |
| 22 | Thank you very much. |
| 23 | Who was your assistant?  It's nice having you here. |
| 24 | I know you were very helpful to your side.  I don't mind jury |
| 12:16 25 | consultants. |

1   JURY CONSULTANT: We like juries who like us.

2   THE COURT: It's nice to have all of you.

3   JURY CONSULTANT: Thank you.

4   It's a pleasure to have been in your court.

12:16 5   THE COURT: Now let's talk about the focus group.

6   You're going to find you can have a focus group --

7   we talked about that -- and I'm going to issue an opinion on

8   that. I don't know how to keep him out of court, anyway, but

9   you're required to notify the court. I've looked at the

12:16 10   agreement, okay, and neither side -- in other words, your

11   focus group, as it's been represented to me, doesn't know

12   which side's retaining them.

13   MS. KELLER: That's correct.

14   THE COURT: I think the proper thing to do would be

12:16 15   to talk to those people out of the presence of the jury in a

16   no nonsense conversation.

17   Therefore, anybody, with MGA, get's up there and

18   goes to that focus group, you'd better get out your

19   checkbook.

12:16 20   MS. KELLER: It won't happen.

21   THE COURT: I know.

22   MS. KELLER: Would ruin the whole idea. It would

23   ruin the purpose of it.

24   THE COURT: It would ruin your trial. Since I like

12:17 25   you so much, Jennifer, I want you here all the time.

```
 1              MS. KELLER:  We will not do it.
 2              THE COURT:  You can't afford it.
 3              MR. QUINN:  We would like to take them up on their
 4    offer that the focus group sits on the other side of the
 5    courtroom.
 6              THE COURT:  Because you want the jury to know that
 7    they've got a focus group and that they're rich and famous.
 8              Sure you will.  Of course you will.
 9              I don't know where they're going to sit.  It
10    doesn't matter to me.  They've offered that, but everything
11    seems to be Kosher here.
12              I'm going to let you go in a minute.
13              MR. QUINN:  I hesitate to bring it up --
14              THE COURT:  Sure.
15              MR. QUINN:  -- you do have a bunch of --
16              I said I hesitate to bring it up, but we do have a
17    bunch of motions in limine hanging in the fire.
18              THE COURT:  I know you'd better get them Monday.
19    I've asked for them to be briefed, and there was 24.  All of
20    them were done, frankly, except two.
21              MR. ZELLER:  There is a motion that we filed about
22    Zapf, and particular compliance with the court's order about
23    MGA's infiltration of Mattel showrooms.
24              We have repeatedly asked Zapf's attorneys, who are
25    of course are being paid by MGA, to set a briefing order.
```

|   |   |
|---|---|
| 1 | I'd like an order issued setting a schedule on that |
| 2 | so that it can be done. |
| 3 | THE COURT: I've got it. |
| 4 | MS. HURST: Okay. Zapf is separately represented; |
| 12:18  5 | MGA's not paying for that. We called them yesterday. I |
| 6 | asked Bill to get an agreement out of them, to get this on |
| 7 | file. But this is not us; okay. But I have a couple of |
| 8 | issues, in addition to responding to that, Your Honor. |
| 9 | Okay. We still have the equipment downstairs. The |
| 12:18 10 | dolls we need back. |
| 11 | THE COURT: Just a moment. |
| 12 | MS. HURST: And I have an in-camera issue before |
| 13 | the court related to the scope of the Rosenbaum waiver, and |
| 14 | we'll be filing a notice of this for Mattel. We've |
| 12:19 15 | discovered a couple of additional documents that may fall |
| 16 | within the scope of that waiver. The court has told us |
| 17 | repeatedly it wants to bring that to the court's attention. |
| 18 | I have them here for the court review. |
| 19 | THE COURT: Do you want to be here then Monday |
| 12:19 20 | also? |
| 21 | MR. ZELLER: Yes. |
| 22 | MS. HURST: Yes. |
| 23 | THE COURT: I'll be here, because we'll resolve |
| 24 | that. |
| 12:19 25 | Thank you. |

```
 1                  Okay.  Mark, how about you?
 2                  MR. OVERLAND:  I have one thing about Machado,
 3     because I've been getting e-mails back and forth.
 4                  Basically the attorneys are asking the judge for
 5     permission, and they -- he expects a positive answer.
 6                  I think regularly the judge takes up to three days
 7     to respond.
 8                  I sent back, I said, this is not a normal
 9     situation, he should be here by the 18th, so we'll see.  So
10     it could be he's not here until the 19th.
11                  THE COURT:  Okay.  As long as he gets here.
12                  MR. OVERLAND:  But I'm saying that he has to be
13     here by the 18th.
14                  THE COURT:  Good.  He should be here by the 18th.
15                  Now, finally, the equipment -- this can be off the
16     record.
17                  (Discussion held off the record.)
18                  (Proceedings concluded at 12:20 on 01-14-2011.
19     Next proceedings reported by Debbie Gale.  Proceedings
20     concluded until Tuesday, January 18, 2011, 8:30 a.m.)
21
22
23
24
25
```