1              **UNITED STATES DISTRICT COURT**

2              **CENTRAL DISTRICT OF CALIFORNIA**

3         **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                   – – – – – – –

5
   MATTEL, INC., et al.,            )
6                                   )
             Plaintiffs,            )
7                                   )
        vs.                         ) No. CV 04-9049 DOC
8                                   )    Day 3
   MGA ENTERTAINMENT, INC., et al., )    Volume 1 of 2
9                                   )
                                    )
10           Defendants.            )
   _____)

11

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                     Jury Trial

16                 Santa Ana, California

17              Tuesday, January 18, 2011

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141
24

25   04cv9049 Mattel 2011-01-18 D3V1

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 2 of 106   Page ID #:289697
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

2

**APPEARANCES OF COUNSEL:**

FOR PLAINTIFF MATTEL, INC., ET AL.:

       QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
       BY:  JOHN QUINN
           WILLIAM PRICE
           MICHAEL T. ZELLER
           Attorneys at Law
       865 South Figueroa Street
       10th Floor
       Los Angeles, California 90017
       (213) 443-3000

FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

       ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
       BY:  THOMAS S. McCONVILLE
           Attorney at Law
       4 Park Plaza
       Suite 1600
       Irvine, California 92614
       (949) 567-6700

       - AND -

       ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
       BY:  ANNETTE L. HURST
           Attorney at Law
       405 Howard Street
       San Francisco, California 94105
       (415)773-5700

       - AND -

       KELLER RACKAUCKAS
       BY:  JENNIFER KELLER
           attorney at law
       18500 Von Karman Avenue
       Suite 560
       Irvine, California 92612

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 3 of 106   Page ID #:289698
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

3

1     **APPEARANCES OF COUNSEL (Continued):**

2

3     FOR CARLOS GUSTAVO MACHADO GOMEZ:

4
           LAW OFFICES OF MARK E. OVERLAND
5          By:  MARK E. OVERLAND
                 Attorney at Law
6          100 Wilshire Boulevard
           Suite 950
7          Santa Monica, California 90401
           (310) 459-2830
8
           - AND -
9
           SCHEPER KIM & HARRIS LLP
10         BY:  ALEXANDER H. COTE
                 Attorney at Law
11         601 West 5th Street
           12th Floor
12         Los Angeles, California 90071
           (213) 613-4660
13

14

15
      ALSO PRESENT:
16
           MGA ENTERTAINMENT, INC.
17         BY:  JEANINE PISONI
                 Attorney at Law
18         16360 Roscoe Boulevard
           Suite 105
19         Van, Nuys, California 91406

20
           ROBERT ECKERT, Mattel CEO
21
           ISAAC LARIAN, MGA CEO
22
           KEN KOTARSKI, Mattel Technical Operator
23
           MIKE STOVALL, MGA Technical Operator
24

25

CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

4

1                              **I N D E X**

2    **PROCEEDINGS**                              **PAGE**

3      Jurors Done and Reckers sworn                 9
       Opening Statement on Behalf of Mattel        16
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 5 of 106   Page ID #:289700
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

5

1          **SANTA ANA, CALIFORNIA, TUESDAY, JANUARY 18, 2011**

2                **Day 3, Volume 1 of 2**

3                   (9:10 a.m.)

09:10   4          *(Outside the presence of the jury.)*

09:10   5          *(Sidebar proceedings with Juror No. 8*

09:10   6      *reported as follows:)*

09:10   7          THE COURT:  We're on the record with lead counsel.

09:10   8          We want to make it possible for you to sit, but we

09:10   9   would want to accommodate you in every way.  If we took

09:10   10  Friday off, if I just canceled Friday, could you continue to

09:10   11  sit?

09:10   12         PROSPECTIVE JUROR:  Yes.  I just talked to my

09:10   13  sister, and she said I can't believe they're not gonna let

09:10   14  you out.

09:10   15         THE COURT:  We'll let you out if you needed to go

09:10   16  out.

09:10   17         PROSPECTIVE JUROR:  But not totally out.

09:10   18         THE COURT:  No, no, no, not totally out.  We'd

09:10   19  like to keep you, but we want to accommodate whatever you

09:11   20  and your family need.

09:11   21         PROSPECTIVE JUROR:  Yeah.

09:11   22         THE COURT:  If we need to be in session today and

09:11   23  tomorrow, and Thursday.  If I took Friday off --

09:11   24         PROSPECTIVE JUROR:  That would be great.

09:11   25         THE COURT:  Would that work?

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 6 of 106   Page ID #:289701
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

6

09:11   1          PROSPECTIVE JUROR:  That would be great.

09:11   2          THE COURT:  Could you sit with us, then?

09:11   3          PROSPECTIVE JUROR:  Yes, yes.  Definitely, yes.

09:11   4          THE COURT:  Would you want the whole day Friday?

09:11   5          PROSPECTIVE JUROR:  Yes.  I have family coming in.

09:11   6          THE COURT:  Counsel, acceptable?

09:11   7          MS. KELLER:  Yes.

09:11   8          MR. QUINN:  Yes.

09:11   9          MR. OVERLAND:  (Nods head.)

09:11   10         THE COURT:  All right.  Our blessings to you.

09:11   11          *(Juror returns to jury room.)*

09:11   12          *(End of sidebar proceedings.)*

09:14   13          *(In the presence of the jury.)*

09:14   14         THE COURT:  Good morning.

09:14   15         Counsel, if you would please be seated.  Thank you

09:14   16   for your courtesy.

09:15   17         Ladies and gentlemen, good morning.

09:15   18         There's been an awful lot that has happened, and

09:15   19   I'll call the case to order with the appearances.

09:15   20         Mr. Quinn.

09:15   21         MR. QUINN:  Good morning, ladies and gentlemen,

09:15   22   Your Honor.  John Quinn, Bill Price for Mattel.

09:15   23         MR. PRICE:  (Nods head.)

09:15   24         THE COURT:  Mr. Price.

09:15   25         And, Counsel.

09:15   1                 MR. QUINN:  And Lily Martinez.

09:15   2                 THE COURT:  Ms. Martinez.  And Mr. Eckert's

09:15   3     present.

09:15   4                 Thank you, sir.

09:15   5                 And, Counsel, your appearances just for the

09:15   6     record.

09:15   7                 MS. KELLER:  Good morning, Your Honor.  Jennifer

09:15   8     Keller on behalf of MGA.

09:15   9                 THE COURT:  Mr. Larian's here.  Good morning.

09:15   10                MS. KELLER:  With Tom McConville and Annette

09:15   11    Hurst.

09:15   12                THE COURT:  And Mr. Overland's present.

09:15   13                MR. OVERLAND:  Good morning.  Mark Overland and

09:15   14    Alexander Cote on behalf of Mr. Machado.

09:15   15                THE COURT:  All right.  Thank you.

09:15   16                Now, let's start with last Thursday.  You know

09:15   17    that one of the alternate jurors was pretty distraught.  It

09:15   18    was the young lady taking the MCATs exam.  Remember?

09:15   19    Hopefully, I've been around long enough to realize that that

09:15   20    was a horrific situation.  You saw the Court retain six

09:15   21    jurors and ask them to come back Friday.

09:16   22                I have somewhat anticipated if counsel had a

09:16   23    chance to talk, they would stipulate to excusing her.  There

09:16   24    was no, quote/unquote, "good legal cause," but both counsel,

09:16   25    immediately after all of you left, entered into a

09:16   1    stipulation concerning her.  She's been excused by

09:16   2    stipulation of counsel.

09:16   3         Okay?  Which is why she's not there.  She's going

09:16   4    to take the MCATs exam.

09:16   5         She was an alternate by the way, and for your

09:16   6    memory, that was Amanda Hinton.

09:16   7         Okay.  Now, there were two other jurors,

09:16   8    Mr. Khameneyan and Mr. Fernandez, who had issues that they

09:16   9    had not called to our attention.  And both of those jurors,

09:16   10   after a discussion with counsel, were excused for cause.

09:16   11   Which is why we don't have two regular sitting jurors in

09:16   12   Seats 1 and 2.

09:16   13        Number 3 or 4, without disclosing too much, of

09:16   14   course, Ms. Araujo has had a personal tragedy in her family.

09:17   15   And we've agreed, because of the memorial services, that we

09:17   16   will take Friday off so that she continue to sit.  And she's

09:17   17   been very gracious and is willing to sit with us, but Friday

09:17   18   is a very special day in their family's life because of this

09:17   19   passage.

09:17   20        So therefore, we've started with eight jurors and

09:17   21   eight alternates, and I told you you'd be used quickly.

09:17   22   Watch.  You're going to be used quickly.

09:17   23        We have a bowl which has a bunch of names in it

09:17   24   for the alternates, and for the first person that we're

09:17   25   calling randomly, counsel, you've agreed that that person

| | | |
|---|---|---|
| 09:17 | 1 | will take Seat No. 1; is that correct? |
| 09:17 | 2 | MR. QUINN:  Yes, Your Honor. |
| 09:17 | 3 | MS. KELLER:  Yes, Your Honor. |
| 09:17 | 4 | THE COURT:  All right.  Kathy, if you would call a |
| 09:17 | 5 | name. |
| 09:17 | 6 | THE CLERK:  Nadine Done. |
| 09:17 | 7 | THE COURT:  Nadine Done. |
| 09:17 | 8 | If you would be kind enough, you are now a member |
| 09:17 | 9 | of the sitting jury instead of an alternate.  Would you come |
| 09:17 | 10 | up and take Seat No. 1. |
| 09:18 | 11 | And we'll swear you, once again, as a sitting |
| 09:18 | 12 | member of the jury in just a moment. |
| 09:18 | 13 | Okay.  Kathy, just a moment. |
| 09:18 | 14 | Kathy, would you call the second name, please. |
| 09:18 | 15 | THE CLERK:  Robert Reckers. |
| 09:18 | 16 | THE COURT:  Mr. Reckers, sir, if you would be kind |
| 09:18 | 17 | enough, would you go up and take Seat No. 2. |
| 09:18 | 18 | And Mr. Reckers and Mrs. Doun, would you please |
| 09:18 | 19 | stand. |
| 09:18 | 20 | Kathy, would you administer the oath to the two |
| 09:18 | 21 | jurors. |
| 09:19 | 22 | THE COURT:  All right.  Please be seated for just |
| 09:19 | 23 | a moment. |
| 09:19 | 24 | For you two gentlemen, eventually we'll find |
| 09:19 | 25 | places up in the jury box, in all likelihood, but for today, |

09:19   1   why don't you just remain where you are for the opening

09:19   2   statements, as alternate jurors.

09:19   3         This is going to be what I call a timed trial.

09:19   4   Counsel worked very hard this weekend.  They were in session

09:19   5   most of the weekend preparing for today and will be in

09:19   6   session long after you leave each evening.

09:19   7         Counsel, because of their enthusiasm for the case,

09:19   8   have been here as late as 12:30 so far, a.m., and on the

09:19   9   record.  And believe me, they are very well prepared, and we

09:19   10  shouldn't be having any sidebars or discussion in the

09:19   11  hallway.  When you're in session, we should be in session

09:19   12  and working.

09:19   13        Eventually, as we settle in the first week in

09:19   14  complex litigation, a case is always tumultuous.

09:19   15  Everybody's kind of settling in to a time, a comfort zone,

09:20   16  how long we take for lunch.

09:20   17        So let's do this today:  Let's start easy.  We're

09:20   18  going to have an opening statement by both parties today.

09:20   19  They're limited to two and a half hours maximum.  Anything

09:20   20  over that, they sit down.

09:20   21        And it's an overview of what they expect the case

09:20   22  will show, as far as the evidence is concerned, but don't be

09:20   23  surprised if the evidence varies and varies sometimes vastly

09:20   24  from what you're about to hear.  But we want to give counsel

09:20   25  for both sides all of the latitude in the world to make a

09:20   1   statement about what they think the evidence will be.  But

09:20   2   remember, the only evidence will come from the witness stand

09:20   3   and from people under oath.

09:20   4          You can almost put away your pad and piece of

09:20   5   paper and take no notes if you wanted to in an opening

09:20   6   statement.  It's just a summary.  But you're welcome to if

09:20   7   you want to.  But remember, what you're taking down is not

09:20   8   evidence.

09:20   9          Now, second, I think the wisest thing to do,

09:20   10  because we're getting a late start, is to take that two and

09:21   11  a half hours with Mattel and Mr. Quinn, who will make the

09:21   12  opening -- and then probably it will be about 11:00 o'clock

09:21   13  or 11:30 -- and send you to lunch so that you're not hungry

09:21   14  or tired when MGA and Mr. Machado make their opening

09:21   15  statement.  So maybe we'll take an early lunch at 11:00 or

09:21   16  11:30.

09:21   17         Why don't we start with about an hour and a half

09:21   18  today, believe it or not, just so you know where the

09:21   19  restaurants are, how long it takes to get in and out, where

09:21   20  you want to eat as the trial goes forward for the next three

09:21   21  or four months.

09:21   22         If I can manipulate you down to an hour at

09:21   23  lunchtime eventually, I'd like to try to manipulate you.

09:21   24  But we'll eventually, hopefully, go to an hour and 15

09:21   25  minutes and see how it works, and then down to an hour.

CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

12

09:21  1    I'll take a little time and once again tell you

09:21  2  why.  If I just took a half hour a day, just a half hour a

09:21  3  day, that's almost a full morning session.  Okay?  If we can

09:21  4  average about five hours and 45 minutes to six hours a day

09:22  5  of actual litigation and time, the courts are doing

09:22  6  extraordinarily well day after day.

09:22  7    Now, you should plan, because of the memorial

09:22  8  service, that you're not going to be in session this Friday.

09:22  9  Okay?  We're going to be in session today, Wednesday,

09:22  10  Thursday, but Friday, we're not going to be in session.  And

09:22  11  we'll then resume, of course, on Tuesday.

09:22  12    At some point during the litigation, we're going

09:22  13  to start taking some time off, but I don't know when.  I've

09:22  14  got to watch counsel.  I've got to watch their performances.

09:22  15  Whatever you're seeing in court is also almost co-equal to

09:22  16  the time they are spending at night with me and on weekends,

09:22  17  so I've got to watch their performance and make sure that

09:22  18  they are on their best game, in a sense, and they're not

09:22  19  exhausted.

09:22  20    Finally, it's a timed trial, also, in terms of the

09:22  21  time that counsel have, and that's they each have 120 hours

09:22  22  apiece for their case.

09:23  23    Okay?  Now, that seems like a long time to some of

09:23  24  you and a short time, but let's calculate that out for a

09:23  25  moment.

09:23   1          If we average six hours a day, four days a week,

09:23   2   that's how much?  Excellent.  And 24 times five is what?

09:23   3   One hundred twenty.  See, you've got it.  About a five-week

09:23   4   trial, but already, you know, we're starting late today.

09:23   5   We've had a tragedy that's occurred to one of the jurors.

09:23   6          I mean, there's times I think that Mattel will be

09:23   7   presenting their case really over about a six-week period of

09:23   8   time.  And then, of course, Mattel -- or MGA and Machado,

09:23   9   the same co-equal time.

09:23   10          But this is the way the time's counted.  I mean,

09:23   11   you could literally sit back in the jury room and calculate

09:23   12   how long this case is going at a maximum.  And that is, that

09:23   13   the opening statements by counsel do not count, nor do their

09:23   14   closing arguments count in this timed trial.  That's given

09:23   15   to them.  But I'm setting time limits.  Two and a half hours

09:24   16   for both sides, opening statement, that's the end of it.

09:24   17          Probably for closing arguments at the end of the

09:24   18   trial in about three months or so, three hours per side.

09:24   19   That's the end of it.  They don't go on for five or six

09:24   20   hours.  Three hours.

09:24   21          But in the interim period of time, when counsel,

09:24   22   for instance, for Mattel, who's presenting their case first,

09:24   23   calls the first witness, all that time on direct

09:24   24   examination, let's say an hour and five minutes is counted

09:24   25   as 65 minutes.  But the cross-examination by Mattel is also

09:24 1    counted.  So they might spend 45 minutes.  That's 45 minutes

09:24 2    off of their hour and 20 minutes.  It's a continuous clock.

09:24 3         Also, I expect to be prompt.  So if we say that

09:24 4    we're convening at 8:00 or 8:30, whatever we eventually

09:24 5    decide as a family, then my time clock starts at that time.

09:24 6    So all of this nonsense about, "Judge, the witness is in the

09:25 7    bathroom" and "down the hallway" and "could you wait a

09:25 8    minute," no.  That time clock is running.  If we have a

09:25 9    sidebar and have to step out in the hallway, that time clock

09:25 10   is running against both counsel.

09:25 11        In other words, we should be doing our work at

09:25 12   nights.  I should know every objection and every piece of

09:25 13   evidence, and counsel have been extraordinarily helpful to

09:25 14   me in that regard.

09:25 15        Finally, if there's an issue that comes up, we may

09:25 16   have to take, for instance, an hour and a half at lunch

09:25 17   instead of an hour, if we get to that point where we need an

09:25 18   extra half hour, and I'll tell you those days.

09:25 19        Now, my guess is we are probably gonna settle into

09:25 20   about an hour and 15 minutes for lunch.  In complex

09:25 21   litigation, that's usually worked the best over a long trial

09:25 22   because they need time to eat.  They just need time to

09:25 23   refocus.  So my guess is that we're really going to go,

09:25 24   eventually, from an hour and a half to about an hour and 15

09:25 25   minutes.

09:25    1          The thing that you have to decide is this:  When

09:25    2    do you want to start?  And I don't want to tell you that.

09:26    3    9:00 o'clock?  No.  No.  I know a lot of courts start at

09:26    4    9:00 o'clock.  Most good Americans go to work at

09:26    5    8:00 o'clock.  Okay?  7:00 o'clock?  No.  I'm here, but you

09:26    6    don't want to start at 7:00.  Okay?

09:26    7          Either 8:00 or 8:30.  And 8:30 is fine as long as

09:26    8    you all can be here.  And 8:00 o'clock's fine as long as you

09:26    9    all can be here.  But if one of you can't, then don't make

09:26   10    it 8:00 o'clock.  Make it 8:30 so that the other jurors

09:26   11    aren't waiting.  Is that fair enough?

09:26   12          Why don't you discuss that, and we'll talk about

09:26   13    that later today after their statements.

09:26   14          Now, finally, I want to thank all of you.  In a

09:26   15    sense we sent out over 3,400 jury summonses to finally get a

09:26   16    jury pool, if you can imagine, of people capable and willing

09:26   17    to serve this period of time.  That's an extraordinary

09:26   18    effort on all parties' parts.  That's why each one of you

09:26   19    are so valuable.  We can't lose.

09:26   20          So even though we start with eight jurors and

09:27   21    eight alternates, in other complex litigation, I've told you

09:27   22    we've used many, many of the alternates.  You've seen that

09:27   23    today.  Already two of you have been chosen to take a

09:27   24    person's place.  I think we only have seven alternates left

09:27   25    already.  So...

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 16 of 106   Page ID #:289711
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

16

09:27  1          Now, Counsel, I don't have anything further to

09:27  2   state to the court (sic).

09:27  3          Is that satisfactory, Mr. Quinn?

09:27  4          MR. QUINN:  Yes, Your Honor.

09:27  5          THE COURT:  Ms. Keller?

09:27  6          MS. KELLER:  No, Your Honor.

09:27  7          THE COURT:  Okay.  Is that satisfactory?

09:27  8          MS. KELLER:  Yes, Your Honor.

09:27  9          THE COURT:  Mr. Overland?

09:27  10         MR. OVERLAND:  Yes, Your Honor.

09:27  11         THE COURT:  Thank you very much.

09:27  12         Then this would be opening statement.  This is

09:27  13  opening statement by Mr. Quinn on behalf of Mattel.  He has

09:27  14  two and a half hours, so at 11:00 o'clock, he will conclude.

09:27  15         And you're welcome to take notes if you would like

09:27  16  to, but it's not evidence.

09:27  17         **OPENING STATEMENT ON BEHALF OF MATTEL**

09:27  18         MR. QUINN:  Good morning, ladies and gentlemen.

09:27  19         I represent Mattel, the best known toymaker in the

09:27  20  world, the maker of Mattel toys, Hot Wheels toys,

09:27  21  Fisher-Price, and Barbie, the most successful toy in the

09:27  22  world.  Barbie is the world's favorite doll with today's

09:28  23  young kids, as it was with their mothers when they were

09:28  24  young kids, as it was with their grandmothers when they were

09:28  25  young kids.

09:28    1         We at Mattel, we're proud to say, are the top

09:28    2   developers, researchers and designers and artists for toys,

09:28    3   who have crafts people, designers, business people,

09:28    4   engineers who really know their stuff.  Some young, some

09:28    5   more mature, some men, some women, all talented, who choose

09:28    6   to spend part of their careers working together, learning

09:28    7   and sharing in the most dynamic, creative design center on

09:28    8   earth, located in El Segundo, California, just south of LAX.

09:29    9         A lot of other companies bring great, compelling

09:29   10   toys to market.  And that is as it should be.  But no one

09:29   11   has done it better, more often, with better support and

09:29   12   design commitment than Mattel.

09:29   13         In fashion design, in fashion dolls, which is what

09:29   14   this case is about, there are choices, sure.  But the

09:29   15   fashion doll category began with Barbie.  And no other doll

09:29   16   has been supported by the expertise, knowledge, and flare of

09:29   17   the design community at Mattel's design center that has

09:29   18   sustained the growth of Barbie throughout most of the lives

09:29   19   of all of us.  Not even MGA.  And that is what this case is

09:30   20   about.

09:30   21         Before the year 2000, MGA was a toy company that

09:30   22   not many people had heard of, frankly.  Frankly, they hadn't

09:30   23   had any top-flight toys.  They had never had a successful

09:30   24   doll, let alone a fashion doll.  MGA had gone through a

09:30   25   bankruptcy.  But by 2006, MGA was the -- according to them,

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 18 of 106   Page ID #:289713
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

18

09:30  1   was the largest privately owned toy company in the world,

09:30  2   and by some measures the third or fourth largest toy company

09:30  3   of any kind in the world.

09:30  4         This transformation of MGA was paved by one

09:30  5   product, the only fashion doll in half a century to sell at

09:30  6   the level of the world's top toy.  And this case is about

09:31  7   how that happened.

09:31  8         Starting in 2001, a doll called "Bratz" was sold

09:31  9   by MGA.  But we will prove to you that Bratz was created in

09:31  10  Mattel's design center, that same design center, using the

09:31  11  same people, assembled to support Mattel's toys, including

09:31  12  Barbie.  We will prove that Bratz was created at Mattel,

09:31  13  secretly stolen by MGA, and that MGA took Mattel's design,

09:31  14  and with it, took Mattel's sales.

09:31  15        We will further prove that they -- MGA not only

09:31  16  took Mattel's design for Bratz, but that they also

09:31  17  systematically took Mattel's confidential information,

09:32  18  information that MGA did not have, and information that MGA

09:32  19  needed in order to exploit that design and make a

09:32  20  multibillion-dollar success out of that toy.

09:32  21        Almost the only profitable toy that MGA has had

09:32  22  since it introduced Bratz was -- has been the Bratz

09:32  23  franchise itself.

09:32  24        Back in 2000, MGA did not have any fashion

09:32  25  designers, fashion doll designers, did not have a design

09:32  1   center.  It had no fashion doll to compete with Barbie, but

09:32  2   it desperately wanted one.

09:32  3          So an MGA executive by the name of Paula Garcia, a

09:32  4   vice president, used her contacts at Mattel.  And she was a

09:32  5   former Mattel employee.  She had recently left Mattel and

09:32  6   gone to work for MGA.  She used her contacts to contact a

09:33  7   doll designer at Mattel by the name of Carter Bryant, who

09:33  8   was working on a secret project of his own at Mattel, which

09:33  9   he was willing to sell.

09:33  10         Carter Bryant worked in the Mattel design center,

09:33  11  where coworkers work together collaboratively, trust each

09:33  12  other, and share ideas.

09:33  13         At that time Carter Bryant was under contract to

09:33  14  Mattel.  He was a Mattel worker who was designing dolls hand

09:33  15  in hand with his coworkers in that design center.

09:33  16         He solicited, we will prove, some of his coworkers

09:33  17  to work with him on this secret project that he was working

09:33  18  on.  He didn't tell them that it was his intention to take

09:33  19  that project and take it across the street to a competitor.

09:33  20  In fact, he lied.  He told him that this was his own

09:33  21  personal project that he wanted his coworkers to help him

09:34  22  on.

09:34  23         After meeting with Paula Garcia and the

09:34  24  involvement of MGA, Isaac Larian, Carter Bryant would be at

09:34  25  Mattel in the morning, and then at lunchtime, he would go

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 20 of 106   Page ID #:289715
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

20

| | | |
|---|---|---|
| 09:34 | 1 | over to MGA, presenting Mattel designs at MGA. |
| 09:34 | 2 | He was being paid by Mattel, but secretly working |
| 09:34 | 3 | with MGA at the very highest levels with Mr. Larian, the |
| 09:34 | 4 | CEO, who was not only willing to cover up what was |
| 09:34 | 5 | happening, as you will hear here, but was happy to do so. |
| 09:34 | 6 | Remember, MGA did not have a fashion doll, did not |
| 09:34 | 7 | have a design center, did not have any doll designers. So |
| 09:34 | 8 | while Mr. Bryant was still at Mattel, he used the Mattel |
| 09:34 | 9 | crafts people to create a prototype of this Bratz doll. |
| 09:34 | 10 | He contacted vendors, Mattel vendors, not on |
| 09:35 | 11 | behalf of Mattel, though, but on behalf of MGA, to purchase |
| 09:35 | 12 | materials, to do sculpts needed to manufacture the doll, in |
| 09:35 | 13 | order to do the very same things that Mattel did to |
| 09:35 | 14 | manufacture its dolls, using the people talents, skills at |
| 09:35 | 15 | Mattel that MGA did not have, and before had never had |
| 09:35 | 16 | access to. |
| 09:35 | 17 | MGA made Carter Bryant a double agent of the |
| 09:35 | 18 | highest order, or should I say, the lowest. |
| 09:35 | 19 | Mr. Larian knew that Carter Bryant was presenting |
| 09:35 | 20 | MGA with a gold mine, a franchise, something he could build |
| 09:35 | 21 | a company around. So he had Carter Bryant carry out of |
| 09:35 | 22 | Mattel's design center Mattel's trade secrets, the secret |
| 09:35 | 23 | work of Mattel's designers, that Mattel designers had |
| 09:35 | 24 | promised not to carry out, that Carter Bryant had promised |
| 09:36 | 25 | not to carry out, and he pressed those designs and secrets |

09:36  1  into the hands of Isaac Larian, who was fully prepared and

09:36  2  willing to exploit them.

09:36  3          When MGA had everything that they needed, when the

09:36  4  Bratz designs were fully formed and sculpts for the doll had

09:36  5  been done, MGA then had Mr. Bryant sign a contract,

09:36  6  purchasing from him these designs that had been created at

09:36  7  Mattel.  And since then, have paid him $35 million for those

09:36  8  designs.

09:36  9          Now, in the design business, as you will hear,

09:36  10  it's standard operating procedure that when you're a

09:36  11  designer, a creative person working for a company, when the

09:36  12  company pays you, the company owns those designs.  MGA knew

09:36  13  that.  MGA knew that Mr. Bryant was a Mattel employee, a man

09:36  14  who had already signed a contract with Mattel providing that

09:37  15  Mattel owned the designs that he created.  MGA knew it was

09:37  16  taking a design that rightfully belonged to Mattel.

09:37  17          The evidence in this case will show that Isaac

09:37  18  Larian knew that what Carter Bryant and MGA were doing was

09:37  19  illegal, and so they did three things.

09:37  20          First, MGA and Mr. Larian demanded that Carter

09:37  21  Bryant keep secret the fact that he had created the Bratz

09:37  22  design at Mattel.  Even keep it secret from MGA, to keep

09:37  23  Mr. Bryant's name out of it altogether, to keep his

09:37  24  fingerprints off the doll.

09:37  25          One way he did this was to put in that contract,

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 22 of 106   Page ID #:289717
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

22

| | | |
|---|---|---|
| 09:37 | 1 | pursuant to which Mr. Bryant was paid $35 million, an |
| 09:37 | 2 | indemnity provision that said that MGA could sue Mr. Bryant |
| 09:38 | 3 | if it were ever proven that Mattel owned those designs. |
| 09:38 | 4 | Of course, Mr. Larian knew that Carter Bryant |
| 09:38 | 5 | could never pay MGA for the -- could never reimburse MGA |
| 09:38 | 6 | pursuant to that indemnity.  After all, MGA has sold |
| 09:38 | 7 | $3.3 billion worth of Bratz products.  Mr. Bryant would |
| 09:38 | 8 | never have that money. |
| 09:38 | 9 | But putting that provision, that indemnity |
| 09:38 | 10 | provision, in the contract tied Carter Bryant to the mast |
| 09:38 | 11 | and committed him to making sure that the ship would not go |
| 09:38 | 12 | down.  It was a cover-up agreement.  It was a cover-up.  And |
| 09:38 | 13 | Mr. Larian -- so that Mr. Larian could lie, as I will show |
| 09:38 | 14 | you, about where Bratz came from.  And he did. |
| 09:38 | 15 | The second thing he did is he instructed the MGA |
| 09:38 | 16 | employees who knew about Mr. Bryant's involvement, who knew |
| 09:38 | 17 | this history, to keep quiet and not say anything about |
| 09:39 | 18 | Mr. Bryant's involvement.  This includes Victoria O'Connor, |
| 09:39 | 19 | an officer at MGA who you will hear from.  Don't mention the |
| 09:39 | 20 | word, the name "Carter Bryant."  Those were Mr. Larian's |
| 09:39 | 21 | instructions. |
| 09:39 | 22 | Finally, Mr. Larian told the press, the media, |
| 09:39 | 23 | anyone who would listen, that he had created Bratz, not |
| 09:39 | 24 | Mr. Bryant.  Mr. Bryant's name wasn't to be mentioned.  He |
| 09:39 | 25 | claimed he had created it, that it was inspired by his |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 23 of 106   Page ID #:289718
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

23

| | | |
|---|---|---|
| 09:39 | 1 | children, and that it was created in a time frame when |
| 09:39 | 2 | Mr. Bryant was not employed by Mattel.  The evidence will be |
| 09:39 | 3 | that was all part of a cover-up. |
| 09:39 | 4 | And the cover-up worked.  As a result of that |
| 09:39 | 5 | cover up, it was several years before Mattel learned that it |
| 09:39 | 6 | was competing in the marketplace against itself.  It was |
| 09:39 | 7 | Mattel that these were -- it was competing against designs |
| 09:39 | 8 | that had been created in its own design center against |
| 09:40 | 9 | designs that Mattel owned.  It was competition of Mattel's |
| 09:40 | 10 | design versus Mattel's design, turning Mattel's designs |
| 09:40 | 11 | against itself. |
| 09:40 | 12 | Mr. Larian trumpeted MGA's market gain at the |
| 09:40 | 13 | expense of Barbie.  And that competition, you'll learn -- |
| 09:40 | 14 | you'll hear caused a crisis at Mattel.  And we will show you |
| 09:40 | 15 | important internal memos at Mattel, where Mattel people were |
| 09:40 | 16 | worrying about, "Why has this other doll taken market share |
| 09:40 | 17 | from Barbie?  What's happened?  Have we lost our way? |
| 09:40 | 18 | criticizing how they've done their jobs with Barbie. |
| 09:40 | 19 | You'll see some of these memos -- "House on Fire," |
| 09:40 | 20 | The Bratz Brief" -- reporting on the decline in Barbie sales |
| 09:40 | 21 | and the increase in Bratz sales.  They blame themselves. |
| 09:40 | 22 | They thought "It must be our fault."  They thought, "How did |
| 09:40 | 23 | we lose our way?"  Because they didn't know.  Because of the |
| 09:40 | 24 | cover-up, they did not know that they were competing against |
| 09:40 | 25 | themselves, against a Mattel-owned design. |

09:41  1          But that's not the only thing that MGA -- this

09:41  2     design is not the only thing that MGA took from Mattel.  The

09:41  3     design that MGA took from Mattel was a fabulous success from

09:41  4     the time it was introduced in 2001.  MGA suddenly found

09:41  5     itself a small toy company with a very, very big product, a

09:41  6     product it was ill-equipped to exploit.

09:41  7          So MGA turned back to Mattel and hired dozens of

09:41  8     Mattel employees to support its growing business.  And, of

09:41  9     course, there's nothing wrong with that.  We're not saying

09:41  10    there's anything wrong with that.  Of course, companies --

09:41  11    it's perfectly fine.  It happens all the time, to hire

09:41  12    employees from competitors.  Employees are free to seek, to

09:41  13    leave, and get better jobs.  That happens all the time.

09:41  14          But MGA did things a little bit differently.  With

09:41  15    certain employees, MGA paid them a very big premium to come

09:42  16    over, like a 40 percent increase in their salary.  And each

09:42  17    of these employees that got that level of increase had one

09:42  18    thing in common when they came.  Before they left Mattel,

09:42  19    they downloaded from Mattel computers confidential Mattel

09:42  20    information and took it with them to MGA.

09:42  21          For example, in 2004, Mr. Larian convinced three

09:42  22    Mattel employees in Mexico to quit and create a new company,

09:42  23    MGA Mexico.

09:42  24          In advance of this, four months, these three

09:42  25    employees conspired or secretly plotted with Mr. Larian to

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 25 of 106   Page ID #:289720
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

25

09:42 1    set up this -- to leave Mattel and set up this competing
09:42 2    business in Mexico.
09:42 3           They used an e-mail address, plot04@aol.com.,
09:43 4    plot04@yahoo.com, to communicate that.  They took Mattel
09:43 5    information, confidential information, and made a
09:43 6    presentation to Mr. Larian and other MGA executives at the W
09:43 7    Hotel in Mexico City while they were still Mattel employees.
09:43 8           Mr. Larian and MGA knew perfectly well they were
09:43 9    talking to Mattel employees and knew they were seeing
09:43 10   information that they shouldn't be seeing.
09:43 11          And when these three employees left, they took
09:43 12   with them thousands of confidential Mattel trade secret
09:43 13   documents, documents that they could use to found MGA Mexico
09:43 14   and compete effectively with Mattel in Mexico.
09:43 15          How do we know this?  Because when the Mexican
09:43 16   police executed a search warrant one year later, they found
09:43 17   those Mattel documents in active use on the desks of those
09:43 18   employees at MGA Mexico.
09:44 19          And this is just one example.  We will show -- you
09:44 20   know, we will prove that throughout North America MGA
09:44 21   recruited Mattel employees who walked out the door with
09:44 22   confidential Mattel information.
09:44 23          We will prove how MGA competed by first taking a
09:44 24   Mattel product, Bratz, and then paying Mattel employees to
09:44 25   come to MGA and bring with them important, confidential,

CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

26

09:44    1    proprietary Mattel information that they needed to exploit

09:44    2    that product.

09:44    3            Over the course of the trial, we will show that

09:44    4    Mattel spent years competing with its own product against

09:44    5    business people who had taken the fashion doll playbook with

09:44    6    them out the door when they left MGA and went to Mattel.

09:44    7            So let me tell you a little bit more about these

09:44    8    two companies.  Mattel was founded here in Southern

09:45    9    California by Roth and Elliot Handler and Harold Matson.

09:45   10    They started Mattel in Southern California in a garage in

09:45   11    1945.  Of course, as I said, Mattel is best known for

09:45   12    Barbie.  It was the first fashion doll.

09:45   13            What's a fashion doll?  A fashion doll in the

09:45   14    industry is characterized by the play pattern, hair and

09:45   15    fashions, changing the clothes.  That's what people in the

09:45   16    industry, when they talk about a fashion doll, that's what

09:45   17    they're talking about.

09:45   18            Mattel's success requires constant innovation.

09:45   19    Mattel has millions of dollars invested in design and

09:45   20    development of new toys.  And as you can imagine, not all of

09:45   21    them make it to market.  Mattel has thousands of new

09:45   22    products annually.  Over half of Mattel's products, toys,

09:45   23    every year are new -- over half every year.

09:45   24            The beating heart of Mattel and its creativity is

09:46   25    that 180,000-square-foot design center in El Segundo, where

DEBBIE GALE, U.S. COURT REPORTER

09:46   1   hundreds of designers and skilled crafts people work

09:46   2   together collaboratively, share ideas.  That creativity is

09:46   3   the life blood of Mattel's business.

09:46   4         The process of making a new toy or coming up with

09:46   5   a new toy and bringing it to market is not simple.  It often

09:46   6   begins with brainstorming among very creative people.  You

09:46   7   have designers who get involved, who come up with the

09:46   8   design.  Ultimately, you've involved a lot of different

09:46   9   crafts:  Maybe engineers, maybe sound people, mechanical

09:46   10  engineers.  A lot of different functions and skills have to

09:46   11  get involved.  But -- there's a lot of steps to it, but it

09:46   12  all begins with that initial design for the toy, especially

09:46   13  in the doll business.

09:46   14        The designer will communicate the designer's

09:46   15  vision of what the designer expects in a concept drawing, in

09:47   16  a drawing.  And all this is communicated to these people and

09:47   17  the other people.  And it's this drawing, this design that

09:47   18  becomes the basis on which decisions are made in other

09:47   19  departments.  So the other departments work on it and try to

09:47   20  capture that designer's vision.

09:47   21        In this design center, as I said, you have a lot

09:47   22  of very talented people, who are working together towards a

09:47   23  common goal.  Obviously, it's a huge financial investment,

09:47   24  but it's a human investment too with coworkers.  It's an

09:47   25  environment of collaboration.  It's an environment of trust.

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 28 of 106   Page ID #:289723
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

28

09:47  1    As you can expect, with people working together in

09:47  2  teams on confidential projects, secrets have to be shared

09:47  3  and are shared within -- among coworkers within that design

09:47  4  center.  But those secrets stay within the walls.  That's

09:47  5  understood.  People sign agreements.  They understand the

09:47  6  confidentiality and the importance of that information.

09:47  7  There's tremendous value.  It's of crucial importance that

09:47  8  that information be kept from competitors.

09:48  9    This design center is really a vault of

09:48  10  innovation, a vault that could only be cracked by someone on

09:48  11  the inside.  Because Mattel used state of the art systems in

09:48  12  its security to try to protect that center, to make sure

09:48  13  that people who weren't supposed to be there didn't gain

09:48  14  access to the center, didn't have access to confidential

09:48  15  information.

09:48  16    For example, there's a 24-hour surveillance camera

09:48  17  at the design center.  All employees have color-coded

09:48  18  badges.  If an employee forgets their badge, you have to

09:48  19  call and get your supervisor to get you a temporary one or

09:48  20  you can't get in.  No property can leave without a pass.

09:48  21  Cameras, video recorders are not permitted in.  Visitors are

09:48  22  only allowed in when they are -- with approval of Mattel

09:48  23  officers.  All visitors must sign nondisclosure agreements.

09:48  24  Mattel takes this, the issue of security, very, very

09:49  25  seriously.

09:49   1          But it could not be successful without the

09:49   2   commitment -- the heart and commitment of its designers and

09:49   3   those designs.  And, obviously, it wouldn't make sense to

09:49   4   have this center, this design center with these talented

09:49   5   people working together and to let people secretly take the

09:49   6   best ideas and leave and exploit them themselves.  That

09:49   7   wouldn't make sense.

09:49   8          And so at Mattel, as at other toy companies,

09:49   9   including MGA, employees sign so-called inventions

09:49  10   agreement, where they agree that anything that they create

09:49  11   which is in Mattel's line of business, the toy business, is

09:49  12   gonna be owned by the company.

09:49  13          And although MGA is going to try to complicate it,

09:49  14   that's really all that it comes down to.  It's just a basic

09:49  15   idea.  If we pay you, anything you come up, in our line of

09:49  16   work, the company owns.  You agree to that.  It's that

09:50  17   simple.

09:50  18          And Mr. Bryant had such an agreement.  He entered

09:50  19   into it in January of 1999.  Standard agreement.  MGA does

09:50  20   the same thing.

09:50  21          Now, historically, MGA had not been very

09:50  22   successful in developing products.  Prior to Bratz, 2001, it

09:50  23   hadn't been very successful with any toys, frankly.

09:50  24          The company was founded by Isaac Larian and his

09:50  25   brother, Farhad Larian.  Before 2001, their business had

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 30 of 106   Page ID #:289725
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

30

09:50  1   been primarily manufacturing inexpensive electronic toys; no

09:50  2   fashion dolls.  In 2001, though, as I've said, they went

09:50  3   from a mediocre seller of cheap electronic toys to an

09:50  4   innovative major competitor in the global, fashion doll

09:50  5   industry.

09:50  6          This all started with a design for that fashion

09:50  7   doll, for a new doll, which was shown in the Hong Kong Toy

09:51  8   Fair in January 2001, where they showed for the first time

09:51  9   this new doll called "Bratz."  Bratz, a multi-ethnic doll

09:51  10  with oversized head, feet, lips, and eyes and other unique

09:51  11  features which you will become very familiar with.

09:51  12         In June 2001, this doll was released for the first

09:51  13  time in Europe.  It was introduced in Spain for the first

09:51  14  time.  It was an immediate smashing success.

09:51  15         How?  Simple.  They had bought that design from a

09:51  16  Mattel designer, Carter Bryant.

09:51  17         Now, before I tell you that story, I would want

09:51  18  you -- I would ask that you remember one date, the one date

09:51  19  you may want to remember, and that's Carter Bryant's last

09:51  20  day of work at Mattel, which was October 19, 2000 --

09:51  21  October 19, 2000.  Mr. Bryant was a full-time Mattel

09:52  22  employee prior to October 19, 2000.

09:52  23         As Mr. Bryant has told this story, his version of

09:52  24  the story, he says -- I'm going to tell you what he says,

09:52  25  his account.  He had some designs, doll designs, he wanted

| 09:52 | 1 | to sell, so he contacted his friend, a woman by the name of |
| 09:52 | 2 | Veronica Marlow, in July of 2000.  She was a former Mattel |
| 09:52 | 3 | employee, and she was an outside contractor with MGA. |
| 09:52 | 4 | Ms. Marlow set up a meeting with MGA.  And according to |
| 09:52 | 5 | Bryant, Paula Garcia -- who I mentioned before, the former |
| 09:52 | 6 | Mattel employee, who was then an MGA product manager -- and |
| 09:52 | 7 | Victoria O'Connor were in that meeting.  She was MGA's |
| 09:52 | 8 | director of licensing.  And he said -- Mr. Bryant says this |
| 09:52 | 9 | meeting took place in late August of 2000, and he says he |
| 09:52 | 10 | then showed them the Bratz design and drawings.  He says |
| 09:52 | 11 | there was a second meeting September 1, 2000, where |
| 09:53 | 12 | Mr. Larian claims to have first seen the Bratz design. |
| 09:53 | 13 | Now, we don't know.  We don't know when MGA first |
| 09:53 | 14 | contacted Carter Bryant.  But it definitely was not late |
| 09:53 | 15 | August 2000, as Mr. Bryant said.  Farhad Larian, |
| 09:53 | 16 | Mr. Larian's brother, in a lawsuit that he had with |
| 09:53 | 17 | Mr. Larian, swore under oath that, in fact, Bratz |
| 09:53 | 18 | development began early in the year 2000. |
| 09:53 | 19 | MS. KELLER:  Objection, Your Honor. |
| 09:53 | 20 | THE COURT:  Overruled. |
| 09:53 | 21 | MR. QUINN:  Mr. Larian's brother, in the lawsuit |
| 09:53 | 22 | between the two of them about when Bratz started, testified |
| 09:53 | 23 | that Bratz development started in early 2000. |
| 09:53 | 24 | As you see, the development of Bratz was at |
| 09:53 | 25 | least -- at least as early as June 2000.  In a way, it |

09:54  1    doesn't matter, because whatever of the "candidate" dates

09:54  2    you pick, two things are clear:  First, Mr. Bryant was a

09:54  3    male designer under contract to Mattel, and second, MGA knew

09:54  4    it.

09:54  5           Both Mr. Bryant and Mr. Larian testified that MGA

09:54  6    knew that Carter Bryant worked for Mattel when they met and

09:54  7    that Mr. Bryant brought these drawings.  And MGA also

09:54  8    knew -- they knew that he had this inventions agreement,

09:54  9    which I've described to you.  MGA agrees; they will tell you

09:54  10   that this type of inventions agreement is standard in the

09:54  11   industry.

09:54  12          That inventions agreement, Mr. Bryant's inventions

09:54  13   agreement, is Exhibit 25.  I've put it up on the screen

09:54  14   here.  I'm sure it's difficult for you to read that

09:54  15   language, but what it says is, "Ownership of Inventions.

09:55  16   Mr. Bryant agrees to communicate to the company all

09:55  17   inventions as defined, conceived, or reduced to practice at

09:55  18   any time in his employment."  And then there's a definition

09:55  19   of inventions.  It says, "Inventions includes, but is not

09:55  20   limited to all discoveries, improvements, processes,

09:55  21   developments, design, know-how, computer data programs, and

09:55  22   formulae."

09:55  23          Now, MGA's going to say it doesn't include the

09:55  24   word "ideas."  I think you're going to hear that from them.

09:55  25   Well, these are all of ideas.  Everything you see there are

09:55  1    ideas.  They're going to be legalistic and try to be real

09:55  2    technical about the language here, but it clearly covers

09:55  3    improvements, designs.  It clearly covers the type of

09:55  4    material that Mr. Bryant took over to MGA..

09:56  5            And you're going to see that Mr. Bryant did not

09:56  6    just take a design or an idea to MGA.  I'll tell you about

09:56  7    that.  He took a fully conceived doll line.  And we'll talk

09:56  8    further about that.

09:56  9            And then at the end, it says he -- he will not,

09:56  10   "without the company's express written consent, engage in

09:56  11   any employment or business other than for the company,"

09:56  12   meaning Mattel, "that's competitive with the business" --

09:56  13   Mattel's business -- "or its future plans."

09:56  14           Pretty -- pretty simple really.  The idea, folks,

09:56  15   here is not that the company owns everything that you do.

09:56  16   If you come up with an idea for a better mousetrap, it's not

09:56  17   like the company owns a mousetrap.  Mattel is not in the

09:56  18   mousetrap business.  But the bargain with the employee is

09:56  19   any designs, any inventions, anything that you come up with

09:56  20   relating to toys while we are paying you and you are in our

09:56  21   employment the company owns.

09:57  22           It's the same thing at MGA.  If an MGA employee

09:57  23   designs a toy, they have a contract that says that the

09:57  24   employee must tell MGA about it.  MGA owns it just like

09:57  25   Mattel's agreement.

09:57  1      And if an employee develops an idea for a toy

09:57  2  after five o'clock or on weekends, that's covered.  Even

09:57  3  though he's not physically at work, the "gut" still belongs

09:57  4  to the company.  That's the nature of the creative process,

09:57  5  you will learn.  Creative process doesn't start at

09:57  6  5:00 p.m. -- or it doesn't stop at 5:00 p.m.  Everyone

09:57  7  understood that.

09:57  8      And, of course, Mr. Bryant was not allowed to do

09:57  9  competitive work for other toy companies.  Pretty simple.

09:57  10      MGA knew that Mr. Bryant's contract entitled

09:57  11  Mattel to his designs.  Paula Garcia, the head of the Bratz

09:58  12  project, who became head of the Bratz project at MGA, was a

09:58  13  former -- as I told you, was a former Mattel employee, and

09:58  14  she had signed this very same contract when she was at

09:58  15  Mattel.  And even if she hadn't, Mr. Bryant told MGA when he

09:58  16  went there that he had an agreement with Mattel while he

09:58  17  was -- he was still employed by Mattel and that he had an

09:58  18  agreement with Mattel.

09:58  19      Mr. Bryant faxed MGA's lawyer at the time, a man

09:58  20  by the name of David Rosenbaum, a copy of his December 1998

09:58  21  employment offer letter from Mattel.  That's Exhibit 2201.

09:58  22      I won't be able to show you all the exhibits that

09:58  23  I'm going to refer to in my opening statement, but you can

09:58  24  view these as my representation to you as to what the

09:58  25  evidence will be, what the documents will be.  And you're

CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

35

09:58   1   entitled to and I fully expect you to hold me to account for

09:58   2   what I say and what I tell you the evidence will be.

09:59   3           Exhibit 2201, he faxed over to MGA's lawyer, a

09:59   4   copy of his employment letter, which stated that his

09:59   5   employment offer with Mattel was contingent upon Mr. Bryant

09:59   6   signing a confidential information and inventions agreement.

09:59   7   And he makes reference to the fact that, you know, I'm not

09:59   8   sure I can get that without, quote/unquote, "risking

09:59   9   suspicion."  So MGA was clearly on notice.

09:59   10          Now, MGA may claim -- they may tell you that all

09:59   11  they thought they were doing was buying some old drawings,

09:59   12  some old designs that it didn't think were covered by the

09:59   13  agreement with Mr. Bryant and Mr. Mattel -- and Mattel.  But

09:59   14  it wasn't only a handful of drawings that they got from

09:59   15  Mr. Bryant while he was a Mattel employee.  As early as June

09:59   16  of 2000, MGA and Mr. Bryant actually began making the Bratz

09:59   17  doll inside the Mattel design center.

10:00   18          Let me tell you the evidence of that.  There is

10:00   19  evidence that in June of 2000 Mr. Bryant hired a woman by

10:00   20  the name of Anna Rhee, who was a vendor at the Mattel design

10:00   21  center -- she's an expert face painter, doll face painter --

10:00   22  to do -- he hired her to do Bratz face painting using the

10:00   23  code name "Angel."  That is her testimony.

10:00   24          And there's a June 12, 2000 invoice from Ms. Rhee

10:00   25  to MGA that corroborates her story.  That's Exhibit 201.

| | | |
|---|---|---|
| 10:00 | 1 | That invoice shows Ms. Rhee painting doll heads for MGA in |
| 10:00 | 2 | June, just as she testified. |
| 10:00 | 3 | Paula Garcia, MGA's Bratz project manager, told |
| 10:00 | 4 | MGA's outside trademark lawyer, Lucy Arant, in December 2000 |
| 10:00 | 5 | that MGA was using the name Bratz at least as early as |
| 10:01 | 6 | June 15, 2000.  You'll see a fax from MGA's lawyer to |
| 10:01 | 7 | Ms. Garcia -- this is Exhibit 11897 -- confirming that she |
| 10:01 | 8 | told the lawyers MGA first used the name "Bratz" in |
| 10:01 | 9 | connection with each of the original four Bratz dolls by |
| 10:01 | 10 | June 15, 2000. |
| 10:01 | 11 | That's four months -- four months, folks, before |
| 10:01 | 12 | Mr. Bryant left Mattel. |
| 10:01 | 13 | Now, let's be clear.  Mr. Bryant wasn't just |
| 10:01 | 14 | working on drawings while he was at Mattel for MGA.  He |
| 10:01 | 15 | began working with a sculptor, a former Mattel employee, |
| 10:01 | 16 | again, a woman by the name of Margaret Leahy, who you will |
| 10:01 | 17 | hear from.  While still working at Mattel, Mr. Bryant |
| 10:01 | 18 | commissioned Mrs. Leahy to do to two separate sculpts for |
| 10:01 | 19 | the Bratz doll.  And with each successive sculpt, he |
| 10:02 | 20 | directed Mrs. Leahy what changes to make to make it closer |
| 10:02 | 21 | to his vision of what the Bratz doll ought to be, closer to |
| 10:02 | 22 | his vision as expressed in his design and his drawings.  And |
| 10:02 | 23 | you will see Ms. Leahy's design notebook, Exhibits 1132 and |
| 10:02 | 24 | 1133, where she noted these comments that she got from |
| 10:02 | 25 | Mr. Bryant like "head bigger, waist smaller." |

CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

37

| | | |
|---|---|---|
| 10:02 | 1 | Mr. Bryant also asked some of his coworkers in the |
| 10:02 | 2 | design center to help him, as I said, with this project. |
| 10:02 | 3 | Another face painter by the name of Sheila Kyaw and a hair |
| 10:02 | 4 | designer named Carmen Monteagudo.  He asked them to do him |
| 10:02 | 5 | favors -- favors, he said, for a personal project. |
| 10:02 | 6 | Turned out he was co-opting his own coworkers to |
| 10:02 | 7 | help them -- to get them to help him create a product, a new |
| 10:02 | 8 | doll that would compete with Mattel, getting them without |
| 10:03 | 9 | telling them -- this isn't just a misperception. |
| 10:03 | 10 | Misrepresentation's made about what the purpose was of their |
| 10:03 | 11 | work, why he was asking them to help. |
| 10:03 | 12 | And this is corroborated by documents from the |
| 10:03 | 13 | time that you will see.  We'll show you the check that |
| 10:03 | 14 | Mr. Bryant wrote to the Mattel face painter, Sheila Kyaw on |
| 10:03 | 15 | August 25, 2000, for the work he asked her to do on Bratz. |
| 10:03 | 16 | That's Exhibit 1310. |
| 10:03 | 17 | And after the truth came out and Mattel started to |
| 10:03 | 18 | do an investigation, Mattel found that Mr. Bryant made |
| 10:03 | 19 | dozens of calls, dozens of calls and faxes to MGA and MGA |
| 10:03 | 20 | executives from the Mattel design center. |
| 10:03 | 21 | He contacted -- Mr. Bryant, while still employed |
| 10:03 | 22 | by Mattel, contacted a hair vendor, a doll hair vendor in |
| 10:03 | 23 | September 2000 and represented that he was with MGA. |
| 10:03 | 24 | This is Exhibit 30.  Here's the letter he wrote to |
| 10:04 | 25 | the hair vendor inquiring about purchasing the supply of |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 38 of 106   Page ID #:289733
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

38

10:04  1    hair for the Bratz dolls.  And in that letter he wrote, you
10:04  2    see, "The company I am working for -- the company I'm
10:04  3    working with is called MGA Entertainment," while he's still
10:04  4    employed by Mattel.
10:04  5         MGA internal records indicate that he was working
10:04  6    a minimum of four hours a day -- we will show you an e-mail
10:04  7    between Ms. Garcia and other MGA executives, including Isaac
10:04  8    Larian.  It's Exhibit 305.  And in that e-mail MGA is trying
10:04  9    to determine how much money it owes to Mr. Bryant for his
10:04  10   work on Bratz.  And now, understand, this is an e-mail
10:04  11   that's sent before Mr. Bryant has left Mattel.  He's still a
10:04  12   Mattel employee.  And it covers work -- it discusses work,
10:04  13   how much work he spent during the time he's -- for MGA while
10:05  14   he's still employed by Mattel.  And Paula Garcia says she
10:05  15   estimates Mr. Bryant had at that point been working on Bratz
10:05  16   on an average of at least four hours a day -- four hours a
10:05  17   day since the first part of September.  That e-mail was sent
10:05  18   on October 2000.
10:05  19        But that's not all.  That MGA vendor I referred to
10:05  20   earlier, Veronica Marlow, submitted bills to MGA for 169
10:05  21   hours of work on Bratz while Mr. Bryant was still at Mattel.
10:05  22   And as I'll discuss a little bit later, much of that work,
10:05  23   the 169 hours, if not all of it, was being done by other
10:05  24   Mattel employees; skilled samplemakers, who make samples,
10:05  25   the original samples, of fashions for dolls, who were being

| | | |
|---|---|---|
| 10:05 | 1 | paid by Mattel, Mattel employees, but had been co-opted to |
| 10:05 | 2 | secretly work for MGA.  We will show you those bills for |
| 10:05 | 3 | that work.  That will be Exhibit 606. |
| 10:06 | 4 | So it wasn't merely drawings and sketches. |
| 10:06 | 5 | Mr. Bryant came up with a prototype doll inside the Mattel |
| 10:06 | 6 | designs department.  Victoria O'Connor, the MGA vice |
| 10:06 | 7 | president, testified -- when she was under oath before, |
| 10:06 | 8 | testified that Mr. Bryant brought to that September 1, |
| 10:06 | 9 | meeting with -- at MGA a three-dimensional prototype of a |
| 10:06 | 10 | Bratz doll.  Mrs. O'Connor described the sculpt at that |
| 10:06 | 11 | point as very far along, a very far along prototype, and she |
| 10:06 | 12 | called it beautifully painted, with long blonde hair. |
| 10:06 | 13 | This prototype was put together by Mr. Bryant with |
| 10:06 | 14 | the help of coworkers at the Mattel design center, using |
| 10:06 | 15 | Mattel parts, parts that he took from that design center and |
| 10:06 | 16 | with the unwitting assistance of Mattel face painter Sheila |
| 10:06 | 17 | Kyaw and Mattel hair rooter Carmen Monteagudo, who he lied |
| 10:07 | 18 | to, to get their help. |
| 10:07 | 19 | In short, in summary, folks, what Mr. Bryant had |
| 10:07 | 20 | done was to, in effect, co-opt Mattel's design center, |
| 10:07 | 21 | drawing on the resources of Mattel's design center while he |
| 10:07 | 22 | was there, while Mr. Bryant was there.  MGA was taking steps |
| 10:07 | 23 | inside Mattel to create its first fashion doll, a doll to |
| 10:07 | 24 | compete with Barbie. |
| 10:07 | 25 | And it wasn't -- as I said, what he took out was |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 40 of 106   Page ID #:289735
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

40

| 10:07 | 1 | not just a few drawings.  It was a complete plan for a new |
| 10:07 | 2 | doll line.  A complete plan, complete drawings for finished |
| 10:07 | 3 | dolls, a prototype, sculpts, a beautiful prototype doll, an |
| 10:07 | 4 | idea and a design for removable feet, which he came up with |
| 10:07 | 5 | to permit the doll to change shoes.  He had a whole -- he |
| 10:07 | 6 | had a name for the doll:  Bratz.  It had four characters. |
| 10:08 | 7 | They each had names.  Each of those characters had mascots |
| 10:08 | 8 | and a "back" story for each of them, personality sketches |
| 10:08 | 9 | for each one of them.  A multi-ethnic, diverse group of |
| 10:08 | 10 | friends.  This wasn't just some generalized idea, just not |
| 10:08 | 11 | some general thing that you learn in the course of |
| 10:08 | 12 | employment, like a foreign language.  This was a complete |
| 10:08 | 13 | concept for a new product. |
| 10:08 | 14 | It was a fully formed, planned design and idea for |
| 10:08 | 15 | a new line of fashion dolls.  And as we will prove to you, |
| 10:08 | 16 | MGA used all of it.  And that's how -- that's how a small |
| 10:08 | 17 | company with no fashion doll design department was able to |
| 10:08 | 18 | develop the next big thing in fashion dolls.  That's how |
| 10:08 | 19 | overnight it became one of -- MGA became one of the largest |
| 10:08 | 20 | toy companies in the world.  In 2000, while Mr. Bryant was |
| 10:09 | 21 | still at Mattel, MGA's fashion doll department was, in |
| 10:09 | 22 | effect, Mattel's design department. |
| 10:09 | 23 | Finally, on October 4, 2000, Mr. Bryant gave |
| 10:09 | 24 | notice at Mattel.  He told his coworkers that he was not |
| 10:09 | 25 | going to work for a competitor.  And as I've said, not long |

10:09   1   after, Bratz was released to the world with astonishing

10:09   2   success.

10:09   3         Reporters covering the toy story -- covering the

10:09   4   toy industry began asking, How did MGA, a little company

10:09   5   unknown in the fashion doll world, come up with the most

10:09   6   successful fashion doll since Barbie?  In interview after

10:09   7   interview, ladies and gentlemen, you will see Mr. Larian

10:09   8   covered it up.  He said he created -- he was the creator of

10:09   9   Bratz.  He never mentioned Carter Bryant.

10:09   10        For example, at the Toy of the Year award ceremony

10:10   11   in 2002 -- they have that in the industry, a banquet where

10:10   12   they give out the Toy of the Year award -- Mr. Larian told

10:10   13   the reporter that Bratz was developed by MGA after MGA

10:10   14   conducted a lot of research as to what girls want in a doll.

10:10   15        In a *Business Week* article in 2003, Exhibit 631,

10:10   16   Mr. Larian said he came up with the idea on his own, after

10:10   17   seeing his daughter wearing navel-bearing tops and hip

10:10   18   huggers.

10:10   19        In December 2003, on an NPR radio show, *All Things

10:10   20   Considered*, Mr. Larian said he got the idea when his own

10:10   21   daughter outgrew Barbie.  He came up with it himself.  He

10:10   22   didn't just mislead reporters, though.  In a sworn statement

10:10   23   in another lawsuit MGA filed -- another case that MGA filed,

10:10   24   Mr. Larian claimed that he was the inspiration behind

10:10   25   Bratz -- Exhibit 947 -- and didn't mention Mr. Bryant at

10:11    1    all.

10:11    2         He told us -- the *Chicago Sun-Times* that MGA's

10:11    3    creative team, their creative team had come up with the name

10:11    4    "Bratz."  That's Exhibit 632.  We will see -- you will see,

10:11    5    the evidence is, that the name "Bratz" was taken from Mattel

10:11    6    by Mr. Bryant as well.

10:11    7         For years after 2001, when Bratz hit the market,

10:11    8    the world believed what Mr. Larian told them.  He or his

10:11    9    family member, researched by MGA, that's the origin of

10:11   10    Bratz.  No public acknowledgment at all of Mr. Bryant's

10:11   11    role.  And there was no public evidence available that

10:11   12    Mr. Bryant had created Bratz while working at Mattel.  In

10:11   13    fact, everything that Mattel could see had suggested that

10:11   14    MGA had gotten real lucky, home run.  First time.  MGA was

10:12   15    very good at hiding the truth, but ultimately the truth came

10:12   16    out.

10:12   17         Now, as often happens, because of this history,

10:12   18    MGA's witnesses have told inconsistent stories throughout

10:12   19    this case, and it's impossible for me in my opening

10:12   20    statement to you to describe all of these inconsistencies.

10:12   21    But let me give you a few of the examples of inconsistencies

10:12   22    that you're going to hear.

10:12   23         First, when Mr. Bryant pitched his Bratz designs

10:12   24    to MGA, MGA knew he was employed by Mattel.  MGA has

10:12   25    admitted this.  However, Mrs. Garcia, the MGA Bratz project

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 43 of 106   Page ID #:289738
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

43

10:12   1    manager, denies it.  She claims, when she was under oath

10:12   2    before, her initial response was:  "I didn't know he was a

10:12   3    Mattel employee.  I didn't learn until a year later.  I

10:12   4    didn't learn until after the lawsuit was filed."

10:12   5            She said she didn't learn that Mr. Bryant had ever

10:12   6    worked at Mattel until after April of 2004, and that she

10:13   7    didn't know it when she met him in September of 2000.

10:13   8    Didn't know he was a Mattel employee.

10:13   9            Unfortunately -- what's that saying?  Well, what a

10:13   10   tangled web we weave when we practice to deceive.  Hard to

10:13   11   keep stories straight when it involves a lot of people.

10:13   12   Unfortunately, this contradicts Mr. Bryant's story.  He says

10:13   13   he told Mr. Garcia and Mr. Larian when he first met them

10:13   14   that he was employed by Mattel.  Ms. Garcia denies that she

10:13   15   even knew Carter Bryant when they both worked at Mattel,

10:13   16   even though multiple witnesses confirm they knew each other,

10:13   17   that she, in fact, has told people that they were friends.

10:13   18           Second, MGA's employees can't get their stories

10:13   19   straight as to how Mr. Bryant first pitched Bratz to MGA.

10:13   20   Ms. Garcia testified she attended only one pitch meeting

10:13   21   with Mr. Bryant on September 1, 2000, and that Mr. Larian,

10:13   22   Victoria O'Connor, and Veronica Marlow were there and that

10:13   23   was the first time she met him.

10:13   24           Mr. Bryant testified his first meeting with MGA

10:14   25   was in August 2000 with Paula Garcia, Veronica Marlow and

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 44 of 106   Page ID #:289739
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

44

10:14    1    Victoria O'Connor, but that Isaac Larian was not there.

10:14    2            Former MGA employee Andreas Koch says that he and

10:14    3    Garcia were the first two people at MGA that Mr. Bryant

10:14    4    pitched, rather than Victoria O'Connor, as Mr. Bryant

10:14    5    testified.

10:14    6            Jennifer Maurus, another MGA employee, has

10:14    7    testified that MGA had met with Bryant by early in the

10:14    8    summer of 2000.  Now, this is much more consistent with

10:14    9    Farhad Larian's allegations, which I discussed earlier, that

10:14   10    Bratz development actually began early in the year 2000.

10:14   11            There are similar inconsistencies in the stories

10:14   12    that we've heard about the origin of the name "Bratz."

10:14   13    Mr. Bryant will testify that he came up with the name in

10:14   14    1998, when he came up with the idea for the doll, Bratz.

10:14   15            And Ms. Garcia will testify that Mr. Bryant called

10:15   16    the dolls "Bratz" when he pitched them in 2000.

10:15   17            Margaret Leahy, the woman who sculpted Bratz at

10:15   18    Bryant's direction while he was still working at Mattel,

10:15   19    will testify that the dolls didn't even have names when

10:15   20    Mr. Bryant pitched, but this is contradicted by Mr. Bryant's

10:15   21    own pitch book, which he brought with him.  That's

10:15   22    Exhibit 302(b).  And that pitch book has the word "Bratz,"

10:15   23    right on the cover.

10:15   24            And Ms. Garcia testified that Bryant called them

10:15   25    Bratz in that very first meeting.

CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

45

10:15 1      So you're going to see they've had a very

10:15 2  difficult time keeping the story straight.

10:15 3      And as I've said, Mr. Larian told reporters that

10:15 4  MGA's creative team, not Carter Bryant, came up with the

10:15 5  name "Bratz."

10:15 6      There's little doubt, as I've said, that the name

10:15 7  "Bratz" came from a Mattel project that was under

10:15 8  development at the time that Mr. Bryant was at Mattel.

10:15 9  Mattel considered the name Bratz with an S, B-R-A-T-S, not a

10:16 10  Z that the doll has, for a doll that ultimately came to

10:16 11  market as Diva Starz.  S-T-A-R-Z, Diva Starz.

10:16 12      Bratz was one of the names that were considered

10:16 13  for Diva Starz while Mr. Bryant was there in the design

10:16 14  center.  And you will see from Mattel's own internal

10:16 15  documents that Mattel was considering that name in

10:16 16  January 2000 in the same design center where Mr. Bryant

10:16 17  worked.  That's Exhibits 314 and 316.

10:16 18      But I think the most compelling evidence you will

10:16 19  see is the steps that Mr. Larian took to keep all this under

10:16 20  wraps and to hide the history here.

10:16 21      In his public statements, he carefully avoided

10:16 22  mentioning Carter Bryant, the man who everyone now agrees --

10:16 23  everyone now agrees came up with the design for Bratz and

10:16 24  sold the Bratz designs to MGA.

10:17 25      In the story Mr. Larian told at the time,

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 46 of 106   Page ID #:289741
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

46

10:17  1    Mr. Bryant played no role.  He specifically said it was MGA

10:17  2    personnel.  He told them, MGA personnel, "Make no reference

10:17  3    to Carter Bryant."

10:17  4            When Mr. Bryant sent over to Mr. Larian -- while

10:17  5    he's still at Mattel, he sent over to Mr. Larian his new

10:17  6    signed contract with MGA, the agreement under which he

10:17  7    ultimately got $35 million.  In October 2000, he faxed it

10:17  8    from Mattel's design center.

10:17  9            And under federal law, fax machines have to add a

10:17  10   header at the top -- you've all seen that -- that shows

10:17  11   where a fax comes from.  And the fax that MGA received when

10:17  12   he faxed over his contract with MGA, when he faxed it from

10:17  13   Mattel, showed that it came from Barbie Collectibles.  That

10:17  14   was a fax machine in a department called "Collectibles" at

10:18  15   the design center.

10:18  16           Mr. Larian directed Victoria O'Connor to white out

10:18  17   "Barbie Collectibles" at the top from Mr. Bryant's signature

10:18  18   page before forwarding it on to MGA's lawyers.  He also

10:18  19   whited out the date, which would show that the contract was

10:18  20   signed at the time Mr. Bryant is still working for Mattel.

10:18  21           Both Mr. Larian and Ms. Garcia gave strict

10:18  22   instructions that no one was to discuss Mr. Bryant's

10:18  23   involvement with Bratz outside the company.

10:18  24           Let me give you one example.  In February of 2003,

10:18  25   an MGA employee proposed -- had the idea of doing a limited

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 47 of 106   Page ID #:289742
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

47

10:18   1   edition Bratz doll.  And, you know, came up -- submitted

10:18   2   this idea to Mr. Larian.  And it's customary in the industry

10:18   3   when you do a limited edition of a doll like that, a

10:19   4   collector doll, you put the designer's name.  Mr. Bryant had

10:19   5   been the designer of a Barbie doll at Mattel, and his name,

10:19   6   Carter Bryant, had been on that doll, and you put it on the

10:19   7   packaging.  And when she proposed this to Mr. Larian -- this

10:19   8   is Exhibit 4942 -- she acknowledged, "Well, you know, if we

10:19   9   do this limited edition Bratz doll, you know, usually -- the

10:19   10  idea is usually you identify the designer," and she says,

10:19   11  "We should -- we need to have it signed by," question mark,

10:19   12  "I know we want to keep Carter under wraps."

10:19   13        Another example.  When an MGA vendor -- MGA vendor

10:19   14  mentioned Mr. Bryant on a Bratz fan site on the Web,

10:19   15  Mr. Larian retaliated against him by demanding that the

10:19   16  vendor receive no more work from MGA.  And MGA employees

10:19   17  worked frantically to remove the reference to Carter Bryant

10:19   18  from the website immediately.

10:20   19        Another example.  In October of 2002, Mr. Larian

10:20   20  responded to an e-mail from a reporter, a newspaper reporter

10:20   21  asking questions about Bratz.  One question asked for the

10:20   22  date of birth of the Bratz.  Mr. Larian responded, "born

10:20   23  September 2000."

10:20   24        And he forwarded this response e-mail to Victoria

10:20   25  O'Connor.  Ms. O'Connor wrote back to Isaac Larian, "Don't

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 48 of 106   Page ID #:289743
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

48

10:20   1    you think we should say Bratz was born in October when a

10:20   2    certain person was no longer with their company?"

10:20   3              And you can see Mr. Larian's response, I hope.

10:20   4    The response is:  "Good point.  Thanks."  And you can see

10:20   5    why.

10:20   6              There is no doubt.  MGA wouldn't tell you

10:20   7    otherwise what was being discussed.  And Mr. Larian himself

10:20   8    has, in fact, admitted that the certain person referred to

10:21   9    there was Carter Bryant and that the company was Mattel, not

10:21  10    that you needed the admission; it's so obvious.

10:21  11              Ladies and gentlemen, MGA hid that e-mail from us

10:21  12    for years.  They hid it.  They did not want it disclosed.

10:21  13    They did not want you to see it.  That's what the evidence

10:21  14    will be.  Because it shows that MGA and Isaac Larian knew

10:21  15    exactly what they had done.

10:21  16              Mr. Larian and MGA even made false representations

10:21  17    to the United States Government to hide the truth.  On

10:21  18    February 24, 2003, MGA and Mr. Larian filed an application

10:21  19    with the United States Patent and Trademark Office,

10:21  20    representing falsely that Mr. Larian had personally created

10:21  21    the Bratz removable feet feature, which I referred to

10:21  22    earlier, even though Mr. Bryant's original sketches includes

10:22  23    that very feature.

10:22  24              And in connection with that application, that

10:22  25    false application for a patent in August 2003, MGA's lawyers

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 49 of 106   Page ID #:289744
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

49

10:22    1    wrote to Carter Bryant asking him to go along to support
10:22    2    this.  They said it would be helpful for MGA's patent
10:22    3    application to say that certain features of the Bratz dolls
10:22    4    were used in 2002, and enclosed a sworn declaration for him
10:22    5    to design under penalty of perjury saying that they were
10:22    6    first used in 2002.

10:22    7           Mr. Bryant knew that wasn't true.  He knew when he
10:22    8    invented it.  He knew that the features appeared on Bratz in
10:22    9    2001.  Nevertheless, at the request of MGA's lawyers,
10:22   10    Mr. Bryant signed the sworn declaration, which he has since
10:22   11    admitted and will admit to you was false under penalty of
10:22   12    perjury.

10:23   13           Mr. Bryant will admit to signing an incorrect
10:23   14    sworn statement in order to create intellectual property
10:23   15    rights for MGA -- here, a patent -- and that's -- that's
10:23   16    what this case is about.

10:23   17           You're going to hear about other steps that MGA
10:23   18    has taken to hide evidence of the wrongdoing.  I'm not able
10:23   19    to go into all of it in my opening statement.

10:23   20           MGA couldn't keep it secret forever.  On July 18,
10:23   21    2003, a *Wall Street Journal* article appeared which publicly
10:23   22    identified Carter Bryant as the designer of Bratz for the
10:23   23    very first time.  And contradicting his prior public
10:23   24    statements, Mr. Larian told the Journal, and it's quoted in
10:23   25    the Journal as saying that he chose Mr. Bryant's design as a

| | | |
|---|---|---|
| 10:23 | 1 | result of a fashion doll contest, were his words, in late |
| 10:24 | 2 | 1999.  So that comes out in July of 2003.  First time, |
| 10:24 | 3 | acknowledges Carter Bryant.  Said it was a fashion doll |
| 10:24 | 4 | design contest in late 1999. |
| 10:24 | 5 | Two months later, after that, the damn broke. |
| 10:24 | 6 | September 2003, one of Mattel's lawyers, one of Mattel |
| 10:24 | 7 | in-house lawyers was contacted by lawyers from Hong Kong, |
| 10:24 | 8 | who represented a Taiwanese toy manufacturer, who had been |
| 10:24 | 9 | sued by MGA in Hong Kong for infringement of Bratz, what MGA |
| 10:24 | 10 | said was their rights in Bratz.  And in connection with that |
| 10:24 | 11 | case in Hong Kong, those lawyers had received some |
| 10:24 | 12 | information they thought would be very interesting to |
| 10:24 | 13 | Mattel.  And they contacted Mattel because, to be sure, |
| 10:24 | 14 | there was -- they hoped that they could get some help from |
| 10:24 | 15 | Mattel in this case that they had with MGA. |
| 10:25 | 16 | And what they had -- they got together.  There was |
| 10:25 | 17 | a meeting between those Hong Kong lawyers representing the |
| 10:25 | 18 | Taiwanese company on -- that meeting took place on |
| 10:25 | 19 | November 24, 2003, and the Hong Kong lawyers gave them |
| 10:25 | 20 | documents.  They gave them a contract, the contract between |
| 10:25 | 21 | MGA and Carter Bryant dated as of September 18, 2000, a date |
| 10:25 | 22 | when Mr. Bryant was still working as a doll designer for |
| 10:25 | 23 | Mattel. |
| 10:25 | 24 | This is the very same contract I referred to |
| 10:25 | 25 | earlier that Mr. Larian instructed Ms. O'Connor to white out |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 51 of 106   Page ID #:289746
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

51

10:25  1  the date and the fax header before it was sent on to MGA's

10:25  2  lawyers.  This is Exhibit 13109.

10:25  3      Under this agreement, which Mattel saw, then, for

10:25  4  the very first time, Mr. Bryant, a Mattel employee,

10:25  5  agreed -- was required to provide design services on Bratz

10:25  6  to MGA on a, quote/unquote, "top priority basis."

10:26  7      At that same meeting on November 24, 2003, the

10:26  8  Hong Kong lawyers showed Mattel 17 drawings that Mr. Bryant

10:26  9  had brought to MGA in the summer of 2000, the original Bratz

10:26  10  design drawings.  The first time Mattel saw them.

10:26  11      These documents showed that Mr. Bryant was working

10:26  12  with MGA while he was still employed by Mattel in breach of

10:26  13  his duties.

10:26  14      So that happens on November 24, 2003.

10:26  15      Go forward to April of the next year, April 27,

10:26  16  2004.  Mattel filed a lawsuit against Mr. Bryant.  And

10:26  17  that's how this started.  It did not initially sue MGA.  MGA

10:26  18  did -- it's a legal term -- intervened in the case.  Wanted

10:27  19  to get involved to protect its interest.  The case

10:27  20  originally started out Mattel v. Carter Bryant, and then MGA

10:27  21  voluntarily, on its own, joined the case.

10:27  22      The evidence will show that MGA has known -- has

10:27  23  known from the very beginning that if they were caught, the

10:27  24  Bratz would belong to Mattel.  So MGA and Mr. Bryant created

10:27  25  a story.  And it's undisputed that Mr. Bryant worked for

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 52 of 106   Page ID #:289747
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

52

10:27  1   Mattel -- there were two different stints in his Mattel

10:27  2   employment.

10:27  3            If we could put up the slide.

10:27  4            He worked for Mattel for four years -- more than

10:27  5   four years, from September 1995, to October -- two different

10:27  6   stints.  From April, December -- from April 1998 to

10:27  7   December 1998 -- I'm sorry.  From September 1995 -- two

10:28  8   stints.  His first stint at Mattel, September 1995 to

10:28  9   April 29, 1998.  Right here.

10:28  10           He then comes back to Mattel, and he works from

10:28  11   January 4, 1999, until October 19, 2000, as I've told you

10:28  12   before.

10:28  13           Guess when they say Mr. Bryant came up with those

10:28  14   Bratz designs?  During that eight-month gap in his

10:28  15   employment.  That is their account.

10:28  16           So I'm now going to tell you MGA's Bratz creation

10:28  17   story.

10:28  18           They say that, well, Mr. Bryant worked for Mattel

10:28  19   first from September 1995 to April 1998, then he left.  And

10:29  20   he went to live in a small town in western Missouri,

10:29  21   Kimberling City, where he lived with his parents.  And he

10:29  22   was working at a shopping -- in a shopping center there at a

10:29  23   store called "Old Navy."  Many of you are probably familiar

10:29  24   with it.  And he said after work one day he was driving

10:29  25   home -- living with his parents -- and he went by the local

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 53 of 106   Page ID #:289748
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

53

| | | |
|--|--|--|
| 10:29 | 1 | high school, which actually happens to be called Kickapoo |
| 10:29 | 2 | High School.  And he noticed -- he says he was struck by how |
| 10:29 | 3 | the kids there looked at the high school.  He says he |
| 10:29 | 4 | thought they looked really kind of multi-ethnic and kind of |
| 10:29 | 5 | trendy and hip and urban.  And he says he went right home to |
| 10:29 | 6 | his parents' house and there designed -- there and then, |
| 10:29 | 7 | inspired by what he saw at the high school that day in |
| 10:29 | 8 | Kimberling City, Missouri, did the original Bratz drawings. |
| 10:30 | 9 | He wasn't employed by Mattel at the time, so Mattel can't |
| 10:30 | 10 | possibly own them. |
| 10:30 | 11 | We have the yearbooks from Kickapoo High School, |
| 10:30 | 12 | 1997, 1998, 1999.  You will get to see them, Exhibits A-1, |
| 10:30 | 13 | A-2, A-3.  The kids aren't -- out there in Kimberling City, |
| 10:30 | 14 | it's not hip, urban, multi-ethnic.  They didn't have |
| 10:30 | 15 | oversized clothes, big baggy jeans, as Mr. Bryant claimed. |
| 10:30 | 16 | Another problem is that he testified that the |
| 10:30 | 17 | sketches he did, these original Bratz sketches, he said they |
| 10:30 | 18 | were exclusively in black and white.  They're black and |
| 10:30 | 19 | white line drawings.  And he says that although he's very |
| 10:30 | 20 | excited about these drawings, this design, he says he did |
| 10:30 | 21 | nothing with them at the time.  Just put them away. |
| 10:30 | 22 | And a couple of months later, in the fall of 1998, |
| 10:30 | 23 | he reapplied for a job at Mattel, returned to Southern |
| 10:31 | 24 | California, and began at Mattel again January 4, 1999. |
| 10:31 | 25 | Now, MGA might bring in witnesses who will tell |

CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

54

10:31  1    you that Mr. Bryant is telling you the truth about the fact
10:31  2    that he created these designs in that eight-month period in
10:31  3    Missouri.  They may bring in witnesses who say they saw them
10:31  4    in 1998.
10:31  5           Who do you think they are?  His mom.  His dad.
10:31  6    His partner.  A family friend.  And you will be able to
10:31  7    evaluate that testimony, if MGA decides to present it to
10:31  8    you.  Mr. Bryant's mom even testified that she saw drawings
10:31  9    in 1998 that Mr. Bryant admitted didn't exist in 1998.
10:31  10          According to Mr. Bryant, he did nothing with the
10:31  11   drawings.  He put 'em away.  In mid-1999, he says he pulled
10:32  12   out the drawings and did some additional work, added some
10:32  13   color, refined them, and says he showed them to Veronica
10:32  14   Marlow in mid-2000.
10:32  15          And according to MGA, in August 2000 with Veronica
10:32  16   Marlow's help, he approached MGA with a concept for a new
10:32  17   fashion doll, multi-ethnic characters, oversized heads, feet
10:32  18   lips, eyes, removable feet.  In September 2000, MGA
10:32  19   purchased Mr. Bryant's designs.
10:32  20          That's their account.  They tell you that -- they
10:32  21   will say even if this turns out that this story is untrue,
10:32  22   we, MGA, were duped by Mr. Bryant.  We didn't have any
10:32  23   reason to believe he wasn't telling the truth.  MGA claims
10:32  24   that they insisted that Mr. Bryant agree in that contract to
10:32  25   indemnify them, to hold them harmless if it turned out that

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 55 of 106   Page ID #:289750
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

55

10:32  1    Mattel owned the designs.

10:33  2          Now, folks, the evidence will show that Mr. Bryant

10:33  3    received a 3 percent royalty on Bratz.  There is no way

10:33  4    MGA -- MGA's not -- there's no evidence that we're aware of

10:33  5    to explain how MGA expected him to repay them the other

10:33  6    97 percent of the Bratz revenues if it turned out -- if the

10:33  7    indemnity actually meant what they say it means.

10:33  8          The evidence simply will not support MGA's claim

10:33  9    that it was an innocent dupe.  MGA's claim is contradicted

10:33  10   by the evidence, including their misstatements to the press

10:33  11   and false statements under oath to the federal government.

10:33  12         But MGA will say that even though Mr. Larian knew

10:33  13   that Mr. Bryant was a Mattel doll designer, that they --

10:33  14   they say we performed an investigation, quote/unquote.  This

10:34  15   investigation, however, you know, supposedly to confirm that

10:34  16   this wasn't owned by Mattel.  They didn't call Mattel.  It

10:34  17   consists of nothing more than asking Mr. Bryant's lawyer to

10:34  18   repeat Mr. Bryant's own statements that MGA could buy the

10:34  19   designs.  That was it.

10:34  20         Remember, MGA knew that Mattel employees signed

10:34  21   these agreements.  Paula Garcia herself knew what these

10:34  22   agreements provided.  She's a former Mattel employee and had

10:34  23   one.

10:34  24         He told MGA in writing that he had another

10:34  25   agreement, but he couldn't get it without raising suspicion.

Case 2:04-cv-09049-DOC-RNB  Document 9702  Filed 01/27/11  Page 56 of 106  Page ID
#:289751
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

56

| | | |
|---|---|---|
| 10:34 | 1 | And even though MGA's employees all tell different stories |
| 10:34 | 2 | about when the contacts with Mr. Bryant started, when the |
| 10:34 | 3 | prototypes were first created and brought, when this whole |
| 10:34 | 4 | project began, all the dates are when he was employed by -- |
| 10:35 | 5 | as a doll designer by Mattel. |
| 10:35 | 6 | Mr. Larian's statements to his own lawyers also |
| 10:35 | 7 | contradict MGA's claims that it was misled.  We expect that |
| 10:35 | 8 | the e-mail -- you will see e-mails between Mr. Larian and |
| 10:35 | 9 | his lawyers from 2000 and 2001.  Now, Mr. Larian never |
| 10:35 | 10 | dreamed that the jury, that you, would get to see these |
| 10:35 | 11 | e-mails with these -- with his lawyers.  He thought these |
| 10:35 | 12 | communications, like most communications with counsel, would |
| 10:35 | 13 | never see the light of day.  That they would be subject -- |
| 10:35 | 14 | MS. KELLER:  Objection, Your Honor. |
| 10:35 | 15 | Argumentative. |
| 10:35 | 16 | THE COURT:  Overruled. |
| 10:35 | 17 | MR. QUINN:  That -- he expected that -- he thought |
| 10:35 | 18 | they would never see the light of day, that this jury would |
| 10:35 | 19 | not see them.  He thought, well, they'll be covered by |
| 10:35 | 20 | something that's called the attorney-client privilege.  But |
| 10:35 | 21 | contrary to these expectations, this year -- this year, |
| 10:35 | 22 | 2010, it was determined that Mattel should be allowed to see |
| 10:35 | 23 | these e-mails, these communications, some of them, between |
| 10:35 | 24 | Mr. Larian and his attorneys. |
| 10:36 | 25 | And the story that Mr. Larian told his attorneys |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 57 of 106   Page ID #:289752
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

57

10:36    1    in these e-mails that he never thought you would see in 2000

10:36    2    and 2001 is very different from the story that Mr. Larian

10:36    3    has told under oath in this case repeatedly:  The story that

10:36    4    Bratz was created in 1998 when Mr. Bryant was in Missouri.

10:36    5            In -- on September 19, 2000, the day after the

10:36    6    date of Mr. Bryant's agreement with MGA and a date on which

10:36    7    he was still a Mattel employee, MGA's outside lawyer

10:36    8    e-mailed MGA executive Victoria O'Connor asking her to,

10:36    9    quote, "Make sure that Carter has his lawyer call me to

10:36   10    discuss the Mattel issue," closed quote.

10:36   11            That's Exhibit 9258.  One week later, MGA's

10:36   12    outside attorney, Mr. Rosenbaum wrote to O'Connor, quote,

10:36   13    "We still have the Mattel issue, which has not been

10:36   14    addressed, which is why me having a conversation with his

10:37   15    lawyer will try to address this in a semi-privileged way,"

10:37   16    closed quote.

10:37   17            That's Exhibit 9257.

10:37   18            Even at the time MGA was entering into the

10:37   19    agreement with Mr. Bryant, it was trying to figure out how

10:37   20    to deal with the Mattel issue.  Ten months later, flash

10:37   21    forward ten months later, shortly after Bratz was first

10:37   22    released on the marketplace, Isaac Larian e-mailed another

10:37   23    of his lawyers, a litigator, a trial lawyer by the name of

10:37   24    Patty Glaser.  He e-mailed her because he was concerned

10:37   25    about the possibility that Mattel would discover the truth

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 58 of 106   Page ID #:289753
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

58

| | | |
|---|---|---|
| 10:37 | 1 | about where the designs came from.  So Mr. Larian wrote to |
| 10:37 | 2 | Ms. Glaser.  This is Exhibit 9855.  And I quote, "Carter," |
| 10:37 | 3 | paren, Mr. Larian's words, "the inventor, has a roommate, |
| 10:38 | 4 | Richard, who witnessed Carter designing and developing the |
| 10:38 | 5 | Bratz line at his free time outside Mattel on weekends or |
| 10:38 | 6 | evenings," closed quote. |
| 10:38 | 7 | We will show you that e-mail in this trial. |
| 10:38 | 8 | Mr. Larian didn't write, when he was talking to |
| 10:38 | 9 | Ms. Glaser, that Mr. Bryant designed the dolls in 1998 when |
| 10:38 | 10 | he was in Kimberling City, Missouri.  He said he wrote it |
| 10:38 | 11 | outside -- he said he did these designs outside Mattel on |
| 10:38 | 12 | weekends and evenings. |
| 10:38 | 13 | Now, the roommate that Mr. Larian refers to in |
| 10:38 | 14 | that e-mail is a man by the name of Richard Irman.  And as I |
| 10:38 | 15 | mentioned, Mr. Larian says that Mr. Irman witnessed Carter |
| 10:38 | 16 | designing and developing the Bratz line.  That's what he |
| 10:38 | 17 | told Patty Glaser. |
| 10:38 | 18 | Problem with that for MGA is that Mr. Irman didn't |
| 10:38 | 19 | live with Carter Bryant, was not his roommate in 1998.  He |
| 10:39 | 20 | lived with Carter Bryant in Southern California when Carter |
| 10:39 | 21 | Bryant was a Mattel employee. |
| 10:39 | 22 | Three days later Mr. Larian sent Ms. Glaser |
| 10:39 | 23 | another e-mail.  In that e-mail he wrote, and I quote, "When |
| 10:39 | 24 | Carter Bryant, the inventor," parentheses -- Mr. Larian's |
| 10:39 | 25 | words -- "came to us with this concept, he was a doll design |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 59 of 106   Page ID #:289754
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

59

| | |
|---|---|
| 10:39 | 1 |
| 10:39 | 2 |
| 10:39 | 3 |
| 10:39 | 4 |
| 10:39 | 5 |
| 10:39 | 6 |
| 10:39 | 7 |
| 10:39 | 8 |
| 10:39 | 9 |
| 10:39 | 10 |
| 10:40 | 11 |
| 10:40 | 12 |
| 10:40 | 13 |
| 10:40 | 14 |
| 10:40 | 15 |
| 10:40 | 16 |
| 10:40 | 17 |
| 10:40 | 18 |
| 10:40 | 19 |
| 10:40 | 20 |
| 10:40 | 21 |
| 10:40 | 22 |
| 10:40 | 23 |
| 10:40 | 24 |
| 10:40 | 25 |

employee at Mattel.  He stated that he designed these at home and on the weekends on his free time with his own resources."

That's Exhibit 9256.

Again, not a word about 1998.  Not a word about Kimberling City, Missouri.

But after the filing of this lawsuit, which started with a suit against Mr. Bryant in 2004, the story changed.  First, the roommate, Mr. Irman, under oath, when he was asked, didn't say a word about watching Mr. Bryant work on Bratz on nights and weekends.  He claimed he first saw the Bratz drawings in January 1999, right before Mr. Bryant started back at Mattel.  And he says he didn't see them again until September 2000, when Mr. Bryant and MGA were already working together.

He didn't say anything about witnessing Mr. Bryant working on, quote, "on his free time on weekends and evenings," closed quote, as Mr. Larian said in the e-mail to his lawyer.

Second, Mr. Bryant's story -- recall Mr. Bryant's story was that he created Bratz in 1998 in Missouri, not on nights and weekends.

And by the time that Mr. Larian testified under oath in this case, he didn't say -- Mr. Larian didn't say that he thought Mr. Bryant had created this on nights and

10:40   1   weekends while working at Mattel.  Instead, he testified

10:40   2   over and over again that he believed that Mr. Bryant created

10:41   3   these drawings in 1998 during the brief period that

10:41   4   Mr. Bryant was not employed by Mattel.

10:41   5          So the contradictions in the evidence of MGA, you

10:41   6   see, are sharp.

10:41   7          So what really happened?  What's the real Bratz

10:41   8   creation story?  The Bratz drawings were created by Carter

10:41   9   Bryant, a Mattel designer, working at Mattel's design

10:41   10   center, using Mattel ideas and using Mattel resources.

10:41   11          And by virtue of Mr. Bryant's contract with

10:41   12   Mattel, Mattel owns them.  We will prove that that is what

10:41   13   happened.  Not just with -- not just with Mr. Larian's

10:41   14   e-mails to his lawyers, but with the countless other pieces

10:41   15   of evidence that we will be able to show to you.

10:41   16          When Mr. Bryant rejoined Mattel on January 4,

10:42   17   1999, he completed a questionnaire which asked him to

10:42   18   identify any design activity that he had gone -- that he had

10:42   19   been engaged in while he was gone which could be construed

10:42   20   as a conflict of interest.  Mr. Bryant understood this

10:42   21   question, because he wrote down some things that he had been

10:42   22   working on.  Said he had worked for a company called Ashton

10:42   23   Drake.  He said nothing about Bratz, nothing about doing

10:42   24   Bratz in Missouri in 1998 before he came back.

10:42   25          The real story of -- the real story of the design

10:42   1   that became the Bratz begins in 1999.  And it doesn't start

10:42   2   with Carter Bryant.  This is after Mr. Bryant has returned

10:42   3   to Mattel for his second stint.  At that time he's working

10:42   4   in Mattel's design center as a doll designer for fashion

10:42   5   dolls, in this case, Barbie.

10:42   6          As he described in his resume, he described his

10:42   7   job later in the second stint at Mattel as, and I quote,

10:43   8   "developing doll toy concepts from initial idea to the

10:43   9   preproduction development stage," closed quote.  Exhibit 20.

10:43   10  So it's a broad job description that he had at the time.

10:43   11         At the time, among other things, Mr. Bryant

10:43   12  created adult-style clothing for Mattel's Barbie

10:43   13  Collectibles line.  And you will see his drawings from this

10:43   14  time.  They're very kind of willowy, elegant gowns.  Totally

10:43   15  different.  Nothing at all like Bratz.

10:43   16         There's a young designer who had just started at

10:43   17  Mattel, who was working in the design center, and her name

10:43   18  is Lily Martinez.  And she's sitting here at counsel table.

10:43   19  She will be Mattel's table representative during this trial.

10:43   20  She had been recruited the year before by Mattel as an

10:43   21  intern while she was -- she was a scholarship student at an

10:44   22  institute, called the Fashion Institute in Los Angeles.  Her

10:44   23  training had been in fashion, not in toys.  So she had come

10:44   24  to Mattel and was learning on the job as an assistant

10:44   25  designer, designing and learning about toys.

| | | |
|---|---|---|
| 10:44 | 1 | And in 1999 she, like Mr. Bryant, was working on a |
| 10:44 | 2 | Barbie assignment, and she was designing a sort of a decal |
| 10:44 | 3 | for tops, a top, a blouse that was to be worn by a new |
| 10:44 | 4 | Barbie doll.  It's called "Cool Skating Barbie."  And Cool |
| 10:44 | 5 | Skating Barbie had a top, and there was a design that needed |
| 10:44 | 6 | to go on the blouse.  It was going to be applied as a decal. |
| 10:44 | 7 | And they were going to be worn by Barbie and her two doll |
| 10:44 | 8 | friends, who are part of this Cool Skating Barbie line, |
| 10:44 | 9 | named Teresa and Christie. |
| 10:44 | 10 | And Lily was asked to come up with some designs |
| 10:44 | 11 | for this decal.  Come up with different ideas.  And you will |
| 10:44 | 12 | see, she first -- she came up with a number of different |
| 10:45 | 13 | ideas for the decal.  One was a very realistic |
| 10:45 | 14 | Barbie-doll-like young woman, who looked like Barbie skating |
| 10:45 | 15 | fast.  You'll see the design.  Some of them were just words |
| 10:45 | 16 | like "cool skating," you know, different logos, but she also |
| 10:45 | 17 | came up with a series of little girl pictures.  And she gave |
| 10:45 | 18 | this little girl for the -- her idea for the decal was on, |
| 10:45 | 19 | uh, skates.  And it had kind of a small body.  And they held |
| 10:45 | 20 | their arms out like this to keep their balance on this |
| 10:45 | 21 | decal, as you will see.  And she topped them, this little |
| 10:45 | 22 | figure, with an oversized head and big eyes and lips and an |
| 10:45 | 23 | urban style, which she called, she said, it's like me; it's |
| 10:45 | 24 | how I look. |
| 10:45 | 25 | Mattel, her boss, liked Lily's little girl design |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 63 of 106   Page ID #:289758
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

63

| | | |
|---|---|---|
| 10:45 | 1 | best of the ideas she came up with, and her decal was |
| 10:45 | 2 | chosen, and it appeared on the Cool Skating Barbies when |
| 10:46 | 3 | they came to market. |
| 10:46 | 4 | And she -- but her boss liked the idea for this |
| 10:46 | 5 | decal, this childlike figure so much, she said, "Why don't |
| 10:46 | 6 | you continue to work on that.  See what you can do with it. |
| 10:46 | 7 | Why don't you see if you can make this into a doll."  And |
| 10:46 | 8 | Lily was thrilled.  She was pretty new at Mattel.  Here |
| 10:46 | 9 | she's been given the go-ahead, "See what you can do with |
| 10:46 | 10 | this."  And she began to design a doll which she called |
| 10:46 | 11 | "Toon Teens." |
| 10:46 | 12 | Now, Lily's work station in the design center was |
| 10:46 | 13 | in an open cubicle like virtually everybody's was.  It's an |
| 10:46 | 14 | open plan environment with open cubicles, and there aren't |
| 10:46 | 15 | many doors.  People can see what everybody else is working |
| 10:46 | 16 | on.  And she had her designs that she came up with for the |
| 10:46 | 17 | decal and also for the Toon Teens dolls -- as she developed |
| 10:46 | 18 | them, she had them posted around her work area, just like |
| 10:46 | 19 | other designers did.  It wasn't something that you hid. |
| 10:46 | 20 | Ideas weren't hidden.  This was not just open-door but |
| 10:46 | 21 | open-cubicle policy, and people passing by were free to see |
| 10:47 | 22 | what she had done. |
| 10:47 | 23 | These drawings were visible to Mr. Bryant, who |
| 10:47 | 24 | also worked in that design center.  They were visible to him |
| 10:47 | 25 | when he was there, not nights and weekends.  And Toon Teens |

| 10:47 | 1 | grew -- this idea, this project for a new doll grew from the |
| 10:47 | 2 | idea for that decal that Lily Martinez had started with. |
| 10:47 | 3 | Urban, ethnicity, oversized feet, larger head than body, |
| 10:47 | 4 | outstretched arm pose.  Much from Lily's skater drawings for |
| 10:47 | 5 | the decal was carried over into the Toon Teens, and much |
| 10:47 | 6 | from the Toon Teens, you will see, was carried over by |
| 10:47 | 7 | Mr. Bryant into his Bratz drawings. |
| 10:47 | 8 | Here is an example.  I'm showing Exhibit 258-6, |
| 10:47 | 9 | 48-2, and 78-1. |
| 10:47 | 10 | On the left-hand side is one of Lily's decals for |
| 10:47 | 11 | the Cool Skating Barbie top.  In the middle is one of Lily's |
| 10:48 | 12 | Toon Teen designs for the doll, the project that she was |
| 10:48 | 13 | given the green light to try to develop, reworking the |
| 10:48 | 14 | skater doll decal into a real doll.  And on the right is one |
| 10:48 | 15 | of Carter Bryant's early Bratz drawings. |
| 10:48 | 16 | Folks, this is a drawing that it is unlike |
| 10:48 | 17 | anything Carter Bryant had done before.  You will see his |
| 10:48 | 18 | work, what it had been, elegant, willowy.  This is very |
| 10:48 | 19 | different. |
| 10:48 | 20 | Mr. Bryant had actually done earlier drawings than |
| 10:48 | 21 | this one for Bratz, and they are very telling. |
| 10:48 | 22 | If we could look now at Exhibits 48-2, 755-1, and |
| 10:48 | 23 | 789-1. |
| 10:48 | 24 | In the middle is Mr. Bryant's first attempt at the |
| 10:48 | 25 | fashion drawing -- crack at fashion drawing for what became |

10:48   1   the Bratz.  This is kind of like -- it's kind of a halfway

10:49   2   step between the work he had been doing before and what

10:49   3   became of the Bratz drawings.  It's very like what he had in

10:49   4   his Barbie sketch books.

10:49   5           It's kind of like, you can see, a Toon Teen sketch

10:49   6   grown up a little bit, larger lips, exotic eyes, urban hair,

10:49   7   long legs with wide bottoms, but it's a more natural human

10:49   8   figure with hands on hips and a more defiant pose.  This is

10:49   9   sort of a typical Carter Bryant fashion drawing with

10:49   10  elements in common with the Toon Teens.  You can see the

10:49   11  influence.  And then you can see how Mr. Bryant emphasized

10:49   12  those elements in his Bratz drawing on the far end.

10:49   13          In that third panel you see Mr. Bryant's later

10:49   14  drawing.  He made the changes -- all the changes were to

10:49   15  make it more like Lily's.  The head, he made huge.  The

10:49   16  arms, he draws them out in that balanced pose.  The legs are

10:50   17  exposed, with huge mid-calf boots.  Change after change in

10:50   18  Mr. Bryant's Bratz drawing to make it less like his own,

10:50   19  less like what he had been doing for Barbie and even more

10:50   20  like Lily's.

10:50   21          Now, I want it to be clear here.  We are not

10:50   22  saying or suggesting that it's a copy of Lily's Mattel work

10:50   23  product.  What I am saying is that what Mr. Bryant did

10:50   24  builds from Lily's Mattel work product, which would be a

10:50   25  perfectly proper thing to do for designers working together

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 66 of 106   Page ID #:289761
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

66

| | | |
|---|---|---|
| 10:50 | 1 | in the Mattel design center.  Only problem is he took -- |
| 10:50 | 2 | came up with the drawing, and he took it secretly outside |
| 10:50 | 3 | the design center and sold it to MGA and sold it to the |
| 10:50 | 4 | detriment of Barbie and Mattel. |
| 10:50 | 5 | Here is another example.  Exhibits 48-1, 5-39, |
| 10:51 | 6 | 793-11. |
| 10:51 | 7 | The middle picture is the very first sketch |
| 10:51 | 8 | Mr. Bryant says he did for Bratz.  Again, it's a fashion |
| 10:51 | 9 | drawing with a normal-sized head and kind of a sassy pose. |
| 10:51 | 10 | Then look at the head size of Mr. Bryant's later Bratz |
| 10:51 | 11 | drawing.  Less like Bryant's, more like Lily's.  The later |
| 10:51 | 12 | pose is wobbly like Lily's and unlike Bryant's.  The legs |
| 10:51 | 13 | are bare with strappy platforms.  Both Mr. Bryant's sketches |
| 10:51 | 14 | have elements from Lily's.  He's just added more.  You can |
| 10:51 | 15 | see the artist's evolution of his concept as he goes. |
| 10:51 | 16 | We are not saying that either Lily Martinez or |
| 10:51 | 17 | Carter Bryant invented the idea of having a doll with a big |
| 10:51 | 18 | head or big feet or large eyes.  That's not what we're |
| 10:51 | 19 | saying.  And we're not saying that Mr. Bryant -- what |
| 10:51 | 20 | Mr. Bryant did is wrong because he copied Toon Teens. |
| 10:52 | 21 | That's not what we're saying. |
| 10:52 | 22 | We're saying there are unique elements here.  He |
| 10:52 | 23 | was influenced by Ms. Martinez's work in 1999.  And you can |
| 10:52 | 24 | see it's 1999.  And that helps us place in time when it was |
| 10:52 | 25 | he created these Bratz drawings.  In 1999.  Toon Teens did |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 67 of 106   Page ID #:289762
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

67

10:52   1   not exist in 1998.  That's our point.

10:52   2           And there's another interesting thing that you

10:52   3   might notice here.

10:52   4           The Toon Teens drawings which came from those tiny

10:52   5   roller-skating Barbie decals, they don't have noses.  And

10:52   6   very unusual, Mr. Bryant's first Bratz sketch there in the

10:52   7   middle doesn't have a nose; and at the end, you will see the

10:52   8   Bratz, when it came out, it's got a nose, but it was about

10:52   9   as tiny a nose as a doll could have.

10:52   10          And we have the first generation Bratz that came

10:53   11  out in June of 2001 here, which I'm holding:  Sasha,

10:53   12  Exhibit 17558; Cloe, Exhibit 12286; Jade, Exhibit 17551; and

10:53   13  Yasmin, Exhibit 17561.

10:53   14          You'll have a chance to see those.  There's only

10:53   15  the suggestion of a nose.

10:53   16          Now, Mr. Bryant swears that he never so much as

10:53   17  saw Lily's drawings, much less used them.  He had a roommate

10:53   18  and a very close friend by the name of Elise Cloonan, who

10:53   19  was a Mattel employee, and she sat only two cubicles away

10:53   20  from Lily Martinez, where the Toon Teen drawings were on

10:53   21  display.

10:53   22          Mr. Bryant doesn't deny that he saw the actual

10:53   23  Toon Teen dolls that that were -- Ms. Martinez, actually --

10:54   24  the prototype dolls that were made months later.  And he

10:54   25  doesn't deny that he discussed the actual dolls with

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 68 of 106   Page ID #:289763
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

68

10:54  1   Ms. Martinez and Ms. Cloonan.  And he points out that the

10:54  2   dolls, the actual Toon Teen dolls, look very different from

10:54  3   the Bratz dolls.  I mean, they -- the Toon Teen dolls were

10:54  4   made in a unique fabric style, and we don't -- no one

10:54  5   contends that he used -- Mr. Bryant used the Toon Teen dolls

10:54  6   in his work.

10:54  7        The evidence will show, however, that he designed

10:54  8   Bratz while working at Mattel and that he was heavily

10:54  9   influenced by Lily's work on Toon Teens.

10:54  10       And MGA will, I'm sure, point out to you all the

10:54  11  different ways the Toon Teen dolls and the Bratz dolls are

10:54  12  different.  The Toon Teen dolls were much larger and soft

10:54  13  and -- and simple with kind of little girls in mind, where

10:54  14  the Bratz dolls, they were -- the smaller scale, the

10:54  15  material's different.  They're made of hard plastic.  It's a

10:55  16  more conventional fashion doll scale.

10:55  17       But this is not evidence of Mr. Bryant and MGA

10:55  18  taking Bratz in a kind of a unique direction.  It's evidence

10:55  19  of Bryant and MGA following the formula Barbie had

10:55  20  established in the 1950s.  And the evidence will show that

10:55  21  Mr. Bryant made these design decisions about the size of

10:55  22  Bratz and the material to be used while he, like Lily, was

10:55  23  still at Mattel.

10:55  24       MGA came later.

10:55  25       Now, Mr. Bryant realizes that his drawings had

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 69 of 106   Page ID #:289764
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

69

| | | |
|---|---|---|
| 10:55 | 1 | commercial value.  So before contacting MGA, he reached out |
| 10:55 | 2 | to a company called "Alaska Momma."  That's the name of it. |
| 10:55 | 3 | Alaska Momma, which is kind of an artist representation |
| 10:55 | 4 | agency.  But before he did so, he visited a notary, a |
| 10:55 | 5 | Jacqueline Ramona Prince, who was a notary at Mattel, and |
| 10:56 | 6 | had these drawings notarized.  And the notary book entry, |
| 10:56 | 7 | which you will see, reflects that the drawings were |
| 10:56 | 8 | notarized on August 26, 1999. |
| 10:56 | 9 | He wanted to show -- he wanted to make sure he had |
| 10:56 | 10 | a record that if this artist representation agency, the |
| 10:56 | 11 | Alaska Momma, tried to steal it, he would have a record that |
| 10:56 | 12 | he sent it to them and when he did it. |
| 10:56 | 13 | The problem for MGA is that Mr. Bryant's desire to |
| 10:56 | 14 | protect himself with Alaska Momma created permanent evidence |
| 10:56 | 15 | that places the drawings at Mattel smack in the middle of |
| 10:56 | 16 | Carter Bryant's employment there and shortly after Lily |
| 10:56 | 17 | Martinez's Toon Teens were publicly displayed in the design |
| 10:56 | 18 | center. |
| 10:56 | 19 | Now, Mr. Bryant had -- he knew something about |
| 10:56 | 20 | copyright and protecting intellectual property.  He had had |
| 10:56 | 21 | some experience with this.  You'll hear that even when he |
| 10:56 | 22 | was in design school, he told his father about something he |
| 10:57 | 23 | called "a poor man's copyright," how you can prove that you |
| 10:57 | 24 | created something.  You mail it to yourself.  It comes back |
| 10:57 | 25 | and it's -- you proved that you had something as of a |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 70 of 106   Page ID #:289765
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

70

10:57  1    certain date, and the stamp will be -- the postage will be

10:57  2    stamped to indicate that that existed as of that date.

10:57  3         And Mr. Bryant actually had 13 copyrights from the

10:57  4    U.S. Copyright Office for songs that he had written between

10:57  5    1986 and 1992, even though he had never sold a single song.

10:57  6    He did this himself without the help of a lawyer.  So he

10:57  7    knew how to protect his drawings if that was his goal, if

10:57  8    that's what he thought he needed to do.

10:57  9         Even what you'll see as the Bratz pitch book that

10:57  10   he took to MGA -- that's Exhibit 302-B -- he's got a

10:57  11   copyright notice.  It says, "Copyright 2000, Carter Bryant."

10:57  12        But despite his demonstrated knowledge about how

10:57  13   to protect his work if he wanted to, he never took any steps

10:58  14   to create the proof that he created Bratz before he came

10:58  15   back to Mattel.

10:58  16        After the Alaska Momma passed on the drawings, he

10:58  17   continued looking for someone who would buy them.  I told

10:58  18   you about how he went to Veronica Marlow, the ex-Mattel

10:58  19   employee who set up the meeting.

10:58  20        But there's one other interesting thing about that

10:58  21   notary book that I just talked about.  There's a peculiar

10:58  22   thing about the entry in the notary book.  The original

10:58  23   entry said the documents notarized were, quote, "original

10:58  24   sketches of doll idea; characters, six in total; names are

10:58  25   Zoe, Lupe, Hallidae, Jade, two males," closed quote.

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 71 of 106   Page ID #:289766
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

71

10:58   1          This is Exhibit 60.  That's the entry in the

10:58   2   notary book.

10:58   3          You will see that jammed in under that entry

10:58   4   appears the words "from 1998 Missouri." Squeezed in there.

10:58   5   The writings, you'll see -- you'll have a chance to compare

10:59   6   the writing and the spacing in the notary book.

10:59   7          We don't know quite when that addition was made to

10:59   8   the notary book, but you'll hear from forensic experts who

10:59   9   will tell you it was not part of the original notary book

10:59  10   entry.

10:59  11          That was not Mr. Bryant's only attempt to alter

10:59  12   documents and evidentiary records in this case to support

10:59  13   MGA's story that the drawings were created in 1998.  In

10:59  14   deposition he admitted that he wrote certain dates --

10:59  15   August 1, 1998, a date on a 1999 -- what he admits was a

10:59  16   1999 Bratz color drawing, that he backdated it.

10:59  17          That's Exhibit 789.

10:59  18          He was asked, "Why did you do that?"  He didn't

10:59  19   have any explanation.

10:59  20          In addition to the notary book and Mr. Bryant's

10:59  21   admitted backdating of 1999 drawings, there's evidence that

11:00  22   Mr. Bryant and MGA knew that if Bratz was created in

11:00  23   mid-1999, Mattel would own it.  Bryant has always --

11:00  24   Mr. Bryant has always known that any drawings he did while

11:00  25   he was a doll designer would be owned by Mattel.  And he --

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 72 of 106   Page ID #:289767
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

72

11:00   1   he will tell you that.  That he -- he understood that that's

11:00   2   what his contract meant.

11:00   3           MGA's story is contradicted by the testimony, by

11:00   4   Mr. Larian's 2001 e-mails to his lawyer, and by the forensic

11:00   5   evidence.  The drawings were made in 1999 when Mr. Bryant

11:00   6   was employed by Mattel.  MGA claims Mr. Bryant's first Bratz

11:00   7   drawings in 1998 were black and white, made on lined paper,

11:00   8   ripped from a spiral notebook.  The problem with that story

11:00   9   is -- we will show you that the first set of drawings were

11:00   10  made on paper torn from the middle of a notebook,

11:00   11  Exhibit 115-C, that Mr. Bryant was using while he worked on

11:01   12  Mattel projects in 1999 and after he left in 2000.

11:01   13          In fact, in another lawsuit, MGA admitted that

11:01   14  Mr. Bryant didn't design Bratz when they now claim he did.

11:01   15  In that other case, MGA was suing another company for making

11:01   16  a doll that they claimed looked too much like Bratz.  In

11:01   17  that lawsuit, the lawyers for MGA represented to the Court

11:01   18  that, I quote, "The designs of the Bratz dolls were

11:01   19  originally created by Mr. Carter Bryant in 1999, and

11:01   20  subsequently amended," closed quote.  That's Exhibit 10175.

11:01   21  And that, of course, is consistent with what Mr. Larian was

11:01   22  telling his own lawyers in 2001 in those e-mails that he

11:01   23  thought you would never see.

11:01   24          There's no dispute that Mr. Bryant was doing

11:01   25  design work on Bratz at Mattel.  He will tell you -- he'll

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 73 of 106   Page ID #:289768
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

73

11:01  1  admit that some of the drawings were actually done at

11:02  2  Mattel.  Some of them actually are dated in August and

11:02  3  September of 1999.

11:02  4        What other resources of the Mattel design center

11:02  5  did MGA use other than what I've told you about the

11:02  6  development of the prototype, the design, and everything

11:02  7  that Carter Bryant did?

11:02  8        Well, fashion dolls like Barbie and Bratz,

11:02  9  obviously, need fashions.  And MGA has never admitted it --

11:02  10  maybe they'll admit it in this trial, but from the very

11:02  11  beginning, from the first four Bratz dolls, MGA was using --

11:02  12  secretly using another group of Mattel employees to develop

11:02  13  the fashions for those dolls that would be sold on the very

11:02  14  first Bratz dolls.

11:02  15        I told you before about an MGA vendor, the

11:02  16  Marlows, who billed 169 hours -- Remember? -- while

11:02  17  Mr. Bryant was still working at Mattel.

11:02  18        Those 169 hours, those were the hours of three

11:03  19  skilled samplemakers at Mattel, women named Ana Cabrera,

11:03  20  Beatriz Morales, and Maria Salazar, who -- not just the

11:03  21  first generation, but they secretly -- MGA used them for

11:03  22  years to create fashions for Mattel dolls.  They aren't just

11:03  23  simply seamstresses.  These are skilled samplemakers.  Very

11:03  24  rare skill.  MGA knew it was wrong.  They paid them in cash

11:03  25  using phony social security numbers, you will learn.

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 74 of 106   Page ID #:289769
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

74

| | | |
|---|---|---|
| 11:03 | 1 | MGA, of course, didn't tell anyone.  Mattel didn't |
| 11:03 | 2 | know.  Peter Marlow, in a 2005 e-mail to Isaac Larian and |
| 11:03 | 3 | Paula Garcia, made clear if it were found out, these |
| 11:03 | 4 | employees would be, quote, "be painfully humiliated and |
| 11:03 | 5 | fired," closed quote.  Exhibit 13223. |
| 11:03 | 6 | Mr.-- MGA and Mr. Larian knew about this.  They |
| 11:03 | 7 | just didn't care.  In previous testimony under oath, |
| 11:03 | 8 | Mr. Larian was asked -- he said -- my question was |
| 11:03 | 9 | different.  "You said that you don't recall reading this |
| 11:04 | 10 | e-mail on which you were copied when it was said if it was |
| 11:04 | 11 | ever found out, these employees would lose their jobs and be |
| 11:04 | 12 | painfully humiliated?" |
| 11:04 | 13 | "That's correct." |
| 11:04 | 14 | "My question is, sitting here today, reading it, |
| 11:04 | 15 | you still wouldn't do anything about it?" |
| 11:04 | 16 | "ANSWER:  Probably I would not." |
| 11:04 | 17 | He has always refused to admit that these three |
| 11:04 | 18 | women were Mattel employees.  He claimed he didn't recognize |
| 11:04 | 19 | their names.  So is Paula Garcia.  We will prove to you that |
| 11:04 | 20 | that is all untrue. |
| 11:04 | 21 | Now, MGA witnesses will tell you, okay, even if we |
| 11:04 | 22 | did take Bratz from Mattel, even if it really is owned by |
| 11:04 | 23 | Mattel, the dolls were not based on Carter Bryant's work. |
| 11:04 | 24 | Were not based on the drawings.  That's -- Mr. Larian has |
| 11:04 | 25 | testified that Bryant was neither the creator or the |

| 11:04 | 1 | inventor of Bratz.  So Mr. Bryant didn't have anything to do |
| 11:04 | 2 | with this. |
| 11:05 | 3 | But the Bratz dolls were based on Mr. Bryant's |
| 11:05 | 4 | drawings.  And before there ever was a lawsuit, the Bratz |
| 11:05 | 5 | product manager at MGA, Paula Garcia, admitted it.  In a |
| 11:05 | 6 | 2001 e-mail, Exhibit 10001, she wrote that, quote, "The four |
| 11:05 | 7 | girls were already concepted," closed quote, when Mr. Bryant |
| 11:05 | 8 | presented them to MGA.  That she thought they were |
| 11:05 | 9 | incredible, and that in creating them, she, quote, "tried to |
| 11:05 | 10 | stay true to his vision." |
| 11:05 | 11 | And that's consistent with Victoria O'Connor's |
| 11:05 | 12 | testimony I referenced earlier.  She said that he already |
| 11:05 | 13 | had a doll that was beautiful.  That's Exhibit-- Exhibit |
| 11:05 | 14 | number -- I can't read it -- it's Paula Treantafelles, 2001. |
| 11:06 | 15 | It's Exhibit 10001 and -2. |
| 11:06 | 16 | Mr. Larian also admitted that Mr. Bryant was the |
| 11:06 | 17 | creator in that e-mail to his lawyer, Patty Glaser, in those |
| 11:06 | 18 | secret 2001 e-mails we discussed earlier.  In those two |
| 11:06 | 19 | separate e-mails, June 29 and July 2nd, Mr. Larian described |
| 11:06 | 20 | Mr. Bryant as the inventor of Bratz.  Once again, |
| 11:06 | 21 | Mr. Larian's testimony in this litigation is contradicted by |
| 11:06 | 22 | what he and other MGA executives have said under oath. |
| 11:06 | 23 | Mr. Bryant was the creator of Bratz.  It was based on the |
| 11:06 | 24 | drawings. |
| 11:06 | 25 | But you have an opportunity to see and to compare |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 76 of 106   Page ID #:289771
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

76

| | | |
|---|---|---|
| 11:06 | 1 | side by side Mr. Bryant's drawings for the Bratz dolls and |
| 11:06 | 2 | the Bratz dolls as they came to market. |
| 11:06 | 3 | If we could put up on the screen Exhibit 791 and |
| 11:06 | 4 | 17558.  This is just one example.  You'll have a chance to |
| 11:06 | 5 | see them all. |
| 11:06 | 6 | On the left-hand side, you have one of |
| 11:06 | 7 | Mr. Bryant's Bratz drawings for Sasha.  And then on the |
| 11:07 | 8 | right, you have the doll, first generation Sasha, as it was |
| 11:07 | 9 | brought to market.  The dolls express the same overall idea |
| 11:07 | 10 | and concept as Mr. Bryant's designs.  A young, hip, urban, |
| 11:07 | 11 | trendy, young girl with some attitude. |
| 11:07 | 12 | The two sculpts -- you'll hear Ms. Leahy, the |
| 11:07 | 13 | sculptor, and she will say she created the sculpt for the |
| 11:07 | 14 | Bratz dolls while Bryant was still employed by Mattel.  She |
| 11:07 | 15 | will tell you that Mr. Bryant gave her direction, critique, |
| 11:07 | 16 | told her how to do the sculpts that would be close to his |
| 11:07 | 17 | vision as set forth in the drawings. |
| 11:07 | 18 | The logo that was used on at least the initial |
| 11:07 | 19 | Bratz products that came to market was created by Carter |
| 11:07 | 20 | Bryant.  It was in that original pitch package materials |
| 11:07 | 21 | that he brought when he came over to MGA. |
| 11:07 | 22 | I told you about the mascots.  Each of the four |
| 11:07 | 23 | characters has a mascot that was created by Carter Bryant. |
| 11:07 | 24 | It's in the original pitch books. |
| 11:08 | 25 | Even though MGA claims that what Mr. Bryant did |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 77 of 106   Page ID #:289772
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

77

| 11:08 | 1 | really didn't contribute much, the dolls aren't based on it, |
| 11:08 | 2 | they won't deny that they paid him almost $35 million for |
| 11:08 | 3 | his contribution. |
| 11:08 | 4 | They say, well, we created a brand, and the brand |
| 11:08 | 5 | is really not based on this, on anything that Carter Bryant |
| 11:08 | 6 | did.  But you see, that what was key to creating the brand, |
| 11:08 | 7 | was that those first generation dolls that were first |
| 11:08 | 8 | brought to market, they had to be successful.  That is what |
| 11:08 | 9 | made the brand. |
| 11:08 | 10 | You will see that Mr. Larian from the very |
| 11:08 | 11 | beginning recognized the power of this design.  He said -- |
| 11:08 | 12 | within two weeks of seeing Mr. Bryant's original drawings, |
| 11:08 | 13 | he said, and I quote, "We are going to risk and spend |
| 11:08 | 14 | millions making this brand happen," closed quote. |
| 11:08 | 15 | In other words, based on seeing these drawings |
| 11:08 | 16 | alone, Mr. Larian was already prepared to commit more money |
| 11:09 | 17 | to this product than he had to any other toy previously in |
| 11:09 | 18 | the history of MGA.  To make the brand work, the first four |
| 11:09 | 19 | toys had to be a hit. |
| 11:09 | 20 | And then, of course, they said -- you'll see an |
| 11:09 | 21 | MGA document from March of 2001 where MGA people are talking |
| 11:09 | 22 | to each other and they say the only risk we see here to |
| 11:09 | 23 | creating this brand -- the only risk is whether or not these |
| 11:09 | 24 | first generation will be a hit.  If they're a hit, the clear |
| 11:09 | 25 | implication is if they're a hit, we've got something here |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 78 of 106   Page ID #:289773
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

78

11:09  1    that will be a huge success.  And then, of course, once you

11:09  2    sell that first generation, once that's a hit, you try to

11:09  3    accessorize it.  That's the standard playbook.  You try to

11:09  4    license it, and you add things on, and that's how you create

11:09  5    a brand, but it all begins with the drawing.

11:09  6           Another answer to MGA's claim that, you know, it

11:09  7    was really MGA that made this a success, and it really

11:09  8    didn't have anything to do with the design is to look at how

11:10  9    MGA's other products have faired.

11:10  10          And if we could look at the -- we've got a graph

11:10  11   here.  From 2001 to 2009, year after year, MGA lost money on

11:10  12   all its non-Bratz products, with the exception of 2005,

11:10  13   where it saw very small non-Bratz products of less than

11:10  14   25 million, even with the benefit of nearly 800 million in

11:10  15   Bratz profits.  This chart covers the first years, the first

11:10  16   eight years from Bratz's introduction.  It shows MGA's ten

11:10  17   best selling product lines.

11:10  18          They all had the -- the one thing that these

11:10  19   products all have in common, they're MGA products, and they

11:10  20   all have the benefit of whatever the management skill and

11:10  21   capability is of MGA.  But only two of them stand out:

11:10  22   Bratz, which dominated.  That's the big line there.  And

11:10  23   Little Tikes, which MGA did not create, but bought using

11:11  24   Bratz profits.  Only one MGA creation contributed more than

11:11  25   1 percent of sales, and even it contributed less than

| | | |
|---|---|---|
| 11:11 | 1 | 2 percent. |
| 11:11 | 2 | The point here folks is that it was Bratz that was |
| 11:11 | 3 | unique.  It was Bratz that deserved -- that drove -- the |
| 11:11 | 4 | design that drove the success of MGA's products.  It wasn't |
| 11:11 | 5 | MGA skill management, because you've seen the results of |
| 11:11 | 6 | that with the other products. |
| 11:11 | 7 | As Bratz took more and more market share away from |
| 11:11 | 8 | Barbie, people at Mattel began to wonder, What have we done |
| 11:11 | 9 | wrong?  How is it that a little known toy company that had |
| 11:11 | 10 | never had a fashion doll before was taking sales away from |
| 11:11 | 11 | Barbie? |
| 11:11 | 12 | Over the life of Bratz, MGA has made profits on |
| 11:11 | 13 | the brand of over $292 million and Barbie's profits by |
| 11:12 | 14 | $323 million.  In fact, between 2004 and 2008, Mr. Larian |
| 11:12 | 15 | and his family members took out $480 million for themselves. |
| 11:12 | 16 | The evidence will show that -- and stands to |
| 11:12 | 17 | reason -- that increased Bratz sales affected Barbie sales. |
| 11:12 | 18 | They're both fashion dolls.  They're kind of side by side on |
| 11:12 | 19 | the -- you know, on the shelves in the Toys R Us.  Customers |
| 11:12 | 20 | have a choice.  And there can be no doubt that the Bratz |
| 11:12 | 21 | sales affected Barbie sales. |
| 11:12 | 22 | In 2005, Mr. Larian wrote to Toys R Us personnel, |
| 11:12 | 23 | and I quote, "The Bratz brand is having a major increase in |
| 11:12 | 24 | market share at the expense of the competition," closed |
| 11:12 | 25 | quote.  That's Exhibit 22106. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 80 of 106   Page ID #:289775
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

80

11:12   1        As Barbie suffered in 2005, Mr. Larian wrote to

11:13   2   Paula Garcia and other MGA executives, quote, "We want to

11:13   3   kill Mattel once and for all," closed quote.  That's

11:13   4   Exhibit 8627.

11:13   5        You know, MGA's gonna tell you Bratz didn't hurt

11:13   6   Mattel.  It's all Mattel's fault, that the people at Mattel

11:13   7   just weren't doing a good job with Barbie.  But we will show

11:13   8   you how Bratz directly impacted Barbie's sales.

11:13   9        It's true that people at Mattel became

11:13   10   self-critical, started to wonder, you know, how come this

11:13   11   other product has become so successful.  I mean, you're

11:13   12   gonna see and we want to show you Mattel memos with colorful

11:13   13   names like "House on Fire" and "This is War" and, you know,

11:13   14   "The Time is Urgent," and people at Mattel involved in

11:13   15   Barbie criticizing what they're doing.  We must have -- we

11:13   16   must have lost our way.  We must not be executing as well as

11:13   17   we did.  You're gonna see language with people at Mattel,

11:14   18   people trying to develop a sense of urgency to fight back

11:14   19   and get market share back.

11:14   20        But as Mattel people wrestled with these issues,

11:14   21   the one thing that's clear is that they had no idea they

11:14   22   were losing market share to another Mattel design.

11:14   23        Other thing that you're gonna hear, I suspect, is

11:14   24   that, you know, Mattel lost Barbie sales because of lead,

11:14   25   lead in toys.

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 81 of 106   Page ID #:289776
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

81

| | | |
|---|---|---|
| 11:14 | 1 | As some of you may know, in the summer of 2007, at |
| 11:14 | 2 | Mattel there was a recall of some Mattel toys that had lead |
| 11:14 | 3 | paint.  And the suggestion's going to be made, "Well, it was |
| 11:14 | 4 | that recall, not Bratz, that impacted Barbie's sales."  But |
| 11:14 | 5 | what you will see is that harm to Barbie, the lost sales was |
| 11:14 | 6 | well before that recall, well before 2007, and that's just |
| 11:14 | 7 | an effort to try to change the subject and to divert you |
| 11:14 | 8 | from the real issues here. |
| 11:15 | 9 | But MGA didn't just take -- didn't just lack a |
| 11:15 | 10 | creative team.  They also lacked the business structure. |
| 11:15 | 11 | And once again -- to exploit this product, once again they |
| 11:15 | 12 | turned to Mattel. |
| 11:15 | 13 | And we will prove that in the United States, in |
| 11:15 | 14 | Mexico, and in Canada, MGA recruited Mattel employees away |
| 11:15 | 15 | from Mattel.  And again, nothing wrong with that.  Pay |
| 11:15 | 16 | people more.  People change jobs all the time and join the |
| 11:15 | 17 | competition.  But what happened here is you're going to see |
| 11:15 | 18 | that with a certain subset of employees, they got more than |
| 11:15 | 19 | the 12 percent raise that most former Mattel people got when |
| 11:15 | 20 | they went to MGA.  There was a subset of employees -- if we |
| 11:15 | 21 | could look at the slide -- six individuals who got |
| 11:15 | 22 | 40 percent raises when they went to MGA.  And the one thing |
| 11:15 | 23 | that these six have in common is that each downloaded and |
| 11:15 | 24 | took with them confidential Mattel information when they |
| 11:15 | 25 | went over to MGA. |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 82 of 106   Page ID #:289777
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

82

11:16  1          As I mentioned, this happened in the

11:16  2   United States, it happened in Canada, and it happened in

11:16  3   Mexico.  And let me talk first about Mexico.

11:16  4          Mr. Larian reached out to three Mattel employees

11:16  5   working at Mattel Mexico:  Gustavo Machado, Mariana Trueba,

11:16  6   and Pablo Vargas.  These people had important

11:16  7   responsibilities for Mattel in marketing and advertising all

11:16  8   of Mattel's product in Mexico.

11:16  9          Mr. Larian first met with Mr. Machado at the

11:16  10  New York toy fair in 2004, in MGA's toy fair showroom.

11:16  11  About a month later, he met with the three of them at the W

11:16  12  Hotel in Mexico City.  They were still Mattel employees at

11:16  13  this time.  They make a presentation with confidential

11:16  14  Mattel information in it.  I won't be able to show you that

11:16  15  entire presentation, because the copy of that presentation

11:16  16  that MGA has given us in this lawsuit has some pages

11:16  17  missing.

11:16  18          For months they e-mailed each other, MGA and these

11:17  19  Mattel employees, using e-mail address plot04@aol and

11:17  20  plot04@yahoo.

11:17  21          In the months before they resigned, these people

11:17  22  began downloading massive information onto a thumb drive,

11:17  23  not just information they used in their day-to-day jobs, but

11:17  24  they reached out for information that would be useful to

11:17  25  them in establishing MGA Mexico.  They reached out for

11:17   1   things like the 2005 Mattel all-world line list.  That

11:17   2   contains, for every single product, the specific cost price

11:17   3   and profit information and the justification for proceeding

11:17   4   to market.  This is, in effect, Mattel's worldwide playbook

11:17   5   for the year.  The most sensitive type of business

11:17   6   information.  Having copied everything they thought they

11:17   7   needed, they resigned on one day, gave notice, and left.

11:17   8   Didn't even wait around for their final paychecks.

11:17   9         They resigned on the same day, you know, a tactic

11:18   10   that apparently amused one MGA executive, who wrote to

11:18   11   Mr. Larian in an e-mail, quote, "You can't believe my

11:18   12   smile," closed quote, at the prospect that how Mattel would

11:18   13   be harmed by their unexpected departure.  That's

11:18   14   Exhibit 3617.

11:18   15         And Mr. Machado trumpeted for Mr. Larian on that

11:18   16   plot04 e-mail address, the day after they gave notice,

11:18   17   quote/unquote, "Rome is on fire."  They're very proud of

11:18   18   what they had done.

11:18   19         At their exit interview, they wouldn't say where

11:18   20   they were going, refused to wait for final paychecks.  And

11:18   21   MGA Mexico grew very rapidly.  Did very well.  MGA Mexico

11:18   22   increased its sales threefold during the first seven months.

11:18   23   With these three Mattel former employees leading the way,

11:18   24   MGA saw a 90 percent increase in its Mexican market share

11:18   25   2005.

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 84 of 106   Page ID #:289779
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

84

11:18   1          How did it happen?  Had a huge head start.

11:19   2          Because of the suspicious circumstances under

11:19   3   which they left, Mattel started an investigation afterwards.

11:19   4   And they got forensic experts in to look at the computers,

11:19   5   and they saw these people had been to -- they found these

11:19   6   e-mails, and they found evidence of downloading onto flash

11:19   7   drives, and that they had, you know, visited websites where

11:19   8   you -- you know, you could use to destroy evidence and the

11:19   9   like.

11:19   10          Now, the law is different in Mexico.  I mean, it's

11:19   11   a little bit different.  Mattel had to file -- to pursue

11:19   12   this, had to file a criminal complaint, which is what

11:19   13   Mexico -- what Mattel did.

11:19   14          And one year later, the Mexican authorities

11:19   15   executed a search warrant at MGA Mexico's offices.

11:19   16   October 2005.  And they found confidential documents, Mattel

11:19   17   documents, over 15,000 worth in both electronic form and

11:19   18   hard copy form.  They were found on the desks in working

11:19   19   files,, obviously being used.

11:20   20          This is a pattern that repeated itself.  In

11:20   21   Canada, the Mattel employee by the name of Janine Brisbois,

11:20   22   she had -- less than three hours after having a telephone

11:20   23   call with Isaac Larian, she got off her telephone interview

11:20   24   with Mr. Larian, and she started copying Mattel files to a

11:20   25   flash drive, files that she took with her when she gave her

11:20  1    notice three days later to join MGA.  Files that were still

11:20  2    on that drive when the Canadian police knocked on her door

11:20  3    eight months later.

11:20  4            MGA will try to downplay the importance of this,

11:20  5    say nothing they took mattered, or we didn't use it.

11:20  6            We'll prove to you that they reached out -- these

11:20  7    people reached out and were very selective and deliberate

11:20  8    about what they chose, what they thought they could use,

11:20  9    what would be valuable to MGA.

11:20  10   Let me give you another example of the kind of

11:20  11   secret information MGA took.  One of the most important

11:21  12   parts of the toy business is forecasting, forecasting how

11:21  13   many toys you're gonna need to manufacture.  A lot of these

11:21  14   are made in the Far East.  They have to go on boats.  You

11:21  15   know, if you forecast too low, you promote a product, and

11:21  16   you don't have it to sell when customers come in to get it.

11:21  17   If you forecast too high, then, you know, you've got unused

11:21  18   product on your hands and that's -- that's very expensive.

11:21  19           In Los Angeles in 2006, MGA recruited away a Jorge

11:21  20   Castilla, who was a Mattel forecasting expert.  Now, MGA

11:21  21   desperately needed some help with a forecasting system.

11:21  22   They hadn't done any -- very well in forecasting.

11:21  23           In November 2004, MGA failed to forecast

11:21  24   $2.7 million worth of orders.  And forwarding this

11:21  25   information to another MGA executive, Mr. Larian wrote, you

| | | |
|---|---|---|
| 11:21 | 1 | know, he was flabbergasted.  He wrote, "Oh, my God." |
| 11:22 | 2 | By 2005 MGA's forecasting hadn't gotten any |
| 11:22 | 3 | better.  A report run in April of 2005 showed that year to |
| 11:22 | 4 | date only 3.3 percent of MGA's inventory forecasting for |
| 11:22 | 5 | Toys R Us had been accurate.  In an e-mail, Mr. Larian |
| 11:22 | 6 | wrote, "We have a big problem." |
| 11:22 | 7 | Well, in March of 2006 when MGA recruited |
| 11:22 | 8 | Mr. Castilla, he took with him dozens of Mattel trade secret |
| 11:22 | 9 | documents, things like Mattel's international strategic |
| 11:22 | 10 | plan, which is Mattel's five-year strategic plan to grow its |
| 11:22 | 11 | business.  He also took with him information concerning |
| 11:22 | 12 | enhancements to Mattel's forecasting system, something that |
| 11:22 | 13 | had taken Mattel years and years and millions of dollars to |
| 11:22 | 14 | develop. |
| 11:22 | 15 | Now, MGA will tell you that, "Oh, when we hired |
| 11:22 | 16 | these employees, we told them, 'We don't want you to bring |
| 11:22 | 17 | with you Mattel information.'"  And, "Here, sign agreements |
| 11:23 | 18 | saying that you haven't come over with any Mattel |
| 11:23 | 19 | information." |
| 11:23 | 20 | But the evidence will be, you will see, what |
| 11:23 | 21 | happened when this was all discovered, when this went down? |
| 11:23 | 22 | No discipline.  Mr. Machado was not disciplined.  MGA is |
| 11:23 | 23 | paying for his lawyers.  In fact, Mr. Machado was promoted |
| 11:23 | 24 | from Mexico to MGA's corporate headquarters in Southern |
| 11:23 | 25 | California.  The year that Janine Brisbois' theft was |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 87 of 106   Page ID #:289782
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

87

11:23  1    discovered in Canada, MGA did nothing.  In fact, she

11:23  2    received the maximum bonus.  And Mr. Castilla, no different.

11:23  3    He was never disciplined, and MGA paid his legal fees.

11:23  4         Now, let me tell you what MGA is going to --

11:23  5    what's their defense to what I've told you?  What are their

11:23  6    defenses going to be?  And, really, I think you're going to

11:23  7    see that the response from MGA is going to be basically to

11:24  8    try to change the subject.

11:24  9         Their first defense will be, well, Mattel stole

11:24  10   from us, too.  Mattel did this -- Mattel stuck -- snuck into

11:24  11   toy fairs, these retail conventions that they have in the

11:24  12   industry, and spied on us and stole our trade secret

11:24  13   information.

11:24  14        Let me tell you about toy fairs.  In the toy

11:24  15   industry, there are toy fairs all over the world every year.

11:24  16   New York, Hong Kong, Nuremberg are the big ones.  And the

11:24  17   toy fair is a place where people get together.  It's a

11:24  18   promotional event.  It's selling time, as Paula Garcia has

11:24  19   said.  They present their -- toy companies present their

11:24  20   products to buyers.  And they -- the media is there.  They

11:24  21   hope to gain interest in selling the new toys.  And, you

11:24  22   know, it's a situation which is highly competitive.  Imagine

11:24  23   the situation where you have all the toy companies together,

11:25  24   kind of one place, presenting their new toys.  You have

11:25  25   Toys R Us is there.  You have Wal-Mart there.  You have

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 88 of 106   Page ID #:289783
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

88

11:25  1    Target there, all –– Cheap by Joules *(phonetic)* –– all

11:25  2    trying to get the attention of the customer.  I mean, it's

11:25  3    free market competition in its rawest form.  And every toy

11:25  4    company is trying to hype their products and talk about what

11:25  5    they've got and what they're bringing to market.

11:25  6            They –– MGA is going to tell you that between 2001

11:25  7    and 2006, along with reporters, distributors, buyers, and

11:25  8    other people, some Mattel employees pretended to be small

11:25  9    toy company owners or reporters so they could get into MGA's

11:25  10   showrooms and see MGA's upcoming new products.  They're

11:25  11   gonna say, you know, you snuck into our booth to see our new

11:25  12   toys and, you know, reported on that.

11:26  13           The evidence will be that both companies got into

11:26  14   each other's toy fair promotional events.  This is

11:26  15   undisputed.  These are the occasions where retailers are

11:26  16   selling product, press is shown product.  It's really ––

11:26  17   nothing is secret.  It's the time that you reveal things.

11:26  18   Sometimes you have a separate showroom, which is only by

11:26  19   invitation, but you invite people in, and you disclose the

11:26  20   things which are not secret anymore.  That is to say, your

11:26  21   new toys.

11:26  22           And MGA's going to say that, "Well, Mattel people

11:26  23   went in, misrepresented who they were, saw our new toys, and

11:26  24   wrote reports back to people at Mattel."

11:26  25           Well, we don't know how MGA people got into

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 89 of 106   Page ID #:289784
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

89

11:26   1   Mattel's showrooms at toy fairs, but -- their documents are

11:26   2   silent on that, but there's no question that they did too.

11:26   3        One MGA employee, a Thomas Pfau, snuck into a

11:27   4   Mattel showroom late at night at the 2007 Nuremberg toy

11:27   5   fair.  Mattel and MGA both expected this kind of behavior

11:27   6   would happen.  Nobody made very much of it, because

11:27   7   everybody knew, once you show things to retailers and the

11:27   8   press, it's out there.  It's no longer secret.

11:27   9        We will show -- we will show that MGA press

11:27   10  releases, industry articles, and other public things that

11:27   11  MGA announced disclosed the very same information that MGA

11:27   12  claims that Mattel stole from MGA in their showrooms.

11:27   13       Let me give you an example from the year 2000.

11:27   14       MGA claims that Mattel stole trade secret

11:27   15  information relating to MGA's new products called "My Dream

11:28   16  Baby," while it was showing at the New York toy fair in

11:28   17  mid-February 2000.

11:28   18       In support of this claim, MGA points to a Mattel

11:28   19  report dated April 2000, reporting on a Mattel person having

11:28   20  seen this at the toy fair.  The problem with this is, this

11:28   21  allegedly trade secret information was already made public

11:28   22  before the New York toy fair in a business wire article

11:28   23  dated April 10, 2000.

11:28   24       Here's the Mattel report that MGA has reported to

11:28   25  as saying this discloses -- wrongly discloses an MGA trade

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 90 of 106   Page ID #:289785
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

90

11:28  1  secret.  This is Exhibit 9498.  MGA claims that its trade

11:28  2  secret says, quote, "Dream Baby features grows from a

11:28  3  crawling infant to a talking toddler."  That's the trade

11:28  4  secret.  The business wire article that was already public,

11:28  5  Exhibit 20185, says, "Dream Baby," quote," literally grows

11:29  6  from a crawling infant to a walking toddler," closed quote.

11:29  7          The Mattel report continues, quote, "voice

11:29  8  recognition, girls can teach her new words, and she responds

11:29  9  to her name," closed quote.

11:29  10         The same information appears in the business wire,

11:29  11  which is based on MGA's press releases.  Quote, "My Dream

11:29  12  Baby knows who her mommy is through voice recognition

11:29  13  technology.  A child can teach her new words and even how to

11:29  14  respond to the name her mommy gives her."

11:29  15         The final allegedly trade secret information in

11:29  16  this Mattel report that was -- supposedly got trade secrets

11:29  17  from the toy fair, quote, "responds to baby activities,

11:29  18  feeding, diaper changing, and hugs," closed quote.  The

11:29  19  article had already disclosed that technology and said the

11:29  20  doll, quote, "responds to various baby activities, including

11:29  21  feeding, diaper changing, and hugs."

11:30  22         I've got other examples I could go through.  I

11:30  23  think I'll spare you going through them now.  My point is

11:30  24  MGA's response to this has been to try to change the

11:30  25  subject.  "Mattel, you stole from us.  You snuck into our --

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 91 of 106   Page ID #:289786
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

91

11:30   1   our toy fair booths and got this secret information about

11:30   2   our upcoming products."

11:30   3           We'll be able to show you in virtually every

11:30   4   single instance where they point to a trade secret that

11:30   5   appeared in a Mattel report that it was already public.  It

11:30   6   was already out there.  And these are not -- these are --

11:30   7   these toy fairs are by definition places where what was

11:30   8   secret is no longer secret.  The whole point of the toy fair

11:30   9   exercise is to tell the world about what your new products

11:30   10  are.

11:30   11          For this kind of conduct, you know, Mattel -- MGA,

11:30   12  you know, we're unclear what damages they seek.  They've

11:31   13  given us an expert report that has numbers in it ranging

11:31   14  from $24 million to $475 million that they're apparently

11:31   15  seeking for invading their booths at toy fairs.  But no

11:31   16  evidence will support their claim for damages for that.

11:31   17          It is, I acknowledge, an unfortunate regrettable

11:31   18  fact that apparently a number of employees did use phony

11:31   19  ID's at certain toy fairs, phony business cards to gain

11:31   20  access to showrooms.  But, folks, this isn't something that

11:31   21  only Mattel did.  Sneaking into toy fair showrooms,

11:31   22  competitors' showrooms was commonplace in the industry.  It

11:31   23  is something that MGA did.

11:31   24          Let me give you some examples.  In January of

11:31   25  2004, Shawn Brower, MGA's former director of special

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 92 of 106   Page ID #:289787
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

92

11:31   1   markets, sent an e-mail to Isaac Larian.  This is

11:32   2   Exhibit 9334.  In it he wrote, and I quote, he's reporting

11:32   3   that, you know, his -- what they would call espionage.  "I

11:32   4   tried to steal a line list from the Mattel showroom.  But

11:32   5   all I was able to get was a licensee list and a marketing

11:32   6   one sheet.  Passed both to Marcy."  Closed quote.  And how

11:32   7   does Mr. Larian respond to this?  Like, "I'm shocked.

11:32   8   Terrible.  You're fired"?  No.  Response is "Good job,"

11:32   9   exclamation mark.

11:32   10          As recently as 2008, a woman by the name of

11:32   11  Angelika Sternberg, in MGA's office in Germany, sent an

11:32   12  e-mail to almost a dozen MGA employees, including Mr. Larian

11:32   13  and Ms. Garcia, informing them, and I quote, "Two of our

11:32   14  colleagues have been able to enter the booth of our

11:33   15  competitor and wrote the attached report," closed quote.

11:33   16  Exhibit 9854.

11:33   17          That report detailed things they saw inside

11:33   18  Mattel's Nuremberg toy fair booth.

11:33   19          And Lisa Saunders, MGA's vice president of sales,

11:33   20  in January 2005, she sent an e-mail to Isaac Larian

11:33   21  providing him with information about Mattel's upcoming

11:33   22  products and placements in retail stores.

11:33   23          This is Exhibit 9427.

11:33   24          She says that the information came from, her word,

11:33   25  quote/unquote, "snooping."  And she acknowledges she could,

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 93 of 106   Page ID #:289788
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

93

11:33  1    quote/unquote, "get in trouble for it."

11:33  2          And what does Mr. Larian say in response?  Again,

11:33  3    unqualified approval.  "Good job," quote/unquote.

11:33  4          Another time Ms. Saunders wrote to Paula Garcia

11:33  5    telling her, "delete this e-mail."

11:34  6          Can we enlarge that?

11:34  7          "Delete this e-mail."  It's an e-mail in which

11:34  8    Ms. Saunders was relaying information about Mattel's

11:34  9    unreleased products.

11:34  10          It's Exhibit 9456.

11:34  11          Ms. Saunders told Ms. Garcia only to delete the

11:34  12    e-mail once you talk to Isaac and Ron.  And Isaac Larian and

11:34  13    Ron Brawer, who's a very senior office at MGA.  In fact, MGA

11:34  14    interviewed for a potential hire a man by the name of Sal

11:34  15    Villasenor.  Now, you're going to hear the name Sal

11:34  16    Villasenor, probably testify.  Sal Villasenor was a Mattel

11:34  17    employee who was in charge of gathering market intelligence

11:34  18    about what competition is doing.  He was the one who was

11:34  19    involved in telling people about fake business cards and the

11:35  20    like and how to get into the showrooms and the like.  He was

11:35  21    in charge of these kinds of activities at Mattel.

11:35  22          MGA interviewed him about hiring him because he

11:35  23    was good, they said -- the e-mail record shows -- good at

11:35  24    gathering market intelligence.

11:35  25          You know, what I'm saying to you is MGA is going

CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

94

| | | |
|---|---|---|
| 11:35 | 1 | to be -- pretend to be shocked and appalled by what they're |
| 11:35 | 2 | gonna call espionage at toy fairs.  I'm telling you this is |
| 11:35 | 3 | something that's commonplace.  That people -- that once |
| 11:35 | 4 | things are shown at toy fairs, they're not confidential and |
| 11:35 | 5 | trade secret anyway.  You may have showrooms that are by |
| 11:35 | 6 | invitation only.  Everybody tries to do the best they can to |
| 11:35 | 7 | find out what products others are coming out with.  I'm not |
| 11:35 | 8 | going to excuse Mattel employees who use fake ID's. |
| 11:35 | 9 | Shouldn't have happened. |
| 11:35 | 10 | My point to you is this is all just an effort to |
| 11:35 | 11 | change the subject, to have some claim that they can assert |
| 11:36 | 12 | against Mattel.  That's what the evidence will be to |
| 11:36 | 13 | distract your attention from the theft of a whole product |
| 11:36 | 14 | line, the Bratz product line, and the systematic stealing of |
| 11:36 | 15 | confidential, proprietary, downloaded information throughout |
| 11:36 | 16 | North America. |
| 11:36 | 17 | We are not asking -- we will not ask you to award |
| 11:36 | 18 | Mattel damages because they snuck into our showrooms.  Just |
| 11:36 | 19 | like MGA, Mattel expected that what you show and talk about |
| 11:36 | 20 | to the masses, to the industry at toy fairs, is ultimately |
| 11:36 | 21 | gonna be learned by the competition.  This is not a case |
| 11:36 | 22 | about how competitors compete, you know, the rough and |
| 11:36 | 23 | tumble of American competitive enterprise that we're all |
| 11:36 | 24 | familiar with.  This is a case about how one competitor here |
| 11:36 | 25 | stole and created a whole product line through theft. |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 95 of 106   Page ID #:289790
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

95

| 11:36 | 1 | What else are you going to hear by way of defense? |
| 11:37 | 2 | I mean, they're going to talk about a grab bag of other |
| 11:37 | 3 | types of claims that Mattel -- things that Mattel has |
| 11:37 | 4 | allegedly done, unfair types of competitive activities. |
| 11:37 | 5 | They may show you this slide.  It's a picture of |
| 11:37 | 6 | Mr. Eckert here, when he was under oath before.  And |
| 11:37 | 7 | apparently -- I mean, there's -- they've taken an e-mail |
| 11:37 | 8 | here where Mr. Eckert said in the e-mail, "Neil, do you want |
| 11:37 | 9 | me to kill this or let it slide?" |
| 11:37 | 10 | And what the e-mail is about is there's a Mattel |
| 11:37 | 11 | executive by the name of Neil Friedman, who has apparently |
| 11:37 | 12 | expressed concern about entering into a license agreement |
| 11:37 | 13 | with a company called THQ, because THQ also has a license |
| 11:37 | 14 | agreement with MGA.  Something to that effect.  He's |
| 11:37 | 15 | expressed a concern about it.  You know, should we be -- |
| 11:37 | 16 | should we have THQ or this other company as a licensee when |
| 11:38 | 17 | MGA also has it too?  And Mr. Eckert writes, "What do you |
| 11:38 | 18 | want?  Do you want me to kill this deal or not?" |
| 11:38 | 19 | They're going to try to make a case to you that |
| 11:38 | 20 | Mattel systematically terminates licenses with companies who |
| 11:38 | 21 | do business with MGA.  Folks, didn't happen.  You know, |
| 11:38 | 22 | Mattel continues to this day to do business with THQ.  They |
| 11:38 | 23 | will not present you evidence, because there is none, of a |
| 11:38 | 24 | single instance where Mattel terminated a licensee because |
| 11:38 | 25 | they do business with MGA. |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 96 of 106   Page ID #:289791
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

96

| 11:38 | 1 | The evidence will be that this is again another |
| 11:38 | 2 | attempt to distract you from the grand -- what this case is |
| 11:38 | 3 | really about. |
| 11:38 | 4 | Mr.-- there won't be a single -- there won't be a |
| 11:38 | 5 | single instance of that happening. |
| 11:38 | 6 | Then, apparently, there's a slide here that they, |
| 11:38 | 7 | apparently, want to use about some deal in a department |
| 11:39 | 8 | store chain, a chain called Kohls.  I think they're mostly |
| 11:39 | 9 | back East.  K-O-H-L-S. |
| 11:39 | 10 | MS. KELLER:  Your Honor, I'm going to object. |
| 11:39 | 11 | This is improper argument. |
| 11:39 | 12 | THE COURT:  Sustained. |
| 11:39 | 13 | Sustained, Counsel. |
| 11:39 | 14 | MR. QUINN:  There will be no evidence of anything |
| 11:39 | 15 | improper being done by Mattel at Kohls.  Kohls entered into, |
| 11:39 | 16 | the evidence will be, a relationship with Mattel and decided |
| 11:39 | 17 | not to enter into a relationship with MGA.  For their own |
| 11:39 | 18 | reasons, they made that decision that that was the more |
| 11:39 | 19 | profitable choice for them. |
| 11:39 | 20 | MS. KELLER:  Same objection, Your Honor. |
| 11:39 | 21 | THE COURT:  Sustained. |
| 11:39 | 22 | MR. QUINN:  There will be no evidence that Mattel |
| 11:39 | 23 | did anything improper with respect to Kohls. |
| 11:39 | 24 | What else will they say? |
| 11:39 | 25 | MS. KELLER:  Your Honor, I'm going to object to |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 97 of 106   Page ID #:289792
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

97

| | | |
|---|---|---|
| 11:39 | 1 | the entire line. |
| 11:39 | 2 | THE COURT:  I'm going to sustain. |
| 11:39 | 3 | Counsel, just present your case, the evidence you |
| 11:39 | 4 | wish to present. |
| 11:39 | 5 | MR. QUINN:  All right. |
| 11:40 | 6 | In my remarks to you this morning, I've made |
| 11:40 | 7 | reference a number of times to documents or information that |
| 11:40 | 8 | was altered, headers whited out, dates added after the fact, |
| 11:40 | 9 | things suppressed for years, and the like.  There will not |
| 11:40 | 10 | be evidence that Mattel similarly hid information, although |
| 11:40 | 11 | I expect that there will be an attempt made to try to do |
| 11:40 | 12 | that. |
| 11:40 | 13 | MS. KELLER:  Objection, Your Honor.  Same |
| 11:40 | 14 | objection. |
| 11:40 | 15 | THE COURT:  I'm going to sustain the objection, |
| 11:40 | 16 | Counsel. |
| 11:40 | 17 | MR. QUINN:  All right.  Mr. Eckert, CEO of Mattel, |
| 11:40 | 18 | like most business people these days, has a computer.  It |
| 11:40 | 19 | has a limited capacity hard drive.  And if you don't delete |
| 11:41 | 20 | things from it -- and you have to double delete.  Not only |
| 11:41 | 21 | do you delete from the in box, you also have to delete from |
| 11:41 | 22 | the delete file.  You use up capacity and you can't get new |
| 11:41 | 23 | information.  So it's a process of constantly deleting. |
| 11:41 | 24 | At Mattel there's a backup system and backup |
| 11:41 | 25 | tapes.  If things are deleted and double deleted from |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 98 of 106   Page ID #:289793
CV 04-9049 DOC – 1/18/2011 – Day 3, Volume 1 of 2

98

| | | |
|---|---|---|
| 11:41 | 1 | Mr. Eckert's computer or from anybody else, any other |
| 11:41 | 2 | executive's computer there, they are not gone forever.  They |
| 11:41 | 3 | are still there backed up on the backup tapes.  The evidence |
| 11:41 | 4 | is -- the evidence is still there. |
| 11:41 | 5 | I don't know if that's an issue that's gonna come |
| 11:41 | 6 | up, but that is what the evidence will be on that. |
| 11:41 | 7 | Another -- MGA may also -- |
| 11:41 | 8 | MS. KELLER:  Objection, Your Honor.  Same |
| 11:41 | 9 | objection. |
| 11:42 | 10 | THE COURT:  Sustained. |
| 11:42 | 11 | MR. QUINN:  Mattel sued -- in this case, in terms |
| 11:42 | 12 | of when Mattel brought suit, I've explained to you that, |
| 11:42 | 13 | when contacted by lawyers from Hong Kong in November 2003, |
| 11:42 | 14 | for the first time saw Mr. Bryant's contract and saw those |
| 11:42 | 15 | drawings and was in a position to make a judgment that the |
| 11:42 | 16 | drawings -- the similarity between the drawings and the |
| 11:42 | 17 | dolls, Mattel acted responsibly and timely in bringing the |
| 11:42 | 18 | case that it did in April. |
| 11:42 | 19 | There will be evidence of an anonymous letter that |
| 11:42 | 20 | was received at Mattel well before that, sometime before |
| 11:42 | 21 | that.  This anonymous letter suggests that Carter Bryant may |
| 11:43 | 22 | have had some involvement in creating Bratz while he was |
| 11:43 | 23 | still employed by Mattel.  And that the suggestion may be |
| 11:43 | 24 | that Mattel should have sued earlier. |
| 11:43 | 25 | MS. KELLER:  Objection.  Your Honor.  Same |

11:43  1    objection.

11:43  2              THE COURT:  Goes to statute of limitations.  You

11:43  3    can continue, Counsel.

11:43  4              MR. QUINN:  So the suggestion may be that Mattel

11:43  5    waited too long to sue, that Mattel should not have believed

11:43  6    MGA's public statements and its statements under oath about

11:43  7    where Bratz came from.  And that we should have known

11:43  8    somehow, maybe because of this anonymous letter, that

11:43  9    Mr. Bryant had created this while he was at Mattel, and we

11:43  10   should have brought our lawsuit sooner.

11:43  11             This is one of the defenses.

11:43  12             Mattel did not know that Mr. Bryant had created

11:43  13   Bratz while he was employed by Mattel, because Mr. Bryant

11:44  14   and in particular MGA and Isaac Larian worked so hard and so

11:44  15   successfully for so long to conceal it.  You don't sue, you

11:44  16   don't bring a case, you don't file a lawsuit based on an

11:44  17   anonymous letter that comes in that you can't do anything

11:44  18   with.  You don't sue just based on a rumor.

11:44  19             THE COURT:  Counsel, this is turning into argument

11:44  20   in anticipation.  Why don't you just simply present what

11:44  21   your evidence is concerning the statute of limitations.

11:44  22             MR. QUINN:  All right.

11:44  23             THE COURT:  All right.

11:44  24             MR. QUINN:  The evidence will be that Mattel, as

11:44  25   soon as it had the evidence that it received from the

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 100 of 106   Page ID #:289795
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

100

| | | |
|---|---|---|
| 11:44 | 1 | lawyers in Hong Kong, saw the contract indicating that |
| 11:44 | 2 | Mr. Bryant had been working for MGA while employed by Mattel |
| 11:44 | 3 | and saw those drawings so it could compare the drawings to |
| 11:44 | 4 | the dolls, that Mattel then brought its case and did not |
| 11:44 | 5 | have reason to bring a case -- bring a lawsuit before that. |
| 11:45 | 6 | And again, as I said, the case was initially |
| 11:45 | 7 | brought just against Mr. Bryant, and then MGA on its own |
| 11:45 | 8 | initiative joined -- joined the lawsuit. |
| 11:45 | 9 | Today, only MGA is in the case.  As I said, it |
| 11:45 | 10 | started out Mr. Bryant was also involved.  Mattel settled |
| 11:45 | 11 | with Mr. Bryant a couple of years ago, and we will show you |
| 11:45 | 12 | the settlement agreement that Mattel entered into with |
| 11:45 | 13 | Mr. Bryant. |
| 11:45 | 14 | That is Exhibit 7520. |
| 11:45 | 15 | What Mattel learned before settling with |
| 11:45 | 16 | Mr. Bryant is that he had signed any rights he had away to |
| 11:45 | 17 | MGA.  Any rights he had to Bratz he had signed to MGA.  Even |
| 11:45 | 18 | his right to keep his 3 percent of the royalty if MGA loses. |
| 11:45 | 19 | And while he -- he himself had profited handsomely |
| 11:46 | 20 | from the royalty, $35 million, it was -- that's nothing |
| 11:46 | 21 | compared to the billions that MGA has gotten from the Bratz' |
| 11:46 | 22 | franchise. |
| 11:46 | 23 | And Mattel did an investigation before settling |
| 11:46 | 24 | with Mr. Bryant and determined that his entire net worth -- |
| 11:46 | 25 | he hadn't been a good manager for his own money.  It was |

DEBBIE GALE, U.S. COURT REPORTER

11:46  1  largely gone because of real estate investments he made in

11:46  2  Colorado or Missouri and Florida.  And his net worth at the

11:46  3  time was $1.4 million.  Under the settlement agreement we

11:46  4  entered into with him, he agreed to pay Mattel $2 million.

11:46  5  Net worth of 1.4 million; he agreed to pay 2 million, part

11:46  6  of that on a promissory note.  That was two years ago.

11:46  7          So that's evidence that you will hear.  And we

11:46  8  believe -- we have reason to believe that Mr. Bryant will

11:46  9  appear to testify, because one term of the agreement was

11:47  10  that he would appear at this trial.  Not as our witness.

11:47  11  The agreement says you're gonna tell the truth, and we're

11:47  12  not gonna script this for you or say what we want you to

11:47  13  say.  You just show up for the trial.  He's had his own

11:47  14  lawyers.  We haven't had any contact with him.  So he'll be

11:47  15  here, and that's why he'll be here.

11:47  16          You know, I've spoken long enough, I suspect.

11:47  17          A toy really is -- at bottom, it starts out as an

11:47  18  idea.  It is an idea.  Rubber and plastic and fake hair is

11:47  19  not what makes little girls buy dolls or the parents of

11:47  20  little girls buy dolls.  It's a concept.  It's an idea.

11:47  21  It's a particular appealing design that strikes home and

11:47  22  that communicates something.

11:47  23          It -- it all starts with the genius and the

11:47  24  inspiration of the doll designer.  And Mattel spends

11:48  25  millions of dollars every year to generate those ideas and

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 102 of 106   Page ID #:289797
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

102

| | | |
|---|---|---|
| 11:48 | 1 | to develop people like Carter Bryant, like Lily Martinez, |
| 11:48 | 2 | and similar men and women in that design center, who work |
| 11:48 | 3 | together and foster the development of new products and |
| 11:48 | 4 | learn -- exploit together sparks of genius. |
| 11:48 | 5 | The theft of ideas makes them less than worthless. |
| 11:48 | 6 | It makes them poisonous, because as you can see here, MGA |
| 11:48 | 7 | used Mattel's creative investment, the evidence will be, to |
| 11:48 | 8 | poison Mattel's business. |
| 11:48 | 9 | MS. KELLER: I'm gonna object, Your Honor, that |
| 11:48 | 10 | this is argumentative, purely argumentative. |
| 11:48 | 11 | THE COURT: It is, Counsel. |
| 11:48 | 12 | Please continue now. Finish up. |
| 11:48 | 13 | MR. QUINN: MGA took Mattel's design. With that |
| 11:49 | 14 | design and the other confidential information they stole, |
| 11:49 | 15 | they went to the marketplace and stole sales from other |
| 11:49 | 16 | Mattel products. |
| 11:49 | 17 | MGA did not bring together those people, |
| 11:49 | 18 | processes, and facilities that originally brought forth |
| 11:49 | 19 | Bratz. |
| 11:49 | 20 | At Mattel's design center work is done in secret |
| 11:49 | 21 | and in collaboration, and the evidence will be that MGA's |
| 11:49 | 22 | Bratz business would not have existed but for MGA's breach |
| 11:49 | 23 | of Mattel's secrecy. |
| 11:49 | 24 | You know, competition is healthy. It means |
| 11:49 | 25 | putting your best product out in the marketplace against |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 103 of 106   Page ID #:289798
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

103

| | | |
|---|---|---|
| 11:49 | 1 | your other competitors' best product.  It pushes everyone in |
| 11:50 | 2 | any industry to create new products and the best products |
| 11:50 | 3 | for consumers.  But the evidence in this case is that MGA |
| 11:50 | 4 | did not sell and didn't come out with his best product.  It |
| 11:50 | 5 | came out with Mattel's second best product.  MGA took that |
| 11:50 | 6 | second best product from Mattel and with it built a company. |
| 11:50 | 7 | This is a story about what was taken from Mattel |
| 11:50 | 8 | and what that grew into, about what MGA took and about what |
| 11:50 | 9 | it became. |
| 11:50 | 10 | And after you've heard all the evidence, we will |
| 11:50 | 11 | ask you to write this wrong and to return to Mattel the |
| 11:50 | 12 | profits that MGA has improperly made on a Mattel design. |
| 11:50 | 13 | Thank you very much. |
| 11:50 | 14 | THE COURT:  Thank you, Counsel. |
| 11:50 | 15 | Ladies and gentlemen, why don't I keep my word |
| 11:50 | 16 | today about the time, and let's just make it 1:30.  It's |
| 11:50 | 17 | just an easy time to remember.  Five minutes won't make a |
| 11:51 | 18 | difference today. |
| 11:51 | 19 | Go out around the area and try to discover a |
| 11:51 | 20 | restaurant or restaurants in the future, and then let's get |
| 11:51 | 21 | together maybe a day or two from now and discuss what's |
| 11:51 | 22 | comfortable for you.  Remember, I'd like to cut that down to |
| 11:51 | 23 | an hour and 15 minutes instead of an hour and a half and see |
| 11:51 | 24 | how that goes for a while. |
| 11:51 | 25 | There's some restaurants on the back side of the |

Case 2:04-cv-09049-DOC-RNB   Document 9702   Filed 01/27/11   Page 104 of 106   Page ID #:289799
CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

104

| | | |
|--|--|--|
| 11:51 | 1 | building.  There's some up along Broadway.  I'm not |
| 11:51 | 2 | conspiring with any restaurants, by the way.  Go wherever |
| 11:51 | 3 | you like.  But you'll probably get that far. |
| 11:51 | 4 | Now, meanwhile, counsel won't eat any food during |
| 11:51 | 5 | the lunch hour so they won't be anyplace near you.  I'm just |
| 11:51 | 6 | teasing you.  But I'll try to locate them someplace.  I just |
| 11:51 | 7 | don't obviously want any contact.  You're not to ask them a |
| 11:51 | 8 | thing.  They're invisible people.  Okay? |
| 11:51 | 9 | You're admonished not to discuss this matter |
| 11:51 | 10 | amongst yourselves, nor form or express any opinion. |
| 11:51 | 11 | The opening statement you just heard by Mattel, |
| 11:51 | 12 | the opening statement you'll hear by MGA and Machado is not |
| 11:51 | 13 | evidence.  It's what they believe the evidence will show. |
| 11:51 | 14 | Have a nice lunch.  We will see you at what time? |
| 11:52 | 15 | THE JURY:  1:30. |
| 11:52 | 16 | THE COURT:  Excellent.  1:30.  All right. |
| 11:52 | 17 | *(Jury recesses at 11:52 a.m.)* |
| 11:52 | 18 | *(Outside the presence of the jury.)* |
| 11:52 | 19 | THE COURT:  All right.  Counsel.  1:30. |
| 11:52 | 20 | MS. KELLER:  Your Honor, before we go, we have |
| 11:52 | 21 | something to put on the record. |
| 11:52 | 22 | THE COURT:  All right. |
| 11:52 | 23 | MS. KELLER:  Yes, Your Honor, I didn't object at |
| 11:52 | 24 | the time, because I didn't want to highlight it for the |
| 11:52 | 25 | jury, but there was a violation of the Court's *in limine* |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/18/2011 - Day 3, Volume 1 of 2

105

| | | |
|---|---|---|
| 11:52 | 1 | motion with respect to Motion No. 7, which had to do with |
| 11:52 | 2 | the Internet washer pro.  The Court excluded that last |
| 11:52 | 3 | night. |
| 11:52 | 4 | THE COURT:  I understand that.  Do you want to |
| 11:52 | 5 | start over? |
| 11:52 | 6 | MS. KELLER:  I'm just bringing it to the Court's |
| 11:52 | 7 | attention. |
| 11:52 | 8 | THE COURT:  I understand that.  I can take the |
| 11:52 | 9 | objection as it comes up.  I would have sustained the |
| 11:53 | 10 | objection if it came up right then.  Okay?  I understand |
| 11:53 | 11 | that.  With no objection, I'm helpless, because I don't want |
| 11:53 | 12 | to break in.  But if you would have objected, I would have |
| 11:53 | 13 | sustained it.  Okay? |
| 11:53 | 14 | MS. KELLER:  Thank you. |
| 11:53 | 15 | THE COURT:  Okay.  Have a nice lunch. |
| 11:53 | 16 | *(Lunch recess held at 11:53 a.m.)* |
| 11:53 | 17 | *(Further proceedings reported by Jane Sutton* |
| 11:53 | 18 | *Rule in Volume II.)* |
| 11:53 | 19 | -oOo- |
| 11:53 | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:53 | 1 | –oOo– |
| 11:53 | 2 | |
| 11:53 | 3 | CERTIFICATE |
| 11:53 | 4 | |
| 11:53 | 5 | I hereby certify that pursuant to Section 753, |
| 11:53 | 6 | Title 28, United States Code, the foregoing is a true and |
| 11:53 | 7 | correct transcript of the stenographically reported |
| 11:53 | 8 | proceedings held in the above-entitled matter and that the |
| 11:53 | 9 | transcript page format is in conformance with the |
| 11:53 | 10 | regulations of the Judicial Conference of the United States. |
| 11:53 | 11 | |
| 11:53 | 12 | Date:  January 18, 2011 |
| 11:53 | 13 | |
| 11:53 | 14 | |
| 11:53 | 15 | _____ |
| 11:53 | 16 | DEBBIE GALE, U.S. COURT REPORTER |
| | | CSR NO. 9472, RPR |
| 11:53 | 17 | |
| 11:53 | 18 | |
| 11:37 | 19 | |
| 11:53 | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |