1

1          **UNITED STATES DISTRICT COURT**

2          **CENTRAL DISTRICT OF CALIFORNIA**

3        **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                  - - - - - - -

5

6    MATTEL, INC., ET AL.,              )
                                        )
7              Plaintiffs,              )
                                        )
8         vs.                          ) No. CV 04-9049-DOC
                                        )     Day 3
9    MGA ENTERTAINMENT, INC., ET AL.,   )     Volume 2 of 2
                                        )
10             Defendants.              )
     _____)

11

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   Jury Trial

17              Santa Ana, California

18           Tuesday, January 18, 2011

19

20

21

22   Jane C.S. Rule, CSR 9316
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-7755
25
     11-01-18 MattelV2

1   **APPEARANCES OF COUNSEL:**

2

3   FOR PLAINTIFFS MATTEL, INC., ET AL.:

4           QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
            By:   JOHN B. QUINN
5                 MICHAEL T. ZELLER
                  WILLIAM PRICE
6                 Attorneys at Law
            865 South Figueroa Street
7           10th Floor
            Los Angeles, California 90017-2543
8           (213) 443-3000

9

10  FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

11          ORRICK, HERRINGTON & SUTCLIFFE, LLP
            BY:   THOMAS S. MC CONVILLE
12                Attorney at Law
            4 Park Plaza
13          Suite 1600
            Irvine, California 92614
14          (949) 567-6700

15          - AND -

16          ORRICK, HERRINGTON & SUTCLIFFE, LLP
            BY:   ANNETTE L. HURST
17                Attorney at Law
            405 Howard Street
18          San Francisco, California 94105
            (415) 773-5700

19          - AND -

20
            KELLER RACKAUCKAS, LLP
21          BY:   JENNIFER L. RACKAUCKAS
                  Attorney at Law
22          18500 Von Karman Avenue
            Suite 560
23          Irvine, California 92612
            (949) 476-8700

24

25

```
 1    APPEARANCES OF COUNSEL (Continued):

 2

 3    FOR DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

 4              SCHEPER, KIM & OVERLAND, LLP
                BY:  ALEXANDER H. COTE
 5                  Attorney at Law
                601 West Fifth Street
 6              12th Floor
                Los Angeles, California 90071
 7              (213) 613-4660

 8              - AND -

 9              LAW OFFICES OF MARK E. OVERLAND
                BY:  MARK E. OVERLAND
10                  Attorney at Law
                100 Wilshire Boulevard
11              Suite 950
                Santa Monica, California 90401
12              (310) 459-2830

13

14    Also Present:

15              ROBERT ECKERT, Mattel CEO

16              ISAAC LARIAN, MGA CEO

17              KEN KOTARSKI, Mattel Technical Operator

18              MIKE STOVALL, MGA Technical Operator

19

20

21

22

23

24

25
```

**I N D E X**

OPENING STATEMENTS

|                    | Page |
|--------------------|------|
| BY MS. KELLER      | 5    |
| BY MR. OVERLAND    | 48   |

**EXAMINATION**

| Witness Name        | Direct | Cross | Redirect | Recross |
|---------------------|--------|-------|----------|---------|
| **ROSS, IVY**       |        |       |          |         |
| By Mr. Quinn        | 102    |       |          |         |

**EXHIBITS**

| Exhibit                          | Identification | Evidence |
|----------------------------------|----------------|----------|
| Plaintiffs' Exhibit No. 1356     |                | 111      |
| Plaintiffs' Exhibit No. 13541    |                | 114      |
| Plaintiffs' Exhibit No. 293R     |                | 115      |
| Plaintiffs' Exhibit No. 13538    |                | 117      |
| Plaintiffs' Exhibit No. 13539    |                | 118      |

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

5

```
 1              SANTA ANA, CALIFORNIA, TUESDAY, JANUARY 18, 2011

 2                       DAY 3, VOLUME 2 OF 2

 3                          (1:39 p.m.)

 4              Okay.  Tyco, Hasbro, Trueba Trueba, Carlos Hotel

 5   Paraiso Radisson Pedregal.  Cavassuto Finiquito, Bandai.

 6              (The following proceedings is taken in the

 7         presence of the jury.)

 8              THE COURT:  All right.  We are back in session.

 9   We are on the record.  All counsel are present, the jury,

10   the alternates are present.

11              Opening statement by counsel for MGA, Jennifer

12   Keller.

13              MS. KELLER:  Thank you, your Honor.

14       OPENING STATEMENT ON BEHALF OF MGA ENTERTAINMENT, INC.

15              MS. KELLER:  Good afternoon.  Well, that first

16   opening statement by Mr. Quinn, that sounded pretty damning,

17   and it's the reason that we always ask you at the beginning

18   of the case to hold on until you hear both sides, because

19   there really are two sides to every story.

20              Now, in the next couple hours, I can't tell you

21   everything you are going to hear in the next 10 weeks.  What

22   I can give you is a little bit of a road map of where we are

23   going with some of the evidence and some of the highlights

24   from our point of view, and perhaps dispel a few things that

25   were -- I will kindly call misstatements by Mr. Quinn.
```

1          Now, this case is about how the world's biggest

2   toy company tried to crush a small but successful competitor

3   after it could not beat it in the marketplace.  The evidence

4   is going to show that MGA did not steal Bratz from anybody.

5   You are going to hear that MGA invested millions of dollars,

6   thousands of hours of labor, and the creativity of a whole

7   team of professionals to create, develop, build, package and

8   market a brand that went far beyond the ideas or the work of

9   any single person.

10          Now, after the Bratz dolls became an international

11   hit starting in 2002, and after Mattel's attempts to imitate

12   them with its massive creative genius flopped, Mattel

13   ruthlessly used its power to keep retailers from carrying

14   Bratz, refused to do business with vendors who ordered

15   products from MGA, pressured stores to put Bratz products in

16   bad shelf locations, engaged in corporate espionage against

17   us, and finally, years after Bratz was a hit, finally

18   claimed in this lawsuit that it had owned Bratz all along

19   and was entitled to all of the profits that MGA had earned,

20   and I mean earned, and that's what really happened.

21          Now, as we start out, please bear in mind that the

22   parties are MGA that's being sued by Mattel, Isaac Larian,

23   as an individual, who is being sued by Mattel, and

24   Mr. Machado as an Individual who is being sued by Mattel.

25   Carter Bryant is not a party to this lawsuit any longer.

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 7 of 128   Page ID #:289808
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

7

1           Let's talk a little bit about who is Isaac Larian,

2    who is this guy, because we've heard that, you know,

3    overnight, out of nowhere, this company became successful.

4    That's not true.  Isaac Larian is the CEO of MGA, and he's

5    the main owner, he and his family are the main owners of it.

6    It's not a publicly traded company.

7           He came to the United States in 1971 with a

8    one-way ticket and $750 in his pocket, and he came here for

9    the same reasons that the United States has been a magnet

10   for so many immigrants over so many years, for education,

11   for opportunity and for freedom of religion.

12          In 1979, the United States government granted

13   Mr. Larian religious asylum.  He was a Jew from Iran, and

14   the United States determined that he would have asylum here.

15   He became an American citizen, and a proud American citizen,

16   very proud, and he's proud that in the land of opportunity,

17   he was able to come from such humble beginnings and achieve

18   what he's been able to achieve today.  It wasn't an

19   overnight process.

20          It started with him washing dishes at $1.65 an

21   hour at a Spires coffee shop in Lawndale from 11:00 p.m. to

22   7:00 a.m. and then going to college during the day at Cal

23   State Los Angeles, where he earned an engineering degree, a

24   civil engineering degree, and he studied English as hard as

25   he could.  And he will probably tell you that he's

CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

8

1   apologetic about his accent, but his accent in English is

2   better than mine in any foreign language.

3          He was a waiter at the LAX restaurant, you know

4   the one that revolves around?  And he graduated in 1978 with

5   a degree in civil engineering from Cal State L.A. while

6   still waiting tables at night.

7          In 1984, he married his wife Angela, who is here,

8   and with her, had three children, Jason, 24; Jasmin, 22; and

9   Cameron, 17.  And the kids figure prominently in the story

10  because in addition to having dolls named after them, you

11  are going to hear that Jasmin, in particular, was kind of

12  the inspiration for Mr. Larian getting into the Bratz line

13  of dolls.

14         So in 1982, Mr. Larian, who always wanted to have

15  his own business, quit the little business that he had had

16  selling giftware from his car, which he had called Surprise

17  Gift Wagon.  He was importing and selling giftware.  And he

18  got enough money together to start a company that he called

19  ABC International.  It imported and sold consumer

20  electronics, like Walkmen and cordless phones.  It's amazing

21  to me that Walkmen are already obsolete, but I guess it is.

22         By 1987, Mr. Larian had 50 employees, and he had

23  about $50 million in sales.  Then he acquired something

24  really special, the right to the Nintendo games, and all of

25  a sudden his focus shifted.  And in 1993, Mr. Larian and,

1   what he called, Micro Games of America, which is -- once he

2   entered the toy business with Nintendo, he changed the name

3   to Micro Games of America.  He got the rights to the Power

4   Ranger toys, and for those of you with kids or grandkids,

5   Power Ranger toys were very successful.  Sales grew over

6   60 million, and by now -- this is, again, 1993 -- now he

7   gets completely into the toy business.

8           So 1993, sales over 60 million, and by 1996,

9   Mattel, the world's largest toy company then and now,

10  actually gave MGA the license to make many electronic games,

11  ironically including Electronic Barbie game, as well as Uno

12  and Othello.

13          Now, Mr. Quinn said in his opening statement that

14  MGA had never had a successful doll until Bratz, but that's

15  not accurate.  In 1997, Micro Games of America made its

16  first doll called Singing Baby Bouncy, and I -- ladies and

17  gentlemen, I introduce to you Singing Baby Bouncy.  You are

18  all going to be experts on dolls by the time this is over,

19  guarantee you, like it or not.

20          So Singing Baby Bouncy did very well.  Walmart

21  initially passed on the doll, and when Mr. Larian asked them

22  why, the buyer said, "Who in the heck is going to buy a doll

23  from a company called Micro Games of America?"  So

24  Mr. Larian said, "If that's the only objection, we'll change

25  the name," and he changed it to MGA Entertainment.

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 10 of 128   Page ID #:289811
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

10

1          Singing Baby Bouncy, who is now having a nap,

2    became a huge hit, and it won the family fun toy of the year

3    in 1997 and sold over a million pieces.

4          The next year, MGA came out with another hit doll.

5    This was Bath Time Bouncy Baby, and it sold very, very well.

6    By 1999, MGA was fully into the doll business making other

7    successful dolls like Giddy Up Baby and a whole bunch of

8    them.

9          Now, coincidentally after these successes with

10   making dolls, Mattel did not renew MGA's license for the

11   Barbie Electronic game or Forever games.

12         In the year 2000, before MGA even knew that Carter

13   Bryant existed or have heard of Bratz, MGA made many new

14   dolls, including a line called the Prayer Angel doll, and

15   this is going to come -- this is going to factor in later

16   because you've heard about billings and something about

17   Bratz being code named "Angel."  Well, you are going to hear

18   that the person we're talking about worked on these Prayer

19   Angel dolls.  And the Prayer Angel dolls were cute little

20   multi-ethnic dolls, and they were successful.

21         Then MGA won another award for yet another doll

22   called My Dream Baby, and My Dream Baby had voice

23   recognition.  It was the first ever for any doll.  It

24   listened to a kid's voice and actually talked back to the

25   kid.  And as you took care of this doll, it would grow

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 11 of 128   Page ID #:289812
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

11

 1    physically and emotionally.  It crawled first, and then

 2    eventually it actually walked.

 3            Now, MGA's dolls began to be distributed in major

 4    retail stores, Walmart, Toys R Us, Kmart, JC Penny, Target,

 5    places that really sell the majority of toys in this

 6    country.

 7            Now, Mr. Quinn also said that the only -- if I can

 8    get this correct, the only successful toy for MGA since

 9    Bratz was introduced was Bratz itself, that we never made

10    another successful toy.  Well, that's not correct either.

11    We actually have the number one selling toy in the U.S.

12    right now, and in 2010, and the number one item Googled on

13    Google.  May I introduce to you Lalaloopsy.  Lalaloopsy is a

14    very, very popular toy, and it was just named the number one

15    toy, among other places, Australia, so it's not just here in

16    the U.S. that it's a hit.

17            But anyway, so we were making dolls, folks, we

18    were making dolls.  We weren't making Barbie dolls, but we

19    were making dolls.

20            Anyway, MGA's path was soon going to intersect

21    with Barbie herself, the unrivaled queen of the fashion doll

22    market, no doubt about it, through the whole latter half of

23    the 20th century.  And you can hear various definitions of

24    fashion doll.  Mr. Quinn gave you one, but basically it's a

25    doll that has fashion you can take on and put off and change

1    and put different clothes on, and the action of putting

2    those clothes on and off and brushing the hair, making

3    hair-dos, doing things with dolls, putting them in their

4    little houses and whatnot, that's called a play pattern.

5            The fashion dolls are manufactured both as toys

6    for children to play with and as collectibles for adults.

7    We had one prospective juror who said she was 50 and still

8    collected Barbie Collectible dolls.  Some people have

9    literally hundreds of them, and they are expensive.  So

10   there are two kinds.

11           Now, the history of Barbie is pretty familiar.

12   She was first introduced in the world in 1959 as a blonde,

13   blue-eyed symbol of mid-western wholesomeness.  To tell you

14   how long ago that was, Father's Knows Best was the hit TV

15   show, along with Leave it to Beaver, and I was six years

16   old, sadly.

17           According to Mattel's own internal documents,

18   Mattel recorded its most successful year in 1997 with Barbie

19   sales accounting for 36 percent of Mattel's revenues and

20   48 percent of its income.  So all these toys that it makes,

21   this huge number of toys, Barbie was still, in 1997, 48

22   percent of its income.  And in Mattel's own words, "Mattel's

23   dependence on Barbie's performance was obvious and

24   significant."  This wasn't just the doll sales but all the

25   other Barbie brand sales and licensing revenues, all of the

1    other stuff.  I mean, when you go in to a toy store, there

2    are Barbie everythings.  There are little Barbie cars.

3    There are Barbie houses.  There are Barbie golf clubs.

4    There are every kind of Barbie accouterments that you can

5    ever imagine.  But the problem is that ever since that year,

6    before Bratz ever came out, sales had been declining.  The

7    signature Mattel franchise has not kept up with the times.

8            Barbie was originally intended for 6 to 9 year

9    old -- or I'm sorry, 9- to 12-year-old girls, so an older

10   pre-teen segment.  But girls nowadays, and all the marketing

11   research has shown this on both sides, they perceive it as a

12   toy for 3 to 6 year olds.  And according to Mattel's own

13   documents, and I'm quoting, "In 2001, the Barbie brand was

14   in a critical stage of its life cycle.  The impact of media,

15   TV, music and other external faster was pushing girls to

16   mature faster than ever.  Barbie sales were seeming younger.

17   Older girls, 8 to 10, after playing with Barbie since they

18   were 3, were seeking a variety of alternative play

19   opportunities.  They were aspiring to become teen-agers and

20   be associated with things that represented that stage in a

21   girl's life.  As a brand, Barbie did not appear to have

22   evolved with the times or with the consumer," and these are

23   Mattel's own words.

24           Now, times have changed since 1959.  Today's teens

25   are hip, they are urban, they are likely to have friends of

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 14 of 128   Page ID #:289815
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

14

1    all different ethnicities.  They are more attuned to iPhones

2    and MP3s than Barbie's dream house.  And teens in 2000 were

3    just as likely to be hip, urban and multi-ethnic, they were

4    more attuned to Nabster and their play stations back then

5    than prom dates with Ken.

6            Kids these days are no longer 90 percent

7    white-European.  They might be Asian or Latina or Middle

8    Eastern or Caribbean or African or Indian, all kinds of

9    different ethnicities.  We don't have such a modalistic

10   society anymore.  And this is something Mr. Larian was

11   keenly attuned to just from looking at his own kids and

12   their giant variety of friends.  He would look around and

13   look at his own kids and look at the dolls that were out

14   there on the market, and he saw opportunity, the thing he

15   came to this country for.

16           Now, that was -- so that was the specter facing

17   Mattel at the beginning of the 21st century, a Barbie buyer

18   was as likely to be a 40-year-old woman purchasing an

19   expensive collectible for herself or a pink box for a 3- to

20   5-year-old child.  The rest of the market was defecting and

21   declining, so enter the Bratz and Carter Bryant.

22           Now, here is how Isaac Larian first met Carter

23   Bryant and what he did to make sure that Mr. Bryant owned

24   his designs and that MGA was doing everything by the book

25   and above the board.

1         By summer 2000, Mr. Larian had asked MGA's

2    employees and doll designers to come up with a new fashion

3    doll because he saw this opportunity.  Kids were changing.

4    Barbie was no longer fresh or appealing to them.  There was

5    a new generation of girls out there.  He was shown a few

6    different fashion doll concepts, but he didn't really care

7    for them.

8         On September 1st, 2000, he was introduced to

9    Carter Bryant.  Bryant described himself as a fashion

10   designer for Barbie Collectibles.  He was working for Mattel

11   at the time, there is no secret about that.  Mr. Larian

12   thought that Carter Bryant was there for an interview as a

13   fashion designer.  Mr. Bryant's job at Mattel wasn't

14   designing dolls themselves but making clothes and fashion

15   accessories for this very narrow line of dolls, these Barbie

16   Collectibles.  That's where he worked, and that's what he

17   did.  These are dolls that are for display.  You can't even

18   believe the variety of them.  I mean, they've got things

19   like, you know, the Goddess series, Athena Barbie, Aphrodite

20   Barbie.  It's just endless, all the different varieties of

21   these Barbies, so that's where he was working.

22        Now, he meets with Mr. Larian, and he had brought

23   in what's called a pitch book, and that's a portfolio with

24   his drawings.  And those drawings were of four hip, urban,

25   multi-character, young, kind of fashion-forward girls with

1    kind of exaggerated features instead of Barbie's perfect

2    little proportionate features.  These were exaggerated, and

3    he called them the "Bratz," B-r-a-t-z, and he named the four

4    Zoe, Hallidae, Lupe and Jade.

5          Now, what makes them appear different from the

6    Barbie dolls was that they had the oversized head and feet

7    and oversized Angelina-Jolie-type eyes, large eyes, tiny

8    almost nonexistent noses -- I think on his initial drawings

9    they were nonexistent -- and small waist and long thin lips.

10   So for those of you who are older, it's not the first time

11   you've heard of a doll with a big head.  Think about Betty

12   Boop.  And for those of you who are younger, think of the

13   Japanese Anime drawings, like Sailor Moon.  So it wasn't

14   brand new, but in the context he was thinking of, it was a

15   fresh idea.  And he also wanted the dolls to have removable

16   feet and removable hairstyles so they could have different

17   looks at night.  So they could be playing, you know -- doing

18   one thing in the day, and at night they could really be

19   dressed up and be glamorous.

20         So he told Mr. Larian he was pitching these dolls

21   to MGA as a doll concept, and he brought with him this very

22   crude mockup.  You've heard about this beautiful, beautiful

23   sculpted doll that he stole from MGA; no.  It was kind of a

24   Frankenstein mockup.  It had some sort of a head.  It had a

25   Barbie body and Ken boots that he had brought from home.

1    The head was something he had fished out of the trash bin,

2    and it ended up being thrown away later.  I mean, nobody

3    ever even used it.  But he wanted to illustrate, "Look,

4    here's this big head and big feet," which is why he used the

5    Ken boots and kind of the Barbie body.

6          Mr. Larian looked at them and actually thought the

7    drawings were ugly, and he thought they were weird.  But his

8    daughter, Jasmin, who is right here, she was 11 and happy to

9    be hanging out with her dad that day at the office, and he

10   asked her what she thought.  Jasmin said it was cute, and he

11   saw her eyes light up in a way that he hadn't seen in a lot

12   of other dolls he had shown her, and that was enough for him

13   to think about going ahead with the project.

14         So Mr. Bryant had told Mr. Larian that he had been

15   working for Mattel, so Mr. Larian asked him if he had done

16   the doll designs at Mattel as part of his job at Mattel,

17   because if he had done them at Mattel, Mr. Larian would have

18   wanted no part of the designs.  Mr. Bryant said, "Absolutely

19   not.  I did them in 1998 in Missouri."  Mr. Larian said, you

20   know, "I want to verify this so we can proceed with this

21   project" and entered into an agreement with Mr. Bryant, and

22   he made sure he owned the drawings and the concept and that

23   he hadn't done them as part of his current duties at Mattel.

24   So he did what business people call "due diligence" and

25   wanted to verify that everything was -- everything was as it

1    should be.

2             Now, what you are going to hear is that MGA did

3    more than industry custom and more than Mattel does when

4    somebody brings Mattel a concept like that.  MGA just didn't

5    take him at his word that he owned the idea, but it was a

6    delicate situation for MGA because they couldn't really call

7    up Mattel.  That would have been a betrayal of Mr. Bryant's

8    confidence.  You don't call the place where the guy is

9    working right now and say, "Hey, this guy, you know, wants

10   to come and work for us."  So MGA turned to the concept of

11   having a lawyer verify it by speaking to Mr. Bryant himself

12   and having Mr. Bryant's lawyer speak to that lawyer.  And

13   Victoria O'Connor was MGA's vice president of licensing.

14   Her job was to make sure that the ideas belonged to

15   Mr. Bryant and not Mattel.

16             So Mr. Larian asked her to do the due diligence.

17   She hired the lawyer, both to negotiate an agreement with

18   Mr. Bryant and also to check out the story that he did the

19   drawings in Missouri.  And they hired an experienced and

20   very well-qualified attorney named David Rosenbaum, very

21   experienced in the entertainment area and as a

22   patent/copyright/trademark type area.  And Mr. Bryant had

23   his own attorney, and her name was Anne Hwang, and you'll

24   hear that she herself is a very experienced intellectual

25   property attorney.

1          So MGA and Mr. Rosenbaum started negotiating the

2     agreement with Ms. Wang on September 18th, 2000, and after

3     she had looked into it, Ms. Wang assured MGA's lawyer that

4     the work Mr. Bryant had done in developing the Bratz concept

5     had been done outside the scope of his employment and had

6     been done before his employment with Mattel and that

7     Mr. Bryant was the creator and owner of the concept.

8          On September 28th, 2000, Mr. Rosenbaum wrote in an

9     e-mail to Victoria O'Connor --

10         If we can have Slide 2.

11         And here you see the original message.  "Victoria,

12    I spoke with Carter's lawyer this morning, this a.m., and

13    e-mailed her a copy of the draft agreement for her review.

14    I asked her specifically about the Mattel issue, and she

15    said she's reviewed the chronology of the creation of this

16    design and is satisfied that Carter created this outside the

17    scope of his employment at Mattel.  She said she understands

18    the concerns here.  Apparently he conceived this product in

19    1998, so I recommend your patent attorney review this

20    project as soon as possible to avoid any time limitation in

21    the patent laws."

22         And that's Exhibit 18463.  You'll be seeing it

23    later.

24         Now, what's interesting about this is this is

25    MGA's own lawyer believes this to be true, because what is

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 20 of 128   Page ID #:289821
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

20

 1   he worried about?  He's worried that since 1998 is the

 2   creation date, maybe there are time limits running, and

 3   maybe if they don't apply for a patent right away, they

 4   might lose the rights to it.  So he's warning MGA, "Hey, you

 5   better get in there and make sure you own this thing."  And

 6   you'll also see in this slide that Ms. O'Connor forward this

 7   e-mail to Isaac Larian.  So they were aware of the issue,

 8   and they tried to deal with it as best they could.

 9           Ms. O'Connor reported back to Mr. Larian that Mr.

10   Rosenbaum had verified with Ms. Wang that what Mr. Bryant

11   said was true, that he had the idea for the Bratz dolls in

12   Missouri in 1998 and was not working for Mattel.  So that's

13   what he told us.  But MGA didn't stop there.  When MGA and

14   Carter Bryant entered into their agreement, MGA asked him to

15   sign a document promising that he owned the rights to Bratz,

16   and this agreement included what's known in the toy business

17   as "reps and warranties," meaning representations and

18   warranties, and it was entitled "Warranties and Indemnity,"

19   and here is what it said.

20           If we can see Slide Number 3, part C.

21           This is where Mr. Bryant warrants and represents

22   that "the Bryant work product is original and no part of it

23   infringes, or shall infringe, in any common or statutory

24   rights or intellectual property rights of any third party."

25           And let's see, what's our first quote on the right

1    here?  If we can have the next part.

2           Now, this is what Neil Friedman, the president of

3    Mattel, will testify that "when an inventor or a designer

4    brings a toy to Mattel, the only thing that Mattel gets is

5    reps and warranties."  So Mattel, if somebody comes in in

6    the same situation, takes the person's word for it as long

7    as they sign this document.  They don't even have lawyers

8    involved.  And Bob Eckert, Mattel's CEO, who is sitting

9    right here in the front row, also says that "one way

10   companies assures themselves of their acquiring rights is to

11   obtain reps and warranties."

12          If we can see Slide Number 3, the second quote.

13          "Yeah, and one way the company assures themselves

14   that they are acquiring rights is to obtain representation

15   and warranties; is that correct?

16          "Yes, I believe it is."

17          So requiring companies to go out and hire forensic

18   experts to examine ink and try to figure out, you know, the

19   age of paper and all that is not something that is commonly

20   done, and that's the evidence that you are going to hear.

21   And Mattel has over 30 years in the business and has dealt

22   with hundreds of designers and inventors, so we went well

23   beyond that.

24          Now, MGA after all this, was satisfied that

25   Mr. Bryant did own the Bratz concept, and so they entered

1    into an agreement.  Not an employment contract but an

2    agreement that Mr. Bryant would work as an independent

3    contractor assigning the rights to the Bratz concept to MGA

4    and essentially working as a freelancer.  You'll hear also

5    that that's very common in the toy industry.  There are lots

6    and lots of freelancers.

7            When they met on September 1st, Mr. Larian asked

8    Mr. Bryant what his salary was at Mattel, and Mr. Bryant

9    told him that he made over than $5,000 a month at Mattel.

10   Mr. Larian offered Mr. Bryant $5,500 a month, a 10 percent

11   increase per month for 6 months, and during that time, MGA

12   would try to see if the drawings could be translated into a

13   doll, and if Mr. Bryant could design some fashions for those

14   dolls.

15           Further, MGA offered Mr. Bryant if the dolls ever

16   got off the ground, which many don't, most don't, but if

17   they ever got off the ground and if they ever sold, then he

18   would get a 3 percent royalty, but after recovering that

19   first 6-months worth of 5,500 a month on sales of any dolls

20   inspired by his original drawings.  So again, that could

21   have ended up being zero, and often usually is zero.

22           So during these negotiations, Ms. O'Connor

23   reported to Mr. Larian that Mr. Bryant also wanted a

24   3 percent royalty on all non-doll products, like Bratz cars,

25   Bratz fashion, et cetera, movies or books and licensed

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 23 of 128   Page ID #:289824
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

23

 1    products, and Mr. Larian said, "Nope, there's no way.  This

 2    is a big risk.  If we are investing in this, and we are

 3    developing it, these dolls and brands, if it's a success and

 4    we made it, tell him no."  And so that could have been the

 5    end of things, but it wasn't.

 6          Now, why wasn't MGA just willing to go ahead and

 7    do this?  Well, MGA was going to have to try to make

 8    diamonds out of coal.  I mean, these drawings needed to be

 9    polished up, and then you'd talk about millions of dollars,

10    hundreds of thousands of hours of labor; a creativity team

11    of professionals working on sculpting, fashion design; hair,

12    casting; making little clay models, making the little

13    plastic sculpts from those; face painting, accessory design;

14    and then there's engineering, the packaging; the

15    manufacturing, the marketing and building a brand that would

16    last.  So this is a tough market that has been dominated by

17    Mattel and Barbie, which had a 98 percent market share in

18    2000.

19          Now, this is 2000, not 2011.  Nobody knew back in

20    2000 whether the Bratz dolls would ever get to market.  And

21    you are going to hear about a whole bunch of dolls that

22    talented people worked on and had never gotten to market,

23    including some of Mattel's that we'll be talking about, and

24    a lot of dolls that had made it to market but had been a

25    complete flop, and I don't mean they were named "Flopsy."  I

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 24 of 128   Page ID #:289825
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

24

1    mean they didn't sell.  One example of that were the Toon

2    Teenz that you were hearing Mr. Quinn talk about,

3    Ms. Martinez' design.  The Toon Teenz never saw the light of

4    day after they were shown to some focus groups in 1999.  I

5    mean, girls looked at these dolls, and they hated them.  And

6    here are a couple of examples of them.  Kids just didn't

7    like them, you know?

8              If I can approach a little more, your Honor?

9              THE COURT:  No, that's fine, Counsel.

10             MS. KELLER:  Okay.

11             All the inspiration in the world couldn't have

12   turned those into a product that kids wanted to buy.

13             So another one -- you've heard about Diva Starz,

14   with a Z on the end.  Those were sassy dolls that were

15   released by Mattel, also with big heads, big eyes and feet.

16   They did okay initially and then they nose-dived.  In 2002,

17   after seeing how successful Bratz was, Mattel decided to

18   produce a Bratz knockoff, My Scene Barbie, but that was

19   later discontinued.

20             And in 2003, Mattel decided to produce a hip,

21   edgy, urban doll, and they called them "Flavas."  So Mattel,

22   you know, with all the creative people and all that, they

23   came together, and here is one of the Flavas.  Hip, edgy,

24   urban, multi-ethnic dolls with all of the same people

25   supposedly who also created, we are hearing, our Bratz doll,

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 25 of 128   Page ID #:289826
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

25

1    and they were a failure.  And this was even after Mattel had

2    the Bratz game plan, look, theme, the works; complete

3    failure.  And this was after they had observed our marketing

4    strategy and our marketing plan, and even as big as they

5    were, couldn't make them into a hit doll.

6          So that's why I say there was no guarantee these

7    Bratz dolls' drawings could be translated into a doll, and

8    if they could be, there was no guarantee they could sell;

9    and if they could sell, there is no guarantee they would

10   sell big and become established enough to keep selling,

11   which is very important for dolls, apparently.  So the odds

12   were against MGA and the Bratz.

13         Now, I told you Mr. Bryant wasn't happy with the

14   royalty deal.  He wanted 3 percent of everything, not just

15   the dolls, but ultimately, you know, the deal didn't get --

16   didn't actually happen until October 4th, 2000, and that's

17   when he finally agreed to MGA's terms and signed the

18   agreement and got the 3 percent royalty on the dolls that he

19   inspired.  And that's when Mr. Larian decided to go ahead

20   and sign it, and he signed it and faxed -- Mr. Larian

21   signed the agreement's signature page, and he gave it to

22   Ms. O'Connor.  Ms. O'Connor gave it to Mr. Bryant.

23   Mr. Bryant signed the agreement and returned the signature

24   page to her, using Mattel fax machine and Barbie

25   Collectibles.

```
 1            Again, it was not a surprise to anybody at MGA
 2    that Mr. Bryant was working at Mattel.  The only thing they
 3    wanted to make sure of is that he ceased immediately working
 4    at Mattel when he signed a contract, and that his dolls were
 5    his own product on his own time.
 6            So Mr. Larian was excited to get to work on the
 7    doll, and he e-mailed Mr. Bryant, "You need to work 16 hours
 8    a day on Bratz."  You are going to see that e-mail.  Instead
 9    of doing as Mr. Larian instructed, though, and quitting
10    Mattel to immediately work on the Bratz dolls, Mr. Bryant
11    went to his boss at Barbie Collectibles on October 4th,
12    2000, and gave two weeks' notice, which was the same day he
13    signed the contract with MGA, and that was starting
14    October 5th with his final day set to be October 19th.
15            Now, I don't know why he did that, whether he
16    needed the two weeks of pay, why -- whether he felt he
17    needed to leave on good terms in case he wanted to come
18    back.  I just don't know the answer to that, but that's what
19    he did.  And because he was going to be an independent
20    contractor for MGA and not be showing up working a set
21    schedule, MGA only found out later, when Mattel sued
22    Mr. Bryant, that he had stayed that extra two weeks.
23            So let's step back and talk about what led up to
24    Mr. Larian's first meeting with Carter Bryant on
25    September 1st.  And remember, Mr. Bryant is not on trial
```

1  here.

2         Mattel did sue Carter Bryant, and you'll hear

3  about that, and you'll hear about his settlement.  But the

4  terms of the settlement are a little bit different than what

5  you've heard.  Till this day, Carter Bryant hasn't paid one

6  sent to Mattel, nothing, even though he made, as Mr. Quinn

7  said, over $30 million in royalties, he hasn't paid them a

8  penny.  And Mr. Larian, other people at MGA and David

9  Rosenbaum, the lawyer for MGA, they are not the only ones

10  that Mr. Bryant told about the Bratz sketches having been

11  made in 1998, while he was not working at Mattel.  The fact

12  is that he told everyone always, always, always, everywhere,

13  that he created the original master drawings in 1998 when he

14  was in Missouri, outside the scope of his duties at Mattel.

15         Now, this guy may not be the greatest witness in

16  the world, but he's an artist, a sensitive artist.  This is

17  someone who loves designing fashion for dolls.  He, you

18  know, finds the ability to express himself in all sorts of

19  ways with this little piece of plastic, and he loves being a

20  doll fashion designer.

21         So, you know, because Mattel is so big, if you're

22  a fashion designer for dolls, the chances are you worked at

23  Mattel.  In fact, if you were in the toy industry at all,

24  the chances are you've worked for Mattel.  Both MGA and

25  Mattel are in L.A. County, they are just miles apart.  So of

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 28 of 128   Page ID #:289829
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

28

1   course a number of MGA employees had been Mattel employees,

2   and a few MGA employees went on to become Mattel employees

3   because they are in the same business.  It's kind of like

4   employees in the defense contracting industry might work for

5   Lockheed and then go over to Boeing, and then go over to

6   McDonnell Douglas, back to Lockheed.  And Mr. Bryant himself

7   worked for Mattel at two different time periods.

8          Now, remember we are talking about events that

9   occurred 10 or 12 years ago.  Mr. Bryant, I believe is fair

10  to say, has moved on with his life.  He has gone back to

11  Missouri.  But he's always steadfastly maintained the same

12  thing, that he came up with this concept in 1998 when he was

13  not employed at Mattel.  Every person who has asked him,

14  every way he's been asked, and this has been a very

15  aggressively litigated case.

16         So here is the version of events he's always

17  given.  He wanted to be a fashion designer when he was

18  growing up.  He was born in Southern California, and his

19  family had moved around while he was growing up.  He

20  eventually went to Otis College of Art and Design in L.A.,

21  and he studied fashion design but dropped out after a year,

22  moving back to Missouri again, where his family was.

23         When he came back to L.A., he realized he could be

24  a Barbie dress designer, and he was hired by Mattel in 1995.

25  But by 1997, he had gotten frustrated working in his little

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 29 of 128   Page ID #:289830
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

29

1    cubicle.  And you're going to hear that not everybody shares

2    this idea that this is this wonderful world of creativity

3    and collaboration at Mattel.  Some people see it as a

4    cubicle farm where they are stuck and not allowed to be

5    creative, where they only design things that are brought to

6    them, and they are told to "design this, design this for

7    such and such."  You'll hear about some of the extraordinary

8    efforts people went to to try to get Mattel to begin

9    thinking creatively against around this time period.

10          So he gave notice to Mattel in December of '97,

11   and he returned to Missouri for a little -- very short

12   period of time, part-time, he did some freelancing for

13   Mattel.  And then he was living with his parents in

14   Kimberling City, Missouri, near Springfield, and in April of

15   1998, he stopped working for Mattel altogether.

16          And so during the months that followed, he was

17   selling clothes at Old Navy in something called the

18   Battlefield Mall.  So he was seeing fashions, you know, in

19   the mall.  He was doing his own design work, including

20   greeting cards, doll ideas and freelance work for a company

21   called Ashton Drake that makes high-end dolls.  And he still

22   had his pulse on the fashion world.  That just didn't go

23   away because he moved to Missouri.  I mean, he was from L.A.

24   He was subscribing to fashion magazines and watching what

25   was going on in the world around him, watching TV.  And

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 30 of 128   Page ID #:289831
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

30

1    these days, just because you live in a little town in

2    Missouri doesn't mean that you are not exposed to fashion.

3    All you have to do is switch on the TV, and you can see all

4    sorts of things.

5          So this was the summer of 1998.  That was the year

6    Google was founded, the year Apple unveiled the iMac, Exxon

7    Mobil merged.  The popular music was the Dixie Chicks and

8    the Spice Girls and Shakira, and the biggest movie of the

9    year was Titanic.  Ally McBeal was still on TV, so it's a

10   while ago.

11         Now, ideas and creations are often probably

12   inspired by a blend of sources, and that's what happened

13   here.  We can make fun of how kids at Kickapoo High School

14   weren't cool kids and didn't have cool fashion, but there

15   are a lot of different inspirations that an artist gets.

16   And while you might see one, two, three kids and have

17   something start to crystalize in your head, I think it's

18   fair to say that Mr. Bryant had a lot of different

19   inspirations for his art and for his drawings.

20         But he did see some kids that he thought looked

21   cool, and we don't know who those kids were because he

22   didn't take a picture of them, but he thought they looked

23   cool.  And he remember some of the ads that he had seen in

24   magazines around that time, and specifically there was a

25   Paris Blues ad, a Steve Madden shoe ad, and a Dixie Chicks

1   album ad in the -- in the August 1998 issue of Seventeen

2   Magazine.  Seventeen Magazine -- guys who don't have

3   daughters may not have heard of it, but it's a long-time

4   magazine that really appeals to teenage girls.  It's a big

5   seller, and it has a lot of fashion stuff in it.  And Carter

6   Bryant got Seventeen Magazine, and here is what he was

7   looking at.

8           Now, you know, he had been living in L.A., so the

9   idea of hip, multi-ethnic, fashion-forward and funky friends

10  is not a new thing to him, but here are some of the things

11  that what Seventeen meant, and the reason I'm telling you

12  this is not to get you to subscribe to Seventeen, but -- I

13  know some of you would be a pretty hard sell anyway on

14  that -- you need to see that these things were already out

15  there.  The things we are hearing from Mattel that were

16  things that only their genius designers were looking at,

17  they were already out in the marketplace.

18          So for example, second from the top, do you see

19  the long-leggy look, the clunky shoes, the Steve Madden ad?

20  The Steve Madden ad, you know, big clunky shoes, long, long

21  legs, kind of little torso, same kind of hairstyle that

22  you'd see in some of the Mattel stuff that Mr. Quinn showed

23  you.

24          If you look over there on the right, in the top,

25  you see some of the same big flowing kind of gigantic

 1   bell-bottomy-looking jeans that you are going to see.

 2           Look down here on the right, see the Coca-Cola ad?

 3   There is a big head and the pouty lips.  If you look over

 4   here at Paris Blues, and down here in the far left, this is

 5   going to come up later because one of the -- one of the

 6   things that they say we grabbed was Moxie Girlz.  Moxie was

 7   already out there.  These things are important, because if

 8   you are trying to figure out if something is a trade secret

 9   that you own, it's got to be a secret; thus, the name,

10   "trade secret."  And these things were already out in

11   public.

12           So he's getting ideas and inspirations from

13   Seventeen, kids on the street, from TV, from all sorts of

14   stuff.  So his first sketches were in late August, and he

15   stopped working on them sometime in September.  All of this

16   happened in 1998.  He showed these drawings to his mother;

17   yes, he did.  That's who he was living with, and that's who

18   would be interested in them.  It would be nice if he had

19   shown them to an international fashion designer who he never

20   met before that could verify them, but he was living with

21   his mom, and she thought these drawings were cute.  And he

22   did later show them to his companion.

23           Now after working on the Bratz for a time,

24   Mr. Bryant set aside his drawings.  Apart from the fact that

25   he was busy with his Old Navy job, he was turning 30,

1    thought his life wasn't going anywhere, thought he should

2    stop living with him family, packed up and returned to

3    full-time work.  So he came back to L.A., back to the

4    fashion doll industry, wanted to update his portfolio.  He

5    reapplied with Mattel, and that's when he got his job in

6    Barbie Collectibles.

7             He came back December 30th, 1998, and on New

8    Years' Eve, December 31st, 1998, before he went back to work

9    at Mattel, he showed the Bratz sketches to his roommate,

10   Richard Irmen.  He started working at Mattel January 4th,

11   1999, and that day he had to sign a number of papers to

12   start his job, including this piece of paper that you've

13   heard so much about, and you are going to hear more, too,

14   called an "Inventions Agreement."  Now, we do -- after some

15   period of time, we have finally received a copy of it, and

16   we're going to talk about what it contains.

17            Now, you've heard from Mr. Quinn that they are all

18   the same, these agreements are all the same, that everybody

19   in the industry knows about them, they are all the same.

20   No, they are not.  They are different.  They have some

21   significant differences.  And one of the people who will say

22   that, interestingly, is the guy who was Mattel's general

23   counsel at the time.  His name is Bob Normile, Normile.  A

24   general counsel is the top lawyer working inside a company.

25   He doesn't work for a law firm but inside a company.  And

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 34 of 128   Page ID #:289835
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

34

1    he's going to tell you that Mattel won't give its —— its

2    inventions agreement forms out.  It considers them to be

3    confidential and proprietary.  They don't even want other

4    companies getting ahold of theirs to use.  It's that secret.

5    And why is it that they don't want to share it with other

6    companies?  Because all of these contracts are different,

7    and you are going to see some differences in a minute.

8            He is also going to tell you, because we are going

9    to call him onto the stand, that there is actually nothing

10   in the confidentiality and inventions agreement that calls

11   for any employee to disclose his/her obligations to Mattel

12   to any new employer.  So it's between Mattel and the

13   employee, and that's it.

14           Now, what it says —— his agreement says, the part

15   that's really important here, "I agree to communicate to the

16   company as promptly and fully as practicable all inventions,

17   as defined below, concede or reduce to practice by me, alone

18   or jointly by others, at any time during my employment in

19   the company.  I hereby assign to the company all of my

20   right, title and interest to such inventions and all of my

21   right, title, interest and any patents, copyrights, patent

22   applications or copyright applications based thereon."

23           Now, the contract specifies that the term

24   "inventions" includes, but it isn't limited to, all

25   discoveries, improvements, processes, developments, designs,

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 35 of 128   Page ID #:289836
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

35

```
 1   know-hows, data computer programs and formula, whether
 2   patentable or not patentable.  There is a word that's not on
 3   there, "ideas."  They weren't included on the list or
 4   mentioned anywhere on his contract, and there was no mention
 5   whether the agreement included work created on nights and
 6   weekends or on the employee's own time.
 7            Now, this isn't just legalese.  I think that's
 8   what Mr. Quinn told you, is that it's just legalese, and we
 9   kind of glossed over that, everybody knows.  No, that's not
10   the case.  Words in contracts are important, and the precise
11   legal meaning of those terms is an important issue in this
12   case.  It isn't just common sense.  It is important exactly
13   what the words say, and this is why companies hire and pay
14   lawyers big bucks to draft these contracts with great
15   precision, and that's why they are all different.  You know,
16   companies may have different ideas in what they want to
17   cover, what's allowed, what's not allowed, and they have to
18   be spelled out with extreme clarity for the employee.
19            And remember, it is based on this agreement that
20   we are hearing, "Oh, it's just a bunch of legalese, and
21   everybody knows what it means."  It's based on this
22   agreement that Mattel claims it owned the idea to use the
23   name "Bratz" for a doll product line.  It's based on this
24   agreement that it claims it owns Carter Bryant's drawings of
25   Bratz.  It's based on this agreement that it claims that
```

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 36 of 128   Page ID #:289837
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

36

1   everything MGA has produced, everything, every profit, every

2   penny we've made from all of the sweat and labor by MGA

3   employees belongs to them.  They want to take it based on

4   this agreement.  So we are going to be going over that with

5   you, and you'll get copies of all these agreements to take

6   with you and look at in the jury room as well.

7          Now, there are contracts that Mattel drafted for

8   other employees that expressly covered their "ideas,"

9   quote-unquote, and "trademarks."  For almost 20 years Mattel

10  contracts defined ideas and trademarks as something

11  included, and then removed both, both words were removed by

12  the time Carter Bryant signed his contract.

13         So if we could see Slide Number 8.

14         The earlier Mattel contracts, as you can see 1975,

15  1985, 1993, 1994, they included "ideas" and "trademarks."

16  Then in 1994, they changed the contract, and they dropped

17  the word "ideas," they dropped the word "trademarks."  Those

18  words no longer appeared in the agreement.

19         In 1999, Carter Bryant signed that version of the

20  agreement, the one without "ideas" or "trademarks" in it.

21  But in 2004, right before they filed a lawsuit against

22  Carter Bryant, they put the word "ideas" back in and made

23  everybody who worked for them sign all over again.

24         Now, there is something else important in this

25  contract.  The contract Carter Bryant signed said he was

1    assigning inventions made during his employment, okay?

2    What's the meaning of "during your employment"?  Well, if a

3    boss hires a new secretary and says, "Hey, don't make any

4    personal phone calls during your employment," that doesn't

5    mean she can't make personal phone calls at home on nights

6    or weekends.

7          Now, earlier Mattel contracts contained different

8    wording.  They said, "at any time during the period of my

9    employment in the company."  So "the period of my

10   employment," you bracket that with dates, but "during my

11   employment," what does that mean?  And that's going to be

12   one of the issues you are going to be asked to decide.  We

13   are going to be producing a lot of additional evidence as

14   well, but the meaning of these words is not something to

15   gloss over.  It's very central here.

16         Now, in Slide Seven, we also see that from 1975 to

17   1993, the Mattel inventions agreements contain the words "at

18   any time during the period of my employment."  But in 1994,

19   the words "at any time during the period of my employment

20   with the company" were removed from the Mattel inventions

21   agreements and replaced with the words "at any time during

22   my employment by the company."

23         We see that Mr. Bryant's 1999 inventions agreement

24   did not contain the words "at any time during the period of

25   my employment with the company," but it said "at any time

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 38 of 128   Page ID #:289839
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

38

1   during my employment with the company."  But guess what?  In

2   2004, the year the lawsuit was filed by Mattel, the words

3   "during the period of your employment with the employer" now

4   appeared.  It's not the version Carter Bryant signed.

5          Now, during the jury selection process, Mr. Quinn

6   said "line of business," quote-unquote, Mattel's contracts

7   used to say they owned everything in the line of business.

8          If we could have Slide Number 9.

9          We can see that the Mattel inventions agreements

10  from 1975 to 1993 contained the words, quote, "which relate

11  or are applicable directly or indirectly to any phase of the

12  company's business."  And for nearly 20 years, Mattel used

13  that language.  Then Mattel deleted it.  Carter Bryant

14  signed the version with that language deleted.  But -- and I

15  bet you know what's coming.  In 2004, right before Mattel

16  sued Carter Bryant, they put the words "related to your

17  employer's or Mattel's businesses" back in, and asked

18  everybody to sign the new agreement.  Gosh, if it was

19  already covered, why would you need to do all this?

20         And you won't hear any explanation from Mattel why

21  this is so.  Alan Kaye, Mattel's senior vice president of

22  human resources, will testify that the contract was

23  overhauled, but he has no idea why the actual reasons were

24  that words were deleted or put back in.  And he, too, is

25  going to tell you something different than you heard from

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 39 of 128   Page ID #:289840
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

39

1    Mr. Quinn.  Their own senior vice president of human

2    resources is going to tell you there is no custom in the

3    industry that these contracts differ.  No -- no custom, no

4    everybody understands everything, everybody understands

5    exactly what everybody else's contracts in every company

6    say; no way.  As you can see, even in the same company,

7    people were signing different contracts depending on when

8    they started.

9            So later in October of 2000, Mr. Bryant had what's

10   called an exit interview, you know, he's leaving the

11   company, and he has to sit down and fill out a bunch of

12   forms.  And one was what's called a proprietary information

13   checkout form, which now included the word "ideas" along

14   with "inventions," unlike his contract.  That form was based

15   on the 1975 language you saw.  So Mattel could have used it

16   when they had him sign his contract in '99, but they didn't.

17   So that was his last day of work at Mattel, and it was not

18   an agreement that's enforceable because Mattel gave

19   Mr. Bryant nothing in exchange for it.  They just said,

20   okay, this is your last day, sign this.  He signed it and

21   off he went.

22           So, Mr. Bryant, of course, because that exit

23   agreement said you assign Mattel any inventions created,

24   quote, "at any time during my employment by the company," he

25   thought, well, that too means that only applies to work

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 40 of 128   Page ID #:289841
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

40

1    created within the scope of my employment, okay, not on my

2    own time and not outside of Mattel.

3           Now, remember also, that Mattel -- at Mattel in

4    1999 and up until October 19th, 2000, when he quit,

5    Mr. Bryant wasn't tasked with creating new doll lines, that

6    wasn't his job.  He designed fashions, clothes and

7    hairstyles for Barbie Collectibles, which I've told you were

8    the high-end Barbie dolls intended to be displayed by

9    adults, and they are far more expensive than the children's

10   Barbies in a pink box.  He worked on the Goddess Barbie

11   Collectible line that we mentioned.  Barbie as Medusa,

12   Medusa Barbie, Aphrodite Barbie and Athena Barbie.  So he

13   would be told, for example, create some gowns for the

14   goddesses, create a little sword for the goddesses,

15   something like that.  That's what he did.

16          He wasn't told, we want you sitting and thinking

17   up ideas for new dolls.  We are losing market share here and

18   we have to figure out how to -- how to get back in the

19   driver's seat.  He was never asked to create any new doll

20   line ever at Mattel, which was yet another reason that, to

21   him, you know, there wasn't -- there was not a connection

22   between what he was doing for Mattel and what he was doing

23   on his own time.  And he'll tell you, he understood that his

24   own time meant nights and weekends.

25          Now, is it true that he went back and forth and

1    first said, oh, I made these in Missouri, and then later

2    said, actually I made them while I was at Mattel on nights

3    and weekends?  No, no, that's not it.  He said he made the

4    drawings in '98, and then sometime in '99, he looked at them

5    again, and he thought that they still, even after all that

6    time, they looked fresh and exciting, so he decided to apply

7    some color to the drawings.  Now, he's an artist, so at home

8    he has what's called a light box, and if you take a drawing

9    in a light box, you can reproduce the outlines of it and

10   trace it, and that's what he did with this.

11         So he put his drawings in the light box, traced

12   them out, and then he -- he bought that with his own money,

13   by the way, Mattel didn't own that, and this was outside of

14   working hours that he did this, took his master drawings,

15   traced them using the light box, and then he colored in the

16   new drawings.  Didn't change the originals, didn't create

17   anything new, just traced and colored.

18         And in spring or summer of 1999, he went through

19   that whole process again and created color versions of those

20   master drawings, no new characters, nothing in the original

21   '98 drawings was changed, and so he's going to tell you

22   that, in his mind, for all of the reasons we discussed, he

23   thought he owned those drawings.  And he -- it never

24   occurred to him that Mattel might own them, especially

25   because the new doll he was thinking of was this hip,

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 42 of 128   Page ID #:289843
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

42

1    trendy, funky, urban, multi-ethnic doll.  He figured there

2    was no way Mattel would want to make it, it was contrary to

3    Barbie's image and it would be competing in the marketplace

4    with Barbie, which you've heard.

5            So after he added color to these drawings in 1999,

6    Mr. Bryant decided to send the color copies of the drawings

7    to something called Alaska Momma, an artist representative,

8    and see if he can get Alaska Momma interested in his

9    drawings.  And before sending them off, he went to a Mattel

10   coworker, Ramona Prince.  Now, Ramona Prince, the person who

11   you heard a little bit about, she notarized these for him,

12   she was actually the assistant to the vice president of

13   Barbie Collectibles.  So, you know, if he's trying to keep

14   this a big secret, it would be odd for him to go to the vice

15   president of Barbie Collectibles, who just happened to be a

16   notary, and ask her to notarize them, but he was just

17   worried about Alaska Momma.  It's not like he was saying,

18   this is the date they were made.  He was afraid what if

19   Alaska Momma rips off my idea and I have no way of proving

20   that I had them before I sent them to Alaska Momma?  So she

21   notarizes them, and he writes in at the bottom "created in

22   '98."

23           Now, here is the thing, you've heard all of the

24   stuff about, oh, it's squeezed in and maybe it's written in

25   a different ink and all this stuff, the part about created

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 43 of 128   Page ID #:289844
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

43

1   in 1998 that he wrote on there.  Miss Prince who, remember,

2   she worked for the executive vice president of that division

3   that he worked for, she said the notary book stayed with her

4   and no one ever monkeyed with it.  I don't think she

5   actually said "monkeyed," but she said nobody changed

6   anything in her notary book.  So when she notarized those

7   drawings and that was squeezed in there, created in 1998,

8   Missouri, she said that notary book stayed with her.

9          So is she part of the conspiracy too?  The Mattel

10  secretary to one of the vice presidents of the very division

11  he worked for?  He's trying to keep it a secret and thinks

12  this is a big conspiracy, working on this and creating it at

13  Mattel, it seems very odd that he would go to her.  And you

14  are not going to hear any evidence from anybody that MGA had

15  anything to do with the notary book, so that was kind of

16  left out.

17         Now, unfortunately for Mr. Bryant, Alaska Momma,

18  or I guess, now that I think about it, fortunately, Alaska

19  Momma wasn't interested in his drawings and returned them,

20  so he was pretty disappointed, and he shelved his project

21  again.  And then around June or July of 2000, he started

22  looking at them again, and he's still thinking, you know, I

23  think these are really good, somebody is going to like

24  these, somebody is going to get interested in them.

25         So now, the first person that Mr. Bryant asked

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 44 of 128   Page ID #:289845
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

44

1   about pursuing the dolls was a woman named Veronica Marlow.

2   He knew Miss Marlow from Mattel where she had been a

3   designer in the Barbie accessories group, not in the

4   collectibles, but in this other group, and he told her he

5   had a possible project, and he wanted to know if she had any

6   leads for him to pitch his project.  She was no longer at

7   Mattel, she was now doing freelance work for MGA designing

8   dolls, and she had done freelance work for Mattel designing

9   dolls too.

10          So she said, why don't you go pitch your dolls to

11  MGA.  And he said, who's that?  He never heard of MGA, but

12  he met with Miss Marlow and Victoria O'Connor, who we talked

13  about, the vice president of licensing, on August 18th,

14  2000.  We are not sure really who all was at this meeting,

15  because some people, remember that Paula Garcia, who you

16  heard before, was at the meeting, but she doesn't.  And

17  Miss O'Connor doesn't remember that Miss Marlow was there.

18  You know, it's a long time.  It's not like anybody is trying

19  to lie, but they have different memories.

20          So Paula Garcia, who is that?  She was a product

21  manager at MGA, and like Ms. Marlow, she had previously

22  worked at Mattel.  She said she didn't know Mr. Bryant at

23  Mattel, and there is not one person who's going to come in

24  here and say they were friends at Mattel.  So she's supposed

25  to be in on the conspiracy, but no -- there is no evidence

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 45 of 128   Page ID #:289846
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

45

1    that they were friends at Mattel.

2           Now, Mr. Bryant knew Miss Marlow and he knew this

3    sculptor called Margaret Leahy.  When you make these dolls,

4    you have to produce what are called sculpts.  They are very,

5    very important.  The sculptor is super important to this

6    process.  Without them, there is no doll.  Anyway, he says

7    he never knew Miss Garcia, only Miss Marlow.

8           Now, you are going to hear about the design center

9    at Mattel.  It's a huge airport hangar, hundreds of people,

10   hundreds, I mean literally it's an airport hangar, airplane

11   hangar, and people laboring in these cubicles, a sea of

12   them.  Different units have their own cubical groups, and

13   people can work in a hangar for a long, long time without

14   ever meeting the other people who work in that same hangar.

15   They're not in the same group, they're not at the same end

16   of the hangar, they may never -- their paths may never

17   cross.

18          So at this August 18th meeting at MGA, Mr. Bryant

19   brought his Bratz drawings and they were in plastic sleeves

20   in a portfolio.  During the 45-minute meeting, he said,

21   okay, this is a doll idea I came up with in '98.  He pointed

22   out that it was really different than what had been done

23   with a fashion doll before.  Funky outfits,

24   disproportionate, had a bit of attitude.  And Mr. Larian

25   asked him back September 1st, 2000, that was the meeting I

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 46 of 128   Page ID #:289847
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

46

1    talked about earlier.

2          So between the August meeting and the September

3    meeting was when Mr. Bryant had created this crude dummy

4    that came to be called Franken Bratz.  He had gone into a

5    Mattel trash bin that had a sign on it that said "basura,"

6    which is Spanish for trash, and he had fished out a head

7    that somebody had thrown away, and then as I told you about,

8    he got the Barbie body from home and he got a pair of Ken

9    boots from home, and he stuck the boots on the doll and

10   stuck the head on it and, you know, at the time he didn't

11   tell MGA that he was making the dummy, and MGA didn't ask

12   him to.  He didn't tell MGA he had fished the doll head out

13   of a Mattel trash bin, and MGA didn't ask him to do that,

14   and he didn't tell Mattel he was using a Barbie body or Ken

15   boots, and MGA didn't ask him to do that either.  But that

16   wasn't -- there -- actually wasn't all he wasn't telling

17   MGA.  He had asked two co-employees at Mattel to help him

18   make the Franken Bratz look a little more like a doll.  I

19   wish I could show it to you, but it's long been thrown away.

20         So he asked a Mattel employee named Carmen to put

21   some hair on it, put some hair on the head, and he asked

22   another employee named Sheila Kyaw to paint a face.  He says

23   he asked them to do this as a personal favor to him.  He

24   didn't tell them it was Mattel project, that is not correct,

25   he said this is a favor to me, and made them think they were

1    doing this for Mattel, they knew they were doing it as a

2    favor to him for his own project.

3            And sure enough, one of the things you are going

4    to see in this case is the check that he wrote for Miss Kyaw

5    on his own personal checking account.  No MGA check went to

6    her, no Mattel check went to her, it was on Mr. Bryant's

7    personal checking account.

8            Now, he never told any of this to MGA or

9    Mr. Larian.  We didn't learn about it until after the

10   lawsuit, but as far as this wonderful doll that was just a

11   fantastic creation of the geniuses at Mattel and the basis

12   for our doll, that's not the case.

13           So, okay, how do you take these drawings --

14           Your Honor, I -- my -- my co-counsel has noted

15   that we may have a need for just a brief break.

16           THE COURT:  Sure.

17           MS. KELLER:  If that's agreeable with the Court?

18           THE COURT:  Okay.  Why don't we take 10 or 15

19   minutes, okay.  Remind you not to discuss this matter

20   amongst yourselves, nor form or express any opinion

21   concerning the case.  Just take a brief break and we'll come

22   right back.

23           (The following proceedings is taken outside

24       the presence of the jury.)

25           THE COURT:  Counsel, why don't we say 3:00.

```
 1            (Recess.)

 2            (The following proceedings are taken in the

 3       presence of the jury.)

 4            THE COURT:  Okay.  The jury is back in session,

 5       the alternates are back in session, all counsel.

 6            Counsel, thank you for your courtesy.

 7            Ms. Keller, if you'd like to continue with your

 8       opening statement, please.

 9            MS. KELLER:  Thank you, your Honor.

10       OPENING STATEMENT ON BEHALF OF MGA ENTERTAINMENT, INC.

11            MS. KELLER:  I think when we broke, we talked

12       about how Franken Bratz has been thrown away, and now we

13       were at the point where the doll drawings and sketches had

14       to be turned into a reality by MGA.

15            Now, this sounds easy, but it's really hard.

16       Mr. Larian had been ambivalent about the drawings, but Paula

17       Garcia, one of MGA's production managers, had loved them

18       because she had been looking for a concept that would really

19       appeal to girls between 7 and 10 or tweens.  She wanted

20       stylized urban teenage dolls with diversity and

21       individuality, but even she had reservations about whether

22       these were going to be something that could be turned into a

23       doll.

24            For example, she felt that the -- and Miss Garcia

25       felt that the doll named Lupe went too far.  She wanted
```

 1    multi-ethnic dolls, but she found the name Lupe too

 2    stereotypically Hispanic, and she didn't like how the

 3    eyebrows Mr. Bryant had drawn were obviously shaved and

 4    redrawn with a real extreme arch.  She found that the

 5    drawings were too sexy for tween girls.  She called it

 6    va-va-voom, and the proportions between the hip and the

 7    waist and the upper thighs was off.  She wanted a cool

 8    attitude, but she wanted a doll that would be appropriate

 9    for that age group.

10           So to bring the dolls to life, MGA hired a

11    freelance sculptress named Margaret Leahy to begin

12    translating the two-dimensional drawings into a

13    three-dimensional object.  The first thing she had to do was

14    create a sculpt out of clay, a prototype of the doll body

15    but without skin coloring, face paint, hair or clothing.

16    And we've got some of these over here, just we'll show you

17    just very quickly.

18           Miss Leahy was a very talented sculptress.  She

19    had previously worked for Mattel and then had left to work

20    freelance and be a stay-at-home mom.

21           And if I could approach just a little closer, your

22    Honor.

23           THE COURT:  That's far enough, Counsel.

24           MS. KELLER:  Okay.  I don't know if you can see

25    these, but this is an example of what's called the

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 50 of 128   Page ID #:289851
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

50

1    preliminary sculpt that Miss Leahy created, so this is the

2    very, very beginning of the process, and then by the very

3    end of the process, we actually had a doll body, and it had

4    legs that moved, arms that moved, removable feet.  And

5    believe it or not, to get from here to here is an

6    unbelievably complicated process.  If you haven't made a

7    doll, I guess you wouldn't know that, but it's very

8    complicated.

9            THE COURT:  Let me comment, just for a moment,

10   certainly not on the statement, and this doesn't count

11   against your time.

12           I'm pretty informal once we get going, and from my

13   perception, if we could get a lectern right in the middle of

14   this well and have counsel talk directly to you, that's a

15   lot more realistic way to present evidence.  We can't --

16   we've only got the sound system anchored, but eventually,

17   even during instructions in a couple months when the case

18   goes to you, I may instruct you just standing in the middle

19   of the court with the lectern so you can hear, and I may

20   allow counsel even to present evidence from that position.

21   We just don't have it on today's date, so we have to tie

22   counsel to the sound system, plus Mr. Quinn and Ms. Keller

23   would love to jump in the jury box with you, so we're not

24   going to allow that.  We will keep them back, okay?

25           (Laughter.)

```
 1            THE COURT:  All right.  Counsel, continue.

 2            MS. KELLER:  Thank you, your Honor.

 3            So what did Ms. Leahy have to go on?  You heard

 4    the word "blueprint," like there was a whole set of

 5    schematics.  But that's not what she had.  All she had were

 6    what Carter Bryant had dropped off for her around

 7    September 25th, 26th or 27th of the year 2000.  It was a

 8    black binder of his drawings and a Steve Madden ad.

 9            If we could see slide 1 again.

10            That's the Steve Madden ad that I talked to you

11    about in Seventeen magazine that he had drawn a lot of his

12    inspiration from.

13            So that's all she had to go on.  She didn't have

14    any dimensions, no size, no hip size, no head size, she

15    didn't have any side view, back view, none of the

16    things that you -- these two-dimensional drawings were not

17    engineering designs and they weren't drawn for

18    three-dimensional sculpting.  So was she upset?  No way.

19    She was thrilled, she was very, very happy, because she had

20    been given the chance to come up with a sculpt on her own

21    using nothing but the inspiration that Mr. Bryant's drawings

22    provided her.  And she said it's so rare -- it's rare that

23    you get a designer that says, here's my vision, you know, do

24    your magic and run with it.  Carter gave me the drawings and

25    said, here is what I have done, let's see what you can come
```

1    up with.  So she had artistic license.  And the environment

2    she had worked in when she did freelance work for Mattel had

3    been very structured, but this time she could kind of

4    project her own vision.

5            But when Paula Garcia saw the preliminary sculpt,

6    and remember, these people, they see the smallest things

7    that you and I would never even notice, or maybe some of you

8    are that artistic and would, but most of us wouldn't.  She

9    worried again, Paula Garcia said, gee, just like the

10   drawings, these are just too sexy and voluptuous, the thighs

11   and the hips are too full, and so she wanted them to carve

12   material away from them.

13           And over the next few months, Ms. Leahy and other

14   MGA designers like Paula Garcia, Veronica Marlow and

15   Mercedeh Ward worked together and they created further

16   sculpts, introducing dozens of changes and deviations from

17   the drawings that Mr. Bryant had originally presented.

18           Even after it was sent off to Hong Kong in early

19   2001, more changes were made to the sculpt, which further

20   impacted the look of the doll.  And Ms. Leahy in particular

21   had had to do a huge amount of work sculpting the doll to

22   make it look younger, give it a less mature body, and it had

23   to be both attractive to tweens, to preteen girls, but at

24   the same time, it had to be kind of a believable doll, and

25   it had to be producible, it had to be something that the

1    factory could actually make.

2            So she took a lot of inches out, made it younger

3    and sweeter and more human-looking, more believable and had

4    what she called a more relatable head and face structure.

5    It became smaller, less developed, more toned and really

6    more like something that a tween girl would identify with,

7    more like a tween body, so a little more flat-chested and

8    not as -- as curvy at all.

9            So the people who worked on the Bratz doll and

10   made all these changes are going to talk to you about what's

11   involved in taking them from, you know, a sketch to a real

12   doll, and they are going to go into tremendous amount of

13   detail with you.  I'm not going to run through all the

14   things because then we'd need another break, but I can tell

15   you that, for example, a joint had to be placed in the thigh

16   so clothes could be removed.  There were -- there was one

17   really interesting thing that had to be solved.  The feet

18   that Mr. Bryant liked and suggested kept falling off.  You

19   know, the doll had to have removable feet but had to be able

20   to stay on, too, and you'd pick it up, and thunk, there

21   would go the feet.

22           So you heard Mr. Quinn say that -- that the --

23   that MGA and Mr. Larian lied to the federal government when

24   saying that -- when the patent for the removable feet was

25   submitted listing Mr. Larian as the inventor.  Guess what?

1    Mr. Larian was the inventor.  He is a civil engineer by

2    training, and when they went to him and said, you know, the

3    feet keep falling off, we don't know what to do, Mr. Larian

4    sat down and quickly devised a solution.  He's the one who

5    came up with the removable feet, an engineering miracle, but

6    nevertheless, it made the doll work, just like MGA made the

7    doll work.

8            So the next thing they had to do, once they had

9    gone through the whole thing and gotten the sculpt, is they

10   needed to design a series of fashions and accessories,

11   names, logos.  Each doll came in a package, and it had a

12   particular set of clothing with it and accessories.  They

13   had to hire a freelancer named Anna Rhee to paint the faces

14   of the dolls.  They hired other people to do hair fashions,

15   and by the way, there are only something like three

16   companies that make doll hair, so, you know, it's a small

17   world out there when you are coming up with doll hair.  And

18   then they had to come up with various themes and ideas for

19   how the dolls could be played with.

20           Again, most of us think, gee, you play with a

21   doll, you play with a doll.  You pick it up, you put clothes

22   on, you take it off, what else is there?  But there are a

23   million different themes, play themes that they get -- play

24   patterns that they come up with for these dolls.

25           Then they develop the characters for the dolls.

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 55 of 128   Page ID #:289856
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

55

1    The dolls had to have a personality that could be marketed

2    to the girls.  You want to make the doll almost like a

3    person to the girls.  And so each doll has to have a

4    different personality.  They had to come up with names.

5    Mr. Bryant had picked out Hallidae, Lupe, Jade and Zoe, the

6    only named that ended up being used was Jade.  MGA liked

7    different names, Hallidae became Sasha, Lupe became Yasmin,

8    Zoe became Cloe.  And Sasha is the name of Jasmin Larian's

9    best friend, and Yasmin is Jasmin Larian's Persian name, so

10   that's where those names came from.

11          Now, the name Jade, we didn't steal that from

12   Mattel.  That has actually been used before for dolls, and

13   if we could see this one.  There is a famous -- well, he is

14   now famous.  He started out as a doll designer, doll fashion

15   designer, and became a real live grown-up designer, his name

16   is Jason Wu, and he actually designed Michelle Obama's

17   inaugural gown, so he made the Jade Mandarin Sheik doll, and

18   that was some time ago.  That was well before anything that

19   we did.  And there is another Jade doll that was made by

20   another company, neither Mattel, nor MGA, and this one is

21   copyright 1996.  So it would seem that the name Jade for a

22   doll is already out there.

23          Now, even the name Bratz, which were said to have

24   been stolen from Mattel, wasn't cast in stone.  There were

25   other names discussed.  They talked about Girlfriendz with a

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 56 of 128   Page ID #:289857
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

56

1    Z, and Mattel witness Rachel Harris will tell you that MGA's

2    creative team actually considered 20 potential names -- I'm

3    sorry, MGA's, Rachel Harris will tell you we considered 20

4    potential names for the doll before choosing Bratz.  MGA

5    also worked on packaging the dolls, because the type and the

6    shape of the packaging, whether there is a little handle on

7    top, all these things are really a big deal, and how the

8    doll's displayed inside the packaging has a huge input on

9    whether people buy them.  So MGA's own packaging department

10   was involved, and there were outside packaging companies

11   hired too to explore that.  And Mr. Larian and MGA

12   eventually settled on what's called a trapezoid shape that

13   really showcased the doll and the accessories inside.

14          Next, the marketing plan.  Beginning with the

15   Hong Kong toy show, MGA had to attract vendors, you know, or

16   buyers, get buyers for toy stores to want to come and see

17   its products.  So MGA worldwide sales teams had to go out

18   and try to drum up interest and get people to come to the

19   toy fair.

20          So to sum it all up, the MGA creative and

21   development team had to do the sculpt, the face painting,

22   the hair fashions, the manufacturing, accessories, play

23   sets, packaging, PR, commercials, branding, manufacturing,

24   all that.  And over the months, the core idea of the Bratz

25   doll, edgy, multi-ethnic doll remained, but the execution of

1   this idea was completely MGA's.

2          Now, let's talk about the idea of hiding Carter

3   Bryant, because that's been -- we hid Carter Bryant from the

4   world.  Well, first of all, you are going to hear that -- we

5   heard instead of saying the Bratz doll by Carter Bryant, you

6   know, that Isaac Larian and MGA took credit for, you are

7   going to hear that part of the marketing effort was

8   promoting Bratz through the press, as Mattel said, but it

9   wasn't some sort of plot to conceal from Mattel that

10  Mr. Bryant was involved.  It was a marketing plan to keep

11  MGA and the CEO of MGA in the forefront.

12         Mattel witnesses will tell you that all doll

13  companies maintain secrecy about their new products and

14  don't routinely disclose the names of doll designers except

15  in very unusual situations, like they've got a famous

16  designer, like the one that we just showed you.  But Mattel

17  keeps its doll inventors' names secret and claims that the

18  successful products it has come from Mattel, not Mattel

19  employee Joe Smith.

20         Now, Neil Friedman, the president of Mattel, will

21  testify that Mattel keeps the names of those people secret,

22  and just as Isaac Larian was billed as the inventor of

23  Bratz, Mr. Friedman, the president of Mattel, was billed as

24  the father of Tickle Me Elmo.  Is that a fraud?  No.  You

25  got to keep your brand strong in the minds of people, and

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 58 of 128   Page ID #:289859
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

58

1    you don't do that by crediting employees.

2            Steve Jobs every year takes credit at MAC World

3    for the iPhone, the iPad.  Do you think he sits down and

4    engineers all those things?  No.

5            So that's the reason that front and center was MGA

6    and Isaac Larian.  But even so, Mr. Bryant's name was

7    disclosed by MGA on a whole bunch of occasions.  As early as

8    December 14th, 2000, MGA sent drawings identifying Carter

9    Bryant as the designer of Bratz to Walmart, a huge, huge toy

10   buyer.  MGA did this to get Walmart to come and see the

11   Bratz dolls at the January 2001 Hong Kong toy show.  And the

12   subject of the e-mail you'll see later was, "Fashion dolls

13   Bratz for Ron Stover," the Walmart buyer, and it said these

14   were pictures and photos for the fashion dolls they were

15   going to present in January.  In fact, this series of dolls

16   is one of our key items for 2001.

17           And the first drawing, this is sent to Walmart,

18   their buyers, was of the four Bratz characters, and at the

19   bottom, it had all material and a little C for copyright

20   2000, Carter Bryant.  And if -- I don't know if you want to

21   know this now, we'll show it to you later, but that's

22   Exhibit 17281.  Now, Bryant added the little C with the

23   circle around it, but he never actually copyrighted the

24   drawing.  Mattel did that, not until October of 2006.  So,

25   after all this began.

1          Now, the other thing that MGA did is it invited a

2   guy named Matteo Romano, who was the director of Mattel

3   Latin America.  He was invited to the Hong Kong toy show

4   presentation to see the MGA line, including Bratz, along

5   with potential buyers.

6          And again, you know, it makes no sense when you

7   think about the fact that you are going to hear Mr. Larian

8   ask Mr. Romano if Mattel wanted to distribute Bratz in Latin

9   America.  In other words, he would sell the doll to Mattel,

10  and then Mattel would make a good size profit selling it in

11  Latin America, and the reason was Mr. Larian and MGA had no

12  distribution channel in Latin America right then.

13          So this is January 2001.  He's taking the Bratz

14  doll to Mattel.  Now, if you're ripping off Mattel, you

15  certainly wouldn't be taking Mattel to them and asking if

16  they want to distribute it.  And since then, MGA has

17  repeatedly disclosed Mr. Bryant's name as the person who

18  designed the Bratz dolls.  MGA told this to the Wall Street

19  Journal in 2003, and copyright registrations list him as the

20  designer.  Mr. Bryant has always said, "I created the idea,

21  but MGA created the doll."  Mr. Bryant is not a doll maker,

22  and he knows he didn't create this doll.  He knows MGA did.

23          Now, again, you've heard Mr. Larian was trying to

24  hide from Mattel the use of the Bratz name because allegedly

25  it belonged to Mattel.  But this is at the same time he's

 1    inviting the Mattel director for Latin America to look at

 2    this doll at a toy fair with the name Bratz on the package.

 3            You also heard Mr. Quinn say that MGA threatened

 4    one of its vendors when the vendor published comments on a

 5    website connecting Carter Bryant to Bratz, and that sounded

 6    just terrible, didn't it?

 7            Well -- because he was trying to conceal Carter

 8    Bryant, hide him.  The reason that happened, and you are

 9    going to hear evidence of this too, Mattel sent a cease and

10    desist letter from its lawyers threatening MGA, saying MGA

11    had improperly associated its products with Mattel on this

12    website.  And in response to that legal threat letter,

13    Mr. Larian told the vendor and others, don't make any

14    mention of Mattel or former Mattel employees in connection

15    with Bratz.  In other words, he did exactly what Mattel

16    asked him to do.  So there was nothing underhanded about

17    that at all.

18            Now, you also heard Mr. Quinn tell you about this,

19    quote, "certain person e-mail."  If really MGA was trying to

20    hide the timing of Bratz, why would Mr. Larian tell the

21    reporter in that e-mail interview that Bratz was born in

22    December of 2000?  Why would he carefully place it at a

23    varied period of time when he knew Carter Bryant was

24    employed by Mattel?

25            Now, the next thing that we look to is this idea

1    of reduction to practice, taking the idea and actually

2    producing the doll.  What happened next?  You remember that

3    Mr. Bryant's Mattel inventions agreement said that he would

4    communicate all inventions that were reduced to practice

5    during his employment by Mattel, but it wasn't until the

6    spring of 2001, long after Mr. Bryant left Mattel and after

7    many changes to the doll sculpts that the Bratz dolls were

8    reduced to practice and actually went into production.

9          If we can have slide number 5.  On the left -- is

10   it possible to pull those out alone first?

11         These are Carter Bryant's first drawings made in

12   August 1998.

13         Now, if we could see and now pull the ones out on

14   the right, these are the first four generation Bratz dolls

15   in the spring of 2001.  So there was no Bratz doll reduced

16   to practice before 2001, and certainly not in October of

17   2000.

18         They were released for sale in Spain in July of

19   2001, and they were successful, but --

20         We can take that down.

21         But the Bratz dolls, the other thing you heard is

22   they were this overnight success, this company with no

23   experience with dolls, which is wrong, had this overnight

24   tremendous success, went wild, and only because of the great

25   Mattel idea that was stolen.

1          Well, the dolls were not an overnight success, not

2     in the U.S.  In fact, in October of 2001, Toys R Us U.S.A.

3     cancelled its $6 million order for Bratz, dolls that had

4     already been made, and the reason given was that sales were

5     poor.  Mr. Larian, who had already taken a huge risk and was

6     stuck now with $6 million of unsold Bratz inventory, had to

7     take another risk.  He had to double down his bet, he

8     borrowed against his house to increase Bratz TV advertising.

9          By December of 2001, the advertising was paying

10    off.  It was great advertising, really clever.  And Bratz

11    had started to become a moderate success.  MGA sold about

12    $23 million worth of Bratz dolls by December of 2001.

13         In February of 2002, Bratz started to catch the

14    attention of the whole toy industry and won the people's

15    choice toy of the year.

16         By fall of 2002, MGA had already spent tens of

17    millions of dollars in marketing and developing and growing

18    the Bratz brand.  Now, sales finally soared and Bratz won

19    the toy of the year award for the second year in a row in

20    February of 2003.

21         What did MGA do after that?  Well, not only was

22    there this first generation of dolls but many other Bratz

23    characters were created.  Ciara, Dana, Diona, Felicia,

24    Fianna, later generations of the first four, we had the

25    Bratz FlowerGirlz Cloe, the Bratz on Ice doll Yasmin, and

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 63 of 128   Page ID #:289864
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

63

 1    that was just for a start.  Bratz became a brand, and MGA

 2    built that brand.

 3         There were other Bratz doll lines that started up,

 4    and you say the same thing with Mattel and Barbies and all

 5    the other toy companies.  If you have a hit, you have to try

 6    to make it into other lines.  Sometimes that doesn't work

 7    very well, but here it worked very well.

 8         We had Bratz Boyz, Lil' Bratz, Bratz Lil' Angelz,

 9    Bratz Petz, Bratz Babyz, Itsy Bitsy Bratz.  We had themes

10    like Slumber Party Sasha, we're sitting around dreaming up

11    Bratz Girlfriendz Nite out Cloe, Bratz Funk 'N' Glow Jade,

12    Bratz Wild Wild West Fianna.  I mean, there were just a

13    million characters and lots of doll accessories.  Bratz

14    World House, Bratz Cowgirl Stable, Bratz Spring Break Pool,

15    Bratz Babyz Ponyz Buggy Blitz, a million different things,

16    Bratz Los Angeles, Bratz Girlz Rock.

17         So the Bratz brand began exploding, and it began

18    exploding because of the hard work and the creativity of MGA

19    and the financial risk that was taken.

20         Now, remember when you heard the claim that

21    Mr. Bryant stole the idea of Bratz from Lily Martinez's Toon

22    Teenz, and you heard this in opening statement from

23    Mr. Quinn.  You'll hear some witnesses say they thought

24    Bratz looked just like the Toon Teenz, but they never said

25    anything about it at the time.  They waited until Bratz was

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 64 of 128   Page ID #:289865
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

64

1    a big success before they said that.

2          Some Mattel witnesses will tell you that the Toon

3    Teenz were like a blueprint, just follow the blueprint, and

4    the doll will follow.  But you've already heard how much

5    goes in to doll making, and the fact of the matter is that

6    when Mattel tried to replicate the same success, supposedly

7    they're the originators of the idea, they couldn't do it.

8    They couldn't do it with Toon Teenz.  I mean, if Toon Teenz

9    and Bratz had the same blueprint, they sure turned out to be

10   different dolls.  Toon Teenz is supposed to be the

11   inspiration for Bratz, the idea behind Bratz.

12         If we could see slide number 6.

13         The little decal on Cool Skating Barbie, we were

14   told -- do we have that over here?

15         This little teeny decal on Cool Skating Barbie was

16   supposed to have been what somebody went to Lily Martinez

17   and said, hey, this cool little decal on Cool Skating

18   Barbie's shirt, can you turn that into a doll, and this

19   really goes to show how hard it is to do that.  You know,

20   she had that, and I imagine Ms. Martinez made other sketches

21   too, but she just couldn't get it turned into a doll that

22   anybody wanted to buy.

23         Now, if you -- let's see if we can now put in --

24   yeah, here are the differences between these two dolls.  The

25   creative team at MGA came up with the dolls on the right,

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 65 of 128   Page ID #:289866
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

65

 1    they're a different size, very different look, different.

 2    It's one thing to say, gee, they both had clunky shoes or

 3    clunky feet, or they both had bigger heads, but the

 4    difference between the end product -- should be Toon Teenz

 5    now.

 6           Between this product, which is the Toon Teenz

 7    product, which never got off the ground, and when the girls

 8    in the focus grouped looked at it, they said yak, basically,

 9    yuck, and it never was even marketed, and this very cool

10    doll, this is supposed to be the same idea, the same version

11    of this same doll; no way.  This is a cute, fun, attractive

12    doll.

13           MR. QUINN:  Your Honor, this is argument.

14           THE COURT:  Sustained.

15           MS. KELLER:  Now, here is what happened.  Mattel

16    and Barbie could not compete in the marketplace against

17    Bratz, so it came up with a different plan.  You're going to

18    hear evidence that by 2002, Mattel was panicking because

19    Barbie was failing to hold on to her place in the market,

20    and the building of the Bratz brand was really causing

21    Mattel to take notice.

22           Mattel originally thought it was a flash in the

23    pan, a fad.  Now they realize, uh-oh, no fad.  And even

24    Mattel knows and will tell you that branding is where you

25    make 50 to 70 percent of the profit on toys like dolls.

1    Nobody had ever succeeded in competing against Barbie until

2    Bratz.

3           So by 2003, Bratz was exploding and Barbie was

4    slipping, as it had been since 1997.  Mattel CEO,

5    Mr. Eckert, commissioned a study of what had gone wrong with

6    Barbie and to figure out what MGA had done so well with

7    Bratz.  And this document, which was called the Bratz Brief,

8    by Mattel was dated November 14th, 2003, and reviewed at the

9    highest levels of company management.

10          If we could have slide 14.

11          MGA's launch of the Bratz brand was impressive, it

12   was the first brand to successfully challenge Barbie and

13   gain a substantial foothold.  It really went into a great

14   deal of analysis.  The conclusion from the 2003 study was

15   that Barbie -- was that Bratz was unique, aesthetically

16   pleasing and the anti-Barbie because it was cool.

17          Concerning Bratz, it found that the competitive

18   threat was based on a unique brand positioning and product

19   execution that was relevant and resinated with older girls.

20          And if you look at the circle on the right, this

21   is Mattel showing how a brand is built, all the things that

22   go into it.  And that drawing would just be one element.  I

23   guess drawing would be under design.  These are all the

24   elements that are part of brand building.

25          Now, one of the things that this report said is

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 67 of 128   Page ID #:289868
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

67

 1    that Mattel had initially seen Bratz a success when it

 2    launched in Spain as an aberration, a one-time accident, but

 3    that it was too late to react by the time Bratz had made its

 4    way across the Atlantic.  And they had also speculated that

 5    Bratz was just a knockoff of Diva Stars, one of their brands

 6    which, you know, was briefly successful and then nose-dived.

 7          Well, they decided that they were going to know

 8    their competition, fiercely protect the brand, be willing to

 9    pursue fads and trends and emphasize innovation in toy

10    development, which they haven't been doing.

11          Now, it didn't work.  By 2004, Mattel's own

12    documents proclaimed that the house was on fire.  That was

13    their term.  The 2005 Barbie spring line review dated

14    April 15, 2004, five months later after this Bratz brief,

15    said things like, "the house is on fire, sales at retail are

16    terrible, retailer support is weak and has lost confidence,

17    market share has dropped at a chilling rate, Barbie is

18    losing key attribute ratings with girls, fun, cool to play

19    with, I want to be her.  Bratz is gaining share with core

20    five to eight year olds.  We must do something different

21    around here."  And one of the pages said this.

22          Slide 15, please.

23          "Fight fire with fire, no other brand in history

24    is emotionally meaningful to girls and women as Barbie.  In

25    spite of this, a rival-led Barbie genocide rapidly grows.

1   All the talent, power and history behind the Barbie brand

2   should be focused to fight back.  Product, packaging,

3   marketing and sales must be launched that is brilliant,

4   tactical, aggressive, revolutionary and ruthless.  This is

5   war and sides must be taken.  Barbie stands for good.  All

6   others stand for evil."

7            Twelve days later, Mattel sued Carter Bryant,

8   April 27th, 2004, and just two months later in June 2004,

9   Mattel CEO Bob Eckert sent an e-mail to Tim Kilpin, senior

10  vice president of girls' marketing and designs, I'm starting

11  to develop a line of thinking about what happened to Barbie.

12           So you see the time line, various attempts to

13  match the sales of Bratz, various attempts to introduce new

14  products.  They all flop.  Panic within Mattel, and finally,

15  this Barbie genocide, house on fire, fight fire with fire

16  memo, and an exhortation to everybody in the company to be

17  ruthless, ruthless in fighting back against Bratz.

18           Now, you'll also hear that Mattel in this

19  litigation claims that the concept that Carter Bryant

20  conceived was its own, Mattel's own trade secret.  Even

21  though it's so secret, Mattel didn't know anything about it.

22  You'll also hear that Mattel sat on the sidelines for years

23  before pursuing MGA and Isaac Larian, suing them in January

24  2007 only after the Bratz product was wildly successful and

25  only after all of the strategies to beat MGA fairly had

1    failed.

2            This business that, oh, we sued Carter Bryant but

3    MGA intervened voluntarily, no.  What they did was they sued

4    Carter Bryant in what are called Does, like John Does, Does

5    one through, you know, however many.  MGA knew that Mattel

6    was pursuing Carter Bryant and was going to try to cut him

7    out by himself, crush him and then come after it.  So MGA

8    knew it was a Doe in this, they knew that they were next,

9    and so they intervened in that litigation.

10           Now, Mattel knew about Bratz and the drawings in

11   January of 2001, as I told you, because they had been

12   offered the opportunity to distribute them, and they were

13   told no by Mattel because it's inconsistent with Barbie.

14           You are also going to hear that the toy industry

15   in Southern California is small in terms of the people in

16   the know.  You know, it's -- basically it's a couple of

17   companies, and a lot of the people go back and forth and

18   they know each other, so people inside Mattel, like Ivy

19   Ross, the senior vice president for girls' toys, Ann

20   Driskill, head of collectibles where Carter Bryant was, and

21   somebody named Cassidy Park, head of the mainline Barbie,

22   speculated or had heard that Carter Bryant designed the

23   Bratz concepts by fall of 2001, and this is important

24   because later on you're going to be asked to make findings

25   about when it was that Mattel knew and whether it's okay for

1    Mattel to have sat on its rights all those years.

2            Now, by 2002, Mattel had opened its own internal

3    investigation into MGA, Carter Bryant and Isaac Larian based

4    on this anonymous letter you heard about and other things.

5    This was five years before it decided to claim that Bratz

6    was actually its own.  It had access to all of the

7    information it needed in 2000 and 2001 if it wanted to claim

8    that it owns Bratz.

9            You're also going to hear, by the way, this idea

10   that we owned the Bratz -- the Bratz things was ours.

11   Mattel didn't even own the name Bratz, B-R-A-T-Z.  It was

12   being used on other products and it was actually owned by a

13   man named Curt Lovin, since 1994, by the way.  MGA actually

14   had to buy the rights from Mr. Lovin to use that name.  So

15   it certainly wasn't a trade secret of Mattel's.

16           And while Mattel did consider the Brats with an S,

17   B-R-A-T-S, for Diva -- for its line that it decided to name

18   Diva Stars, Mattel's then president Adrienne Fontanella said

19   Mattel would not have used the name Brats because it had

20   negative connotations.

21           So slide number 10, the name Brats was actually

22   under consideration for the doll Diva Stars, but she said

23   that it wasn't -- Mattel's marketing division felt they had

24   an obligation to represent things in good taste which didn't

25   suggest anything negative or not appropriate, and I think in

 1    looking at the Brats name, I didn't like the idea of what

 2    Brats connoted.

 3          So there is no way that Mattel was going to be

 4    developing anything looking like Bratz, sounding like Bratz

 5    or selling like Bratz.

 6          And Mattel was always worried about developing a

 7    competing product that would take sales away from Barbie.

 8    You will see all these documents where they say, we can't

 9    cannibalize Barbie, meaning that they could -- they didn't

10    want to cut into Barbie's market share.

11          You'll also hear Tim Kilpin, the senior vice

12    president of girls' marketing and designs, saying that

13    Mattel would not have pursued Bratz.

14          So the evidence is going to show that Mattel

15    wouldn't have touched Bratz until, bing, it became an

16    enormous success.

17          Now, if we can move quickly to another area.

18    You've heard this business about the percentage of Mattel

19    hires that MGA made.  There was a terrible thing because we

20    hired these people in Mexico and they stole stuff for us.

21    The people that we needed to hire for Mattel Mexico, we

22    hired because we were growing like crazy.  We needed to hire

23    people.  You are going to hear from some of the employees

24    who left, that they preferred MGA over Mattel because it was

25    more dynamic and it was more innovative.  It was a young

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 72 of 128   Page ID #:289873
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

72

1    company.  It didn't have a million layers of bureaucracy.

2           And MGA rewarded its creative people.  Look at

3    Carter Bryant with his 3 percent royalties.  He was rewarded

4    for being a creative guy, but Mr. Larian and MGA including

5    repeatedly told all the employees hired, including the ones

6    in Mexico, not to take any information from Mattel when they

7    left, and they told them that orally and in writing, don't

8    bring anything from Mattel, leave it there, sign here to

9    confirm you agree to that.  MGA didn't need Mattel's

10   information.  It was the other way around.  Our business had

11   exploded.  We were really doing everything right.  Why would

12   we want to steal from a company that was losing market share

13   and it didn't happen.

14          Now, according to Mattel's own internal documents,

15   at this point, MGA was actually better at the business.

16   That's what Mattel's Bratz brief actually said, and you are

17   going to get a chance to look at it and study it.  That's

18   what something called the Bain analysis said.  It was an

19   outside study commissioned by Mr. Eckert and for which

20   Mr. Eckert paid hundreds of thousands of dollars, and the

21   Bain study concluded that MGA got products to market faster

22   and had a more effective advertising and promotion.  We were

23   beating them, competing with Mattel and beating them fairly.

24          Now, of the 115 ex-Mattel employees hired by MGA,

25   you are going to hear evidence that seven of these 115

```
 1    apparently ignored their written agreement with MGA and took
 2    some information from Mattel when they left.  None of it was
 3    ever used or ever resulted in any product being developed.
 4    So that is all smoke and mirrors.  None of it, I will
 5    repeat, was ever used or resulted in any product ever being
 6    developed, and these employees were told, don't take stuff.
 7    I mean, don't take a spreadsheet.  Don't take anything.
 8    Don't take template.
 9              We can have slide 16.
10              They were told, you should not retain any of
11    Mattel's property or confidential or proprietary
12    information, nor shall you use or disclose Mattel's property
13    and/or confidential and proprietary information in
14    connection with your employment at MGA and elsewhere, and
15    that was also translated into Spanish, and those employees
16    were asked to sign it.  So any information taken was either
17    not confidential or it wasn't used to MGA's benefit.
18              With respect, by the way, to the three former
19    Mattel employees MGA hired to open up the MGA Mexico office,
20    the MGA Mexico office actually lost money for a few years
21    and then closed.  And Mattel's Mexico office actually did
22    better once those three left to work for MGA, sadly.
23              So Mattel Mexico is not an issue.  And as far as,
24    oh, the -- the one group, you know, got 40 percent more
25    money to work for MGA than the ones who didn't download
```

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 74 of 128   Page ID #:289875
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

74

1    stuff, they only got 12 percent more, you know, there's an

2    old saying that there are lies, damn lies and then there are

3    statistics, well, you don't know all the things that go into

4    that.  We will talk about that later.  Some of those people,

5    they are comparing managers and directors to regular

6    employees.  In some cases, there are people who were owed

7    bonuses by Mattel and would only move over if they got those

8    bonuses, you'll see that that does not amount to anything.

9         Now, you heard Mr. Quinn say there was a search

10   warrant issued in Mexico.  What he didn't tell you was that

11   in Mexico, Mattel actually has the authority to institute

12   criminal prosecutions against these employees and did so.

13   And then Mattel pardoned one of the three and paid him to

14   testify in this lawsuit.  After all of that, he ended up

15   admitting that no one at MGA, including Isaac Larian, had

16   ever asked him to bring any information.

17        Now, back to Mattel failing in the marketplace,

18   with Barbie failing in the marketplace and Mattel, the great

19   innovator, not having anything to replace it, Mattel began

20   to steal MGA's trade secrets through spying, sneaking around

21   and covering up.  And Mattel also figured if they couldn't

22   beat MGA with their products, they'll push them out of the

23   marketplace.  So you'll hear that Mattel used its size and

24   its power to pressure retailers to stop carrying Bratz.

25   Talk about anti-competitive.  And Mattel's CEO, Mr. Eckert,

```
1    wrote in an e-mail to one of his top executives, "Should we

2    kill a deal with the retail or let it slide?"

3             Let's look at slide 19.

4             This is an e-mail from Mr. Eckert to Neil

5    Friedman, the president of Mattel, concerning a licensee

6    doing business by buying Bratz, and Mr. Eckert says, "Do you

7    want me to kill this or let it slide?"

8             And on the right, Mr. Eckert is testifying under

9    oath that Mattel's practices included threatening existing

10   licensees that Mattel would terminate their relations at

11   once if they did not stop dealing with MGA.

12            MR. QUINN:  Your Honor, counsel should read the

13   question and answer before that if she's referring to that

14   as testimony, claiming.

15            THE COURT:  Sustained, Counsel.  That may not be a

16   complete statement.

17            MS. KELLER:  I'm sorry, your Honor, we don't --

18            (Interruption in the proceedings.)

19            MS. KELLER:  Your Honor, this is a complete

20   statement and it's the same slide that was reviewed by the

21   Court and approved in advance.

22            THE COURT:  Sustained.

23            MS. KELLER:  Thank you.

24            THE COURT:  Mr. Quinn, you can have a seat.  This

25   is not rebuttal.  You can clear that up during your
```

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

76

1    presentation.

2            MR. QUINN:  Thank you, your Honor.

3            THE COURT:  If you believe that that's inaccurate.

4            Proceed.

5            MS. KELLER:  If we can see in slide number 18.

6            We see Kohl's has agreed the competitor will not

7    be represented in their toy department for two years.  Let's

8    congratulate -- we've got the wrong one?

9                (Interruption in the proceedings.)

10            MS. KELLER:  Let's get the whole slide up first.

11            And the subject of the e-mail that you see on the

12    top is "Kohl's Great News Barbie," it's dated 1/27/2005.

13    It's final.  Kohl's has agreed to the following:

14            Double Barbie's retail space to 8 feet for a

15    minimum of two years, and then right under that, the

16    competitor will not represented in the toy department for

17    two years, the competitor was Bratz.

18            And take a look at what's on the bottom, "Let's

19    congratulate Judy Scholvin for this outstanding

20    accomplishment."  And this is being copied to the highest

21    levels of Mattel management.

22            Now, take a look at the graph on the right.  MGA

23    in 2004 did $5,089,159 of business with Kohl's.  Look at how

24    it grew from 2002, 2003, it exploded in 2004.

25            But after Mattel got Kohl's to agree to cut MGA

 1    out, look at what happens in 2005 and 2006.

 2              Now, something else began happening, too.  Not

 3    only were retailers being pressured to not carry our

 4    products, but Mattel began systematically spying on MGA and

 5    other competitors to get an advantage.

 6              You've heard from Mr. Quinn that it's no big deal,

 7    everybody does it, we do it, MGA does it, no, wrong, wrong.

 8    MGA had people walk in to open doors of public showrooms,

 9    nobody faked credentials to get into back private showrooms.

10    These big toy fairs in Hong Kong, New York and Nuremberg,

11    they had public areas, you know, it's like a big convention

12    where they have the public stuff, and then they have private

13    areas that are only opened to people who sometimes have to

14    sign confidentiality agreements and show their credentials

15    as retailers, and so they're told, okay, we'll show you our

16    new product line but you've got to keep it confidential and

17    we're only showing it to you because you're a buyer.

18              Well, you know what Mattel did?  They put together

19    a manual, and we call it the How to Steal Manual.  They told

20    their employees, they taught them, they put out a manual on

21    it, to create fake identities, fake resale tax ID's, phony

22    invoices, to create fake business cards for themselves

23    showing that they were actually, for example, a toy buyer

24    for a toy company or for a store.

25              And, you know, you were shown in an e-mail in

 1    Mattel's opening where it appeared Mr. Larian was praising

 2    an MGA employee for trying to sneak into a showroom, but it

 3    was taken out of context, and it was a little snippet, and

 4    you all know how things are taken out of context, it can

 5    change the meaning dramatically.

 6              Let's see slide 13.

 7              Here is what the whole e-mail said, not just the

 8    little snippet that you were shown, the good job at the

 9    bottom and the part about looking at the competitor's

10    products.

11              So on the right-hand side, Mr. Larian is on the

12    Target expo, "Target asked toy companies to have an open

13    licensing booth in a big auditorium where buyers come and go

14    and take a look at offerings they have coming out."  It's

15    not closed door.  No product that's not in the market is

16    shown.  There's no sneaking in.

17              The part that Mr. Larian was responding to was the

18    employee's report that they had a lot of interest in sales

19    from Target, and if you look at the yellow highlights, they

20    really liked the product, they wanted to buy the product,

21    the part about the toy fairs at the bottom.  So this is just

22    an example of things that lawyers can do to spin things our

23    way, and you need to be alert for these in this trial.  And

24    over the period of weeks, you are going to see the whole

25    documents and draw your own conclusions.

1          Now, Mattel, as I said, didn't just go to open

2    booths.  They snuck in using fake identities that they were

3    taught to do by Mattel to do corporate espionage.  There was

4    a name Sal Villasenor who had worked at Mattel for 14 years.

5    He worked his way up to being manager of what was called

6    market intelligence.  One of his job functions was to get

7    catalogs from Mattel's competitors, but not after those

8    catalogs were released to the public or to buyers, before.

9    His job was to get catalogs and price lists before they were

10   public.

11         Mattel and Mr. Villasenor knew they couldn't just

12   walk into the MGA showroom at a toy fair and look around, so

13   they came up with a different way.  They lied.  They said

14   they owned toy stores.  They created a 14-page manual where

15   they laid out how to do this.

16         Could we see slide 11.

17         Now, Mattel created this document, and they

18   instructed their employees within market intelligence to

19   create fake business cards and fake invoices to pose as

20   retailers or press to sneak into toy fair confidential

21   showrooms, what you need, proof of your business, resale tax

22   certificate or business license for an industry-related

23   business.  At least 3 percent industry manufacturers'

24   invoices for goods purchased wholesale and meant retail.

25   This is probably the easiest proof of business.  You can

1    contact someone in the accounts payable retailer invoicing

2    department to have them proctor an invoice, that means fake

3    an invoice, proctor an invoice with your company name, your

4    fake company name on it.

5         So what else?  Business cards.  It says you can

6    get fake business cards at Kinko's.  It says you can get

7    fake business cards at Kinko's, and gives the address for

8    the one closest to Mattel's headquarters.  What to include?

9    Phone number.  You can either put down your home number or

10   make up a fake number, just don't put down your Mattel

11   number.

12        It suggests that Mattel employees thinking about

13   what to say about the fake store in case they are asked,

14   suggest thinking in advance about the size of store you own,

15   the types of toys, the number of employees, your location,

16   in other words, create a complete fake identity.

17        Now, the names of the fake toy businesses, oh,

18   they've got -- Sal Villasenor's card was Toy Shop, another

19   one was Toy Tree, another one was Toy Harbor, another one

20   was B-Box.  They got access into their competitors' private

21   showrooms at the toy fairs, looked around, took detailed

22   notes and photos and brought all this stuff back.

23        The market intelligence group kept copies of

24   everything including the catalogs that they got at toy fairs

25   at Mattel's headquarters.  But they didn't keep it to

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 81 of 128   Page ID #:289882
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

81

 1   themselves.  They invited hundreds of Mattel executives and

 2   employees to presentations in the Mattel auditorium where

 3   they would discuss and show what they saw and had stolen

 4   from these toy fairs.  They put together oral presentations

 5   with slide shows, PowerPoints.  They showed pictures of

 6   products that hadn't been released yet and sell sheets.

 7   They knew everything their competitors were going to come

 8   out with.

 9            They generated written reports and attached color

10   copies of their competitors' upcoming products, and they

11   were distributed to all important groups at Mattel to give

12   advance notice of what competitors did.

13            And the senior executives at Mattel, they knew all

14   about this.  They were all for it.  Matt Bousquette,

15   president of Mattel Toys, he reported directly to Mr. Eckert

16   here.  He repeatedly asked for information from

17   Mr. Villasenor and his group, market intelligence group got

18   big rewards too, nice fat promotions and bonuses, stellar

19   promotion evaluations.  Mr. Villasenor got a glowing one,

20   his work was praised as invaluable.

21            Somebody named Kelly Osier's evaluation said just

22   how valuable the information she gained was to Mattel and

23   what a great job.  Mattel paid for legal representation for

24   all these people.

25            And you will see evidence that this group snuck

 1   into MGA's showroom and wrote reports distributed to all the

 2   important groups at Mattel.  Remember, they were going to be

 3   ruthless, ruthless.  They were coming after us with

 4   everything they had.  It was war.  That was their own

 5   document.

 6           So e-mails from Osier, Tyler and Plunkett, three

 7   of their employees, show that they got into our showrooms,

 8   our confidential showrooms, and used their fake documents.

 9           Now, slide 12, this is an e-mail from Carey

10   Plunkett and Tyler Snyder to members --

11           THE COURT:  You've got eight minutes, Counsel.

12           MS. KELLER:  Thank you, your Honor.

13           Of Mattel's market intelligence group, this is

14   dated February 21st, 2002.  They walked into the MGA

15   showroom.  The following is an update on what is happening

16   in 2002 with the Bratz brand.

17           And Mr. Snyder will say that the reason he

18   presented himself as a retailer, that is to say pretended to

19   be a toy store, is that he would not have been permitted in

20   if he identified himself as Mattel.  As my son would have

21   once said, "dah."

22           Now, remember what Mr. Quinn told you about the

23   atmosphere of collaboration and trust at Mattel.  Well, as

24   one of leaders of these thieves, Mr. Villasenor started to

25   worry, he started to worry a lot.  He started to worry that

1   they were engaging in criminal conduct to give Mattel a

2   superior competitive advantage.

3           And on December 25th, 2005, Mr. Villasenor sent an

4   e-mail to the general counsel, Bob Normile, Mark Kimball and

5   a copy to Michael Moore.  Kimball was vice president for

6   human resources and Moore was Mattel's intellectual property

7   lawyer.  And it began, "I have worked for Mattel, Inc., for

8   almost 14 years.  I am currently the manager of market

9   intelligence."  And he goes on to say, "I have recently met

10  with my direct supervisor, John Luey, regarding Mattel's

11  goals and expectations of me with respect to market

12  intelligence at upcoming trade shows and events.  I have

13  also been approached by Mattel's attorneys Michael Moore and

14  John Khouri, who have," something has been redacted we

15  haven't been able to see.

16          "This recent activity and the fact that the trade

17  shows are fast approaching has forced me to evaluate my role

18  in the company.  I believe that my work conditions have

19  become intolerable and I'm writing to complain about

20  Mattel's directives and instructions to gather market

21  intelligence from competitors through unlawful means.  I no

22  longer wish to engage in misrepresentations and undercover

23  assignments in which I am paid by Mattel to attend trade

24  shows and events.  I fear that my actions may expose me to

25  personal criminal liability, and I am stressed about the

1    fallout which may occur.

2           "My conscience does not allow me to continue in

3    this role, and I do not feel I can take the pressure to

4    engage in misrepresentations any longer.  I know that Mattel

5    has gained a superior competitive advantage through my hard

6    work and I appreciate your consideration of my complaint.

7    Because of my fears, I have retained a legal representative,

8    and I would ask that you direct all future communications

9    concerning this complaint and my continued role with the

10   company to my attorney."

11          No, everybody doesn't do it.  Mattel did it.  This

12   is bad, bad stuff.

13          Now, through this spying and stealing, Mattel took

14   from MGA its valuable trade secrets for unreleased products

15   totaling 114.  It was interesting to hear Mr. Quinn in his

16   opening statement say this was no big deal.  He said it's a

17   hard fought competitive environment and everybody expects

18   everybody else to do things like this.  That's not what

19   Mattel's own executives said.

20          Mr. Friedman testified under oath, "Would it be

21   improper in your view for someone from Mattel to gain access

22   to MGA's private showroom without permission from MGA?

23          "Answer, yes."

24          And we can go on and we will over the coming

25   weeks.

```
 1              Ladies and gentlemen, you are going to hear a lot

 2    of evidence, a lot.  All of it, not little parts of it.  And

 3    at the end of the evidence, you are going to find this, it

 4    was MGA that put the value in Bratz, not some drawings that

 5    Carter Bryant did, not drawings based on which Mattel wants

 6    to take everything we've earned and everything we've made,

 7    over a billion dollars, and they want you to help them do

 8    that.

 9              You are going to hear that Mattel's sneaking

10    around and stealing from MGA has harmed MGA.  You are going

11    to hear of the enormous losses that we've incurred as a

12    result of what they've done to us.  You are going to hear

13    and you're going to know that Mattel is pursuing this case

14    because Barbie was flailing and Barbie was failing.  And we

15    are going to ask you to enter judgment in favor of MGA and

16    to tell Mattel that they deserve nothing, nothing for what

17    they've done.

18              Thank you.

19              THE COURT:  Thank you, Ms. Keller.

20              And let me remind you after each argument, not

21    evidence.  It's a summary of what each counsel believes the

22    evidence will show.  Mr. Quinn is concluded on behalf of

23    Mattel, and Ms. Keller on behalf of MGA.  And Mr. Overland

24    on behalf of Mr. Machado.

25         OPENING STATEMENTS ON BEHALF OF GUSTAVO MACHADO
```

1          MR. OVERLAND:  Well, it's my pleasure, maybe it's

2     a curse to be the last one to talk to you.  I'm sure the

3     last thing you want to hear is another lawyer telling you

4     what he thinks the evidence is going to show.  But the good

5     news is, I am only going to talk to you for about 20

6     minutes.  So hopefully I can keep your attention for that

7     time.  I know it's getting late.

8          THE COURT:  It's not late, Counsel.

9          MR. OVERLAND:  I'm sorry?

10          THE COURT:  It's not late.

11          *(Laughter.)*

12          MR. OVERLAND:  It's not?  At my age it is.

13          *(Laughter.)*

14          MR. OVERLAND:  As we've talked before, I and

15     Mr. Cote over there, the young gentleman there, represent

16     Gustavo Machado.

17          Now, when you heard Mr. Quinn's opening statement

18     to you, the events relating to Mr. Machado probably took

19     less than five minutes of his entire almost two and a

20     quarter hours.  And for a large part of the trial, Mr. Cote

21     and Mr. -- and I probably will not ask many questions, and

22     the reason for that is that Mattel, Inc., and Mattel de

23     Mexico are making one claim and only one claim against

24     Mr. Machado.

25          Mr. Machado is not being sued by Mattel for

 1   anything having to do with Carter Bryant's drawings, the

 2   ownership of Bratz, or any copyrights or trade secrets

 3   relating to Bratz.  That's got nothing to do with the

 4   claim -- sole claim against Mr. Machado.  Gus Machado is

 5   being sued by these two entities for misappropriating what

 6   they claim are their trade secrets, and the bases of the

 7   claim are events that occurred in Mexico.

 8          Now, let's take a look at what the evidence, I

 9   think, is going to show with respect to those claims.  And

10   when we look at the evidence in any case, but especially in

11   this case, it's not only important to look at what evidence

12   is presented to you, but also what evidence is not presented

13   because the absence of evidence is sometimes just as

14   important or maybe more important than evidence that is

15   presented to you and takes on significance when you take a

16   look at the whole picture.

17          Now, the single claim against Mr. Machado is based

18   on the downloading of certain documents from his employer,

19   which is Mattel Servicios, we'll talk about that a little

20   bit more, on April the 19th of 1994 to his own personal

21   laptop.

22          Now, you are going to get to know Mr. Machado as

23   the evidence is presented to you, and you're also going to

24   get to know a little bit more about what kind of a company

25   Mattel is in terms of its relationships with its employees.

 1          You'll get to know, as Mr. Quinn told you, that

 2    Mattel is, in fact, the biggest toy company in the world,

 3    and it's also, as the evidence will show, a company that

 4    doesn't like competition, and it especially doesn't like

 5    when one of its own goes to work for a competitor.

 6          And with respect to Mr. Machado, here is what you

 7    are going to learn.  Mr. Machado is a citizen and resident

 8    of Mexico, and he began working in the toy industry in

 9    Mexico for a company called EnsueNo-Tyco, and he began

10    working there in May of 1994 until Mattel, the biggest toy

11    company in the world, bought up Tyco.

12          Now, Tyco was a competitor of Mattel with

13    basically the same customers in Mexico.  And after the

14    buyout of Tyco, Mr. Machado continued to work for a company

15    created by Mattel called Mattel Servicios.  That was the

16    sole employer of Mr. Machado.  Mr. Machado did not work for

17    Mattel, Inc., who's suing him.  Mr. Machado did not work for

18    Mattel de Mexico, who's suing him.  Only Mattel Servicios.

19    And that's going to become important during the trial.

20          Now, during those 10 years that he worked in the

21    toy industry, the buyout of Tyco was, I think, in 1997 --

22    I'm sorry, it was May -- yes, in 1997.

23          Now, during the 10 years that Mr. Machado worked

24    in the toy industry, before he went to work for MGA, and

25    we'll talk about that in a bit, Mr. Machado became quite

1    knowledgeable in the toy industry in Mexico, became quite

2    knowledgeable in merchandising and customers and basically

3    the business in Mexico.  And Mr. Machado worked for

4    Servicios for about seven years until a date that's going to

5    be important, April 19th of 2004.  That was the date when he

6    resigned from Mattel Servicios to go to work for MGA.

7              Now, he became knowledgeable during those 10

8    years, and in fact, when he resigned from Servicios, he had

9    the title of marketing manager for the boys' division.  He

10   had nothing to do at the time with girls, he was the

11   marketing manager for the boys' division.

12             But beginning in November of 2003, Mr. Machado was

13   getting a little disenchanted with his work.  He had been in

14   the same position for a number of years.  He saw a little

15   chance of advancement, and like many of us, was looking for

16   other opportunities.  So after looking at various

17   opportunities, on April 16th of 2004, he signed an

18   employment contract with MGA.  And that employment contract

19   was for additional responsibilities and an increase in

20   salary, and I'll talk about that in a bit.

21             Now, it's the events before and after the

22   transition of Mr. Machado from Mattel Servicios to MGA that

23   are the bases of the single claim by Mattel, Inc., and

24   Mattel de Mexico against him.

25             Now, what did he do in that transition?  Well, I

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 90 of 128   Page ID #:289891
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

90

 1    think it's going to be clear that during that transitional

 2    period before he left Mattel Servicios, Mr. Machado,

 3    together with an individual by the name of Pablo Vargas and

 4    a lady by the name of Mariana Trueba, downloaded some

 5    documents from Mattel Servicios' computers, their employer,

 6    onto a laptop.  Actually it went first through a thumbnail

 7    drive or USB drive and then onto a laptop, but to make it

 8    short, it ended up on Mr. Machado's personal laptop.

 9          Now, what was downloaded?  Well, there were some

10    spreadsheets, there were some sales presentations, there

11    were sales forecasts, there were retail sales report, not

12    the thousands of documents that Mr. Quinn told you about in

13    his opening, not even close, but there were some documents

14    that were downloaded.

15          And there was a reason why Mr. Machado downloaded

16    those documents.  In fact, there were three reasons.  The

17    first one was, he thought that they could be useful in his

18    new job to make comparisons, and we'll talk about those

19    comparisons in a bit.  He also thought he could use some of

20    the formats that he had used in his job to use in his new

21    job at MGA.

22          Now, it turned out that MGA had its own formats,

23    and he didn't need them, but that's what he thought as to

24    the reason for downloading.

25          And then thirdly, he downloaded some of the

1    documents because there were documents that he had prepared,

2    and he was proud of those documents, and he wanted to keep

3    them.  For example, one of them that he was proud of was a

4    document relating boys' market trends dealing with the ages

5    at which boys play with different toys.

6            Now, there is going to be much evidence as to

7    whether any of these documents were confidential or not, and

8    we are going to learn that confidential isn't the same as a

9    trade secret.  Let's take an example for a moment.  One of

10   the documents that was downloaded or maybe several of them

11   were projected price lists, and projected price lists were

12   suggested price lists for certain products for the future.

13   And these were prepared at Mattel Servicios, and they were

14   basically forecasts.

15           Were these confidential?  Well, you are going to

16   hear evidence that while he was working at Mattel,

17   Mr. Machado had some of these price lists for Hasbro

18   products.  Hasbro, of course, was a competitor of Mattel at

19   that time.

20           You are also going to hear evidence as to what

21   Mr. Machado did with the documents after he downloaded them,

22   and that's going to be very important.  First of all, he

23   never showed the documents that were downloaded to anybody

24   at MGA or to anybody else.  What he did was -- some of the

25   documents he never even looked at again, but he did look at

1    some of the documents to make comparisons with some of the

2    projections that he had made with respect to the products at

3    MGA.  And then what did he do after he made these

4    comparisons?  Well, he wanted to see if, in fact, he was in

5    the ballpark in terms of his projections, but he didn't make

6    any changes, didn't do anything other than determine if his

7    projections were in the ballpark.

8            Now, two of the facts that you are going to have

9    to decide, and there are different facts, but two important

10   facts that you are going to have to decide in determining,

11   number 1, whether any of these documents were, in fact,

12   trade secret, not confidential, but trade secrets, are, did

13   they have economic value, and were they secret?  Now, there

14   are others, but those are just two.

15           Let's take an example.  Let's go again to the

16   price list.  Did they have economic value?  Well, the

17   projections of prices for the future, that is these price

18   lists, changed, so you have to look at the date of the

19   projection because what may have been projected in January

20   changed as a projection in March, and you take that into

21   account as to whether the actual account had economic value.

22           Also these were suggested price lists.  These were

23   price lists that you take to the customer and say, hey, here

24   is what we want you to pay for this doll.  And if you can

25   imagine, Mattel, for example, going to Walmart and saying,

Case 2:04-cv-09049-DOC-RNB  Document 9703  Filed 01/27/11  Page 93 of 128  Page ID #:289894
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

93

1    we're the biggest company in -- toy company in the world,

2    and we want you to pay $15 for this doll, Walmart is going

3    to say, we are the biggest retailer in the world and we are

4    paying you 10 bucks for this and you can take it or leave it

5    because we sell millions and millions and millions of these.

6    So just because a price is suggested, that doesn't mean

7    that's the price that the customer is going to play.  So you

8    take this into account in determining the economic value of

9    these projections.

10           As I said before, after looking at the documents

11   and making the comparisons, Mr. Machado didn't change

12   anything.  He looked at his sales projection and concluded,

13   okay, sales are okay, they could be better, but nothing

14   changed.

15           Now, another thing you have to look at, was this

16   information secret?  And let's take an example that was

17   referred to by Mr. Quinn in his opening statement.  If you

18   remember, he told you that before being hired by MGA,

19   Mr. Machado, Ms. Trueba and Mr. Vargas used certain of those

20   downloaded documents in a presentation that they made to

21   Mr. Larian at the W Hotel in Mexico City, and that was a

22   presentation that was actually made in March of 2004, March

23   the 4th, to be accurate, before they were hired and the

24   presentation was made to Mr. Larian in order to show them --

25   him what they knew about the Mexico market and to assure him

1    that he was hiring people with sufficient knowledge to help

2    him launch his company in Mexico.

3           Now, the evidence is going to be clear that that

4    presentation was based on information obtained from

5    ACNielsen and Mindshare.  Now, ACNielsen, as you may know,

6    is a company that gives you the Nielsen ratings for TV

7    shows, but it also does other things, it also does marketing

8    and promotion, and Mindshare is another company that does

9    the same thing.  And this information is not secret because

10   anybody can buy that information from Mindshare or

11   ACNielsen.  It's not secret to Mattel, Inc., it's not secret

12   to Mattel de Mexico.

13          Other documents -- and that's -- unfortunately or

14   fortunately, you are going to have to look at each

15   individual document and see if it was, in fact, as claimed

16   by Mattel, Inc., and Mattel de Mexico, a trade secret.

17   Other documents were price lists for Hasbro products, having

18   nothing to do with Mattel.

19          Also rather than the sinister conspiracy that was

20   brewed, according to Mr. Quinn at the W Hotel, here is what

21   happened, and again, this is an example of evidence that you

22   won't hear.  Mr. Larian never said, Mr. Larian never

23   suggested, Mr. Larian never implied that any of those three

24   bring with them any documents from Mattel Servicios, not

25   less confidential or trade secrets with them when they came

1   to work for MGA.

2          Instead, what you are going to hear is that he

3   told Mr. Machado, he told Ms. Trueba, and he told Mr. Vargas

4   that he was interested only in their experience.  And in a

5   phrase that you are probably going to remember out of

6   everything that's been said to you, Mr. Larian said to each

7   of them, when they were together, quote, "I just want your

8   brain.  I just want your brain."

9          Now, let's talk a little bit about the salaries.

10  Contrary to what Mr. Quinn told you about the inflated

11  salaries that they received because of this conspiracy,

12  Mr. Machado asked for more and didn't get what he asked for.

13  Instead, what he got for, and remember, he went from

14  marketing director of boys to now marketing director at MGA,

15  bigger responsibilities, and he got a salary that was

16  competitive with what a director of marketing gets or got in

17  Mexico at that time.  In fact, Mr. Ibarra, who was a

18  director of marketing at Mattel, was getting a lot more.

19         Now, Mr. Quinn also told you that part of this

20  sinister conspiracy was the use of an e-mail called plot O4,

21  P-L-O-T, 04, as though this were some evidence of an evil

22  plot that was created at the W Hotel.

23         Well, the evidence is going to show that that name

24  was chosen not by Mr. Machado, not by Ms. Trueba, but by

25  Mr. Vargas.  And it was chosen because he felt that what

 1    they were doing was like the plot of a novel.  It had

 2    nothing to do with a plot against either Mattel or its

 3    employees.

 4            In fact, you know, when you sign up, I guess, for

 5    an e-mail account, you have to give a name, and the name

 6    that Mr. Vargas gave when he signed up for the account was

 7    Carlos Fuentes.  Now, Carlos Fuentes, you'll learn, is a

 8    famous Mexican writer, novelist and essayist, who writes

 9    about Mexican history and Mexican society.  He doesn't write

10    anything about any mystery plots, he doesn't write anything

11    about conspiracies, he doesn't write anything about any kind

12    of sinister, evil plots.  He writes about Mexican history

13    and Mexican society.

14            Now, another very important piece of evidence that

15    will be missing in this case relates to an incident that

16    could have occurred but didn't occur at the time of the

17    resignation of Mr. Machado.

18            In the beginning of April of 2004 -- I remember

19    Mr. Machado and the other two resigned on April 19th of

20    2004, an important date.  In the beginning of April of 2004,

21    Mattel Servicios asked Mr. Machado to attend what was known

22    as subsidiary meetings spring 2005 in El Segundo,

23    California.  Those meetings were going to be held on April

24    the 26th through April the 30th of that year, so that would

25    have been a week later after Mr. Machado severed all

1    relationship with Servicios.

2           Now, what was going to happen at that meeting?

3    Well, at that meeting what was going to be shown would be

4    marketing strategies for the coming year, prices for the

5    coming year, costs for the coming year, what TV ads Mattel

6    was going to show for the coming year, promotion strategies,

7    client support and all this new spring lines that nobody

8    else could see for the upcoming 2005 season.

9           And this was such a conspiracy that was born at

10   the W Hotel, that there will be no evidence at all that

11   Mr. Machado, in order to attend this meeting where he could

12   have gotten a wealth of information to bring over to MGA,

13   postponed his resignation so he could attend.  On the

14   contrary.  That resignation occurred as scheduled one week

15   before that meeting.

16          Now, after Mr. Machado gave his resignation and

17   said he was going to work for a competitor, Mr. Quinn also

18   told you that, you know, they were part of the conspiracy,

19   and they were probably so guilty that they didn't even wait

20   for their paychecks.  They rushed out of their.  That's not

21   what happened.

22          On the day they resigned, again, April 19, 2004,

23   they were told that their final paychecks weren't ready, and

24   they were told that by one of the Mattel employees.  So when

25   they left on -- they got a call on April the 21st, that's

1    two days after the resignation, and they got a call from

2    Mattel Servicios that they were to come to a meeting at a

3    hotel called Paraiso Radisson to receive their final

4    paychecks, and that was a hotel in Mexico City.

5              And on April the 23rd, the three of them went to

6    that hotel to what they thought was going to be the receipt

7    of their final paychecks.  And what happened there,

8    unexpectedly, there wasn't just somebody from Mattel there,

9    but there were a bunch of Mattel lawyers there.  And the

10   three of them were told that they would not get their final

11   paychecks until they each signed documents that, among other

12   things, had three paragraphs that in effect would have

13   prohibited them from working at all in the toy industry in

14   the future, no contacts with any clients that Mattel ever

15   had, and Mattel didn't have a monopoly in these clients,

16   anybody in the toy industry would contact these, whatsoever.

17             Now, Mexican law, you'll learn, prohibits the

18   withholding of the final paycheck on any conditions.  And

19   Mr. Machado, what he did, he asked one of the Mattel

20   attorneys by the name of Cavassuto to take out these three

21   paragraphs, and the answer was, sign it or there is no

22   paycheck.  So he didn't sign, and he didn't get his paycheck

23   until later, until he had to file a claim with the labor --

24   local labor board in Mexico City, which later ordered Mattel

25   Servicios, much later, ordering Mattel Servicios to turn

 1  over what's known as the "finiquito" or the final paycheck.

 2  But there is more to show Mattel's reaction.

 3          Mattel, as we sit here and stand here, is

 4  prosecuting Mr. Machado in Mexico for the same conduct that

 5  it's claiming here results in its claim of trade secret and

 6  misappropriation.  And I say Mattel is prosecuting

 7  Mr. Machado, because we are going to learn that in Mexico,

 8  for a nonviolent offense, a nonviolent criminal offense, the

 9  person who is alleged to be the victim in effect becomes the

10  prosecutor, in effect takes over the prosecution, and that's

11  what they've done here.

12          And they spent millions of dollars in Mexico

13  prosecuting Mr. Machado criminally.  And there is a reason

14  why.  Mattel also prosecuted Pablo Vargas.  Vargas,

15  remember, is one of the three that was involved in the

16  downloading of documents.  But they also gave Mr. Vargas

17  what in Mexico is known as a full pardon for those crimes,

18  which is in effect a total dismissal of the charges, but

19  only at a price.  And that price was that Mr. Vargas would

20  give testimony for Mattel at this trial.  And when

21  Mr. Vargas comes, he and I are going to talk some more about

22  all of the benefits that he received in exchange for that

23  pardon.

24          Now, what does Mattel, Inc., and Mattel de Mexico

25  want from Gus Machado?  What do they want him to pay for

1    downloading and looking at some of the documents, at some

2    parts of those documents?  Well, they want $6.5 million.

3    That's what they want from Mr. Machado.

4            Now, the basis of that is going to be something

5    called unjust enrichment about which Judge Carter is going

6    to instruct you at the end, but they arrive at that

7    $6.5 million figure, which may be like chump change when you

8    think about what they want from MGA, but it ain't chump

9    change for Mr. Machado.  And they arrive at that figure, not

10   from any profits that Mr. Machado supposedly made or even

11   from any profits that MGA supposedly made from looking at

12   parts of some of the documents.

13           The way they arrive at it is from the cost or the

14   supposed cost to Mattel, Inc., or Mattel Servicios in making

15   or creating all of these documents, not just the parts that

16   he looked at, not just the documents that he looked at, or

17   its parts, all of those documents.  And that cost, they say,

18   is $6.5 million.  To be exact, $6,512,130.  Well, you can be

19   sure that we are going to take a close look during the

20   evidence at that cost.

21           You know, at the end of the trial, when I'll have

22   a chance to talk to you again, and my only chance to talk to

23   you again, we'll talk more about the evidence when you've

24   heard it, and we'll be able to be more specific in terms of

25   what you heard.

1        For now, that's what Mr. Cote and I expect the

2   evidence will show at this trial and also what evidence will

3   be absent at this trial.  And on the basis of that evidence,

4   both shown and not shown, we're going to ask you to reach a

5   verdict in favor of Gustavo Machado and against Mattel,

6   Inc., and Mattel de Mexico.

7        And I thank you for listening and being awake, and

8   to paraphrase a line from an old movie, buckle up, it's

9   going to be a long ride.

10       Thank you.

11       THE COURT:  Once again, thank you, Mr. Overland.

12       And once again, let me remind you that's an

13   opening statement, it's not evidence.

14       Now, both sides have been told to have witnesses

15   standing in the hallway, and if there is not a witness that

16   comes through the door when we call upon a witness, the case

17   stops for that party because you are not be inconvenienced.

18       So Counsel, call your first witness.

19       MR. QUINN:  Your Honor, Mattel calls Ivy Ross.

20       THE COURT:  Okay.  Now we are rolling.  We're not

21   going to waste any time.  We'll take you up to about

22   5:00 tonight.  Time is valuable.  5:00 we'll let you go and

23   we'll talk to you about what time you want to convene

24   tomorrow.

25       Thank you, Counsel, for being so prompt.

1          Thank you, Ms. Ross.  If you'd be kind enough to

2    step forward between the double doors, and after doing so,

3    would you stop at that location and raise your right hand,

4    please.

5                **IVY ROSS, PLAINTIFFS' WITNESS, SWORN**

6          THE WITNESS:  Yes, I do.

7          THE COURT:  Ms. Ross, if you'd come along the side

8    of the jury box just past the gentleman who's seated, come

9    up to the witness stand, please.  There is an entrance to

10   the witness stand here by the wall.  And after you are

11   comfortably seated, after you are comfortably seated, thank

12   you, will you state your full name to the jury and spell

13   your last name, please.

14         THE WITNESS:  Ivy Elise Ross, R-o-s-s.

15         THE COURT:  Thank you.  This is direct

16   examination.

17         MR. QUINN:  Thank you, your Honor.

18                     **DIRECT EXAMINATION**

19   BY MR. QUINN:

20   Q    Good afternoon, Ms. Ross.

21   A    Good afternoon.

22   Q    By whom are you presently employed?

23   A    Gap, Inc.

24   Q    And where do you live and work?

25   A    In San Francisco, Mill Valley, California.

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

103

1    Q    All right.  You were formerly employed by Mattel?

2    A    Yes, I was.

3    Q    When did you -- do you want to pour yourself a glass of

4    water?

5    A    Yes, I do.

6    Q    I don't want to make you do two things at once.

7         When did you leave Mattel's employment?

8    A    I think it was around 2004.

9    Q    And what is your job presently at Gap?

10   A    I'm the creative director of marketing, digital

11   advertising and innovation.

12   Q    And how long have you been at Gap?

13   A    It will be a little over two and a half years.

14   Q    I think you said that you left Mattel in 2004; is that

15   correct?

16   A    Uh-huh, yes.

17   Q    What was your next position after Mattel?

18   A    I was employed by Old Navy, which is owned by Gap,

19   Inc., being executive vice president of design and product

20   development for Old Navy.

21   Q    And then after that?

22   A    I left and went to the Disney Stores, and I was chief

23   creative officer for Disney Stores for a year, and then Gap

24   asked me, begged me to come back.  Now, this time working

25   for the brand Gap, because Gap, Inc., owns both Gap and Old

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

104

```
 1   Navy, so I'm, once again, employed by Gap, Inc., but with a
 2   different job.
 3   Q    Would it be fair to say that each of these jobs that
 4   you've described for the jury involve management of design
 5   and creative aspects of your employer's business?
 6   A    Yes.
 7   Q    Could you tell us for how many years you've been
 8   involved in that type of work, that is to say management of
 9   creative activity and design?
10   A    Thirty-five years, although I hope I don't look that
11   old.
12   Q    Could you give the jury some idea of what -- who some
13   of your other employers were before you joined Mattel?
14   A    I've worked for Swatch Watch, Calvin Klein, Coach
15   Handbags, Liz Claiborne, yeah, and then the rest you know.
16   Q    Now, you told us you left Mattel in 2004.  When did you
17   start at Mattel?
18   A    It was sometime in '98.
19   Q    What was your first position at Mattel?
20   A    I was the SVP of Barbie design and visual design.
21   Q    SVP meaning --
22   A    Senior vice president.
23   Q    And what were your duties as the senior vice president
24   for Barbie and visual design?
25   A    So on the Barbie line of toys, I was in charge of
```

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

105

1    doing -- overseeing the entire design and product

2    development process up until the point it went to

3    manufacturing.

4    Q     And did your position at Mattel change from that first

5    position you started with?

6    A     About a year into it, I was given additional

7    responsibility of being in charge of not just the Barbie toy

8    line but all of girls' toys.

9    Q     And do you recall what that position was called?

10   A     I think it was the SVP of girls' division of design --

11   design of girls' division.

12   Q     So in that -- is that the last position that you held

13   at Mattel?

14   A     Yes.

15   Q     In that position, can you give us some idea how many

16   people reported to you directly or indirectly?

17   A     So indirectly it was up to 280 at its highest point.  I

18   mean, it maybe fluctuated between 250 and 280 during my

19   tenure there.

20   Q     And can you please give the jury who these people were

21   that you reported to you directly or indirectly?

22   A     It was a quite a range of different types of skill sets

23   that work on the creation of toys.  It ranged from sample

24   makers to fashion designers, industrial designers,

25   sculptors, face painters, model makers, engineers, yeah,

1   that's a good range.

2   Q    And what types of backgrounds did these peoples have in

3   terms of their training and qualifications?

4   A    You know, there were some schools that actually have a

5   toy design program, so employees came from toy design

6   programs or fashion design programs, industrial design

7   programs.  Some of our -- one of our sculptors came from

8   Italy, so it was quite a range.

9   Q    And did you have people work for you that had worked at

10  other toy companies?

11  A    Yes.  I mean, it's a small industry, so people would

12  rotate, you know, there's only so many toy companies one

13  could go to, so I know that there were a few people that had

14  been at Mattel twice or would kind of rotate through the

15  selection of toy companies.

16  Q    Did you have people who were at Mattel who left to go

17  to work for a -- some other toy company, a competitor?

18  A    Yeah, yeah, there were, from time to time.

19  Q    We just heard the statement that Mattel hates it when

20  one of its employees goes to work for a competitor; was that

21  your experience?

22  A    I wouldn't use the word "hate."  I mean, no one likes

23  when someone leaves you to go to a competitor.  I mean, you

24  want to -- especially if they are a valued employee, you

25  want to keep them.  So no, I wouldn't use the word "hate."

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

107

```
1   We prefer that they didn't, but there was nothing we could
2   do.
3   Q    But that's something that happened from time to time,
4   is that a Mattel employee would go to work for a competitor?
5   A    Yeah, absolutely.
6   Q    And was that regarded as an act of treason or something
7   that was completely unacceptable to you?
8   A    It was disappointing, I mean, you have to do a little
9   self-reflection and say what is it that they are leaving us
10  for, you know, why couldn't we keep them, so you always want
11  to look into that, but there are certain times when you just
12  can't hold people back from what they feel they need to do.
13  Q    We've heard the term "fashion doll."  What is a fashion
14  doll?
15  A    In the industry, we -- it's about play pattern, and a
16  fashion doll is one where you can take the fashions on or
17  off the doll as well as it usually involves some kind of
18  hair play that place into the fashionability of the doll.
19  Q    And now I get to ask probably the dumbest question of
20  the day, and that is, what is Barbie?
21  A    Barbie is an iconic brand with products that range from
22  a fashion doll to DVDs to bedding to electronic toys.
23  Q    Could you explain -- do you know how long Barbie has
24  been sold by Mattel?
25  A    I remember celebrating her 50th birthday, I think,
```

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 108 of 128   Page ID #:289909
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

108

1    right after I left when I was there, so it's at least 50

2    years.

3    Q    All right.  Within the groups of people who are

4    responsible for Barbie, are there different teams?

5    A    Yes, so the Barbie toy brand, toy division was broken

6    into mainline, collector, accessories, a separate division

7    that did fashions just for -- when we sold fashion

8    separately apart from the doll, those were some of the

9    divisions that we had within Barbie.

10        When I say "divisions," it was all under my watch.  It

11   was just different teams that worked on different aspects of

12   the Barbie line.

13   Q    Can you tell us whether or not at Mattel, while you

14   were there, you know, back in the 1999 time frame, whether

15   there was an effort there by you and your staff to try to

16   keep Barbie new and fresh and to innovate, or was this a

17   doll that you were still looking at, a doll that harked back

18   to the 1950s?

19   A    No, part of why I was hired was to keep making her a

20   modern woman, which in some cases meant knowing -- we even

21   changed her body type, we made her have the latest fashions,

22   so it was constantly evolving.  That was the objective, is

23   to keep moving the doll forward.

24   Q    And did the Barbie brand also have multi-ethnic dolls?

25   A    Yes, there was Teresa, Christie, those are two that

1   came to mind, so she had a bunch of ethnic friends.

2   Q    You made reference to mainline and collector, can you

3   tell us what mainline and collector are?

4   A    So it was really divided by -- again, we speak a lot in

5   terms of play patterns, so the mainline dolls were ones that

6   were designed to be played with by children.  And the

7   collector division was ones that fundamentally were

8   purchased by adults or collectors, not to be played with,

9   but to be looked at and admired.

10       We did have within the collector division a children's

11  collector line, which was a more expensive line that

12  grandparents or parents would buy as keepsakes for their

13  children, so there were some dolls orientated toward

14  children, but they were more collector items and made to be

15  looked at and not to be played with.

16  Q    Did Mattel make dolls other that Barbie?

17  A    Yes, we had a number of lines, such as Polly Pocket,

18  little mommy, Diva Stars, just to name some.

19  Q    Now, you knew Carter Bryant?

20  A    Yes, I did.

21  Q    And he worked in the --

22  A    Collector division.

23  Q    -- a second stint at Mattel.  Do you know where he

24  worked?

25  A    Yes, his second time around, it was the collector

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

110

1    division.

2    Q    And what happens in collector?  What do they do there?

3    Is that the complete doll-making function or --

4    A    Yes, just like mainline.  I mean, collector doesn't

5    have a feature because it's not to be played with, but the

6    process is exactly the same in that the designer is

7    responsible for doing a sketch of their idea of the doll,

8    and that sketch includes the clothing, the hair, the makeup,

9    the pieces that the doll may come with, and that sketch acts

10   as the blueprint, if you will, for all the other areas that

11   can then contribute, for example, sculpting hair and face

12   paint follows that blueprint that the designer initiates to

13   create the doll with her fashions.

14   Q    Was Carter Bryant a doll designer in collector?

15   A    Yes, that was his job.

16   Q    Do you know whether he actually designed any collector

17   dolls himself?

18   A    Oh, yeah, no, I know for a fact.  In fact, he was

19   celebrated once, I think it was called Grand Entrance Barbie

20   or -- where he was actually -- his name was on the box, his

21   picture, and so he was a celebrated collector doll designer.

22   Q    His name and picture were on the box?

23   A    Yeah, which is something we do once in a while for

24   collectors when we want to showcase a prominent designer.

25   Q    Okay.  So can we look at Exhibit 13656?

1    A    Oh, that's not in my book.

2            THE COURT:  Counsel, you can sort that out later.

3    Proceed.  There won't be that kind of interruption.  We'll

4    do that at night.  Thank you.  Just proceed.  This is

5    valuable time for you.  I don't want it interrupted.  You

6    may use it, Counsel, that's fine.

7    BY MR. QUINN:

8    Q    If you can look at Exhibit 1356.

9            MR. QUINN:  If I may approach the witness, your

10   Honor?

11           THE COURT:  You may.

12   BY MR. QUINN:

13   Q    Can you identify this exhibit?

14   A    Yes.  This is the doll I was referring to that Carter

15   Bryant -- one of the many dolls he did, but this was the one

16   that I remember him being credited with and celebrated with

17   as an introduction of his work into the collector community.

18           MR. QUINN:  We would offer this, your Honor.

19           THE COURT:  Received.

20           MR. QUINN:  May we have permission to publish

21   this, your Honor?

22           THE COURT:  You may.

23           MR. QUINN:  Thank you.

24           *(Plaintiffs' Exhibit No. 1356 is received in*

25       *evidence.)*

1    BY MR. QUINN:

2    Q    This is up on the screen now.  This is the Grand

3    Entrance Barbie that you referred to that was a doll

4    designed by Carter Bryant?

5    A    Yes.

6    Q    And his name appears on the package?

7    A    Yes, his name and his picture.  It was a big honor to

8    be asked to do one of the collector dolls where we celebrate

9    the creator.

10   Q    So would it be a true statement -- we've heard the

11   statement that there was no connection between what Carter

12   Bryant was doing at Mattel and the design of a doll; would

13   you agree with that statement?

14   A    Absolutely false.  I don't know how one can say that.

15   Q    If we could look, please -- where was your office?

16        MR. QUINN:  Thank you, Ken.

17        THE WITNESS:  In the -- in almost the center, I

18   would say, of the design center where all the creative types

19   worked.

20   BY MR. QUINN:

21   Q    Is that located in El Segundo?

22   A    Yes, California.

23   Q    California.

24        You should have a book there with you -- if you turn,

25   please, to page -- to Exhibit 13541.

1    A    Yes.

2    Q    And can you identify that, what you're looking at

3    there, for us?

4    A    Yep, that's the entrance to the design center where we

5    worked.

6            MR. QUINN:  We'll offer that, your Honor.

7            THE COURT:  Received, and you can publish,

8    Counsel.  In fact, as soon as I receive it, you can put it

9    up immediately.

10           MR. QUINN:  Thank you, your Honor.

11           THE COURT:  It saves time.

12           *(Plaintiffs' Exhibit No. 13541 is received in*

13      *evidence.)*

14   BY MR. QUINN:

15   Q    This is a picture of the outside of the design center?

16   A    Yes, sir.

17   Q    And can you describe the floor plan of the interior,

18   what it was like, how --

19   A    It was one open, large space that was either a

20   warehouse or an airplane hangar, but it was one open space.

21   Q    Now, and were people in separate offices with doors

22   closed or openly cubicles or what?

23   A    No, it was a very open plan.  Everybody had a

24   three-walled -- I guess you would call it three-walled half

25   wall because it was tall ceilings, so there were really

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 114 of 128   Page ID #:289915
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

114

1    three partitions, and the other side, the fourth wall, was

2    opened.

3         I mean, some people would put a curtain up and close it

4    during lunch hours, but otherwise it was opened.  And based

5    on the teams that people worked in, there was a central open

6    space with a table, and all of these three-walled cubicles,

7    I'll call them, opened up onto the central table in most

8    cases where the work was shared.

9    Q    Can I ask you, please, to turn to Exhibit 293R, 293R.

10   And if you could take that out of the jacket.

11        And can you take a look at that and tell us whether

12   this appears to be a true and accurate depiction of the

13   layout of the interior of the design center back in the 1999

14   time frame?

15   A    Yeah.  I mean, it looks like the general layout.  I

16   can't say -- I mean, sometimes a cubical may move here or

17   there, but essentially that was the layout.

18             MR. QUINN:  We offer Exhibit 293R, your Honor.

19             THE COURT:  Received.

20             You may display it.

21             MR. QUINN:  We have a reduced copy up there on the

22   screen.

23             (Plaintiffs' Exhibit No. 293R is received in

24        evidence.)

25

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

1    BY MR. QUINN:

2    Q    Can you see there where your –- where you sat,

3    Ms. Ross?

4              THE COURT:  And if you'd like, you can stand up

5    and just show the jury on the larger screen, so they can see

6    that.

7              THE WITNESS:  Okay.  Let me just correlate it.

8              Yeah, so I sat in this space right here.

9    BY MR. QUINN:

10   Q    Thank you.

11   Can you take a –- you indicated that the cubicles are

12   basically opened except some people would have curtains they

13   would use sometimes?

14   A    Yeah, there were only three walls, and the fourth wall

15   isn't a wall.  It's a –- it's opened.

16   Q    Were there also work tables that designers could share?

17   A    Yes.  Do you want me to point to some?

18   Q    Sure, if you could, with the Court's permission.

19   A    So in these open spaces, there would be large work

20   tables, so like, for example, here, that this particular

21   team might have worked on Barbie dolls, age three to five,

22   and it would be a complement of all the team members, the

23   sample maker, the doll designer, the engineer, and they

24   would all have these different partitions, spaces, and there

25   would be a central work table in the center where they would

1    all meet.

2    Q    We will go back to the full graph.

3         Ms. Ross, can you give us a general idea of where the

4    other groups sat, without going into a whole lot of detail,

5    just a general idea where the sculpting was, where the hair

6    people were, that sort of thing?

7    A    I think hair was here.  Collector was in this area.

8    Sculpting was here.  Accessories was somewhere in here.  And

9    Barbie preliminary design was -- for the bulk of it, was in

10   this space.

11   Q    Thank you.

12        Would you please turn in the book to Exhibit 13538,

13   13538.  It's towards the back.

14        Can you identify -- do you have it there?

15   A    Yeah, 13538, yeah.

16   Q    Can you identify that for us?

17   A    Yeah, I mean, this looks like one of the typical work

18   spaces.

19            MR. QUINN:  We'd offer that, your Honor.

20            THE COURT:  Received.

21            You may display.

22            (Plaintiffs' Exhibit No. 13538 is received in

23        evidence.)

24   BY MR. QUINN:

25   Q    This is a shot of an area inside of the design center?

1  A    Yes, it is, and this is -- this is one of the larger

2  central work tables.

3  Q    Thank you.

4  A    Yeah.

5  Q    And then Exhibit 13539, just behind that, is that

6  another shot of the interior design center?

7  A    Yes, it is.

8          MR. QUINN:  We'd offer that.

9          THE COURT:  Received.

10          *(Plaintiffs' Exhibit No. 13539 is received in*

11      *evidence.)*

12  BY MR. QUINN:

13  Q    And then Exhibit 13548.

14  A    Uh-huh.

15          THE COURT:  Received.

16          *(Plaintiffs' Exhibit No. 13548 is received in*

17      *evidence.)*

18          MR. QUINN:  If we can display that as well.

19          THE WITNESS:  Yes, that looks like a section of

20  the models.

21          MR. QUINN:  Enlarge that.

22          THE WITNESS:  Sorry.

23  BY MR. QUINN:

24  Q    What section does that appear to be?

25  A    It appears to be more the model shop area where, again,

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

118

1   we had these large work tables.

2   Q    In terms of the designers' interaction with each other,

3   can you describe that for us?  Was this an environment where

4   people would share what they were working on or cover up

5   papers on their desk or what was it like?

6            MS. KELLER:  Objection.  Overbroad.

7            THE COURT:  Overruled.

8            THE WITNESS:  Yeah, I absolutely encouraged --

9   first of all, the work environment, because we didn't have

10  enough storage space so there was -- all of the work often

11  was on L boards, as you can see in some of the pictures, on

12  storage, on desks, but it was absolutely an environment

13  where I encouraged, I believe, in terms of -- I really

14  believe in collaboration.  The best idea can come from three

15  different people.

16           So I would actually walk around once a week to

17  those large tables and insist that each team put their

18  products out on those tables, and invited my designers to

19  come with me to see the other team's work, so that often I

20  would say, I love the dress of this doll, but the mechanism

21  here might be better off in that idea.

22           So it was really a -- although people -- designers

23  did create their own creations and create their own dolls, I

24  encouraged the cross-pollination of ideas and shared --

25  shared knowledge between the various teams.

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 119 of 128   Page ID #:289920
CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

119

1    BY MR. QUINN:

2    Q    Did you think that was important from the standpoint of

3    your management of the design center, that people share what

4    they are working on?

5    A    Yes, I think it's very important, because sometimes,

6    like I mentioned, someone may have an idea that actually

7    works better in someone else's doll.

8    Q    Can you tell us whether or not designers were

9    encouraged to actually pitch their own ideas or pursue their

10   own ideas for designs and dolls and the like?

11   A    Yeah, we had a mix of -- in part, there was a -- I

12   would call it a blueprint given to us by marketing, certain

13   kinds of dolls we needed to make each season, and then there

14   was something called a blue sky slot where they were invited

15   to -- every single season, it was opened for them to,

16   without any guard rails, pitch a particular doll for that

17   season.  And another opportunity was something I initiated

18   which was once or twice a year actually have the designers

19   stop doing their regular work and create whole new doll

20   brands that if they owned a toy company, what that -- what

21   they think would be a fantastic doll brand.

22        So this was all the things we did to foster creativity

23   beyond fulfilling the business needs of the actual slots

24   that we were asked to do.

25   Q    Right.  When you say the slots that you were asked to

CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

120

1    fill, can you explain what you mean by that?

2    A    Every season marketing and our business partners would

3    say, we need 12 dolls to deliver to the stores this

4    Christmas, and these dolls should be a range of these price

5    points and kind of fulfill a certain play pattern, so they

6    gave us boundaries, which was understandable, in terms of

7    making sure that we had a balance of price points and a

8    scale of toy.

9    Q    You contrasted that with blue sky slots?

10   A    So blue sky slot was when there was no boundaries as to

11   play pattern or price restrictions.  It was more open for

12   designer's pure creativity of a play pattern that they may

13   invent, for example.

14   Q    Would a designer like Carter Bryant have had these

15   opportunities to present a new toy idea or a new doll

16   design?

17   A    Yes, constantly.  In fact, there were sometimes where a

18   collector, designer would present an idea that I thought was

19   great for mainline and vice versa.  We would show them to

20   their respective marketing partners.

21   Q    So can you tell us whether or not, you know, if

22   Mr. Bryant was spending most of his time in collector,

23   whether or not he would also -- and other people as well in

24   collector, would actually, as you say, cross-pollinate with

25   other parts of the design business and parts of the design

1    center?

2    A    Yeah.

3            MS. KELLER:  Objection, foundation.

4            THE COURT:  Overruled.

5            THE WITNESS:  Their primary jobs was in their

6    areas, but they absolutely, and I encouraged it, had access,

7    and in fact, I would bring them all into the presentation

8    room to see each other's work because sometimes a designer

9    would have a great idea, I mean, I fostered this kind of

10   energy, instead of people staying to themselves, is to kind

11   of brainstorm off of each others dolls, so we would do that

12   in the presentation room at various times, but it was

13   always, yeah, available to them.

14   BY MR. QUINN:

15   Q    Were there instances where a designer came up with an

16   idea that actually was brought to market, you know, was

17   actually developed and became a toy that was brought to

18   market?

19   A    Yeah, I mean, What's Her Face was a brand that came out

20   of this open forum where I had invited every designer who

21   wanted to contribute a vision for their own doll line, and

22   so a brand called What's Her Face, which was a unique doll

23   where you could draw on her face with markers, erase it and

24   create a whole new face, was a brand that came out of that

25   exercise.

CV 04-9049-DOC - 01/18/2011 - Day 3, Vol. 2 of 2

122

1    Q    What happens to ideas and projects that ultimately

2    don't make it to market, that the company does not end up

3    manufacturing and shipping to Toys R Us and Target and the

4    like, what happens to those?

5    A    We generate, the designers generate a ton of designs,

6    and we can never -- I'd say we were generating about three

7    times as much as we knew could go into the market at any one

8    point in time, and so the ones that didn't make it for any

9    particular reason, because we just had three times as many

10   as we needed and we did times testing or it didn't fit the

11   test point, for a variety of reasons, we would lock those

12   up, in some cases in our cabinets, or they would sit on L

13   boards on the storage areas around the work spaces, because

14   we didn't have enough cabinetry, but they remained the

15   property of Mattel.

16       And at times -- sometimes a designer would pull back

17   out something he did to reference it or take a doll apart

18   and make it into something else, so they were kept around

19   for reference, because it wasn't necessarily because of the

20   dolls were bad.  It was because we had a finite amount that

21   we could bring to market at any one point in time.

22           THE COURT:  Mr. Quinn, let's stop here for this

23   evening.  This is a logical place.  We can resume tomorrow.

24           We will need you back tomorrow.

25           Let me talk to the jury about what time.

1           THE WITNESS:  Okay.

2           THE COURT:  Do you have a general idea not when

3    you'd like to come back, when you have to come back, what

4    hour?  Have you had a chance to talk about that a little

5    bit?

6           Give me a time.

7           THE JUROR:  We talked together and most of us

8    agreed 8:30 or 9:00.

9           THE COURT:  8:30 is okay?  As long as everybody

10   can be here, that just makes sense.  What we can't do is say

11   8:00 and have somebody show up at 8:15, and we can't say

12   8:30 and have somebody show up at 8:45.

13          THE JUROR:  8:30 is good.

14          THE COURT:  Let me just map out a day because --

15   not so fast.  Don't leave yet.

16          The first week is a little rough always.  We

17   settle in in lengthy cases, and the first week we kind of

18   get off the ground, so you know, the goal should be, we

19   should be ready to go at 8:30, okay, so counsel will be here

20   a little bit earlier than you.

21          And if we go an hour and a half and then take a

22   half-hour recess and then go an hour and a half, we get

23   three hours in the morning, right.  Then you decide the

24   lunchtime tomorrow, if you want an hour, fine, if you want

25   an hour and 15 minutes, fine, but let's get three hours in

1    the afternoon, let's average six hours a day no matter what.

2            Now, as soon as I say that, there will be 20

3    exceptions, okay?  So let's try to do that.  And if we

4    average that time, trust me, this case will get to you in a

5    period of time so you can understand.  We want this evidence

6    to be as fresh as possible given the time estimate.

7            Okay.  I'm going to send you home this evening

8    with a legal admonition that you're not supposed to discuss

9    this matter with anyone, nor form or express an opinion.

10   Has anybody talked to anybody about the case so I can start

11   all over again?  Don't do it.

12           THE JUROR:  They will try to get you to.

13           THE COURT:  Yeah.  Listen, if they aren't asking,

14   they don't love you, okay?

15           (Laughter.)

16           THE COURT:  So you know, that -- we approach it

17   from a legalistic standpoint and pretend as judges that that

18   admonition cures the world's ills, it doesn't.  People are

19   going to ask, and you can't tell.  You can't even tell them

20   what case you are sitting on.  Because the more you tell

21   them, the more questions they will ask.  And remember,

22   folks, Mattel, MGA, Mr. Machado, Mr. Larian, Mr. Eckert,

23   they place their faith and trust in a lengthy trial, okay?

24   Society's money on our ethics, okay?

25           So we'll see you tomorrow at 8:30 in the morning,

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 125 of 128   Page ID #:289926
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

125

1    and we'll open those doors at 8:30.  In other words, I'll

2    just bring you out, okay?

3              All right.

4              THE JUROR:  We can leave our notes?

5              THE COURT:  Yeah, leave your notes on the seat you

6    occupy.  Don't take them home.  Nobody is going to check

7    those seats or anything, okay?  You leave everything there.

8              Good night.

9              THE JUROR:  Good night.

10             THE COURT:  We are off the record for a moment.

11             *(Discussion off the record.)*

12             THE COURT:  Okay.  We are back on the record.

13   Counsel had informally approached the Court this morning

14   just before opening statement, and Ms. Keller told me she

15   was concerned about one of her associates having seen what

16   she believed might have been a juror standing in the

17   security line, and they exchanged some discussion about

18   their respective hair, and she paid the compliment to this

19   person.

20             Ms. Keller did exactly the right thing ethically,

21   she approached the Court and informed the Court about that.

22   I told counsel to start your opening statement so we don't

23   get involved at the time being.

24             And Ms. Zolinski, you were the person who was in

25   line, this person who exchanged compliments with?

Case 2:04-cv-09049-DOC-RNB   Document 9703   Filed 01/27/11   Page 126 of 128   Page ID #:289927
CV 04-9049-DOC – 01/18/2011 – Day 3, Vol. 2 of 2

126

 1              MS. ZOLINSKI:  Yes.

 2              THE COURT:  Okay.  Anything else?

 3              MS. KELLER:  Not on that topic.

 4              THE COURT:  What else?

 5              MS. KELLER:  Just to avoid running afoul of not

 6     giving the Court an exhibit in advance, there was one

 7     exhibit for Ms. Ross that we have inadvertently not given

 8     the Court.  I don't think it's controversial.

 9              THE COURT:  We'll do that tonight.

10              MS. KELLER:  Okay.

11              THE COURT:  You're coming back after dinner.

12     We'll see you 5 to 6:00, so you can get something to eat.

13              MS. KELLER:  But I'm examining Ms. Ross.  It's

14     just one page, your Honor.

15              THE COURT:  Five to six.

16              All right.  Mr. Overland, you don't have to attend

17     this evening.

18              MR. OVERLAND:  I just want to give you an update

19     on Mr. Machado.

20              THE COURT:  Do you want it on the record?

21              MR. OVERLAND:  No, unless you want it.

22              THE COURT:  I think we may need it on the record.

23              MR. OVERLAND:  That's fine.

24              THE COURT:  Where is Mr. Machado?

25              MR. OVERLAND:  He is waiting to get permission

1   from the judge in Mexico to come here.  As soon as he gets

2   it, he'll be on a plane.  That's my information.

3          THE COURT:  Okay.

4          Anything further?

5          MR. OVERLAND:  Pardon?

6          THE COURT:  Anything further?

7          MR. OVERLAND:  No, your Honor.

8          THE COURT:  Ms. Keller?

9          MS. KELLER:  No, your Honor.

10         THE COURT:  Mr. McConville?

11         MR. MC CONVILLE:  No, sir.

12         THE COURT:  Do you need the court reporter this

13   evening or can we work informally on the exhibit?

14         MS. HURST:  I was just going to give her the

15   document that Ms. Keller was reading from to help her.

16         MR. MC CONVILLE:  Informal is fine.

17         THE COURT:  Informal is fine.  Then we'll see you

18   at 5 to 6:00.  Have a nice dinner.

19         *(Recess.)*

20                        -oOo-

21

22

23

24

25

1                          –oOo–

2                       **CERTIFICATE**

3

4          I hereby certify that pursuant to Section 753,

5    Title 28, United States Code, the foregoing is a true and

6    correct transcript of the stenographically reported

7    proceedings held in the above-entitled matter and that the

8    transcript page format is in conformance with the

9    regulations of the Judicial Conference of the United States.

10

11   Date:  January 19, 2011

12

13

14   _____

15   JANE C.S. RULE, U.S. COURT REPORTER
     CSR NO. 9316

16

17

18

19

20

21

22

23

24

25