Quinn Emanuel Urquhart & Sullivan, LLP
 John B. Quinn (Bar No. 090378)
 Michael T. Zeller (Bar No. 196417)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, <br><br> PLAINTIFF(S) <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 04-09049 DOC (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**

Supplemental Declaration of Michael T. Zeller in Support of Mattel's Supplemental Brief Regarding And/Or Notice of Motion and Motion to Reconsider Court's Ruling on MGA's Motion In Limine No. 7; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Supplemental Declaration of Michael T. Zeller in Support of Mattel's Supplemental Brief Regarding And/Or Notice of Motion and Motion to Reconsider Court's Ruling on MGA's Motion In Limine No. 7

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☑ Manual Filing required (*reason*):
  Application to Seal and Proposed Order Not Subject to E-filing.

| | |
|---|---|
| January 27, 2011 | Michael T. Zeller |
| Date | Attorney Name |
| | Mattel, Inc. and Mattel de Mexico, S.A. de C.V. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).