Case 2:04-cv-09049-DOC-RNB  Document 9705  Filed 01/27/11  Page 1 of 156  Page ID #:289931
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

1

1     **UNITED STATES DISTRICT COURT**

2     **CENTRAL DISTRICT OF CALIFORNIA**

3     **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4              - - - - - - -

5
      MATTEL, INC., et al.,          )
6                                    )
              Plaintiffs,            )
7                                    )
         vs.                         ) No. CV 04-9049 DOC
8                                    )    Day 4
      MGA ENTERTAINMENT, INC., et al., )   Volume 1 of 3
9                                    )
                                     )
10            Defendants.            )
      _____)

11

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                    Jury Trial

16               Santa Ana, California

17            Wednesday, January 19, 2011

18

19

20

21    Debbie Gale, CSR 9472, RPR, CCRR
      Federal Official Court Reporter
22    United States District Court
      411 West 4th Street, Room 1-053
23    Santa Ana, California 92701
      (714) 558-8141
24

25    04cv9049 Mattel 2011-01-19 D4V1

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 2 of 156   Page ID #:289932
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

2

1    **APPEARANCES OF COUNSEL:**

2

     FOR PLAINTIFF MATTEL, INC., ET AL.:

3
              QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
4             BY:   JOHN QUINN
                    WILLIAM PRICE
5                   MICHAEL T. ZELLER
                    Attorneys at Law
6             865 South Figueroa Street
              10th Floor
7             Los Angeles, California 90017
              (213) 443-3000
8

9

10

11   FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

12            ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
              BY:   THOMAS S. McCONVILLE
13                  Attorney at Law
              4 Park Plaza
14            Suite 1600
              Irvine, California 92614
15            (949) 567-6700

16            - AND -

17            ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
              BY:   ANNETTE L. HURST
18                  Attorney at Law
              405 Howard Street
19            San Francisco, California 94105
              (415)773-5700
20
              - AND -
21
              KELLER RACKAUCKAS
22            BY:   JENNIFER KELLER
                    Attorney at Law
23            18500 Von Karman Avenue
              Suite 560
24            Irvine, California 92612
              (949) 476-8700
25

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 3 of 156   Page ID #:289933
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

3

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

4
             LAW OFFICES OF MARK E. OVERLAND
5            By:  MARK E. OVERLAND
                  Attorney at Law
6            100 Wilshire Boulevard
             Suite 950
7            Santa Monica, California 90401
             (310) 459-2830
8
             - AND -
9
             SCHEPER KIM & HARRIS LLP
10           BY:  ALEXANDER H. COTE
                  Attorney at Law
11           601 West 5th Street
             12th Floor
12           Los Angeles, California 90071
             (213) 613-4660
13

14

15
     ALSO PRESENT:
16
             MGA ENTERTAINMENT, INC.
17           BY:  JEANINE PISONI
                  Attorney at Law
18           16360 Roscoe Boulevard
             Suite 105
19           Van Nuys, California 91406

20
             ROBERT ECKERT, Mattel CEO
21
             ISAAC LARIAN, MGA CEO
22
             KEN KOTARSKI, Mattel Technical Operator
23
             MIKE STOVALL, MGA Technical Operator
24

25

1                          I N D E X

2    WITNESSES                  DIRECT  CROSS  REDIRECT  RECROSS

3    ROSS, Ivy

4    By Mr. Quinn                  7

5    By Ms. Keller                        51

6

7

8                          EXHIBITS

9    EXHIBIT NO.                IDENTIFICATION    IN EVIDENCE

10    48-B    Illustrations for decal              36
              by Lily Martinez
11
      48-2    Toon Teens drawing by                43
12            L. Martinez

13    48-B-4  Drawing of Toon Teen                 43
              doll by L. Martinez
14
      48-B-1  Design drawing for Toon              44
15            Teens by L. Martinez

16    48-B-6  Original design drawing              45
              for Toon Teens by
17            L. Martinez

18    48-A    Original drawing by                  153
              L. Martinez
19
      48-C-1  Blue-haired doll                     154
20
      257-1   Cool Skating Barbie in              39
21            box

22    257-6   Enlargement of decal for           39
              Cool Skating Barbie
23            T-shirt

24    257-A   Picture of Cool Skating            152
              Barbie
25

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

5

| 1 | **EXHIBITS** (Continued) | | |
|---|---|---|---|
| 2 | EXHIBIT NO. | IDENTIFICATION | IN EVIDENCE |
| 3 | | | |
| 4 | 258-1 | Cool Skating Barbie in box | 39 |
| 5 | | | |
| 6 | 258-6 | Enlargement of decal on Teresa | 40 |
| 7 | 258-A | Picture of Cool Skating Teresa | 152 |
| 8 | | | |
| 9 | 259-1 | Cool Skating Barbie - Christie in box | 40 |
| 10 | 259-5 | Enlargement of decal on Christie shirt | 40 |
| 11 | | | |
| 12 | 259-A | Picture of Cool Skating Christie | 153 |
| 13 | 261-29 | Design on Cool Skating Barbie T-shirt | 37 |
| 14 | | | |
| 15 | 261-28 | Design on Cool Skating Barbie T-shirt | 38 |
| 16 | 261-25 | Final finished version of decal on Cool Skating Barbie T-shirt | 38 |
| 17 | | | |
| 18 | 261-A | Lily Martinez L-board | 154 |
| 19 | 314 | List of names | 32 |
| 20 | 316 | Sheet with ideas for logos | 29 |
| 21 | | | |
| 22 | 424 | Chat Brats logos | 32 |
| 23 | 432 | Photo of Diva Starz doll | 28 |
| 24 | 433 | Photo of Diva Starz doll - Nikki | 28 |
| 25 | | | |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 6 of 156   Page ID #:289936
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

6

1                    **EXHIBITS  (Continued)**

2   **EXHIBIT NO.**                    **IDENTIFICATION      IN EVIDENCE**

3

4       1291      4/7/2003 memo written by              135
                  Ms. Ross
5
        8152      Mattel organizational                 128
6                 chart

7       13656-A   Grand Entrance Barbie                   8
                  box
8
        16074     Document from                          137
9                 Ms. Fontanella re:
                  360 Task Force
10
        17384     Diva Starz doll - Tia                 154
11
        17753     Blythe doll                           112
12
        17758     Sailor Moon book                      154
13
        23633     Employee Confidential                  18
14                Information and
                  Inventions Agreement for
15                Ms. Ross

16      34650-6   Letter from Mr. Kaye to                72
                  Ms. Ross
17

18

19

20

21

22

23

24

25

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 7 of 156   Page ID #:289937
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

7

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, WEDNESDAY, JANUARY 19, 2011**                |
|       | 2  | **Day 4, Volume 1 of 3**                                             |
|       | 3  | (8:30 a.m.)                                                          |
| 08:30 | 4  | *(In the presence of the jury.)*                                     |
| 08:30 | 5  | THE COURT:  All right.  Well, good morning.  The                     |
| 08:30 | 6  | jury's present.  The alternates are present.  All counsel            |
| 08:31 | 7  | are present.                                                         |
| 08:31 | 8  | Counsel be seated.                                                  |
| 08:31 | 9  | Ms. Ross is on the stand.                                           |
| 08:31 | 10 | **IVY ROSS, PREVIOUSLY SWORN, RESUMED THE STAND**                    |
| 08:35 | 11 | THE COURT:  Counsel, your continuing direct                          |
| 08:35 | 12 | examination, please.                                                 |
| 08:35 | 13 | MR. QUINN:  Thank you, Your Honor.                                   |
| 08:35 | 14 | **DIRECT EXAMINATION (Resumed)**                                     |
| 08:35 | 15 | BY MR. QUINN:                                                        |
| 08:35 | 16 | Q.   Good morning.  Ms. Ross, yesterday we looked at                 |
| 08:35 | 17 | Exhibit 13656, which were those two photocopied pages from           |
| 08:35 | 18 | the Grand Entrance Barbie, original design by Carter Bryant.         |
| 08:35 | 19 | MR. QUINN:  Do you have that second page                             |
| 08:35 | 20 | available?                                                           |
| 08:35 | 21 | MATTEL TECHNICIAN:  Yes, I do.                                       |
| 08:35 | 22 | MR. QUINN:  If we could put the second page of                       |
| 08:35 | 23 | Exhibit 13656 on the screen, please.                                 |
| 08:36 | 24 | *(Document displayed.)*                                              |
|       | 25 |                                                                      |

| 08:36 | 1 | BY MR. QUINN: |
| 08:36 | 2 | Q.   Is that a copy of the back of the box that the Grand |
| 08:36 | 3 | Entrance Barbie appeared in? |
| 08:36 | 4 | A.   Yes, it is. |
| 08:36 | 5 | Q.   Is that a picture of Carter Bryant and his signature up |
| 08:36 | 6 | there at the top? |
| 08:36 | 7 | A.   Yes, it is. |
| 08:36 | 8 |        MR. QUINN:  And, Your Honor, we've also marked as |
| 08:36 | 9 | Exhibit 13656-A, the tangible, the box itself, and we would |
| 08:36 | 10 | offer that in evidence as well. |
| 08:36 | 11 |        THE COURT:  Received. |
| 08:37 | 12 |        (Exhibit No. 13656-A received in evidence.) |
| 08:37 | 13 | BY MR. QUINN: |
| 08:37 | 14 | Q.   Yesterday you talked about some of the things that you |
| 08:37 | 15 | did while you were at Mattel to promote innovation and |
| 08:37 | 16 | creativity.  Is that a process that ever stopped during the |
| 08:37 | 17 | years of your Mattel employment? |
| 08:37 | 18 | A.   No.  In fact, it just kept growing.  The more |
| 08:37 | 19 | confidence I got in the fact that people were embracing it, |
| 08:37 | 20 | I kept iterating new processes.  And from originally |
| 08:37 | 21 | starting to create that atmosphere within the design center, |
| 08:37 | 22 | my boss, Adrienne Fontanella, even started to look into how |
| 08:37 | 23 | we could work more collaboratively within, not just the |
| 08:37 | 24 | design and development areas, but even within marketing to |
| 08:37 | 25 | design, packaging to design, so that kind of that attitude |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

9

| | | |
|---|---|---|
| 08:37 | 1 | just kept spreading through the company.  So there were many |
| 08:38 | 2 | different initiatives that built on an understanding that |
| 08:38 | 3 | "we" is better than "me." |
| 08:38 | 4 | Q.   And did you introduce new initiatives because you were |
| 08:38 | 5 | dissatisfied with the results of the things that had |
| 08:38 | 6 | happened before? |
| 08:38 | 7 | A.   No.  It's actually -- like I said, I was getting more |
| 08:38 | 8 | and more confident, because they were working to keep |
| 08:38 | 9 | pushing the envelope. |
| 08:38 | 10 | Q.   Let me turn now to the issue about the design process |
| 08:38 | 11 | that results in a new doll coming to the market.  Could you |
| 08:38 | 12 | please describe, first kind of in general terms, what that |
| 08:38 | 13 | design process is? |
| 08:38 | 14 | A.   So the designers all start out against a challenge, you |
| 08:38 | 15 | know, a blueprint that tells them how many dolls we need for |
| 08:38 | 16 | that season, parameters, price points as well as open blue |
| 08:38 | 17 | sky slots.  This is -- I'm explaining the traditional |
| 08:39 | 18 | process. |
| 08:39 | 19 |      And I think we give them maybe a few weeks, two or |
| 08:39 | 20 | three weeks to start.  And then I would come around once a |
| 08:39 | 21 | week.  The design managers or directors of each of these |
| 08:39 | 22 | pods would be working with their teams to look at ideas, |
| 08:39 | 23 | drawings, concepts, mostly always ultimately on paper, or |
| 08:39 | 24 | sometimes it would be a mockup in 3D.  And I would walk |
| 08:39 | 25 | around once a week to look at the ideas, and the designer, |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 10 of 156   Page ID
#:289940
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

10

| | | |
|---|---|---|
| 08:39 | 1 | the design director and myself would agree on which ideas we |
| 08:39 | 2 | thought were worth taking to the next level.  "Taking to the |
| 08:39 | 3 | next level" means engaging other partners in the design |
| 08:39 | 4 | center. |
| 08:39 | 5 | So for example, when the designer conceives of a doll, |
| 08:39 | 6 | it might be -- let's see, Bowling Barbie.  And she has a |
| 08:39 | 7 | mechanism that allows her to bowl.  She's wearing a bowling |
| 08:39 | 8 | outfit, carrying a bowling bag.  And so if we see a sketch |
| 08:40 | 9 | of that or a pasted-togetether mockup and say that's a great |
| 08:40 | 10 | idea, then we give it the green light to engage other people |
| 08:40 | 11 | in the design center that follows that idea to bring it to |
| 08:40 | 12 | life. |
| 08:40 | 13 | So for example, there will be an industrial designer |
| 08:40 | 14 | that figures out how to make her bowl.  The sculptor will |
| 08:40 | 15 | sometimes put a different facial expression.  Hair will do a |
| 08:40 | 16 | hairdo appropriate for bowling. |
| 08:40 | 17 | So when the design is ready, we'd bring it into a |
| 08:40 | 18 | presentation room.  Once a week there was a design meeting |
| 08:40 | 19 | where it was just myself and my team that reviewed the |
| 08:40 | 20 | ideas, and then later in that week, it would go in front of |
| 08:40 | 21 | the next level, my boss.  And so as we thought ideas were |
| 08:40 | 22 | ready, they'd be shown to the next level. |
| 08:40 | 23 | Q.   And how important is the initial two-dimensional |
| 08:40 | 24 | drawing, the design on a paper, to this process? |
| 08:40 | 25 | A.   Well, it informs everything.  It's the blueprint or |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

11

| | | |
|---|---|---|
| 08:40 | 1 | the -- it's like the artist's conceptual drawing.  Although |
| 08:40 | 2 | there are many people in the design center that then help |
| 08:41 | 3 | bring that idea to life, the doll designer has to articulate |
| 08:41 | 4 | their idea on either paper, or sometimes they would, you |
| 08:41 | 5 | know, take apart another doll and say, "I want the head to |
| 08:41 | 6 | look like this and the arm to work like this."  But they |
| 08:41 | 7 | were always given the idea, because there were many people |
| 08:41 | 8 | who then had to bring it to life, and they had to have |
| 08:41 | 9 | something to follow. |
| 08:41 | 10 | Q.   Sculptors, when it got to the sculpting stage, in your |
| 08:41 | 11 | experience, was it always the case that the sculptor was |
| 08:41 | 12 | working from a drawing? |
| 08:41 | 13 | A.   Yeah.  To the best of my knowledge.  I mean, if |
| 08:41 | 14 | something was sculpted from the beginning -- I mean, it was |
| 08:41 | 15 | a new sculpt, they would have to have a drawing to go by. |
| 08:41 | 16 | In some cases we had an arsenal of existing sculpts, but it |
| 08:41 | 17 | was still the designer's job to articulate which sculpt to |
| 08:41 | 18 | use, which color tone of face to cast it in, which hairdo, |
| 08:41 | 19 | which face paint, or the sculptor would be following the |
| 08:41 | 20 | instructions to adjust an arm gesture, et cetera. |
| 08:42 | 21 | Q.   Did you know a sculptress by the name of Margaret |
| 08:42 | 22 | Leahy? |
| 08:42 | 23 | A.   Yes, I did. |
| 08:42 | 24 | Q.   During the time you knew her, was she a Mattel |
| 08:42 | 25 | employee? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 08:42 | 1 | A.   I knew her both as a Mattel employee and then she |
| 08:42 | 2 | worked for me again at the Disney stores more recently. |
| 08:42 | 3 | Q.   Do you know, based on your own personal experience, how |
| 08:42 | 4 | important the two-dimensional design was to Margaret Leahy |
| 08:42 | 5 | as a sculptress when she prepared sculpts? |
| 08:42 | 6 | A.   Well, I -- |
| 08:42 | 7 | MS. KELLER:  Objection. |
| 08:42 | 8 | THE COURT:  Sustained.  Speculative. |
| 08:42 | 9 | BY MR. QUINN: |
| 08:42 | 10 | Q.   You worked with Margaret Leahy at Mattel? |
| 08:42 | 11 | A.   Yes. |
| 08:42 | 12 | Q.   And you saw her work as a sculptress? |
| 08:42 | 13 | A.   Yes.  No, I was very involved.  In fact, right before |
| 08:42 | 14 | we -- |
| 08:42 | 15 | MS. KELLER:  Objection.  Nonresponsive. |
| 08:42 | 16 | THE COURT:  Overruled. |
| 08:42 | 17 | THE WITNESS:  Excuse me? |
| 08:42 | 18 | THE COURT:  Please continue. |
| 08:42 | 19 | THE WITNESS:  In fact, right before I left -- I |
| 08:42 | 20 | left because the Disney Company was taking back the Disney |
| 08:42 | 21 | Stores North America from Children's Place, that owned it. |
| 08:42 | 22 | It's a long story.  I didn't really want to work for the |
| 08:42 | 23 | Disney Company. |
| 08:42 | 24 | And Margaret -- all the people that I had brought |
| 08:43 | 25 | on board, because I was bringing creativity into the Disney |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

13

| | | |
|---|---|---|
| 08:43 | 1 | Store process that they never had before -- I was asked to |
| 08:43 | 2 | do a show-and-tell of all the people that I had brought on |
| 08:43 | 3 | so that the new management could understand what these new |
| 08:43 | 4 | positions were.  And ironically, Margaret was the |
| 08:43 | 5 | sculptress, and we had Tom, who did digital computing, and |
| 08:43 | 6 | the two of them gave a presentation to explain how the |
| 08:43 | 7 | process worked to the new Disney management.  And there's |
| 08:43 | 8 | where she actually really showed how she starts from the |
| 08:43 | 9 | sketch and goes through the entire process, hands it off to |
| 08:43 | 10 | Tom. |
| 08:43 | 11 | BY MR. QUINN: |
| 08:43 | 12 | Q.   Did she indicate her practice is to start with that |
| 08:43 | 13 | sketch? |
| 08:43 | 14 |          MS. KELLER:  Objection.  Hearsay. |
| 08:43 | 15 |          THE COURT:  Overruled. |
| 08:43 | 16 |          THE WITNESS:  That was the process she explained. |
| 08:43 | 17 | That was her exhibit (sic). |
| 08:43 | 18 |          THE COURT:  She personally told you this? |
| 08:43 | 19 |          THE WITNESS:  Yeah.  She explained the process |
| 08:43 | 20 | from start to finish and said, "We always start with the |
| 08:43 | 21 | drawing," and they had an example.  And they literally |
| 08:43 | 22 | walked through step by step how she does it. |
| 08:44 | 23 | BY MR. QUINN: |
| 08:44 | 24 | Q.   Did she indicate how important the drawing was to her |
| 08:44 | 25 | work as a sculptress? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 08:44 | 1 | A.   Well, she said without that, there is no starting |
| 08:44 | 2 | point.  I mean, that was literally her presentation. |
| 08:44 | 3 | Q.   We'll talk now about -- |
| 08:44 | 4 | THE COURT:  Just a moment.  That's not for the |
| 08:44 | 5 | truth of matter.  That's just to show the creative process |
| 08:44 | 6 | that she believes is taking place.  Margaret Leahy is going |
| 08:44 | 7 | to testify.  We want her on the stand to tell us those same |
| 08:44 | 8 | things or to be contradicted. |
| 08:44 | 9 | Technically, it's hearsay, but that's an |
| 08:44 | 10 | exception. |
| 08:44 | 11 | Counsel. |
| 08:44 | 12 | BY MR. QUINN: |
| 08:44 | 13 | Q.   When you were at Mattel and Margaret Leahy was also at |
| 08:44 | 14 | Mattel working as a sculptress, did you also see her working |
| 08:44 | 15 | with designs as a sculptress? |
| 08:44 | 16 | A.   Yes.  I didn't see her every day, but I saw the fruits |
| 08:44 | 17 | of her labor, and I saw the process, and that we had many |
| 08:44 | 18 | sculptors. |
| 08:44 | 19 | Q.   Was what she was doing at Mattel consistent with what |
| 08:44 | 20 | she described on this occasion that you've told us about, |
| 08:44 | 21 | based on your observation? |
| 08:44 | 22 | A.   Yes.  That was her training, and that was the process. |
| 08:45 | 23 | Q.   Based upon your experience in 35 years of managing |
| 08:45 | 24 | creative businesses and innovation, can you tell us whether |
| 08:45 | 25 | or not it's industry practice to require employees to keep |

| | | |
|---|---|---|
| 08:45 | 1 | information confidential? |
| 08:45 | 2 | MS. KELLER: Objection. Your Honor, no foundation |
| 08:45 | 3 | for other industries. |
| 08:45 | 4 | THE COURT: Overruled. You can answer the |
| 08:45 | 5 | question. |
| 08:45 | 6 | THE WITNESS: Yes. I've worked in many other |
| 08:45 | 7 | industries, from apparel to product design to toys. And I |
| 08:45 | 8 | have never seen it be anything other than required to keep |
| 08:45 | 9 | information confidential that both comes from the company |
| 08:45 | 10 | that you learn, as well as the information that you or ideas |
| 08:45 | 11 | that you generate. |
| 08:45 | 12 | BY MR. QUINN: |
| 08:45 | 13 | Q. And do you have an understanding as to why that is |
| 08:45 | 14 | important in creative businesses, based upon your 35 years' |
| 08:45 | 15 | experience? |
| 08:45 | 16 | A. Well, that's what the employer is paying for. I mean, |
| 08:46 | 17 | if you were not to -- I think it's only fair that they own |
| 08:46 | 18 | the thoughts and ideas that relate to their industry. But |
| 08:46 | 19 | clearly, when you are working for someone, that is what |
| 08:46 | 20 | they're -- they're paying you because they're educating you |
| 08:46 | 21 | with information about that industry, and therefore, as an |
| 08:46 | 22 | employee, the ideas that you come up with, concepts, |
| 08:46 | 23 | designs, thoughts that relate to the products that they |
| 08:46 | 24 | produce have got to be owned by them; otherwise, you know, |
| 08:46 | 25 | what are they really paying you for, is the way I view it. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

16

| 08:46 | 1 | Q. Let's talk about the physical security measures that |
| 08:46 | 2 | existed as Mattel's design center. Was that design center |
| 08:46 | 3 | something that just anyone could walk into? |
| 08:46 | 4 | A. No. When you got to the front desk, you had to talk |
| 08:46 | 5 | about who you were there to see. There were no cameras |
| 08:46 | 6 | allowed. You had to -- if you were gonna go back -- it was |
| 08:46 | 7 | kind of like Santa's workshop. If you were gonna go back |
| 08:46 | 8 | into Santa's workshop, you had to get clearance. A lot of |
| 08:47 | 9 | times someone -- one of us would come out and escort you in. |
| 08:47 | 10 | There were vendor rooms off the lobby. So, often, we |
| 08:47 | 11 | met with outside vendors off the lobby; didn't let them into |
| 08:47 | 12 | the work area. It was pretty high clearance. Also, for us |
| 08:47 | 13 | to take things out of the building, we had to get property |
| 08:47 | 14 | passes. |
| 08:47 | 15 | Q. Were there also security cameras there? |
| 08:47 | 16 | A. Yes. |
| 08:47 | 17 | Q. And were -- if visitors came in, were they required to |
| 08:47 | 18 | sign nondisclosure agreements? |
| 08:47 | 19 | A. Yes. If they were gonna be walking through the design |
| 08:47 | 20 | center and be exposed -- because in the design center, |
| 08:47 | 21 | things were exposed -- just by walking through it, you were |
| 08:47 | 22 | likely to see all sorts of ideas out on those L-boards. |
| 08:47 | 23 | That's what we had to get people to design the NDA. |
| 08:47 | 24 | Q. You indicated -- you gave us some information about |
| 08:47 | 25 | your experience in managing creative businesses and the |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

17

| | | |
|---|---|---|
| 08:47 | 1 | importance of confidentiality.  How do companies, including |
| 08:47 | 2 | Mattel, protect themselves and protect employees with |
| 08:48 | 3 | respect to confidential information and make sure that that |
| 08:48 | 4 | is protected? |
| 08:48 | 5 | MS. KELLER:  Objection.  Overbroad.  No |
| 08:48 | 6 | foundation. |
| 08:48 | 7 | THE COURT:  Overruled.  You can answer the |
| 08:48 | 8 | question. |
| 08:48 | 9 | THE WITNESS:  I've always been asked to sign -- |
| 08:48 | 10 | whether it's -- sometimes it's been part of my employment |
| 08:48 | 11 | letter, or sometimes it's a separate agreement that states |
| 08:48 | 12 | in a variety of different ways, depending on the company |
| 08:48 | 13 | I've been with -- but states just that.  That, um, first of |
| 08:48 | 14 | all, while you're at the company or if you leave the |
| 08:48 | 15 | company, the things that you learn are confidential and the |
| 08:48 | 16 | property of the company.  And then, also, the ideas that you |
| 08:48 | 17 | come up with while employed by the company in that |
| 08:48 | 18 | industry -- again, this is -- the wording would vary |
| 08:48 | 19 | depending on the company -- belong to the company. |
| 08:48 | 20 | BY MR. QUINN: |
| 08:48 | 21 | Q.   You'd say the wording would vary.  But was the basic |
| 08:48 | 22 | concept the same, that employee inventions relating to that |
| 08:48 | 23 | employer's business would be owned by the company? |
| 08:48 | 24 | A.   Yeah, absolutely.  That was the heart -- that was the |
| 08:49 | 25 | concept. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 08:49 | 1 | Q.    Now, did employees at Mattel enter into those types of |
| 08:49 | 2 | agreement while you were employed by Mattel? |
| 08:49 | 3 | A.    Yes. |
| 08:49 | 4 | Q.    Did you sign one of those agreements yourself? |
| 08:49 | 5 | A.    Yes, I did. |
| 08:49 | 6 | Q.    Would you turn, please, to -- in the binder that should |
| 08:49 | 7 | still be up there -- to Exhibit 23633.  And my question to |
| 08:49 | 8 | you is going to be whether that is a copy of your -- the |
| 08:49 | 9 | employee confidential information and inventions agreement |
| 08:49 | 10 | which you signed when you went to work for Mattel? |
| 08:49 | 11 | MS. KELLER:  Objection.  Irrelevant. |
| 08:49 | 12 | THE COURT:  Overruled. |
| 08:49 | 13 | THE WITNESS:  Yes, it is. |
| 08:49 | 14 | MR. QUINN:  We'd offer that, Your Honor. |
| 08:49 | 15 | THE COURT:  Received. |
| 08:49 | 16 | *(Exhibit No. 23633 received in evidence.)* |
| 08:49 | 17 | MR. QUINN:  If we could put Exhibit 23633 up on |
| 08:49 | 18 | the screen, and if we could enlarge Paragraph 2. |
| 08:49 | 19 | *(Document displayed.)* |
| 08:49 | 20 | BY MR. QUINN: |
| 08:49 | 21 | Q.    First let's look on the second page.  That's your |
| 08:50 | 22 | signature on the second page there? |
| 08:50 | 23 | A.    Yes, it is. |
| 08:50 | 24 | Q.    Dated January 12, 1998? |
| 08:50 | 25 | A.    Yes. |

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

19

| | | |
|---|---|---|
| 08:50 | 1 | Q.   So going back to the first page, if we could enlarge |
| 08:50 | 2 | subparagraph 2-A, "2.  Ownership of Inventions."  It says -- |
| 08:50 | 3 | I'm not sure that everyone can read this.  "I agree to |
| 08:50 | 4 | communicate as promptly and fully as practicable all |
| 08:50 | 5 | inventions," parentheses, "as defined below," closed paren, |
| 08:50 | 6 | "conceived or reduced to practice by me alone or jointly by |
| 08:50 | 7 | others at any time during my employment by the company." |
| 08:50 | 8 |      Do you see that? |
| 08:50 | 9 | A.   Yes. |
| 08:50 | 10 | Q.   What was your understanding of what that phrase |
| 08:50 | 11 | "conceived or reduced to practice" -- as to what that meant? |
| 08:50 | 12 |      MS. KELLER:  Objection.  Irrelevant and calls for |
| 08:50 | 13 | a legal conclusion. |
| 08:50 | 14 |      THE COURT:  Overruled. |
| 08:50 | 15 |      THE WITNESS:  "Conceived" is anything you think |
| 08:50 | 16 | of.  So there are times when, as a creative person, you |
| 08:50 | 17 | think -- you're on 24/7 -- you think of things that relate |
| 08:51 | 18 | to your industry, not necessarily when you're even just at |
| 08:51 | 19 | work. |
| 08:51 | 20 |      I will give you an example.  When I was at Coach |
| 08:51 | 21 | handbags, I was in an airplane and I was looking at the way |
| 08:51 | 22 | a propeller spins, and I thought to myself that would make |
| 08:51 | 23 | an incredible lock on a handbag.  So that was something I |
| 08:51 | 24 | conceived of while in an airplane on my own time but |
| 08:51 | 25 | employed by Coach.  So I walked in on Monday and played with |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 20 of 156   Page ID #:289950
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

20

| | | |
|---|---|---|
| 08:51 | 1 | that idea.  So "conceived of" means anything that you can |
| 08:51 | 2 | think of. |
| 08:51 | 3 | BY MR. QUINN: |
| 08:51 | 4 | Q.   And "reduced to practice"? |
| 08:51 | 5 | A.   "Reduced to practice" are the things that actually come |
| 08:51 | 6 | in to fruition or to -- "made," meaning not every idea that |
| 08:51 | 7 | you think of ends up getting made, for a variety of reasons. |
| 08:51 | 8 | Like I explained yesterday, sometimes the design |
| 08:51 | 9 | department generates more ideas than the market can launch. |
| 08:52 | 10 | So even if it's not brought to market, the company would own |
| 08:52 | 11 | that. |
| 08:52 | 12 | THE COURT:  Now, let me caution the jury.  There's |
| 08:52 | 13 | going to be a lot of discussion about what the eventual |
| 08:52 | 14 | contract was or eventual agreement that Carter Bryant |
| 08:52 | 15 | signed.  This is her personal opinion about what this |
| 08:52 | 16 | particular contract meant to her when she signed it.  It may |
| 08:52 | 17 | or may not be relevant to Carter Bryant.  The contract may |
| 08:52 | 18 | be different.  That contract is going to be subject to the |
| 08:52 | 19 | actual wording or the interpretation of that wording by you, |
| 08:52 | 20 | the jury. |
| 08:52 | 21 | It's going to be a critical issue eventually in |
| 08:52 | 22 | the case.  And you're going to hear contradictory evidence |
| 08:52 | 23 | about this for a significant period of time. |
| 08:52 | 24 | Counsel. |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

08:52  1    BY MR. QUINN:

08:52  2    Q.   You've already told us that Mr. Bryant was working at

08:52  3    Mattel when you were working there under this contract.

08:52  4    A.   He was working at Mattel when I was working there, and

08:52  5    we all had the same contract, to the best of my knowledge.

08:52  6    I don't think he had a different one, but...

08:52  7    Q.   That was gonna be my question, whether you knew whether

08:53  8    the contract he signed when he came back in January of 1999

08:53  9    was this same form?

08:53  10   A.   I don't know that for sure, but I can't imagine -- I

08:53  11   didn't -- I was not aware of different contracts for

08:53  12   different people.

08:53  13   Q.   Well, I think that will come into evidence.  We'll have

08:53  14   a chance --

08:53  15        THE COURT:  Thank you, Counsel.  You don't need to

08:53  16   comment.  Your next question.

08:53  17   BY MR. QUINN:

08:53  18   Q.   So that section that we were talking about refers to

08:53  19   all inventions that are either conceived or reduced to

08:53  20   practice.  And it says, "Inventions as defined below."  And

08:53  21   I'm asking you now to look down to subparagraph 2(b), which

08:53  22   says, and I quote, "As used in this agreement, the term

08:53  23   inventions includes but is not limited to all discoveries,

08:53  24   improvements, processes, developments, designs, know-how,

08:53  25   data, computer programs and formulae, whether patentable or

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

22

| 08:53 | 1 | unpatentable." |
| 08:54 | 2 | Now, did you think that because the word "ideas" |
| 08:54 | 3 | doesn't appear in that list that the agreement did not cover |
| 08:54 | 4 | ideas? |
| 08:54 | 5 | A.   No. |
| 08:54 | 6 | THE COURT:  Remember, this is her subjective |
| 08:54 | 7 | opinion based upon her signing the contract. |
| 08:54 | 8 | All right. |
| 08:54 | 9 | THE WITNESS:  All these -- in my mind, all these |
| 08:54 | 10 | words add up to an idea.  So the design, know-how, process, |
| 08:54 | 11 | discoveries, improvements, those are all forms of ideas in |
| 08:54 | 12 | my mind.  They're just subsets. |
| 08:54 | 13 | BY MR. QUINN: |
| 08:54 | 14 | Q.   And would a design for a doll, as you understood |
| 08:54 | 15 | this -- would that be a design within the meaning of this |
| 08:54 | 16 | inventions agreement as you understood it? |
| 08:54 | 17 | A.   Yes, absolutely.  Because that was the Mattel's core |
| 08:54 | 18 | product.  And a doll can be one that is -- it can have |
| 08:54 | 19 | something unique and patentable.  It doesn't have to.  It |
| 08:54 | 20 | can just be a tweak or improvement on an existing doll. |
| 08:54 | 21 | There's many different iterations to the doll coming to |
| 08:55 | 22 | life.  And I -- this covers it all, in my mind. |
| 08:55 | 23 | Q.   If we could look, then, finally at the last |
| 08:55 | 24 | subparagraph there 2(c), which says, "Any provision in this |
| 08:55 | 25 | agreement requiring me to assign my rights in any invention |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 23 of 156   Page ID #:289953
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

23

| | | |
|---|---|---|
| 08:55 | 1 | does not apply to an invention which qualifies under the |
| 08:55 | 2 | provisions of Section 2870 of the California Labor Code." |
| 08:55 | 3 | BY MR. QUINN: |
| 08:55 | 4 | Q.   That section provides that "the requirement to |
| 08:55 | 5 | assign" -- and then interior quotation -- "shall not apply |
| 08:55 | 6 | to an invention that the employee developed entirely on his |
| 08:55 | 7 | or her own time without using the employer's equipment, |
| 08:55 | 8 | supplies, facilities or trade secret information, except for |
| 08:55 | 9 | those inventions that either, one, relate at the time of |
| 08:55 | 10 | concept or reduction to practice of the invention to the |
| 08:56 | 11 | employer's business." |
| 08:56 | 12 | Do you see that? |
| 08:56 | 13 | A.   Yes. |
| 08:56 | 14 | Q.   So what did you understand that to mean in terms of |
| 08:56 | 15 | what types of inventions are covered? |
| 08:56 | 16 | MS. KELLER:  Objection.  Calls for a legal |
| 08:56 | 17 | conclusion. |
| 08:56 | 18 | THE COURT:  Overruled. |
| 08:56 | 19 | THE WITNESS:  Sure.  That things that I may have |
| 08:56 | 20 | designed previous to being employed at Mattel still remains |
| 08:56 | 21 | my invention.  It's only that the things that -- and things |
| 08:56 | 22 | that I could think of on my own time that have nothing to do |
| 08:56 | 23 | with the categories that Mattel is in, I don't assign to the |
| 08:56 | 24 | company. |
| | 25 | |

| | | |
|---|---|---|
| 08:56 | 1 | BY MR. QUINN: |
| 08:56 | 2 | Q.   How about where it says, "things the employee does |
| 08:56 | 3 | entirely on his or her own time which do relate to the |
| 08:56 | 4 | company's business"? |
| 08:56 | 5 | A.   Yeah.  Well, that's what I explained earlier, that you |
| 08:56 | 6 | can't shut it off, so that when it relates to the category |
| 08:56 | 7 | that the company is in and you do it on your own time -- in |
| 08:56 | 8 | the shower, on an airplane -- then it is owned by the |
| 08:57 | 9 | company. |
| 08:57 | 10 | Q.   And did you think that because the phrase -- did it |
| 08:57 | 11 | occur to you that because the phrase "period of my |
| 08:57 | 12 | employment" did not appear in the agreement that, therefore, |
| 08:57 | 13 | things that you -- inventions that you made, toy inventions |
| 08:57 | 14 | that you made after you punched out at 5:00 o'clock were not |
| 08:57 | 15 | covered by this? |
| 08:57 | 16 | A.   No.  To me that was entirely clear that, even if it was |
| 08:57 | 17 | done your own time, meaning, again, like I said, you can't |
| 08:57 | 18 | turn it off.  You can't say that at 5:00 o'clock I stop |
| 08:57 | 19 | thinking about my work.  That as long as it was within the |
| 08:57 | 20 | category that the company -- their business was, that they |
| 08:57 | 21 | owned it. |
| 08:57 | 22 | Q.   Now, you say that's not the nature of the process. |
| 08:57 | 23 | What are you referring to? |
| 08:57 | 24 | A.   In terms of as a true creative person, when you are -- |
| 08:57 | 25 | I don't know any creative person that shuts it off at a |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

25

| 08:57 | 1 | certain time.  If your creativity is about looking in the |
| 08:58 | 2 | world, taking things in, putting it into your filter and |
| 08:58 | 3 | kind of coming back out with something new or something that |
| 08:58 | 4 | takes parts of things that you've seen in the world and |
| 08:58 | 5 | reinterprets it, so I don't think of anyone that |
| 08:58 | 6 | literally -- yes, you can clock out, but you're thinking |
| 08:58 | 7 | about what you -- what you do creatively.  You may not be |
| 08:58 | 8 | making it, but you are taking in information.  That's how |
| 08:58 | 9 | creativity works. |
| 08:58 | 10 | Q.   Did designers -- were there ever occasions where |
| 08:58 | 11 | employees came to you and said, "Look, basically, I've got |
| 08:58 | 12 | this agreement.  I want to do something else"? |
| 08:58 | 13 | A.   Yeah.  People took this very seriously.  So I remember |
| 08:58 | 14 | one incident where a woman said, "I've been doing -- I have |
| 08:58 | 15 | ideas for very high-end, handmade art pieces, dolls that |
| 08:58 | 16 | were almost works of art and that were very expensive, and I |
| 08:58 | 17 | want to sell them.  I would like to sell them at some art |
| 08:58 | 18 | fair, but I don't want to do anything wrong.  You know, can |
| 08:58 | 19 | I do that?"  So I went to -- |
| 08:59 | 20 | Q.   She came to you and ask -- |
| 08:59 | 21 | A.   She came to me to ask permission to make sure -- |
| 08:59 | 22 | because it is -- it was a doll, but it was very much out of |
| 08:59 | 23 | Mattel's line of business, because they were dolls selling |
| 08:59 | 24 | for, I think, a thousand dollars.  They were art pieces that |
| 08:59 | 25 | she made by hand. |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 26 of 156   Page ID #:289956
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

26

| | | |
|---|---|---|
| 08:59 | 1 | And so I went to HR.  I forget whether I went with her |
| 08:59 | 2 | or sent her to HR to get permission if it was okay.  And, in |
| 08:59 | 3 | fact, in this case it was okay. |
| 08:59 | 4 | Q.   Mattel gave permission, said it was -- |
| 08:59 | 5 | A.   Correct.  So she did the right thing. |
| 08:59 | 6 | THE COURT:  You're speaking over the top of each |
| 08:59 | 7 | other. |
| 08:59 | 8 | MR. QUINN:  Apologize. |
| 08:59 | 9 | THE COURT:  Strike the answer.  Strike the |
| 08:59 | 10 | question, Debbie. |
| 08:59 | 11 | BY MR. QUINN: |
| 08:59 | 12 | Q.   Mattel gave permission for that? |
| 08:59 | 13 | A.   Yes, Mattel gave permission. |
| 08:59 | 14 | Q.   Did designers at Mattel, while you were there, have a |
| 08:59 | 15 | lot of freedom, whether they needed to be in their cubicles |
| 08:59 | 16 | or even in the design center or work at home or work at |
| 08:59 | 17 | other locations? |
| 08:59 | 18 | A.   Yeah, there was definitely freedom.  Because I am |
| 09:00 | 19 | someone who believes you can't get new ideas by being |
| 09:00 | 20 | self-referential.  You have to explore and be out in the |
| 09:00 | 21 | world. |
| 09:00 | 22 | And so if they wanted to -- sometimes they would say, |
| 09:00 | 23 | "I'm just burnt out.  I want to work from home where it's |
| 09:00 | 24 | quiet."  So once in a while, we would let them do that. |
| 09:00 | 25 | They're out shopping for fabric for their dolls.  So there's |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

27

| | | |
|---|---|---|
| 09:00 | 1 | absolutely times when they would not be in the building, and |
| 09:00 | 2 | I would not discourage that when there was a reason for it. |
| 09:00 | 3 | Q.   We've heard reference to a doll named "Diva Starz." |
| 09:00 | 4 | What is Diva Starz? |
| 09:00 | 5 | A.   So Diva Starz was a unique electronic doll that we -- I |
| 09:00 | 6 | think we started working on it in '99, and maybe it launched |
| 09:00 | 7 | 2000.  I'm not entirely -- but I know we started in '99.  It |
| 09:00 | 8 | was a doll that had an electronic chip in it that was able |
| 09:00 | 9 | to recognize its clothing.  When you put it within close |
| 09:00 | 10 | proximity, the doll would say, "Oh, that's my pink dress." |
| 09:01 | 11 | You know, "Could you find the shoes that look great with |
| 09:01 | 12 | that dress?" |
| 09:01 | 13 | So it was this amazing invention of -- for girls to be |
| 09:01 | 14 | in awe that their doll recognized their clothing and |
| 09:01 | 15 | suggested play patterns to the girls by recognizing the |
| 09:01 | 16 | pieces that the girls put in front of them. |
| 09:01 | 17 | Q.   Would you look, please, in your binder to Tab 432, |
| 09:01 | 18 | Exhibit 432.  Can you identify that for us? |
| 09:01 | 19 | A.   Yes.  It's one of the electronic dolls called Diva |
| 09:01 | 20 | Starz. |
| 09:01 | 21 | Q.   And 433? |
| 09:01 | 22 | A.   That is one of her friends, Nikki. |
| 09:01 | 23 | Q.   All right. |
| 09:01 | 24 | MR. QUINN:  Offer those two, Your Honor. |
| 09:01 | 25 | THE COURT:  Both received. |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 28 of 156   Page ID
#:289958
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

28

| | | |
|---|---|---|
| 09:01 | 1 | *(Exhibit No. 432 received in evidence.)* |
| 09:01 | 2 | *(Exhibit No. 433 received in evidence.)* |
| 09:01 | 3 | MR. QUINN:  If we could put 432 on the screen. |
| 09:01 | 4 | *(Document displayed.)* |
| 09:01 | 5 | BY MR. QUINN: |
| 09:01 | 6 | Q.   Is this a photocopy of one of the Diva Starz dolls in |
| 09:01 | 7 | the package? |
| 09:01 | 8 | A.   Yes, it is. |
| 09:02 | 9 | Q.   And could these dolls actually relate to each other and |
| 09:02 | 10 | talk to each other? |
| 09:02 | 11 | A.   Yes.  They -- when you put two of them together, they |
| 09:02 | 12 | would chat between themselves. |
| 09:02 | 13 | Q.   Was this considered a fashion doll? |
| 09:02 | 14 | A.   Yes.  Because you were able to put fashions on and off |
| 09:02 | 15 | and play with its hair. |
| 09:02 | 16 | Q.   Can you tell us when Diva Starz was developed at |
| 09:02 | 17 | Mattel? |
| 09:02 | 18 | A.   I remember starting it in '99, and I think it launched |
| 09:02 | 19 | sometime in 2000.  It was a lengthy development time because |
| 09:02 | 20 | of the electronics. |
| 09:02 | 21 | Q.   Was the name Brats, B-R-A-T-S, with an "S," ever |
| 09:02 | 22 | discussed as a potential name for Diva Starz? |
| 09:02 | 23 | A.   Yes, it was. |
| 09:02 | 24 | Q.   And were logos, Brats logos, developed for that -- |
| 09:02 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

29

| | | |
|---|---|---|
| 09:02 | 1 | Q. -- Diva Starz? |
| 09:02 | 2 | A. Because I really liked the name. We were |
| 09:02 | 3 | brainstorming. The attitude -- the girls had a kind of a |
| 09:02 | 4 | sassy attitude. They kind of knew what was up, and they |
| 09:02 | 5 | were very wise. And they loved to shop at the mall, and |
| 09:03 | 6 | they were a bit bratty. So with that, we had both internal |
| 09:03 | 7 | people and external people working on generating names, and |
| 09:03 | 8 | some of the names that came up were Chat Brats, Chat Girls. |
| 09:03 | 9 | There were a whole bunch of ideas generated. |
| 09:03 | 10 | Q. Can you take a look, please, at Exhibit 316, and can |
| 09:03 | 11 | you identify that document? |
| 09:03 | 12 | A. Back of the book? |
| 09:03 | 13 | Q. It is towards the back. |
| 09:03 | 14 | A. Oh, I see. Okay. Yes. |
| 09:03 | 15 | Q. What is that? |
| 09:03 | 16 | A. So this is one of the sheets of iterations of ideas for |
| 09:03 | 17 | logos done by an outside resource that we'd hired to begin |
| 09:03 | 18 | to explore what the logo could look like with some of the |
| 09:03 | 19 | names that we were considering at the time. |
| 09:03 | 20 | MR. QUINN: Offer Exhibit 316, Your Honor. |
| 09:03 | 21 | THE COURT: Received. |
| 09:03 | 22 | *(Exhibit No. 316 received in evidence.)* |
| 09:03 | 23 | MR. QUINN: If we could put that on the screen. |
| 09:04 | 24 | *(Document displayed.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

30

| | | |
|---|---|---|
| 09:04 | 1 | BY MR. QUINN: |
| 09:04 | 2 | Q.   And can you point out for us where "Brats" appears, |
| 09:04 | 3 | Chat Brats? |
| 09:04 | 4 | A.   Do I do it up there? |
| 09:04 | 5 | Q.   Or we can enlarge that.  I think we've done that there |
| 09:04 | 6 | behind you there. |
| 09:04 | 7 | A.   Yeah.  So this is Chat Brats, Chat Brats, Chat Brats. |
| 09:04 | 8 | *(Indicating.)*  Chat Brats. |
| 09:04 | 9 | Q.   And the second page as well. |
| 09:04 | 10 | *(Document displayed.)* |
| 09:04 | 11 | THE COURT:  It's on the screen behind you. |
| 09:04 | 12 | THE WITNESS:  Okay.  Yes.  Same thing.  Chat |
| 09:04 | 13 | Brats, Chat Brats, Chat Brats.  These were different graphic |
| 09:04 | 14 | treatments.  This is Chat Girls -- sorry, but these are all |
| 09:04 | 15 | Chat Brats. |
| 09:04 | 16 | BY MR. QUINN: |
| 09:04 | 17 | Q.   Thank you. |
| 09:04 | 18 | Now, the Brats name was not used for Diva Starz? |
| 09:04 | 19 | A.   Correct.  We were disappointed it was not available, at |
| 09:04 | 20 | least not spelled that way, apparently.  We have a very -- |
| 09:04 | 21 | we have to clear our name in many countries, so our legal |
| 09:05 | 22 | department has to put it through rigorous exercise to make |
| 09:05 | 23 | sure the name is available worldwide.  And we were |
| 09:05 | 24 | disappointed because, actually, Brats was our first choice, |
| 09:05 | 25 | but it was not available. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

31

| | | |
|---|---|---|
| 09:05 | 1 | Q.   Do you know whether Mattel sought to clear it with an |
| 09:05 | 2 | "S" or with a "Z"? |
| 09:05 | 3 | A.   No, we only thought of it with an "S." |
| 09:05 | 4 | Q.   With an "S"? |
| 09:05 | 5 | A.   Uh-huh. |
| 09:05 | 6 | Q.   Okay.  But the Diva Starz came out with -- the Starz |
| 09:05 | 7 | has a Z at the end? |
| 09:05 | 8 | A.   Yeah.  And I think, ironically, we did that because it |
| 09:05 | 9 | must have not cleared with an "S" originally.  So we then |
| 09:05 | 10 | tried it with a "Z," which we often will do if -- sometimes |
| 09:05 | 11 | just a different spelling will allow it to be cleared. |
| 09:05 | 12 | Q.   If you take a look, please, at Exhibit 314.  I'll ask |
| 09:06 | 13 | you if you can identify that document. |
| 09:06 | 14 | A.   314? |
| 09:06 | 15 | Q.   314. |
| 09:06 | 16 | A.   Is that toward the back? |
| 09:06 | 17 | Q.   Yes, it's also towards the back. |
| 09:06 | 18 | A.   Okay.  I have it. |
| 09:06 | 19 | Q.   Can you identify that for us? |
| 09:06 | 20 | A.   Yes.  This was a list of the names that came from |
| 09:06 | 21 | our -- our packaging department was responsible for working |
| 09:06 | 22 | with both internal and external sources to generate |
| 09:06 | 23 | different names.  And I was very involved with this project, |
| 09:06 | 24 | and they -- when they were having trouble clearing, they -- |
| 09:06 | 25 | they brought me this list of all the tag lines and names |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 32 of 156   Page ID #:289962
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

32

| | | |
|---|---|---|
| 09:06 | 1 | that both internal and external people had generated.  And |
| 09:06 | 2 | it was for me to kind of go through it and pick the ones I |
| 09:06 | 3 | thought we would want to spend the money trying to clear |
| 09:07 | 4 | with legal. |
| 09:07 | 5 | MR. QUINN:  Offer Exhibit 314. |
| 09:07 | 6 | THE COURT:  Received. |
| 09:07 | 7 | *(Exhibit No. 314 received in evidence.)* |
| 09:07 | 8 | MR. QUINN:  If we could put that on the screen, |
| 09:07 | 9 | please. |
| 09:07 | 10 | *(Document displayed.)* |
| 09:07 | 11 | BY MR. QUINN: |
| 09:07 | 12 | Q.   And there are references there to Brats, Mall Brats. |
| 09:07 | 13 | Do you see that there on the first page? |
| 09:07 | 14 | A.   Yes. |
| 09:07 | 15 | Q.   If you look to Exhibit 424, do you recall whether or |
| 09:07 | 16 | not Chat Brats actually got to the stage where you developed |
| 09:07 | 17 | a logo for it? |
| 09:07 | 18 | A.   Yes.  Again, because Brats was our favorite, we were |
| 09:07 | 19 | trying graphic treatments with that, hoping it would have |
| 09:07 | 20 | cleared. |
| 09:07 | 21 | MR. QUINN:  Is that what Exhibit 424 is? |
| 09:07 | 22 | THE WITNESS:  Yes, it is. |
| 09:07 | 23 | MR. QUINN:  We will offer Exhibit 424, Your Honor. |
| 09:07 | 24 | THE COURT:  Received. |
| 09:07 | 25 | *(Exhibit No. 424 received in evidence.)* |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

33

| | | |
|---|---|---|
| 09:07 | 1 | BY MR. QUINN: |
| 09:07 | 2 | Q.   But, again, you didn't -- you tried to clear legally -- |
| 09:07 | 3 | I assume you're talking about from a trade name or trademark |
| 09:07 | 4 | standpoint? |
| 09:07 | 5 | A.   Right.  Because whatever we will put on the market, we |
| 09:07 | 6 | want to own the name.  Because if it's successful in North |
| 09:08 | 7 | America, it goes to Europe, all over the world.  If it's |
| 09:08 | 8 | successful in the U.S., if it's a U.S. launch first, we want |
| 09:08 | 9 | to make sure that if we choose to launch it, expand it into |
| 09:08 | 10 | the world, that the name is available all over the globe. |
| 09:08 | 11 | So a name may only be available in North America, and that's |
| 09:08 | 12 | not good enough. |
| 09:08 | 13 | Q.   Exhibit 316, if we could just quickly go back to that. |
| 09:08 | 14 | On page 2 you'll see one of the names considered was Brats |
| 09:08 | 15 | alone, correct? |
| 09:08 | 16 | A.   Yes. |
| 09:08 | 17 | *(Document displayed.)* |
| 09:08 | 18 | BY MR. QUINN: |
| 09:08 | 19 | Q.   And you said when you tried to clear this you tried to |
| 09:08 | 20 | clear it with the "S"; you never tried to clear Bratz with a |
| 09:08 | 21 | "Z"? |
| 09:08 | 22 | A.   Yeah.  For some reason, none of us thought about that. |
| 09:08 | 23 | Q.   Okay.  Let's -- what is Toon Teens? |
| 09:08 | 24 | A.   Toon Teens is a line of dolls that got generated out |
| 09:09 | 25 | of -- it was dolls and an accessory.  I think they had a |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

34

| | | |
|---|---|---|
| 09:09 | 1 | car. |
| 09:09 | 2 | One of the innovation methodologies I talked about, |
| 09:09 | 3 | which was to give the designers in all my areas a chance to |
| 09:09 | 4 | pretend that they were -- they owned a toy company, what |
| 09:09 | 5 | would be a brand of dolls that they would create.  Because I |
| 09:09 | 6 | believe dolls were a reflection or a projection, somewhat, |
| 09:09 | 7 | of the child, and I think it's really important to get |
| 09:09 | 8 | diverse viewpoints as to what a doll might be, because |
| 09:09 | 9 | there's many different kinds of girls out there. |
| 09:09 | 10 | And so this particular time maybe there would be -- |
| 09:09 | 11 | there were 25 -- I can't remember -- 20, 25 different brand |
| 09:09 | 12 | doll -- new doll ideas for brands generated by a variety of |
| 09:09 | 13 | designers, some from collectors, some from mainline, and |
| 09:09 | 14 | there was maybe four or five of these ideas that were |
| 09:09 | 15 | selected, and Toon Teens was one of them, to go into |
| 09:10 | 16 | research, which is the next stage to see how girls respond. |
| 09:10 | 17 | Q.    Who was the designer for Toon Teens? |
| 09:10 | 18 | A.    Toon Teens was Lily. |
| 09:10 | 19 | Q.    Lily Martinez? |
| 09:10 | 20 | A.    Lily Martinez. |
| 09:10 | 21 | Q.    And did the idea for Toon Teens have its origin in some |
| 09:10 | 22 | other project? |
| 09:10 | 23 | A.    Yes.  So previously, Lily had a very specific drawing |
| 09:10 | 24 | style, which, ironically, looked a little bit like her, or a |
| 09:10 | 25 | lot like her, in my mind.  And she had done a decal for a |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

35

| | | |
|---|---|---|
| 09:10 | 1 | Cool Skating Barbie when I first arrived, so somewhere |
| 09:10 | 2 | between '98 and '99.  And it was this really cool -- again, |
| 09:10 | 3 | it was just like her drawings, her art style.  It was a |
| 09:10 | 4 | decal of girls on skates that was used on a decal for |
| 09:10 | 5 | Barbie's T-shirt. |
| 09:10 | 6 | And when it came time to this kind of design |
| 09:10 | 7 | competition, where people could get to explore whatever |
| 09:10 | 8 | ideas they wanted, I think it was Lily's boss at the time, |
| 09:11 | 9 | Debbie Meyers, and she had suggested that, "Wow, this would |
| 09:11 | 10 | be a great -- that style is so unique and so Lily, why don't |
| 09:11 | 11 | you try making a line of doll out of that style."  So that |
| 09:11 | 12 | is how Toon Teens for Lily got born. |
| 09:11 | 13 | But every designer had the opportunity to put forth -- |
| 09:11 | 14 | MS. KELLER:  Objection.  Nonresponsive. |
| 09:11 | 15 | THE WITNESS:  -- their idea. |
| 09:11 | 16 | THE COURT:  Overruled. |
| 09:11 | 17 | BY MR. QUINN: |
| 09:11 | 18 | Q.   If you turn, please, to Exhibit 48-B, page 8.  48-B, |
| 09:11 | 19 | it's in the front.  There's actually a bunch of zeros before |
| 09:11 | 20 | the -- |
| 09:11 | 21 | A.   48-A.  Got it. |
| 09:11 | 22 | Q.   48-B. |
| 09:11 | 23 | A.   48-B. okay. |
| 09:11 | 24 | Q.   Eight. |
| 09:11 | 25 | A.   Got it. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

36

| | | |
|---|---|---|
| 09:11 | 1 | Q.    Can you identify that for us? |
| 09:11 | 2 | A.    Yes. |
| 09:11 | 3 | Q.    What is it? |
| 09:11 | 4 | A.    So these are the illustrations that Lily did that were |
| 09:12 | 5 | then used on the decal. |
| 09:12 | 6 | MR. QUINN:  We'd offer that, Your Honor. |
| 09:12 | 7 | THE COURT:  Received. |
| 09:12 | 8 | *(Exhibit No. 48-B received in evidence.)* |
| 09:12 | 9 | MR. QUINN:  If we can put that on the screen. |
| 09:12 | 10 | *(Document displayed.)* |
| 09:12 | 11 | BY MR. QUINN: |
| 09:12 | 12 | Q.    Okay.  Looking at these, can you say that these appear |
| 09:12 | 13 | to be early versions of the illustrations? |
| 09:12 | 14 | A.    Yeah.  Because you can see she's still in the iteration |
| 09:12 | 15 | process, meaning, starting with black and white and then |
| 09:12 | 16 | coloring it and tweaking different -- different iterations. |
| 09:12 | 17 | I think we were looking for three -- because in this case |
| 09:12 | 18 | Cool Skating Barbie was going to be used, not just Barbie |
| 09:12 | 19 | but her friends as well, so we needed a few different -- we |
| 09:12 | 20 | like to customize the decals for each of the different |
| 09:12 | 21 | friends of Barbie.  So I think she was looking to create two |
| 09:12 | 22 | or three different iterations. |
| 09:12 | 23 | Q.    If you'll see at the top, there's one that she did a |
| 09:12 | 24 | very different design, which kind of looks like a more |
| 09:13 | 25 | traditional Barbie, and says below it -- I can't even -- |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 37 of 156   Page ID #:289967
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

37

| | | |
|---|---|---|
| 09:13 | 1 | A.   Roller Chic. |
| 09:13 | 2 | Q.   Roller Chic.  That was one of the ideas that Lily' came |
| 09:13 | 3 | up with, but apparently was not used? |
| 09:13 | 4 | A.   Yeah.  I mean, I think the creative process is you |
| 09:13 | 5 | often start with one thought, and then iterate on top of it. |
| 09:13 | 6 | So I don't want to speak for her, but from my |
| 09:13 | 7 | interpretation, you know, it's starting with Barbie on |
| 09:13 | 8 | rollerblades, which is what this doll was about, literally |
| 09:13 | 9 | kind of an iteration of, in this case, I think is more of a |
| 09:13 | 10 | chic, fast Barbie.  And then that seemed to have morphed |
| 09:13 | 11 | into a more stylized iteration that wasn't necessarily |
| 09:13 | 12 | Barbie but was the decal on Barbie's T-shirts. |
| 09:13 | 13 | Q.   If you could turn, please, to Exhibit 261-29.  261-29. |
| 09:14 | 14 | A.   Okay. |
| 09:14 | 15 | Q.   What is that? |
| 09:14 | 16 | A.   That looks like it's -- what -- it is one of the final |
| 09:14 | 17 | iterations that was used. |
| 09:14 | 18 | Q.   For this decal? |
| 09:14 | 19 | A.   For this decal that was on the Cool Skating Barbie |
| 09:14 | 20 | T-shirt. |
| 09:14 | 21 | MR. QUINN:  We'd offer that, Your Honor. |
| 09:14 | 22 | THE COURT:  Received. |
| 09:14 | 23 | (Exhibit No. 261-29 received in evidence.) |
| 09:14 | 24 | BY MR. QUINN: |
| 09:14 | 25 | Q.   Similarly, the previous page, dash 28, was that another |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

38

| 09:14 | 1 | iteration of the decal? |
| 09:14 | 2 | A.   Yes. |
| 09:14 | 3 | MR. QUINN:  We'd offer that, Your Honor. |
| 09:14 | 4 | THE COURT:  Received. |
| 09:14 | 5 | *(Exhibit No. 261-28 received in evidence.)* |
| 09:14 | 6 | MR. QUINN:  Then a couple pages earlier, 25. |
| 09:14 | 7 | MS. KELLER:  I'm sorry, Counsel, what number is |
| 09:14 | 8 | that? |
| 09:14 | 9 | MR. QUINN:  261-25. |
| 09:14 | 10 | THE COURT:  Received. |
| 09:14 | 11 | *(Exhibit No. 261-25 received in evidence.)* |
| 09:14 | 12 | MR. QUINN:  Put that on the screen as well. |
| 09:14 | 13 | Twenty-five. |
| 09:14 | 14 | *(Document displayed.)* |
| 09:14 | 15 | THE WITNESS:  Yes. |
| 09:14 | 16 | BY MR. QUINN: |
| 09:14 | 17 | Q.   Those were all the -- what appear to you to be the |
| 09:14 | 18 | final finished versions of the decal that appeared on the |
| 09:14 | 19 | Cool Skating Barbie? |
| 09:14 | 20 | A.   Yes. |
| 09:14 | 21 | Q.   If you could turn, please, to Exhibit 257-1.  257-1. |
| 09:14 | 22 | A.   Yes. |
| 09:14 | 23 | Q.   What is that? |
| 09:15 | 24 | A.   So that is the actual Cool Skating Barbie in her |
| 09:15 | 25 | package, wearing the T-shirt with Lily's drawing as the |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:15 | 1 | decal on the T-shirt. |
| 09:15 | 2 | MR. QUINN:  We'd offer that, Your Honor. |
| 09:15 | 3 | THE COURT:  Received. |
| 09:15 | 4 | *(Exhibit No. 257-1 received in evidence.)* |
| 09:15 | 5 | MR. QUINN:  And if we could enlarge -- actually, I |
| 09:15 | 6 | think we have an enlargement.  It's Exhibit 257-6. |
| 09:15 | 7 | BY MR. QUINN: |
| 09:15 | 8 | Q.   Is that a copy of the enlargement of the decal?  257-6? |
| 09:15 | 9 | A.   Yes, it is. |
| 09:15 | 10 | MR. QUINN:  We'd offer that as well, Your Honor. |
| 09:15 | 11 | THE COURT:  Received. |
| 09:15 | 12 | *(Exhibit No. 257-6 received in evidence.)* |
| 09:15 | 13 | BY MR. QUINN: |
| 09:15 | 14 | Q.   Then 258-1, is that another -- that's Barbie's friend, |
| 09:15 | 15 | Teresa? |
| 09:15 | 16 | A.   Correct. |
| 09:15 | 17 | Q.   Another Cool Skating Barbie in a box? |
| 09:15 | 18 | A.   Yeah.  And this shows the use of another one of her |
| 09:15 | 19 | other versions. |
| 09:16 | 20 | MR. QUINN:  We'll offer that, 258-1. |
| 09:16 | 21 | THE COURT:  Received. |
| 09:16 | 22 | *(Exhibit No. 258-1 received in evidence.)* |
| 09:16 | 23 | BY MR. QUINN: |
| 09:16 | 24 | Q.   That's Barbie's school -- Cool Skating friend, Teresa? |
| 09:16 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

| | | |
|---|---|---|
| 09:16 | 1 | BY MR. QUINN: |
| 09:16 | 2 | Q.   Is Teresa -- is she to have some ethnicity? |
| 09:16 | 3 | A.   Yes.  She was meant to be Hispanic. |
| 09:16 | 4 | Q.   And that's another one of the decals that we see there? |
| 09:16 | 5 | A.   Correct. |
| 09:16 | 6 | Q.   258-6, is that an enlargement of the decal on Teresa? |
| 09:16 | 7 | A.   Yes, it is. |
| 09:16 | 8 | MR. QUINN:  We'd offer that, Your Honor. |
| 09:16 | 9 | THE COURT:  Received. |
| 09:16 | 10 | *(Exhibit No. 258-6 received in evidence.)* |
| 09:16 | 11 | BY MR. QUINN: |
| 09:16 | 12 | Q.   And then 259-1, is that Barbie's friend, Christie, |
| 09:16 | 13 | another Cool Skating Barbie? |
| 09:16 | 14 | A.   Yes, it is. |
| 09:16 | 15 | MR. QUINN:  In the box.  We'd offer that. |
| 09:16 | 16 | THE COURT:  Received. |
| 09:16 | 17 | *(Exhibit No. 259-1 received in evidence.)* |
| 09:16 | 18 | BY MR. QUINN: |
| 09:16 | 19 | Q.   And then 259-5, is that an enlargement of the decal, |
| 09:17 | 20 | Lily's decal, which appeared on the top of Christie? |
| 09:17 | 21 | A.   Yes, it is. |
| 09:17 | 22 | MR. QUINN:  259-5. |
| 09:17 | 23 | THE COURT:  That's received also. |
| 09:17 | 24 | *(Exhibit No. 259-5 received in evidence.)* |
| 09:17 | 25 | MR. QUINN:  Thank you, Your Honor. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

41

| | | |
|---|---|---|
| 09:17 | 1 | BY MR. QUINN: |
| 09:17 | 2 | Q.   Did -- setting Cool Skating Barbie -- this appears to |
| 09:17 | 3 | be an African American.  Christie, the idea is that this is |
| 09:17 | 4 | an African-American doll? |
| 09:17 | 5 | A.   Uh-huh. |
| 09:17 | 6 | Q.   Setting aside the Cool Skating Barbie line, were there |
| 09:17 | 7 | Barbies named "Barbie" that had different ethnicities? |
| 09:17 | 8 | A.   We had African-American Barbie.  So I think we offered |
| 09:17 | 9 | Barbie as white Barbie in many skin tones, and then there |
| 09:17 | 10 | was an African-American version of Barbie, and then there |
| 09:17 | 11 | was Barbie's friends, like Christie and Teresa, that were |
| 09:17 | 12 | also different ethnicities. |
| 09:17 | 13 | Q.   So would it be true to say that Mattel and the whole |
| 09:17 | 14 | Barbie line were just not aware or sensitive to ethnicity |
| 09:18 | 15 | issues or were ignoring it?  That it was just a white-bread |
| 09:18 | 16 | line of dolls? |
| 09:18 | 17 | A.   I don't know how you could say that. |
| 09:18 | 18 | Q.   All right.  So from this decal, can you tell us how the |
| 09:18 | 19 | project Toon Teens came about? |
| 09:18 | 20 | A.   Yeah.  All I know is when I then started to -- the |
| 09:18 | 21 | designers were given a few weeks to work on their own doll |
| 09:18 | 22 | ideas.  And then when I -- the next time I saw Toon Teens |
| 09:18 | 23 | was when they were in their three-dimensional form that Lily |
| 09:18 | 24 | had had made up on an-L board, which was -- I walked around |
| 09:18 | 25 | the design center to see.  It was amazing all the incredible |

09:18  1    brands that -- most designers participated in it.  Not

09:18  2    everyone.  You know, someone -- sometimes they didn't have

09:18  3    an idea for a whole new doll line, but there was an

09:18  4    incredible range.  I remember one called the "Purfect

09:19  5    Family" that was half cats -- Purfect family, half cats,

09:19  6    half dolls.  I mean, they were amazing.  So the level of

09:19  7    creativity was astounding.

09:19  8        But then myself and -- we would bring all of those

09:19  9    L-boards into the presentation room.  I would invite all the

09:19  10   designers, collector, mainline, the fashion division,

09:19  11   because I wanted them to see and celebrate the incredible

09:19  12   range of ideas that had come out.

09:19  13       And then myself and my direct reports, which tended to

09:19  14   be the vice presidents or directors, would -- which was a

09:19  15   hard task, but we kind of edited it down to -- I don't

09:19  16   remember exactly -- maybe five or so ideas, or six ideas.

09:19  17   And then I brought in, uh, the head of research, Sujata, to

09:19  18   see if she agreed with which -- of all these 25 brands,

09:19  19   which of these were worthwhile putting in front of kids.

09:19  20   Q.   Okay.  Could you take a look, please, at

09:19  21   Exhibit 48-B-2.

09:20  22   A.   Yes.

09:20  23   Q.   Is this Lily's design for Toon Teens that, you know,

09:20  24   the decal figure morphed into?

09:20  25   A.   Yeah.  So this was her drawing that informed the

| | | |
|---|---|---|
| 09:20 | 1 | samplemakers and people to actually make the doll.  And I |
| 09:20 | 2 | know that because you can also see the fabric swatches on |
| 09:20 | 3 | the right.  So this is a drawing that for her to have the |
| 09:20 | 4 | doll made up by the samplemakers, et cetera, she has to give |
| 09:20 | 5 | them the drawing plus swatches of the fabrics that she |
| 09:20 | 6 | wanted the doll to be made with. |
| 09:20 | 7 | MR. QUINN:  I'd offer that, Your Honor, 48-2. |
| 09:20 | 8 | THE COURT:  Received. |
| 09:20 | 9 | *(Exhibit No. 48-2 received in evidence.)* |
| 09:20 | 10 | BY MR. QUINN: |
| 09:20 | 11 | Q.   And then 48-B-4, if you could turn forward two pages. |
| 09:20 | 12 | Is that another one of Lily's drawings for one of the other |
| 09:20 | 13 | Toon Teen dolls? |
| 09:20 | 14 | A.   Yes, it is. |
| 09:20 | 15 | Q.   Is it one of the original design drawings? |
| 09:20 | 16 | A.   Correct. |
| 09:20 | 17 | MR. QUINN:  I would offer that as well, |
| 09:20 | 18 | Your Honor. |
| 09:21 | 19 | THE WITNESS:  Received. |
| 09:21 | 20 | *(Exhibit No. 48-B-4 received in evidence.)* |
| 09:21 | 21 | BY MR. QUINN: |
| 09:21 | 22 | Q.   And you referred to swatches that are here.  Could you |
| 09:21 | 23 | point out to the jury what you're referring to? |
| 09:21 | 24 | A.   These clippings of fabric, which it's hard to see, but |
| 09:21 | 25 | this one is this patterned, and this is the blue from her |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 44 of 156   Page ID #:289974
CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

44

| | | |
|---|---|---|
| 09:21 | 1 | sleeves, and this is the pink that's her trim. |
| 09:21 | 2 | Like I said, the designer's drawing is a blueprint they |
| 09:21 | 3 | give out to other people in the design center that help |
| 09:21 | 4 | bring the doll to life.  So this is a way to show the other |
| 09:21 | 5 | people involved in making this doll what the design intent |
| 09:21 | 6 | was. |
| 09:21 | 7 | Q.   And then if you'd turn, please, to 48-B-1.  Is that |
| 09:21 | 8 | another one of Lily's original design drawings -- |
| 09:21 | 9 | A.   Yes, it is. |
| 09:21 | 10 | Q.   -- for Toon Teens? |
| 09:21 | 11 | MR. QUINN:  We'd offer that, Your Honor. |
| 09:21 | 12 | THE COURT:  Received. |
| 09:21 | 13 | (Exhibit No. 48-B-1 received in evidence.) |
| 09:21 | 14 | BY MR. QUINN: |
| 09:21 | 15 | Q.   And then, finally, 48-B-6, and I'll ask the same |
| 09:21 | 16 | question, whether that's one of Lily's original design |
| 09:22 | 17 | drawings for Toon Teens? |
| 09:22 | 18 | A.   Yes, it is. |
| 09:22 | 19 | Q.   Did you see these -- do you recall seeing these |
| 09:22 | 20 | drawings posted? |
| 09:22 | 21 | A.   She -- Lily would have them up on her -- I mean, yeah. |
| 09:22 | 22 | They would be up on her wall.  Everyone had these |
| 09:22 | 23 | three-sided cubes that you could tack things on.  So I do |
| 09:22 | 24 | remember seeing these drawings on her tackable wall. |
| 09:22 | 25 | MR. QUINN:  Your Honor, I'm told I did not offer |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

45

| | | |
|---|---|---|
| 09:22 | 1 | 48-B-6, and I would like to do that. |
| 09:22 | 2 | THE COURT:  Received. |
| 09:22 | 3 | *(Exhibit No. 48-B-6 received in evidence.)* |
| 09:22 | 4 | BY MR. QUINN: |
| 09:22 | 5 | Q.   And did these drawings -- were then given to the people |
| 09:22 | 6 | who -- in the different trades, who would actually come up, |
| 09:22 | 7 | then, with a prototype of a doll? |
| 09:22 | 8 | A.   Yes. |
| 09:22 | 9 | Q.   What became of Toon Teens? |
| 09:22 | 10 | A.   So Toon Teens went in front of girls in research, and |
| 09:22 | 11 | there was maybe four or five brands, and every -- what |
| 09:22 | 12 | research does is find out the positives and negatives of |
| 09:23 | 13 | each brand, what age girls responded to the various ideas. |
| 09:23 | 14 | And then, through a process of kind of looking at, for that |
| 09:23 | 15 | launch period, which brand would be the best one to launch, |
| 09:23 | 16 | um, a recommendation is made by research for which brand to |
| 09:23 | 17 | launch, based on the positives and negatives that the girls |
| 09:23 | 18 | felt, based on where we felt we had a hole in the |
| 09:23 | 19 | marketplace in terms of our portfolio of brands for that |
| 09:23 | 20 | particular time period. |
| 09:23 | 21 | Q.   Did you have a certain number of slots that you were |
| 09:23 | 22 | looking to fill in terms of Mattel's product offerings? |
| 09:23 | 23 | A.   Yeah.  I mean, we could only launch -- that's why I |
| 09:23 | 24 | said yesterday, we often generated three times as much as we |
| 09:23 | 25 | needed, to then be able to feel like we were taking the best |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 46 of 156   Page ID
#:289976
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

46

| | | |
|---|---|---|
| 09:23 | 1 | ideas for that particular time period, for that portfolio |
| 09:23 | 2 | balance, of what we needed for -- for that launch time. |
| 09:24 | 3 | So, yes, it was -- there was a limit to how much you |
| 09:24 | 4 | could put in the market, because you had to spend dollars |
| 09:24 | 5 | marketing it, producing it, so you did not produce |
| 09:24 | 6 | everything. |
| 09:24 | 7 | Q.   All right.  Did Toon Teens make it to this research |
| 09:24 | 8 | testing stage? |
| 09:24 | 9 | A.   It made it to the research testing stage. |
| 09:24 | 10 | Q.   All right.  And were there other -- there were a few |
| 09:24 | 11 | other dolls that also did? |
| 09:24 | 12 | A.   Yes. |
| 09:24 | 13 | Q.   Do you recall how many slots you had available at that |
| 09:24 | 14 | time for a new doll? |
| 09:24 | 15 | A.   Yeah.  We could really only -- I mean, to do one brand, |
| 09:24 | 16 | I always thought I'd rather do less and do it right.  So in |
| 09:24 | 17 | terms of we tried to stagger the launch of new brands.  So |
| 09:24 | 18 | we were looking for the right one brand for that time period |
| 09:24 | 19 | that was a good balance for our existing portfolio. |
| 09:24 | 20 | Q.   And did one of those dolls that were tested at that |
| 09:24 | 21 | time, at the same time as Toon Teens, get selected for that |
| 09:24 | 22 | one slot? |
| 09:25 | 23 | A.   Yes, once her face got picked, because it was something |
| 09:25 | 24 | that was a doll that you could draw her face, wash it off, |
| 09:25 | 25 | repaint her face.  So in our portfolio, it was a unique doll |

| | | |
|---|---|---|
| 09:25 | 1 | in that it had some craft activity attached to it.  So |
| 09:25 | 2 | everyone felt like -- and the girls felt like that this |
| 09:25 | 3 | would be a good asset for the portfolio right now.  And the |
| 09:25 | 4 | other brands were put in the closet for consideration, |
| 09:25 | 5 | potentially, later. |
| 09:25 | 6 | Q.   Was that because the kids' reaction to Toon Teens was |
| 09:25 | 7 | that they hated them or said, "Yuck"? |
| 09:25 | 8 | A.   I don't remember the exact sentiment.  I just |
| 09:25 | 9 | remember -- what I remember is that of those, that |
| 09:25 | 10 | particular competition, that there were positives and |
| 09:25 | 11 | negatives on every single one of the brands that were shown, |
| 09:25 | 12 | and that for that time period the decision was made to go |
| 09:25 | 13 | with What's Her Face, but I don't remember the specific |
| 09:25 | 14 | positive and negatives around each brand. |
| 09:26 | 15 | Q.   If the kids who it had been tested would have said they |
| 09:26 | 16 | hated it, is that something you think you would remember? |
| 09:26 | 17 | A.   If they said they hated it, yes, I think I would |
| 09:26 | 18 | remember that. |
| 09:26 | 19 | Q.   You remember when Carter Bryant resigned the second |
| 09:26 | 20 | time from Mattel? |
| 09:26 | 21 | A.   Yes, I do. |
| 09:26 | 22 | Q.   Did you learn in advance that he was going to be |
| 09:26 | 23 | resigning? |
| 09:26 | 24 | A.   No.  I learned -- I learned when he resigned. |
| 09:26 | 25 | Q.   All right.  And what was it that you learned? |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 48 of 156   Page ID #:289978
CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

48

| | | |
|---|---|---|
| 09:26 | 1 | A.    Um -- so I think it was Ron Longsdorf came to me first, |
| 09:26 | 2 | who was -- Carter Bryant's immediate boss was Ann Driskill |
| 09:26 | 3 | and then over Ann Driskill was Ron Longsdorf, who was head |
| 09:26 | 4 | of collector, and then I was head of all of girls' toys. |
| 09:26 | 5 | So Ron came to me very distressed saying that Carter |
| 09:26 | 6 | Bryant was resigning, which I was shocked, because it was |
| 09:27 | 7 | the second tour he had done at Mattel.  So usually when |
| 09:27 | 8 | people come back, they tend to stay.  They know what they're |
| 09:27 | 9 | coming back to.  And he hadn't been there that long his |
| 09:27 | 10 | second time.  And I asked him -- |
| 09:27 | 11 | Q.    What was your reaction?  Mr. Longsdorf comes to you and |
| 09:27 | 12 | says, "Carter Bryant's leaving." |
| 09:27 | 13 | A.    Yeah, I was surprised.  I said, "Oh, my God.  We can't |
| 09:27 | 14 | lose him.  What's going on?" |
| 09:27 | 15 | Q.    Why did you want to keep him? |
| 09:27 | 16 | A.    Because he was a great designer.  He was so -- he was |
| 09:27 | 17 | such a good designer that we invited him back in a second |
| 09:27 | 18 | time.  I mean, we wouldn't have done that if he wasn't |
| 09:27 | 19 | valuable, and certainly the work he had done in collector |
| 09:27 | 20 | was great and valuable. |
| 09:27 | 21 | Q.    Did you do anything to try to persuade him to stay? |
| 09:27 | 22 | A.    Yeah.  I went to see him, which I don't do every time |
| 09:27 | 23 | someone's resigning, which isn't that often, but when they |
| 09:27 | 24 | do, it depends on -- you know, he was definitely a most |
| 09:27 | 25 | valuable player.  And I went to try and convince him not to |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

49

| | | |
|---|---|---|
| 09:27 | 1 | go. |
| 09:27 | 2 | I mean, I had asked Ron, you know, "Why is he leaving?" |
| 09:28 | 3 | And his response to me, which is the same response I got |
| 09:28 | 4 | from Carter, was it was a lifestyle change and that he had |
| 09:28 | 5 | an opportunity -- he wanted a lifestyle change.  He had an |
| 09:28 | 6 | opportunity to go back -- it was somewhere in the Midwest. |
| 09:28 | 7 | I can't remember what state.  And he had told me that he had |
| 09:28 | 8 | an opportunity to be able to sit at home, do some drawings, |
| 09:28 | 9 | make money, have a dog at his side, and he painted this very |
| 09:28 | 10 | idyllic, you know, relaxed lifestyle.  And I said, "Are you |
| 09:28 | 11 | going to competition?" |
| 09:28 | 12 | Q.   This is what you asked him, about whether he was going |
| 09:28 | 13 | to go to work for a competitor? |
| 09:28 | 14 | A.   I said, "Who are you working for?  This sounds pretty |
| 09:28 | 15 | great." |
| 09:28 | 16 | He said, "All I can tell you is I'm not going to |
| 09:28 | 17 | competition." |
| 09:28 | 18 | I said, "Is there anything we can do to make you change |
| 09:28 | 19 | your mind?" |
| 09:28 | 20 | He said, "Ivy, this is a lifestyle choice for me. |
| 09:28 | 21 | There's nothing you can do.  It's an amazing opportunity.  I |
| 09:28 | 22 | can't turn down.  There's nothing you can say that would |
| 09:28 | 23 | make me change my mind." |
| 09:28 | 24 | Q.   Now, when an employee tells you that they're going to |
| 09:28 | 25 | work for a competitor, does Mattel have a different practice |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

50

| 09:29 | 1 | than when an employee is going to noncompetitive work? |
| 09:29 | 2 | A.   Yeah.   The difference is, when you are going to a |
| 09:29 | 3 | competitor, we ask you to leave that day, and we escort you |
| 09:29 | 4 | out, let you get your personal things, because obviously we |
| 09:29 | 5 | don't want you to be exposed to continual exposure to our |
| 09:29 | 6 | intellectual property.   If you are not going to a |
| 09:29 | 7 | competitor, we allow you to give your two weeks' notice. |
| 09:29 | 8 | Q.   So based on -- well, first, let me say, if somebody |
| 09:29 | 9 | gives you two weeks' notice and says, "I'm going to a |
| 09:29 | 10 | competitor," you ask them to leave that day? |
| 09:29 | 11 | A.   Right.   I would say our policy is -- I think we pay |
| 09:29 | 12 | them for the two weeks, but we ask them to leave, because |
| 09:29 | 13 | it's inappropriate for them to stay there. |
| 09:29 | 14 | Q.   In Mr. Bryant's case, he told you he was not going to |
| 09:29 | 15 | work for a competitor? |
| 09:29 | 16 | A.   Yes. |
| 09:29 | 17 | Q.   So he stayed the additional two weeks there? |
| 09:29 | 18 | A.   Absolutely.   I had no reason not to believe him.   And |
| 09:30 | 19 | like I say, it was -- he was a good person, a good designer, |
| 09:30 | 20 | as far as we knew.   I mean, I knew he was a good designer -- |
| 09:30 | 21 | a good person.   I had no reason to disbelieve him, so I had |
| 09:30 | 22 | him stay. |
| 09:30 | 23 |           MR. QUINN:  I have nothing further. |
| 09:30 | 24 |           THE COURT:  Counsel, in the evening session, |
| 09:30 | 25 | 420 was another exhibit that you had stated. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

51

| | | |
|---|---|---|
| 09:30 | 1 | MR. QUINN:  420? |
| 09:30 | 2 | THE COURT:  You're not required to introduce it. |
| 09:30 | 3 | I just want to make sure we've gone over the list. |
| 09:30 | 4 | MR. QUINN:  Thank you.  We're not going to use it |
| 09:30 | 5 | at this time. |
| 09:30 | 6 | THE COURT:  Thank you. |
| 09:30 | 7 | Cross-examination, please. |
| 09:30 | 8 | **CROSS-EXAMINATION** |
| 09:30 | 9 | BY MS. KELLER: |
| 09:31 | 10 | Q.   Good morning, Ms. Ross. |
| 09:31 | 11 | A.   Good morning. |
| 09:31 | 12 | Q.   Now, you and I have not previously spoken; is that |
| 09:31 | 13 | true? |
| 09:31 | 14 | A.   Correct. |
| 09:31 | 15 | Q.   You've testified twice previously in connection with |
| 09:31 | 16 | this case; am I right? |
| 09:31 | 17 | A.   Twice?  I -- |
| 09:31 | 18 | Q.   Yes. |
| 09:31 | 19 | A.   Once. |
| 09:31 | 20 | Q.   The first time, January 17, 2008, at a deposition? |
| 09:31 | 21 | A.   Oh, at a deposition, if that's a testimony, then, yes. |
| 09:31 | 22 | Q.   And then you testified a second time on May 27 and |
| 09:31 | 23 | May 28, 2008, also under oath, correct? |
| 09:31 | 24 | A.   Uh-huh. |
| 09:31 | 25 | Q.   Is that a yes? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

52

| | | |
|---|---|---|
| 09:31 | 1 | A.   Yes. |
| 09:31 | 2 | Q.   And to prepare for your testimony in January of 2008, |
| 09:31 | 3 | you spent quite a few hours with the lawyers from Mattel, |
| 09:31 | 4 | true? |
| 09:31 | 5 | A.   True. |
| 09:31 | 6 | Q.   And at least five hours on one day alone, correct? |
| 09:31 | 7 | A.   I don't remember the exact amount of time. |
| 09:31 | 8 | Q.   Do you remember testifying that you spent five hours |
| 09:31 | 9 | January 17, 2008? |
| 09:32 | 10 | A.   I don't remember testifying to that affect, but if I |
| 09:32 | 11 | did, I'm sure it was true. |
| 09:32 | 12 | Q.   Now, in preparation for testifying today, have you also |
| 09:32 | 13 | prepared with Mattel's lawyers? |
| 09:32 | 14 | A.   Yes. |
| 09:32 | 15 | Q.   And approximately how much time have you spent with |
| 09:32 | 16 | them? |
| 09:32 | 17 | A.   Maybe three hours. |
| 09:32 | 18 | Q.   And what documents have you read in preparation for |
| 09:32 | 19 | today's testimony? |
| 09:32 | 20 | A.   I can't remember all of them.  I was shown some. |
| 09:32 | 21 | Q.   Were you shown your previous testimony? |
| 09:32 | 22 | A.   Yes. |
| 09:32 | 23 | Q.   Were you shown anyone else's? |
| 09:32 | 24 | A.   No. |
| 09:32 | 25 | Q.   And the documents that you were shown, were you told |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

53

| | | |
|---|---|---|
| 09:32 | 1 | that those would be used to examine you in this trial? |
| 09:32 | 2 | A.   I told -- I was told that they may be referred to, yes. |
| 09:32 | 3 | Q.   All right.  So grand total of time that you think you |
| 09:32 | 4 | spent preparing to testify, can you tell us a ballpark |
| 09:32 | 5 | figure? |
| 09:32 | 6 | A.   For this?  For today? |
| 09:32 | 7 | Q.   Well, for the whole proceeding, beginning to end. |
| 09:32 | 8 | A.   But for which proceeding?  The one that's happening? |
| 09:32 | 9 | Q.   All three times you testified. |
| 09:33 | 10 | A.   All three?  Well, I don't remember exactly, but you're |
| 09:33 | 11 | telling me, and I believe myself, that it was five hours for |
| 09:33 | 12 | the first one.  And then I'm saying it was about |
| 09:33 | 13 | approximately three hours this time.  So total of eight |
| 09:33 | 14 | hours, approximately.  I'm not 100 percent sure. |
| 09:33 | 15 | Q.   And then to prepare for your deposition? |
| 09:33 | 16 | A.   Well, you just told me that I testified that I prepared |
| 09:33 | 17 | five hours.  Was that for -- which phase of the previous? |
| 09:33 | 18 | Q.   January 17, 2008, you spent a day preparing with |
| 09:33 | 19 | Mattel's lawyers. |
| 09:33 | 20 | A.   Uh-huh. |
| 09:33 | 21 | Q.   True? |
| 09:33 | 22 | A.   I don't remember.  That was in 2008. |
| 09:33 | 23 | Q.   Okay.  Do you have your deposition in front of you?  If |
| 09:33 | 24 | you would turn to the January 17, 2008, page 103, starting |
| 09:33 | 25 | at line 20. |

| 09:34 | 1 | A.    So where are the page numbers on this? |
| 09:34 | 2 | Q.    Page numbers are at the bottom right of the little box. |
| 09:34 | 3 | A.    Is there a tab? |
| 09:34 | 4 | THE COURT:  Counsel, bring an associate up.  The |
| 09:34 | 5 | time clock's running.  This is valuable time. |
| 09:34 | 6 | Ms. Hurst, come up and turn right to that page. |
| 09:34 | 7 | THE WITNESS:  Oh, okay.  Yes. |
| 09:35 | 8 | BY MS. KELLER: |
| 09:35 | 9 | Q.    Okay.  So on January 17, 2008, you spent a day.  You |
| 09:35 | 10 | spent the day with Mattel's lawyers -- |
| 09:35 | 11 | A.    Okay. |
| 09:35 | 12 | Q.    -- preparing? |
| 09:35 | 13 | MR. QUINN:  Page and line. |
| 09:35 | 14 | MS. KELLER:  Page 104. |
| 09:35 | 15 | THE COURT:  She has the page and the number, |
| 09:35 | 16 | Counsel. |
| 09:35 | 17 | MS. KELLER:  Five through seven. |
| 09:35 | 18 | THE COURT:  Counsel, your next question. |
| 09:35 | 19 | BY MS. KELLER: |
| 09:35 | 20 | Q.    Now, is Mattel paying your legal fees to be here? |
| 09:35 | 21 | A.    No. |
| 09:35 | 22 | Q.    Is Mattel paying your travel fees? |
| 09:35 | 23 | A.    Travel fees, yes. |
| 09:35 | 24 | Q.    Are you being compensated for your time away from the |
| 09:35 | 25 | Gap? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

55

| | | |
|---|---|---|
| 09:35 | 1 | A.   No.  Other than I think it's an $86 court-required fee. |
| 09:35 | 2 | MR. QUINN:  She's referring to the subpoena, |
| 09:35 | 3 | Your Honor. |
| 09:35 | 4 | BY MS. KELLER: |
| 09:35 | 5 | Q.   Now, during the sessions with Mattel's lawyers, were |
| 09:35 | 6 | you presented with this doll that we've seen down here? |
| 09:35 | 7 | MS. KELLER:  If I may, Mr. Quinn, may I have that |
| 09:36 | 8 | exhibit? |
| 09:36 | 9 | THE COURT:  You're to strike Mr. Quinn's comments. |
| 09:36 | 10 | Thank you.  That's a piece of evidence that he's seeking to |
| 09:36 | 11 | introduce that is subject to whatever -- counsel will not |
| 09:36 | 12 | interject themselves. |
| 09:36 | 13 | BY MS. KELLER: |
| 09:36 | 14 | Q.   Exhibit 13656, this was the Grand Entrance Barbie that |
| 09:36 | 15 | you said was designed by Carter Bryant? |
| 09:36 | 16 | A.   Yes. |
| 09:36 | 17 | Q.   And did the Mattel lawyers remind you about that doll? |
| 09:36 | 18 | A.   They showed it to me. |
| 09:36 | 19 | Q.   Do you recall testifying previously that you didn't |
| 09:36 | 20 | have any specific recollection of any projects that |
| 09:36 | 21 | Mr. Bryant had worked on during the period of his employment |
| 09:36 | 22 | at Mattel? |
| 09:36 | 23 | A.   I couldn't name the names previously. |
| 09:36 | 24 | Q.   Do you remember testifying you did not have any |
| 09:36 | 25 | specific recollection of projects Mr. Bryant worked on |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

56

| | | |
|---|---|---|
| 09:36 | 1 | during this period of employment with Mattel? |
| 09:36 | 2 | A.   Yes, correct.  I could not recall the name of the |
| 09:36 | 3 | project. |
| 09:36 | 4 | Q.   Now, I'm gonna ask you one more time, because we're not |
| 09:36 | 5 | talking about the specific project. |
| 09:36 | 6 | MR. QUINN:  Your Honor, it's argumentative. |
| 09:37 | 7 | THE COURT:  Overruled. |
| 09:37 | 8 | BY MS. KELLER: |
| 09:37 | 9 | Q.   And the question is, did you previously testify on |
| 09:37 | 10 | January 17th, 2008, that you did not have any specific |
| 09:37 | 11 | recollection of projects, plural, Mr. Bryant worked on |
| 09:37 | 12 | during this period of employment with Mattel?  And that's a |
| 09:37 | 13 | yes or no. |
| 09:37 | 14 | A.   Yes. |
| 09:37 | 15 | Q.   And you said because there were hundreds of designers, |
| 09:37 | 16 | you don't remember specifics about his specific projects, |
| 09:37 | 17 | correct? |
| 09:37 | 18 | A.   Correct. |
| 09:37 | 19 | Q.   Now, can you, as you sit here today, name the dolls |
| 09:37 | 20 | that Mr. Bryant made from sketch to production? |
| 09:37 | 21 | A.   No.  Just Grand -- just that one. |
| 09:37 | 22 | Q.   And that was because it was shown to you by counsel? |
| 09:37 | 23 | A.   Absolutely.  Because it was many years ago. |
| 09:37 | 24 | Q.   There was some reference made to information on the |
| 09:38 | 25 | back of this box, 13656.  We have that.  I believe that's |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:38 | 1 | already in evidence. |
| 09:38 | 2 | MS. KELLER:  And, Your Honor, with the Court's |
| 09:38 | 3 | permission, we would like to use the ELMO. |
| 09:38 | 4 | THE COURT:  Certainly. |
| 09:38 | 5 | MS. KELLER:  Since we only got this late. |
| 09:38 | 6 | *(Document displayed.)* |
| 09:38 | 7 | BY MS. KELLER: |
| 09:38 | 8 | Q.   Now, this portion on the back of the doll box talks |
| 09:38 | 9 | about Carter Bryant, and he says, "Designing for Barbie is |
| 09:38 | 10 | very much like designing for a high fashion couture house." |
| 09:38 | 11 | Do you see that? |
| 09:38 | 12 | A.   Yes, I do. |
| 09:38 | 13 | Q.   And then down at the box in the bottom, labeled "About |
| 09:38 | 14 | Carter Bryant" -- see how big we can get that -- it says, |
| 09:38 | 15 | "Carter Bryant has been drawing fashions since he was nine |
| 09:38 | 16 | years old and always thought it might be fun to design for |
| 09:38 | 17 | Barbie dolls some day.  Happily for Barbie, that some day |
| 09:39 | 18 | came five years ago, when Mr. Bryant agreed to join the |
| 09:39 | 19 | fashion design staff for Barbie doll and later for Barbie |
| 09:39 | 20 | Collectibles."  And then it goes on, "His extraordinary |
| 09:39 | 21 | natural talent for designing women's fashions combined with |
| 09:39 | 22 | his formal training from Otis College of Art and Design have |
| 09:39 | 23 | been beautifully expressed through many remarkable fashion |
| 09:39 | 24 | designs for the Barbie brand."  Okay? |
| 09:39 | 25 | A.   Uh-huh. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

58

| | | |
|---|---|---|
| 09:39 | 1 | Q.   So this doesn't talk about Mr. Bryant designing the |
| 09:39 | 2 | doll from A to Z; it talks about his designing fashions, |
| 09:39 | 3 | right? |
| 09:39 | 4 | A.   In this particular case, that's what was being played |
| 09:39 | 5 | up, and he was a fashion designer by trade.  So were many of |
| 09:39 | 6 | our doll designers. |
| 09:39 | 7 | Q.   That's not my question. |
| 09:39 | 8 | A.   Okay. |
| 09:39 | 9 | Q.   Mr. Bryant designed clothes for this doll, right? |
| 09:40 | 10 | A.   As well as the doll. |
| 09:40 | 11 | MR. QUINN:  Excuse me, Your Honor.  The witness |
| 09:40 | 12 | was cut off. |
| 09:40 | 13 | THE COURT:  Overruled. |
| 09:40 | 14 | BY MS. KELLER: |
| 09:40 | 15 | Q.   Okay.  You're saying he designed the doll? |
| 09:40 | 16 | A.   He chose -- the doll -- Barbie is Barbie, so you don't |
| 09:40 | 17 | redesign Barbie every time.  But what every doll designer |
| 09:40 | 18 | who is responsible for the complete product does, is they |
| 09:40 | 19 | spec her skin tone, her hairstyle, her face paint.  There's |
| 09:40 | 20 | about three different Barbie bodies that you choose from. |
| 09:40 | 21 | So what we're doing is playing up the fashion aspect, |
| 09:40 | 22 | because that's -- the gown is what the collectors want to |
| 09:40 | 23 | hear about.  But that -- as a Barbie collector designer, you |
| 09:40 | 24 | are responsible for the entire project. |
| 09:40 | 25 | There's no such thing as -- you don't redesign Barbie |

| | | |
|---|---|---|
| 09:40 | 1 | every time.  Barbie is Barbie.  But you choose her facial |
| 09:40 | 2 | expressions.  With every gown and outfit, there's a |
| 09:40 | 3 | suggestion of the kind of hairstyle that that woman would |
| 09:40 | 4 | wear with that fashion.  So that's all the choice of the |
| 09:40 | 5 | designer. |
| 09:40 | 6 | Q.   Well, he didn't design the sculpt for this doll, did |
| 09:40 | 7 | he? |
| 09:40 | 8 | A.   No.  As I just said, Barbie is –– |
| 09:41 | 9 | Q.   My question was –– |
| 09:41 | 10 | A.   Are you cutting me off? |
| 09:41 | 11 | THE COURT:  Excuse me.  We're going to strike the |
| 09:41 | 12 | answer.  Strike the question.  Reask the question. |
| 09:41 | 13 | BY MS. KELLER: |
| 09:41 | 14 | Q.   He did not design the sculpt for this doll, did he? |
| 09:41 | 15 | A.   There's no such thing as designing a sculpt. |
| 09:41 | 16 | THE COURT:  Answer the question. |
| 09:41 | 17 | THE WITNESS:  There's no such thing as that. |
| 09:41 | 18 | BY MS. KELLER: |
| 09:41 | 19 | Q.   I'll rephrase it.  He was not involved in doing the |
| 09:41 | 20 | sculpt for this doll? |
| 09:41 | 21 | A.   He did not create the sculpt.  That is correct. |
| 09:41 | 22 | Q.   In fact, he wasn't involved at all in designing the |
| 09:41 | 23 | sculpt for this doll, true? |
| 09:41 | 24 | A.   No, I believe that's false, because there's no such |
| 09:41 | 25 | thing as designing the sculpt.  He designed –– to me, |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

60

| | | |
|---|---|---|
| 09:41 | 1 | designing the doll is you have choices to make.  The sculpt |
| 09:41 | 2 | is done -- sculpted by a sculptor, and then you choose -- |
| 09:41 | 3 | the part of the design is choosing the hairstyle, the face |
| 09:41 | 4 | paint, the color skin, the hand gestures, and the body. |
| 09:41 | 5 | That's the design. |
| 09:41 | 6 | Q.   Let me ask you again.  Before you can have a doll, |
| 09:41 | 7 | there has to be a sculpt, true? |
| 09:42 | 8 | A.   True. |
| 09:42 | 9 | Q.   And the sculpt can be an existing sculpt, or it can be |
| 09:42 | 10 | a new sculpt that somebody makes, true? |
| 09:42 | 11 | A.   True. |
| 09:42 | 12 | Q.   Carter Bryant was not involved in creating a sculpt for |
| 09:42 | 13 | this doll, true? |
| 09:42 | 14 | A.   True.  He did not make the sculpt. |
| 09:42 | 15 | Q.   And Carter Bryant did not do the hair rooting of this |
| 09:42 | 16 | doll, true? |
| 09:42 | 17 | A.   He did not do it.  He art directed it. |
| 09:42 | 18 | Q.   Carter Bryant did not do the face paint for this doll, |
| 09:42 | 19 | true? |
| 09:42 | 20 | A.   True.  He art directed it. |
| 09:42 | 21 | Q.   He did not do the packaging for this doll, true? |
| 09:42 | 22 | A.   No.  He approved it. |
| 09:42 | 23 | Q.   I know you want to tell us a lot of information, but |
| 09:42 | 24 | I'm asking very specific questions.  So if you could just |
| 09:42 | 25 | answer my questions. |

| | | |
|---|---|---|
| 09:42 | 1 | He didn't write the copy for the box, true? |
| 09:42 | 2 | A.   True. |
| 09:42 | 3 | Q.   He didn't do the package design, true? |
| 09:42 | 4 | A.   True. |
| 09:42 | 5 | Q.   He didn't do the molding, true? |
| 09:42 | 6 | A.   True. |
| 09:42 | 7 | Q.   Didn't do the manufacturing, true? |
| 09:42 | 8 | A.   Absolutely not. |
| 09:42 | 9 | Q.   And those were all parts of doll design, right? |
| 09:42 | 10 | A.   No. |
| 09:43 | 11 | Q.   Now -- |
| 09:43 | 12 | A.   Doll design.  Those are all parts of bringing a doll to |
| 09:43 | 13 | manufacturing.  Those are not all parts of doll design. |
| 09:43 | 14 | That's what we need to separate out here.  You're absolutely |
| 09:43 | 15 | correct in that all of what you mentioned is a part of |
| 09:43 | 16 | bringing a doll to manufacturing, but it is not part of doll |
| 09:43 | 17 | design. |
| 09:43 | 18 | Q.   Do you remember testifying before about the effort to |
| 09:43 | 19 | keep Barbie new and fresh and innovative?  Do you remember |
| 09:43 | 20 | that from yesterday? |
| 09:43 | 21 | A.   Yeah.  What part of that, though? |
| 09:43 | 22 | Q.   Well, you wanted to make her a modern woman, so her |
| 09:43 | 23 | sculpt and her look was updated, true? |
| 09:43 | 24 | A.   At a certain point in time, we did something called the |
| 09:43 | 25 | BK2 body, yes. |

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

62

| | | |
|---|---|---|
| 09:43 | 1 | Q.   You said that was in the late '90s, right? |
| 09:43 | 2 | A.   Okay.  Yeah. |
| 09:43 | 3 | Q.   I'm telling you your testimony yesterday.  Do you |
| 09:43 | 4 | remember testifying that this was in the late 90s that you |
| 09:43 | 5 | changed her body type to keep moving the doll forward? |
| 09:43 | 6 | A.   Yes. |
| 09:43 | 7 | Q.   And Mr. Bryant was involved in this process, was he? |
| 09:43 | 8 | A.   Not necessarily.  Involved in the process?  What do you |
| 09:43 | 9 | mean? |
| 09:43 | 10 | Q.   Well, of helping to change the doll's body type.  Was |
| 09:44 | 11 | he involved in that? |
| 09:44 | 12 | A.   Not necessarily. |
| 09:44 | 13 | Q.   And so this idea about having the fresh new innovative |
| 09:44 | 14 | Barbie, the modern woman, the modern body that you came up |
| 09:44 | 15 | with late 1990s, did that apply to all the Barbies? |
| 09:44 | 16 | A.   No.  That's why there's choices to be made.  There were |
| 09:44 | 17 | many different body types available to the doll designer, |
| 09:44 | 18 | and they would select the body that they feel best brought |
| 09:44 | 19 | their idea or design to life. |
| 09:44 | 20 | Q.   Well, this particular Grand Entrance Barbie, this was a |
| 09:44 | 21 | Barbie that was made out of stock parts from 1991. |
| 09:44 | 22 | THE COURT:  We can't hear you, Counsel. |
| 09:44 | 23 | MS. KELLER:  I'm sorry. |
| 09:44 | 24 | BY MS. KELLER: |
| 09:44 | 25 | Q.   This particular Barbie that you said Carter Bryant came |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

63

| 09:44 | 1 | up with, this was made out of stock 1991 old Barbie parts, |
| 09:44 | 2 | right? |
| 09:44 | 3 | A.   Right.  The designer gets to pick, as I said -- |
| 09:44 | 4 | MS. KELLER:  Objection.  Your Honor. |
| 09:44 | 5 | Nonresponsive. |
| 09:44 | 6 | THE COURT:  No.  Finish your answer. |
| 09:44 | 7 | THE WITNESS:  Correct.  The designer gets to |
| 09:44 | 8 | choose, as I said.  The new body, BK2, is one offering.  The |
| 09:45 | 9 | designer is responsible, even though they don't do the |
| 09:45 | 10 | sculpt, for picking which body type to use, because that's a |
| 09:45 | 11 | way to bring their design to life. |
| 09:45 | 12 | So in this case, Carter chose to use a body type |
| 09:45 | 13 | from 19 -- whatever you say, 1991, was it? -- because it |
| 09:45 | 14 | best brought to life his vision of what he wanted that doll |
| 09:45 | 15 | to look like. |
| 09:45 | 16 | BY MS. KELLER: |
| 09:45 | 17 | Q.   So a 1991 Barbie with some new clothes on it.  That's |
| 09:45 | 18 | really pretty much what it is, right? |
| 09:45 | 19 | A.   I wouldn't call it that. |
| 09:45 | 20 | Q.   Okay.  Now, you think that the representations that |
| 09:45 | 21 | people make in the course of their employment to the |
| 09:45 | 22 | employer and others around them are very important, right? |
| 09:45 | 23 | A.   The representations that they make? |
| 09:45 | 24 | Q.   Representations about what they're doing, about their |
| 09:45 | 25 | backgrounds, all that sort of thing? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

64

| | | |
|---|---|---|
| 09:45 | 1 | A.    Yeah. |
| 09:45 | 2 | Q.    I mean, you want people to be straightforward, right? |
| 09:45 | 3 | A.    Yes. |
| 09:45 | 4 | Q.    Now, in your own resume, which is posted on Linked In, |
| 09:46 | 5 | isn't it true that you have yourself listed -- under |
| 09:46 | 6 | education, it says Harvard Business School? |
| 09:46 | 7 | A.    Yes, I did the PMD program. |
| 09:46 | 8 | Q.    Harvard Business School, what it doesn't say is two- to |
| 09:46 | 9 | three-month certificate program at Harvard Business School? |
| 09:46 | 10 | A.    Yeah.  That's why I didn't list it as -- I didn't get a |
| 09:46 | 11 | degree from them.  It's the PMD program.  It's when |
| 09:46 | 12 | companies are sending you to groom you to be the president. |
| 09:46 | 13 | It's a way of getting your MBA.  So I didn't mislead. |
| 09:46 | 14 | That's why I didn't say I got a degree from there. |
| 09:46 | 15 | Q.    What I'm asking is, the program you attended was a two- |
| 09:46 | 16 | to three-month program, true? |
| 09:46 | 17 | A.    Right.  And I'm a Harvard graduate.  That is absolutely |
| 09:46 | 18 | exactly as I stated.  I attended Harvard during that time |
| 09:46 | 19 | period.  I didn't falsify, say I was there for years. |
| 09:46 | 20 | Q.    Do you think that when the average person looks at a |
| 09:46 | 21 | resume and sees "Education, Harvard Business School," that |
| 09:46 | 22 | they think that means a two- to three-month program. |
| 09:46 | 23 | A.    I don't know.  They should know that Harvard offers a |
| 09:46 | 24 | number of different programs. |
| 09:46 | 25 | Q.    When you start your summary of your experience by |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

65

| | | |
|---|---|---|
| 09:47 | 1 | saying, "Senior executive trained at Harvard Business |
| 09:47 | 2 | School," do you think that people will assume that's a two- |
| 09:47 | 3 | to three-month program? |
| 09:47 | 4 | MR. QUINN:  Speculation, Your Honor. |
| 09:47 | 5 | THE COURT:  Overruled. |
| 09:47 | 6 | THE WITNESS:  I don't know what they assume.  No |
| 09:47 | 7 | one's ever -- it's never been an issue, and people even |
| 09:47 | 8 | asked, "Did you ever get a degree?"  I didn't get a degree. |
| 09:47 | 9 | BY MS. KELLER: |
| 09:47 | 10 | Q.   Now -- |
| 09:47 | 11 | A.   I got a certificate, as I stated. |
| 09:47 | 12 | Q.   Now, you were the senior vice president of Worldwide |
| 09:47 | 13 | Product Design and Development and Brand Image for the Girls |
| 09:47 | 14 | Division of Mattel when you left in 2004, right? |
| 09:47 | 15 | A.   Right. |
| 09:47 | 16 | Q.   And from the period of time, 1997 to 2004, the Barbie |
| 09:47 | 17 | brand had gone into a steep decline, right? |
| 09:47 | 18 | A.   I don't know if I would call it a steep decline.  I |
| 09:47 | 19 | think we were under -- girls were getting older sooner, and |
| 09:47 | 20 | so we had to create older girl brands to keep people -- |
| 09:48 | 21 | girls in the franchise longer.  So we were definitely -- |
| 09:48 | 22 | there was competition, and that was before I came that that |
| 09:48 | 23 | had already started in terms of the aging of girls.  So it |
| 09:48 | 24 | was a big task. |
| 09:48 | 25 | Q.   Let me try it again.  Revenue from Barbie during the |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

66

| 09:48 | 1 | time you were there went into a steep decline, right? |
| 09:48 | 2 | A.   I don't -- I mean, there was times when it was better, |
| 09:48 | 3 | worse.  I don't know if I would say a steep decline.  I |
| 09:48 | 4 | mean, it was definitely declining. |
| 09:48 | 5 | Q.   Well, as the head of all the girls division, you were a |
| 09:48 | 6 | senior executive, right? |
| 09:48 | 7 | A.   Correct. |
| 09:48 | 8 | Q.   And you were in on the things that the senior |
| 09:48 | 9 | executives were in on when it came to analyzing sales, |
| 09:48 | 10 | right? |
| 09:48 | 11 | A.   Right. |
| 09:48 | 12 | Q.   And I know you said a lot of things about Mattel, but |
| 09:48 | 13 | Mattel, basically, it's a toy company.  It's in the business |
| 09:48 | 14 | of making money, right? |
| 09:48 | 15 | A.   Absolutely. |
| 09:49 | 16 | Q.   Selling toys, correct? |
| 09:49 | 17 | A.   Correct. |
| 09:49 | 18 | Q.   And when you're trying all these wonderful, creative |
| 09:49 | 19 | ideas and they're not working, that doesn't make the company |
| 09:49 | 20 | hierarchy very happy, does it? |
| 09:49 | 21 | A.   It wouldn't if they all weren't working. |
| 09:49 | 22 | Q.   And you know that actually, while you were there, the |
| 09:49 | 23 | senior executives like you -- like you yourself, were |
| 09:49 | 24 | treated to some documents that were entitled "House on Fire" |
| 09:49 | 25 | about the steep decline of Barbie, right? |

| 09:49 | 1 | A.   I don't remember those words.  I remember that the |
| 09:49 | 2 | Barbie business needed to be turned around, and we needed to |
| 09:49 | 3 | talk to the older girls. |
| 09:49 | 4 | Q.   Do you remember the -- a memo going around saying that |
| 09:49 | 5 | there was a Barbie genocide going on by a competitor?  A |
| 09:49 | 6 | Barbie genocide? |
| 09:49 | 7 | A.   No, I don't remember that word.  I know that Bratz |
| 09:49 | 8 | definitely hurt us, because we were just starting to get |
| 09:49 | 9 | into the older-girl doll market, but I don't remember the |
| 09:49 | 10 | word "genocide" being used. |
| 09:50 | 11 | Q.   Well, don't you remember a memo that was entitled |
| 09:50 | 12 | "House on Fire" about how Barbie's house was in flames |
| 09:50 | 13 | because of this competitor? |
| 09:50 | 14 | A.   I remember that MGA did damage to our business.  I |
| 09:50 | 15 | don't remember, as I testified a few minutes ago, the |
| 09:50 | 16 | terminology "house on fire." |
| 09:50 | 17 | Q.   Don't you remember seeing a memo that had flames on it |
| 09:50 | 18 | and a person and a flame-thrower, where it says, "We have to |
| 09:50 | 19 | fight fire with fire"? |
| 09:50 | 20 | A.   No, I do not remember that particular image. |
| 09:50 | 21 | Q.   This was a crisis at Mattel while you were there, |
| 09:50 | 22 | wasn't it?  I mean, this wasn't, "Oh, it's a little decline |
| 09:50 | 23 | here, and maybe we might have gone up there."  There was a |
| 09:50 | 24 | major crisis going on at Mattel because of Bratz, wasn't |
| 09:50 | 25 | there? |

| | | |
|---|---|---|
| 09:50 | 1 | A.   I wouldn't call it a crisis.  I would call it we had a |
| 09:50 | 2 | very large competitor for the first time, that we never had |
| 09:50 | 3 | to deal with before. |
| 09:50 | 4 | Q.   When you say you wouldn't call it a crisis, you did |
| 09:50 | 5 | read some of the materials from Mr. Eckert, the CEO, who was |
| 09:50 | 6 | sitting here yesterday, who did call it a crisis, didn't |
| 09:50 | 7 | you? |
| 09:50 | 8 |            MR. QUINN:  Assumes facts. |
| 09:50 | 9 |            THE COURT:  I couldn't hear you, Counsel.  Restate |
| 09:50 | 10 | the question. |
| 09:51 | 11 | BY MS. KELLER: |
| 09:51 | 12 | Q.   You did know that Mr. Eckert, who was sitting here |
| 09:51 | 13 | yesterday, the CEO of Mattel -- while you were there too, |
| 09:51 | 14 | right? |
| 09:51 | 15 | A.   I wasn't here sitting in here yesterday. |
| 09:51 | 16 | Q.   No.  But he was the CEO while you were there as well, |
| 09:51 | 17 | right? |
| 09:51 | 18 | A.   Yes, uh-huh. |
| 09:51 | 19 | Q.   You know that he characterized the sales decline as a |
| 09:51 | 20 | crisis, right? |
| 09:51 | 21 | A.   No, I don't know that he used that word.  I did not |
| 09:51 | 22 | listen to his testimony. |
| 09:51 | 23 | Q.   And didn't you -- well, I'm not talking about his |
| 09:51 | 24 | testimony, but your memory of being there as a senior |
| 09:51 | 25 | executive.  And you knew that the Bain Company had been |

| | | |
|--|--|--|
| 09:51 | 1 | commissioned to come in and do a study and find why the heck |
| 09:51 | 2 | Barbie was in such a steep decline, correct? |
| 09:51 | 3 | A.   No, I don't remember the Bain Company.  I remember we |
| 09:51 | 4 | did have research.  There was for the first time in Barbie's |
| 09:51 | 5 | history a competitor that moved in and was taking a large |
| 09:51 | 6 | share of the Barbie business away by speaking to the older |
| 09:51 | 7 | girl.  So we were very much acting on the defense of how do |
| 09:51 | 8 | we get back that larger girl -- older girl, sorry -- market |
| 09:51 | 9 | share.  And there were a number -- |
| 09:51 | 10 | Q.   May I -- |
| 09:52 | 11 | A.   Can I finish? |
| 09:52 | 12 |           THE COURT:  No, I think you're using time.  The |
| 09:52 | 13 | question was:  Do you remember the Bain Company? |
| 09:52 | 14 |           THE WITNESS:  No, I don't remember Bain |
| 09:52 | 15 | specifically. |
| 09:52 | 16 |           THE COURT:  Okay. |
| 09:52 | 17 | BY MS. KELLER: |
| 09:52 | 18 | Q.   Do you remember researchers coming to you and telling |
| 09:52 | 19 | you that you needed to walk the floor and talk to your |
| 09:52 | 20 | designers and your creative people? |
| 09:52 | 21 | A.   I don't remember that specifically.  I remember there |
| 09:52 | 22 | were a variety of specific studies done.  I don't remember |
| 09:52 | 23 | exactly who did them, but there were different studies done. |
| 09:52 | 24 | Q.   And, in fact, by June 27, 2003, you were worried about |
| 09:52 | 25 | your job at Mattel, weren't you? |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 70 of 156   Page ID #:290000
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

70

| | | |
|---|---|---|
| 09:52 | 1 | A.    No, I don't remember ever being worried about my job. |
| 09:52 | 2 | Q.    Don't you recall receiving a letter from Alan Kaye, the |
| 09:52 | 3 | senior vice president of human resources, where Mr. Kaye |
| 09:52 | 4 | assured you that if you were voluntarily terminated other |
| 09:52 | 5 | than for cause, you would be provided with severance |
| 09:52 | 6 | payments equal to 18 months of your base salary? |
| 09:52 | 7 | A.    I don't remember -- or why he sent me that letter, but |
| 09:53 | 8 | I was never worried. |
| 09:53 | 9 | Q.    I'm asking, you remember that letter, don't you? |
| 09:53 | 10 | A.    No.  I'm telling you I don't remember that letter. |
| 09:53 | 11 | Q.    You didn't remember being told to keep that letter a |
| 09:53 | 12 | secret from other employees because it would be disruptive |
| 09:53 | 13 | if the information about this severance agreement were |
| 09:53 | 14 | communicated to others? |
| 09:53 | 15 | A.    No. |
| 09:53 | 16 | MR. QUINN:  Assumes facts not in evidence, |
| 09:53 | 17 | Your Honor. |
| 09:53 | 18 | THE COURT:  Overruled. |
| 09:53 | 19 | MS. KELLER:  And I will ask you to look at |
| 09:53 | 20 | Exhibit 34650. |
| 09:53 | 21 | THE WITNESS:  In which?  In what? |
| 09:53 | 22 | THE COURT:  Ms. Hurst. |
| 09:53 | 23 | MS. KELLER:  I believe, Your Honor, we have to |
| 09:53 | 24 | provide the witness with our own binder. |
| 09:53 | 25 | THE COURT:  I want somebody seated there from now |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

71

| | | |
|---|---|---|
| 09:53 | 1 | on.  I don't care who it is, Ms. Hurst or anybody else. |
| 09:53 | 2 | It's your time that's being used walking back and forth. |
| 09:53 | 3 | Time is valuable. |
| 09:53 | 4 | Remember, ladies and gentlemen, we have a running |
| 09:53 | 5 | time clock.  People can walk back and forth, spill water, do |
| 09:54 | 6 | whatever they want to, but that counts against the time. |
| 09:54 | 7 | THE WITNESS:  So which page? |
| 09:54 | 8 | BY MS. KELLER: |
| 09:54 | 9 | Q.   I'm looking at page 34650-6, the letter to you from |
| 09:54 | 10 | Alan Kaye, senior vice president of human resources. |
| 09:54 | 11 | A.   The one that starts out saying, "My contributions have |
| 09:54 | 12 | been extremely valuable"? |
| 09:54 | 13 | Q.   That's the one. |
| 09:54 | 14 | A.   Yeah.  I don't -- I honestly don't remember this. |
| 09:54 | 15 | Q.   You remember Alan Kaye, don't you? |
| 09:54 | 16 | A.   I remember Alan Kaye, yeah. |
| 09:54 | 17 | Q.   You recognize his signature? |
| 09:54 | 18 | A.   I don't recognize it, but it says Alan Kaye.  Yeah, I |
| 09:54 | 19 | believe it's his. |
| 09:54 | 20 | Q.   And Ivy Ross, senior vice president product and visual |
| 09:54 | 21 | design.  That would be you -- |
| 09:54 | 22 | THE COURT:  Reask the question.  Strike the |
| 09:54 | 23 | question.  Strike the answer.  Just reask it. |
| 09:54 | 24 | BY MS. KELLER: |
| 09:54 | 25 | Q.   You know who Alan Kaye is, right? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

72

| | | |
|---|---|---|
| 09:54 | 1 | A.    Yes. |
| 09:54 | 2 | Q.    Do you recognize his signature? |
| 09:54 | 3 | A.    Yes. |
| 09:54 | 4 | Q.    And this is addressed to you, Ivy Ross? |
| 09:55 | 5 | A.    Yes. |
| 09:55 | 6 | Q.    On Mattel stationary? |
| 09:55 | 7 | A.    Yes. |
| 09:55 | 8 | MS. KELLER:  Your Honor, I would offer the |
| 09:55 | 9 | exhibit. |
| 09:55 | 10 | THE COURT:  Received. |
| 09:55 | 11 | MR. QUINN:  No objection. |
| 09:55 | 12 | *(Exhibit No. 34650-6 received in evidence.)* |
| 09:55 | 13 | MS. KELLER:  And may we display it? |
| 09:55 | 14 | THE COURT:  You may.  Once I receive it, you can |
| 09:55 | 15 | automatically do that.  It saves time. |
| 09:55 | 16 | MS. KELLER:  Thank you. |
| 09:55 | 17 | *(Document displayed.)* |
| 09:55 | 18 | BY MS. KELLER: |
| 09:55 | 19 | Q.   Now, this letter says:  Dear Ivy, your contributions to |
| 09:55 | 20 | Mattel have been extremely valuable and will be crucial to |
| 09:55 | 21 | the future of our business.  In the event that your |
| 09:55 | 22 | employment with Mattel is involuntarily terminated for |
| 09:55 | 23 | reasons other than cause, you will be provided with |
| 09:55 | 24 | severance payments equal to 18 months of your base salary. |
| 09:55 | 25 | Receipt of the severance payments is contingent upon your |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

73

| | | |
|---|---|---|
| 09:55 | 1 | signing a general lease at the time of your termination. |
| 09:55 | 2 | In other words, agreeing you wouldn't sue Mattel? |
| 09:55 | 3 | A.   Yeah.  This is typical with every company. |
| 09:55 | 4 | Q.   "If you voluntarily terminate your employment with |
| 09:55 | 5 | Mattel, you will not be entitled to any portion." |
| 09:55 | 6 | And then this goes down, one paragraph from the bottom |
| 09:55 | 7 | it says:  "As I am sure you can appreciate, it would be |
| 09:56 | 8 | disruptive if information about this severance agreement |
| 09:56 | 9 | were communicated to others.  Accordingly, I trust that you |
| 09:56 | 10 | will not discuss this special arrangement with anyone either |
| 09:56 | 11 | inside or outside the company." |
| 09:56 | 12 | Now, at the time you were making, what, around |
| 09:56 | 13 | $400,000? |
| 09:56 | 14 | A.   Approximately, I don't remember the exact amount. |
| 09:56 | 15 | Q.   So this would -- this severance payment that was being |
| 09:56 | 16 | proposed here if Mattel just let you go, that would have |
| 09:56 | 17 | been worth about $600,000 to you, right? |
| 09:56 | 18 | A.   That's correct. |
| 09:56 | 19 | Q.   And when Mr. Kaye is asking you to keep this to |
| 09:56 | 20 | yourself and not communicate it to others because it would |
| 09:56 | 21 | be disruptive, he refers to this as a special arrangement? |
| 09:56 | 22 | A.   The case is in every company you don't share that |
| 09:56 | 23 | information. |
| 09:56 | 24 | Q.   He refers to this as a special arrangement.  Do you see |
| 09:56 | 25 | that? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

74

| | | |
|---|---|---|
| 09:56 | 1 | A.    I see it, yeah. |
| 09:56 | 2 | Q.    And therefore, it's not an arrangement that everybody |
| 09:57 | 3 | has, because it is special and it is being communicated to |
| 09:57 | 4 | you and you're being asked to keep it quiet. |
| 09:57 | 5 | So there were already some discussions between you and |
| 09:57 | 6 | Mattel at that point about whether you might be let go, |
| 09:57 | 7 | correct? |
| 09:57 | 8 | A.    No. |
| 09:57 | 9 | Q.    And this was around the time that the Barbie brands |
| 09:57 | 10 | sales were declining the most steeply, correct? |
| 09:57 | 11 | A.    I have no idea. |
| 09:57 | 12 | Q.    You didn't pay attention to the business aspects of the |
| 09:57 | 13 | job? |
| 09:57 | 14 | A.    You're asking if I remember whether 2003, specifically, |
| 09:57 | 15 | eight years ago, whether the Barbie brand was -- again, I |
| 09:57 | 16 | have to look at a graph.  Over the six years I was there, it |
| 09:57 | 17 | would go up and down, and there were times it would |
| 09:57 | 18 | fluctuate.  So, no, I don't know that this was at all |
| 09:57 | 19 | related to, nor do I remember -- I know for a fact there was |
| 09:57 | 20 | never any discussions of me being let go.  All I can surmise |
| 09:57 | 21 | is it was something they were doing for key executives. |
| 09:57 | 22 | Q.    So it was just out of the blue, that you get a letter |
| 09:58 | 23 | in the mail, no preamble, nothing -- no warning, telling |
| 09:58 | 24 | you, by the way, if we terminate you, we're going to give |
| 09:58 | 25 | you 18 months' severance and don't tell anybody about this. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 75 of 156   Page ID #:290005
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

75

| | | |
|---|---|---|
| 09:58 | 1 | Right?  It's just out of the blue as far as you know? |
| 09:58 | 2 | A.    No.  What I'm telling you is I don't remember the |
| 09:58 | 3 | circumstances under which this was presented.  What I can |
| 09:58 | 4 | surmise, because I know for a fact I was never under threat |
| 09:58 | 5 | of being let go -- what I can surmise happened is that they |
| 09:58 | 6 | were giving key executives, upping their severance so that |
| 09:58 | 7 | we wouldn't be nervous for some reason.  But that's all |
| 09:58 | 8 | conjecture.  I don't remember the circumstances under which |
| 09:58 | 9 | I received this. |
| 09:58 | 10 | MS. KELLER:  Then I would move to strike, |
| 09:58 | 11 | Your Honor, as conjecture. |
| 09:58 | 12 | THE COURT:  I'm not going to do that.  In other |
| 09:58 | 13 | words, I'll let the jury take those kinds of answers for |
| 09:58 | 14 | credibility purposes, bias, or nonresponsiveness.  But what |
| 09:58 | 15 | I'm not going to do is continually go back and then excise |
| 09:58 | 16 | out answers. |
| 09:59 | 17 | MS. KELLER:  I understand. |
| 09:59 | 18 | BY MS. KELLER: |
| 09:59 | 19 | Q.   When you say "because people were nervous," they were |
| 09:59 | 20 | nervous because at the same time there were some layoffs |
| 09:59 | 21 | going on, right? |
| 09:59 | 22 | A.   I don't know that.  I mean, I think we went through two |
| 09:59 | 23 | layoffs.  I don't remember the exact coincidences of dates, |
| 09:59 | 24 | whether this coincided with any of the layoffs.  I do know |
| 09:59 | 25 | during my tenure there I think there was maybe one or two |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

76

09:59   1   bouts of layoffs.  I also know that when Jill Barad

09:59   2   (phonetic) left the company there was -- a lot of the

09:59   3   executives were nervous, so this could have been in

09:59   4   conjunction with her leaving the company.  If they felt that

09:59   5   the valuable employees -- as it states, they wanted to make

09:59   6   sure that we felt like we were gonna be okay.

09:59   7            THE COURT:  Slow.  Just a little slower.  I need a

09:59   8   record.

09:59   9            THE WITNESS:  Oh, sorry.

09:59  10            THE COURT:  I've got a realtime screen up here,

09:59  11   and I can see your answers, and I can see that Debbie can't

09:59  12   get those answers if you're speaking too quickly.  Okay?

09:59  13            THE WITNESS:  Okay.  Sorry.

09:59  14   BY MS. KELLER:

09:59  15   Q.   So the nervousness wasn't because Barbie had been in

09:59  16   steady decline since 1997 and now the Bratz line was really

10:00  17   taking away market share at a rapid clip?  People weren't

10:00  18   nervous about that, right?

10:00  19   A.   As I testified, people were definitely -- I wouldn't

10:00  20   use the word nervous.  People were under pressure to try and

10:00  21   combat the fact that the Bratz line was taking market share

10:00  22   away from Barbie.  So that was something that was definitely

10:00  23   on their minds.  It was in our goals to try and stop that.

10:00  24   So we were all working hard, knowing that that was what we

10:00  25   were combating against as competition in the market.  But I

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

77

| | | |
|---|---|---|
| 10:00 | 1 | wouldn't say that that was -- you're always nervous about -- |
| 10:00 | 2 | you want to do the best job possible. |
| 10:00 | 3 | Q.   And these other products that you tried to get out |
| 10:00 | 4 | there to beat Bratz, they flopped, didn't they? |
| 10:00 | 5 | A.   No.  Because we didn't -- like Diva Starz was a |
| 10:00 | 6 | success, and that was not to beat Bratz.  That was to get |
| 10:00 | 7 | the older girl market share, which it did very well. |
| 10:00 | 8 | Q.   Let's talk about What's Her Face.  You said What's Her |
| 10:00 | 9 | Face, that doll was chosen instead of Teen Toons *(sic)*.  And |
| 10:01 | 10 | you don't really remember what the focus groups had to say, |
| 10:01 | 11 | but you chose that instead of Teen Toons. |
| 10:01 | 12 | ToonsThat was only on the market for a year, and it was |
| 10:01 | 13 | withdrawn because of poor sales, right?  One year? |
| 10:01 | 14 | A.   I don't remember why it was withdrawn.  I did not |
| 10:01 | 15 | chose, as I -- |
| 10:01 | 16 | Q.   My question is:  It was withdrawn, right? |
| 10:01 | 17 | MR. QUINN:  Your Honor, she's cutting off the |
| 10:01 | 18 | witness.  The witness is trying to answer questions. |
| 10:01 | 19 | THE COURT:  Overruled. |
| 10:01 | 20 | BY MS. KELLER: |
| 10:01 | 21 | Q.   Was it withdrawn? |
| 10:01 | 22 | A.   It did not stay on the market for five years.  I don't |
| 10:01 | 23 | remember how long it was on the market for.  It eventually |
| 10:01 | 24 | went off the market.  I don't remember how long it stayed on |
| 10:01 | 25 | the market for. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

78

| | | |
|---|---|---|
| 10:01 | 1 | Q.   But you were in charge of the girls division, trying to |
| 10:01 | 2 | save it from the genocide, right? |
| 10:01 | 3 | A.   No, it wasn't just me.  It was a team of hundreds of |
| 10:01 | 4 | people and a senior team of about eight people, and this was |
| 10:01 | 5 | eight years ago.  And what I don't remember is the exact |
| 10:01 | 6 | timing of every brand that we did and the exact |
| 10:01 | 7 | circumstances.  I absolutely remember the missions, the |
| 10:01 | 8 | processes, the procedures, but in terms of knowing, there |
| 10:02 | 9 | was hundreds of projects put out in the market. |
| 10:02 | 10 | Q.   Well, now knowing that you've had to testify all these |
| 10:02 | 11 | times, and knowing that you were the head honcho of the |
| 10:02 | 12 | girls division, did you not think to review the timing of |
| 10:02 | 13 | some of those things so that you could be specific with us? |
| 10:02 | 14 | A.   First of all, I was not the head honcho of the girls |
| 10:02 | 15 | division.  My boss, Adrienne Fontanella, was the head honcho |
| 10:02 | 16 | of the girls division.  I was responsible for the design and |
| 10:02 | 17 | product development of the girls division. |
| 10:02 | 18 | Q.   And brand image? |
| 10:02 | 19 | A.   Brand image was at the very end.  What that was, was |
| 10:02 | 20 | the licensing division.  I think just the last few months I |
| 10:02 | 21 | was there they restructured, and that was related to the |
| 10:02 | 22 | licensing division.  It was just the last -- |
| 10:02 | 23 | Q.   Okay.  I'm looking at your resume on Linked In, which |
| 10:02 | 24 | says, "Senior vice president of worldwide product design and |
| 10:02 | 25 | development and brand image for the girls division of |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 79 of 156   Page ID #:290009
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

79

| | | |
|---|---|---|
| 10:02 | 1 | Mattel, 1998 to 2004." |
| 10:02 | 2 | A.   So that encapsulated everything, meaning on my actual |
| 10:03 | 3 | resume, the 12 pages, it shows at what point I had gotten |
| 10:03 | 4 | promoted. |
| 10:03 | 5 | Q.   And you don't break that down anywhere on Linked In, |
| 10:03 | 6 | which is -- |
| 10:03 | 7 | A.   No.  Linked In, I don't even have my full resumé. |
| 10:03 | 8 |           THE COURT:  Just a moment.  Just a moment.  We're |
| 10:03 | 9 | going to strike the answer.  Strike the question.  We'll |
| 10:03 | 10 | take that off of MGA's time.  We'll strike that off of |
| 10:03 | 11 | Mattel's time. |
| 10:03 | 12 |           I want you to listen to the question.  I don't |
| 10:03 | 13 | want you to speak over counsel, and, Counsel, you're not to |
| 10:03 | 14 | speak over her. |
| 10:03 | 15 |           Let's do that again. |
| 10:03 | 16 | BY MS. KELLER: |
| 10:03 | 17 | Q.   On your Linked In profile, you don't break it down, |
| 10:03 | 18 | correct? |
| 10:03 | 19 | A.   Correct. |
| 10:03 | 20 | Q.   You just say that for those six years you were senior |
| 10:03 | 21 | vice president of worldwide product design and development |
| 10:03 | 22 | and brand image for the girls division of Mattel? |
| 10:04 | 23 | A.   Correct.  My Linked In information is incomplete and |
| 10:04 | 24 | it's just the summary pieces. |
| 10:04 | 25 | Q.   And -- but you -- whatever the exact responsibilities |

| | | |
|---|---|---|
| 10:04 | 1 | were, I mean, as a senior executive at Mattel, in any sense, |
| 10:04 | 2 | in the positions you were in, you knew that there was a |
| 10:04 | 3 | sales crisis.  You knew Barbie sales were declining.  Just |
| 10:04 | 4 | that simple fact is true, right?  Starting in 1997? |
| 10:04 | 5 | A.   Barbie sales were in trouble.  We were under fire from |
| 10:04 | 6 | MGA, the introduction of Bratz in our older girl market. |
| 10:04 | 7 | And girls were getting older younger, so Barbie needed some |
| 10:04 | 8 | help to get back into the older girl market.  So, yes, we |
| 10:04 | 9 | were in a declining market. |
| 10:04 | 10 | Q.   Three years before the introduction of Bratz, Barbie |
| 10:04 | 11 | began going into a decline, in 1997, correct? |
| 10:04 | 12 | A.   I don't remember.  I got there in '98, and all I can |
| 10:04 | 13 | tell you is that one of the reasons I was hired was to make |
| 10:04 | 14 | Barbie a modern woman, because they were -- |
| 10:05 | 15 | Q.   That's not my question. |
| 10:05 | 16 | A.   Okay. |
| 10:05 | 17 | Q.   So you got there in '98? |
| 10:05 | 18 | A.   Uh-huh. |
| 10:05 | 19 | Q.   So in '98 and '99, before Bratz came out, Barbie sales |
| 10:05 | 20 | were declining.  True? |
| 10:05 | 21 | A.   Barbie sales were declining throughout the time that I |
| 10:05 | 22 | was there with little blips on the radar screen.  I don't |
| 10:05 | 23 | remember the exact date but, yes, they were declining. |
| 10:05 | 24 | Q.   And Toon Teens, you said -- Toon Teens was something |
| 10:05 | 25 | that you thought was just a great idea, and you ultimately |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

81

| | | |
|---|---|---|
| 10:05 | 1 | presented it to these girls and focus groups, right? |
| 10:05 | 2 | A.   No, I did not present it in focus groups.  We have |
| 10:05 | 3 | someone that leads the focus group.  What I said is that |
| 10:05 | 4 | myself and the people under me, of the 25 brand ideas that |
| 10:05 | 5 | were presented, we picked five or six, I think, for various |
| 10:05 | 6 | reasons that we thought were interesting to put in front of |
| 10:05 | 7 | girls, that we thought had merit, and so those -- and then |
| 10:05 | 8 | the head of research came in and validated which ones she |
| 10:05 | 9 | thought would be interesting to put in front of girls. |
| 10:05 | 10 | Q.   Okay.  You know, to avoid the long answers, focus |
| 10:06 | 11 | group, there was a focus group, right? |
| 10:06 | 12 | A.   Yes. |
| 10:06 | 13 | Q.   And the focus group was comprised of girls in the |
| 10:06 | 14 | relevant age range, right? |
| 10:06 | 15 | A.   It was, I think, two different age groups. |
| 10:06 | 16 | Q.   And the idea was to find out, if the girls saw these |
| 10:06 | 17 | dolls, did they like them, right? |
| 10:06 | 18 | A.   What did they like about them, what did they not like |
| 10:06 | 19 | about them, what ages liked them or didn't like them, yes. |
| 10:06 | 20 | Q.   And the goal of showing girls these dolls in these |
| 10:06 | 21 | focus groups was to sell dolls.  That's the goal.  Get the |
| 10:06 | 22 | information that will help us sell dolls to girls, right? |
| 10:06 | 23 | A.   Yeah.  The goal was to find out which of these doll |
| 10:06 | 24 | lines, if any, would be the right complement to our |
| 10:06 | 25 | portfolio to help sales. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

82

| 10:06 | 1 | Q.   Yeah.  When you strip it all away, to sell dolls? |
| 10:06 | 2 | A.   Yeah, absolutely. |
| 10:06 | 3 | Q.   Okay. |
| 10:06 | 4 | A.   At the end of the day, we sell dolls. |
| 10:06 | 5 | Q.   There you go. |
| 10:06 | 6 | THE COURT:  You're speaking over the top of each |
| 10:06 | 7 | other.  I'm going to strike the answer, and I'm going to |
| 10:06 | 8 | strike the question. |
| 10:06 | 9 | BY MS. KELLER: |
| 10:06 | 10 | Q.   Okay.  So you put the Toon Teens in front of these |
| 10:06 | 11 | focus groups, and you don't know why or what the results |
| 10:07 | 12 | were.  You just know that after they went to the focus |
| 10:07 | 13 | group, Toon Teen got shelfed, true? |
| 10:07 | 14 | A.   Yes.  I did not go to the focus group.  There must have |
| 10:07 | 15 | been a report that came out, but I don't remember the exact |
| 10:07 | 16 | reasons. |
| 10:07 | 17 | Q.   You know that Toon Teens was shelfed at that point, |
| 10:07 | 18 | true? |
| 10:07 | 19 | A.   Shelfed?  Clearly Toon Teens did not -- was not the |
| 10:07 | 20 | winning brand at that time selected. |
| 10:07 | 21 | Q.   Toon Teens was shelfed at that point.  It was shelfed, |
| 10:07 | 22 | correct? |
| 10:07 | 23 | A.   What does "shelfed" mean? |
| 10:07 | 24 | Q.   It was put aside. |
| 10:07 | 25 | A.   Yes, it was put aside. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

83

| | | |
|---|---|---|
| 10:07 | 1 | Q.   And you said, well, it could be, you know, we have so |
| 10:07 | 2 | many wonderful brands that we might stagger it when we bring |
| 10:07 | 3 | them out and, you know, this could be -- it just might not |
| 10:07 | 4 | be the right time for Toon Teens.  In other words, implying |
| 10:07 | 5 | that Toon Teens could still be a great product, true? |
| 10:07 | 6 | A.   I was just explaining to you that -- not Toon Teens |
| 10:07 | 7 | specifically -- let me finish.  But that the reason why |
| 10:07 | 8 | certain brands did not get chosen in these various focus |
| 10:07 | 9 | groups could be for any number of reasons. |
| 10:07 | 10 | I do not remember the specific reasons around the Toon |
| 10:08 | 11 | Teens' situation other than it didn't get chosen. |
| 10:08 | 12 | Q.   Right.  So it wasn't knocking these little girls' socks |
| 10:08 | 13 | off, or it would have been chosen? |
| 10:08 | 14 | I mean, if these little girls said, "I love this doll, |
| 10:08 | 15 | I want to play with this doll, I want to buy this, I want my |
| 10:08 | 16 | mommy to get me this doll," that's what a focus group |
| 10:08 | 17 | product -- a focus group product that was received that way, |
| 10:08 | 18 | would have a very high chance of -- |
| 10:08 | 19 | THE COURT:  Strike the question.  Reask the |
| 10:08 | 20 | question.  We'll strike the question, Counsel. |
| 10:08 | 21 | BY MS. KELLER: |
| 10:08 | 22 | Q.   If you had had an ultra positive response from the |
| 10:08 | 23 | girls in the focus groups, then that would have been a |
| 10:08 | 24 | product that you thought might have sold, right? |
| 10:08 | 25 | A.   If we had -- as long something else didn't have a more |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

84

| 10:08 | 1 | ultra positive.  Because sometimes we go into focus groups |
| 10:08 | 2 | and there's three out of the five brands that girl like for |
| 10:08 | 3 | various reasons, and then what it comes down to is looking |
| 10:08 | 4 | at what age liked it better, because sometimes there is a |
| 10:08 | 5 | positive response with more than one brand.  So it's a |
| 10:08 | 6 | hierarchy of which ones fill our need at the time.  I don't |
| 10:09 | 7 | remember the circumstances under Toon Teens, other than |
| 10:09 | 8 | What's Her Face won out. |
| 10:09 | 9 | Q.   If something gets a great response in a focus group, |
| 10:09 | 10 | it's likely to be made and sold, right?  Yes or no? |
| 10:09 | 11 | A.   It's more likely to be a contender, yes. |
| 10:09 | 12 | Q.   Now, Toon Teens, when we talk about this staggered -- |
| 10:09 | 13 | you know, it might have come out the next year or the next |
| 10:09 | 14 | year -- it's been 11 years and Toon Teens has not been |
| 10:09 | 15 | produced, right? |
| 10:09 | 16 | A.   Right. |
| 10:09 | 17 | Q.   And so now I -- you know, not talking in business |
| 10:09 | 18 | lingo, but just in everyday speech, a person would assume |
| 10:09 | 19 | Toon Teens was a flop, right? |
| 10:09 | 20 | A.   I wouldn't call it a flop.  I would call it there was |
| 10:09 | 21 | never a need for that brand to be in the marketplace.  For |
| 10:09 | 22 | whatever reason, it was deemed -- again, every single time |
| 10:09 | 23 | it's always put up against other brands.  And the |
| 10:09 | 24 | marketplace changes constantly, so that's why we have to |
| 10:09 | 25 | test a lot of different things in a lot of different control |

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

85

| | | |
|---|---|---|
| 10:10 | 1 | groups. |
| 10:10 | 2 | Q.   Okay.  Let's talk about Mr. Bryant.  You said he was -- |
| 10:10 | 3 | you just gave him tremendous reviews.  He was a great |
| 10:10 | 4 | designer.  He was very valuable to you, right? |
| 10:10 | 5 | A.   Yes. |
| 10:10 | 6 | Q.   Now, he was just in this -- he had the same category |
| 10:10 | 7 | and the same pay as all the other doll designers, right? |
| 10:10 | 8 | A.   No, not necessarily.  Every -- not necessarily. |
| 10:10 | 9 | Q.   Well, he wasn't being paid what you were being paid, |
| 10:10 | 10 | right? |
| 10:10 | 11 | A.   I don't think so. |
| 10:10 | 12 | Q.   Well, he was being paid, what?  Around 58,000 a year? |
| 10:10 | 13 | A.   I have no idea.  It depends on -- it's commensury (sic) |
| 10:10 | 14 | with their experience. |
| 10:10 | 15 | Q.   You were his boss, though, right? |
| 10:10 | 16 | A.   No.  As I explained, there were two layers between |
| 10:10 | 17 | myself and he.  So I was not -- there were two other people |
| 10:10 | 18 | that was his boss before me. |
| 10:10 | 19 | Q.   But in your forming your opinion of how incredibly |
| 10:10 | 20 | valuable he was to Mattel and what a fabulous designer he |
| 10:10 | 21 | was, did you think maybe to go back and review and see how |
| 10:10 | 22 | much Mattel was paying this brilliant, valuable guy? |
| 10:11 | 23 | A.   No.  Because there were a lot of great designers.  And |
| 10:11 | 24 | had he said to me the reason he was leaving was because of |
| 10:11 | 25 | his pay, I would have gone back and looked at that.  But |

| | | |
|---|---|---|
| 10:11 | 1 | that was not the reason he was leaving.  Otherwise, I would |
| 10:11 | 2 | have been happy to look at that.  I've done that before -- |
| 10:11 | 3 | THE COURT:  Slower, slower.  Just a little slower. |
| 10:11 | 4 | I want a record. |
| 10:11 | 5 | THE WITNESS:  Sorry. |
| 10:11 | 6 | THE COURT:  Thank you. |
| 10:11 | 7 | BY MS. KELLER: |
| 10:11 | 8 | Q.  And the other team members -- |
| 10:11 | 9 | THE COURT:  Just a moment.  Excuse me.  Slow down. |
| 10:11 | 10 | Finish your answer. |
| 10:11 | 11 | THE WITNESS:  Yeah.  So one of the reasons I went |
| 10:11 | 12 | to see him was to find out why he was leaving, and had he |
| 10:11 | 13 | told me that it was a pay issue, those are times when I, the |
| 10:11 | 14 | boss's boss's boss, gets involved in looking at it and |
| 10:11 | 15 | saying, you know, we can afford to pay him more. |
| 10:11 | 16 | THE COURT:  Okay. |
| 10:11 | 17 | THE WITNESS:  But the salary the designer makes |
| 10:11 | 18 | has to do with their previous jobs and what they were making |
| 10:11 | 19 | before and what HR deems is the right next salary band. |
| 10:11 | 20 | BY MS. KELLER: |
| 10:11 | 21 | Q.  He was making a typical designer's salary, a few |
| 10:11 | 22 | thousand dollars plus or minus; isn't that true? |
| 10:11 | 23 | A.  I don't know.  I don't remember his exact salary. |
| 10:12 | 24 | Q.  And no designers there were making what you made, |
| 10:12 | 25 | right? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

87

| | | |
|---|---|---|
| 10:12 | 1 | A.    Absolutely not. |
| 10:12 | 2 | Q.    Now, the seamstresses, you described them as being |
| 10:12 | 3 | incredibly talented and creative and everything, and they |
| 10:12 | 4 | were making, what, about 35 grand a year? |
| 10:12 | 5 | A.    I didn't specify anyone being incredibly -- what I was |
| 10:12 | 6 | talking about is all the various people that made up the |
| 10:12 | 7 | design of a doll. |
| 10:12 | 8 | THE COURT:  Excuse me.  The question was the |
| 10:12 | 9 | seamstresses and what they were making.  Answer the |
| 10:12 | 10 | question. |
| 10:12 | 11 | THE WITNESS:  I have no idea what they were |
| 10:12 | 12 | making. |
| 10:12 | 13 | THE COURT:  Okay.  Thank you.  Next question. |
| 10:12 | 14 | BY MS. KELLER: |
| 10:12 | 15 | Q.    Now I want to talk to you a little bit about the doll |
| 10:12 | 16 | process that you discussed.  You said after somebody |
| 10:12 | 17 | sketches a doll, you need someone to sculpt it if it's not a |
| 10:12 | 18 | soft-body doll; is that true? |
| 10:12 | 19 | A.    What I said is that after someone either sketches -- |
| 10:12 | 20 | the first process would be either a sketch or a 3D mockup. |
| 10:12 | 21 | Sometimes designers would kludge together an old doll or a |
| 10:12 | 22 | previous doll and make a pasted mockup out of 3D, so it's |
| 10:12 | 23 | whatever expresses their idea.  Sometimes it was a drawing. |
| 10:13 | 24 | Sometimes it was a 3D model. |
| 10:13 | 25 | Q.    And Bryant was not a sculptor, was he? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

88

| | | |
|---|---|---|
| 10:13 | 1 | A.    No, he was not. |
| 10:13 | 2 | Q.    In fact, none of the Mattel designers did their own |
| 10:13 | 3 | sculpting, correct? |
| 10:13 | 4 | A.    That's not true.  One woman did, which was very, very |
| 10:13 | 5 | unusual.  But most of them did not.  I mean, there may have |
| 10:13 | 6 | been one, an older woman, that would, um -- I wouldn't call |
| 10:13 | 7 | her a sculptor.  I would call her -- she worked -- she |
| 10:13 | 8 | played in clay sometimes. |
| 10:13 | 9 | Q.    Did you previously testify that none of the Mattel |
| 10:13 | 10 | designers did their own sculpting? |
| 10:13 | 11 | A.    That sounds likely.  I mean, I don't remember.  I'd |
| 10:13 | 12 | have to look it up, but that is true. |
| 10:13 | 13 | Q.    Okay.  And you don't remember Carter Bryant at any time |
| 10:13 | 14 | he was employed by Mattel ever being a sculptor, correct? |
| 10:13 | 15 | A.    Correct. |
| 10:13 | 16 | Q.    Now, Margaret Leahy, on the other hand, she was a |
| 10:13 | 17 | sculptress at Mattel at some point, right? |
| 10:13 | 18 | A.    Yes, correct. |
| 10:13 | 19 | Q.    And she was the one you said actually worked for you at |
| 10:13 | 20 | the Disney Store as well? |
| 10:13 | 21 | A.    She worked for David Harrison, and David Harrison |
| 10:13 | 22 | worked for me. |
| 10:14 | 23 | Q.    She had a good reputation at Mattel as a sculptress? |
| 10:14 | 24 | A.    Yes. |
| 10:14 | 25 | Q.    Thought she was an honest person as well? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

89

| 10:14 | 1 | A.   No reason to believe she wasn't. |
| 10:14 | 2 | Q.   Well, but specifically -- and I'm referring to your |
| 10:14 | 3 | previous testimony -- you thought she was honest? |
| 10:14 | 4 | A.   Yes.  I had no reason to believe she wasn't, yeah. |
| 10:14 | 5 | Q.   That's not the question. |
| 10:14 | 6 |      And when you were at Mattel, Ms. Leahy decided to |
| 10:14 | 7 | leave, right? |
| 10:14 | 8 | A.   Yes. |
| 10:14 | 9 | Q.   And she wanted to do freelance work? |
| 10:14 | 10 | A.   Yes, I think I -- I think I remember that was the case. |
| 10:14 | 11 | She was having a child, or there was something around the |
| 10:14 | 12 | child. |
| 10:14 | 13 | Q.   When a Mattel employee leaves Mattel to do freelance |
| 10:14 | 14 | work, Mattel has a policy that the employee can't work for |
| 10:14 | 15 | Mattel for the next six months, right? |
| 10:14 | 16 | A.   Correct.  That's the policy. |
| 10:14 | 17 | Q.   And the reason is because sometimes an employee can |
| 10:15 | 18 | make more money being an independent contractor than being |
| 10:15 | 19 | an employee at Mattel, true? |
| 10:15 | 20 | A.   True. |
| 10:15 | 21 | Q.   Because you can charge by the piece versus a salary, |
| 10:15 | 22 | true? |
| 10:15 | 23 | A.   True. |
| 10:15 | 24 | Q.   So Mattel -- you -- executives at Mattel wanted to |
| 10:15 | 25 | discourage people, like, feeling they could go out on their |

| | | |
|---|---|---|
| 10:15 | 1 | own and be independent and then maybe come back later and |
| 10:15 | 2 | have Mattel be their primary client, true? |
| 10:15 | 3 | A.   True. |
| 10:15 | 4 | Q.   And it would also be true, though, that after you leave |
| 10:15 | 5 | Mattel, you're free to work for anybody you choose? |
| 10:15 | 6 | A.   True. |
| 10:15 | 7 | Q.   And after Margaret Leahy left Mattel, she was free to |
| 10:15 | 8 | do freelance work even for competitors of Mattel? |
| 10:15 | 9 | A.   True. |
| 10:15 | 10 | Q.   Even for MGA? |
| 10:15 | 11 | A.   Yeah.  You can't prevent someone from earning a living. |
| 10:15 | 12 | Q.   In fact, Margaret Leahy is married to someone who still |
| 10:15 | 13 | works at Mattel, right? |
| 10:15 | 14 | A.   Yes. |
| 10:15 | 15 | Q.   Now, let's talk about the name "Brats" for a minute. |
| 10:15 | 16 | You first heard the name "Brats" when you were developing |
| 10:15 | 17 | the Diva Starz product line, right? |
| 10:16 | 18 | A.   I mean, I've heard the name "Brats" before, but in this |
| 10:16 | 19 | context, as a potential toy name, yeah, that's the first |
| 10:16 | 20 | time I remember hearing it. |
| 10:16 | 21 | Q.   Okay.  I mean, I remember hearing it in second grade |
| 10:16 | 22 | too.  Applied to me.  But I'm talking about -- |
| 10:16 | 23 | THE COURT:  Strike the comment.  I'll strike the |
| 10:16 | 24 | comment.  That's not a question. |
| | 25 | |

| | | |
|---|---|---|
| 10:16 | 1 | BY MS. KELLER: |
| 10:16 | 2 | Q.   I'm talking about in the context of these dolls. |
| 10:16 | 3 | A.   Yes, correct. |
| 10:16 | 4 | Q.   Okay.  And you told us a little bit about Diva Starz, |
| 10:16 | 5 | and you told us about brainstorming for these dolls.  And |
| 10:16 | 6 | Brats was one of the names that you said was on the table, |
| 10:16 | 7 | right? |
| 10:16 | 8 | A.   Correct. |
| 10:16 | 9 | Q.   And the name was being considered in 1999? |
| 10:16 | 10 | A.   I don't know at what part in the process.  Usually, the |
| 10:16 | 11 | name comes toward the end of the doll development process. |
| 10:16 | 12 | I remember we started the process in 1999, and as I stated |
| 10:16 | 13 | before, it was a lengthy development process, so I don't |
| 10:16 | 14 | know the exact -- it may have been 2000 when the names were |
| 10:16 | 15 | being considered.  It was some point along the process. |
| 10:16 | 16 | Q.   And you needed to come up with the name for a doll |
| 10:16 | 17 | quickly, because you needed it in time for packaging and all |
| 10:17 | 18 | the printed materials, true?  Correct? |
| 10:17 | 19 | A.   Yes.  That's the first point at which a name gets used |
| 10:17 | 20 | in that -- that's what drives the schedule. |
| 10:17 | 21 | Q.   Okay.  You needed to come up with a name for the doll |
| 10:17 | 22 | quickly, right? |
| 10:17 | 23 | A.   I don't remember if it was quickly.  I remember we |
| 10:17 | 24 | needed to come up with a name for the doll in order to be on |
| 10:17 | 25 | the packaging. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

92

| | | |
|---|---|---|
| 10:17 | 1 | Q.   It takes a long time for legal to clear names in every |
| 10:17 | 2 | single country, doesn't it? |
| 10:17 | 3 | A.   Yes. |
| 10:17 | 4 | Q.   And you know that when they say "clear the name," what |
| 10:17 | 5 | that means when legal clears a name, you understand that to |
| 10:17 | 6 | mean that the name is available to be used, not somebody -- |
| 10:17 | 7 | somebody else doesn't own it, right? |
| 10:17 | 8 | A.   In certain categories, yes.  We had to tell them what |
| 10:17 | 9 | categories we thought the name would be used, and then |
| 10:17 | 10 | there's a kind of an initial clearance process.  And then I |
| 10:18 | 11 | think there's a longer process, but there's like a first |
| 10:18 | 12 | pass. |
| 10:18 | 13 | Q.   And you'd brainstorm a lot of names because some of |
| 10:18 | 14 | them might not clear legal, right? |
| 10:18 | 15 | A.   We would often -- in some cases, depending on how much |
| 10:18 | 16 | time we would have.  If we had more time, we would just put |
| 10:18 | 17 | through our favorite names.  In other cases, we would |
| 10:18 | 18 | brainstorm many names to have more options. |
| 10:18 | 19 |      So each situation was different. |
| 10:18 | 20 |         THE COURT:  Counsel, tell me when a convenient |
| 10:18 | 21 | time for a recess is.  You choose, but at some point, I will |
| 10:18 | 22 | want the jury to have a morning recess. |
| 10:18 | 23 |         MS. KELLER:  This would be fine, Your Honor. |
| 10:18 | 24 |         THE COURT:  Are you sure? |
| 10:18 | 25 |         MS. KELLER:  I am. |

| | | |
|---|---|---|
| 10:18 | 1 | THE COURT:  I don't want to interrupt the flow. |
| 10:18 | 2 | All right.  Well, then, ladies and gentlemen, do |
| 10:18 | 3 | you want to take 20 minutes?  Can we resume at 20 minutes to |
| 10:18 | 4 | the hour?  Do you want longer?  Do you want half an hour? |
| 10:18 | 5 | Then 20 minutes. |
| 10:18 | 6 | You're admonished not to discuss this matter, nor |
| 10:18 | 7 | form or express any opinion concerning the case.  Have a |
| 10:18 | 8 | nice recess. |
| 10:19 | 9 | *(Recess held at 10:19 a.m.)* |
| 10:43 | 10 | *(Proceedings resumed at 10:43 a.m.)* |
| 10:43 | 11 | *(In the presence of the jury.)* |
| 10:43 | 12 | THE COURT:  We're back on the record.  All counsel |
| 10:43 | 13 | are present.  The parties are present. |
| 10:44 | 14 | Counsel, if you'd continue with your |
| 10:44 | 15 | cross-examination of Ivy Ross. |
| 10:44 | 16 | MS. KELLER:  Thank you, Your Honor. |
| 10:44 | 17 | BY MS. KELLER: |
| 10:44 | 18 | Q.   Ms. Ross, if I could follow up on one thing.  You said |
| 10:44 | 19 | there was such incredible creativity at Mattel that you |
| 10:44 | 20 | often generated three times the amount of product that was |
| 10:44 | 21 | actually needed, true? |
| 10:44 | 22 | A.   Sometimes we did, yeah. |
| 10:44 | 23 | Q.   And yet 20 percent of the product that you used was by |
| 10:44 | 24 | outside inventors who were not at Mattel. |
| 10:44 | 25 | A.   Yeah.  That's part of the three times. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

94

| | | |
|---|---|---|
| 10:44 | 1 | Q.   Oh, okay.  So when you say you generated three times, |
| 10:44 | 2 | you're including outside independent contractors? |
| 10:44 | 3 | A.   Yeah.  When I reference that we often had three times |
| 10:44 | 4 | the amount of products we needed to choose from, that |
| 10:44 | 5 | included outside inventions, inside inventions, all of our |
| 10:44 | 6 | resources. |
| 10:44 | 7 | Q.   Now, let's turn a bit to Toon Teens.  You said that |
| 10:44 | 8 | Toon Teens were actually designed from a decal that Lily |
| 10:44 | 9 | Martinez had produced on Cool Skating Barbie -- |
| 10:45 | 10 | A.   They were inspired -- |
| 10:45 | 11 | Q.   -- is that right? |
| 10:45 | 12 | A.   -- inspired by, yes. |
| 10:45 | 13 | Q.   Inspired by the decal on Cool Skating Barbie. |
| 10:45 | 14 | And if we could take a look at Cool Skating Barbie. |
| 10:45 | 15 | Let's look at Cool Skating Teresa, 258-A. |
| 10:45 | 16 | MS. KELLER:  Which is already in evidence, |
| 10:45 | 17 | Your Honor.  If we could have that projected. |
| 10:45 | 18 | And is it possible to blowup that little decal on |
| 10:45 | 19 | the shirt?  And can we blow it up anymore? |
| 10:45 | 20 | (Document displayed.) |
| 10:45 | 21 | BY MS. KELLER: |
| 10:45 | 22 | Q.   And is that -- that's the decal that you're talking |
| 10:45 | 23 | about? |
| 10:45 | 24 | A.   Correct. |
| 10:45 | 25 | Q.   And that inspired -- that inspired the attempt to make |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

95

| | | |
|---|---|---|
| 10:45 | 1 | these into a doll, right? |
| 10:45 | 2 | A.    Yes. |
| 10:45 | 3 | Q.    Now, the doll that that inspired was supposed to be -- |
| 10:45 | 4 | was that the blue hair doll? |
| 10:46 | 5 | MS. KELLER:  Can we see 488-C-1, the blue-haired |
| 10:46 | 6 | Toon Teens? |
| 10:46 | 7 | *(Doll displayed.)* |
| 10:46 | 8 | BY MS. KELLER: |
| 10:46 | 9 | Q.    And that's -- that's the actual doll? |
| 10:46 | 10 | A.    Yeah, I don't know if this is the one that -- we didn't |
| 10:46 | 11 | have a direct correlation of this one inspired that, that |
| 10:46 | 12 | one inspired this.  It was the -- Lily's drawing style of |
| 10:46 | 13 | this of these decals is what we thought -- Debbie Meyers |
| 10:46 | 14 | thought, and that she and Lily spoke about, would be a great |
| 10:46 | 15 | inspiration for a doll line.  But it wasn't specific like |
| 10:46 | 16 | this doll, it was meant to be this and that.  There's no |
| 10:46 | 17 | direct correlation of doll to doll.  It's "These drawings |
| 10:46 | 18 | and the style of the drawings would be a great doll line." |
| 10:46 | 19 | MS. KELLER:  Okay.  Let's see 257-A, Cool Skating |
| 10:46 | 20 | Barbie.  Let's do the same thing with the decal on Cool |
| 10:46 | 21 | Skating Barbie.  Blow that up. |
| 10:47 | 22 | *(Document displayed.)* |
| 10:47 | 23 | BY MS. KELLER: |
| 10:47 | 24 | Q.    That's another one of these decals that you were |
| 10:47 | 25 | talking about that Lily Martinez designed for Cool Skating |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:47 | 1 | Barbie? |
| 10:47 | 2 | A.   Correct. |
| 10:47 | 3 | MS. KELLER:  And let's see 259-A, Cool Skating |
| 10:47 | 4 | Christie.  Let's take a look at the decal on Christie's |
| 10:47 | 5 | chest. |
| 10:47 | 6 | *(Document displayed.)* |
| 10:47 | 7 | BY MS. KELLER: |
| 10:47 | 8 | Q.   And then, from those, Lily Martinez was asked to make |
| 10:47 | 9 | some drawings, right? -- drawings that could be turned into |
| 10:47 | 10 | a doll? |
| 10:47 | 11 | A.   From these -- her boss suggested that she's had such |
| 10:47 | 12 | great style and attitude that maybe they could be a doll |
| 10:47 | 13 | line. |
| 10:47 | 14 | Q.   Okay.  And, by the way, those dolls -- those Cool |
| 10:47 | 15 | Skating dolls with the decal on the chest, those were |
| 10:48 | 16 | released in 1999, right? |
| 10:48 | 17 | A.   I think so.  I don't remember the exact date, but that |
| 10:48 | 18 | feels about right. |
| 10:48 | 19 | Q.   If you want to take a look at the box. |
| 10:48 | 20 | A.   Okay.  Yes. |
| 10:48 | 21 | Q.   1999, right? |
| 10:48 | 22 | A.   Uh-huh. |
| 10:48 | 23 | Q.   So as of 1999, then, those decals of those hip, kind of |
| 10:48 | 24 | oversized head, little larger feet dolls, those were no |
| 10:48 | 25 | longer a trade secret 'cause you could go out to Toys R Us |

| | | |
|---|---|---|
| 10:48 | 1 | and buy those dolls, right? |
| 10:48 | 2 | A.   You couldn't buy the dolls.  They're an illustration on |
| 10:48 | 3 | the chest of Barbie's T-shirt.  They were not dolls.  It was |
| 10:48 | 4 | a drawing. |
| 10:48 | 5 | Q.   Here's what I'm asking:  1999, I want to go to Toys R |
| 10:48 | 6 | Us or Wal-Mart and buy a Cool Skating Barbie. |
| 10:48 | 7 | I could do it, right? |
| 10:48 | 8 | A.   Absolutely. |
| 10:48 | 9 | Q.   And when I bought the Cool Skating Barbie doll, on that |
| 10:48 | 10 | doll's chest would be that little decal, correct? |
| 10:48 | 11 | A.   Correct. |
| 10:48 | 12 | Q.   Okay.  So what I'm asking is -- and I realize it's |
| 10:49 | 13 | limited to the decal -- but as to that decal with those |
| 10:49 | 14 | funky looking -- you know, big head, big feet characters -- |
| 10:49 | 15 | as of 1999, they were no longer any kind of trade secret |
| 10:49 | 16 | 'cause I could go to Wal-Mart and buy one, right? |
| 10:49 | 17 | A.   Correct. |
| 10:49 | 18 | Q.   Okay.  That's all I wanted to know. |
| 10:49 | 19 | Now -- so Lily Martinez is told to -- "Those are really |
| 10:49 | 20 | cute.  Let's see if we can make a doll out of that."  And |
| 10:49 | 21 | she does some drawings preliminarily, right? |
| 10:49 | 22 | A.   Yes. |
| 10:49 | 23 | MS. KELLER:  Now, if we could have Exhibit 48-A. |
| 10:49 | 24 | And, Your Honor, if we could put that on the ELMO? |
| 10:49 | 25 | THE COURT:  48-A? |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 98 of 156   Page ID
#:290028
CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

98

| | | |
|---|---|---|
| 10:49 | 1 | And, ladies and gentlemen, we're going to strike |
| 10:49 | 2 | the comment, "Okay.  That's all I wanted to know."  The |
| 10:49 | 3 | inference is that counsel didn't get the answer before. |
| 10:49 | 4 | That's a personal interjection.  You're to disregard it. |
| 10:49 | 5 | Okay?  We'll hear evidence from the stand.  All of the rest |
| 10:50 | 6 | of the answer remains. |
| 10:50 | 7 | MS. KELLER:  Okay.  48-A.  Let's see if I can get |
| 10:50 | 8 | that up there. |
| 10:50 | 9 | (Document displayed.) |
| 11:59 | 10 | BY MS. KELLER: |
| 10:50 | 11 | Q.   Is that one of the original drawings that Lily Martinez |
| 10:50 | 12 | was asked to make? |
| 10:50 | 13 | A.   I don't know if she was asked to make them, but it |
| 10:50 | 14 | looks like one of the ones that she did, yes. |
| 10:50 | 15 | Q.   All right.  And the flip side of it, does that also |
| 10:50 | 16 | look like one of the same set of drawings that she was asked |
| 10:50 | 17 | to make from this little decal that was on the Cool Skating |
| 10:50 | 18 | Barbie set? |
| 10:50 | 19 | A.   Again, I wouldn't use the word she was "asked" to make, |
| 10:50 | 20 | but I can identify that's the decal, and this is one of |
| 10:50 | 21 | Lily's drawings for the large Toon Teen dolls. |
| 10:50 | 22 | MS. KELLER:  Okay.  If we could have the next one. |
| 10:50 | 23 | (Document displayed.) |
| 10:50 | 24 | MS. KELLER:  And this is exhibit -- this is also |
| 10:50 | 25 | from the set collectively marked 48. |

| | | |
|---|---|---|
| 10:51 | 1 | BY MS. KELLER: |
| 10:51 | 2 | Q.   Is this yet another one of those drawings?  And I see |
| 10:51 | 3 | it says on it, "June 1999."  Can you see that? |
| 10:51 | 4 | A.   Yes. |
| 10:51 | 5 | Q.   This is another one of the same drawings that was |
| 10:51 | 6 | derived -- the inspiration was derived from the decal? |
| 10:51 | 7 | A.   Yes. |
| 10:51 | 8 | Q.   And same thing with this green-haired doll, also in |
| 10:51 | 9 | that same set, also marked "June 1999"? |
| 10:51 | 10 | A.   Uh, yes.  I don't recognize that particular -- ever |
| 10:51 | 11 | seen that outfit made up, but, yes. |
| 10:51 | 12 | Q.   Here's another one:  Same set, "June 1999."  Same |
| 10:51 | 13 | thing:  They were all, you're saying, inspired by those |
| 10:51 | 14 | decals, true? |
| 10:51 | 15 | A.   Inspired by those decals, which is Lily's drawing |
| 10:51 | 16 | style.  So they are inspired by Lily's drawing style, which |
| 10:51 | 17 | those decals were the first time we'd seen drawings -- |
| 10:51 | 18 | Q.   So Lily's decals and inspired Lily's later drawings, |
| 10:52 | 19 | true? |
| 10:52 | 20 | A.   Well, Lily inspires herself, so Lily -- you know, Lily |
| 10:52 | 21 | has a style of drawings, which was always around her office, |
| 10:52 | 22 | and the decals was one way we used them. |
| 10:52 | 23 | *(Document displayed.)* |
| 10:52 | 24 | BY MS. KELLER: |
| 10:52 | 25 | Q.   All right.  And now we see another one also labeled |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 100 of 156   Page ID #:290030
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

100

| | | |
|---|---|---|
| 10:52 | 1 | "June 1999."  Same thing, right? |
| 10:52 | 2 | A.   Right.  But again, some of these are -- I don't know |
| 10:52 | 3 | what you're asking me to identify.  I don't recognize these |
| 10:52 | 4 | as ones -- these look like they were different versions of |
| 10:52 | 5 | Lily's iterations to get to some of the dolls that she ended |
| 10:52 | 6 | up making.  I don't recognize every single of one of them. |
| 10:52 | 7 | But they all appear to be iterations, which often happens as |
| 10:52 | 8 | you have an idea.  Then you do versions of it before you get |
| 10:52 | 9 | to the final. |
| 10:52 | 10 | Q.   Well, since the decals had come out in 1999, then |
| 10:52 | 11 | anyone, including Lily, could draw an inspiration from those |
| 10:52 | 12 | and try to make dolls from them, right? |
| 10:52 | 13 | A.   Sure. |
| 10:52 | 14 | Q.   And that was -- would not be violation of a trade |
| 10:52 | 15 | secret, as far as you know, as an executive at Mattel, true? |
| 10:53 | 16 | MR. QUINN:  Legal conclusion. |
| 10:53 | 17 | THE COURT:  Overruled. |
| 10:53 | 18 | If you have an opinion, you can cast it; if you |
| 10:53 | 19 | don't, say you don't. |
| 10:53 | 20 | THE WITNESS:  I don't have an opinion. |
| 08:59 | 21 | BY MS. KELLER: |
| 10:53 | 22 | Q.   All right.  You testified that there was an L-board |
| 10:53 | 23 | that you believe Carter Bryant may have seen.  Did you |
| 10:53 | 24 | testify to that? |
| 10:53 | 25 | A.   I said that, in general, the L-boards the designers |

| | | |
|---|---|---|
| 10:53 | 1 | make were all in the presentation room when we were doing |
| 10:53 | 2 | this bake-off of new brands, that all the designers were |
| 10:53 | 3 | invited to come into that room.  I cannot say whether on |
| 10:53 | 4 | that day he actually walked into that room. |
| 10:53 | 5 | Q.   So you don't know if Carter Bryant ever saw Lily |
| 10:53 | 6 | Martinez's L-board? |
| 10:53 | 7 | A.   I can't be -- absolutely say that he saw that specific |
| 10:53 | 8 | L-board.  I know the L-board was on exhibit, and I know that |
| 10:53 | 9 | he spoke to Lily about how much he liked the dolls, so... |
| 10:54 | 10 | MS. KELLER:  Could we see 261-A, please, which is |
| 10:54 | 11 | already in evidence, Your Honor? |
| 10:54 | 12 | THE COURT:  Okay. |
| 10:54 | 13 | MS. KELLER:  That's a photo of the L-board.  If we |
| 10:54 | 14 | could blow that up a little. |
| 10:54 | 15 | *(Document displayed.)* |
| 10:54 | 16 | BY MS. KELLER: |
| 10:54 | 17 | Q.   Is that Lily Martinez's L-board that you were talking |
| 10:54 | 18 | about? |
| 10:54 | 19 | A.   Yes. |
| 10:54 | 20 | MR. QUINN:  We have no objection to this, |
| 10:54 | 21 | Your Honor.  I don't think it is in evidence. |
| 10:54 | 22 | MS. KELLER:  Oh.  I'm sorry, Your Honor. |
| 10:54 | 23 | Mr. Quinn is right:  It has not yet been offered.  I |
| 10:54 | 24 | apologize to the Court. |
| 10:54 | 25 | THE COURT:  261 was offered, but different |

| | | |
|---|---|---|
| 10:54 | 1 | portions of 261 have come in. |
| 10:54 | 2 | BY MS. KELLER: |
| 10:54 | 3 | Q.   Is this the Lily Martinez L-board that you talked |
| 10:54 | 4 | about? |
| 10:54 | 5 | A.   Yes, yes. |
| 10:54 | 6 | Q.   And we see in the bottom right there is a little -- |
| 10:54 | 7 | looks like a little car with a dog hanging out of it? |
| 10:54 | 8 | A.   Yes. |
| 10:54 | 9 | Q.   And we see, in the middle, one of the characters that |
| 10:54 | 10 | Lily had drawn looks a lot like one of the decals, doesn't |
| 10:55 | 11 | it? |
| 10:55 | 12 | A.   Yes. |
| 10:55 | 13 | Q.   And over on the left looks like there's a little |
| 10:55 | 14 | sofa -- little yellow sofa with another doll sitting on it? |
| 10:55 | 15 | A.   Yes. |
| 10:55 | 16 | Q.   And that also looks a little bit like one of the decals |
| 10:55 | 17 | she had drawn, right? |
| 10:55 | 18 | A.   Yes. |
| 10:55 | 19 | Q.   Okay.  So when you talked about the L-board, does that |
| 10:55 | 20 | L-board remain fixed somewhere?  In other words, are the |
| 10:55 | 21 | things that are put on the L-board, are they glued on and |
| 10:55 | 22 | kept on it?  Or is it taken down after that? |
| 10:55 | 23 | A.   It depends.  Sometimes a designer, when they store it, |
| 10:55 | 24 | will keep it in its -- they'll keep it up in its entirety |
| 10:55 | 25 | for a while, and they even display it.  When it comes time |

| | | |
|---|---|---|
| 10:55 | 1 | to store it, sometimes they'll take it apart.  Sometimes |
| 10:55 | 2 | they reuse pieces of it for another project. |
| 10:55 | 3 | So I can't say specifically how Lily did it.  But that |
| 10:55 | 4 | was up to the designer. |
| 10:55 | 5 | Q.   You don't know what happened to that L-board, true? |
| 10:55 | 6 | A.   I don't know specifically what happened to that |
| 10:55 | 7 | L-board. |
| 10:55 | 8 | Q.   Now -- |
| 10:55 | 9 | A.   After it was in the presentation. |
| 10:55 | 10 | Q.   -- I think you talked about how people can come and go |
| 10:56 | 11 | from Mattel.  And you understand, even if you're |
| 10:56 | 12 | disappointed, that people may just leave for a better |
| 10:56 | 13 | opportunity, right? |
| 10:56 | 14 | A.   Yes. |
| 10:56 | 15 | Q.   And no hard feelings pretty much, true? |
| 10:56 | 16 | A.   Well, I mean, we don't like it, especially when they go |
| 10:56 | 17 | to competition, or we -- we get worried if we would see a |
| 10:56 | 18 | rash of exits, especially to one company.  I mean, you'd |
| 10:56 | 19 | have to be concerned.  But you can't prevent people from -- |
| 10:56 | 20 | it's employment at-will. |
| 10:56 | 21 | Q.   Well, now -- and you when you say that "at-will," that |
| 10:56 | 22 | means you can fire the employee anytime and they can leave |
| 10:56 | 23 | anytime, true? |
| 10:56 | 24 | A.   Correct. |
| 10:56 | 25 | Q.   Now, if an employee says, "I am leaving and I do intend |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

104

| | | |
|---|---|---|
| 10:56 | 1 | to go work for a competitor," that employee is ushered out |
| 10:56 | 2 | with an armed guard, correct? -- immediately. |
| 10:56 | 3 | A.   They're ushered out with a security guard, of which -- |
| 10:56 | 4 | I'm not sure, he might have an arm on him because he's a |
| 10:56 | 5 | security guard -- but, yes, the person is invited to -- the |
| 10:57 | 6 | guard and someone from HR or their boss stands with them |
| 10:57 | 7 | while they gather their personal belongings, and then they |
| 10:57 | 8 | are escorted out. |
| 10:57 | 9 | Q.   And this -- this guard is in uniform? |
| 10:57 | 10 | A.   I don't think Rich was -- I don't think they were in |
| 10:57 | 11 | uniform. |
| 10:57 | 12 | Q.   Now, would it be true that the appeal of a fashion doll |
| 10:57 | 13 | has a lot of different components? |
| 10:57 | 14 | A.   It starts with the doll.  And then certainly there are |
| 10:57 | 15 | other pieces to it. |
| 10:57 | 16 | Q.   Is it true it has a lot of different components? |
| 10:57 | 17 | A.   It has a lot of different components. |
| 10:57 | 18 | Q.   It's not just the fashion or the hair, right? |
| 10:57 | 19 | A.   Correct. |
| 10:57 | 20 | Q.   I'm sorry.  The way -- it includes the way the doll |
| 10:57 | 21 | looks as one, right? |
| 10:57 | 22 | A.   Right. |
| 10:57 | 23 | Q.   The hair? |
| 10:57 | 24 | A.   Right. |
| 10:57 | 25 | Q.   The attitude? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

105

| 10:57 | 1 | A. | Right. |

10:57   1   A.   Right.

10:57   2   Q.   Whether your friends are playing with it?

10:57   3   A.   That is a part -- yeah, that plays a role.

10:57   4   Q.   Whether your mother will buy it for you?

10:57   5   A.   Sure.  It's the barrier to entry.

10:57   6   Q.   Whether the girl likes the fashions?

10:57   7   A.   Yes.

10:57   8   Q.   Whether the girl likes the hair?

10:57   9   A.   Yes.

10:57   10   Q.   The commercials?

10:57   11   A.   Yes.

10:58   12   Q.   It's a total package?

10:58   13   A.   Yes, in terms of a girl responding to the doll.  It's a

10:58   14   package in terms of what that doll represents.

10:58   15   Q.   So it's not any one thing?

10:58   16   A.   Well, it's the doll and all of its components.

10:58   17   Q.   Yes.  And it takes a lot of people to create that doll,

10:58   18   doesn't it? -- a whole-team approach.

10:58   19   A.   Yes.

10:58   20   Q.   Now, if we could go back to the word -- the Bratz word

10:58   21   we were talking about a little earlier.

10:58   22           MS. KELLER:  Exhibit 314 was a document that was

10:58   23   introduced on direct and was admitted into evidence.

10:58   24           If we could have that displayed, and maybe blow

10:58   25   that up a little so we can see the names.

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

106

| | | |
|---|---|---|
| 10:58 | 1 | *(Document displayed.)* |
| 10:58 | 2 | BY MS. KELLER: |
| 10:58 | 3 | Q.   So we see a lot of brainstorming for different names |
| 10:59 | 4 | here, right? |
| 10:59 | 5 | A.   Correct. |
| 10:59 | 6 | MS. KELLER:  And can we scroll down and show all |
| 10:59 | 7 | the different names. |
| 10:59 | 8 | MATTEL TECHNICIAN:  *(Complies.)* |
| 10:59 | 9 | BY MS. KELLER: |
| 10:59 | 10 | Q.   Now some of the names in 314 were suggested by Steve |
| 10:59 | 11 | Linker, an outside contractor, right? |
| 10:59 | 12 | A.   Correct. |
| 10:59 | 13 | Q.   For example, "mallBRATS," was that one of them? |
| 10:59 | 14 | A.   If you read the memo, it says, "Here are the names from |
| 10:59 | 15 | Steve and I."  So I don't remember who Liz Hogan was, but it |
| 10:59 | 16 | looks like it was more than -- it's names from more than |
| 10:59 | 17 | just Steve. |
| 10:59 | 18 | Q.   Okay.  So when you ran the Brats name with an "S" -- |
| 10:59 | 19 | Brats with an "S" -- it didn't clear legal, right? |
| 10:59 | 20 | A.   I'm assuming that.  I don't know that for sure. |
| 10:59 | 21 | Q.   Well -- |
| 10:59 | 22 | A.   But I remember that it was our favorite at the time and |
| 10:59 | 23 | there was a reason that we didn't run it.  And the only |
| 10:59 | 24 | reason I can surmise is that it didn't clear legal.  I mean, |
| 10:59 | 25 | that's what I can remember. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

107

| | | |
|---|---|---|
| 10:59 | 1 | Q.   Well, on January 17, 2008, did you testify that the |
| 11:00 | 2 | name "Brats" did not clear legal? |
| 11:00 | 3 | A.   Yeah, I think so. |
| 11:00 | 4 | Q.   Okay.  It wasn't available, right? |
| 11:00 | 5 | A.   That's usually the reason why it doesn't clear legal, |
| 11:00 | 6 | yeah. |
| 11:00 | 7 | Q.   And so -- |
| 11:00 | 8 | A.   Meaning, it might clear in some categories, but not in |
| 11:00 | 9 | everything. |
| 11:00 | 10 | Q.   And so if the name is already in use by someone else, |
| 11:00 | 11 | the name is already out in the public, right? |
| 11:00 | 12 | A.   Sometimes someone will reserve a name, but they haven't |
| 11:00 | 13 | yet put it in the public.  So I can't say that. |
| 11:00 | 14 | Q.   My question is, if the name is already in use by |
| 11:00 | 15 | someone else, that means it's already out in the public |
| 11:00 | 16 | somewhere, right? |
| 11:00 | 17 | A.   If it's in use by someone else versus being owned by |
| 11:00 | 18 | someone else, yes. |
| 11:00 | 19 | Q.   And you know that one of the claims Mattel is making in |
| 11:00 | 20 | this case is that the name Bratz, with a "Z," was a trade |
| 11:00 | 21 | secret of Mattel?  You know that, don't you? |
| 11:00 | 22 | A.   No, I'm not aware of that. |
| 11:00 | 23 | Q.   Now, a trade -- you do know what a trade secret is, |
| 11:00 | 24 | though, having been an executive at a high level for so many |
| 11:00 | 25 | years, don't you? |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 108 of 156   Page ID
#:290038
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

108

| | | |
|---|---|---|
| 11:00 | 1 | A.    Yes, I do. |
| 11:01 | 2 | Q.    And so, if a name "Bratz" is already in use -- say |
| 11:01 | 3 | Bratz with a "Z" -- if it's already -- the rights to it are |
| 11:01 | 4 | owned by someone else, you know that that can't be a trade |
| 11:01 | 5 | secret of Mattel's, true? |
| 11:01 | 6 | A.    True.  If someone else owns it with a "Z," that would |
| 11:01 | 7 | be correct.  But we never cleared it with a "Z." |
| 11:01 | 8 | Q.    And you never even looked for clearance with a Z |
| 11:01 | 9 | because you were looking for Bratz with an "S," right? |
| 11:01 | 10 | A.    That appears to be the only way that we looked at it. |
| 11:01 | 11 | Q.    So Carter Bryant wasn't involved in any meeting where |
| 11:01 | 12 | the name "Bratz" was ever discussed, as far as you know, |
| 11:01 | 13 | correct? |
| 11:01 | 14 | A.    I don't remember him being at the brainstorm.  But I do |
| 11:01 | 15 | know that we invited a bunch of people to help us, because |
| 11:01 | 16 | we were running out of ideas, so -- I don't remember him |
| 11:01 | 17 | particularly there, but there was assorted designers from |
| 11:01 | 18 | the center. |
| 11:01 | 19 | Q.    You have no evidence or memory of Carter Bryant ever |
| 11:01 | 20 | being in a meeting where the name "Bratz" was ever |
| 11:01 | 21 | discussed, true? |
| 11:01 | 22 | A.    True.  I have no memory of that. |
| 11:01 | 23 | Q.    And there would be no reason for Carter Bryant to have |
| 11:02 | 24 | been on the distribution list for these names that were |
| 11:02 | 25 | coming in from Steve Linker, right? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

109

| 11:02 | 1 | A.    Right. |
| 11:02 | 2 | Q.    Okay.  Now, do you view the Bratz dolls as having been |
| 11:02 | 3 | successful over time? |
| 11:02 | 4 | A.    Yes. |
| 11:02 | 5 | Q.    And you know that they play into what is relevant in |
| 11:02 | 6 | society today?  That's one reason, isn't it? |
| 11:02 | 7 | A.    Yes, I think -- yes. |
| 11:02 | 8 | Q.    And they had a good look, too, didn't they? |
| 11:02 | 9 | A.    Yes. |
| 11:02 | 10 | Q.    And this look wasn't all that dissimilar from Diva |
| 11:02 | 11 | Starz, your product, right? -- which started with big eyes, |
| 11:02 | 12 | and a big head, and also appropriate for that same market, |
| 11:02 | 13 | true? |
| 11:02 | 14 | A.    It was very different 'cause one was an electronic |
| 11:02 | 15 | doll.  It had some similar elements, but -- I think it's a |
| 11:02 | 16 | different iteration -- but it had similar elements.  There |
| 11:02 | 17 | was a doll called "Blythe" that had a big head, like in the |
| 11:02 | 18 | 50's, so there's similar elements.  I wouldn't say that they |
| 11:02 | 19 | looked alike exactly. |
| 11:02 | 20 | Q.    The idea of a doll with a big head wasn't anything new, |
| 11:03 | 21 | right? |
| 11:03 | 22 | A.    No. |
| 11:03 | 23 | Q.    And going back to Betty Boop even? |
| 11:03 | 24 | A.    Absolutely. |
| 11:03 | 25 | Q.    There were dolls -- |

DEBBIE GALE, U.S. COURT REPORTER

| 11:03 | 1 | A.   Big head in isolation is something that's been out |
| 11:03 | 2 | there.  It's just one part of what makes up a doll. |
| 11:03 | 3 | Q.   And, in fact, the Japanese Anime drawings, with Anime |
| 11:03 | 4 | big heads, that was a trend that started around the 90's, |
| 11:03 | 5 | right? |
| 11:03 | 6 | A.   Yes. |
| 11:03 | 7 | Q.   And Sailor Moon is an example of Japanese Anime, isn't |
| 11:03 | 8 | it? |
| 11:03 | 9 | A.   Yeah, absolutely. |
| 11:03 | 10 | Q.   Now, one of the things that the girls in the focus |
| 11:03 | 11 | group for Toon Teens said is that they thought those dolls |
| 11:03 | 12 | reminded them of Sailor Moon, true? |
| 11:03 | 13 | A.   I don't remember the girls saying anything specific.  I |
| 11:03 | 14 | wasn't at that -- those focus groups. |
| 11:03 | 15 | Q.   Well, now MyScene.  You developed some dolls called |
| 11:03 | 16 | MyScene? |
| 11:03 | 17 | A.   Yes. |
| 11:03 | 18 | Q.   And MyScene was kind of relevant to these modern girls |
| 11:04 | 19 | because it had some of those same things, right? -- same |
| 11:04 | 20 | elements. |
| 11:04 | 21 | A.   They had some of the same elements. |
| 11:04 | 22 | Q.   And Diva Starz, Fashion Divas, MyScene -- they all had |
| 11:04 | 23 | some of those elements of the big head, right?  Big eyes? |
| 11:04 | 24 | A.   I'd say those are the only things they had in common |
| 11:04 | 25 | was the big head. |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 111 of 156   Page ID #:290041
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

111

| | | |
|---|---|---|
| 11:04 | 1 | Q.   So the concept of a young fashion-forward female |
| 11:04 | 2 | fashion doll with exaggerated features, including an |
| 11:04 | 3 | oversized head and feet, nothing terribly original about |
| 11:04 | 4 | that, true? |
| 11:04 | 5 | A.   No.  I wouldn't -- no, false.  I would say the idea of |
| 11:04 | 6 | a big head, in itself, is not unique.  But the way you just |
| 11:04 | 7 | worded it was -- you said with exaggerated features and big |
| 11:04 | 8 | feet.  So that's a lot of parts put together. |
| 11:04 | 9 | I agree with you that a big head is not -- has been |
| 11:04 | 10 | around. |
| 11:04 | 11 | Q.   Betty Boop:  Big head, big eyes, big feet, right? |
| 11:05 | 12 | A.   I would have to look at Betty Boop to see big feet, |
| 11:05 | 13 | but, yeah, big head I know. |
| 11:05 | 14 | Q.   And Japanese Anime:  Big head, big eyes, big feet? |
| 11:05 | 15 | A.   I'd have to look. |
| 11:05 | 16 | Q.   Some of 'em? |
| 11:05 | 17 | A.   Excuse me? |
| 11:05 | 18 | Q.   I said, "some of them." |
| 11:05 | 19 | A.   Some of them, yeah.  I mean, again, you have to compare |
| 11:05 | 20 | specific -- specific -- you can't just be that broad.  I |
| 11:05 | 21 | mean, we'd have to look at -- 'cause a design is a |
| 11:05 | 22 | combination of many things put together of which some may be |
| 11:05 | 23 | similar to what's been seen before. |
| 11:05 | 24 | That's when I spoke about taking in new information of |
| 11:05 | 25 | what's out there. |

112

| | | |
|---|---|---|
| 11:05 | 1 | Q.   And you're -- you're in the world of design.  The -- |
| 11:05 | 2 | Blythe -- are you familiar with the Blythe dolls? |
| 11:05 | 3 | A.   That's the one I just referenced a minute ago. |
| 11:05 | 4 | Q.   Okay.  And they have big head, big eyes, right? |
| 11:05 | 5 | A.   Right.  And that was done a long time ago. |
| 11:05 | 6 | Q.   And their arms are held out in a fashion with the palms |
| 11:05 | 7 | down, right? |
| 11:05 | 8 | A.   I'd have to look at it, but possibly. |
| 11:05 | 9 | MS. KELLER:  This is Exhibit 17753, Your Honor. |
| 11:06 | 10 | And if we might have permission, Your Honor, to display |
| 11:06 | 11 | that? |
| 11:06 | 12 | THE COURT:  Yeah.  It's received. |
| 11:06 | 13 | *(Exhibit No. 17753 received in evidence.)* |
| 11:06 | 14 | *(Doll displayed.)* |
| 11:06 | 15 | MS. KELLER:  Let's see if we can show -- |
| 11:06 | 16 | THE COURT:  Well, just a moment, Counsel.  Was |
| 11:06 | 17 | that on our list? |
| 11:06 | 18 | MS. KELLER:  Yes. |
| 11:06 | 19 | MR. QUINN:  I don't believe so, Your Honor. |
| 11:06 | 20 | THE COURT:  I don't see it. |
| 11:06 | 21 | MS. KELLER:  Well, Your Honor, we didn't know -- |
| 11:06 | 22 | THE COURT:  Sailor Moon is 17758.  I'll allow it |
| 11:06 | 23 | on this occasion, Counsel. |
| 11:06 | 24 | MS. KELLER:  The witness did reference it, |
| 11:06 | 25 | Your Honor. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

113

| 11:06 | 1 | THE COURT: All right. You can show that. |
| 11:06 | 2 | *(Book displayed.)* |
| | 3 | BY MS. KELLER: |
| 11:06 | 4 | Q. You see how the hands are out? |
| 11:06 | 5 | A. Yeah. They're very skinny, and they're entirely |
| 11:06 | 6 | different than a lot of the other things you referenced. |
| 11:06 | 7 | But the hands are out, yes. |
| 11:06 | 8 | Q. What I'm asking is the hands are out with the palms |
| 11:06 | 9 | sort of, right? |
| 11:06 | 10 | A. That is correct. |
| 11:06 | 11 | Q. Okay. So that pose, that was not unique -- I mean, |
| 11:06 | 12 | that was out as far back as when this doll, Blythe, was |
| 11:06 | 13 | produced in the 1950's, right? |
| 11:07 | 14 | A. Correct. And Barbie has had that pose, as well. |
| 11:07 | 15 | There's been many dolls. |
| 11:07 | 16 | Q. So that pose is certainly not a trade secret? |
| 11:07 | 17 | MR. QUINN: Vague and ambiguous "that pose." |
| 11:07 | 18 | THE COURT: Sustained. |
| 11:07 | 19 | Just restate the question. |
| 11:07 | 20 | BY MS. KELLER: |
| 11:07 | 21 | Q. The pose that we just looked at -- |
| 11:07 | 22 | THE COURT: Referring to the hands? The arms? |
| 09:11 | 23 | BY MS. KELLER: |
| 11:07 | 24 | Q. The hands, palms out and down, as if balancing, that's |
| 11:07 | 25 | not anything unique, right? |

| 11:07 | 1 | A.   No.   Hands, palms -- hands out and palms down is not |
| 11:07 | 2 | unique. |
| 11:07 | 3 | Q.   And when you said you were referencing "Blythe" a few |
| 11:07 | 4 | minutes ago, that -- the same Blythe we're talking about |
| 11:07 | 5 | here that we've been displaying on the screen? |
| 11:07 | 6 | A.   Yes. |
| 11:07 | 7 | MS. KELLER:  Your Honor, I would offer 17753 into |
| 11:07 | 8 | evidence. |
| 11:07 | 9 | THE COURT:  Received. |
| 11:07 | 10 | *(Previously received at page 112.)* |
| 11:07 | 11 | BY MS. KELLER: |
| 11:07 | 12 | Q.   And Diva Starz.  Diva Starz was a Mattel product, |
| 11:08 | 13 | right? |
| 11:08 | 14 | A.   Correct. |
| 11:08 | 15 | Q.   And you presided over Diva Starz, true? |
| 11:08 | 16 | A.   True. |
| 11:08 | 17 | Q.   And Diva Starz had big head, big eyes, big feet? |
| 11:08 | 18 | MS. KELLER:  Do we have a picture of this? |
| 11:08 | 19 | *(Document displayed.)* |
| 11:59 | 20 | BY MS. KELLER: |
| 11:08 | 21 | Q.   Do you agree with me this has a big head? |
| 11:08 | 22 | A.   Yes, correct. |
| 11:08 | 23 | Q.   And oversized feet?  Do you need to see it? |
| 11:08 | 24 | A.   If I remember correctly, it does. |
| 11:08 | 25 | Q.   Yes.  So Diva Starz, nothing particularly unique about |

| | | |
|---|---|---|
| 11:08 | 1 | the big head and the big feet, right? |
| 11:08 | 2 | A.   Correct, not that aspect of it. |
| 11:08 | 3 | Q.   Now, you thought that all these dolls had the right |
| 11:08 | 4 | trend -- and I'm talking about Diva Starz, as well as |
| 11:08 | 5 | Bratz -- the right trend to appeal to girls in that time |
| 11:08 | 6 | period, right? -- beginning of the 2000's? |
| 11:08 | 7 | A.   Yes. |
| 11:08 | 8 | Q.   And you thought MyScene was relevant to that same -- |
| 11:09 | 9 | because it had some of those same features too, right? |
| 11:09 | 10 | A.   The big head and the big feet?  My Scene didn't have |
| 11:09 | 11 | big feet.  But, yes, I thought My Scene -- if your question |
| 11:09 | 12 | is did I think MyScene was relevant, the answer is "yes." |
| 11:09 | 13 | Q.   Now, are you telling us that you think that the Toon |
| 11:09 | 14 | Teens dolls -- that you think that the Bratz dolls look like |
| 11:09 | 15 | the Toon Teens dolls? |
| 11:09 | 16 | A.   I think there is some resemblance. |
| 11:09 | 17 | Q.   Well, but what I'm asking is, when you see the Toon |
| 11:09 | 18 | Teens dolls and you see the Bratz dolls side by side, you |
| 11:09 | 19 | don't find yourself saying, "Wow!  That -- those little |
| 11:09 | 20 | dolls, those were clearly very similar to those bigger |
| 11:09 | 21 | dolls"?  Am I correct? |
| 11:09 | 22 | A.   We thought they were inspired by, in part. |
| 11:09 | 23 | Q.   Okay.  You thought they might have been inspired, in |
| 11:10 | 24 | part, maybe.  You can't say that, can you, for sure? |
| 11:10 | 25 | A.   I don't know for sure, with what I know.  But that, |

116

11:10   1   coupled with what Carter said to Lily, was when we believed

11:10   2   that maybe there was something here.

11:10   3   Q.   And all Carter had said to Lily was that those were

11:10   4   cute dolls and Mattel should think about making them into a

11:10   5   toy maybe, right?

11:10   6   A.   My recollection is that he said Mattel will be sorry

11:10   7   some day that they didn't make those dolls.

11:10   8   Q.   Okay.  But you've seen the finished Toon Teen dolls

11:10   9   that were created, inspired by that little decal, then

11:10   10  drawings made, then the finished product dolls -- you've

11:10   11  seen those, haven't you?

11:10   12  A.   Yes.

11:10   13  Q.   And the finished product, would it be fair to say,

11:10   14  doesn't bear any resemblance to the Bratz dolls, other than

11:10   15  they have heads and feet and arms?

11:10   16  A.   I think it would be fair to say that there is some

11:10   17  resemblance -- not everything, but there is some

11:10   18  resemblance.

11:11   19  Q.   They have heads?

11:11   20  A.   (No response.)

11:11   21  Q.   I mean, they have heads, right?

11:11   22  A.   Right.

11:11   23  Q.   They have faces?

11:11   24  A.   Right.

11:11   25  Q.   They have arms and legs?

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 117 of 156   Page ID
#:290047
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

117

| 11:11 | 1 | A.   They have big heads, big faces.  The face is similar in |

11:11   1   A.   They have big heads, big faces.  The face is similar in

11:11   2   its attitude.  One is a soft body.  One's a hard body.  So

11:11   3   in that case, they're not similar.

11:11   4   Q.   Okay.

11:11   5       MS. KELLER:  Your Honor, it's really hard to do

11:11   6   this without approaching.  I wonder if I may?

11:11   7       THE COURT:  I don't think we can hear you.  That's

11:11   8   the problem.  Your associate can.  Annette Hurst can.

11:11   9       MS. KELLER:  Okay.  I will have Ms. Hurst

11:11  10   approach.

11:11  11       THE COURT:  Or Mr. McConville can.

11:11  12   BY MS. KELLER:

11:11  13   Q.   Well, we've already talked about the fact that the

11:11  14   oversized head is already out there from the 50's, at least,

11:11  15   and the oversized feet were already out there, and the

11:11  16   oversized eyes were already out there.

11:12  17       So let's put these two dolls side by side, one is a

11:12  18   Toon Teens and one is a Bratz.

11:12  19       MS. KELLER:  And, Your Honor, if Ms. Hurst could

11:12  20   try to stand such a way so that the jurors could see the two

11:12  21   dolls side by side.

11:12  22       MS. HURST:  Should I state for the record what

11:12  23   we're showing?

11:12  24       THE COURT:  Once we start getting into

11:12  25   demonstrations, there's another request by the other party

| | | |
|---|---|---|
| 11:12 | 1 | for demonstration with the next witness, so... |
| 11:12 | 2 | MS. KELLER:  Well, we're just displaying the |
| 11:12 | 3 | dolls. |
| 11:12 | 4 | THE COURT:  I said what I had to say on that. |
| 11:12 | 5 | MS. KELLER:  I understand. |
| 11:12 | 6 | THE COURT:  Okay. |
| 11:12 | 7 | BY MS. KELLER: |
| 11:12 | 8 | Q.   Okay.  I would ask if those dolls could be held up as |
| 11:12 | 9 | the witness is describing them? |
| 11:12 | 10 | THE COURT:  Certainly. |
| 11:12 | 11 | BY MS. KELLER: |
| 11:12 | 12 | Q.   So at first glance, anyway, it doesn't look those dolls |
| 11:12 | 13 | are very similar.  You're thinking that the Bratz doll -- |
| 11:13 | 14 | based on the two things that you see there, that the Bratz |
| 11:13 | 15 | doll was inspired by that Toon Teen doll? |
| 11:13 | 16 | A.   Yeah.  No different from the Blythe doll having a |
| 11:13 | 17 | similar appearance to the Toon Teens, exactly in the vein as |
| 11:13 | 18 | we've been talking about.  There is some sense of |
| 11:13 | 19 | connection, in terms of just the way the lips are painted, |
| 11:13 | 20 | the way the eyeball is suspended on top, so no different |
| 11:13 | 21 | than any of the other references I made in that there is |
| 11:13 | 22 | some similarity. |
| 11:13 | 23 | Q.   And there are millions of dolls in the world of whom we |
| 11:13 | 24 | can say that very same thing, true? |
| 11:13 | 25 | A.   I wouldn't say "millions of dolls."  I would say some |

| | | |
|---|---|---|
| 11:13 | 1 | of the dolls you referenced have some aspect of similarity. |
| 11:13 | 2 | Q.   And these dolls have some aspects of similarity, but |
| 11:13 | 3 | that's all we can really say, isn't it? |
| 11:13 | 4 | A.   Absolutely. |
| 11:13 | 5 | Q.   For the record, can you tell us what those "numbers of |
| 11:13 | 6 | exhibits" are on those two dolls? |
| 11:13 | 7 | A.   48-C-3 and 17562. |
| 11:13 | 8 | Q.   Thank you.  Now, in addition to your other duties at |
| 11:14 | 9 | Mattel, you were responsible for the following dolls being |
| 11:14 | 10 | designed under -- under you at the time you were at Mattel: |
| 11:14 | 11 |       Diva Starz, which we've talked about. |
| 11:14 | 12 |       Fashion Diva. |
| 11:14 | 13 |       Right? |
| 11:14 | 14 | A.   Yes, correct. |
| 11:14 | 15 | Q.   What's Her Face? |
| 11:14 | 16 | A.   Correct. |
| 11:14 | 17 | Q.   My -- Wee 3 Friends, right? |
| 11:14 | 18 | A.   I think Wee 3 Friends was towards the end when I was |
| 11:14 | 19 | leaving, but I do remember that name, yes. |
| 11:14 | 20 | Q.   MyScene Barbie? |
| 11:14 | 21 | A.   Yes. |
| 11:14 | 22 | Q.   Shorties? |
| 11:14 | 23 | A.   I don't remember when Shorties was.  The name is |
| 11:14 | 24 | familiar. |
| 11:14 | 25 | Q.   Generation Girls? |

| | | |
|---|---|---|
| 11:14 | 1 | A.   Yes. |
| 11:14 | 2 | Q.   American Idol Barbie? |
| 11:14 | 3 | A.   I don't remember that one. |
| 11:14 | 4 | Q.   The Winx dolls.  W-I-N-X. |
| 11:14 | 5 | A.   No.  I don't remember -- I mean, again, I don't think |
| 11:15 | 6 | those ever went to market.  They may have been something we |
| 11:15 | 7 | played with.  I don't remember what they look like. |
| 11:15 | 8 | Q.   The Winx dolls you're talking about? |
| 11:15 | 9 | A.   The Winx dolls. |
| 11:15 | 10 | Q.   But the other ones you know did go to market? |
| 11:15 | 11 | A.   The other ones I know did go to market. |
| 11:15 | 12 | Q.   They were launched after the year 2000, while you were |
| 11:15 | 13 | still at Mattel, right? |
| 11:15 | 14 | A.   I know that they were launched while I was at Mattel. |
| 11:15 | 15 | I don't remember what year. |
| 11:15 | 16 | Q.   And none of 'em is still in stores, true? |
| 11:15 | 17 | A.   I don't know that to be fact.  I haven't shopped doll |
| 11:15 | 18 | stores.  I mean, I know that market, but I don't think so, |
| 11:15 | 19 | but I haven't shopped them. |
| 11:15 | 20 | Q.   And Flavas, which was designed after Bratz came out, |
| 11:15 | 21 | and was designed to be a direct competitor to Bratz -- |
| 11:15 | 22 | Flavas was an immediate flop and taken off the market within |
| 11:15 | 23 | a year, right? |
| 11:15 | 24 | A.   I know it was immediately -- it was a short-lived line. |
| 11:15 | 25 | I don't think that was -- that was not designed -- that was |

| | | |
|---|---|---|
| 11:15 | 1 | designed for the older girl.  It wasn't necessarily, |
| 11:15 | 2 | absolutely, off of -- it was designed for the same age |
| 11:15 | 3 | range.  It wasn't designed to go after Bratz.  It was a |
| 11:15 | 4 | very, very different kind of line to the Bratz dolls. |
| 11:16 | 5 | Q.   Well, they were four edgy, urban, ethnic friends with |
| 11:16 | 6 | exaggerated features and kinda hiphop clothing, |
| 11:16 | 7 | multi-ethnic, right? |
| 11:16 | 8 | A.   They didn't have exaggerated features, no.  They were |
| 11:16 | 9 | more like a Barbie doll in terms of their statute.  They did |
| 11:16 | 10 | not have big heads.  They did not have any -- they were very |
| 11:16 | 11 | realistic looking, in fact. |
| 11:16 | 12 | Q.   They were withdrawn very quickly from the market, |
| 11:16 | 13 | weren't they? |
| 11:16 | 14 | A.   Yes.  I remember they did not stay on the market a long |
| 11:16 | 15 | time. |
| 11:16 | 16 | Q.   And that's 'cause nobody was buying them, right? |
| 11:16 | 17 | A.   It must have been.  I mean... |
| 11:16 | 18 | Q.   Do you remember how long it took to develop Flavas from |
| 11:16 | 19 | beginning to end? |
| 11:16 | 20 | A.   No.  I remember it was fairly quick, because I don't |
| 11:16 | 21 | think we did many new -- they had -- their uniqueness was |
| 11:16 | 22 | some of their articulation.  I remember it was quick, but I |
| 11:16 | 23 | don't remember the timing. |
| 11:16 | 24 | Q.   Generation Girls didn't last very long either, did it? |
| 11:16 | 25 | A.   No.  They lasted for a while.  They morphed from |

| | | |
|---|---|---|
| 11:16 | 1 | Mystery Squad to Generation Girls.  It was a different |
| 11:17 | 2 | interpretation, different series.  'Cause some of these were |
| 11:17 | 3 | developed to be -- it's like a mini series on TV with -- |
| 11:17 | 4 | just to be a series, not to last.  I mean, 'cause Generation |
| 11:17 | 5 | Girl had Barbie in it.  So it was almost like a subset.  It |
| 11:17 | 6 | wasn't a new doll line. |
| 11:17 | 7 | Q.   Okay.  And the consumer research group at Mattel that |
| 11:17 | 8 | conducted focus groups on all these dolls, you don't know |
| 11:17 | 9 | who that group reported to, right? |
| 11:17 | 10 | A.   Sujata at the time -- at one point in time it |
| 11:17 | 11 | changed -- but Sujata was her first name.  Some of the time |
| 11:17 | 12 | that I was there I remember her being the head of research. |
| 11:17 | 13 | And there was a Michael something-or-other under her. |
| 11:17 | 14 | Q.   In January of 2008, did you testify that you know the |
| 11:17 | 15 | consumer research group at Mattel conducted focus groups but |
| 11:17 | 16 | you didn't know who they reported to? |
| 11:17 | 17 | A.   Yeah.  Because at one particular time, it -- the bosses |
| 11:17 | 18 | changed.  So at a particular time -- if you were to say, "In |
| 11:18 | 19 | 2007, did they report to..." -- I would have no idea.  All |
| 11:18 | 20 | I'm saying is, during my tenure there, I know one of the |
| 11:18 | 21 | names was Sujata, but I don't know at what particular time |
| 11:18 | 22 | frame. |
| 11:18 | 23 | Q.   You don't know when you first became aware of the Bratz |
| 11:18 | 24 | dolls, correct? |
| 11:18 | 25 | A.   It was when they came out in the market around 2000. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

123

| 11:18 | 1 | Q.   But you don't know when you first became aware of them, |
| 11:18 | 2 | right? |
| 11:18 | 3 | A.   When I first became aware of 'em? |
| 11:18 | 4 | Q.   Right. |
| 11:18 | 5 | A.   Was when I saw them in a store. |
| 11:18 | 6 | Q.   Okay.  Do you remember testifying in January 2008 that |
| 11:18 | 7 | you didn't remember when you first learned about the Bratz |
| 11:18 | 8 | dolls? |
| 11:18 | 9 | A.   That's a question of when.  I don't remember the exact |
| 11:18 | 10 | date of when I first learn about them.  I had a daughter, so |
| 11:18 | 11 | I -- you just asked me -- I saw them in a store.  I don't |
| 11:18 | 12 | remember the exact date. |
| 11:18 | 13 | Q.   Did you testify in January of 2008 that you don't |
| 11:18 | 14 | remember how you first learned about the Bratz? |
| 11:18 | 15 | A.   If I said that, then, yes.  I mean... |
| 11:18 | 16 | Q.   And you didn't -- is it true that you don't recall |
| 11:19 | 17 | whether you knew about Bratz before work on My Scene dolls |
| 11:19 | 18 | began? |
| 11:19 | 19 | A.   I don't remember the sequence of the timing.  I mean, |
| 11:19 | 20 | this is eight years ago and a lot of brands.  So in terms of |
| 11:19 | 21 | My Scene, if I think about it, I think came after Bratz. |
| 11:19 | 22 | 'Cause I remember My Scene, I thought, was sometime in 2000 |
| 11:19 | 23 | or 2001, and I think Bratz was around 2000. |
| 11:19 | 24 | Q.   Did you previously testify that you didn't recall when |
| 11:19 | 25 | Bratz came out and you didn't recall when the work on My |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

124

| 11:19 | 1 | Scene began? |
| 11:19 | 2 | A.   Yeah, which is same thing I'm saying now.  I don't |
| 11:19 | 3 | recall the exact dates. |
| 11:19 | 4 | Q.   And you don't remember if you talked to Ms. Martinez on |
| 11:19 | 5 | the subject of her conversation with Carter Bryant about |
| 11:19 | 6 | Toon Teens either, right? |
| 11:19 | 7 | A.   Cassidy spoke to Lily -- |
| 11:19 | 8 | MS. KELLER:  Objection.  Nonresponsive. |
| 11:19 | 9 | THE COURT:  Just reask the question. |
| 11:00 | 10 | BY MS. KELLER: |
| 11:19 | 11 | Q.   Is it true that you don't remember if you talked to |
| 11:19 | 12 | Ms. Martinez on the subject of her conversation with Carter |
| 11:19 | 13 | Bryant about Toon Teens? |
| 11:19 | 14 | A.   The way you're wording it, I'm not quite sure.  I can |
| 11:20 | 15 | tell you what I do know I said, but I don't know the way |
| 11:20 | 16 | you're wording it how to react to that. |
| 11:20 | 17 | Q.   Well, did you previously testify, "After this |
| 11:20 | 18 | conversation" -- |
| 11:20 | 19 | "QUESTION:  After this conversation with Ms. Park, did |
| 11:20 | 20 | you talk to Ms. Martinez on the subject? |
| 11:20 | 21 | "ANSWER:  I don't remember if I ever talked to her |
| 11:20 | 22 | directly." |
| 11:20 | 23 | A.   Yeah.  Well, that's what I was saying.  I know I spoke |
| 11:20 | 24 | to Cassidy.  Cassidy came to me -- |
| 11:20 | 25 | Q.   Okay.  Thank you. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 125 of 156   Page ID #:290055
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

125

11:20  1    A.    Okay.

11:20  2    Q.    Is it true that you don't recall if you had legal

11:20  3    interview Ms. Martinez about whether Mr. Bryant could have

11:20  4    taken Ms. Martinez's idea for Toon Teens?

11:20  5    A.    I didn't have them do it directly.  I recall I asked

11:20  6    Cassidy, who was Lily's boss, to have legal -- for Cassidy

11:20  7    to go to legal.

11:20  8    Q.    So, right when you became aware of Bratz, you thought,

11:20  9    "Ah, this could be, you know, essentially a theft of our

11:21  10   trade secret in these other dolls, in Toon Teens"?  You

11:21  11   suspected that, right?

11:21  12   A.    No, that's not what happened.  Cassidy came to me and

11:21  13   said that she found a striking resemblance of -- with the --

11:21  14   between the two, and then also shared with me a statement

11:21  15   that Carter had said to Lily.  And between all of that

11:21  16   information, that added up to reason just to explore the

11:21  17   possibilities.

11:21  18   Q.    Well, you say "striking similarity," but these dolls

11:21  19   that you've just looked at, you only -- you only can see

11:21  20   some similarities that might be the same similarities that

11:21  21   hundreds of dolls could have, right?

11:21  22   A.    That's semantics, the word "strikingly."

11:21  23         What I said is that, combined with the statement that

11:21  24   Carter said to Lily made me suspect -- that's all -- enough

11:21  25   to have legal look into it.  It wasn't a -- it was, "Gee,

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:21 | 1 | those two things combined, we may want to look into it." |
| 11:21 | 2 | Q.   Well, but I'm -- okay.  Um, here's what I'm -- what I'm |
| 11:21 | 3 | asking you:  When you looked at the Bratz doll and you |
| 11:22 | 4 | looked at the Toon Teens doll, you didn't say, "Wow!  Look |
| 11:22 | 5 | at that.  Oh, my gosh.  Clearly, this is a knockoff," right? |
| 11:22 | 6 | A.   I didn't say, "clearly."  We said, "Wow!  It looks |
| 11:22 | 7 | like" -- Cassidy and I were talking about it looks like |
| 11:22 | 8 | those were inspired by the dolls, and the fact that Carter |
| 11:22 | 9 | said to Lily, "Mattel's gonna be sorry some day they didn't |
| 11:22 | 10 | make these," and the fact that Carter went to MGA, I said, |
| 11:22 | 11 | "It's reason just to look into." |
| 11:22 | 12 | Q.   But these dolls don't look alike, do they? |
| 11:22 | 13 | A.   I think they do.  I think there are some similarities |
| 11:22 | 14 | to them.  We "ought" to say that there aren't other |
| 11:22 | 15 | similarities, like I mentioned before, to these dolls, as |
| 11:22 | 16 | well. |
| 11:22 | 17 | Q.   Well, but, what I'm -- what I'm asking, for example, I |
| 11:22 | 18 | mean, if you looked at a Volkswagen, you wouldn't say, "Gee, |
| 11:22 | 19 | I think that's been inspired by a Mercedes," would you? |
| 11:22 | 20 | A.   I wouldn't.  Someone might.  I wouldn't. |
| 11:22 | 21 | Q.   So you're saying it's purely subjective:  You know, one |
| 11:22 | 22 | person might look at something and say this could have been |
| 11:22 | 23 | inspired by such and such and another person might look at |
| 11:22 | 24 | it and say no way? |
| 11:22 | 25 | A.   I think that's true.  I think it depends on your -- |

11:23   1   your experience base.  And I may be honing in on the lips
11:23   2   and look at more details than a common person would.  I
11:23   3   think everyone has their own perception.  So, in my mind and
11:23   4   Cassidy's mind, there was some similarity to these, coupled
11:23   5   with that statement and where he worked, when he told me he
11:23   6   wasn't going to competition, it's like cause for concern.
11:23   7   That's all.
11:23   8   Q.   So, in the marketplace, we know what the subjective
11:23   9   reaction was 'cause we know that Bratz were a big hit with
11:23  10   little girls, and we know this one, when you took it to
11:23  11   focus groups, never even made it to production, right.
11:23  12   A.   They were not chosen to be put in production.  I do
11:23  13   know that.
11:23  14   Q.   So we know that the audience of little girls out there
11:23  15   looking at them in the world sure didn't react to them as if
11:23  16   they were similar or the same, right?
11:23  17   A.   It was not asked of little girls whether they were
11:23  18   similar or the same, and it wasn't put out there in the
11:23  19   world.  This was put in front of a limited amount of girls
11:23  20   within a focus group.  So I don't think that's a comparison.
11:24  21   Q.   Now, Mattel, you've talked about as kind of an engine
11:24  22   of creativity.  But it was also a place with quite a few
11:24  23   layers of bureaucracy, wasn't it?
11:24  24   A.   Correct.
11:24  25   Q.   I mean, major layers of bureaucracy.

| | | |
|---|---|---|
| 11:24 | 1 | If we could see Exhibit -- |
| 11:24 | 2 | THE COURT:  The comment is stricken.  The question |
| 11:24 | 3 | is? |
| 11:24 | 4 | BY MS. KELLER: |
| 11:24 | 5 | Q.   If you look at Exhibit 1290, this is an organizational |
| 11:24 | 6 | chart. |
| 11:24 | 7 | A.   Which? |
| 11:24 | 8 | Q.   It's -- I'm sorry.  It's 8152.  It's a different chart. |
| 11:25 | 9 | Do you recognize that as a Mattel organizational chart? |
| 11:25 | 10 | A.   Which page? |
| 11:25 | 11 | Q.   Well, I'm just -- the document, itself, do you |
| 11:25 | 12 | recognize it as an organizational chart for Mattel? |
| 11:25 | 13 | A.   It looks like the format which we use for our |
| 11:25 | 14 | organizational charts, yes. |
| 11:25 | 15 | MS. KELLER:  And, Your Honor, I would move that |
| 11:25 | 16 | into evidence. |
| 11:25 | 17 | THE COURT:  Received.  You can display it. |
| 11:25 | 18 | *(Exhibit No. 8152 received in evidence.)* |
| 11:25 | 19 | *(Document displayed.)* |
| 11:25 | 20 | BY MS. KELLER: |
| 11:25 | 21 | Q.   If we see the first page of the chart, can you tell us |
| 11:25 | 22 | what layers of organization we see there? |
| 11:25 | 23 | A.   It's the president and her direct reports. |
| 11:25 | 24 | Q.   And how many people -- the president being Adrienne |
| 11:25 | 25 | Fontanella? |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

129

| | | |
|---|---|---|
| 11:25 | 1 | A.   Correct. |
| 11:25 | 2 | Q.   And, by the way, did you ever talk about the Bratz name |
| 11:25 | 3 | with Adrienne Fontanella? |
| 11:26 | 4 | A.   I don't remember. |
| 11:26 | 5 | Q.   Were you aware that Adrienne Fontanella says, "Mattel |
| 11:26 | 6 | would never have used that name because we thought it was -- |
| 11:26 | 7 | it went against the image we wanted to project"? |
| 11:26 | 8 | MR. QUINN:  Objection. |
| 11:26 | 9 | THE WITNESS:  I don't remember. |
| 11:26 | 10 | THE COURT:  Sustained. |
| 11:26 | 11 | The question is stricken.  The answer is stricken. |
| 11:26 | 12 | MS. KELLER:   Okay. |
| 11:26 | 13 | THE COURT:  Just say "if," Counsel. |
| 11:26 | 14 | Hypothetically.  "If."  Don't make it a fact.  We haven't |
| 11:26 | 15 | heard from Adrienne Fontanella. |
| 11:26 | 16 | MS. KELLER:  All right. |
| 11:59 | 17 | BY MS. KELLER: |
| 11:26 | 18 | Q.   So under Adrienne Fontanella we've got layers of |
| 11:26 | 19 | executive vice presidents and SVP's, as well, right? |
| 11:26 | 20 | A.   Yeah.  They're not layers stacked on top of each other. |
| 11:26 | 21 | This is her equal team, her direct reports -- |
| 11:26 | 22 | Q.   And you're -- |
| 11:26 | 23 | A.   -- that are each responsible for a different area. |
| 11:26 | 24 | Q.   And you're listed here too? |
| 11:26 | 25 | A.   Correct. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:26 | 1 | THE COURT:  In other words, we could put these all |
| 11:26 | 2 | out on the same line? |
| 11:26 | 3 | THE WITNESS:  Correct.  They're not -- one isn't |
| 11:26 | 4 | over the other.  They're all equal. |
| 11:26 | 5 | THE COURT:  All on the same -- |
| 11:26 | 6 | THE WITNESS:  Yeah.  Correct. |
| 11:26 | 7 | THE COURT:  Okay. |
| | 8 | BY MS. KELLER: |
| 11:26 | 9 | Q.   Okay.  And if we could now go to the next page, this is |
| 11:26 | 10 | Exhibit 8152, page 3. |
| 11:27 | 11 | (Document displayed.) |
| 11:27 | 12 | THE WITNESS:  What about it? |
| 11:27 | 13 | BY MS. KELLER: |
| 11:27 | 14 | Q.   Now, we see the next layer at Mattel.  These are more |
| 11:27 | 15 | SVP's -- what does "SVP" stand for -- |
| 11:27 | 16 | A.   So this is taking one of those boxes that you saw |
| 11:27 | 17 | above, and now saying Adrienne's direct report named |
| 11:27 | 18 | "Jerome," who is an SVP of strategy and planning, what's his |
| 11:27 | 19 | team?  Because each of those direct reports of Adrienne were |
| 11:27 | 20 | responsible for a different aspect of the business.  And |
| 11:27 | 21 | each of those heads had a team under them. |
| 11:27 | 22 | Q.   All right.  And now let's go to page 4. |
| 11:27 | 23 | (Document displayed.) |
| 11:27 | 24 | BY MS. KELLER: |
| 11:27 | 25 | Q.   Now we see "Christina DeRosa," the vice president of |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

131

| | | |
|---|---|---|
| 11:27 | 1 | Girl Interactive Group and all the people under her, right? |
| 11:27 | 2 | A.   Correct. |
| 11:27 | 3 | Q.   Now let's go -- |
| 11:27 | 4 | A.   That was another division. |
| 11:27 | 5 | Q.   Now let's go to the next page. |
| 11:27 | 6 | *(Document displayed.)* |
| 11:27 | 7 | BY MS. KELLER: |
| 11:27 | 8 | Q.   Now we're seeing a different chart.  What is this a |
| 11:27 | 9 | chart of? |
| 11:28 | 10 | A.   Which page? |
| 11:28 | 11 | Q.   Page 5. |
| 11:28 | 12 | A.   It's Christina DeRosa's -- still her team just the |
| 11:28 | 13 | other -- the paper wasn't big enough, so it's a lateral |
| 11:28 | 14 | situation.  It's not people necessarily under them.  It's |
| 11:28 | 15 | more of her people. |
| 11:28 | 16 | Q.   Now let's go to page 6 and page 7 and page 8. |
| 11:28 | 17 | *(Documents displayed.)* |
| 11:28 | 18 | THE WITNESS:  Yeah.  So these are all -- 5 and |
| 11:28 | 19 | 6 were all the aspects under Matt Turetzky of strategy and |
| 11:28 | 20 | consumer research, so -- which some of these people were in |
| 11:28 | 21 | consumer research, some were in strategy. |
| 11:28 | 22 | MS. KELLER:  Let's go to pages 9 and 10.  We don't |
| 11:28 | 23 | need to spend a huge amount of time on 'em. |
| 11:28 | 24 | *(Documents displayed.)* |
| 11:28 | 25 | MS. KELLER:  And 11 and 12, 13. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

132

| | | |
|---|---|---|
| 11:28 | 1 | *(Documents displayed.)* |
| 11:28 | 2 | BY MS. KELLER: |
| 11:28 | 3 | Q.   And we're not gonna go through all of these, but there |
| 11:29 | 4 | are -- before we get down to the designers, we are way |
| 11:29 | 5 | down -- we've got samplemakers on page 63, right?  And we've |
| 11:29 | 6 | got some designers on page 65. |
| 11:29 | 7 |      Do you see all those? |
| 11:29 | 8 | A.   No, I'm not seeing them.  Sorry.  Where are the page |
| 11:29 | 9 | numbers 63 and 65?  I'm on 08152. |
| 11:29 | 10 | Q.   I'm looking at the number that comes after "TX." |
| 11:29 | 11 | A.   Right.  So all of mine say, "TX08152," dash, for |
| 11:29 | 12 | example, "0015," "-17," "-21." |
| 11:29 | 13 |      Are you talking about those numbers? |
| 11:30 | 14 | Q.   Yes. |
| 11:30 | 15 | A.   Okay.  So where do you want me to refer to?  Which |
| 11:30 | 16 | ones? |
| 11:30 | 17 | Q.   Well, let's say -- let's go all the way to page 45, |
| 11:30 | 18 | where we see Cassidy Beal-Park, who you've referred to at |
| 11:30 | 19 | the top of a tree. |
| 11:30 | 20 | A.   Yep.  That's one of the mainline pods. |
| 11:30 | 21 | Q.   And that's mainline Barbie? |
| 11:30 | 22 | A.   That's one of -- that is one of the mainline Barbie |
| 11:30 | 23 | groups. |
| 11:30 | 24 | Q.   And again, I don't want to spend too much time on it. |
| 11:30 | 25 | But we have, actually, page after page of these groups, |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:30 | 1 | don't we? |
| 11:30 | 2 | A.   Yeah.   There were hundreds of people that worked at |
| 11:30 | 3 | this company. |
| 11:30 | 4 | Q.   And so the designers are basically toward the end of |
| 11:30 | 5 | the organizational charts, right? |
| 11:30 | 6 | A.   In this book, the way -- the way this book is laid out, |
| 11:30 | 7 | yeah. |
| 11:30 | 8 | Q.   Well, in the way salaries were laid out, too, right?  I |
| 11:30 | 9 | mean, they weren't at the bottom with the seamstresses, but |
| 11:30 | 10 | they were not paid the way people were paid who were |
| 11:30 | 11 | managers, right? |
| 11:30 | 12 | A.   Designers are never paid as much as managers or senior |
| 11:30 | 13 | managers or -- well, I shouldn't say that.  There's actually |
| 11:31 | 14 | a few exceptions.  We had some designers that actually were |
| 11:31 | 15 | paid -- 'cause I started a whole track where -- 'cause |
| 11:31 | 16 | traditionally, you have to be a manager of other people to |
| 11:31 | 17 | earn the same money.  And I started a new track where a |
| 11:31 | 18 | designer didn't have to manage people to earn the same |
| 11:31 | 19 | management money.  So there was some people, like Kitty |
| 11:31 | 20 | Black Perkins, that were earning the same equal to what a |
| 11:31 | 21 | director would earn, but being an individual contributor as |
| 11:31 | 22 | a designer.  So that is not true. |
| 11:31 | 23 | Q.   None of these designers earned what you earned, true? |
| 11:31 | 24 | A.   Absolutely not.  You're right. |
| 11:31 | 25 | Q.   Okay.  Now, you had testified that you introduced |

| 11:31 | 1 | collaboration and cross-pollination into Mattel when you |
| 11:31 | 2 | arrived there in 1998 'cause you thought sharing of |
| 11:31 | 3 | knowledge was important, right? |
| 11:31 | 4 | A.   Yeah.  I'm not saying it wasn't there before.  I mean, |
| 11:31 | 5 | I want to be careful with the words -- |
| 11:31 | 6 | Q.   I understand. |
| 11:31 | 7 | A.   -- when you say -- I "fostered" and "encouraged" |
| 11:31 | 8 | creativity and collaboration more -- |
| 11:31 | 9 | Q.   And you said -- |
| 11:31 | 10 | A.   -- so than -- more collaboration than I would surmise |
| 11:31 | 11 | was there before. |
| 11:31 | 12 | Q.   And you said that you wanted to encourage designers to |
| 11:32 | 13 | pitch their own ideas, right? |
| 11:32 | 14 | A.   Yes. |
| 11:32 | 15 | Q.   And that's why you had blue sky slots.  Were those |
| 11:32 | 16 | there before you got there? |
| 11:32 | 17 | A.   No.  Those were there before I got there. |
| 11:32 | 18 | Q.   How many blue sky slots were there a year? |
| 11:32 | 19 | A.   I don't know. |
| 11:32 | 20 | Q.   One?  Two?  Three? |
| 11:32 | 21 | A.   I don't know.  There was -- I think it was one per |
| 11:32 | 22 | season.  It varied.  I don't know. |
| 11:32 | 23 | Q.   So -- okay.  Now, if we could see -- if you could take |
| 11:32 | 24 | a look at Exhibit 1291, a memo dated April 4 -- April 7th, |
| 11:32 | 25 | 2003. |

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

135

| | | |
|---|---|---|
| 11:32 | 1 | Do you recognize this as a memo you wrote? |
| 11:32 | 2 | A.   Yes. |
| 11:32 | 3 | MS. KELLER:  I would move it into evidence, |
| 11:32 | 4 | Your Honor. |
| 11:32 | 5 | THE COURT:  Received. |
| 11:32 | 6 | *(Exhibit No. 1291 received in evidence.)* |
| 11:32 | 7 | *(Document displayed.)* |
| | 8 | BY MS. KELLER: |
| 11:32 | 9 | Q.   Now, it begins, "The Vision." |
| 11:32 | 10 | And it talks about "envisioning creating a cultural |
| 11:32 | 11 | movement via a new doll for girls ages 7 through 10."  And |
| 11:33 | 12 | if we look down to the bottom of the paragraph, the last |
| 11:33 | 13 | line says, "The time is ripe to work differently at Mattel, |
| 11:33 | 14 | to think differently and more holistically, work more |
| 11:33 | 15 | collaboratively and change the culture inside and out." |
| 11:33 | 16 | Okay.  So, this is in 2003 that you're saying Mattel's |
| 11:33 | 17 | culture has to change inside and out, right? |
| 11:33 | 18 | A.   This was referring to the culture changing.  This was |
| 11:33 | 19 | beyond the design department.  This was the first time that |
| 11:33 | 20 | we were going to create a doll line with all of its |
| 11:33 | 21 | ancillary components, in terms of a DVD, potentially, a |
| 11:33 | 22 | CD -- so this was the first time, not within the design |
| 11:33 | 23 | center, because ever since I walked in the building, we were |
| 11:33 | 24 | working collaboratively and differently within the design |
| 11:33 | 25 | center. |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

136

| | | |
|---|---|---|
| 11:33 | 1 | This is the time I was calling for other areas in the |
| 11:33 | 2 | company to be around the table, so -- for example, the |
| 11:34 | 3 | marketing department, the licensing department -- so it was |
| 11:34 | 4 | a new cultural movement around the fact that all of these |
| 11:34 | 5 | other areas of the company that didn't necessarily even |
| 11:34 | 6 | report to me were now going to sit together and create a |
| 11:34 | 7 | doll line and all of its componentry at the same time.  That |
| 11:34 | 8 | was the cultural movement and collaboration I was speaking |
| 11:34 | 9 | about.  It's collaboration not among the designers, but |
| 11:34 | 10 | collaboration from design to marketing or design to |
| 11:34 | 11 | merchandising. |
| 11:34 | 12 | Q.   Here's my question:  Did you write, "The time is ripe |
| 11:34 | 13 | to work differently at Mattel?"  Yes or no? |
| 11:34 | 14 | A.   Yes. |
| 11:34 | 15 | Q.   Did you write, "To think differently and more |
| 11:34 | 16 | holistically, work more collaboratively and change the |
| 11:34 | 17 | culture inside and out"?  Did you write that? |
| 11:34 | 18 | A.   Yes, absolutely. |
| 11:34 | 19 | Q.   And the dolls that you were looking at were Flavas? |
| 11:34 | 20 | A.   No.  The dolls I was looking at here is |
| 11:34 | 21 | What's Her Face. |
| 11:35 | 22 | Q.   Now, Mattel had not become collaborative right after |
| 11:35 | 23 | you arrived there, had it? |
| 11:35 | 24 | A.   Within the design department, which is the one that |
| 11:35 | 25 | reported to me, um, we were more collaborative.  But that |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

137

| | | |
|---|---|---|
| 11:35 | 1 | was just within the design department. |
| 11:35 | 2 | Q.   Okay.  Let's look at -- I'd like for you to look at |
| 11:35 | 3 | Trial Exhibit 16074.  Do you see that document? |
| 11:35 | 4 | A.   Correct. |
| 11:35 | 5 | Q.   And are you one of the people who received that |
| 11:35 | 6 | document? |
| 11:35 | 7 | A.   Yes. |
| 11:35 | 8 | Q.   Okay. |
| 11:35 | 9 | MS. KELLER:  Your Honor, I would move that into |
| 11:35 | 10 | evidence. |
| 11:35 | 11 | THE COURT:  Received. |
| 11:35 | 12 | *(Exhibit No. 16074 received in evidence.)* |
| 11:35 | 13 | BY MS. KELLER: |
| 11:35 | 14 | Q.   Now, this document talks about -- this is |
| 11:35 | 15 | Ms. Fontanella talking about an opportunity to welcome you |
| 11:36 | 16 | to a very exciting new initiative, the 360 Task Force, a |
| 11:36 | 17 | process to build and manage stronger brands. |
| 11:36 | 18 | That's -- September 12, 2002, is the date of that? |
| 11:36 | 19 | A.   Correct. |
| 11:36 | 20 | Q.   And there are various things that are being asked of |
| 11:36 | 21 | people to try to build a stronger brand. |
| 11:36 | 22 | And if you look at page 2 of that document, under |
| 11:36 | 23 | "Barbie," the second column, we see that the person who is |
| 11:36 | 24 | listed after "Design," which is in the first column -- the |
| 11:36 | 25 | design team -- is you? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:36 | 1 | A.    Correct. |
| 11:36 | 2 | Q.    You're gonna be in charge of that. |
| 11:36 | 3 | Now let's go to -- |
| 11:36 | 4 | A.    No.  That's not what it says. |
| 11:36 | 5 | What it is, is this whole process is around managing |
| 11:36 | 6 | brands, not creating them.  And she was calling for a new |
| 11:36 | 7 | way to manage them.  And if you read into it, it said that |
| 11:36 | 8 | marketing, I think, was gonna be the lead of each of these |
| 11:36 | 9 | brands.  And what's listed here are the different |
| 11:37 | 10 | representatives from each of the components that equals |
| 11:37 | 11 | managing the brand. |
| 11:37 | 12 | Q.    Right.  And under "Design/Barbie" would be you? |
| 11:37 | 13 | A.    Yes. |
| 11:37 | 14 | Q.    Now, if you go to the next page, we see that the 360 |
| 11:37 | 15 | Task Force is gonna engage in open dialogue centered on |
| 11:37 | 16 | building and managing complete brands.  And identified are |
| 11:37 | 17 | the five guiding principles for creating stronger brands |
| 11:37 | 18 | that Mattel wants to do, and that includes: |
| 11:37 | 19 | "Creative interplay. |
| 11:37 | 20 | "Collaboration. |
| 11:37 | 21 | "Alignment. |
| 11:37 | 22 | "Execution. |
| 11:37 | 23 | "Accountability." |
| 11:37 | 24 | And these are all things that Mattel wants its people |
| 11:37 | 25 | to start doing -- |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

139

| | | |
|---|---|---|
| 11:37 | 1 | A.   No.  She -- |
| 11:37 | 2 | Q.   -- right? |
| 11:37 | 3 | A.   This, in fact, came from me modeling within the design |
| 11:37 | 4 | center.  I was exhibiting some of these traits.  And so what |
| 11:37 | 5 | this was, is, now Adrienne realized it was time to take what |
| 11:37 | 6 | I was doing in the design center and actually have it occur |
| 11:38 | 7 | for each of the brands.  So this was expanding on what I had |
| 11:38 | 8 | done in the design center and offering it as a new way to |
| 11:38 | 9 | work for everybody, not just the creative people. |
| 11:38 | 10 | Q.   Well, now, you became concerned while you were at |
| 11:38 | 11 | Mattel that Mattel was not the caldron of creativity and |
| 11:38 | 12 | innovation you've told us about when you got there, right? |
| 11:38 | 13 | A.   No, I was never concerned.  I was always willing to |
| 11:38 | 14 | push the envelope and make it better and better and |
| 11:38 | 15 | continuing to think about ways that we can increase it. |
| 11:38 | 16 | Q.   There was as many as 500 people working in the airplane |
| 11:38 | 17 | hangar, the Mattel design center, right? |
| 11:38 | 18 | A.   I don't know.  I remember I had around -- and I was |
| 11:38 | 19 | only in charge of the girls division -- between 2- and 280. |
| 11:38 | 20 | I don't know the total number 'cause there was the boys |
| 11:38 | 21 | division.  There were other people.  But it feels about |
| 11:38 | 22 | right, but I'm not sure. |
| 11:38 | 23 | Q.   Did you testify May 27, 2008, that there were as many |
| 11:39 | 24 | as 500 people working in there? |
| 11:39 | 25 | A.   There could be.  I mean, that feels -- |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

140

| | | |
|---|---|---|
| 11:39 | 1 | Q.   Did you testify -- |
| 11:39 | 2 | A.   If I -- If it's in there, I'm assuming I did.  I have |
| 11:39 | 3 | to trust I did. |
| 11:39 | 4 | Q.   And it was literally an airplane hangar? |
| 11:39 | 5 | A.   I think it was an airplane hanger or storage.  It was a |
| 11:39 | 6 | big space, a big open space. |
| 11:39 | 7 | Q.   And you decided to create a think-tank at Mattel to try |
| 11:39 | 8 | to get people to become more creative, and you called it |
| 11:39 | 9 | Project Platypus, right? |
| 11:39 | 10 | A.   Correct.  I experimented with something -- |
| 11:39 | 11 | Q.   Thank you. |
| 11:39 | 12 | And that was around the end of 2001, true? |
| 11:39 | 13 | A.   Somewhere in 2001. |
| 11:39 | 14 | Q.   It was a couple years before you left Mattel, right? |
| 11:39 | 15 | A.   Correct. |
| 11:39 | 16 | Q.   And the idea behind the project was to get 12 people to |
| 11:39 | 17 | get a three-month break from their regular duties at Mattel, |
| 11:39 | 18 | take 'em across the street and work in a studio for three |
| 11:39 | 19 | months, to try to get the creative juices flowing -- and |
| 11:39 | 20 | we'll go into that in a second -- but is that a synopsis of |
| 11:39 | 21 | it? |
| 11:39 | 22 | A.   Yeah, to try it yet a different way. |
| 11:39 | 23 | Q.   So you brought in all kinds of speakers for these |
| 11:39 | 24 | people, right? |
| 11:39 | 25 | A.   I brought in a few speakers for the session. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 141 of 156   Page ID #:290071
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

141

| | | |
|---|---|---|
| 11:40 | 1 | Q.    You brought in a union analyst to talk to -- to talk |
| 11:40 | 2 | about psychoanalysts *(sic)* with them? -- psychoanalysis. |
| 11:40 | 3 | A.    Not to talk about psychoanalysis.  To talk about |
| 11:40 | 4 | reading patterns; how you connect the patterns in the field |
| 11:40 | 5 | of trends that are going on. |
| 11:40 | 6 | Q.    You brought in an expert of collaborative living |
| 11:40 | 7 | systems? |
| 11:40 | 8 | A.    Correct. |
| 11:40 | 9 | Q.    You brought in an improv comedy instructor? |
| 11:40 | 10 | A.    Not comedy.  An improv artist that taught them how to |
| 11:40 | 11 | brainstorm differently. |
| 11:40 | 12 | Q.    You brought in a professor of laughter? |
| 11:40 | 13 | A.    Because we were doing a  -- |
| 11:40 | 14 | Q.    I'm asking you -- |
| 11:40 | 15 | A.    Yes, uh-huh. |
| 11:40 | 16 | Q.    You brought in a researcher in music and brain wave |
| 11:40 | 17 | activity. |
| 11:40 | 18 | A.    Yes. |
| 11:40 | 19 | Q.    Yes? |
| 11:40 | 20 |      You brought in a clown? |
| 11:40 | 21 | A.    Yes. |
| 11:40 | 22 | Q.    You -- basically, you were trying to do anything to get |
| 11:40 | 23 | these people thinking creatively again, right? |
| 11:40 | 24 | A.    No.  I wouldn't say that I was trying to do anything. |
| 11:40 | 25 | This was of the next evolution of creativity. |

142

| | | |
|---|---|---|
| 11:40 | 1 | Q.   Well, again, during this period sales were declining. |
| 11:40 | 2 | The new dolls that were being put out were not selling well, |
| 11:40 | 3 | right? |
| 11:40 | 4 | A.   I wouldn't say that.  They were sell -- they didn't |
| 11:40 | 5 | sell as well as Bratz, if that's what you mean.  But there |
| 11:41 | 6 | was some that were selling well.  But no one -- we couldn't |
| 11:41 | 7 | combat, yet, the numbers that Bratz had. |
| 11:41 | 8 | Q.   And one of the exercises:  You had everybody watch a |
| 11:41 | 9 | Japanese tea ceremony as the way to hone the team's |
| 11:41 | 10 | observational skills, right? |
| 11:41 | 11 | A.   Yes, as a way of learning how to observe. |
| 11:41 | 12 | Q.   You had -- you had rapid-fire story telling during |
| 11:41 | 13 | which team members had to take turns adding the next line to |
| 11:41 | 14 | a story as fast as they could, right? |
| 11:41 | 15 | A.   Correct. |
| 11:41 | 16 | Q.   And you wanted to prove to people that they didn't have |
| 11:41 | 17 | to be in these narrow boxes, that they could -- their |
| 11:41 | 18 | thinking and their creative juices could be free-flowing, |
| 11:41 | 19 | right? |
| 11:41 | 20 | A.   No.  The mission was, I believe, that you have to keep |
| 11:41 | 21 | giving people new input to be creative.  So this was a |
| 11:41 | 22 | methodology, unlike what was going on in the design center, |
| 11:42 | 23 | where I was able to take people out of their jobs and give |
| 11:42 | 24 | them some new input, new things to think about, new ways to |
| 11:42 | 25 | work to generate ideas, because I saw what was working when |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 143 of 156   Page ID #:290073
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

143

| | | |
|---|---|---|
| 11:42 | 1 | I let the designers loose in the design center. |
| 11:42 | 2 | Q.   And so what you had to do was you to -- well, let me |
| 11:42 | 3 | follow up on that. |
| 11:42 | 4 | When you let the designers loose in the design center, |
| 11:42 | 5 | can you tell us Project Platypus, when you took those -- |
| 11:42 | 6 | those people, those twelve people out of Mattel for three |
| 11:42 | 7 | months at that time and took 'em across the street to do |
| 11:42 | 8 | things like watch tea ceremonies and listen to clowns, |
| 11:42 | 9 | wouldn't you say that that was a little bit of a desperation |
| 11:42 | 10 | move to try to get some people's creativity going again? |
| 11:42 | 11 | A.   Absolutely not.  I would not call it desperation.  I |
| 11:42 | 12 | would call it the next -- taking the learnings that I have |
| 11:42 | 13 | learned from over at the design center and willing to use |
| 11:42 | 14 | those at the -- to the next level.  It was not desperation. |
| 11:43 | 15 | It was -- it was an experiment that I did, at first, on |
| 11:43 | 16 | my own time, actually, because I just wanted to see if it |
| 11:43 | 17 | would work, because I was passionate about taking it to the |
| 11:43 | 18 | next level so... |
| 11:43 | 19 | Q.   Well, let me ask you a question here. |
| 11:43 | 20 | At the end, you surveyed these people and asked 'em |
| 11:43 | 21 | what it was that they enjoyed most about the project, true? |
| 11:43 | 22 | A.   Uh, true. |
| 11:43 | 23 | Q.   And what they said was "a more playful environment in |
| 11:43 | 24 | which to work," "freedom to design outside the box," "voices |
| 11:43 | 25 | outside the company," "a family atmosphere." |

| | | |
|--|--|--|
| 11:43 | 1 | So those things were new to them, right? |
| 11:43 | 2 | A.   Aspects of those.  Like the fact that there was only |
| 11:43 | 3 | twelve of them in a group -- yeah, the fact that we were |
| 11:43 | 4 | bringing in outside -- there was new techniques that I was |
| 11:43 | 5 | infusing.  Some were existing techniques, others were new. |
| 11:43 | 6 | The real newness was that we were almost operating like |
| 11:43 | 7 | a smaller mini company within a company. |
| 11:43 | 8 | Q.   Well, when they told you that what they really enjoyed |
| 11:44 | 9 | was freedom to design outside the box, doesn't that tell you |
| 11:44 | 10 | that across the street they felt they didn't have freedom to |
| 11:44 | 11 | design outside the box -- |
| 11:44 | 12 | A.   No. |
| 11:44 | 13 | Q.   -- they were librated? |
| 11:44 | 14 | A.   I only remember the words "freedom to design outside |
| 11:44 | 15 | the box."  I remember it was very freeing to not have any -- |
| 11:44 | 16 | like we said, so -- was doing the once a year exercise that |
| 11:44 | 17 | I employed at the design center, so it doesn't mean it was |
| 11:44 | 18 | the only place. |
| 11:44 | 19 | Platypus was unique because it built on what I had done |
| 11:44 | 20 | in the design center, which was letting people come up with |
| 11:44 | 21 | their own brands once or twice a year, and then giving them |
| 11:44 | 22 | new input, new information, and new skill sets. |
| 11:44 | 23 | So, in some cases, it was similar.  And I did it to add |
| 11:44 | 24 | on new aspects to the process. |
| 11:44 | 25 | Q.   Well, when you were interviewed about Project Platypus, |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 145 of 156   Page ID #:290075
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

145

| | | |
|---|---|---|
| 11:44 | 1 | which you were for many magazines/publications, you said |
| 11:44 | 2 | that you thought to yourself, as you looked out over the sea |
| 11:44 | 3 | of gray cubes, "I've got to get these people out of their |
| 11:44 | 4 | boxes." |
| 11:44 | 5 | A.   Yeah, physical boxes.  Because the whole idea was they |
| 11:45 | 6 | were in gray cubes.  So Platypus, one of the things was it |
| 11:45 | 7 | was -- people didn't have gray boxes to be in.  They had -- |
| 11:45 | 8 | actually, it was a space with desks with wheels. |
| 11:45 | 9 | So part of it was my belief in creativity is you have |
| 11:45 | 10 | to get people out of their space or out of their box to get |
| 11:45 | 11 | maximum creativity.  But I'm someone that goes slowly.  Like |
| 11:45 | 12 | you can't -- if I had walked in -- |
| 11:45 | 13 | MS. KELLER:  Excuse me.  Nonresponsive. |
| 11:45 | 14 | THE COURT:  No.  It's responsive. |
| 11:45 | 15 | Finish your answer. |
| 11:45 | 16 | THE WITNESS:  Yeah.  I'm someone that -- I have |
| 11:45 | 17 | to -- if I had walked in and immediately, upon my first year |
| 11:45 | 18 | of being at Mattel, said, "I have this idea.  I want to take |
| 11:45 | 19 | people out of their jobs for three months to make 'em |
| 11:45 | 20 | create," that would never work -- try working with them |
| 11:45 | 21 | differently, that would be irresponsible of me and would not |
| 11:45 | 22 | have worked. |
| 11:45 | 23 | THE COURT:  All right.  Thank you. |
| 11:45 | 24 | Counsel. |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB  Document 9705  Filed 01/27/11  Page 146 of 156  Page ID #:290076
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

146

| 11:45 | 1 | BY MS. KELLER: |
| 11:45 | 2 | Q.   So looking out over the sea of gray cubes and the |
| 11:45 | 3 | hangar and thinking that you've got to get these people out |
| 11:45 | 4 | of their boxes, that really dovetailed with the fact that |
| 11:46 | 5 | Mattel's sales had been sinking, right? |
| 11:46 | 6 | A.   No.  That was not my connection.  It dovetailed with -- |
| 11:46 | 7 | my job is to make people as creative as possible, and one of |
| 11:46 | 8 | the ways that I believe -- and, yes, we were up against |
| 11:46 | 9 | challenges of constantly coming up with new creative ideas. |
| 11:46 | 10 | And my belief was that getting them out of their -- |
| 11:46 | 11 | changing -- Einstein even said, "When you can't solve a |
| 11:46 | 12 | problem, you get out of the environment that you're in and |
| 11:46 | 13 | go to another place."  And there's stories where he left his |
| 11:46 | 14 | studio, went to his bathtub, and he got a great idea.  So I |
| 11:46 | 15 | do believe that changing place changes thinking. |
| 11:46 | 16 | BY MS. KELLER: |
| 11:46 | 17 | Q.   And when you can't solve a problem -- and you had a |
| 11:46 | 18 | problem at Mattel? |
| 11:46 | 19 | A.   We -- |
| 11:46 | 20 | Q.   You had a problem.  You weren't making -- |
| 11:46 | 21 | MR. QUINN:  Your Honor.  This is just argument. |
| 11:46 | 22 | THE COURT:  This is a statement.  I'm going to |
| 11:46 | 23 | stop both of you. |
| 11:46 | 24 | Ask a question, Counsel. |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 147 of 156   Page ID #:290077
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

147

| | | |
|---|---|---|
| 11:59 | 1 | BY MS. KELLER: |
| 11:46 | 2 | Q.   Okay.  You quoted Einstein just now:  "When you can't |
| 11:46 | 3 | solve a problem," you know, you have to take a different |
| 11:46 | 4 | approach. |
| 11:46 | 5 | You had a problem at Mattel at the time, right? |
| 11:46 | 6 | A.   We had challenges. |
| 11:47 | 7 | THE COURT:  Answer the question. |
| 11:47 | 8 | THE WITNESS:  We had -- that's a very broad |
| 11:47 | 9 | statement:  That we had a problem. |
| 11:47 | 10 | THE COURT:  She asked you if you had a problem, |
| 11:47 | 11 | and you responded, "We have challenges."  So now we're |
| 11:47 | 12 | fighting between the difference between challenges -- |
| 11:47 | 13 | THE WITNESS:  Okay.  Fine.  We had a problem. |
| | 14 | BY MS. KELLER: |
| 11:47 | 15 | Q.   You never went to Carter Bryant and asked him to design |
| 11:47 | 16 | an urban, edgy, ethnic doll, did you? |
| 11:47 | 17 | A.   I don't remember if I did or didn't. |
| 11:47 | 18 | Q.   You never went to Carter Bryant and said, "We need a |
| 11:47 | 19 | doll with urban, edgy, ethnic friends," did you? |
| 11:47 | 20 | A.   No.  That idea came from another designer. |
| 11:47 | 21 | Q.   You never went to Carter Bryant -- |
| 11:47 | 22 | A.   No, I did not. |
| 11:47 | 23 | Q.   -- nor did you direct anyone to go to him and say, "We |
| 11:47 | 24 | think Barbie should be ethnic, urban and edgy," right? |
| 11:47 | 25 | A.   I did not go to anyone specifically or Carter Bryant |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

148

| | | |
|---|---|---|
| 11:47 | 1 | and ask him that, correct. |
| 11:47 | 2 | Q.   You never went to Carter Bryant and said, "We think |
| 11:47 | 3 | Barbie is getting dated, and we want you to use your |
| 11:47 | 4 | creativity to come up with a doll that appeals to this very |
| 11:48 | 5 | diverse group of little girls out there," did you? |
| 11:48 | 6 | A.   Carter Bryant was -- every -- |
| 11:48 | 7 | Q.   Did you? |
| 11:48 | 8 | A.   -- designer was given that challenge. |
| 11:48 | 9 | Q.   I'm asking if you -- |
| 11:48 | 10 | A.   Me, personally, walking over to him?  No. |
| 11:48 | 11 | Q.   Or directing anyone to do that? |
| 11:48 | 12 | A.   Yes.  Their bosses -- yes, I would direct their bosses |
| 11:48 | 13 | to do that to their teams. |
| 11:48 | 14 | Q.   Did you direct anyone to go to Carter Bryant and say, |
| 11:48 | 15 | "We think Barbie is getting dated, and we want you to come |
| 11:48 | 16 | up with a doll, a multi-ethnic, edgy, urban doll that |
| 11:48 | 17 | appeals to little girls out there who aren't currently |
| 11:48 | 18 | buying our product" -- |
| 11:48 | 19 | A.   No, I -- |
| 11:48 | 20 | Q.   -- yes or no? |
| 11:48 | 21 | A.   No, I did not. |
| 11:48 | 22 | Q.   And Carter Bryant never got invited to participate in |
| 11:48 | 23 | Project Platypus, did he? |
| 11:48 | 24 | A.   No, he did not. |
| 11:48 | 25 | Q.   Now -- |

DEBBIE GALE, U.S. COURT REPORTER

| 11:48 | 1 | A.   He was –– he was gone, I think, by the time Project |
| 11:48 | 2 | Platypus even happened. |
| 11:48 | 3 | Q.   And right after you left, Project Platypus ended at |
| 11:48 | 4 | Mattel, right? |
| 11:49 | 5 | A.   No, it lived on.  Dave Kheuler ran it for about –– I |
| 11:49 | 6 | don't know whether it was six months or eight months.  And |
| 11:49 | 7 | then he left to go to Procter & Gamble, who now does it with |
| 11:49 | 8 | great success. |
| 11:49 | 9 | Q.   Did you testify on January 17, 2008, that Mattel |
| 11:49 | 10 | stopped the project shortly after you left? |
| 11:49 | 11 | A.   Yeah, shortly after I left.  As I just said, I think it |
| 11:49 | 12 | was around six months after when David Kheuler left. |
| 11:49 | 13 | Q.   Okay.  I've got one last question for you. |
| 11:49 | 14 | *(Document displayed.)* |
| 11:49 | 15 | BY MS. KELLER: |
| 11:49 | 16 | Q.   Exhibit 1291 that we talked about, which is dated April |
| 11:49 | 17 | 7th, '03, and you said it concerned the What's Her Face doll |
| 11:49 | 18 | and not Flavas? |
| 11:49 | 19 | A.   I think so, only because the company "Play" did the |
| 11:50 | 20 | immersion session on What's Her Face.  I don't remember them |
| 11:50 | 21 | doing it on Flavors (sic). |
| 11:50 | 22 | Q.   What's Her Face was released in 2001 and discontinued |
| 11:50 | 23 | after 2003, wasn't it? |
| 11:50 | 24 | A.   Okay.  So maybe –– but something's wrong, then –– this |
| 11:50 | 25 | date, because Play never came in to do this work. |

Case 2:04-cv-09049-DOC-RNB   Document 9705   Filed 01/27/11   Page 150 of 156   Page ID #:290080
CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

150

| | | |
|---|---|---|
| 11:50 | 1 | Q.   My question is What's Her Face was released in 2001 and |
| 11:50 | 2 | discontinued after 2003, correct? |
| 11:50 | 3 | A.   I don't remember, as I stated earlier, its discontinue |
| 11:50 | 4 | date.  I don't know that for sure -- what date. |
| 11:50 | 5 | Q.   So you're telling us you don't know what doll this |
| 11:50 | 6 | refers to? |
| 11:50 | 7 | A.   I am -- something is a little odd here.  Because this |
| 11:50 | 8 | particular -- and I don't know -- this particular |
| 11:50 | 9 | description, with Play coming in, was around |
| 11:50 | 10 | What's Her Face.  Yet, this date on top says -- which looks |
| 11:50 | 11 | like it's a strange date.  It says "03."  But something's |
| 11:50 | 12 | wrong. |
| 11:50 | 13 | Q.   Am I correct that you can't say what doll that refers |
| 11:51 | 14 | to? |
| 11:51 | 15 | A.   I think, if I read the description, it relates to the |
| 11:51 | 16 | What's Her Face 'cause that's where I brought the company |
| 11:51 | 17 | Play in to run the brainstorm.  Yet the date doesn't appear |
| 11:51 | 18 | to match, so, therefore, I can't be sure. |
| 11:51 | 19 | MS. KELLER:  Thank you. |
| 11:51 | 20 | Your Honor, we would like to offer into evidence, |
| 11:51 | 21 | Your Honor, Exhibits 258-A, 257-A. |
| 11:51 | 22 | THE COURT:  Just a minute.  Just a minute. |
| 11:51 | 23 | Now, what's your first exhibit? |
| 11:51 | 24 | MS. KELLER:  258-A. |
| 11:51 | 25 | THE COURT:  258-A. |

| | | |
|---|---|---|
| 11:51 | 1 | MS. KELLER:  257-A. |
| 11:51 | 2 | THE COURT:  257-A. |
| 11:51 | 3 | MS. KELLER:  259-A. |
| 11:51 | 4 | THE COURT:  259-A. |
| 11:52 | 5 | MS. KELLER:  48-A. |
| 11:52 | 6 | THE COURT:  48-A. |
| 11:52 | 7 | MS. KELLER:  261-A. |
| 11:52 | 8 | THE COURT:  261-A. |
| 11:52 | 9 | Many of these have been received already, Counsel. |
| 11:52 | 10 | MS. KELLER:  48-C-1. |
| 11:52 | 11 | THE COURT:  48-C-1. |
| 11:52 | 12 | MS. KELLER:  And the Sailor Moon book we referred |
| 11:52 | 13 | to, 17758. |
| 11:52 | 14 | THE COURT:  17758. |
| 11:52 | 15 | MS. KELLER:  The Diva Starz, 17384. |
| 11:52 | 16 | THE COURT:  -384. |
| 11:52 | 17 | MS. KELLER:  That's it. |
| 11:52 | 18 | Thank you, Your Honor. |
| 11:52 | 19 | THE COURT:  Okay, Counsel. |
| 11:52 | 20 | (To the jury:)  Why don't we send you to lunch. |
| 11:52 | 21 | That's what we can do during our lunch hour.  Okay? |
| 11:52 | 22 | Good idea, isn't it? |
| 11:52 | 23 | So you go to lunch, and we won't.  Okay? |
| 11:52 | 24 | Now, you're admonished not to discuss this matter |
| 11:52 | 25 | nor form or express any opinion concerning the case.  To |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

152

| | | |
|---|---|---|
| 11:52 | 1 | make it easy, let's make it 1:00 o'clock. |
| 11:52 | 2 | Can we try one hour today?  If that doesn't work, |
| 11:53 | 3 | we'll go back to an hour and 15 tomorrow.  Okay? |
| 11:53 | 4 | Okay.  Now, don't talk to anybody about the case. |
| 11:53 | 5 | Go have a nice lunch now. |
| 11:53 | 6 | Counsel, we'll remain in session. |
| 11:53 | 7 | *(Jury recesses for lunch.)* |
| 11:53 | 8 | *(Outside the presence of the jury.)* |
| 11:53 | 9 | THE COURT:  All right.  Counsel, thank you for |
| 11:53 | 10 | your courtesy.  If you would be seated. |
| 11:53 | 11 | Now, first, most of these exhibits don't come as |
| 11:53 | 12 | any surprise.  They're listed under "Lily Martinez," who's |
| 11:53 | 13 | the next witness.  But let's go through them slowly and just |
| 11:53 | 14 | make certain that they're acceptable to both parties. |
| 11:53 | 15 | 258-A, any objection? |
| 11:53 | 16 | MR. QUINN:  No, no objection. |
| 11:53 | 17 | THE COURT:  All right.  258-A is received. |
| 11:53 | 18 | *(Exhibit No. 258-A received in evidence.)* |
| 11:53 | 19 | THE COURT:  257, which was going to come in |
| 11:54 | 20 | through Lily Martinez.  Any objection? |
| 11:54 | 21 | MR. QUINN:  No, objection. |
| 11:54 | 22 | THE COURT:  Okay.  Received. |
| 11:54 | 23 | 257-A. |
| 11:54 | 24 | *(Exhibit No. 257-A received in evidence.)* |
| 11:54 | 25 | MR. QUINN:  Your Honor, can Ms. Ross leave the |

DEBBIE GALE, U.S. COURT REPORTER

| 11:54 | 1 | stand? |
| 11:54 | 2 | THE COURT:  No, not yet.  We're enjoying her.  I'm |
| 11:54 | 3 | kidding you.  Sit down for just a moment. |
| 11:54 | 4 | THE WITNESS:  I'll stay. |
| 11:54 | 5 | THE COURT:  We'll check off the exhibits that |
| 11:54 | 6 | you've seen for just a moment. |
| 11:54 | 7 | THE WITNESS:  Okay. |
| 11:54 | 8 | THE COURT:  Just to be sure. |
| 11:54 | 9 | THE WITNESS:  Okay. |
| 11:54 | 10 | THE COURT:  Would somebody like to hold these up |
| 11:54 | 11 | as we go?  Excellent. |
| 11:54 | 12 | 257-A.  Okay. |
| 11:54 | 13 | 258-A.  Thank you. |
| 11:54 | 14 | 259?  Thank you. |
| 11:54 | 15 | Any objection, Counsel? |
| 11:54 | 16 | MR. QUINN:  No. |
| 11:54 | 17 | *(Exhibit No. 259-A received in evidence.)* |
| 11:54 | 18 | THE COURT:  48-A.  Now we previously received |
| 11:54 | 19 | portions of 48-A, but let's see what portions you're looking |
| 11:54 | 20 | at.  Show those to Mr. Quinn. |
| 11:55 | 21 | MR. QUINN:  That's all fine. |
| 11:55 | 22 | THE COURT:  48-A is received. |
| 11:55 | 23 | *(Exhibit No. 48-A received in evidence.)* |
| 11:55 | 24 | THE COURT:  Now, 261-A.  Remember, we had a large |
| 11:55 | 25 | compilation of documents.  But what we never did is we never |

CV 04-9049 DOC - 1/19/2011 - Day 4, Volume 1 of 3

154

| | | |
|---|---|---|
| 11:55 | 1 | went through those separately. |
| 11:55 | 2 | Do you want the whole compilation, or do you want |
| 11:55 | 3 | just the ones you've referred to? |
| 11:55 | 4 | MR. QUINN:  No objection. |
| 11:55 | 5 | THE COURT:  No objection.  261-A is received. |
| 11:55 | 6 | *(Exhibit No. 261-A received in evidence.)* |
| 11:55 | 7 | THE COURT:  Then 48-C-1. |
| 11:55 | 8 | MS. HURST:  It's the blue-haired doll. |
| 11:55 | 9 | THE COURT:  Blue-haired doll.  Excellent. |
| 11:55 | 10 | Any objection? |
| 11:55 | 11 | MR. QUINN:  None. |
| 11:55 | 12 | THE COURT:  Received. |
| 11:55 | 13 | *(Exhibit No. 48-C-1 received in evidence.)* |
| 11:55 | 14 | THE COURT:  17758. |
| 11:55 | 15 | MS. HURST:  Sailor Moon, Your Honor.  It's the |
| 11:55 | 16 | book. |
| 11:55 | 17 | THE COURT:  Sailor Moon.  Tangible.  Received. |
| 11:55 | 18 | *(Exhibit No. 17758 received in evidence.)* |
| 11:55 | 19 | THE COURT:  And 17384, which I didn't have on my |
| 11:55 | 20 | list. |
| 11:55 | 21 | MS. HURST:  It's a Diva Starz.  Tia, T-I-A. |
| 11:56 | 22 | THE COURT:  Any objection? |
| 11:56 | 23 | MR. QUINN:  No objection. |
| 11:56 | 24 | THE COURT:  Okay.  That's received. |
| 11:56 | 25 | *(Exhibit No. 17384 received in evidence.)* |

CV 04-9049 DOC – 1/19/2011 – Day 4, Volume 1 of 3

155

| | | |
|---|---|---|
| 11:56 | 1 | THE COURT:  So can I inform the jury that 258-A, |
| 11:56 | 2 | 257-A, 259-A, 48-A, 261-A, 48-C-1, 17758, and 17384 have |
| 11:56 | 3 | been received? |
| 11:56 | 4 | MR. QUINN:  Yes. |
| 11:56 | 5 | MR. McCONVILLE:  Yes. |
| 11:56 | 6 | THE COURT:  I want to thank you. |
| 11:56 | 7 | Ms. Ross, if you would return promptly at 1:00 |
| 11:56 | 8 | o'clock.  Okay? |
| 11:56 | 9 | Now, Counsel, I'll see you promptly at |
| 11:56 | 10 | 1:00 o'clock. |
| 11:56 | 11 | I'll retain one counsel from each side.  Mr. Price |
| 11:56 | 12 | I'll retain you, and I'll retain Mr. McConville, and I want |
| 11:57 | 13 | Mr. Zeller and Ms. Hurst to be here. |
| 11:57 | 14 | *(Lunch recess held at 11:57 a.m.)* |
| 11:57 | 15 | *(Further proceedings reported by Jane Sutton* |
| 11:57 | 16 | *Rule in Volume II.)* |
| 11:57 | 17 | -oOo- |
| 11:57 | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

11:57   1                              -oOo-

11:57   2

11:57   3                           CERTIFICATE

11:57   4

11:57   5        I hereby certify that pursuant to Section 753,

11:57   6   Title 28, United States Code, the foregoing is a true and

11:57   7   correct transcript of the stenographically reported

11:57   8   proceedings held in the above-entitled matter and that the

11:57   9   transcript page format is in conformance with the

11:57   10  regulations of the Judicial Conference of the United States.

11:57   11

11:57   12  Date:  January 19, 2011

11:57   13

11:57   14
11:57
11:57   15   _____
11:57
11:57   16        DEBBIE GALE, U.S. COURT REPORTER
            CSR NO. 9472, RPR
11:57   17

        18

        19

        20

        21

        22

        23

        24

        25