Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 1 of 167   Page ID #:290087
CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

1

1          **UNITED STATES DISTRICT COURT**

2          **CENTRAL DISTRICT OF CALIFORNIA**

3       **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    – – – – – – –

5

6    MATTEL, INC., ET AL.,              )
                                        )
7              Plaintiffs,              )
                                        )
8         vs.                           ) No. CV 04-9049-DOC
                                        )    Day 4
9    MGA ENTERTAINMENT, INC., ET AL.,   )    Volume 2 of 3
                                        )
10             Defendants.              )
     _____   )

11

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                     Jury Trial

17                 Santa Ana, California

18              Wednesday, January 19, 2011

19

20

21

22   Jane C.S. Rule, CSR 9316
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-7755
25
     11-01-19 MattelV2

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 2 of 167   Page ID #:290088
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

2

1    **APPEARANCES OF COUNSEL:**

2

3    FOR PLAINTIFFS MATTEL, INC., ET AL.:

4              QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
               By:  JOHN B. QUINN
5                   MICHAEL T. ZELLER
                    WILLIAM PRICE
6                   Attorneys at Law
               865 South Figueroa Street
7              10th Floor
               Los Angeles, California 90017-2543
8              (213) 443-3000

9

10   FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

11             ORRICK, HERRINGTON & SUTCLIFFE, LLP
               BY:  THOMAS S. MC CONVILLE
12                  Attorney at Law
               4 Park Plaza
13             Suite 1600
               Irvine, California 92614
14             (949) 567-6700

15             - AND -

16             ORRICK, HERRINGTON & SUTCLIFFE, LLP
               BY:  ANNETTE L. HURST
17                  Attorney at Law
               405 Howard Street
18             San Francisco, California 94105
               (415) 773-5700
19
               - AND -
20
               KELLER RACKAUCKAS, LLP
21             BY:  JENNIFER L. RACKAUCKAS
                    Attorney at Law
22             18500 Von Karman Avenue
               Suite 560
23             Irvine, California 92612
               (949) 476-8700

24

25

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

3

```
1    APPEARANCES OF COUNSEL (Continued):

2

3    FOR DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

4              SCHEPER, KIM & OVERLAND, LLP
               BY:  ALEXANDER H. COTE
5                   Attorney at Law
               601 West Fifth Street
6              12th Floor
               Los Angeles, California 90071
7              (213) 613-4660

8              - AND -

9              LAW OFFICES OF MARK E. OVERLAND
               BY:  MARK E. OVERLAND
10                  Attorney at Law
               100 Wilshire Boulevard
11             Suite 950
               Santa Monica, California 90401
12             (310) 459-2830

13

14   Also Present:

15             ROBERT ECKERT, Mattel CEO

16             ISAAC LARIAN, MGA CEO

17             KEN KOTARSKI, Mattel Technical Operator

18             MIKE STOVALL, MGA Technical Operator

19

20

21

22

23

24

25
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 4 of 167   Page ID #:290090
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

4

```
 1                        I N D E X

 2

 3

 4                      EXAMINATION

 5

 6    Witness Name        Direct     Cross    Redirect    Recross

 7    ROSS, IVY
         By Mr. Quinn                            5
 8       By Ms. Keller                                      16

 9    MARTINEZ, LILIANA
         By Mr. Quinn      34                   160
10       By Ms. Keller                79

11

12

13                       EXHIBITS

14

15    Exhibit                      Identification     Evidence

16    Plaintiffs' No. 293R-1                            165

17    Plaintiffs' No. 20584                              75

18    Plaintiffs' No. 20585                              73

19    Defendants' Nos. 48C-2, 48C-3                     147

20    Defendants' Nos. 257, 258, 259, 17769             91

21    Defendants' No. 286                               164

22    Defendants' No. 288                               123

23    Defendants' No. 17562                             159

24    Defendants' No. 34639                             134

25    Defendants' No. 40000                             144
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 5 of 167   Page ID #:290091
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

5

1            **SANTA ANA, CALIFORNIA, WEDNESDAY, JANUARY 19, 2011**

2                      **DAY 4, VOLUME 2 OF 3**

3                          **(1:03 p.m.)**

4              *(The following proceedings is taken in the*

5        *presence of the jury.)*

6              THE COURT:  We are back on the record.  All

7     counsel are present.  Ms. Ross is present.  If you'd have a

8     seat, Counsel, thank you for your courtesy.

9              And Mr. Quinn, your redirect, please.

10             MR. QUINN:  Shutting off the phone, your Honor.

11             THE COURT:  Oh, that's okay.

12             Let me get your phone, Mr. Quinn.

13             *(Laughter.)*

14          **IVY ROSS, PLAINTIFFS' WITNESS, RESUMED**

15             **REDIRECT EXAMINATION (**Continued)

16    BY MR. QUINN:

17    Q     Good afternoon.

18          Ms. Ross, you were asked a number of questions about

19    Exhibit 1291, the vision document; Exhibit 16074, that

20    Barbie 360 task force e-mail from Adrienne Fontanella, and

21    also by Project Platypus, do you recall those questions

22    about whether this indicated that you hadn't been successful

23    in fostering creativity at Mattel, do you recall that?

24    A     Yes, I do.

25    Q     In each of these instances, were these all instances

6

```
1    where the programs to foster creativity that you had

2    developed at the design center were being expanded to

3    outside the design center?

4    A    The attitude was, they were different programs, because

5    you can't do the exact same program when you're bringing in

6    marketing people, financial people, but it was a build on

7    this idea around collaboration and looking at things

8    holistically, meaning, I think previously there was a lot of

9    what I call handing off, so the design department would do

10   something, hand it off to the marketing department, who

11   would then hand it off to the entertainment department.  So

12   it was very linear, and my approach was get everyone around

13   the table and talk about the ideas together.

14        So those other iterations that you mentioned or other

15   programs were in service to this idea of collaboration and

16   more holistically creating at the beginning together than

17   this what I call baton passing.

18   Q    So was this trying to involve people outside of the

19   design center in the type of collaboration which you had

20   been focusing on successfully in the design center?

21   A    Yes, all those other efforts and initiatives that were

22   mentioned were ones that started to integrate other

23   departments beyond just the design center.

24   Q    And from your standpoint, did that -- the company's

25   willingness to do that, did that indicate to you that the
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

7

```
 1    company regarded your efforts within the design center as a
 2    success or not a success?
 3    A    Clearly a success.
 4    Q    And Project Platypus, which we heard some things about,
 5    did that only involve people in the design center?
 6    A    No, that --
 7    Q    Can you explain who was involved in that?
 8    A    We took people into the program from the financial
 9    area, the marketing area, the engineering, manufacturing.
10    The idea was to bring in others to this process beyond just
11    the people that just worked for me.
12    Q    And your efforts in that regard have been written up in
13    books?
14    A    Yeah, they were actually used as two examples in Change
15    Management, Best Practices Change Leadership and one other
16    as examples of how to change cultures.
17    Q    And have you been asked to do something like that at
18    the Gap as well?
19    A    Yeah, in fact, I'm starting at the end of March -- the
20    end of February, sorry, the first session, and Proctor &
21    Gamble, for which I sit on the design board of, they came
22    and took a look at the Platypus model and created something
23    similar that I now sit on the board and am able to review
24    that mimics parts of that process.
25    Q    You indicated in response to one of Ms. Keller's
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 8 of 167   Page ID #:290094
CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

8

1    questions, that with respect to this Grand Entrance Barbie,

2    Carter Bryant art directed it, if I heard you correctly?

3    A    Yes, that's a term that I used.

4    Q    What does it mean, "art direction"?

5    A    Meaning even though he didn't make the sculpt, an art

6    director is responsible for the look of something.  So what

7    you do is you pick -- like I stated, he chose what skin

8    tone, what hair style, what face makeup, so he's art

9    directing it to make the whole -- all the parts come

10   together in the vision in which he imagined this dress being

11   worn on a figure.

12   Q    And is that a typical role for a doll designer at

13   Mattel?

14   A    Yeah, I've -- I mean, art director would explain --

15   it's not a word we use internally.  It's a word that's used

16   externally, but it absolutely explains the process of when

17   someone holds a vision, they create a vision and they have

18   it in mind's eye and they then either sketch it or model it,

19   and then it has to go to other people to execute it.

20       So the idea is that they are responsible for that

21   vision, and they need to convey to all the people that are

22   going to touch it, how to execute against it.

23   Q    Have you ever represented to anyone that you have an

24   MBA from the Harvard Business School?

25   A    Never.

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

9

1    Q    You referred to the certificate that you have, what

2    program is that?

3    A    It's PMD program, professional management development,

4    and until Harvard sent me a letter asking me for money

5    saying I was a Harvard graduate, I didn't realize I can say

6    that, but I clearly am, and I'm considered a Harvard alumni,

7    and it's a professional management development program for

8    people that have reached --

9    Q    You're an alumni at least from the standpoint of their

10   fundraising activity?

11   A    Clearly.  No, it's a program for which you get a

12   certificate at the end of.

13   Q    Is that a well-respected program?

14   A    Absolutely.

15   Q    What is LinkedIn?

16   A    It's one of the social networking but more

17   business-minded networks.

18   Q    You can put some information about yourself on -- at

19   that site?

20   A    Yes, and the irony is I never finished it because it's

21   not where people go to look for my resume, but people --

22   it's like people friend you, and so I think I started with

23   the Disney Store because I was at the Disney Store at the

24   time, may have only put that in, and then people friended me

25   and said people who notified you worked at Mattel, did you

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 10 of 167   Page ID #:290096
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

10

```
 1   work at Mattel, and then you start to enter in, so there is
 2   many ways you can enter that information in, but it's
 3   incomplete and I have never even gone back to fill in my
 4   entire resume.
 5   Q    So have you ever gotten a job or job offer or interview
 6   because of your LinkedIn entry?
 7   A    Never, no.
 8   Q    Do you have a full resume that you use when you apply
 9   for a job or when --
10   A    Yes, I do.  It's a full 12-page resume.
11   Q    You were asked some questions about the Bratz name, and
12   you referred to it clearing or not clearing or some
13   categories.  What do you mean by categories when you talk
14   about getting legal clearance to use a name?
15   A    So you need to state up front the potential categories
16   that this name might be used in.  So, for example, MyScene,
17   do we anticipate it just being a doll line or might it
18   expand to be a makeup line, a line of accessories, so you
19   have to state all the various industries that you might want
20   to use that name in because it might clear in some
21   industries and not in others.
22   Q    All right.  So the name Bratz, for example, when you
23   said it didn't clear, it might have been used in one
24   category, like clothing --
25   A    Correct.
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

11

1    Q    -- for example, but not get used at all in some other

2    category?

3    A    Right.  So it doesn't mean that it wasn't available in

4    certain categories.  It just means for the categories that

5    Mattel was looking at, which is something that I think the

6    marketing department filled out all the categories they

7    thought this product may eventually go into, it didn't pass,

8    you know, all those tests.

9    Q    All right.  And if we could look at Exhibit 34650, if

10   we could put that up on the screen.

11       This is the letter from Alan Kaye.  Ms. Keller -- I'm

12   sorry, wrong exhibit.

13       Ms. Keller asked you the question back in the 2003 time

14   frame, were you worried about losing your job?

15   A    No.

16   Q    But you recall being asked that question?

17   A    Yes, I do.

18   Q    And then she put this -- she showed you this letter

19   dated April 27th, from Alan Kaye where it says that because

20   of the -- it says, "Your contribution to Mattel has been

21   extremely valuable and will be crucial to the future of our

22   business.  Because of the significance of your

23   contributions, in the event that your employment with Mattel

24   is involuntarily terminated for reasons other than cause,

25   you will be provided with severance payments equal to 18

1    months of your base salary."

2         Do you see that?

3    A    Yes.

4    Q    And what did you understand that to mean?  What are

5    they saying here?

6    A    Well, when I was employed, I think at my level, it was

7    12 months, so upon coming to work at Mattel, there was a

8    standard severance time period, and I think it was 12 months

9    at that level, so what I took this to mean is they were

10   making me feel even better, that God forbid, do not worry,

11   that we would expand -- because of the great work I've done,

12   you know, that they are expanding my severance from 12

13   months to 18 months.  I didn't ask for that.  I don't -- but

14   it was just an expansion of my agreed-upon severance.

15   Q    So would this apply -- for example, if you were laid

16   off, you indicated there had been layoffs at Mattel, if

17   there were a reduction in the number of the senior officers

18   and you were laid off, would that be an example of a

19   termination of employment involuntary for reasons other than

20   cause?

21   A    Yes, and there had been two layoffs.  I was involved in

22   having to -- which was a very difficult situation, having to

23   pick people to lay off, so I understood what that means.

24   Q    So was it your understanding that they were trying to

25   make you feel relaxed about being there, that your job was

1    not in jeopardy, but if something happened, you were going

2    to get a payment?

3              MS. KELLER:  Objection, leading the witness.

4              THE COURT:  Sustained.

5              Just reask the question.

6    BY MR. QUINN:

7    Q    Well, what was your understanding -- how did you

8    interpret this, like --

9    A    This was a reaffirmation of my value to the company.

10   Q    And when you left Mattel -- let me ask you this:  At

11   any time did you discuss with Mr. Kaye or anyone else at

12   Mattel the possibility that your employment might be

13   terminated involuntarily?

14   A    No, I never even recall having anything -- any

15   discussion like that at all.

16   Q    And when you left, you left for what you thought at the

17   time was a better job or something that you wanted to do

18   next in your career; is that fair to say?

19   A    Yeah, I wanted to explore what it was like to be with a

20   company that had its own retail stores where you didn't have

21   to worry about what was happening in the toy businesses,

22   retailers were picking -- cherry picking our toy line, and I

23   thought -- I always take jobs in an effort to understand,

24   learn something I didn't already know, and so this was a

25   time when Walmart was coming in strong in the toy business,

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

14

```
 1    I thought wouldn't it be great -- I'd love to go to a
 2    vertical operation where you make your own product and you
 3    own your own store so you don't have to worry about it being
 4    cherry picked at the retail level.
 5    Q    So --
 6    A    So Gap was an example of an employer that is vertical
 7    operation.
 8    Q    So did you voluntarily leave Mattel?
 9    A    Yes.
10    Q    I mean, you didn't get the severance it refers to in
11    here?
12    A    No, no, the severance was only in lieu of -- if --
13    not in lieu of, sorry.  If I was to be laid off or the job
14    was eliminated.
15    Q    Based upon your experience at the other companies
16    you've worked for, are these types of arrangements common?
17    A    Yes, I've always had them.  They've varied in terms of
18    the amount of months you get depending on the level of
19    executive you are.
20    Q    And Ms. Keller asked you some questions about the decal
21    on the top of the Cool Skating Barbie and how that would be
22    visible to the world when that was released to the public,
23    do you recall those questions?
24    A    Yes, I do.
25    Q    So far as you know, were Lily Martinez's Toon Teenz
```

1    drawings ever made public?

2    A    No, there would be no reason to make those drawings

3    public.  It was the doll that was made public.

4    Q    And you were asked some questions about a conversation

5    you had with Cassidy Park where Cassidy Park came to you

6    saying she thought she saw some similarities between Bratz

7    and Toon Teenz, do you recall that?

8    A    Yes.

9              MS. KELLER:  Objection, hearsay.

10             MR. QUINN:  It's in the record, your Honor,

11   testified on cross.

12             THE COURT:  Overruled.

13             You can answer.

14             THE WITNESS:  Yes, I do.

15   BY MR. QUINN:

16   Q    And you suggested that she go to the legal department,

17   I think you said in answer to counsel's questions?

18   A    Correct.

19   Q    So far as you know, has Mattel ever asserted any legal

20   claim that Bratz is an unlawful copy of Toon Teenz?

21             MS. KELLER:  Objection, no foundation.  Calls for

22   a legal conclusion.

23             THE COURT:  Overruled.

24             You can answer that.

25             THE WITNESS:  No, I do not know that to be the

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

16

```
 1   case.
 2   BY MR. QUINN:
 3   Q    When Cassidy Park came to you and you had this
 4   conversation, did she tell you that she had any information
 5   that Mr. Bryant had created Bratz while he was still
 6   employed by Mattel?
 7   A    Absolutely not.
 8   Q    Had you ever heard that from anyone while you were at
 9   Mattel?
10   A    No, the first time I ever heard that was in regard to
11   this trial, which was absolutely shocking to me.
12            MR. QUINN:  Nothing further.
13            THE COURT:  Recross.
14                    RECROSS-EXAMINATION
15   BY MS. KELLER:
16   Q    Good afternoon.
17   A    Hi.
18   Q    Ms. Ross, over the noon hour, did you speak with the
19   lawyers for Mattel?
20   A    I spoke the last two minutes to one of the lawyers.
21   Q    Did you speak to any other lawyers for Mattel?
22   A    No.  I had lunch with Jill.  Is Jill considered --
23   Q    Jill is the general counsel of --
24   A    Okay.
25   Q    One of the general counsel of Mattel.
```

1    A    Okay.  I didn't know whether she's considered a lawyer,

2    okay.

3    Q    She is.

4         Now, did you speak with any of the lawyers about any of

5    the substantive issues that we've been talking about?

6    A    No, I did not.

7    Q    Now, you are aware, aren't you, that the statute of

8    limitations is a significant issue in this case, in other

9    words, whether Mattel asserted its rights in a timely

10   fashion; you know that, don't you?

11   A    I don't know what that means, sorry.

12   Q    You understand that it's one of the legal issues in

13   this case whether Mattel asserted its rights in time to make

14   a claim?

15   A    From the last trial, I remember something around how

16   they've let it go beyond a certain amount of years, there's

17   some issue around that.

18   Q    You know what the -- you know generally what a statute

19   of limitations is, right?  You're a sophisticated person.

20   A    No, I don't.  I am not familiar with that language.

21   The first time I heard it was in regard to a limited amount

22   of time to file a claim.

23   Q    That's exactly what we are talking about.

24        And you understand that the jury in this case will have

25   to decide that, don't you?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

18

1    A    Decide that around what?

2    Q    Decide the issue of whether the facts support that

3    Mattel made a timely claim in this lawsuit, you know that,

4    don't you?

5    A    No, I'm not aware in this trial as to exactly what the

6    jury has to ascertain.  I haven't read the actual -- what

7    literally is being sued for, whatever you call it.

8    Q    You know that this litigation has been going on for

9    many years, right?

10    A    I know it started, I don't know, two years ago or

11    something.

12    Q    And you know that the issues include, for example,

13    whether Mattel had some sort of right to the Bratz name,

14    right?

15    A    The name I was not aware of, that being -- the right --

16    the rights issues around that.  My understanding is it's

17    more around whether Carter did the Bratz designs or sold

18    them to MGA while he was employed at Mattel, that's my

19    understanding.

20    Q    You understand that one of the issues, though, is

21    whether Mattel made its claim in time about that, you know

22    that, don't you?

23    A    I remember from the last time about that, meaning about

24    him working for two people at once.  Yes, I know that

25    whenever that was discovered, they have a certain amount of

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 19 of 167   Page ID #:290105
CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

19

1    time to file.

2    Q    Exactly.  So you know it's better for Mattel for it to

3    have been discovered later rather than earlier, whatever

4    discovery they are claiming was made, you know that, right?

5    A    It's better for the truth to be told.

6    Q    No, here is what I'm asking:  You know it benefits

7    Mattel's position, their legal position, for that discovery

8    that they are now claiming has been made to have been made

9    earlier, because it was made earlier, they would have had to

10   make a claim earlier, right, you understand --

11   A    Right, but I don't know the length of time you are

12   talking about, but yes, it's obviously better for Mattel if

13   they made the claim within the right legal period, which I

14   don't know what that period is.

15   Q    And I'm not implying that, so I apologize if you got

16   that from my question.  You just know the earlier the

17   better -- I mean the later the better, from Mattel's point

18   of view, the later they heard about whatever it is they are

19   complaining about, the better?

20   A    I don't know.  I don't know if that's even an issue.

21   All I know is they had a certain amount of time in which to

22   file a claim, and so clearly it's better for Mattel that

23   that issue arose within that time.  I don't know anything

24   beyond that.  I didn't even know that this was happening

25   while being at Mattel until afterwards.

1   Q    And when you spoke with the Mattel lawyers over the

2   noon hour, was a distinction drawn between when the decal on

3   the Toon Teenz became public versus when the drawings were

4   made by Lily Martinez?

5   A    No.

6   Q    Because -- okay.  Is there a distinction in your mind

7   in terms of the legal significance, in your own mind?

8        MR. QUINN:  Your Honor, irrelevant, legal

9   conclusion.

10       THE COURT:  No, overruled.

11       You can answer the question.

12       Do you understand the question?

13       THE WITNESS:  Yeah, is there a distinction between

14   the drawings being made public versus the decal?

15   BY MS. KELLER:

16   Q    In your own mind, do you have --

17   A    Yeah, in my own mind, that's different, because the

18   drawings were not exactly the decal.  They were inspired by

19   the decal, so I see them as two different pieces of art, so

20   to speak.

21   Q    And in the past, when you've prepared with the Mattel

22   lawyers for hours or days, that was one of the subjects of

23   discussion, wasn't it?

24   A    I don't remember.  If you are saying in the past

25   meaning a few years ago, maybe.  You just asked me during

1    the lunch hour.

2    Q    A couple years ago?

3    A    And I answered it, I don't remember a couple years ago

4    whether that had come up.

5    Q    Well, during your preparation, among the things that

6    you discussed was the legal theories in the case, right?

7    A    No, the legal theories?

8    Q    Yes.

9    A    No, I wouldn't --

10   Q    Statute of limitations, for example?

11   A    We didn't discuss that for this go-around, no.

12   Q    But last time you did, didn't you?

13   A    Not in the wording of statute of limitations.  They

14   explained to me that they had a certain amount -- that was

15   the first time that I learned that the issue was that Carter

16   was working at Mattel when he sold these drawings.

17   Q    I'm talking about the concept.  It doesn't have to be

18   the exact term "statute of limitations."  I'm talking about

19   the concept of time limits being important, that was

20   certainly discussed with Mattel's lawyers and you, right?

21   A    Yes, during the first go-around with this.

22   Q    Okay.  That's all I was trying to ask.

23   A    Okay.

24   Q    Now, let me ask you a little bit about Project

25   Platypus.  Did you develop that at Mattel?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

22

```
1    A    Did I develop -- I thought -- yes, I developed it at
2    Mattel.
3    Q    And did you think Project Platypus was valuable?
4    A    As what, as a process, as a --
5    Q    Yes, yes.  Was it valuable as a process?
6    A    It was valuable as a process, yes.
7    Q    And you've -- you've talked about it, you said it's
8    been in magazines, you've talked about how you designed the
9    project, right?
10   A    Yes, not the output, but the process.
11   Q    Right, but the process, how you designed it, how it was
12   put into effect, those have all been discussed by you,
13   right?
14   A    Correct.
15   Q    And so that's actually, then -- and you were a manager
16   at Mattel or an executive, right?
17   A    Correct.
18   Q    Okay.  And so that was part of your scope of duties at
19   Mattel, to do something just like Project Platypus, true?
20   A    No, it wasn't in the scope of my duties, nor was that
21   their business that they were in, that's not their industry.
22   They are not in the industry of creating human resource
23   processes.
24   Q    But you were hired by Mattel to be an executive and to
25   come up with, in particular, ways to foster creativity.
```

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

23

```
1    That was part of your job, right?
2    A    No.  My job description was not ways to foster
3    creativity.  My description was to be the head of design for
4    the girls' division.  So my job was to create great toys.
5    How I do that is --
6    Q    So the fact that, then, while you were at Mattel, the
7    fact that you devised this process and developed it and --
8    you thought that gave Mattel a potential competitive
9    advantage, right?
10   A    Not the process.  I mean, the output of it.
11   Q    Well, however you want to put it, you thought Project
12   Platypus -- you running Project Platypus with Mattel people
13   in the project was a really valuable asset for Mattel, it
14   was a good thing?
15   A    I thought it was a good thing.
16   Q    You thought it could make them money?
17   A    I thought that we might get some good ideas out of it
18   as the same case with other processes.
19   Q    Yeah.  And so processes developed during your
20   employment, just like an object developed your employment,
21   those processes actually belonged to Mattel, right?
22   A    No.  Yes, if it relates to the product that Mattel
23   manufactures, so I'll give you an example.
24   Q    Excuse me.
25   A    I'll slow down.  I'll give you an example, if --
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

24

```
1   processes, absolutely.  If I developed a process for how to
2   cast a doll in a more cost efficient way or if I developed a
3   process for how to make a prototype quickly, that would all
4   be the property of Mattel because the process relates to the
5   business that Mattel is in.  They sell toys.
6   Q    But your contract doesn't say it has to relate to the
7   process of the business that Mattel is in, does it?  It
8   doesn't say that?
9   A    I don't know.  I'd have to look at the --
10  Q    Your process -- your contract says anything you
11  conceived and reduced to practice while you were at Mattel
12  belongs to Mattel, if it was during -- your understanding,
13  as you told us, was if it was during your employment with
14  Mattel, it belonged to Mattel?
15  A    What I also told you in that statement was if it
16  related to the industry that the business that I was working
17  for, and I even used an example that if you did something,
18  thought about a different product line while you were at
19  Mattel, if I thought about designing cars while I was at
20  Mattel, Mattel doesn't own the cars.
21  Q    But your contract doesn't talk about it relating to
22  Mattel's business, does it?
23  A    I don't know.  I'd have to look at the wording -- from
24  the wording, the combination of words, my understanding is
25  that they own things that relate to their industry.
```

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

25

1   Q     Well --

2   A     Not to every thought I have.

3   Q     Now, you've previously talked in publications about how

4   unique Project Platypus was, the process was unique to

5   Mattel, right?

6   A     Right.

7   Q     And you said it gave Mattel a step up on the

8   competition, right?

9   A     Right.

10  Q     And yet, you took that process that you developed at

11  Mattel on Mattel's time and you took it elsewhere with you

12  and allowed others to use it, right?

13  A     No, that's incorrect.  What I said is it was versions

14  of and inspired by, so none of the other versions are called

15  Project Platypus, they don't imitate it directly.  There are

16  parts of it, like I might bring in one of the same -- the

17  improv artist, but both processes, both the ones that

18  Proctor & Gamble use and the one I'm about to use for Gap,

19  are totally custom-made for those companies.

20  Q     Well, you said on direct examination that David Kueller

21  (phonetic), is it?

22  A     Kueller.

23  Q     David Kueller took Project Platypus to Proctor & Gamble

24  on his design board, you said, that's what you said, you

25  said he took it to Proctor & Gamble?

1    A    He -- they hired him to take his learnings from Project

2    Platypus and create something unique, it's called Clay

3    Street, and it's unique for their business, what they want

4    to solve.  All it is is working with groups of people, and

5    he uses some of the same instructors but not all, and in

6    fact --

7    Q    So you don't think that you gave up a trade secret of

8    Mattel's when you told -- gave all these interviews out and

9    told all these people this is a great process that you had

10   come up with at Mattel and allowed other people to use it or

11   be inspired by it, you don't think you were violating any

12   trade secret, right?

13   A    No, in fact, I got permission from corporate

14   communications and the PR department to talk about it

15   because --

16   Q    Well, actually, according to the employee manual, you

17   were supposed to get permission from human resources, and

18   you never did, and you got a letter to that effect, right?

19   A    No, there was a new ruling to put -- even though you

20   got clearance verbally, to put it in writing, and that was

21   some new code of conduct that got put in to place.  So I

22   wrote up everything that had already been approved and did

23   as I was asked to do.  It wasn't because I had done anything

24   wrong.

25   Q    So even if this process that you came up with as an

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

27

```
 1   executive for Mattel, a high-paid executive, even if that
 2   was unique to Mattel and even if it was secret, as far as
 3   you were concerned, it was okay for other people to take a
 4   version of it or be inspired by it and take it somewhere
 5   else, take it to a slightly different level?
 6   A    Absolutely, because it wasn't secret.  If we were even
 7   talking about -- in fact, Bob Eckert made a movie of it and
 8   exposed it to Wall Street and to the public, so it was not
 9   secret at all.
10   Q    Well, but when it was secret --
11   A    It was never secret.
12   Q    At the beginning, before you had been in any
13   publication with it, before anybody had given you any
14   permission, even the PR people, as far as you're concerned,
15   it was okay if somebody was inspired by it, to go take that
16   idea somewhere else, right?
17   A    Yeah, you couldn't own the combination of what I was
18   doing.  It's not ownable.  It's just a series of bringing --
19   and I would bring different people in depending on what the
20   problem is that we were working on or challenged, so there
21   is nothing ownable in that.
22   Q    Now, we were talking about your departure from Mattel,
23   and when was that again?
24   A    I think it was 2004.
25   Q    And, in fact, Adrienne Fontanella, who we talked about,
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 28 of 167   Page ID #:290114
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

28

```
 1   was fired in early 2003; isn't that right?

 2   A    I don't remember the date she was fired.  I know that

 3   she left before I did.

 4   Q    And that kind of sent some shock waves through the

 5   company, didn't it?

 6   A    I don't know.  I mean --

 7   Q    Scared a few people?

 8   A    I can't speak for the people.  It didn't scare me.

 9   Q    Well, wasn't it well known that she was being fired

10   because of poor sales?

11   A    I don't remember.  I -- I don't remember the exact

12   reason, people don't express that or put that out, so there

13   was no public knowledge of why she was being fired.  I just

14   know that she left.

15   Q    And isn't it true that Matt Bousquette was the person

16   who took over for her?

17   A    Yes, that's true.

18   Q    And isn't it also true that you and Matt Bousquette

19   reported to the board of directors of Mattel in May of 2003?

20   A    I never reported to the board.  I always reported to

21   Matt.  After I -- after Adrienne left, I reported to Matt.

22   Q    Isn't it true that the board in May of 2003, the board

23   meeting in May of 2003 included a very significant

24   discussion of problems of the Barbie brand?

25   A    I don't remember that specific date or that specific
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 29 of 167   Page ID #:290115
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

29

1   discussion.

2   Q    Now, I have just a couple more things.

3        You are in fashion -- in the fashion industry now at

4   the Gap, right?

5   A    Correct.

6   Q    And you're no stranger to the fashion industry, you've

7   had other jobs in the fashion industry, right?

8   A    Correct.

9   Q    And you are familiar with the designer Jason Wu who

10  designed Michelle Obama's inaugural gown, right?

11  A    When you say familiar with him, I've heard the name.

12  Q    Okay.  You know he's a fashion designer?

13  A    Yes.

14  Q    And you know he's a fairly prominent fashion designer,

15  true?

16  A    I don't know of his prominence.  I know I've heard his

17  name.

18  Q    All right.  And were you aware that in 2000, Jason Wu

19  put out a doll called Jade?

20  A    No.

21  Q    Mandarin Sheik?

22  A    No, I was not aware.

23  Q    Now, knowing that Jason Wu --

24            MS. KELLER:  And your Honor, I would ask that

25  perhaps judicial notice could be taken that there is a 2000

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

30

1    copyright date on the bottom of the box?

2         THE COURT:  We'll resolve that outside the

3    presence of the jury.

4         MS. KELLER:  Thank you, your Honor.

5    BY MS. KELLER:

6    Q    Now, assuming that this is correct and that Jason Wu

7    really did produce this Jade Mandarin Sheik doll in 2000,

8    you would agree, wouldn't you, that the name Jade for a

9    fashion doll was already out in the marketplace at that

10   point?

11   A    I don't know the context, like was Jade -- sometimes

12   Jade is referring to -- is it the name of the doll or the

13   name of the outfit or?  No, I'm not aware of what that name

14   was registered for.  As I said earlier, certain names are

15   ownable in certain categories, so --

16        THE COURT:  And Counsel, I'm not going to take

17   judicial notice of that.  Subpoena Jason Wu if you want.

18   Bring him in here.

19        MS. KELLER:  Thank you, your Honor.

20   BY MS. KELLER:

21   Q    And if there is another Jade doll that was developed by

22   Integrity Toys that was out in the marketplace in the 1990s,

23   and I'm saying if, okay, another fashion doll --

24        MR. QUINN:  Your Honor, this is speculation.

25        THE COURT:  Sustained.

```
 1              MR. QUINN:  Hypothetical.

 2              THE COURT:  Sustained.  Are you going to subpoena

 3    the person, Counsel?  Does this have some good faith?  Is

 4    this person going to come in?  Otherwise, you're just

 5    planting in the jury's minds the what-ifs.  So if you're

 6    going to represent to me that Jason Wu is here, proceed.

 7              MS. KELLER:  We were not, your Honor.

 8              THE COURT:  Thank you very much.  Your next

 9    question.

10    BY MS. KELLER:

11    Q    Do you agree that if a name has already been used for a

12    fashion doll, it's no longer unique?

13    A    Not necessarily, because it depends on again -- some

14    people don't even register a name, so it may appear on a

15    fashion doll, but it may not be owned by the company that

16    used it, so no, I do not.

17    Q    If the company that owned it used it, registered it

18    also, then you would agree, would you not, that that name is

19    no longer unique, it's out in the public?

20    A    It's out in the public, yes.  I mean if it's out in the

21    public.  I don't know if it's out in the public.

22    Q    I understand.

23              MS. KELLER:  I have nothing further.

24              THE COURT:  All right.  We are going to leave you

25    on call, but I don't want you to be concerned and I don't
```

1   want the jury to be concerned about the date that I set.  I

2   just want to make certain that when the jury is in

3   deliberation, that there is no chance of subpoenas.

4   Subpoenas have flown across the country, if not across the

5   world, and I don't want anybody inconvenienced.  You go back

6   to your professional responsibilities.  You take whatever

7   planned vacations you have, you don't disturb your life, but

8   I am not sending out additional subpoenas in this case.

9           So I'm going to pick an arbitrary date in 2013.

10  Just joking with you.

11          (Laughter.)

12          THE COURT:  So I'm going to say that I order you

13  to be available until May 6th.  Now, I think the case is

14  going to conclude much earlier, months earlier, but I don't

15  want there to be any chance that subpoenas have to be levied

16  by either side, okay?

17          THE WITNESS:  Okay.

18          THE COURT:  Counsel --

19          And you may step down, Ms. Ross.  I appreciate it.

20          THE WITNESS:  Thank you.

21          THE COURT:  Call your next witness, please.

22          MR. QUINN:  The plaintiff calls Lily Martinez,

23  please.

24          THE COURT:  If you'd stand, please, and raise your

25  right hand.

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 33 of 167   Page ID #:290119
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

33

| | |
|---|---|
| 1 | **LILIANA MARTINEZ, PLAINTIFFS' WITNESS, SWORN** |
| 2 | THE WITNESS:  I do. |
| 3 | THE COURT:  Thank you.  If you'd please come up to |
| 4 | the witness stand, and while you're entering -- you can take |
| 5 | the water with you. |
| 6 | And ladies and gentlemen, don't be concerned about |
| 7 | the May 6th date.  That's a far-off date that we are going |
| 8 | to be done a long time before that, but I just want to make |
| 9 | certain that additional subpoenas don't have to go out by |
| 10 | either party, so it's just an arbitrary date, but don't be |
| 11 | concerned about May 6th.  We'll be done much quicker. |
| 12 | Okay, if you'd state your full name, please. |
| 13 | THE WITNESS:  Liliana Martinez. |
| 14 | THE COURT:  And would you move the microphone a |
| 15 | little closer to you, please. |
| 16 | Thank you. |
| 17 | And now would you spell your first name? |
| 18 | THE WITNESS:  L-i-l-i-a-n-a, but I go by "Lily," |
| 19 | so L-i-l-y. |
| 20 | THE COURT:  Thank you.  And your last name, |
| 21 | please? |
| 22 | THE WITNESS:  Martinez, M-a-r-t-i-n-e-z. |
| 23 | THE COURT:  Thank you.  This is direct examination |
| 24 | by Mr. Quinn.  Thank you. |
| 25 | |

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

34

```
 1                    DIRECT EXAMINATION

 2   BY MR. QUINN:

 3   Q    Good afternoon, Ms. Martinez.

 4        By whom are you employed?

 5   A    Mattel.

 6   Q    What position do you have at Mattel?

 7   A    I'm a director of product design for the Barbie

 8   department.

 9   Q    And how long have you worked at Mattel?

10   A    I've worked at Mattel, it will be 13 years in April.

11   Q    Where were you born?

12   A    I was born in Mexico.

13   Q    And when did you come to this country?

14   A    I came when I was a little kid.  I must have been like

15   three because my sister was born here, she's three years

16   younger than me, so I remember that, so in like 1980.

17   Q    You came with your family?

18   A    I did.

19   Q    What education have you received starting from high

20   school?

21   A    After high school, I attended design school.

22   Q    Let's start with high school.  Where did you go to high

23   school?

24   A    I went to John F. Kennedy High School in Granada Hills.

25   Q    And did you graduate from high school?
```

1    A    I did.

2    Q    What year did you graduate from high school?

3    A    I graduated in '95.

4    Q    And after high school, did you have any additional

5    education?

6    A    I did.  I went to design school like two weeks after I

7    graduated.

8    Q    And that would have been between what years?

9    A    I started design school in '95, and I completed my AA

10   program in '97, and then I had an additional year of design

11   school.

12   Q    How did you come to -- you were at Granada Hills and

13   John F. Kennedy High School, how did you come to go to the

14   Fashion Institute of Design?

15   A    Well, I live in L.A., so design school, Fashion

16   Institute of Design Merchandise, the school I attended, is

17   in downtown, so it was real easy for me to transport since I

18   took the bus.

19   Q    How did you get the idea to go to that school or to go

20   to fashion design school, I guess is really what I'm asking?

21   A    Well, it clicked for me when I was in high school.

22   I've always loved fashion, and I've always drawn.

23   Recruiters from the school came through my high school, one

24   of my classes, to give a presentation on how to prepare for

25   a job interview, and they gave out, you know, little

1  postcards to talk about the school, and, you know, it was my

2  senior year, last semester, I'm like, oh, I'll call them up

3  and, you know, just kind of makes sense for me.

4  Q    At that point, had you -- did you have any plans for

5  some other further education at that point?

6  A    I did.  I mean, I -- I just figured I'd go and like --

7  figure it out when I'm in community college, but this came

8  along, it was kind of like, oh, it was meant to be, this is

9  for me.

10  Q    So you applied to the fashion institute and obviously

11  were accepted?

12  A    Right, I mean, I went to the school because they were

13  actually going to talk to me a little bit more about it, but

14  I liked it, so I applied.

15  Q    And you received a degree from the fashion institute?

16  A    I did.

17  Q    And what degree did you receive?

18  A    I got an associate's of arts degree.

19  Q    And what year was that that you got that degree?

20  A    In '97.

21  Q    Can you kind of describe what the program is there at

22  the fashion institute?

23  A    Well, I was a fashion design major, so I -- I attended

24  various classes that taught me about fashion design from

25  pattern making to draping and illustration and so various

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

37

1   things, color theory, and -- yeah.

2   Q    After you got your associate degree in fashion design

3   in 1997, did you have any further training at the school?

4   A    I did.  I applied for a third-year program that the

5   school has.

6   Q    What is that third-year program?

7   A    It's actually a really cool program.  It's an

8   opportunity to have your own fashion show.  It's a fashion

9   show.  You -- you get to be a -- have your own fashion show

10  as a student.

11  Q    And how do you get admitted to this program?

12  A    Well, I had to -- well, there were requirements, not

13  anybody could get in, so a lot of people applied.  Some of

14  the requirements, I think, were your grades, your -- you

15  have to submit a portfolio, you have to have references.

16  Eventually if you do get picked, you have to have an

17  interview with the panel that has the director of, you know,

18  the fashion department and the professor that will be

19  teaching the class, so --

20  Q    Well, did you submit a portfolio of your work as part

21  of your application for this?

22  A    Yes, it was a separate portfolio than my regular

23  curriculum throughout the two years, it was a special

24  portfolio I had to make exclusively for the fashion show,

25  what I was kind of proposing my collection would be for the

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

38

1    show.

2    Q    And is everyone who applies for this program, does

3    everyone get accepted to it?

4    A    No, not everybody.

5    Q    So can you give us some idea about how many people are

6    accepted into this program?

7    A    A few hundred, but the class is only about 10 people,

8    10 to 11.

9    Q    And did you go ahead and do that fashion -- design your

10   own collection and do that fashion show in your third year?

11   A    I did, I was accepted, and I was lucky enough to have

12   my own fashion show.

13   Q    Did you get any type of scholarship or recognition as

14   part of that?

15   A    I did.  My parents, yes, they were so happy that I got

16   a full scholarship to attend the year, so it was great.

17   Q    How long have you been drawing in your life?

18   A    Probably before I could eat, since a little kid, well

19   before I was five.

20   Q    And for how long have you been drawing clothes and

21   fashion?

22   A    Well, I -- I love -- I love the female form, so I've

23   always loved to draw girly stuff and fashion, so yeah, since

24   forever.

25   Q    Were you exposed at your home to fashions and sewing

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

39

1    and things like that?

2    A    Yeah, I mean, my mom is really into vintage clothes, my

3    father is a tailor, my grandfather is a tailor.  So they're

4    very much into -- my dad's always wearing suits and stuff,

5    so he loves fashion and so does my mom.

6    Q    As a child, did you make doll toys?

7    A    Well, I had my Barbies, of course, when I was little,

8    but my parents couldn't afford fashions, so I made my own,

9    you know, I had -- my dad is a tailor so there was always

10   like fabric or thread and needle.  I used my socks, leftover

11   socks, the ones that you can't find a pair to.  I'd put them

12   on and I'd stitch them onto my doll to create

13   one-of-a-kinds.

14   Q    At the time you went to the fashion institute, up to

15   then, had you had any experience in actually making toys?

16   A    No, I -- no.

17   Q    Is that something -- had your focus been more on the

18   fashion side of things?

19   A    Of course.  I mean, I didn't even know I could make a

20   career out of, you know, toys.  I was just going for fashion

21   design.

22   Q    Were there any classes or training available at the

23   fashion institute regarding toy design or manufacturing?

24   A    Not that I know of toys, and I certainly didn't take

25   any.

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

40

1    Q    Is that something that you learned on the job since you

2    started working at Mattel 13 years ago?

3    A    Oh, of course.  Once I entered the design center, it

4    was all about immersing myself and learning all this new

5    stuff that I had never -- plastics and all kinds of

6    different things.

7    Q    How did you come to work for Mattel?  I mean, you are

8    there at the fashion institute going to school, wondering

9    how you are going to get a job out of this?

10   A    Of course.  I was actually minding my own business

11   getting ready for the show, and some alumni from the school

12   that were working for Mattel came to give a Barbie

13   presentation on just like the Barbie process and, you know,

14   how they design dolls.

15        And I remember my friend had told me, you know, you

16   should go and like interview with them.  And I'm like, oh,

17   no, no, no.  I heard that -- she had told me that they were

18   in El Segundo, and I'm like, I don't know where that's at.

19   I don't drive, it seemed far, not really knowing where I

20   was.

21        Anyway, she -- that was that, they finished the

22   presentation.  Next thing I know she -- my friend that told

23   me to interview with them goes -- I looked over and she has

24   my sketch book with the designers, and I said, what are you

25   doing, and so I come over, and they're like, yeah, you know,

1    this is really cool, we really like it, we'll keep in touch.

2    Q    These are the people from Mattel that's saying this?

3    A    Right, right, the designers from Mattel.  A couple days

4    later, they offered me a job.  They're like, after you're

5    done with school, come on by, we'd love to have you, so it

6    was really exciting.

7    Q    So is that what happened, that you went to work for

8    Mattel after you finished school?

9    A    After the fashion show, I took a week to kind of get

10   back into -- it was crazy fashion show mayhem, took a week

11   and then I started working at Mattel.

12   Q    Where do you live now?

13   A    I still live in L.A.

14   Q    And L.A. is a big place.

15   A    Like about USC.

16   Q    All right.

17   A    So like --

18   Q    Do you have a family?

19   A    I do.  I am married, I have three children.

20   Q    Boys or girls?

21   A    Three boys.  I know, I know what you're thinking.

22   Barbie.

23   Q    Four boys altogether?

24   A    Four boys, yes, that is true.

25   Q    All right.  So when you started at Mattel, what

```
 1    position or capacity did you start in?
 2    A    I actually got hired as a temp, which is a temporary
 3    employee, assistant designer.
 4    Q    And what were you paid in that first position?
 5    A    I remember it was $15 an hour.
 6    Q    And who was your manager initially?
 7    A    My manager was actually -- my first manager was one of
 8    the alumni that came to the school, her name was Debbie
 9    Meyer.
10    Q    So she was an alumni from the fashion institute?
11    A    I believe so, yes.
12    Q    And can you recall what time of year it was or what
13    month in 1999 you started as an intern at Mattel?
14    A    It was '98, and it was in April, and I remember because
15    my first day was April 1st, which is April fool's day, so I
16    remember April of '98.
17    Q    And so at some point, did you get another job at
18    Mattel, you started out as an intern, and at some point, you
19    become a full-time employee?
20    A    Assistant, yes.  Yes, I did.  I became a designer full
21    time.
22    Q    And that was when that you became a designer?
23    A    That was in September of '99, I believe.
24    Q    What were your duties and responsibilities as a
25    designer?
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

43

```
 1    A    As a designer, I was able to lead some of my projects
 2    that I was assigned to.
 3    Q    Right.  So had you been an assistant designer before
 4    you were a designer?
 5    A    Yes.
 6    Q    So the progression is intern, assistant designer,
 7    designer?
 8    A    Yes, well, I never was an intern, but as an assistant,
 9    I assisted the designers with whatever they needed me to
10    do --
11    Q    Okay.
12    A    -- in their projects that they led, so I just assisted
13    in whatever, writing work orders, picking out colors,
14    whatever, whatever they needed.
15    Q    So as -- what were your job duties as a designer?
16    A    As a designer, I got to lead my own projects and just
17    really manage all aspects of, you know, my design or my
18    proposed designs, but it was really assignments that I would
19    get, and then I would, you know --
20    Q    Can you give us an idea what some of those assignments
21    would be, either as an assistant designer or a designer,
22    what types of projects you worked on and what it was that
23    you were doing?
24    A    Well, as a designer, I remember some of my first
25    project was a product called Barbie Magical Mermaid, Barbie
```

 1    and Chrissy, so it was a Barbie and her baby sister Chrissy.

 2    Q    Is this something you did a design for?

 3    A    I did.  It was me and my manager, Debbie Meyer, she had

 4    an idea about the play pattern or how you work, how the --

 5    how the dolls are going to interact with the little girl,

 6    and, you know, the product itself, so that was kind of her

 7    direction, and I would follow up with all of the esthetics,

 8    how to go about and make that concept come to life.

 9    Q    What happened to your compensation by the time you

10    became a designer?  Do you recall how much you made?

11    A    It was -- I want to say I was -- I was salary now, so I

12    think I made about 40,000 a year or something, like

13    40-something.

14    Q    And did your position change again after that?

15    A    It did.  I became a senior designer.

16    Q    Okay.  And then after that?

17    A    I might have become a project designer.

18    Q    And after that?

19    A    I don't know if I went to senior project designer or

20    staff designer, but yeah.

21    Q    And what is your position now?

22    A    I'm a director.

23    Q    And was that the next step up from your present

24    position?

25    A    No, I had to become a manager and then a senior manager

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 45 of 167   Page ID #:290131
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

45

1    and then now I'm a director.

2    Q    A director of?

3    A    Of product design for Barbie.

4    Q    And what are your responsibilities as director of

5    product design for Barbie?

6    A    As director, I'm now in charge of directing and

7    managing design and development of -- of toy concepts, like

8    innovative concepts, as well as I have a team, so I manage

9    and direct them -- my staff to, you know, make those

10   concepts, meet the milestones and, you know, the concepts

11   come to fruition.

12   Q    Who were the direct reports that report to you, not

13   their names, but sort of what are their areas of

14   responsibility?

15   A    Well, I have two major business units that I manage, so

16   we call it -- I have two managers that manage those two

17   business units.  I have a supervisor of development that

18   reports to me as well as a principal designer, which is one

19   of our more senior designers.

20   Q    And do they have responsibility for particular areas,

21   those people who report to you?

22   A    Yes.  Well, the supervisor, she obviously is in charge

23   of the development of all of our toys that are under me, and

24   then the managers, one manages the fantasy department, which

25   is like your mermaids, your princesses, your fairies, and

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

46

1    then I have another business unit which is my fab, which is

2    all of the fashion and beauty stuff for Barbie.

3    Q    And those are the folks who report to you, the managers

4    for those two respective areas?

5    A    Right.

6    Q    What are the examples of the beauty-related products

7    that you have responsibility for?

8    A    So fashion beauty is kind of like your trendy, the

9    fashion stuff that's going on right now.  We have dolls

10   that, you know, come with makeup or have stuff to do with

11   the nails or the hair, so anything fashionable, currently

12   relevant and, you know, anything that has to do with beauty.

13   Q    How many -- in the girls' toys area at Mattel, how many

14   directors are there, that is to say people at your level who

15   have a similar level position?

16   A    Well, counting design and packaging, I would say

17   about -- I want to say three, three plus me.

18   Q    And who do you report to?

19   A    I report to Evelyn Viohl.

20   Q    What's her position?

21   A    She is a senior VP.

22   Q    Do you still get involved in designing things yourself

23   in your present position?

24   A    Not as much.  I try to, you know, sneak in a design in

25   there, but usually we have a team now, I have a team that I

 1     just art direct and approve things, so not as much, but I

 2     would love to still.

 3     Q     But do you still draw?

 4     A     I still draw, of course.

 5     Q     While at Mattel, can you give the jury an approximation

 6     of how many different toy projects you have worked on?

 7     A     I mean, it's been 13 years, hundreds.  I mean, I know

 8     Ivy pointed out that we create twice, three times as many

 9     toys as we actually come to market, so it's a lot of them,

10     because we can have one particular toy that we need a slot

11     for a particular price point, yet we develop three, four,

12     five, six concepts to just that one toy that we need, so

13     it's a lot of them.

14     Q     What are some of your favorite products that you've

15     worked on?

16             MS. KELLER:  Objection, irrelevant.

17             THE COURT:  Overruled.

18             THE WITNESS:  I've -- I have a lot of favorites,

19     but my favorites would have to be -- the one I mentioned

20     Magical Barbie and Chrissy Mermaids because that was kind of

21     my first, and MyScene, I created MyScene, so I love that

22     doll line, and most recently I collaborated with another

23     designer on Monster High.  So there's a couple that I really

24     love.

25

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

```
 1    BY MR. QUINN:
 2    Q    What is Monster High?
 3    A    Monster High is one of our doll lines that we have out
 4    now.  It's managed by the girls' division.
 5    Q    Can you describe what the dolls are?
 6    A    Oh, they are -- they are the teenage daughters of your,
 7    you know, Frankenstein, werewolf, Dracula, monsters, popular
 8    monsters.
 9    Q    People are looking for that?
10    A    Apparently they are.  They are really popular.
11    Q    And what is your salary now?
12    A    I make $145,000 a year.
13    Q    You said that when you first came to Mattel, you had --
14    at the fashion institute, you hadn't had any training in
15    toys as such, and toy manufacturing, toy making.  Have you
16    gotten that type -- have you gotten training in that area
17    since joining Mattel?
18    A    Oh, yes, every day we learn something about toys.
19    Yeah, I mean, it's funny because I always say, like I've
20    entered the Mattel university, I learn everything about toys
21    at work.
22    Q    So what kinds of things, for example, what types of
23    things have you learned about?
24    A    Well, I mean things that I would not think that I would
25    need to learn, I've learned, for example, to develop a doll,
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

49

 1    you need to work with a cross-functional teams, that means a
 2    lot of different departments that do a lot of things for --
 3    for the doll, depending on the complexity of the doll.
 4        So I've learned things in the chem lab, which is
 5    chemicals and such for makeup and formulas.  I've learned
 6    things from the electronics department, things that light up
 7    and switchboards and things that you got to synchronize the
 8    lights, packaging, sculpting, hair and face, engineering, I
 9    mean, you -- you know, you wear different hats depending on
10    the toy, so I've learned a little bit about everything.
11    Q    Back in the 1998 to 1999 time frame, could you describe
12    for us what the working environment was like in the toy
13    center?
14    A    Well, like I said, we were in cubes, and it was very,
15    you know, it was just -- I -- I mean, the thing is I don't
16    have work experience because this is really my first job,
17    but I just remember loving it because it was so -- it wasn't
18    like your regular nine to five kind of job.  It was very --
19    one, I get to do what I love to do, which is draw and be
20    creative, so I just felt it was a good place for me to do
21    that.
22        So the environment was come up with toys, so I get to
23    play all day, basically, so I just remember, you know,
24    meeting great people, talented, and, you know, relating to
25    them, to creative people, and so we collaborated a lot to

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 50 of 167   Page ID #:290136
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

50

1    come up with the best concept.  I was a newbie, so I was

2    learning from everybody.

3    Q    In terms of the interaction between employees, is this

4    a situation where employees are in silos, kind of working by

5    themselves or in small groups or was it more collaborative?

6    A    Oh, no, no, no, it's definitely collaborative.  I mean,

7    as the designer, it starts with you, you are the one that

8    really takes the toy from beginning to end, and you need to

9    engage all these people to help you make that happen.

10        So I had to, you know, because I can go in thinking I'm

11    going to make the toy this way, and I talk to an expert on

12    electronics, he can say, you can't put the lights in the

13    ears for whatever reason, I'm making it up, so I'm learning,

14    so I have to talk to them so they can tell me it can or

15    cannot be made.

16    Q    Were you ever worried about some other employee

17    stealing your ideas or your designs?

18    A    No, not -- why would I?  No, I mean, it's like my

19    house.  I would leave my wallet right there on my desk.

20    That would never cross my mind.

21    Q    Was -- in terms of the creative process, did you feel

22    like the openness and sharing among employees was something

23    that was important?

24    A    Yeah, I think it was helpful for you to come up with

25    the best things.  I mean, I'm not a know-it-all, I claim to

1    be sometimes, but I'm not.  I have to learn from people

2    especially in fields that I don't know nothing about.

3    Q    Are you familiar with a Mattel product Cool Skating

4    Barbie?

5    A    I do.

6    Q    I think we've seen that, there are three of them named

7    Barbie, Teresa and Christie?

8    A    Yes.

9    Q    And you worked on the decal, the image that ended up

10   being on the tops worn by those dolls?

11   A    I did.

12   Q    And how did you come to work on that decal?

13   A    My boss, Debbie Meyer at the time, had asked me to come

14   up with some ideas for what would be on the T-shirt, so I

15   did.  I did a couple of options in black and white, get her

16   thoughts on it.  If she liked any of them, then I would go

17   ahead and color it.  So that's what I did.

18   Q    Can you tell us how soon after you started work at

19   Mattel that you got this assignment?

20   A    I don't remember.  It was -- it was maybe later in '98,

21   probably.

22   Q    How did you begin designing that image that became the

23   decal on the doll's top?

24   A    Well, she said it was going to be for the Cool Skating

25   Barbie, so I did a couple of options, one was more -- and

1    again, this is like the only direction I got, so I'm just

2    going for what I think would look cool on a T-shirt.  So I

3    did one that's more like Barbie-esk, she's kind of doing a

4    little trick, and then another one was a younger girl, a

5    more stylized graphic of the doll, and then I did some

6    verbiage, just to give her a couple of options for her to

7    pick.

8    Q    If we can take a look at Exhibit 48B-8 in evidence, and

9    you should have that in a book in front of you,

10   Ms. Martinez, it's also on the screen behind you.

11   A    Yes.

12   Q    Can you identify this for us?

13   A    Yes, those are the options I showed my boss.

14   Q    All right.  And at the top, there's a figure that's

15   very unlike the others.  It's kind of more traditional

16   Barbie look, and it says Roller Sheik under it, can you tell

17   us what that is?

18   A    That is one of the options.

19   Q    You drew that?

20   A    I did.  As you can see, she is kind of in motion, I

21   drew the little lines on her elbows, on her tushy, on her

22   roller skates, on her head, like she is in motion.  So that

23   was one of the options.  She didn't want to do that one.

24   She thought it was kind of Barbie on a Barbie shirt, so I

25   said, good, because I liked the other one better.

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 53 of 167   Page ID #:290139
CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

53

1    Q    And then there are three that are colored in there.

2    Why are those -- why are those colored in?

3    A    Because those are the ones she liked, so I went ahead

4    and colored them, and that's why they are colored, because

5    she liked the ones in the bottom, they were a little bit

6    more trendy looking.

7    Q    All right.  And the person, your boss, was it Debbie

8    Meyer, did you say?

9    A    Yes.

10   Q    She picked those?

11   A    Yes.

12   Q    To become the decal.

13        And we've seen those.  Those actually became the decal

14   258-6, if we can take a look at -- put that up on the screen

15   just briefly.

16        And 259-5, 257-6.

17        Is Ms. Meyer the one who made the selection about which

18   image to use?

19   A    I -- what do you mean, like?

20   Q    As to, you know, you came up with these different

21   variations, is she the one that decided these are the three

22   that you drew that they want to use for the image on the

23   doll?

24   A    Yes, so the ones you saw, the black and white ones,

25   those are the ones that she liked, so I colored them,

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

54

1    working with the designer to match the colors that the dolls

2    were wearing, that's how I chose the colors that they had,

3    so they coordinated with the outfits.

4    Q    Okay.  Let's turn, now, to Toon Teenz.  You did some

5    work on a doll project called Toon Teenz?

6    A    I did.

7    Q    How did that come about?

8    A    Well, I remember sometime in '99, again Debbie Meyer

9    approached me, and she said that Ivy had asked her to, you

10   know, have the team work on different flanker brands, or new

11   brands, and she felt that the decal I had done for Cool

12   Skating Barbie would be really cool as a doll.

13        And I said, okay, cool.  She's giving me a project just

14   to like have fun and explore.  I'm still an assistant, so I

15   was like, sure, I'll take a stab at it.  I had no idea how I

16   was going to do it, but I was going to take a stab at it.

17   Q    And what exactly were her instructions to you?

18   A    She just said, see what you come up with.  She just

19   said, utilize that image to come up with a concept.

20   Q    So you became the doll designer for Toon Teenz?

21   A    Of course, I was the designer on it.

22   Q    And what was your responsibility?  What did you need to

23   do as the doll designer for Toon Teenz?

24   A    To make them into actual dolls.

25   Q    And what did that involve?

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 55 of 167   Page ID #:290141
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

55

1    A    I mean, that involved me -- the decal, what's -- that

2    decal was made for the -- for the T-shirt, right, so I felt

3    like I didn't want the dolls in skates, so I wanted to give

4    them shoes.  Those fashions weren't necessarily designed to

5    be for dolls, the little fashions that the decals are

6    wearing, so I'm like, I'm going to try different fashions on

7    them, different hair, and see what looks best.

8         So with that, I created a bunch of drawings.  Some I

9    gave to the hair department, some I gave to my soft goods.

10   I talked to the model maker so they can build me an

11   infrastructure, because I wanted a soft body for the doll.

12        So the different aspects of the doll, I met and showed

13   my drawings to the departments within Mattel.

14   Q    If you look at -- these are in evidence,

15   Exhibit 48B-2 --

16             THE COURT:  I'm sorry, 48 --

17             MR. QUINN:  B, 48B-2.

18   BY MR. QUINN:

19   Q    And then 48B-1, 48B-4, and 48B-6, are these the

20   drawings that you prepared -- among the drawings that you

21   prepared for the Toon Teenz doll?

22   A    Yes.

23   Q    Now, was this doll related to the Barbie line at all?

24   A    No.  This was something different.

25   Q    I mean, when you were told, you know, you've done this

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

56

```
 1    decal, this drawing, we think that we might be able to make

 2    a doll out of it, let's see what you can do, how did you

 3    feel about that?

 4    A    I felt good that she trusted that I would come up with

 5    something different, so I totally took on that challenge.  I

 6    wanted to see what I would come up with.

 7    Q    What types of footwear did you draw for the dolls?

 8    A    Well, this one, she's got some like half-length boots.

 9    Q    This is the 48B-6 that we're looking at?

10    A    Two.

11    Q    Dash 2, I'm sorry.

12         And then if we look at 48B-6.

13    A    This was some like Mary Jane.

14    Q    And then 48B-4?

15    A    These are some espadrilles, platform sandals.

16    Q    And then 48B-1?

17    A    Those are some strappy sandals, platforms.

18    Q    So different kinds of large shoes for each of them?

19    A    Yes.

20    Q    Do these drawings have noses?

21    A    No, they don't.

22    Q    Is that typical of your drawing?

23    A    It's not.  I actually always draw at least a little

24    nose, but for some reason, I decided not to put a nose.  The

25    eyes and the mouth are really impactful.
```

1   Q    I noticed that each of them have their hands up like

2   this, like they are balancing?

3   A    Yes.

4   Q    And why is that?

5   A    Well, I mean, essentially this is the decal that I did,

6   and that's what my manager liked, so I didn't see to change

7   that.

8   Q    The decal on roller skates?

9   A    On roller skates, right, she is kind of younger

10  looking, so she is kind of balancing with the roller skate,

11  plus this posed like a practical good for me because I can

12  really show off her fashion, if I just kind of get her hands

13  out of the way.

14  Q    When did you create these drawings?

15  A    Sometime in the summer of '99.

16  Q    Now, you worked in one of these cubicles that we've

17  heard about?

18  A    Yes.

19  Q    I think you told us.

20       Did you ever display these Toon Teenz drawings in your

21  cubicle?

22  A    I did.  I mean, I usually displayed all of the stuff I

23  was working on, and these -- I mean, those were my babies.

24  I was really proud and I just thought they were cute, so I

25  just put them up, because I was working -- I was working

1    with them too.

2    Q    I mean, once you had completed the drawings, what did

3    you do about them in terms of, you know, then going on to

4    get a doll made out of them?

5    A    So, I mean, a lot of them -- if you can see the ones

6    that you saw, some were finished, more finished than others,

7    some are really rough.  I would call this, this is like my

8    working sketch, something that -- it's a little different

9    than if I were to present with a sketch, which is more like

10   an illustration, so it's much beautiful, nicer paper.  This

11   was a working sketch.

12        My intention was to show a 3D, so it was kind of rough,

13   so you see the little fabric swatches, because those are my

14   fabric choices that I got to talk to my sample maker about.

15   The body, I would show that to -- take one of my sketches

16   and show it to the model makers and talk about the skeleton

17   that she would have, how big is she going to be, and

18   coordinate that with the sample makers because they are

19   building the soft body around that.

20        Then I would take -- some of them don't even have

21   color, it's just the hair, I probably took that to hair.  I

22   think all of them, I think I must have taken a hair to, and

23   I would make copies of them because different people have to

24   work on them at the same time.

25   Q    So would you send these copies out to the different

 1    disciplines or people who work in different areas?

 2    A     Correct.

 3            THE COURT:  Slow down just a little bit.  See

 4    Debbie, she's stressing out.

 5            THE WITNESS:  She is, I see her eyeballing me.

 6            THE COURT:  So I can get a good record.

 7            THE WITNESS:  Sorry.

 8    BY MR. QUINN:

 9    Q     Did you get all those drawings back that you would send

10    out, would they all come back?

11    A     They don't all always, always come back, meaning like

12    I've done other toys and, you know, I give them work orders

13    or drawings, and I don't always get them back, but I'm

14    probably sure some I got back.

15            THE COURT:  And I apologize, this is Jane, you met

16    Debbie this morning.  And I apologize, Jane.

17            THE WITNESS:  Sorry, because I called you Debbie

18    too.

19            THE COURT:  Thank you.

20    BY MR. QUINN:

21    Q     Did you send copies of these drawings to the folks who

22    do sculpts?

23    A     I did.  I actually met with one of the sculptors to

24    discuss how we were going to do the head.

25    Q     And what did that group do with your drawing?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

60

1   A    Well, I remember, I didn't have a set deadline to show

2   my -- my project, so they were really busy, I remember that,

3   because she had suggested to use an existing sculpt and

4   remodify it so it looked more like my drawing, and I was

5   fine.  You know, I was -- I wanted to compromise, I knew

6   that if I didn't like it, I can always make comments, so I

7   said, sure, let's start there.

8   Q    And what happened in terms of the sculpt?

9   A    So they used an existing sculpt, I think it was one of

10  our large dolls, and she did it, and it was not looking how

11  I wanted.  I remember it still had nostrils, and I said, no,

12  make the nose smaller, get rid of the nostrils, so I kind of

13  dictate how I wanted it, and so she made those changes for

14  me.

15  Q    All right.  How about the model makers, did you send

16  the drawing also to the model makers?

17  A    I did.

18  Q    And what was their role?

19  A    They had different roles at different stages of the

20  toy.  At first, we needed -- because one can't happen

21  without the other, so I needed a skeleton, so the sample

22  makers can sew me a body, stuff it, close it up, then create

23  fashions over that body.  So they did that, they did

24  infrastructure for me.  They painted -- once we got the

25  heads, I needed to get them casted, molds made to get cast,

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

61

```
 1    and then they painted skin colors on them so I can get it to

 2    the face department to paint a face.

 3         They made wig caps for me so I can root hair, because

 4    the material that I use for the head was hard, and you can't

 5    root it in the sewing machine.  It's not a sewing machine.

 6    It's a rooting machine, but it looked -- it's like a sewing

 7    machine, but instead of -- it roots hair.  Sorry.

 8    Q    These people are doing this based on your instructions

 9    and the drawing you provided them?

10    A    Of course, they are my specifications.

11    Q    And then the face department, you referred to the face

12    painting, did they get involved in this also?

13    A    They did.  I gave them my -- I gave them some heads for

14    me to paint for me, and I didn't like them at all.

15    Q    And so --

16    A    So I took them back -- I actually took them back and

17    then I had the model makers paint me additional heads, and I

18    took a stab at painting them myself, so I painted them

19    myself with acrylic paints.

20    Q    Were there skilled sample makers there at Mattel in the

21    design center?

22    A    Yes.  We called them like sample maker specialists.

23    They -- they -- yeah, so we have --

24    Q    And did they work on -- what is it that they do?

25    A    So there are sample makers that create anything soft
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

62

```
 1    goods, so it can range from fashions to a tent to anything
 2    that has to do with soft material that we need them to sew.
 3    Q    Is this -- now, your father was a tailor and you've
 4    been sewing your whole life?
 5    A    I sew.
 6    Q    Do you do what these sample makers do?
 7    A    No.  I mean, I can certainly try, but it's not going to
 8    look nice.  No, they definitely have a skill.
 9         They -- I remember a girl, she used -- one of the
10    sample ladies, her nails were so long, she like moved the
11    fabric with her nails because it's so tiny or a lot of the
12    sample makers use a big needle to get the fabric through,
13    and it's very precise, so I sew, I love to sew, but I don't
14    think I could do that.
15    Q    Have you hired -- you, yourself, have gotten involved
16    in hiring sample makers at Mattel?
17    A    Yes, we've -- yes.
18    Q    And what do you look for when you are looking to hire a
19    sample maker?
20    A    Well, it's hard to find them.  We usually -- it's not,
21    you know, your typical recruit them by like go to some
22    colleges and see if we can find some.  What we usually do is
23    go ask in-house sample ladies if they know anybody that
24    would have potential to come in.  That's usually my
25    experience, that I've asked the -- current sample ladies if
```

 1    they know anybody, because that's --

 2    Q     They are hard to find?

 3    A     They are hard to find.

 4    Q     Did you -- you talked about the different departments

 5    that you were involved.  Did you have to go to your boss and

 6    get permission to go involve these different departments in

 7    the design center?

 8    A     Say that again.

 9    Q     Did you have to go to your boss, you know, each time

10    you wanted to involve someone in one of these other

11    departments to work on your project?

12    A     No, no, there are resources in house, so I'm free to

13    use them as I -- as I need to.  If I need to, you know, if

14    something is going to need overtime or whatever, I might

15    need the approval of my boss, but for the most part, if

16    it's -- it's all for my use.

17    Q     And so -- people would just assume that when you went,

18    that this is a Mattel project, that they were there to help

19    you?

20    A     Yeah.

21          MS. KELLER:  Objection, calls for speculation.

22          THE COURT:  It's also leading.  Sustained.  Just

23    reask the question, Counsel.  It's improper.  Let's hear

24    from the witness.

25          MR. QUINN:  Okay.

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

64

BY MR. QUINN:

Q    When you ask someone to help out, what would you say to
them?

A    I have a new concept or I need samples for this, I
don't know, toy fair samples are in need, samples for
representation, depends on the need, what I needed it for.
I think in the work order, you check off what you need it
for.

Q    And at any time, did any of these other people who you
involve, you know, ever have occasion to question you about
whether this was for a Mattel project?

A    No, that's just -- everything -- everything that I give
is for Mattel.  I mean, that's just a given that that's what
it's for.

Q    What ultimately happened with Toon Teenz?

A    Well, so we -- we finished the prototypes, the samples,
the prelim models that I worked on, the hand models that I
worked on, and we actually got picked to go into focus
group.

So we tested them, and the girls liked some aspects of
it and didn't like other aspects of it.  Ultimately, another
concept, What's Her Face, tested better.  It was a stronger
play pattern in terms of what the girls can do.  We had a
strong aesthetic, but our play pattern wasn't as developed,
so we didn't proceed, we didn't move forward with it.

1    Q    So what happened to Toon Teenz and other products that

2    are developed at the design center but the company does not

3    end up going forward with them, what happens with them?

4    A    My experience has been, I mean, for example, Toon

5    Teenz, we didn't use it.  I displayed it for a little bit,

6    you know, you move on to the next things, I boxed it up, but

7    on other occasions, we take things from it, like if we

8    didn't utilize it the first time, we would take aspects of

9    it or we'll revive it and do something else with it.

10   Q    Are you referring to specifically Toon Teenz or for

11   other products which --

12   A    Just other in general, just anything.  Like I said, we

13   design tons and tons of concepts at different stages, we

14   always bring them back.

15   Q    Can you think of a specific occasion, you are aware of,

16   of a concept for a toy that was passed over at a certain

17   point in time and set aside, but that at some point later in

18   the future, Mattel -- the people in the design center went

19   back and said, we can use that, and then started to use it?

20   A    I mean, we do that all the time.  Recently we were

21   doing a concept on shopping and for my fab -- fab line, and

22   we were discussing as a team, you know, how do we present

23   this in terms of package and everything, and one of the

24   designers had said, oh, you know, we did something similar

25   like this, you know, a few years ago, so and so worked on

1    it, let me see if she has a package.

2        Apparently, I don't think that that product had made it

3    to be in package, it might have been produced but it never

4    really got sold and into retail.  I forgot what it was

5    called.  But it was a shopping concept.  What was so cool

6    about it is she was packed out differently, like she was

7    reaching out to get like the accessories, so that was --

8    that was inspired by, you know, to do our concept of

9    shopping for -- for jewelry.  So we do that all the time.

10   Q    Let me ask, you know, about some people who were Mattel

11   employees, did you know a woman by the name of Elise

12   Cloonan?

13   A    I did.

14   Q    And who is Elise Cloonan?

15   A    Elise Cloonan, at the time when I worked with her, she

16   was a visual designer.

17   Q    In the Mattel design center?

18   A    Yeah, in my team.

19   Q    And did she work on the Toon Teenz doll?

20   A    She helped me with it.

21   Q    What was her role?

22   A    Well, she had been there for a long time, and her --

23   her mom had also been there for a long time, so she knew a

24   lot of people at the design center.  I was new, so she told

25   me go talk to this person and go there, so she was kind of a

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

1    facilitator for me.

2         So she introduced me to a lot of people, and she just

3    helped me with writing work orders or, you know, pointing me

4    in the right direction.

5    Q    Were you and Elise friends?

6    A    I would say we were work friends, yes.

7    Q    Did you also know Carter Bryant?

8    A    I did.

9    Q    And how did you get to know Carter Bryant?

10   A    Well, Elise had talked to me about him, and eventually

11   I met him, of course.

12   Q    How did -- Elise knew him?

13   A    Elise knew him and she talked to me about him, that he

14   used to work there before, and he was going to come again to

15   interview, to work for a second time.

16   Q    And do you recall the occasion when you first met

17   Carter Bryant?

18   A    I did.  It was the day that he came to interview and

19   Elise said, you know, I want you to meet my friend, and so I

20   don't know if they coordinate to meet like during lunchtime,

21   but I went with her towards the cafeteria, we have a

22   cafeteria adjacent to our lobby in front of the Mattel

23   building or inside Mattel, the design center.  And so we

24   walked down the -- there is a little hallway, and he was

25   standing there, and I remember he had a bright -- it was a

 1    nice tie, it was like purple, and so I met him, that's how I

 2    met him for the first time.

 3    Q    So was it your understanding he was there interviewing

 4    to come back to work at Mattel?

 5    A    Yeah, I don't know if he was about to interview or had

 6    just done his interview, but he was there for the interview

 7    that day.

 8    Q    And then after that, did you become aware that he did

 9    come back to work at Mattel and was working there in the

10    design center?

11    A    Yes, because I saw him inside the design center.

12    Q    Was this in the time period when you were working on

13    Toon Teenz?

14    A    Yes, he was there.

15    Q    Was he ever near your cubicle?

16    A    Yes, I saw him near my cubicle.

17    Q    And what occasions, what would bring him near your

18    cubicle?

19    A    Well, Elise's office -- they are really good friends,

20    so Elise's office was -- there was one cube in between hers

21    and mine, and everybody comes -- actually there was a lot of

22    people in our area because the hair department is like -- my

23    office is across some of the hair department offices, so the

24    hair department is like in my hallway.

25    Q    Did Mr. Bryant ever come near your cubicle when he was

1    coming to see Ms. Cloonan, who was two cubicles away from

2    you?

3    A    Yeah, he came by a couple of times to ask me -- because

4    maybe Elise wasn't in her office, and he asked me if I knew

5    where she was at, and I said, sure, either I did know or

6    didn't know.

7    Q    Did he also go by your cubicle when he would be going

8    to the hair department?

9    A    Possibly.

10            MS. KELLER:  Objection, move to strike.

11            THE COURT:  Sustained.

12   BY MR. QUINN:

13   Q    If you take a look at Exhibit 293R, should be in the

14   book in front of you.

15            MR. QUINN:  This is in evidence, your Honor.  This

16   is the floor plan of the design center.

17   BY MR. QUINN:

18   Q    Does this appear to you to be a fair and accurate

19   depiction of the layout of the design center back in the

20   1999 time frame?

21   A    Yes.

22   Q    And can you point out for us where you sat and where

23   Elise Cloonan sat?

24   A    Can I get up and --

25            THE COURT:  You may.  In fact, put your back to me

1    so that the jury can see where you're pointing, so it's

2    important that they see.

3              THE WITNESS:  So I sat here, and I know that

4    because that's the entrance, and the lobby is right here,

5    and my office is right here.

6    BY MR. QUINN:

7    Q    Do we need to go back out?

8    A    Yeah, I think that's where it is.

9              THE COURT:  Point to it again.

10             THE WITNESS:  This is right there, yeah, right

11   here.

12   BY MR. QUINN:

13   Q    And that's where you sat?

14   A    Yes.

15   Q    And Elise Cloonan?

16             THE COURT:  Just a moment.  Put an X or something.

17             Is that where you sat?

18             THE WITNESS:  Yes.

19             THE COURT:  Okay.  And just to be certain, because

20   it will become a question for both parties, put the whole

21   projection up so you can see it one more time.

22             Is that accurate?

23             THE WITNESS:  Yes.

24             THE COURT:  Okay.  Thank you.

25             Counsel.

 1    BY MR. QUINN:

 2    Q    And Elise Cloonan?

 3    A    She sat right there.

 4    Q    Right next door, one cubicle away?

 5    A    Yes.

 6    Q    Okay.  Can you point out the hair department?

 7    A    The hair department is right here.

 8          THE COURT:  Just a moment.  Where does Elise

 9    Cloonan sit?

10          THE WITNESS:  Right here.

11          THE COURT:  Now, Counsel, I'm sorry.

12    BY MR. QUINN:

13    Q    And then if we can go back out to the whole -- the

14    larger view.

15        Can you point out to us where the hair department was?

16    A    Right here, the corner, the sewing machines were in

17    here, and these are all the cubicles of the hair designers.

18          THE COURT:  Just a little bit louder so the jury

19    hears you.

20          THE WITNESS:  These are the hair department

21    cubicles, and the hair rooting machines were like in this

22    area.

23    BY MR. QUINN:

24    Q    Okay.  Thank you.

25        Was it common for you to be away from your cubicle in

1   your immediate work area?

2   A    Yes, all the time.

3   Q    So you'd go to some of these other departments that you

4   referred to, soft goods, sculpting, the whole --

5   A    Yeah, there is a lot of walking around in the design

6   center, so I'd go to specific areas or to the rest room or

7   whatever, I was out and about.

8   Q    Did you ever talk to Mr. Bryant about Toon Teenz?

9   A    Yes, I remember, one time.

10  Q    And what occasion -- what was the occasion that you

11  spoke to him about that?

12  A    I was in our open area table, which is our team table,

13  and I had the dolls out on the L board.  I was prepping

14  them, I was fussing with them, touching up their hair, and

15  just, you know, moving them just right.  And him and Elise

16  were coming by, like I can see them in the hall coming

17  towards me, and she said, oh, you know, I brought Carter

18  over to see your dolls.  I'm like great.  I was so proud of

19  them.  I wanted -- anybody who wanted to hear me talk about

20  them, I would tell them.

21      So I showed them the dolls and the different characters

22  and all the stuff it came with.  And he really liked it.  He

23  was like, Mattel would be crazy if they don't make these.

24  And I was really happy because he's very talented, so to

25  hear a comment from somebody that's super talented and knows

1    their stuff meant a lot to me, so I was really proud.

2    Q    When, roughly, was this?

3    A    It must have been towards when I almost -- they were

4    finished, so late in the summer of '99.

5    Q    Changing subjects, did you have an inventions agreement

6    that you signed while you were at Mattel?

7    A    Yes.

8    Q    And I think we have that --

9            THE COURT:  It's 20585.

10           MR. QUINN:  20585.

11   BY MR. QUINN:

12   Q    If you can take a look at that.

13          Is that a copy of the agreement that you signed,

14   Ms. Martinez?

15   A    Yes.

16   Q    What was your understanding as to --

17          MR. QUINN:  And we'd offer that, your Honor.

18          THE COURT:  Received.

19          *(Plaintiffs' Exhibit No. 20585 is received*

20      *into evidence.)*

21   BY MR. QUINN:

22   Q    What was your understanding as to who owned inventions,

23   designs, ideas relating to toys that you created while you

24   were employed by Mattel that were in Mattel's line of

25   business?

1    A    Well, my understanding of this -- this document was

2    that, you know, anything that I came up with while I'm

3    employed at Mattel relating to toys belongs to the company,

4    in any shape or form.

5    Q    And -- and how did you come with that -- how did you

6    arrive at that understanding?

7              MS. KELLER:  Objection, irrelevant, your Honor.

8              THE COURT:  Overruled.

9              THE WITNESS:  I mean, I read it, and it says

10   everything I come up with during my employment belongs to

11   the company.

12             THE COURT:  Let me caution the jury.  This is her

13   subjective opinion, and this opinion will go back and forth

14   potentially between both sides as to what this meant, but

15   you'll eventually be the judge of what this agreement as

16   well as all the other evidence represents.

17             Counsel.

18   BY MR. QUINN:

19   Q    Thank you.

20        And you understand this only cover inventions and

21   designs and ideas that you came up with during working hours

22   while you were at the design center?

23             MS. KELLER:  Objection, irrelevant.

24             THE COURT:  Overruled.

25             THE WITNESS:  No, I mean, I come up with toys all

1    the time, so I didn't -- to me, it's not a nine to five

2    proposition, because I -- I just come up with stuff all the

3    time.  Anything and everything -- everything and anything

4    can inspire me.

5    BY MR. QUINN:

6    Q    Have you had occasions where you weren't actually at

7    work where you thought of an idea or a concept for a toy?

8    A    Yes, on many occasions.  I -- yeah, yes.

9    Q    What was your understanding with respect to whether you

10   could work for competing businesses while you're employed by

11   Mattel?

12   A    You don't do that, that's wrong.

13   Q    Is there a -- do you recall signing a conflict of

14   interest questionnaire, Exhibit 20584, if you could take a

15   look at that?  It's the previous tab.

16   A    Yes.

17   Q    Does that have your signature on it?

18   A    Yes.

19            MR. QUINN:  I'd offer that, your Honor.

20            THE COURT:  Received.

21            *(Plaintiffs' Exhibit No. 20584 is received*

22        *into evidence.)*

23   BY MR. QUINN:

24   Q    Was it your understanding that you were supposed to --

25   as part of your employment at Mattel, pursuant to your

1    agreements with Mattel, you're also supposed to avoid

2    conflicts of interest as well?

3    A    Yes.

4    Q    Did you think that everything that was artistic of any

5    nature that you did was owned by Mattel?

6    A    No, I didn't think that.  I mean, I'm artistic, like it

7    comes out of my pores, so to me, anything that's toy related

8    would belong to the company, but, you know, I do -- I sew

9    pillows for my kids, but --

10   Q    You don't turn them over to Mattel first?

11   A    No, I don't, because it's not a toy and it's not --

12   Q    Would it be a simple matter for you in your own mind to

13   separate ideas that you get when you're at the office from

14   ideas that you get when you're at home or driving to and

15   from work?

16   A    I can't separate, you know, I wouldn't -- say that

17   again.

18   Q    Would it be an easy matter for you to separate in your

19   own mind creative activity that you do only at work versus,

20   say, I'm not going to think about toys driving home?

21   A    No, I don't think so.  I mean, it goes -- no, it goes

22   both ways too.  I mean, like I'm always -- like I'm

23   redecorating my house, that's a creative process, and I'm at

24   work and I'm like what color am I going to paint the living

25   room, so you can't just shut it off, the creative

1    inspiration that you get, in my case for me.

2    Q    And based upon your discussions with other employees at

3    Mattel, did they have a similar understanding about who owns

4    the inventions in the toy business that they come up with

5    while they're employed by Mattel?

6              MS. KELLER:  Objection, hearsay.

7              THE COURT:  Sustained.

8    BY MR. QUINN:

9    Q    Well, have you ever had a situation where an employee

10   told you --

11             THE COURT:  Sustained, Counsel.  Move on to the

12   next area, now.  That's it.  Speculation.

13   BY MR. QUINN:

14   Q    Do you remember when Mr. Bryant left Mattel?

15   A    I do.  I don't remember the time, but I remember when

16   he's leaving.

17   Q    You remember the occasion, in other words?

18   A    Yes.

19   Q    And what do you recall about that, about his departure?

20   A    Well, I recall telling him that I had heard that they

21   would give more money if he'd stay, and he was like, no,

22   that's okay, you know.  I'm like, where are you going, like

23   just, where are you going?  And he's like, oh, it's better

24   if you don't know.  And I just found that odd because --

25   Q    How did you learn that Mattel might offer him more

1     money if he would stay?

2     A     I have to show Ivy a concept, because I think she had

3     missed it during walk-through, so I was told to go into her

4     office to show her, and she was on the phone, and I heard

5     her talk about that.

6     Q     About that?

7     A     Yeah.

8     Q     About offering Mr. Bryant more money?

9     A     Yes.

10    Q     And did he explain -- you asked him, "Where are you

11    going," and he said, "It's better you don't know"?

12    A     Yeah.

13          MR. QUINN:  Nothing further, your Honor.

14          THE COURT:  Cross-examination, please.

15          Okay.  Counsel, we are going to take a break.

16    Jane wants to rest her hands because it's been rather rapid.

17          Twenty minutes, is that acceptable to you?

18          Okay.  20 minutes.  We'll see you at 5 minutes to

19    the hour.  Have a nice recess.  I admonish you not to

20    discuss this matter amongst yourselves, nor form or express

21    any opinion.

22          *(Recess.)*

23          *(The following proceedings is taken in the*

24    *presence of the jury.)*

25

```
 1              THE COURT:  We are back in session.

 2              Ms. Martinez, if you'd please be seated.

 3              Thank you, counsel, for your courtesy.  If you'd

 4   please be seated.

 5              All counsel are present, the jury and the

 6   alternates are present.

 7              And counsel if you'd like to begin your

 8   cross-examination, please.

 9              MS. KELLER:  Thank you very much.

10           LILIANA MARTINEZ, PLAINTIFFS' WITNESS, RESUMED

11                        CROSS-EXAMINATION

12   BY MS. KELLER:

13   Q    Good afternoon, Ms. Martinez?

14   A    Good afternoon.

15   Q    Now, you and I have never met before today, have we?

16   A    No, we haven't.

17   Q    And you have had some involvement in this case that's

18   gone back several years, haven't you?

19   A    Yes.

20   Q    Now, you've been Mattel's corporate representative at

21   counsel table in this end in other proceedings, true?

22   A    In the previous proceeding?

23   Q    Yes.

24   A    Yes, I have.

25   Q    And that means that you have heard everything every
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 80 of 167   Page ID #:290166
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

80

1    witness had to say who is coming up in this trial, right?

2    A    Not everything.  I left early on the last proceeding.

3    Q    Okay.  You've heard most of what most of the witnesses

4    have had to say, true?

5    A    Correct.

6    Q    And you are being chosen to sit here as the corporate

7    representative.  You understand that to mean that you become

8    Mattel's face to this jury, right?

9    A    Yes.

10   Q    Not Mr. Eckert, the CEO, not any of the senior people

11   in the company, right?

12   A    (No audible response.)

13   Q    And did you participate --

14        MR. QUINN:  Your Honor, she's a witness.  There is

15   a witness exclusion order.  It's improper.

16   BY MS. KELLER:

17   Q    None of the corporate executives of Mattel are sitting

18   here as a corporate representative like you are, right?

19        THE COURT:  I'll sustain the objection, Counsel.

20   They've been excluded by joint request of both counsel, so

21   they can't be here.

22        So next question.

23   BY MS. KELLER:

24   Q    Now, you have also had some television and media

25   training, have you?

1    A     I've met with PR.

2    Q     Well, I mean, you've actually had training in how to

3    present yourself, haven't you?

4    A     I don't know if you call it "training," but I've

5    prepped with the PR department, yes.

6    Q     And in fact, Mattel nominated you to be on this hit TV

7    show I've heard a lot about called "Project Runway," right?

8    A     Nominated me?

9    Q     Picked you to be Mattel's representative on that show.

10   A     Yes, I was lead designer on that brand, so they felt

11   that I would be a good person to talk about the dolls in

12   that show.

13   Q     So there was a competition to see who can design the

14   best clothes for the doll, for Barbie, right?

15   A     For --

16   Q     On Project Runway.

17   A     Yes.

18   Q     And you were a judge?

19   A     Yes.

20   Q     And you had some training before that in how to present

21   yourself in public, right, and on TV?

22   A     Yeah, like I met with PR, and, you know, they talked to

23   me about how to present myself, and I represent the company.

24   Q     And you're pretty thoroughly familiar with this case by

25   now, aren't you?

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

82

```
 1    A    Yeah, you could say so.  To your point, I've heard a
 2    lot of testimony.
 3    Q    And you've heard lawyers argue about legal issues,
 4    haven't you?
 5    A    Yes, but I don't understand, but yes, I have heard.
 6    Q    Sometimes the lawyers may not understand it, but you've
 7    heard the arguments, right?
 8    A    Yes, I have.
 9    Q    And you know that Mattel needs you to do well as a
10    witness, right?
11    A    I --
12              MR. QUINN:  It's argumentative, your Honor.
13              THE COURT:  Sustained.
14    BY MS. KELLER:
15    Q    Is it important to you to do well as a witness to help
16    Mattel?
17    A    It's important for me to tell the truth.
18    Q    Of course, but aside from that, you want to do well to
19    help Mattel, don't you?
20    A    I want to do well in how I present myself?  Yes, I --
21    you know, I don't have the jitters or anything.  I'm more
22    than happy to, you know, say what I know.
23    Q    Okay.  Now, Ms. Martinez, to prepare for today's
24    testimony, did you meet with Mattel's lawyers?
25    A    I did meet with them.
```

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

83

1    Q    And about how many hours altogether did you spend
2    preparing?
3    A    We met for a few days a couple hours each day, so maybe
4    10, 12 hours.
5    Q    And then in connection with the prior proceeding, you
6    also prepared for that, didn't you?
7    A    Yes.
8    Q    And about how many hours was that?
9    A    More or less, the same.
10   Q    And then you also had a deposition that you gave, and
11   you prepared for that with Mattel's lawyers also, right?
12   A    Right.
13   Q    And about how many hours were spent preparing for that?
14   A    That was a little further back.  I don't -- quite a few
15   hours.
16   Q    All right.  So you -- it's fair to say, isn't it, that
17   you know what the issues are that are important to Mattel in
18   this case; is that fair?
19   A    I know most of the issues.  I've heard some stuff that
20   I've never heard before while sitting here, so --
21   Q    Okay.  Now, I want to talk to you for a minute about
22   the design of the decal that we've heard so much about.
23        Your manager, Debbie Meyer, told you to come up with a
24   cool hip decal for Barbie, right?
25   A    Yes, right, just come up for a graphic for her shirt.

1    Q    Something cute and girlie?

2    A    Whatever; she left it up to me.

3    Q    And it was exciting for you, wasn't it?

4    A    Yeah.  I mean, my job is fun, yeah.

5    Q    Well, this was pretty early on, though, wasn't it?

6    A    I would say so.

7    Q    Yeah.  How long have you been at Mattel at that point?

8    A    Well, since I started in April, and I had been

9    probably -- either late '98, so a few months.

10   Q    Okay.  And so you came out with a decal sketch in,

11   what, '98, '99?

12   A    Yeah.  I mean, my understanding is the product came out

13   in '99.  I don't know if it came out early '99 or later part

14   of the '99 year, so -- it usually takes us about a year or

15   so.  On that particular toy, it did, so it must have been in

16   '98 sometime.

17   Q    And you don't recall how many months you had been

18   working at Mattel before being asked to come up with it,

19   right?

20   A    Just a few months.

21   Q    And you don't remember how long it took to come up with

22   the drawings altogether, true?

23   A    The decal drawings?

24   Q    Yes.

25   A    The sketches didn't take me that long, I don't think,

1    and then, of course, I had to get them approved and then

2    color with whatever my boss picks, so I don't know exactly

3    the time frame of that.

4    Q    Well, has your memory gotten better over the years

5    about these things than it was, say, back in 2008, or was

6    your memory fresher then?

7    A    It could have been.  There's things that, you know,

8    trigger, like, for me to remember stuff, but --

9    Q    Well, back in May of 2005, May 20th, 2005, did you

10   testify that you didn't recall how many months you had been

11   working at Mattel before you were asked to come up with the

12   decals?

13   A    I might have.  I -- I didn't remember.

14   Q    Do you have a copy of your transcripts in front of you

15   that your counsel would have placed up there, I think?

16   A    I think so, yes.  Deposition?

17   Q    If you could look at the volume that's dated May 20th,

18   2005.

19   A    Yes.

20   Q    Look at page 37, lines 1 through 7.

21           THE COURT:  Counsel, since I don't have that at my

22   disposal, I'm not going to chase that, so just bring that to

23   me.  Turn to the page.  I'm not going to do that.  I want to

24   pay attention to the evidence.

25           MS. KELLER:  I'm sorry, your Honor.  I thought --

```
 1              THE COURT:  No, no.  That's fine.  Even if I had
 2   it, I'm not going to flip to that page, Counsel.  I need to
 3   listen to the evidence.  Turn the page.  I don't know if
 4   it's impeaching or not and --
 5   BY MS. KELLER:
 6   Q    Have you found that page?
 7   A    Yes, 37, 1 through 7.
 8              THE COURT:  Thank you very much.
 9              Now, Counsel?  Ms. Keller?
10              MR. QUINN:  I think it should begin at page 36,
11   line 22.
12              THE COURT:  Thank you, Counsel.  You can do that
13   at redirect, Counsel.  This is cross.
14   BY MS. KELLER:
15   Q    Okay.  And was your answer at that time "I don't
16   recall.  It was more than six months"?
17   A    That's what it says.
18   Q    Okay.  Well, was that your testimony?
19   A    That's what I said.
20   Q    I'm sorry.  My question was, was that your testimony?
21   I mean, as opposed to what the piece of paper says, is that
22   your -- was that your testimony, or do you not remember?
23   A    I don't remember.  I mean, I take it if what's here is
24   accurate, so if it's here, I'm assuming that I said that.
25   Q    And in 2008, on May 28th, 2008, did you also say you
```

1    didn't remember?  I mean, would that be fair?

2    A    I don't remember.

3    Q    Now, is it also true that you previously testified that

4    you didn't know how long it took you to come up with

5    drawings for the decal?

6    A    Right, I said that here, too.

7    Q    And that you don't remember how long it took to color

8    or ink them?

9    A    Right.

10   Q    And that you don't recall how long it took from the

11   time Debbie Meyer gave you the assignment to come up with

12   the decal to the time you actually produced the decal; you

13   don't remember that either, right?

14   A    Not exact time, no.

15   Q    Okay.

16        Now, could we have Trial Exhibit 257.

17        And this is the doll with short orange hair and

18   pigtails.  This is the Cool Skating Barbie, or I think

19   that's already in evidence.

20             THE COURT:  It is.

21             MS. KELLER:  And we have a projection of it as

22   well.

23             And could we also have Trial Exhibit 258, the one

24   for Teresa, long blue hair and two pigtails.  And Trial

25   Exhibit 259, the one for Christie, and that's the blonde

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

88

1    hair and braids.

2    BY MS. KELLER:

3    Q    Okay.  Did the visual design department work with you

4    on these decals?

5    A    Yes, they did.

6    Q    And these products were all on the market in 2009,

7    right -- or I'm sorry, 1999?

8    A    I -- I believe so, yes.

9    Q    If you need to take a moment just to check the packages

10   and see.

11   A    Yes, I see it says '99.

12   Q    All right.  And now, one of your inspirations for those

13   decals, you, yourself, are inspired by other people's

14   artwork, right?

15   A    I don't know if I'm inspired -- yeah.  I mean, I like

16   people's styles, yes.

17   Q    But you'll see a piece of artwork yourself and say,

18   "Oh, that makes me want to draw my own version of that,"

19   true?

20   A    I don't know if that thought comes to my mind, but I

21   get inspired by drawings, by everything.

22   Q    Okay.  But the term "inspired" has been used a lot in

23   here, and it's not a legal term, so I'm asking you, you

24   know, do you sometimes see something and say, "Hey, I like

25   that, and I want to kind of make my own version of that,

1    make it my own"?

2    A    I wouldn't put it in those words.  "Inspiration" is

3    something for me that is -- it can be anything, any element

4    of it, it can be color, it can be -- it can be anything, but

5    I wouldn't say, "Oh, I want to do a version of that for me";

6    you know what I mean?

7    Q    Okay.  Well, has anybody told you you should always say

8    you were inspired by something rather than copied it or

9    tried to make your own version of something?  Have you been

10   taught -- told to say that?

11   A    Absolutely not.

12   Q    Okay.  I want to show you this decal for a Spice Girls

13   advertisement for their video game -- or I'm sorry.  I think

14   this was your testimony, if I'm not mistaken, that one of

15   your inspirations for a decal, the decals you have up there,

16   was a Spice Girls ad for their video game.

17   A    I remember a graphic, yes, of the Spice Girls drawn.

18   Q    And the reason that it caught your attention is they

19   were cute little characters with big heads and big feet,

20   right?

21   A    Yeah, they were very impactful graphics.

22   Q    Okay.  But the impactful things about them were the big

23   heads and big feet, right?

24   A    I mean, that was part of it, but there was a lot of

25   things that they had going on, but that was part of it.

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

90

1    Q    Okay.  What were the other things they had going on

2    that you found inspiring?

3    A    They had cute clothes and the composition of the

4    graphic on the package, just the whole vibe of the way --

5    you know, everything.  It was really cute.

6    Q    All right.  And so the Power Puff Girls were big then,

7    weren't they?

8    A    I think so.

9    Q    And was that another source of your inspiration?

10   A    Yes.  I love the Power Puff Girls.  They were really --

11   again, had big heads, they were impactful.  I like a lot of

12   color, and it was really outlined and --

13   Q    Well, if we can have you take a look at Trial

14   Exhibit 17769, and we're going to put that on your monitor,

15   I think.

16        Do you have that one?

17        And you can also see the hard copy that this gentleman

18   has, same thing.

19        Do you recognize that as the Powder Puff Girls, or

20   Power Puff Girls, rather?

21   A    Yes.

22   Q    Yes?

23   A    Yes.

24   Q    And is that what we are talking about?

25   A    These are the Power Puff Girls.

 1           MS. KELLER:  Your Honor, I'd request that those be

 2    admitted into evidence.

 3           THE COURT:  Received.

 4           (Defendants' Exhibit Nos. 257, 258, 259 and

 5       17769 are received in evidence.)

 6           MS. KELLER:  We'll see if we can get an image.

 7           Okay.  Can we maybe magnify that a little bit?

 8    It's a little murky to my eyes.

 9    BY MS. KELLER:

10    Q    Okay.  So the biggest thing that jumps out at you are

11    the big eyes, right?

12    A    The head and the eyes.

13    Q    Okay.  And then we've got some big feet -- I'm missing

14    the body.  I'm hardly seeing the body.  Really small torso?

15    A    They don't have huge feet, but okay.

16    Q    And they have kind of a cartoonish look, right?

17    A    Yes, they are animated.

18    Q    Yeah, yeah.  I mean, they don't look like a traditional

19    fashion doll, for example, right?

20    A    No.

21    Q    Now, the Toon Teenz project that you worked on after

22    you did your decals, that came at the direction of Debbie

23    Meyer, as we've talked about.  And if I understood, you said

24    she thought it would be great if you designed -- if you made

25    a doll out of what was on that decal?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

92

1    A    Yeah.

2    Q    Okay.

3    A    She said that.

4    Q    And you were pretty excited about it?

5    A    I think so.

6    Q    You describe yourself as having been totally psyched?

7    A    I was excited, yes.  I was psyched.

8    Q    And it was huge for you at the time, wasn't it?

9    A    Yeah.  It was a -- it was a big project.

10   Q    Now, you don't know who came up with the name "Toon

11   Teenz," do you?

12   A    No, because we -- it was a collaborative.  I know we

13   talked to the model makers, we talked to Elise, we talked

14   to -- and it just -- I don't -- I don't know of one

15   particular person that came up with Toon Teenz.

16   Q    Okay.  My question was, you don't know who came up with

17   Toon Teenz; is that right?

18   A    No.  Somebody in the team collaboratively came up with

19   it, but I don't know of a specific person that came up with

20   it.

21   Q    Okay.  And previously when you were asked who came up

22   with the name "Toon Teenz," you said you didn't know; is

23   that right?

24   A    Right, I don't know.

25   Q    And you know you didn't come up with it, true?

```
 1    A    I didn't singularly come up with it, no.

 2    Q    And previously when you were asked was it you, you just

 3    said "no," true?

 4    A    True.

 5    Q    Back in '05?

 6         And so you don't know if it was a matter of months or

 7    how long between the time that you made the decal and the

 8    time that Debbie Meyer asked you to make it into a doll,

 9    true?

10    A    True.

11    Q    You don't know if it was weeks or what?

12    A    I don't remember.

13    Q    Now, the first thing you did was you created a

14    prototype for Toon Teenz so you can give a presentation,

15    right?

16    A    Well, it wasn't like the first thing I did.  I -- I had

17    to create sketches to give me a road map as to what I was

18    going to do or visually show the people that were going to

19    help me create a prototype create it, so --

20    Q    All right.  And then you needed to create a prototype,

21    right?

22    A    Right.

23    Q    And a prototype is referred to something that's used

24    for preliminary purposes, true?

25    A    Sure.  I mean, it can be different levels or stages,
```

1    but specifically in the department that I work on, we do a

2    lot of preliminary work, which is a lot of prototypes, yeah.

3    Q    And you said a lot of people worked on this project,

4    right?

5    A    Yes.

6    Q    Now, when you say "sample makers," we are talking about

7    seamstresses, right?

8    A    I mean, I guess you could call it that, but to me, they

9    are more than that because they are really -- they have a

10   really speciality as to what they do as a craft.  I don't

11   think anything can just do that.

12   Q    Well, yeah, I -- I understand that, but what I'm saying

13   is even if they're really, really super seamstresses and

14   really great doll seamstresses, they are seamstresses,

15   right?

16   A    I don't call them that.

17   Q    You call them sample makers, right?

18   A    Right.

19   Q    Okay.  What would the rest of us call them,

20   seamstresses for dolls, really skilled --

21            MR. QUINN:  This calls for speculation.

22            THE COURT:  Sustained.

23   BY MS. KELLER:

24   Q    Now, the model makers -- the model makers, they also

25   were involved in that prototype, right?

1    A    Yes.

2    Q    And they are pretty skilled too, aren't they?

3    A    Yes, they are.

4    Q    And the hair department, they are pretty skilled people

5    also, right?

6    A    Yes.

7    Q    And the face department?

8    A    Yes.

9    Q    Face painting and all that?

10   A    Yes.

11   Q    The face sculpting department, they really have to know

12   their stuff, don't they?

13   A    Of course.

14   Q    And you didn't do any of the sculpting for the Toon

15   Teenz, did you?

16   A    I tried but --

17   Q    You didn't like the results?

18   A    No, I didn't like it.

19   Q    So you left that to the sculptors?

20   A    Yes.

21   Q    And there was a graphics department too, right?

22   A    I don't remember having a graphics department.

23   Q    Okay.  If you look at your testimony in 2005, page 63

24   at lines 4 to 5.

25   A    What page, I'm sorry?

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

96

```
1    Q      Page 63, 2 to 5?

2    A      Yes.  Oh, okay.

3           THE COURT:  Just a moment.

4           Thank you.

5    BY MS. KELLER:

6    Q     So the graphics department was involved too, right?

7    A     I didn't have a graphics department.  I don't know why

8    I would say that.  Maybe I meant a graphics person and I

9    misspoke, but okay.

10   Q     Okay.  We won't call it a department.  We'll say

11   whoever your graphics person was was involved, okay?

12   A     Yeah.

13   Q     And the model shop was involved too, right?

14   A     No, it wasn't the model shop -- well, I did say model

15   shop.  The model makers.  No, it was a model shop, yeah,

16   because we did a car.  Sorry, yes.

17   Q     All right.  And isn't it also true that you didn't know

18   how long it took the sample maker to make the body or --

19   A     I don't recall.

20   Q     -- or how long it took the sculptor to come up with the

21   sample head?

22   A     No, because -- well, what's happened is this was kind

23   of like a side project, so time frame is kind of hard

24   because I didn't have set deadlines, and I worked on it over

25   the summer over a long period of time.
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

97

```
1    Q    Okay.  My question, though, is, is it true that you

2    don't remember how long it took the sculptor to come up with

3    the sample head?

4    A    Correct.

5    Q    And you don't remember if it was a matter of days or

6    longer, true?

7    A    True.

8    Q    And you don't remember what Debbie Meyer's role on the

9    project was, right?

10   A    Well, Debbie Meyer was my manager, so I must have shown

11   her at some point what I was working on.

12   Q    Okay.  What I'm asking, though, is, isn't it true that

13   you don't remember what her role in the project was?

14   A    She's my boss.  Her role was to -- for me to run things

15   by her.

16   Q    As of 2005, May of 2005, is it true that you didn't

17   know what her role was on the project?

18   A    (No audible response.)

19   Q    You said you didn't remember.  Did you want to take a

20   look at page 90, lines 12 through 22?  And then if you

21   wanted to go down to the next page, all the way down to

22   lines 15.

23        Okay.  Do you want to --

24   A    Yeah.

25   Q    Is it correct that you didn't remember back in 2005
```

1    what Debbie Meyer's role has been on the project; is that

2    true?

3    A    True.  I --

4    Q    And was it --

5         MR. QUINN:  Excuse me, your Honor.  I think

6    counsel cut the witness off.

7         THE COURT:  Had you finished your answer?

8         THE WITNESS:  (No audible response.)

9         THE COURT:  Had you finished your answer?

10        THE WITNESS:  I think so.

11        THE COURT:  Okay.  She's finished her answer.

12   BY MS. KELLER:

13   Q    And you also didn't recall whether she had any creative

14   input on the Toon Teenz project, right?

15   A    Right.

16   Q    Or whether she made any comments to you, you didn't

17   remember that either, right?

18   A    Yeah, I don't -- I didn't.

19   Q    Or any contribution that she made creatively you didn't

20   remember, true?

21   A    True.

22   Q    And is it also true that you didn't remember, or you

23   don't remember who was present at the Toon Teenz

24   presentation that you made?

25   A    I believe there was a couple of presentations, but I --

```
 1    the first one where everybody showed their concepts, there
 2    was designers there, a guy named Cassidy may have been
 3    there.
 4    Q    Back in May of 2005, did you testify that you didn't
 5    remember who was at the presentation, didn't remember
 6    anybody who was present?
 7    A    I don't remember exactly who was there, but there was
 8    people there.  I don't remember exactly who.
 9    Q    Okay.  That's my question.
10    A    Right.
11    Q    You don't remember if Adrienne Fontanella was at the
12    initial presentation, true?
13    A    True, I don't remember.  She most likely wouldn't have
14    been there, but I don't remember.
15    Q    And you don't remember how many people were there,
16    right?
17    A    Right, I don't remember.
18    Q    You don't even know if it was five people or a hundred
19    people, true?
20    A    True.
21    Q    And you don't remember what was said at the
22    presentation, correct?
23    A    Well, I mean, I don't remember exactly because they
24    did, like, a walk-around.  I don't remember what people said
25    about everybody's concept.
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 100 of 167   Page ID #:290186
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

100

1    Q    Okay.  When you were asked in 2005 if you remembered

2    what was said at the first presentation, do you remember

3    testifying "I do not"?

4    A    I don't remember, but if this is what it says I said,

5    then that's what I said.

6    Q    And you do remember that in some form, you presented

7    the Toon Teenz project to some people, true?

8    A    True.

9    Q    But you don't remember what stage the project was in,

10   right?

11   A    It was pretty much close to completion.

12   Q    Well, did you testify back in May of 2005 that you

13   didn't remember what stage the project was in, and I'm --

14   it's page 106, lines 19 through 21.

15            THE COURT:  Page 106, lines 20 --

16            MS. KELLER:  Lines 19 through 21, your Honor.

17            THE COURT:  Thank you.

18            THE WITNESS:  Okay.

19            MR. QUINN:  Your Honor, I object.  There was

20   ambiguity.  She said there were two presentations.

21   BY MS. KELLER:

22   Q    At the time of the initial presentation, do you

23   remember what was said at the first presentation?

24   A    I remember the comments that were made to my project.

25   Q    Okay.  Did you testify back in May of 2005 that you did

```
 1   not remember what was said at the first presentation?

 2             MR. QUINN:  Objection.  Irrelevant.

 3             MS. KELLER:  Referring to lines 14 --

 4             THE COURT:  Overruled.

 5             THE WITNESS:  14?

 6   BY MS. KELLER:

 7   Q    Page 106, lines 14 through 16.

 8   A    Yeah, I don't remember what was said.

 9   Q    Okay.  What I was asking you is did you testify in May

10   of 2005, when asked if you remembered what was said at the

11   first presentation, "I do not."

12   A    Okay.

13   Q    Is that what you said?

14   A    That's what it says I said.

15   Q    And is it also true that you don't recall if you

16   explained that your concept was to do a plush doll concept?

17   A    Say that again, if I explained?

18   Q    Is it true that you don't recall if you explained at

19   that first presentation that your concept was to do a plush

20   doll concept?

21   A    Right.  I mean, I don't recall saying that, or calling

22   my dolls plush, because to me, "plush" is something else

23   and --

24   Q    Here is my question.  Is it true that back in May of

25   2005, you did not remember whether you had explained that
```

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

```
 1   your concept was a plush doll concept at that first

 2   presentation?

 3   A    Right, I don't.

 4   Q    You said you didn't remember, right?

 5   A    (No audible response.)

 6   Q    And was it -- is it also true that you don't remember

 7   anything else you said at this presentation?

 8   A    I don't -- you know, the concept was just there.

 9   Q    Okay.  Here is my question, because sometimes I don't

10   ask a good one.

11        Is it true that you testified in May of 2005 that you

12   don't remember anything else you said at the presentation in

13   describing the Toon Teenz concept?

14   A    Right, because it was just there.

15   Q    So you didn't remember anything you --

16   A    I didn't remember, you know, exactly how I described

17   the concept.  It kind of spoke for itself.

18   Q    Well, for example, you didn't -- in May of 2005, you

19   didn't remember anything about the play pattern for the

20   doll, did you?

21   A    No.

22   Q    You don't remember if you even talked about that,

23   right?

24   A    Right.

25   Q    All right.  Now, there was -- I think you talked about
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 103 of 167   Page ID #:290189
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

103

1    with Mr. Quinn that there was some focus group testing done

2    on the project, and a little while ago you told us what some

3    of the results of that focus group were; do you remember

4    that?

5    A    Well, it wasn't --

6    Q    Okay.  I'm just asking you if you remember talking

7    about that earlier with Mr. Quinn in front of the jurors?

8    A    Yes, I do.

9    Q    Okay.  And when you were asked back in -- when you were

10   asked back in May of 2005 about the focus group, you didn't

11   really remember much about it, right?

12   A    I didn't.

13   Q    And you didn't remember if it took place on

14   November 1st of 1999, true?

15   A    True.

16   Q    You didn't remember if you took any notes, right?

17   A    I don't know if I said that, but I don't remember.

18   Q    You didn't remember whether you -- didn't remember what

19   was said, really, by the focus group, true?

20   A    No, I -- I don't remember anything specific.  I just

21   remember them saying, you know, they didn't, like, hate it.

22   Q    Do you remember the result being that except the only

23   thing the girls really expressed interest in were the looks

24   and features of the car for the dolls?

25   A    That's some aspect that they liked.

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

104

```
 1    Q    I'm saying, though, that's pretty much what they liked,

 2    right, the car?

 3    A    If that's what the report said.  I don't necessarily

 4    agree.

 5    Q    Okay.  But see, what I'm trying to get at a little bit

 6    is what you remember then versus what you remember now.

 7    Back in '05, you didn't really remember much about the focus

 8    group, true?

 9    A    Right.  I mean, it was --

10    Q    Is that true, though?  But today you remember a little

11    bit more about it?

12         MR. QUINN:  Your Honor, that misstates the

13    testimony.

14         THE COURT:  It's also confusing.  You cut off the

15    witness, and I don't see how you can understand the

16    question, so reask the question.

17         MR. QUINN:  Your Honor, she did not testify --

18         THE COURT:  Thank you very much, Counsel.

19         Reask the question.

20    BY MS. KELLER:

21    Q    Were you shown a copy before testifying today of the

22    report of the focus group to refresh your memory?

23    A    I've been shown a couple of documents.  I might have

24    seen that.

25    Q    No.  I'm talking about just in connection for
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 105 of 167   Page ID #:290191
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

105

```
1    testifying here today.  I'm not talking about '05.  I'm
2    talking about maybe today, yesterday, were you shown a copy
3    of the focus group report?
4    A    Not today, but a few days ago.
5    Q    Okay.  So a few days ago, you saw a copy.
6         And the conclusion of the focus group report was don't
7    pursue development --
8              MR. QUINN:  Objection, your Honor.  The document
9    speaks for itself.
10             THE COURT:  Is that document in evidence?
11             MS. KELLER:  It is not yet.
12             THE COURT:  Do you want that document in evidence,
13   Counsel?
14             MS. KELLER:  I hadn't asked yet, but we may.  Yes,
15   your Honor.
16             THE COURT:  We'll move on to another area,
17   Counsel.
18             MS. KELLER:  Yes, your Honor.
19             THE COURT:  No.  We'll move on to another area.
20   Put it aside.
21             Now, I think what we need to do, though, is focus
22   on what she recalls today.  If she doesn't recall something
23   today, then you go back in 2005, but you don't start off
24   with 2005 and start with impeachment before she ever has a
25   chance to testify about what she understands today.  It's
```

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

106

1   backwards, so let's start again.

2   BY MS. KELLER:

3   Q    Is it true that the decision, after the focus group, of

4   Mattel was not to pursue development of the dolls?

5   A    That's my understanding.

6   Q    And that understanding is based on your own memory or

7   it's based on having read the focus group report recently?

8   A    That was my memory.  We just didn't move forward with

9   it.

10  Q    I'm sorry?

11  A    They picked something else from that focus testing

12  to -- they pursued something else, not my concept, but not

13  because I read it from the document.  I mean, that's what I

14  remember from back then.

15  Q    Okay.  What you remember is they didn't pursue Toon

16  Teenz?

17  A    Right, because they pursued something else.

18  Q    All right.  And, of course, you heard Ms. Ross testify

19  to that as well, right?

20  A    Right.

21  Q    Now, in addition to this focus group report that you

22  read, what other documents were you given to read before

23  testifying today?

24  A    Well, I have my -- my deposition, my -- the previous

25  proceedings, my contract, my conflict of interest, that's

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 107 of 167   Page ID #:290193
CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

107

1    what I can remember.

2    Q    All right.

3    A    Yeah.

4    Q    Now, after the decision was made not to go forward with

5    Toon Teenz, you don't remember if you used Teenz for any

6    purpose at Mattel, true?

7    A    I don't remember using Toon Teenz.

8    Q    And you don't remember anybody else using them for any

9    other purpose, true?

10    A    I don't talk to everybody in the building, so I don't

11    know.

12    Q    Okay.  Let me just make it simpler, then.  You don't

13    have any knowledge that anyone has ever used Toon Teenz at

14    Mattel for any purpose up until today, true?

15    A    That I know of, right.

16    Q    Okay.  So that would be correct.

17        Now --

18            THE COURT:  Let's get the answer from you.  Is

19    that correct?

20            THE WITNESS:  That's correct.

21            THE COURT:  Okay.  Thank you.

22    BY MS. KELLER:

23    Q    Now, if we can go back to Trial Exhibit 263, which is

24    in evidence.  I want to talk to you about the drawings you

25    created based on the decals.

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

108

1          Now, first you did a line drawing from the decals,

2     right?

3     A     Uh-huh.

4     Q     And then you used that to create variations with

5     different hair styles, clothes and shoes, true?

6     A     True.

7     Q     Now sometime after you created Exhibit 263, you

8     actually went back and put a date on the drawings in your

9     handwriting, right?

10    A     I did.

11    Q     So it was a date earlier than the date you wrote it

12    down, true?

13    A     It was a date later?  Not earlier --

14    Q     Okay.  Here is what I'm asking.  You handwrote a date

15    of June 1999 on the first page, right?

16    A     Yes.

17    Q     Second page and third page?

18    A     Uh-huh, yes.

19    Q     And you handwrote a date of June 1999 on both images of

20    the fourth page, and if we could go through these fairly

21    quickly because it's the same question as to each.  263, 1,

22    2, 3, 4, 5, 6, as to all of those, you wrote a date of

23    June 1999 in your handwriting, right?

24    A     Yes.

25    Q     But at the time you wrote that, it was later than June

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

109

1    of 1999, wasn't it?

2    A    Yes.

3    Q    And there is nothing wrong with that, is there?

4    A    No.

5    Q    In other words, you wanted to memorialize the date that

6    you had created the drawings, but you just had forgotten to

7    do it at the time, true?

8    A    Right.  I put the month and the year because it was

9    around that time.  If I probably would have done it at that

10   particular time, I would have put the date.  So yeah, I went

11   back and put the date so I don't forget the time that I did

12   them.

13   Q    And so you don't really know how many weeks or months

14   after you created this you wrote the date on there; is that

15   true?

16   A    Right.  It was months, probably.

17   Q    You just know that you got a call from the legal

18   department telling you to do it, true?

19   A    No.  I got a call from the legal department to acquire

20   all of the materials that I had for Toon Teenz, and that's

21   it, to just gather them.  And so when I looked at my files

22   and gathered everything that I had, I figured I better put

23   the date before I forget, but I was never instructed to do

24   so by anybody.

25   Q    Okay.  So it was after the legal department contacted

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

110

```
1   you and said, "Hey, we might need all your Toon Teenz

2   stuff," you hung up the phone, gathered your things, and

3   then realized, "Uh-oh, I didn't put a date on there, so I

4   better do that"; is that close?

5   A    No, I didn't say "uh-oh," and I didn't do it right

6   away.  When I got to it, I gathered that stuff, and you

7   know --

8   Q    Okay.  At that point you said you better date them

9   before you forgot exactly when you had done them, right?

10  A    Yeah, I remember saying something like that to myself.

11  Q    Because some time had elapsed, true?

12  A    True.

13  Q    Because you were afraid if you let it go much longer,

14  you would completely forget when you created those drawings,

15  right?

16  A    Yes.  I'm very forgetful.

17  Q    And then after you put that June '99 date on there,

18  that's when you send them up to legal, true?

19  A    No.  I held on to them --

20  Q    Oh, okay.

21  A    -- and then I got another call to turn them over to

22  them.

23  Q    Okay.  And then you turned it over to legal?

24  A    Yeah.

25  Q    And did you ask legal, "Hey, why do you need all my
```

1    Toon Teenz stuff?"

2    A    I don't think so.  I mean, that's the legal department.

3    They can have whatever they want.

4    Q    But you don't remember when they made this call to you?

5    A    No, I don't.

6    Q    And could it have been six months later, eight months,

7    later, nine months later?

8    A    Since '99?  Since -- I don't -- can you ask me your

9    question again?

10   Q    Yeah.  The question is how long -- if you can remember

11   how many months had gone by between the time you made the

12   drawings and the time you put that June 1999 date on them?

13   I mean, was it three months, six months, nine months, a

14   year?

15   A    It could have been months to a year -- years.

16   Q    Okay.  Give us a frame, if you can estimate it, just

17   put it in brackets.  I mean, six months to a year, or

18   something like that?

19   A    See, it's just really hard because not only this

20   project was, like, weird time frame because I didn't have

21   set deadlines, but also the way we work, that kind of screws

22   you up on your dates.  I'm working -- currently right now,

23   I'm working on toys for 2012, so we -- it's just confusing

24   to think of dates like that for me, and so it's hard for me

25   to say, but I'm assuming like months to years.  I don't

1    know.  Long times elapse.  It wasn't like a couple of days

2    or a couple of weeks.  I remember it was kind of quite a

3    while.

4    Q    Okay.  Now, do you remember testifying -- or I'm sorry,

5    I'll ask this a different way.

6         Were there other Toon Teenz drawings that you dated in

7    addition to the ones that we just talked about?

8    A    Other Toon Teenz drawings?

9    Q    Yes, in addition to the ones we just talked about.

10   A    I think I drew a boy and a dog, but I don't know if

11   they have dates.  I don't remember.

12   Q    Do you recall whether you dated some drawings that you

13   gave to your sample maker?

14   A    Well, if I dated them -- when I give them to the sample

15   maker for her to do, you know, which she needed to do for

16   me, I don't think they have dates on them because I did that

17   after the fact.

18   Q    There was a sketch, wasn't there, that you -- in

19   addition to the ones we've talked about, a Toon Teenz sketch

20   that you also dated June 1999?

21   A    Can you say that again?  That's kind of -- it's not

22   specific.

23   Q    In addition to the ones we just talked about, wasn't

24   there a sketch that you dated June 1999?

25   A    I don't know.  I'd have to see what it is.  I don't

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

113

```
 1    know exactly what you are talking about.

 2    Q    Let's talk about the drawings themselves.  The age of

 3    the character in your Toon Teenz drawings was supposed to

 4    look young and have kind of a baby face, right?

 5    A    She looks younger, sure.

 6    Q    And you, yourself, has described it as baby-faced?

 7    A    Baby-faced, sweet and sassy, yes.

 8    Q    I'm going -- I'm going to ask you just about the term

 9    "baby face"; is that your description?

10    A    I may have said that in the past.  They are kind of

11    baby-faced.

12    Q    Okay.  And specifically referring you to page 501,

13    lines 21 through 24, and this is describing the age of the

14    character depicted in the Toon Teenz drawings.

15    A    Excuse me, what page?

16    Q    Page 501.

17    A    From what?

18    Q    Lines 21 through 24.

19    A    My thing only goes to page 362 --

20              (Counsel discussion held off the record.)

21    BY MS. KELLER:

22    Q    Do you have a transcript in front of you not from your

23    deposition but from a prior proceeding?

24    A    Yes.

25    Q    Yes, that's it.
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 114 of 167   Page ID #:290200
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

114

 1          Okay.  And if you can look at page 501, lines 21
 2    through 24.
 3    A    Yes.
 4    Q    Okay.  So your own description, then, of the age of the
 5    character depicted in the Toon Teenz drawings is that they
 6    are young, like a baby face, true?
 7    A    True.
 8    Q    And you know that the Bratz dolls don't have a baby
 9    face, also true?
10    A    Not necessarily.  They have a lot of baby features,
11    like a fat kind of a face.
12    Q    Uh-huh, but the Bratz dolls themselves, if you look at
13    the faces, they don't have a baby face, right?
14    A    No.  I wouldn't say that Toon Teenz look like Bratz or
15    anything --
16    Q    Okay.
17    A    -- the dolls.
18    Q    And you don't think that Bratz look like Toon Teenz
19    either, true?
20    A    I mean, they have similarities.  I think I already
21    pointed out big head, big feet, big eyes, big lips, but they
22    are obviously different -- different materials, but it's in
23    the same, you know -- but I wouldn't say it's an exact copy.
24    Q    Well, beyond exact copy, you are an artistic person,
25    you don't look at the Bratz dolls and say, "Wow, those are

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 115 of 167   Page ID #:290201
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

115

1    Toon Teenz," right?

2    A    The dolls?

3    Q    Yeah.

4    A    Not the dolls.

5    Q    And as far as the drawings, you don't look at the

6    drawings and say "Toon Teenz," right?

7    A    Well, now seeing the original Bratz drawings, I think

8    that there is a lot of similarities, more so than the dolls.

9    Q    Well, over the years, of course, you've been exposed to

10   a lot of information where people have -- where Mattel has

11   alleged that there are similarities, true?

12   A    I've been exposed to a lot of information.

13   Q    And you've been exposed to a lot of testimony from

14   Mattel people saying that they see similarities, right?

15   A    But even -- no.  Even before that, when I was first

16   shown the dolls, that was my impression, that was literally

17   put a piece of paper with the Bratz drawings, and I was,

18   like, taken aback.  Nobody told me anything, nobody said,

19   you know, "persuade me," or anything.  They just showed me,

20   and that was my initial thought.

21   Q    So the very first time you saw the Bratz drawings, that

22   was your reaction, "Wow, these are like my Toon Teenz

23   drawings"?

24   A    Yeah.

25   Q    And that was very early on, right?

1   A     No.  That was after, I believe, Mattel filed the

2   lawsuit.

3   Q     Okay.  When was the first time you saw the Bratz

4   drawings?

5   A     It was at one of the conference rooms of the lobby at

6   Mattel.  One of our lawyers, Michael Moore, came and showed

7   me, what I thought or had I ever seen those, and I had never

8   seen those before.

9   Q     So when you saw the Bratz dolls themselves, the actual

10  dolls, nothing rang a bell, right?

11  A     Well, I mean, there was similarities in terms of how --

12  how the face paint was done and just the styling of it.  I

13  remember high school friends asking me, they knew I worked

14  for Mattel, and said, "Hey, did you work on these?"  And I'm

15  like, "Well, no," because they know my style and the way

16  that I, you know, pluck my eyebrows or do my eyeliner.

17  That's kind of how I draw, so --

18  Q     So just from looking at you -- they looked at you and

19  thought those dolls looked like you, true?

20  A     Not just that, but they know my art style, the way I

21  draw.  I was in the yearbook committee in high school, and

22  so I did drawings for the yearbook, so they knew how I

23  drew -- draw, and so they just made that comment to me.

24  Q     Now, looking at the dolls, obviously, if you look at

25  the Toon Teenz dolls and the Bratz dolls, they don't look

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

1    very similar, do they?  I mean, other than, you know, they

2    both have larger feet or somewhat larger heads, but that's

3    about it, isn't it?

4    A    I don't know.  I think the way you are putting the

5    question, you are kind of minimizing it, but I do think

6    there are similarities like I had pointed out before, big

7    head, big feet, big lips, you know, very urban makeup, if

8    you want to call it, but --

9    Q    Do you think that your Toon Teenz have urban makeup?

10   A    Oh, yeah.  I mean, they've got tons of eyelashes,

11   arched eyebrows, and I think that that's what was so

12   impactful when I draw people's attention when I show them

13   because they had these baby faces with this makeup and eye

14   style and lip style.

15   Q    Now, a little earlier I understood you to say that you

16   didn't think the dolls were very similar, but you thought

17   the drawings were?

18   A    I did.

19   Q    Okay.  But not the dolls, dolls not so much?

20   A    Well, I just said there's similar elements, but they

21   are not exact copies, the dolls.  To me, there's more

22   similarities in the drawings and the sketches.

23   Q    Okay.  Now, you weren't intending for your Toon Teenz

24   to be directed to the 8-to-14-year-old market, were you?

25   A    I don't think so.  I view them as younger, but I mean,

1   anybody can buy, you know, the dolls.

2   Q    Well, I'm asking you what specifically were you

3   targeting?

4   A    I don't think I targeted anything specific.  Again, I

5   just feel like I was such a newbie, I was -- I was just

6   going with what I liked.  I didn't have a specific target.

7   I didn't have a specific anything.  I just did what I liked,

8   and that it ended up looking towards a younger audience than

9   that -- you can say that.

10  Q    You weren't directing it towards kids ages 8 to 13,

11  were you?

12  A    I wasn't directing to a specific age group, but the

13  dolls ended up looking for, like, a younger crowd.

14  Q    I'm saying specifically, though, you were not intending

15  Teen Toonz (sic) to be directed at a age market of 8 to 13,

16  correct?

17  A    I think I just told you my answer.  I didn't intend for

18  any specific age target.  They ended up looking younger.

19  Therefore, people felt that, you know, the appeal might be

20  for younger girls.

21  Q    Do you recall testifying in a prior proceeding in May

22  of 2008, that you didn't think you were directing your Toon

23  Teenz dolls to the 8-to-13-year-old market; do you remember

24  testifying to that?  Page 509, lines 2 through 5.

25  A    Can I look?

1    Q    Sure.

2    A    What were the lines again?

3    Q    Lines 2 through 5.

4    A    509?

5    Q    Yes.

6    A    Okay.

7    Q    Okay.  So the question is, "Is it true" --

8          THE COURT:  Nope, nope.  Just a moment.  Do I have

9    a copy of that?

10         MR. MC CONVILLE:  It's the transcript in front of

11   you, Judge.

12         THE COURT:  Okay.  What page again?

13         MS. KELLER:   509, line --

14         THE COURT:  Just a moment.

15         509, lines --

16         MS. KELLER:  2 through 5.

17         THE COURT:  2 through 5.  Same transcript?

18         MS. KELLER:  May I read it, your Honor?

19         THE COURT:  No.

20         You may.

21   BY MS. KELLER:

22   Q    Question:  "Were you intending that expression of as

23   you've explained Toon Teenz to be directed to the age market

24   of, let's say, the ages of 8 to 13?"

25         Answer:  "I don't think so."

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

120

```
1        Now, the 3D prototype for Toon Teenz was inspired by

2   your childhood doll, Hot Looks, right?

3   A    Yes.  I had a doll called "Hot Looks" that I really

4   liked.

5   Q    And you liked girlie, cutsie stuff, pretty girlie

6   things like Hot Looks?

7   A    Yes.

8   Q    And so that's one of the reasons you weren't intending

9   the doll for this older 8-to-13 market, true?

10  A    No.  I mean, Hot Looks was just, you know, a fashion

11  doll that was soft.

12  Q    Okay.  Let's talk about Hot Looks for a second.  I'm

13  learning all about these dolls.

14       You've heard about a line of dolls called "Groovy

15  Girls"?

16  A    Yes, I have.

17  Q    And you know Groovy Girls have plush arms and legs,

18  right?

19  A    They are soft, yes.

20  Q    I mean, are they commonly referred to as plush?

21  A    I guess so.  I -- "plush," I usually think of like

22  stuffed animals, but you could say a doll, too, I guess.

23  Q    Okay.  And you are familiar with the fact that the

24  Groovy Girls had a cartoony look also, right?

25  A    I remember seeing them at retail, but I don't --
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

121

1    there's nothing that appealed to me.

2    Q    Okay.  My question wasn't that.  My question was,

3    you're familiar with the fact that Groovy Girls had a

4    cartoony look, right?

5    A    I don't think they -- I don't think they had a cartoony

6    look.

7    Q    Okay.

8    A    They were animated.  I don't know.  No, they were --

9    Q    If you would turn to page 249 of your testimony in May

10   of 2005 and look at lines 8 through 10.

11        Do you see that?

12   A    Page 239, 8 through 10?

13   Q    249, 8 through 10.

14        Okay.  Have you read that?

15   A    Yes.

16   Q    So is it true that you previously testified you were

17   familiar with the fact that they had a cartoony look?

18   A    And I said, "Sure."

19   Q    Yes.

20        May I read it, your Honor?

21            THE COURT:  You may.

22   BY MS. KELLER:

23   Q    Question:  "Are you familiar with them having cartoony

24   look?"

25        Answer:  "Sure."

```
 1        So do you remember that now, as you sit here today,
 2   that they had a cartoony look?
 3   A    Yeah.  I guess I don't remember seeing a cartoon of
 4   them.
 5   Q    No.  That wasn't the question.  Just that the dolls
 6   themselves have kind of a cartoonish look as opposed to a
 7   realistic look.  That's what you were being asked, and
 8   that's what I'm asking now, okay?
 9   A    And I said "Sure."
10   Q    You were aware that Groovy Girls had big feet, right?
11   A    Okay.
12   Q    Is that a "yes"?
13   A    I guess.  I don't remember -- okay.
14   Q    Would you look at page 250, lines 14 through 16, and
15   this is the deposition in 1999.
16        I'm sorry, 2005.  Don't know what I was thinking.
17   A    Okay.
18   Q    Okay.  So you were asked, "Are you aware that Groovy
19   Girls have big feet?"  And you said, "Sure, sure."
20        All right.  And you were familiar with at least some of
21   the accessories to these Groovy Girls products.
22             THE COURT:  Just a moment, Counsel.  You were
23   supposed to ask her if that refreshes her recollection
24   first, and if that's her answer today, aren't we?
25             MS. KELLER:  All right.
```

1           THE COURT:  All right.

2    BY MS. KELLER:

3    Q    Does that refresh your memory, that Groovy Girls had

4    big feet?

5           THE COURT:  Was that your answer in 2005?

6           THE WITNESS:  Yes.

7    BY MS. KELLER:

8    Q    So that's your answer today as well, that you remember

9    they have big feet?

10   A    Sure.

11   Q    And you were familiar with at least some of the

12   accessories to the Groovy Girl products, right?

13   A    I believe I've seen them, yes.  They were soft.

14   Q    And we'd like to show you, if we can, Exhibit 288.

15        And you recognize that, don't you, as a photograph of

16   Groovy Girls?

17   A    Yes.

18          MS. KELLER:  Your Honor, I ask that to be admitted

19   into evidence.

20          THE COURT:  Received.

21          (Defendants' Exhibit No. 288 is received in

22        evidence.)

23          MS. KELLER:  And published?

24          THE COURT:  You may.

25          MS. KELLER:  Can we enlarge that a little bit.

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 124 of 167   Page ID #:290210
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

124

1    BY MS. KELLER:

2    Q    Now, all three of those characters we see have

3    oversized heads, right?

4    A    Sure.  They are bigger than a human, yes.

5    Q    Bigger than their torsos, right?

6    A    Sure.  They look pretty proportioned but bigger, yes,

7    they are slightly bigger.

8    Q    And the feet are a little bigger, aren't they?

9    A    A little bigger.

10   Q    And they have a little bit of a cartoonish look, right?

11   A    Yeah, I guess.

12   Q    And these came to market in 2008, correct?

13   A    I don't know.

14   Q    Well, you knew they were on the market before you began

15   designing Toon Teenz, right?

16   A    Yeah, I knew Groovy Girls was on the market.  I don't

17   know when they launched or these particular ones.  I am not

18   familiar with the line.  I've just seen them at retail.

19   Q    Was it 1998?

20   A    I don't know.

21   Q    Does that sound about right?

22   A    Sound about right what, that I -- if I've seen them?

23   Q    That they were around 1998 or so, more or less.

24   A    Possibly.  I don't --

25   Q    Well, you know you saw the Groovy Girls before you

1   worked on the Teen Toonz (sic), though, right?

2   A    I may have.  This was not a source of inspiration for

3   me at all.

4   Q    Okay.  That's not my question.  I understand what you

5   are saying.

6   A    I answered your question, though.  I said "No."

7   Q    So you don't know if you ever saw these before, before

8   you started working on Toon Teenz?

9   A    Yeah, I may have, I said.  I don't remember -- I've

10  seen them, but I can't place them specifically.  I'm sure

11  they were around at the time.

12  Q    All right.  Now, would you agree with me that dolls can

13  look very different from drawings, a completed doll can look

14  very different than a two-dimensional drawing of what will

15  become a doll; would you agree with that?

16  A    Can you say your question again, because I don't know

17  if I necessarily agree with all of it.

18  Q    Would you agree that a completed doll can look very

19  different from the original two-dimensional drawing of what

20  will become that doll?

21  A    It can, but in my experience, that shouldn't be the

22  case.  The drawing should be what it's supposed to -- the

23  doll looked like.  I mean, that's what you are getting

24  approved on, that's what you're selling that, you know, you

25  are going to convey this 2D into a 3D, but it can happen,

Case 2:04-cv-09049-DOC-RNB    Document 9706    Filed 01/27/11    Page 126 of 167    Page ID #:290212
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

126

1    I'm sure.

2    Q    And it's actually not as easy as people think, is it,

3    to take a drawing of a doll and turn it into a completed

4    doll that's faithful to the drawing?

5           MR. QUINN:  Objection.  Speculation.

6    Argumentative.

7           THE COURT:  Overruled.

8           You can answer that.

9           THE WITNESS:  Can you repeat your question?

10   BY MS. KELLER:

11   Q    It's not as easy as people think, is it, to take that

12   drawing and turn that into a completed doll that's faithful

13   to the drawing?

14   A    Right, it's not easy.

15   Q    And that's why it takes such a big team of people to do

16   it, true?

17   A    True.

18   Q    And you need all of those people at every stage of that

19   process in making that doll to be creative and good at what

20   they do, right?

21   A    Yes.

22   Q    It's one reason why you are so careful to point out

23   that the sample makers are more than just seamstresses, they

24   are really skilled, super-talented people, true?

25   A    True.

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

127

1    Q     And the same with everyone else, the sculptors and

2    everyone.

3          Now, one example might be your Toon Teenz, the drawings

4    versus the completed dolls, and if we can show Exhibit 257.

5          Now, if we start out with 257 and we blow up the little

6    decal, okay?  That's the -- one of the original -- which one

7    do you have there?  Is that Barbie?

8    A     It's the one on the TV screen.

9    Q     Okay.  That's Cool Skating Barbie.

10         And so you had to go from that to your drawing, and

11   then --

12         Can we have the drawing, the next stage?  Let's show

13   Exhibit 258.

14         Okay.  That looks like Exhibit 48.

15         Now, 48, is that the drawing that you made from that

16   decal?

17   A     That was -- yes, that was an iteration of this.

18   Q     Okay.

19   A     So that evolved -- that sketch evolved from the sketch

20   of this decal.

21   Q     Okay.  Let's go back again to the decal, to 257, and

22   we're going to put them side by side.

23         And now, if we can blow up the decal.

24         Okay.  So you are saying that the decal evolved into

25   the drawing?

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

128

1    A    Well, this is one of the drawings.  There is another

2    one that's closer to the one in the decal.

3    Q    Okay.  Will you look at the box and tell us which one

4    you think is closer?  Look at the boxes -- we're going to

5    give them to you because we -- I want to get the right one.

6    A    Well, no.  The sketch to the Exhibit 48?

7    Q    Uh-huh.

8    A    There is a different one.

9    Q    All right.  Which one of the boxes represents the decal

10   closest to that drawing?

11   A    Well, this particular one was an iteration with

12   different hair, different clothes, different shoes.

13   Q    Can you look at the three boxes that you've got of the

14   Cool Skating and see which one you think is closest to that

15   drawing?

16   A    There's one -- there's that one.  I think there was

17   another one with the buns.  There was another one for this

18   one that had pigtails, she had the little red jacket and the

19   yellow boots.

20   Q    Well, let's stick with this one because it looks pretty

21   close, doesn't it?

22   A    Sure.

23        MS. KELLER:  And can we blow those up a little

24   more of the -- let's look at the face.

25        And that's 48-3 is the drawing, and then the decal

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 129 of 167   Page ID #:290215
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

129

1    is 257.

2              So can we get the decal any bigger?

3    BY MS. KELLER:

4    Q    Now, what I'd like to do is get the actual doll that

5    was made, ultimately made from those two drawings.

6    A    These are really bad examples, by the way, in terms of

7    the quality.

8         There we go.

9    Q    Is that better?

10   A    That's better.  Well, this one is kind of bright so you

11   don't really see the shape of the face or the arms, the

12   legs.

13   Q    Originals are better, aren't they?

14   A    Yes.

15   Q    I couldn't agree more.

16        And do we have the doll?

17   A    Hi there.  I haven't seen her in a while.

18        Okay.

19   Q    And that's the doll that ultimately resulted when the

20   various people on the team tried to come up with a doll that

21   looked like your drawings, right?

22   A    Yes, this is the doll that -- that I came up with my

23   drawings.

24              MS. KELLER:  And your Honor, because it's hard to

25   see that far, I wonder if we could have my assistant bring

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

130

```
1    the doll in front of the jurors so they can actually see it

2    a little better than having to peer up to the witness stand.

3              THE COURT:  They can see it.

4              THE WITNESS:  The glue came off.

5              THE COURT:  Just face the doll towards the jury

6    for a moment.

7              Okay.  All right.  Thank you.

8    BY MS. KELLER:

9    Q    And the same process was gone through with Exhibit 258,

10   right?  If we take a look at the decal for 258.

11        And 48A, we actually have the original, your Honor.

12        And now, if we could -- so if we could just go back and

13   put the decal side by side with the drawing.

14             THE WITNESS:  The decal --

15   BY MS. KELLER:

16   Q    So the decal on the right, the drawing on the left, and

17   then if we could match that up with the resulting doll that

18   ended up being produced.

19   A    This one?

20   Q    Do you see the -- do you see the exhibits that we have

21   now for this next drawing?

22   A    I do.

23   Q    Okay.  And which doll goes with those drawings?

24   A    This one.  She's got the right jacket, the skirt.  We

25   couldn't do the boots because of lack of time.
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

131

1   Q    And the boots were on the left, and the one -- the

2   decal has, like, roller skates, right?

3   A    Yes, uh-huh.

4   Q    And what kind of shoes did the doll end up with?

5   A    The doll ended up with just like platform shoes, then

6   had the model makers build us the base, and then I did the

7   rest because it was faster.

8   Q    Okay.  And that doll number?  I think we have an

9   exhibit number on that.

10  A    Yes, we do.  It fell off.

11  Q    Do you see that?

12  A    48C-1.

13  Q    Okay.  Now, between the decal on roller skates and the

14  drawing and the doll, we have some major changes, right?

15  A    I don't think they are major changes.  In terms of

16  what?

17  Q    Are the dolls an interpretation of the drawings?

18  A    Of the drawing on the left.

19  Q    Right, it's an interpretation, right?  It doesn't look

20  exactly the same, does it?

21  A    Well, I try to get them as close to my drawing as

22  possible.  I mean, that's the goal.

23          THE COURT:  Just to be certain so the jurors

24  understand, you say on my left?

25          THE WITNESS:  Sorry.  This one.

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

132

```
 1              THE COURT:  This one?

 2              THE WITNESS:  The lighter one.

 3              MS. KELLER:  48 --

 4              THE COURT:  The lighter one?

 5              THE WITNESS:  Yeah, the lighter one.

 6              THE COURT:  Okay.  Just making sure the jury

 7   understands.

 8              MS. KELLER:  Referring to Exhibit 48C.

 9              THE COURT:  Well, you may have a number, but that

10   doesn't mean that the jury is tracking each of those

11   numbers.  We know the numbers, but they need to know the

12   images that go with the numbers.

13   BY MS. KELLER:

14   Q    Now, one of the things about the doll that ended up

15   being different is that this doll had a soft sculpture body,

16   right?

17   A    No.  Her body is actually hard.  It's her legs and her

18   arms are soft.

19   Q    Okay.  Her legs and her arms are soft.

20        And, of course, you've already pointed out that the

21   shoes ended up being different, they ended up not being

22   skates and not being boots but platform shoes, true?

23   A    Yes, but not because we didn't want to, but because

24   that's the time that I had, because this -- you know, this

25   was faster.
```

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

1    Q    Whatever the reason -- we talked about that.  It's not

2    easy to just take that drawing and whip it into a doll,

3    right?

4    A    (No audible response.)

5    Q    And the hair is different too, isn't it?

6    A    Yes.  I made lots of wigs.

7    Q    Okay.  But this doll didn't end up having the type of

8    hair we see in either the decal or the drawing, right?

9    A    Right.  Well, the color did, the color made it, but not

10   the pigtails.

11   Q    Okay.  And we can put the dolls away a little bit, now.

12        Now, in 2002, you were a senior designer in the Barbie

13   mainline department, true?

14   A    Excuse me, what year?

15   Q    2002.

16   A    I don't -- I might have been.  I don't -- I don't

17   remember.

18   Q    Well, in that early 2002, you created three potential

19   new doll lines for 2003 called "Glamour Maids," "Foxies" and

20   "Hotties," right?

21   A    Right.

22   Q    And around the middle of 2002, all three of those doll

23   lines were combined and the MyScene Barbie doll line was

24   born, right?

25   A    Yes.

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

134

1    Q     And that was needed to try to recapture the older-girl

2    consumer that Mattel had been losing, right?

3    A     You can say that.  We were trying to capture an older

4    girl with those dolls that were a little bit, you know,

5    edgier, more real colors.

6    Q     And this product was brought to market within four

7    months after the initial preliminary concept, true?

8    A     Yes, it was very expedited, very aggressive schedule.

9    I don't recommend it.

10   Q     In your view, this rapid pace was virtually unheard of

11   in a toy cycle, right?

12   A     Right.  I mean, it was -- it was pretty fast.

13   Q     And if we can see -- if you can take a look at Trial

14   Exhibit 34639.

15         Do you recognize that document?

16   A     Yes.

17   Q     And this was your Mattel Incorporated Targeted Results

18   Assessment and Coaching, also known as "Track," right?

19   A     Yes.

20         MS. KELLER:  Your Honor, I ask that that be

21   received.

22         THE COURT:  Received into evidence, Counsel.

23         *(Defendants' Exhibit No. 34639 is received in*

24   *evidence.)*

25

1    BY MS. KELLER:

2    Q    Now, if you look at page 3 of that document under

3    "assessment" --

4    A    Uh-huh, yes.

5    Q    -- that's where it -- the three potential new doll

6    lines are discussed?

7    A    Yes.

8    Q    And it says that "each doll line consisted of at least

9    three dolls, and with the support of the team, managed to

10   present each doll line from drawing to 3D, start to finish,

11   in three weeks or less so we can meet schedule in a timely

12   manner for 2003"; do you see that?

13   A    Yes.

14   Q    And then it goes on that "around mid-year, all three

15   doll lines were combined, and the MyScene doll line was

16   born."

17        Now, one of the things that this Track report notes is

18   that "we supported marketing and research and successfully

19   creating a product line that was needed to capture back the

20   older-girl consumer, as well as bringing it to market within

21   four months after its initial prelim concept, which is

22   unheard of in any toy cycle"; do you see that?

23   A    Yes.

24   Q    And the emergency, or the urgency, rather, of doing

25   this was because it was needed as a response to the booming

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 136 of 167   Page ID #:290222
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

136

1    sales of Bratz, right?

2    A    I don't know if it was the booming sales.  I know Bratz

3    was doing really well, and we didn't have anything that

4    really captured the older girl.  Barbie was, you know,

5    really popular with the younger girl, so we just needed

6    something to add to our portfolio.

7    Q    But you needed it urgently?

8    A    Yeah.  They wanted to get to market, and this is why I

9    note that, you know -- we supported our marketing and

10   research by doing this so quickly.

11   Q    It must have been a real around-the-clock project for

12   you people to get that done in four months?

13   A    It was -- it was -- yeah, we worked really hard.

14   Q    Now, you said you do a lot of artwork at home, right?

15   A    From time to time.

16   Q    Painting, sewing, sketches, doodles, drawings --

17   A    Sure.

18   Q    -- collages.

19        And don't the lines sometimes blur in your mind a

20   little between what you own and what Mattel owns?

21   A    No, I don't think so.

22   Q    Do you remember testifying in --

23             MR. QUINN:  I object to the form.

24             MS. KELLER:  I will ask a different question.

25

1    BY MS. KELLER:

2    Q    Have you previously --

3              MR. QUINN:  Same objection.

4              THE COURT:  Overruled.

5    BY MS. KELLER:

6    Q    -- said that the lines are blurred to you sometimes?

7    A    Blurred what, my work for Mattel and my own hobbies,

8    my -- what I do?

9    Q    Right.  Because you like to draw fashion, that the

10   lines can get blurred?

11   A    They can in terms of, you know, my subject, or what I

12   like to draw is the female form, so I draw pretty girls, or

13   I think they are pretty.  Anyway, I -- it's not blurred in

14   the sense that, you know, that's all it is.  It's not my

15   intent to create a toy.  Whatever is toy related, it would

16   be Mattel's.

17   Q    I understand that.

18   A    Yes.

19   Q    And I gather that when you tell us your understanding,

20   you're not going from looking at the contract --

21             THE COURT:  Counsel, that's a statement.  The

22   question.

23   BY MS. KELLER:

24   Q    Is it true that when you tell us that you haven't gone

25   through the contract line by line and looked at all of the

```
 1    words in it, you are just telling us what your understanding

 2    of your obligations are, true?

 3    A    True.  I mean, it's --

 4    Q    Okay.  And in determining whether something you create

 5    is owned by Mattel, one of the variables, obviously, is when

 6    it's created, isn't it?

 7    A    Sure.

 8    Q    So if you created something before you went to work for

 9    Mattel, even if it was a toy, even if it was in the toy

10    line, that would belong to you, wouldn't it?

11    A    I guess if I had done that, but I never created a toy

12    outside of --

13    Q    Well, what I'm asking you is let's say you had made a

14    drawing before you came to work at Mattel, and it was a

15    drawing of a toy.  That would belong to you, right?

16    A    Right, but I think I would have disclosed that.

17    Q    Well, I'm not asking you that.  I'm asking you just one

18    question.  If you had made a drawing of a toy or a doll --

19    A    Yes.

20    Q    -- before you came to work at Mattel, that would belong

21    to you, right?

22    A    Yes, but before -- it's a little bit more complicated

23    than what you are asking me, so if you could let me finish

24    what I want to say, I'd appreciate it.

25         So yes, it belongs to me, but the thing that I signed
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 139 of 167   Page ID #:290225
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

139

1    when I started working at Mattel, it says, you know, any --

2    to just advise of any conflict of interest.  I think me

3    entering into a toy company and me owning already a toy

4    concept, I would want to disclose that and make sure that

5    "what's mine is mine and what's yours is yours.  I'm just

6    letting you know."  But yes, it would belong to me.

7    Q    Let me ask you again.  I am not asking you to comment

8    on this it lawsuit.  I'm not asking you to comment on Carter

9    Bryant.  I am not asking you to do any of that, just the --

10             MR. QUINN:  Your Honor, this is argument.

11             THE COURT:  Sustained.

12   BY MS. KELLER:

13   Q    Okay.  Let me ask you the question again.  If you had

14   made a drawing of a doll or a toy before you came to work at

15   Mattel, that would belong to you, right?

16             MR. QUINN:  Asked and answered.

17             THE WITNESS:  I answered you "yes."

18             THE COURT:  It's been asked and answered.

19   BY MS. KELLER:

20   Q    And one of the variables is where, right, where

21   something is created, true?

22   A    Sure.  Where and when, I suppose.

23   Q    And one of the variables is why.  I mean, if you took

24   work home for Mattel, obviously you are doing for Mattel,

25   right?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

140

```
 1    A     If I took work home --
 2    Q     From Mattel to work for Mattel, even if you did it at
 3    home, it would belong to Mattel, right?
 4    A     Of course.
 5    Q     But by the same token, if you are not doing work for
 6    Mattel, let's say you are doing artwork yourself at home,
 7    you are producing a painting, you consider that to be your
 8    work, right?
 9    A     Yes.  It's a painting.  It's not a toy.
10    Q     And you said, for example, you might sew pillows for
11    your kids, right?
12    A     Right, and I have.
13    Q     But, of course, Barbie owns a license to Barbie pillows
14    for kids, right?
15    A     Right.
16    Q     And so if anything in that pillow resembled one of
17    those Barbie pillows, would you consider that to be the
18    property of Mattel?
19    A     Well, I have boys, so there is no way, shape or form
20    they are going to resemble anything Barbie.
21    Q     Okay.  Well, take a big leap of -- take a big leap for
22    a minute and imagine you had girls.
23    A     Say that again?  I'm sorry, I derailed.
24    Q     Knowing that Barbie has a license to pillows, Barbie
25    pillows --
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 141 of 167   Page ID #:290227
CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

141

1    A    Yes.

2    Q    -- you know that, right?

3    A    Yes.

4    Q    So if you produced/sewed a pillow at home, and it had

5    resemblances to Barbie pillows, you might say to yourself,

6    "Well, gosh, this is a close call.  I better take this

7    pillow to Mattel."  You wouldn't do that, would you?

8    A    Well, the thing is I wouldn't do anything of that sort

9    but, like you said, if I'm speculating -- well, no, because

10   my intent is not to sell it to anybody or a competitor or to

11   make a profit off of it.  It's something for my kids, and

12   it's not a toy.

13   Q    So in your contract, does it say you are allowed to --

14   to create things on Mattel's time, for example, as long as

15   you are not going to sell them?

16   A    Say that again?

17   Q    Well, I'm going to skip that.

18        You didn't assign all of the fashion ideas and concepts

19   that you had at the fashion institute to Mattel when you

20   became a Mattel employee, did you?

21   A    No.

22   Q    You considered your fashion drawings from the fashion

23   institute to be your separate property, right?

24   A    Right.

25   Q    And that's even though any fashion could be for a doll

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

142

1    or an actual person, true?

2    A    If any of the fashions I designed while in college?

3    Q    Any fashions you designed, period, before you came to

4    work at Mattel, you considered those to be yours, right?

5    A    Right, unless I used one of them for Barbie, then it

6    becomes a Mattel product or a Barbie design.

7    Q    Okay.  Your fashion designs that you made before you

8    came to work at Mattel, right, belonged to you?

9    A    Right.

10   Q    Even if they could be used for a doll versus a grown

11   up, right?

12   A    Sure, yes.  But again, I would state that.  If I had

13   done something for a doll, in my conflict of interest, like,

14   "Hey, I have this, so, you know" --

15   Q    Did you list all of your fashion designs in your

16   conflict of interest form at Mattel?

17   A    No, because it was nothing -- I never did anything doll

18   related.

19   Q    Okay.  Now, magazines can be an inspiration for you in

20   doing your designs, right?

21   A    Of course.

22   Q    You've used magazines and tear sheets as an inspiration

23   many times, true?

24   A    Many times, yes.

25   Q    And you've seen other people do it, true?

1    A    Yes.

2    Q    And you've used commercials as an inspiration, right?

3    A    Yes.

4    Q    And you've used some preexisting materials when you

5    were developing the Toon Teenz prototype, right?

6    A    Right.

7    Q    A picture frame that was already there, you used as a

8    place holder for the prototype because of time and resource

9    constraints, right?

10   A    Yes.

11   Q    You didn't use the picture frame because you intended

12   to copy this final product, right?

13   A    Absolutely not.

14   Q    It was a stand-in for something you hope to

15   manufacturer?

16   A    Yes.

17   Q    And you've also seen Bratz dolls at the design center,

18   haven't you?

19   A    Yes.

20   Q    And you've used the Bratz dolls as an inspiration,

21   haven't you?

22   A    I wouldn't say "inspiration."  We buy competitive

23   product from different companies all the time.

24   Q    Well, you were telling us earlier that one of your

25   favorite projects at Mattel was Monster -- what was it?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

144

```
1    A    Monster High.

2    Q    Monster High.  And I'm going to show you what we asked

3    to have marked as Exhibit --

4         40,000?

5         -- and ask you if that is Monster High produced by

6    Mattel.

7    A    Yes, it is.

8    Q    And this was produced after the Bratz dolls, wasn't it?

9    A    Yes.

10        MS. KELLER:  And do we have a digitized version of

11   Monster High?

12        (No audible response.)

13   BY MS. KELLER:

14   Q    So you recognize Exhibit 40,000, which is what you were

15   referring to earlier, yes?

16   A    Yes, this is Monster High.

17   Q    Okay.

18        Your Honor, I ask that this be admitted?

19        THE COURT:  Do I have a copy?

20        MS. KELLER:  Ms. Hurst is racing it up to the

21   bench.

22        THE COURT:  Received.

23        (Defendants' Exhibit No. 40000 is received in

24   evidence.)

25
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 145 of 167   Page ID #:290231
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

145

1    BY MS. KELLER:

2    Q    And if we look at Monster High, do you remember when

3    that came out?

4    A    I worked on them for a while, so last year, maybe?

5    Q    And is this your favorite project or just one of your

6    favorite projects?

7    A    Just one of them.  It wasn't my idea.  I designed the

8    aesthetics for it.  I would never do monsters.

9    Q    You weren't inspired by Bratz?

10    A    No, not at all.

11    Q    Okay.

12         Can we have a side by side of Exhibit 17562.

13         And on the left, you see -- of our display, you see the

14    doll that's shown on the far left of Exhibit 40,000, and on

15    the right you see the Bratz doll, and that's Yasmin, the

16    first generation of Bratz dolls.

17         Now, you would agree with me, wouldn't you, that there

18    are some real similarities between these two?

19    A    I mean, they have big lips, but I think that's about

20    it.

21    Q    And the eyes, very exotic eyes?

22    A    It's not exotic to me because that's how I draw, so I

23    don't --

24    Q    And the hands in your Monster doll is left with the

25    palms down, right?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

146

```
 1   A    No.  Ours are articulated.  I think they have joints in

 2   the elbows, and they are different, the palms are opened --

 3   Q    Well, I'm looking at the picture.

 4   A    Right.

 5   Q    In the picture, that one seems to have the palms facing

 6   the floor, right?

 7   A    Right.  I think there is articulation in the wrist.  I

 8   don't remember, but I think they are very different, the

 9   dolls, on the arms.

10   Q    I'm sorry.  Wouldn't you say that this Monster doll

11   looks a whole lot more like Yasmin than Yasmin looks like

12   your Toon Teenz doll?

13   A    No, I don't think so.  I mean, there is some sass to

14   both of them, but --

15        MS. KELLER:  Let's have the whole 40,000 exhibit

16   again.

17   BY MS. KELLER:

18   Q    These dolls look like they have a little bit of a sassy

19   attitude?

20   A    Sure.

21   Q    And very fashionable, lots of current fashions, right?

22   A    They are inspired by current fashions, but there are

23   some fantastical elements to them.

24        MS. KELLER:  And let's go back, if we could, to

25   the previous Bratz exhibit.
```

 1              THE COURT:  17 -- I'm sorry, 17562?

 2              MS. KELLER:  Yes.

 3     BY MS. KELLER:

 4     Q    She looks like she can kind of fit right in with the

 5     Monsters, doesn't she.

 6     A    No.  She's not cool enough.

 7     Q    Oh, yours are cooler?

 8     A    I think so.  They are monsters.

 9     Q    Monsters but not inspired by Bratz, right?

10     A    Absolutely not.

11     Q    Now, let's talk about Mr. Bryant, if we can.

12     A    Sure.

13              MS. KELLER:  I'm sorry, your Honor.  We need to

14     admit, if the Court pleases, Exhibits 48C-2 and 48C-3, two

15     dolls.

16              THE COURT:  Received.

17              MS. KELLER:  Thank you.

18              *(Defendants' Exhibit Nos. 48C-2 and 48C-3 are*

19         *received in evidence.)*

20     BY MS. KELLER:

21     Q    Okay.  Carter Bryant, you said the day he resigned, you

22     thought his demeanor was odd, right?

23     A    Yes.

24     Q    And you asked where he was going, and he said, "You

25     don't want to know," true?

CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

148

```
1    A    Right, that it's better that I don't know.

2    Q    And you said other people had freely shared that

3    information with you, right?

4    A    Yeah.  My understanding is that people who leave for a

5    competitor are escorted out.

6    Q    But that's not my question, okay?

7    A    Okay.

8    Q    My question is that you thought it was odd that he

9    refused to tell you where he was going, right?

10   A    Right, because he was still hanging out for two more

11   weeks, so that -- that meant that he wasn't going to a

12   competitor.

13   Q    And so the fact that he refused to tell you, that is

14   the sort of thing that made you so suspicion that you must

15   have run right up to security and reported it, right?

16   A    No.  I just found it odd.

17   Q    Did you bring it to the attention of your boss?

18   A    No.  I mean, it was just a conversation we were -- I

19   just found it odd.

20   Q    My question is, did you report it to anybody at the

21   time, if you remember?

22   A    I said "no," like, three times.

23   Q    Okay.  And did you chat about it with other people?

24   A    No.  I mean, later when I was talking to Michael Moore,

25   I mentioned my conversation to him, I believe.  I didn't
```

Case 2:04-cv-09049-DOC-RNB  Document 9706  Filed 01/27/11  Page 149 of 167  Page ID #:290235
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

149

1   talk to other people about it.  It was just weird.

2   Q    Okay.  So not one time until you talked to the lawyer

3   years later, was it, not one time did you ever say to one of

4   your coworkers, "Gosh, it's really odd Carter Bryant

5   wouldn't tell me where he was going"?

6   A    Well, I wouldn't -- I just found it odd.  It

7   wouldn't -- it's not something I think I would have to look

8   into.

9   Q    No.  Here is my question:  Did you not, one time, bring

10  that up with any of your coworkers, not once?

11  A    I don't think so.  It was more, like, just my -- just

12  my thought about it.

13  Q    And Mr. Moore, the lawyer that you ended up talking to

14  who you brought it up for the first time, did Mr. Moore

15  contact you or did you contact Mr. Moore?

16  A    I think he might have contacted me on --

17  Q    Did he contact you because Cassidy Park, the vice

18  president of design, had suggested that he talk to you about

19  it?

20          MR. QUINN:  Calls for speculation, your Honor.

21          THE COURT:  Sustained.

22          MS. KELLER:  Not offered for the truth, your

23  Honor.

24          THE COURT:  Well, I need foundation on how that

25  conversation took place first, and who said what to whom,

1    okay?

2    BY MS. KELLER:

3    Q    Were you asked by Cassidy Park to talk to Michael

4    Moore?

5    A    I don't recall that.

6    Q    Now, Cassidy Park, who was a vice president of design,

7    had told you by the time you talked to Mr. Moore that Carter

8    Bryant had come up with Bratz, right?

9    A    I don't remember exactly what she said.  I just

10   remember her saying that he had some involvement with it,

11   with -- with the Bratz line.

12   Q    What I'm asking is Cassidy Park had told you that

13   Carter Bryant had come up with Bratz before you talked to

14   Mr. Moore, right?

15   A    Part of that question is accurate.  She did -- she

16   might have mentioned something in regards to that before I

17   talked to Michael Moore.

18   Q    Well, both Cassidy Park and Elise Cloonan had told you

19   that Carter Bryant was the person who had come up with

20   Bratz, right?

21   A    I had heard buzz from her and Cassidy saying he had

22   some involvement with it.  Was it to the extent or to the

23   level he had, I don't know at that point.

24   Q    Beyond buzz, didn't Elise Cloonan tell you specifically

25   that Carter Bryant came up with Bratz; yes or no?

1    A    I don't know if she said specifically.

2    Q    If you would please turn to your testimony at page 213

3    from 11 to 12.

4           THE COURT:  Just a moment.  Is that in the --

5           MS. KELLER:  In the --

6           THE COURT:  What volume do I have?  Is this the

7    deposition?

8           MS. KELLER:  Yes, your Honor.

9           And I ask permission to read it, your Honor.

10          THE COURT:  You may.

11   BY MS. KELLER:

12   Q    Question:  "What did Elise Cloonan tell you?"

13        Answer:  "Said Carter came up with Bratz."

14        Now, you've been reviewing this testimony in

15   preparation for today, right?

16   A    I skimmed through it.

17   Q    You are planning to be here with us for months or

18   weeks, right?

19   A    Uh-huh.

20   Q    When you skimmed through it, did that part kind of jump

21   out at you?

22   A    No, because I don't think it was the part I focused on.

23   I read some of it.

24   Q    Are you -- you remember Cassidy Park also telling you

25   that Carter Bryant had come up with Bratz, right?  And she

1    was a senior -- a vice president of design?

2    A    I think I already answered that, that she might have

3    mentioned some involvement.  I read here -- I'm reading here

4    that, you know, Elise had mentioned that he had come up with

5    it.

6    Q    Well, I'm not asking you whether she "might have."  My

7    question is did she?

8              MR. QUINN:  Sorry, the question?

9    BY MS. KELLER:

10   Q    Did Cassidy Park, the vice president of design, also

11   tell you that Carter Bryant came up with Bratz?

12   A    I don't know if she said he came up with it, but he had

13   involvement with it.

14             MS. KELLER:  Your Honor, if we could turn to page

15   214 in the deposition transcript, lines 16 through page 215,

16   line 1.

17             THE COURT:  You may read, Counsel.

18   BY MS. KELLER:

19   Q    Question:  "You said that you also had a conversation

20   with Cassidy Park about how Carter came up with Bratz; is

21   that right?"

22        Answer:  "No, that's not what I said.  I said she

23   briefly mentioned it to me."

24        Question:  "I see.  What was the context in which she

25   mentioned it?"

1       Answer:  "I don't remember what we were talking about,

2   and she said, 'Oh, do you know Carter Bryant came up with

3   Bratz?'  And I said, 'Yeah, I think I -- Elise mentioned it

4   to me, too.'"

5       Okay.  So Ms. Park and you had a conversation about

6   that, right?

7   A    Yeah, she mentioned that he had some involvement, and I

8   said that at that time.

9   Q    Well, I'm not asking about "had some involvement."  I

10  mean, she told you that Carter Bryant came up with Bratz.

11  A    Well, that's what I said in the deposition, so I'll

12  take what I said at that point, 5 years ago, that's what I

13  said.

14  Q    Okay.  And are you at all concerned that that may, in

15  some fashion, harm Mattel on its argument about timing?

16          MR. QUINN:  This is argumentative.

17          THE COURT:  Well, it assumes she even knows the

18  argument about timing and the statute of limitations.

19          Sustained.

20          MS. KELLER:  Okay.

21          THE COURT:  You can argue that later on to the

22  jury, Counsel.

23  BY MS. KELLER:

24  Q    Now, you thought Carter Bryant was a fashion

25  illustrator, true?

1   A    My understanding is he was a collector/fashion

2   designer.

3   Q    Do you think he was a fashion illustrator?

4   A    I did.  His illustrations were beautiful.

5   Q    Okay.  And your training was in fashion, right?

6   A    Right.

7   Q    So you did not think he was a doll designer but a

8   fashion illustrator, true?

9   A    I mean, you have to illustrate to be a fashion

10  designer, so --

11  Q    You thought he was a fashion illustrator, true?

12           MR. QUINN:  Asked and answered.

13           THE COURT:  Well, we haven't had an answer yet.

14           THE WITNESS:  I just said I thought he was a

15  fashion designer, fashion illustrator, sure.

16  BY MS. KELLER:

17  Q    Okay.

18           THE COURT:  Is it slash -- is it fashion designer

19  and fashion illustrator or --

20           THE WITNESS:  You can say that.

21           THE COURT:  No.  I want to know what you're

22  saying, so tell the jury what you are saying.

23           THE WITNESS:  Well, I feel he did both.

24           THE COURT:  Okay, both.

25           THE WITNESS:  He's both, to me.

1    BY MS. KELLER:

2    Q    Did you previously testify that you knew he was --

3            MR. QUINN:  Object to the form of the question,

4    your Honor.

5            THE COURT:  Sustained.  It's not impeaching.

6            Well, show me the page, just to be safe.

7            MS. KELLER:  Page 217, lines 14 through 17.

8            THE COURT:  No.  She stated both, a fashion

9    illustrator, fashion designer.

10           Sustained.

11   BY MS. KELLER:

12   Q    Now, the Elise Cloonan who told you that Carter Bryant

13   came up with Bratz, you knew that she worked on Teen Toonz

14   (sic) with you, right?

15   A    Yes.

16   Q    And this was the person who actually introduced you to

17   Carter Bryant, right?

18   A    Yes.

19   Q    And she was the same -- Elise Cloonan who had brought

20   him to see your Teen Toonz (sic) prototypes, and you all

21   looked at them together for about 10 minutes, right?

22   A    Just about 10 minutes, yes.

23   Q    Now, you never saw Carter Bryant take a picture of that

24   L-board, right?

25   A    No, I didn't.

1    Q    And you never saw him take out a sketch pad, did you?

2    A    No, I didn't.

3    Q    And you were actually pleased he was so positive about

4    your L-board, right?

5    A    Yes, I was.

6    Q    Now, what you remember him saying is something to the

7    effect that Mattel would be crazy not to make these dolls,

8    right?

9    A    Uh-huh, yes.

10   Q    He never said, "If Mattel doesn't make these dolls,

11   they'll be sorry," right?

12   A    I don't recall him saying that.

13   Q    Okay.  What you remember him saying is that he liked

14   the doll so much, Mattel would be crazy not to make them --

15   A    Yes.

16   Q    -- right?

17        And you took that as a nice compliment, didn't you?

18   A    I did.

19   Q    Did he ever say anything like, you know, "If Mattel

20   doesn't make these dolls, I'm going to"?

21   A    He did not.

22   Q    So when Elise Cloonan first told you that Carter Bryant

23   had created the Bratz doll, and you thought the Bratz dolls

24   looked like they might have been inspired by Toon Teenz; is

25   that what you said?

```
1    A     To her?

2    Q     No, no.  Let me back up.

3          You thought the Bratz dolls might be have been inspired

4    by your Toon Teenz that Carter Bryant had seen; is that

5    true?

6    A     When?

7    Q     When you first saw the Bratz dolls.

8    A     The actual dolls on retail?

9    Q     Yes.

10   A     I found similarities, but I didn't connect them

11   directly to my dolls, to Toon Teenz, the dolls.

12   Q     Okay.  Then when Elise Cloonan told you that Carter

13   Bryant had created the doll, did you start being suspicious

14   then, or were you still not suspicious that it had anything

15   to do with Toon Teenz?

16   A     I didn't have any reason to believe that.

17   Q     You know who Steve Madden is, don't you?

18   A     Steve Madden, yes.

19   Q     And you've viewed Steve Madden and --

20              (Interruption in the proceedings.)

21              MS. KELLER:  I'm sorry.

22   BY MS. KELLER:

23   Q     I have one more question about the Carter Bryant visit

24   to your cubicle.  It was that one 10-minute conversation,

25   that's the only time you saw him over there, true?
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 158 of 167   Page ID #:290244
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

158

1    A    He wasn't in my cubicle.  When I saw him and Elise,

2    they came over to the open area.

3    Q    I'm sorry.  It was the work table area, right?

4    A    Right.

5    Q    And that's the only time that you are aware of him

6    coming over and looking at your work, true?

7    A    Correct -- well, Toon Teenz, right.

8    Q    Toon Teenz, right.

9         And what was on the L-board was just the 3D prototype,

10   right?

11   A    Right, yeah.

12   Q    So it wasn't two-dimensional drawings, it was the 3D

13   prototype.

14        Do we have that again, the actual L-board?

15        261A, if we can take a look at that.  It's on the ELMO,

16   and that's already in evidence.

17   BY MS. KELLER:

18   Q    That's the L-board that we were talking about, right?

19   A    Yes.

20   Q    And that's -- that's what Mr. Bryant saw when he came

21   over to the work table, and you had this conversation where

22   he told how cute he thought the dolls were, right, and

23   Mattel would be crazy not to make them?

24   A    Yes.

25   Q    And after that, you are not aware of any other occasion

1    where Mr. Bryant ever saw any drawings or prototypes of your

2    work, true?

3    A    Well, the drawing, the decals in the little corkboard

4    and the L-board.

5    Q    Right, but the decal was already out in stores on the

6    Cool Skating Barbie, right?

7    A    Right.

8    Q    So I'm talking about the rest of it, the dolls --

9    A    Not to my knowledge.

10   Q    Okay.  And I -- I don't want to be repetitive, but just

11   since we had an interruption there.  So you are not aware of

12   any or other occasion when Mr. Bryant saw the drawings or

13   prototypes that we've been discussing, true?

14   A    He saw the prototypes on the open area table.  That's

15   the only time that I was there present when he saw the

16   prototypes.

17   Q    Okay.

18        And your Honor, at this time we would like to offer the

19   doll that we previously had marked and discussed, 17562, the

20   first generation of Yasmin, and we would also like to offer

21   Exhibit 286 --

22             THE COURT:  Just a moment.  17562 is received.

23             (Defendants' Exhibit No. 17562 is received in

24        evidence.)

25             MS. KELLER:  And 286, the focus group report.

CV 04-9049-DOC – 01/19/2011 – Day 4, Vol. 2 of 3

160

```
 1              THE COURT:  We'll discuss that out of the presence
 2    of the jury.
 3              MS. KELLER:  And your Honor, I think -- I think
 4    40,000 is already in, if I'm not mistaken.
 5              THE COURT:  If not, 40,000 is received.
 6              MS. KELLER:  Thank you, your Honor.  I have
 7    nothing further at this time.
 8              THE COURT:  Redirect?
 9              Now, if we can, let's see if we can finish this
10    witness this evening.  If we can't --
11              MR. QUINN:  We will.
12              THE COURT:  But her testimony is fresh in your
13    mind, and instead of starting over tomorrow.
14              Counsel?
15                      REDIRECT EXAMINATION
16    BY MR. QUINN:
17    Q    Did Cassidy Park tell you that Carter Bryant created
18    Bratz while he was at Mattel under contract to Mattel?
19    A    No.
20    Q    Did Elise Cloonan tell you that Carter Bryant had
21    created Bratz while he was at Mattel and under contract to
22    Mattel?
23    A    No.
24    Q    At any time did anyone at Mattel ever tell you that?
25    A    No.
```

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 161 of 167   Page ID #:290247
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

161

1    Q    At any time did you ever even hear a rumor to that

2    effect, that he had actually created Bratz while he was

3    still at Mattel and under contract to Mattel?

4    A    No, I didn't hear that.

5    Q    Prior to your getting involved in these legal

6    proceedings, had you been aware of anything that indicated

7    to you that he had created Bratz while he was at Mattel and

8    under contract to Mattel?

9    A    No.

10   Q    You were asked some questions about these -- about the

11   Toon Teenz dolls and the differences with the drawings.  Is

12   it fair to say those dolls that have been marked as

13   exhibits, those were prototypes?

14   A    Yes, they were.

15   Q    And you said you didn't have time, for example, to like

16   finish the boots?

17   A    Right.  It takes a while to do that stuff, so we just

18   did a quick mockup of just the platforms.

19   Q    So those did not represent fully-realized ideas of what

20   the dolls would look like if you had the time to be able to

21   finish them?

22   A    Right.

23            MS. KELLER:  Objection.  Leading the witness.

24            THE COURT:  Sustained.

25

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 162 of 167   Page ID #:290248
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

162

1    BY MR. QUINN:

2    Q    But can you tell us whether or not those are final --

3    what you conceive to be the final form of those dolls?

4    A    I don't think they would have been the final form.  It

5    was up to where I had them, so it was completed as they were

6    at the time.

7    Q    You were asked questions about your drawing and artwork

8    at home.  What is your understanding if you were to do -- to

9    draw a fashion doll while you are at home, you know, after

10   5:00 or on weekends, would that be the property of Mattel or

11   your own property?

12   A    If it's a doll, it's property of Mattel.

13   Q    Have you ever had occasions where you've -- you know,

14   outside business hours, outside the design center, where

15   you've had an idea for a toy?

16   A    All the time.  I have, yes.

17   Q    Can you think of a specific instance where, you know,

18   in hours outside of Mattel, outside ordinary working hours,

19   you've had an idea for a toy which you've then gotten back

20   to Mattel and has been developed into a doll?

21   A    Well -- I have.  I -- I did a toy -- I was out

22   shopping, which is not -- I was out shopping, and I was in

23   the dressing room and, you know, when you go in the dressing

24   room, you take a lot of clothes with you, or at least I

25   do -- I take as much as I can -- and I just thought, you

1    know, the whole environment of where I was at was so

2    identifiable to anybody.  I mean, you go to a store and buy

3    clothes and go in the dressing room and try on the clothes.

4    So I thought that would be a cool concept for us to develop.

5        So when I got -- that must have been on the weekend.  I

6    got back to the office, and we were discussing new toy

7    ideas, and I expressed my idea to the team, and everybody

8    was like, "Yeah, that's cool, that's cool."  And that's for

9    MyScene concept, and it was cool because we created, like, a

10   store dressing room and -- we thought we were so clever.

11   Instead of putting the clothes on her, we packed it outside

12   to look like she was trying on all these clothes, and she

13   was literally in the dressing room, which I don't think

14   we've ever done before.  So that's kind of an example of how

15   I can be inspired by real life and create a concept for a

16   toy.

17   Q    Did it cross your mind for even a moment that you could

18   take that idea for a toy to a Mattel competitor and sell it?

19   A    No, that -- that makes no sense.

20           MR. QUINN:  And finally, your Honor -- I should

21   have done this before -- we have the layout of the design

22   center, Exhibit 293R, and the witness indicated where two

23   people sat.  Could we ask the witness to mark where those

24   two locations are so that we can all look back at it?

25           THE COURT:  Yeah, you can mark it on the actual

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 164 of 167   Page ID #:290250
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

164

1    exhibit as well as the screen.  In other words, we've marked

2    that on a screen, but you can put those red X's on the

3    actual exhibit today.

4              THE WITNESS:  On this?

5              THE COURT:  And that will be received.

6              Also, Counsel, I'm going to receive your focus

7    group at this time.  That will come into evidence.  Remind

8    me of the number, though.

9              MS. HURST:  286, your Honor.

10             THE COURT:  286, thank you.  Received.

11             *(Defendants' Exhibit No. 286 is received in*

12        *evidence.)*

13             MR. QUINN:  Mr. Kotarski had saved this, your

14   Honor, where he's made the red X's.  I'm wondering if we

15   could print this out and make that an exhibit.

16             THE COURT:  Certainly.

17             MR. QUINN:  You know, 293R-1.

18             THE COURT:  Certainly.

19             MR. QUINN:  All right.  Thank you, your Honor.

20   That's all --

21             THE COURT:  In fact, we'll receive both, 293,

22   293R-1, R-2, 3, 10 -- I'm just kidding you.

23             *(Laughter.)*

24             THE COURT:  Just one, okay?

25             MR. QUINN:  Thank you, your Honor.

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 165 of 167   Page ID #:290251
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

165

1              *(Plaintiffs' Exhibit No. 293-1 is received in*

2        *evidence.)*

3              THE COURT:  All right.  Recross, Counsel?

4              MS. KELLER:  No, your Honor.

5              THE COURT:  All right.  Now, I'm going to free the

6    jury.

7              All right.  Stretch for a second.  Let me just

8    talk to you informally for just a moment -- well, on the

9    record still.

10             Listen, I've gotten a number of notes.  I'm just

11   coming down to stretch and be with you for a moment.

12             Don't be concerned about me.  When I send out that

13   notice for four months, I didn't know how long you would

14   deliberate, but I know the case was no longer than three

15   months, okay?  But that doesn't mean -- I don't know if your

16   deliberations will take one hour, one minute, ten days, and

17   neither do you.  So I thought, in an abundance of caution, I

18   would say four months when I sent out that notice because I

19   didn't want people coming in and basically saying, "We got

20   misled."

21             So a number of you have dates in May.  We just

22   can't lose too many days.  But we are doing very well.  I

23   think we've got about six-and-a-half hours in today.  If we

24   average six hours a day no matter what, this case will get

25   to you in, five plus five, ten weeks, okay?  Got it?

Case 2:04-cv-09049-DOC-RNB   Document 9706   Filed 01/27/11   Page 166 of 167   Page ID
#:290252
CV 04-9049-DOC - 01/19/2011 - Day 4, Vol. 2 of 3

166

 1                 (No audible response.)

 2            THE COURT:  Which should be sometime in early

 3   April.

 4            Now, counsel may not use all their time also.  We

 5   just don't know yet, and they don't know yet.

 6            So is 8:30 okay with all of you tomorrow?  Are you

 7   okay?

 8            THE JURY:  Yes.

 9            THE COURT:  All right.  Go home and get some

10   sleep.  The days get long, the hours get long.  You are

11   admonished not to discuss this matter with anyone.  There's

12   going to be quite a bit of press coverage, I'm going to

13   forewarn you, about this case today in different newspapers,

14   blogs, you name it.  Don't read it.  I think that's the best

15   way to approach it, just to tell you it's out there.  If you

16   start to read something about this case, immediately turn it

17   over or turn it off; fair enough?

18                 (No audible response.)

19            THE COURT:  Okay.  See you tomorrow at 8:30.

20                 (Recess.)

21                         -oOo-

22

23

24

25

-oOo-

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  January 20, 2011

_____
JANE C.S. RULE, U.S. COURT REPORTER
CSR NO. 9316