```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3             HONORABLE DAVID O. CARTER, JUDGE PRESIDING

 4                          - - - - - - -

 5

 6    MATTEL, INC., ET AL.,              )
                                         )
 7             Plaintiffs,               )
                                         )
 8         vs.                           ) No. CV 04-9049-DOC
                                         )
 9    MGA ENTERTAINMENT, INC., ET AL.,   )
                                         )
10             Defendants.               )
      _____)
11

12

13

14

15             REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                       Status Conference

17                     Santa Ana, California

18                   Friday, January 21, 2011

19

20

21

22   Jane C.S. Rule, CSR 9316
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-7755
25
     11-01-21 MattelSC
```

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR PLAINTIFFS MATTEL, INC., ET AL.:

 4              QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
                By:  JOHN B. QUINN
 5                   MICHAEL T. ZELLER
                     Attorneys at Law
 6              865 South Figueroa Street
                10th Floor
 7              Los Angeles, California 90017-2543
                (213) 443-3000
 8

 9   FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

10              ORRICK, HERRINGTON & SUTCLIFFE, LLP
                BY:  THOMAS S. MC CONVILLE
11                   Attorney at Law
                4 Park Plaza
12              Suite 1600
                Irvine, California 92614
13              (949) 567-6700

14              - AND -

15              ORRICK, HERRINGTON & SUTCLIFFE, LLP
                BY:  ANNETTE L. HURST
16                   Attorney at Law
                405 Howard Street
17              San Francisco, California 94105
                (415) 773-5700
18
                - AND -
19
                KELLER RACKAUCKAS, LLP
20              BY:  JENNIFER L. KELLER
                     Attorney at Law
21              18500 Von Karman Avenue
                Suite 560
22              Irvine, California 92612
                (949) 476-8700
23

24

25
```

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3   ALSO PRESENT:

 4            PETER H. BONIS, Attorney (Via Teleconference)
              LAW OFFICES OF PETER H. BONIS
 5            1990 North California Boulevard
              8th Floor
 6            Walnut Creek, California 94596
              (925) 287-6428
 7
```

**I N D E X**

**STATUS CONFERENCE**

```
 1           SANTA ANA, CALIFORNIA, FRIDAY, JANUARY 21, 2011
 2                         STATUS CONFERENCE
 3                            (2:20 p.m.)
 4              (Mr. Bonis appearing via teleconference.)
 5           THE COURT:  Peter, this is Judge Carter, and I'm
 6   with counsel.  First of all, I just heard you got off a
 7   plane, and I hope it was a pleasant trip.
 8           MR. BONIS:  It was great.
 9           THE COURT:  That's terrific.  That's wonderful.
10           Listen, we are on the record right now, and, of
11   course, I've got all the parties here right now.
12           First of all, we're moving much quicker, as I told
13   you to begin with, than people anticipated.  This trial is
14   much different than the last trial in terms of the pace,
15   let's say.  And I know that there was some concern expressed
16   by Carter Bryant about how long he was out here.  I can't
17   promise how long he's out here, but I do believe it will be
18   substantially shorter than the last occasion.
19           MR. BONIS:  Well, it is what it is.
20           THE COURT:  Yeah, it is what it is, but still,
21   trust me, we're going over every exhibit, every objection
22   beforehand.  There really are no side bars.  When the jury
23   is in session, they are in session full-time, and that ought
24   to cut down the time period substantially, maybe not the
25   intensity of the questions or the questions themselves,
```

```
 1   Peter, but I don't think you are going to find that it's a
 2   drawn-out affair.
 3             MR. BONIS:  Okay.
 4             THE COURT:  Mattel is with me, and so is MGA, and
 5   I'm going to have both parties express to you when they
 6   believe he's needed.  I only talked to you on the last
 7   occasion and, of course, left it to the parties.  I saw that
 8   you phoned back, but they weren't here, Peter, and I
 9   couldn't call you ex parte.  I needed them present.
10             MR. BONIS:  No, that's okay.
11             THE COURT:  Yeah.  So first of all, let me thank
12   you, but let me start with Mike Zeller.
13             And Mr. Zeller, you anticipated that you needed
14   him on what day?
15             MR. ZELLER:  Beginning on Wednesday, but,
16   certainly, we would expect that he would start by Thursday
17   morning.  There is a small prospect, depending upon how the
18   Court rules as to some witnesses who we anticipated being on
19   next Tuesday and Wednesday, there is the possibility,
20   anyway, that Mr. Bryant would be on late Wednesday
21   afternoon, but we would expect that certainly no later than
22   Thursday morning.
23             THE COURT:  Well, just a moment.  Let's sort this
24   out.  We start Tuesday.  How much longer do you anticipate
25   with Paula Garcia, approximately?
```

```
 1              MR. ZELLER:  I believe that we are estimating that
 2   we will have Ms. Garcia another two hours, two-and-a-half
 3   hours on the stand, including recross.
 4              THE COURT:  Let's say by noon, to be safe.
 5              And on behalf of MGA, just a rough estimation for
 6   Peter.
 7              MR. MC CONVILLE:  I'd say a day, Tuesday,
 8   Wednesday --
 9              THE COURT:  So let's say Wednesday noon or a
10   little later.  We have other witnesses, so let's say
11   Thursday morning rather than Wednesday?
12              MR. ZELLER:  If the Court is amenable to that,
13   absolutely.
14              THE COURT:  Absolutely.  And if I need to, I'll
15   slow it down if we get through a couple witnesses quicker so
16   that he's not spending an extra day out here.
17              MR. ZELLER:  Yeah, that would be fine.
18              MR. BONIS:  Here is my question:  Do you meet on
19   Friday?
20              THE COURT:  Oh, yes.
21              MR. BONIS:  Okay.  I didn't want him to fly out
22   for one day and then have to sit around for a weekend.
23              THE COURT:  No, no -- well, that's what I don't
24   know.  That's my concern also.  I don't know if they'll
25   finish him on Friday, you see?  I can't govern the time --
```

```
 1                 MR. BONIS:  I understand, your Honor.
 2                 THE COURT:  -- but I know one thing, that he is
 3     not going to be on the stand as long as he was last time, or
 4     anywhere near it.  So I can't tell you, Peter, if he's on
 5     for a day, day and a half, two days, three days, I don't
 6     know, but I certainly -- if you want, I can get him on in
 7     the late afternoon Wednesday, potentially, but --
 8                 MR. BONIS:  Excuse me for interrupting, but here
 9     is my suggestion.  The first time I knew -- the first time I
10     got information, an update, was yesterday, and by 4:00, I
11     got an e-mail saying they wanted him there at 8:00 on
12     Wednesday morning.  I forwarded that to him, so I think
13     that's what he was planning, so I waited for you to call me
14     back.  I checked my voice mails, and he had called me back
15     and said that was fine.  He had a couple of questions.  I
16     don't know what they are.
17                 THE COURT:  We can vary that, because I'd
18     certainly like to see him on and off the stand and not have
19     to spend the weekend.  I can't guarantee that, but it seems,
20     to me, if when we are done with Paula Garcia -- she's a
21     critical witness for both sides, and I think that MGA is
22     going to want to spend a day with her, and I think Mattel is
23     spending about a day and a half with her.
24                 MR. BONIS:  Okay.
25                 THE COURT:  I think Mattel, in good faith, will
```

```
 1   probably be done sometime Tuesday morning, but, you know,
 2   maybe MGA is done as early as Tuesday afternoon, but I can't
 3   guarantee that.  So there is a good chance that Carter could
 4   be on the stand on Wednesday, except they've got two
 5   witnesses in between, and if those two witness are very
 6   short witnesses, which means maybe an hour to two hours with
 7   each one of them.  There isn't a lot of substance.  Another
 8   witness, Armstrong, I am not allowing to testify until after
 9   certain other witnesses testify, if I even do.  This won't
10   make sense to you, but it seems, to me, if I was safe and
11   didn't want to inconvenience him, I would think Thursday
12   morning at 8:00 would be a definite start time with no
13   nonsense, and he's not waiting around.
14              MR. BONIS:  Okay.  Let's say Thursday morning.
15              THE COURT:  And that way he doesn't have to come
16   out a day earlier and just sit.  The problem is in the
17   perfect world, I wish he was starting Tuesday, frankly, and
18   then we'd have him on and off that stand no matter what in
19   the week.  I can't guarantee that starting on Thursday
20   morning, okay?
21              MR. BONIS:  Okay.
22              THE COURT:  So why don't we plan on Thursday at
23   8:00 in the morning --
24              MR. BONIS:  Okay.
25              THE COURT:  -- and we'll be ready.  And if I need
```

```
 1   to slow the case down a little bit and wait for him, I won't
 2   have a heart attack, and that's what we will do, okay?
 3             MR. BONIS:  I don't think there's any problem with
 4   him coming out there.  So we'll just say Thursday morning.
 5             THE COURT:  Okay.  Now, will you being coming
 6   down, Peter?
 7             MR. BONIS:  I -- it depends.  He said yes,
 8   initially.  I haven't spoken to him since.
 9             THE COURT:  Okay.  Well, if you do, for goodness
10   sakes, make yourself known to me and the parties, okay?  It
11   would be a pleasure to have you down here.  You've been a
12   real gentleman.
13             MR. BONIS:  Listen, is there somebody who -- and I
14   don't care what side it's on, but is there someone who is
15   comfortable with me contacting if there is a problem, or if
16   we need to get some money over to him, or something?
17             THE COURT:  Yeah, both parties are willing to do
18   that.  In fact, I would like to see it coequally split so
19   that one party isn't in the position of being accused of
20   paying his way down here.
21             MR. BONIS:  No, no.  I wasn't talking so much
22   about that.  I just need -- for example, I got this e-mail
23   from Mattel.  I didn't know if it came just from Mattel or
24   if it was pursuant to your order.
25             THE COURT:  No, no.  It was both sides, and
```

```
 1   Annette Hurst is right here.
 2             Why don't you say "hi."
 3             MS. HURST:  Hi Peter, you can call me if you need
 4   any transcripts or anything to help him prepare, or
 5   whatever.  You're welcome to call me.  I think I just left
 6   you my cell phone number when I called you a few minutes
 7   ago, so --
 8             MR. BONIS:  Okay.
 9             THE COURT:  And by the way, Mattel is equally
10   willing, so I want that record clear, to send you
11   transcripts, and I don't want one party to be, in a sense,
12   in the driver's seat or accused of supplying you the
13   transcripts.  They ought to come from both sides, and if
14   there's any payment needed, they should be splitting that at
15   this point because he's coequally important for both sides,
16   Peter.
17             MR. BONIS:  That's fine, but I also would like --
18   I don't want to mislead anybody.  I'm guaranteeing that I'm
19   going to get him there, that he'll answer your questions.
20   The quality and substance is up to you, and, frankly, he's
21   not uncooperative in the sense that he won't come, but I
22   think he is sort of --
23             THE COURT:  No.  I understand that.  We take our
24   witnesses as we get them, right?
25             MR. BONIS:  Yeah.  All I can do is guarantee that
```

```
 1   he's going to be there, but --
 2              THE COURT:  Yeah, we don't guarantee the quality
 3   of what they're going to say or how they're going to say it.
 4   We just need to get him here and let him say it, okay,
 5   Peter?
 6              MR. BONIS:  Okay.
 7              THE COURT:  Hey, listen, thank you very, very
 8   much.  The Court really appreciates you, okay?
 9              MR. BONIS:  Okay.
10              THE COURT:  If you have any problems, though, I'm
11   going to have Annette give you her cell phone, and Mike is
12   going to give you his cell phone right now.
13              MR. BONIS:  Okay.  Go ahead.
14              THE COURT:  Okay.  Hold on.  Annette first.  She's
15   with MGA.
16              MS. HURST:  Peter, it's [REDACTED].
17              Can we not have that in the public transcript?
18              THE COURT:  We'll block out the cell phones being
19   given as a matter of personal -- it's in the transcript, and
20   it will be sealed, okay?
21              Mr. Zeller, yours?
22              MR. ZELLER:  Hi Peter, this is Mike Zeller,
23   Z-e-l-l-e-r.  My cell phone number is [REDACTED].
24              THE COURT:  And the actual cell phone for
25   Mr. Zeller will be sealed also.
```

```
 1               MR. BONIS:  Okay.
 2               THE COURT:  And Peter, your cell phone number, and
 3    I'll seal that in the record also.
 4               MR. BONIS:  Okay.  It's [REDACTED].
 5               THE COURT:  Okay.  And Peter, my cell phone number
 6    is the following --
 7               I'm just kidding you.
 8               (Laughter.)
 9               MS. HURST:  I was going to write that down.
10               (Laughter.)
11               THE COURT:  Okay.  Peter, thank you very much.
12    I'm just joking, and we'll see you Thursday morning,
13    hopefully.  If not, we'll certainly see Carter.
14               MR. BONIS:  Okay.
15               THE COURT:  Okay.  Bye bye, now.
16               (Teleconference ended.)
17               THE COURT:  Okay.
18               (Recess.)
19                            -oOo-
20
21
22
23
24
25
```

CV 04-9049-DOC - 01/21/2011

14

1                              -oOo-

2                           **CERTIFICATE**

3

4         I hereby certify that pursuant to Section 753,

5    Title 28, United States Code, the foregoing is a true and

6    correct transcript of the stenographically reported

7    proceedings held in the above-entitled matter and that the

8    transcript page format is in conformance with the

9    regulations of the Judicial Conference of the United States.

10

11   Date:  January 22, 2011

12

13

14                          _____
                            JANE C.S. RULE, U.S. COURT REPORTER
15                          CSR NO. 9316

16

17

18

19

20

21

22

23

24

25