QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiffs, | Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al. | ORDER GRANTING STIPULATION REGARDING OBJECTIONS TO PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3709368.1

[PROPOSED] ORDER

ORDER

Based on the concurrently filed Stipulation Regarding Objections to Proposed Jury Instructions and Verdict Forms,

IT IS HEREBY ORDERED:

that objections to the proposed jury instructions and verdict forms filed to date shall be due on January 28, 2011.


DATED: January 26, 2011

_Hon. David O. Carter_
Hon. David O. Carter
United States District Judge

[PROPOSED] ORDER