QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S AMENDED NOTICE OF LODGING OF MATERIALS IN CONNECTION WITH MATTEL'S CORRECTED SUPPLEMENTAL BRIEF REGARDING AND/OR NOTICE OF MOTION AND MOTION TO RECONSIDER COURT'S RULING ON MGA'S MOTION *IN LIMINE* NO. 7**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

00505.07975/3936887.2

AMENDED NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the following excerpts:

1. Transcript of Phase 1 Trial, dated June 24, 2008, at 3570-3572.

2. Sealed Transcript of Phase 1 Trial, dated June 10, 2008, at 4-10 and 18-20.

3. Rule 26 Report of Mark Menz, at 1-3.

4. Deposition Transcript of Mark Menz, dated March 13, 2008, at 13 and 98.

5. Transcript of Phase 1 Trial, dated June 13, 2008, at 2680-2685.

6. Deposition Transcript of Carter Bryant, dated January 23, 2008, at 738-740.

7. Mattel's First Set of Requests for Production to Carter Bryant, at 5-6.

8 Carter Bryant's Memorandum of Points and Authorities in Support of Defendant's *Ex Parte* Application for an Order Postponing Rule 26 Obligations, Staying Discovery Pending Resolution of Plaintiff's Motion for Remand, and Advancing the Hearing Date on Plaintiff's Motion for Remand to July 19, 2004, dated June 18, 2004, at 1 and 5.

9. Court's Minute Order, dated June 22, 2004.

DATED: January 27, 2011     QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.