# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV04-9049 DOC(RNBx) |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL |
| Date | January 26, 2011 |

Present: The Honorable  David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Jane Sutton, Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price | Jennifer Keller, Thomas McConville<br>Mark Overland, Alexander Cote |

___ Day Court Trial    7th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X  Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X   Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
___ Plaintiff(s) rest.                       ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.            ___ Jury retires to deliberate.      ___ Jury resumes deliberations.
___ Jury Verdict in favor of     ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.                 ___ Polling waived.
___ Filed Witness & Exhibit Lists ___ Filed jury notes.               ___ Filed jury instructions.
___ Judgment by Court for                                             ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by         ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to  January 27, 2011 at 8:30 a.m.    ___ for further trial.
___ Other:

8 : 05

Initials of Deputy Clerk  kp

cc: