**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                   Date: January 28, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|   Kathy Peterson   |   Not Present   |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                       NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING RE-SUBMISSION OF IN CAMERA MATERIALS AND DIRECTING LODGING OF THUMB DRIVE

The parties are ordered to return all the *in camera* documents that had been turned over to the parties' custody. These documents were reviewed by the Court during the extensive discovery process and had been sent back to the parties for storage purposes. The documents will be gathered in Chambers for the clarity of the record. The parties should arrange for the return of these documents on or before January 29, 2011.

On thumb drives, the parties shall re-submit copies of all briefing on the motion to confirm, all briefing on the renewal of that motion to confirm, all briefing on every motion for leave to amend filed in this case, all briefing before the ninth circuit, all discovery responses that concern the scope of the trade secret claims, all briefing concerning the supersessive effect of the California uniform trade secrets act in relation to any claim at any time, any other briefing (including proposed jury instructions, proposed pre-trial conference orders, and other briefing) that concerns the scope of the trade secret claims, every prior pleading in these consolidated actions, and all trial and hearing transcripts that concern the scope of the trade secret claims. These documents shall be submitted on thumb drives on or before Wednesday, February 2, 2011. Each party shall independently compile and submit its own set of such documents.