UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE DAVID O. CARTER, JUDGE PRESIDING

- - - - - - -


MATTEL, INC., ET AL.,                )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            ) No. CV 04-9049-DOC
                                     )     Day 6
MGA ENTERTAINMENT, INC., ET AL.,     )     Volume 2 of 3
                                     )
            Defendants.              )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Jury Trial

Santa Ana, California

Tuesday, January 25, 2011

Jane C.S. Rule, CSR 9316
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-7755

11-01-25 MattelV2

1   **APPEARANCES OF COUNSEL:**

2

3   FOR PLAINTIFFS MATTEL, INC., ET AL.:

4            QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
             By:   JOHN B. QUINN
5                  MICHAEL T. ZELLER
                   WILLIAM PRICE
6                  Attorneys at Law
             865 South Figueroa Street
7            10th Floor
             Los Angeles, California 90017-2543
8            (213) 443-3000

9

10  FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

11           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:   THOMAS S. MC CONVILLE
12                 Attorney at Law
             4 Park Plaza
13           Suite 1600
             Irvine, California 92614
14           (949) 567-6700

15           - AND -

16           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:   ANNETTE L. HURST
17                 Attorney at Law
             405 Howard Street
18           San Francisco, California 94105
             (415) 773-5700
19
             - AND -
20
             KELLER RACKAUCKAS, LLP
21           BY:   JENNIFER L. KELLER
                   Attorney at Law
22           18500 Von Karman Avenue
             Suite 560
23           Irvine, California 92612
             (949) 476-8700

24

25

```
1    APPEARANCES OF COUNSEL (Continued):

2

3    FOR DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

4              SCHEPER, KIM & OVERLAND, LLP
               BY:  ALEXANDER H. COTE
5                   Attorney at Law
               601 West Fifth Street
6              12th Floor
               Los Angeles, California 90071
7              (213) 613-4660

8              - AND -

9              LAW OFFICES OF MARK E. OVERLAND
               BY:  MARK E. OVERLAND
10                  Attorney at Law
               100 Wilshire Boulevard
11             Suite 950
               Santa Monica, California 90401
12             (310) 459-2830

13

14   Also Present:

15             ROBERT ECKERT, Mattel CEO

16             ISAAC LARIAN, MGA CEO

17             KEN KOTARSKI, Mattel Technical Operator

18             MIKE STOVALL, MGA Technical Operator

19             RACHEL JUAREZ, Quinn Emanuel Urquhart Oliver &
                              Hedges
20

21

22

23

24

25
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 4 of 136   Page ID #:290995
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

4

1                           **I N D E X**

2

3

4                          **EXAMINATION**

5

6    **Witness Name**        **Direct**    **Cross**    **Redirect**    **Recross**

7    GARCIA, PAULA
        By Mr. Price         8
8       By Mr. McConville                 20

9

10

11                            **EXHIBITS**

12

13   **Exhibit**                          **Identification**    **Evidence**

14   Defendants' No. 1                                         22

15   Defendants' Nos. 1-1, 5-84 and 302-12                     74

16   Defendants' Nos. 5-84, 5-85, 5-86, 5-87                   28

17   Defendants' No. 5-102                                     21

18   Defendants' No. 951B, pages 2-7                          110

19   Defendants' Nos. 1136, 1136A                              65

20   Defendants' No. 1141                                      75

21   Defendants' No. 1234                                      78

22   Plaintiffs' No. 9335                                       9

23   Defendants' No. 11889-8                                   40

24   Defendants' No. 12822                                     44

25   Defendants' No. 17401                                     39

1               I N D E X (Continued)

2

3

4                      EXHIBITS

5

6    Exhibit                    Identification        Evidence

7    Defendants' No. 17712                              114

8    Defendants' No. 17713                              115

9    Defendants' No. 17714                              115

10   Defendants' No. 17715                              116

11   Defendants' No. 17733                               86

12   Defendants' No. 34707                               89

13

14

15

16

17

18

19

20

21

22

23

24

25

1    **SANTA ANA, CALIFORNIA, TUESDAY, JANUARY 25, 2011**

2        **DAY 6, VOLUME 2 OF 3**

3         **(1:05 p.m.)**

4     *(The following proceedings is taken outside*

5   *the presence of the jury.)*

6     THE COURT:  All right.  We are back on the record.

7 Counsel are present.

8     First of all, the Court, over the lunch hour,

9 considered Ryan Tumaliuan, and you may admit the e-mail

10 chain concerning Ryan Tumaliuan because the e-mail is

11 relevant to your claim for aiding and abetting breach of the

12 duty of loyalty and intentional interference with

13 contractual relations.

14     Although this evidence is of minimal probative

15 value, in light of Mr. Tumaliuan's status as an intern, and

16 the Court allow these allegations to survive summary

17 judgment in combination with the seamstresses.  Though the

18 Court may dispose of Mr. Tumaliuan's --

19     Mr. Price, listen very carefully.  Listen very

20 carefully.

21     Although the Court may dispose of Mr. Tumaliuan's

22 specific allegations at a Rule 54 stage.  Nevertheless,

23 Rule 403 requires that even relevant evidence be excluded if

24 its prejudicial effects substantially outweighs its

25 probative value.

1          The portion of the e-mail that contains the term,

2    quote, unquote, "double agent" is exactly the type of

3    evidence contemplated by Rule 403.  Accordingly, I will

4    allow the e-mail with the term "double agent" redacted, not

5    referred to, and the jury will be instructed that the Court

6    ordered the redaction of this e-mail if you decide to speak

7    to the witness about it.  It causes confusion and it

8    violates the agreement Mr. Zeller had entered into.

9          Now, that should then give you the relevant

10   evidence, if you want it, concerning the intern without the

11   prejudicial effect.  MGA may admit the e-mail from Mr. -- or

12   Paula Garcia's former coworker at Mattel that was sent to

13   Garcia.  In that e-mail, Garcia's former coworker expresses

14   surprise about the release of Bratz and Scooter Samantha in

15   early 2001.

16         Since this was not brought to the Court's

17   attention, the Court was apprised of this shortly after noon

18   today.  This Court requires more foundation as to who this

19   person is and her position at Mattel.  However, regardless

20   of the individual's position in Mattel's corporate

21   hierarchy, her knowledge about Bratz may still be imputable

22   to -- in Mattel.

23         Indeed in going back over the record at the

24   lunchtime, Mattel is judicially estopped from arguing

25   otherwise since Mattel moved for dismissal of MGA's

Case 2:04-cv-09049-DOC-RNB  Document 9725  Filed 01/28/11  Page 8 of 136  Page ID #:290999
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

8

1    counterclaims in reply on exactly the same legal grounds.

2            Now, having made those rulings --

3            (The following proceedings is taken in the

4        presence of the jury.)

5            THE COURT:  All right.  The jury is present.  All

6    counsel are present.

7            And counsel, if you'd have a seat.

8            The witness is present.

9            And Mr. Price, if you'd like to conclude your

10   direct examination, please.

11           MR. PRICE:  First, counsel has agreed that that

12   reference to September 19th in the transcript was

13   September 1st.

14           THE COURT:  Is that correct?

15           MR. MC CONVILLE:  Yes, sir.

16           THE COURT:  Stipulated that there was a reference

17   to the September 19th being the date, and the correct

18   transcription should have read September 1st.  Thank you.

19           Counsel?

20           **PAULA GARCIA, PLAINTIFFS' WITNESS, RESUMED**

21               **DIRECT EXAMINATION (Continued)**

22   BY MR. PRICE:

23   Q    Ms. Garcia, would you look at Exhibit 9335.

24        And do you recognize that as an e-mail string that you

25   were on?

1    A    Yes, I do.

2            MR. PRICE:  Your Honor, move Exhibit 9335 into

3    evidence.

4            THE COURT:  Received.

5            *(Plaintiffs' Exhibit No. 9335 is received in*

6        *evidence.)*

7    BY MR. PRICE:

8    Q    Let's start with the second page and the first e-mail,

9    and you see it has a Friday, June 6th, 2003, e-mail from

10   Yuval Caspi to Isaac Larian.

11       Now, can you tell us who Mr. Caspi is?

12   A    Yuval Caspi is a designer at MGA.

13   Q    Now, this is an e-mail that was eventually forwarded to

14   you, correct?

15   A    Yes.

16   Q    And it's to Isaac Larian, subject:  Ryan.

17       "Ryan finished the semester with low grades; therefore,

18   the school had sent him and others with a teacher to what he

19   called, quote, 'boot camp in Mattel.'  I've asked him to

20   keep his mouth closed, and at the same time, keep his eyes

21   and ears open.  We will see him again when the fall semester

22   begins."

23       Do you see that?

24   A    Yes, I do.

25   Q    And who was that referring to; Ryan?

1    A    Oh, Ryan was an intern designer that used to work with

2    MGA.

3    Q    And as of June 6th, 2003, MGA was going to see him

4    again when the fall semester began, correct?

5    A    According to this e-mail, it suggests that.

6    Q    And is that your memory?

7    A    No.

8    Q    If we can see the response on the first page, do you

9    see there is a "what item" from Mr. Caspi to Mr. Larian, and

10   then right above that, dated June 10, 2003 --

11        MR. PRICE:  I'm sorry, Mr. Kotarski, if you go to

12   the bottom of this.

13        Thank you.

14   BY MR. PRICE:

15   Q    You see Mr. Larian e-mailing Mr. Caspi and copying you

16   and saying "Talk to Paula"; do you see that?

17   A    Yes, I do.

18   Q    And the e-mail before that talked about Ryan -- and I'm

19   sorry, do you know his last name?

20   A    I believe it starts with a T, but I -- I don't remember

21   the exact pronunciation.

22   Q    And before that, they talked about Ryan keeping his

23   mouth closed, and at the same time, keep his eyes and ears

24   open while he was at Mattel, correct?

25   A    That's what the e-mail said from Yuval, yes.

1    Q    And it was on that topic that Mr. Caspi was to talk to

2    you, correct?

3    A    There is some e-mails that happened after Yuval's

4    e-mail that I believe Isaac confirmed "talk to Paula."

5    Q    Well, this e-mail chain says, "talk to Paula," and the

6    e-mails below it say, "what item," and "Ryan is to keep his

7    eyes and ears open while he's at Mattel," correct?

8    A    There is a --

9              MR. MC CONVILLE:  Your Honor, I'm going to object

10   on foundational grounds.  The witness has been asked, and

11   she says she doesn't recall.

12             THE COURT:  Ask the question one more time, and

13   that will be the end of it.

14   BY MR. PRICE:

15   Q    Prior to "talk to Paula" -- but you did receive this

16   e-mail string, correct?

17   A    I don't recall receiving it, though my name is -- is

18   listed in the e-mail.

19   Q    So after the e-mail, one which says "what item," and

20   the other which talks about asking Ryan to keep his mouth

21   closed and his eyes and ears open while he's at Mattel, you

22   see in this e-mail string an e-mail from you to Mr. Caspi,

23   correct?

24   A    Yes.  I just wanted to represent that was also an

25   e-mail in between "what item" and Mr. Caspi's e-mail.

1  Q    Can you point it out to us in this e-mail string just

2  so we know what you are talking about?

3  A    It's an e-mail from Isaac Larian where he identifies

4  "do you trust him, can he design something quick?"

5  Q    Is that on this e-mail string?

6  A    Yes, it is.

7  Q    Okay.  Can you show us that, because we are kind of

8  moving up.  I -- I don't want to skip one.

9            (Attorney discussion held off the record.)

10 BY MR. PRICE:

11 Q    So let's go to the first page, and let's blow up -- I'm

12 sorry, the -- the second page is the first e-mail that

13 started this.

14           MR. PRICE:  Let's include everything on that page,

15 Ken.

16 BY MR. PRICE:

17 Q    So the first e-mail talks about Ryan finishing the

18 semester with low grades, going to boot camp at Mattel and

19 Mr. Caspi saying, I've asked him to keep his mouth closed,

20 and at the same time, his eyes and ears open, right?

21 A    That's right.

22 Q    And then there's an e-mail from Mr. Larian to Caspi

23 saying, "Do you trust him, can he design something quick,"

24 correct?

25 A    That's right.

```
 1    Q    And the question was whether or not Mr. -- well, Ryan

 2    can design something quick?

 3    A    That's right.

 4    Q    And then above that, it says "what item," right?

 5    A    Yes, it does.

 6    Q    And then the next e-mail from Mr. Larian says, "talk to

 7    Paula," correct?

 8    A    That's correct.

 9    Q    Now, you told us that it would be inappropriate for

10    someone to work at Mattel and work with MGA at the same

11    time, correct?

12    A    Correct.

13    Q    Now, you see on June 9, 2003, it looks like you

14    received the e-mail change -- chain, do you see Paula

15    Garcia, your file name, your married name, to Mr. Larian and

16    Mr. Caspi, it says, "We need a stylized fashion doll to

17    combat Mattel attack," and it says "We the end to feminine,

18    sexy, stylized.  I know Ryan can do this, but I am concerned

19    to work with him since he has tended to work slow while he

20    has been working with us, and now that he works at Mattel, I

21    am even more nervous since he won't be able to support us

22    during the day."

23         Do you see that?

24    A    Yes, I do.

25    Q    So your concern here isn't that he's working with both
```

1  at the same time and there is something wrong with it,

2  correct?

3  A    There is something wrong, if I can -- just to clarify.

4  I had no interest with working with Ryan Tumaliuan.  I

5  believe that's the way it's pronounced.

6  Q    But when you saw the e-mail about, we want him to keep

7  his mouth closed and his eyes and ears opened while he is at

8  Mattel, your response is your concern that his work product

9  won't be good because during the day, he's working at

10  Mattel, and he will otherwise be working with MGA; isn't

11  that what you said?

12  A    Yes.  First, I -- I had understood at this time that

13  Ryan was to -- was an intern.  He was in a class.  I didn't

14  necessarily know that he was actually designing at Mattel.

15      Either way, I was answering Isaac's e-mail about

16  whether or not he can design something quick, but I can

17  represent that though he would be even an intern at Mattel,

18  I was not interested in working with Ryan Tumaliuan on a

19  design so much that I offered up Carter Bryant later in the

20  e-mail as he had an alternative concept.

21  Q    Well, if we look at your e-mail dated -- it's in the

22  middle of that string there, which is from you to Mr. Larian

23  and Mr. Caspi, "re: Ryan"; do you see that?

24  A    Yes.

25  Q    If you look at the third paragraph, what you write is,

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

15

```
1    "I'm concerned to work with him since he has tended to work
2    slow while he's been working with us."  And that's what
3    you've been referring to, that he's a slow worker, correct?
4    A    Correct.
5    Q    And then, "And also, now that he works at Mattel, I'm
6    even more nervous since he won't be able to support us
7    during the day"; do you see that?
8    A    Yes.
9    Q    And so what you are saying is, since he's working at
10   Mattel, he'll be even slower working with us, correct?
11   A    Again, that was in response to can he design something
12   quick.  I didn't like Ryan's work ethic.  I felt that Ryan
13   designed very slow, so it was my feeling that I was not
14   interested in working with Ryan as it related to a concept.
15   Q    Did you say in your e-mail response that we shouldn't
16   use him anyway because during the day he's working at
17   Mattel, and it would be wrong for him to work at us while
18   he's working at Mattel?
19   A    No, I didn't.
20   Q    Even though at the time you knew that would be wrong,
21   that is to work at Mattel during the day, and then work for
22   MGA after that, during the night, weekends?
23   A    I remember that as it related to Ryan, especially at
24   this time, that Ryan, as I understood it, was an intern,
25   that he was -- there was teacher, there was class, that
```

1    there was something related to his schooling.

2        I didn't understand necessarily that he was actually

3    designing, but either way, I was not interested in working

4    with Ryan.

5    Q    Well, receiving this e-mail string, you knew that

6    Mr. Caspi had told Ryan to keep his mouth closed and at the

7    same time keep his eyes and ears open while he was at

8    Mattel, you knew that from reading the e-mail string?

9                MR. MC CONVILLE:  Objection.  Calls for hearsay

10   and speculation by this witness.

11               THE COURT:  Sustained.

12   BY MR. PRICE:

13   Q    It was your understanding, having read the e-mail,

14   based on what was represented to you, that Mr. Caspi had

15   said to Ryan, "Keep your mouth closed, and at the same time,

16   keep your eyes and ears open"?

17               MR. MC CONVILLE:  Same objection.

18               THE COURT:  Well, it depends, Counsel.

19               What's the next question?

20               MR. PRICE:  The next question, it being your

21   understanding that that's what he said --

22               THE COURT:  This goes to state of mind.

23               You can answer that question.  Is that your

24   understanding?

25               THE WITNESS:  I don't understand the question, I'm

1    sorry.

2    BY MR. PRICE:

3    Q    Let me try it again.

4        Having been forwarded this e-mail string, it was your

5    understanding based upon Mr. Caspi's representation that

6    Ryan was told by Mr. Caspi to keep his mouth closed, and at

7    the same time, keep his eyes and ears open while he was at

8    Mattel?

9            MR. MC CONVILLE:  Same objections.

10           THE COURT:  Overruled.

11           THE WITNESS:  I can only tell you in just reading

12   this e-mail, that is what Yuval wrote in his e-mail.  What

13   he meant by it, I don't know.

14   BY MR. PRICE:

15   Q    Well, I'm asking your understanding when you got this

16   e-mail from him, okay?

17   A    Yes.

18   Q    So let's go back to then.  When you received this

19   e-mail, isn't it correct that, first, you understood the

20   words, "I have asked him to keep his mouth closed, and at

21   the same time, keep his eyes and ears open"?

22           MR. MC CONVILLE:  Objection.  Improper foundation.

23   The witness says she doesn't recall this e-mail.

24           THE COURT:  Do you recall this e-mail?

25           THE WITNESS:  No, I don't, sir.

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

18

```
 1              THE COURT:  Sustained.
 2   BY MR. PRICE:
 3   Q    Did you ever send an e-mail to either Mr. Larian or
 4   Mr. Caspi that it would be inappropriate for Ryan Tumaliuan
 5   to work at Mattel during the day and work at MGA during the
 6   night?
 7   A    No, I did not.
 8   Q    Let me ask you, earlier I asked you about your bonus at
 9   MGA?
10   A    Yes.
11   Q    And I just want to see if this is correct, is it
12   correct, Ms. Garcia, that in 2003, you received a bonus of
13   $100,000?
14   A    I don't recall that.
15   Q    And is this one of those things where you just can't
16   remember one way or the other?
17   A    I don't recall receiving that size bonus.
18   Q    Do you recall in 2004 -- and let me be clear, do you
19   recall in April of 2005 receiving a 2004 bonus of about
20   125,000?
21   A    No, I don't.
22   Q    And just to -- so I might have been unclear in my
23   earlier question.  Do you recall in March of 2004 receiving
24   a bonus for 2003 of about 100,000?
25   A    No, I don't.
```

```
 1              MR. PRICE:  Your Honor, I meant to mention, during

 2     the break, Ms. Garcia has put her initials on where she

 3     believes she sat on the seating chart.

 4              THE COURT:  During the break, they resolved that

 5     so we'll show that exhibit.

 6              MR. MC CONVILLE:  Just to be clear, it's in the

 7     December 1999 time frame?

 8              MR. PRICE:  Yeah, for the first 12 to 18 months up

 9     to December --

10              THE COURT:  Let's do that now.

11              MR. PRICE:  -- 1999.  Can you --

12              I know that's a big thing.

13     BY MR. PRICE:

14     Q    Could you show it to the jury and point out where you

15     put your initials?  And Ms. Juarez can help you hold the

16     other part of it.

17              THE COURT:  All right.  Thank you very much.  It's

18     been displayed.

19              MR. PRICE:  No further questions at this time,

20     your Honor.

21              THE COURT:  Now, this would be cross-examination,

22     and this would be Mr. McConville on behalf of MGA and

23     Mr. Larian.

24

25
```

1                      **CROSS-EXAMINATION**

2    BY MR. MC CONVILLE:

3    Q    Good afternoon, Ms. Garcia, how are you?

4    A    Very good.  Thank you.

5    Q    So I'm going to start with the Carter Bryant drawings

6    that we've heard a lot about, and you've been referring

7    to --

8             *(Interruption in the proceedings.)*

9             MR. MC CONVILLE:  I think that needs to go in the

10   trash, your Honor.

11            THE COURT:  It's already there.

12   BY MR. MC CONVILLE:

13   Q    So these drawings which you've been referring to as

14   Exhibit 302, were those the original drawings you saw when

15   Carter Bryant made its pitch?

16   A    No, they are not.

17   Q    Okay.  So let's see if we can't set the stage a little

18   bit better here.

19            THE COURT:  Well, let's strike the "little bit

20   better" by counsel.  That's personal interjection.

21            All right.  Counsel, your next question.

22   BY MR. MC CONVILLE:

23   Q    Ms. Garcia, do you have an exhibit in front of you?

24   A    Yes, I do.

25   Q    What's the exhibit number on that, please?

1    A    5-102.

2    Q    Exhibit 5-102, is it one of the drawings that Carter

3    Bryant showed at that September 2000 pitch?

4    A    Yes, it is.

5    Q    Could you just hold it up for -- and is it the size

6    that Mr. Bryant brought the materials to MGA?

7    A    Yes, it is.

8    Q    Can you just --

9         MR. MC CONVILLE:  Your Honor, move it into

10    evidence?

11        THE COURT:  Received.

12        *(Defendants' Exhibit No. 5-102 is received in*

13        *evidence.)*

14    BY MR. MC CONVILLE:

15    Q    Can you please just hold it up for the jury?

16    Thank you.

17    And which character is on the cover of that one?

18    A    This is Zoe.

19    Q    And do you recall that the drawings that Mr. Bryant

20    gave you were on that -- were in that size and that format?

21    A    Yes, I do.

22        MR. MC CONVILLE:  And your Honor, I'm going to

23    approach with some originals just to have the witness verify

24    these are the exhibits.

25

```
 1    BY MR. MC CONVILLE:

 2    Q    Have you looked at those?

 3    A    Yes, I have.

 4    Q    And do those reflect the materials that Carter Bryant

 5    presented at that September 1 meeting, September 1, 2000

 6    meeting, but in a reduced form from Exhibit 5 that we just

 7    looked at?

 8    A    Yes, they do.

 9              MR. MC CONVILLE:  Your Honor, I'd move those into

10    evidence and then request to have them back so I can show

11    them on the ELMO?

12              THE COURT:  And the numbers again are?  Is it

13    exhibit --

14              MR. MC CONVILLE:  It's Exhibit 1.

15              THE COURT:  Okay.  Exhibit 1 is received.  And

16    then counsel, you can go through the pages.

17              MR. MC CONVILLE:  Yes.

18              THE COURT:  Certainly.

19              (Defendants' Exhibit No. 1 is received in

20         evidence.)

21    BY MR. MC CONVILLE:

22    Q    So Ms. Garcia, before we get there, what did Mr. Bryant

23    bring to the meeting on September 1, 2000?

24    A    Carter Bryant brought a portfolio, it was a black

25    portfolio.  Within the portfolio it had drawings in the same
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 23 of 136   Page ID #:291014
CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

23

1   sizes we just reviewed, that longer, bigger page.  He also

2   brought with him a -- a -- a mockup of sorts.  It was a --

3   it was a -- it was a mockup.

4   Q    When you say mockup, are you referring to a doll-type

5   mockup?

6   A    Yes, it was a -- it was something that was

7   three-dimensional and it was made up of lots of different

8   doll body parts.

9   Q    And we've heard a lot of testimony about how you were

10  excited by the drawings.  What was your opinion of the

11  mockup that you saw?

12  A    I was very unimpressed.

13  Q    Okay.  So other than those two things, did Carter

14  Bryant, do you recall, bring anything else to that

15  September 1, 2000 meeting?

16  A    No, he did not.

17  Q    So did he bring a Mattel playbook with him at that

18  meeting?

19  A    No, he did not.

20  Q    Did he bring a Mattel instruction manual to that

21  meeting?

22  A    No, he did not.

23  Q    Do you recall if he brought a Mattel blueprint to that

24  meeting?

25  A    No, I do not.

1    Q    So as far as you know, the documents he brought were

2    these drawings, right?

3    A    That's right.

4    Q    Okay.  And was it MGA's plan, as you understood it, to

5    sell paper dolls?

6    A    No, it was not.

7    Q    So for example, if you went to market with Exhibit 1,

8    let me put it on the ELMO, here, was it MGA's master plan to

9    sell this paper doll?

10   A    No, it was not.

11   Q    And have you been to a Toys R Us and a Walmart?

12   A    Yes, I have.

13   Q    And have you seen racks and racks of paper dolls at

14   Toys R Us or Walmart?

15   A    No.

16   Q    And did MGA have a different plan for these drawings?

17   A    Yes.

18   Q    And what was MGA's plan for these drawings?

19   A    Our plan was to actually produce a three-dimensional

20   fashion doll.

21   Q    And what would -- in your mind, what was the

22   three-dimensional fashion doll going to look like?

23   A    The fashion doll was going to be multi-ethnic.  It was

24   going to be distorted, and that it had enlarged-sized head,

25   and enlarged-sized feet.

1    Q    Were they going to be hip?

2    A    Yes, they were.

3    Q    Okay.  Sassy?

4    A    Very.

5    Q    And who was the target audience for this doll that you

6    envisioned?

7    A    The consumer that we targeted was very specifically

8    those girls who were between the ages of 7 and 10.

9    Q    And based on your years in the industry, do you know

10   which target audience -- which audience Barbie targets?

11   A    Yes.

12   Q    And which audience is that?

13   A    Barbie appeals to a very young consumer, generally that

14   consumer is around four to six, sometimes three to six.

15   They are of the younger bracket of the consumers.

16   Q    So it's fair to say that MGA was intending to target a

17   different market than Barbie; is that right?

18   A    That's very right.

19   Q    And you were asked questions about whether you would

20   have developed Bratz; do you remember that?

21   A    Yes.

22   Q    Now, Ms. Garcia, can you please explain for me what it

23   is you meant when you said you would have come up with

24   Bratz?

25   A    What I meant is that I believe that we would have

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

26

1    created a multi-ethnic set of dolls, because that was my

2    mission.  The marketplace was -- was primarily controlled by

3    a single character named Barbie, she had blonde hair and

4    blue eyes, and it was my mission to create a brand where

5    there were multiple characters that were all powerful or all

6    aspirational, so certainly I would have created a

7    multi-ethnic fashion doll.

8        I also believe that I would have come up with a concept

9    of distortion.  That was very, very present at the same time

10   in this --

11   Q    Let me stop you there.  When you say distortion, what

12   do you mean?

13   A    I mean that, for example, Barbie was modeled as a very

14   realistic character.  She had realistic nose qualities, her

15   head in relation to her body were very human-like.  And it

16   was my goal to create an opposite, which is to sort of not

17   focus on the human -- hundred percent human quality of a

18   doll but to look at changing a hundred percent realistic

19   into something that looked more distorted, which means to

20   enlarge the size of the head, potentially enlarge the size

21   of the feet, reduce the focus on the torso or the chest.

22       It means to just sort of take something that was a

23   hundred percent real and make it opposite that.

24   Q    So -- and your target audience again would have been

25   different from the Barbie target audience?

1    A    Yes.

2    Q    And this -- this niche that you saw for a multi-ethnic,

3    hip doll with disproportionate size and head, did you have

4    that concept in your mind when you came to MGA?

5    A    I had the concept of a multi-ethnic fashion doll, for

6    sure.

7    Q    And the issue of the disproportionate features, that

8    was something that was present in the market at the time?

9    A    Very present, yes.

10   Q    So you are not saying you would have come up these

11   exact characters that were in the Carter Bryant pitch book.

12   You are saying the concept of a multi-ethnic doll with

13   disproportionate features targeting the 7 to 10 audience; is

14   that right?

15   A    That's absolutely right.

16   Q    Now, I wanted -- I had referenced before that these

17   were -- that the original version of the pitch book was

18   trial Exhibit 1.  Do you recall you also reviewed, on the

19   witness stand, some formal gown drawings as well?

20   A    Yes, I do.

21        MR. MC CONVILLE:  And those were -- your Honor,

22   for the record, those were Exhibits 5-84, 5-85, 5-86 and

23   5-87.  I move those into evidence and request permission to

24   publish.

25        THE COURT:  Received, and you may.

```
 1              (Defendants' Exhibit Nos. 5-84 through 5-87,

 2         are received in evidence.)

 3    BY MR. MC CONVILLE:

 4    Q    Ms. Garcia, on the ELMO is Exhibit 5-84.  Do you

 5    recognize this character?

 6    A    Yes, I do.

 7    Q    And who is this?

 8    A    This was represented as Zoe in Carter Bryant's

 9    portfolio.

10    Q    Was there a formal gown presented in Carter Bryant's

11    pitch to MGA on September 1?

12    A    Yes, it was.

13    Q    And in looking at these, the original pitch exhibits,

14    which are Exhibit 1 and Exhibit 5, is the color the same as

15    the color that's been in Exhibit 302 that we've been

16    reviewing?

17              MR. MC CONVILLE:  I'm sorry, can you hand her

18    Exhibit 302.

19              THE WITNESS:  The colors are different.

20    BY MR. MC CONVILLE:

21    Q    How so generally?  How would you describe the colors'

22    differences?

23    A    In the image that you had on the ELMO, the dress is

24    actually pink, and she has green leaves, for example, in her

25    bouquet.  And the image that I have as Exhibit 302, her
```

```
 1    dress is red, or it appears to be red, and her leaves are --
 2    seem to look yellow.
 3    Q    Now, Ms. Garcia, at the -- at the pitch meeting on
 4    September 1, who was present at the meeting?
 5    A    I was present, Victoria O'Connor, Isaac Larian, Jasmin
 6    Larian, Veronica Marlow and Carter Bryant.
 7    Q    And how was that meeting -- if you know, how was that
 8    meeting arranged?
 9    A    I'm not -- I am not sure.
10    Q    Okay.  And on September 1st, your position --
11    September 1st, 2000, I'm sorry, your position at MGA was
12    what?
13    A    I was an associate product manager.
14    Q    And, Ms. Garcia, how old were you on September 1, 2000
15    at that pitch meeting?
16    A    I believe I was 25 years old.
17    Q    And you had been employed by that time at MGA for
18    approximately -- since April?
19    A    Yes.
20    Q    How many months?
21    A    Four months, three and a half, four months.
22    Q    Okay.  In those three to four months that you were
23    employed at MGA, what were you working on for those months
24    prior to the pitch?
25    A    There were a number of featured dolls that I was
```

```
 1   working on when I came to MGA.  They were -- one named

 2   "Hoppity Bouncy Baby," one named "My Dream Baby," which was

 3   a pretty advanced robotic doll.  It actually grew from an

 4   infant to a toddler.  It was -- she learned to crawl and

 5   then get up and walk.  It was pretty cool.  There were

 6   Prayer Angels.  There was a number of feature dolls I was

 7   working on.

 8   Q    And at that time, who was your -- when you started in

 9   April of 2000, who was your direct supervisor at that time?

10   A    Her name is Cammy Gilmore.

11   Q    And did Cammy Gilmore at some point leave MGA?

12   A    Yes, she did.

13   Q    And how -- what time was it in relation to your start

14   date?

15   A    It was shortly after.

16   Q    So between April and September, you were 25, right?

17   A    Yes.

18   Q    And you were working on a variety of doll projects,

19   right?

20   A    Yes.

21   Q    And your boss just left?

22   A    Yes.

23   Q    So I believe you testified that you didn't have time

24   during the course of those several months to sit down and

25   proceed with the idea of the multi-ethnic fashion doll,
```

1   right?

2   A    That's right.

3   Q    And do you recall expressing to Veronica Marlow your

4   interest in doing a multi-ethnic fashion doll?

5   A    Yes, I do.

6   Q    Do you recall roughly when that was?

7   A    I recall it being in August of 2000.

8             MR. MC CONVILLE:  Okay.  I'm going to just do a

9   time line here real quick, if I could.

10  BY MR. MC CONVILLE:

11  Q    So Ms. Garcia, you started in April of 2000, right?

12  A    That's right.

13  Q    And -- and in August, you had a conversation with

14  Veronica Marlow, was your recollection?

15  A    That's right.

16  Q    And who was Veronica Marlow?

17  A    Veronica Marlow was a freelancer at the time.  She was

18  working with me on Prayer Angels, specifically helping me to

19  develop the body of the doll, soft goods, the fashions

20  themselves.

21  Q    And had you worked with her before, Veronica Marlow?

22  A    I started working with her while I was working at MGA.

23  Q    Okay.  And what do you recall after having this

24  conversation with Veronica Marlow where you expressed

25  interest in a multi-ethnic fashion doll?

1    A    After I expressed to her that I was excited and anxious

2    to create a fashion doll that was made of multi-ethnic

3    characters, she kind of stopped and looked at me and said,

4    you need to meet with a guy named Carter Bryant –– excuse

5    me.  Actually I believe she said you need to meet this guy I

6    know.

7    Q    "Meet this guy I know"?

8    A    Yes.

9    Q    And did that ultimately end up being Carter Bryant?

10   A    Yes.

11   Q    And when was that meeting, then, that you met that guy

12   that she knew, when did that meeting happen?

13   A    It happened on September 1st of 2000.

14   Q    And at that –– you know, I want to try and go over what

15   it was you knew concerning Carter –– well, let me ask you

16   this.  I'm sorry.

17       Did you know Carter Bryant prior to that September 1

18   meeting?

19   A    No, I did not.

20   Q    Had you met him prior to that September 1 meeting?

21   A    No.

22   Q    Now, you were asked some questions by counsel

23   concerning what you understood about Carter Bryant's status

24   as of that September 1 meeting, right?

25   A    Yes.

```
 1   Q    And your testimony was that you did not know at the
 2   September 1, 2000 meeting, that Carter Bryant at that time
 3   was employed at Mattel, right?
 4   A    That's right.
 5   Q    Did you know as of the date of the September 1 meeting,
 6   that Carter Bryant had been employed at Mattel?
 7   A    Yes, I did.
 8   Q    So as of September 1, you did not know that Carter
 9   Bryant was currently employed at Mattel, correct?
10   A    Correct.
11           THE COURT:  Counsel, I want to make sure you don't
12   lose a lot of time.  That's not going to be coming into
13   evidence.  Summary charts won't be coming in.  Neither will
14   counsel's time line.
15           MR. MC CONVILLE:  Okay.  Understood.
16           THE COURT:  You can argue all you want to, but it
17   won't be coming in.
18           It's for argument.  They can argue that to you.
19           Please continue.
20   BY MR. MC CONVILLE:
21   Q    And as of September 1, you understood that while Carter
22   Bryant was not a current employee, he had been an employee
23   of Mattel, right?
24   A    That's correct.
25           MR. MC CONVILLE:  So your Honor, I'd like to
```

```
 1    display the testimony which you've already shown, which

 2    is --

 3              Can you do this, Annette?

 4              THE COURT:  Okay.  368.

 5              MR. MC CONVILLE:  Yes, sir.  268.

 6              THE COURT:  268, you may.

 7              MR. MC CONVILLE:  Line 21.

 8              Can you blow that up a little bit, please.

 9              Let me just read it.

10    BY MR. MC CONVILLE:

11    Q    Okay.  Question:  "Mr. Bryant at that time, as you

12    understood it, was a designer at Mattel; isn't that true?"

13         "Objection."

14         And then you answered, "Yes," right?

15    A    That's right.

16    Q    Do you have an explanation for why you answered yes at

17    that time?

18    A    Yes, because I thought that I was being asked at that

19    time, as you understood it, Mr. Bryant was a designer at

20    Mattel, that he had formerly been an employee at Mattel.

21    Q    Okay.  So you understood at the September 1 meeting,

22    that Carter Bryant previously had been employed at Mattel?

23    A    That's right.

24    Q    And then we saw Mattel's counsel read transcript pages

25    where it was ultimately clarified for you, right?
```

1   A    Right.

2   Q    That the question that was being asked was, When did

3   you learn that Carter Bryant, as of September 1, 2000, was

4   employed at Mattel, currently as of September 2000, right?

5   A    Yes.

6   Q    And what's your testimony on that?  When did you learn

7   that Carter Bryant, as of September 2000, actually was a

8   Mattel employee?

9   A    I learned that in 2004.

10  Q    Now, how can you be sure that you learned it in 2004?

11  A    I can be sure because I remember where I was, and I

12  remember the way that I felt when I learned that

13  information.

14  Q    What do you mean the way you felt?

15  A    I was -- I was disappointed and I was upset that I had

16  learned at that time that Carter was an MGA employee at the

17  time of the September 1st meeting.

18  Q    Do you tie it to a particular --

19         THE COURT:  Did you say MGA employee?

20         THE WITNESS:  I'm sorry, sir.

21  BY MR. MC CONVILLE:

22  Q    You said MGA.

23         THE COURT:  MGA employee.

24         THE WITNESS:  I'm sorry, I meant to say a Mattel

25  employee.  Thank you.

1   BY MR. MC CONVILLE:

2   Q    Okay.  Was there something significant in your mind

3   that happened prior to Carter Bryant arriving for his pitch

4   book pitch on September 2000 as it relates to MGA's dolls?

5   A    Yes.

6   Q    What was that?

7   A    Prior to September 1st, I -- I extended the opportunity

8   for Carter Bryant to work on an eye exploration for a doll

9   line called Prayer Angels.  It was an unreleased toy that

10  had not made it to the market.  We were designing and

11  concepting it.

12       I would never send unreleased,

13  currently-as-we-are-designing concepts to my competitor to

14  have them design content for my product.  So I was upset in

15  knowing that I had given him, unknowing that he was a Mattel

16  employee, an unreleased MGA product for him to work on, as

17  he was my competitor.

18  Q    And who introduced you to Carter Bryant as part of the

19  Prayer Angels project?

20  A    Veronica Marlow.

21  Q    Okay.  Can we look at -- it's already in evidence --

22  Exhibit 393, please.

23       And, Ms. Garcia, while we are getting that up, what did

24  you understand, then, that Carter Bryant's position was in

25  September of 2000?

1    A    I understood that Carter Bryant was a freelance

2    designer.

3    Q    Okay.  And looking at Exhibit 393, do you recognize

4    these?

5    A    Yes, I do.

6    Q    And what are these?

7    A    These are the sketches that Carter submitted to me

8    against the project or the request that he create Prayer

9    Angel eyes.

10    Q    And do you recall approximately when you received these

11    sketches from Carter Bryant?

12    A    I remember that it was at the end of August sometime.

13    Q    Can you please look at Exhibit 11889?

14              THE COURT:  Do you want 393 received, Counsel?

15              MR. MC CONVILLE:  It's already in evidence, your

16    Honor.

17              THE COURT:  My apologies.  Thank you.

18    BY MR. MC CONVILLE:

19    Q    While she is looking for that, let me ask you this,

20    Ms. Garcia, was Prayer Angel a code name for Bratz?

21    A    No, it was not.

22    Q    Okay.  And did Carter Bryant bring over a special code

23    name Prayer Angel to MGA?

24    A    No, he did not.

25    Q    And did -- did Bratz, the Bratz project, did it have a

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 38 of 136   Page ID #:291029
CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

38

1   code name?

2   A    No, it did not.

3   Q    Okay.  So did other outside vendors, other freelancers

4   work on the Prayer Angel project too?

5   A    Yes.

6   Q    For example, Anna Rhee?

7   A    Yes.

8   Q    That's R-h-e-e?

9   A    Yes.

10   Q    And what did Anna Rhee do for the Prayer Angels

11   project?

12   A    Anna Rhee painted what ultimately became the eyes that

13   we used in the manufactured Prayer Angels dolls.

14   Q    And could we -- can we look at Exhibit 17401, it's a

15   tangible.

16            THE COURT:  One zero --

17            MR. MC CONVILLE:  No.  I'm sorry, your Honor, I

18   misspoke.  It's 17401.

19            THE COURT:  Thank you.

20            MR. MC CONVILLE:  I'll ask Ms. Garcia to look at

21   that, and ask if she recognizes that.

22            THE WITNESS:  I recognize this.

23   BY MR. MC CONVILLE:

24   Q    Ms. Garcia, what is that?

25   A    This is a manufactured Prayer Angels doll.

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 39 of 136   Page ID #:291030
CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

39

```
 1              MR. MC CONVILLE:  Your Honor, I would move that

 2    into evidence.

 3              THE COURT:  Received.

 4              (Defendants' Exhibit No. 17401 is received in

 5        evidence.)

 6    BY MR. MC CONVILLE:

 7    Q    Is that a Prayer Angel doll that you have in front of

 8    you?

 9    A    Yes, it is.

10    Q    And is that a project that Anna Rhee worked on?

11    A    Yes, it is.

12    Q    And is that a project that Carter Bryant worked on?

13    A    Yes.

14    Q    And that's a -- that's a different doll than the Bratz

15    doll, right?

16    A    Yes, it is.

17    Q    Okay.  Let's look at --

18              (Attorney discussion held off the record.)

19    BY MR. MC CONVILLE:

20    Q    So Ms. --

21              (Attorney discussion held off the record.)

22    BY MR. MC CONVILLE:

23    Q    So Ms. Garcia --

24    A    Yes.

25    Q    -- if Ms. Rhee were to say that Prayer Angels was a
```

```
 1    code name for Bratz, and that it was a super secret project

 2    that she was working on, would she be mistaken?

 3    A    Yes, she would be.

 4    Q    And let's look at -- I'm sorry, do you have

 5    Exhibit 11889 in front of you now?

 6    A    Yes, I do.

 7    Q    And I'd like you to turn to page 8, please.

 8          MR. MC CONVILLE:  No.  Don't display that, please.

 9    It's not in evidence.

10    BY MR. MC CONVILLE:

11    Q    Do you recognize it?

12    A    Yes.

13    Q    What is it?

14    A    This was an invoice that was submitted by Carter Bryant

15    for angel face sketches.

16          MR. MC CONVILLE:  Your Honor, I would ask to have

17    that received.

18          THE COURT:  Exhibit number again?

19          MR. MC CONVILLE:  11889-8.

20          THE COURT:  Received.

21          (Defendants' Exhibit No. 11889-8 is received

22      in evidence.)

23          MR. MC CONVILLE:  Can you publish it, please.

24    BY MR. MC CONVILLE:

25    Q    So if you look at the top of this document, that's an
```

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

41

1    invoice from Carter Bryant.  Does he list, there,

2    Ms. Garcia, on the invoice that he's working at Mattel?

3    A    No, it doesn't.

4    Q    Okay.  And so the -- what's the date on that invoice,

5    it's in the upper right corner?

6    A    8/31/2000.

7    Q    So this is prior to his pitch to MGA on the Bratz

8    project, right?

9    A    That's right.

10   Q    And if you look down to where the description of the

11   work he performed.

12   A    Yes.

13   Q    And what does that say?

14   A    It says angel face, hair designs and sketches.

15   Q    And that's for the Prayer Angel doll?

16   A    Yes, it is.

17   Q    Let's look, now, if we could, at another exhibit, which

18   is Exhibit 201, which is also in evidence, so if we can just

19   publish Exhibit 201.  Go to page 3 of the exhibit, please.

20        Can you -- what's the -- I'm sorry.

21        I'm sorry, the first page of that exhibit?

22   A    Yes.

23   Q    Do you have that in front of you?

24   A    Yes.

25   Q    Do you recognize this document?

1    A    Yes, I do.

2    Q    What is it?

3    A    It's either a quote or an invoice that was submitted by

4    Anna Rhee for the description angel baby doll heads.

5    Q    And what's the date of that invoice?

6    A    June 12th of 2000.

7    Q    Okay.  And can you hold up the doll again, please, the

8    baby Prayer Angel doll.

9         Can you describe the -- what the doll is made of?

10   A    Yes.  The doll is -- actually has a soft body, so it

11   has fabric for hands and for its body, and for its legs,

12   there are wires that run in between or through, I should

13   say, its legs, and it has a magnetic switch that holds and

14   closes --

15               (Interruption in the proceedings.)

16               THE WITNESS:  I'm sorry.

17               THE COURT:  No.  That's all right.  We'll keep

18   that out of the trash.

19               THE WITNESS:  All right.

20               (Laughter.)

21               THE WITNESS:  A magnetic switch that holds her

22   hands together.  And, in fact, when you squeeze her hands,

23   there's electronics inside the body that when triggered has

24   her speak an eight-line prayer.

25

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 43 of 136   Page ID #:291034
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

43

1    BY MR. MC CONVILLE:

2    Q    And in your mind, did the Bratz dolls, were they going

3    to be prayer-like characters?

4    A    No, they were not.

5         MR. MC CONVILLE:  Okay.  Can we look at

6    Exhibit 12822, please.

7         Your Honor, if I haven't moved in the Prayer Angel

8    doll, I'd like to move that into evidence.

9         THE COURT:  Is that -- I don't know what number

10   that is.

11        MR. MC CONVILLE:  It was 17401.

12        THE COURT:  17401.  I have it received, if not,

13   I'll receive it again.

14        MR. MC CONVILLE:  All right.  Thank you.

15        *(Defendants' Exhibit No. 17401 is received in*

16        *evidence.)*

17   BY MR. MC CONVILLE:

18   Q    Do you have Exhibit 12822 in front of you?

19   A    Yes, I do.

20   Q    Do you recognize it?

21   A    Yes, I do.

22   Q    What is it?

23   A    This is an e-mail from Jimmy Chang who worked in our

24   MGA Hong Kong office.

25   Q    And what does it -- what does it relate to?

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 44 of 136   Page ID #:291035
CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

44

1   A    It -- the subject actually references Angel Prayer, and

2   it is an e-mail that includes an attachment of the breakdown

3   of the -- the eye design on the Prayer Angel doll and --

4   Q   I'm sorry?

5   A    It includes as an attachment, a breakdown of the eye

6   for Prayer Angel as it would be manufactured.  It breaks

7   down, for example, the eyelashes, the pupil, the

8   highlight --

9   Q    I don't want to cut you off.

10          MR. MC CONVILLE:  But your Honor, can I move that

11   into evidence, please?

12          THE COURT:  Received.

13          (Defendants' Exhibit No. 12822 is received in

14      evidence.)

15          MR. MC CONVILLE:  So can we display, please,

16   Exhibit 12822, and zoom in there.

17   BY MR. MC CONVILLE:

18   Q    It's an e-mail that you were just describing dated

19   October 26th, 2000?

20   A    Yes.

21   Q    And this relates to the Prayer Angel doll that we've

22   been looking at?

23   A    Yes, it does.

24   Q    And what's on the second page?

25   A    The second page is actually a drawing that breaks down

1    the details of the Prayer Angel eye and lip.  It gives an

2    instruction or gives some -- yeah, a breakdown of how the

3    eye is comprised or how it's created.

4    Q    And do you know who drew that eye?

5    A    Yes.

6    Q    Who did?

7    A    Anna Rhee.

8    Q    And what's the -- what was the date of the first -- I'm

9    sorry, the date of the first invoice we looked at from Anna

10   Rhee related to Prayer Angels?

11   A    It was June 12th of 2000.

12   Q    Now, let's go back to the meeting on September 1.

13   A    Okay.

14   Q    What was your reaction to the dolls -- to -- I'm sorry,

15   to the drawings that Carter Bryant displayed?

16   A    When looking at his portfolio, I was very excited.

17   Q    Did your excitement -- in your excitement, did you get

18   engulfed in these drawings?

19   A    Yes, I did.

20   Q    Is it possible, Ms. Garcia, that at that September 1

21   meeting, that Carter Bryant actually said to Mr. Larian and

22   others that he was then employed at Mattel?

23        MR. PRICE:  Objection, speculation.

24        THE COURT:  Sustained.

25

```
 1   BY MR. MC CONVILLE:

 2   Q    Are you aware that Carter Bryant, in fact, told people

 3   at that meeting that he was employed at Mattel?

 4   A    I understand now that Carter Bryant made reference in

 5   that meeting.

 6   Q    But that's not something you recall, right?

 7   A    No, I don't.

 8   Q    And were you -- do you have an explanation for why you

 9   don't recall it?

10   A    Yes.

11   Q    What is it?

12   A    When looking at Carter Bryant's portfolio drawings, I

13   was so excited to see the material before me, I was scanning

14   every single page and just focused on, wow, this could be

15   just an incredible concept.  So I guess I was just so

16   engaged in the material before me, that was what I was most

17   focused on at that moment or throughout most of that

18   meeting.

19   Q    And as a 25 year old, what was your title?

20   A    Associate product manager.

21   Q    As an associate product manager, you love these

22   characters, correct?

23   A    Yes, though I had some -- while I loved the concept and

24   I loved his drawings, I have to say that I had some concerns

25   and reservations about some of the content in his guide, in
```

1    his portfolio.

2    Q    Okay.  Let's talk about your reservations.

3    A    Okay.

4    Q    So first of all, I'm sorry, these -- these characters,

5    did Carter Bryant have names for them?

6    A    Yes, he did.

7    Q    Okay.  Can you tell me what the names are for the

8    characters starting with the one on the far left?

9    A    Character on the far left was named Lupe.

10   Q    Next?

11   A    The next character with brown hair, her name was Zoe.

12         THE COURT:  And what exhibit are you showing?

13         MR. MC CONVILLE:  I'm sorry, your Honor, this is

14   Exhibit 1-1.

15         THE COURT:  Thank you.

16         Next character, you said, was Zoe?

17         THE WITNESS:  Yes, sir.

18         The third character, her name was Hallidae, and

19   then the fourth character's name was Jade.

20         THE COURT:  Why don't you just point to those

21   quickly on the screen, once again, the screen may be

22   reversed from what you are looking at.

23         THE WITNESS:  Her name was Lupe, her name was Zoe,

24   her name was Hallidae, and her name was Jade.

25

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 48 of 136   Page ID #:291039
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

48

```
 1   BY MR. MC CONVILLE:

 2   Q    Now, you said you had some reservations about --

 3   although you loved these drawings, you had some reservations

 4   about the doll you had in mind, right?

 5   A    Yes.

 6   Q    And so what were the reservations that you had?

 7   A    I was concerned that while I was very interested in

 8   creating a multi-ethnic group of girls in doll form, I was

 9   very, very concerned that Carter Bryant's portfolio drawings

10   focused on a lot of stereotypes about some of those

11   ethnicities.  I was also worried about, and especially in

12   later pages, the shape of these characters.  I felt that

13   they looked, frankly, very -- very sexy.

14   Q    You can say sexy, it's okay.

15   A    Thank you.

16   Q    The -- let's look at Lupe --

17   A    Yes.

18   Q    -- I believe.

19        So she's on page -- hold on -- 1-6.

20        Okay.  So what -- what were your reservations about

21   Lupe?

22   A    I felt that -- I felt that Lupe was a character who

23   wrongly stereotyped the Hispanic -- a Hispanic character.

24   Q    How so?

25   A    Well, first, one thing that I cued in on right away
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 49 of 136   Page ID #:291040
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

49

```
 1    were her eyebrows.  It was -- at that time it was quite
 2    popular for some Hispanic girls to shave away their eyebrows
 3    and then redraw them again in a very strong, arching, very
 4    thick kind of either dark, dark brown or dark black line and
 5    shape, creating a very unnatural eyebrow, and I felt that
 6    that was very, very strongly depicted in this drawing.
 7         The sort of orange, red-toned hair was also a
 8    stereotype I felt he was picking up for that sort of
 9    Hispanic girl.  A lot of times they would kind of bleach out
10    their hair or lighten up their hair and then recolor it
11    again in the very reddish, auburnish tone, and I felt that
12    that was being picked up very strongly in here.
13         I felt like, for example, the dog tag collar that was
14    hanging around her neck, even the way that she represented
15    herself in fashion, it just felt very -- it just felt
16    very -- I don't know, very stereotype, sort of the Latina --
17    Q    And this -- the target audience of 7 to 10 year olds
18    for this doll, did you want to -- in your mind, did you want
19    MGA to be marketing a product that was stereotypical
20    Hispanic and a little too sexy?
21    A    No, I did not.
22    Q    Okay.  And did you have any other -- well, let me ask
23    you this:  So this doll's name was Lupe?
24    A    Yes.
25    Q    Did you have any concerns about the name?
```

1    A    Yes.

2    Q    What was it?

3    A    I felt again that that name was connected to that --

4    that Hispanic, which, by the way, is a beautiful name, but

5    in combination with some of those aesthetics that he had

6    built into his portfolio, I felt like that was just being

7    even more pointed to that stereotype.

8    Q    Did Carter Bryant ever tell you what his inspiration

9    was for coming up with these drawings?

10   A    He spoke of --

11            MR. PRICE:  Objection, hearsay.

12            THE COURT:  Overruled.

13            You can answer the question.

14            THE WITNESS:  I remember one conversation that

15   Carter and I had as the inspiration for Bratz for him.

16   BY MR. MC CONVILLE:

17   Q    And what -- what did he say?

18   A    We were in Santa Monica on Third Street, and we were

19   walking past a Steve Madden print ad, it's a shoe print ad

20   campaign that was sitting in a billboard within the Third

21   Street promenade, and as we walked past it, he had pointed

22   to it and said that that ad was part of or a point -- or a

23   part of his inspiration when he created Bratz, and to

24   represent that that ad actually was Steve Madden, had taken

25   images of photographed girls and then distorted them so they

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 51 of 136   Page ID #:291042
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

51

```
 1   were like big-headed and big-footed.

 2           THE COURT:  Just a moment.

 3           Technically, counsel, your objection may be

 4   correct, but I'll take it subject to a motion to strike.

 5   Carter Bryant is going to be on Thursday at 8:00 ready to

 6   testify, so instead of bringing the witnesses on and off,

 7   counsel, if you want to object on hearsay grounds, I'll take

 8   it subject to a motion to strike at a later time.

 9           MR. PRICE:  Thank you.

10           THE COURT:  Okay.

11   BY MR. MC CONVILLE:

12   Q    And, Ms. Garcia, the first page of Exhibit 1, it has

13   the name Bratz on it; do you see that?

14   A    Yes, I do.

15   Q    Was that a name that Carter Bryant pitched on

16   September 1?

17   A    Yes, it is.

18   Q    And was that the name that ultimately you went to

19   market with for these characters?

20   A    Yes, it was.

21   Q    Did you consider other names, though, between --

22   between the time of September 1 and when the dolls

23   ultimately went to market?

24   A    Yes, we did.

25   Q    And what were some of the names you considered?
```

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

52

```
 1   A     Gosh, there were a number of names.  Some that come to
 2   mind were Friendz, Frenzies, Fashion Frenzies, just to name
 3   a few.
 4   Q     Okay.  So after this meeting with Carter Bryant on
 5   September 1, did -- as of September 1, did MGA own Carter
 6   Bryant's pitch book at that time?
 7   A     No.
 8   Q     Were you involved in the negotiation -- well, let me
 9   ask you this:  You ultimately know that MGA entered into an
10   agreement with Carter Bryant to take those drawings, right?
11   A     That's right.
12   Q     And do you know approximately when that was, when the
13   agreement was entered into?
14   A     Yes.
15   Q     And when is that?
16   A     It was October 4th of 2000.
17   Q     Did -- were you involved in those negotiations?
18   A     No, I was not.
19   Q     Let me ask you this:  Did Carter Bryant become an MGA
20   employee?
21   A     No, he did not.
22   Q     What was his status as it relates to MGA?
23   A     Do you mean after the contract was signed?
24   Q     Yes, I'm sorry, after the contract was signed?
25   A     He acted as a independent designer outside of MGA.
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 53 of 136   Page ID #:291044
CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

53

1    Q    But he was not an MGA employee?

2    A    No, he was not.

3    Q    Now, after the contract was signed on October 4, the --

4    what was your role on the project?

5    A    My responsibility as associate product manager was to

6    oversee the design and development of the product in its 3D

7    form, and also it would be my responsibility to oversee any

8    other component that associated to Bratz to make sure that

9    that -- all those materials were lining up to the brand's

10   goal or mission.

11   Q    Was this the -- you testified when Mattel was asking

12   you questions about the development approach or your

13   involvement in the development approach at Mattel while you

14   were a Mattel employee; do you remember that?

15   A    Yes.

16   Q    And can you describe for us how it is that Mattel

17   develops its products from drawing to production?

18           MR. PRICE:  Object.  Overbroad.  Lack of

19   foundation.

20   BY MR. MC CONVILLE:

21   Q    While you were there?

22           THE COURT:  Overruled.

23           THE WITNESS:  When I was at Mattel, the process to

24   develop and design a product was a lot more involved than

25   that of, for example, MGA.

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 54 of 136   Page ID #:291045
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

54

```
 1              First, in order to get a concept approved to move
 2    it into development or even -- especially into
 3    manufacturing, it would require that the design team would
 4    submit their designs and their concepts to a marketing team,
 5    among others, and it would be that in that creative way --
 6    or those creative pieces with those creative people would
 7    put their creative content in front of the marketeers, and
 8    there would be a series of review and evaluation of those
 9    submissions.
10    BY MR. MC CONVILLE:
11    Q    How often did those reviews take place?
12    A    I remember those happening every Friday.
13    Q    So every Friday, the designer would have to meet with
14    the marketer to make certain that the product was what the
15    marketers envisioned?
16    A    Right, and it also depended on how much revision was
17    required from the Friday prior.  It may have been that after
18    the review of the marketing people, they were -- they
19    objected so much on some of the content, that it would have
20    to go back again for much greater revise and change, so that
21    may require that it didn't make it back into the next
22    Friday, but would later show up on a Friday as soon as it
23    was available.
24    Q    Do you recall some concepts while you were at Mattel
25    that Mattel would not go forward with, in other words, that
```

1   were not consistent with Mattel's image?

2           MR. PRICE:  Objection.  Relevance.

3           THE COURT:  Overruled.

4           THE WITNESS:  Yeah, there were -- while I can't

5   remember the exact products, I do remember that there were

6   times where there was just strong concern about color or too

7   sexy or just from the marketing people's point of view, the

8   appropriateness of the -- of that design in the marketplace.

9   BY MR. MC CONVILLE:

10  Q    And other -- so the designers would pitch their

11  materials to the marketeers, and then was that it, then the

12  product would go to development?

13  A    Once it got to a -- what was called an EA or an

14  executive approval, it was then finally sort of approved as

15  a concept, and then with that, it would be further developed

16  into manufacturing and the like.

17  Q    And how long, in your experience, would it take to go

18  from drawing to product on the shelf at Mattel?

19  A    Oh, gosh, it's been a number of years since I remember

20  those dates, but it would take a very long time.

21  Q    Well, are you familiar with how long it takes -- well,

22  let's talk about the Bratz project, how long did it take MGA

23  to go from drawing to manufacturer?

24          THE COURT:  Counsel, in what time frame?

25          MR. MC CONVILLE:  I'm sorry, for the Bratz project

 1   in September.

 2          THE COURT:  Bratz.

 3   BY MR. MC CONVILLE:

 4   Q    I'm sorry, as of October 4 to doll in the market, how

 5   long did that take?

 6          MR. PRICE:  Well, I object.  It assumes facts not

 7   in evidence that that's the beginning of the Bratz project.

 8          THE COURT:  You'll determine the beginning of the

 9   Bratz project.  That's in contention between the parties.

10   Counsel would be allowed to ask and set the -- September

11   4th, and of course you've heard Mattel.

12          Counsel?

13          MR. MC CONVILLE:  Thank you.

14          THE WITNESS:  So we were able to develop the Bratz

15   doll, from what I recall, October 6th really is the first

16   creative date in my mind all the way up to -- we were able

17   to get the product to production in May of 2001.

18   BY MR. MC CONVILLE:

19   Q    So that's approximately how many months?  Eight months,

20   seven months?

21   A    Seven, eight months, yeah.

22   Q    And in your experience, as compared to Mattel, which

23   company moved faster from concept to production?

24   A    MGA.

25   Q    Now, we've seen the diagrams of where you and others

```
 1    have sat at Mattel.  Were they -- can you describe sort of
 2    the seating space?  One witness testified that they were
 3    three-sided cubicles; do you recall that?
 4    A    Yes, I do.
 5    Q    Is that how you remember it being at Mattel?
 6    A    Yes.
 7    Q    Describe for me what it was like at MGA in the -- in
 8    the 2001 time frame while you were developing Bratz, did MGA
 9    have those types of cubicles?
10    A    No, MGA did not.
11    Q    How did MGA's design center work?
12    A    MGA, especially in the design area, was made up, it was
13    almost like a studio in that there were desks that sat
14    around -- around or collectively together.  There weren't
15    walls that separated each designer from the other, so it
16    became kind of more of a -- yeah, like a studio, sort of a
17    designing group that was very creative.
18    Q    And do you recall Mr. Larian involving himself in the
19    designing process, in the creative process during the Bratz
20    development?
21    A    Yes.
22    Q    What was -- what was his role at those design centers?
23    A    Well, he would -- the building was very, very small in
24    the design area, not so far from his office, so he would
25    frequently every day come by and say hi to everybody, good
```

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

58

1    morning, and then sort of wanted -- was interested and

2    excited to see what was on our table and talk about our

3    progress and asked to see some design assets, and that kind

4    of thing.

5    Q    And as you progressed with the making of the doll that

6    became Bratz, I want to talk about the sculpting process, if

7    we could.

8    A    Okay.

9    Q    Do you recall -- well, first of all, what is a sculpt?

10   A    A sculpt is a three-dimensional object that was shaped

11   by a sculptor, generally starting with a clay material and

12   then later created through a wax material.

13   Q    Was there -- well, let me ask you this:  Why did you

14   need to sculpt if you had these drawings?

15   A    Well, the sculpt is what helped us to eventually

16   manufacture a good that we were able to ship to a market and

17   have girls purchase.

18   Q    Why couldn't -- or why didn't you just send this

19   drawing to manufacturer to get the product manufactured?

20   A    I couldn't.

21   Q    Why not?

22   A    Because there were many things wrong with this

23   portfolio and Carter Bryant's drawings, that if a sculptor

24   in Hong Kong or China were to follow it, we would have

25   created a product that I believe wouldn't have been

```
 1    successful in the marketplace.

 2    Q    Do you recall when the sculpting process began for the

 3    Bratz project?

 4    A    Yes.

 5    Q    When did that happen?

 6    A    So the -- I recognize there is the sculpting process

 7    for what became the manufactured Bratz dolls happened in

 8    October.

 9    Q    Do you recall approximately when in October,

10    mid-October?

11    A    Mid-October.

12    Q    And who did you -- who did you begin the sculpting

13    process -- well, let me ask you a better question.  I'm

14    sorry.

15         Did MGA have in house at that time someone that it used

16    for its sculpting?

17    A    Yes.

18    Q    Did you use the in-house person at MGA to do the

19    sculpting?

20    A    Oh, I misunderstood your question, I apologize.

21    Q    I'm sorry.

22    A    We did not have an in-house sculptor at MGA.

23    Q    So how did you get this sculpt prepared?

24    A    We worked with the vendor named Margaret Leahy.

25    Q    Was Margaret Leahy someone who was employed by MGA?
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 60 of 136   Page ID #:291051
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

60

1    A    No, she was not.

2    Q    What was her status as it relates to MGA?

3    A    She was a freelancer.

4    Q    Do you know -- did you know Margaret Leahy prior to

5    contacting her concerning the Bratz sculpt?

6    A    I was aware of Margaret Leahy.

7    Q    How is that?

8    A    When I was working at Mattel, she also was working at

9    Mattel, and I understood her to be a very good sculptor in

10   the sculpting department at Mattel.

11   Q    And ultimately did you meet with -- well, did MGA

12   retain Margaret Leahy to do the sculpt?

13   A    Yes, we did.

14   Q    She wasn't someone that Carter Bryant was paying for

15   her sculpting services; is that right?

16   A    No.

17   Q    Okay.  I'd like to put in front of you Exhibit 1136 --

18   oh, 1136A, I'm sorry.  And ask you to take a look at it,

19   tell me if you recognize it.

20   A    Okay.  Yes, I do recognize it.

21   Q    And what is it?

22   A    This is what I refer to as the exploratory sculpt that

23   I commissioned Margaret Leahy to create.  It was my interest

24   to ask her to create a three-dimensional sculpt against what

25   we saw in Carter Bryant's portfolio drawings.

1    Q    And so in your mind, this was -- this was the effort to

2    strictly translate the drawing to a doll?

3    A    That's right.

4    Q    And did you meet with Margaret Leahy as she prepared

5    this sculpt?

6    A    Yes, I did.

7    Q    Did anyone else meet with Margaret Leahy while she

8    prepared this sculpt?

9    A    Yes.

10   Q    Who was that?

11   A    Carter Bryant.

12   Q    Now, you were asked some questions about whether Carter

13   Bryant was assisting at that time as it relates to the

14   sculpt and other steps in the process.  And I think you

15   wanted to provide an explanation for what you meant by

16   Carter Bryant assisting in the early part of the Bratz

17   development.

18        And so I'm going to ask you, what did you mean when you

19   said that Carter Bryant was or was not assisting at that

20   time?

21   A    Right.  There is a period of time that in my mind I

22   break down into two parts, so there is the period of time

23   that took place between September 1st and then through all

24   of September prior to October 4th.

25   Q    Okay.  So from the September 1st meeting until

```
 1    October 4 contract execution, that's the first stage you are

 2    talking about?

 3    A    Yes, it is.

 4    Q    Okay.  What was Carter Bryant doing at that time?

 5    A    At that time MGA did not own Carter Bryant's portfolio

 6    drawings, they were his.  So he would -- he was doing what

 7    he could to sell in his concept, to pitch his concept in

 8    that period of time.

 9         So for example, in the experience of creating this

10    sculpture, since I had some concerns about it being

11    translated, his drawings, from 2D to 3D, and I wanted to

12    materialize that to prove my concern, he was present in that

13    meeting, though not creating, but representing his portfolio

14    and asking any questions we had since it was, in fact, his

15    material, it was his owned concept at the time.

16    Q    Whose interest was Carter Bryant advancing at those

17    meetings?

18              MR. PRICE:  Objection.  No foundation.  Calls for

19    speculation.

20              THE COURT:  Sustained.

21    BY MR. MC CONVILLE:

22    Q    Did you understand at that time that Carter Bryant was

23    attempting to sell something to MGA?

24    A    Yes.

25    Q    So he was assisting Carter Bryant as he attempted to
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 63 of 136   Page ID #:291054
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

63

 1    sell something to MGA, right?

 2              MR. PRICE:  Objection.  Argumentative.  Calls for

 3    speculation.

 4              THE COURT:  Sustained.

 5              She can cast her own opinion about her feelings.

 6    BY MR. MC CONVILLE:

 7    Q    Do you have an opinion as to what Carter Bryant's

 8    objective was in that --

 9              THE COURT:  Not Carter Bryant, her own.

10    BY MR. MC CONVILLE:

11    Q    I asked her, do you have an opinion, your own opinion,

12    as to Carter Bryant's role in assisting at that time, who

13    was Carter Bryant assisting at that time?

14              MR. PRICE:  Objection.  Not relevant.

15              THE COURT:  Sustained.

16    BY MR. MC CONVILLE:

17    Q    Did you have an opinion as to -- as to whether MGA was

18    receiving assistance from Carter Bryant at that time?

19    A    Yes.

20    Q    And what's your opinion?

21    A    My opinion is that during that particular time frame,

22    Carter Bryant was assisting in selling in his concept.  He

23    was not creating any content in that time.

24    Q    Okay.  And then I believe you said there was a second

25    time period that related to the concept of assisting, so

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 64 of 136   Page ID #:291055
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

64

1    what was the second time period that you wanted to talk

2    about?

3    A    The second time period starts from basically, in my

4    mind, I remember it being October 6th and then through the

5    end of October, and in that time, Carter Bryant was

6    assisting in that he was actually creating, he was actually

7    creating material, he was shopping for clothes, he was

8    designing fashions, which is very different than that first

9    part.

10   Q    And from October 6th forward, that was after Carter

11   Bryant had signed his agreement with MGA?

12   A    That's right.

13   Q    So turning back to this Exhibit 1136.

14            MR. MC CONVILLE:  If we could put it up on the

15   ELMO -- I'm sorry, on the presenter.

16            If you could zoom in on that a little bit.

17   BY MR. MC CONVILLE:

18   Q    Ms. Garcia, is the picture that's on the screen now,

19   which is 1136, is it a depiction of that clay material or

20   hard material that's in front of you right there at 1136A?

21   A    Yes.

22            MR. MC CONVILLE:  Your Honor, I move in

23   Exhibit 1136A.

24            THE COURT:  Received.

25            MR. MC CONVILLE:  And 1136.

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

65

```
 1                 THE COURT:  Received.

 2                 MR. MC CONVILLE:  Thank you.

 3                 (Defendants' Exhibit Nos. 1136 and 1136A are

 4            received in evidence.)

 5    BY MR. MC CONVILLE:

 6    Q    So what was your reaction when you saw this sculpt that

 7    Margaret Leahy had completed?

 8    A    My reaction was that my suspicions were correct, in

 9    that I felt that this character was too -- was too sexy for

10    our mission to appeal to girls who are 7 to 10.  I felt

11    there were a lot of things that would have been

12    inappropriate beyond sexy.

13    Q    Like what?

14    A    I didn't like her posturing, I felt that her back was

15    kind of hunched over suggesting that she was -- she wasn't

16    confident, that she wasn't somebody that could be aspiring,

17    or that she was aloof, that she was sort of -- she sort of

18    had a bad attitude.  I felt like she wasn't somebody that I

19    wanted to have represent my brand.

20    Q    Did you provide that feedback to Margaret Leahy?

21    A    Yes, I did.

22    Q    Did anybody else provide feedback to Margaret Leahy

23    during that time?  I'm sorry, I think you said it was

24    mid-October this was roughly done?

25    A    Yes.
```

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

66

```
1    Q    Did anyone in the October time frame provide feedback
2    to Margaret Leahy other than you?
3    A    Specific to this sculpt?
4    Q    Yes.
5    A    Certainly Carter gave his thoughts and his feelings on
6    the sculpt.
7    Q    But MGA owned the sculpt, correct?
8    A    That's right.
9              MR. PRICE:  Objection, your Honor.  Move to
10   strike.  Calls for a legal opinion.
11             THE COURT:  Well, it also lacks foundation.
12             Just more foundation, counsel, how does she know
13   this?
14             MR. MC CONVILLE:  I'm sorry.  I thought I covered
15   that.
16   BY MR. MC CONVILLE:
17   Q    Do you know who retained Margaret Leahy?
18   A    Yes.
19   Q    Who is that?
20   A    MGA.
21   Q    And how do you know that?
22             THE COURT:  I'm sorry.  It was the ownership of
23   the sculpts.
24             MR. MC CONVILLE:  Okay.
25
```

1    BY MR. MC CONVILLE:

2    Q    And what was Margaret Leahy retained by MGA to do?

3    A    She was retained to sculpt this sculpture.

4    Q    So as a result of the agreement, MGA paid Ms. Leahy

5    money, yes?

6    A    Yes.

7    Q    And in return for Ms. Leahy receiving money from MGA,

8    what would MGA get back?

9    A    The ownership of the sculpt.

10           MR. PRICE:  Objection.  Move to strike.

11           THE COURT:  No.  How does she know that?

12   BY MR. MC CONVILLE:

13   Q    Were you involved in the agreement by which Ms. Leahy

14   was retained?

15   A    Yes.

16   Q    So who owned the sculpt at the end of Ms. Leahy's work?

17           MR. PRICE:  Objection.  Calls for a legal

18   conclusion.

19           THE COURT:  This is her opinion, whether these

20   sculpts are owned by who and when, you'll eventually

21   determine.  There will probably be more evidence, I think,

22   on this, but I'll let you cast your opinion.

23   BY MR. MC CONVILLE:

24   Q    Who?

25   A    MGA.

1          MR. MC CONVILLE:  Should we take a break, your

2   Honor.  I don't know how long you want to go?

3          THE COURT:  Hours, Counsel.

4          (Laughter.)

5          THE COURT:  You're admonished not to discuss this

6   matter amongst yourselves, nor form or express any opinion

7   concerning this case.  Why don't you take about 25 minutes,

8   and we'll come and get you at five minutes to the hour,

9   okay?

10          Have a nice recess.

11          (The following proceedings are taken outside

12      the presence of the jury.)

13          THE COURT:  All right.  The jury and alternates

14   are no longer present.  This may be the Court's confusion.

15          I understood, to begin with, the idea that the

16   sculpts belonged to MGA because Margaret Leahy had been

17   retained.  I didn't understand, and maybe the jury doesn't

18   understand, how the pitch book or the contents or the

19   concept eventually got transferred from Carter Bryant to

20   MGA, because after all, the sculpts can't be created, I

21   would think, unless the concept also belonged to MGA.  So

22   that's the step that I thought was missing when I sustained

23   the objection.  It wasn't the sculpt.

24          MR. MC CONVILLE:  Okay.

25          THE COURT:  Okay.  I'm going to let her cast her

1    opinion because she is in the top echelon and I'd let --

2         Why don't you step down.

3         THE WITNESS:  Excuse me.

4         THE COURT:  I'd let Mattel get into a lot of

5    expert testimony concerning her also because of her

6    position.  Regardless of being 25, she was involved in all

7    of these intimate e-mails and conversations, and I think it,

8    in a sense, shows her position, so she can cast her opinion.

9         So I'm not too concerned about the lack of

10   foundation.  I just don't think the jury, frankly,

11   understands, not the sculpt, we know Margaret Leahy was

12   retained.  It's her opinion that MGA owned that.  It's the

13   whole concept before that, how did this intellectual

14   property, in a sense, this right get transferred?  That's

15   what's missing.

16        MR. MC CONVILLE:  So I thought that she had -- I

17   thought I elicited testimony that where she said, as of

18   October 4, he signed the contract and MGA got the rights.

19        THE COURT:  As of October 4, but that's not clear.

20        MR. MC CONVILLE:  Okay.

21        THE COURT:  I'll leave that to you.

22        MR. MC CONVILLE:  Okay.  I appreciate it.

23        THE COURT:  Now, the second thing is, I received a

24   note from Cathy just after I took the bench at noon.  We can

25   decide how to handle this at the end of the day.

```
 1              One of the jurors, and I'm going to choose not to

 2     divulge the juror's name for the moment because all of this

 3     is, you know, public and being disseminated.  It states,

 4     "Your Honor, one of the jurors commented at lunch in front

 5     of myself and one other juror that they had to pry the

 6     answers out of the witnesses," and that's in plural,

 7     "witnesses."  "Nothing specific to a particular witness, he

 8     did use the plural form of the word."

 9              Now, you can see the name in confidence, but that

10     remains with you for the present time.

11              My thought is at the end of the day, we simply

12     resolve that by a general admonition from the Court that

13     you're not to form or express any opinion and that includes

14     any opinion about what you think, you know, the -- whatever,

15     we can -- but I'm a little reluctant to take that juror,

16     bring him or her out, have them finger another juror, bring

17     that juror out, because the end result is that that juror

18     knows that they got snitched off.

19              I think we can quell it, I think it's de minimus.

20     I don't think it's prejudicial at the present time, but it's

21     a good warning, we can put a stop to it right now, but you

22     can tell me at 4:30 or 5:00 if you want to retain this

23     juror, et cetera, and go through that process, okay.

24              Have a nice recess.

25              MR. MC CONVILLE:  When are we coming back, Judge?
```

```
 1              THE COURT:  I'll be sitting right here waiting for
 2      you, counsel.
 3              MR. MC CONVILLE:  Okay.
 4              THE COURT:  Twenty-five to the hour.
 5              MR. MC CONVILLE:  Thank you.
 6              THE COURT:  Sorry, five to the hour.
 7              MR. MC CONVILLE:  Five to the hour.
 8              THE COURT:  Five to the hour.
 9              (Recess.)
10              (The following proceedings is taken in the
11          presence of the jury.)
12              THE COURT:  All right.  Then the jurors are
13      present, the alternates are present.
14              Thank you for your courtesy, counsel.
15              Will you please be seated, the parties and the
16      witness.
17              And Counsel, if you'd like to continue on with
18      your cross-examination.
19              MR. MC CONVILLE:  Thank you, your Honor.
20                  CROSS-EXAMINATION (Continued)
21          PAULA GARCIA, PLAINTIFFS' WITNESS, RESUMED
22      BY MR. MC CONVILLE:
23      Q   Ms. Garcia, do you recall the differences of the colors
24      of the drawings in Exhibit 302 versus the colors of the
25      drawings from the original drawings; do you remember that?
```

1    A    Yes.

2    Q    I'd like to put on the displayer, if I could, to show

3    the distinction that you had described?

4    A    Okay.

5    Q    Now, which character is this?

6    A    This is Zoe.

7         THE COURT:  And could we have a number just for

8    the record?  I know it's 302.

9         MR. MC CONVILLE:  Yes.  On page -- on the right

10   side that is Zoe, page -- from Exhibit 302, page 12.  And on

11   the left, that is Exhibit 5-84.

12        THE COURT:  Thank you.

13   BY MR. MC CONVILLE:

14   Q    Now, Ms. Garcia, would you mind getting up and pointing

15   to the distinctions between the colors of these two

16   characters, please, and I'm going to ask you to be very loud

17   as you talk.

18   A    So the distinctions that I noticed were in the colors

19   of the dress.  So in this drawing, 5-84, I believe that this

20   is a pink-like color, and in looking at 302, it looks red to

21   me.  And also, I identified that in the bouquet she was

22   carrying, the leaves seem to be green, but in looking at

23   this version here, the leaves appear to look yellow.

24   Q    Thank you.

25        And we're going to show you one more example.

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 73 of 136   Page ID #:291064
CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

73

1       Okay.  Ms. Garcia I'm showing on the presenter

2    Exhibit 1-1 at the top, and below that is Exhibit 302-1, and

3    I'm -- I want to ask you to describe the color distinctions

4    that you see between the exhibit on the top, which is the

5    original, and the one on the bottom, which is a copy.

6    A    There's a lot of color differences between the top and

7    bottom.  One of the more noticeable differences is in the

8    Zoe character.  And in here, when I look at her top, it

9    appears to look purplish -- pinkish-purplish, but when I

10   look at the drawing at the bottom, it appears that her top

11   got kind of a brick red color, as well as the cuffs in her

12   pants.  The cuffs in her pants above look purple in tone,

13   violet, I guess you would say.  And then down here on the

14   bottom, it looks like her cuffs are a brown-like color.  And

15   even down in terms of the striping, there is an apparent

16   stripe that's happening on the side of her pants, but when

17   you look at this version at the bottom, it doesn't appear to

18   have a stripe along the sides of the pants.

19       Lupe's pants, here, appear to look like an olive

20   greenish-brownish color, and here, they appear to be like a

21   mustard yellow, to me.  I think --

22   Q    That's fine.  Thank you.

23       Now, Ms. Garcia, was the sculpt that's in front of you,

24   Exhibit 1136, was that the final Bratz sculpt on which MGA

25   went to production?

1    A    No, it was not.

2    Q    Do you recall how many sculpts were created between

3    1136 and the final production sculpt?

4    A    Yes.  There were two other sculpts that happened.

5    Basically there's a second sculpt, and then there was the

6    final sculpt.

7            MR. MC CONVILLE:  Okay.  Can we put in front of

8    the witness, please, Exhibit 1141.

9            THE COURT:  Now, Counsel, 5-84 hasn't been

10   received.  It's received now.

11           The 302-12 is received.  I think the 302 series

12   was received.

13           MR. MC CONVILLE:  Yes, sir.

14           THE COURT:  And 1-1, just in case.

15           *(Defendants' Exhibit Nos. 5-84, 302-12 and*

16           *1-1 are received in evidence.)*

17   BY MR. MC CONVILLE:

18   Q    That one doesn't have a stand?

19   A    No, it doesn't.

20   Q    Do you recognize Exhibit 1141?

21   A    Yes, I do.

22   Q    And what is that?

23   A    This is what I refer to as the first Bratz sculpt.

24           MR. MC CONVILLE:  Okay.  Your Honor, I would

25   request permission to move that in and publish.

1           THE COURT:  It's received.

2           (Defendants' Exhibit No. 1141 is received in

3      evidence.)

4           MR. MC CONVILLE:  Thank you.

5   BY MR. MC CONVILLE:

6   Q    So Ms. Garcia, you referred to this as the first Bratz

7   sculpt; is that right?

8   A    Yes.

9   Q    And the gray sculpt, 1136, you referred to that as the

10  exploratory sculpt; is that right?

11  A    That's right.

12  Q    So let's -- do you know -- can you put those right next

13  to each other, please.

14       Is there a size difference between those two sculpts,

15  ma'am?

16  A    Yes, there are.

17  Q    What are some of the differences that you note between

18  the 1136 and the 1141?

19  A    I might turn them around for a second.

20       Well, first, notably is the -- are the sizes.

21  Q    Which one is bigger?

22  A    The exploratory sculpt.

23       Now, I guess I start at the ankles and move my way up.

24  This sculpt did not have feet at the time, not that I can

25  remember.  Let's put the feet aside.

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

76

1    Q    Let's.

2    A    The posturing of the knee is shaped and popped

3    differently on this character, the first sculpt, when

4    compared to the exploratory sculpt.

5         The second are the materials.  The thicknesses of the

6    calves on the ex- -- on the exploratory sculpt are much

7    thicker than that of the first sculpt.

8    Q    Did you say "calves"?

9    A    "Calves."

10   Q    Okay.  Did the posture issue get remedied in the

11   second -- in the first Bratz sculpt?

12   A    The posturing was corrected quite a bit, but there was

13   still posture problems in the second sculpt.

14   Q    Do you know if the -- if the second sculpt, which is

15   1141 -- I'm sorry, what you referred to as the first Bratz

16   sculpt, is there a head there in that bag?

17   A    Yes, there is.

18   Q    Could you attach it?

19   A    (Complied.)

20   Q    Did the head size change from the exploratory sculpt to

21   the first Bratz sculpt?

22   A    It appears that the head got smaller.

23   Q    Okay.  And was this Exhibit 1141, was this the final

24   Bratz sculpt?

25   A    No, it was not.

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

77

```
 1    Q    Okay.  Can we -- and I think you said there was at

 2    least one more that you recall.  Well, let me ask you this:

 3    Do you know or do you recall when Exhibit 1141 was

 4    completed?

 5    A    I believe that it was completed sometime in October of

 6    2000.

 7    Q    Okay.  And who worked on the sculpt, which is 1141?

 8    A    Margaret Leahy.

 9    Q    Did you provide input to her on how 1141 should look?

10    A    Yes, I did.

11    Q    And did anyone else from MGA provide input, if you

12    recall?

13    A    I can't recall.

14    Q    Okay.  Can we look, now, at Exhibit 1234.

15         And I'm sorry, before we get away from 1141, you said

16    Ms. Leahy did the work?

17    A    Yes.

18    Q    Do you know who paid Ms. Leahy for her work?

19    A    Yes.

20    Q    Who was that?

21    A    MGA.

22    Q    Okay.  Can we go on to the next Exhibit 1234 and ask

23    you to look at it, and let me know if you recognize it.

24    A    Yes, I do.

25    Q    And what is it?
```

```
 1    A     This is the casting of the final Bratz production body.

 2    Q     And what's the exhibit number on that?

 3    A     1234.

 4          MR. MC CONVILLE:  Your Honor, I move Exhibit 1234

 5    into evidence.

 6          THE COURT:  Received.

 7          (Defendants' Exhibit No. 1234 is received in

 8    evidence.)

 9          MR. MC CONVILLE:  Can we put up 1234, please.

10    BY MR. MC CONVILLE:

11    Q     Ms. Garcia, if you could please describe the

12    differences between Exhibit 1136 and Exhibit 1234.

13    A     In the final -- well, first of all, the differences in

14    size are quite a bit different from the final sculpt to the

15    first exploratory sculpt.  One of the big generalizations to

16    make is that in the final sculpt, the posture was fixed so

17    that the shoulders were back, but also all of that very

18    voluptuous volume and extra material -- sorry.

19    Q     Let's not lose our head, here.

20          (Laughter.)

21          THE WITNESS:  All the extra matured body material

22    was removed so that the legs looked thinner, which,

23    therefore, meant that she hadn't been developed as much, so

24    therefore, there was more of a skinnier, youthful leg as

25    opposed to the more curvaceous body that was seen in the
```

1    change in the waist, as well as in the hips and those upper

2    thighs and in the calves, so -- also the -- the -- the tush

3    is a lot more subtle.  There wasn't so much of a volume and

4    indication of over-maturity or over-sexy.

5              The arms were quite a bit different.  What

6    happened with the arms is that they actually ended up

7    becoming more long in shape, if I can compare that.

8              So you can see where the hands relate in relation

9    to the upper thigh as where they related in the exploratory

10   sculpt, and also --

11   BY MR. MC CONVILLE:

12   Q    I'm sorry, Ms. Garcia.  Just for the record, the

13   exhibit that you are referring to where the arms have

14   changed to be more youthful is 1234; is that right?

15   A    Yes.

16   Q    All right.  Go ahead.

17   A    In the sculpt of the exploratory arm, there was a

18   bending of the elbow and then returning to a bending of the

19   wrist down.  And then the manufactured Bratz doll, in fact,

20   the wrist turns up, and there is a less severe break or

21   change in the elbow area.  So it ended up looking a lot more

22   long, less bent in posture, and then, again, the wrists were

23   turned in an upward direction.  Clearly, the hands weren't

24   even defined at this exploratory sculpt, where we created

25   that -- that hand in the final sculpt.

1          The indications on the back, there was a lot of

2     excessive material on the back of the exploratory sculpt, so

3     much that there was this really strong indication of a

4     change, like a -- I guess a material, and then there was

5     sort of a break in the material, and then more material,

6     suggesting that there was a lot of meat there, where in the

7     back here, we took all that out.  There is a very, very

8     slight indication, but again, it's a more youthful skinnier

9     body.  Even the shoulders -- the shoulders are much more

10    square here than they were in this -- in this particular

11    version.  So they actually came out and became more of a

12    structured shape.

13         And the neck -- the neck in this version always sort of

14    had a -- sort of --

15    Q    I'm sorry, which version?

16    A    Excuse me.  The exploratory sculpt.

17    Q    Okay.

18         THE COURT:  And which one, once again, is the

19    exploratory sculpt?

20         THE WITNESS:  This one, here.

21         MR. MC CONVILLE:  1136.

22         THE WITNESS:  In the exploratory sculpt, the neck

23    was sculpted in a sort of forward direction, where we

24    brought that neck back up into a straight, more structured

25    neck.  So it wasn't lunging forward, but her head was more

```
 1    in line with the rest of her body.

 2    BY MR. MC CONVILLE:

 3    Q     So Ms. Garcia, do you know or do you recall when

 4    Exhibit 1234 was completed; do you recall?

 5    A     Generally.

 6    Q     And when, generally, do you recall that to be?

 7    A     I believe it was complete closer to the end of the year

 8    in 2000.

 9    Q     The end of the year 2000, okay.

10    A     But to clarify, that was the final sculpt released from

11    Los Angeles.

12    Q     And to whom did you release that final sculpt?

13    A     The final sculpt was released to our MGA Hong Kong

14    offices.

15    Q     And for Exhibit 1234, who sculpted that?

16    A     Margaret Leahy.

17    Q     And who paid Margaret Leahy for that sculpt?

18    A     MGA.

19    Q     And who was involved from MGA on providing Ms. Leahy

20    direction on that sculpt?

21    A     Myself.

22    Q     Anyone else that you know from MGA?

23    A     Yes.

24    Q     Who?

25    A     Mercedeh Ward.
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 82 of 136   Page ID #:291073
CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

82

1    Q    Anyone else?

2    A    No.

3    Q    Did -- did Carter Bryant provide input on this sculpt,

4    1234, which was completed at the end of 2000?

5    A    Yes.

6    Q    What was his input at that time, if you recall?

7    A    I don't recall his comments.

8    Q    Okay.  But the ultimate goal in transitioning from the

9    exploratory sculpt to the 1234, final production sculpt,

10   was -- I think I've heard you say to make the doll look

11   younger?

12   A    Yes.

13   Q    Less developed?

14   A    Yes.

15   Q    Shorter?

16   A    Yes.

17   Q    And to refine some of the other elements of the sculpt?

18   A    Most important -- one of the more important things is

19   to make her look more confident.

20   Q    More confident.

21        Do dolls have personalities, Ms. Garcia?

22   A    Yes, they do.

23   Q    And how -- what's the personalities of these Bratz

24   dolls?

25        Let me ask a better question.

```
 1          There are four characters in the Bratz dolls, as

 2   initially released, correct?

 3   A    Yes.

 4   Q    Do each of those characters have their own

 5   personality?

 6   A    Yes, they did.

 7   Q    So let's start with Lupe.  What was Lupe's personality?

 8   A    We didn't manufacturer Lupe.

 9   Q    Who did Lupe become; Yasmin?

10   A    Yeah, I guess.

11   Q    Are you uncomfortable saying that Lupe became Yasmin?

12   A    Yes.

13   Q    Why is that?

14   A    Because I don't see any relationship between Lupe and

15   Yasmin.

16   Q    Did -- describe for me, then -- put Lupe aside.

17   Describe for me Yasmin's personality.

18   A    Yasmin was one of the softer characters of the group.

19   She was -- we used to call her -- she was kind of granola

20   like in that she wore earth-toned fabrics, so she had khaki

21   pants, she had flower trims along her bottom.  She wore

22   velvet -- crushed velvet tops.  She had -- she was the

23   character that had the head kerchief, so she would wear the

24   head kerchief.  It was like a soft brown swayed.

25          She was just the more feminine, I guess I would say,
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 84 of 136   Page ID #:291075
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

84

1    earth-toned, kind of retro impression.  She had, like, the

2    bell-bottomed sleeved arms, and she had the eggplant-colored

3    skirts, and you could see her brown boots were very kind of

4    retro brown with blue flowers, leather -- like leather brown

5    shoes with blue flowers printed on them.  And the bag was

6    like a crocheted.  It was printed, but it was meant to look

7    like a crocheted handbag, all part of that sort of earthy,

8    earth-toned, kind of retro romantic.

9    Q    And who decides the personalities of these dolls?

10   A    I do.

11   Q    Do you have a title of personality designer for the

12   dolls?

13          THE COURT:  Counsel, just for my record, remember

14   some of the issues we had before concerning character, and

15   some of the rulings that the Court had made.  You can go

16   into this area, but --

17          MR. MC CONVILLE:  Okay.

18          THE COURT:  -- it opens the door, and I want to

19   forewarn you that each of you need to be very aware of the

20   Court's prior rulings.

21          MR. MC CONVILLE:  All right.

22   BY MR. MC CONVILLE:

23   Q    So let's skip on to exhibit -- let me ask a question.

24        Exhibit 1234, you said that was sent to MGA Hong Kong;

25   is that right?

1    A    That's correct.

2    Q    At the end of 2000?

3    A    Yes.

4    Q    Was that it?  Was -- was Exhibit 1234, then, the final

5    production that went on the shelf?

6    A    No.

7    Q    What happened to Exhibit 1234 after it was shipped to

8    Hong Kong?

9    A    Once it was received in Hong Kong, our MGA Hong Kong

10   team members would sit with the Chinese manufacturer, and

11   they would study our aesthetic release to insure that they

12   can manufacturer this piece, not only to manufacturer it,

13   but to manufacturer it efficiently.  So what ultimately had

14   to happen was there were revisions even further after we

15   released it to Hong Kong so that they can impose some of the

16   changes so that it could be efficiently manufactured in

17   production.

18           MR. MC CONVILLE:  And could we put in front of

19   Ms. Garcia, please, Exhibit 17733.

20   BY MR. MC CONVILLE:

21   Q    Do you recognize Exhibit 17733, Ms. Garcia?

22   A    I do.

23   Q    And what is it?

24   A    This is a manufactured Bratz body.

25   Q    That's the final version of the -- of this sculpt?

1    A    Yes, it is.

2          MR. MC CONVILLE:  Your Honor, I move Exhibit 17733

3    into evidence.

4          THE COURT:  It's received.

5          *(Defendants' Exhibit No. 17733 is received in*

6          *evidence.)*

7    BY MR. MC CONVILLE:

8    Q    So Ms. Garcia, you have in your right hand

9    Exhibit 1234, correct?

10   A    Yes, I do.

11   Q    And in your left hand, you have Exhibit 17733?

12   A    Yes, I do.

13   Q    And what are some of the differences that you note

14   between those two sculpts?

15   A    Well, one of the differences that I notice is in the

16   shape within the -- within the crotch area, so in the

17   manufactured Bratz body, you can see that it's a very sharp,

18   pointed angle.

19         THE COURT:  That's in your left hand; is that

20   correct?

21         THE WITNESS:  That's correct, sir, my left hand.

22         THE COURT:  Exhibit 1234?

23         THE WITNESS:  Correct.

24         THE COURT:  And in your right hand, you have --

25         THE WITNESS:  In my right hand, you will see that

1    that area is designed or sculpted in a more -- in a softer

2    transition between the torso and the upper thigh, so that

3    really harsh, I guess you would say, 90-degree angle that

4    was imposed in this area here was not present in this

5    release to MGA Hong Kong.

6              THE COURT:  And that's 17733?

7              MR. MC CONVILLE:  No, your Honor.  They are

8    flipped.  1234 is in the right hand, and 17733 is in the

9    left hand, I believe.

10              THE COURT:  Thank you.  So I'll let you describe

11    that for the record, then.

12              (Laughter.)

13              THE WITNESS:  And another big difference was you

14    can see how the hands, when we released it to Hong Kong,

15    were further out along the sides of her body.  But after it

16    went to manufacturing, things had to change inside the way

17    the hand -- the arms connected to the torso, so much that

18    ultimately, within it's more natural position, those hands

19    stayed closer to the sides of her body.

20              The way that the torso and the arms connected to

21    each other, that was something that MGA Hong Kong and the

22    Chinese manufacturer had to change quite a bit, because they

23    needed to assemble the arms to the torso.  So what ended up

24    happening is that instead of there being a natural -- or

25    transition between the shoulder -- I guess the collarbone to

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 88 of 136   Page ID #:291079
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

88

```
 1    the shoulder, in this transition here, it ended up that the

 2    shoulder -- the ball of the shoulder sat more lower and

 3    inside of that collar.

 4            So one area I didn't love so much was also that

 5    there was this big hole, then, where the arm was inserted

 6    inside of the -- inside of the shoulder.  So to be clear,

 7    that hole was not seen, that rim, that circle, where the

 8    torso and the arm met, was very, very clean, but by the time

 9    it went to production, you can see that sort of outer rim.

10    That was all part of being able to assemble and put those

11    parts together.

12    BY MR. MC CONVILLE:

13    Q    Do you know, Ms. Garcia, when Exhibit 17733 was

14    completed?

15    A    Is that this one?

16    Q    Yes.

17    A    We went to production, as I remember, around the May

18    2001 time frame.

19    Q    Let me show you an e-mail dated May 14, 2001.  It's

20    Exhibit 34707.

21            THE COURT:  Exhibit number again?  134 --

22            MR. MC CONVILLE:  Yes, your Honor, 34707.

23            THE COURT:  Thank you.

24    BY MR. MC CONVILLE:

25    Q    And let me know when you have that document in front of
```

```
 1   you.

 2   A    I have it.

 3   Q    Do you recognize it?

 4   A    Yes, I do.

 5   Q    What is it?

 6   A    This is an e-mail from myself to Cecilia Kwok copying

 7   Carter Bryant and Nana Ashong.

 8           MR. MC CONVILLE:  Your Honor, I'd move that into

 9   evidence.

10           THE COURT:  Received.

11           MR. MC CONVILLE:  Can we publish it, please?

12           THE COURT:  You may.

13           (Defendants' Exhibit No. 34707 is received in

14       evidence.)

15   BY MR. MC CONVILLE:

16   Q    So Ms. Garcia, who was Cecilia Kwok?

17   A    She was my MGA Hong Kong counterpart.

18   Q    And did she work closely with you on the MGA Bratz

19   project?

20   A    Yes, she did.

21   Q    And looking at the date of the e-mail, it's May 14,

22   2001?

23   A    That's right.

24   Q    And the text of the line just below where you've

25   written, "Cecilia," could you please read that sentence out
```

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

90

1    loud.

2    A    "Please note I received the improved articulated Bratz

3    body.  It works great.  Thanks."

4    Q    Now, Ms. Garcia, the articulated Bratz body that's

5    referenced there, do you know whether that's Exhibit 17733?

6    A    I'm not sure if it's --

7    Q    That exact one?

8    A    -- that exact one.

9    Q    But it's consistent with your recollection that the

10   Bratz body was completed, that Exhibit 17733 was completed

11   in the May 2001 time frame, right?

12   A    That's right.

13   Q    So I believe you said that the exploratory sculpt,

14   which is 1136, was completed in approximately mid-October;

15   is that right?

16   A    Yes.

17   Q    And Exhibit 17733 was completed in May 2001, right?

18   A    Correct.

19   Q    And how many months is that; seven?

20   A    Yes, seven months.

21   Q    Seven months to go from exploratory sculpt to completed

22   sculpt, roughly; is that right?

23   A    Yes.

24   Q    So I'd like you, if you could, to hold up Exhibit 17733

25   and compare it for me to the exploratory sculpt.

```
 1              THE COURT:  Which is 1136?

 2              MR. MC CONVILLE:  1136, yes, sir.

 3              THE WITNESS:  In this case, I'll start from the

 4    head, then.

 5    BY MR. MC CONVILLE:

 6    Q    Okay.

 7    A    Well, again, just putting the differences -- I mean, I

 8    wanted to make a note that there are differences in the size

 9    between the production Bratz and the exploratory sculpt, not

10    only in height but just in volume.

11         If I were to take the head, and if I can just look at

12    them together.

13    Q    Sure.

14    A    There are a number of differences between the

15    exploratory sculpt and the production head sculpt.  First is

16    size.

17    Q    Which one is bigger?

18    A    The exploratory sculpt.

19    Q    Okay.

20    A    Second, in the exploratory sculpt, on the head, there

21    was a scribing of an eyebrow shape, which was removed in the

22    production Bratz head.  It didn't exist.

23    Q    Why was that change made?

24    A    We wanted to smooth that material out so that we didn't

25    commit ourselves to always having the same shaped eyebrow,
```

1    so we can reinvent ourselves or reinvent new characters by

2    always having the opportunity to repaint it in a new way

3    every time.

4    Q    Did that change to the -- did you say it was the

5    eyebrow?

6    A    Yes.

7    Q    Did that apply to the eye socket as well?

8    A    Yes.  On the -- excuse me.  On the exploratory sculpt,

9    you'll see that there are actual sculpting details of the

10   eye, the eyelid.  You'll see that there's the pupil that's

11   present.  There is even an iris that's represented, and

12   there is the overall shape of the eye that's been indicated

13   very sharply in the face of the sculpt, where in the

14   manufactured Bratz doll, we deliberately wiped that material

15   out again.

16   Q    Why?

17   A    It was, again, our intention to be able to not fell --

18   feel committed to always having the same shaped eye.  We

19   wanted to be able to reinvent ourselves.  I'll also

20   represent that those eyes were already wrong in terms of

21   their expression and their attitude.  The lid was dropped

22   very low.  Overall, that expression, the shape of those

23   eyebrows and the shape of those eyes expressed not what I

24   intended to express in the manufactured Bratz doll to our

25   consumer.

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 93 of 136   Page ID #:291084
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

93

1   Q    I'm sorry, so the exploratory sculpt was not what you

2   wanted to express, right?

3   A    Right.

4   Q    And you made that change to Exhibit 17733?

5   A    That's right, just wiped it out.

6   Q    Okay.

7   A    In terms of the nose, in the exploratory sculpt, the

8   nose was sculpted in such a way that the nose looked like it

9   was pointing up.  It was removed of material, but the tip

10  was actually pointing in the up -- up more direction.  In

11  the manufactured Bratz doll, we turned that tip down.  So

12  while it didn't have much a nose, the shape was different,

13  and it didn't look like it was severely cut off, but it was

14  actually turned and made into a softer -- in a softer shape.

15  So its direction was returned in the opposite direction of

16  the exploratory sculpt.

17       The lips were a huge difference.  So the lips in the

18  exploratory sculpt matched Carter's portfolio drawings in

19  that they were very, very swollen.  They were -- especially

20  the upper lip when compared to the bottom lip.  They also

21  had a very, very sort of defined location.  So again, like

22  the eyes and the eyebrows, it was very committed to have

23  those lips in such a definition so that I couldn't change

24  the size of the lips.  But the shape in this case were --

25  were representing of that sort of over-sexy, over-swollen,

1    really, really -- so much that there were actually creases

2    puckering in the top most part of the lip.

3         So what happened in the Bratz manufactured doll is

4    while we had big lips, they were not big in the same way

5    that the exploratory sculpt did, and it didn't have any of

6    those creases or indications.  The uppermost lip was more in

7    line with the bottom lip.  The top lip on this one, it just

8    looked like it had been injected with -- it just looked like

9    it was unnaturally swollen.  And while, again, we had bigger

10   lips here, the -- I just wanted to express again that the

11   top and bottom were more in line with each other, so they

12   weren't as collagened.

13   Q    What about the ears?

14   A    The ears on the exploratory sculpt were very pulled

15   forward, and they were --

16   Q    I'm sorry, you mean forward toward -- closer to the

17   eyes?

18   A    They were -- yes, they almost look like they were kind

19   of like Dumbo's.  They were turned out a little bit, so the

20   impression was that they were much wider from left to right.

21   They were quite imposing.  The top most part of the ear was

22   really pulled away from the cast or the head itself.  And

23   when we got to the final production, Bratz, we moved those

24   ears back in, we tucked them in and made them much smaller,

25   so they didn't seem as imposing in size and also in their --

1    kind of the way that they were sculpted away from the head.

2    Q    And I'm sorry, you may have said this, but did the size

3    of the head from the exploratory sculpt change to the

4    manufactured sculpt?

5    A    Yes.  You can see that the exploratory sculpt head was

6    quite a bit bigger than the rotocast head.

7    Q    Okay.

8    A    So when we talk about just moving down to the neck, you

9    can see, again, that this sculpt, the neck had a very, kind

10   of lunging forward direction, and we line that up on the

11   manufactured Bratz neck.  We tried to keep that more

12   vertical, more natural, because again, that lunging neck

13   sort of had a represented kind of aloof point of view

14   attitude, as well as the back.  The back had that sort of

15   disinterest, that kind of aloof point of view, kind of

16   more -- more hunched, where here, that material got far

17   more -- more postured straight.

18   Q    When you say "back," are you referring also to the

19   shoulders or just the back?

20   A    I referred to the shoulders and also the material

21   between those shoulders on the back of the -- the back of

22   the torso.

23   Q    Okay.

24   A    The breasts were much different.  The change in the

25   shape of the torso itself -- I can remove this.

1      If you look at the Bratz manufactured body, you can see

2   that it's very wide, the shoulders, and it comes down more

3   narrow at the waist and then comes back out again.

4      In this version, it's actually opposite.  It actually

5   turns more like an hour glass, so the material here is not

6   as wide as it was in here.  So the torso shapes are very,

7   very different.  This was more hour glass, and this was

8   actually wider at the top and got more narrower at the

9   waistline.

10      We can go down into the hip area?

11  Q   Let's.

12  A   Okay.  The hips were very, very thick in this

13  exploratory sculpt, which I mentioned before was a concern.

14  All of the sort of extra material to me indicated that she

15  was an older -- an older character, that she was more

16  matured.  So that was really important to make sure we took

17  all that material out of this material here.  Even if I were

18  to line it up, you can see how much wider the hips were on

19  the exploratory sculpt to the manufactured Bratz sculpt, so

20  we took that material down.

21      The shape of the crotch in this area was V-shaped, and

22  the end of the manufactured Bratz doll, it ended up being

23  quite U-shaped.  You can see the differences there.

24      The material here on the hips was a lot more, as well

25  as in the tush area, so we took all that material down quite

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 97 of 136   Page ID #:291088
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

97

1   a bit.  So if I line them up, you can see how the

2   exploratory sculpt material exceeds on both sides of the

3   hips of the manufactured Bratz doll, as well as the

4   curvature of the tush.  There was a lot of shape in there.

5   It was very developed, where we took it down really, really,

6   really thin on the manufactured Bratz doll, so it was not so

7   voluminous.

8        The thighs, the upper thighs were really, really

9   developed and were really thick.

10  Q    On which?

11  A    On the exploratory sculpt, where when you look at the

12  manufactured Bratz doll, you can see it was quite a bit

13  thinner, and there wasn't as much shape to it.  It's kind of

14  more of a -- more narrow shape to it, so not only is it less

15  material, but it was also a change in shape so she appeared

16  to look more youthful.

17  Q    But the final --

18  A    The final --

19  Q    -- would be more youthful?

20  A    Right.

21       There is this whole knee popping thing that was

22  happening in the exploratory sculpt, so she had a turning of

23  the toes, and there was a knee that popped here.  We

24  straightened that leg up completely so there was no knee pop

25  kind of thing happening there.  There was --

 1   Q     What about the feet?

 2   A     The feet were -- you can see the material.  The

 3   exploratory sculpt was much bigger in material and in volume

 4   than that of the final manufactured Bratz doll.  If I line

 5   them up this way, you can see even just how much bigger they

 6   are, but also how much material they were from left to

 7   right.

 8         I hope you guys can see this.  I don't know.

 9   Q     That's okay.

10         Your Honor, is it okay if we have those passed through

11   the jury?

12              THE COURT:  (No audible response.)

13              MR. MC CONVILLE:  No?

14              THE COURT:  (No audible response.)

15              MR. MC CONVILLE:  Okay.

16              THE WITNESS:  There were changes in knees.  There

17   was a lot of indication of knee in the exploratory sculpt

18   that became softer, and that's indicated in the manufactured

19   Bratz doll.

20              And then calves, the development of the calves,

21   you can see she has a lot of material back here, but when

22   you look at the manufactured Bratz doll, you can see that

23   that calf has been shrunk in size as well as, you know, in

24   girth or material.

25

```
 1    BY MR. MC CONVILLE:

 2    Q    Okay.  Thank you.

 3    A    Okay.

 4    Q    The -- the -- what about the differences in the size of

 5    the height of the dolls between the production sculpt and

 6    the manufactured sculpt?

 7    A    The differences were quite big.

 8         So this was the exploratory sculpt in height, and this

 9    is the manufactured Bratz doll in height, so they were quite

10    a bit different in height.

11    Q    And these changes you've described between the

12    exploratory sculpt, which is 1136, and the final sculpt,

13    which is 11- -- I'm sorry, 17733, what was the overall

14    purpose of those changes?

15    A    The overall purpose was to make sure that we created a

16    character that represented -- excuse me -- the right

17    attitude and age that we intended for, which is to find a

18    character that was teen or tween, and that she was

19    confident, certainly she was disproportioned, but that --

20    yeah, that -- that she had, you know, an assertion about

21    her.

22    Q    Okay.  Why don't we -- I'd like to compare, now, the

23    drawings, and have you compare the drawings to the final

24    sculpt, 17733, if we could.

25    A    Would it be all right to stand up for this?
```

1    Q    That's fine.

2         So Ms. Garcia, on the presenter is Exhibit 1-6, and can

3    you tell us who this is, please.

4    A    This is Lupe.

5    Q    Okay.  Would you mind picking up the sculpt, that one

6    there, the 17733, and compare for us, for example, the size

7    of the head relative to the body in the sculpt versus what

8    is depicted in the drawing.

9    A    In the drawing, the head is much bigger in relation to

10   its body as this head was in relationship to its body.

11   Q    If you have a pointer there, you can use it, if it's

12   helpful.

13   A    So the material was not only bigger from top to bottom,

14   but it was also -- its material from left to right,

15   especially in its relationship with the rest of its body,

16   starting with the shoulders.

17             THE COURT:  And the mark of "Meet Lupe," Counsel,

18   it's off the screen.  It's -6?

19             MR. MC CONVILLE:  Yes, 1-6.  I'm sorry.

20             THE COURT:  Thank you.

21             THE WITNESS:  I'd like to stand up.  It's much

22   easier.

23             MR. MC CONVILLE:  Is that okay, Judge, that she

24   stands up?

25             THE COURT:  As long as we can hear you.

```
 1            THE WITNESS:  So the material that took -- that
 2   was represented in the drawing from here to here, as well as
 3   from here to here, if you look at that mass in relation to
 4   its shoulders and the rest of the body was -- was quite big,
 5   and if you look at the head from the manufactured Bratz doll
 6   from here to here --
 7   BY MR. MC CONVILLE:
 8   Q    I'm sorry, "from here to here," from ear to ear, is
 9   that --
10   A    From the top of the head to the bottom of the head, as
11   well as from left to right.  And when you relate that to its
12   shoulders, they were more in line with each other than the
13   way that was represented here.  So the shoulders were very
14   narrow in relation to the size of the head from left to
15   right, while these two were more in line with each other, if
16   were to draw a line.  If I drew a line from here, those
17   wouldn't align the same way.
18            Another noticeable difference is the length of her
19   arms, so from her -- say, for example, her shoulder to the
20   tip of her fingers, if you look at that in relation to the
21   rest of her body, and if you look at the length of our arms
22   from the shoulder -- or from the manufactured Bratz doll
23   from her shoulders to the end of her hands, you can see that
24   they are actually much longer in relation to the overall
25   body as they were here.
```

1    In terms of the material, here, that was represented in

2    the thighs, that was part of that being over -- over-sexy

3    and over-matured, when you can see how -- how much material

4    there was here, especially in relation to its torso, but

5    when you look at that material here, the thighs have been

6    severely -- have been much more reduced in material, so they

7    are not as voluptuous and as thick in material, especially

8    if you relate to it to its torso.

9        So the length of the torso is also important.  So if

10   you look at the torso from her shoulder to, say, even her

11   crotch area, when you see that material in relation to the

12   rest of her body, the torso is quite short in length.  But

13   if you look at that torso in relationship to this doll, you

14   can see that the torso is actually quite -- is longer, so it

15   elongates the posture, and it doesn't dwarf her.  So the

16   length of the torso is very important.

17   Q    Let me ask you a question, Ms. Garcia.  Did the

18   drawings show the back of the doll?

19   A    No, it did not.

20   Q    So how did you arrive at the dimensions at the back of

21   the doll from the drawings?

22   A    We didn't refer to the drawings to arrive at the back

23   of the doll.

24   Q    Okay.

25   A    The posturing of this -- of this character, Lupe, was

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 103 of 136   Page ID #:291094
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

103

```
 1    quite -- was quite aloof, so she was very -- shoulders
 2    forward and kind of doing this hand thing.  So you can see
 3    in the manufactured Bratz doll, we pulled the shoulders back
 4    and we -- we pulled the shoulders back and, therefore, her
 5    posture back so she looked more confident.  But also that
 6    hand position of this kind of thing that was happening in
 7    Carter's drawing, we relaxed that wrist so it didn't have an
 8    over-expression of something we didn't want to create.  So
 9    her hands, if you look at the manufactured Bratz dolls, just
10    have kind of a more -- a softer transition.
11    Q    Did that have another benefit as it relates to putting
12    clothes on and off the doll?
13    A    Yeah, from a -- from a functional standpoint, it's much
14    easier if the hand is in this position than in this
15    position.  So as little girls, with little dexterity and
16    patience, had to get a shirt over this really kind of cocked
17    wrist, it would have been really difficult for them to
18    thread the shirt through.  But it certainly goes to kind of
19    an attitude and personality when the wrist is kind of doing
20    this sort of thing, so we really wanted to soften that up
21    for just the expression of who she was as a character.
22         You can even see the massive material here, recognizing
23    that these are a pair of pants.  So if you can imagine what
24    the calves looked like under there, and when you see the
25    manufactured calves, everything has been sort of pulled back
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 104 of 136   Page ID #:291095
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

104

1    in terms of excessive material or over-voluptuousness.

2         When you look at the lips on the sculpt -- excuse me,

3    on the portfolio drawings, those lips are very, very, very

4    swollen.  They are very, very -- there just seems to be a

5    good amount of material that's happening kind of in this

6    area here.  So if you look at that and try to imagine if you

7    were to sculpt that, there is a lot of material that needs

8    to be created to create that sort of volume.

9         In the manufactured Bratz doll, we very intentionally

10   took that excessive material out, because while we wanted

11   distorted or bigger lips, we didn't want to take it to a

12   point of inappropriateness, because it was my feeling that

13   those lips felt like they were -- they had been injected, so

14   that they were over -- over-swollen so much that you could

15   see a crease that was happening in this upper lip here, like

16   it was almost collapsing on itself.

17        You can even see the shape of the lip, the upper lip

18   was really big in relation -- or big in relation to its

19   bottom, so much that it created kind of a turn here.  We

20   removed that material in that shape, indicating such a

21   specific expression.  We wanted to soften that up first

22   because it looked a little bit smirky, but further, we

23   wanted the opportunity to reinvent our characters and our

24   aesthetics, so to soften that material out meant that we

25   could reinvent our lip over and over again.

1    Q    Ms. Garcia, could I put another slide up there?  It's

2    Exhibit 1-4, and I want to focus you on the aspect of the

3    hair there.

4         Can you describe the drawing in Exhibit 1-4 as it

5    relates to the hair?

6    A    The drawing was -- indicated a feature where the

7    consumer would have the ability to pull the hair off of the

8    head of the doll and exchange it with another hair style.

9    Q    Did that design feature of the swap -- swapping hair,

10   did that make it into the final production?

11   A    No, it did not.

12   Q    When you were reviewing -- we were reviewing some of

13   Carter Bryant's sketches as it relates to the sculpt, did --

14   did you use the drawings to get to the ultimate production

15   sculpt?

16   A    No, I did not.

17   Q    Did the drawings provide you with a -- with a blueprint

18   for how to get to the production sculpt?

19   A    No, it did not.

20   Q    The -- who provided the interpretation of those

21   drawings to get to this sculpt?

22            MR. PRICE:  Object.  Ambiguous.

23            THE COURT:  Sustained.

24   BY MR. MC CONVILLE:

25   Q    Did -- in the sculpting process, who was providing

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

106

```
 1    Margaret Leahy with her feedback concerning getting the doll
 2    designed the way you wanted it designed?
 3    A    Certainly I was giving comments to Margaret Leahy.
 4    Carter was also part of giving comments.
 5    Q    And who ultimately had final control over what that
 6    sculpt would look like?
 7    A    Between Carter and myself, it would have been me.
 8    Q    And between MGA and Carter Bryant, who would have had
 9    the final say?
10    A    Ultimately, as Isaac is the owner of the company, he
11    would finally have the final say.
12    Q    So let's look at Exhibit 17733.
13         Now that -- I'm sorry.  That production sculpt has no
14    hair, right?
15    A    That's right.
16    Q    In your vision for this multi-ethnic doll, were you
17    planning to sell a bald doll?
18    A    No, I wasn't.
19    Q    So you -- what did you intend to do as it relates to
20    hair?
21    A    We intended to design hair styles so much that the hair
22    styles would be rooted in the rotocast head in production.
23    Q    You were asked questions by Mattel's counsel about
24    whether Carter Bryant provided you with the name of a hair
25    company; do you remember those questions?
```

1  A    Yes, I do.

2  Q    Now, is it your understanding that Carter Bryant had a

3  super secret relationship with this company?

4  A    No.

5  Q    Was the company headquartered secretly in Mattel?

6  A    No.

7  Q    In fact, did you know about the company -- I'm sorry.

8  Did MGA know about the hair company prior to Carter Bryant

9  letting you know about his preference for saran hair?

10  A    Yes.

11  Q    Did -- let me ask you this:  How many different types

12  of hair would be available for a fashion doll?

13  A    I'm aware of three hair manufactures.

14  Q    Three hair manufactures.  So -- and one of the ones

15  that Carter Bryant referenced to you was one of those three,

16  correct?

17  A    Correct.

18  Q    And that was something that MGA was already aware of at

19  the time?

20  A    Yes.

21  Q    Did Carter Bryant -- we were talking about hair play as

22  part of a -- I've heard during the trial that hair play is

23  part of pattern of play or -- I'm sorry, what's the word?

24  A    Play pattern.

25  Q    Play pattern, that hair play is part of the play

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 108 of 136   Page ID #:291099
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

108

1    pattern.  Did Carter Bryant tell you the length of the hair

2    to be used on the doll?

3    A    No.

4    Q    Did Carter -- well, let me ask you this:  How many

5    different -- did he ask you the -- did he tell you the type

6    of hair color?

7    A    No.

8    Q    How many different types of hair color are there for a

9    fashion doll?

10   A    Well, if we were to take saran as a material alone,

11   saran -- the company who manufactures saran has tons of

12   different hair colors.  But even though there comes multiple

13   colors, those colors, like -- those colors are meant to be

14   blended at times so that you can, when putting two colors

15   together, create yet another hair color, or you can

16   highlight with it or lowlight with it, as well as denier,

17   which means thickness, and there is also the variety of

18   shape.  So you can order saran in straight, or you can now

19   order it in wavy, or you can order it in curly, which is a

20   tighter curl, but then there is even, like a very, very

21   tight curl, which is often used in Afro hairstyles, that

22   kind of thing.

23   Q    And did Carter Bryant direct you as to which color of

24   hair you should use on the Bratz product?

25   A    No.

1   Q    Looking, again, at Exhibit 17733, and we'll imagine

2   that the doll has hair.

3        Now, was the plan -- when you are targeting the 7 to 10

4   year olds, was it the plan to sell the doll with no face?

5   A    No.

6   Q    So what were you envisioning for what this doll would

7   look like?

8   A    The doll was meant to have painted eyes, lips and even

9   some cheek blush.

10  Q    And did you retain -- you've testified before about

11  Anna Rhee's work on Prayer Angels.  Did Anna Rhee also work

12  on the Bratz face painting?

13  A    Yes, she did.

14  Q    Did you -- let's take a look at Exhibit 951B.  Not

15  the -- not the first page, but starting with page 2.

16  A    Okay.

17  Q    I'd ask you to take a look at -- at that -- those

18  pages, 951B, starting at page 2 through the end of the

19  exhibit and tell me whether you recognize it.

20  A    Yes, I recognize it.

21  Q    And what do you recognize it to be?

22  A    This was a document that was prepared for MGA Hong Kong

23  that -- the example of the Prayer Angels, it breaks down the

24  details of the eye design for the Hong Kong and Chinese

25  manufacturer.

```
 1              MR. MC CONVILLE:  Your Honor, I move into evidence
 2    Exhibit 951B, pages 2 through 7.
 3              THE COURT:  Received.
 4              (Defendants' Exhibit No. 951B, pages 2-7, is
 5         received in evidence.)
 6    BY MR. MC CONVILLE:
 7    Q    Now, who -- describe what these are up on the screen.
 8    A    So these are hand sketches that break down the lines,
 9    help to break down the shapes and the nuances, the details
10    of each of the individual eyes for our MGA Hong Kong and
11    Chinese manufacturer.
12    Q    Who created these drawings?
13    A    Anna Rhee.
14    Q    And there is a word at the tippy top.
15              MR. MC CONVILLE:  If you could zoom in on that,
16    please, the -- right there.
17    BY MR. MC CONVILLE:
18    Q    And do you know what "Asian" refers to?
19    A    Yes.
20    Q    What is that?
21    A    It's a particular eye shape that we used for one of the
22    characters whose name was Jade.
23    Q    And was that the eye shape you ultimately went into
24    manufacture with for Jade?
25    A    Yes.
```

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

111

1    Q    And who created the eye shape?

2    A    Ultimately, Anna Rhee released the final eye shape, and

3    she was directed by both Carter and myself.

4    Q    When -- when did this eye shape occur?  When did the

5    eye-shaping occur?

6    A    I don't remember exactly.  I expect that it happened in

7    the 2001 time period.

8            MR. MC CONVILLE:  Just a second.

9            (Attorney discussion held off the record.)

10   BY MR. MC CONVILLE:

11   Q    So this drawing, 951B-2, that's for the Jade doll; is

12   that right?

13   A    Yes.

14   Q    Let's go to the next page, and please tell me what this

15   is.

16   A    This is a similar drawing to indicate the breakdowns of

17   the different painting areas for the manufactured Bratz

18   eyes.

19           MR. MC CONVILLE:  And at the top -- if you could

20   zoom in on the top word.

21   BY MR. MC CONVILLE:

22   Q    And so the white eyes -- which doll had the white eyes?

23   A    Cloe -- I mean, she didn't have white eyes.  She was --

24   Q    I'm sorry.

25   A    I just wanted to be clear on that.

1    Q    I apologize.  She was the -- of the multi-ethnic dolls,

2    she was the one that was white; is that correct?

3    A    I'd like to refer to her as Caucasian, yes.

4    Q    I stand corrected.

5         Let's look at the second set of eyes on that page,

6    please, and who is eyes are those?

7    A    Yasmin's.

8    Q    And who is she -- it says "Hispanic" on there; is that

9    correct?

10   A    Yes.

11   Q    Which one -- and you said that's Yasmin's eyes?

12   A    Yes.

13   Q    And I'm sorry, I missed on page -- the preceding page,

14   page 2, the second set of eyes on there.  Whose eyes are

15   those?

16   A    Sasha's.

17   Q    Turn to page 3, and I'm -- yes, page 3.  I'm sorry,

18   page 4, 951B-4.  Can you describe what that is?

19   A    So it includes -- this imagine -- this page includes

20   the breakdown of the painting detail, the shapes on which

21   the manufacturer was to follow, and below it are swatches of

22   color that we ask the vendor to match so that when they

23   paint the detail, that they are painting it in the correct

24   color we are asking them to paint.

25   Q    I'm sorry.  So I --

1    A    Maybe I should point.

2    Q    No, no.  I need to ask a question because I don't

3    understand.

4    A    Okay.

5    Q    Okay.  So the eyes were drawn by Anna Rhee; is that

6    right?

7    A    Yes, they were.

8    Q    And then who put together these color swatches

9    underneath?

10   A    Anna Rhee.

11   Q    So then Anna Rhee provided them to MGA?

12   A    Yes.

13   Q    And then who did you -- you then described that we sent

14   them through a process, and I didn't understand that.

15        So the eyes come from Anna Rhee with these color

16   swatches, and then what happens next?

17   A    Once we receive them from Anna Rhee, we turn this eye

18   guide, I guess, to our MGA Hong Kong offices, who then, in

19   turn, review them and turn them over to the Chinese

20   manufacturer so that they could follow this as a guide for

21   how they would manufacture the eyes.

22   Q    And how does that work?  Well, let me stop before I ask

23   that question and ask if you could look at Exhibit 17712 --

24   it should be a tangible -- through 17715.

25   A    Okay.

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

114

```
 1    Q    So what is Exhibit 17712?

 2    A    This is the -- I just want to open the bag.

 3         This is the paint master that was created for Jade.

 4    Q    For Jade.

 5              MR. MC CONVILLE:  Your Honor, I move that into

 6    evidence, please.

 7              THE COURT:  Received.

 8              (Defendants' Exhibit No. 17712 is received in

 9         evidence.)

10    BY MR. MC CONVILLE:

11    Q    And I'm sorry, there is a picture of it up on the

12    screen.  And that is the Jade face, correct?

13    A    That's right.

14    Q    Who painted that?

15    A    Anna Rhee.

16    Q    And I'm sorry, you had an approximate time frame for

17    when that happened?

18    A    Although I can't remember, I -- I know that it happened

19    in the 2001 time frame and --

20    Q    Okay.

21    A    It's a rotocast skin, so it would have taken Hong Kong

22    some time to be able to pull a rotocast production skin from

23    their tools for us to be able to then paint on top of it, so

24    it was pretty well into the manufacturing stage.

25    Q    Can you hold that up for a moment and show the jury
```

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

115

1    what that looks like.

2    A    (Complied.)

3    Q    Okay.  What's the -- the next is Exhibit 17713.

4    A    Yes.

5    Q    Who is that?

6    A    This is Cloe.

7              MR. MC CONVILLE:  Your Honor, I move that into

8    evidence.

9              THE COURT:  Received.

10             (Defendants' Exhibit No. 17713 is received in

11        evidence.)

12   BY MR. MC CONVILLE:

13   Q    And this is, again, painted by Anna Rhee?

14   A    Yes, it was.

15   Q    And let's go to the next face, 17714.  Who is that?

16   A    It says "Yasmin."

17             MR. MC CONVILLE:  Your Honor, we move that in.

18             THE COURT:  Received.

19             MR. MC CONVILLE:  Thank you.

20             (Defendants' Exhibit No. 17714 is received in

21        evidence.)

22   BY MR. MC CONVILLE:

23   Q    Again painted by Anna Rhee?

24   A    Yes.

25   Q    And 17715, who is that?

1    A      Sasha.

2            MR. MC CONVILLE:  Move that in, your Honor.

3            THE COURT:   Received.

4            *(Defendants' Exhibit No. 17715 is received in*

5    *evidence.)*

6    BY MR. MC CONVILLE:

7    Q    Now, did Anna Rhee -- let me ask you this:  How many

8    Bratz dolls approximately have been sold, you know, first

9    generation; thousands?

10   A    Many.

11   Q    Many, okay.

12   A    Not thousands, like --

13   Q    More than thousands?

14   A    Yes.

15   Q    Okay.  So Anna Rhee didn't paint the eye on the

16   thousands and thousands of dolls, did she?

17   A    No, she did not.

18   Q    So describe for me the process by which we get from the

19   face to manufacturing a mass-produced doll with a face.

20   A    So once the MGA Hong Kong receives our paint master, as

21   well as our swatches, which are those paint chips, and a

22   drawing that helps breaks down the detail of this eye, it

23   gets turned over to MGA Hong Kong, and MGA Hong Kong then

24   reviews and turns over this content to a Chinese

25   manufacturer.

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

117

```
 1        The Chinese manufacturer's goal is to create, if you
 2   will, a stencil.  If you can imagine a big steel plate that
 3   gets molded and contoured and shaped so that it matches the
 4   shape of this face.  Once that shape is laid on top of it
 5   and grabs all the shape of that face, they will cut -- they
 6   will break down the steel, they will cut it out, all those
 7   individual pieces of the eye so that it acts as a stencil.
 8   And then the intention is that all those individual stencils
 9   get sat on top of the face so that at the -- at the
10   manufacturing level, the guys on the manufacturing line will
11   spray, by hand, paint color that matches our swatch and is
12   sprayed in the right place in the stencil.  So to create a
13   Bratz eye, there are lots of pieces of stencils, maybe -- I
14   don't know.  What I had heard at one point is it look us,
15   like, 14 different stencils for each eye to create all of
16   the composites and layers of that eye to ultimately create
17   the final eye.
18   Q    And did Carter Bryant draw those stencils?
19   A    No, he didn't.
20   Q    This process you described, where does that take place?
21   A    That happens in China.
22   Q    Under MGA's direction?
23   A    Yes.
24   Q    So we've seen the drawing, we've seen the sculpt, we've
25   seen a face, we've seen some hair.  I'm sure these dolls
```

1    weren't going to be sold naked?

2    A    No.

3    Q    Okay.  So what was the -- what was the plan for coming

4    up with fashions for this doll?

5    A    Our plan was to start at the market, go to the malls

6    and to study what girls were wearing and to identify -- in

7    creating those fashions, it was part to help us mold,

8    further, those characters.  I'm remembering that it was not

9    MGA's intention to create those stereotypes of those

10   different ethnic personalities, so we were looking for

11   fashions that represented more of what we wanted to model as

12   our characters, characters that we wanted them to aspire to,

13   and that meant getting out to the stores, like Forever 21

14   and Rampage at the time, to see what girls were shopping

15   for, what they were interested in buying, so it started

16   there.  It started with understanding the fashion market.

17   Q    So the fashion market you are talking about is

18   life-sized people's clothing, not some fashion market where

19   you can go buy clothing for a doll, right?

20   A    That's right.

21   Q    And who was part of the -- well, when did the fashion

22   shopping start?

23   A    I remember it to start on October 6th of 2000.

24   Q    And who was part of the fashion shopping?

25   A    Veronica and Carter.

```
1    Q    Veronica Marlow?

2    A    Yes.

3    Q    And Carter Bryant?

4    A    Yes.

5    Q    And that would have been after the date Carter Bryant

6    signed his agreement with MGA of October 4?

7    A    Yes.

8    Q    Do you know -- speaking of the October 4th date, do you

9    know whether Carter Bryant was instructed to resign from his

10   position at Mattel as of October 4?

11            MR. PRICE:  Objection.  Lack of foundation.

12            THE COURT:  Sustained.

13            MR. MC CONVILLE:  I'm asking if she knows.

14            THE COURT:  You can answer that "yes" or "no."

15            THE WITNESS:  No.

16            MR. MC CONVILLE:  Okay.

17            THE COURT:  I didn't see the e-mail that pointed

18   that out.  That's why.

19            MR. MC CONVILLE:  Right, and I was just asking for

20   the information.

21   BY MR. MC CONVILLE:

22   Q    Okay.  So let's look at Exhibits 924, which is already

23   in evidence.

24            MR. MC CONVILLE:  Can you zoom in on the top part

25   so we can see who that is to and from, please.
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 120 of 136   Page ID #:291111
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

120

BY MR. MC CONVILLE:

Q    All right.  Do you recognize this -- this document,
Ms. Garcia?

A    Yes.

Q    I think you were shown it, actually, during your
examination by Mattel, right?

A    Yes.

Q    And I'd like you to look at the reference in the fifth
paragraph down, it begins with "However."  And this e-mail
says, "I plan to send you a soft good swatch package with
all proper fabric constructions, color and fabric art by
10/30, as noted in the schedule above"; do you see that?

A    Yes, I do.

Q    Do you know whether the swatch package was sent on
10/30?

A    I don't believe the swatch package was sent on 10/30.

Q    Do you know when the swatch book was sent to -- I'm
sorry.  Do you know when the swatches were sent to
Hong Kong?

A    It's my --

Q    I'm sorry, that are referenced in this e-mail.

A    I don't remember the exact date.

Q    Okay.  Do you have a range of dates?

A    I believe that it took place either in November or
December of 2000.

1   Q      Okay.  And -- but by this time, October 16, the

2   shopping had begun to determine the sorts of fashions you

3   might want to manufacture for the dolls, right?

4   A      Yes.

5   Q      Now, did you -- does the fashion that's purchased from

6   one of these stores, does that -- does the fabrication

7   that's used in that fashion get used on the doll?

8   A      No.

9   Q      How does that work?

10  A      So what we do is we'll shop the -- our market, we'll go

11  to the malls, we'll go to stores, and we'll purchase fabric.

12  What we are able to do is then swatch, which means to --

13  once we find fabric that we really like, we'll cut that

14  fabric up and actually tape it to what's called a "swatch

15  package."  In that swatch package, usually there's two

16  columns, one column that references a construction, so

17  that's like to speak of -- construction would be something

18  like twill or denim or single-knit cotton, lycra, for

19  example.  So what we'll do is swatch that construction so

20  that Hong Kong understands what we need to find.  We need to

21  find a denim, we need to find this lycra.  And that

22  construction is also important for thickness because our

23  dolls are very, very small, not like human size.  So when we

24  find denim, we need a very thin denim because once it's sewn

25  on that tiny body, it fits it well.  So there is a

1   construction column.

2       And then generally there is a color column that would

3   identify some colors -- color materials that we're looking

4   for, because sometimes we can't find in our market, our

5   shopping experiences, the perfect construction met with the

6   perfect color, so this is a guide to Hong Kong that says,

7   "Please find this construction with this thickness and

8   detail, but please find it in this color."  That's what a

9   swatch package is.

10  Q   And can we look at Exhibit, please, 17770, and ask you

11  if you recognize it.

12  A   Yes, I do.

13  Q   And what is it?

14  A   This is a binder that includes the original swatch --

15  let me make sure -- it includes the original swatch package

16  that was released from L.A. to Hong Kong, and then there are

17  pages -- a series of pages in front of it with submissions

18  from MGA Hong Kong that are meant to match what we had

19  swatched, and ultimately, MGA Hong Kong was hoping for us to

20  approve what they send us.  So this is something that MGA

21  Hong Kong would have sent to us.  Ultimately, it's from the

22  Chinese manufacturer.

23  Q   And that -- are there date ranges in there?

24      Let me back up.

25      So you were shown some e-mails during Mattel's

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

123

```
 1   examination that suggested that fashions were completed in
 2   the October 2000 time frame; do you remember those?
 3   A    Yes.
 4   Q    In looking at that original swatch book, could you tell
 5   a date by which the selections were made for the swatches?
 6   A    So there's a date on the swatch package that we sent
 7   from Los Angeles to Hong Kong.  That's -- this is the
 8   swatch -- the final swatch package that identified the final
 9   fashions for Bratz, and the date identified on the swatch
10   package is 12/4/2000.
11   Q    So there may be some dates in some of these e-mails
12   that are aspirational but not concrete; is that right?
13   A    That's right.
14   Q    And so the swatch fashion book, does that include
15   originals for the Bratz' first production?  I'm sorry, first
16   generation?
17   A    I don't understand the question.
18   Q    I asked a bad question.
19        Those -- the Exhibit 17770, that's the actual original
20   swatch book that relates to the fashions that MGA was going
21   to produce on -- for the Bratz line, the first generation
22   Bratz line?
23   A    That's right.
24   Q    Okay.  The -- once the swatches are sent to -- did you
25   say Hong Kong?
```

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

124

1    A    Yes.

2    Q    What did the people in Hong Kong then do with the

3    swatches?

4    A    Once they receive the swatch package, then they turn it

5    over to the Chinese manufacturer.  And the Chinese

6    manufacturer goes out to all of their textile suppliers, and

7    it's their goal to work with each textile supplier to try to

8    find, basically they hunt for, this fabric that we've

9    requested.  So even if we were to refer to a denim, they

10   would go to a textile manufacturer who works in denim, but

11   then further, they'd have to look through all that denim to

12   make sure they are finding the denim that is the right

13   construction, meaning the right thickness, as well as in the

14   right color and the --

15   Q    All right.  So assuming they find the right fabric,

16   what's the next step?

17   A    We'll submit it back to MGA Hong Kong, who returns it

18   to MGA L.A., and what the intention is is for MGA L.A. to

19   study the swatch package and -- or the swatch submissions to

20   make sure that they are matching what we requested.  The

21   goal is, ultimately, to get MGA L.A. to approve the

22   submission.  Once the submission is approved, then it's a

23   green light for the Chinese manufacturer to place an order

24   for that fabric so it can be delivered on time for

25   production.

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

125

```
 1    Q    And then once the fabric is approved, what's the next
 2    step in the process?
 3    A    Once it's approved, then the --
 4    Q    And assume it's purchased, right?
 5    A    Then bulk -- bulk fabric will be delivered to the
 6    manufacturer, and the manufacturer --
 7    Q    I'm sorry, manufacturer where?
 8    A    In China.
 9    Q    Okay.  Go ahead.
10    A    Then comes the process of cutting the fabric.
11    Q    And where does that take place?
12    A    At the Chinese manufacturing plant.
13    Q    Okay.  And the -- and the cutting of the fabric is to
14    get it to the, you know, little dress or little skirt or
15    something?
16    A    Yes.
17    Q    Okay.  I want to put up one of the -- well, let me ask
18    you this:  In the pitch book, Carter Bryant had fashions
19    represented in that pitch book, right?
20    A    Yes.
21    Q    Were those fashions in the pitch book, which were shown
22    on September 1, were those fashions ultimately used by MGA
23    in the Bratz production?
24    A    No.
25    Q    Why not?
```

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 126 of 136   Page ID #:291117
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

126

1    A    May I have a -- well, I --

2    Q    I want to show you an exhibit.  Which one would help

3    you?

4    A    To see the pitch book.

5    Q    The pitch book, okay.  Any particular person?

6    A    (No audible response.)

7    Q    No?

8         Okay.  How about page 1?

9    A    Okay.

10   Q    I'm going to put on the presenter page 1-1 of the pitch

11   book.

12   A    Okay.

13   Q    Okay.  Focusing on the fashion, okay?

14        THE COURT:  Counsel, one of the jurors need to use

15   the restroom, so why don't we take a break for just a

16   moment, okay?

17        MR. MC CONVILLE:  Okay.

18        THE COURT:  So why don't you go use the restroom

19   for just a moment and get right back.  I want to make sure

20   we get our six hours in today.

21        Anyone else needs to use the restroom for a

22   moment?

23        *(No audible response.)*

24        *(Recess.)*

25        THE COURT:  Thank you, Jane.

1           Counsel, if you'd like to continue, please.

2           MR. MC CONVILLE:  Yes, sir.

3    BY MR. MC CONVILLE:

4    Q    So Ms. Garcia, I believe where we broke was trying to

5    understand whether there was a direct translation from

6    Carter Bryant's pitch book to the fashions which were on the

7    Bratz' first generation dolls; do you remember that?

8    A    Yes.

9    Q    And so looking at page 1-1 of the exhibit that's on the

10   screen, what were some of the improvements that were

11   required before you could utilize some of those fashions?

12   A    I just wanted to clarify that we didn't use any of

13   these fashions.

14   Q    Why didn't you use them?

15   A    We didn't use them because they, in many cases, were

16   not appropriate.  They did not represent the character

17   personalities that we ultimately created.  They just weren't

18   right.

19   Q    Okay.  Let me switch topics for just a second and ask

20   you to look at Exhibit 8627.  You were shown this during

21   your exam by Mattel.

22           MR. MC CONVILLE:  Could you switch the thing over?

23   BY MR. MC CONVILLE:

24   Q    Do you see that document, Ms. Garcia?

25   A    Yes.

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

128

```
1    Q    And you were asked about this by counsel for Mattel; do
2    you remember that?
3    A    Yes.
4    Q    I want to focus on the first -- the first paragraph
5    says -- this is Mr. Larian writing to you, among others,
6    "Why all the women I know always argue with me?  My wife, my
7    mom, my sisters, my daughter, my girlfriends, my secretary";
8    do you see that?
9    A    Yes.
10   Q    Now, did you -- have you met Mr. Larian's wife?
11   A    Yes, I have.
12   Q    And have you seen their -- the nature of the
13   relationship between Mr. Larian and his wife?
14   A    Yes, I have.
15   Q    And how would you describe that relationship?
16        MR. PRICE:  I'm going to object.  Irrelevant.
17   We'll concede this is a joke.
18        MR. MC CONVILLE:  Oh, okay.
19        THE COURT:  Will each of you stipulate that "my
20   girlfriends" is a -- however you want to phrase it, is a
21   joke, so we can get that off the table?
22        MR. PRICE:  Yeah.
23        MR. MC CONVILLE:  Okay.  So --
24        THE COURT:  Ladies and gentlemen, disregard the
25   part "my girlfriends."  It's potentially prejudicial, and
```

```
 1    both sides are conceding that there is no relevance to that.

 2    Just disregard it.

 3            Counsel?

 4    BY MR. MC CONVILLE:

 5    Q    I couldn't help but notice that you were not one of the

 6    people who argues with him, Ms. Garcia; is that true?

 7    A    No, that's not true.

 8    Q    Okay.

 9            (Laughter.)

10    BY MR. MC CONVILLE:

11    Q    You were -- in addition to shopping for the clothes, in

12    addition to purchasing the fabric and getting it ready for

13    mass production, you were -- you actually have to have a

14    concept for what the fashions are going to look like,

15    correct?

16    A    Yes.

17    Q    And I think you were shown some photos -- I'm sorry,

18    some drawings, which are Exhibits 1107 through 1110.

19            MR. MC CONVILLE:  So if we could put up -- let's

20    start with 1107A I think was the number.

21            And that's been admitted into evidence, your

22    Honor.

23    BY MR. MC CONVILLE:

24    Q    Who is the character depicted in Exhibit 1107?

25    A    Jade.
```

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

130

1    Q    And do you recall -- I think you were asked questions

2    about when this particular drawing was made.  Do you recall

3    the approximate date when it was made?

4    A    I have an approximation.

5    Q    Yeah, and what is that?

6    A    It was either the end of October or the first -- first

7    week or so of November.

8    Q    For -- of 2000; is that correct?

9    A    That's right.

10   Q    Now, this drawing, did you -- did you draw it yourself?

11   A    No, I did not.

12   Q    Who -- whose pen or pencil wrote on this paper in order

13   to make that drawing?

14   A    Carter Bryant.

15   Q    Did Carter Bryant have input from you on this drawing?

16   A    Yes, he did.

17   Q    Describe for me your input to how this drawing was

18   created.

19   A    In order to arrive at fashions, Carter and I would

20   start by talking about the personalities of each character

21   we wanted to manufacture.  We wanted to identify

22   personalities, and because dolls don't talk, a lot of what

23   we do in expressing ourselves is in the way that we dress

24   ourselves.  So we would identify a character concept, and in

25   identifying that character concept, Carter would, with

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

131

```
 1    Veronica, go shop for that kind of style, that kind of
 2    attitude, that kind of personality.  And then he would bring
 3    a lot of that stuff back home, and he would lay pieces
 4    together that he purchased, like he would go to Forever 21
 5    and buy a T-shirt and a skirt and put that stuff together,
 6    lay them all over the place.  And we would review them
 7    together to agree that the personality that was being
 8    expressed in those garment pieces were matching the goal of
 9    the character.
10    Q    When you say you would lay them around, where did that
11    take place, the laying out of the clothes that he had
12    purchased from these stores?
13    A    Sometimes it would happen at MGA, and sometimes it
14    would happen at his studio.
15    Q    And what -- so did Carter Bryant -- was he the one who
16    had ultimate decision-making on what the fashions would be
17    for those -- for the Bratz -- first generation Bratz
18    fashions?
19    A    No.
20    Q    Who had the ultimate decision-making on those?
21    A    I did.
22    Q    And in the process, you spoke to Carter Bryant about
23    what you would approve on behalf of MGA; is that right?
24    A    That's right.
25    Q    And in that process, you discussed with Carter Bryant
```

1    your vision?

2    A    Yes.

3    Q    And as a result of that discussion, Carter Bryant was

4    the one who put pen to paper to capture your ideas; is that

5    right?

6    A    Yes.

7    Q    This particular drawing, do you recall which retailer

8    the drawing was created for?

9    A    I believe it was for the Kmart retailer.

10   Q    Let me back up.

11        So in the -- in this time frame, this is, I think you

12   said, the end of October; is that right?

13   A    Yes.

14   Q    So at the end of October time frame, had there been any

15   orders placed by that time from retailers for Bratz?

16   A    No.

17   Q    And how was it you were going to get the retailers to

18   have interest in the Bratz doll?

19   A    Well, especially at this time, given that I didn't have

20   a doll to show them, I --

21   Q    Is that sometimes an impediment to selling when you

22   don't have the thing you want to sell?

23   A    Yeah.

24   Q    Okay.

25   A    Then the best thing I could offer the retailers, like

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

133

```
 1    Kmart, was a drawing that would best represent the concept.
 2    Q    And that drawing that best represented the concept was
 3    the drawing that Carter Bryant put together after your
 4    approval; is that right?
 5    A    Right.
 6    Q    And so when you had these drawings, how did that --
 7    there were four drawings.  We can -- we'll just use this
 8    one.  But you recall four different characters represented
 9    to the retailers?
10    A    Yes.
11    Q    And in that October time frame, was this the only
12    retail -- was Kmart the only retailer that you pitched to in
13    the -- I don't want to say "October," but the end of
14    October, early November time frame, was Kmart the only
15    retailer you pitched to?
16    A    I -- I don't recall within that particular time frame.
17    Q    Okay.  And were you part of the pitch to Kmart that
18    was -- for which these drawings were prepared?
19    A    I don't remember if I was actually present in the
20    formal presentation of these drawings to the buyer.
21    Q    And when you refer to "buyer," you're talking about one
22    of the retail outlets?
23    A    Yes.
24    Q    Okay.  Did -- would Carter Bryant have been pitching
25    Kmart on behalf of MGA?
```

CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

134

1    A    No.

2    Q    What -- and as a result of this pitch that was done to

3    Kmart, did Kmart at that time place orders for the Bratz

4    dolls?

5    A    Um --

6    Q    I'm sorry.  At the conclusion of that meeting, whenever

7    it was, at the end of that day, did Kmart place an order?

8    A    I don't know if they placed an order right after that

9    meeting, but I do know that we achieved interest with Kmart,

10   for sure.

11   Q    Do you recall the retailer's response to seeing these

12   fashion drawings?

13   A    I remember that generally the tone was favorable.

14   Q    These -- this drawing, which is Exhibit 1107, did it --

15   was it the only fashion that was sold in the first

16   generation doll, the first generation Jade?

17   A    No.

18   Q    What other fashions were presented with the first

19   generation Jade?

20   A    There was a second outfit.  It was a denim skirt, and

21   there was a -- I believe it was a red top.

22   Q    Did this drawing, which is in 1107, did that drawing --

23   was the fashion that's depicted in that drawing ultimately

24   the exact fashion that went on the first generation Jade?

25   A    There were a few differences.

CV 04-9049-DOC – 01/25/2011 – Day 6, Vol. 2 of 3

135

1    Q     But it was pretty close?

2    A     Yes.

3    Q     And the design of those fashions were made as a result

4    of your guidance to Carter Bryant?

5    A     Yes.

6    Q     Although he was the one who actually put the pencil on

7    the paper?

8    A     Yes.  And Mr. McConville, if I can just sort of

9    describe that fashion exchange between Carter and I.

10              *(Live reporter switch with Maria Dellaneve.)*

11                              -oOo-

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:04-cv-09049-DOC-RNB   Document 9725   Filed 01/28/11   Page 136 of 136   Page ID #:291127
CV 04-9049-DOC - 01/25/2011 - Day 6, Vol. 2 of 3

136

1                                -oOo-

2                            **CERTIFICATE**

3

4          I hereby certify that pursuant to Section 753,

5    Title 28, United States Code, the foregoing is a true and

6    correct transcript of the stenographically reported

7    proceedings held in the above-entitled matter and that the

8    transcript page format is in conformance with the

9    regulations of the Judicial Conference of the United States.

10

11   Date:  January 26, 2011

12

13

14          _____

            JANE C.S. RULE, U.S. COURT REPORTER
15          CSR NO. 9316

16

17

18

19

20

21

22

23

24

25