CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

1

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3         HONORABLE DAVID O. CARTER, JUDGE PRESIDING

4                  - - - - - - -

5
    MATTEL, INC., et al.,              )
6                                      )
              Plaintiffs,              )
7                                      )
         vs.                           ) No. CV 04-9049 DOC
8                                      )    Day 8
    MGA ENTERTAINMENT, INC., et al.,   )    Volume 1-4
9                                      )
                                       )
10            Defendants.              )
   _____)

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                   Jury Trial

16               Santa Ana, California

17             Thursday, January 27, 2011

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141
24

25   04cv9049 Mattel 2011-01-27 D8V1

1    **APPEARANCES OF COUNSEL:**

2

       FOR PLAINTIFF MATTEL, INC., ET AL.:

3

              QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
4             BY:  JOHN QUINN
                   WILLIAM PRICE
5                  MICHAEL T. ZELLER
                   Attorneys at Law
6             865 South Figueroa Street
              10th Floor
7             Los Angeles, California 90017
              (213) 443-3000

8

9

10

11   FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

12            ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
              BY:  THOMAS S. McCONVILLE
13                 Attorney at Law
              4 Park Plaza
14            Suite 1600
              Irvine, California 92614
15            (949) 567-6700

16            - AND -

17            ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
              BY:  ANNETTE L. HURST
18                 Attorney at Law
              405 Howard Street
19            San Francisco, California 94105
              (415)773-5700

20            - AND -

21            KELLER RACKAUCKAS
22            BY:  JENNIFER KELLER
                   Attorney at Law
23            18500 Von Karman Avenue
              Suite 560
24            Irvine, California 92612
              (949) 476-8700

25

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 3 of 157   Page ID #:291500
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

3

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

4

5            LAW OFFICES OF MARK E. OVERLAND
             By:  MARK E. OVERLAND
                  Attorney at Law
6            100 Wilshire Boulevard
             Suite 950
7            Santa Monica, California 90401
             (310) 459-2830

8            - AND -

9
             SCHEPER KIM & HARRIS LLP
10           BY:  ALEXANDER H. COTE
                  Attorney at Law
11           601 West 5th Street
             12th Floor
12           Los Angeles, California 90071
             (213) 613-4660

13

14

15
     ALSO PRESENT:
16
             MGA ENTERTAINMENT, INC.
17           BY:  JEANINE PISONI
                  Attorney at Law
18           16360 Roscoe Boulevard
             Suite 105
19           Van Nuys, California 91406

20
             ROBERT ECKERT, Mattel CEO
21
             ISAAC LARIAN, MGA CEO
22
             KEN KOTARSKI, Mattel Technical Operator
23
             MIKE STOVALL, MGA Technical Operator
24

25

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 4 of 157   Page ID #:291501
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

4

**I N D E X**

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ARANT, Lucy | | | | |
| By Mr. Quinn | 10 | | | |
| ASHONG, Nana | | | | |
| By Mr. Quinn | 47 | | | |
| RHEE, Anna | | | | |
| By Quinn | 69 | | | |
| By Keller | | 91 | | |

**EXHIBITS**

| EXHIBIT NO. | | IDENTIFICATION | IN EVIDENCE |
|---|---|---|---|
| None | Photo of Prayer Angel doll | | 113 |
| 201-2 | Invoice from Ms. Rhee dated 8/29/2000 | | 89 |
| 201 | Invoice from Ms. Rhee to MGA Entertainment dated 10/17/2000 | | 123 |
| 201-3 | Invoice from Ms. Rhee dated 9/8/2000 | | 129 |
| 201-8 | Invoice from Ms. Rhee dated 10/17/2000 | | 129 |
| 201-4 | Invoice from Ms. Rhee dated 9/12/2000 | | 129 |
| 201-5 | Invoice from Ms. Rhee dated 9/18/2000 | | 130 |
| 201-7 | Invoice from Ms. Rhee dated 9/19/2000 | | 131 |
| 201-11 | Invoice from Ms. Rhee dated 11/29/2000 | | 131 |

**EXHIBITS (Continued)**

| EXHIBIT NO. | IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| 201-9 | Invoice from Ms. Rhee dated 11/16/2000 | 131 |
| 201-28 | Invoice from Ms. Rhee dated 1/26/2001 | 133 |
| 201-29 | Invoice from Ms. Rhee dated 1/30/2001 | 134 |
| 201-34 | Invoice from Ms. Rhee dated 5/13/2001 | 139 |
| 201-36 | Invoice from Ms. Rhee dated 5/17/2001 | 140 |
| 201-30 | Invoice form Ms. Rhee dated 2/7/2001 | 141 |
| 201-13 | Invoice from Ms. Rhee dated 12/7/2000 | 143 |
| 203 | Photo of Prayer Angels dolls | 111 |
| 204 | Close-up of Prayer Angels doll face | 112 |
| 557 | Copyright registration for Jade doll, etc. | 31 |
| 558 | CA form for Jade doll | 35 |
| 559 | Copyright registration for Sasha doll, etc. | 32 |
| 560 | CA form for Sasha doll | 39 |
| 561 | Copyright registration for Cloe doll, etc. | 33 |
| 562 | CA form for Cloe doll | 39 |
| 563 | Copyright registration for Yasmin doll, etc. | 33 |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

6

**EXHIBITS (Continued)**

| EXHIBIT NO. | IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| 564 | CA form for Yasmin doll | 39 |
| 912-3 | E-mail dated December 29 with images of Bratz heads (page 3) | 88 |
| 912-13 | E-mail dated December 29 with images of Bratz heads (page 13) | 88 |
| 912-17 | E-mail dated December 29 with images of Bratz heads (page 17) | 88 |
| 912-22 | E-mail dated December 29 with images of Bratz heads (page 22) | 88 |
| 4916 | E-mail string between Ms. Ashong, Ms. Garcia, Mr. Larian – April/May 2001 timeframe | 52 |
| 11192 | Printout of trademark docket for "Bratz" | 26 |
| 11843 | Agreement between Ms. Rhee and MGA re Bratz work | 90 |
| 11897 | Fax from Ms. Arant to Ms. Treantafellas | 20 |
| 12114 | Search for word "angel" run on 8/17/2000 | 30 |
| 15228 | Sketches of Bratz doll eyes by Ms. Rhee | 144 |
| 15229 | Sketches of Bratz doll eyes by Ms. Rhee | 146 |
| 15229-A | Color swatches for Bratz doll Cloe | 147 |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

7

**EXHIBITS (Continued)**

| EXHIBIT NO. | | IDENTIFICATION | IN EVIDENCE |
|---|---|---|---|
| 15230 | Sketch by Ms. Rhee of Asian Bratz eye | | 148 |
| 15231 | Sketch by Ms. Rhee of black Bratz eye | | 149 |
| 15232 | Sketch by Ms. Rhee of Hispanic Bratz eye | | 150 |
| 17403 | Photograph of Prayer Angel doll | | 85 |
| 17403- | Prayer Angel doll | | 85 |
| 17405 | Prayer Angel doll | | 113 |
| 18423 | Mattel Business Validation Application dated 1/20/2004 | | 93 |
| 34467 | E-mail dated June 6 between Ms. Kyaw and Ms. Rhee | | 95 |
| 34468 | Mattel 3D face design preliminary color specification | | 97 |
| 34469 | Mattel 3D face design preliminary color specification dated 8/20/08 | | 99 |
| 34470 | Mattel 3D face design preliminary color specification dated 8/25/08 | | 100 |
| 34471 | Mattel 3D face design preliminary color specification dated 9/4/08 | | 102 |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

8

**EXHIBITS (Continued)**

| EXHIBIT NO. | | IDENTIFICATION | IN EVIDENCE |
|---|---|---|---|
| 34472 | Mattel 3D face design preliminary color specification dated 9/4/08 | | 103 |
| 34473 | Mattel 3D face design preliminary color specification dated 9/4/08 | | 103 |
| 34847 | E-mail between Ms. Legg and Mr. Larian dated 10/4/2000 | | 44 |

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, THURSDAY, JANUARY 27, 2011**                 |
|       | 2  | **Day 8, Volume 1 of 4**                                             |
|       | 3  | (8:32 a.m.)                                                          |
| 08:21 | 4  | *(In the presence of the jury.)*                                     |
| 08:32 | 5  | THE COURT:  Good morning.  The jury's present.                       |
| 08:32 | 6  | The alternates are present, all counsel, the parties.  If            |
| 08:32 | 7  | you would have a seat.  Thank you for your courtesy.                 |
| 08:32 | 8  | If you would like to call your next witness,                         |
| 08:32 | 9  | please.                                                              |
| 08:32 | 10 | MR. QUINN:  Good morning, Your Honor.  Mattel                        |
| 08:32 | 11 | calls Lucy Arant.                                                    |
| 08:33 | 12 | THE COURT:  Lucy Arant, please.  Ms. Arant, if you                   |
| 08:33 | 13 | would come forward, please.                                         |
| 08:33 | 14 | **LUCY ARANT, MATTEL'S WITNESS, SWORN**                             |
| 08:33 | 15 | THE WITNESS:  Thank you.                                             |
| 08:33 | 16 | THE COURT:  If you would come along the jury                         |
| 08:33 | 17 | railing right over here, and there's an entrance to the jury         |
| 08:33 | 18 | box, right here by the wall.                                        |
| 08:33 | 19 | THE WITNESS:  Okay.                                                  |
| 08:33 | 20 | THE COURT:  If you would comfortably seat                            |
| 08:33 | 21 | yourself.  And now, would you face the jury and state your           |
| 08:33 | 22 | full name for them.                                                 |
| 08:33 | 23 | THE WITNESS:  Lucy Arant.                                            |
| 08:33 | 24 | THE COURT:  And would you spell your last name.                      |
| 08:33 | 25 | THE WITNESS:  A-R-A-N-T.                                             |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

10

| | | |
|---|---|---|
| 08:34 | 1 | THE COURT:  Thank you.  And would you move the |
| 08:34 | 2 | microphone just a little closer to you so everybody can |
| 08:34 | 3 | hear. |
| 08:34 | 4 | Counsel, direct examination by Mr. Quinn on behalf |
| 08:34 | 5 | of Mattel. |
| 08:34 | 6 | MR. QUINN:  Thank you, Your Honor. |
| 08:34 | 7 | **DIRECT EXAMINATION** |
| 11:59 | 8 | BY MR. QUINN: |
| 08:34 | 9 | Q.   Good morning, Ms. Arant. |
| 08:34 | 10 | A.   Good morning. |
| 08:34 | 11 | Q.   You are an intellectual property lawyer? |
| 08:34 | 12 | A.   Yes. |
| 08:34 | 13 | Q.   And did you do some intellectual property work for MGA |
| 08:34 | 14 | back in the 2000 timeframe? |
| 08:34 | 15 | A.   Yes. |
| 08:34 | 16 | Q.   Could you explain to the jury, please, what |
| 08:34 | 17 | intellectual property law is? |
| 08:34 | 18 | A.   It concerns patents, trademarks, and copyrights.  It's |
| 08:34 | 19 | the protection of the property of the mind, basically. |
| 08:34 | 20 | Q.   Would trade secrets follow under that heading too? |
| 08:34 | 21 | A.   Yes. |
| 08:34 | 22 | Q.   Would you regard yourself as an expert on trade |
| 08:34 | 23 | secrets, for example? |
| 08:34 | 24 | A.   Not trade secrets, no.  Trademarks, yes. |
| 08:34 | 25 | Q.   And you've also been involved in some copyright work, |

| 08:34 | 1 | as well? |
| 08:34 | 2 | A.   Peripherally. |
| 08:34 | 3 | Q.   So intellectual property work, you said it's -- I'm |
| 08:34 | 4 | sorry -- the product of the mind? |
| 08:34 | 5 | A.   The property of the mind. |
| 08:34 | 6 | Q.   Property of the mind.  This is intangible property? |
| 08:35 | 7 | A.   Correct. |
| 08:35 | 8 | Q.   You have been an intellectual property lawyer for about |
| 08:35 | 9 | how many years? |
| 08:35 | 10 | A.   Twenty-seven. |
| 08:35 | 11 | Q.   And as someone who has spent 27 years in the field of |
| 08:35 | 12 | intellectual property, you're aware that intangible -- this |
| 08:35 | 13 | type of intangible property, intellectual property can be |
| 08:35 | 14 | extremely valuable? |
| 08:35 | 15 | A.   Yes. |
| 08:35 | 16 | Q.   As valuable as tangible property sometimes? |
| 08:35 | 17 | A.   Yes. |
| 08:35 | 18 | Q.   And you -- in your career, you've spent some time -- |
| 08:35 | 19 | you started out your career with the United States Patent |
| 08:35 | 20 | and Trademark Office; is that true? |
| 08:35 | 21 | A.   Yes. |
| 08:35 | 22 | Q.   And was that in Washington D.C.? |
| 08:35 | 23 | A.   Yes. |
| 08:35 | 24 | Q.   And how much time did you spend there? |
| 08:35 | 25 | A.   Approximately three years. |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 12 of 157   Page ID #:291509
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

12

| | | |
|---|---|---|
| 08:35 | 1 | Q.   And then after that, did you work have various outside |
| 08:35 | 2 | law firms? |
| 08:35 | 3 | A.   Yes. |
| 08:35 | 4 | Q.   Including a law firm -- is it the Russ Kabat firm? |
| 08:35 | 5 | A.   Russ August & Kabat. |
| 08:35 | 6 | Q.   Thank you.  The Russ August & Kabat firm that I take it |
| 08:36 | 7 | you were with back in the 2000 timeframe when you did some |
| 08:36 | 8 | work for MGA; is that true? |
| 08:36 | 9 | A.   Yes. |
| 08:36 | 10 | Q.   Now, to get some of these intellectual property rights |
| 08:36 | 11 | that you're referring to, it's necessary to make filings |
| 08:36 | 12 | with the United States government agencies, correct? |
| 08:36 | 13 | A.   Correct. |
| 08:36 | 14 | MS. HURST:  Objection.  Vague as to type of |
| 08:36 | 15 | intellectual property. |
| 08:36 | 16 | THE COURT:  Overruled. |
| 08:36 | 17 | THE WITNESS:  Yes. |
| 08:36 | 18 | BY MR. QUINN: |
| 08:36 | 19 | Q.   And in making those types of filings with the U.S. |
| 08:36 | 20 | government, it's important to be very careful about the |
| 08:36 | 21 | dates that you use, right? |
| 08:36 | 22 | A.   Yes. |
| 08:36 | 23 | Q.   Because the dates that you tell the government that -- |
| 08:36 | 24 | relating to use of marks and when things are registered, and |
| 08:36 | 25 | things like that, can have a bearing on the scope of the |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 13 of 157   Page ID #:291510
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

13

| | | |
|---|---|---|
| 08:36 | 1 | rights that you get, correct? |
| 08:36 | 2 | A.   Yes. |
| 08:36 | 3 | Q.   And, in fact, if you give the U.S. government dates |
| 08:36 | 4 | that are inaccurate, and that later comes to light, it's |
| 08:36 | 5 | possible that your rights could be cancelled or lost |
| 08:37 | 6 | altogether.  Would you agree with that? |
| 08:37 | 7 | A.   Yes. |
| 08:37 | 8 | Q.   And, in fact, under some circumstances, giving false |
| 08:37 | 9 | information to the U.S. government in connection with an |
| 08:37 | 10 | intellectual property application can be a crime, correct? |
| 08:37 | 11 | MS. HURST:  Objection.  Lacks foundation. |
| 08:37 | 12 | THE COURT:  Overruled. |
| 08:37 | 13 | THE WITNESS:  Yes. |
| 08:37 | 14 | BY MR. QUINN: |
| 08:37 | 15 | Q.   And when you -- so for these reasons, when you're |
| 08:37 | 16 | preparing one of these applications on behalf of one of your |
| 08:37 | 17 | clients in order to get intellectual property rights, you |
| 08:37 | 18 | confer -- you consult with your clients and try to make sure |
| 08:37 | 19 | you get accurate dates and information about those rights; |
| 08:37 | 20 | is that fair to say? |
| 08:37 | 21 | A.   Yes. |
| 08:37 | 22 | Q.   And just as a practical matter, you need to rely on |
| 08:37 | 23 | your clients to give you the accurate information; you don't |
| 08:37 | 24 | go out and do some type of independent investigation, |
| 08:37 | 25 | correct? |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 14 of 157   Page ID #:291511
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

14

| | | |
|---|---|---|
| 08:37 | 1 | A.    Correct. |
| 08:37 | 2 | Q.    And just as you know -- having worked in the Patent and |
| 08:38 | 3 | Trademark Office, you know that the federal government does |
| 08:38 | 4 | not go out and do an independent investigation.  They rely |
| 08:38 | 5 | on the information that is submitted to them in these |
| 08:38 | 6 | applications which you prepare; isn't that true? |
| 08:38 | 7 | A.    That's true. |
| 08:38 | 8 | Q.    So are you knowledgeable about patents as well, |
| 08:38 | 9 | something called the "on-sale bar"?  Is that something |
| 08:38 | 10 | you've ever heard of? |
| 08:38 | 11 | A.    No. |
| 08:38 | 12 | Q.    Never heard of that? |
| 08:38 | 13 | A.    No. |
| 08:38 | 14 | Q.    Have you heard of the concept of a derivative work in |
| 08:38 | 15 | copyright law?  Is that a concept you've ever heard of? |
| 08:38 | 16 | A.    I've heard of it. |
| 08:38 | 17 | Q.    So a derivative work, that is a work which is derived |
| 08:38 | 18 | from something else.  It's based on something that came |
| 08:38 | 19 | before, right? |
| 08:38 | 20 | MS. HURST:  Objection.  Leading.  Calls for a |
| 08:38 | 21 | legal conclusion, and this witness has not been designated |
| 08:38 | 22 | as an expert. |
| 08:38 | 23 | THE COURT:  It's leading. |
| 08:38 | 24 | MR. QUINN:  It's MGA's counsel, Your Honor. |
| 08:38 | 25 | THE COURT:  Called as an adverse witness? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

15

| | | |
|---|---|---|
| 08:38 | 1 | MR. QUINN:  Yes, Your Honor. |
| 08:39 | 2 | THE COURT:  Overruled. |
| 08:39 | 3 | You can answer the question. |
| 08:39 | 4 | MS. HURST:  Your Honor, improper legal opinion and |
| 08:39 | 5 | not designated as an expert. |
| 08:39 | 6 | THE COURT:  Thank you.  Overruled. |
| 08:39 | 7 | THE WITNESS:  Would you repeat the question again? |
| 08:39 | 8 | MR. QUINN:  Sure. |
| 08:39 | 9 | BY MR. QUINN: |
| 08:39 | 10 | Q.   So a derivative right -- a derivative work is a work |
| 08:39 | 11 | which is based on or is derived from something else that |
| 08:39 | 12 | came before, correct? |
| 08:39 | 13 | A.   Well, as I said, I've heard of the term, but I don't |
| 08:39 | 14 | really know the definition. |
| 08:39 | 15 | Q.   But would you disagree with what I just said? |
| 08:39 | 16 | MS. HURST:  Objection.  Argumentative.  Lacks |
| 08:39 | 17 | foundation. |
| 08:39 | 18 | THE COURT:  Overruled. |
| 08:39 | 19 | THE WITNESS:  No, I don't disagree with what you |
| 08:39 | 20 | said.  I really have no knowledge to answer the question |
| 08:39 | 21 | properly. |
| 08:39 | 22 | BY MR. QUINN: |
| 08:39 | 23 | Q.   You don't know whether a derivative work means that |
| 08:39 | 24 | something is derived from something else; is that -- |
| 08:39 | 25 | A.   Well, it sounds as if that would be a correct |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

16

| | | |
|---|---|---|
| 08:39 | 1 | definition, but I don't know. |
| 08:39 | 2 | Q.   All right.  Now, because of the importance of making |
| 08:39 | 3 | sure that you have accurate dates relating to these |
| 08:39 | 4 | intellectual property right applications, you've told us |
| 08:40 | 5 | that you make a practice of trying to confirm those dates |
| 08:40 | 6 | with clients, correct? |
| 08:40 | 7 | A.   Correct. |
| 08:40 | 8 | Q.   And you did that in your work with MGA, correct? |
| 08:40 | 9 | A.   That's my usual practice.  I don't have any |
| 08:40 | 10 | recollection of that.  It was over ten years ago. |
| 08:40 | 11 | Q.   All right.  But, I mean, you have -- it was over ten |
| 08:40 | 12 | years ago.  But you've testified on this subject before, |
| 08:40 | 13 | correct? |
| 08:40 | 14 | A.   Uh-huh.  Yes. |
| 08:40 | 15 | Q.   You've testified at a deposition, right? |
| 08:40 | 16 | A.   No. |
| 08:40 | 17 | Q.   Your deposition was not taken in this case? |
| 08:40 | 18 | A.   I don't believe I did a deposition for this case. |
| 08:40 | 19 | Q.   You testified at a previous proceeding like a trial? |
| 08:40 | 20 | The cat's out of the bag. |
| 08:40 | 21 | A.   Yes. |
| 08:40 | 22 | Q.   You have testified -- |
| 08:40 | 23 | A.   Yes, I did. |
| 08:40 | 24 | Q.   -- at a trial before on these subjects, right? |
| 08:40 | 25 | A.   Uh-huh. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

17

| | | |
|---|---|---|
| 08:40 | 1 | Q.   Including work you did relating to trademarks for MGA |
| 08:40 | 2 | and copyrights for MGA; do you recall that? |
| 08:40 | 3 | A.   Yes. |
| 08:40 | 4 | Q.   And you've also -- are you represented by counsel? |
| 08:40 | 5 | A.   No. |
| 08:40 | 6 | Q.   You were previously -- |
| 08:40 | 7 | A.   Yes. |
| 08:40 | 8 | Q.   -- when you testified before? |
| 08:41 | 9 | And that gentleman was a man by the name of |
| 08:41 | 10 | Mr. McFarland; is that correct? |
| 08:41 | 11 | A.   Yes. |
| 08:41 | 12 | Q.   And he was someone who was also -- he was at a |
| 08:41 | 13 | different firm than you were, correct? |
| 08:41 | 14 | A.   Yes. |
| 08:41 | 15 | Q.   And he was -- that other firm, Mr. McFarland's firm, |
| 08:41 | 16 | was also a firm that had done intellectual property work for |
| 08:41 | 17 | MGA, correct? |
| 08:41 | 18 | A.   I don't know. |
| 08:41 | 19 | Q.   You don't know one way or the other? |
| 08:41 | 20 | A.   Correct. |
| 08:41 | 21 | Q.   Well, we'll get back to that. |
| 08:41 | 22 | But in any event, you were represented by this |
| 08:41 | 23 | gentleman, Mr. McFarland, and your fees were paid by MGA, |
| 08:41 | 24 | correct? -- the fees of your attorney, correct? |
| 08:41 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

18

| 08:41 | 1 | Q.   Let's take a look, if you would, please -- there will |
| 08:41 | 2 | be a binder up there -- at Exhibit 11897. |
| 08:42 | 3 | MR. QUINN:  And if there is no objection, I will |
| 08:42 | 4 | offer this, Your Honor. |
| 08:42 | 5 | MS. HURST:  No objection. |
| 08:42 | 6 | THE COURT:  Received. |
| 08:42 | 7 | MR. QUINN:  If we could display that, please. |
| 08:42 | 8 | MS. HURST:  No, wait.  I apologize, Your Honor. |
| 08:42 | 9 | We do have a hearsay objection on this one. |
| 08:42 | 10 | MR. QUINN:  I can lay some foundation, Your Honor. |
| 08:42 | 11 | THE COURT:  Please. |
| 10:14 | 12 | BY MR. QUINN: |
| 08:42 | 13 | Q.   So back in the -- I think you've told us that back in |
| 08:42 | 14 | the 2000 timeframe you were with a firm called Russ August |
| 08:42 | 15 | Kabat & Kent? |
| 08:42 | 16 | A.   Yes. |
| 08:42 | 17 | Q.   And one of your clients was MGA? |
| 08:42 | 18 | A.   Yes. |
| 08:42 | 19 | Q.   And on this, you see the first page appears to be a fax |
| 08:42 | 20 | cover page to Ms. Paula Treantafelles from you.  Do you -- |
| 08:42 | 21 | A.   Yes. |
| 08:42 | 22 | Q.   -- see that? |
| 08:42 | 23 | A.   Yes, I do. |
| 08:42 | 24 | Q.   At ABC International Trader dba MGA, correct? |
| 08:42 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 08:42 | 1 | THE COURT:  And your name's on that? |
| 08:42 | 2 | THE WITNESS:  Yes, it is. |
| 08:42 | 3 | THE COURT:  The objection's overruled, Counsel. |
| 08:42 | 4 | MS. HURST:  Your Honor, it's the second page with |
| 08:42 | 5 | triple hearsay on it. |
| 08:42 | 6 | THE COURT:  I'm not sure what that second page is. |
| 08:43 | 7 | MR. QUINN:  Take -- |
| 08:43 | 8 | THE COURT:  It should be December 7, 2000, draft |
| 08:43 | 9 | registration materials for Jade; is that correct? |
| 08:43 | 10 | MR. QUINN:  Yes, Your Honor. |
| 08:43 | 11 | MS. HURST:  It's only the second page that we have |
| 08:43 | 12 | an objection to, Your Honor, with the hearsay. |
| 08:43 | 13 | THE COURT:  Well, are you going to display the |
| 08:43 | 14 | second page? |
| 08:43 | 15 | MR. QUINN:  Yes, Your Honor.  I can lay some |
| 08:43 | 16 | further foundation, Your Honor. |
| 08:43 | 17 | THE COURT:  Please. |
| 08:43 | 18 | Let me see that document for just a moment. |
| 08:43 | 19 | Counsel, lay the foundation. |
| 08:43 | 20 | MR. QUINN:  All right. |
| 08:59 | 21 | BY MR. QUINN: |
| 08:43 | 22 | Q.   So the second page here is on a -- you recognize this |
| 08:43 | 23 | to be the letterhead of your law firm, correct? |
| 08:43 | 24 | A.   Yes. |
| 08:43 | 25 | Q.   And it's signed by -- not signed, but your name |

| 08:43 | 1 | appears, "Very truly yours, Lucy Arant," correct? |
| 08:43 | 2 | A.   Correct. |
| 08:43 | 3 | Q.   And it's addressed to Paula, right? |
| 08:43 | 4 | A.   Yes. |
| 08:43 | 5 | Q.   There's a reference to Sharon? |
| 08:44 | 6 | A.   Yes. |
| 08:44 | 7 | Q.   And Sharon was your secretary then? |
| 08:44 | 8 | A.   Yes. |
| 08:44 | 9 | Q.   Sharon Litman, did you tell us? |
| 08:44 | 10 | A.   "Lippman." |
| 08:44 | 11 | Q.   "Litman"? |
| 08:44 | 12 | A.   Lippman, L-I-P-P-M-A-N. |
| 08:44 | 13 | Q.   And you've told us it was your practice that when you |
| 08:44 | 14 | collect this very important information about dates from |
| 08:44 | 15 | your clients, such as MGA, that you would confirm that |
| 08:44 | 16 | information with them, correct? |
| 08:44 | 17 | A.   Yes. |
| 08:44 | 18 |      MR. QUINN:  We'd offer this document, Your Honor. |
| 08:44 | 19 |      THE COURT:  It's received over objection. |
| 08:44 | 20 |      Thank you, Counsel. |
| 08:44 | 21 |      *(Exhibit No. 11897 received in evidence.)* |
| 08:44 | 22 |      THE COURT:  Please proceed. |
| 08:44 | 23 |       *(Document displayed.)* |
| 10:18 | 24 | BY MR. QUINN: |
| 08:44 | 25 | Q.   So if we could begin with the first page, the first |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

21

| | | |
|---|---|---|
| 08:44 | 1 | page is a fax cover letter from you to Ms. Paula |
| 08:44 | 2 | Treantafellas, now Garcia, correct? |
| 08:44 | 3 | A.   Which page are we on? |
| 08:44 | 4 | Q.   First page. |
| 08:44 | 5 | A.   The one with the transmission report? |
| 08:44 | 6 | Q.   Yes. |
| 08:44 | 7 | A.   Okay.  All right. |
| 08:44 | 8 | Q.   So this indicates that what we're about to look at was |
| 08:45 | 9 | successfully faxed to Paula Garcia at MGA, correct? |
| 08:45 | 10 | A.   Correct. |
| 08:45 | 11 | Q.   And then if we look at the next page -- |
| 08:45 | 12 | MR. QUINN:  And if we could blow that up, that |
| 08:45 | 13 | paragraph up at the top. |
| 08:45 | 14 | (Technician complies.) |
| 11:59 | 15 | BY MR. QUINN: |
| 08:45 | 16 | Q.   What you wrote is, "Dear Paula, per your telephone |
| 08:45 | 17 | conversation with Sharon, my legal assistant, enclosed |
| 08:45 | 18 | please find the four above-identified intent-to-use |
| 08:45 | 19 | trademark applications for Mr. Larian's review and |
| 08:45 | 20 | signature.  We can file the applications today if the signed |
| 08:45 | 21 | applications are faxed to our trademark fax number," and |
| 08:45 | 22 | then it gives the number. |
| 08:45 | 23 | By the way, do you recall there being some rush about |
| 08:45 | 24 | this assignment? |
| 08:45 | 25 | A.   I don't recall. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

22

08:45  1    Q.   And then you say, "You indicated that all four of the
08:45  2    applications have a date of first use of June 15, 2000."
08:46  3         Now, does the term "date of first use" have a
08:46  4    particular meaning in trademark law?
08:46  5    A.   Yes.
08:46  6    Q.   And what does that mean in trademark law?
08:46  7    A.   Applications can be filed on an intent-to-use or a use
08:46  8    basis.
08:46  9         An application can already be in use, but you can file
08:46  10   on an intent-to-use basis.  So the use date could precede
08:46  11   the filing date.
08:46  12   Q.   Right.
08:46  13   A.   It's important because, actually, in the United States,
08:46  14   trademark rights depend on the date of first use.
08:46  15   Q.   Right.  So that's why it's so important that you get
08:46  16   these dates right, correct?
08:46  17   A.   Correct.
08:46  18   Q.   And what you wrote is, "You," meaning Paula Garcia,
08:46  19   "have indicated that all four of the applications have a
08:46  20   date of first use of June 15, 2000.  Please confirm that
08:46  21   this is correct."
08:46  22        You're being a careful lawyer, right?
08:46  23   A.   Yes.
08:46  24   Q.   "As soon as you have four specimens for each mark,
08:46  25   please provide us with the specimens.  If you have any

DEBBIE GALE, U.S. COURT REPORTER

08:47 1   questions, please contact Sharon" –– and you give the

08:47 2   number.  "I will have the results of the search you

08:47 3   requested late this afternoon."

08:47 4        Did I read that correctly?

08:47 5   A.   Yes, you did.

08:47 6   Q.   And then attached are applications that you prepared

08:47 7   for intention-to-use marks in commerce for Jade, Yasmin,

08:47 8   Sasha, and Bratz, correct?

08:47 9             MR. QUINN:  If we could –– Mr. Kotarski, if we

08:47 10  could look at those.

08:47 11            THE WITNESS:  Yes.

08:47 12              (Document displayed.)

08:47 13  BY MR. QUINN:

08:47 14  Q.   Okay.  And what you indicate in each of these

08:47 15  applications is that the applicant has a bona fide intention

08:48 16  to use the mark in commerce on or in connection with the

08:48 17  above-identified goods, slash, services, correct?

08:48 18  A.   Correct.

08:48 19  Q.   And then, if we can go back to that 11897-2, your

08:48 20  confirmation to Paula Garcia, when you asked her to please

08:48 21  confirm that this date of first use of June 15, 2000, is

08:48 22  correct, did she ever get back to you and say, no, you've

08:48 23  got it wrong; that is the wrong date?

08:48 24  A.   I don't know.

08:48 25  Q.   Do you have any recollection of her having done that?

| 08:48 | 1 | A.   No. |
| 08:48 | 2 | Q.   Have you had a chance to review any of these |
| 08:48 | 3 | documents -- any documents relating to this subject in |
| 08:48 | 4 | connection with the preparation for your testimony here |
| 08:48 | 5 | today? |
| 08:48 | 6 | A.   Um, yes. |
| 08:48 | 7 | Q.   Did counsel show you some documents? |
| 08:48 | 8 | A.   Just this. |
| 08:48 | 9 | Q.   All right.  Did counsel show you anything from |
| 08:49 | 10 | Ms. Garcia saying this date was a mistake? |
| 08:49 | 11 | A.   No. |
| 08:49 | 12 | Q.   Now, you're quite clear that you communicated with |
| 08:49 | 13 | Paula Garcia on this subject, correct? |
| 08:49 | 14 | A.   Yes. |
| 08:49 | 15 | Q.   So, I mean, if Paula Garcia testified that she didn't |
| 08:49 | 16 | have anything to do with trademarks and didn't communicate |
| 08:49 | 17 | with you, as far as you're concerned, she'd simply be |
| 08:49 | 18 | mistaken, correct? |
| 08:49 | 19 | A.   Correct. |
| 08:49 | 20 | Q.   And sometimes you -- sometimes you file an |
| 08:49 | 21 | intent-to-use application when a mark is already in use, |
| 08:49 | 22 | correct? |
| 08:49 | 23 | A.   Correct. |
| 08:49 | 24 | Q.   And you do that because it can be faster; it can have |
| 08:49 | 25 | certain advantages, correct? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

25

| | | |
|---|---|---|
| 08:49 | 1 | A.    Yes. |
| 08:49 | 2 | Q.    Now, I'm assuming that as an intellectual property |
| 08:49 | 3 | lawyer, back in 2000, you had a number of clients and |
| 08:50 | 4 | responsibilities for maybe hundreds of -- maybe even |
| 08:50 | 5 | thousands of marks -- trademarks; is that correct? |
| 08:50 | 6 | A.    Yes. |
| 08:50 | 7 | Q.    And copyrights, as well? |
| 08:50 | 8 | A.    No copyrights. |
| 08:50 | 9 | Q.    All right.  So how do you keep track of all those |
| 08:50 | 10 | things?  You know, when -- you know, that sometimes you have |
| 08:50 | 11 | to do renewals, you have to do filings, because, you know, |
| 08:50 | 12 | dates come up, and they -- you know, you have to do some |
| 08:50 | 13 | supplemental filing; isn't that true? |
| 08:50 | 14 | A.    Yes. |
| 08:50 | 15 | Q.    So how do you -- at a busy law firm, with hundreds of |
| 08:50 | 16 | clients and responsibility for thousands of different marks |
| 08:50 | 17 | or types of intellectual property, how do you keep track of |
| 08:50 | 18 | all those due dates? |
| 08:50 | 19 | A.    We have a person whose entire job is to make sure that |
| 08:50 | 20 | those dates are entered into an electronic system. |
| 08:50 | 21 | Q.    So it's like a computer program, a docket system that |
| 08:50 | 22 | keeps track of those? |
| 08:50 | 23 | A.    Yes. |
| 08:50 | 24 | Q.    If you would take a look, please, at Exhibit 1192 -- |
| 08:50 | 25 | 11192. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

26

| 08:51 | 1 | THE COURT: Counsel, this is 1192? |
| 08:51 | 2 | MR. QUINN: I'm sorry, Your Honor. Three 1's. |
| 08:51 | 3 | THE COURT: Three, one? |
| 08:51 | 4 | MR. QUINN: I'm sorry. Three 1's. |
| 08:51 | 5 | 11192. |
| 08:51 | 6 | THE COURT: Just a moment. I have 11192. Is this |
| 08:51 | 7 | the docket sheet? |
| 08:51 | 8 | MR. QUINN: Yes, Your Honor. Thank you. |
| 08:51 | 9 | THE COURT: Then I missed a "1" on our night |
| 08:51 | 10 | session. |
| 08:51 | 11 | MS. HURST: Hearsay objection, Your Honor. |
| 08:51 | 12 | THE COURT: Overruled. |
| 08:51 | 13 | BY MR. QUINN: |
| 08:51 | 14 | Q.  So is 11192 a printout from the system at your law |
| 08:52 | 15 | firm -- from the trademark docket at your law firm for the |
| 08:52 | 16 | mark "Bratz"? |
| 08:52 | 17 | A.  It looks to be. |
| 08:52 | 18 | MR. QUINN: We'd offer that, Your Honor. |
| 08:52 | 19 | THE COURT: Received. |
| 08:52 | 20 | *(Exhibit No. 11192 received in evidence.)* |
| 08:52 | 21 | MR. QUINN: If we could look at the first page, |
| 08:52 | 22 | and if could enlarge that a little, Mr. Kotarski. This is |
| 08:52 | 23 | some basic information about the trademark "Bratz." Gives |
| 08:52 | 24 | the registrant, the application number, et cetera. |
| 08:52 | 25 | *(Document displayed.)* |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

27

| | | |
|---|---|---|
| 10:59 | 1 | BY MR. QUINN: |
| 08:52 | 2 | Q.  Correct? |
| 08:52 | 3 | A.  Yes. |
| 08:52 | 4 | Q.  And then down there, it's got goods or -- it says |
| 08:52 | 5 | "Classes."  It says, "Class 28," and then below that, |
| 08:52 | 6 | "Goods/Services, dolls in the International Class 28." |
| 08:52 | 7 | Could you please explain to the jury what the concept |
| 08:52 | 8 | of classes are as it relates to the trademarks? |
| 08:52 | 9 | A.  Yes.  Any good and service that you can imagine is |
| 08:52 | 10 | assigned a class.  And Class 28 happens to be for toys and |
| 08:53 | 11 | sporting goods.  So clothing, for example, might be in 25; |
| 08:53 | 12 | jewelry, 14.  So 28 is the proper U.S. class for dolls. |
| 08:53 | 13 | Q.  So is it true that someone could have rights for a |
| 08:53 | 14 | certain trademark in one class, and then somebody else could |
| 08:53 | 15 | have rights in that trademark for another class of good or |
| 08:53 | 16 | service? |
| 08:53 | 17 | A.  Correct. |
| 08:53 | 18 | Q.  So the trademark rights are really determined based on |
| 08:53 | 19 | the particular good or service that it's used on; is that |
| 08:53 | 20 | true? |
| 08:53 | 21 | A.  Yes. |
| 08:53 | 22 | Q.  And then, if we could look, please, at the next page, |
| 08:53 | 23 | and could you please tell us what this is? |
| 08:53 | 24 | A.  This is a page -- it looks like a page from the Russ |
| 08:53 | 25 | August Kabat trademark docket. |

| 08:53 | 1 | MR. QUINN:  If we could enlarge, say, the top |
| 08:53 | 2 | third there, Mr. Kotarski. |
| 08:53 | 3 | (Technician complies.) |
| 10:59 | 4 | BY MR. QUINN: |
| 08:53 | 5 | Q.   This indicates the name of your client, ABC |
| 08:54 | 6 | International/MGA, correct? |
| 08:54 | 7 | A.   Correct. |
| 08:54 | 8 | Q.   The trademark is Bratz, correct? |
| 08:54 | 9 | A.   Correct. |
| 08:54 | 10 | Q.   And if we go down to the bottom, there's a remarks |
| 08:54 | 11 | section, correct? |
| 08:54 | 12 | A.   Correct. |
| 08:54 | 13 | MR. QUINN:  Enlarge that remarks section. |
| 08:54 | 14 | BY MR. QUINN: |
| 08:54 | 15 | Q.   And what that says, "Dates of use, 6/15/2000, awaiting |
| 08:54 | 16 | specimens.  Client wants to file ASAP.  So ITU status as of |
| 08:54 | 17 | 12/7/00." |
| 08:54 | 18 | What does it mean "dates of use, 6/15/2000"?  What does |
| 08:54 | 19 | that mean? |
| 08:54 | 20 | A.   That means that we were told that the date it was first |
| 08:54 | 21 | used was June 15, 2000. |
| 08:54 | 22 | Q.   Again, that's important because that has some |
| 08:54 | 23 | consequences for when MGA would start to have rights in this |
| 08:54 | 24 | name, correct? |
| 08:54 | 25 | MS. HURST:  Objection.  Asked and answered. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

29

| | | |
|---|---|---|
| 08:54 | 1 | THE COURT:  Overruled. |
| 08:54 | 2 | THE WITNESS:  Yes. |
| 11:01 | 3 | BY MR. QUINN: |
| 08:54 | 4 | Q.   And it goes on to say, "also informed Victoria O'Connor |
| 08:55 | 5 | at ABC dba MGA of status of application." |
| 08:55 | 6 | She's the licensing director.  Do you remember Victoria |
| 08:55 | 7 | O'Connor?  Is that a name that you remember? |
| 08:55 | 8 | A.   I've heard the name. |
| 08:55 | 9 | Q.   Now, before you file one of these applications, I would |
| 08:55 | 10 | assume that you make some effort to see, you know, whether |
| 08:55 | 11 | or not the trademark is available.  Is that -- or whether |
| 08:55 | 12 | someone are somebody else has already got it? |
| 08:55 | 13 | A.   Sometimes. |
| 08:55 | 14 | Q.   And that's called a, what?  Trademark search? |
| 08:55 | 15 | A.   Yes.  A trademark clearance search. |
| 08:55 | 16 | Q.   And that's something that -- there are automated |
| 08:55 | 17 | services or programs that can do this, correct? |
| 08:55 | 18 | A.   Yes. |
| 08:55 | 19 | Q.   And that's something that you, as an intellectual |
| 08:55 | 20 | property lawyer, would do in the course of business when you |
| 08:55 | 21 | had a client that was looking to register a mark? |
| 08:55 | 22 | A.   It would depend on whether they wanted to do the |
| 08:55 | 23 | clearance search first.  It's an extra charge. |
| 08:56 | 24 | Q.   Well, if we can take a look at Exhibit 12114.  12114. |
| 08:56 | 25 | And I would ask you whether this is a search that you had |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

30

| 08:56 | 1 | run on August 17, 2000, for the word "angel" or variations |
| 08:56 | 2 | of the word -- and variations of that word in International |
| 08:56 | 3 | Class 28, which you've told us is for dolls and certain |
| 08:56 | 4 | other things.  Is that what this is? |
| 08:56 | 5 | A.   Yes. |
| 08:56 | 6 | Q.   And so would it be true to say that as of August -- you |
| 08:56 | 7 | know, at some point -- on August 17, 2000, or before then, |
| 08:56 | 8 | MGA had requested that you run a trademark search regarding |
| 08:56 | 9 | the availability of the mark or word as a mark "angel," |
| 08:57 | 10 | correct? |
| 08:57 | 11 | A.   Yes. |
| 08:57 | 12 | MR. QUINN:  We'd offer that, Your Honor. |
| 08:57 | 13 | THE COURT:  Received. |
| 08:57 | 14 | (Exhibit No. 12114 received in evidence.) |
| 08:57 | 15 | (Document displayed.) |
| 10:14 | 16 | BY MR. QUINN: |
| 08:57 | 17 | Q.   Okay.  Let's turn now to some other intellectual |
| 08:57 | 18 | property activities that you're involved in with MGA.  You |
| 08:57 | 19 | also were involved in some copyright applications, true? |
| 08:57 | 20 | A.   Involved. |
| 08:57 | 21 | Q.   All right.  Well, your name is on some? |
| 08:57 | 22 | A.   Yes. |
| 08:57 | 23 | Q.   And if we could look, please, at Exhibit 557, that |
| 08:57 | 24 | is -- Exhibit 557 is a certified copy of a copyright |
| 08:57 | 25 | registration form for what's described as "Jade doll |

Case 2:04-cv-09049-DOC-RNB  Document 9731  Filed 01/28/11  Page 31 of 157  Page ID #:291528
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

31

| | | |
|---|---|---|
| 08:57 | 1 | configuration, accessories and packaging," correct? |
| 08:57 | 2 | A.   Yes. |
| 08:58 | 3 | Q.   And you signed that over on the third page, correct? |
| 08:58 | 4 | A.   That appears to be my signature, yes. |
| 08:58 | 5 | Q.   And on the -- |
| 08:58 | 6 | MR. QUINN:  So we'd offer this, Your Honor. |
| 08:58 | 7 | THE COURT:  Received. |
| 08:58 | 8 | *(Exhibit No. 557 received in evidence.)* |
| 08:58 | 9 | *(Document displayed.)* |
| 08:58 | 10 | BY MR. QUINN: |
| 08:58 | 11 | Q.   On the second page of this exhibit down at the |
| 08:58 | 12 | bottom -- |
| 08:58 | 13 | MR. QUINN:  First, if we can look at the top. |
| 08:58 | 14 | Okay?  Title of this work, where it says, "Jade doll |
| 08:58 | 15 | configuration, accessories, and packaging."  This is on |
| 08:58 | 16 | page 2 of the exhibit. |
| 08:58 | 17 | *(Document displayed.)* |
| 08:58 | 18 | MR. QUINN:  557-2, at the top, title of this work. |
| 08:58 | 19 | THE WITNESS:  Yes. |
| 08:58 | 20 | MR. QUINN:  Just trying to get Mr. Kotarski caught |
| 08:58 | 21 | up with us. |
| 08:58 | 22 | *(Document displayed.)* |
| 10:18 | 23 | BY MR. QUINN: |
| 08:58 | 24 | Q.   And that's the work that this registration covers, |
| 08:58 | 25 | correct? |

| | | |
|---|---|---|
| 08:58 | 1 | A.   Correct. |
| 08:58 | 2 | Q.   And then down below, there's a box that asks, "Year in |
| 08:58 | 3 | which creation of this work was completed," correct? |
| 08:58 | 4 | A.   Yes. |
| 08:58 | 5 |         MR. QUINN:  If we could blow that up. |
| 08:59 | 6 |         *(Technician complies.)* |
| 08:59 | 7 | BY MR. QUINN: |
| 08:59 | 8 | Q.   And what you put there was 2000, correct?  The Jade |
| 08:59 | 9 | doll configuration, accessories, and packaging, which was |
| 08:59 | 10 | the subject of this copyright application, which you filed |
| 08:59 | 11 | with the copyright office -- based on the information that |
| 08:59 | 12 | you were provided by MGA, what you put here in the |
| 08:59 | 13 | application is that it was -- this work was completed in the |
| 08:59 | 14 | year 2000, correct? |
| 08:59 | 15 | A.   Correct. |
| 08:59 | 16 | Q.   And then, if we could turn to Exhibit 559, that's, |
| 08:59 | 17 | similarly, a registration which you signed for Sasha doll |
| 09:00 | 18 | configuration, accessories, and packaging, correct? |
| 09:00 | 19 | A.   Yes. |
| 09:00 | 20 |         MR. QUINN:  We'd offer that, Your Honor. |
| 09:00 | 21 |         THE COURT:  Received. |
| 09:00 | 22 |         MS. HURST:  No objection. |
| 09:00 | 23 |         *(Exhibit No. 559 received in evidence.)* |
| 09:00 | 24 | BY MR. QUINN: |
| 09:00 | 25 | Q.   Likewise, what you put here in the application was that |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

33

| | | |
|---|---|---|
| 09:00 | 1 | this work, the Sasha doll configuration, accessories, and |
| 09:00 | 2 | packaging, were completed in 2000, correct? |
| 09:00 | 3 | A.   Correct. |
| 09:00 | 4 | Q.   And then, Exhibit 562 -- I'm sorry -- Exhibit 561, same |
| 09:00 | 5 | thing for Cloe doll configuration, accessories, and |
| 09:00 | 6 | packaging? |
| 09:00 | 7 | A.   Yes. |
| 09:00 | 8 | MR. QUINN:  We'd offer that, Your Honor. |
| 09:00 | 9 | THE COURT:  Received. |
| 09:00 | 10 | (Exhibit No. 561 received in evidence.) |
| 09:00 | 11 | BY MR. QUINN: |
| 09:00 | 12 | Q.   And similarly, what you indicated on this copyright |
| 09:00 | 13 | application for Cloe doll configuration, accessories, and |
| 09:00 | 14 | packaging, that work was completed in the year 2000, |
| 09:00 | 15 | correct? |
| 09:00 | 16 | A.   Correct. |
| 09:00 | 17 | Q.   And then, finally, Exhibit 563 is a copyright |
| 09:01 | 18 | application which you submitted for Yasmin doll |
| 09:01 | 19 | configuration, accessories, and packaging, correct? |
| 09:01 | 20 | A.   Correct. |
| 09:01 | 21 | MR. QUINN:  We'd offer that, Your Honor, |
| 09:01 | 22 | Exhibit 563, as well. |
| 09:01 | 23 | THE COURT:  Received. |
| 09:01 | 24 | (Exhibit No. 563 received in evidence.) |
| | 25 | |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

34

| 09:01 | 1 | BY MR. QUINN: |
| 09:01 | 2 | Q.   And the date you indicated for the completion of the |
| 09:01 | 3 | Yasmin doll configuration, accessories, and packaging was |
| 09:01 | 4 | also year 2000, correct? |
| 09:01 | 5 | A.   Correct. |
| 09:01 | 6 | Q.   And again, that was based -- necessarily based on |
| 09:01 | 7 | information that MGA provided to you? |
| 09:01 | 8 | A.   Yes. |
| 09:01 | 9 | Q.   Now, you know, because you've testified about this |
| 09:01 | 10 | before, that four years later MGA filed so-called CA forms |
| 09:01 | 11 | relating to these registrations, correct? |
| 09:01 | 12 | MS. HURST:  Object to the form.  Referencing prior |
| 09:01 | 13 | testimony. |
| 09:01 | 14 | THE COURT:  Overruled. |
| 09:01 | 15 | THE WITNESS:  I don't know that.  And I don't know |
| 09:01 | 16 | what a CA form is. |
| 09:02 | 17 | BY MR. QUINN: |
| 09:02 | 18 | Q.   If you'd take a look at Exhibit 558, do you recall that |
| 09:02 | 19 | you were shown this form in your previous testimony? |
| 09:02 | 20 | A.   No. |
| 09:03 | 21 | Q.   Let's see if I can refresh your recollection, |
| 09:03 | 22 | Ms. Arant.  If we could put before you -- if we have the |
| 09:03 | 23 | trial testimony available from June 5, 2008 -- June 5, 2008, |
| 09:03 | 24 | page 1463, 1 to 6. |
| 09:03 | 25 | 1463, 1 to 16. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

35

| | | |
|---|---|---|
| 09:03 | 1 | *(Document provided to witness.)* |
| 11:19 | 2 | BY MR. QUINN: |
| 09:04 | 3 | Q.   Do you recall you were presented with a so-called CA |
| 09:04 | 4 | form for the Jade doll? |
| 09:04 | 5 | A.   I see that it was shown to me. |
| 09:04 | 6 | Q.   All right.  And you know that that CA form for the Jade |
| 09:04 | 7 | doll, that's a corrected form that you would file if there |
| 09:04 | 8 | had been a mistake in the original copyright application, |
| 09:04 | 9 | correct? |
| 09:04 | 10 | A.   Yes. |
| 09:04 | 11 | Q.   Do you recall now that you were presented with these CA |
| 09:04 | 12 | forms relating to each of the registrations previously? |
| 09:04 | 13 | A.   I don't personally recall.  Just reading my testimony |
| 09:04 | 14 | here, apparently someone showed it to me at that time. |
| 09:04 | 15 | Q.   Right.  And you identified it as a -- well, this is a |
| 09:04 | 16 | corrected form that you would file if there had been a |
| 09:04 | 17 | mistake in a copyright.  That was your testimony, correct? |
| 09:04 | 18 | A.   Yes. |
| 09:04 | 19 |         MR. QUINN:  So we'd offer that, Your Honor. |
| 09:04 | 20 |         THE COURT:  Received. |
| 09:04 | 21 |         *(Exhibit No. 558 received in evidence.)* |
| 09:05 | 22 |         MR. QUINN:  So if could put that up on the screen |
| 09:05 | 23 | and we could enlarge, Ken, just the "A." |
| 09:05 | 24 |         *(Technician complies.)* |
| 09:05 | 25 |         *(Document displayed.)* |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

36

09:05    1    BY MR. QUINN:

09:05    2    Q.   First off, the date of this is March 28, 2005, correct?

09:05    3    A.   I see that date written in, yes.

09:05    4    Q.   So this is four years after the original copyright

09:05    5    registration for the Jade doll configuration, accessories,

09:05    6    and packaging, correct?

09:05    7    A.   Yes.

09:05    8    Q.   And what it says on the second page in Section D --

09:05    9         MR. QUINN:  If we could enlarge that.

09:05   10         *(Technician complies.)*

09:05   11         *(Document displayed.)*

09:05   12         MR. QUINN:  And if we could enlarge Item 3(a)

09:05   13    there.

09:05   14    BY MR. QUINN:

09:05   15    Q.   What's filed here it says, "corrected information" --

09:05   16    it says, "incorrect information, 2000.  Corrected

09:05   17    information, 2001," correct?

09:05   18    A.   That's what it says.

09:05   19    Q.   So four years after you signed and filed that original

09:06   20    copyright application for the Jade doll configuration,

09:06   21    accessories, and packaging -- four years later -- which said

09:06   22    a date of completion of 2000, MGA filed this CA form saying,

09:06   23    well, that was a mistake; the correct date is 2001, correct?

09:06   24    A.   Um, I don't know if MGA filed this.  Looks like someone

09:06   25    from White & Case.

09:06    1    Q.    Well, you can see that's on behalf of MGA.  It's a law

09:06    2    firm.  White & Case is a well-known law firm, correct?

09:06    3    A.    I guess.

09:06    4    Q.    Well, you know they're a law firm?

09:06    5    A.    Yes, I know they're a law firm.

09:06    6    Q.    And you see here in "F," they're signing this on behalf

09:06    7    of MGA?

09:06    8    A.    Yes.

09:06    9    Q.    So there's really no doubt, looking at this, that four

09:06   10    years after that copyright registration was filed indicating

09:06   11    a completion date of 2000, MGA filed this corrected form

09:06   12    saying, no, that was a mistake.  The correct date for the

09:06   13    completion of the Jade doll configuration, accessories, and

09:07   14    packaging was 2001.  Correct?

09:07   15    A.    Yes.

09:07   16    Q.    Now, isn't it true that in between the filing of that

09:07   17    original application and the filing of this corrected form,

09:07   18    the date of completion of the Jade doll had become the

09:07   19    subject of a legal dispute?

09:07   20              MS. HURST:  Objection.  Lacks foundation.

09:07   21              THE COURT:  Overruled.

09:07   22              THE WITNESS:  I don't know the timeframe, but I

09:07   23    don't -- I can't answer definitively.

09:07   24    BY MR. QUINN:

09:07   25    Q.    Well, you're aware -- this was discussed at your

DEBBIE GALE, U.S. COURT REPORTER

| 09:07 | 1 | testimony before -- that this lawsuit started on April 27, |
| 09:07 | 2 | 2004, correct? |
| 09:07 | 3 | MS. HURST:  Objection.  To the reference to prior |
| 09:07 | 4 | testimony. |
| 09:07 | 5 | THE COURT:  I'm sorry? |
| 09:07 | 6 | MS. HURST:  Objection to the form.  Reference to |
| 09:07 | 7 | prior testimony. |
| 09:07 | 8 | THE COURT:  Overruled. |
| 09:07 | 9 | THE WITNESS:  I don't know that the date was |
| 09:07 | 10 | April 4th.  I know that was around the timeframe, but I |
| 09:07 | 11 | can't tell the exact -- I don't remember the exact date. |
| 09:08 | 12 | BY MR. QUINN: |
| 09:08 | 13 | Q.   Okay. |
| 09:08 | 14 | A.   I don't remember the exact date. |
| 09:08 | 15 | Q.   Okay.  So whether or not it was -- what the exact date |
| 09:08 | 16 | was, you're aware that these legal proceedings started in |
| 09:08 | 17 | April 2004, correct? |
| 09:08 | 18 | A.   Yes. |
| 09:08 | 19 | Q.   And that about one year later, MGA filed a corrected |
| 09:08 | 20 | form, correct? |
| 09:08 | 21 | A.   Yes. |
| 09:08 | 22 | Q.   And we have -- they also filed corrected forms for each |
| 09:08 | 23 | of the other registrations; isn't that true? |
| 09:08 | 24 | A.   Um... |
| 09:08 | 25 | Q.   Changing the same dates? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

39

| 09:08 | 1 | A.    I don't remember. |
| 09:08 | 2 | Q.    Well, let's take a look at Exhibit 560. |
| 09:08 | 3 | THE COURT:  Did you also have 562 and 564, |
| 09:08 | 4 | Counsel? |
| 09:08 | 5 | MR. QUINN:  Yes, Your Honor.  Yes.  If we look |
| 09:08 | 6 | at -- maybe we can do them as a batch. |
| 09:08 | 7 | Exhibit 560, CA form for Sasha doll configuration, |
| 09:08 | 8 | accessories, and packaging; Exhibit 562, CA form, correction |
| 09:09 | 9 | form, for Cloe doll configuration, accessories, and |
| 09:09 | 10 | packaging; and Exhibit 564, CA correction form for Yasmin |
| 09:09 | 11 | doll configuration, accessories, and packaging. |
| 09:09 | 12 | BY MR. QUINN: |
| 09:09 | 13 | Q.    Do you see those? |
| 09:09 | 14 | A.    Yes. |
| 09:09 | 15 | MR. QUINN:  We'd offer those, Your Honor. |
| 09:09 | 16 | THE COURT:  Received. |
| 09:09 | 17 | *(Exhibit No. 560 received in evidence.)* |
| 09:09 | 18 | *(Exhibit No. 562 received in evidence.)* |
| 09:09 | 19 | *(Exhibit No. 564 received in evidence.)* |
| 09:09 | 20 | *(Documents displayed.)* |
| 09:09 | 21 | BY MR. QUINN: |
| 09:09 | 22 | Q.    I won't take the time to go through each of those, but |
| 09:09 | 23 | it's true, isn't it, that in each case MGA, about a year |
| 09:09 | 24 | after this lawsuit started, filed a corrected form with the |
| 09:09 | 25 | copyright office, changing the date when the copyrighted |

| | | |
|---|---|---|
| 09:09 | 1 | work was completed? |
| 09:09 | 2 | A.   Yes. |
| 09:09 | 3 | Q.   If we could go back to the correction form 558 for the |
| 09:09 | 4 | Jade doll, first page. |
| 09:09 | 5 | MR. QUINN:  Enlarge at the bottom. |
| 09:10 | 6 | (Technician complies.) |
| 09:10 | 7 | (Document displayed.) |
| 09:10 | 8 | BY MR. QUINN: |
| 09:10 | 9 | Q.   This correction form added some additional information |
| 09:10 | 10 | under line 6(a) -- under C6(a).  Do you see that? |
| 09:10 | 11 | A.   Yes.  Yes, I do. |
| 09:10 | 12 | Q.   It also said that the Jade doll configuration, |
| 09:10 | 13 | accessories, and packaging that was copyrighted was a |
| 09:10 | 14 | derivative work, correct? |
| 09:10 | 15 | A.   Yes. |
| 09:10 | 16 | Q.   And what did MGA say that the Jade configuration, |
| 09:10 | 17 | accessories, and packaging was derivative of? |
| 09:10 | 18 | A.   I don't know. |
| 09:10 | 19 | Q.   Can you see it there? |
| 09:10 | 20 | A.   A Jade drawing. |
| 09:10 | 21 | Q.   Jade drawing, correct? |
| 09:10 | 22 | A.   Yes. |
| 09:10 | 23 | Q.   And each of the other correction forms similarly |
| 09:10 | 24 | identified -- if we look at 560, the Sasha doll, et cetera, |
| 09:10 | 25 | identified it as being derivative of the Sasha drawing? |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 41 of 157   Page ID #:291538
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

41

| | | |
|---|---|---|
| 09:11 | 1 | A.   Yes. |
| 09:11 | 2 | Q.   562 identified the Cloe doll as being derivative of the |
| 09:11 | 3 | Cloe drawing? |
| 09:11 | 4 | A.   Yes. |
| 09:11 | 5 | Q.   And 564 identified the Yasmin doll as being derivative |
| 09:11 | 6 | of the Yasmin drawing, correct? |
| 09:11 | 7 | A.   Yes. |
| 09:11 | 8 | Q.   And you understood -- you're the person who signed the |
| 09:11 | 9 | original copyright applications, right? |
| 09:11 | 10 | A.   I signed them, yes. |
| 09:11 | 11 | Q.   All right.  And although you've kind of told us -- I |
| 09:11 | 12 | got the sense you do more trademark work than copyright |
| 09:11 | 13 | work? |
| 09:11 | 14 | A.   That's for sure. |
| 09:11 | 15 | Q.   You understand that when somebody says this is a |
| 09:11 | 16 | derivative work under the copyright law, that means it's |
| 09:11 | 17 | based on something else that came before, correct? |
| 09:11 | 18 | A.   As I said earlier, I don't know what the legal |
| 09:11 | 19 | definition is, but it certainly seems as if that would be |
| 09:11 | 20 | what it meant. |
| 09:12 | 21 | Q.   If we could turn back, please, to Exhibit 11192 -- I'm |
| 09:13 | 22 | sorry.  111897, page 2.  That's 11897-2. |
| 09:13 | 23 |           THE COURT:  11,897? |
| 09:13 | 24 |           MR. QUINN:  Yes.  The second page of that. |
| 09:13 | 25 |           If we could blow up your confirmation there. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

42

| | | |
|---|---|---|
| 09:13 | 1 | *(Technician complies.)* |
| 09:13 | 2 | *(Document displayed.)* |
| 09:13 | 3 | BY MR. QUINN: |
| 09:13 | 4 | Q.   So when Paula told you the date of first use of these |
| 09:13 | 5 | marks was June 15, 2000, that was -- she's telling you that |
| 09:13 | 6 | as of -- can you tell from the previous fax cover page? |
| 09:13 | 7 | A.   Um, on or about December 7 (*sic*), 2000. |
| 09:13 | 8 | Q.   Right.  Okay.  So on or about December -- did you say |
| 09:14 | 9 | the 1st, I'm sorry? |
| 09:14 | 10 | A.   The 2nd. |
| 09:14 | 11 | Q.   All right.  So she's telling you on or about |
| 09:14 | 12 | December 2, 2000, that the date of first use was June 15, |
| 09:14 | 13 | 2000, correct? |
| 09:14 | 14 | MS. HURST:  Objection.  Misstates the testimony as |
| 09:14 | 15 | to whom Ms. Garcia told. |
| 09:14 | 16 | THE COURT:  Overruled. |
| 09:14 | 17 | THE WITNESS:  Yes. |
| 09:14 | 18 | BY MR. QUINN: |
| 09:14 | 19 | Q.   All right.  That couldn't be a typo, could it?  I mean, |
| 09:14 | 20 | that couldn't be a typo that should have been 2001, right? |
| 09:14 | 21 | A.   Could have. |
| 09:14 | 22 | Q.   That wouldn't make sense? |
| 09:14 | 23 | A.   It could be a typo. |
| 09:14 | 24 | Q.   Well, you're communicating with her on December 2nd, |
| 09:14 | 25 | 2000, right? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

43

| | | |
|---|---|---|
| 09:14 | 1 | A.   Well, that's when the fax was sent confirming the |
| 09:14 | 2 | conversation. |
| 09:14 | 3 | Q.   Right.  So would you agree with me that it wouldn't |
| 09:14 | 4 | make sense that that December 15th, 2000, would just be a |
| 09:14 | 5 | typo and that what was meant was a date six months into the |
| 09:15 | 6 | future, after you're having this conversation with her? |
| 09:15 | 7 | A.   Yes. |
| 09:15 | 8 | Q.   And you've heard about a trademark relating to Bratz -- |
| 09:15 | 9 | you have come to hear about a trademark relating to Bratz |
| 09:15 | 10 | where the registrant was something or someone called |
| 09:15 | 11 | "Lovins"? |
| 09:15 | 12 | A.   No. |
| 09:15 | 13 | Q.   You have not? |
| 09:16 | 14 | A.   No. |
| 09:16 | 15 | Q.   Did you hear that the Bratz trademark was owned by a |
| 09:16 | 16 | company call Lovins, Inc.? |
| 09:16 | 17 | A.   No. |
| 09:16 | 18 | Q.   Are you aware of any assignment at any time of the name |
| 09:16 | 19 | "Bratz" from a company called Lovins, Inc. to MGA? |
| 09:16 | 20 | A.   No. |
| 09:16 | 21 | Q.   And you certainly were not involved in any such |
| 09:16 | 22 | assignment? |
| 09:16 | 23 | A.   No. |
| 09:17 | 24 | Q.   If you could take a look at Exhibit 34897.  Do you see |
| 09:17 | 25 | there an e-mail between you and a Kerri Legg of MGA? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

44

| | | |
|---|---|---|
| 09:17 | 1 | A.   Yes. |
| 09:17 | 2 | MS. HURST:  We don't have that on the list. |
| 09:17 | 3 | MR. QUINN:  I'm sorry? |
| 09:17 | 4 | MS. HURST:  We don't have that on the list. |
| 09:17 | 5 | THE COURT:  Just a minute. |
| 09:18 | 6 | MR. QUINN:  I'm sorry.  I think we've straightened |
| 09:18 | 7 | it out, Your Honor. |
| 09:18 | 8 | I've probably used the wrong number. |
| 09:18 | 9 | THE COURT:  I have an e-mail 34847, dated |
| 09:18 | 10 | October 4, 2000, between Legg and Mr. Larian. |
| 09:18 | 11 | MR. QUINN:  Yes. |
| 09:18 | 12 | THE COURT:  Counsel. |
| 09:18 | 13 | MS. HURST:  Yeah, he had misspoke the number, |
| 09:18 | 14 | Your Honor. |
| 09:18 | 15 | MR. QUINN:  My mistake, Your Honor. |
| 09:18 | 16 | THE COURT:  Thank you very much. |
| 09:18 | 17 | MR. QUINN:  So we'd offer this. |
| 09:18 | 18 | MS. HURST:  No objection. |
| 09:18 | 19 | THE COURT:  Received. |
| 09:18 | 20 | *(Exhibit No. 34847 received in evidence.)* |
| 09:18 | 21 | BY MR. QUINN: |
| 09:18 | 22 | Q.   This is an e-mail string -- there's an e-mail here |
| 09:18 | 23 | between you and Kerri Legg dated September 20, 2000.  Do you |
| 09:18 | 24 | see that? |
| 09:18 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

45

| 09:18 | 1 | Q.   And in the middle there, it indicates that you -- as of |
|---|---|---|
| 09:19 | 2 | that date, September 20, 2000, you're doing a trademark |
| 09:19 | 3 | search with respect to the word "Bratz," correct? |
| 09:19 | 4 | A.   Yes. |
| 09:19 | 5 | Q.   And that's something that you had been asked to do by |
| 09:19 | 6 | MGA, correct? |
| 09:19 | 7 | A.   Correct. |
| 09:19 | 8 | Q.   As of that date? |
| 09:19 | 9 | A.   Yes. |
| 09:19 | 10 | MR. QUINN:  Nothing further. |
| 09:19 | 11 | Thank you. |
| 09:19 | 12 | THE COURT:  Counsel, just a moment. |
| 09:19 | 13 | So the jury's clear, is the trademark search with |
| 09:19 | 14 | a "Z" or an "S"? |
| 09:19 | 15 | MR. QUINN:  Ah. |
| 09:19 | 16 | THE COURT:  So the jury is not confused. |
| 09:19 | 17 | BY MR. QUINN: |
| 09:19 | 18 | Q.   This is with a "Z," correct, ma'am? |
| 09:19 | 19 | A.   Yes. |
| 09:19 | 20 | THE COURT:  Okay. |
| 09:19 | 21 | MR. QUINN:  Thank you. |
| 09:19 | 22 | THE COURT:  Thank you. |
| 09:19 | 23 | Now, counsel have brought to the Court's attention |
| 09:19 | 24 | a request by both counsel for me to resolve a matter, about |
| 09:19 | 25 | 8:29 this morning.  I always like to read things before |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

46

| | | |
|---|---|---|
| 09:19 | 1 | making rulings. |
| 09:20 | 2 | So this witness is going to step down. We'll get |
| 09:20 | 3 | to you later this morning, and we'll get you on your way. |
| 09:20 | 4 | THE WITNESS: Thank you. |
| 09:20 | 5 | THE COURT: Call another witness, and we'll take |
| 09:20 | 6 | that motion outside the presence of the jury over the lunch |
| 09:20 | 7 | recess. |
| 09:20 | 8 | Your next witness, please. |
| 09:20 | 9 | MR. QUINN: Mattel calls Nana Ashong. |
| 09:20 | 10 | THE COURT: Thank you. If you would step forward, |
| 09:20 | 11 | please. |
| 09:20 | 12 | Thank you very much. And after you come through |
| 09:20 | 13 | the double doors, and now would you be kind enough to raise |
| 09:21 | 14 | your right hand. |
| 09:21 | 15 | **NANA ASHONG, MATTEL'S WITNESS, SWORN** |
| 09:21 | 16 | THE WITNESS: I do. |
| 09:21 | 17 | THE COURT: Thank you. If you would come along |
| 09:21 | 18 | the side of the jury rail. After you're comfortably seated, |
| 09:21 | 19 | would you turn and face the jury, and would you state your |
| 09:21 | 20 | full name for the jury, please. |
| 09:21 | 21 | THE WITNESS: Nana Ashong. |
| 09:21 | 22 | THE COURT: Would you spell your last name for the |
| 09:21 | 23 | jurors, please. |
| 09:21 | 24 | THE WITNESS: A-S-H-O-N-G. |
| 09:21 | 25 | THE COURT: Thank you. This is direct examination |

| 09:21 | 1 | by Mr. Quinn on behalf of Mattel. |
| 09:21 | 2 | MR. QUINN:  Thank you, Your Honor. |
| 09:21 | 3 | **DIRECT EXAMINATION** |
| 09:21 | 4 | BY MR. QUINN: |
| 09:21 | 5 | Q.   Good morning, Ms. Ashong. |
| 09:21 | 6 | A.   Good morning. |
| 09:21 | 7 | Q.   You are here pursuant to a subpoena that you received? |
| 09:21 | 8 | A.   That's correct. |
| 09:21 | 9 | Q.   And you used to work at MGA? |
| 09:21 | 10 | A.   I did. |
| 09:21 | 11 | Q.   Could you tell the jury what it is that you do now? |
| 09:22 | 12 | A.   I produce commercials, custom sports program, that sort |
| 09:22 | 13 | of thing. |
| 09:22 | 14 | Q.   And you have a bachelor's degree from Dartmouth |
| 09:22 | 15 | College? |
| 09:22 | 16 | A.   I do. |
| 09:22 | 17 | Q.   When did you start working at MGA? |
| 09:22 | 18 | A.   In, I believe, April or May of 2001. |
| 09:22 | 19 | Q.   And what was your title when you started there? |
| 09:22 | 20 | A.   Associate product manager. |
| 09:22 | 21 | Q.   Was that your first job you had after college or -- |
| 09:22 | 22 | A.   That was -- that was probably my first full-time job |
| 09:22 | 23 | after college.  I'd traveled a little bit and done a few |
| 09:22 | 24 | other things, yeah. |
| 09:22 | 25 | Q.   And how long did you stay at MGA, working there? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

48

| | | |
|---|---|---|
| 09:22 | 1 | A.    Five months. |
| 09:22 | 2 | Q.    And who did you report to while you were there? |
| 09:22 | 3 | A.    Paula Treantafelles. |
| 09:22 | 4 | Q.    What were your job duties and responsibilities at MGA? |
| 09:22 | 5 | A.    They were quite varied.  Anything ranging from |
| 09:23 | 6 | involvement in the communicating with our Hong Kong -- with |
| 09:23 | 7 | our Hong Kong vendors and production staff, to working with |
| 09:23 | 8 | our internal marketing and internal marketing packaging |
| 09:23 | 9 | personnel with regard specifically to dolls as a product |
| 09:23 | 10 | line. |
| 09:23 | 11 | Q.    Did you get involved at all in doing searches for |
| 09:23 | 12 | trademark and copyrights? |
| 09:23 | 13 | A.    I did do some of that, yes. |
| 09:23 | 14 | Q.    And you're not a lawyer? |
| 09:23 | 15 | A.    I am not. |
| 09:23 | 16 | Q.    Okay.  But was it your understanding that dates are |
| 09:23 | 17 | important when it comes to trademark and copyright |
| 09:23 | 18 | applications and when dates are first -- when those things |
| 09:23 | 19 | are first used, those marks are first used, and things like |
| 09:23 | 20 | that? |
| 09:23 | 21 | A.    Yes. |
| 09:23 | 22 | Q.    And did you understand that, when you were writing down |
| 09:23 | 23 | dates of first use and things like that, it was important to |
| 09:23 | 24 | be accurate? |
| 09:23 | 25 | A.    That would be assumed, yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

49

| | | |
|---|---|---|
| 09:24 | 1 | Q.   And did you have some involvement yourself in dealing |
| 09:24 | 2 | with the outside lawyers, lawyers at law firms outside of |
| 09:24 | 3 | MGA, in communicating information relating to trademarks and |
| 09:24 | 4 | copyright? |
| 09:24 | 5 | A.   Yes.  Um, yes. |
| 09:24 | 6 | Q.   Okay.  Could you just tell us -- give us a general idea |
| 09:24 | 7 | what the nature of those activities were. |
| 09:24 | 8 | A.   Um, following any sort of rough preliminary research |
| 09:24 | 9 | that I personally did with regard to any of the marks, that |
| 09:24 | 10 | material would then be sent to individuals in the company |
| 09:24 | 11 | who were higher ranked than myself and then followed along |
| 09:24 | 12 | to the lawyers. |
| 09:24 | 13 | Sometimes I would copy the appropriate legal personnel |
| 09:24 | 14 | on those communications as well, and they would attend to |
| 09:24 | 15 | the filing.  We didn't do any filing in-house. |
| 09:24 | 16 | Q.   And did you also work with an individual at MGA by the |
| 09:24 | 17 | name of Farhad, or Fred, Larian? |
| 09:24 | 18 | A.   Yes. |
| 09:24 | 19 | Q.   And was Mr. Farhad Larian involved in intellectual |
| 09:25 | 20 | property issues, trademarks, copyrights, things of that |
| 09:25 | 21 | nature? |
| 09:25 | 22 | A.   From my understanding in the time that I was there, |
| 09:25 | 23 | Fred was the -- internally speaking, the key individual to |
| 09:25 | 24 | address with regard to those matters. |
| 09:25 | 25 | Q.   And how about Paula Garcia, was she involved in |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

50

| 09:25 | 1 | trademarks and copyrights, as well? |
| 09:25 | 2 | A.   Not -- not extensively.  It was a given that Fred was |
| 09:25 | 3 | sort of the final point of contact in that regard. |
| 09:25 | 4 | Obviously, as the product manager, anything relating to |
| 09:25 | 5 | things that might be copyrighted, the names, any, you know, |
| 09:25 | 6 | service marks were, obviously, also addressed by Paula. |
| 09:25 | 7 | Q.   Okay.  Did you get -- for your work with respect to |
| 09:25 | 8 | copyrights and trademarks, intellectual property, would you |
| 09:25 | 9 | get information from Paula Garcia? |
| 09:26 | 10 | A.   Yes.  In addition to other individuals, yes. |
| 09:26 | 11 | Q.   Sure. |
| 09:26 | 12 | A.   Sure. |
| 09:26 | 13 | Q.   For example, she'd give you information about, in |
| 09:26 | 14 | general terms, what works were being used and when they were |
| 09:26 | 15 | being used, things of that nature? |
| 09:26 | 16 | A.   Yes. |
| 09:26 | 17 | Q.   And were you responsible for all the copyright and |
| 09:26 | 18 | trademark issues relating to Bratz, at least under |
| 09:26 | 19 | Mr. Farhad Larian? |
| 09:26 | 20 | MR. McCONVILLE:  Objection.  Vague. |
| 09:26 | 21 | THE COURT:  Overruled.  You can answer. |
| 09:26 | 22 | THE WITNESS:  To some extent, yes. |
| 09:26 | 23 | MR. QUINN:  If we could look at Exhibit 551.  This |
| 09:26 | 24 | is in evidence, Your Honor. |
| 09:26 | 25 | *(Document displayed.)* |

| 09:26 | 1 | MR. QUINN: And if we could blow up that text |
| 09:26 | 2 | there at the top. |
| 09:26 | 3 | BY MR. QUINN: |
| 09:26 | 4 | Q. Is this an e-mail from you to -- that you wrote to |
| 09:26 | 5 | Victoria O'Connor, Paula Garcia, and others on September 6, |
| 09:27 | 6 | 2001? |
| 09:27 | 7 | A. It appears so, yes. |
| 09:27 | 8 | Q. All right. And what you wrote here is, "Here are key |
| 09:27 | 9 | legally relevant dates for Bratz. This is how they appear |
| 09:27 | 10 | on our copyright applications. Date of creation: |
| 09:27 | 11 | 9/18/2000. Shown to public: February 12, 2001. First in |
| 09:27 | 12 | commerce, May 21, 2001," correct? |
| 09:27 | 13 | A. Yes. |
| 09:27 | 14 | Q. And do you have any recollection as to why it was you |
| 09:27 | 15 | wrote this e-mail? |
| 09:27 | 16 | A. Honestly, no. |
| 09:27 | 17 | Q. Okay. |
| 09:27 | 18 | A. It's not surprising that such an e-mail would have come |
| 09:27 | 19 | from me. But I don't recall the details of its generation. |
| 09:27 | 20 | Q. But would it be true to say that you based the |
| 09:27 | 21 | information that you put in this e-mail on MGA records and |
| 09:28 | 22 | information that was there at MGA that you believed was |
| 09:28 | 23 | accurate? |
| 09:28 | 24 | A. Yes. That -- yes. |
| 09:28 | 25 | MR. QUINN: If we could look, please, at |

Case 2:04-cv-09049-DOC-RNB  Document 9731  Filed 01/28/11  Page 52 of 157  Page ID #:291549
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

52

| | | |
|---|---|---|
| 09:28 | 1 | Exhibit 4916. |
| 09:28 | 2 | (Document provided to the witness.) |
| 09:28 | 3 | BY MR. QUINN: |
| 09:28 | 4 | Q.   My question to you is whether this is an e-mail string |
| 09:28 | 5 | between you, Paula Garcia, Isaac Larian, dating from the |
| 09:28 | 6 | April/May 2001 timeframe? |
| 09:28 | 7 | A.   It appears so, yes. |
| 09:28 | 8 | MR. QUINN:  We would offer this, Your Honor. |
| 09:28 | 9 | THE COURT:  Received. |
| 09:28 | 10 | (Exhibit No. 4916 received in evidence.) |
| 09:28 | 11 | (Document displayed.) |
| 09:28 | 12 | BY MR. QUINN: |
| 09:28 | 13 | Q.   The first e-mail -- the first e-mail in the string is |
| 09:28 | 14 | from you to Fred Larian and others, dated April 30, 2001. |
| 09:29 | 15 | Do you see that? |
| 09:29 | 16 | A.   Yes. |
| 09:29 | 17 | Q.   And here you're talking with him about various |
| 09:29 | 18 | trademarks, service marks, copyrights that, as you put it, |
| 09:29 | 19 | "would be required to fully protect the Bratz property," |
| 09:29 | 20 | correct? |
| 09:29 | 21 | A.   Yes. |
| 09:29 | 22 | Q.   And you then have a list there of Class 28, of various |
| 09:29 | 23 | marks.  It goes over to the second page of this exhibit, |
| 09:29 | 24 | correct? |
| 09:29 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 09:29 | 1 | Q.   And the very first one, the very first name listed |
| 09:29 | 2 | there is "Angel," correct? |
| 09:29 | 3 | A.   Yes. |
| 09:29 | 4 | Q.   Correct? |
| 09:29 | 5 | A.   Yes. |
| 09:29 | 6 | Q.   Okay.  And Ms. Garcia is copied on that e-mail string? |
| 09:29 | 7 | A.   Yes. |
| 09:29 | 8 | Q.   She's on that e-mail, the first one we looked at, the |
| 09:29 | 9 | April 30? |
| 09:29 | 10 | A.   Yes. |
| 09:29 | 11 | Q.   Now, let me change subjects now. |
| 09:30 | 12 | You knew -- isn't it true that MGA regularly would |
| 09:30 | 13 | refer to Mattel products to make decisions about what -- how |
| 09:30 | 14 | their own products should work or what they should look |
| 09:30 | 15 | like? |
| 09:30 | 16 | MR. McCONVILLE:  Objection.  Your Honor, this |
| 09:30 | 17 | relates to the same issue concerning Ms. Garcia which the |
| 09:30 | 18 | Court excluded. |
| 09:30 | 19 | MR. QUINN:  It's relevant to the issues I think we |
| 09:30 | 20 | discussed, Your Honor, yesterday. |
| 09:30 | 21 | THE COURT:  I'm afraid I don't understand, so |
| 09:30 | 22 | we'll move on to the next area, counsel, and come back to |
| 09:30 | 23 | it. |
| 09:30 | 24 | MR. QUINN:  This -- okay.  I have one other |
| 09:30 | 25 | question I can ask at this time. |

| | | |
|---|---|---|
| 09:30 | 1 | THE COURT:  Okay. |
| 09:30 | 2 | MR. QUINN:  No.  I think they're all related to |
| 09:30 | 3 | that subject, Your Honor.  I'm done for now. |
| 09:30 | 4 | THE COURT:  Why don't we just take a recess. |
| 09:30 | 5 | It's a little bit early, but that way we can work, |
| 09:30 | 6 | and you can have a recess. |
| 09:30 | 7 | You're admonished not to discuss this matter |
| 09:31 | 8 | amongst yourselves, nor to form or express any opinion |
| 09:31 | 9 | concerning the case. |
| 09:31 | 10 | We'll come and get you in about 25 minutes. |
| 09:31 | 11 | Have a nice recess. |
| 09:31 | 12 | *(Jury recesses at 9:31 a.m.)* |
| 09:31 | 13 | *(Outside the presence of the jury.)* |
| 09:31 | 14 | THE COURT:  All right.  Counsel, if you would have |
| 09:31 | 15 | a seat for just a moment. |
| 09:31 | 16 | Ms. Ashong, if you would remain with us for just a |
| 09:31 | 17 | moment and have a seat. |
| 09:31 | 18 | Now, Counsel, I want to read the brief you |
| 09:31 | 19 | submitted to me this morning.  The reason the Court took a |
| 09:31 | 20 | recess is I received a brief from Mattel concerning the |
| 09:31 | 21 | motion to preclude third-party trademark registrations and |
| 09:31 | 22 | the Arant testimony relating thereto. |
| 09:31 | 23 | Come to think of it, Ms. Ashong, why don't you |
| 09:31 | 24 | have a nice recess.  We'll see you at five minutes to the |
| 09:32 | 25 | hour.  If you would come back and just be seated. |

| | | |
|---|---|---|
| 09:32 | 1 | THE WITNESS: Okay. Thank you. |
| 09:32 | 2 | *(Witness exits proceedings.)* |
| 09:32 | 3 | THE COURT: I received this at 8:29, and I want to |
| 09:32 | 4 | pay the courtesy of reading any documentation submitted to |
| 09:32 | 5 | the Court by the parties. |
| 09:32 | 6 | So I ask Ms. Arant to wait in the hallway. |
| 09:34 | 7 | THE COURT: Counsel, I'd want to do some research, |
| 09:34 | 8 | and I'd want to hear the TARR results and what her |
| 09:34 | 9 | qualification and foundation is outside the presence of the |
| 09:34 | 10 | jury. |
| 09:34 | 11 | There's no reason Ms. Arant can't be called in |
| 09:34 | 12 | your case-in-chief, and you can cross-examine on the |
| 09:34 | 13 | remaining issues. |
| 09:34 | 14 | MS. HURST: Can we examine today on other issues, |
| 09:34 | 15 | Your Honor? |
| 09:34 | 16 | THE COURT: Certainly, on all other issues except |
| 09:34 | 17 | this. But you can recall her on this area concerning the |
| 09:34 | 18 | TARR results. |
| 09:34 | 19 | MS. HURST: And can I offer argument on this just |
| 09:34 | 20 | for the record? |
| 09:34 | 21 | THE COURT: Certainly. |
| 09:34 | 22 | MS. HURST: They're claiming Bratz and Jade as a |
| 09:34 | 23 | trade secret. |
| 09:34 | 24 | THE COURT: I understand the relevance. I just |
| 09:34 | 25 | need time to hear how she has this knowledge. |

| | | |
|---|---|---|
| 09:34 | 1 | MS. HURST:  They don't have any objection to the |
| 09:34 | 2 | authenticity, is my understanding. |
| 09:34 | 3 | MR. QUINN:  That is true.  The authenticity of the |
| 09:34 | 4 | registrations themselves are not disputed. |
| 09:35 | 5 | THE COURT:  Well, just a moment. |
| 09:35 | 6 | I'm sorry.  This is exactly why I need time. |
| 09:35 | 7 | Apparently, you're not going to give that to me. |
| 09:35 | 8 | So this is the way we'll spend our lunch hour and our |
| 09:35 | 9 | recess. |
| 09:35 | 10 | MS. HURST:  I'm sorry, Your Honor. |
| 09:35 | 11 | THE COURT:  That's it.  All right. |
| 09:35 | 12 | "Mattel (*sic*) seeks to use its examination of Lucy |
| 09:35 | 13 | Arant to introduce into evidence out-of-date trademark |
| 09:35 | 14 | registrations and related Trademark Applications and |
| 09:35 | 15 | Registrations Retrieval, the TARR search results, which it |
| 09:35 | 16 | argues undermine Mattel's claim that the names 'Bratz' and |
| 09:35 | 17 | 'Jade' were Mattel's trade secrets." |
| 09:35 | 18 | Certainly, I agree that that's relevant.  I don't |
| 09:35 | 19 | even know why we got into that argument. |
| 09:35 | 20 | "The third-party trademarks at issue are neither |
| 09:35 | 21 | Bratz nor Jade, nor were there third-party trademarks used |
| 09:35 | 22 | for fashion dolls."  Now, this is Mattel's claim. |
| 09:35 | 23 | "Ms. Arant has no knowledge of the facts reflected |
| 09:35 | 24 | in the documents are correct or whether the trademarks in |
| 09:35 | 25 | question were actually used on dolls." |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

57

09:35  1          I need that time to hear her out of the presence

09:36  2   of the jury to make that determination foundationally, if --

09:36  3   whether she has this knowledge or not.

09:36  4          Apparently, counsel doesn't want to give the Court

09:36  5   that time, and apparently, this was given to the Court at

09:36  6   8:29.  I'd like not to make mistakes in this case, but if

09:36  7   you two are going to push, then the Court is going to push

09:36  8   back.

09:36  9          So "MGA intends to use the following third-party

09:36  10  trademark registrations during its cross-examination of Lucy

09:36  11  Arant:  'Jungle Jade' mark, filing date of May 14th, 1982."

09:36  12  I have no idea if she ran the TARR results.  I have no idea

09:36  13  what her memory is concerning these.  And I'm not going to

09:36  14  get surprised.  That's why we're spending nights and

09:36  15  weekends going over every exhibit.

09:36  16         Now, I got here at 7:00 o'clock this morning,

09:36  17  stood around until 8:00 o'clock, and this was given to me at

09:36  18  8:29 by Mattel.

09:36  19         Thank you.  And now I'm getting oral argument from

09:36  20  MGA, so we'll all just sit here.

09:36  21         Now, let's continue reading, because I'm having a

09:37  22  merry old time.

09:37  23         "Jungle Jade" mark, filing date of May 14, 1982.

09:37  24         "Sky Dancer Jade" mark, filing date of August 8,

09:37  25  1996.

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 58 of 157   Page ID #:291555
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

58

09:37 1            "Beverly Hills Bratz" mark, filing date of
09:37 2    November 25, 1991.
09:37 3            "Brat Pack" mark, filing date of April 16, 1998.
09:37 4            And "Brats of the Lost Nebula" mark, filing date
09:37 5    of March 2, 1998.
09:37 6            "MGA also intends to introduce the following
09:37 7    search results for the same marks:  'Jungle Jade' mark,
09:37 8    'Beverly Hills Bratz' mark, 'Sky Dancer Jade' mark, 'Brats
09:37 9    of the Lost Nebula' mark, and 'Brat Pack' mark."
09:37 10           Now, I'm aware of many of those trial exhibits,
09:37 11   but I didn't have written opposition to these until this
09:37 12   morning.  If I wanted to just cursory make a decision, I
09:37 13   guess the Court could.  I don't think it's appropriate.  Not
09:37 14   after all the work the counsel has put in.
09:37 15           "Moreover, Mattel is aware of no evidence -- and
09:37 16   MGA has offered none -- that Ms. Arant has in any way" -- or
09:38 17   "was in any way involved in procuring the third-party
09:38 18   trademark or has any other personal knowledge regarding
09:38 19   them."  That's all I want to inquire into.  I just want her
09:38 20   on the stand to lay that foundation for me.
09:38 21           Now, in addition, the argument is that, "MGA
09:38 22   contends that these third-party trademark registrations and
09:38 23   the TARR results show that doll names of 'Jade' and 'Bratz'
09:38 24   were not trade secrets at the time that Carter Bryant
09:38 25   disclosed these names to MGA.  But the evidence of the

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 59 of 157   Page ID #:291556
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

59

09:38  1    registrations and search results is, at best,

09:38  2    tangential...."

09:38  3            "Only one of these registrations even indicates

09:38  4    that the trademarks were ever used on a product.  In the

09:38  5    case of 'Jungle Jade,' the registration indicates that it

09:39  6    was used for doll clothing, not dolls.  The rest of the

09:39  7    registrations, 'Sky Dancer Jade,' 'Beverly Hills Bratz,'

09:39  8    'Brat Pack,' and 'Brats of the Lost Nebula' are solely

09:39  9    'intent to use' registrations, and MGA offers no evidence

09:39  10   that the trademark was ever used.

09:39  11           "As the PTO appeal board has cautioned, the

09:39  12   existence of third-party registrations is not evidence of

09:39  13   what happens in the marketplace."

09:39  14           "Second, none of the trademark registrations that

09:39  15   MGA offers use the names 'Bratz' or 'Jade' by themselves in

09:39  16   connection with the fashion dolls.  Instead, the

09:39  17   registrations are for 'Jungle Jade' for doll clothing and

09:39  18   related accessories; 'Sky Dancer Jade' for toy action

09:39  19   figures and accessories; 'Beverly Hills Bratz' for dolls and

09:39  20   clothing."

09:39  21           Now, the difficulty is she's called as an adverse

09:39  22   witness by Mattel, but she's also taking on the perception

09:39  23   of being an expert witness.  And I thought that the Court

09:39  24   would be better prepared concerning expert witnesses.  I

09:40  25   find no fault with esteemed counsel; but, my rulings, I get

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 60 of 157   Page ID #:291557
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

60

09:40   1    to read and I get to reflect on my decisions.

09:40   2              First of all, if I was to make an off-the-cuff

09:40   3    decision, I would probably deny it at this time, which I'm

09:40   4    not prepared to do for two reasons.

09:40   5              First, I think that the use of the trademark is

09:40   6    irrelevant to whether the names were secret, and second,

09:40   7    Arant doesn't need to have, I think, personal knowledge of

09:40   8    these registrations.

09:40   9              But over the objection of Mattel, I'll take the

09:40   10   time with Ms. Arant.

09:40   11             And if you want to proceed forward with

09:40   12   cross-examination holistically, you're welcome to do so, but

09:40   13   only after I have her on the stand, and that's at lunchtime.

09:40   14   Or you can call her back in your case-in-chief on this

09:40   15   limited purpose, because I think I'm going to deny Mattel's

09:40   16   motion, but I'm not certain yet.

09:40   17             Because that's what we do at nights, isn't it?

09:40   18             And that's what we do during the morning, isn't

09:40   19   it, Mr. Quinn?

09:40   20             MR. QUINN:  Your Honor, I should fall on my sword

09:40   21   on this.  I had this brief last night.  I forgot to give it

09:40   22   to you.  It's my fault.

09:40   23             THE COURT:  I think you were so happy to leave my

09:41   24   presence that you fled.  And that's fine, but that's what we

09:41   25   do.  We're done with our discussion.

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

61

| | | |
|---|---|---|
| 09:41 | 1 | MS. HURST:  Your Honor -- |
| 09:41 | 2 | THE COURT:  No, we're done with our discussion.  I |
| 09:41 | 3 | don't think you heard me.  That's why you got jumped on |
| 09:41 | 4 | yesterday for going to that lectern.  You weren't counsel at |
| 09:41 | 5 | that time, nor is Mr. Zeller.  You don't approach that |
| 09:41 | 6 | lectern.  We're all done with that now. |
| 09:41 | 7 | You're invited to go to the lectern.  And you |
| 09:41 | 8 | weren't invited yesterday. |
| 09:41 | 9 | Now, your next area, since you're coming back to |
| 09:41 | 10 | Ms. Arant sometime this afternoon, apparently, or they can |
| 09:41 | 11 | make the decision to recall her during their case-in-chief |
| 09:41 | 12 | so I can have more time with this decision -- which I think |
| 09:41 | 13 | I'm going to rule against you on, by the way -- is you've |
| 09:41 | 14 | reached an impasse with Ashong. |
| 09:41 | 15 | What's your concern?  What's MGA's concern here? |
| 09:41 | 16 | MR. McCONVILLE:  Your Honor, looking at the |
| 09:41 | 17 | exhibits, they appear to be the same exhibits that they were |
| 09:41 | 18 | attempting to use with Ms. Garcia that reflect that MGA was |
| 09:41 | 19 | copying certain components of Mattel's products which are |
| 09:41 | 20 | not part of the trade secret case. |
| 09:41 | 21 | So -- |
| 09:41 | 22 | THE COURT:  And I thought that that was left to |
| 09:42 | 23 | you to shape that portion. |
| 09:42 | 24 | MR. McCONVILLE:  Correct. |
| 09:42 | 25 | THE COURT:  But, of course, I'm worried that |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 62 of 157   Page ID #:291559
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

62

| | | |
|---|---|---|
| 09:42 | 1 | they'll have enough time in rebuttal, and I'll make certain |
| 09:42 | 2 | that that evens out. |
| 09:42 | 3 | Well, Mr. Zeller entered into that discussion with |
| 09:42 | 4 | Ms. Hurst. |
| 09:42 | 5 | As the two of you get up out of your chairs, as |
| 09:42 | 6 | you move towards the back of the room, as you have a further |
| 09:42 | 7 | discussion, and you resolve this. |
| 09:42 | 8 | MS. KELLER: Your Honor, Ms. Arant -- |
| 09:42 | 9 | THE COURT: Have a seat, Counsel. I'll be right |
| 09:42 | 10 | with you. Thank you. |
| 09:42 | 11 | Don't mean to be rude, but we're not going to get |
| 09:42 | 12 | the deflection going on that's taken place the last year. |
| 09:42 | 13 | And you're the last recipient of this back and forth which |
| 09:42 | 14 | has been typical before you joined the case. |
| 09:42 | 15 | MR. QUINN: Your Honor, I think our -- if it's |
| 09:43 | 16 | acceptable to the Court, if we could tee this up for the |
| 09:43 | 17 | Court, each side perhaps make a one-minute pitch, and the |
| 09:44 | 18 | Court simply rule. |
| 09:44 | 19 | THE COURT: Sure. No, I'm not prepared to just |
| 09:44 | 20 | simply rule. |
| 09:44 | 21 | MR. QUINN: All right. |
| 09:44 | 22 | THE COURT: I warned you all at the beginning of |
| 09:44 | 23 | the case. I'll outwork you, but I don't get surprised. And |
| 09:44 | 24 | when somebody submits a brief, I'm going to certainly pay |
| 09:44 | 25 | you the dignity of reading the brief, because you prepared |

| | | |
|---|---|---|
| 09:44 | 1 | it for me.  I have unlimited time.  In fact, I have too much |
| 09:44 | 2 | time on my hands. |
| 09:44 | 3 | MR. QUINN:  I understand, Your Honor. |
| 09:44 | 4 | This is on the Ashong issue, not the brief issue. |
| 09:44 | 5 | THE COURT:  Okay.  The Ashong issue. |
| 09:44 | 6 | MR. QUINN:  These are exhibits that we went |
| 09:44 | 7 | through with the Court when we previewed the Ashong |
| 09:44 | 8 | exhibits. |
| 09:44 | 9 | THE COURT:  Well, we went through them, but there |
| 09:44 | 10 | was some agreement reached about how we were going to shape |
| 09:44 | 11 | that; in other words, whether MGA was going to be given the |
| 09:44 | 12 | first bite of deciding, you know, whether they were going to |
| 09:44 | 13 | get into sneaking into showrooms, et cetera. |
| 09:44 | 14 | MR. QUINN:  This is not a showroom issue at all, |
| 09:44 | 15 | Your Honor.  None of these exhibits relate to sneaking into |
| 09:44 | 16 | showrooms. |
| 09:45 | 17 | THE COURT:  Okay.  Refresh my recollection.  What |
| 09:45 | 18 | are they? |
| 09:45 | 19 | MR. QUINN:  These are internal MGA e-mails created |
| 09:45 | 20 | in the connection with and referencing the creation of Bratz |
| 09:45 | 21 | and comparing what MGA is doing to what Mattel does.  Like, |
| 09:45 | 22 | "We need to get this die cut like Mattel's. |
| 09:45 | 23 | "We need to get this mechanism like Mattel's." |
| 09:45 | 24 | "We're sending you a sample. |
| 09:45 | 25 | "Please refer to this competitor's product in |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 64 of 157   Page ID #:291561
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

64

| | | |
|---|---|---|
| 09:45 | 1 | developing" -- this or that. |
| 09:45 | 2 | THE COURT:  Okay. |
| 09:45 | 3 | MR. QUINN:  That is sort of the tenor of these |
| 09:45 | 4 | e-mails. |
| 09:45 | 5 | And what I would say, Your Honor, is that I think, |
| 09:45 | 6 | certainly, the idea is out there.  And I think the Court |
| 09:45 | 7 | referenced this yesterday, that MGA has itself made a huge |
| 09:45 | 8 | investment, been a very creative place, and that is a battle |
| 09:45 | 9 | that is going on in this trial already, as to whether they |
| 09:46 | 10 | are creative or not.  And they addressed that extensively in |
| 09:46 | 11 | the lengthy direct examination of Paula Garcia. |
| 09:46 | 12 | We submit it's fair game to respond to that by |
| 09:46 | 13 | saying, here are internal e-mails where they're developing |
| 09:46 | 14 | Bratz, and they're saying look at what Mattel does on its |
| 09:46 | 15 | package, look at what Mattel does on this mechanism and the |
| 09:46 | 16 | like, and we need to do that same thing. |
| 09:46 | 17 | So I submit it bears on the issue of creativity |
| 09:46 | 18 | and also MGA's investment.  We are talking about a total of, |
| 09:46 | 19 | I think, four, five exhibits.  Short e-mails, each of them. |
| 09:46 | 20 | THE COURT:  Okay.  Mr. McConville. |
| 09:46 | 21 | MR. McCONVILLE:  So, Your Honor, this issue came |
| 09:46 | 22 | up previously when we were discussing Paula Garcia in our |
| 09:46 | 23 | night sessions and came up yesterday after Paula Garcia |
| 09:46 | 24 | testified.  You'll recall that in response to Paula Garcia's |
| 09:46 | 25 | testimony, that MGA put the value in Bratz -- I'm |

09:46  1    characterizing –– but that Bratz was a creative work of MGA.

09:47  2    They rose to try and disapprove that MGA was not creative,

09:47  3    and the Court decided yesterday that that type of evidence

09:47  4    was not related to any of the trade secret claims.

09:47  5            So now here we are.  Paula Garcia is not on the

09:47  6    stand anymore.  They've got a woman who worked there for

09:47  7    five months, ten years ago, and they're going to show her

09:47  8    the same exact type of exhibits, which reflect –– that are

09:47  9    trying to counter the issues that MGA put the value in Bratz

09:47  10   and that we weren't creative.

09:47  11           So yesterday the Court ruled that there's no trade

09:47  12   secret claim related to that.  It's irrelevant.  It's

09:47  13   duplicative.  They can do whatever they want in their

09:47  14   rebuttal case.  And now they're trying to show the same

09:47  15   exact exhibits, as Mr. Quinn described them, to show that we

09:47  16   weren't creative and to show that we didn't put the value on

09:47  17   Bratz.

09:47  18           THE COURT:  But here's what's happening on the

09:47  19   case.  I let you get in, for instance, some evidence

09:48  20   yesterday that was rather expansive about the 2010 time

09:48  21   period and the creation of a very successful doll for MGA.

09:48  22           The reason that you were allowed to go into that

09:48  23   evidence –– although I think it was the wrong witness, quite

09:48  24   frankly –– was because of Mr. Quinn's opening statement.

09:48  25   And although it's not evidence, it did set the tenor that

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 66 of 157   Page ID #:291563
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

66

09:48   1   MGA supposedly doesn't have a creative bone in its

09:48   2   corporation.  Which turns out, probably, to be false at a

09:48   3   later time.

09:48   4           Now, the things that the Court has to start

09:48   5   struggling with is:  What time period?  Is it even relevant

09:48   6   in 2010?  Should Mr. Quinn have made that statement or

09:48   7   created that impression?  And once having done so, is

09:48   8   Ms. Hurst right that the Court should be expansive and let

09:48   9   in some counter-evidence?  Quite frankly, none of which is

09:48   10   relevant.  It's not the time period.

09:48   11           Except we have the Moxie claim.  And the Moxie

09:48   12   claim also leads eventually to lost profits in 2008, 2009.

09:49   13   That's why you got that piece of evidence in.

09:49   14           The same thing's happening here.  In other words,

09:49   15   slowly the door gets opened.  And I would like a little bit

09:49   16   of time to make a definitive ruling on this.

09:49   17           So your choice.  I'm not going to let Mr. Quinn go

09:49   18   any further at the present time, but Ms. Ashong is sitting

09:49   19   out in the hallway until I have the lunch hour to decide it.

09:49   20           And I'm not going to hold up the jury for an extra

09:49   21   20 or 30 minutes like the first trial and have a bunch of

09:49   22   sidebars when we could have done this during the evening.

09:49   23   This is readily foreseeable.

09:49   24           So, Mr. Quinn, you're precluded from asking any

09:49   25   further questions concerning Ms. Ashong.  She'll sit out in

| 09:49 | 1 | the hallway with the prior witness, and we'll get to these |
| 09:49 | 2 | over the lunch hour when I have a full hour to consider |
| 09:49 | 3 | them. |
| 09:49 | 4 | Now, smart counsel would use the four minutes |
| 09:49 | 5 | exactly to go use the restroom, because in four minutes the |
| 09:49 | 6 | jury is coming into this courtroom. |
| 09:49 | 7 | And the longer you take at that lectern, the less |
| 09:49 | 8 | time you have. |
| 09:49 | 9 | MR. McCONVILLE:  One statement, Your Honor. |
| 09:49 | 10 | Ms. Arant is moving.  I know the Court said we could call |
| 09:50 | 11 | her in our case.  She's moving out of the country. |
| 09:50 | 12 | THE COURT:  That's nice.  If you have the time, |
| 09:50 | 13 | we'll be out of the country. |
| 09:50 | 14 | MR. QUINN:  Your Honor, if I may, we are not |
| 09:50 | 15 | saying these are trade secrets.  We're not saying MGA did |
| 09:50 | 16 | anything wrong.  Just to be clear, we're not claiming that |
| 09:50 | 17 | these are trade secrets. |
| 09:50 | 18 | THE COURT:  You've got three minutes. |
| 09:50 | 19 | MR. QUINN:  I think I'm okay for now, Your Honor. |
| 09:50 | 20 | There is an issue about the next witness. |
| 09:50 | 21 | THE COURT:  I'm off the record.  And I'm done. |
| 09:50 | 22 | *(Recess held at 9:50 a.m.)* |
| 09:54 | 23 | *(In the presence of the jury.)* |
| 09:54 | 24 | THE COURT:  All right.  We're back in session. |
| 09:54 | 25 | The jury's present.  The alternates are present. |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 68 of 157   Page ID #:291565
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

68

| | | |
|---|---|---|
| 09:54 | 1 | Counsel. |
| 09:54 | 2 | MR. QUINN:  Your Honor, Mattel calls Anna Rhee. |
| 09:54 | 3 | THE COURT:  Anna Rhee. |
| 09:54 | 4 | MR. McCONVILLE:  Your Honor, don't we get to cross |
| 09:54 | 5 | Ms. Ashong? |
| 09:54 | 6 | THE COURT:  No, not right now, Counsel. |
| 09:54 | 7 | (To the jury:)  Counsel have run into a series of |
| 09:55 | 8 | problems with Ashong and the prior witness.  They're simply |
| 09:55 | 9 | waiting out in the hallway.  We'll resolve those over the |
| 09:55 | 10 | lunchtime.  It's no fault of counsel.  It's certainly the |
| 09:55 | 11 | Court's responsibility.  But there's no reason why the case |
| 09:55 | 12 | shouldn't proceed. |
| 09:55 | 13 | And, of course, you can cross-examine her, |
| 09:55 | 14 | Counsel, but your cross-examination will be delayed because |
| 09:55 | 15 | of the problems that we've run into. |
| 09:55 | 16 | Anna Rhee, please. |
| 09:55 | 17 | Thank you very much.  If you would like to step |
| 09:55 | 18 | forward, Ms. Rhee.  And would you come through the double |
| 09:55 | 19 | doors.  And now would you raise your right hand. |
| 09:55 | 20 | Thank you. |
| 09:55 | 21 | **ANNA RHEE, MATTEL'S WITNESS, SWORN** |
| 09:55 | 22 | THE WITNESS:  Yes. |
| 09:55 | 23 | THE COURT:  Thank you. |
| 09:55 | 24 | If you would come along the side of the courtroom, |
| 09:55 | 25 | please, up here to the jury box. |

| | | |
|---|---|---|
| 09:56 | 1 | Would you turn and face the jury.  And would you |
| 09:56 | 2 | state your full name for the jury. |
| 09:56 | 3 | THE WITNESS:  Anna Rhee. |
| 09:56 | 4 | THE COURT:  And you'll have to move the microphone |
| 09:56 | 5 | closer to you.  That chair doesn't move, okay. |
| 09:56 | 6 | Would you spell your last name for the jurors, |
| 09:56 | 7 | please. |
| 09:56 | 8 | THE WITNESS:  R-H-E-E. |
| 09:56 | 9 | THE COURT:  Thank you very much. |
| 09:56 | 10 | This is direct examination by Mr. Quinn on behalf |
| 09:56 | 11 | of Mattel. |
| 09:56 | 12 | MR. QUINN:  Thank you, Your Honor. |
| 09:56 | 13 | **DIRECT EXAMINATION** |
| 09:56 | 14 | BY MR. QUINN: |
| 09:56 | 15 | Q.   Good morning, Ms. Rhee. |
| 09:56 | 16 | A.   Hi. |
| 09:56 | 17 | Q.   What is your business or occupation? |
| 09:56 | 18 | A.   I'm a face designer and painter. |
| 09:56 | 19 | Q.   For human beings or dolls or? |
| 09:56 | 20 | A.   For dolls. |
| 09:56 | 21 | Q.   For dolls. |
| 09:56 | 22 | Could you please tell the jury what your educational |
| 09:56 | 23 | and training background is. |
| 09:56 | 24 | A.   I have a Bachelor's degree in illustration. |
| 09:56 | 25 | Q.   And what institution did you get that from? |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

70

| | | |
|---|---|---|
| 09:56 | 1 | A.   Otis/Parsons Art School. |
| 09:56 | 2 | Q.   That's located where? |
| 09:56 | 3 | A.   Used to be in L.A., but now it's in Playa Del Rey. |
| 09:56 | 4 | Q.   And what year was it that you got that degree? |
| 09:56 | 5 | A.   1992. |
| 09:56 | 6 | Q.   And presently are you with a company or are you |
| 09:57 | 7 | self-employed? |
| 09:57 | 8 | A.   I'm self-employed. |
| 09:57 | 9 | Q.   Have you done work for both MGA and Mattel? |
| 09:57 | 10 | A.   Yes. |
| 09:57 | 11 | Q.   As an outside contractor? |
| 09:57 | 12 | A.   Yes. |
| 09:57 | 13 | Q.   When did -- did you ever -- were you ever a Mattel |
| 09:57 | 14 | employee? |
| 09:57 | 15 | A.   Yes. |
| 09:57 | 16 | Q.   When was it that you were a Mattel employee? |
| 09:57 | 17 | A.   About 1995, '96. |
| 09:57 | 18 | Q.   And can you recall what department that you worked in? |
| 09:57 | 19 | A.   The face department. |
| 09:57 | 20 | Q.   Doing face painting, then? |
| 09:57 | 21 | A.   Yes. |
| 09:57 | 22 | Q.   And how long -- altogether, how long did you work at |
| 09:57 | 23 | Mattel doing face painting? |
| 09:57 | 24 | A.   Um, three-and-a-half years approximately. |
| 09:57 | 25 | Q.   Did you know an individual named Carter Bryant? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

71

09:57   1    A.   Yes, I do.

09:58   2    Q.   And do you recall when or the circumstances under which

09:58   3    you first met him?

09:58   4    A.   Um, I was working as a temp in a room for temps, where

09:58   5    they send all the temps to work -- in this particular large

09:58   6    room.  And then Carter Bryant came in, as well, and I met

09:58   7    him in the room.

09:58   8    Q.   And this was a room at Mattel?

09:58   9    A.   Yes.  In the design center.

09:58   10   Q.   All right.  And the two of you were working in this

09:58   11   particular room together?

09:58   12   A.   Yes.

09:58   13   Q.   Did you see what types of things -- do you recall what

09:58   14   types of things Carter Bryant was working on at that time?

09:58   15   A.   Yes.

09:58   16   Q.   And what kinds of things was he working on?

09:58   17   A.   Um, I didn't pay a lot of attention to everything he

09:58   18   did.  But I remember one was a ski project.

09:58   19   Q.   I'm sorry?

09:58   20   A.   I remember a project where dolls were dressed in ski

09:59   21   outfits.

09:59   22   Q.   Okay.  And did you work with him -- you doing face

09:59   23   painting -- and work on some of the same dolls he did?

09:59   24   A.   Yes, in that particular project we did.

09:59   25   Q.   After you stopped working as an employee at Mattel, did

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

72

| | | |
|---|---|---|
| 09:59 | 1 | you -- you went out on your own? |
| 09:59 | 2 | A.   Yes. |
| 09:59 | 3 | Q.   And you did some -- I think you've told us you did some |
| 09:59 | 4 | outside contracting work for Mattel? |
| 09:59 | 5 | A.   Right. |
| 09:59 | 6 | Q.   As well as for MGA? |
| 09:59 | 7 | A.   Right. |
| 09:59 | 8 | Q.   And was all this work doll face painting work? |
| 09:59 | 9 | A.   Yes. |
| 09:59 | 10 | Q.   While you and Mr. Bryant were both working at Mattel, |
| 09:59 | 11 | would you say that you became friends? |
| 09:59 | 12 | A.   We did. |
| 09:59 | 13 | Q.   And did you continue to stay in touch after you left |
| 09:59 | 14 | Mattel? |
| 09:59 | 15 | A.   Yes. |
| 09:59 | 16 | Q.   Did you continue to be friends? |
| 09:59 | 17 | A.   Yes. |
| 09:59 | 18 | Q.   Did you go over to his house? |
| 10:00 | 19 | A.   Yes. |
| 10:00 | 20 | Q.   Did he come over to your house? |
| 10:00 | 21 | A.   Yes. |
| 10:00 | 22 | Q.   All right.  Did Mr. Bryant ever -- after you left |
| 10:00 | 23 | Mattel, did Mr. Bryant ever ask you to work on a project |
| 10:00 | 24 | that was not a Mattel project? |
| 10:00 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 10:00 | 1 | Q.   Can you tell us how that first came up:  The first |
| 10:00 | 2 | conversation in which Mr. Bryant asked you to work on a |
| 10:00 | 3 | non-Mattel project? |
| 10:00 | 4 | A.   I was over at his house, and he asked me if, |
| 10:00 | 5 | um -- well, he said he's working on some project, he |
| 10:00 | 6 | couldn't tell me the details yet, and if I was interested in |
| 10:00 | 7 | doing it.  And I said, "Of course, I am."  And that was the |
| 10:00 | 8 | end of that.  And he said he'll let me no later more |
| 10:00 | 9 | details. |
| 10:00 | 10 | Q.   Did -- was there anyone else there? |
| 10:00 | 11 | A.   No. |
| 10:00 | 12 | Q.   Did he describe the project to you as to whether it was |
| 10:00 | 13 | something that was known or was not known or -- |
| 10:01 | 14 | A.   No.  He said it's a secret project and not -- just that |
| 10:01 | 15 | he'll tell me later more about it.  And he said, "Promise |
| 10:01 | 16 | you won't tell anyone."  And I said, "Of course, I promise." |
| 10:01 | 17 | Q.   And the work he was asking you to do, was that face |
| 10:01 | 18 | painting? |
| 10:01 | 19 | A.   He told me it was a doll. |
| 10:01 | 20 | Q.   All right.  And you understood that he was wondering if |
| 10:01 | 21 | you would do the face painting for this secret -- |
| 10:01 | 22 | A.   Correct. |
| 10:01 | 23 | Q.   -- project? |
| 10:01 | 24 | A.   Right. |
| 10:01 | 25 | Q.   And did you indicate to him whether you'd be willing to |

| | | |
|---|---|---|
| 10:01 | 1 | do that for him? |
| 10:01 | 2 | A.   Yes. |
| 10:01 | 3 | Q.   Was this the first time that he had ever asked you to |
| 10:01 | 4 | work on something that was not a Mattel project? |
| 10:01 | 5 | A.   Yes. |
| 10:01 | 6 | Q.   Did he mention a name for the project -- |
| 10:01 | 7 | A.   No. |
| 10:01 | 8 | Q.   -- at the time? |
| 10:01 | 9 | A.   No. |
| 10:01 | 10 | Q.   Did he provide any type of description for the project? |
| 10:01 | 11 | A.   Not that day. |
| 10:01 | 12 | Q.   Did he show you any renderings or pictures or drawings |
| 10:01 | 13 | for -- |
| 10:01 | 14 | A.   Later on he did. |
| 10:02 | 15 | Q.   But in this first meeting? |
| 10:02 | 16 | A.   No. |
| 10:02 | 17 | Q.   Did he use the word "Bratz"? |
| 10:02 | 18 | A.   No. |
| 10:02 | 19 | Q.   Do you recall -- did you then speak to him about this |
| 10:02 | 20 | project again after that? |
| 10:02 | 21 | A.   Yes. |
| 10:02 | 22 | Q.   Do you recall where -- where was it when this came up |
| 10:02 | 23 | again? |
| 10:02 | 24 | A.   Um, I was at Mattel visiting him.  Like, I would visit |
| 10:02 | 25 | him everyday, just to say, "Hi."  And we were walking out to |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

75

| | | |
|---|---|---|
| 10:02 | 1 | the hallway together, and he said that, "It's almost ready. |
| 10:02 | 2 | Are you still interested?"  And I said, "Yeah, yeah.  Just |
| 10:02 | 3 | call me whenever you want," and that was it. |
| 10:02 | 4 | He said, "Oh, just promise you won't tell," again.  I |
| 10:02 | 5 | said, "I promise I won't."  He specially told me, |
| 10:02 | 6 | "Promise -- don't -- promise you won't tell our other friend |
| 10:02 | 7 | Elise. |
| 10:02 | 8 | Q.   Okay.  Elise being? |
| 10:02 | 9 | A.   Cloonan.  She was a friend of ours, as well. |
| 10:02 | 10 | Q.   He didn't want you to tell her about it? |
| 10:02 | 11 | A.   Correct. |
| 10:03 | 12 | Q.   What was his demeanor or tone of voice when he told you |
| 10:03 | 13 | that it was almost -- this project was almost ready? |
| 10:03 | 14 | A.   Well, we were in the hallway so he was whispering.  He |
| 10:03 | 15 | was -- he wanted to make sure no one else heard. |
| 10:03 | 16 | Q.   Do you recall anything you -- inquiries you made of him |
| 10:03 | 17 | concerning the project? |
| 10:03 | 18 | A.   Inquiries? |
| 10:03 | 19 | Q.   Yeah.  Did you ask him anything about, you know, what |
| 10:03 | 20 | the business terms were or, you know, what the payment was |
| 10:03 | 21 | or anything like that? |
| 10:03 | 22 | A.   No, not -- not there, I didn't. |
| 10:03 | 23 | Q.   All right.  Was there any discussion about, you know, |
| 10:03 | 24 | whether he was going to be paid or how he was going to be |
| 10:03 | 25 | paid? |

| | | |
|---|---|---|
| 10:03 | 1 | A.    Um, no.  At one point, I think I -- later on, I asked |
| 10:03 | 2 | him a little bit about it.  And he said that he went to a |
| 10:03 | 3 | corporate attorney and that he was gonna get a percentage. |
| 10:03 | 4 | Q.    How did this second conversation in the hallway end? |
| 10:04 | 5 | A.    Um, we just went our separate ways.  I -- I left. |
| 10:04 | 6 | Q.    But how was it left between the two of you in terms |
| 10:04 | 7 | of -- was he gonna get in touch with you, or you were gonna |
| 10:04 | 8 | get in touch with him, or what? |
| 10:04 | 9 | A.    Oh, I asked him to call me when -- whenever he wanted. |
| 10:04 | 10 | Q.    Do you have an estimate about when this conversation |
| 10:04 | 11 | took place? |
| 10:04 | 12 | A.    No. |
| 10:04 | 13 | Q.    Was there another -- did you then talk to him about |
| 10:04 | 14 | this at some other point? |
| 10:04 | 15 | A.    He called me. |
| 10:04 | 16 | Q.    And where were you when he called you? |
| 10:04 | 17 | A.    I was at my house. |
| 10:04 | 18 | Q.    What did he say to you? |
| 10:04 | 19 | A.    He says, um, that the dolls are ready, can he come |
| 10:04 | 20 | over.  And I said, "Sure, come on over." |
| 10:04 | 21 | Q.    Do you know -- did he tell you where he was when he -- |
| 10:04 | 22 | when he called you? |
| 10:04 | 23 | A.    No.  I assume he was at his house. |
| 10:04 | 24 | Q.    Can you approximate when it was that he called you in |
| 10:05 | 25 | terms of the year, the month? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:05 | 1 | A.   No. |
| 10:05 | 2 | Q.   Did he bring -- did he then come to your house and |
| 10:05 | 3 | bring the -- |
| 10:05 | 4 | A.   He did. |
| 10:05 | 5 | Q.   -- dolls over? |
| 10:05 | 6 | A.   He did. |
| 10:05 | 7 | Q.   What was your address at the time? |
| 10:05 | 8 | A.   Um, I don't remember the exact number.  It was Ford |
| 10:05 | 9 | Avenue, though. |
| 10:05 | 10 | Q.   Ford Avenue in -- |
| 10:05 | 11 | A.   South -- I mean, North Redondo Beach. |
| 10:05 | 12 | Q.   He came over? |
| 10:05 | 13 | A.   Yes. |
| 10:05 | 14 | Q.   And did he come by himself or was there somebody else |
| 10:05 | 15 | with him? |
| 10:05 | 16 | A.   He came by himself. |
| 10:05 | 17 | Q.   And did he bring something with him? |
| 10:05 | 18 | A.   He brought the two dolls heads and some sketches. |
| 10:05 | 19 | THE COURT:  I'm sorry.  Brought two dolls heads |
| 10:05 | 20 | and? |
| 10:05 | 21 | THE WITNESS:  And some sketches that he did. |
| 10:05 | 22 | BY MR. QUINN: |
| 10:05 | 23 | Q.   And these doll heads were what form?  Can you remember? |
| 10:05 | 24 | Can you describe those for us? |
| 10:05 | 25 | A.   They were the size -- like the size of an egg or a |

| 10:05 | 1 | really small lime. |
| 10:06 | 2 | Q.   All right.  Were these -- can you tell us what they |
| 10:06 | 3 | were made of, or whether they were rotocast? |
| 10:06 | 4 | A.   I remember they were rotocast.  It's a hard casted |
| 10:06 | 5 | material. |
| 10:06 | 6 | Q.   So you remember they were or were not? |
| 10:06 | 7 | A.   They were. |
| 10:06 | 8 | Q.   They were rotocast. |
| 10:06 | 9 | And you say he also brought some drawings? |
| 10:06 | 10 | A.   Yes. |
| 10:06 | 11 | Q.   And were these drawings for this doll project? |
| 10:06 | 12 | A.   Yes. |
| 10:06 | 13 | Q.   Was this the first time that you saw the drawings? |
| 10:06 | 14 | A.   Yes. |
| 10:06 | 15 | Q.   Can you describe the drawings for us? |
| 10:06 | 16 | A.   Um, there were -- they were, uh, colored pencil, and |
| 10:06 | 17 | they were of just the head. |
| 10:06 | 18 | Q.   Did he describe the vision that he had or -- for the |
| 10:06 | 19 | dolls? |
| 10:06 | 20 | A.   He did. |
| 10:06 | 21 | Q.   Or -- |
| 10:06 | 22 | A.   He did. |
| 10:06 | 23 | Q.   And what did he say? |
| 10:06 | 24 | A.   That he wants 'em to be urban and edgy-looking and |
| 10:06 | 25 | really beautiful and young. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

79

| | | |
|---|---|---|
| 10:06 | 1 | Q.    Do you recall the eth- -- was there a designated |
| 10:06 | 2 | ethnicity for any of these -- |
| 10:07 | 3 | A.    Well, one was -- |
| 10:07 | 4 | Q.    -- images? |
| 10:07 | 5 | A.    One was a Caucasian, blonde hair, blue eyes.  And the |
| 10:07 | 6 | other one was another ethnicity.  I don't remember what it |
| 10:07 | 7 | was, though. |
| 10:07 | 8 | Q.    Did he mention names for these dolls? |
| 10:07 | 9 | A.    I think the first one was called Cloe.  And I don't |
| 10:07 | 10 | remember the second one. |
| 10:07 | 11 | Q.    On the drawings, was -- do you recall seeing any dates |
| 10:07 | 12 | or a notary stamp -- |
| 10:07 | 13 | A.    No. |
| 10:07 | 14 | Q.    -- on the drawings? |
| 10:07 | 15 | A.    No, I don't remember. |
| 10:07 | 16 | Q.    Do you recall seeing any type of printed text on the |
| 10:07 | 17 | drawings? |
| 10:07 | 18 | A.    No, I don't remember. |
| 10:07 | 19 | Q.    So rotocast, that's -- what type of material is that? |
| 10:07 | 20 | A.    I'm not really sure.  All I know is it's a hard |
| 10:07 | 21 | material, kind of waxy.  And if it's a vinyl head, there |
| 10:08 | 22 | usually is a hole right at the base of the neck; but if it's |
| 10:08 | 23 | rotocast, there's no hole.  That goes all the way -- it's |
| 10:08 | 24 | solid, in other words. |
| 10:08 | 25 | Q.    Uh-huh.  And these were solid? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

80

| 10:08 | 1 | A.   Yes. |
|---|---|---|
| 10:08 | 2 | Q.   Can you -- were these colored -- was there -- what was |
| 10:08 | 3 | the color of these rotocast heads? |
| 10:08 | 4 | A.   I don't remember.  Usually -- usually, it's gray or |
| 10:08 | 5 | white. |
| 10:08 | 6 | MS. KELLER:  Objection.  Speculation. |
| 10:08 | 7 | THE WITNESS:  Yes. |
| 10:08 | 8 | THE COURT:  Sustained. |
| 10:08 | 9 | Ask the question again, Counsel. |
| 10:08 | 10 | BY MR. QUINN: |
| 10:08 | 11 | Q.   Do you recall whether these heads had any color? |
| 10:08 | 12 | A.   No. |
| 10:08 | 13 | Q.   Do you recall whether they had any hair? |
| 10:08 | 14 | A.   They didn't have any hair. |
| 10:08 | 15 | Q.   They were bald? |
| 10:08 | 16 | A.   Yes. |
| 10:08 | 17 | Q.   Did Mr. Bryant tell you -- say anything about where the |
| 10:08 | 18 | heads came from? |
| 10:08 | 19 | A.   No. |
| 10:08 | 20 | Q.   Did he give you any types of instructions as to -- I |
| 10:08 | 21 | take it -- did he ask you to paint these doll heads? |
| 10:09 | 22 | A.   Yes. |
| 10:09 | 23 | Q.   All right.  Did he give you any types of instructions |
| 10:09 | 24 | as to what he was looking for? |
| 10:09 | 25 | A.   Just that it's -- it's urban and edgy and beautiful. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

81

| | | |
|---|---|---|
| 10:09 | 1 | Q.   Did he say anything about the size the eyes or the |
| 10:09 | 2 | lips? |
| 10:09 | 3 | A.   Well, the eyes, he wanted them big, and the lips really |
| 10:09 | 4 | full. |
| 10:09 | 5 | Q.   And did he -- did he leave the drawings with you? |
| 10:09 | 6 | A.   He did. |
| 10:09 | 7 | Q.   And was it -- can you tell us whether or not you |
| 10:09 | 8 | were -- it was your understanding that you were to try to |
| 10:09 | 9 | follow what was in the drawings in doing the painting -- |
| 10:09 | 10 | face painting? |
| 10:09 | 11 | A.   Um, as much as possible.  I mean, I can put my own -- |
| 10:09 | 12 | my own into it, as well.  But I can push it further.  But, |
| 10:09 | 13 | basically, yeah, it was from a drawing. |
| 10:09 | 14 | Q.   So, basically, he wanted you to follow the drawing? |
| 10:09 | 15 | A.   As close as possible, but adding more to it, but, yeah. |
| 10:10 | 16 | Q.   Could you please take a look at Exhibit 201. |
| 10:10 | 17 |          MR. QUINN:  Which is in evidence, Your Honor.  If |
| 10:10 | 18 | we could put that up on the screen. |
| 10:10 | 19 |             *(Document displayed.)* |
| 10:10 | 20 |          THE WITNESS:  Okay. |
| 10:10 | 21 | BY MR. QUINN: |
| 10:10 | 22 | Q.   Is this -- can you tell us what this is? |
| 10:10 | 23 | A.   It's my -- my bill that I gave him. |
| 10:10 | 24 | Q.   That you gave to Mr. Bryant? |
| 10:10 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

82

| 10:10 | 1 | Q. | And this was your bill for doing what work? |
|---|---|---|---|

10:10   1   Q.   And this was your bill for doing what work?

10:10   2   A.   Bratz.

10:10   3   Q.   For painting these doll heads?

10:10   4   A.   Yes.

10:10   5   Q.   And what is the date of this invoice?

10:10   6   A.   6/12/2000.

10:10   7   Q.   Was this the -- it indicates here, at the top you've

10:10   8   written "to MGA Entertainment"?

10:10   9   A.   Yes.

10:10   10   Q.   Do you see that?

10:10   11   A.   Yes.

10:10   12   Q.   Why did you write that?

10:10   13   A.   I asked him what to put there, and he said to put that.

10:10   14   Q.   To put "MGA"?

10:10   15   A.   Yes.

10:11   16   Q.   Is this the first assignment that you had for MGA?

10:11   17   A.   Yes.

10:11   18   Q.   You're sure about that?

10:11   19   A.   Yes.

10:11   20   Q.   For this Bratz doll head painting?

10:11   21   A.   Yes, I'm sure.

10:11   22   Q.   What -- in the meeting that you had with Mr. Bryant

10:11   23   where he gave you these rotocast doll heads, did he use the

10:11   24   word "Bratz"?

10:11   25   A.   No.

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

83

| | | |
|---|---|---|
| 10:11 | 1 | Q.   You've written here "2 angel baby doll heads."  Do you |
| 10:11 | 2 | see that? |
| 10:11 | 3 | A.   Yes. |
| 10:11 | 4 | Q.   Why did you write "angel baby doll heads" on the |
| 10:11 | 5 | invoice? |
| 10:11 | 6 | A.   Well, I didn't know what to call it, so I asked him, |
| 10:11 | 7 | "What should I put?"  And he said to write that down. |
| 10:11 | 8 | Q.   Do you know what an angel baby doll head is? |
| 10:11 | 9 | A.   Well, no. |
| 10:11 | 10 | Q.   Is that a term that you had -- you had used before in |
| 10:11 | 11 | your conversations with Mr. Bryant? |
| 10:11 | 12 | A.   No. |
| 10:11 | 13 | Q.   At that point, had -- up to that point, had Mr. Bryant |
| 10:12 | 14 | ever used the word Bratz in talking to you about this |
| 10:12 | 15 | project? |
| 10:12 | 16 | A.   No. |
| 10:12 | 17 | Q.   It indicates here, "Request by Kerri Legg."  That's |
| 10:12 | 18 | your handwriting? |
| 10:12 | 19 | A.   Yes, it is. |
| 10:12 | 20 | Q.   Did you know who Kerri Legg was? |
| 10:12 | 21 | A.   Yes. |
| 10:12 | 22 | Q.   Why did you write "Kerri Legg"? |
| 10:12 | 23 | A.   He told me to. |
| 10:12 | 24 | Q.   Did you send -- did you send this invoice to MGA?  Or |
| 10:12 | 25 | what did you do with it? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

84

| | | |
|---|---|---|
| 10:12 | 1 | A.    I gave it to Carter. |
| 10:12 | 2 | Q.    And do you recall the occasion when you gave it to him? |
| 10:12 | 3 | A.    When I gave him the heads back, I gave it -- my invoice |
| 10:12 | 4 | to him, as well. |
| 10:12 | 5 | Q.    Can you recall approximately how long after he brought |
| 10:12 | 6 | you the rotocast doll heads you would have finished the |
| 10:12 | 7 | work?  Can you give us an approximation? |
| 10:12 | 8 | A.    Probably a -- a week, week or so. |
| 10:13 | 9 | Q.    And when you gave him the invoice, do you remember |
| 10:13 | 10 | where the two of you were when you did that? |
| 10:13 | 11 | A.    My house. |
| 10:13 | 12 | Q.    And did you give him the heads at that same time? |
| 10:13 | 13 | A.    Yes, I did. |
| 10:13 | 14 | Q.    Are you familiar with the doll Prayer Angels? |
| 10:13 | 15 | A.    Yes. |
| 10:13 | 16 | Q.    If we could look at Exhibit 17403. |
| 10:13 | 17 | A.    Okay. |
| 10:13 | 18 | (Document provided to the witness.) |
| 10:14 | 19 | BY MR. QUINN: |
| 10:14 | 20 | Q.    Is this a -- you said -- you indicated you're familiar |
| 10:14 | 21 | with the Prayer Angel doll. |
| 10:14 | 22 | A.    Yes. |
| 10:14 | 23 | Q.    Is this an image of a Prayer Angel doll? |
| 10:14 | 24 | A.    Yes. |
| 10:14 | 25 | Q.    A photograph of one? |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 85 of 157   Page ID #:291582
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

85

| | | |
|---|---|---|
| 10:14 | 1 | A.   Yes. |
| 10:14 | 2 | MR. QUINN:  We'd offer this into evidence, |
| 10:14 | 3 | Your Honor. |
| 10:14 | 4 | THE COURT:  Received. |
| 10:14 | 5 | *(Exhibit No. 17403 received in evidence.)* |
| 10:14 | 6 | *(Document displayed.)* |
| 10:14 | 7 | BY MR. QUINN: |
| 10:14 | 8 | Q.   The Prayer Angel doll -- and I think we also have a |
| 10:14 | 9 | tangible of a Prayer Angel doll.  If we have one to hand to |
| 10:14 | 10 | you, we'll get one. |
| 10:14 | 11 | A.   Okay. |
| 10:14 | 12 | Q.   But the Prayer Angel doll is an MGA doll? |
| 10:14 | 13 | A.   Yes. |
| 10:14 | 14 | Q.   Does this -- the invoice that we just looked at, dated |
| 10:14 | 15 | June of 2000, does that refer to Prayer Angel dolls? |
| 10:14 | 16 | A.   No. |
| 10:14 | 17 | Q.   You're sure of that? |
| 10:14 | 18 | A.   Yes. |
| 10:14 | 19 | Q.   Did you do some work on -- |
| 10:14 | 20 | MR. QUINN:  So we have, Your Honor, Exhibit 17403. |
| 10:14 | 21 | THE COURT:  17403? |
| 10:15 | 22 | MR. QUINN:  It's a tangible of a Prayer Angel |
| 10:15 | 23 | doll.  We'll offer that, Your Honor. |
| 10:15 | 24 | THE COURT:  Received. |
| 10:15 | 25 | *(Exhibit No. 17403 received in evidence.)* |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

86

| 10:15 | 1 | BY MR. QUINN: |
| 10:15 | 2 | Q.   Did you eventually do some work on a Prayer Angel doll? |
| 10:15 | 3 | A.   I did, but that was way later. |
| 10:15 | 4 | MR. QUINN:  If we could look at Exhibit 13564 in |
| 10:15 | 5 | evidence.  If we could put that on the screen. |
| 10:15 | 6 | *(Document displayed.)* |
| 10:15 | 7 | BY MR. QUINN: |
| 10:15 | 8 | Q.   Do you know what a Cabbage Patch doll is? |
| 10:15 | 9 | A.   Yes, I do. |
| 10:15 | 10 | Q.   Did anybody at MGA ever ask you to repaint the face of |
| 10:15 | 11 | a Cabbage Patch doll? |
| 10:15 | 12 | A.   No. |
| 10:15 | 13 | Q.   Does this -- does your June 12, 2000 invoice refer to |
| 10:16 | 14 | work that you did in painting a Cabbage Patch doll head for |
| 10:16 | 15 | an MGA Prayer Angel project? |
| 10:16 | 16 | A.   No. |
| 10:16 | 17 | Q.   How much would you have charged -- I mean, if you had |
| 10:16 | 18 | just been asked to, you know, make the lips redder and to |
| 10:16 | 19 | make that kind of beauty spot redder on a doll, how much |
| 10:16 | 20 | would you have charged just to do that type of touch-up |
| 10:16 | 21 | work? |
| 10:16 | 22 | A.   Um, sometimes I do it for free, but the most I would |
| 10:16 | 23 | charge is like 50 bucks, maybe. |
| 10:16 | 24 | Q.   So that invoice that we looked at, that wouldn't be for |
| 10:16 | 25 | that type of work? |

| | | |
|---|---|---|
| 10:16 | 1 | A.   No, of course not. |
| 10:16 | 2 | Q.   At any time have you ever painted a Cabbage Patch doll |
| 10:17 | 3 | head for MGA -- |
| 10:17 | 4 | A.   No. |
| 10:17 | 5 | Q.   -- at any time? |
| 10:17 | 6 | A.   No. |
| 10:17 | 7 | Q.   Now, did you -- going forward in time now, did you |
| 10:17 | 8 | ultimately paint some Bratz heads for dolls that were going |
| 10:17 | 9 | to be shown at the Hong Kong toy fair? |
| 10:17 | 10 | A.   Yes. |
| 10:17 | 11 | Q.   And did the heads that you painted, Carter's -- Carter |
| 10:17 | 12 | Bryant's request back in the June 2000 timeframe, were they |
| 10:17 | 13 | the -- were they similar to the heads that you later painted |
| 10:17 | 14 | for the Hong Kong toy fair? |
| 10:17 | 15 | A.   Yes. |
| 10:17 | 16 | Q.   If we could look at Exhibit 912. |
| 10:18 | 17 | MR. QUINN:  And I don't think this is -- I don't |
| 10:18 | 18 | think this is in evidence. |
| 10:18 | 19 | MR. McCONVILLE:  What's the number? |
| 10:18 | 20 | MR. QUINN:  912. |
| 10:18 | 21 | BY MR. QUINN: |
| 10:18 | 22 | Q.   Can you identify these images in 912? |
| 10:18 | 23 | A.   What images? |
| 10:18 | 24 | Q.   It's the subsequent pages. |
| 10:18 | 25 | A.   Oh. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

88

| | | |
|---|---|---|
| 10:18 | 1 | Q.   Pages 3, 13, 17, 22. |
| 10:18 | 2 | THE COURT:  This would be the e-mail of |
| 10:18 | 3 | December 29th? |
| 10:18 | 4 | MR. QUINN:  Yes.  And there's attachments to it. |
| 10:18 | 5 | BY MR. QUINN: |
| 10:18 | 6 | Q.   Page 3, page 17, 13, 22. |
| 10:18 | 7 | A.   Yes, I recognize them. |
| 10:18 | 8 | Q.   And what are those? |
| 10:18 | 9 | A.   That's the Bratz head. |
| 10:18 | 10 | Q.   Bratz heads that you painted? |
| 10:18 | 11 | A.   Yes. |
| 10:18 | 12 | Q.   For the Hong Kong toy fair? |
| 10:18 | 13 | A.   Yes. |
| 10:19 | 14 | MR. QUINN:  Your Honor, we would offer |
| 10:19 | 15 | Exhibit 912-3, 13, 17, and 22. |
| 10:19 | 16 | THE COURT:  Received. |
| 10:19 | 17 | (Exhibit No. 912-3 received in evidence.) |
| 10:19 | 18 | (Exhibit No. 912-13 received in evidence.) |
| 10:19 | 19 | (Exhibit No. 912-17 received in evidence.) |
| 10:19 | 20 | (Exhibit No. 912-22 received in evidence.) |
| 10:19 | 21 | BY MR. QUINN: |
| 10:19 | 22 | Q.   Now, did you do some other work for MGA in the |
| 10:19 | 23 | August/September timeframe, that fall of 2000; do you |
| 10:19 | 24 | recall? |
| 10:19 | 25 | A.   Yes. |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 89 of 157   Page ID #:291586
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

89

| 10:19 | 1 | Q.   If you could look, please, at, for example, |
|-------|---|---|
| 10:19 | 2 | Exhibit 201.  201-2, for example. |
| 10:19 | 3 |          MR. QUINN:  It's not in evidence yet, so don't put |
| 10:19 | 4 | it up on the screen. |
| 10:19 | 5 | BY MR. QUINN: |
| 10:19 | 6 | Q.   Is that an invoice from you to MGA Entertainment? |
| 10:19 | 7 | A.   Yes. |
| 10:19 | 8 | Q.   And the date of that, dash 2, that's August 29, 2000? |
| 10:20 | 9 | A.   Yes. |
| 10:20 | 10 | Q.   It's an invoice for "4 angel faces"? |
| 10:20 | 11 | A.   Yes. |
| 10:20 | 12 | Q.   Can you tell us what that work was for? |
| 10:20 | 13 | A.   That was for Bratz, as well. |
| 10:20 | 14 |          MR. QUINN:  We'd offer that, Your Honor. |
| 10:20 | 15 |          THE COURT:  Received. |
| 10:20 | 16 |          *(Exhibit No. 201-2 received in evidence.)* |
| 10:20 | 17 |           *(Document displayed.)* |
| 10:20 | 18 |          MR. QUINN:  If we could enlarge that at the top. |
| 10:20 | 19 |           *(Technician complies.)* |
| 10:20 | 20 | BY MR. QUINN: |
| 10:20 | 21 | Q.   It says, "4 angel faces, 4" -- is that "versions"? |
| 10:20 | 22 | A.   "4 versions." |
| 10:20 | 23 | Q.   And it was requested by Paula Treantafelles? |
| 10:20 | 24 | A.   Yes. |
| 10:20 | 25 | Q.   Okay.  If I could ask you, please, to turn to |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

90

| | | |
|---|---|---|
| 10:20 | 1 | Exhibit 11843.  And is this a copy of an agreement between |
| 10:21 | 2 | you and MGA relating to your work on Bratz? |
| 10:21 | 3 | A.   Yes. |
| 10:21 | 4 | MR. QUINN:  We'd offer this, Your Honor. |
| 10:21 | 5 | THE COURT:  Received. |
| 10:21 | 6 | *(Exhibit No. 11843 received in evidence.)* |
| 10:21 | 7 | BY MR. QUINN: |
| 10:21 | 8 | Q.   And this is signed -- if we turn to page 4 of this |
| 10:21 | 9 | exhibit, this is signed by you on January 27, 2004? |
| 10:21 | 10 | A.   Yes. |
| 10:21 | 11 | Q.   And this relates to -- did you -- this relates to -- |
| 10:21 | 12 | this document relates to work you did for MGA on Bratz, |
| 10:21 | 13 | correct? |
| 10:21 | 14 | A.   Yes. |
| 10:21 | 15 | Q.   And was it your understanding that -- basically, what |
| 10:21 | 16 | this document says is that, you know, any work that you do |
| 10:21 | 17 | for MGA on Bratz, you're assigning any intellectual property |
| 10:21 | 18 | rights to MGA? |
| 10:21 | 19 | A.   Correct. |
| 10:21 | 20 | Q.   And it's -- this document, your agreement with MGA |
| 10:21 | 21 | relating to Bratz, has an effective date.  Do you see that |
| 10:22 | 22 | up at the top there?  On the first page?  It's the first |
| 10:22 | 23 | line of the first page.  Do you see the effective date? |
| 10:22 | 24 | A.   Oh, yes. |
| 10:22 | 25 | Q.   And what is the effective date that you see there? |

| 10:22 | 1 | A.    December 1999. |
|-------|---|---------------------|
| 10:22 | 2 | Q.    I'm sorry?  December? |
| 10:22 | 3 | A.    First day of December 1999. |
| 10:22 | 4 | Q.    December 1, 1999? |
| 10:22 | 5 | A.    Yeah.  Yes. |
| 10:22 | 6 | MR. QUINN:  With the exception of the one issue I |
| 10:22 | 7 | referenced outside the presence, Your Honor, I'm completed. |
| 10:22 | 8 | THE COURT:  Thank you. |
| 10:22 | 9 | Cross-examination. |
| 10:22 | 10 | MS. KELLER:  Thank you, Your Honor. |
| 10:22 | 11 | **CROSS-EXAMINATION** |
| 10:22 | 12 | BY MS. KELLER: |
| 10:23 | 13 | Q.    Good morning, Ms. Rhee. |
| 10:23 | 14 | A.    Good morning. |
| 10:23 | 15 | Q.    My name's Jennifer Keller.  I don't think we've met |
| 10:23 | 16 | before.  Have we? |
| 10:23 | 17 | A.    No. |
| 10:23 | 18 | Q.    You're self-employed as a face painter, right? |
| 10:23 | 19 | A.    Right. |
| 10:23 | 20 | Q.    And you don't work for any particular company, true? |
| 10:23 | 21 | A.    True. |
| 10:23 | 22 | Q.    You've done work for Mattel and MGA you said, right? |
| 10:23 | 23 | A.    Yes. |
| 10:23 | 24 | Q.    And for other toy companies too, right? |
| 10:23 | 25 | A.    Yes, yes. |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 92 of 157   Page ID #:291589
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

92

| | | |
|---|---|---|
| 10:23 | 1 | Q.   And sometimes you work for more than one toy company |
| 10:23 | 2 | simultaneously, correct? |
| 10:23 | 3 | A.   Correct. |
| 10:23 | 4 | Q.   But the majority of your income has been from work for |
| 10:23 | 5 | Mattel, right? |
| 10:23 | 6 | A.   Right. |
| 10:23 | 7 | Q.   For example, just in the years 2001 to 2004 alone, |
| 10:23 | 8 | Mattel paid you $545,621.32 for working for them, right? |
| 10:23 | 9 | A.   I suppose so. |
| 10:23 | 10 | Q.   That sounds about right to you, doesn't it? |
| 10:23 | 11 | A.   Yes. |
| 10:23 | 12 | Q.   And similar amounts since then, true? |
| 10:24 | 13 | MR. QUINN:  Vague and ambiguous. |
| 10:24 | 14 | THE WITNESS:  Um, yeah, I don't -- it's different |
| 10:24 | 15 | all the time.  So to tell you the truth, I don't remember. |
| 10:24 | 16 | MS. KELLER:  Okay.  But Mattel is responsible for |
| 10:24 | 17 | 80 percent of your income, right? |
| 10:24 | 18 | THE COURT:  The objection was overruled, by the |
| 10:24 | 19 | way. |
| 10:24 | 20 | THE WITNESS:  I'm not sure about that. |
| 10:24 | 21 | BY MS. KELLER: |
| 10:24 | 22 | Q.   Do you recall previously testifying to that effect? |
| 10:24 | 23 | A.   No, I don't. |
| 10:24 | 24 | Q.   Well, let me -- let's look, if we can, at exhibit -- if |
| 10:24 | 25 | you could look at Exhibit 18423 and see if you recognize |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

93

| | | |
|---|---|---|
| 10:24 | 1 | this.  Take a look at the first page. |
| 10:24 | 2 | And that's your handwriting, correct? |
| 10:24 | 3 | A.   Correct. |
| 10:24 | 4 | MS. KELLER:  Your Honor, I would move |
| 10:24 | 5 | Exhibit 18423 into evidence. |
| 10:24 | 6 | THE COURT:  That's the agreement of January 20, |
| 10:24 | 7 | 2004? |
| 10:24 | 8 | MS. KELLER:  Yes, Your Honor. |
| 10:24 | 9 | THE COURT:  Received. |
| 10:24 | 10 | (Exhibit No. 18423 received in evidence.) |
| 10:24 | 11 | (Document displayed.) |
| 10:24 | 12 | BY MS. KELLER: |
| 10:24 | 13 | Q.   Now, turn to the last page of this document, 18423, |
| 10:25 | 14 | page 3.  That's the signature we just talked about, right? |
| 10:25 | 15 | A.   Yes. |
| 10:25 | 16 | Q.   And that's dated January 20, 2004, true? |
| 10:25 | 17 | A.   True. |
| 10:25 | 18 | Q.   Now, let's go back to the first page of that same |
| 10:25 | 19 | exhibit. |
| 10:25 | 20 | A.   Okay. |
| 10:25 | 21 | Q.   And that's a Mattel Business Validation Application, |
| 10:25 | 22 | right? |
| 10:25 | 23 | A.   Right. |
| 10:25 | 24 | Q.   Okay.  And then look at that last page again, page 3. |
| 10:25 | 25 | Again, that was your signature, right? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

94

| | | |
|---|---|---|
| 10:25 | 1 | A.    Right. |
| 10:25 | 2 | Q.    Now in the sixth box down -- |
| 10:25 | 3 | A.    Sixth box? |
| 10:25 | 4 | Q.    In the sixth box down from where it says, "working |
| 10:25 | 5 | relationship with Mattel, Inc." -- you see where it says -- |
| 10:25 | 6 | you estimated that 80 percent of your income in 2004 was |
| 10:26 | 7 | work from Mattel? |
| 10:26 | 8 | A.    Yes. |
| 10:26 | 9 | Q.    And in 2004 you were paid $112,119.91 by Mattel, right? |
| 10:26 | 10 | A.    Right. |
| 10:26 | 11 | Q.    And in 2003 you were paid $121,848.25 by Mattel? |
| 10:26 | 12 | A.    Yes. |
| 10:26 | 13 | Q.    And in 2002, $147,960.96? |
| 10:26 | 14 | A.    Yes. |
| 10:26 | 15 | Q.    And in 2001 you were paid $163,696.20 by Mattel, right? |
| 10:26 | 16 | A.    Right. |
| 10:26 | 17 | Q.    Now -- and that's where I got that total, by the way. |
| 10:26 | 18 | A.    Okay. |
| 10:26 | 19 | Q.    That adds up, doesn't it, to $545,621.32 just for a |
| 10:26 | 20 | three-year period, right? |
| 10:27 | 21 | A.    Right. |
| 10:27 | 22 | Q.    Okay.  And in 2008, you did some work for Mattel on |
| 10:27 | 23 | MyScene, Hello Kitty, Barbie, right? |
| 10:27 | 24 | A.    Right. |
| 10:27 | 25 | Q.    And you're still doing work for Mattel, aren't you? |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 95 of 157   Page ID #:291592
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

95

| | | |
|---|---|---|
| 10:27 | 1 | A.   Right. |
| 10:27 | 2 | Q.   And Mattel is still your biggest customer, true? |
| 10:27 | 3 | A.   I think so. |
| 10:27 | 4 | Q.   Now, if you could take a look at Exhibit 34467. |
| 10:27 | 5 | THE COURT:  E-mail of June 6th, Counsel? |
| 10:27 | 6 | MS. KELLER:  Yes, Your Honor. |
| 10:27 | 7 | BY MS. KELLER: |
| 10:27 | 8 | Q.   And this is an e-mail chain between you and Sheila |
| 10:27 | 9 | Kyaw; is that right? |
| 10:27 | 10 | A.   Right. |
| 10:27 | 11 | Q.   Do you recognize this e-mail as -- you know Ms. Kyaw |
| 10:27 | 12 | was a face painter at Mattel, right? |
| 10:27 | 13 | A.   Right. |
| 10:27 | 14 | MS. KELLER:  Your Honor, I would ask to have the |
| 10:27 | 15 | exhibit admitted. |
| 10:27 | 16 | THE COURT:  Received. |
| 10:27 | 17 | (Exhibit No. 34467 received in evidence.) |
| 10:27 | 18 | BY MS. KELLER: |
| 10:27 | 19 | Q.   Now, the bottom e-mail -- if you look at the bottom of |
| 10:28 | 20 | an e-mail, you see from Ms. Kyaw to you, June 6, 2008: |
| 10:28 | 21 | "Hey, need to touch-up the MyScene heads you did on |
| 10:28 | 22 | Friday." |
| 10:28 | 23 | And your reply the same day was, "Ah, shit.  If it's |
| 10:28 | 24 | the ones that I think, it's because of the ghosted image. |
| 10:28 | 25 | That one was really hard to change without redoing the whole |

10:28    1    thing.  I think it was because I couldn't get the color off
10:28    2    good enough.  I was actually thinking that it was taking so
10:28    3    long that it would have been faster and nicer to do it
10:28    4    from --"
10:28    5        Okay.  Do you recognize that?
10:28    6    A.    Well, I don't remember it, but I -- I suppose.
10:28    7    Q.    You recognize that as your e-mail address, right?
10:28    8    A.    Yes.
10:28    9    Q.    And you recognize Ms. Kyaw, right?
10:28   10    A.    Yes.
10:28   11    Q.    And you were working on MyScenes, right?
10:28   12    A.    At one time, yes. Kyaw
10:28   13    Q.    So you're telling us you just forgot that --
10:28   14    A.    I did.  I mean, I do a lot of stuff.  I can't remember
10:29   15    every single thing I write.
10:29   16    Q.    Okay.  We'll be talking about that in a minute.
10:29   17    A.    Okay.
10:29   18    Q.    Now let's turn to Exhibit 34468.
10:29   19    A.    Okay.
10:29   20    Q.    Do you recognize that, a Mattel 3D face design,
10:29   21    preliminary color specification?
10:29   22    A.    Um, I don't do these ones, so I don't -- I don't do the
10:29   23    specifications, so I don't recognize it.
10:29   24    Q.    Well, let's look at the top.  You recognize your name,
10:29   25    right?  "Anna Rhee" --

| 10:29 | 1 | A. Yes, yes. |
|---|---|---|

10:29   1   A.   Yes, yes.

10:29   2   Q.   -- right?  8/20/08?

10:29   3   A.   Yes.

10:29   4   Q.   And that was something you worked on, wasn't it? -- Alt

10:29   5   Channel Halloween Barbie.

10:29   6   A.   It looks familiar, but I did so many that I can't --

10:29   7   can't say for sure, but it has my name on it, so...

10:29   8   Q.   Well, that's just -- that's only dated August 20th of

10:29   9   2008, right?

10:29   10   A.   I know.  But I've done a lot of faces.

10:30   11   Q.   Okay.

10:30   12   A.   A lot.

10:30   13   Q.   Is it hard for you to remember back to 2008 what you

10:30   14   worked on for Mattel?

10:30   15   A.   Yes.

10:30   16   Q.   Okay.

10:30   17   A.   Actually, yeah.

10:30   18   Q.   Okay.  So not such a great memory of that, right?

10:30   19   A.   No.

10:30   20         MS. KELLER:  Your Honor, I would still ask that

10:30   21   exhibit be admitted.

10:30   22         THE COURT:  Received.

10:30   23         MR. QUINN:  Lacks foundation, Your Honor.

10:30   24         THE COURT:  It's received.

10:30   25         *(Exhibit No. 34468 received in evidence.)*

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

98

| | | |
|---|---|---|
| 10:30 | 1 | BY MS. KELLER: |
| 10:30 | 2 | Q.   Now, if you can turn to Exhibit 34469. |
| 10:30 | 3 | A.   Okay. |
| 10:30 | 4 | Q.   Okay.  And that is another Mattel 3D face design -- |
| 10:30 | 5 | A.   Yes. |
| 10:30 | 6 | Q.   -- preliminary color specification?  And you see this |
| 10:30 | 7 | is "Anna Rhee, FAO Collection 5, Barbie No. 1 --"? |
| 10:30 | 8 | A.   Okay. |
| 10:30 | 9 | Q.   -- "light blonde"? |
| 10:30 | 10 | That's also dated 8/20/08, right? |
| 10:30 | 11 | A.   Yes. |
| 10:30 | 12 | Q.   So you remember working on that just -- back in 2008, |
| 10:30 | 13 | right? |
| 10:30 | 14 | A.   You know what?  With -- with this thing being |
| 10:31 | 15 | black-and-white like this, it's possible. |
| 10:31 | 16 | Q.   You notice the name "Anna Rhee"? |
| 10:31 | 17 | A.   Yes. |
| 10:31 | 18 | Q.   "8/20/08"? |
| 10:31 | 19 | A.   Yes. |
| 10:31 | 20 | Q.   Anna Rhee is you? |
| 10:31 | 21 | A.   Yes. |
| 10:31 | 22 | Q.   R-H-E-E? |
| 10:31 | 23 | A.   Yes. |
| 10:31 | 24 | Q.   Okay.  So are you telling us that your memory of 2008 |
| 10:31 | 25 | is so poor you can't tell us whether you worked on that? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

99

| | | |
|---|---|---|
| 10:31 | 1 | A.    No, it's not poor.  I've done a lot. |
| 10:31 | 2 | MS. KELLER:  Okay.  I would move Exhibit 34469 |
| 10:31 | 3 | into evidence, Your Honor. |
| 10:31 | 4 | THE COURT:  Received. |
| 10:31 | 5 | *(Exhibit No. 34469 received in evidence.)* |
| 10:31 | 6 | BY MS. KELLER: |
| 10:31 | 7 | Q.    Now I would like you to turn to Exhibit 34470.  This is |
| 10:31 | 8 | a Mattel 3D face design -- |
| 10:31 | 9 | A.    Yes. |
| 10:31 | 10 | Q.    -- preliminary color specification? |
| 10:31 | 11 | A.    Yes. |
| 10:31 | 12 | Q.    And at the top, again you see your name "Anna Rhee"? |
| 10:31 | 13 | A.    Yes. |
| 10:31 | 14 | Q.    And the toy is Alt Channel Fashion Packs 1, 8/25/08. |
| 10:31 | 15 | A.    Okay. |
| 10:31 | 16 | Q.    You worked on that too, didn't you? |
| 10:31 | 17 | A.    I suppose. |
| 10:31 | 18 | Q.    So you don't remember even -- you don't remember -- |
| 10:31 | 19 | A.    I don't do these sheets, so I don't recognize any of |
| 10:32 | 20 | 'em. |
| 10:32 | 21 | Q.    I'm talking about the name of the project -- |
| 10:32 | 22 | THE COURT:  We're going to stop both of you |
| 10:32 | 23 | because you're talking over the top of each other.  I can't |
| 10:32 | 24 | get a record of what's being said. |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 100 of 157   Page ID #:291597
CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

100

| | | |
|---|---|---|
| 10:32 | 1 | BY MS. KELLER: |
| 10:32 | 2 | Q.    So, Ms. Rhee, you certainly remember the name Alt |
| 10:32 | 3 | Channel Fashion Packs that you worked on for Mattel three |
| 10:32 | 4 | years ago, right? –– not even three years ago. |
| 10:32 | 5 | A.    It sounds familiar, but there's so many names that are |
| 10:32 | 6 | so close but –– with, like, number one, number two, number |
| 10:32 | 7 | three, so I can't remember like every single detail.  To be |
| 10:32 | 8 | honest, I –– |
| 10:32 | 9 | Q.    Well, do you remember working on that project?  Yes or |
| 10:32 | 10 | no? |
| 10:32 | 11 | A.    It's very possible. |
| 10:32 | 12 | MS. KELLER:  Your Honor, I would move |
| 10:32 | 13 | Exhibit 34470 into evidence. |
| 10:33 | 14 | THE COURT:  Received 34470. |
| 10:33 | 15 | (Exhibit No. 34470 received in evidence.) |
| 10:33 | 16 | BY MS. KELLER: |
| 10:33 | 17 | Q.    Now, if you can turn to 34471. |
| 10:33 | 18 | A.    Okay. |
| 10:33 | 19 | Q.    This was another Mattel 3D face design, preliminary |
| 10:33 | 20 | color specification? |
| 10:33 | 21 | A.    Yes. |
| 10:33 | 22 | Q.    At the top, under "toy name, artist and date" –– |
| 10:33 | 23 | A.    Yes. |
| 10:33 | 24 | Q.    –– it's got, "Hello Kitty, light-pink hair," your name |
| 10:33 | 25 | again, "Anna Rhee" –– |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

101

| | | |
|---|---|---|
| 10:33 | 1 | A.   Okay. |
| 10:33 | 2 | Q.   -- "September 4, 2008." |
| 10:33 | 3 | Now, you remember working on that project, right? |
| 10:33 | 4 | A.   I wish you had a picture.  I mean, it would have really |
| 10:33 | 5 | helped to have a picture. |
| 10:33 | 6 | Q.   Well, is your memory not so good about these events -- |
| 10:33 | 7 | A.   No.  You don't understand -- |
| 10:33 | 8 | Q.   Let me -- |
| 10:33 | 9 | A.   -- I've done hundreds. |
| 10:33 | 10 | Q.   We have to finish the question so the court reporter |
| 10:33 | 11 | can take it down -- |
| 10:33 | 12 | A.   Okay.  Sorry. |
| 10:33 | 13 | Q.   Okay? |
| 10:33 | 14 | A.   Okay. |
| 10:33 | 15 | Q.   And the question was, is your memory not that good |
| 10:33 | 16 | about this project that was done on September 4th, 2008 -- |
| 10:33 | 17 | or assigned to you then, anyway? |
| 10:34 | 18 | A.   I'm not positive. |
| 10:34 | 19 | Q.   Well, let's -- let's talk about the fact that -- how |
| 10:34 | 20 | long a project like this takes you. |
| 10:34 | 21 | A.   Okay. |
| 10:34 | 22 | Q.   If you were assigned this project September 4, 2008, |
| 10:34 | 23 | this -- |
| 10:34 | 24 | You don't have any reason to think that this document |
| 10:34 | 25 | has been falsified, do you? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

102

| | | |
|---|---|---|
| 10:34 | 1 | A.    No, I don't. |
| 10:34 | 2 | Q.    Okay.  And if you started working on it September 4th, |
| 10:34 | 3 | 2008, how long would it generally take you to complete a |
| 10:34 | 4 | project like that? |
| 10:34 | 5 | A.    One to two days. |
| 10:34 | 6 | Q.    And let's look at exhibit -- |
| 10:34 | 7 | MS. KELLER:  Oh, Your Honor, I would move 34471 |
| 10:34 | 8 | into evidence. |
| 10:34 | 9 | THE COURT:  Received. |
| 10:34 | 10 | *(Exhibit No. 34471 received in evidence.)* |
| 10:34 | 11 | BY MS. KELLER: |
| 10:34 | 12 | Q.    Now let's look at 34472. |
| 10:34 | 13 | A.    Okay. |
| 10:34 | 14 | Q.    Okay.  That is another Mattel project for you, another |
| 10:34 | 15 | 3D face design.  And at the top, under "toy name, artist and |
| 10:34 | 16 | date," you see, "Hello Kitty, dark-pink hair, Anna Rhee," |
| 10:34 | 17 | and another "September 4, '08." |
| 10:34 | 18 | Is that another project you worked on for Mattel? |
| 10:35 | 19 | A.    Probably so. |
| 10:35 | 20 | Q.    But again, you don't have any memory of it |
| 10:35 | 21 | independently, right? |
| 10:35 | 22 | A.    I do like 20 or 30 a day. |
| 10:35 | 23 | Q.    Is it true you have no memory of it, really? |
| 10:35 | 24 | A.    I have a vague memory of it, but there's so many |
| 10:35 | 25 | similar ones. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

103

| | | |
|---|---|---|
| 10:35 | 1 | MS. KELLER:  Okay.  Move 34472 into evidence, |
| 10:35 | 2 | Your Honor. |
| 10:35 | 3 | THE COURT:  Received. |
| 10:35 | 4 | *(Exhibit No. 34472 received in evidence.)* |
| 10:35 | 5 | BY MS. KELLER: |
| 10:35 | 6 | Q.   Now, if you could turn to the very next exhibit, 34473. |
| 10:35 | 7 | This is another Mattel assignment:  Hello Kitty, with blue |
| 10:35 | 8 | hair. |
| 10:35 | 9 | A.   Okay. |
| 10:35 | 10 | Q.   Also "9/4/08."  It's another project you worked on for |
| 10:35 | 11 | Mattel, right? |
| 10:35 | 12 | A.   Right. |
| 10:35 | 13 | MS. KELLER:  Move that into evidence, Your Honor. |
| 10:35 | 14 | THE COURT:  Received. |
| 10:35 | 15 | *(Exhibit No. 34473 received in evidence.)* |
| 10:35 | 16 | BY MS. KELLER: |
| 10:35 | 17 | Q.   And 34474, another Mattel project, "9/4/08, Hello |
| 10:35 | 18 | Kitty, lavender hair."  Do you see that? |
| 10:35 | 19 | A.   Yes. |
| 10:35 | 20 | Q.   And you worked on that project for Mattel, right? |
| 10:35 | 21 | A.   Yes. |
| 10:35 | 22 | Q.   Without going into all the hundreds of projects you've |
| 10:35 | 23 | done, would it be fair to say you've done hundreds of |
| 10:36 | 24 | projects for Mattel, at least? |
| 10:36 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

104

| 10:36 | 1 | Q. Now, Mattel is paying for you -- to have an attorney at |
| 10:36 | 2 | this proceeding, right? |
| 10:36 | 3 | A. I assume so. |
| 10:36 | 4 | Q. Okay. 'Cause -- |
| 10:36 | 5 | A. I don't ask. |
| 10:36 | 6 | Q. Okay. You've never even seen a bill, right? |
| 10:36 | 7 | A. No. |
| 10:36 | 8 | Q. Am I correct? |
| 10:36 | 9 | A. Yes. |
| 10:36 | 10 | Q. So when this attorney who's been sitting here, |
| 10:36 | 11 | Mr. Berman, I think -- there's Mr. Berman, right there. |
| 10:36 | 12 | A. Right. |
| 10:36 | 13 | Q. You see him? |
| 10:36 | 14 | A. Yes. |
| 10:36 | 15 | Q. And have you, by the way, seen him nodding toward you |
| 10:36 | 16 | at various points in your testimony? |
| 10:36 | 17 | A. No. |
| 10:36 | 18 | Q. Now, let's talk about how all this came about. |
| 10:36 | 19 | A. Okay. |
| 10:36 | 20 | Q. You learned from some lawyers at MGA at one time -- |
| 10:36 | 21 | A. Yes. |
| 10:36 | 22 | Q. -- that there was gonna be a lawsuit about Bratz, |
| 10:36 | 23 | right? |
| 10:36 | 24 | A. Right. |
| 10:36 | 25 | Q. And that you were gonna be subpoenaed? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:36 | 1 | A.   Right, they did tell me that. |
| 10:36 | 2 | Q.   Okay.  And you, at the time -- if I can just quote you, |
| 10:36 | 3 | you weren't that into what they were saying, quote/unquote. |
| 10:36 | 4 | You remember that? |
| 10:37 | 5 | A.   Right. |
| 10:37 | 6 | Q.   So you kind of -- you received a subpoena to have your |
| 10:37 | 7 | deposition taken, but you ignored it, right? |
| 10:37 | 8 | A.   I threw it somewhere and forgot about it. |
| 10:37 | 9 | Q.   Okay.  You ignored it and threw it away? |
| 10:37 | 10 | A.   Yeah. |
| 10:37 | 11 | Q.   True?  Is that true? |
| 10:37 | 12 | A.   Yes. |
| 10:37 | 13 | Q.   And you kind of freaked out, you said, right?  You |
| 10:37 | 14 | freaked out 'cause you didn't want to be involved in the |
| 10:37 | 15 | whole thing? |
| 10:37 | 16 | A.   Yeah.  Yeah, I didn't -- I've never been involved in |
| 10:37 | 17 | anything like this before, so, yeah. |
| 10:37 | 18 | Q.   It was pretty scary, wasn't it? |
| 10:37 | 19 | A.   Yeah. |
| 10:37 | 20 | Q.   And really, really scary, in fact, right? |
| 10:37 | 21 | A.   Not really, really scary.  But I was nervous about it. |
| 10:37 | 22 | Q.   You thought you were being dragged into something that |
| 10:37 | 23 | could end up -- |
| 10:37 | 24 | A.   I didn't want to be in on it. |
| 10:37 | 25 | Q.   Okay. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

106

| | | |
|---|---|---|
| 10:37 | 1 | A.   Okay. |
| 10:37 | 2 | Q.   And so you tried calling a lawyer for MGA, right? |
| 10:37 | 3 | A.   At least 30 times. |
| 10:37 | 4 | Q.   But they didn't call you back? |
| 10:37 | 5 | A.   Yes. |
| 10:37 | 6 | Q.   And you tried calling Paula Treantafelles, right? |
| 10:37 | 7 | A.   Over and over. |
| 10:37 | 8 | Q.   And she didn't call you back -- |
| 10:38 | 9 | A.   No. |
| 10:38 | 10 | Q.   -- about this lawsuit? |
| 10:38 | 11 | A.   Yes. |
| 10:38 | 12 | Q.   And you were trying to reach the MGA lawyers to ask |
| 10:38 | 13 | them what -- "What do I do"? |
| 10:38 | 14 | A.   Yes. |
| 10:38 | 15 | Q.   Right? |
| 10:38 | 16 | A.   Yes. |
| 10:38 | 17 | Q.   And at that point you were really freaked out, true? |
| 10:38 | 18 | A.   Yes. |
| 10:38 | 19 | Q.   And I'm just using your words. |
| 10:38 | 20 | A.   Okay. |
| 10:38 | 21 | Q.   So you wanted somebody to help you 'cause you didn't |
| 10:38 | 22 | know what to do and you were scared, right? |
| 10:38 | 23 | A.   Right. |
| 10:38 | 24 | Q.   And when you say you wanted somebody to help you, that |
| 10:38 | 25 | somebody was a lawyer, true? |

DEBBIE GALE, U.S. COURT REPORTER

| 10:38 | 1 | A.   True. |
|---|---|---|

10:38   1   A.   True.

10:38   2   Q.   So when you didn't get a call back from the MGA

10:38   3   lawyers, that's when you ignored the whole thing?  You were

10:38   4   just hoping it would go away, true?

10:38   5   A.   Yes.

10:38   6   Q.   Now, at some point, the manager of the face department

10:38   7   at Mattel told you that Michael Moore, Mattel's own in-house

10:38   8   lawyer, wanted to talk to you right away.

10:38   9        You remember that?

10:38   10   A.   Yes.

10:38   11   Q.   And you were really freaked out then, right?

10:38   12   A.   Yes.

10:38   13   Q.   You thought that you were in some kind of trouble with

10:38   14   Mattel?

10:39   15   A.   Yes.

10:39   16   Q.   True?

10:39   17   A.   True.

10:39   18   Q.   And that you could get in trouble for -- did you have

10:39   19   any idea what it was?

10:39   20   A.   No, I had no idea.

10:39   21   Q.   But Mattel, being your biggest client, you were

10:39   22   worried, "If I got in trouble with Mattel, I could lose my

10:39   23   livelihood, basically," right?

10:39   24   A.   Probably so.  I don't know.  I was just freaking out.

10:39   25   That's all.

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

| | | |
|---|---|---|
| 10:39 | 1 | Q.   Okay.  So you told Mattel you wanted a lawyer, right? |
| 10:39 | 2 | A.   Right. |
| 10:39 | 3 | Q.   And Mattel then provided one for you, right? |
| 10:39 | 4 | A.   Right. |
| 10:39 | 5 | Q.   So Mattel didn't say, "Well, go out, hire a lawyer, and |
| 10:39 | 6 | we'll reimburse you."  They just -- they just assigned you a |
| 10:39 | 7 | lawyer, right? |
| 10:39 | 8 | A.   Right. |
| 10:39 | 9 | Q.   And that was Mr. Berman, who's sitting here? |
| 10:39 | 10 | A.   Right. |
| 10:39 | 11 | Q.   And I think we saw him yesterday. |
| 10:39 | 12 | A.   Oh. |
| 10:39 | 13 | Q.   Now, you thought that if you followed the advice from |
| 10:39 | 14 | the lawyer that Mattel provided for you, that things were |
| 10:39 | 15 | gonna be cool, right? |
| 10:39 | 16 | A.   Yes -- well, better. |
| 10:39 | 17 | Q.   Right.  That -- as long as you did what the lawyer |
| 10:39 | 18 | Mattel provided you said to do you were gonna be okay, true? |
| 10:39 | 19 | A.   Yes. |
| 10:40 | 20 | Q.   I'm sorry? |
| 10:40 | 21 | A.   Yes. |
| 10:40 | 22 | Q.   Okay.  Now, your deposition was taken June 3rd, 2008 -- |
| 10:40 | 23 | I'm sorry -- your deposition was taken on February 3rd, |
| 10:40 | 24 | 2005, right? |
| 10:40 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

109

| 10:40 | 1 | Q.   And you still wanted the Mattel-provided lawyer to be |
| 10:40 | 2 | with you at the deposition, true? |
| 10:40 | 3 | A.   Yes. |
| 10:40 | 4 | Q.   And he did attend the deposition, right? |
| 10:40 | 5 | A.   Right. |
| 10:40 | 6 | Q.   And he prepared you for the deposition beforehand, |
| 10:40 | 7 | right? |
| 10:40 | 8 | A.   Yes. |
| 10:40 | 9 | Q.   And he also was present the whole time -- |
| 10:40 | 10 | A.   Yes. |
| 10:40 | 11 | Q.   In the deposition, you just -- you know what a |
| 10:40 | 12 | deposition now is.  But it's -- you know, you're sitting in |
| 10:40 | 13 | a room, not in a courtroom, and people are taking down -- a |
| 10:40 | 14 | court reporter is taking down what you say, and you're under |
| 10:40 | 15 | oath, right? |
| 10:40 | 16 | A.   Right. |
| 10:40 | 17 | Q.   And Mr. Berman has actually been present with you at |
| 10:40 | 18 | every proceeding where you've testified, true? |
| 10:40 | 19 | A.   True. |
| 10:40 | 20 | Q.   So the trial the last time and your deposition, right? |
| 10:40 | 21 | A.   Right. |
| 10:40 | 22 | Q.   And this time? |
| 10:40 | 23 | A.   Right. |
| 10:40 | 24 | Q.   And did Mr. Berman help prepare you for your testimony |
| 10:40 | 25 | today? |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

110

| | | |
|---|---|---|
| 10:40 | 1 | A.   Yes. |
| 10:41 | 2 | Q.   And did he go over documents with you? |
| 10:41 | 3 | A.   Yes. |
| 10:41 | 4 | Q.   And testimony with you? |
| 10:41 | 5 | A.   Yes. |
| 10:41 | 6 | Q.   And talk to you about questions that MGA might be |
| 10:41 | 7 | asking you? |
| 10:41 | 8 | A.   No. |
| 10:41 | 9 | Q.   Okay.  Have you read your trial testimony from |
| 10:41 | 10 | June 3rd, 2008? |
| 10:41 | 11 | A.   Vaguely.  I just looked through it. |
| 10:41 | 12 | Q.   All right.  And you read your deposition testimony? |
| 10:41 | 13 | A.   No. |
| 10:41 | 14 | Q.   Now, to this day, do you even know what Mr. Berman's |
| 10:41 | 15 | hourly rate is? |
| 10:41 | 16 | A.   No. |
| 10:41 | 17 | Q.   Do you have any idea how much he charges? |
| 10:41 | 18 | A.   No.  I don't want to ask. |
| 10:41 | 19 | Q.   And so you don't even see a bill; it just goes to |
| 10:41 | 20 | Mattel, as far as you know? |
| 10:41 | 21 | A.   Yes. |
| 10:41 | 22 | Q.   Now I want to talk about your testimony, um, your |
| 10:41 | 23 | testimony that the invoice that says "angel baby doll heads" |
| 10:41 | 24 | on it, dated June 12, 2000, was actually referring to Bratz, |
| 10:42 | 25 | and that Carter Bryant said to write it down.  Okay? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:42 | 1 | A.    Okay. |
| 10:42 | 2 | MS. KELLER:  Now, if we could see Exhibit 2003, |
| 10:42 | 3 | which I think is already in evidence. |
| 10:42 | 4 | 200 is in evidence? |
| 10:42 | 5 | MR. McCONVILLE:  It's 203. |
| 10:42 | 6 | MS. KELLER:  203.  Okay.  If we could have |
| 10:42 | 7 | Exhibit 203, which is in evidence.  I'm sorry.  It's not in |
| 10:42 | 8 | evidence yet, so we haven't displayed it. |
| 10:42 | 9 | BY MS. KELLER: |
| 10:42 | 10 | Q.   Do you recognize this as a photo of the Prayer Angels |
| 10:42 | 11 | dolls? |
| 10:42 | 12 | A.    Yes. |
| 10:42 | 13 | MS. KELLER:  Your Honor, I would move this into |
| 10:42 | 14 | evidence. |
| 10:42 | 15 | THE COURT:  Received. |
| 10:42 | 16 | *(Exhibit No. 203 received in evidence.)* |
| 10:42 | 17 | MS. KELLER:  Now it's in evidence. |
| 10:42 | 18 | *(Document displayed.)* |
| 10:42 | 19 | BY MS. KELLER: |
| 10:42 | 20 | Q.   Okay.  And if we could have you take a look at |
| 10:42 | 21 | Exhibit 204.  And you recognize that as a close up of the |
| 10:43 | 22 | Prayer Angels doll face, right? |
| 10:43 | 23 | A.    Yes. |
| 10:43 | 24 | MS. KELLER:  Your Honor, I would move that into |
| 10:43 | 25 | evidence. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

112

| | | |
|---|---|---|
| 10:43 | 1 | THE COURT:  Received. |
| 10:43 | 2 | *(Exhibit No. 204 received in evidence.)* |
| 10:43 | 3 | *(Document displayed.)* |
| 10:43 | 4 | BY MS. KELLER: |
| 10:43 | 5 | Q.   Now, you did the face painting for MGA on the Prayer |
| 10:43 | 6 | Angels, right? |
| 10:43 | 7 | A.   I sure did. |
| 10:43 | 8 | Q.   And this is one of those dolls? |
| 10:43 | 9 | A.   Yes. |
| 10:43 | 10 | MS. KELLER:  Now, if we could have the tangible of |
| 10:43 | 11 | the Prayer Angel doll -- we've got a couple of them.  We've |
| 10:43 | 12 | got 17- -- let's use 17403, 'cause I think we have that in |
| 10:43 | 13 | evidence as well as 17401. |
| 10:43 | 14 | *(Doll provided to the witness.)* |
| 10:43 | 15 | BY MS. KELLER: |
| 10:43 | 16 | Q.   You recognize this box as containing the Prayer Angel |
| 10:43 | 17 | doll that MGA developed and that went to market, right? |
| 10:43 | 18 | A.   Right. |
| 10:43 | 19 | Q.   Now, you definitely painted the faces on the Prayer |
| 10:43 | 20 | Angel doll line, right? |
| 10:43 | 21 | A.   Right. |
| 10:44 | 22 | Q.   There's no question in your mind about that, true? |
| 10:44 | 23 | A.   No question. |
| 10:44 | 24 | Q.   And taking a look at this exhibit, you recognize this |
| 10:44 | 25 | as one of the faces you painted, right? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

113

| | | |
|---|---|---|
| 10:44 | 1 | A.   Right. |
| 10:44 | 2 | Q.   Now, you agree also, don't you, that this is -- |
| 10:44 | 3 | Exhibit 17403 is the production version of what we would |
| 10:44 | 4 | call an "Anna Rhee face" for that doll, right? |
| 10:44 | 5 | A.   Right. |
| 10:44 | 6 | MS. KELLER:  And if we could look at |
| 10:44 | 7 | Exhibit 17405, it's another tangible. |
| 10:44 | 8 | (Doll provided to the witness.) |
| 10:44 | 9 | THE WITNESS:  Okay. |
| 10:44 | 10 | BY MS. KELLER: |
| 10:44 | 11 | Q.   And -- and you recognize that as yet another Prayer |
| 10:44 | 12 | Angel doll, right? |
| 10:44 | 13 | A.   Right. |
| 10:44 | 14 | MS. KELLER:  And, Your Honor, I'd move that into |
| 10:44 | 15 | evidence. |
| 10:44 | 16 | THE COURT:  Received. |
| 10:44 | 17 | (Exhibit No. 17405 received in evidence.) |
| 10:44 | 18 | MS. KELLER:  And, Your Honor, may we also |
| 10:44 | 19 | simultaneously move the photograph of that into evidence. |
| 10:45 | 20 | THE COURT:  Received. |
| 10:45 | 21 | (Exhibit No. [NOT INDICATED] received in |
| 10:45 | 22 | evidence.) |
| 10:45 | 23 | BY MS. KELLER: |
| 10:45 | 24 | Q.   So this is another version of the Prayer Angel doll |
| 10:45 | 25 | that went to market, right? |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 114 of 157   Page ID #:291611
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

114

| 10:45 | 1 | A.   Right. |
| 10:45 | 2 | Q.   And you painted the face for this Prayer Angels doll |
| 10:45 | 3 | also before it went to market, right? |
| 10:45 | 4 | A.   Right. |
| 10:45 | 5 | Q.   In fact, you painted all the Prayer Angel doll faces, |
| 10:45 | 6 | right? |
| 10:45 | 7 | A.   Right. |
| 10:45 | 8 | Q.   Now, if you could look at Exhibit 17405 again, that's |
| 10:45 | 9 | the doll in front of you. |
| 10:45 | 10 | A.   Okay. |
| 10:45 | 11 | Q.   If you look at the bottom part of the box, flip it up |
| 10:45 | 12 | and look at the date on the box on the bottom. |
| 10:45 | 13 | A.   Okay. |
| 10:45 | 14 | Q.   And it says "Copyright 2000, MGA Entertainment," true? |
| 10:45 | 15 | A.   True. |
| 10:45 | 16 | Q.   Now, this is gonna sound like a really dumb question |
| 10:45 | 17 | but, obviously, since you painted all the Prayer Angel doll |
| 10:45 | 18 | faces, they were painted before it went to market, right? |
| 10:45 | 19 | A.   Right. |
| 10:46 | 20 | MS. KELLER:  If we could look at Exhibit 16440. |
| 10:46 | 21 | That's in evidence. |
| 10:46 | 22 | (Document displayed.) |
| 10:46 | 23 | BY MS. KELLER: |
| 10:46 | 24 | Q.   And this is your handwritten invoice to MGA for the |
| 10:46 | 25 | two, quote, "angel baby doll heads."  Okay? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

115

| 10:46 | 1 | You recognize that as your invoice? |
| 10:46 | 2 | A.   This one's different than this one. |
| 10:46 | 3 | Q.   We're gonna go through two of them. |
| 10:46 | 4 | A.   Okay. |
| 10:46 | 5 | Q.   Okay.  Let's look at the one that is -- |
| 10:46 | 6 | A.   In my hand? |
| 10:46 | 7 | Q.   -- 16440. |
| 10:46 | 8 | A.   Okay. |
| 10:46 | 9 | Q.   And you see the date on that -- we'll do page 1. |
| 10:47 | 10 | A.   Okay.  One more time. |
| 10:47 | 11 | Q.   Okay.  You see the date on that:  6/12/2000? |
| 10:47 | 12 | A.   Uh-huh. |
| 10:47 | 13 | Q.   Right? |
| 10:47 | 14 | A.   Yes. |
| 10:47 | 15 | Q.   And these are records showing payment for Prayer Angels |
| 10:47 | 16 | that you -- that you painted, right? |
| 10:47 | 17 | A.   Right. |
| 10:47 | 18 | MS. KELLER:  Now, let's look at page 2 of that |
| 10:47 | 19 | exhibit. |
| 10:47 | 20 | (Document displayed.) |
| 10:47 | 21 | BY MS. KELLER: |
| 10:47 | 22 | Q.   And that's your invoice -- |
| 10:47 | 23 | A.   Yes. |
| 10:47 | 24 | Q.   -- to MGA -- |
| 10:47 | 25 | A.   Yes. |

Case 2:04-cv-09049-DOC-RNB    Document 9731    Filed 01/28/11    Page 116 of 157    Page ID #:291613
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

116

| | | |
|---|---|---|
| 10:47 | 1 | Q. -- right? |
| 10:47 | 2 | A. Yes. |
| 10:47 | 3 | Q. And what's the date on that one? |
| 10:47 | 4 | A. Uh -- |
| 10:47 | 5 | Q. Oh, I'm sorry. Can't see it. Okay. |
| 10:47 | 6 | MR. McCONVILLE: 201. |
| 10:47 | 7 | MS. KELLER: If we could look at -- well, we're |
| 10:47 | 8 | going to that next. |
| 10:47 | 9 | Now, we're going to go to Exhibit 201, page 1. |
| 10:48 | 10 | THE WITNESS: Okay. |
| 10:48 | 11 | BY MS. KELLER: |
| 10:48 | 12 | Q. Okay. And that's the invoice from you to MGA |
| 10:48 | 13 | Entertainment for "angel baby doll heads," 6/12/2000, right? |
| 10:48 | 14 | A. Right. |
| 10:48 | 15 | Q. So Exhibit 16440-2 is the same as 201-1. We just |
| 10:48 | 16 | looked at both of those, right? |
| 10:48 | 17 | A. Right. |
| 10:48 | 18 | Q. Okay. Now -- and I do have -- I do have a reason for |
| 10:48 | 19 | asking you that. |
| 10:48 | 20 | Now look at the third page of 16440. |
| 10:48 | 21 | A. Okay. |
| 10:48 | 22 | Q. Okay. Under "Item Description," it says, "angel baby |
| 10:48 | 23 | doll heads," right? |
| 10:48 | 24 | A. Right. |
| 10:48 | 25 | Q. And under "Our Reference," it says, "Prayer Angels." |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 117 of 157   Page ID #:291614
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

117

| 10:48 | 1 | A.   Right. |
| 10:48 | 2 | Q.   You see both of those? |
| 10:48 | 3 | A.   Yes. |
| 10:49 | 4 | Q.   Now, look at the amount at the bottom. |
| 10:49 | 5 | A.   Okay. |
| 10:49 | 6 | Q.   $433, right? |
| 10:49 | 7 | A.   Right. |
| 10:49 | 8 | Q.   And that's also the amount that you billed for in the |
| 10:49 | 9 | exhibit we just looked at, 201-1. |
| 10:49 | 10 | MS. KELLER:  If we could put that up again. |
| 10:49 | 11 | *(Document displayed.)* |
| 10:49 | 12 | THE WITNESS:  Right.  That's my standard rate. |
| 10:49 | 13 | BY MS. KELLER: |
| 10:49 | 14 | Q.   Right.  So what I'm talking about here is that your |
| 10:49 | 15 | invoice to MGA for angel baby doll heads matches up with |
| 10:49 | 16 | MGA's invoice paying you for work on Prayer Angels, true? |
| 10:49 | 17 | A.   True. |
| 10:49 | 18 | Q.   Okay.  Now if we could turn to a different topic. |
| 10:49 | 19 | A.   Okay. |
| 10:49 | 20 | Q.   You sometimes sketch parts of a face that you've been |
| 10:49 | 21 | asked to paint, right? |
| 10:49 | 22 | A.   Sometimes. |
| 10:49 | 23 | Q.   And after you paint a face, sometimes you're asked to |
| 10:49 | 24 | draw a sketch with color swatches in it to get it ready for |
| 10:50 | 25 | production, true? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

118

| | | |
|---|---|---|
| 10:50 | 1 | A.    True. |
| 10:50 | 2 |        MS. KELLER:  Now, if we could see Exhibit 12822, |
| 10:50 | 3 | which is in evidence. |
| 10:50 | 4 |        (Document displayed.) |
| 10:50 | 5 |        THE WITNESS:  Okay. |
| 10:50 | 6 | BY MS. KELLER: |
| 10:50 | 7 | Q.    Okay.  Let's look at the first page, 12822-1.  And this |
| 10:50 | 8 | shows an e-mail from Jimmy Cheng to Paula Treantafelles, |
| 10:50 | 9 | October 26, 2000. |
| 10:50 | 10 |        Do you see that? |
| 10:50 | 11 | A.    Yes. |
| 10:50 | 12 | Q.    And the subject says, "angel prayer," right? |
| 10:50 | 13 | A.    Right. |
| 10:50 | 14 | Q.    Now, look at the second page of that Exhibit 12822-2. |
| 10:51 | 15 |        Now, you recognize that attachment, right? |
| 10:51 | 16 | A.    Yes. |
| 10:51 | 17 | Q.    It's a sketch that you did, right? |
| 10:51 | 18 | A.    Right. |
| 10:51 | 19 | Q.    And it's a sketch specifically of the eye of the Prayer |
| 10:51 | 20 | Angel doll that you did for MGA, true? |
| 10:51 | 21 | A.    True. |
| 10:51 | 22 | Q.    And you also recognize this -- |
| 10:51 | 23 |        MS. KELLER:  If we can turn to the lips. |
| 10:51 | 24 |        *(Document displayed.)* |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 119 of 157   Page ID #:291616
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

119

| | | |
|---|---|---|
| 10:51 | 1 | BY MS. KELLER: |
| 10:51 | 2 | Q.   You also recognize your sketch of the lips for the |
| 10:51 | 3 | Prayer Angel doll, right? |
| 10:51 | 4 | A.   Right. |
| 10:51 | 5 | Q.   So this is a sketch that you did of the Prayer Angel |
| 10:51 | 6 | doll eye before the e-mail was sent, obviously, right? |
| 10:51 | 7 | A.   Oh.  Say that one more time, please. |
| 10:51 | 8 | Q.   Okay.  This is a sketch that you did of the Prayer |
| 10:51 | 9 | Angel doll eye before the date the e-mail was sent, right? |
| 10:51 | 10 | A.   Um, I suppose so.  I don't recognize the e-mail |
| 10:51 | 11 | 'cause -- |
| 10:51 | 12 | Q.   With this is an attachment -- |
| 10:51 | 13 | A.   Oh. |
| 10:51 | 14 | Q.   -- to the e-mail, right? |
| 10:52 | 15 | A.   Okay.  Okay. |
| 10:52 | 16 | Q.   Let's go back -- just let you take a look at it again. |
| 10:52 | 17 | Let's go back to the first page of the e-mail. |
| 10:52 | 18 | A.   Okay. |
| 10:52 | 19 | Q.   And you see the attachment, right? |
| 10:52 | 20 | A.   Right. |
| 10:52 | 21 | Q.   So it's another dumb question, I guess, but, obviously, |
| 10:52 | 22 | you did the sketch before the e-mail was sent with that as |
| 10:52 | 23 | an attachment, right? |
| 10:52 | 24 | A.   I -- yes.  Um, the drawing is mine -- |
| 10:52 | 25 | Q.   Uh-huh. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

120

| | | |
|---|---|---|
| 10:52 | 1 | A.    -- but it doesn't look like my writing. |
| 10:52 | 2 | Q.    Yeah, well, I'm asking you about the drawing. |
| 10:52 | 3 | A.    Okay. |
| 10:52 | 4 | Q.    Okay?  And whether -- you know, whether it looks like |
| 10:52 | 5 | your writing or not, we'll save for another day. |
| 10:52 | 6 | A.    Okay. |
| 10:52 | 7 | Q.    Now, you agree that the eye in this sketch is not a |
| 10:52 | 8 | Bratz eye, right? |
| 10:52 | 9 | A.    Right. |
| 10:52 | 10 | Q.    This is work that you were doing for MGA that |
| 10:52 | 11 | absolutely does not pertain to Bratz, right? |
| 10:52 | 12 | A.    Right. |
| 10:52 | 13 | Q.    Now, if we could look at the last page of |
| 10:52 | 14 | Exhibit 12822, and that would be 12822-31 -- I'm sorry -- |
| 10:53 | 15 | dash 3. |
| 10:53 | 16 | A.    Okay. |
| 10:53 | 17 | Q.    This is a page of color swatches that you prepared, |
| 10:53 | 18 | right? |
| 10:53 | 19 | A.    Um, well, it looks like it, 'cause it's cut up pretty |
| 10:53 | 20 | sloppy like the way I would do it.  But the second mini |
| 10:53 | 21 | swatch, I don't remember doing that -- the little mini |
| 10:53 | 22 | swatch. |
| 10:53 | 23 | Q.    Okay.  Are you saying you don't remember? |
| 10:53 | 24 | A.    I don't remember the small part. |
| 10:53 | 25 | Q.    Okay. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

121

| 10:53 | 1 | A.   I don't normally do it that -- I don't normally use |
| 10:53 | 2 | that. |
| 10:53 | 3 | Q.   Well, I'm going to ask if we can refresh your memory -- |
| 10:53 | 4 | A.   Okay. |
| 10:53 | 5 | Q.   -- by having you look at your trial testimony for |
| 10:53 | 6 | June 3rd, 2008. |
| 10:53 | 7 | A.   Uh-huh. |
| 10:53 | 8 | Q.   Page 1230, lines 23 and 24. |
| 10:53 | 9 | A.   23 and 24? |
| 10:53 | 10 | Q.   Uh-huh. |
| 10:53 | 11 | A.   Okay. |
| 10:53 | 12 | Q.   Have you refreshed you memory by reading that? |
| 10:54 | 13 | A.   Oh, I -- sorry. |
| 10:54 | 14 |      Um, I do remember saying that.  But, to be honest, I |
| 10:54 | 15 | just said, "yes," but I didn't remember that small part |
| 10:54 | 16 | either.  I just thought it was no big deal. |
| 10:54 | 17 | Q.   Okay.  So what you're telling us is at the previous |
| 10:54 | 18 | trial, you were asked if you prepared this page of color |
| 10:54 | 19 | swatches, and you said, "yes," but you really didn't know? |
| 10:54 | 20 | You were just -- |
| 10:54 | 21 | A.   No.  I knew.  But that little section, afterwards, I |
| 10:54 | 22 | kinda went like "Oh, well, whatever.  I don't know how it |
| 10:54 | 23 | matters, anyways." |
| 10:54 | 24 | Q.   Do you understand that your testimony's under oath? |
| 10:54 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

122

| 10:54 | 1 | Q. And you're telling the truth here about what -- |
| 10:54 | 2 | A. I was telling the truth. |
| 10:54 | 3 | Q. -- what you don't remember is very important -- |
| 10:54 | 4 | A. Yes. |
| 10:54 | 5 | Q. -- to a lot of people. |
| 10:54 | 6 | A. Yes. |
| 10:54 | 7 | Q. You understand that? |
| 10:54 | 8 | A. I understand. I do understand. |
| 10:54 | 9 | Q. Okay. So I'm asking you again, did you prepare this |
| 10:54 | 10 | page of color swatches? |
| 10:54 | 11 | A. From what I recall, I did. |
| 10:55 | 12 | Q. Okay. And this is a sketch that you did of the Prayer |
| 10:55 | 13 | Angel doll eye before the date the e-mail was sent -- that's |
| 10:55 | 14 | all I'm asking you -- right? |
| 10:55 | 15 | A. Right. |
| 10:55 | 16 | Q. Okay. So then, again, another dumb question, but hang |
| 10:55 | 17 | in there with me. |
| 10:55 | 18 | A. Okay. |
| 10:55 | 19 | Q. So you did the sketch of the Prayer Angel doll eye and |
| 10:55 | 20 | lips before October 26 of 2000, right? 'Cause that's the |
| 10:55 | 21 | date of the e-mail that that was attached to, true? |
| 10:55 | 22 | A. Well, according to the e-mail, then it would be true. |
| 10:55 | 23 | Q. Okay. Now, if we could have you look at Exhibit 201, |
| 10:55 | 24 | page 8. |
| 10:55 | 25 | A. Okay. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:55 | 1 | Q.   And you recognize this document, don't you?  It has |
| 10:55 | 2 | your handwriting on it? |
| 10:55 | 3 | A.   Yes, it does. |
| 10:56 | 4 | Q.   And this is -- |
| 10:56 | 5 | MS. KELLER:  Your Honor, I would move that this be |
| 10:56 | 6 | admitted into evidence. |
| 10:56 | 7 | THE COURT:  201? |
| 10:56 | 8 | MS. KELLER:  201. |
| 10:56 | 9 | THE COURT:  Received. |
| 10:56 | 10 | (Exhibit No. 201 received in evidence.) |
| 10:56 | 11 | BY MS. KELLER: |
| 10:56 | 12 | Q.   This is an invoice from you to MGA Entertainment for "1 |
| 10:56 | 13 | detailed sketch of angels face touch up, 1 touch up, and 2 |
| 10:56 | 14 | sets of color swatches and specification"? |
| 10:56 | 15 | A.   Yes. |
| 10:56 | 16 | Q.   And that's dated 10/17/2000, right? |
| 10:56 | 17 | A.   Yes. |
| 10:56 | 18 | Q.   "Request by Paula Treantafelles"? |
| 10:56 | 19 | A.   Right. |
| 10:56 | 20 | Q.   So this is an invoice from you for a detailed sketch of |
| 10:56 | 21 | the angels face, right? |
| 10:56 | 22 | A.   Yes. |
| 10:56 | 23 | Q.   And the invoice also refers to color swatches and |
| 10:56 | 24 | specifications, true? |
| 10:56 | 25 | A.   True. |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 124 of 157   Page ID #:291621
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

124

| | | |
|---|---|---|
| 10:56 | 1 | Q.   So this is work you performed for MGA in October of |
| 10:56 | 2 | 2000, then, isn't it? |
| 10:56 | 3 | A.   Yes. |
| 10:56 | 4 | Q.   And this is the invoice for the sketch and the color |
| 10:56 | 5 | swatches we just looked at in Exhibit 12822, right? |
| 10:57 | 6 | A.   (No response.) |
| 10:57 | 7 | MS. KELLER:  If we could switch back to 12822. |
| 10:57 | 8 | (Document displayed.) |
| 10:57 | 9 | THE WITNESS:  Yes. |
| 10:57 | 10 | BY MS. KELLER: |
| 10:57 | 11 | Q.   Okay.  That's a "yes"? |
| 10:57 | 12 | A.   Yes. |
| 10:57 | 13 | Q.   All right.  Now, if you could look at Exhibit 402-B, |
| 10:57 | 14 | which is in evidence. |
| 10:57 | 15 | (Document displayed.) |
| 10:57 | 16 | BY MS. KELLER: |
| 10:57 | 17 | Q.   This is an August 4, 2000 e-mail from a J. Schiaffino |
| 10:57 | 18 | to Paula Treantafelles, enclosing a photo of a Prayer Angel |
| 10:57 | 19 | head. |
| 10:57 | 20 | Do you see that? |
| 10:57 | 21 | A.   Yes. |
| 10:57 | 22 | Q.   Now look at the second page, 402-B. |
| 10:57 | 23 | A.   Okay. |
| 10:57 | 24 | Q.   And you recognize this as a photograph of a blank head |
| 10:57 | 25 | for a Prayer Angel doll, right? |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

125

| | | |
|---|---|---|
| 10:58 | 1 | A.   Right. |
| 10:58 | 2 | Q.   Now, if -- well, so you agree this photo of the doll |
| 10:58 | 3 | head attached to an e-mail in early August 2000 is basically |
| 10:58 | 4 | the Prayer Angel doll head but without the face paint? |
| 10:58 | 5 | A.   Right. |
| 10:58 | 6 | Q.   True? |
| 10:58 | 7 | A.   True. |
| 10:58 | 8 | Q.   And the date of the e-mail again is August 4, 2000, |
| 10:58 | 9 | right? |
| 10:58 | 10 | A.   Right. |
| 10:58 | 11 | Q.   And 2000 is the same year as the copyright year for the |
| 10:58 | 12 | Prayer Angel in the box that you looked at a little earlier? |
| 10:58 | 13 | A.   Okay. |
| 10:58 | 14 | Q.   Right? |
| 10:58 | 15 | A.   Right. |
| 10:58 | 16 | MS. KELLER:   Now, if we could go back to |
| 10:58 | 17 | Exhibit 201, page 2. |
| 10:58 | 18 | *(Document displayed.)* |
| 10:58 | 19 | BY MS. KELLER: |
| 10:58 | 20 | Q.   This is an invoice from you to MGA Entertainment for |
| 10:58 | 21 | "angle faces, 4 versions." |
| 10:58 | 22 | A.   Okay. |
| 10:59 | 23 | Q.   And that's dated 8/29/2000, right? |
| 10:59 | 24 | A.   Right. |
| 10:59 | 25 | Q.   And "Request by Paula Treantafelles," right? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

126

| | | |
|---|---|---|
| 10:59 | 1 | A.   Right. |
| 10:59 | 2 | Q.   This is an invoice you prepared for MGA on August 29, |
| 10:59 | 3 | 2000 -- |
| 10:59 | 4 | A.   Yes. |
| 10:59 | 5 | Q.   -- correct? |
| 10:59 | 6 | A.   Yes, correct. |
| 10:59 | 7 | Q.   And it says that the work you performed for MGA was for |
| 10:59 | 8 | "angel faces, 4 versions"? |
| 10:59 | 9 | A.   Right. |
| 10:59 | 10 | Q.   And the date on Exhibit 402-B is August 4th, 2000, |
| 10:59 | 11 | right? |
| 10:59 | 12 | A.   Right. |
| 10:59 | 13 | Q.   And so you prepared that invoice after the date that we |
| 10:59 | 14 | saw on Exhibit 402-B, right? |
| 10:59 | 15 | A.   Um, can you say that one with more time? |
| 10:59 | 16 | Q.   Okay.  You prepared your invoice after the date on |
| 10:59 | 17 | Exhibit 402-B. |
| 10:59 | 18 | Your invoice was dated August 29th, 2000, right? |
| 10:59 | 19 | A.   Okay.  Yes, yes. |
| 10:59 | 20 | Q.   That's -- Okay. |
| 11:00 | 21 | And the date on Exhibit 402-B was August 4th, 2000, |
| 11:00 | 22 | right? |
| 11:00 | 23 | A.   Right. |
| 11:00 | 24 | Q.   So you prepared your invoice after that date, that |
| 11:00 | 25 | August 4th date -- another dumb question, right? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

127

| | | |
|---|---|---|
| 11:00 | 1 | A.   Right. |
| 11:00 | 2 | Q.   Right, that it's a dumb question?  Or right that you |
| 11:00 | 3 | prepared the invoice after?  Or both? |
| 11:00 | 4 | Okay.  So the invoice you prepared on August 29, 2000, |
| 11:00 | 5 | for MGA -- |
| 11:00 | 6 | A.   Okay. |
| 11:00 | 7 | Q.   -- was to paint the face for the blank doll head you |
| 11:00 | 8 | identified in Exhibit 402-B as the Prayer Angel doll, |
| 11:00 | 9 | correct? |
| 11:00 | 10 | A.   Well, that's the weird thing.  I didn't do this until I |
| 11:00 | 11 | moved to a different house. |
| 11:00 | 12 | Q.   You know something?  Let's just stick with the |
| 11:00 | 13 | question, if we can. |
| 11:00 | 14 | A.   Okay.  Okay. |
| 11:00 | 15 | Q.   It appears that the invoice that you prepared on |
| 11:00 | 16 | August 29, 2000, for MGA is to paint the face for the blank |
| 11:00 | 17 | head you identified in Exhibit 402-B as the Prayer Angel |
| 11:00 | 18 | doll, right? |
| 11:00 | 19 | A.   Are you asking if this invoice is for this? |
| 11:00 | 20 | Q.   What I'm saying is it appears -- |
| 11:01 | 21 | A.   Yes. |
| 11:01 | 22 | Q.   -- that the invoice you prepared on August 29, 2000 -- |
| 11:01 | 23 | A.   Oh. |
| 11:01 | 24 | Q.   -- for MGA -- |
| 11:01 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

128

| | | |
|---|---|---|
| 11:01 | 1 | Q.   -- was your bill to paint that face on the blank |
| 11:01 | 2 | head -- |
| 11:01 | 3 | A.   Yes. |
| 11:01 | 4 | Q.   -- that you identified in Exhibit 402-B as the Prayer |
| 11:01 | 5 | Angel doll, right? |
| 11:01 | 6 | A.   It appears it, yes. |
| 11:01 | 7 | Q.   Okay.  True? |
| 11:01 | 8 | A.   True. |
| 11:01 | 9 | Q.   Now, after this, you sent other invoices to MGA for |
| 11:01 | 10 | painting on the angel faces, right? |
| 11:01 | 11 | A.   Right. |
| 11:01 | 12 | MS. KELLER:  If we could see Exhibit 201-3. |
| 11:01 | 13 | *(Document provided to witness.)* |
| 11:01 | 14 | BY MS. KELLER: |
| 11:01 | 15 | Q.   This is an invoice from you to MGA Entertainment for |
| 11:01 | 16 | "5 angel faces"? |
| 11:01 | 17 | A.   Uh-huh. |
| 11:01 | 18 | Q.   $200 each.  That was on September 8th, right? |
| 11:01 | 19 | A.   Okay. |
| 11:01 | 20 | Q.   And look at Exhibit 201-4. |
| 11:01 | 21 | *(Document provided to the witness.)* |
| 11:01 | 22 | MS. KELLER:  And, Your Honor, I'd ask that 203 -- |
| 11:01 | 23 | 201-3 be admitted. |
| 11:01 | 24 | THE COURT:  That's the invoice of October 17 for |
| 11:02 | 25 | $216. |

| | | |
|---|---|---|
| 11:02 | 1 | MS. KELLER:  No, Your Honor.  Exhibit 201-3 is the |
| 11:02 | 2 | invoice dated September 8, 2000, for "5 angel faces," $200 |
| 11:02 | 3 | each. |
| 11:02 | 4 | THE COURT:  All right.  That's received. |
| 11:02 | 5 | *(Exhibit No. 201-3 received in evidence.)* |
| 11:02 | 6 | MS. KELLER:  And then -- |
| 11:02 | 7 | THE COURT:  Counsel, you referred to the invoice |
| 11:02 | 8 | of October 17, 2000, if you would look back, for $216.50. |
| 11:02 | 9 | Is that 201-8? |
| 11:02 | 10 | MS. KELLER:  Yes, Your Honor. |
| 11:02 | 11 | THE COURT:  All right.  That's received, also. |
| 11:02 | 12 | *(Exhibit No. 201-8 received in evidence.)* |
| 11:02 | 13 | *(Document displayed.)* |
| 11:02 | 14 | BY MS. KELLER: |
| 11:02 | 15 | Q.  Now, if you look at Exhibit 201-4, which I'm not sure |
| 11:02 | 16 | is in evidence yet, that's an invoice from you to MGA |
| 11:02 | 17 | Entertainment, dated September 12, 2000, for "2 angel faces, |
| 11:02 | 18 | rush overnight," right?  Yes? |
| 11:02 | 19 | A.  Yes. |
| 11:02 | 20 | MS. KELLER:  And, Your Honor, I'd ask that |
| 11:02 | 21 | Exhibit 201-4 be admitted. |
| 11:03 | 22 | THE COURT:  Received. |
| 11:03 | 23 | *(Exhibit No. 201-4 received in evidence.)* |
| 11:03 | 24 | *(Document displayed.)* |
| | 25 | |

| | | |
|---|---|---|
| 11:03 | 1 | BY MS. KELLER: |
| 11:03 | 2 | Q.   If you look at Exhibit 201-5 -- |
| 11:03 | 3 | A.   Okay. |
| 11:03 | 4 | Q.   -- invoice from you to MGA Entertainment for two |
| 11:03 | 5 | black -- angel black faces and one lips. |
| 11:03 | 6 | A.   Oh, okay. |
| 11:03 | 7 | Q.   That's dated 9/18/2000, right? |
| 11:03 | 8 | A.   Right. |
| 11:03 | 9 | MS. KELLER:  Your Honor, I would move |
| 11:03 | 10 | Exhibit 201-5 into evidence. |
| 11:03 | 11 | THE COURT:  Received. |
| 11:03 | 12 | *(Exhibit No. 201-5 received in evidence.)* |
| 11:03 | 13 | *(Document displayed.)* |
| 11:03 | 14 | BY MS. KELLER: |
| 11:03 | 15 | Q.   If you look at 201-7, and that's an invoice from you to |
| 11:03 | 16 | MGA Entertainment for "3 doll face lips redone," dated |
| 11:03 | 17 | 9/19/2000. |
| 11:03 | 18 | A.   Okay. |
| 11:03 | 19 | Q.   Okay.  And when you write on an invoice "doll face lips |
| 11:03 | 20 | redone," it means you have repainted some lips that were |
| 11:03 | 21 | already there, right? |
| 11:04 | 22 | A.   Right. |
| 11:04 | 23 | MS. KELLER:  Okay.  And, Your Honor, I would move |
| 11:04 | 24 | 201-7 into evidence. |
| 11:04 | 25 | THE COURT:  Received. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

131

| | | |
|---|---|---|
| 11:04 | 1 | (Exhibit No. 201-7 received in evidence.) |
| 11:04 | 2 | (Document displayed.) |
| 11:04 | 3 | BY MS. KELLER: |
| 11:04 | 4 | Q.   And if we could move on to some more invoices from you. |
| 11:04 | 5 | A.   Okay. |
| 11:04 | 6 | Q.   We have Exhibit 201-11, invoice from you to MGA |
| 11:04 | 7 | Entertainment.  Take a look at that. |
| 11:04 | 8 | A.   The one that says "jump rope dolls"? |
| 11:04 | 9 | Q.   Yes.  That's your invoice to MGA Entertainment? |
| 11:04 | 10 | A.   Yes. |
| 11:04 | 11 | MS. KELLER:  Your Honor, I'd move 201-11 into |
| 11:04 | 12 | evidence. |
| 11:04 | 13 | THE COURT:  What's the date again? |
| 11:04 | 14 | MS. KELLER:  11/29/00. |
| 11:04 | 15 | THE COURT:  Received. |
| 11:04 | 16 | (Exhibit No. 201-11 received in evidence.) |
| 11:04 | 17 | BY MS. KELLER: |
| 11:04 | 18 | Q.   If you look at 201-9, another invoice from you to MGA |
| 11:04 | 19 | Entertainment, dated November 16, 2000. |
| 11:05 | 20 | And that's another invoice from you to MGA, correct? |
| 11:05 | 21 | A.   Correct? |
| 11:05 | 22 | MS. KELLER:  Your Honor, I'd move Exhibit 201-9 |
| 11:05 | 23 | into evidence. |
| 11:05 | 24 | THE COURT:  Received. |
| 11:05 | 25 | (Exhibit No. 201-9 received in evidence.) |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 132 of 157   Page ID #:291629
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

132

| 11:05 | 1 | MS. KELLER:  And if we could show that?  Do we |
|---|---|---|

11:05    1              MS. KELLER:  And if we could show that?  Do we

11:05    2    have that?

11:05    3           (Document displayed.)

11:05    4    BY MS. KELLER:

11:05    5    Q.   Now, this one contains a reference to "jumping rope

11:05    6    face"?

11:05    7    A.   Yes.

11:05    8    Q.   Right?

11:05    9    A.   Yes.

11:05    10    Q.   But you don't know what jump rope dolls are, right?

11:05    11    A.   No.

11:05    12    Q.   And you never saw any Bratz dolls jumping rope, right?

11:05    13    A.   No.

11:05    14    Q.   Am I correct in that?

11:05    15    A.   Correct.  You're correct.

11:05    16    Q.   Now, if we could turn to Exhibit 201-26 -- I'm sorry.

11:05    17    If I could back up one sec.

11:05    18        That Exhibit 201-11 that has now been admitted --

11:05    19           (Document displayed.)

11:05    20    BY MS. KELLER:

11:05    21    Q.   -- that was the invoice from you to MGA and that was

11:05    22    for two jump rope dolls, right?

11:06    23    A.   Right.

11:06    24    Q.   And you don't know what those are, right?

11:06    25    A.   I don't remember.

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

133

| | | |
|---|---|---|
| 11:06 | 1 | Q.   Okay.  Now back to Exhibit 201-26.  If we could have |
| 11:06 | 2 | you look at that. |
| 11:06 | 3 | A.   This is Book No. 2? |
| 11:06 | 4 | Q.   Yes. |
| 11:06 | 5 | A.   Okay. |
| 11:06 | 6 | Q.   That's an invoice from you to MGA Entertainment for |
| 11:06 | 7 | "5 scooter dolls, touch up" and "2 color swatches." |
| 11:06 | 8 |     You see that? |
| 11:06 | 9 | A.   Yes. |
| 11:06 | 10 | Q.   That's dated January 25, 2001? |
| 11:06 | 11 | A.   Yes. |
| 11:06 | 12 | Q.   You have no idea what scooter dolls are, right? |
| 11:06 | 13 | A.   I don't remember. |
| 11:06 | 14 | Q.   No memory of 'em at all, right?  Am I correct? |
| 11:06 | 15 | A.   Correct. |
| 11:06 | 16 | Q.   If we could turn to 201-28. |
| 11:07 | 17 | A.   Got it. |
| 11:07 | 18 | Q.   Okay.  You recognize that as an invoice to you *(sic)* |
| 11:07 | 19 | from MGA dated January 26, 2001.  Recognize that? |
| 11:07 | 20 | A.   Yes. |
| 11:07 | 21 |         MS. KELLER:  I'd ask that be admitted, Your Honor, |
| 11:07 | 22 | 201-28. |
| 11:07 | 23 |         THE COURT:  Received. |
| 11:07 | 24 |         *(Exhibit No. 201-28 received in evidence.)* |
| 11:07 | 25 |         MS. KELLER:  Could we display that. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1–4

134

| | | |
|---|---|---|
| 11:07 | 1 | (Document displayed.) |
| 11:07 | 2 | BY MS. KELLER: |
| 11:07 | 3 | Q.   This is for "Toddler Tabitha face dolls," right? |
| 11:07 | 4 | A.   Yes. |
| 11:07 | 5 | Q.   And if we could go to 201-29, that's another invoice |
| 11:07 | 6 | from you, dated January 30th, 2001, for "Toddler Tabitha |
| 11:07 | 7 | face" and "3 lips on large head." |
| 11:07 | 8 | Do you recognize that? |
| 11:07 | 9 | A.   Yes. |
| 11:07 | 10 | MS. KELLER:  Ask that be admitted, Your Honor, |
| 11:07 | 11 | 201-29. |
| 11:07 | 12 | THE COURT:  Received. |
| 11:07 | 13 | (Exhibit No. 201-29 received in evidence.) |
| 11:07 | 14 | BY MS. KELLER: |
| 11:07 | 15 | Q.   And that's dated January 30th, 2001.  And you don't |
| 11:07 | 16 | remember what Toddler Tabitha dolls are, right? |
| 11:08 | 17 | A.   I kind of vaguely remember it being a large doll. |
| 11:08 | 18 | Q.   Well, isn't it true that you don't have any mental |
| 11:08 | 19 | image of Toddler Tabitha at all? |
| 11:08 | 20 | A.   If I saw the face, I would; but not right now I don't. |
| 11:08 | 21 | Q.   You can't describe what it looks like, right? |
| 11:08 | 22 | A.   No.  Just that it's a large doll. |
| 11:08 | 23 | Q.   Okay.  You didn't even know that at your deposition, |
| 11:08 | 24 | did you? |
| 11:08 | 25 | A.   I don't remember what I said. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

135

| | | |
|---|---|---|
| 11:08 | 1 | Q.   Well, your deposition was back in 2005; is that |
| 11:08 | 2 | correct? |
| 11:08 | 3 | A.   Yes. |
| 11:08 | 4 | Q.   So you can't say the race or ethnicity of the dolls, |
| 11:08 | 5 | right? |
| 11:08 | 6 | A.   (No response.) |
| 11:08 | 7 | Q.   I'm talking about back 2005, you didn't remember the |
| 11:08 | 8 | race or ethnicity of the dolls, did you? |
| 11:08 | 9 |         MR. QUINN:  Object to the form, Your Honor. |
| 11:08 | 10 |         THE COURT:  Overruled. |
| 11:08 | 11 |         You can answer the question. |
| 11:08 | 12 |         THE WITNESS:  Oh.  Um, no. |
| 11:08 | 13 | BY MS. KELLER: |
| 11:08 | 14 | Q.   Am I correct? |
| 11:08 | 15 | A.   Correct. |
| 11:08 | 16 | Q.   Or the size of the doll head? |
| 11:08 | 17 | A.   I kind of remember the size. |
| 11:08 | 18 | Q.   Okay.  I want you to turn to your deposition taken |
| 11:08 | 19 | February 3rd, 2005, pages 178 -- page 178, 22 to 23. |
| 11:09 | 20 | A.   22, 23? |
| 11:09 | 21 | Q.   See that? |
| 11:09 | 22 | A.   Yes. |
| 11:09 | 23 | Q.   So back in 2005, you couldn't even say what the size of |
| 11:09 | 24 | the doll head was, right? |
| 11:09 | 25 | A.   Not for sure. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

136

| | | |
|---|---|---|
| 11:09 | 1 | MR. QUINN:  Misstates the testimony, Your Honor. |
| 11:09 | 2 | It's improper. |
| 11:09 | 3 | THE WITNESS:  I said I knew, kind of. |
| 11:09 | 4 | THE COURT:  Just a moment. |
| 11:09 | 5 | You're referring to Toddler Tabitha? |
| 11:09 | 6 | MS. KELLER:  Yes, Your Honor. |
| 11:09 | 7 | THE COURT:  Overruled. |
| 11:09 | 8 | BY MS. KELLER: |
| 11:09 | 9 | Q.   Okay.  So you didn't know the size of the doll head, |
| 11:10 | 10 | right? |
| 11:10 | 11 | A.   Not exact size, right. |
| 11:10 | 12 | Q.   Well, when you say "not for sure," you didn't even have |
| 11:10 | 13 | any memory of that doll at the time, did you? |
| 11:10 | 14 | MR. QUINN:  Objection to the form. |
| 11:10 | 15 | THE COURT:  Overruled. |
| 11:10 | 16 | BY MS. KELLER: |
| 11:10 | 17 | Q.   You didn't even have any memory of the doll, right? |
| 11:10 | 18 | A.   Right. |
| 11:10 | 19 | Q.   And you didn't know if the doll ever came out on the |
| 11:10 | 20 | market, right? |
| 11:10 | 21 | A.   No. |
| 11:10 | 22 | Q.   Am I correct? |
| 11:10 | 23 | A.   Correct. |
| 11:10 | 24 | Q.   You didn't have any mental image of the doll back in |
| 11:10 | 25 | 2005, right? |

DEBBIE GALE, U.S. COURT REPORTER

| 11:10 | 1 | A.    Kinda did and kinda didn't.  But basically, no. |
| 11:10 | 2 | Q.    Okay.  Just like to ask you to take a look at page 178 |
| 11:10 | 3 | of your deposition. |
| 11:10 | 4 |         THE COURT:  Let me see that again, Counsel. |
| 11:10 | 5 |         MS. HURST:  (Provides document to the Court.) |
| 11:10 | 6 |         THE WITNESS:  Okay.  What number? |
| 11:10 | 7 |         MS. KELLER:  Lines 7 through 9.  Page 178, lines 7 |
| 11:11 | 8 | through 9. |
| 11:11 | 9 |         MR. QUINN:  For completeness, Your Honor, to |
| 11:11 | 10 | 179-3. |
| 11:11 | 11 |         THE WITNESS:  Okay. |
| 11:11 | 12 |         THE COURT:  All right.  Counsel, I think you have |
| 11:11 | 13 | an agreement, then, between the parties, if there's a |
| 11:11 | 14 | request for completeness, that you'll both abide by it, so |
| 11:11 | 15 | sustained. |
| 11:11 | 16 |         MS. KELLER:  I'd ask to be allowed then |
| 11:11 | 17 | to -- well, I will read to that section Mr. Quinn requested, |
| 11:11 | 18 | Your Honor, if it's all right with the Court. |
| 11:11 | 19 |         THE COURT:  Certainly. |
| 11:11 | 20 |         MS. KELLER:  May I begin? |
| 11:11 | 21 |         THE COURT:  Certainly. |
| 11:11 | 22 |         MS. KELLER:  (Reading:) |
| 11:11 | 23 |         "QUESTION:  Putting it differently, do you |
| 11:11 | 24 | currently have a mental image of Toddler Tabitha? |
| 11:11 | 25 |         "ANSWER:  No. |

| | | |
|---|---|---|
| 11:11 | 1 | "QUESTION:  Can you describe what Toddler Tabitha |
| 11:11 | 2 | looks like? |
| 11:11 | 3 | "ANSWER:  No. |
| 11:11 | 4 | "QUESTION:  Can you describe the nature of the |
| 11:11 | 5 | faces that you painted that are referred to in your |
| 11:11 | 6 | January 26 and January 30th invoices? |
| 11:11 | 7 | "ANSWER:  No. |
| 11:11 | 8 | "QUESTION:  Can you tell me the race of the doll |
| 11:12 | 9 | faces? |
| 11:12 | 10 | "ANSWER:  Not for sure. |
| 11:12 | 11 | "Okay." |
| 11:12 | 12 | "QUESTION:  Okay.  Can you tell me the national |
| 11:12 | 13 | origin of these doll faces? |
| 11:12 | 14 | "ANSWER:  Not for sure. |
| 11:12 | 15 | "QUESTION:  Can you tell me the size of the doll |
| 11:12 | 16 | head? |
| 11:12 | 17 | "ANSWER:  Not for sure. |
| 11:12 | 18 | "QUESTION:  Okay.  Well, you say 'not for sure,' |
| 11:12 | 19 | do you have a recollection of Toddler Tabitha currently? |
| 11:12 | 20 | "ANSWER:  Not a recollection.  Just by looking at |
| 11:12 | 21 | the name, I assume it's a like -- *(Indicating.)*" |
| 11:12 | 22 | BY MS. KELLER: |
| 11:12 | 23 | Q.  So, bottom line is, when you were asked about it back |
| 11:12 | 24 | in 2005, you didn't really remember Toddler Tabitha much, |
| 11:12 | 25 | right? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

139

| 11:12 | 1 | A.    Yeah.  Yeah. |
| 11:12 | 2 | Q.    Now, if we go to Exhibit -- I'd like you to look at |
| 11:12 | 3 | Exhibit 201-34. |
| 11:12 | 4 | A.    Okay. |
| 11:12 | 5 | Q.    And this is an invoice from you to MGA Entertainment, |
| 11:12 | 6 | dated May 13, 2001? |
| 11:13 | 7 | A.    Yes. |
| 11:13 | 8 |        MS. KELLER:  I'd move it into evidence, |
| 11:13 | 9 | Your Honor, 201-34. |
| 11:13 | 10 |        THE COURT:  It's received. |
| 11:13 | 11 |        (Exhibit No. 201-34 received in evidence.) |
| 11:13 | 12 |         (Document displayed.) |
| 11:13 | 13 |        MS. KELLER:  Thank you, Your Honor. |
| 11:13 | 14 | BY MS. KELLER: |
| 11:13 | 15 | Q.    So this was an invoice to you -- from you to MGA for |
| 11:13 | 16 | "2 magic muffin heads," and "2 bodies painted" and "2 hats |
| 11:13 | 17 | with decor," right? |
| 11:13 | 18 | A.    Right. |
| 11:13 | 19 | Q.    But you don't remember what magic muffin even was, |
| 11:13 | 20 | true? |
| 11:13 | 21 | A.    True. |
| 11:13 | 22 | Q.    And -- I mean, no idea other than you knew it wasn't a |
| 11:13 | 23 | Bratz doll face -- |
| 11:13 | 24 | A.    Right, right -- |
| 11:13 | 25 | Q.    -- true? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

140

| 11:13 | 1 | A.    True. |
|---|---|---|
| 11:13 | 2 | Q.    If we can look at Exhibit 201-36. |
| 11:13 | 3 | A.    Okay. |
| 11:13 | 4 | Q.    Okay.  This is an invoice from you to MGA, dated |
| 11:13 | 5 | May 14, 2001, right? |
| 11:13 | 6 | A.    Right. |
| 11:13 | 7 | MS. KELLER:  Your Honor, I would move |
| 11:13 | 8 | Exhibit 201-36 into evidence. |
| 11:13 | 9 | THE COURT:  Is this May 14th? |
| 11:13 | 10 | MS. KELLER:  May 14th, 2001 -- I'm sorry. |
| 11:13 | 11 | May 17th. |
| 11:14 | 12 | THE COURT:  May 17th. |
| 11:14 | 13 | Received. |
| 11:14 | 14 | *(Exhibit No. 201-36 received in evidence.)* |
| 11:14 | 15 | *(Document displayed.)* |
| 11:14 | 16 | BY MS. KELLER: |
| 11:14 | 17 | Q.    Now, this was an invoice from you to MGA for |
| 11:14 | 18 | "monkey-see, monkey-do eyeball sample," and "renderings," |
| 11:14 | 19 | right? |
| 11:14 | 20 | A.    Right. |
| 11:14 | 21 | Q.    You have no idea what "monkey see, monkey do" even was, |
| 11:14 | 22 | right? |
| 11:14 | 23 | A.    I don't. |
| 11:14 | 24 | Q.    Now, if we could turn to Exhibit 201-30.  Is this |
| 11:14 | 25 | another invoice from you to MGA, February 7th, 2001, right? |

| | | |
|---|---|---|
| 11:14 | 1 | A.   Hold on a second. |
| 11:14 | 2 | Q.   Sorry. |
| 11:14 | 3 | A.   Okay.  Ready.  I'm ready. |
| 11:14 | 4 | Q.   You recognize this as an invoice from you to MGA, dated |
| 11:14 | 5 | February 7, 2001, correct? |
| 11:14 | 6 | A.   Yes. |
| 11:14 | 7 | MS. KELLER:  Your Honor, I would move |
| 11:15 | 8 | Exhibit 201-30 into evidence. |
| 11:15 | 9 | THE COURT:  Received. |
| 11:15 | 10 | *(Exhibit No. 201-30 received in evidence.)* |
| 11:15 | 11 | *(Document displayed.)* |
| 11:15 | 12 | BY MS. KELLER: |
| 11:15 | 13 | Q.   Now, this is an invoice from you to MGA for "1 world |
| 11:15 | 14 | wrestling federation doll, body painted, face painted, fully |
| 11:15 | 15 | assembled," right? |
| 11:15 | 16 | A.   Right. |
| 11:15 | 17 | Q.   And MGA's name is on the invoice, right? |
| 11:15 | 18 | A.   Right. |
| 11:15 | 19 | Q.   And you prepared the invoice, true? |
| 11:15 | 20 | A.   True. |
| 11:15 | 21 | Q.   But this work actually was performed for a different |
| 11:15 | 22 | company, not MGA, right? |
| 11:15 | 23 | A.   Yeah. |
| 11:15 | 24 | Q.   It was actually performed for Jakks Pacific? |
| 11:15 | 25 | A.   Right. |

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 142 of 157   Page ID #:291639
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

142

| | | |
|---|---|---|
| 11:15 | 1 | Q.   Jakks Pacific is another toy company? |
| 11:15 | 2 | A.   Right. |
| 11:15 | 3 | Q.   And there have been more than a few calls from Jakks |
| 11:15 | 4 | Pacific to you asking why you're sending 'em an MGA invoice, |
| 11:15 | 5 | true? |
| 11:15 | 6 | A.   Right. |
| 11:15 | 7 | Q.   Okay.  You're not maybe the world's best at |
| 11:15 | 8 | recordkeeping and invoicing, would that be -- you're a |
| 11:15 | 9 | creative type? |
| 11:15 | 10 | A.   Yeah. |
| 11:15 | 11 | MR. QUINN:  That's compound, Your Honor. |
| 11:15 | 12 | THE COURT:  Sustained. |
| 11:15 | 13 | BY MS. KELLER: |
| 11:15 | 14 | Q.   Okay.  You're a creative person, aren't you? |
| 11:15 | 15 | A.   Right. |
| 11:15 | 16 | Q.   Dates and times and invoices are not your strong suit, |
| 11:16 | 17 | true? |
| 11:16 | 18 | A.   Right.  I work so much that I just -- sometimes I -- I |
| 11:16 | 19 | mess up. |
| 11:16 | 20 | Q.   Okay.  Now, let's look at Exhibit 201-13.  And that's |
| 11:16 | 21 | an invoice from you to MGA Entertainment -- |
| 11:16 | 22 | A.   Okay. |
| 11:16 | 23 | Q.   -- dated 12/7/00.  You see that? |
| 11:16 | 24 | A.   Um, this is for "Asian, Hispanic, white, black doll |
| 11:16 | 25 | faces"? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

143

| | | |
|---|---|---|
| 11:16 | 1 | Q.   Yeah.  You recognize this as one of your invoices? |
| 11:16 | 2 | A.   Yes. |
| 11:16 | 3 |           MS. KELLER:  Your Honor, I would move |
| 11:16 | 4 | Exhibit 201-13 into evidence. |
| 11:16 | 5 |           *(Exhibit No. 201-13 received in evidence.)* |
| 11:16 | 6 |           *(Document displayed.)* |
| 11:16 | 7 | BY MS. KELLER: |
| 11:16 | 8 | Q.   Now, this is an invoice from you to MGA for "4 Asian, |
| 11:16 | 9 | Hispanic, white, black doll faces," right? |
| 11:16 | 10 | A.   Right. |
| 11:16 | 11 | Q.   And this is a request to you by Paula Treantafelles and |
| 11:16 | 12 | Carter Bryant? |
| 11:17 | 13 | A.   Right. |
| 11:17 | 14 | Q.   Right? |
| 11:17 | 15 | A.   Right. |
| 11:17 | 16 | Q.   And you know that Carter Bryant, of course, was the |
| 11:17 | 17 | person who asked you to do face painting on the Bratz dolls, |
| 11:17 | 18 | true? |
| 11:17 | 19 | A.   Right. |
| 11:17 | 20 | Q.   So as of December 2000, then, you were doing face |
| 11:17 | 21 | painting on the Bratz dolls, right? |
| 11:17 | 22 | A.   Right. |
| 11:17 | 23 | Q.   Now, you refer in this invoice to "Asian, Hispanic, |
| 11:17 | 24 | white and black doll faces," right? |
| 11:17 | 25 | A.   Right. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

144

| | | |
|---|---|---|
| 11:17 | 1 | Q.    If we could have you take a look at Exhibit 15228. |
| 11:17 | 2 | A.    Okay. |
| 11:17 | 3 | Q.    Okay.  Now we just looked at these in Exhibit 951-B-2. |
| 11:18 | 4 | A.    Okay. |
| 11:18 | 5 | Q.    And you recognize that as the same thing you just |
| 11:18 | 6 | looked at a little earlier, right? |
| 11:18 | 7 | A.    Right. |
| 11:18 | 8 |         MS. KELLER:  And, Your Honor, I would move 15228 |
| 11:18 | 9 | into evidence. |
| 11:18 | 10 |         THE COURT:  Received. |
| 11:18 | 11 |         (Exhibit No. 15228 received in evidence.) |
| 11:18 | 12 |          (Document displayed.) |
| 11:18 | 13 | BY MS. KELLER: |
| 11:18 | 14 | Q.    Now, these are your sketches of two sets of eyes, |
| 11:18 | 15 | correct? |
| 11:18 | 16 | A.    Correct. |
| 11:18 | 17 | Q.    These are Bratz eyes, right? |
| 11:18 | 18 | A.    Right. |
| 11:18 | 19 | Q.    And you're the one who sketched everything on this |
| 11:18 | 20 | page, right? |
| 11:18 | 21 | A.    Right. |
| 11:18 | 22 | Q.    The top one is a sketch of Bratz eyes for what you |
| 11:18 | 23 | consider to be a white doll or Caucasian doll, right? |
| 11:18 | 24 | A.    Yes, yes. |
| 11:18 | 25 | Q.    The second set is for a Hispanic or Latino -- |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

145

| 11:18 | 1 | A.   Right. |
| 11:18 | 2 | Q.   -- Bratz doll, right? |
| 11:18 | 3 | A.   Right. |
| 11:18 | 4 | Q.   Then there's a handwritten date of January 17, 2001, on |
| 11:18 | 5 | the bottom right-hand corner above -- it's right above -- |
| 11:19 | 6 | A.   Oh, okay. |
| 11:19 | 7 | Q.   -- MGA Entertainment.  Do you see that? |
| 11:19 | 8 | A.   I see it. |
| 11:19 | 9 | Q.   Okay.  January 17, 2001.  So you did those drawings for |
| 11:19 | 10 | those eyes somewhere around that date of January 17, 2001, |
| 11:19 | 11 | right? |
| 11:19 | 12 | A.   Um, I guess so. |
| 11:19 | 13 | Q.   And -- |
| 11:19 | 14 | A.   Um, I don't remember the exact date, and that's not my |
| 11:19 | 15 | writing that "January," but, yeah. |
| 11:19 | 16 | Q.   You did the drawings around that time -- |
| 11:19 | 17 | A.   Yes. |
| 11:19 | 18 | Q.   -- that's all I'm asking. |
| 11:19 | 19 | A.   Oh, yes, yes. |
| 11:19 | 20 | Q.   Doesn't have to be the exact date. |
| 11:19 | 21 | A.   Yes. |
| 11:19 | 22 | Q.   If you could look at Exhibit 15229.  It's not yet in |
| 11:19 | 23 | evidence. |
| 11:19 | 24 | A.   15229? |
| 11:19 | 25 | Q.   Uh-huh. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

146

| | | |
|---|---|---|
| 11:19 | 1 | A.   Okay. |
| 11:19 | 2 | Q.   You recognize that as two other sets of eyes for the |
| 11:19 | 3 | four Bratz characters? |
| 11:19 | 4 | A.   Yes. |
| 11:19 | 5 | MS. KELLER:  Your Honor, I would ask that |
| 11:19 | 6 | Exhibit 15229 be admitted. |
| 11:20 | 7 | THE COURT:  Received. |
| 11:20 | 8 | (Exhibit No. 15229 received in evidence.) |
| 11:20 | 9 | (Document displayed.) |
| 11:20 | 10 | BY MS. KELLER: |
| 11:20 | 11 | Q.   Okay.  And this -- there's one here that you -- you |
| 11:20 | 12 | described as an Asian eye sketch, right? |
| 11:20 | 13 | A.   Yes. |
| 11:20 | 14 | Q.   And one that you're calling a black or African-American |
| 11:20 | 15 | eye? |
| 11:20 | 16 | A.   Yes. |
| 11:20 | 17 | Q.   And what did you write on there? |
| 11:20 | 18 | A.   "Asian" and "black." |
| 11:20 | 19 | Q.   Okay.  Now, if you look at the handwritten date of |
| 11:20 | 20 | January 17, 2001 -- |
| 11:20 | 21 | A.   Okay. |
| 11:20 | 22 | Q.   -- in the bottom right-hand corner? |
| 11:20 | 23 | A.   I see it. |
| 11:20 | 24 | Q.   Okay.  You see that? |
| 11:20 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

147

| 11:20 | 1 | Q.   Okay.  So this -- so those two eyes were also |
| 11:20 | 2 | written -- also sketched somewhere around January 17, 2001, |
| 11:20 | 3 | just like the earlier ones, right? |
| 11:20 | 4 | A.   Yes. |
| 11:20 | 5 | Q.   So these were all sketches of Bratz eyes that were done |
| 11:20 | 6 | somewhere right around January 17, 2001, right? |
| 11:20 | 7 | A.   Right. |
| 11:20 | 8 | Q.   And if we could have you look at Exhibit 15229-A. |
| 11:21 | 9 | Okay.  You recognize that as color swatches for the |
| 11:21 | 10 | so-called white Bratz doll that you've called Cloe? |
| 11:21 | 11 | A.   Yes. |
| 11:21 | 12 | MS. KELLER:  Move 15229-A into evidence, |
| 11:21 | 13 | Your Honor. |
| 11:21 | 14 | THE COURT:  Received. |
| 11:21 | 15 | (Exhibit No. 15229-A received in evidence.) |
| 11:21 | 16 | (Document displayed.) |
| 11:21 | 17 | BY MS. KELLER: |
| 11:21 | 18 | Q.   Now, you did the drawing of the eyes that we see on |
| 11:21 | 19 | this, too, right? |
| 11:21 | 20 | A.   Right. |
| 11:21 | 21 | Q.   And the date on this document is February 2nd, 2001, |
| 11:21 | 22 | true? |
| 11:21 | 23 | A.   True. |
| 11:21 | 24 | Q.   Now, if I could have you take a look at Exhibit 15230. |
| 11:21 | 25 | A.   Okay. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

148

| | | |
|---|---|---|
| 11:21 | 1 | Q.   Do you recognize that as your drawing of an Asian Bratz |
| 11:21 | 2 | eye, right? |
| 11:21 | 3 | A.   Yes. |
| 11:21 | 4 | MS. KELLER:  Your Honor, I would move 15230 into |
| 11:21 | 5 | evidence. |
| 11:22 | 6 | THE COURT:  Received. |
| 11:22 | 7 | *(Exhibit No. 15320 received in evidence.)* |
| 11:22 | 8 | *(Document displayed.)* |
| 11:22 | 9 | BY MS. KELLER: |
| 11:22 | 10 | Q.   And the date on that document is February 2nd, 2001, |
| 11:22 | 11 | right? |
| 11:22 | 12 | A.   Right. |
| 11:22 | 13 | Q.   And if I could have you look at Exhibit 15231.  Do you |
| 11:22 | 14 | have that in front of you? |
| 11:22 | 15 | A.   Not yet. |
| 11:22 | 16 | Q.   Okay. |
| 11:22 | 17 | A.   Okay. |
| 11:22 | 18 | Q.   That's a drawing of the black Bratz eye that you did, |
| 11:22 | 19 | right? |
| 11:22 | 20 | A.   Except for that little one that says "sculpt paint |
| 11:22 | 21 | area," except for that one. |
| 11:22 | 22 | Q.   Okay.  But the sketch of the eye is yours, right? |
| 11:22 | 23 | A.   Yes. |
| 11:22 | 24 | MS. KELLER:  And, Your Honor, I would move 15231 |
| 11:22 | 25 | into evidence. |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

149

| 11:22 | 1 | THE COURT:  Is there a date on 15231? |
|---|---|---|

11:22   1         THE COURT:  Is there a date on 15231?

11:22   2         MS. KELLER:  February 2nd, 2001.

11:22   3         THE COURT:  Would you ask the witness that?

11:22   4         MS. KELLER:  Do you see the date of February 2nd,

11:22   5    2001?

11:22   6         THE WITNESS:  Yes.

11:22   7         MS. KELLER:  Move that into evidence, Your Honor.

11:22   8         THE COURT:  Received.

11:22   9         (Exhibit No. 15231 received in evidence.)

11:22   10         (Document displayed.)

11:22   11   BY MS. KELLER:

11:22   12   Q.   Okay.  And can we see the eye there?

11:22   13   A.   Yes.

11:23   14   Q.   And again that was another sketch of a black Bratz eye,

11:23   15   right?

11:23   16   A.   Right.

11:23   17   Q.   Not a black eye, but an eye of an African-American

11:23   18   person, right?  And what did you label that when you --

11:23   19   there's something written in there.

11:23   20   A.   Sasha.

11:23   21   Q.   Sasha.  Okay.  And if we could see Exhibit 15232.  Take

11:23   22   a look at that.

11:23   23         MS. KELLER:  That's not into evidence yet.

11:23   24         It the same as, Counsel, 951-B-7, which is in.

11:23   25         THE WITNESS:  I don't see it.  I don't see it.

Case 2:04-cv-09049-DOC-RNB   Document 9731   Filed 01/28/11   Page 150 of 157   Page ID #:291647
CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

150

| | | |
|---|---|---|
| 11:23 | 1 | *(Document provided to the witness.)* |
| 11:23 | 2 | THE WITNESS:  Thanks.  Okay. |
| 11:23 | 3 | BY MS. KELLER: |
| 11:23 | 4 | Q.  Okay.  And you recognize 15232 as your drawing -- |
| 11:23 | 5 | A.  Yes. |
| 11:23 | 6 | Q.  -- of a Hispanic eye, Yasmin? |
| 11:24 | 7 | A.  Yes. |
| 11:24 | 8 | Q.  "Jasmin"? |
| 11:24 | 9 | A.  Yasmin. |
| 11:24 | 10 | Q.  Is that "yes"? |
| 11:24 | 11 | A.  Yasmin. |
| 11:24 | 12 | Q.  And this is -- looks like the date is February 2nd, |
| 11:24 | 13 | 2001, like the others; is that true? |
| 11:24 | 14 | A.  True. |
| 11:24 | 15 | MS. KELLER:  Your Honor, I would move 15232 into |
| 11:24 | 16 | evidence. |
| 11:24 | 17 | THE COURT:  Received. |
| 11:24 | 18 | *(Exhibit No. 15232 received in evidence.)* |
| 11:24 | 19 | *(Document displayed.)* |
| 11:24 | 20 | BY MS. KELLER: |
| 11:24 | 21 | Q.  Now, I want to turn to a different -- different area, |
| 11:24 | 22 | if we could. |
| 11:24 | 23 | The companies that you work for don't -- as a |
| 11:24 | 24 | freelancer, don't require that you work just for them, |
| 11:24 | 25 | right? |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

151

| 11:24 | 1 | A.   Right. |
|---|---|---|
| 11:24 | 2 | Q.   And you're free to take work from other companies in |
| 11:24 | 3 | the industry, true? |
| 11:24 | 4 | A.   Right. |
| 11:24 | 5 | Q.   You don't think there's anything improper or wrong with |
| 11:24 | 6 | that, do you? |
| 11:24 | 7 | A.   No. |
| 11:24 | 8 | Q.   And Mattel's never ordered you to do work only for it |
| 11:24 | 9 | and for no other toy company, has it? |
| 11:25 | 10 | A.   No, no. |
| 11:25 | 11 | Q.   And neither has MGA, true? |
| 11:25 | 12 | A.   True. |
| 11:25 | 13 | Q.   So your work is typically done before a toy is released |
| 11:25 | 14 | into the market? |
| 11:25 | 15 | A.   Right. |
| 11:25 | 16 | Q.   Right.  And you understand that the company's you work |
| 11:25 | 17 | for expect that you're gonna keep the projects that you're |
| 11:25 | 18 | working on a secret, right? |
| 11:25 | 19 | A.   Right. |
| 11:25 | 20 | Q.   I mean, that's important to these toy companies that |
| 11:25 | 21 | their information and their toys that they're working on not |
| 11:25 | 22 | get out to competitors, right? |
| 11:25 | 23 | A.   Right. |
| 11:25 | 24 | Q.   So even though you might be working for multiple |
| 11:25 | 25 | companies, you don't tell them about the projects you're |

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

152

| 11:25 | 1 | working on for others, true? |
| 11:25 | 2 | A.    True. |
| 11:25 | 3 | Q.    And so there's nothing unusual about a company asking |
| 11:25 | 4 | you to keep your work a secret or confidential, true? |
| 11:25 | 5 | A.    True. |
| 11:25 | 6 | Q.    In fact, it's typical? |
| 11:25 | 7 | A.    Uh-huh. |
| 11:25 | 8 | Q.    And you are -- would you agree with me that, as a |
| 11:25 | 9 | freelancer, you have to be especially careful about |
| 11:25 | 10 | respecting companies' secrets? |
| 11:25 | 11 | A.    Of course. |
| 11:25 | 12 | Q.    Okay.  Now, freelancing and MGA, your work was |
| 11:25 | 13 | exclusively in the area of face painting, right? |
| 11:25 | 14 | A.    Right. |
| 11:25 | 15 | Q.    You weren't involved in the investment of MGA's dolls, |
| 11:25 | 16 | true? |
| 11:26 | 17 | A.    True. |
| 11:26 | 18 | Q.    And you didn't attend any meetings at MGA to discuss |
| 11:26 | 19 | the development of the dolls, right? |
| 11:26 | 20 | A.    Right. |
| 11:26 | 21 | Q.    Didn't have any firsthand knowledge of MGA's doll |
| 11:26 | 22 | development process? |
| 11:26 | 23 | A.    No. |
| 11:26 | 24 | Q.    You didn't have any personal knowledge of the dates |
| 11:26 | 25 | when specific dolls were in different phases of production |

| 11:26 | 1 | at MGA, right? |
|---|---|---|

11:26    1    at MGA, right?

11:26    2    A.   Right.

11:26    3    Q.   So, for example, you had no knowledge of how long MGA

11:26    4    had been working on a doll before they contacted you to

11:26    5    paint a face, right?

11:26    6    A.   Right.

11:26    7    Q.   And you don't have any knowledge of where in the

11:26    8    development phase MGA was when you were contacted to

11:26    9    paint -- well, any of the faces you worked on -- the Prayer

11:26    10    Angels, Bratz, right?

11:26    11    A.   Right.

11:26    12    Q.   You don't know when Carter Bryant first showed MGA his

11:26    13    drawings, right?

11:26    14    A.   No.

11:26    15    Q.   You weren't involved in the initial sculpt for the

11:26    16    Bratz --

11:26    17    A.   No.

11:26    18    Q.   -- dolls?

11:26    19         Got to wait for me to finish.

11:26    20    A.   Oh, okay.  Okay.

11:26    21    Q.   Okay.  You weren't involved in the initial sculpt for

11:26    22    the Bratz dolls, right?

11:26    23    A.   Right.

11:26    24    Q.   And you didn't work with Margaret Leahy on any of the

11:27    25    sculpts, right?

CV 04-9049 DOC - 1/27/2011 - Day 8, Volume 1-4

154

| | | |
|---|---|---|
| 11:27 | 1 | A.   Right. |
| 11:27 | 2 | Q.   Now, I want to ask you a little bit about the agreement |
| 11:27 | 3 | that you were asked about earlier by Mr. Quinn, the |
| 11:27 | 4 | agreement that you signed with MGA assigning rights to |
| 11:27 | 5 | things that you had worked on for them. |
| 11:27 | 6 |      Do you remember that? |
| 11:27 | 7 | A.   Right. |
| 11:27 | 8 |      MS. KELLER:   Okay.  Let's look at that again. |
| 11:27 | 9 | That's Exhibit 11843. |
| 11:27 | 10 |      *(Document displayed.)* |
| 11:27 | 11 | BY MS. KELLER: |
| 11:27 | 12 | Q.   And let's look at the first page. |
| 11:27 | 13 | A.   Okay. |
| 11:27 | 14 | Q.   The first paragraph identifies your place of business |
| 11:27 | 15 | as an address on South Guadalupe Avenue in Redondo Beach, |
| 11:27 | 16 | right? |
| 11:27 | 17 | A.   Um, where is it? |
| 11:27 | 18 | Q.   The first paragraph.  If it's hard for you to read, if |
| 11:27 | 19 | you go to the sixth page of that document, it's a little |
| 11:27 | 20 | clearer. |
| 11:27 | 21 | A.   Oh.  Where's the part where it says, "Guadalupe"? |
| 11:28 | 22 |      THE COURT:   It's on the screen.  They've |
| 11:28 | 23 | highlighted that in yellow.  And then look back at the |
| 11:28 | 24 | contract and make certain you're seeing the same portion in |
| 11:28 | 25 | the agreement section. |

| | | |
|---|---|---|
| 11:28 | 1 | THE WITNESS:  Yes, I see it. |
| 11:28 | 2 | THE COURT:  Okay. |
| 11:28 | 3 | THE WITNESS:  Thank you. |
| 11:28 | 4 | BY MS. KELLER: |
| 11:28 | 5 | Q.   Okay.  You see that? |
| 11:28 | 6 | A.   Yes. |
| 11:28 | 7 | Q.   Now, you didn't even live in that house in 1999, 2000 |
| 11:28 | 8 | or 2001, right? |
| 11:28 | 9 | A.   Right. |
| 11:28 | 10 | Q.   And let's take a look at -- |
| 11:28 | 11 | MS. KELLER:  If we can go back to Exhibit 201-1. |
| 11:28 | 12 | *(Document displayed.)* |
| 11:28 | 13 | THE WITNESS:  201-1.  Okay. |
| 11:28 | 14 | BY MS. KELLER: |
| 11:28 | 15 | Q.   And 201-1 is an invoice dated June 12, 2000, that lists |
| 11:28 | 16 | your address as being on Ford Avenue in Redondo Beach, |
| 11:28 | 17 | right? |
| 11:28 | 18 | A.   Right. |
| 11:28 | 19 | Q.   Now, the reason that's important is, isn't it true that |
| 11:28 | 20 | you -- you remember -- or you assign, in your mind, when you |
| 11:29 | 21 | worked on the Bratz dolls to what house you were living in? |
| 11:29 | 22 | A.   I was living in the Ford house. |
| 11:29 | 23 | Q.   Okay.  When you say "the Ford house," the Ford house in |
| 11:29 | 24 | Redondo Beach? |
| 11:29 | 25 | A.   Yes. |

CV 04-9049 DOC – 1/27/2011 – Day 8, Volume 1-4

156

11:29  1            *(Live reporter switch at 11:29 a.m.)*

11:29  2            *(Further proceedings reported by Maria*

11:29  3       *Dellaneve in Volume II.)*

11:29  4                          -oOo-

11:29  5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEBBIE GALE, U.S. COURT REPORTER

11:29   1                              -oOo-

11:29   2

11:29   3                           CERTIFICATE

11:29   4

11:29   5         I hereby certify that pursuant to Section 753,

11:29   6    Title 28, United States Code, the foregoing is a true and

11:29   7    correct transcript of the stenographically reported

11:29   8    proceedings held in the above-entitled matter and that the

11:29   9    transcript page format is in conformance with the

11:29  10    regulations of the Judicial Conference of the United States.

11:29  11

11:29  12    Date:  January 27, 2011

11:29  13

11:29  14
11:29
11:29  15    _____
11:29
11:29  16               DEBBIE GALE, U.S. COURT REPORTER
11:29               CSR NO. 9472, RPR

11:29  17

18

19

20

21

22

23

24

25