QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL, INC.'S OFFER OF PROOF RE: TESTIMONY AND EVIDENCE OF FRANK KEISER** |

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), hereby respectfully submit this offer of proof relating to certain testimony and evidence to be offered by Mattel expert witness Frank Keiser. On January 27, 2011, the Court held a hearing outside of the presence of the jury regarding Mattel's three-dimensional scanning expert, Frank Keiser. Not all of the hearing was reported. Even as to the portion of the hearing that was reported, no record was made of the dynamic three-dimensional images on Mr. Keiser's computer screen. Accordingly, Mattel makes the following offer of proof.

<u>If permitted to testify, Mr. Keiser would testify as follows:</u>

Using sophisticated three-dimensional scanning equipment, Mr. Keiser has scanned several tangible sculpts to create highly accurate digitized three-dimensional models of these sculpts. These models accurately reflect the shape of a sculpt, which can be presented visually while controlling for other features of the original tangible sculpt, for example, facepaint and size differences. In addition, two sculpts may be superimposed over one another, showing how the shape of those two sculpts compare with each other directly in a way that cannot be seen with the tangible sculpts side by side, and measuring with exactitude the differences in shape between the two sculpts. This technology allows the jury to compare the shape of two sculpts in purely objective way, while controlling for other elements that make it difficult to compare the shape of the two items.

This evidence is relevant both to Mattel's claims regarding the copying of the exploratory and other pre-production sculpts it claims to own, and also to the use of Mattel's trade secrets. To rebut those claims, MGA has already elicited testimony, specifically from Paula Garcia, regarding her personal view of supposed differences between the exploratory and other pre-production Bratz sculpts created by Margaret Leahy at the direction of Carter Bryant and MGA and the final production sculpt of Bratz. <u>See</u> <u>e.g.</u> Trial Tr. 75:6-81:1, 85:18-88:11, 91:20-95:7, Jan. 25, 2011. The comparisons shown by Mr. Keiser will allow the trier of fact to see for itself

objective measurements of differences and similarities between sculpts. By controlling for size and color and focusing only on shape, the comparisons show just how similar or different the shapes of the sculpts are. Indeed, in most cases the sculpts are extremely similar, varying only by a few thousandths of an inch, if that. MGA will be free to cross examine the witness as it did on January 27, but these issues go to weight, and the jury should be permitted to consider the relevant scientific information provided by Mr. Keiser's testimony and accompanying evidence.

Mr. Keiser would thus present comparisons of the following pairs of sculpts:

1. TX 1135 head and TX 17733 head;
2. TX 1135 head and TX 23125 head;
3. TX 1135 head and TX 1141 head;
4. TX 1141 head and TX 23167 head;
5. TX 23167 head and TX 17733 head;
6. TX 1135 body and TX 17733 body;
7. TX 1135 body and TX 1141 body;
8. TX 1141 body and TX 1234 body; and
9. TX 1234 body and TX 17733 body.

In addition, Mattel intends to present evidence of previous MGA sworn statements as to the purported similarity of Bratz production dolls to other products. Mr. Keiser's comparisons of the shapes of these sculpts will allow the jury to see how similar or different these items truly are and to factor that into its determination of Mattel's copyright and trade secret claims by further illuminating MGA's current statements as to the supposed differences between the Bratz pre-production sculpts and Bratz production dolls.

Mr. Keiser would thus present additional comparisons of the following pairs of sculpts:

10. TX 17733 head and TX 23841 head.

1      11.    TX 17733 head and TX 12499 head.

2      12.    TX 17733 head and TX 23137 head.

3      13.    TX 17733 head and TX 23181 head.

4

5    DATED: January 30, 2011      QUINN EMANUEL URQUHART & SULLIVAN. LLP

6

7                          By */s/ John B. Quinn*

8                             John B. Quinn
                             Attorneys for Mattel, Inc., and

9                             Mattel de Mexico. S.A. de C.V.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00505.07975/3941987.3

-3-

MATTEL'S OFFER OF PROOF