UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                              Date: January 30, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|   Kathy Peterson   |   Not Present   |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                   NONE PRESENT

PROCEEDING (IN CHAMBERS): DIRECTING DELIVERY OF EXHIBITS TO NON-PARTY WITNESS CARTER BRYANT

      On or before 8:00 p.m. PST on January 30, 2011, lead counsel for Mattel and MGA shall jointly deliver to non-party witness Carter Bryant a binder containing exhibits that Mr. Bryant shall review outside the presence of the jury.

      The Clerk shall serve this minute order on all parties to the action.