| Name & Address: |
|---|
| Warrington S. Parker III (State Bar No. 148003) |
| Orrick, Herrington & Sutcliffe LLP |
| 405 Howard Street |
| San Francisco, California 94105 |
| Telephone: (415) 773-5700 |
| Facsimile: (415) 773-5759 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA PARTIES' OPPOSITION TO MATTEL INC.'S RESPONSE TO MGA'S ASSERTION OF PRIVILEGE AS TO MGA2 3121569; DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' RESPONSE TO MGA'S ASSERTION OF PRIVILEG AS TO MGA2 3121569

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See List of documents described above

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  January 4, 2005
☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| January 31, 2011 | /s/ Warrington S. Parker III |
|---|---|
| Date | Attorney Name |
| | Warrington S. Parker III |
| | Party Represented |
| | MGA Parties |

Note:   File one Notice in each case, each time you manually file document(s).