1

1          **UNITED STATES DISTRICT COURT**

2          **CENTRAL DISTRICT OF CALIFORNIA**

3      **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4              - - - - - - -

5

   MATTEL, INC., et al.,              )
6                                      )
              Plaintiffs,              )
7                                      )
        vs.                            ) No. CV 04-9049 DOC
8                                      )    Day 9
   MGA ENTERTAINMENT, INC., et al.,    )    Volume 1 of 3
9                                      )
                                       )
10             Defendants.             )
   _____)

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                   Jury Trial

16               Santa Ana, California

17              Friday, January 28, 2011

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141

24

25   04cv9049 Mattel 2011-01-28 D9V1

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 2 of 121   Page ID #:292765
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

2

1    **APPEARANCES OF COUNSEL:**

2

     FOR PLAINTIFF MATTEL, INC., ET AL.:
3
              QUINN EMANUEL URQUHART & SULLIVAN
4             BY:  JOHN QUINN
                   WILLIAM PRICE
5                  MICHAEL T. ZELLER
                   Attorneys at Law
6             865 South Figueroa Street
              10th Floor
7             Los Angeles, California 90017
              (213) 443-3000
8

9

10

11   FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

12            ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
              BY:  THOMAS S. McCONVILLE
13                 Attorney at Law
              4 Park Plaza
14            Suite 1600
              Irvine, California 92614
15            (949) 567-6700

16            - AND -

17            ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
              BY:  ANNETTE L. HURST
18                 Attorney at Law
              405 Howard Street
19            San Francisco, California 94105
              (415)773-5700
20
              - AND -
21
              KELLER RACKAUCKAS
22            BY:  JENNIFER KELLER
                   Attorney at Law
23            18500 Von Karman Avenue
              Suite 560
24            Irvine, California 92612
              (949) 476-8700
25

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 3 of 121   Page ID #:292766
CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

3

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

4
         LAW OFFICES OF MARK E. OVERLAND
5        By:  MARK E. OVERLAND
                Attorney at Law
6        100 Wilshire Boulevard
         Suite 950
7        Santa Monica, California 90401
         (310) 459-2830
8
         – AND –
9
         SCHEPER KIM & HARRIS LLP
10       BY:  ALEXANDER H. COTE
                Attorney at Law
11       601 West 5th Street
         12th Floor
12       Los Angeles, California 90071
         (213) 613-4660
13

14

15
     ALSO PRESENT:
16
         MGA ENTERTAINMENT, INC.
17       BY:  JEANINE PISONI
                Attorney at Law
18       16360 Roscoe Boulevard
         Suite 105
19       Van Nuys, California 91406

20
         ROBERT ECKERT, Mattel CEO
21
         ISAAC LARIAN, MGA CEO
22
         KEN KOTARSKI, Mattel Technical Operator
23
         MIKE STOVALL, MGA Technical Operator
24

25

4

| 1 | **I N D E X** |
| 2 | **WITNESSES**          **DIRECT  CROSS  REDIRECT  RECROSS** |
| 3 | BRYANT, Carter |
| 4 | |
| | By Mr. Price            6 |
| 5 | |
| 6 | |
| 7 | **EXHIBITS** |
| 8 | |
| 9 | **EXHIBIT NO.**             **IDENTIFICATION    IN EVIDENCE** |

| 10 | 3 | Colored drawing of four Bratz characters | 16 |
| 11 | | | |
| 12 | 5-39 | Drawing on notebook paper | 21 |
| 13 | 5-40 | Drawing on notebook paper | 21 |
| 14 | | | |
| 15 | 5-41 | Drawing on notebook paper | 21 |
| 16 | 5-42 | Drawing on notebook paper | 21 |
| 17 | | | |
| 18 | 5-43 | Carter Bryant handwritten nots describing Bratz characters (later removed from evidence) | 80 |
| 19 | | | |
| 20 | | | |
| 21 | 24 | Mattel agreement signed by B. Carter on 11/6/1995 | 56 |
| 22 | | | |
| 23 | 26 | Conflict of Interest questionnaire, Carter Bryant | 60 |
| 24 | | | |
| 25 | 30 | Letter from Mr. Bryant to Mr. Kinuyo dated 9/18/2000 | 97 |

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 5 of 121   Page ID #:292768
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

5

1                    **EXHIBITS** (Continued)

2    **EXHIBIT NO.**                **IDENTIFICATION**      **IN EVIDENCE**

3      719      Drawing by Mr. Carter                        33

4      777      Drawing by Mr. Carter of                     12
               shoes for Lupe and Jade
5
       1155-C   Carter Bryant's notebook    24               25
6

7      1309     Fax from Mr. Bryant to                       91
               Mr. Rosenbaum sent
8              9/14/2000

9      1328     Head drawing of Lupe and                     7
               Zoe
10
       9924     Original 1999 agreement                      69
11             between Mattel and
               Mr. Bryant
12
       10756    Drawing by Mr. Bryant                        39
13
       11904    Invoice dated 10/5/2000                      114
14
       11905    Air bill dated October                       112
15             20th

16     13649    Statement 7/1/99 to                          52
               7/30/99
17
       13657    Drawing of Sapphire                          41
18             Jewel Barbie

19     13666    Bank record of Carter                        49
               Bryant
20
       13667    Bank record for                              51
21             Mr. Carter

22

23

24

25

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

6

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, FRIDAY, JANUARY 28, 2011**    |
|       | 2  | **Day 9, Volume 1 of 3**                               |
|       | 3  | (8:31 a.m.)                                            |
| 08:32 | 4  | *(In the presence of the jury.)*                      |
| 08:32 | 5  | THE COURT:  The jury is present.  The alternates       |
| 08:32 | 6  | are present.  The witness is present.  If you would have a |
| 08:32 | 7  | seat, Mr. Bryant.  All counsel, parties are present.   |
| 08:32 | 8  | And, Counsel, if you would like to continue on         |
| 08:32 | 9  | with your direct examination on behalf of Mattel.      |
| 08:32 | 10 | This is Mr. Price.                                     |
| 08:32 | 11 | **CARTER BRYANT, MATTEL'S WITNESS, PREVIOUSLY SWORN**  |
| 08:32 | 12 | **RESUMED THE STAND**                                  |
| 08:33 | 13 | **DIRECT EXAMINATION (Resumed)**                       |
| 08:33 | 14 | BY MR. PRICE:                                          |
| 08:33 | 15 | Q.   Good morning, Mr. Bryant.                         |
| 08:33 | 16 | A.   Good morning.                                     |
| 08:33 | 17 | Q.   Between the time we stopped last night and this   |
| 08:33 | 18 | morning, have you had a chance to talk to anybody about your |
| 08:33 | 19 | testimony?                                             |
| 08:33 | 20 | A.   Um, I've spoken with my attorney.                 |
| 08:33 | 21 | Q.   And for how long did you speak with your attorney? |
| 08:33 | 22 | A.   We probably spoke about it for maybe 20 minutes.  |
| 08:33 | 23 | Q.   And no one else?                                  |
| 08:33 | 24 | A.   No.                                               |
| 08:33 | 25 | Q.   So, last time, we were talking about the          |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

7

| 08:33 | 1 | August/September 2000 timeframe.  I want to go back to your |
|---|---|---|

08:33   1   August/September 2000 timeframe.  I want to go back to your

08:33   2   drawings, some of your drawings.  And particularly, focusing

08:33   3   in around August of 1999.  Okay?

08:34   4   A.   Okay.

08:34   5   Q.   And you recall we already saw a number of drawings that

08:34   6   were notarized in August of 1999, correct?

08:34   7   A.   Yes.

08:34   8   Q.   And so they were notarized, obviously, while you were

08:34   9   at Mattel, correct?

08:34   10   A.   Yes.

08:34   11   Q.   And I'd like to show you some other drawings.  If you

08:34   12   could look at 1328.  Do you have that in front of you?

08:34   13   A.   Yes.

08:34   14   Q.   Is this a head drawing of Lupe and Zoe?

08:35   15   A.   Yes.

08:35   16        MR. PRICE:  Your Honor, I move 1328 into evidence.

08:35   17        THE COURT:  Received.

08:35   18        *(Exhibit No. 1328 received in evidence.)*

08:35   19        MR. PRICE:  If we could put that up on the board.

08:35   20        *(Document displayed.)*

08:35   21   BY MR. PRICE:

08:35   22   Q.   So this is a drawing where you're giving dimensions for

08:35   23   the doll, correct?

08:35   24   A.   It appears to be.

08:35   25   Q.   It says, "sculptural drawings, heads."  Do you see

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

8

| | | |
|---|---|---|
| 08:35 | 1 | that? |
| 08:35 | 2 | A.   Yes. |
| 08:35 | 3 | Q.   The idea was this might be used in connection with the |
| 08:35 | 4 | sculpt? |
| 08:35 | 5 | A.   I think so, yes. |
| 08:35 | 6 | Q.   So we're not talking about just selling drawings. |
| 08:35 | 7 | We're talking about converting your drawings into a |
| 08:35 | 8 | three-dimensional object, right? |
| 08:35 | 9 | A.   I think that was part of my idea, yes. |
| 08:35 | 10 | Q.   And you see the date, September 19, 1999.  Do you see |
| 08:35 | 11 | that? |
| 08:35 | 12 | A.   Yes. |
| 08:35 | 13 | Q.   And this is a date that you put on the drawing on |
| 08:35 | 14 | September 19, 1999, correct? |
| 08:35 | 15 | A.   I don't remember when the date was put on. |
| 08:35 | 16 | Q.   Okay.  If you'd look at your testimony from June 12, |
| 08:36 | 17 | 2008.  Turn to page 2475. |
| 08:36 | 18 | A.   Okay. |
| 08:36 | 19 | MR. PRICE:  In fact, perhaps we can show -- do you |
| 08:36 | 20 | have Exhibit 7777, Ms. Juarez? |
| 08:36 | 21 | BY MR. PRICE: |
| 08:36 | 22 | Q.   Exhibit 1328 is a photocopy, correct? |
| 08:36 | 23 | A.   I'm not sure.  It looks like it might be. |
| 08:36 | 24 | *(Document provided to witness.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

| 08:37 | 1 | BY MR. PRICE: |
| 08:37 | 2 | Q.   So look first at 1328.  Do you have that in front of |
| 08:37 | 3 | you? |
| 08:37 | 4 | A.   Yes. |
| 08:37 | 5 | Q.   And looking at 2475 -- |
| 08:37 | 6 | A.   Okay. |
| 08:37 | 7 | Q.   -- lines 25 -- I'm sorry. |
| 08:37 | 8 | MR. PRICE:  Just one moment, Your Honor. |
| 08:38 | 9 | BY MR. PRICE: |
| 08:38 | 10 | Q.   Okay, sir, if you look at 2475, line 9.  Do you see |
| 08:38 | 11 | that? |
| 08:38 | 12 | A.   Yes. |
| 08:38 | 13 | Q.   And go to 2476, line 3. |
| 08:38 | 14 | A.   Okay. |
| 08:38 | 15 | Q.   If you'd look that over; have you? |
| 08:38 | 16 | A.   Yes. |
| 08:38 | 17 | Q.   Quick.  Does this refresh your recollection that you |
| 08:38 | 18 | put the date, September 19, 1999, on this drawing at the |
| 08:38 | 19 | time on September 19, 1999? |
| 08:38 | 20 | MS. KELLER:  Objection, Your Honor.  Misleading. |
| 08:38 | 21 | Your Honor, that refers to a different exhibit. |
| 08:38 | 22 | THE COURT:  Just a moment. |
| 08:38 | 23 | MR. PRICE:  If you read through, Jennifer, you'll |
| 08:38 | 24 | see -- to the objection. |
| 08:39 | 25 | THE COURT:  Overruled. |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

10

| | | |
|---|---|---|
| 08:39 | 1 | You can answer that question. |
| 08:39 | 2 | THE WITNESS:  I'm sorry.  What was the question |
| 08:39 | 3 | again? |
| 08:39 | 4 | BY MR. PRICE: |
| 08:39 | 5 | Q.   Does this refresh your recollection that you wrote |
| 08:39 | 6 | September 19, 1999, on September 19, 1999? |
| 08:39 | 7 | A.   I don't remember doing it right now.  But I'll stick |
| 08:39 | 8 | with what I said before. |
| 08:39 | 9 | Q.   Mr. Bryant, so between 1999 and 2008, over that time |
| 08:39 | 10 | span, you recalled that you wrote September 19, 1999, on |
| 08:39 | 11 | September 19, 1999, correct? |
| 08:39 | 12 | A.   I don't remember. |
| 08:39 | 13 | Q.   Well, you knew it at the time you did it, right? |
| 08:39 | 14 | A.   Again, I don't remember. |
| 08:39 | 15 | Q.   And you knew it -- well, you knew it on September 12, |
| 08:39 | 16 | 2008, right? |
| 08:39 | 17 | A.   Um, September 12th? |
| 08:39 | 18 | Q.   I'm sorry.  June 12th, 2008.  You knew it on that date? |
| 08:40 | 19 | A.   Yes. |
| 08:40 | 20 | Q.   And between June 12th, 2008, and today, you now can't |
| 08:40 | 21 | remember what you had remembered on June 12, 2008? |
| 08:40 | 22 | A.   No, I don't. |
| 08:40 | 23 | Q.   Is it your feeling that you answered "I don't remember, |
| 08:40 | 24 | I don't recall" to dozens and dozens of questions since you |
| 08:40 | 25 | took the stand? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

11

| 08:40 | 1 | MS. KELLER: Objection. Argumentative. |

08:40   1          MS. KELLER:  Objection.  Argumentative.

08:40   2          THE COURT:  Overruled.

08:40   3          THE WITNESS:  I answered that a lot.  It's been a

08:40   4   long time since the last -- since the deposition.

08:40   5   BY MR. PRICE:

08:40   6   Q.   But you know -- on numerous occasions I've referred you

08:40   7   to your trial testimony in 2008, correct?

08:40   8   A.   Yes.

08:40   9   Q.   And you've had dozens of times that you -- you've

08:40   10  answered "I don't recall" and "I don't remember" to

08:40   11  questions you knew the answer for in June of 2008, correct?

08:41   12         MS. KELLER:  Objection.  Argumentative.

08:41   13         THE COURT:  Overruled.

08:41   14         THE WITNESS:  Yes.

08:41   15  BY MR. PRICE:

08:41   16  Q.   And so some time -- somehow between June 12, 2008, and

08:41   17  today, you've forgotten a lot of things that you knew in

08:41   18  June of 2008, correct?

08:41   19  A.   I have forgotten a lot of 'em.

08:41   20  Q.   But it's correct that somehow you didn't forget them

08:41   21  between 1999 and 2008?

08:41   22  A.   Yes.

08:41   23  Q.   And you realize, of course, that saying "I don't

08:41   24  recall" and "I forgot" makes me take a lot more time to show

08:41   25  you your deposition and ask you further questions?

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

12

| | | |
|---|---|---|
| 08:41 | 1 | A.   Well, that's just things that I can't recall. |
| 08:41 | 2 | Q.   You understand that I'm on a time clock; that there's a |
| 08:41 | 3 | certain amount of time that we have to complete this trial? |
| 08:42 | 4 | MS. KELLER:  Objection.  Assumes facts not in |
| 08:42 | 5 | evidence. |
| 08:42 | 6 | THE COURT:  Overruled. |
| 08:42 | 7 | THE WITNESS:  Um, yes. |
| 08:42 | 8 | BY MR. PRICE: |
| 08:42 | 9 | Q.   And you understand that saying "I don't remember, I |
| 08:42 | 10 | don't recall" to things that you knew in 2008 and knew from |
| 08:42 | 11 | 1999 to 2008 is using up a lot of my time with you? |
| 08:42 | 12 | A.   Well, I can only remember what I can remember. |
| 08:42 | 13 | Q.   Okay.  So having your recollection refreshed, you now |
| 08:42 | 14 | recall that you wrote September 1999 on Exhibit 1328 in |
| 08:42 | 15 | September -- on September 19, 1999? |
| 08:42 | 16 | A.   Again, I don't remember doing it right now, but |
| 08:42 | 17 | according to my prior testimony, yes, I remembered it then. |
| 08:42 | 18 | Q.   If you'd look now at 777.  Is that a drawing that you |
| 08:43 | 19 | did of Lupe and Jade's shoes? |
| 08:43 | 20 | A.   Yes. |
| 08:43 | 21 | MR. PRICE:  Move 777 into evidence. |
| 08:43 | 22 | THE COURT:  Received. |
| 08:43 | 23 | *(Exhibit No. 777 received in evidence.)* |
| 08:43 | 24 | *(Document displayed.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

13

| 08:43 | 1 | BY MR. PRICE: |
| 08:43 | 2 | Q.   Now, this is written on -- done on a certain type of |
| 08:43 | 3 | paper, correct? |
| 08:43 | 4 | A.   Looks like tracing paper. |
| 08:43 | 5 | Q.   And that's paper which designers use so they |
| 08:43 | 6 | can -- well, is that a paper designers use? |
| 08:43 | 7 | A.   Yes. |
| 08:43 | 8 | Q.   And can you tell us why? |
| 08:43 | 9 | A.   Um, it's just -- it's cheap and it's easy to -- it's |
| 08:43 | 10 | just easy to work with. |
| 08:43 | 11 | Q.   And on this document, on the left we have Lupe, |
| 08:43 | 12 | correct? |
| 08:43 | 13 | A.   Yes. |
| 08:43 | 14 | Q.   And if you compare that with Exhibit -- I believe it's |
| 08:44 | 15 | 302 -- compare that with Exhibit 302. |
| 08:44 | 16 | MR. PRICE:  If we can show that to him, first |
| 08:44 | 17 | page. |
| 08:44 | 18 | *(Document displayed.)* |
| 08:44 | 19 | BY MR. PRICE: |
| 08:44 | 20 | Q.   And do you see that the drawing you have dated |
| 08:44 | 21 | August 27, '99, of Lupe is the same character that you have |
| 08:44 | 22 | on Exhibit 302 on the left?  Do you see that? |
| 08:44 | 23 | A.   Yes. |
| 08:44 | 24 | Q.   And if we look at -- |
| 08:44 | 25 | MR. PRICE:  Go to 777 again, if you can, Ken. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

14

| | | |
|---|---|---|
| 08:44 | 1 | *(Document displayed.)* |
| 08:45 | 2 | BY MR. PRICE: |
| 08:45 | 3 | Q.   On the right -- |
| 08:45 | 4 | MR. PRICE:  If we can blow up the shoe on the |
| 08:45 | 5 | right so we can read that. |
| 08:45 | 6 | *(Technician complies.)* |
| 08:45 | 7 | BY MR. PRICE: |
| 08:45 | 8 | Q.   At the time you're sketching out thoughts for Jade's |
| 08:45 | 9 | shoes, correct? |
| 08:45 | 10 | A.   I believe so, yes. |
| 08:45 | 11 | Q.   So there are also drawings that you also did in 1999, |
| 08:45 | 12 | correct? |
| 08:45 | 13 | A.   Um, I believe so, yes. |
| 08:45 | 14 | Q.   So some points -- for example, you would take something |
| 08:45 | 15 | called a light box? |
| 08:45 | 16 | A.   Yes. |
| 08:45 | 17 | Q.   And that allows you to project an image onto a blank |
| 08:45 | 18 | poster board? |
| 08:45 | 19 | A.   Yes. |
| 08:45 | 20 | Q.   And you would take a sketch such as the August 19 -- |
| 08:45 | 21 | August 27, 1999 sketch of Lupe and project that up onto a |
| 08:45 | 22 | poster board so you could draw it again? |
| 08:46 | 23 | A.   It doesn't exactly work that way.  It's -- it's flat. |
| 08:46 | 24 | Q.   Okay. |
| 08:46 | 25 | A.   And you put the, um -- you put your tracing paper onto |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 08:46 | 1 | the light box, and then you put your poster board on top of |
| 08:46 | 2 | that and trace onto that. |
| 08:46 | 3 | Q.   So you actually put the board on top of the box? |
| 08:46 | 4 | A.   Yes. |
| 08:46 | 5 | Q.   How big of a board can you put on top of that thing? |
| 08:46 | 6 | A.   Depends on the size of the light box. |
| 08:46 | 7 | Q.   Is there a projection onto the board? |
| 08:46 | 8 | A.   I'm sorry? |
| 08:46 | 9 | Q.   Is there a projection onto the board?  How does that |
| 08:46 | 10 | work? |
| 08:46 | 11 | A.   It's under the board.  It projects up. |
| 08:46 | 12 | Q.   And so how can you trace poster board if the light's |
| 08:46 | 13 | reflecting up? |
| 08:46 | 14 | A.   Because it shines through the -- the board. |
| 08:46 | 15 | Q.   Okay.  And in the year 2000, you created -- turned |
| 08:46 | 16 | blank poster boards into Bratz drawings, correct? |
| 08:46 | 17 | A.   Yes. |
| 08:46 | 18 | Q.   And you filled in the color of those, correct? |
| 08:46 | 19 | A.   Um, I -- I don't know about the year 2000 if I put |
| 08:47 | 20 | color on them. |
| 08:47 | 21 | Q.   After you joined Mattel? |
| 08:47 | 22 | A.   Yes. |
| 08:47 | 23 | Q.   So if we look at -- let's see. |
| 08:47 | 24 | MR. PRICE:  Do we have the original of Exhibit 3 |
| 08:47 | 25 | up there? |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 16 of 121   Page ID #:292779
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

16

| | | |
|---|---|---|
| 08:47 | 1 | MS. JUAREZ:  Yes. |
| 08:47 | 2 | BY MR. PRICE: |
| 08:47 | 3 | Q.   If we can look at Exhibit 3, and we'll show you the |
| 08:47 | 4 | originals.  If you could look through those. |
| 08:47 | 5 | Are those color poster boards that you created? |
| 08:47 | 6 | A.   Yes. |
| 08:47 | 7 | MR. PRICE:  Your Honor, move Exhibit 3 into |
| 08:47 | 8 | evidence.  We've got a photocopy as well. |
| 08:47 | 9 | THE COURT:  Received. |
| 08:47 | 10 | *(Exhibit No. 3 received in evidence.)* |
| 08:47 | 11 | *(Document displayed.)* |
| 08:47 | 12 | BY MR. PRICE: |
| 08:47 | 13 | Q.   If you could show the jury what the -- the first |
| 08:47 | 14 | drawing is. |
| 08:47 | 15 | A.   (Witness complies.) |
| 08:47 | 16 | Q.   So that's the four Bratz characters, and they've been |
| 08:47 | 17 | colored in? |
| 08:47 | 18 | A.   Yes. |
| 08:47 | 19 | Q.   And we put the photocopy up.  This is -- this is what |
| 08:47 | 20 | you produced to us, this black-and-white copy; do you recall |
| 08:48 | 21 | that? |
| 08:48 | 22 | A.   I recall the copy, yes. |
| 08:48 | 23 | Q.   Okay.  Look at the bottom of that.  It says "Bryant |
| 08:48 | 24 | 00222."  Do you see that? |
| 08:48 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

17

| | | |
|---|---|---|
| 08:48 | 1 | Q.   That's what you gave us when we asked for copies of |
| 08:48 | 2 | your drawings, the black-and-white version? |
| 08:48 | 3 | A.   I -- I don't know who gave you those. |
| 08:48 | 4 | Q.   If you look at the first color version, this is an |
| 08:48 | 5 | example of a document which was blank and which you then |
| 08:48 | 6 | traced over the characters and -- and filled in, correct? |
| 08:48 | 7 | A.   Yes. |
| 08:48 | 8 | Q.   And then, if you look at the poster version you have |
| 08:48 | 9 | there, it has the date 8/98 on it, correct? |
| 08:48 | 10 | A.   Yes. |
| 08:48 | 11 | Q.   But that wasn't put on there, "8/98" -- there were no |
| 08:48 | 12 | dates put on the documents in 1998, correct? |
| 08:48 | 13 | A.   Again, I don't remember when those dates were put on. |
| 08:48 | 14 | Q.   Isn't it correct, sir, that whenever we see a date that |
| 08:49 | 15 | says '98, it was put on after 1998? |
| 08:49 | 16 | A.   Uh, I don't know. |
| 08:49 | 17 | MR. PRICE:  If we could look at page 2486, and |
| 08:49 | 18 | that's on June 12, 2008. |
| 08:49 | 19 | *(Document provided to the witness.)* |
| 08:49 | 20 | MR. PRICE:  Line 22, to 2487, line 5. |
| 08:50 | 21 | BY MR. PRICE: |
| 08:50 | 22 | Q.   Have you had a chance to read that, sir? |
| 08:50 | 23 | A.   Yes. |
| 08:50 | 24 | Q.   Does that refresh your recollection that if there's any |
| 08:50 | 25 | date on these exhibits that say "1998," those dates were put |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

18

| 08:50 | 1 | in there sometime after 1999? |
| 08:50 | 2 | A.   Um, I don't remember it, sitting here right now, but, |
| 08:50 | 3 | um, I don't disagree with my prior testimony. |
| 08:50 | 4 | Q.   And your prior testimony was that if there are any |
| 08:50 | 5 | dates on these exhibits or these originals that say "98," |
| 08:50 | 6 | those dates were put in there sometime after 1999? |
| 08:50 | 7 | A.   Yes. |
| 08:50 | 8 | Q.   And it's -- so we're talking 2000 or later, correct? |
| 08:50 | 9 | A.   Um, I -- I don't remember. |
| 08:50 | 10 | Q.   I'm just -- logically, "after 1999" would mean 2000 or |
| 08:50 | 11 | later? |
| 08:50 | 12 | A.   Yes. |
| 08:51 | 13 | Q.   And you don't know why you put these dates on here, |
| 08:51 | 14 | correct? |
| 08:51 | 15 | A.   I -- I don't remember. |
| 08:51 | 16 | Q.   So if you could show -- just kind of show to the jury |
| 08:51 | 17 | the pages that are in Exhibit 3, and the originals in |
| 08:51 | 18 | Exhibit 3. |
| 08:51 | 19 | A.   (Witness holds up pages.) |
| 08:51 | 20 | Q.   If we go to the second drawing, that's a drawing that |
| 08:51 | 21 | you did of Zoe, showing there could be a hair change, |
| 08:51 | 22 | correct? |
| 08:51 | 23 | A.   Yes. |
| 08:51 | 24 | Q.   If you could look at the third page? |
| 08:51 | 25 | A.   (Witness displays document.) |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

19

| | | |
|---|---|---|
| 08:51 | 1 | Q.   That's a drawing of Zoe as well? |
| 08:51 | 2 | A.   Um, of who now? |
| 08:51 | 3 | Q.   I'm sorry.  Lupe? |
| 08:51 | 4 | A.   Oh, yes. |
| 08:52 | 5 | Q.   Now, if you'd look at the fourth page. |
| 08:52 | 6 | A.   (Witness holds up page.) |
| 08:52 | 7 | Q.   Could you tell us what that is? |
| 08:52 | 8 | A.   This is a drawing of -- I don't remember the |
| 08:52 | 9 | character's name, but it's just a drawing of an evening gown |
| 08:52 | 10 | idea. |
| 08:52 | 11 | Q.   Now, if you look through here, if you go to |
| 08:52 | 12 | page 3 -- well, it's actually -- it should be the 11th |
| 08:52 | 13 | poster in there.  And on the black-and-white copies, it's |
| 08:52 | 14 | 3-11.  It's a photo without a head.  Is that in the original |
| 08:53 | 15 | posters that you have, what we have up on the screen? |
| 08:53 | 16 | A.   I'm not finding it. |
| 08:53 | 17 | Q.   And that's because you wouldn't -- probably wouldn't |
| 08:53 | 18 | color in a tracing without a head, right? |
| 08:53 | 19 | A.   Um, probably not, no. |
| 08:53 | 20 | Q.   But this is one of the documents that you gave to us as |
| 08:53 | 21 | one of your drawings, correct? |
| 08:53 | 22 | A.   I don't recall who gave it to you, but it's -- it was |
| 08:53 | 23 | produced to you, yes. |
| 08:53 | 24 | Q.   Now, is it correct that between the meeting that you |
| 08:53 | 25 | had with Ms. Garcia and Ms. O'Connor, prior to meeting with |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

20

| 08:53 | 1 | Mr. Larian, and the meeting you had with Mr. Larian, that |
| 08:53 | 2 | you created these sort of evening gown-type sketches? |
| 08:53 | 3 | A.   I don't remember exactly when those were created. |
| 08:53 | 4 | Q.   Do you know whether or not they existed prior to August |
| 08:54 | 5 | of 2000? |
| 08:54 | 6 | A.   I don't remember. |
| 08:54 | 7 | Q.   There are some drawings which you have testified are |
| 08:54 | 8 | the original Bratz drawings, correct? |
| 08:54 | 9 | A.   Yes. |
| 08:54 | 10 | MR. PRICE:  And if we could have placed before |
| 08:54 | 11 | Mr. Bryant Exhibit 5, and specifically -- and you may have |
| 08:55 | 12 | the originals there -- 179, 180, 181, and 182. |
| 08:55 | 13 | MS. JUAREZ:  Can you give those numbers one more |
| 08:55 | 14 | time? |
| 08:55 | 15 | MR. PRICE:  Actually, let's start with -- I think |
| 08:55 | 16 | it's 539. |
| 08:56 | 17 | (Documents provided to the witness.) |
| 08:56 | 18 | BY MR. PRICE: |
| 08:56 | 19 | Q.   And do you have 5-39 in front of you? |
| 08:56 | 20 | A.   Yes. |
| 08:56 | 21 | Q.   And look at 5-40, 5-41, and 5-42. |
| 08:56 | 22 | A.   Okay. |
| 08:56 | 23 | Q.   And do you recognize those as what you said are the |
| 08:56 | 24 | original Bratz drawings? |
| 08:56 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 21 of 121   Page ID #:292784
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

21

| | | |
|---|---|---|
| 08:56 | 1 | MR. PRICE:  And, Your Honor, if we may approach |
| 08:56 | 2 | the witness with the originals? |
| 08:56 | 3 | THE COURT:  (Nods head.) |
| 08:56 | 4 | *(Documents provided to the witness.)* |
| 08:56 | 5 | BY MR. PRICE: |
| 08:56 | 6 | Q.   And what we just handed you are the originals of those |
| 08:57 | 7 | documents, correct? |
| 08:57 | 8 | A.   Yes. |
| 08:57 | 9 | Q.   And they're on notebook paper? |
| 08:57 | 10 | A.   Yes. |
| 08:57 | 11 | Q.   And it's your testimony that those were the very first |
| 08:57 | 12 | Bratz drawings you ever drew? |
| 08:57 | 13 | A.   Yes. |
| 08:57 | 14 | MR. PRICE:  Your Honor, we move Exhibits 539 |
| 08:57 | 15 | through 542 in evidence. |
| 08:57 | 16 | THE COURT:  Received. |
| 08:57 | 17 | *(Exhibit No. 5-39 received in evidence.)* |
| 08:57 | 18 | *(Exhibit No. 5-40 received in evidence.)* |
| 08:57 | 19 | *(Exhibit No. 5-41 received in evidence.)* |
| 08:57 | 20 | *(Exhibit No. 5-42 received in evidence.)* |
| 08:57 | 21 | MR. PRICE:  If we can put up 5-39. |
| 08:57 | 22 | *(Document displayed.)* |
| 08:57 | 23 | BY MR. PRICE: |
| 08:57 | 24 | Q.   This was one of the four original Bratz that you drew, |
| 08:57 | 25 | correct? |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

22

| Time | Line | |
|---|---|---|
| 08:57 | 1 | A.   Yes. |
| 08:57 | 2 | Q.   And that's sort of a fashion pose with hands on the |
| 08:57 | 3 | hips? |
| 08:57 | 4 | A.   Sure.  We could call it that. |
| 08:57 | 5 | Q.   And this evolved into something that looked quite |
| 08:57 | 6 | different, correct? |
| 08:57 | 7 | A.   Yes. |
| 08:57 | 8 | Q.   But you say this is one of the first ones you draw? |
| 08:57 | 9 | A.   Yes. |
| 08:57 | 10 | Q.   One of the first four you drew? |
| 08:57 | 11 | A.   Yes. |
| 08:57 | 12 | Q.   And if you look at 5-40 -- |
| 08:57 | 13 | *(Document displayed.)* |
| 08:57 | 14 | BY MR. PRICE: |
| 08:57 | 15 | Q.   -- this is another one of the original four that you |
| 08:57 | 16 | drew? |
| 08:57 | 17 | A.   Yes. |
| 08:57 | 18 | Q.   And you -- in your own handwriting, it says, "plays |
| 08:58 | 19 | drums and spins"? |
| 08:58 | 20 | A.   That's what it looks like. |
| 08:58 | 21 | Q.   "Spins the turntable."  So you've got some character |
| 08:58 | 22 | information there, correct? |
| 08:58 | 23 | A.   Yes. |
| 08:58 | 24 | Q.   And then, if we look at 5-41 -- |
| 08:58 | 25 | *(Document displayed.)* |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

23

| | | |
|---|---|---|
| 08:58 | 1 | BY MR. PRICE: |
| 08:58 | 2 | Q.   -- that's another of the original drawings that you |
| 08:58 | 3 | did? |
| 08:58 | 4 | A.   Yes. |
| 08:58 | 5 | Q.   And that's your handwriting on the paper, correct? |
| 08:58 | 6 | A.   I believe so, yes. |
| 08:58 | 7 | Q.   And then 5-42 is another one of the four original |
| 08:58 | 8 | drawings you did, correct? |
| 08:58 | 9 | A.   Yes. |
| 08:58 | 10 | Q.   And your testimony is that those original drawings were |
| 08:58 | 11 | done in 1998, between April and January, when you weren't |
| 08:58 | 12 | working for Mattel, right? |
| 08:58 | 13 | A.   Yes. |
| 08:58 | 14 | Q.   And you testified previously that you threw away the |
| 08:58 | 15 | notebook in which you did those drawings, correct? |
| 08:58 | 16 | A.   I don't remember what I testified to previously. |
| 08:58 | 17 | Q.   Okay.  If you can go to Volume II, this is November 5 |
| 08:59 | 18 | lines 5 through 15. |
| 08:59 | 19 | *(Document provided to the witness.)* |
| 08:59 | 20 | THE WITNESS:  Okay. |
| 08:59 | 21 | MS. KELLER:  Could I have a moment, Counsel, to |
| 08:59 | 22 | get there? |
| 08:59 | 23 | MR. PRICE:  Sure. |
| 08:59 | 24 | MS. KELLER:  Thank you. |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

24

| | | |
|---|---|---|
| 08:59 | 1 | BY MR. PRICE: |
| 08:59 | 2 | Q.   Does that refresh your recollection that in 2004, you |
| 08:59 | 3 | said that you didn't have the notebook and thought you had |
| 08:59 | 4 | tossed it at some point? |
| 08:59 | 5 | A.   That's what I said in my prior testimony, yes. |
| 09:00 | 6 | Q.   I'm going to ask if my colleague could bring up to you |
| 09:00 | 7 | Exhibit 1155, the original, and perhaps we can put in front |
| 09:00 | 8 | of you the copy as well. |
| 09:00 | 9 | *(Document provided to the witness.)* |
| 09:00 | 10 | THE COURT:  What will the notebook be marked as? |
| 09:00 | 11 | MR. PRICE:  As 1155-C. |
| 09:00 | 12 | THE COURT:  1155-C? |
| 09:00 | 13 | MR. PRICE:  Yes. |
| 09:00 | 14 | THE COURT:  Thank you. |
| 09:00 | 15 | *(Exhibit No. 1155-C marked for identification.)* |
| 09:00 | 16 | BY MR. PRICE: |
| 09:00 | 17 | Q.   Now, I want you to look at the original notebook there. |
| 09:00 | 18 | Do you have that in front of you? |
| 09:00 | 19 | A.   Yes. |
| 09:00 | 20 | Q.   And that original notebook, at the front of it, says |
| 09:00 | 21 | 120 sheets.  Do you see that? |
| 09:00 | 22 | A.   Yes. |
| 09:00 | 23 | Q.   And a sheet is of the front and back of a page? |
| 09:00 | 24 | A.   Yes. |
| 09:00 | 25 | Q.   So there would originally be 240 pages in this |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

25

| | | |
|---|---|---|
| 09:00 | 1 | notebook, correct? |
| 09:00 | 2 | A.   Logically, yes. |
| 09:01 | 3 | Q.   And look through that.  Do you recognize that as a |
| 09:01 | 4 | notebook in which you put in drawings and other things? |
| 09:01 | 5 | A.   Yes. |
| 09:01 | 6 | MR. PRICE:  Move Exhibit 1155-C into evidence. |
| 09:01 | 7 | THE COURT:  Received. |
| 09:01 | 8 | *(Exhibit No. 1155-C received in evidence.)* |
| 09:01 | 9 | BY MR. PRICE: |
| 09:01 | 10 | Q.   Now, if you look through there, just on the face of it, |
| 09:01 | 11 | you don't see any of those four original drawings, correct? |
| 09:01 | 12 | A.   I'm sorry.  What now? |
| 09:01 | 13 | Q.   If you look through that original notebook -- just kind |
| 09:01 | 14 | of leaf through it -- you don't see any of those four |
| 09:01 | 15 | original drawings, right? |
| 09:01 | 16 | A.   No. |
| 09:01 | 17 | Q.   Double negative. |
| 09:01 | 18 | Do you see any of those four original drawings in the |
| 09:01 | 19 | notebook? |
| 09:01 | 20 | A.   No. |
| 09:01 | 21 | Q.   You do see some drawings, correct? |
| 09:01 | 22 | A.   Yes. |
| 09:01 | 23 | Q.   Now, if you look at the paper on the originals, the |
| 09:01 | 24 | four originals, does the paper look similar to the paper in |
| 09:02 | 25 | that notebook? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

26

| | | |
|---|---|---|
| 09:02 | 1 | A.   Yes. |
| 09:02 | 2 | Q.   And it's your experience that sometimes when you draw |
| 09:02 | 3 | in a notebook, you can create an indentation on the next |
| 09:02 | 4 | page, correct? |
| 09:02 | 5 | A.   Yes. |
| 09:02 | 6 | Q.   And sometimes when you draw on it, like the ink might |
| 09:02 | 7 | leak through a bit, right? |
| 09:02 | 8 | A.   Possibly. |
| 09:02 | 9 | Q.   And it's your understanding that -- that a scientist |
| 09:02 | 10 | might be able to determine what you wrote on top of another |
| 09:02 | 11 | piece of paper? |
| 09:02 | 12 | MS. KELLER:  Objection.  Calls for a conclusion. |
| 09:02 | 13 | Beyond this witness's expertise. |
| 09:02 | 14 | THE COURT:  Sustained. |
| 09:02 | 15 | BY MR. PRICE: |
| 09:02 | 16 | Q.   Well, let me ask you this:  Thinking back to when you |
| 09:02 | 17 | tore those four original drawings out of a notebook, did you |
| 09:02 | 18 | also tear out the pages underneath the drawings? |
| 09:03 | 19 | A.   Um, I don't recall. |
| 09:03 | 20 | Q.   Looking at the notebook now, just looking at it with |
| 09:03 | 21 | your eyes, you don't see any of those four original |
| 09:03 | 22 | drawings, right? |
| 09:03 | 23 | A.   No. |
| 09:03 | 24 | Q.   Another double negative. |
| 09:03 | 25 | Looking at the notebook now, you don't see -- do you |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

27

| | | |
|---|---|---|
| 09:03 | 1 | see the four original drawings? |
| 09:03 | 2 | A.   Not in the notebook, no. |
| 09:03 | 3 | Q.   Let's look at what you can see.  If you turn, say, five |
| 09:03 | 4 | pages in. |
| 09:03 | 5 | *(Document displayed.)* |
| 09:03 | 6 | MR. PRICE:  Are you looking at the original? |
| 09:03 | 7 | THE WITNESS:  Yes. |
| 09:03 | 8 | BY MR. PRICE: |
| 09:03 | 9 | Q.   Okay.  About five pages in -- and this would be in the |
| 09:03 | 10 | copy 1155-C-5 -- you see there's a drawing? |
| 09:04 | 11 | A.   Yes. |
| 09:04 | 12 | Q.   And that was a drawing for Mattel, correct? |
| 09:04 | 13 | A.   I don't know. |
| 09:04 | 14 | Q.   Does it look like a drawing you'd do for a Barbie |
| 09:04 | 15 | collectible? |
| 09:04 | 16 | A.   It just looks like a fashion sketch. |
| 09:04 | 17 | Q.   Well, let's look a couple of more pages in.  I think |
| 09:04 | 18 | it's 1155-C-7. |
| 09:04 | 19 | *(Document displayed.)* |
| 09:04 | 20 | BY MR. PRICE: |
| 09:04 | 21 | Q.   Does that look like something you did for Mattel? |
| 09:04 | 22 | A.   Again, this just looks like a fashion sketch. |
| 09:04 | 23 | Q.   Okay.  Let's look -- I think it's about 11 pages in. |
| 09:04 | 24 | Let's say 11 and 12. |
| 09:04 | 25 | *(Document displayed.)* |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

28

| | | |
|---|---|---|
| 09:04 | 1 | BY MR. PRICE: |
| 09:04 | 2 | Q.   Do those look like drawings did you for Mattel? |
| 09:04 | 3 | |
| 09:04 | 4 |      MS. KELLER:  Objection.  Vague as to time. |
| 09:04 | 5 |      THE COURT:  Overruled. |
| 09:05 | 6 |      THE WITNESS:  These just look like fashion |
| 09:05 | 7 | sketches again.  Quick ideas. |
| 09:05 | 8 | BY MR. PRICE: |
| 09:05 | 9 | Q.   Okay.  Let's go to the next page.  I think that's the |
| 09:05 | 10 | 13th page in. |
| 09:05 | 11 |      *(Document displayed.)* |
| 09:05 | 12 | BY MR. PRICE: |
| 09:05 | 13 | Q.   Do you see that says, "notes/ideas on large angel"?  Do |
| 09:05 | 14 | you see that? |
| 09:05 | 15 | A.   Yes. |
| 09:05 | 16 | Q.   And it's correct, sir, that if this was done for |
| 09:05 | 17 | Mattel, it was done in 1999, correct? |
| 09:05 | 18 | A.   I don't remember. |
| 09:05 | 19 | Q.   If we could look at June 18, 2008, page 3141, lines 4 |
| 09:06 | 20 | through 6. |
| 09:06 | 21 |      *(Document provided to the witness.)* |
| 09:06 | 22 | BY MR. PRICE: |
| 09:06 | 23 | Q.   Do you have that in front of you, Mr. Bryant? |
| 09:06 | 24 | A.   Yes. |
| 09:06 | 25 | Q.   Does that refresh your recollection that if this is |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

29

| | | |
|---|---|---|
| 09:06 | 1 | referring to a Mattel angel product -- project, that that |
| 09:06 | 2 | would have been done after January of 1999? |
| 09:07 | 3 | A.   I don't remember right now, but I agree with my prior |
| 09:07 | 4 | testimony. |
| 09:07 | 5 |        THE COURT:  Well, Counsel, he's referring back to |
| 09:07 | 6 | his prior testimony.  The difficulty is the jury doesn't |
| 09:07 | 7 | know from either party what he's saying.  The witness is |
| 09:07 | 8 | continually answering, "I refer back to my prior testimony." |
| 09:07 | 9 | Resolve that. |
| 09:07 | 10 |        MR. PRICE:  I'll ask him what it was. |
| 09:07 | 11 |        THE COURT:  Please. |
| 09:07 | 12 | BY MR. PRICE: |
| 09:07 | 13 | Q.   What was your prior testimony, Mr. Bryant? |
| 09:07 | 14 | A.   Um, my prior testimony was that the Mattel angel |
| 09:07 | 15 | project was after January of 1999.  And I answered, "Yes." |
| 09:07 | 16 | Q.   And you can tell from your notes in the notebook that |
| 09:08 | 17 | this was a Mattel angel product -- project? |
| 09:08 | 18 | A.   Um, I'm not sure. |
| 09:08 | 19 | Q.   Well, let's look at the second note there.  It says |
| 09:08 | 20 | "Ken hair," correct? |
| 09:08 | 21 | A.   I believe so, yes. |
| 09:08 | 22 | Q.   And I take it you weren't referring to a friend named |
| 09:08 | 23 | "Ken"? |
| 09:08 | 24 | A.   I don't remember exactly what I was referring to. |
| 09:08 | 25 | Q.   You know that there's a doll made by Mattel called |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

30

| | | |
|---|---|---|
| 09:08 | 1 | "Ken"? |
| 09:08 | 2 | A.    Yes. |
| 09:08 | 3 | Q.    And that's what that refers to, right? |
| 09:08 | 4 | A.    Um, I -- I can't recall right now. |
| 09:08 | 5 | Q.    When you did the Mattel angel project, were you |
| 09:09 | 6 | thinking at sometime of using the same hair that Ken had? |
| 09:09 | 7 | A.    Um, I don't remember exactly. |
| 09:09 | 8 | Q.    By the way, sir, just quickly, we're talking about |
| 09:09 | 9 | drawings that you -- whether you did drawings between your |
| 09:09 | 10 | meeting with Ms. Garcia and Ms. O'Connor and then a meeting |
| 09:09 | 11 | where Mr. Larian was present; do you recall that? |
| 09:09 | 12 | A.    Yes. |
| 09:09 | 13 | Q.    And you said you weren't sure if you'd done any |
| 09:09 | 14 | drawings between those meetings? |
| 09:09 | 15 | A.    Right. |
| 09:09 | 16 | Q.    If I could refer you to page 2508, and that would be |
| 09:09 | 17 | June 12, 2008.  And if you could look at lines 14 through |
| 09:10 | 18 | 18. |
| 09:10 | 19 | *(Document provided to the witness.)* |
| 09:10 | 20 | THE WITNESS:  Which page? |
| 09:10 | 21 | BY MR. PRICE: |
| 09:10 | 22 | Q.    It's line -- 2508. |
| 09:10 | 23 | A.    Okay. |
| 09:10 | 24 | Q.    Lines 15 through 18. |
| 09:10 | 25 | A.    Okay. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 31 of 121   Page ID #:292794
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

31

| | | |
|---|---|---|
| 09:10 | 1 | Q.   Does that refresh your recollection that there are |
| 09:10 | 2 | drawings -- at least three drawings that you did between |
| 09:10 | 3 | your meeting in August and your meeting with Mr. Larian? |
| 09:11 | 4 | A.   Um, I don't remember it right now still, but I would |
| 09:11 | 5 | agree with my prior testimony. |
| 09:11 | 6 | Q.   And, sir, your prior testimony in 2008 is that you |
| 09:11 | 7 | believed there were at least three drawings that you did |
| 09:11 | 8 | between your meeting that you say happened in August and |
| 09:11 | 9 | your meeting with Mr. Larian? |
| 09:11 | 10 | MS. KELLER:  Objection.  Misstates the testimony. |
| 09:11 | 11 | THE COURT:  Overruled. |
| 09:11 | 12 | THE WITNESS:  That's how I remembered it then. |
| 09:11 | 13 | MS. KELLER:  Your Honor, I would ask that that |
| 09:11 | 14 | portion of the testimony actually be read so that we have a |
| 09:11 | 15 | verbatim record of it. |
| 09:11 | 16 | THE COURT:  Well, not selectively, Counsel, unless |
| 09:11 | 17 | we're going to read each portion.  And if both of you |
| 09:11 | 18 | stipulate to that with the continuing answers of "I don't |
| 09:11 | 19 | remember," then we can fall into that pattern of reading. |
| 09:11 | 20 | If there's a stipulation between the two of you, we can do |
| 09:11 | 21 | that. |
| 09:12 | 22 | BY MR. PRICE: |
| 09:12 | 23 | Q.   If we could look to see -- if we could look at those |
| 09:12 | 24 | three others -- if we could look at 5-84. |
| 09:13 | 25 | *(Document provided to the witness.)* |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

32

| | | |
|---|---|---|
| 09:13 | 1 | THE WITNESS: Okay. |
| 09:13 | 2 | BY MR. PRICE: |
| 09:13 | 3 | Q. That's one of the drawings you did sometime between |
| 09:13 | 4 | your meeting in August and your meeting with Mr. Larian? |
| 09:13 | 5 | A. I still don't recall. |
| 09:13 | 6 | Q. Okay. Again, look at 2508, lines 9 through 18. |
| 09:13 | 7 | A. Okay. |
| 09:13 | 8 | Q. Does that refresh your recollection? |
| 09:13 | 9 | A. Um, I still don't recall when it was done, but I agree |
| 09:13 | 10 | with my prior testimony. |
| 09:13 | 11 | Q. And your prior testimony is that this drawing was done |
| 09:13 | 12 | between a meeting you say was in August and a meeting with |
| 09:13 | 13 | Mr. Larian? |
| 09:13 | 14 | A. Yes. |
| 09:13 | 15 | Q. And if you could look at Exhibit 719. |
| 09:14 | 16 | *(Document provided to the witness.)* |
| 09:14 | 17 | THE WITNESS: Okay. |
| 09:14 | 18 | BY MR. PRICE: |
| 09:14 | 19 | Q. Is that a drawing you did between what you say is the |
| 09:14 | 20 | August meeting and a later meeting with Mr. Larian? |
| 09:14 | 21 | A. I'm not sure when it was done. |
| 09:14 | 22 | Q. Keep page 2508 there in front of you. Look at lines 19 |
| 09:14 | 23 | through 23. |
| 09:14 | 24 | A. Okay. |
| 09:15 | 25 | Q. Does that refresh your recollection that -- |

| | | |
|---|---|---|
| 09:15 | 1 | MR. PRICE:  Well, Your Honor, moved Exhibit 719 |
| 09:15 | 2 | into evidence. |
| 09:15 | 3 | THE COURT:  Received. |
| 09:15 | 4 | *(Exhibit No. 719 received in evidence.)* |
| 09:15 | 5 | *(Document displayed.)* |
| 09:15 | 6 | BY MR. PRICE: |
| 09:15 | 7 | Q.   So does that refresh your recollection that this was a |
| 09:15 | 8 | drawing you made between the two meetings you testified |
| 09:15 | 9 | about? |
| 09:15 | 10 | A.   I don't remember the date on this either, but again, I |
| 09:15 | 11 | agree with my prior testimony. |
| 09:15 | 12 | Q.   That this is one of the drawings that you believe you |
| 09:15 | 13 | did sometime between August and your meeting with |
| 09:15 | 14 | Mr. Larian, correct? |
| 09:15 | 15 | A.   Yes. |
| 09:15 | 16 | Q.   If we could look at Exhibit 722. |
| 09:15 | 17 | *(Document provided to witness.)* |
| 09:15 | 18 | *(Document displayed.)* |
| 09:16 | 19 | THE WITNESS:  Okay. |
| 09:16 | 20 | BY MR. PRICE: |
| 09:16 | 21 | Q.   And do you recognize that? |
| 09:16 | 22 | A.   Yes. |
| 09:16 | 23 | Q.   What is it? |
| 09:16 | 24 | A.   It's a drawing of a, um -- of one of the characters |
| 09:16 | 25 | wearing an evening gown. |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

34

| | | |
|---|---|---|
| 09:16 | 1 | Q.   Is this a drawing you created between your August |
| 09:16 | 2 | meeting and your later meeting with Mr. Larian? |
| 09:16 | 3 | A.   Again, with this one, I don't remember exactly the date |
| 09:16 | 4 | that it was created right now. |
| 09:16 | 5 | Q.   If you'd look at 2510, lines 4 through 11. |
| 09:16 | 6 | (Document displayed.) |
| 09:16 | 7 | BY MR. PRICE: |
| 09:16 | 8 | Q.   Does that refresh your recollection that you created |
| 09:16 | 9 | this sometime between a meeting you believe occurred in |
| 09:17 | 10 | August and a meeting with Mr. Larian? |
| 09:17 | 11 | A.   Um, again, I don't remember exactly right now, when |
| 09:17 | 12 | that was created, but I will agree with the prior testimony. |
| 09:17 | 13 | Q.   Which is that that was created between an August |
| 09:17 | 14 | meeting and the meeting with Mr. Larian? |
| 09:17 | 15 | A.   Yes. |
| 09:17 | 16 | Q.   Now, let's go back to the notebook.  And I was asking |
| 09:17 | 17 | you about the 13th page in this notebook, about the notes, |
| 09:17 | 18 | ideas on large angel.  Do you see that? |
| 09:17 | 19 | (Document displayed.) |
| 09:17 | 20 | THE WITNESS:  Yes. |
| 09:17 | 21 | BY MR. PRICE: |
| 09:17 | 22 | Q.   And you're not sure what "Ken hair" refers to; is that |
| 09:17 | 23 | right? |
| 09:17 | 24 | A.   No. |
| 09:17 | 25 | Q.   I'm giving these double negatives.  I apologize. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

35

| | | |
|---|---|---|
| 09:17 | 1 | Do you know what "Ken hair" refers to? |
| 09:18 | 2 | A.   I don't know what I was thinking about on this -- on |
| 09:18 | 3 | this note. |
| 09:19 | 4 | Q.   If you'd look at page 393 -- I'm sorry.  Let's go to |
| 09:19 | 5 | 394, lines 11 to line 22. |
| 09:19 | 6 | (Document displayed.) |
| 09:19 | 7 | BY MR. PRICE: |
| 09:19 | 8 | Q.   Do you have that in front of you? |
| 09:20 | 9 | A.   Yes. |
| 09:20 | 10 | Q.   You've had a chance to read that? |
| 09:20 | 11 | A.   I'm sorry.  Which lines were they now? |
| 09:20 | 12 | Q.   Let's go -- line 12 through line 24. |
| 09:20 | 13 | A.   Okay. |
| 09:20 | 14 | Q.   And does that refresh your recollection that what these |
| 09:20 | 15 | notes refer to is a Mattel project? |
| 09:20 | 16 | A.   Uh, yes. |
| 09:20 | 17 | Q.   And that what these notes refer to, the Ken hair, was |
| 09:20 | 18 | an idea that you were thinking of using, that type of hair, |
| 09:20 | 19 | for this large angel project? |
| 09:20 | 20 | A.   Um, I don't remember it right now sitting here, but |
| 09:21 | 21 | again, I will agree with my prior testimony. |
| 09:21 | 22 | Q.   And your prior testimony is that these notes reflect an |
| 09:21 | 23 | idea to possibly use Ken hair, because they use a different |
| 09:21 | 24 | type of hair for Ken than they do for Barbie? |
| 09:21 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

36

| | | |
|---|---|---|
| 09:21 | 1 | Q.   And you believe you made these notes in 1999, correct? |
| 09:21 | 2 | A.   That's what I stated in my prior testimony, yes. |
| 09:21 | 3 | Q.   And in your prior testimony, you said that you believed |
| 09:21 | 4 | you made these notes in 1999? |
| 09:21 | 5 | A.   Yes. |
| 09:21 | 6 | Q.   And so going back to the notebook, if you flip through, |
| 09:21 | 7 | past that, I think the next drawing you see is on 17.  Have |
| 09:21 | 8 | you found that? |
| 09:21 | 9 | (Document displayed.) |
| 09:21 | 10 | THE WITNESS:  Yes. |
| 09:21 | 11 | BY MR. PRICE: |
| 09:21 | 12 | Q.   And is this a drawing that you did for Barbie? |
| 09:22 | 13 | A.   I don't remember. |
| 09:22 | 14 | Q.   Well, let's go a couple of more in.  I think it's on |
| 09:22 | 15 | page 19. |
| 09:22 | 16 | (Document displayed.) |
| 09:22 | 17 | BY MR. PRICE: |
| 09:22 | 18 | Q.   And do you see on page 19 there's a drawing and a name |
| 09:22 | 19 | next to it, "Jewel"? |
| 09:22 | 20 | A.   Yes. |
| 09:22 | 21 | Q.   And Jewel was a project for Barbie, correct? |
| 09:22 | 22 | A.   I did do a couple of Jewel projects for Barbie, yes. |
| 09:22 | 23 | Q.   Now, in January 1999, you began working in the |
| 09:22 | 24 | collectibles department at Barbie, correct? |
| 09:22 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

37

| | | |
|---|---|---|
| 09:22 | 1 | Q.   And there was a Jewel's collectible project, correct? |
| 09:22 | 2 | A.   Yes. |
| 09:22 | 3 | Q.   And you were working on that after January of 1999, |
| 09:22 | 4 | correct? |
| 09:22 | 5 | A.   Yes. |
| 09:22 | 6 | Q.   And if you go a couple of pages further, you see |
| 09:22 | 7 | page -- it's about 21 in the notebook. |
| 09:23 | 8 | *(Document displayed.)* |
| 09:23 | 9 | BY MR. PRICE: |
| 09:23 | 10 | Q.   And do you see there's another drawing and it says |
| 09:23 | 11 | "Jewel"? |
| 09:23 | 12 | A.   Yes. |
| 09:23 | 13 | Q.   And that refers to a Mattel project, correct? |
| 09:23 | 14 | A.   I believe so, yes. |
| 09:23 | 15 | Q.   And then a couple of other pages in, you see -- the |
| 09:23 | 16 | 23rd page in, you see another drawing, correct? |
| 09:23 | 17 | *(Document displayed.)* |
| 09:23 | 18 | THE WITNESS:  Yes. |
| 09:23 | 19 | BY MR. PRICE: |
| 09:23 | 20 | Q.   And does that appear to you to be a Mattel drawing? |
| 09:23 | 21 | A.   Um, I don't recall without any kind of notation. |
| 09:23 | 22 | Q.   Okay.  Well, if you go a couple pages in, on 25 you see |
| 09:23 | 23 | another drawing.  That's a drawing you did at Mattel, |
| 09:23 | 24 | correct? |
| 09:23 | 25 | *(Document displayed.)* |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 38 of 121   Page ID #:292801
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

38

| | | |
|---|---|---|
| 09:23 | 1 | THE WITNESS:  I don't recall. |
| 09:23 | 2 | BY MR. PRICE: |
| 09:23 | 3 | Q.   How about a couple of other pages in, on page 27?  Does |
| 09:24 | 4 | that appear to you to be a drawing you did while at Mattel? |
| 09:24 | 5 | *(Document displayed.)* |
| 09:24 | 6 | THE WITNESS:  I'm not sure. |
| 09:24 | 7 | BY MR. PRICE: |
| 09:24 | 8 | Q.   Now, let's talk -- these Jewel dolls, the idea was that |
| 09:24 | 9 | you would have a doll associated with a Jewel, correct? |
| 09:24 | 10 | A.   Yes. |
| 09:24 | 11 | Q.   Like diamond or emerald or ruby or something like that, |
| 09:24 | 12 | correct? |
| 09:24 | 13 | A.   Yes. |
| 09:24 | 14 | Q.   Sapphire? |
| 09:24 | 15 | A.   Yes. |
| 09:24 | 16 | Q.   And those dolls were part of the Collectibles line that |
| 09:24 | 17 | came out very late '99, early 2000? |
| 09:24 | 18 | A.   Um, yeah, I'm not sure exactly when they came out. |
| 09:24 | 19 | Q.   If you look at 1155-C-27, do you see at the top how you |
| 09:25 | 20 | have a necklace?  Do you see that? |
| 09:25 | 21 | *(Document displayed.)* |
| 09:25 | 22 | THE WITNESS:  Yes. |
| 09:25 | 23 | BY MR. PRICE: |
| 09:25 | 24 | Q.   And then in the middle you have -- maybe you can |
| 09:25 | 25 | describe it -- at the waist, because I am sure I will use |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

39

| | | |
|---|---|---|
| 09:25 | 1 | the wrong word.  What is that? |
| 09:25 | 2 | A.   Um, not exactly sure.  It looks like maybe it was some |
| 09:25 | 3 | kind of brooch or something. |
| 09:25 | 4 | Q.   And if you'd look at 10756.  Do you have that in front |
| 09:26 | 5 | of you, Mr. Bryant? |
| 09:26 | 6 | A.   Yes. |
| 09:26 | 7 | Q.   Do you see this was a drawing that you did? |
| 09:26 | 8 | A.   Yes. |
| 09:26 | 9 | MR. PRICE:  Move 10756 into evidence, Your Honor. |
| 09:26 | 10 | THE COURT:  Received. |
| 09:26 | 11 | *(Exhibit No. 10756 received in evidence.)* |
| 09:26 | 12 | MR. PRICE:  If we can show that.  If you can blow |
| 09:26 | 13 | that up, Ken. |
| 09:26 | 14 | *(Document displayed.)* |
| 09:26 | 15 | BY MR. PRICE: |
| 09:26 | 16 | Q.   On the right-hand side, that's your handwriting? |
| 09:26 | 17 | A.   I think so, yes. |
| 09:26 | 18 | Q.   And that says "Sapphire"? |
| 09:26 | 19 | A.   Yes. |
| 09:26 | 20 | Q.   Which would be blue? |
| 09:26 | 21 | A.   Yes. |
| 09:26 | 22 | MR. PRICE:  Okay.  Now, if we can put page |
| 09:26 | 23 | 1155-C-27 side by side with 10756. |
| 09:26 | 24 | *(Document displayed.)* |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 40 of 121   Page ID #:292803
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

40

| | | |
|---|---|---|
| 09:26 | 1 | BY MR. PRICE: |
| 09:26 | 2 | Q.   And 10756, you see the jewels on the neck? |
| 09:27 | 3 | A.   Yes. |
| 09:27 | 4 | Q.   And you see this thing around the waist with -- you see |
| 09:27 | 5 | that? |
| 09:27 | 6 | A.   Yes. |
| 09:27 | 7 | Q.   Kind of has a -- it looks like some kind of jewel in |
| 09:27 | 8 | the middle of it.  Do you see that? |
| 09:27 | 9 | A.   Yes. |
| 09:27 | 10 | Q.   Now, you believe that -- that it's possible these are |
| 09:27 | 11 | drawings that were made in progression; that is, you do the |
| 09:27 | 12 | rough sketch and then the more detailed sketch, correct? |
| 09:27 | 13 | A.   I work that way often, yes. |
| 09:27 | 14 | Q.   And in looking at these two, you think it's possible |
| 09:27 | 15 | that these are part of a progression from a doll with a |
| 09:27 | 16 | jewel in the middle with a necklace, to 10756, the Sapphire |
| 09:27 | 17 | drawing? |
| 09:27 | 18 | A.   Um, I'm not sure.  I don't remember if that was part of |
| 09:27 | 19 | the progression. |
| 09:27 | 20 | Q.   Just visually looking at it, does it appear to be part |
| 09:27 | 21 | of the progression for a Jewel doll, Sapphire? |
| 09:27 | 22 | A.   Um, I'm not sure. |
| 09:28 | 23 | Q.   Would you agree with me that looking at this, it's |
| 09:28 | 24 | possible that this -- these two documents here were part of |
| 09:28 | 25 | a progression of drawings by you? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

41

| | | |
|---|---|---|
| 09:28 | 1 | A.   It's possible. |
| 09:28 | 2 | Q.   And you do see similarities between those two drawings, |
| 09:28 | 3 | correct? |
| 09:28 | 4 | A.   Yes, there are some. |
| 09:28 | 5 | Q.   So now I'd like you to look at Exhibit 13657. |
| 09:29 | 6 | (Document provided to the witness.) |
| 09:29 | 7 | BY MR. PRICE: |
| 09:29 | 8 | Q.   Do you have that in front of you? |
| 09:29 | 9 | A.   Yes. |
| 09:29 | 10 | Q.   Do you recognize that as a drawing you did in |
| 09:29 | 11 | connection with the Collectible Jewel project? |
| 09:29 | 12 | A.   I believe so, yes. |
| 09:29 | 13 | MR. PRICE:  Your Honor, move Exhibit 13657 into |
| 09:29 | 14 | evidence. |
| 09:29 | 15 | THE COURT:  Received. |
| 09:29 | 16 | (Exhibit No. 13657 received in evidence.) |
| 09:29 | 17 | (Document displayed.0 |
| 09:29 | 18 | BY MR. PRICE: |
| 09:29 | 19 | Q.   This would be the Sapphire Jewel Barbie? |
| 09:29 | 20 | A.   I believe that's what it was for, yes. |
| 09:29 | 21 | Q.   And you can tell that because it's blue? |
| 09:30 | 22 | A.   Yes. |
| 09:30 | 23 | Q.   And it looks like you've written something on this on |
| 09:30 | 24 | the left-hand side.  Could you tell us what that is? |
| 09:30 | 25 | A.   Just looks like an autograph.  Looks like it was signed |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

42

| | | |
|---|---|---|
| 09:30 | 1 | for somebody. |
| 09:30 | 2 | Q.   And if you would look at the right-hand side, does that |
| 09:30 | 3 | say -- is that your signature on that? |
| 09:30 | 4 | A.   Yes. |
| 09:30 | 5 | Q.   And what's the date on that? |
| 09:30 | 6 | A.   Looks like 2/99. |
| 09:30 | 7 | Q.   And you began working on this Jewel Collectibles |
| 09:30 | 8 | project very soon after you joined Barbie -- joined Mattel |
| 09:30 | 9 | in 1999, correct? |
| 09:30 | 10 | A.   Yes. |
| 09:30 | 11 | Q.   And if you look at 13657 next to 10756 -- |
| 09:30 | 12 | MR. PRICE:  If you can do that magic, Ken. |
| 09:31 | 13 | *(Documents displayed.)* |
| 09:31 | 14 | BY MR. PRICE: |
| 09:31 | 15 | Q.   Would you agree that 1756 (sic) seems like one of the |
| 09:31 | 16 | earlier sketches, again, that you did of 13657, which is the |
| 09:31 | 17 | February '99 Sapphire drawing? |
| 09:31 | 18 | A.   Yes, it's similar. |
| 09:31 | 19 | Q.   If you go to the next page in the notebook -- we were |
| 09:31 | 20 | at page 27.  And if you look at the next page, you see |
| 09:31 | 21 | there's another drawing. |
| 09:31 | 22 | *(Document displayed.)* |
| 09:31 | 23 | THE WITNESS:  Okay. |
| 09:31 | 24 | BY MR. PRICE: |
| 09:31 | 25 | Q.   And you believe this is also a Barbie Mattel drawing, |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

43

09:31  1    correct?

09:32  2    A.   I am -- don't recall exactly what this was from.

09:32  3    Q.   Do you have any belief as to whether or not this is a

09:32  4    Mattel drawing or not?

09:32  5    A.   It might have been.

09:32  6    Q.   It's a similar pose to the earlier drawings?

09:32  7    A.   It is.

09:32  8    Q.   A similar pose to the drawing in -- on page 27 with the

09:32  9    necklace and that -- I forgot what you call that already --

09:32  10   a sash with an emerald?

09:32  11   A.   Yes.  Similar pose, yes.

09:32  12   Q.   Does that lead you to believe that these drawings we've

09:32  13   been looking at are related to Mattel?

09:32  14   A.   Um, I think the ones that have been notated, yes.  Some

09:32  15   of the others, I don't recall right now.

09:32  16   Q.   Okay.  Let's go to 115-C-37 *(sic)*.

09:33  17            *(Document displayed.)*

09:33  18   BY MR. PRICE:

09:33  19   Q.   Is this a drawing you did for Mattel?

09:33  20   A.   I don't know.

09:33  21   Q.   This is one where the -- instead of the fashion pose,

09:33  22   you've got the position with the -- kind of the hands out at

09:33  23   the side?

09:33  24   A.   Right.  It's a different pose.

09:33  25   Q.   Now, we've got a number of blank pages here.  Sometimes

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

44

| | | |
|---|---|---|
| 09:33 | 1 | you will just leave your notebooks on the table, right? |
| 09:33 | 2 | A.   Uh, yes. |
| 09:33 | 3 | Q.   And you had -- your mom was in Missouri, correct? |
| 09:33 | 4 | A.   Yes. |
| 09:33 | 5 | Q.   And your dad? |
| 09:33 | 6 | A.   Yes. |
| 09:33 | 7 | Q.   You had a brother who lived in Kentucky, right? |
| 09:33 | 8 | A.   Yes. |
| 09:33 | 9 | Q.   And it's about a twelve-hour drive from where your |
| 09:33 | 10 | brother lived to where your mom and dad lived, right? |
| 09:33 | 11 | A.   Um, I think so, yes. |
| 09:34 | 12 | Q.   You would often go to your mom's house, you and your |
| 09:34 | 13 | brother, for Thanksgiving and Christmas, correct? |
| 09:34 | 14 | A.   Uh, yes. |
| 09:34 | 15 | Q.   And you'd do that on a frequent basis? |
| 09:34 | 16 | A.   Fairly frequently, yes. |
| 09:34 | 17 | Q.   So if you would look at -- if you look at the 49th, |
| 09:34 | 18 | 50th, 51st page here, 53rd, 55th, do you see those? |
| 09:34 | 19 | *(Documents displayed.)* |
| 09:34 | 20 | THE WITNESS:  I'm not sure which pages you're |
| 09:34 | 21 | referring to. |
| 09:34 | 22 | BY MR. PRICE: |
| 09:34 | 23 | Q.   Let's start with 49.  You see there's a Column C, a |
| 09:34 | 24 | Column A.  Do you see that? |
| 09:34 | 25 | *(Document displayed.)* |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

45

| | | |
|---|---|---|
| 09:34 | 1 | THE WITNESS:  Yes. |
| 09:34 | 2 | BY MR. PRICE: |
| 09:34 | 3 | Q.   Do you think that's a game you were playing with |
| 09:34 | 4 | your -- your niece? |
| 09:34 | 5 | A.   I don't know. |
| 09:34 | 6 | Q.   Okay.  Let's look at page 51. |
| 09:35 | 7 | *(Document displayed.)* |
| 09:35 | 8 | BY MR. PRICE: |
| 09:35 | 9 | Q.   Safe to say that's not a drawing that you did? |
| 09:35 | 10 | A.   No. |
| 09:35 | 11 | Q.   Who do you think did this drawing? |
| 09:35 | 12 | A.   I have no idea. |
| 09:35 | 13 | Q.   You see there's some similar drawings of -- look at |
| 09:35 | 14 | page 55, for example. |
| 09:35 | 15 | *(Document displayed.)* |
| 09:35 | 16 | THE WITNESS:  Yes. |
| 09:35 | 17 | BY MR. PRICE: |
| 09:35 | 18 | Q.   Did you do this drawing? |
| 09:35 | 19 | A.   No. |
| 09:35 | 20 | Q.   Now, you were in Missouri for Thanksgiving and |
| 09:35 | 21 | Christmas in 1999, correct? |
| 09:35 | 22 | A.   Um, I don't remember. |
| 09:35 | 23 | Q.   Do you recall being in -- Christmas with your brother |
| 09:35 | 24 | and his kids with your mom and dad in November, around |
| 09:35 | 25 | Thanksgiving of '99 and around December of '99? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

46

| | | |
|---|---|---|
| 09:36 | 1 | A.   Um, I don't remember. |
| 09:36 | 2 | Q.   By the way, in this notebook, would you sometimes have |
| 09:36 | 3 | blank pages in between your drawings? |
| 09:36 | 4 | A.   Um, yes. |
| 09:36 | 5 | Q.   And if you laid it out on a table, someone could go in |
| 09:36 | 6 | those pages and -- and do drawings like are in -- you see up |
| 09:36 | 7 | here, which is 55 -- the 55th page in Exhibit 1155-C? |
| 09:36 | 8 | *(Document displayed.)* |
| 09:36 | 9 | THE WITNESS:  Which page now? |
| 09:36 | 10 | BY MR. PRICE: |
| 09:36 | 11 | Q.   One you've got up there. |
| 09:36 | 12 | A.   Oh, yes. |
| 09:36 | 13 | Q.   So sometime you'd have something written in a later |
| 09:36 | 14 | page, but you'd have blank pages in between, right? |
| 09:36 | 15 | A.   Yes. |
| 09:36 | 16 | Q.   So someone could come and kind of scribble on that if |
| 09:36 | 17 | they wanted to? |
| 09:36 | 18 | A.   Yes. |
| 09:36 | 19 | Q.   And do you have any idea who did this 55th page of |
| 09:36 | 20 | 1155-C? |
| 09:36 | 21 | A.   It possibly could have been my niece. |
| 09:37 | 22 | Q.   Now, I asked you whether or not you were in Missouri |
| 09:37 | 23 | in -- Thanksgiving and December of '99 -- Thanksgiving, |
| 09:37 | 24 | Christmas.  You said you didn't recall. |
| 09:37 | 25 | If you could look at Exhibit 13666. |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

47

| | | |
|---|---|---|
| 09:37 | 1 | *(Document provided to the witness.)* |
| 09:37 | 2 | BY MR. PRICE: |
| 09:37 | 3 | Q.   And do you have that in front of you? |
| 09:37 | 4 | A.   Yes. |
| 09:37 | 5 | Q.   And could you tell me what that is? |
| 09:38 | 6 | MS. KELLER:  Objection.  Lack of foundation. |
| 09:38 | 7 | THE COURT:  Overruled. |
| 09:38 | 8 | THE WITNESS:  I'm not sure. |
| 09:38 | 9 | BY MR. PRICE: |
| 09:38 | 10 | Q.   Well, it -- it has your name on it, right? -- Carter |
| 09:38 | 11 | Bryant? |
| 09:38 | 12 | A.   Yes. |
| 09:38 | 13 | Q.   And it has an address of 1319 West 60th Street, |
| 09:38 | 14 | correct? |
| 09:38 | 15 | A.   Yes. |
| 09:38 | 16 | Q.   In Gardena, California, right? |
| 09:38 | 17 | A.   Yes. |
| 09:38 | 18 | Q.   You see it says -- refers to a credit union.  Look |
| 09:38 | 19 | underneath your name. |
| 09:38 | 20 | A.   I'm not seeing the information about the credit union. |
| 09:38 | 21 | Q.   Just underneath your name, there's a little paragraph |
| 09:39 | 22 | there. |
| 09:39 | 23 | A.   Oh, yes. |
| 09:39 | 24 | Q.   And below that, it's got some numbers about things, |
| 09:39 | 25 | right? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

48

| | | |
|---|---|---|
| 09:39 | 1 | A.   Yes. |
| 09:39 | 2 | Q.   Things like withdrawals and balances, things like that? |
| 09:39 | 3 | A.   Yes. |
| 09:39 | 4 | Q.   Did you have an account with a credit union in November |
| 09:39 | 5 | and December of 1999? |
| 09:39 | 6 | MS. KELLER:  Objection.  Vague as to which credit |
| 09:39 | 7 | union. |
| 09:39 | 8 | THE COURT:  Overruled. |
| 09:39 | 9 | THE WITNESS:  I believe so, yes. |
| 09:39 | 10 | BY MR. PRICE: |
| 09:39 | 11 | Q.   What credit union did you have an account with in |
| 09:39 | 12 | November and December of 1999? |
| 09:39 | 13 | A.   I believe it was the Mattel credit union. |
| 09:39 | 14 | Q.   And did you receive statements about withdrawals, |
| 09:39 | 15 | deposits, things of that nature from your Mattel credit |
| 09:39 | 16 | union? |
| 09:39 | 17 | A.   Um, I don't remember if I did or not. |
| 09:40 | 18 | Q.   With respect to your Mattel credit union, did you |
| 09:40 | 19 | believe you had a right to dispute errors in the statements |
| 09:40 | 20 | you received? |
| 09:40 | 21 | A.   Um, I don't have any recollection of that. |
| 09:40 | 22 | Q.   How long did you have an account at the Mattel credit |
| 09:40 | 23 | union? |
| 09:40 | 24 | A.   Uh, I don't remember. |
| 09:40 | 25 | Q.   Do you have any idea?  Can you give us an estimate?  A |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

49

| | | |
|---|---|---|
| 09:40 | 1 | range? |
| 09:40 | 2 | A.   I -- I don't remember. |
| 09:40 | 3 | Q.   Does this appear to be one of your bank records for |
| 09:40 | 4 | 1999? |
| 09:40 | 5 | A.   Yes. |
| 09:40 | 6 | MR. PRICE:  Your Honor, move Exhibit 13666 into |
| 09:40 | 7 | evidence. |
| 09:41 | 8 | THE COURT:  Received. |
| 09:41 | 9 | *(Exhibit No. 13666 received in evidence.)* |
| 09:41 | 10 | *(Document displayed.)* |
| 09:41 | 11 | BY MR. PRICE: |
| 09:41 | 12 | Q.   Why did you tell us this appears to be one of your bank |
| 09:41 | 13 | records? |
| 09:41 | 14 | A.   Um, it just looks like a bank record. |
| 09:41 | 15 | Q.   Is there any reason you believe it appears to be one of |
| 09:41 | 16 | your bank records? |
| 09:41 | 17 | A.   Um, only because my name's on it. |
| 09:41 | 18 | Q.   Do you also notice in this bank record there appear to |
| 09:41 | 19 | be withdrawals? |
| 09:41 | 20 | A.   Yes. |
| 09:41 | 21 | Q.   And that the bank record identifies the location of |
| 09:41 | 22 | some of those withdrawals? |
| 09:41 | 23 | A.   (No response.) |
| 09:41 | 24 | Q.   Let me refer you to the third page, 13666, page 3. |
| 09:41 | 25 | *(Document displayed.)* |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

50

| | | |
|---|---|---|
| 09:42 | 1 | THE WITNESS:  Yes. |
| 09:42 | 2 | BY MR. PRICE: |
| 09:42 | 3 | Q.   And if you look at that third page, at the bottom, |
| 09:42 | 4 | starting November 23, 24, 27, you see November 23 it says |
| 09:42 | 5 | withdrawal in Nixa? |
| 09:42 | 6 | A.   Yes. |
| 09:42 | 7 | Q.   Could you tell us where Nixa is? |
| 09:42 | 8 | A.   Nixa is just outside of Springfield. |
| 09:42 | 9 | Q.   Which state? |
| 09:42 | 10 | A.   Oh, Missouri. |
| 09:42 | 11 | Q.   Thank you. |
| 09:42 | 12 | And then you've got withdrawals from Springfield, |
| 09:42 | 13 | correct? |
| 09:42 | 14 | A.   Yes. |
| 09:42 | 15 | Q.   Branson, where's that? |
| 09:42 | 16 | A.   Branson is also in Missouri. |
| 09:42 | 17 | Q.   So does this refresh your recollection that you were |
| 09:42 | 18 | visiting your parents, along with your brother and his |
| 09:42 | 19 | family, in November 1999? |
| 09:42 | 20 | A.   Yes. |
| 09:42 | 21 | Q.   And then if you'd look at 13667. |
| 09:42 | 22 | *(Document provided to witness.)* |
| 09:43 | 23 | BY MR. PRICE: |
| 09:43 | 24 | Q.   Does that also appear to be your bank record? |
| 09:43 | 25 | A.   Uh, yes. |

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 51 of 121   Page ID #:292814
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

51

| | | |
|---|---|---|
| 09:43 | 1 | MR. PRICE:  Move 13667 into evidence, Your Honor. |
| 09:43 | 2 | THE COURT:  Received. |
| 09:43 | 3 | *(Exhibit No. 13667 received in evidence.)* |
| 09:43 | 4 | *(Document displayed.)* |
| 09:43 | 5 | BY MR. PRICE: |
| 09:43 | 6 | Q.   And if you would look at the fifth page, and down |
| 09:43 | 7 | around, oh, 12/26 through 12/31.  Do you see that? |
| 09:43 | 8 | A.   Yes. |
| 09:43 | 9 | Q.   You see there are multiple withdrawals from places in |
| 09:43 | 10 | Missouri near where your mom and dad lived, correct? |
| 09:43 | 11 | A.   Yes. |
| 09:43 | 12 | Q.   Okay.  So this refreshes your recollection, these bank |
| 09:43 | 13 | records, that you were with your family in Missouri in -- |
| 09:44 | 14 | around the time of Thanksgiving and the time of Christmas in |
| 09:44 | 15 | 1999, correct? |
| 09:44 | 16 | A.   Yes. |
| 09:44 | 17 | Q.   Now, let's continue looking at your notebook.  And if |
| 09:44 | 18 | we look at the -- 57 pages in, in your notebook, it says, |
| 09:44 | 19 | "July 16 checking."  Do you see that? |
| 09:44 | 20 | *(Document displayed.)* |
| 09:44 | 21 | THE WITNESS:  Yes. |
| 09:44 | 22 | BY MR. PRICE: |
| 09:44 | 23 | Q.   And is it correct that these are references to your |
| 09:44 | 24 | banking statement in July of '99? |
| 09:44 | 25 | A.   I think so, yes. |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

52

| | | |
|---|---|---|
| 09:44 | 1 | Q.    And you believe that 'cause you have at one time |
| 09:45 | 2 | compared those to your banking records, correct? |
| 09:45 | 3 | A.    I don't remember whether I did that or not. |
| 09:45 | 4 | Q.    Well, if you look at Exhibit 13649. |
| 09:45 | 5 | *(Document provided to the witness.)* |
| 09:45 | 6 | BY MR. PRICE: |
| 09:45 | 7 | Q.    Do you have that in front of you? |
| 09:45 | 8 | A.    Yes. |
| 09:45 | 9 | Q.    And these appear to be your banking records, correct? |
| 09:45 | 10 | A.    Yes. |
| 09:45 | 11 | Q.    And there -- |
| 09:45 | 12 | MR. PRICE:  Your Honor, move 13649 into evidence. |
| 09:45 | 13 | THE COURT:  Received. |
| 09:45 | 14 | *(Exhibit No. 13649 received in evidence.)* |
| 09:45 | 15 | *(Document displayed.)* |
| 09:45 | 16 | BY MR. PRICE: |
| 09:45 | 17 | Q.    If you look on the first page, the middle column there, |
| 09:45 | 18 | the right-hand side, says, "Statement period July 1, '99 to |
| 09:46 | 19 | July 30, '99"? |
| 09:46 | 20 | A.    Yes. |
| 09:46 | 21 | Q.    And if you look on the second page, you see there's |
| 09:46 | 22 | a -- under July 16, there's an entry, "$2,098.50"? |
| 09:46 | 23 | A.    Yes. |
| 09:46 | 24 | Q.    And if we look in your notebook, page 57 of 1155 -- |
| 09:46 | 25 | *(Document displayed.)* |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

53

| | | |
|---|---|---|
| 09:46 | 1 | A.   Yes. |
| 09:46 | 2 | Q.   You see there's an entry where it says, "deposits to |
| 09:46 | 3 | checking on July 16th," which is $2,098.50.  Do you see |
| 09:46 | 4 | that? |
| 09:46 | 5 | A.   Yes. |
| 09:46 | 6 | Q.   Okay.  And if you look at the third page of your |
| 09:46 | 7 | banking record, 13649, you see you have an entry there on |
| 09:47 | 8 | July 14th of 36.49? |
| 09:47 | 9 | *(Document displayed.)* |
| 09:47 | 10 | THE WITNESS:  I'm sorry.  I can't see it on my |
| 09:47 | 11 | screen. |
| 09:47 | 12 | MR. PRICE:  If we can blow that up, Ken. |
| 09:47 | 13 | BY MR. PRICE: |
| 09:47 | 14 | Q.   If you look at July 14, it looks like 36.49?  $36.49. |
| 09:47 | 15 | A.   Yes. |
| 09:47 | 16 | Q.   And if you look at your notes in the notebook, you see |
| 09:47 | 17 | there's a 36.49 that says July 15th? |
| 09:47 | 18 | A.   Yes. |
| 09:47 | 19 | Q.   And another example, if you would look at the notebook, |
| 09:47 | 20 | also on –– on July 16th, it's got $13.02? |
| 09:48 | 21 | *(Document displayed.)* |
| 09:48 | 22 | THE WITNESS:  Yes. |
| 09:48 | 23 | BY MR. PRICE: |
| 09:48 | 24 | Q.   And if you look at Exhibit 13649, the statement, on the |
| 09:48 | 25 | fourth page, right at the top? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

54

| | | |
|---|---|---|
| 09:48 | 1 | *(Document displayed.)* |
| 09:48 | 2 | THE WITNESS:  Yes. |
| 09:48 | 3 | BY MR. PRICE: |
| 09:48 | 4 | Q.   On the fourth page, it has July 16, '99, $13.02, |
| 09:48 | 5 | correct? |
| 09:48 | 6 | A.   Yes. |
| 09:48 | 7 | Q.   So you can pretty much definitively state that this |
| 09:48 | 8 | page in your notebook was written there sometime in 1999? |
| 09:48 | 9 | A.   Yes. |
| 09:48 | 10 | Q.   If you go to the -- it's the 87th page in here. |
| 09:49 | 11 | There's a note that starts, "Mom and Dad". |
| 09:49 | 12 | *(Document displayed.)* |
| 09:49 | 13 | BY MR. PRICE: |
| 09:49 | 14 | Q.   You see that? |
| 09:49 | 15 | A.   Yes. |
| 09:49 | 16 | Q.   And at the bottom, it's signed, "Wade, Lisa, |
| 09:49 | 17 | Christopher, and Allison," correct? |
| 09:49 | 18 | A.   Yes. |
| 09:49 | 19 | Q.   And that's your brother, his wife, and his children? |
| 09:49 | 20 | A.   Yes. |
| 09:49 | 21 | Q.   And it says, "Thanks for everything.  Here's a little |
| 09:49 | 22 | grocery money.  We enjoyed our stay so much.  This place is |
| 09:49 | 23 | so beautiful.  We look forward to coming back again in the |
| 09:49 | 24 | next few weeks.  Love you so..." |
| 09:49 | 25 | Do you see that? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

55

| | | |
|---|---|---|
| 09:49 | 1 | A.   Yes. |
| 09:49 | 2 | Q.   Now, you told us that your brother lived about a |
| 09:49 | 3 | twelve-hour drive from Missouri, correct? |
| 09:49 | 4 | A.   I -- I think so, yes. |
| 09:49 | 5 | Q.   So you're understanding is he didn't go home frequently |
| 09:50 | 6 | during the year? |
| 09:50 | 7 | A.   I'm sorry.  What now? |
| 09:50 | 8 | Q.   It was your understanding he did not go home frequently |
| 09:50 | 9 | during the year? |
| 09:50 | 10 | A.   Oh, do you mean to my parents' house? |
| 09:50 | 11 | Q.   Yes. |
| 09:50 | 12 | A.   Yes. |
| 09:50 | 13 | Q.   And this note says that they're going to be coming back |
| 09:50 | 14 | again in the next few weeks? |
| 09:50 | 15 | A.   Yes. |
| 09:50 | 16 | Q.   So does that lead you to understand that this is a note |
| 09:50 | 17 | where they were there on Thanksgiving and coming back a few |
| 09:50 | 18 | weeks later for Christmas? |
| 09:50 | 19 | A.   I don't really remember.  I don't remember the visit |
| 09:50 | 20 | with them. |
| 09:50 | 21 | Q.   When you would go home to see your parents for |
| 09:50 | 22 | Thanksgiving and Christmas, it's correct that usually your |
| 09:50 | 23 | brother and his family would come as well? |
| 09:50 | 24 | A.   Um, occasionally. |
| 09:50 | 25 | Q.   And you were there, you believe now, Thanksgiving and |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

56

| | | |
|---|---|---|
| 09:50 | 1 | Christmas of 1999 for sure? |
| 09:50 | 2 | A.   Uh, yes. |
| 09:51 | 3 | Q.   Okay.  Mr. Bryant, we're done with the notebook. |
| 09:51 | 4 | So I want to focus your attention again, if we can go |
| 09:51 | 5 | to the timeline, on your times at Mattel.  And first let me |
| 09:51 | 6 | ask you, when you joined Mattel first time in November of |
| 09:51 | 7 | 1995, in addition to that confidentiality agreement, you |
| 09:51 | 8 | also signed something called a conflict of interest |
| 09:51 | 9 | agreement, correct? |
| 09:51 | 10 | A.   I don't remember. |
| 09:51 | 11 | Q.   Let me show you Exhibit 24. |
| 09:52 | 12 | *(Document provided to the witness.)* |
| 09:52 | 13 | BY MR. PRICE: |
| 09:52 | 14 | Q.   Do you recognize 24 as an agreement you signed in |
| 09:52 | 15 | November 6, 1995? |
| 09:52 | 16 | A.   Yes. |
| 09:52 | 17 | MR. PRICE:  Your Honor, I move Exhibit 24 into |
| 09:52 | 18 | evidence. |
| 09:52 | 19 | THE COURT:  Received. |
| 09:52 | 20 | *(Exhibit No. 24 received in evidence.)* |
| 09:52 | 21 | *(Document displayed.)* |
| 09:52 | 22 | BY MR. PRICE: |
| 09:52 | 23 | Q.   That's your name at the top there.  Do you see that? |
| 09:52 | 24 | A.   Yes. |
| 09:52 | 25 | Q.   And on the second page, we see your signature on |

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 57 of 121   Page ID #:292820
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

57

| | | |
|---|---|---|
| 09:52 | 1 | November 6, 1995, correct? |
| 09:52 | 2 | A.   Yes. |
| 09:52 | 3 | Q.   And one of the things this asked you -- if you look at |
| 09:52 | 4 | Question 8 -- this had questions that you had to answer yes |
| 09:53 | 5 | or no, correct? |
| 09:53 | 6 | A.   Yes. |
| 09:53 | 7 | Q.   And you answered them by checking a box, right? |
| 09:53 | 8 | A.   Right. |
| 09:53 | 9 | Q.   And if you look at No. 8, it says, "Excepting normal, |
| 09:53 | 10 | everyday transactions, such as the purchase of toys, |
| 09:53 | 11 | et cetera, have you engaged in any business venture or |
| 09:53 | 12 | transaction involving a Mattel supplier or a competitor or |
| 09:53 | 13 | engaged in any activity which could be objectively construed |
| 09:53 | 14 | as being a conflict of interest or allegiance?" |
| 09:53 | 15 |    Do you see that? |
| 09:53 | 16 | A.   Yes. |
| 09:53 | 17 | Q.   And as of November 6, 1995, you said, "No," correct? |
| 09:53 | 18 | A.   Right. |
| 09:53 | 19 | Q.   And then you worked at Mattel from November of |
| 09:53 | 20 | '95 until April of '95, correct? -- I'm sorry -- April of |
| 09:53 | 21 | '98? |
| 09:53 | 22 | A.   Uh, yes. |
| 09:53 | 23 | Q.   During that timeframe, did you assist a competitor in |
| 09:53 | 24 | any way? |
| 09:53 | 25 | A.   Um, I don't remember. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

58

| | | |
|---|---|---|
| 09:53 | 1 | Q.   Sitting here today, do you recall doing anything that |
| 09:53 | 2 | assisted a competitor between November of '95 and April of |
| 09:54 | 3 | '98? |
| 09:54 | 4 |          MS. KELLER:  Objection.  Vague. |
| 09:54 | 5 |          THE COURT:  Overruled. |
| 09:54 | 6 |          THE WITNESS:  No, I don't. |
| 09:54 | 7 | BY MR. PRICE: |
| 09:54 | 8 | Q.   During that time, did you go to a competitor and say |
| 09:54 | 9 | that you would like them to have you develop a doll line? |
| 09:54 | 10 | A.   During which time now? |
| 09:54 | 11 | Q.   The first stint at Mattel, from November '95 until |
| 09:54 | 12 | April of '98? |
| 09:54 | 13 | A.   Oh, um, no. |
| 09:54 | 14 | Q.   During that timeframe, did you think you engaged in any |
| 09:54 | 15 | activity which could be construed as being a conflict of |
| 09:54 | 16 | interest to Mattel? |
| 09:54 | 17 |          MS. KELLER:  Objection.  Calls for a legal |
| 09:54 | 18 | conclusion. |
| 09:54 | 19 |          THE COURT:  Overruled. |
| 09:54 | 20 |          THE WITNESS:  I -- I don't recall. |
| 09:54 | 21 | BY MR. PRICE: |
| 09:54 | 22 | Q.   And then in April of '98, you moved to Missouri, |
| 09:54 | 23 | correct? |
| 09:54 | 24 | A.   It was actually, I think, toward the end of, um, 1997. |
| 09:54 | 25 | Q.   Okay.  So you moved to Missouri in '97, but still did |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

59

| | | |
|---|---|---|
| 09:55 | 1 | work from your parents' home for Mattel? |
| 09:55 | 2 | A.   Yes. |
| 09:55 | 3 | Q.   And you would send designs you did for Mattel to |
| 09:55 | 4 | Mattel? |
| 09:55 | 5 | A.   Yes. |
| 09:55 | 6 | Q.   Do you recall at some point your mom suggesting that |
| 09:55 | 7 | you sell some of your designs and you saying, "I can't do |
| 09:55 | 8 | that, that would be contrary to my contract at Mattel"? |
| 09:55 | 9 | MS. KELLER:  Objection.  Vague as to time, |
| 09:55 | 10 | Your Honor. |
| 09:55 | 11 | THE COURT:  Overruled. |
| 09:55 | 12 | THE WITNESS:  No, I don't. |
| 09:55 | 13 | BY MR. PRICE: |
| 09:55 | 14 | Q.   And let me clarify the time.  Between the time you |
| 09:55 | 15 | moved back to Missouri and were still working for Mattel and |
| 09:55 | 16 | April of '98 when you stopped -- during that timeframe, do |
| 09:55 | 17 | you recall telling your mom that you couldn't try to sell |
| 09:55 | 18 | your designs for extra money because that would be |
| 09:55 | 19 | inappropriate under your contract with Mattel? |
| 09:56 | 20 | A.   I don't remember saying that, no. |
| 09:56 | 21 | Q.   So you filled this out in November of '95.  When you |
| 09:56 | 22 | went back to Mattel in January of '99, you filled out a |
| 09:56 | 23 | conflict of interest questionnaire also, correct? |
| 09:56 | 24 | A.   I believe so, yes. |
| 09:56 | 25 | Q.   And if you would look at Exhibit 26. |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

60

| | | |
|---|---|---|
| 09:56 | 1 | (Document provided to the witness.) |
| 09:56 | 2 | BY MR. PRICE: |
| 09:56 | 3 | Q.   Is that the conflict of interest questionnaire you |
| 09:56 | 4 | filled out January 4th, 1999? |
| 09:56 | 5 | A.   Um, well, it appears to be a conflict of interest form, |
| 09:56 | 6 | but the date on it is dated 01/04/98. |
| 09:57 | 7 | Q.   Let me go into that.  So you do recognize your |
| 09:57 | 8 | signature here, right? |
| 09:57 | 9 | A.   Yes. |
| 09:57 | 10 | Q.   So you do know this was a conflict of interest |
| 09:57 | 11 | questionnaire that you filled out? |
| 09:57 | 12 | A.   Yes. |
| 09:57 | 13 |         MR. PRICE:  If we could move Exhibit 26 into |
| 09:57 | 14 | evidence, Your Honor. |
| 09:57 | 15 |         THE COURT:  Received. |
| 09:57 | 16 |         (Exhibit No. 26 received in evidence.) |
| 09:57 | 17 |          (Document displayed.) |
| 09:57 | 18 | BY MR. PRICE: |
| 09:57 | 19 | Q.   So let's see that.  On the top, it says, "Conflict of |
| 09:57 | 20 | Interest Questionnaire, Carter Bryant." |
| 09:57 | 21 |      Do you see that? |
| 09:57 | 22 | A.   Yes. |
| 09:57 | 23 | Q.   And again, you had to answer these "yes" or "no" |
| 09:57 | 24 | questions, and some you answered "yes" and some you answered |
| 09:57 | 25 | "no," correct? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

61

| | | |
|---|---|---|
| 09:57 | 1 | A.   Yes. |
| 09:57 | 2 | Q.   And a couple of the answers were yes, as to whether or |
| 09:57 | 3 | not you had received commissions, for example, from a |
| 09:57 | 4 | competitor, things like that, correct? |
| 09:57 | 5 | A.   Yes. |
| 09:57 | 6 | Q.   Okay.  Now, before going to that, let's clarify the |
| 09:57 | 7 | date.  If you look at the bottom, the date you put on there |
| 09:57 | 8 | is January 4, 1998, correct? |
| 09:58 | 9 | A.   Yes. |
| 09:58 | 10 | Q.   Are you still putting 2010 on some of the documents |
| 09:58 | 11 | you're signing in January of 2011? |
| 09:58 | 12 | A.   I'm sorry.  What now? |
| 09:58 | 13 | Q.   Are you still putting 2010 on some documents that |
| 09:58 | 14 | you're signing in January 2011? |
| 09:58 | 15 | A.   That happens occasionally, yes. |
| 09:58 | 16 | Q.   And if we look at this document, there's a handwritten |
| 09:58 | 17 | answer you wrote out, correct? |
| 09:58 | 18 | A.   Yes. |
| 09:58 | 19 | Q.   And it refers to the dates 5/98 to 11/98.  Do you see |
| 09:58 | 20 | that? |
| 09:58 | 21 | A.   Yes. |
| 09:58 | 22 | Q.   Which is obviously after January of '98? |
| 09:58 | 23 | A.   Yes. |
| 09:58 | 24 | Q.   So this document is one which you simply misstated.  It |
| 09:58 | 25 | should be January 4, '99, right? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

62

| | | |
|---|---|---|
| 09:58 | 1 | A.   Um, I don't know. |
| 09:59 | 2 | Q.   This work for Ashton Drake, you did May '98 to |
| 09:59 | 3 | November '98, right? |
| 09:59 | 4 | A.   Yes. |
| 09:59 | 5 | Q.   You would agree with me that, therefore, the date of |
| 09:59 | 6 | January of '98, when you signed this contract, has to be a |
| 09:59 | 7 | mistake? |
| 09:59 | 8 | A.   Uh, it could be. |
| 09:59 | 9 | Q.   You rejoined Mattel November 4th, 1999, right? |
| 09:59 | 10 | A.   That's right, yes. |
| 09:59 | 11 | Q.   And so -- January -- you joined Mattel January 4th, |
| 09:59 | 12 | 1999, right? |
| 09:59 | 13 | A.   Yes. |
| 09:59 | 14 | Q.   So you'll give me that this date should be January 4th, |
| 09:59 | 15 | '99? |
| 09:59 | 16 | A.   Probably, yes. |
| 09:59 | 17 | Q.   So let's look at the document itself.  And you checked |
| 09:59 | 18 | yes on Question 4, which is, "Have you been the recipient of |
| 09:59 | 19 | any commission, fee, loan, trip, gift, benefit, or anything |
| 09:59 | 20 | else of value that's derived in any way from a Mattel |
| 09:59 | 21 | competitor?"  You said "yes" to that, correct? |
| 09:59 | 22 | A.   Yes. |
| 09:59 | 23 | Q.   And what you wrote down below is you were supposed to |
| 10:00 | 24 | explain what your answers were -- correct?  If you said |
| 10:00 | 25 | "yes" to any of the questions? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

63

| | | |
|---|---|---|
| 10:00 | 1 | A.    Yes. |
| 10:00 | 2 | Q.    And then, No. 5, you answered "yes" to, "Have you or |
| 10:00 | 3 | any relative of yours, by blood or marriage, been a |
| 10:00 | 4 | director, officer, consultant, agent, employee, or |
| 10:00 | 5 | representative or acted for any Mattel competitor in any |
| 10:00 | 6 | capacity?" |
| 10:00 | 7 | Do you see that? |
| 10:00 | 8 | A.    Yes. |
| 10:00 | 9 | Q.    And you answered "yes" to that? |
| 10:00 | 10 | A.    Yes. |
| 10:00 | 11 | Q.    And do you know what you were referring to? |
| 10:00 | 12 | A.    No. |
| 10:00 | 13 | Q.    And then the other questions, you answered "no" to? |
| 10:00 | 14 | A.    That's right. |
| 10:00 | 15 | Q.    And if you look at the eighth question, "Excepting |
| 10:00 | 16 | normal, everyday transactions," paren, "purchases of toys, |
| 10:00 | 17 | et cetera, have you engaged in any business venture or |
| 10:00 | 18 | transaction involving a Mattel supplier or competitor or |
| 10:00 | 19 | engaged in any activity which could be objectively construed |
| 10:01 | 20 | as being a conflict of interest or allegiance?" |
| 10:01 | 21 | Do you see that? |
| 10:01 | 22 | A.    Yes. |
| 10:01 | 23 | Q.    And you would agree that, certainly, trying to develop |
| 10:01 | 24 | a doll line that would be in competition with Mattel would |
| 10:01 | 25 | objectively be construed as being a conflict of interest or |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

64

| | | |
|---|---|---|
| 10:01 | 1 | allegiance? |
| 10:01 | 2 | A.   I'm sorry.  What now? |
| 10:01 | 3 | Q.   You agree that developing a doll line that would be in |
| 10:01 | 4 | competition with Mattel -- your understanding, it would be |
| 10:01 | 5 | construed as being a conflict of interest or allegiance to |
| 10:01 | 6 | Mattel? |
| 10:01 | 7 | A.   Well, that's what I marked on the -- on the |
| 10:01 | 8 | questionnaire. |
| 10:01 | 9 | Q.   Well, your answer to that was no, that you hadn't done |
| 10:01 | 10 | anything like that? |
| 10:01 | 11 | A.   Right. |
| 10:01 | 12 | Q.   So your story is you developed Bratz in 1998 while you |
| 10:01 | 13 | were at your parents' house? |
| 10:01 | 14 | MS. KELLER:  Objection.  Argumentative as to "your |
| 10:01 | 15 | story." |
| 10:01 | 16 | THE COURT:  Move to strike "story," Counsel. |
| 10:02 | 17 | BY MR. PRICE: |
| 10:02 | 18 | Q.   What you told us is that you developed Bratz in this |
| 10:02 | 19 | timeframe between April of '98 and January 4, 1999, when you |
| 10:02 | 20 | were at your parents' house? |
| 10:02 | 21 | A.   Yes. |
| 10:02 | 22 | Q.   And if you look at your answer to these questions, you |
| 10:02 | 23 | point out that you did freelance design and artwork in 1998, |
| 10:02 | 24 | correct? |
| 10:02 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

65

| 10:02 | 1 | Q.   And you did that in 1998? |
|-------|---|--------------------------------|
| 10:02 | 2 | A.   Yes. |
| 10:02 | 3 | Q.   And then you say, "from approximately May '98 to 11/98, |
| 10:02 | 4 | you did work for the Ashton Drake Galleries," right? |
| 10:02 | 5 | A.   Yes. |
| 10:02 | 6 | Q.   And you did some -- not consulting -- you did some |
| 10:02 | 7 | freelance work for Ashton Drake Galleries, right? |
| 10:02 | 8 | A.   Yes. |
| 10:02 | 9 | Q.   And it's correct that in this questionnaire that you |
| 10:02 | 10 | filled out before joining Mattel again in January -- in |
| 10:02 | 11 | January of '99, you didn't mention anything about developing |
| 10:03 | 12 | a line of dolls that would be in competition to Mattel, did |
| 10:03 | 13 | you? |
| 10:03 | 14 | MS. KELLER:  Objection.  Assumes facts not in |
| 10:03 | 15 | evidence. |
| 10:03 | 16 | THE COURT:  Overruled. |
| 10:03 | 17 | THE WITNESS:  Um, no. |
| 10:03 | 18 | BY MR. PRICE: |
| 10:03 | 19 | Q.   And then if we could look at Exhibit 25. |
| 10:04 | 20 | MR. PRICE:  Actually, we switched it out, |
| 10:04 | 21 | Your Honor, for 9924, the original. |
| 10:04 | 22 | THE COURT:  Do you want to take a recess at this |
| 10:04 | 23 | time, Counsel? |
| 10:04 | 24 | MR. PRICE:  Sure.  That would be good. |
| 10:04 | 25 | THE COURT:  You're admonished not discuss this |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

66

| | | |
|---|---|---|
| 10:04 | 1 | matter amongst yourselves, nor to form or express any |
| 10:04 | 2 | opinion.  We'll come and get you. |
| 10:04 | 3 | Counsel, 25 minutes. |
| 10:04 | 4 | *(Recess held at 10:04 a.m.)* |
| 10:04 | 5 | *(Proceedings resumed at 10:28 a.m.)* |
| 10:28 | 6 | *(In the presence of the jury.)* |
| 10:28 | 7 | THE COURT:  All right.  The jury's present, |
| 10:28 | 8 | alternates, all counsel. |
| 10:28 | 9 | Thank you for your courtesy.  If you would be |
| 10:28 | 10 | seated. |
| 10:28 | 11 | The witness is present. |
| 10:28 | 12 | Mr. Price, if you would like to continue with your |
| 10:28 | 13 | direct examination, please. |
| 10:28 | 14 | MR. PRICE:  Thank you, Your Honor. |
| 10:28 | 15 | *(Direct examination resumed.)* |
| 10:28 | 16 | BY MR. PRICE: |
| 10:28 | 17 | Q.   Mr. Bryant, before we get to the documents you filled |
| 10:28 | 18 | out when you rejoined Mattel, I just want to ask you:  Could |
| 10:28 | 19 | you show the jury -- it's those originals of -- it's 5-179, |
| 10:28 | 20 | -180, -181, -182.  It's the, what you say are the first |
| 10:28 | 21 | Bratz drawings, the originals. |
| 10:29 | 22 | MR. PRICE:  This is -- Ms. Juarez, the ones that |
| 10:29 | 23 | are pulled out. |
| 10:28 | 24 | *(Documents provided to the witness.)* |
| 10:29 | 25 | *(Documents displayed.)* |

| 10:29 | 1 | BY MR. PRICE: |
| 10:29 | 2 | Q.   Now, the drawings you're showing the jury, they weren't |
| 10:29 | 3 | ever sent to Alaska Momma, correct? -- double negative. |
| 10:29 | 4 |      Were they ever sent to Alaska Momma? |
| 10:29 | 5 | A.   Uh, no drawings were. |
| 10:29 | 6 | Q.   But these, what you say were the first Bratz drawings, |
| 10:29 | 7 | you didn't -- did you send the first Bratz drawing to Alaska |
| 10:29 | 8 | Momma? |
| 10:29 | 9 | A.   No. |
| 10:29 | 10 | Q.   And when you met with folks from MGA, did you show them |
| 10:29 | 11 | those drawings? |
| 10:29 | 12 | A.   I don't think so. |
| 10:29 | 13 | Q.   So those drawings, with respect to what you represented |
| 10:29 | 14 | to Alaska Momma or MGA, were not represented as being Bratz |
| 10:30 | 15 | drawings, correct? |
| 10:30 | 16 | A.   I don't know exactly what you mean. |
| 10:30 | 17 | Q.   You never showed these drawings to anyone and said, |
| 10:30 | 18 | "These are Bratz drawings.  This is what I want to convert |
| 10:30 | 19 | into a doll"? |
| 10:30 | 20 | A.   I don't remember if I did or not. |
| 10:30 | 21 | Q.   But you did tear them out of the notebook, right? |
| 10:30 | 22 | A.   Um, I tore 'em out of some notebook.  I'm not sure |
| 10:30 | 23 | which notebook they came out of. |
| 10:30 | 24 | Q.   And is it correct that the reason you did that is so |
| 10:30 | 25 | people couldn't place it in the timeframe of 1999 by |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

68

| | | |
|---|---|---|
| 10:30 | 1 | comparing, looking at other things in that notebook? |
| 10:30 | 2 | A.   I don't know why I tore them out of a notebook. |
| 10:30 | 3 | Q.   This -- you've probably met with more lawyers than you |
| 10:31 | 4 | ever thought you'd meet with in your life, right? |
| 10:31 | 5 | A.   Yes. |
| 10:31 | 6 | Q.   Over the last seven years or so, you've testified |
| 10:31 | 7 | numerous times? |
| 10:31 | 8 | A.   Yes. |
| 10:31 | 9 | Q.   This is -- has been one of the most significant events |
| 10:31 | 10 | in your life? |
| 10:31 | 11 | A.   Yes. |
| 10:31 | 12 | Q.   And yet you hardly remember anything in connection with |
| 10:31 | 13 | your creation of Bratz, right? |
| 10:31 | 14 | MS. KELLER:  Objection.  Argumentative. |
| 10:31 | 15 | THE COURT:  Overruled. |
| 10:31 | 16 | THE WITNESS:  Well, I don't think that's true.  I |
| 10:31 | 17 | remember some things, but it's been a long time. |
| 10:31 | 18 | BY MR. PRICE: |
| 10:31 | 19 | Q.   So let me ask you, then, about the agreement you signed |
| 10:31 | 20 | with Mattel, which I believe is now -- |
| 10:31 | 21 | MR. PRICE:  Is 9924 the original? |
| 10:32 | 22 | Is 9924 in front of Mr. Bryant? |
| 10:32 | 23 | *(Document provided to the witness.)* |
| 10:32 | 24 | THE WITNESS:  Yes. |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

69

| | | |
|---|---|---|
| 09:30 | 1 | BY MR. PRICE: |
| 10:32 | 2 | Q.   Does that look like an original document that you |
| 10:32 | 3 | signed? |
| 10:32 | 4 | A.   It looks like a copy. |
| 10:32 | 5 |         MR. PRICE:  Did we have the original? |
| 10:32 | 6 |         (Document provided to the witness.) |
| 08:47 | 7 | BY MR. PRICE: |
| 10:32 | 8 | Q.   And do you have that in front of you? |
| 10:32 | 9 | A.   Yes. |
| 10:32 | 10 | Q.   And is that an agreement you signed with Mattel in |
| 10:33 | 11 | January of 1999? |
| 10:33 | 12 | A.   Uh, yes. |
| 10:33 | 13 | Q.   And if we can -- |
| 10:33 | 14 |         MR. PRICE:  I move that into evidence, Your Honor. |
| 10:33 | 15 |         THE COURT:  Received. |
| 10:33 | 16 |         (Exhibit No. 9924 received in evidence.) |
| 10:33 | 17 |         MR. PRICE:  If we can put that on the screen. |
| 10:33 | 18 |         (Document displayed.) |
| 09:35 | 19 | BY MR. PRICE: |
| 10:33 | 20 | Q.   And if we look at the bottom of that document, that's |
| 10:33 | 21 | your signature on January 4, '99? |
| 10:33 | 22 | A.   Yes. |
| 10:33 | 23 | Q.   And if we go to the document, itself -- and looking at |
| 10:33 | 24 | this, does this seem to have essentially the same provisions |
| 10:33 | 25 | that agreement -- the agreement you signed back in '95? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

70

| | | |
|---|---|---|
| 10:33 | 1 | MS. KELLER:  Objection.  Assumes facts not in |
| 10:33 | 2 | evidence, that he's compared them. |
| 10:33 | 3 | THE COURT:  Overruled. |
| 10:33 | 4 | THE WITNESS:  I -- I don't know. |
| 11:59 | 5 | BY MR. PRICE: |
| 10:33 | 6 | Q.  Well, let's look at the provisions.  If you'd look at |
| 10:34 | 7 | Paragraph 2(a) -- can you see that? |
| 10:34 | 8 | A.  Yes. |
| 10:34 | 9 | Q.  I know it's difficult to read on the screen, but you |
| 10:34 | 10 | can read it in front of you? |
| 10:34 | 11 | A.  Yes. |
| 10:34 | 12 | Q.  Okay.  And that talks about communicating to the |
| 10:34 | 13 | company any practice or invention, correct? |
| 10:34 | 14 | A.  Yes. |
| 10:35 | 15 | Q.  And you understand that's the same thing that you |
| 10:35 | 16 | agreed to in '95? |
| 10:35 | 17 | A.  Yes. |
| 10:35 | 18 | Q.  And it's concerning any inventions, quote, "conceived |
| 10:35 | 19 | or reduced to practice by me."  You see that? |
| 10:35 | 20 | A.  Yes. |
| 10:35 | 21 | Q.  And (b) defines inventions as, "including, but not |
| 10:35 | 22 | limited to all discovery, improvements, processes, |
| 10:35 | 23 | developments, designs," et cetera? |
| 10:35 | 24 | A.  Yes. |
| 10:35 | 25 | Q.  And (c) provides that, "the requirement to assign |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

71

| | | |
|---|---|---|
| 10:35 | 1 | doesn't apply to an invention that the employee developed |
| 10:35 | 2 | entirely on his or her own time without using the employer's |
| 10:35 | 3 | equipment, supplies, facilities, or trade secret |
| 10:35 | 4 | information, except for those inventions that either relate |
| 10:35 | 5 | at the time of conception or reduction to practice of the |
| 10:35 | 6 | invention to the employer's business." |
| 10:36 | 7 | Do you see that? |
| 10:36 | 8 | A.   Yes. |
| 10:36 | 9 | Q.   Again, when you signed this in January '99, you knew |
| 10:36 | 10 | that Mattel's business was toys? |
| 10:36 | 11 | A.   Yes. |
| 10:36 | 12 | Q.   And your job, by the way, at Mattel was to come up with |
| 10:36 | 13 | ideas and then designs related to those ideas, correct? |
| 10:36 | 14 | A.   Uh, yes. |
| 10:36 | 15 | Q.   I mean, do you see a distinction between designs and |
| 10:36 | 16 | ideas? |
| 10:36 | 17 | A.   Um, no, not necessarily. |
| 10:36 | 18 | Q.   Because one of your jobs is to put your ideas into some |
| 10:36 | 19 | sort of design, correct? |
| 10:36 | 20 | A.   Yes. |
| 10:36 | 21 | Q.   And then, the Paragraph 3:  "My employment with the |
| 10:36 | 22 | company requires my undivided attention and effort. |
| 10:36 | 23 | Therefore, during my employment with the company, I will |
| 10:36 | 24 | fully comply with the company's conflict-of-interest policy |
| 10:37 | 25 | as it may be amended from time to time.  I shall not, |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:37 | 1 | without the company's express written consent, engage any |
| 10:37 | 2 | employment or business other than for the company, or invest |
| 10:37 | 3 | in or assist in any manner, any business competitive with |
| 10:37 | 4 | the business or future business of the company." |
| 10:37 | 5 | Do you see that? |
| 10:37 | 6 | A.   Yes. |
| 10:37 | 7 | Q.   You knew from 2005 -- I mean, from '95, up till when |
| 10:37 | 8 | you quit in 2000, that you were not supposed to, as a Mattel |
| 10:37 | 9 | employee, assist a competitor in any way, correct? |
| 10:37 | 10 | A.   I don't exactly recall what my understanding was of |
| 10:37 | 11 | this contract. |
| 10:37 | 12 | Q.   You had a general understanding in '95, '96, '97, '99, |
| 10:37 | 13 | and 2000 that you weren't supposed to assist a competitor in |
| 10:37 | 14 | any way while you worked at Mattel, correct? |
| 10:38 | 15 | A.   I think I probably had a general understanding of that, |
| 10:38 | 16 | yes. |
| 10:38 | 17 | Q.   And it wouldn't just be MGA.  You weren't supposed to |
| 10:38 | 18 | assist any of Mattel's competitors while you were working |
| 10:38 | 19 | for Mattel, correct? |
| 10:38 | 20 | A.   Correct. |
| 10:38 | 21 | Q.   And in -- sometime in August of '99, you sent drawings |
| 10:38 | 22 | to Alaska Momma, correct? |
| 10:38 | 23 | A.   I don't remember -- oh, yes, I did.  I did. |
| 10:38 | 24 | Q.   Around the time that those were notarized? |
| 10:38 | 25 | A.   Yes. |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

73

| | | |
|---|---|---|
| 10:38 | 1 | Q.   We saw those notarized drawings, "August 26, 1999," |
| 10:38 | 2 | correct? |
| 10:38 | 3 | A.   Yes. |
| 10:38 | 4 | Q.   And you've sent drawings before to agencies to say, |
| 10:38 | 5 | "Hey, this is -- just shows you how talented I am," correct? |
| 10:38 | 6 | A.   Um, I don't remember if I've done that. |
| 10:39 | 7 | Q.   Well, is it correct that prior to sending these |
| 10:39 | 8 | drawings to Alaska Momma you had sent to potential employers |
| 10:39 | 9 | portfolios of work to show how talented you were? |
| 10:39 | 10 | A.   Yes. |
| 10:39 | 11 | Q.   But when you sent these -- these drawings of Bratz |
| 10:39 | 12 | characters to Alaska Momma, you were trying to pitch them on |
| 10:39 | 13 | the Bratz concept, right? |
| 10:39 | 14 | A.   I believe so, yes. |
| 10:39 | 15 | Q.   I mean, the idea is they would help you -- represent |
| 10:39 | 16 | you in going to other companies to try to convince those |
| 10:39 | 17 | companies to produce the Bratz dolls? |
| 10:39 | 18 | A.   Yes. |
| 10:39 | 19 | Q.   And you sent those drawings with the intention of |
| 10:39 | 20 | getting Alaska Momma to represent you at the same time you |
| 10:39 | 21 | were employed by Mattel, right? |
| 10:39 | 22 | A.   Yes. |
| 10:40 | 23 | Q.   Even though you had the general understanding in '95, |
| 10:40 | 24 | '96, '97, '99 and 2000 that you weren't supposed to assist |
| 10:40 | 25 | any business competitive to Mattel in any way, correct? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

74

| | | |
|---|---|---|
| 10:40 | 1 | MS. KELLER:  Objection.  Assumes facts not in |
| 10:40 | 2 | evidence. |
| 10:40 | 3 | THE COURT:  Overruled. |
| 10:40 | 4 | THE WITNESS:  Um, I think I had a general |
| 10:40 | 5 | understanding of that. |
| 10:40 | 6 | BY MR. PRICE: |
| 10:40 | 7 | Q.  And then, sometime in the summer of 2000, you met with |
| 10:40 | 8 | MGA, correct? |
| 10:40 | 9 | A.  Yes. |
| 10:40 | 10 | Q.  And by that time you had this understanding -- let me |
| 10:40 | 11 | rephrase that. |
| 10:40 | 12 | By August '99, when you had those sketches notarized, |
| 10:40 | 13 | by that time, the Bratz's concept was fairly well finished? |
| 10:40 | 14 | A.  Yes. |
| 10:41 | 15 | Q.  And the ideas that you had for Bratz included names, |
| 10:41 | 16 | correct? |
| 10:41 | 17 | A.  Yes. |
| 10:41 | 18 | Q.  Okay.  Included mascots? |
| 10:41 | 19 | A.  Um, I don't remember. |
| 10:41 | 20 | Q.  Okay.  Let's -- it included icons? |
| 10:41 | 21 | A.  What timeframe are you talking about now? |
| 10:41 | 22 | Q.  Talking about '99/2000 timeframe. |
| 10:41 | 23 | A.  Oh, yes. |
| 10:41 | 24 | Q.  And you actually had this idea of sort of characters |
| 10:41 | 25 | developed; that is, personalities for the four dolls, right? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

75

| | | |
|---|---|---|
| 10:41 | 1 | A.    Somewhat, yes. |
| 10:41 | 2 | Q.    And in trying or preparing to present to MGA, Mattel's |
| 10:42 | 3 | competitor, the idea for Bratz -- the mascots, the designs, |
| 10:42 | 4 | et cetera -- in doing that, you had people at Mattel assist |
| 10:42 | 5 | you without telling them what they -- what it was for? |
| 10:42 | 6 | THE COURT:  Are we referring to Alaska Momma? |
| 10:42 | 7 | MR. PRICE:  No.  This is for MGA. |
| 10:42 | 8 | THE COURT:  I understand that. |
| 10:42 | 9 | But in the 1999 timeframe? |
| 10:42 | 10 | MR. PRICE:  Let me rephrase. |
| 10:42 | 11 | BY MR. PRICE: |
| 10:42 | 12 | Q.    By 2000 -- in the 2000 timeframe, you were asking |
| 10:42 | 13 | people at Mattel to assist you so you could make a pitch to |
| 10:42 | 14 | MGA, right? |
| 10:42 | 15 | A.    Yes. |
| 10:42 | 16 | Q.    And in asking to do that, you said you wanted this done |
| 10:42 | 17 | as a favor? |
| 10:42 | 18 | A.    I don't remember exactly how I phrased it. |
| 10:42 | 19 | Q.    You didn't tell them it was to try to assist a |
| 10:42 | 20 | competitor in any way? |
| 10:42 | 21 | A.    I don't remember. |
| 10:42 | 22 | Q.    Did you tell them that you were going to try to pitch |
| 10:43 | 23 | something to a competitor? |
| 10:43 | 24 | A.    I don't remember. |
| 10:43 | 25 | Q.    Do you remember a woman named Elise Cloonan? |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 76 of 121   Page ID
#:292839
CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

76

| | | |
|---|---|---|
| 10:43 | 1 | A.    Yes. |
| 10:43 | 2 | Q.    Okay.  And what was her relationship to you? |
| 10:43 | 3 | A.    She was my friend and roommate. |
| 10:43 | 4 | Q.    Do you recall, by the way, that Ms. Cloonan sat in the |
| 10:43 | 5 | Mattel design center right next to Lily? |
| 10:43 | 6 | A.    I don't remember where she sat. |
| 10:43 | 7 | THE COURT:  Counsel, last name, just for the |
| 10:43 | 8 | jury's recollection. |
| 10:43 | 9 | MR. PRICE:  I'm sorry.  Ms. Martinez. |
| 10:43 | 10 | THE COURT:  Lily Martinez.  Thank you. |
| 10:43 | 11 | MR. PRICE:  I'm sorry. |
| 10:43 | 12 | BY MR. PRICE: |
| 10:43 | 13 | Q.    And did you go and talk to Ms. Cloonan at times when |
| 10:43 | 14 | you were in the Mattel design center? |
| 10:43 | 15 | A.    Yes. |
| 10:43 | 16 | Q.    How often would that happen? |
| 10:43 | 17 | A.    Oh, I don't know, just randomly. |
| 10:43 | 18 | Q.    Any of those visits to Ms. Cloonan's desk, did you |
| 10:44 | 19 | notice that she sat next to Ms. Martinez? |
| 10:44 | 20 | A.    I think they were in the same general -- general area. |
| 10:44 | 21 | Q.    And you remember at some point you saw Ms. Martinez's |
| 10:44 | 22 | Toon Teens? |
| 10:44 | 23 | A.    Yes. |
| 10:44 | 24 | Q.    And you commented something to the effect that Mattel |
| 10:44 | 25 | would be crazy if they didn't produce these? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

77

| | | |
|---|---|---|
| 10:44 | 1 | A.   I think I said something like that, yes. |
| 10:44 | 2 | Q.   Now, it's correct that you didn't ask Ms. Martinez to |
| 10:44 | 3 | help you in creating pitch materials for Bratz, right? |
| 10:44 | 4 | A.   No. |
| 10:44 | 5 | Q.   So let's talk about Ms. Cloonan, then.  She was a |
| 10:44 | 6 | friend and a roommate, correct? |
| 10:44 | 7 | A.   Yes. |
| 10:44 | 8 | Q.   And at some point -- well, when you were roommates with |
| 10:44 | 9 | her, she had a computer, right? |
| 10:44 | 10 | A.   Yes. |
| 10:44 | 11 | Q.   And during that timeframe, it's really the only |
| 10:44 | 12 | computer you had access to that was outside of work? |
| 10:44 | 13 | A.   Um, I think so, yes. |
| 10:45 | 14 | Q.   And you went to her and you asked her to help you |
| 10:45 | 15 | create the Bratz logo on a computer, right? |
| 10:45 | 16 | A.   Yes. |
| 10:45 | 17 | Q.   And that was a computer that was located in your |
| 10:45 | 18 | apartment? |
| 10:45 | 19 | A.   In our house. |
| 10:45 | 20 | Q.   And if you look at Exhibit 302 where it says, "Bratz." |
| 10:45 | 21 | (Document provided to the witness.) |
| 10:45 | 22 | (Document displayed.) |
| 09:33 | 23 | BY MR. PRICE: |
| 10:45 | 24 | Q.   That was the logo you were referring to, correct. |
| 10:45 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:45 | 1 | Q.   And Ms. Cloonan was -- was an employee of Mattel when |
| 10:45 | 2 | you asked her to help you out, right? |
| 10:45 | 3 | A.   Yes. |
| 10:45 | 4 | Q.   A few years after you asked her for her |
| 10:46 | 5 | assistance -- well, let me step back. |
| 10:46 | 6 | You didn't tell her what it was for, did you? |
| 10:46 | 7 | A.   I don't remember. |
| 10:46 | 8 | Q.   Do you recall that, a few years after, you told her |
| 10:46 | 9 | that you didn't want to tell her the reason for your request |
| 10:46 | 10 | because you wanted to protect her in case of a dispute? |
| 10:46 | 11 | A.   Well, I don't remember saying that. |
| 10:46 | 12 | Q.   What you do recall is you didn't tell her why you |
| 10:46 | 13 | wanted her to do this, right? |
| 10:46 | 14 | A.   I don't remember what I told her. |
| 10:46 | 15 | Q.   One way or the other? |
| 10:46 | 16 | A.   No. |
| 10:46 | 17 | Q.   Well, you do recall that you didn't want to tell |
| 10:46 | 18 | anybody at Mattel why you were creating the Bratz |
| 10:46 | 19 | characters, right? |
| 10:46 | 20 | A.   Uh, I don't remember. |
| 10:46 | 21 | Q.   Do you remember telling anybody at Mattel that you were |
| 10:46 | 22 | creating Bratz characters and were going to pitch them to a |
| 10:46 | 23 | competitor? |
| 10:46 | 24 | A.   Uh, no, I don't. |
| 10:46 | 25 | MS. KELLER:  Objection.  Assumes facts not in |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

79

| | | |
|---|---|---|
| 10:47 | 1 | evidence. |
| 10:47 | 2 | THE COURT:  Overruled. |
| 08:54 | 3 | BY MR. PRICE: |
| 10:47 | 4 | Q.   Do you recall a woman named Anna Rhee? |
| 10:47 | 5 | A.   Yes. |
| 10:47 | 6 | Q.   As of 2000, how long had you known Anna Rhee? |
| 10:47 | 7 | A.   I think I had known her for about five years. |
| 10:47 | 8 | Q.   And you knew her as a face painter? |
| 10:47 | 9 | A.   Yes. |
| 10:47 | 10 | Q.   Would you have called her a good friend? |
| 10:47 | 11 | A.   Uh, yes. |
| 10:47 | 12 | Q.   How -- how would you say she ranked as a face painter? |
| 10:47 | 13 | A.   She's excellent. |
| 10:47 | 14 | Q.   In around June of 2000, you asked her to paint a face |
| 10:47 | 15 | for Bratz, correct? |
| 10:47 | 16 | A.   Um, I don't remember -- I don't remember the -- the |
| 10:47 | 17 | date. |
| 10:47 | 18 | Q.   While you were still at Mattel, you asked her to paint |
| 10:47 | 19 | a face for Bratz? |
| 10:48 | 20 | A.   I -- I don't think I did. |
| 10:48 | 21 | Q.   Well, was one of the nicknames for one of the Bratz |
| 10:48 | 22 | dolls "Angel"? |
| 10:48 | 23 | A.   No. |
| 10:48 | 24 | Q.   If you'd look at Exhibit 5, if you'd look at the 43rd |
| 10:48 | 25 | page of that. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

80

| | | |
|---|---|---|
| 10:48 | 1 | *(Document provided to the witness.)* |
| 10:48 | 2 | MR. PRICE:  Your Honor, I'm not sure if 5-43 is in |
| 10:48 | 3 | evidence, Your Honor.  I move it into evidence. |
| 10:48 | 4 | THE COURT:  It's received. |
| 10:48 | 5 | *(Exhibit No. 5-43 received in evidence.)* |
| 10:48 | 6 | *(Document displayed.)* |
| 09:35 | 7 | BY MR. PRICE: |
| 10:49 | 8 | Q.   These are your handwritten notes describing the Bratz |
| 10:49 | 9 | characters, correct? |
| 10:49 | 10 | A.   Yes. |
| 10:49 | 11 | Q.   Oh, I actually -- yeah, I forgot that one of characters |
| 10:49 | 12 | was nicknamed "Angel." |
| 10:49 | 13 | THE COURT:  Well, Counsel, let me reverse that |
| 10:49 | 14 | ruling.  I'm going to take that out of evidence.  It may be |
| 10:49 | 15 | hearsay.  These are his notes. |
| 10:49 | 16 | MR. PRICE:  It's not offered for the truth. |
| 10:49 | 17 | THE COURT:  Well, it's still not received into |
| 10:49 | 18 | evidence. |
| 10:49 | 19 | *(Display of document discontinued.)* |
| 10:49 | 20 | THE COURT:  We'll discuss that over the lunch |
| 10:49 | 21 | hour. |
| 10:49 | 22 | BY MR. PRICE: |
| 10:49 | 23 | Q.   Let me ask you this:  Having looked at this, do you |
| 10:49 | 24 | recall that one of the nicknames for the Bratz dolls was |
| 10:49 | 25 | "Angel"? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

81

| | | |
|---|---|---|
| 10:49 | 1 | A.   Yes. |
| 10:49 | 2 | Q.   Let me ask, did you eventually do a typewritten version |
| 10:49 | 3 | of page 43 of Exhibit 5? |
| 10:49 | 4 | A.   I'm not sure. |
| 10:49 | 5 | Q.   Did you present a typewritten version of page -- make |
| 10:49 | 6 | sure I get it right -- this page, page 43 of Exhibit 5, as |
| 10:50 | 7 | part of your pitch to MGA? |
| 10:50 | 8 | A.   I think there was some kind of typewritten |
| 10:50 | 9 | summarization of the concept. |
| 10:50 | 10 | Q.   Okay.  If you look at Exhibit 320. |
| 10:50 | 11 | (Document provided to the witness.) |
| 10:50 | 12 | MR. PRICE:  Sorry.  I switched that.  It's 302. |
| 10:50 | 13 | (Document provided to the witness.) |
| 10:50 | 14 | (Document displayed.) |
| 10:50 | 15 | BY MR. PRICE: |
| 10:50 | 16 | Q.   And you have 302 in front of you, correct? |
| 10:50 | 17 | A.   Yes. |
| 10:50 | 18 | Q.   And you're looking at the second page? |
| 10:51 | 19 | A.   I'm looking at the -- yeah, yes. |
| 10:51 | 20 | Q.   And on the second page you discuss what Bratz is, |
| 10:51 | 21 | correct? |
| 10:51 | 22 | A.   Yes. |
| 10:51 | 23 | Q.   Were you going -- was your concept to go for teenage |
| 10:51 | 24 | dolls? |
| 10:51 | 25 | A.   Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

82

| | | |
|---|---|---|
| 10:51 | 1 | Q.    They were supposed to be friends from high school? |
| 10:51 | 2 | A.    Yes. |
| 10:51 | 3 | Q.    And this part at the beginning, was this sort of the |
| 10:51 | 4 | back story for Bratz? |
| 10:51 | 5 | A.    Um, you could say that, yeah. |
| 10:51 | 6 | Q.    And Exhibit 5-43, that was one you did in handwriting |
| 10:51 | 7 | that was supposed to be kind of the back story for Bratz? |
| 10:52 | 8 | A.    I -- I think so, yeah. |
| 10:52 | 9 | Q.    And if you look at page 3. |
| 10:52 | 10 | *(Document displayed.)* |
| 10:52 | 11 | BY MR. PRICE: |
| 10:52 | 12 | Q.    You see that has Zoe? |
| 10:52 | 13 | A.    Yes. |
| 10:52 | 14 | Q.    And on page 5. |
| 10:52 | 15 | *(Document displayed.)* |
| 10:52 | 16 | BY MR. PRICE: |
| 10:52 | 17 | Q.    You have Zoe in a different hairstyle? |
| 10:52 | 18 | A.    Yes. |
| 10:52 | 19 | Q.    Okay.  Now, so let's go back to page 3. |
| 10:52 | 20 | *(Document displayed.)* |
| | 21 | BY MR. PRICE: |
| 10:52 | 22 | Q.    And if you look at the purse or handbag at the bottom, |
| 10:52 | 23 | you see Zoe has an icon there, correct? |
| 10:52 | 24 | A.    Yes. |
| 10:52 | 25 | Q.    And the icon is "Angel"? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

83

| 10:52 | 1 | A.   Yes. |
| 10:53 | 2 | Q.   Now, sometime in the summer of 2000, you also spoke to |
| 10:53 | 3 | a woman named Sheila Kyaw? |
| 10:53 | 4 | A.   Yes. |
| 10:53 | 5 | Q.   A coworker of yours at Mattel? |
| 10:53 | 6 | A.   Yes. |
| 10:53 | 7 | Q.   A face painter? |
| 10:53 | 8 | A.   Yes. |
| 10:53 | 9 | Q.   And you gave her a head, a doll head, correct? |
| 10:53 | 10 | A.   Yes. |
| 10:53 | 11 | Q.   And you asked her if she could paint that for you? |
| 10:53 | 12 | A.   Yes. |
| 10:53 | 13 | Q.   And you were going to use this head to try to create a |
| 10:53 | 14 | three-dimensional doll that you could then use as a pitch, |
| 10:53 | 15 | correct? |
| 10:53 | 16 | A.   Yes. |
| 10:53 | 17 | Q.   And this is again while you worked at Mattel? |
| 10:53 | 18 | A.   Yes. |
| 10:53 | 19 | Q.   And while Ms. Kyaw worked at Mattel? |
| 10:53 | 20 | A.   Yes. |
| 10:53 | 21 | Q.   What you did is you went and you got parts, used parts |
| 10:53 | 22 | from Mattel, and put them together to represent a |
| 10:53 | 23 | these-dimensional doll? |
| 10:53 | 24 | A.   Uh, I think there was some parts from Mattel, yes. |
| 10:54 | 25 | Q.   And you weren't trying to create something that looked |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

84

| | | |
|---|---|---|
| 10:54 | 1 | monstrous, like Frankenstein, to present -- to pitch your |
| 10:54 | 2 | idea, right? |
| 10:54 | 3 | A.   Right. |
| 10:54 | 4 | Q.   And you went to Ms. Kyaw and said, "Could you face |
| 10:54 | 5 | paint this head for me," right? |
| 10:54 | 6 | A.   Yes. |
| 10:54 | 7 | Q.   And you didn't tell her you were working or trying to |
| 10:54 | 8 | do a pitch for MGA, right? |
| 10:54 | 9 | A.   I don't remember what I told her. |
| 10:54 | 10 | Q.   Did you tell her that this was a project for MGA and |
| 10:54 | 11 | not Mattel? |
| 10:54 | 12 | A.   I -- I don't think so, no. |
| 10:54 | 13 | Q.   And so then you put together a 3D doll and a book of |
| 10:54 | 14 | drawings to present to MGA, right? |
| 10:54 | 15 | A.   Uh, yes. |
| 10:54 | 16 | Q.   And you've talked about a meeting that was sometime in |
| 10:54 | 17 | August of 2000, right? |
| 10:55 | 18 | A.   Yes. |
| 10:55 | 19 | Q.   Did you bring that 3D prototype with you to that? |
| 10:55 | 20 | A.   I don't think so. |
| 10:55 | 21 | Q.   When did you have this doll or this prototype ready to |
| 10:55 | 22 | present? |
| 10:55 | 23 | A.   I think it was during the second meeting. |
| 10:55 | 24 | Q.   And you asked people at Mattel to help you do these -- |
| 10:55 | 25 | to paint the face -- you asked 'em to do that as favors |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 85 of 121   Page ID #:292848
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

85

| | | |
|---|---|---|
| 10:55 | 1 | because they trusted you? |
| 10:55 | 2 | MS. KELLER:  Objection.  Argumentative. |
| 10:55 | 3 | THE COURT:  Sustained. |
| 10:55 | 4 | Just restate the question, counsel. |
| 10:55 | 5 | BY MR. PRICE: |
| 10:55 | 6 | Q.   It was your belief that Sheila Kyaw trusted you, right? |
| 10:56 | 7 | A.   Yes. |
| 10:56 | 8 | Q.   And you asked her to paint a face as a favor because |
| 10:56 | 9 | you knew she trusted you? |
| 10:56 | 10 | A.   Um, yes. |
| 10:56 | 11 | MS. KELLER:  Object.  Again, argumentative. |
| 10:56 | 12 | THE COURT:  No.  It's overruled, Counsel. |
| 10:56 | 13 | BY MR. PRICE: |
| 10:56 | 14 | Q.   And you betrayed that trust? |
| 10:56 | 15 | MS. KELLER:  Objection.  Argumentative. |
| 10:56 | 16 | THE COURT:  Overruled. |
| 10:56 | 17 | You can answer the question. |
| 10:56 | 18 | Now, ladies and gentlemen, this is from his |
| 10:56 | 19 | perspective, what his thought is. |
| 10:56 | 20 | THE WITNESS:  Um, well, thinking about it now, |
| 10:56 | 21 | yes. |
| | 22 | BY MR. PRICE: |
| 10:56 | 23 | Q.   And you betrayed the trust of Elise Cloonan, also? |
| 10:56 | 24 | A.   Yes. |
| 10:56 | 25 | Q.   And you betrayed the trust of Mattel, also? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

86

| | | |
|---|---|---|
| 10:57 | 1 | A.   Yes. |
| 10:57 | 2 | Q.   Let's talk about what you took to the meeting that was |
| 10:57 | 3 | in August. |
| 10:57 | 4 | You brought drawings, right? |
| 10:57 | 5 | A.   Yes. |
| 10:57 | 6 | Q.   And they were color boards? |
| 10:57 | 7 | A.   Yes. |
| 10:57 | 8 | Q.   They were -- if you look at Exhibit 302, those include |
| 10:57 | 9 | some of the color boards that you took to the meeting? |
| 10:57 | 10 | A.   Yes. |
| 10:57 | 11 | Q.   And every color board you took to the meeting was a |
| 10:57 | 12 | board that began as a blank board and was created, colored |
| 10:57 | 13 | while you were an employee at Mattel? |
| 10:58 | 14 | A.   Uh, they were colored while I was at Mattel, yes. |
| 10:58 | 15 | Q.   Well, each of those boards, you started with a blank |
| 10:58 | 16 | board and ended up with the images we see in Exhibit 302, |
| 10:58 | 17 | correct? |
| 10:58 | 18 | *(Documents displayed.)* |
| 10:58 | 19 | THE WITNESS:  Yes. |
| 10:58 | 20 | BY MR. PRICE: |
| 10:58 | 21 | Q.   At that meeting you told the people there that you were |
| 10:58 | 22 | from Mattel, right? |
| 10:58 | 23 | A.   Yes. |
| 10:58 | 24 | Q.   Did Ms. Garcia say anything to you at the meeting when |
| 10:58 | 25 | you said you were from Mattel? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

87

| | | |
|---|---|---|
| 10:58 | 1 | A.    I don't remember. |
| 10:58 | 2 | Q.    Well, in any event, they said, "We want to set up |
| 10:58 | 3 | another meeting with Mr. Larian," right? |
| 10:58 | 4 | A.    Yes. |
| 10:58 | 5 | Q.    And that's what -- that meeting was about |
| 10:58 | 6 | September 1st? |
| 10:58 | 7 | A.    Yes. |
| 10:58 | 8 | Q.    At that meeting, you brought in some of your drawings, |
| 10:58 | 9 | right? |
| 10:59 | 10 | A.    Yes. |
| 10:59 | 11 | Q.    And in addition to the drawings, you'd shown them |
| 10:59 | 12 | previously -- you brought in these evening-wear drawings |
| 10:59 | 13 | that we'd talked about earlier, right? |
| 10:59 | 14 | A.    Yes. |
| 10:59 | 15 | Q.    And at this meeting you told Mr. Larian that you were |
| 10:59 | 16 | employed by Mattel? |
| 10:59 | 17 | A.    I believe so, yes. |
| 10:59 | 18 | Q.    And you told him that 'cause you thought it was an |
| 10:59 | 19 | important fact? |
| 10:59 | 20 | A.    Yes. |
| 10:59 | 21 | Q.    By the way, Ms. Garcia, you knew her from when you -- |
| 10:59 | 22 | when she'd worked at Mattel, right? |
| 10:59 | 23 | A.    No. |
| 10:59 | 24 | Q.    When you met with her in the August meeting we were |
| 10:59 | 25 | talking about, did she say, "Oh, I worked at Mattel, too"? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

88

| | | |
|---|---|---|
| 10:59 | 1 | A.   I don't remember. |
| 11:00 | 2 | Q.   At some point she said to you, "I also worked at |
| 11:00 | 3 | Mattel"? |
| 11:00 | 4 | A.   Yes. |
| 11:00 | 5 | Q.   So, during this meeting, you don't recall anything that |
| 11:00 | 6 | Mr. Larian said to you when you'd said, "I work for Mattel"? |
| 11:00 | 7 | A.   No. |
| 11:00 | 8 | Q.   Do you recall Mr. Larian saying, "I need to -- I can't |
| 11:00 | 9 | talk to you 'cause you're working for Mattel and have these |
| 11:00 | 10 | drawings"? |
| 11:00 | 11 | A.   Um, I don't remember him saying anything like that. |
| 11:00 | 12 | Q.   During the meeting was Mr. Larian, did he appear |
| 11:00 | 13 | excited about your idea to do a Bratz doll? |
| 11:00 | 14 | A.   Did he appear excited? |
| 11:00 | 15 | Q.   Yes. |
| 11:00 | 16 | A.   Um, I think so, yes. |
| 11:00 | 17 | Q.   Did he -- after -- well, after that meeting you had |
| 11:01 | 18 | further conversations with Mr. Larian in September, correct? |
| 11:01 | 19 | A.   Yes. |
| 11:01 | 20 | Q.   And he said at one point that he was excited about |
| 11:01 | 21 | Bratz and wanted to make it happen, correct? |
| 11:01 | 22 | A.   Yes. |
| 11:01 | 23 | Q.   At the time, you knew that this doll would be competing |
| 11:01 | 24 | with dolls from Mattel, correct? |
| 11:01 | 25 | A.   I didn't really think about it that way. |

| | | |
|---|---|---|
| 11:01 | 1 | Q.   What you were presenting was a fashion doll, correct? |
| 11:01 | 2 | A.   Yes. |
| 11:01 | 3 | Q.   It's sort of the iconic doll for toy manufacturers; |
| 11:01 | 4 | that is, they want fashion dolls, right? |
| 11:01 | 5 | A.   Um, certain ones do, yeah. |
| 11:01 | 6 | Q.   And one of the reasons they want a fashion doll is they |
| 11:01 | 7 | can leverage that with accessories and -- and clothes and |
| 11:01 | 8 | other sorts of things, right? |
| 11:01 | 9 | A.   Sure. |
| 11:01 | 10 | Q.   I mean, a fashion doll lends itself to that.  It's all |
| 11:02 | 11 | about fashion and lifestyle, correct? |
| 11:02 | 12 | A.   Yes. |
| 11:02 | 13 | Q.   And you knew that when you presented the Bratz idea to |
| 11:02 | 14 | Mr. Larian, right? |
| 11:02 | 15 | A.   Yes. |
| 11:02 | 16 | Q.   And from what you saw, he understood that? |
| 11:02 | 17 | A.   I think so. |
| 11:02 | 18 | Q.   And he said something to the effect that you could |
| 11:02 | 19 | become rich as a result of this? |
| 11:02 | 20 | A.   Um, I don't really remember him saying that. |
| 11:02 | 21 | Q.   Do you remember him saying anything about how well off |
| 11:02 | 22 | you could be as a result of this project? |
| 11:02 | 23 | A.   No, I don't. |
| 11:02 | 24 | Q.   Do you recall Mr. Larian saying -- do you believe |
| 11:02 | 25 | Mr. Larian said something to the effect that, "With the deal |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

90

| | | |
|---|---|---|
| 11:02 | 1 | we're talking about, you could be rich"? |
| 11:03 | 2 | A.   No.  I don't remember that. |
| 11:03 | 3 | Q.   Okay.  If you'd look at June 21 -- I'm sorry -- |
| 11:03 | 4 | June 12, 2008, 2517, lines 21 through 25. |
| 11:03 | 5 | *(Document provided to the witness.)* |
| 11:03 | 6 | BY MR. PRICE: |
| 11:03 | 7 | Q.   Have you had a chance to see that? |
| 11:03 | 8 | A.   Which line? |
| 11:03 | 9 | Q.   It's lines 21 through 25. |
| 11:03 | 10 | A.   Okay.  Okay. |
| 11:04 | 11 | Q.   Now, does that refresh your recollection that |
| 11:04 | 12 | Mr. Larian might have said something to the effect that this |
| 11:04 | 13 | deal will make you rich? |
| 11:04 | 14 | A.   Um, I still don't remember it right now, but I don't |
| 11:04 | 15 | disagree with my prior testimony. |
| 11:04 | 16 | Q.   Which is that Mr. Larian might have said something like |
| 11:04 | 17 | that? |
| 11:04 | 18 | A.   Right. |
| 11:04 | 19 | Q.   And that's because he was excited about this and trying |
| 11:04 | 20 | to get you excited about this, right? |
| 11:04 | 21 | MS. KELLER:  Objection.  Calls for speculation. |
| 11:04 | 22 | THE COURT:  Sustained. |
| 11:04 | 23 | BY MR. PRICE: |
| 11:04 | 24 | Q.   After talking with Mr. Larian, were you getting excited |
| 11:04 | 25 | about this project? |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

91

| 11:04 | 1 | A.   Yes. |
| 11:04 | 2 | Q.   And did he tell you that he was excited about this |
| 11:04 | 3 | project? |
| 11:04 | 4 | A.   Yes. |
| 11:04 | 5 | Q.   Now, one of the things you two talked about was how you |
| 11:04 | 6 | were going to be compensated, right? |
| 11:04 | 7 | A.   Yes. |
| 11:04 | 8 | Q.   And you had some discussions with MGA's counsel to try |
| 11:05 | 9 | to facilitate you becoming a consultant with MGA in |
| 11:05 | 10 | connection with Bratz, right? |
| 11:05 | 11 | A.   Um, I think so, yes. |
| 11:05 | 12 | Q.   Okay.  Let me show you Exhibit 1309. |
| 11:05 | 13 | *(Document provided to the witness.)* |
| 09:04 | 14 | BY MR. PRICE: |
| 11:05 | 15 | Q.   Do you recognize 1309? |
| 11:06 | 16 | A.   Yes. |
| 11:06 | 17 | Q.   You recognize this as something you faxed to Mr. David |
| 11:06 | 18 | Rosenbaum sometime around September 14th of 2000? |
| 11:06 | 19 | A.   Yes. |
| 11:06 | 20 | MR. PRICE:  Your Honor, move Exhibit 1309 into |
| 11:06 | 21 | evidence. |
| 11:06 | 22 | THE COURT:  Received. |
| 11:06 | 23 | *(Exhibit No. 1309 received in evidence.)* |
| 11:06 | 24 | *(Document displayed.)* |
| | 25 | |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

92

| | | |
|---|---|---|
| 11:06 | 1 | BY MR. PRICE: |
| 11:06 | 2 | Q.   Now, let's look at the top of this.  There's a fax |
| 11:06 | 3 | header.  Do you see that says, "September 14, 2000"? |
| 11:06 | 4 | A.   Yes. |
| 11:06 | 5 | Q.   I think I said the date wrong a few seconds ago. |
| 11:06 | 6 |      And it says, "collectibles"? |
| 11:06 | 7 | A.   Yes. |
| 11:06 | 8 | Q.   Could you tell us where this was sent from -- faxed |
| 11:06 | 9 | from? |
| 11:06 | 10 | A.   I think it was faxed from the fax machine in our |
| 11:06 | 11 | department. |
| 11:06 | 12 | Q.   Now, were you permitted to use the fax machine in the |
| 11:06 | 13 | Collectibles department? |
| 11:06 | 14 | A.   Yes. |
| 11:06 | 15 | Q.   Did you have to put in some kind of code or something |
| 11:07 | 16 | like that to use the fax machine in the Mattel Collectibles |
| 11:07 | 17 | department? |
| 11:07 | 18 | A.   I don't remember. |
| 11:07 | 19 | Q.   So if we looked at the second page... |
| 11:07 | 20 |           *(Document displayed.)* |
| 11:07 | 21 | BY MR. PRICE: |
| 11:07 | 22 | Q.   This is a letter that you were sending to |
| 11:07 | 23 | Mr. Rosenbaum, correct? |
| 11:07 | 24 | A.   Yes. |
| 11:07 | 25 | Q.   "Dear David, enclosed is a copy of my original offer of |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

93

11:07   1    employment from -- with Mattel."

11:07   2        That's what you were telling him, right?

11:07   3    A.   Yes.

11:07   4    Q.   And if you look at the following pages, 3 and 4.

11:07   5            (Documents displayed.)

11:07   6    BY MR. PRICE:

11:07   7    Q.   This was the agreement you were sending him -- or the

11:07   8    offer letter you got from Mattel, which you were then

11:07   9    forwarding to Mr. Rosenbaum, correct?

11:07   10   A.   Yes.

11:07   11   Q.   And that's dated December 11, 1998, right?

11:07   12   A.   Yes.

11:07   13   Q.   'Cause that's when you got the offer, right?

11:08   14   A.   Uh, yes.

11:08   15   Q.   And it says in the letter that, "We are pleased to

11:08   16   confirm your acceptance of our offer for the position of

11:08   17   project designer," correct?

11:08   18   A.   Yes.

11:08   19   Q.   And that was the position you took when you joined

11:08   20   Mattel on January 4, '99, correct?

11:08   21   A.   Yes.

11:08   22   Q.   And to be clear, if you look at the second page, the

11:08   23   last paragraph, it says, "Carter, we are all looking forward

11:08   24   to you joining the Mattel team on January 4, '99," correct?

11:08   25   A.   Yes.

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

94

| 11:08 | 1 | Q.   So let's go back to the second page in your letter to |
| 11:08 | 2 | Mr. Rosenbaum.  After saying you're enclosing the original |
| 11:08 | 3 | offer, you say, "To the best of my knowledge, other than an |
| 11:08 | 4 | agreement of confidentiality, there are no other expressed |
| 11:08 | 5 | contracts that have been signed." |
| 11:09 | 6 | Do you see that? |
| 11:09 | 7 | A.   Yes. |
| 11:09 | 8 | Q.   So on September 14, 2000, you were telling MGA's |
| 11:09 | 9 | counsel that there is an agreement of confidentiality that |
| 11:09 | 10 | you signed, right? |
| 11:09 | 11 | A.   Yes. |
| 11:09 | 12 | Q.   Did you sign such an agreement with MGA? |
| 11:09 | 13 | A.   I don't remember. |
| 11:09 | 14 | Q.   It goes on to say, "I am unable to look into this too |
| 11:09 | 15 | much further with our human resources director without |
| 11:09 | 16 | risking suspicion, but I am quite certain that this should |
| 11:09 | 17 | suffice." |
| 11:09 | 18 | Do you see that? |
| 11:09 | 19 | A.   Yes. |
| 11:09 | 20 | Q.   And so you were concerned that -- you were concerned |
| 11:09 | 21 | about risking suspicion within Mattel, right? |
| 11:09 | 22 | A.   Uh, yes. |
| 11:09 | 23 | Q.   And, in fact, you told Mr. Rosenbaum at MGA that you |
| 11:09 | 24 | were concerned about risking suspicion? |
| 11:10 | 25 | A.   Uh, yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

95

| | | |
|---|---|---|
| 11:10 | 1 | Q.   And that's why you could only send him the employment |
| 11:10 | 2 | offer, right? |
| 11:10 | 3 | A.   Um, I don't remember. |
| 11:10 | 4 | Q.   Well, you were telling him you couldn't look into the |
| 11:10 | 5 | agreement of confidentiality too much, right? -- because, if |
| 11:10 | 6 | you did, that you'd risk suspicion. |
| 11:10 | 7 | A.   Well, I don't remember exactly what I meant with this |
| 11:10 | 8 | letter in that -- in that paragraph -- |
| 11:10 | 9 | Q.   Well -- |
| 11:10 | 10 | A.   -- in that sentence. |
| 11:10 | 11 | Q.   Well, let's be clear.  Where it says, "Other than an |
| 11:10 | 12 | agreement of confidentiality," that's referring to that |
| 11:10 | 13 | inventions agreement we've looked at, right? |
| 11:10 | 14 | A.   Yes. |
| 11:10 | 15 | Q.   When you say, "I'm unable to look into this too much |
| 11:10 | 16 | further with our human resources director without risking |
| 11:10 | 17 | suspension -- suspicion," isn't that referring to the |
| 11:10 | 18 | confidentiality agreement that you referred to in the |
| 11:10 | 19 | sentence right before that? |
| 11:11 | 20 | A.   I'm not sure.  I think I was actually thinking more |
| 11:11 | 21 | about, um, Mattel being concerned that I was going to leave |
| 11:11 | 22 | or something. |
| 11:11 | 23 | Q.   So it was a more general concern that you didn't want |
| 11:11 | 24 | to risk suspicion at Mattel that you were currently pitching |
| 11:11 | 25 | a doll idea to MGA, a competitor? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

96

| 11:11 | 1 | A.    I think it was more -- I think what I was thinking was |
| 11:11 | 2 | more that I didn't want to risk suspicion that I was gonna |
| 11:11 | 3 | be leaving Mattel. |
| 11:11 | 4 | Q.    You gave your notice on around October 4th, 2000, |
| 11:11 | 5 | correct? |
| 11:11 | 6 | A.    Um, yes. |
| 11:11 | 7 | Q.    And you actually left the design center on October 19, |
| 11:11 | 8 | right? |
| 11:11 | 9 | A.    Yes. |
| 11:11 | 10 | Q.    So you stayed in the Mattel design center for over a |
| 11:12 | 11 | month after you sent this letter to Mr. Rosenbaum, right? |
| 11:12 | 12 | A.    Uh, yes. |
| 11:12 | 13 | Q.    And you didn't want to risk suspicion about the fact |
| 11:12 | 14 | you were leaving Mattel 'cause you might be required to |
| 11:12 | 15 | leave Mattel right then? |
| 11:12 | 16 | A.    Um, I -- I don't know that I thought about that. |
| 11:12 | 17 | Q.    Shortly after the September 14 letter, you began taking |
| 11:13 | 18 | steps to produce a doll that would be in competition with |
| 11:13 | 19 | Mattel's dolls, right? |
| 11:13 | 20 | A.    Uh -- |
| 11:13 | 21 | MS. KELLER:  Objection.  Assumes facts not in |
| 11:13 | 22 | evidence. |
| 11:13 | 23 | THE COURT:  Overruled. |
| 11:13 | 24 | THE WITNESS:  I -- I did do some things to get the |
| 11:13 | 25 | ball rolling. |

DEBBIE GALE, U.S. COURT REPORTER

| 11:13 | 1 | BY MR. PRICE: |
|---|---|---|
| 11:13 | 2 | Q.    And one of the reasons you wanted to not risk suspicion |
| 11:13 | 3 | is that you wanted to continue using Mattel resources and |
| 11:13 | 4 | contacts to assist MGA? |
| 11:13 | 5 | A.    Um, I don't remember exactly what it was that I was |
| 11:13 | 6 | thinking. |
| 11:13 | 7 | Q.    Let me show you Exhibit 30. |
| 11:14 | 8 | *(Document provided to the witness.)* |
| 11:14 | 9 | BY MR. PRICE: |
| 11:14 | 10 | Q.    Do you have Exhibit 30 in front of you? |
| 11:14 | 11 | A.    Oh, yes. |
| 11:14 | 12 | Q.    And do you recognize that as a letter that you sent to |
| 11:14 | 13 | a Mr. Kinuyo on September 18, 2000? |
| 11:14 | 14 | A.    Yes. |
| 11:14 | 15 | Q.    If we could show you Exhibit 15. |
| 11:14 | 16 | *(Document provided to the witness.)* |
| 11:15 | 17 | MR. PRICE:  By the way, Your Honor, I move |
| 11:15 | 18 | Exhibit 30 into evidence. |
| 11:15 | 19 | THE COURT:  Received. |
| 11:15 | 20 | *(Exhibit No. 30 received in evidence.)* |
| 11:15 | 21 | *(Document displayed.)* |
| 11:15 | 22 | THE WITNESS:  Okay. |
| 11:15 | 23 | BY MR. PRICE: |
| 11:15 | 24 | Q.    And Exhibit 15 is a contract you signed with MGA? |
| 11:15 | 25 | A.    Yes. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

98

| 11:15 | 1 | (Document displayed.) |
| 11:15 | 2 | BY MR. PRICE: |
| 11:15 | 3 | Q.   If we look at the top, you see its date says, "Dated as |
| 11:15 | 4 | of September 18, 2000." |
| 11:15 | 5 | Do you see that? |
| 11:15 | 6 | A.   Yes. |
| 11:15 | 7 | Q.   And if you look back at Exhibit 30, that's when you |
| 11:15 | 8 | contacted Mr. Kinuyo on behalf of MGA to assist in the |
| 11:15 | 9 | development of a Bratz doll, correct? |
| 11:15 | 10 | A.   Yes. |
| 11:16 | 11 | Q.   If we look at that, it says, "I enjoyed speaking with |
| 11:16 | 12 | you on the phone today about possibly ordering a supply of |
| 11:16 | 13 | your hollow saran hair fiber." |
| 11:16 | 14 | Do you see that? |
| 11:16 | 15 | A.   Yes. |
| 11:16 | 16 | Q.   So you had a conversation with Mr. Kinuyo on the phone |
| 11:16 | 17 | before you sent him the letter? |
| 11:16 | 18 | A.   I don't remember the phone call or if there was one. |
| 11:16 | 19 | Q.   Well, if what you say in your letter is accurate, you |
| 11:16 | 20 | did, in fact, talk to him before sending the letter, right? |
| 11:16 | 21 | A.   Yeah.  I just don't remember the phone call. |
| 11:16 | 22 | Q.   And he worked for a company called Universal? |
| 11:16 | 23 | A.   (No response.) |
| 11:16 | 24 | Q.   If you'd look four pages into the exhibit. |
| 11:16 | 25 | (Documents displayed.) |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

99

| | | |
|---|---|---|
| 11:16 | 1 | THE WITNESS:  Yes. |
| 11:16 | 2 | BY MR. PRICE: |
| 11:16 | 3 | Q.   And you didn't know Mr. Kinuyo's phone number prior to |
| 11:16 | 4 | September 18th, did you? |
| 11:17 | 5 | A.   I don't remember. |
| 11:17 | 6 | Q.   Do you remember a woman named Jennifer Shaw? |
| 11:17 | 7 | A.   Yes. |
| 11:17 | 8 | Q.   Was she a Mattel employee? |
| 11:17 | 9 | A.   Yes. |
| 11:17 | 10 | Q.   And did you ask her for Universal's phone number so you |
| 11:17 | 11 | could call them? |
| 11:17 | 12 | A.   I believe I did, yes. |
| 11:17 | 13 | Q.   Did you tell her that you wanted the phone number so |
| 11:17 | 14 | you could call them about hair fiber that would be used for |
| 11:17 | 15 | Bratz? |
| 11:17 | 16 | A.   I don't think so. |
| 11:17 | 17 | Q.   And you learned about Universal from your work with |
| 11:17 | 18 | Mattel, right? |
| 11:17 | 19 | A.   Yes. |
| 11:17 | 20 | Q.   And I believe you say you don't recall whether or not |
| 11:17 | 21 | you asked her for a phone number? |
| 11:17 | 22 | A.   Um, I don't know. |
| 11:17 | 23 | THE WITNESS:  (To the reporter:)  Can you read |
| 11:17 | 24 | me -- can I have that... |
| 11:17 | 25 | MR. PRICE:  I've been told that you said you did |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:17 | 1 | tell her that. |
| 11:17 | 2 | THE WITNESS:  Oh, okay. |
| 11:17 | 3 | MR. PRICE:  And I trust, Mr. McConville. |
| 11:59 | 4 | BY MR. PRICE: |
| 11:18 | 5 | Q.   So you didn't tell her, then, you needed this for a |
| 11:18 | 6 | project for MGA, right? |
| 11:18 | 7 | A.   I don't think so. |
| 11:18 | 8 | Q.   So if you look at the letter, September 18, 2000, you |
| 11:18 | 9 | were trying to imply in this letter that you worked for MGA, |
| 11:18 | 10 | right? |
| 11:18 | 11 | A.   Uh, yes. |
| 11:18 | 12 | Q.   Now, do you recall that you've previously said under |
| 11:18 | 13 | oath that you didn't necessarily mean to imply that you |
| 11:18 | 14 | worked for MGA? |
| 11:18 | 15 | A.   No. |
| 11:18 | 16 | MS. KELLER:  Objection.  Improper question. |
| 11:18 | 17 | THE COURT:  Well, just -- it's a little confusing |
| 11:18 | 18 | also, Counsel. |
| 11:18 | 19 | Reask it. |
| 11:18 | 20 | MR. PRICE:  Sure. |
| 11:18 | 21 | BY MR. PRICE: |
| 11:18 | 22 | Q.   You've just told us that you meant to imply by this |
| 11:18 | 23 | that you worked for MGA, correct? |
| 11:19 | 24 | A.   Um, yes. |
| 11:19 | 25 | Q.   But you've previously testified under oath that you |

Case 2:04-cv-09049-DOC-RNB  Document 9749  Filed 01/31/11  Page 101 of 121  Page ID #:292864
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

101

| | | |
|---|---|---|
| 11:19 | 1 | didn't necessarily mean to imply that, right? |
| 11:19 | 2 | A.   I -- I don't remember what I previously testified to. |
| 11:19 | 3 | Q.   Look at June 18, 2008, page 3087, lines 21, through |
| 11:19 | 4 | 3088, line 2 -- actually, to 3088, line 6. |
| 11:19 | 5 | *(Document provided to the witness.)* |
| 11:20 | 6 | THE WITNESS:  I'm sorry.  What line? |
| 11:20 | 7 | MR. PRICE:  3087, line 21, to 3088, line 6. |
| 11:20 | 8 | MS. KELLER:  Your Honor, I would ask that the |
| 11:20 | 9 | testimony be read if it's offered as an inconsistent |
| 11:20 | 10 | statement. |
| 11:20 | 11 | MR. PRICE:  Be glad to, Your Honor. |
| 11:20 | 12 | THE COURT:  Stipulation by both counsel. |
| 11:20 | 13 | Counsel, you may read from line 21 on 3087 through |
| 11:20 | 14 | 3088, I think, by agreement of Counsel, line 6. |
| 11:20 | 15 | MR. PRICE:  I would actually ask, if I'm reading |
| 11:20 | 16 | it, to go to line 9. |
| 11:20 | 17 | THE COURT:  Line 9.  It keeps expanding, ladies |
| 11:20 | 18 | and gentlemen.  Line 9. |
| 11:20 | 19 | MR. PRICE:  (Reading:) |
| 11:20 | 20 | "QUESTION:  What you just said under oath was you |
| 11:20 | 21 | didn't mean to say you were working with MGA at that time, |
| 11:20 | 22 | right?  That's what you just told the jury:  You didn't mean |
| 11:20 | 23 | to say that? |
| 11:20 | 24 | "ANSWER:  No.  It's not that I didn't mean to say |
| 11:20 | 25 | it.  It's just that I didn't mean to imply necessarily that |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:20 | 1 | I was working for MGA. |
| 11:21 | 2 | "QUESTION:  Okay.  So what you just said under |
| 11:21 | 3 | oath is you didn't mean to imply necessarily that you were |
| 11:21 | 4 | working with MGA, right? |
| 11:21 | 5 | "ANSWER:  Right. |
| 11:21 | 6 | "QUESTION:  Okay.  And that's as truthful an |
| 11:21 | 7 | answer as any that you've given since you've been on the |
| 11:21 | 8 | stand, right? |
| 11:21 | 9 | "ANSWER:  Yes." |
| 01:59 | 10 | BY MR. PRICE: |
| 11:21 | 11 | Q.   Do you recall giving that testimony? |
| 11:21 | 12 | MS. KELLER:  Your Honor, I would ask that the |
| 11:21 | 13 | preceding part that was referred to here be read, which |
| 11:21 | 14 | would be lines 14 through 20, 'cause it was referenced in |
| 11:21 | 15 | the part Counsel read. |
| 11:21 | 16 | MR. PRICE:  Sure.  Be glad to. |
| 11:21 | 17 | (Reading:)  "Okay.  So I guess the question is are |
| 11:21 | 18 | you being dishonest with Universal, or were you being |
| 11:21 | 19 | dishonest with Mattel by working behind their back." |
| 11:21 | 20 | "ANSWER:  Well, you know, I don't think I was |
| 11:21 | 21 | being dishonest with either, necessarily.  I had -- you |
| 11:21 | 22 | know, I was anticipating maybe working with MGA.  I |
| 11:22 | 23 | wasn't -- you know, I didn't really mean to say that I |
| 11:22 | 24 | worked for MGA at that time." |
| | 25 | |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

103

| | | |
|---|---|---|
| 01:59 | 1 | BY MR. PRICE: |
| 11:22 | 2 | Q.   Was that your sworn testimony? |
| 11:22 | 3 | A.   Yes. |
| 11:22 | 4 | Q.   Now, let's look at Exhibit 30, again.  You see it says, |
| 11:22 | 5 | "I would like to request a sample card of the different |
| 11:22 | 6 | colors available and also, if possible, a sample card of the |
| 11:22 | 7 | different curl sizes available." |
| 11:22 | 8 | Do you see that? |
| 11:22 | 9 | A.   Yes. |
| 11:22 | 10 | Q.   And, by the way, you thought that hollow saran fibers |
| 11:22 | 11 | should be used on the Bratz dolls, correct? |
| 11:22 | 12 | A.   Yes. |
| 11:22 | 13 | Q.   Even though it's more expensive than other hair fiber? |
| 11:22 | 14 | A.   Um, that I don't know about. |
| 11:22 | 15 | Q.   And then let's look at the next paragraph. |
| 11:22 | 16 | "The company I am working with is called MGA |
| 11:22 | 17 | Entertainment, and we are located in Los Angeles, |
| 11:23 | 18 | California.  You can e-mail me with any question at" -- and |
| 11:23 | 19 | then it has an e-mail address, right? |
| 11:23 | 20 | A.   Yes. |
| 11:23 | 21 | Q.   When you said "we are located in Los Angeles," you were |
| 11:23 | 22 | trying to give the impression that "we" is you and MGA, |
| 11:23 | 23 | right? |
| 11:23 | 24 | A.   Um, I believe I was trying to give -- convey, yeah, |
| 11:23 | 25 | some sort of sense that I would possibly be working with |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:23 | 1 | MGA. |
| 11:23 | 2 | Q.   I'm sorry.  Did you say, "I am possibly working with |
| 11:23 | 3 | MGA"? |
| 11:23 | 4 | A.   No. |
| 11:23 | 5 | Q.   You -- |
| 11:23 | 6 | A.   Yes.  That's what I just said, yes. |
| 11:23 | 7 | Q.   But in the letter you said, "The company I am working |
| 11:23 | 8 | with is called MGA," right? |
| 11:23 | 9 | A.   Yes. |
| 11:23 | 10 | Q.   In the letter you meant to give the impression that you |
| 11:23 | 11 | were working currently with MGA, right? |
| 11:23 | 12 | MS. KELLER:  Objection.  Asked and answered. |
| 11:23 | 13 | THE COURT:  Overruled. |
| 11:24 | 14 | THE WITNESS:  Uh, I don't really -- I don't really |
| 11:24 | 15 | know what I was trying to convey. |
| 11:24 | 16 | BY MR. PRICE: |
| 11:24 | 17 | Q.   Well, sitting here, now looking at it, it necessarily |
| 11:24 | 18 | conveys that you were working with MGA, correct? |
| 11:24 | 19 | A.   Um, yes. |
| 11:24 | 20 | Q.   So any answer under oath that you weren't necessarily |
| 11:24 | 21 | trying to convey that you were working with MGA -- any such |
| 11:24 | 22 | answer would be false? |
| 11:24 | 23 | MS. KELLER:  Objection.  Argumentative. |
| 11:24 | 24 | THE COURT:  Overruled. |
| 11:24 | 25 | THE WITNESS:  Um, I'm sorry.  Can you ask the |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

105

| 11:24 | 1 | question again? |
| 11:24 | 2 | BY MR. PRICE: |
| 11:24 | 3 | Q.   Any answer that you gave where you said that you |
| 11:24 | 4 | weren't necessarily trying to imply you were working with |
| 11:24 | 5 | MGA by sending this letter -- any such answer would be |
| 11:24 | 6 | false? |
| 11:24 | 7 | A.   Yes. |
| 11:24 | 8 | Q.   And you gave that very answer under oath, under penalty |
| 11:25 | 9 | of perjury at a trial, correct? |
| 11:25 | 10 | A.   Yes. |
| 11:25 | 11 | MS. KELLER:  Objection.  Asked and answered. |
| 11:25 | 12 | THE COURT:  Overruled. |
| 11:25 | 13 | BY MR. PRICE: |
| 11:25 | 14 | Q.   Let's go down to the next sentence, and actually to the |
| 11:25 | 15 | end of the letter. |
| 11:25 | 16 | "Please send the sample cards, along with price |
| 11:25 | 17 | information, to the following address:  MGA Entertainment, |
| 11:25 | 18 | Attention:  Carter Bryant" -- and then it gives an address. |
| 11:25 | 19 | Do you see that? |
| 11:25 | 20 | A.   Yes. |
| 11:25 | 21 | Q.   You agree, looking at the entire letter, you were |
| 11:25 | 22 | trying to imply that you were representing MGA |
| 11:25 | 23 | Entertainment? |
| 11:25 | 24 | A.   Uh, yes. |
| 11:25 | 25 | Q.   And, in fact, that you were working with MGA |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 106 of 121   Page ID #:292869
CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

106

| 11:25 | 1 | Entertainment, correct? |
| 11:26 | 2 | A.   Yes. |
| 11:26 | 3 | Q.   And this was a letter that you sent -- I'm sorry -- |
| 11:26 | 4 | while you were still working at Mattel? |
| 11:26 | 5 | MS. KELLER:  Objection.  Asked and answered. |
| 11:26 | 6 | THE COURT:  Overruled. |
| 11:26 | 7 | THE WITNESS:  Yes. |
| 11:26 | 8 | BY MR. PRICE: |
| 11:26 | 9 | Q.   If you'd look in the same exhibit, second page, you see |
| 11:26 | 10 | this is a copy of the fax transmission that you used to send |
| 11:26 | 11 | this letter. |
| 11:26 | 12 | (Document displayed.) |
| 11:26 | 13 | THE WITNESS:  Uh, yes. |
| 11:26 | 14 | BY MR. PRICE: |
| 11:26 | 15 | Q.   And if you look at page 3 -- |
| 11:27 | 16 | MR. PRICE:  Go to the top there. |
| 11:27 | 17 | (Document displayed.) |
| 11:27 | 18 | BY MR. PRICE: |
| 11:27 | 19 | Q.   Do you see that is an e-mail reply to you in response |
| 11:27 | 20 | to your letter requesting hair samples? |
| 11:27 | 21 | A.   Yes. |
| 11:27 | 22 | Q.   And in that, it says in the first paragraph, "Thank you |
| 11:27 | 23 | very much for your new inquiry of our hollow saran hair.  As |
| 11:27 | 24 | per letter attached, I am sending you color cards of our |
| 11:27 | 25 | hollow saran hair." |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

107

| | | |
|---|---|---|
| 11:27 | 1 | Do you see that? |
| 11:27 | 2 | A.   Yes. |
| 11:27 | 3 | Q.   So in response to your request, they sent you something |
| 11:27 | 4 | called a color card? |
| 11:27 | 5 | A.   Um, I don't remember.  I think so. |
| 11:27 | 6 | Q.   Could you tell us what a color card is? |
| 11:28 | 7 | A.   I don't remember exactly. |
| 11:28 | 8 | Q.   If you look at the second paragraph, "Meantime, as per |
| 11:28 | 9 | your fax, you will likely be placing a large order of the |
| 11:28 | 10 | hair for your new doll line.  We would like to know how much |
| 11:28 | 11 | order quantity is expected, roughly, when our hollow saran |
| 11:28 | 12 | hair is used on your new doll line." |
| 11:28 | 13 | Do you see that? |
| 11:28 | 14 | A.   Yes. |
| 11:28 | 15 | Q.   You understand the "new doll line" refers to the Bratz? |
| 11:28 | 16 | A.   Yes. |
| 11:28 | 17 | Q.   Now, Universal -- let me step back. |
| 11:28 | 18 | You actually received spools of hair from Universal for |
| 11:28 | 19 | use on Bratz, right? |
| 11:28 | 20 | A.   Uh, I believe so. |
| 11:28 | 21 | Q.   And Universal became a hair vendor for Bratz? |
| 11:28 | 22 | A.   I think so, yes. |
| 11:29 | 23 | Q.   The samples you ordered on September 18th, you gave |
| 11:29 | 24 | them to MGA once you received them? |
| 11:29 | 25 | A.   Um, I don't remember. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

108

| | | |
|---|---|---|
| 11:29 | 1 | Q.   Do you recall that at some point after you received the |
| 11:29 | 2 | hair samples that you gave them to MGA? |
| 11:29 | 3 | A.   Um, I think, at some point, yes. |
| 11:29 | 4 | Q.   During this timeframe, were you having discussions with |
| 11:29 | 5 | Mr. Larian? |
| 11:29 | 6 | A.   Uh, yes. |
| 11:29 | 7 | Q.   During the middle of September, were you having |
| 11:29 | 8 | discussions with Ms. Garcia? |
| 11:29 | 9 | A.   Yes. |
| 11:29 | 10 | Q.   In those discussions, were you talking about the |
| 11:29 | 11 | actions you were taking to assist in developing the Bratz |
| 11:30 | 12 | doll line? |
| 11:30 | 13 | A.   Uh, yes. |
| 11:30 | 14 | Q.   So, for example, you were telling them about you were |
| 11:30 | 15 | getting the hair samples, uh, and doing other things in |
| 11:30 | 16 | September in connection with the Bratz doll line? |
| 11:30 | 17 |         MS. KELLER:  Objection.  Vague as to "telling |
| 11:30 | 18 | them." |
| 11:30 | 19 |         THE COURT:  Overruled. |
| 11:30 | 20 |         THE WITNESS:  I'm sorry.  What was the question |
| 11:30 | 21 | again? |
| 11:30 | 22 | BY MR. PRICE: |
| 11:30 | 23 | Q.   During the September 2000 timeframe, you were telling |
| 11:30 | 24 | Ms. Garcia, Mr. Larian, that you were, for example, getting |
| 11:30 | 25 | these hair samples for this new doll line? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:30 | 1 | A.   Yes. |
| 11:30 | 2 | Q.   If you would look at page 4 of Exhibit 30, do you |
| 11:31 | 3 | recognize page 4 as another communication you received from |
| 11:31 | 4 | Universal? |
| 11:31 | 5 | (Document displayed.) |
| 11:31 | 6 | THE WITNESS:  Yes. |
| 11:31 | 7 | BY MR. PRICE: |
| 11:31 | 8 | Q.   And you received this September 21st, 2000, right? |
| 11:31 | 9 | A.   Yes. |
| 11:31 | 10 | Q.   You had called the gentleman who worked for |
| 11:31 | 11 | Universal -- you see his name at the bottom of the page |
| 11:31 | 12 | there -- you had called him that morning and had a |
| 11:31 | 13 | conversation with him, correct? |
| 11:32 | 14 | A.   Well, according to this, we did.  But I don't remember. |
| 11:32 | 15 | I don't remember it. |
| 11:32 | 16 | Q.   Having seen -- having -- looking at this letter right |
| 11:32 | 17 | now, do you have any reason to believe that you didn't call |
| 11:32 | 18 | Universal around September 21st, 2000? |
| 11:32 | 19 | A.   No. |
| 11:32 | 20 | Q.   And you see it says, "As per telephone conversation, I |
| 11:32 | 21 | learned that you were going to make dolls in Hong Kong.  We |
| 11:32 | 22 | have a representative in Hong Kong and they have a curing |
| 11:32 | 23 | facility in China." |
| 11:32 | 24 | Do you see that? |
| 11:32 | 25 | A.   Yes. |

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 110 of 121   Page ID #:292873
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

110

| | | |
|---|---|---|
| 11:32 | 1 | Q.   Had you told this gentleman from Universal, as of |
| 11:32 | 2 | September 21st, 2000, that the dolls were going to be made |
| 11:32 | 3 | in Hong Kong? |
| 11:32 | 4 | A.   Uh, I don't remember. |
| 11:32 | 5 | Q.   The Bratz dolls were, in fact, made in Hong Kong? |
| 11:33 | 6 | A.   Um, I'm not sure where they ended up being made. |
| 11:33 | 7 | Q.   You see the paragraph beginning, "I am sending you one |
| 11:33 | 8 | bag each of curl hair samples." |
| 11:33 | 9 |      Do you see that? |
| 11:33 | 10 | A.   Yes. |
| 11:33 | 11 | Q.   And you, in fact, received those hair samples, correct? |
| 11:33 | 12 | A.   Yes. |
| 11:33 | 13 | Q.   And you delivered them to Paula Garcia? |
| 11:33 | 14 | A.   Uh, I don't know who I gave them to. |
| 11:33 | 15 | Q.   You gave them to someone at MGA? |
| 11:33 | 16 | A.   Um, I think so. |
| 11:33 | 17 | Q.   And you see the last paragraph, "As per your |
| 11:33 | 18 | information, you were going to exhibit new dolls to toy fair |
| 11:33 | 19 | in New York next year." |
| 11:33 | 20 |      You see that? |
| 11:33 | 21 | A.   Yes. |
| 11:33 | 22 | Q.   As of September 21, 2000, had you told Universal that |
| 11:33 | 23 | the intent was to exhibit the Bratz dolls at a toy fair in |
| 11:34 | 24 | New York? |
| 11:34 | 25 | A.   Uh, I don't remember telling them that. |

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

111

| | | |
|---|---|---|
| 11:34 | 1 | Q.   Did you have the general understanding by |
| 11:34 | 2 | September 21st, 2000, that it was MGA's intent to exhibit |
| 11:34 | 3 | these dolls at a toy fair in New York? |
| 11:34 | 4 | A.   Yes. |
| 11:34 | 5 | Q.   And by -- as of this date, September 21, 2000, who had |
| 11:34 | 6 | informed you that it was MGA's intent to exhibit the doll |
| 11:34 | 7 | fairs -- the dolls at a toy fair in New York? |
| 11:34 | 8 | A.   Uh, I don't remember. |
| 11:34 | 9 | Q.   In September of 2000, who was your primary contact with |
| 11:34 | 10 | MGA? |
| 11:34 | 11 | A.   Uh, that would have been Paula. |
| 11:34 | 12 | Q.   And you're referring to Paula Garcia? |
| 11:34 | 13 | A.   Paula Garcia, yes. |
| 11:35 | 14 | Q.   Now, when you -- when you order actual hair from these |
| 11:35 | 15 | vendors, it sometimes takes several weeks for you to get |
| 11:35 | 16 | them, correct? |
| 11:35 | 17 | MS. KELLER:  Objection.  Foundation. |
| 11:35 | 18 | THE COURT:  Also as to time. |
| 11:35 | 19 | Are you referring back to the hollow saran hair -- |
| 11:35 | 20 | MR. PRICE:  Let be me for specific. |
| 11:35 | 21 | THE COURT:  -- or other projects that he's had in |
| 11:35 | 22 | the past? |
| 11:35 | 23 | Sustained. |
| | 24 | BY MR. PRICE: |
| 11:35 | 25 | Q.   During the September/October 2000 timeframe, did you |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

112

| | | |
|---|---|---|
| 11:35 | 1 | have the experience that when you ordered the hair, it would |
| 11:35 | 2 | take a few weeks for you to get them? |
| 11:35 | 3 | A.   Um, I don't remember how long it took. |
| 11:35 | 4 | Q.   Let me show you Exhibit 11905. |
| 11:35 | 5 | *(Document provided to the witness.)* |
| 11:36 | 6 | THE COURT:  Counsel, this should be a bill of |
| 11:36 | 7 | lading, October 20th; is that correct? |
| 11:36 | 8 | MR. PRICE:  Yes, Your Honor. |
| 11:36 | 9 | THE COURT:  All right.  Thank you. |
| 11:36 | 10 | BY MR. PRICE: |
| 11:36 | 11 | Q.   Mr. Bryant, could you tell us what that is? |
| 11:36 | 12 | A.   It looks to be some sort of air bill. |
| 11:36 | 13 | Q.   And this is an air bill that was sent to MGA |
| 11:36 | 14 | Entertainment, but it has your address on it? |
| 11:36 | 15 | A.   Yes. |
| 11:36 | 16 | Q.   Do you have any reason to think you did not receive |
| 11:36 | 17 | this? |
| 11:36 | 18 | A.   No. |
| 11:36 | 19 | MR. PRICE:  Your Honor, move Exhibit 11905 into |
| 11:36 | 20 | evidence. |
| 11:36 | 21 | THE COURT:  Received. |
| 11:36 | 22 | *(Exhibit No. 11905 received in evidence.)* |
| 11:36 | 23 | *(Document displayed.)* |
| 11:36 | 24 | BY MR. PRICE: |
| 11:36 | 25 | Q.   And if you look to see what this is concerning, its |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

113

| | | |
|---|---|---|
| 11:36 | 1 | from Universal, correct? |
| 11:37 | 2 | A.   Uh, yes. |
| 11:37 | 3 | Q.   And it says, "Description of goods:  Hollow saran curl |
| 11:37 | 4 | hair samples." |
| 11:37 | 5 | Do you see that? |
| 11:37 | 6 | A.   Yes. |
| 11:37 | 7 | Q.   And if you look at the bottom there, where it says, |
| 11:37 | 8 | "Accepted by"? |
| 11:37 | 9 | A.   Okay. |
| 11:37 | 10 | Q.   See, it has a date of October 20th? |
| 11:37 | 11 | A.   Yes. |
| 11:37 | 12 | Q.   So your understanding is that these are the hair |
| 11:37 | 13 | samples that you ordered from Universal in September? |
| 11:37 | 14 | A.   Uh, yes. |
| 11:37 | 15 | Q.   And if you'd look at Exhibit 11904. |
| 11:37 | 16 | *(Document provided to the witness.)* |
| 11:38 | 17 | THE COURT:  Invoice of October 5th, Counsel? |
| 11:38 | 18 | MR. PRICE:  Yes. |
| | 19 | BY MR. PRICE: |
| 11:38 | 20 | Q.   And do you recognize that as an invoice that was sent |
| 11:38 | 21 | to your attention on October 5th, 2000? |
| 11:38 | 22 | A.   Uh, that's what it appears to be.  I don't really |
| 11:38 | 23 | remember it. |
| 11:38 | 24 | Q.   It's sent to MGA Entertainment, 1319 West 160th Street, |
| 11:38 | 25 | correct? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:38 | 1 | A.   Yes. |
| 11:38 | 2 | Q.   That's your address? |
| 11:38 | 3 | A.   Yes. |
| 11:38 | 4 | Q.   And it has -- and the writing on top, it says, |
| 11:38 | 5 | "Attention:  Carter Bryant"? |
| 11:38 | 6 | A.   Yes. |
| 11:38 | 7 | Q.   And if you'd look at the bottom, there's a Bates |
| 11:38 | 8 | number, "Bryant 01211?"  Bottom right. |
| 11:38 | 9 | A.   Okay.  Yes. |
| 11:38 | 10 | MR. PRICE:  Your Honor, move Exhibit 11904 into |
| 11:38 | 11 | evidence. |
| 11:38 | 12 | THE COURT:  Received. |
| 11:38 | 13 | *(Exhibit No. 11904 received in evidence.)* |
| 11:39 | 14 | *(Document displayed.)* |
| 11:59 | 15 | BY MR. PRICE: |
| 11:39 | 16 | Q.   And if we look at the -- it's -- first, that's your |
| 11:39 | 17 | address there, correct? |
| 11:39 | 18 | A.   Yes. |
| 11:39 | 19 | Q.   And, you see, it's shipped per Airborne Express, |
| 11:39 | 20 | correct? |
| 11:39 | 21 | A.   Yes. |
| 11:39 | 22 | Q.   On October 6th? |
| 11:39 | 23 | A.   Yes. |
| 11:39 | 24 | Q.   And this is the invoice for the -- for what you had |
| 11:39 | 25 | ordered earlier in September, correct? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

115

| 11:39 | 1 | A.    I'm assuming that's what it is. |
| 11:39 | 2 | Q.    Now, in September, when you were talking to this hair |
| 11:39 | 3 | vendor and telling them about the plans to display the dolls |
| 11:39 | 4 | in New York, and ordering the hair, you would agree with me |
| 11:39 | 5 | that, in doing those things, you were assisting a competitor |
| 11:39 | 6 | of Mattel? |
| 11:39 | 7 | MS. KELLER:  Objection.  Calls for a conclusion. |
| 11:39 | 8 | THE COURT:  Overruled. |
| 11:39 | 9 | You can answer the question, sir. |
| 11:40 | 10 | THE WITNESS:  I'm sorry.  Can you restate the |
| 11:40 | 11 | question? |
| 11:40 | 12 | BY MR. PRICE: |
| 11:40 | 13 | Q.    When -- in September of 2000, when you were contacting |
| 11:40 | 14 | the hair vendor, telling them about the intent to go to the |
| 11:40 | 15 | New York toy fair, ordering hair samples, you agree with me |
| 11:40 | 16 | that doing that was assisting a competitor of Mattel? |
| 11:40 | 17 | A.    I guess, I -- I don't think I really saw MGA as a |
| 11:40 | 18 | competitor of Mattel, or didn't think of it that way. |
| 11:40 | 19 | Q.    So you will agree to -- that, in September of 2000, by |
| 11:40 | 20 | contacting a hair vendor, ordering samples, telling them |
| 11:40 | 21 | about presentation at the New York toy fair, that you were |
| 11:40 | 22 | assisting MGA? |
| 11:40 | 23 | A.    Yes. |
| 11:40 | 24 | Q.    And this invoice that was sent, Exhibit 11904, around |
| 11:41 | 25 | October 6th, did you pay that? |

Case 2:04-cv-09049-DOC-RNB   Document 9749   Filed 01/31/11   Page 116 of 121   Page ID #:292879
CV 04-9049 DOC - 1/28/2011 - Day 9, Volume 1 of 3

116

| | | |
|---|---|---|
| 11:41 | 1 | A.    What now? |
| 11:41 | 2 | Q.    Did you pay this invoice, Exhibit 11904, that was |
| 11:41 | 3 | sent -- I guess sent October 5th? |
| 11:41 | 4 | A.    Um, I don't remember. |
| 11:41 | 5 | Q.    Did you give this to Ms. Garcia? |
| 11:41 | 6 | A.    The invoice? |
| 11:41 | 7 | Q.    Yes. |
| 11:41 | 8 | A.    I don't remember. |
| 11:41 | 9 |           MS. KELLER:  Could we see the amount? |
| 11:41 | 10 |          (Document displayed.) |
| 11:41 | 11 | BY MR. PRICE: |
| 11:41 | 12 | Q.    During September, when you were talking to Ms. Garcia |
| 11:41 | 13 | and Mr. Larian, at any time did they say to you something |
| 11:41 | 14 | like, "Don't do these things.  Don't assist us"? |
| 11:42 | 15 | A.    I don't remember. |
| 11:42 | 16 | Q.    Did anyone ever say you shouldn't be doing this? |
| 11:42 | 17 | A.    I don't remember. |
| 11:42 | 18 | Q.    Now, when you said that during September you were |
| 11:42 | 19 | talking to Ms. Garcia and Mr. Larian, part of that time you |
| 11:42 | 20 | were calling them from your Mattel extension, correct? |
| 11:42 | 21 | A.    Um, I don't remember. |
| 11:42 | 22 | Q.    Okay.  So we've been talking about the hair vendor. |
| 11:42 | 23 |       During September, you also called a woman named |
| 11:42 | 24 | Ms. Marlow, correct? |
| 11:42 | 25 | A.    Uh, yes. |

| | | |
|---|---|---|
| 11:42 | 1 | Q.   And Veronica Marlow was a friend of yours, right? |
| 11:42 | 2 | A.   Yes. |
| 11:42 | 3 | Q.   And before that, before October 4th, you had talked to |
| 11:43 | 4 | her about working on the Bratz dolls, right? |
| 11:43 | 5 | A.   Um, I don't remember. |
| 11:43 | 6 | Q.   Did you meet with Ms. Marlow in September to go over |
| 11:43 | 7 | things like fashions, designs, things of that nature? |
| 11:43 | 8 | A.   I -- I know that we met.  I just don't remember when. |
| 11:43 | 9 | Q.   Okay.  Let me see if I might be able to refresh your |
| 11:43 | 10 | memory. |
| 11:43 | 11 |          MR. PRICE:  If we could show you -- I think it's |
| 11:43 | 12 | Exhibit 606. |
| 11:43 | 13 |            (Document provided to the witness.) |
| 11:43 | 14 |          MR. PRICE:  This is already in evidence, |
| 11:43 | 15 | Your Honor. |
| 11:43 | 16 |            (Document displayed.) |
| 11:43 | 17 | BY MR. PRICE: |
| 11:44 | 18 | Q.   And particularly the second page, where it says, "Bratz |
| 11:44 | 19 | dolls research development and support services from |
| 11:44 | 20 | September 29th to October 20th." |
| 11:44 | 21 |      Do you see that? |
| 11:44 | 22 | A.   Yes. |
| 11:44 | 23 | Q.   So does this refresh your recollection that Veronica |
| 11:44 | 24 | Marlow was doing work on Bratz prior to -- let's start -- |
| 11:44 | 25 | October 19th? |

| 11:44 | 1 | A. Uh, yes. |
| 11:44 | 2 | Q. And prior to October 4th? |
| 11:44 | 3 | A. Yes. |
| 11:44 | 4 | Q. What kind of work does she do? |
| 11:44 | 5 | A. She, uh, makes and sews fashions. |
| 11:44 | 6 | Q. And when you're talking about fashions, you're talking |
| 11:44 | 7 | about fashions for dolls. |
| 11:45 | 8 | A. Yeah. But she can do regular fashions, too. |
| 11:45 | 9 | Q. You considered her at the time to be a very good friend |
| 11:45 | 10 | of yours? |
| 11:45 | 11 | A. Yes. |
| 11:45 | 12 | Q. During that time, did you have any understanding as to |
| 11:45 | 13 | whether or not she was also friends with Paula Garcia? |
| 11:45 | 14 | A. Um, yes. |
| 11:45 | 15 | Q. What was your understanding? |
| 11:45 | 16 | A. I think my understanding was that they, um, knew each |
| 11:45 | 17 | other from MGA. |
| 11:45 | 18 | Q. Was there a time -- let me step back. |
| 11:45 | 19 | Was it your understanding that Ms. Marlow put these |
| 11:45 | 20 | doll designs together herself; that is, that she sewed them; |
| 11:45 | 21 | that she created the actual little doll dress or shirt? |
| 11:45 | 22 | A. Um, I think I knew that she had -- I think I knew that |
| 11:45 | 23 | she had help. |
| 11:46 | 24 | Q. She employed samplemakers, right? |
| 11:46 | 25 | A. Uh, yes. |

| | | |
|---|---|---|
| 11:46 | 1 | Q.   Now, in 2000, were those samplemakers employees at |
| 11:46 | 2 | Mattel who were moonlighting? |
| 11:46 | 3 | MS. KELLER:  Objection.  No foundation. |
| 11:46 | 4 | THE COURT:  Overruled. |
| 11:46 | 5 | THE WITNESS:  Um, I'm not really sure. |
| 11:59 | 6 | BY MR. PRICE: |
| 11:46 | 7 | Q.   At some point did you become sure that the samplemakers |
| 11:46 | 8 | working for Ms. Marlow on the Bratz project were Mattel |
| 11:46 | 9 | employees who were moonlighting? |
| 11:46 | 10 | A.   Um, I'm not sure. |
| 11:46 | 11 | Q.   Did you hear that at some point? |
| 11:46 | 12 | A.   I think I heard rumor. |
| 11:47 | 13 | Q.   From whom did you hear the rumor? |
| 11:47 | 14 | MR. ZELLER:  Objection.  Hearsay. |
| 11:47 | 15 | THE COURT:  Sustained. |
| 11:47 | 16 | I'm just wondering, Counsel, if this might be an |
| 11:47 | 17 | appropriate time to take a recess? |
| 11:47 | 18 | (To the jury:)  I need about 15 extra minutes with |
| 11:47 | 19 | counsel.  Instead of an hour, can I ask you to take an hour |
| 11:47 | 20 | and 15 minutes today and rejoin us at 1:00 o'clock, and just |
| 11:47 | 21 | recess at this point. |
| 11:47 | 22 | Now, once again, you're admonished not to discuss |
| 11:47 | 23 | this matter with anyone else nor to form or express any |
| 11:47 | 24 | opinion. |
| 11:47 | 25 | Has anybody talked to anybody so I can start the |

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

120

11:47  1   case all over again?

11:47  2           Good.  Don't do it.  Have a nice lunch.

11:47  3             (Jury recesses at 11:47 a.m.)

11:47  4             (Informal discussion off the record.)

11:49  5             (Further proceedings reported by Jane Sutton

11:49  6       Rule in Volume II.)

11:49  7                              –oOo–

11:49  8

       9

      10

      11

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

CV 04-9049 DOC – 1/28/2011 – Day 9, Volume 1 of 3

121

| 11:49 | 1 | –oOo– |
| 11:49 | 2 | |
| 11:49 | 3 | CERTIFICATE |
| 11:49 | 4 | |
| 11:49 | 5 | I hereby certify that pursuant to Section 753, |
| 11:49 | 6 | Title 28, United States Code, the foregoing is a true and |
| 11:49 | 7 | correct transcript of the stenographically reported |
| 11:49 | 8 | proceedings held in the above-entitled matter and that the |
| 11:49 | 9 | transcript page format is in conformance with the |
| 11:49 | 10 | regulations of the Judicial Conference of the United States. |
| 11:49 | 11 | |
| 11:49 | 12 | Date:  January 28, 2011 |
| 11:49 | 13 | |
| 11:49 | 14 | |
| 11:49 | 15 | _____ |
| 11:49 | 16 | DEBBIE GALE, U.S. COURT REPORTER<br>CSR NO. 9472, RPR |
| 11:49 | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER