# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV04-9049 DOC(RNBx) | Date | January 28, 2011 |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson, Julie Barrera | Debbie Gale, Jane Sutton, Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst<br>Mark Overland, Alexander Cote |

\_\_\_ Day Court Trial    9th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   **X** Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to   February 1, 2011 at 8:30 a.m.   for further trial.
\_\_\_ Other:

                                                          8  :  55
Initials of Deputy Clerk   kp/jcb

cc: