ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF THE MGA PARTIES' TRIAL BRIEF ON COPYRIGHT DAMAGES AND THE UNAVAILABILITY OF A GEORGIA-PACIFIC HYPOTHETICAL NEGOTIATION ROYALTY UNDER 17 U.S.C. § 504**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

1       I, WARRINGTON S. PARKER III, declare:

2       1.   I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3       2.   Attached hereto as Exhibit A is a true and correct copy of a transcription of the December 9, 2009 oral argument before the United States Court of Appeals for the Ninth Circuit in this matter, prepared by Orrick from the Ninth's Circuit's audio recording.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Santa Ana, California on February 1, 2011.

           */s/ Warrington S. Parker III*  
           Warrington S. Parker