**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

☐ **VOLUMINOUS DOCUMENT**

☐ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**