1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
2 |  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
3 |  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
4 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
5 | Facsimile: (213) 443-3100

6 | Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING OF ALL BRIEFING, DISCOVERY RESPONSES, AND TRIAL AND HEARING TRANSCRIPTS REGARDING THE SCOPE OF TRADE SECRET CLAIMS**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges all briefing on the motion to confirm, all briefing on the renewal of that motion to confirm, all briefing on every motion for leave to amend filed in this case, all briefing before the Ninth Circuit, all discovery responses that concern the scope of the trade secret claims, all briefing concerning the supersessive effect of the California Uniform Trade Secrets Act in relation to any claim at any time, any other briefing (including proposed jury instructions, proposed pre-trial conference orders, and other briefing) that concerns the scope of the trade secret claims, every prior pleading in these consolidated actions, and all trial and hearing transcripts that concern the scope of the trade secret claims (on a thumb drive), as requested by the Court pursuant to Local Rule 11-5.1 and the Court's January 28, 2011 Order (Docket No. 9719).

DATED:  February 2, 2011         QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                                 By: /s/ Michael T. Zeller
                                 _____
                                 Michael T. Zeller
                                 Attorneys for Mattel, Inc. and
                                 Mattel de Mexico, S.A. de C.V.