QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL'S REQUEST TO USE MGA DOCUMENTS REFLECTING MGA'S REFERENCE TO MATTEL PRODUCTS IN DEVELOPING BRATZ DURING 2000-2001** |

1    Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"),
2 hereby respectfully request the ability to offer and admit documents reflecting
3 MGA's reference to and use of released Mattel products in the 2000-2001 time
4 frame in connection with the development of Bratz.  This evidence is offered to
5 address MGA's claim that its creativity was the basis for Bratz's success.  In fact,
6 the evidence will show that MGA copied many of its purported creative
7 contributions from already-released Mattel products.  Mattel does not claim that
8 these documents are evidence of MGA's theft of trade secrets.  Mattel seeks no
9 relief from MGA for such copying.  The documents are offered solely to rebut
10 MGA's claim of creative contribution to Bratz.

11    MGA's opening asserted that the success of the Bratz brand was the result of
12 MGA's creativity.  Tr. Trans 1/18/11 at Vol. 2 64:17-19.  The direct examination of
13 Paula Garcia developed this theme further.  Ms. Garcia's testimony was ostensibly
14 introduced to establish MGA's creative capabilities and investment in the product.
15 MGA is thus arguing to the jury that it was their contributions to the development of
16 Bratz in 2000-2001 that were the driving force behind the success of the dolls.

17    Today (February 2) MGA elicited testimony from Carter Bryant that MGA
18 was the creator of Bratz and referred specifically to MGA's having solved various
19 manufacturability issues relating to the joints of the doll.

20    Mattel seeks to address this contention by introducing internal MGA
21 documents created in 2000 and 2001 that show that much of the Bratz
22 "development" MGA claims reflects its creativity (including in particular the
23 resolution of issues with the doll joints) was, in fact, based on copying of Mattel
24 products. Mattel would use the following trial exhibits[1]:

25    •    TX 11368 (October-November 2000)(MGA emails reflecting use of
26    Mattel "skipper" doll in development of Bratz: "doll has a moveable head like

27
28

-1-

the 'skipper' doll"; "arms will move like the 'skipper' doll"; "the hip joints are just like the 'skipper' doll"; "the knee will bent [sic] and the 'Skipper' doll").

•       TX 4905NA (April 25, 2001) (Garcia: "Please note that I sent to you the sample with broken knee mechanism for your reference.   Isaac also insisted that I send to you a sample of Barbie for you [sic] reference as standard for our expectations for our knee mechanism.").

•       TX 4907NA (May 5, 2001) (Larian: "After you get these, please sit down with the Bratz Product manager in HK, SHOW THEM THE COMPETITION PACKAGE AS WELL AS OURS and let me know by next Thursday, why another toy company can do something out [sic] MGA people in HK say we can not do the exact same thing for MGA product!").

•       TX 4909NA (May 7, 2001) (Garcia: "I returned from my vacation and pulled a Barbie sample.   I understand now what you are proposing for the hangtag.").

•       TX 4512 (May 8, 2001) (Harris: "PLEASE look at the Diva Starz box and see how close they were able to cut this die.  The Bratz package does not look good with the current die.").

•       TX 4906NA (May 9, 2001) (Garcia: "Please reference the vinyl molded fashion [of Mattel product Fashion Polly- Flowers Purse] that we are proposing as possible material for spring break bratz purses").

•       TX 11220 (July 30, 2001) (use of Barbie convertible sample as reference in development of Bratz vehicle).

•       TX 21283 (August 19, 2001) (Larian: "Look at Barbie Teresa doll where you can twist the hair and change hair color (I bought one sample).").

---

[1]   For the convenience of the Court, these exhibits are attached as Appendix A in the order they appear herein.

1      •   TX 20656 (August 25, 2001) (email comparing "Barbie Teresa vs. Our

2 proposal on Hair Changing").

3      •   TX 1319 (September 8, 2001) (Larian attaching Amazon.com page

4 listing top selling Barbie products: "Don't Bratz need their own house and

5 hotel and clubs to hang out in?!  Look at what are the three top sellers for

6 Barbie.").

7      •   TX 11179 (September 12, 2001) (use of Barbie samples in creation of

8 Bratz Big Head).

9     These exhibits are offered for the limited purpose of rebutting MGA's

10 claimed "creativity," and not in support of any claim that MGA's use of these

11 previously-released Mattel products was actionable or wrongful.  Accordingly,

12 Mattel requests that the Court permit their use at this stage in the trial.

13

14

15 DATED: February 2, 2011       QUINN EMANUEL URQUHART &
                   SULLIVAN. LLP

16

17                        By /s/ John B. Quinn

18                          John B. Quinn
                         Attorneys for Mattel, Inc., and

19                          Mattel de Mexico. S.A. de C.V.

20

21

22

23

24

25

26

27

28

# TX 11368

| | |
|---|---|
| **From:** | Samuel Wong |
| **To:** | Mercedeh Ward |
| **CC:** | Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan; Paula Treantafelles |
| **BCC:** | |
| **Sent Date:** | 2000-11-03 01:14:07:359 |
| **Received Date:** | 2000-11-03 01:14:07:437 |
| **Subject:** | RE: Bratz Design |
| **Attachments:** | |

Mercedeh,

Noted your information and appreciate for your help in trying to get the sculpture 8% larger for us.

Thanks & best regards
Samuel (11/3/00)

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Friday, November 03, 2000 12:29 AM
**To:** Samuel Wong; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan
**Subject:** RE: Bratz Design

Samuel;

Thank you for your conformation. I will not be sending armatures to HK for manufacturing and if you see all my e-mails I never alluded to do so. I asked for sculpting armatures to sculpt around. I can provide drawings and that is what HK should be waiting for.

I will talk with the sculptor as I said about the 8% and I will get back to you about that.

Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Samuel Wong
**Sent:** Thursday, November 02, 2000 1:00 AM
**To:** Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan
**Subject:** RE: Bratz Design

Mercedeh,

So far, there is no misunderstanding here. As stated in Cecilia's previous e-mail, HK can make the armatures according to the shape of the sculpture of the Bratz, this is correct and this is usually prefer by the factory. By doing so, factory can make sure the armature are fit within the sculpture and perform the function that we required before they proceed to tooling stage. Of course, HK will review the prototype and send it to LA for final approval before we let the factory to proceed toolings. The armature design is very common and widely use for the doll that need articulated functions, so it should not have any problem to handle here.

Confidential - For Attorney's Eyes Only

Right now, we have already clear about the movement of the head, arms, legs and hips. Therefore, we prefer LA just to send us the final sculpture with sketches of armatures (for ref. only) to HK and we will mock up the armature samples to fit within the doll and test it here and then send to LA for final review and approval.
Both nylon and celcon are all OK for use on armature. However, we usually use celcon for armature because it is more easy to control in molding process. We will prepare samples using celcon and nylon for your evaluation when we have test shot and you can make final decision from there.

Regarding the % of wax pattern, HK definitely need 8% larger wax pattern for tooling. If LA can only provide 6% larger size, we will enlarge the size to 8% before we go to toolings as we mentioned before that the wax material that using by LA cannot be use for toolings. Since the head is small, therefore, the loss of definition is minimal. Don't worry. (If you still worry about the loss of definition, you can make the definition of your wax pattern more sharply to overcome the loss of definition). So far, we don't have any problem on all our current doll with using 8% larger wax pattern that supply by LA.
Confirm we will use injection PVC for the shoes. The connection can be done properly.

thanks & best regards

Samuel (11/2/00)
-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Thursday, November 02, 2000 2:22 AM
**To:** Samuel Wong; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
**Subject:** RE: Bratz Design

Samuel;

Please see my comments below.

Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Samuel Wong
**Sent:** Tuesday, October 31, 2000 12:01 AM
**To:** Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
**Subject:** RE: Bratz Design

Mercedeh,

- Regarding the armature, noted LA will provide armature for us to use for tooling. Usually, we can
make armature ourselves here to fit in your sculpture, therefore, we previously advised that LA can just simply send us the sculpture and HK can make armature here in order to speed up the process and may save cost. However, if you prefer to make armature in LA, this is also welcome. Please make sure the armatures that LA provide us for tooling fit inside the patterns and fulfill your requirements. Samuel, We are having a misunderstanding here. I will not be sending armatures for you to use for tooling. I asked Cecilia to help me with sculpting armatures. I realized later that it would be easier for me to have them done here . We have to sculpt around the arm and hip joints we can not just send sculpting to you with out the proper fit of arms and legs.
What I can provide is guidance on how the armatures should be finalized for production. If you would prefer we can do the engineering drawings here. Let em know if that is what you prefer.

Confidential - For Attorney's Eyes Only

MGA HK 0009378

- noted the construction of the doll movable head will be same as the "skipper" doll. *Yes*

- noted the arms of the doll will be moved like "skipper" doll. *Yes*
Please confirm our following understanding is correct or not :
There is only armature inside the doll's arms (ie : the arms cannot bend like the legs). *The arms will not bend like the Skippers legs. The arms will have the full function of Skippers arms. Rotate fully and away from the body.*

- Noted the hip joint will be same as the "skipper" doll. Noted the sculpture that we received is a very rough sculpture. Please make sure the design on the hip joint of the final sculpture of Bratz matches with the hip joint design of the "skipper" doll. FYI : per your rough sculpture that we recevied, the hip joint right now is using the ball joint design. *The final sculpting will have two disks one in the hip and one on the leg (both legs). The disks will be place in the correct place for you to finalize you tooling from. We will not have a ball joint in our doll. After reviewing the rough wax it was agreed in LA that it was not as attractive for our purposes and the doll's hips did not provide enough space for the ball joint to work.*

- Noted the knee will be bended like the "skipper" doll. *Yes. I had suggested Nylon to be used for armature please let me know if you are using a different material for production. The knee joint is critical in function.*

- Next time, we would appreciate if LA can make all the sculptures that used for roto casting 8% larger than the actual size that LA expected. As explained by Cecilia before, the wax material that LA is using cannot go directly to tooling stage. *Would it make it easier from now on we send the final tooling of the roto head to HK. I think if we are going to produce small dolls it is critical we can work off of 6% sculpting. I feel we are going to lose to much definition if we use a 8% sculpting to start from. I will discuss with our sculptor to see if she can work with 8% for next project. We need to talk about this matter again for other projects.*
We have to duplicate another wax (using HK wax material) sculpture before we can go to tooling stage. During this duplication, there will have 2% shrinkage occur on the wax sculpture, therefore, we request LA to make all the wax sculpture 8% larger in order to overcome this 2% shrinkage, otherwise, HK has to enlarge the size of the LA wax pattern upon receipt by 2 % before we can go to tooling stage ( this will require about 7-10days leadtime). If we don't do that, we can never get the correct skin size for production. Please note. *Doing this process must have some effect on the look of the sculpture??*

- Noted the head and feet of our doll will not be in proportion.
Pls advise if the final sculpture still on schedule ( release to HK on 11/27)? Please also confirm will the armatures send out at the same time LA release the final sculpture? *As I said we will not be providing armature to HK. We are working on final sculpting to the 11/27 date.*

- Please confirm if the shoes are injection PVC or not ( we think it should be injection PVC)? *The shoes will have paint ups. We can use PVC if the connection can be done properly for the shoes (foot) to connect to the legs.*
Thanks & best regards
Samuel / Cecilia (10/31/00)
 -----Original Message-----
 **From:** Mercedeh Ward
 **Sent:** Tuesday, October 31, 2000 1:58 AM
 **To:** Cecilia Kwok; Paula Treantafelles
 **Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Samuel Wong; Judy Rich
 **Subject:** RE: Bratz Design

 Cecilia;

 Please slow down a bit. We are still defining the product and you are miles a head of use. I am going to comment on the sculpting and the doll's body at this point because I have to see the fabric swatches that were sent to you before I can make comment.

Confidential - For Attorney's Eyes Only

The doll's body:

I worked it out with the sculptor we will make our sculpting armatures here in US. I thought you misunderstood me when I asked for the armatures I was only talking about sculpting armatures and not production doll armatures. We decided to make the armatures so there are no confusion.
The doll has a movable head like the "skipper" doll.
The arms will move like the "skipper" doll.
The hip joints are just like the "skipper" doll and NOT BALL joints. The sculpting that you received is very ROUGH.
the knee will bent and the "Skipper" doll.
The head sculpting will be at the 6% up.
The head and feet of our dolls will not be in proportion to dolls that you have seen before. The Rough sculpting is correct in the foot and head size difference to the doll body.

Best Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
From: Cecilia Kwok
Sent: Monday, October 30, 2000 1:53 AM
To: Paula Treantafelles; Mercedeh Ward
Cc: Isaac Larian; Stephen Lee; Victor Lee; Franki TSANG; Disraeli Chan; Samuel WONG; Judy Rich
Subject: Bratz Design

Dear All,

HK just received the packages for the Bratz Fashion & rough wax today (10/30). Here are the photo of the fashion information & HK's comment:

Re: Doll Packs
1. Bratz Doll 1
- Fashion Fabric « File: Doll1a.JPG » « File: doll1b.JPG »
- Fashion Pattern Drawing « File: doll1fs.bmp »

Re: Bratz Doll 2
- Fashion Fabric « File: Doll2a.JPG » «« File: doll2b.JPG »
- Fashion Pattern Drawing « File: doll2fs.bmp »

Re: Bratz Doll 3
- Fashion Fabric « File: doll3a.JPG » « File: doll3b.JPG » «« File: doll3c.JPG »
- Fashion Pattern Drawing « File: doll3fs.bmp »

Re: Bratz Doll 4
- Fashion Fabric « File: doll4a.JPG » « File: doll4b.JPG »
- Fashion Pattern Drawing « File: doll4fs.bmp »

Confidential - For Attorney's Eyes Only

HK's comment :

1. Accessories such as belt, hats, head kerchief were added which did not mention in the PDF. All the vendors quoting did not include these. There will be cost impact for the accessories.

2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out as follows for your quick reference:

Doll 1 : Leopard print fuzz fabric for the shirt, Light weight dark denim w/ fine silver sparkle for the jacket, Light weight dark denim w/ coarse silver sparkle for the pants, Aqua panne velvet w. iredes cent film for the belt, Aqua & light brown vinyl snakeskin print for the hat, Vinyl lined w/ silver fabric & tricot for the backpack

Doll 2 : Hombred from gold to fushia metal mesh for the Halter top, Light gray double knit w/ silver sparkle, Gray reflective fabric (good weight) for the backpack, Dark blue reflective vinyl (light weight) for the backpack

Doll 3 : Deep periwinkle 15D tricot w. silver sparkle for the top sleeves, Iredescen denin in lighter weight for the skirt, M/C knit w/ glitter dots for the skirt trim, Lavender moire stretch velvet for the top, M/C mesh for the head kerchief

Doll 4 : Cranberry red crebe knit w/ purple glitter for the top, Oliver green stretch poly satin with texture for the pants, Crimsom velboa for the skirt trim, Multi-color stripes satin knit for the Beannie

Anyway, we will get vendors quote based on your fabric matrix. Our current quotes already over the target price USS2.75 and we need cost reduction. However, the fabric proposed are adding cost.

3. For the Doll 1's belt, a tooling for the belt buckle is required.

4. Please advise the target age grading for this item. LA provided to use some glitter dots on the fabric and are easily come off. There may be safety issues.


Re: Fashion Pack 1
- Fashion Fabric << File: fashion1.JPG >>
- Fashion Pattern Drawing << File: fashion1fs.bmp >>
HK's comment :
1. There are totally 3 fashion pack. HK only received one fashion pack design & fabric and still awaiting for the other 2.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out for your quick reference: Fuzzy novelty knit in rasberry for the halter top, Crushed panne veluet in chartreuse for the pants.


Re: Carrying Case (for Child)
- Fabric information << File: Case1.JPG >> << File: case2.JPG >> << File: case3.JPG >>
HK's comment : per separate mail, HK commented the Carrying case design and waiting for LA reply.


<< Message: Bratz Backpack design inquiry >>


Re: Hair Pack

Confidential - For Attorney's Eyes Only

MGA HK 0009381

EX 11368-0005

HK's comment : Did not receive the Hair pack. Please advise the curl size of each hair styles for getting quote. (FYI : curl hair is more expensive than straight hair)

Re: Rough Wax
HK received the rough wax body today. HK downsized the head by 6% by the computer and attached to the 1:1 body. This reflected the final size/ outlook of the wax. Enclosed is the photo for your reference: << File: waxfinalsize.jpg >>
HK's comment : The head & legs/ feet seem are not in proportion. LA please advise if this is the actual size that you expected for future production.
HK also received the reference body showing the joint & armature required. << File: MVC-003F.JPG >>
HK's comment :
1. Please confirm the type of joint request by return. << File: Joints.jpg >>
2. Per separate email, HK already commented the armature mock up request and waiting for LA reply.

Please advise.
Regards,
Cecilia

Confidential - For Attorney's Eyes Only

MGA HK 0009382

EX 11368-0006

# TX 4905NA

| From: | Paula Treantafelles |
|---|---|
| To: | Cecilia Kwok; Samuel Wong |
| CC: | Jonathan Buford; Nana Ashong; Edmond Lee |
| BCC: | |
| Sent Date: | 2001-04-25 02:17:31:919 |
| Received Date: | 2001-04-25 02:17:31:919 |
| Subject: | BRATZ knee mechanism |
| Attachments: | |

Please note that I sent to you the sample with broken knee mechanism for your reference. Isaac also insisted that I send to you a sample of Barbie for you to reference as standard for our expectations for our knee mechanism.

I know that you guys are working hard to resolve this knee mechanism in time for PS but please do not put the dolls at risk. If the mechanism is even slightly questionable... do not implement immediately into production. Please consider rolling this mechanism in as a running change....when it is perfect.

Thank you for all of your hard work. I appreciate it.

DEPOSITION
EXHIBIT
4905
1 28 08 - (JU)

MGA 0050016

Confidential - For Attorney's Eyes Only

TX 04905NA-00001

# TX 4907NA

| From: | Stephen Lee |
|---|---|
| To: | Isaac Larian |
| CC: | Paula Treantafelles; Nana Ashong |
| BCC: | |
| Sent Date: | 2001-05-08 05:06:33:781 |
| Received Date: | 2001-05-08 05:08:13:176 |
| Subject: | RE: for your review |
| Attachments: | |

Dear Isaac,

Just received the comparable packaging. Their die-cut is very sharp and there is a risk of over-cutting into the graphics of the product. The problem is Early Light left too much margin. Samuel is going to reply you in more details.

However, there is a major quality problem with Early Light on the Bratz dolls for Bandai. I doubt very much if we can meet the 5/12 ship date. The problems are mainly on aesthetics and colour off on packaging. I had a very strong discussion with Francis Choi himself and I am now leaving for the Early Light factory in China to review the status.


Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
**From: Stephen Lee**
**Sent: Monday, May 07, 2001 4:19 PM**
**To: Isaac Larian**
**Cc: Paula Treantafelles; Nana Ashong**
**Subject: RE: for your review**

Dear Isaac,

I do not want to make any comment until we receive the package in question.


Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
**From: Isaac Larian**
**Sent: Saturday, May 05, 2001 3:09 AM**

DEPOSITION
EXHIBIT
4907
1/28/08 - CB)

MGA 0047241

Confidential - For Attorney's Eyes Only

TX 04907NA-00001

To: Stephen Lee
Cc: Paula Treantafelles; Nana Ashong
Subject: FW: for your review
Importance: High

Stephen,

will have Nana send to MGA HK today, a comparable package where the die cuts we want were able to be done on the packaging to your attention, together with copy of " Winners and Losers" boards.

After you get these, please sit down with the Bratz Product manager in HK , SHOW THEM THE COMPETITION PACKAGE AS WELL AS OURS and let me know by next Thursday, why another toy company can do something but MGA people in HK say we can not do the exact same thing for MGA product!

----Original Message-----
From: Nana Ashong
Sent: Friday, May 04, 2001 12:04 PM
To: Isaac Larian
Cc: Dick Brown
Subject: for your review

Per Isaac Larian:

The present die cut on the Bratz packaging is overwhelmingly large. The original artwork sent from LA illustrated a die line with 1mm of bleed. Our examination of competitive product shows that a closer die-line (as well as sharp angle cuts) are possible for such packaging.

Please revise the die-cut of all Bratz packaging to reflect the original 1mm bleed to offer a crisper look to the final product.

Thank You,
Nana

Nana Ashong
Associate Product Manager
MGA Entertainment
nashong@mgae.com
http://www.mgae.com
318.894.2525 ext. 171
318.894.8094 FAX

Confidential - For Attorney's Eyes Only

MGA 0047242

TX 04907NA-00002

# TX 4909NA

| From: | Paula Treantafelles |
|---|---|
| To: | Cecilia Kwok; Nana Ashong |
| CC: | Samuel Wong; Franki Tsang; Victor Lee |
| BCC: | |
| Sent Date: | 2001-05-07 17:46:32:634 |
| Received Date: | 2001-05-07 17:46:32:634 |
| Subject: | RE: Bratz Pack Out 5/4 |
| Attachments: | |

I apologize for the confusion. I returned from my vacation and pulled a Barbie sample. I understand now what you are proposing for the hangtag. Please implement asap. This is a good solution to ensuring that the doll is best represented in packout.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, May 04, 2001 5:54 PM
To: Nana Ashong; Paula Treantafelles
Cc: Samuel Wong; Franki TSANG; Victor Lee
Subject: RE: Bratz Pack Out 5/4

Dear ALL,

As per telephone call with Nana, confirmed that we should not use any hang tag to fix the position of the head in order to make sure that the doll head faced to the front in the production now. LA accepted the head may move upwards/ downwards/ left or right after shipment. We will send sample with hang tag for Paula's comment. If the sample approved, the hang tag will be added in running change basis. Please confirm.

Regards,
Cecilia

-----Original Message-----
From: Nana Ashong
Sent: Saturday, May 05, 2001 7:50 AM
To: Samuel Wong
Cc: Cecilia Kwok
Subject: RE: Bratz Pack Out 5/4

Please send us a couple of samples with the hang tag. Upon receipt Paula will examine and determine approval.

Thanks Samuel.

Nana

-----Original Message-----
From: Samuel Wong
Sent: Friday, May 04, 2001 4:08 AM
To: Cecilia Kwok; Paula Treantafelles; Nana Ashong
Subject: RE: Bratz Pack Out 5/4

Confidential - For Attorney's Eyes Only



DEPOSITION
EXHIBIT
4909
1/28/08 - (AP)

MGA 0051089

TX 04909NA-00001

Paula/Nana,

Adding the hangtags can secure the head of the doll faced to the front. We are in the process of packing the doll, please advise your approval right away if this is OK with you.

thanks & best regards
Samuel (5/4/01)

----Original Message----
**From:** Cecilia Kwok
**Sent:** Friday, May 04, 2001 7:01 PM
**To:** Paula Treantafelles; Nana Ashong
**Cc:** Samuel WONG
**Subject:** Bratz Pack Out 5/4

Dear Paula/ Nana,

We found that not all the heads of the doll faced to the front after shipment. Some of them might shift/ turn to the sides. Enclosed are the photo of the samples for you review. ‹‹ File: MVC-009F.JPG ›› ‹‹ File: MVC-008F.JPG ›› ‹‹ File: MVC-007F.JPG ›› ‹‹ File: MVC-006F.JPG ›› We can add two hang tags at the back of the head like the one on the Barbie to hold the position of the head. Enclosed are the photo of the Barbie for your reference: ‹‹ File: MVC-005F.JPG ›› ‹‹ File: MVC-004F.JPG ›› ‹‹ File: HANGTAB.jpg ››

Please comment.

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

MGA 0051090

# TX 4512

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **To:** | Franki Tsang; Rachel Harris; Samuel Wong; Cecilia Kwok |
| **CC:** | Aileen Storer; Janet Lam; Nana Ashong |
| **BCC:** | |
| **Sent Date:** | 2001-05-08 00:11:26:612 |
| **Received Date:** | 2001-05-08 00:11:26:612 |
| **Subject:** | RE: Bratz Die Line |
| **Attachments:** | |

This change needs to be implemented as a running change. Do not hold shipment to make this revision.

-----Original Message-----
From: Franki Tsang
Sent: Monday, May 07, 2001 4:02 PM
To: Paula Treantafelles; Rachel Harris; Samuel Wong; Cecilia Kwok
Cc: Aileen Storer; Janet Lam; Nana Ashong
Subject: RE: Bratz Die Line

Paula,
1. Diva Stars sample received. Cecilia/Samuel will respond
2. We are packing out to fulfill urgent shipment. Per Rachel's comment, should we stop pack-out, fix the 'problem' then ship the goods or if you can accept running change.
We are not taking excuse but would find out if die-vinyl was included in the FMA.

Regards,
FT

-----Original Message-----
From: Paula Treantafelles
Sent: Tuesday, May 08, 2001 1:07 AM
To: Rachel Harris; Samuel Wong; Cecilia Kwok; Franki Tsang
Cc: Aileen Storer; Janet Lam; Nana Ashong
Subject: RE: Bratz Die Line

Nana
Can you please send a Diva Stars package for HK's reference?

Rachel
What is the status on decreasing overall size of the front panel? We need to be prepared with an answer either way during Sales line review tomorrow

-----Original Message-----
From: Rachel Harris
Sent: Friday, May 04, 2001 11:49 AM
To: Samuel Wong; Cecilia Kwok; Franki Tsang
Cc: Aileen Storer; Janet Lam; Paula Treantafelles; Nana Ashong
Subject: Bratz Die Line

Please make sure that the die on the inserts are as close as possible.

PLEASE look at the Diva Starz box and see how close they were able to cut this die. The Bratz package does not look good with the current die. We cannot have this go out in stores like it is

Thank you for your cooperation.


EXHIBIT
4512

4512-1

MGA 0051089

Confidential - For Attorney's Eyes Only

TX 04512-00001

*Rachel R. Harris*
*Creative Director*
*MGA Entertainment*
*rharris@mgae.com*
*http://www.mgae.com*
*818.894.2525 xt.134*
*818.894.8094 FAX*

Confidential - For Attorney's Eyes Only

MGA 0051070

4512-2

TX 04512-00002

# TX 4906NA

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **To:** | Paula Treantafelles; Nana Ashong |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-05-09 11:07:23:359 |
| **Received Date:** | 2001-05-09 11:09:00:871 |
| **Subject:** | RE: Sample received |
| **Attachments:** | |

Dear All,

Noted and checking with EL.

Regards,
Cecilia

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Wednesday, May 09, 2001 10:35 AM
**To:** Cecilia Kwok; Nana Ashong
**Subject:** RE: Sample received

Please reference the vinyl molded fashion that we are proposing as possible material for spring break bratz purses. Please let us know what you think.

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Tuesday, May 08, 2001 6:35 PM
**To:** Paula Treantafelles; Nana Ashong
**Subject:** Sample received

Dear Paula/ Nana,

We received a "Fashion Polly - Flowers Purse" on 5/7/01. Please advise the purpose/ usage of this sample.

Regards,
Cecilia



Confidential - For Attorney's Eyes Only

MGA 0052039

TX 04906NA-00001

# TX 11220

| From: | Paula Treantafelles |
|---|---|
| To: | Jonathan Buford; Cecilia Kwok |
| CC: | Ninette Pembleton; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan |
| BCC: | |
| Sent Date: | 2001-07-30 16:14:54:062 |
| Received Date: | 2001-07-30 16:11:02:781 |
| Subject: | RE: Bratz Vehicle - next step |
| Attachments: | |

Cecilia

Yes. This is very close the sample I would like you to reference for our convertible.

-----Original Message-----
**From:** Jonathan Buford
**Sent:** Friday, July 27, 2001 7:07 PM
**To:** Cecilia Kwok, Paula Treantafelles
**Cc:** Ninette Pembleton; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
**Subject:** RE: Bratz Vehicle - next step

Please see attached for the correct one.

<< File: barbievette.jpg >>

-Jonathan

    -----Original Message-----
    **From:** Cecilia Kwok
    **Sent:** Friday, July 27, 2001 6:12 PM
    **To:** Paula Treantafelles
    **Cc:** Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
    **Subject:** RE: Bratz Vehicle - next step

    Dear Paula,

    Enclosed is a picture for the Barbie convertible. Please advise if you are referring this one.
    << File: 67391_9993_main[1].jpeg >>
    For the sculpturing, we will wait for your further direction.
    We did not receive any update to drop the sound & light. Moreover, as there is no sound, there will be no radio for this car. Please confirm. Noted to drop the 2 channel RC.

    Regards,
    Cecilia

        -----Original Message-----
        **From:** Paula Treantafelles
        **Sent:** Saturday, July 28, 2001 8:58 AM
        **To:** Cecilia Kwok
        **Cc:** Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
        **Subject:** RE: Bratz Vehicle - next step

        Please note my comments below.

        -----Original Message-----

Confidential - For Attorney's Eyes Only

MGA 4477736

EX 11220-0001

From: Cecilia Kwok
Sent: Friday, July 27, 2001 3:04 AM
To: Paula Treantafelles
Cc: Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
Subject: Bratz Vehicle - next step

Dear Paula,

Please see my comment/ next step for the Bratz vehicle below.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, July 26, 2001 11:42 AM
To: Samuel Wong; Cecilia Kwok; Christine Dailey; Nana Ashong; Ringo Tam; Franki Tsang; Victor Lee; Yuval Caspi; 'mullenma@earthlink.net'; Sarah Chui
Cc: Ninette Pembleton; Jonathan Buford
Subject: doll comments and next steps... argh

HK and LA development-
Thank you so much for working so hard and so fast on the 2002 fall dolls. I have noted all next steps and comments to all related dolls below. Please review and respond as needed.

BRATZ convertible:
Thanks for the engineering drawings. We referenced these drawings a mocked a 3D foam core model so that visually we were able to see this design dimensionally/proportionally

Please note:
   We found that the car does not represent the thin, sleek car body design as represented in the 2D we sent you. We realized that this sleek design needed to be compromised since we intended to have 4 dolls sit within the car. Its imperative that this car looks exactly as illustrated in this 2D drawing we sent you. In this case we would like to drop the back seats of the car so that only 2 can sit within the car. We also porpose that you sit the dolls down on the ground as implemented in competitived Barbie vars. The seats are sculpted as relief on the bottom of the car. I can send you a sample of such a car if you do not have one in HK.
[Cecilia] Please advise which Barbie car you are reference and take a photo to us. We can buy a sample in HK if available in order to save the Fedex shipment charges.
[Paula] I do not have the sample available to me right now. It is the Barbie convertible. It is red and it retails in the US for 9.99.
   I would like to length the car so that it is competitive in length to our competition (18" long) Please advise what opportunity we have to incorporate enough room for a functional trunck Right now we would like you to design/cost this concept assuming a 2 channel r/c car with an incredible amount of aesthetic detail within the car (ie functional glove compartment and stick shift, etc). If we find that this cost exceeds our target than I am willing to consider a one channel r/c function.
   Please revise the engineering drawings assuming all of the above. In parallel I am going to seek a vendor that will put together proper/detailed control drawings representing different angles of all sides of the car. Jonthan mentioned in our meeting today that EL has incredible experience with replicating cars through thier development with Nascar. I am hoping that I can send to El these control drawings for their replication in 3D model form. Is this reasonable to you?

Confidential - For Attorney's Eyes Only

MGA 4477737

EX 11220-0002

The wheels look too small when compared proporationally to the rest of the car

*[Cecilia]* Noted in parallel LA will seek a vendor to do control drawings to show different view angles for HK to do the sculpture for the car. Please advise when will these drawings available to send to HK for review & follow up.

*[Paula]* I just spoke with this vendor today. I am waiting for his quote on cost and time. I will advbise next week

*[Cecilia]* Paula, as per last email on 7/20, the prelim quote based on 16" long without RC or radio was US$10.65/pc (without transportation & master carton since we did not have the master packing information) which greatly over our target cost. If we added the length & other function like the 2 channel RC, great amount of aesthetic detail, the cost will be higher. Please advise if there any change for the target cost (US$7.50). We don't want to waste time on keep on increase the features & costs and go back to have the cost reduction since we already over the target a lot.

*[Paula]* There is no change to the target cost. We can delete the 2 channel RC. Lets discuss how to further cost reduce so that we support cost within reason. Please note that we droped lights and sounds. Did you know this? Aesthetic sculpted details are very important to this concept.

Confidential - For Attorney's Eyes Only

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **To:** | Cecilia Kwok |
| **CC:** | Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; PK Ting |
| **BCC:** | |
| **Sent Date:** | 2001-07-30 16:34:01:390 |
| **Received Date:** | 2001-07-30 16:30:10:000 |
| **Subject:** | RE: Bratz Vehicle - next step |
| **Attachments:** | |

Cecilia
This photo does not represent the convertible I would like you to reference. The photo sent in your later email is correct.

Please note that I would like to see a deatiled BOM so that I can confirm whether or not I would like to drop sound in addition to radio. I know that cost is going to be extremely tight so please note that I will be willing to drop sound to ensure that the car looks and functions well. Please also note that it will still be extrenely important that we include all aesthetic detail to car especially since we dropped radio and we may drop sounds.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, July 27, 2001 6:28 PM
To: Paula Treantafelles
Cc: Ninette Pembleton, Jonathan Buford, Samuel Wong, Christine Dailey, Nana Ashong, PK Ting
Subject: RE: Bratz Vehicle - next step

Paula,

Please advise if you are referring this one. Moreover, for the radio, if we drop the sound, but not the radio, we can not save the electronic components such as speaker. Please advise.

Regards,
Cecilia
<< OLE Object: Picture (Device Independent Bitmap) >>

-----Original Message-----
From: Paula Treantafelles
Sent: Saturday, July 28, 2001 9:18 AM
To: Cecilia Kwok
Cc: Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
Subject: RE: Bratz Vehicle - next step

I can not open the attached.

I am willing to consider dropping the radio,. How much will this save us?

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, July 27, 2001 6:12 PM
To: Paula Treantafelles

Confidential - For Attorney's Eyes Only

Cc: Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
Subject: RE: Bratz Vehicle - next step

Dear Paula,

Enclosed is a picture for the Barbie convertible. Please advise if you are referring this one.
<< File: 67391_9993_main[1].jpeg >>
For the sculpturing, we will wait for your further direction.
We did not receive any update to drop the sound & light. Moreover, as there is no sound, there will be no radio for this car. Please confirm. Noted to drop the 2 channel RC.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Saturday, July 28, 2001 8:58 AM
To: Cecilia Kwok
Cc: Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
Subject: RE: Bratz Vehicle - next step

Please note my comments below.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, July 27, 2001 3:04 AM
To: Paula Treantafelles
Cc: Ninette Pembleton; Jonathan Buford; Samuel Wong; Christine Dailey; Nana Ashong; Disraeli Chan
Subject: Bratz Vehicle - next step

Dear Paula,

Please see my comment/ next step for the Bratz vehicle below.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Thursday, July 26, 2001 11:42 AM
To: Samuel Wong; Cecilia Kwok; Christine Dailey; Nana Ashong; Ringo Tam; Franki Tsang; Victor Lee; Yuval Caspi; 'mullenma@earthlink.net'; Sarah Chui
Cc: Ninette Pembleton; Jonathan Buford
Subject: doll comments and next steps... argh

**HK and LA development-**
Thank you so much for working so hard and so fast on the 2002 fall dolls. I have noted all next steps and comments to all related dolls below. Please review and respond as needed.

**BRATZ convertible:**
Thanks for the engineering drawings. We referenced these drawings a mocked a 3D foam core model so that visually we were able to see this design dimensionally/proportionally

**Please note:**
We found that the car does not represent the thin, sleek car body design as represented in the 2D we sent you. We realized that this sleek design needed to be compromised since we

Confidential - For Attorney's Eyes Only

MGA 4477740

EX 11220-0005

intended to have 4 dolls sit within the car. Its imperative that this car looks exactly as illustrated in this 2D drawing we sent you. In this case we would like to drop the back seats of the car so that only 2 can sit within the car. We also porpose that you sit the dolls down on the ground as implemented in competitived Barbie vars. The seats are sculpted as relief on the bottom of the car. I can send you a sample of such a car if you do not have one in HK.

[Cecilia] Please advise which Barbie car you are reference and take a photo to us. We can buy a sample in HK if available in order to save the Fedex shipment charges.

[Paula] I do not have the sample available to me right now. It is the Barbie convertible. It is red and it retails in the US for 9.99.

I would like to length the car so that it is competitive in length to our competition (18" long) Please advise what opportunity we have to incorporate enough room for a functional trunck. Right now we would like you to design/cost this concept assuming a 2 channel r/c car with an incredible amount of aesthetic detail within the car (ie functional glove compartment and stick shift, etc). If we find that this cost exceeds our target than I am willing to consider a one channel r/c function.

Please revise the engineering drawings assuming all of the above. In parallel I am going to seek a vendor that will put together proper/detailed control drawings representing different angles of all sides of the car. Jonthan mentioned in our meeting today that EL has incredible experience with replicating cars through thier development with Nascar. I am hoping that I can send to El these control drawings for their replication in 3D model form. Is this reasonable to you?

The wheels look too small when compared proporcitionally to the rest of the car

[Cecilia] Noted in parallel LA will seek a vendor to do control drawings to show different view angles for HK to do the sculpture for the car. Please advise when will these drawings available to send to HK for review & follow up.

[Paula] I just spoke with this vendor today. I am waiting for his quote on cost and time. I will advbise next week

[Cecilia] Paula, as per last email on 7/20, the prelim quote based on 16" long without RC or radio was US$10.65/pc (without transportation & master carton since we did not have the master packing information) which greatly over our target cost. If we added the length & other function like the 2 channel RC, great amount of aesthetic detail, the cost will be higher. Please advise if there any change for the target cost (US$7.50). We don't want to waste time on keep on increase the features & costs and go back to have the cost reduction since we already over the target a lot.

[Paula] There is no change to the target cost. We can delete the 2 channel RC. Lets discuss how to further cost reduce so that we support cost within reason. Please note that we droped lights and sounds. Did you know this? Aesthetic sculpted details are very important to this concept.

Confidential - For Attorney's Eyes Only

# TX 21283

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | Franki Tsang |
| **CC:** | Stephen Lee; Victor Lee; Samuel Wong; Miles Ho; Christine Dailey; Ninette Pembleton; Sarah Chui; Didi Brown; Jonathan Buford |
| **BCC:** | |
| **Sent Date:** | 2001-08-19 02:07:19:078 |
| **Received Date:** | 2001-08-19 02:07:19:078 |
| **Subject:** | RE: 2002 LINE update |
| **Attachments:** | |

see below

-----Original Message-----
**From:** Franki Tsang
**Sent:** Friday, August 17, 2001 8:49 PM
**To:** Isaac Larian
**Cc:** Stephen Lee; Victor Lee; Samuel Wong; Miles Ho; Christine Dailey; Ninette Pembleton; Sarah Chui
**Subject:** FW: 2002 LINE update

**Isaac's Q&A dated 8/17/01**

**Star angel : I have not seen anything on these (designs etc.) Please update.**
[Samuel] Earlylight and Harbour Ring refuse to do it due to this item is at high risk becasue of safety concern. Jetta is studying whether they have the confidence to overcome the safety issue or hot, will have final decision on next Tuesday. If no factories to support, we have to advise Isaac to drop this item or reconsider the concept.
*[Isaac Larian]*

FRANKIE: TREND MASTERS IS MAKING THE OLD GALOOB SKY ANGELS THIS YEAR. WHO IS MAKING IT FOR THEM? WS?

**Bratz Fall 2002: What is the status of each item? Look at Barbie Teresa doll where you can twist the hair and change hair color (I bought one sample). Does Mattel have patent on the flexible waist?**
[Samuel]
Bratz Fall 2002 include :
**doll pack** - waiting for direction and information from LA.
**fashion pack** - waiting for direction and information from LA.
**theme doll pack** - waiting for direction and information from LA.
*[Isaac Larian]*

PAULA: WHAT IS HAPPENING WITH ABOVE?
**r/c car** - 8/14 sent engineering drawings to show LA the minimum size required for making this r/c car to accommodate two bratz doll. Now, we are waiting for LA to give us final design for proceed the working mock up based on our size mentioned in our sent engineering drawings.
Regarding Isaac's mentioned twist the hair sample, LA advise they will send sample to HK for study as we had shopped TRU several times before but couldn't find that sample.

[FT] Barbie Teresa Doll - Please sned over the sample for reference. Flexible Waist Patent - please find out at your end.

ROR: Need to be more than a on trick item to be viable. What idea do we have to expand this?
[Samuel] We have added in a trick as per Isaac's suggestion in HK. The dog will not only roll over but the ear will lift up and down when walking and we are trying to make the ear hold position for a while. The sample is

Confidential - For Attorney's Eyes Only

TX 21283-00001

ready for review by 8/22.
[FT] HK art designer is getting to work out a hexagonal packaging with plastic end-caps and plastic handle. This basically can retain the roll-over theme and good for stacking.
Ride-On-Pony: How is it coming?
We should see a walking horse before 8/30.

Mother Goose: What is she going to read? What is the design?
LA had commented on our first sample submission. Chasing LA to sign off prototype cost USD 2,000 so that we can proceed working prototype (advised LA that leadtime need 5 weeks).
[FT] Kmark is one of our potential vendors to quote this item whom offers this special prototype development cost. Please approve by return. We should be able to hit the time and support the October Show. As you said, time is the turning point of making a success. LA will support the sound script and most likely, we are going to adopt a Sonix chip.
[Isaac Larian]

DENA: PLEASE ADVISE.
Horse and foal
[Samuel] We are taking the walking feature as per the ref. sample that Qualidux did. We will have quotation to advise LA base on our proposed horse size (the size we proposed is a bit bigger than LA wants, therefore, LA wants us to give them the quotation on the product cost first based on our size before proceed working mock up). Working mock up cost was quoted to LA USD 2,000. Waiting for GO signal . Functions will be same as what Isaac anticipates, however, we need to buy a ref. sample to see how big difference between our Qualidux sample vs Isaac's suggested sample on the walking feature.

[FT] Please send over the Trendmasters sample to save time since HK does the development.
[Isaac Larian]

WILL SEND TUESDAY.
R/C motor scooter doll
[Samuel] We are preparing engineering drawings to include the 360-degree spin action and the head tilts up per Isaac's request. Those drawings will be ready to send to LA for final review and confirmation by 8/24 before proceeding the working mock up.

Mommy/Palm puppy surprise: I have not seen any designs.
[Samuel] Jetta and Earlylight are working on the cost right now. We expect to get the quotation for examination before 8/24.

Bow wow buddy 2002: Surprising Bow Wow is selling well this year! Have we done anything to design the new one? What?
[Samuel] Both Earlylight and Jetta quoted. The cost is around USD 14.60. We are requesting Jetta and Earlylight to provide supporting drawings within next week. We need to review the mechainal designs before proceeding working sample. Will keep LA posted of the progress.

Monkey see and Monkey do: Where are we with adding VST voice recognition into it? The packaging needs major redo for 2002.
[Samuel] We are preparing a prelim. prototype making use of our current monkey and linked with VST, voice recognition to review. The sample will be ready for review on or before 9/13.
[FT] HK design have been proactively addressed vs the packaging refreshing. One production sample is on way to Rachel for new product shoot. The pack-out method proposed by HK has been acknowledged. LA should be able to update you on this.

Recordable 12" prayer angel: When can I see design and spec?
[Samuel] We have done a working mock up and enlarged the size of the current prayer angel based on the existing pattern. This refreshed sample will be sent to LA for review around 8/23. The actual pattern will be sent to HK from LA on 8/24. Accordingly, we will mock up a new sample for LA final review and approval. Will ask factory to Quote when the final sample is ready.
[FT] We will recommend the packaging dimension as well.

Recordable 12" prayer bear
[Samuel] Same situation as recordable prayer angel for the quotation. Working sample will not be done until

Confidential - For Attorney's Eyes Only

MGA 4002041

TX 21283-00002

we get the pattern from LA.

**Preschool Items: Chatter Phone, Wheelz, Mommy's Purse - Where is our designs?**
[FT] Mommy's Purse mock ups have been done and sent to Dena. Right now, we are making revision on a couple accessories and working prototype per LA request. Isaac just approved the JOS on 8/17 for mock up development on Wheelz and Chatter Phone.

**CD Dance Diva: Who is doing the music?**
[FT] Based on JOS approval on 8/17, Hot Shot starts the working prototype development. LA has to provide the sound files for OTP development.
*[Isaac Larian]*

WHAT IS APX COST?

**Make Your Own Music: Design? Spec.? Development?**
[FT] HK received preliminary product designs from Yuval on 8/14-15 and will comment. At this stage, HK doesn't get a clue to initiate this technically. We will elaborate with Jonathan/Chris for counter-measures.

**Body Jewelry and Tattoo: Design? Doability?**
[FT] HK design follows the lighted paper-power concept to create designs. Jonathan has been dealing with Paper-Power for details vs our design concepts.

**Secret Safe: Who is doing the design? Look at Wild Planet safe as reference.**
[FT] HK will submit counter designs around 8/24.

**Candy/Gum Maker and Chocolate Maker: Status of Designs**
[FT] Expecting LA's input.

**Army Man Recon Rover: Status on Package**
[FT] Based on LA's proposed rocky/terrain plaform design, we are trying to transform this concept by making use of recycled cardboard paper for forming the shape which we believe to be a economical and better way than PVC forming with spraying. We expect to get counter samples for evaluation before 8/30.
Tooling has been kept at our mold maker's premises. We are going to do test shots next week and check out the mold condition. Need your approval to grant Supersonics this project at $8.60 flat subject to the cost impact of the new packaging design in order that we can move forward.

**Mrs. Fileds New Packaging**
[FT] Per Rachel, LA will be able to finalize on 8/21 and send copy over to HK for proofing and UL approval.

**Rock Buddies: Where is the package? How did we fix Graffiti?**
[FT] EL and MGA-PD are not in favor of the 'chained rock' packaging design proposed by LA due to potential problems in transit/drop, color migration and difficulty for try-me. HK has recommended a couple packaging options for LA to consider. We need to finalize in order that we can log-in the $4.40/4.48 cost currently based on regular packaging. SW program and tooling is WIP.

**CannonBots: I like to see design and spec.**
[FT] Preliminary design done on 8/17 from HK but need slight revision. Will submit on 8/20.

**ConstructoBot: I like to see a design and definition.**
[FT] Awaiting product design from LA. Expecting 8/24.
**R/C Camera: I like to see design and spec.**
[FT] Still under review vs design and spec. LA wants to have a 3D optic concept that we would need to elaborate and as well, HK is looking for chip solution.

Hoping that this will get you back into the picture.

Best regards,
FT

Confidential - For Attorney's Eyes Only

MGA 4002042

TX 21283-00003

# TX 20656

| | |
|---|---|
| **From:** | Cecilia Kwok |
| **To:** | Paula Treantafelles |
| **CC:** | Isaac Larian; Samuel WONG; Franki TSANG |
| **BCC:** | |
| **Sent Date:** | 2001-08-25 05:17:58:203 |
| **Received Date:** | 2001-08-25 05:23:44:281 |
| **Subject:** | Barbie Teresa vs Our proposal on Hair Changing |
| **Attachments:** | MVC-083F.JPG , OURS.jpg , hair1.jpg , COMPARMACHISM.jpg , COMPAR.jpg |

Dear Paula,

Rec'd the Barbie Teresa with twisted hair color sample yesterday (8/24). We found that the Barbie Teresa 's concept was similar to the hair cap we developed for the hair changing few months ago. The main different is the Barbie Teresa's hair cap was NOT removable but our developed hair cap was removable. Enclosed is the photo of our developed sample for your quick reference:
- Before plug in the hair cap
- After plug in the hair cap without hair and with hair

Our previous concern was the line/gap between the head & the hair cap and the trim between the hair cap edge & the rooted hair. The tested mold was requested. However, the JOS for the tested mold was not approved. Our development was on hold and waited for this twisted Barbie sample.

The Barbie sample also have the line/gap between the head & the hair cap and the trim between the hair cap & the rooted hair. Barbie covered these by hair only. We already suggested to cover up all these line/gap/trim by hair and needed to chancellage your vendor on these hair styles.
Enclosed is the comparison photo for your reference.

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

MGA 0022237

TX 20656-00001



Confidential - For Attorney's Eyes Only

MGA 0022238

TX 20656-00002



Confidential - For Attorney's Eyes Only

MGA 0022239

TX 20656-00003



Confidential - For Attorney's Eyes Only

MGA 0022240

TX 20656-00004



Confidential - For Attorney's Eyes Only

MGA 0022241

TX 20656-00005



Confidential - For Attorney's Eyes Only

MGA 0022242

TX 20656-00006

# TX 1319

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | Paula Treantafelles; Carter Bryant |
| **CC:** | Christine Dailey |
| **BCC:** | |
| **Sent Date:** | 2001-09-08 22:47:44:890 |
| **Received Date:** | 2001-09-08 22:47:44:890 |
| **Subject:** | Amazon.com Toys - Brands - Barbie |
| **Attachments:** | Amazon.com Toys - Brands - Barbie.htm |

Don't Bratz need their own house and hotel and clubs to hang out in?! Look at what are the three top sellers for Barbie.

Also, they FOR SURE need 4 handsome boyfriends . I like to see those for Fall 2002. Please add them to top line. I believe both boys and girls will play with them.



Confidential - For Attorney's Eyes Only

MGA 0143681

TX 01319-00001



Toys > **Brands** > **Barbie**

This is one of your
Toys Favorites

### Browse Barbie

**Your Favorites**

- Barbie Dolls
- Doll Accessories
- Kelly, Krissy & Friends

**More Categories**

- Barbie Collectibles
- Books
- Doll Fashions
- Dollhouses & Accessories
- Friends of Barbie
- Generation Girls
- Ken & Friends
- Pets
- Playsets
- Stacie, Skipper & Friends
- Wizards of Oz

### Browse Barbie Gear

- Bikes, Ride-Ons, Skates & More
- Crafts & Activities
- Dress-Up
- Electronics
- School Supplies
- Slumber Bags
- Vehicles
- Video Games

### In the Spotlight

**Our Top Sellers**
**Updated Daily**

1. Barbie Switchboard
   Our Price: $24.99

2. Barbie Grand Hotel
   Our Price: $129.99

3. Barbie Dance with Me Talking Boom Box
   Our Price: $29.99

4. Barbie Dream House
   Our Price: $99.99

5. Super Gymnast Barbie Doll
   Our Price: $12.97
   You Save: $12.02 (48%)

☐ More top sellers

**New! Jam 'n Glam**
**Barbie Jam & Glam Tour Bus**

**Product Description**
Barbie and her friends Christie and Teresa are on a rock & roll tour in their Jam 'n' Glam tour bus, and they are certainly doing it in style. This purple-and-pink tour bus features a foldout stage (complete with stage lights and disco balls) and sound system (in case the venue falls through),... Read more
Our Price: $54.99

☐ See more Jam 'n Glam

Confidential - For Attorney's Eyes Only

MGA 0143682



*Bedtime Baby Barbie & Krissy*
by Mattel
**Our Price:** $15.99

*Barbie Multi-Size Inline Skates (Small 10/11/12)*
by Brookfield
**Our Price:** $24.99

*Barbie 1-2-3 Roller Skates*
by Fisher-Price
**Our Price:** $14.99

*Barbie Take-A-Long Case*
by Tara Toys
**Our Price:** $19.99

## Barbie Dollhouses
### Barbie Rock 'n Roll Radio House
**Editorial Review**
Little girls will find this cleverly designed Barbie house hard to resist, especially the "transforming" action from retro radio to modern efficiency apartment. The house starts out as an oblong, pale yellow FM radio with wavy lime green panels on each side and pink control knobs and handle. (Three... Read more
**Our Price:** $34.99

☐ See more Barbie Dollhouses

## Harley Barbie
### Harley Davidson Barbie #5
**Editorial Review**
With her long coppery hair and the colorful flames on her sleek riding outfit, this Harley-Davidson Barbie makes motorcycle cruising glamorous. Emblazoned with yellow and orange flames on the legs, the black faux-leather pants sport a tan leather belt with a large Harley-Davidson belt buckle. The... Read more

## Barbie Collectibles



*Tales of the Arabian Nights Barbie and Ken*
by Mattel
**Our Price:** $99.99

*40th Anniversary Ken Doll*
by Mattel
**Our Price:** $39.99

☐ See more Barbie Collectibles

## Bikes, Ride-Ons & Skates



*Scooter Wheels 2 Pack With Grips: Barbie Pink*
by SI Scooterworks
**List Price:** $14.99
**Our Price:** $9.98
**You Save:** $5.01 (33%)

*16" Barbie 2000 Bicycle*
by Rand International

**Our Price:** $89.99

☐ See more Barbie wheels



It all started when Ruth Handler noticed her daughter Barbara playing with paper dolls and imagining them in grown-up roles. Realizing that dolls on the market at the time were all baby dolls, Ruth saw a need for a doll that would inspire little girls to think about what they wanted to be when they grew up. Thus the idea for Barbie doll, the teenage fashion model, was born. Ruth named the doll Barbie, after her daughter--and the rest is history.

Confidential - For Attorney's Eyes Only

MGA 0143883

**Our Price: $69.99**

☐ See more Harley Barbie

**Wizard of OZ**

   

*Kelly as Lullaby Munchkin*
by Mattel

*Tommy as Mayor Munchkin*
by Mattel

└ See more Wizard of OZ

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password? Click here.
• Redeem or buy a gift certificate.
• Visit our Help department.

Search   | Toys & Games ▾ |   for   |          |   | : |

**Your Recent History**
Learn More

**Recently Viewed Products**
☐ *Intercultural Education and Literacy* by Sheila Aikman

**Recently Viewed Categories**
☐ Toys > Categories > Dolls
☐ Toys

**Recent Searches**
☐ In toys: Barbie

☐**Visit the Page You Made**

Text Only                                                                      Top of Page

Toysrus.com  | Toy Finder  | Age Ranges  | Browse Brands  | Browse Categories
Top Sellers  | Learning Toys  | Toys Outlet

Amazon.com Home  |  Directory of All Stores

Our International Sites: United Kingdom  |  Germany  |  Japan  |  France

Help  |  Shopping Cart  |  Your Account  |  Sell Items  |  1-Click Settings

About Amazon.com  |  Join Our Staff

Confidential - For Attorney's Eyes Only

MGA 0143684

TX 01319-00004



Conditions of Use | Privacy Notice © 1996-2001, Amazon.com, Inc. or its affiliates

Confidential - For Attorney's Eyes Only

MGA 0143685

TX 01319-00005

# TX 11179

| | |
|---|---|
| **From:** | Elly Shinohara |
| **To:** | Paula Treantafelles |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-09-12 17:12:58:000 |
| **Received Date:** | 2001-09-12 17:13:54:718 |
| **Subject:** | RE: BRATZ convertible and big head |
| **Attachments:** | |

Just a few quick questions re: the Bratz big head:

1) On both of the Barbie samples that you gave us, the head portion is approx. 50% of the entire piece, and the bust comprises the other 50%. On the Bratz character, her head is much larger (thus, her neck appears much skinnier). Should the proportion of the head to bust be 75%/ 25% instead? Does a rough schematic exist that shows the proportion of head to bust (or a measurement of how many inches her head should be (head to chin) and how many inches her neck and bust should be)? Is there are rough sketch of how we should sculpt the bust area? What should the Bratz character be wearing? Barbie is wearing a strapless bustier type top in the 8" sample and 10" sample shows her in another strapless garment—but the garment sits off the shoulder.

Also, is there additional character art that you can send us—it would help with the sculpting process.

~Elly

-----Original Message-----
From: Paula Treantafelles [mailto:PTreantafelles@mgae.com]
Sent: Thursday, September 06, 2001 12:33 PM
To: 'Elly Shinohara'
Cc: Yuval Caspi
Subject: RE: BRATZ convertible and big head

Elly

Thanks for your response. Please see my comments below

-----Original Message-----
From: Elly Shinohara [mailto:es.gentlegiant@usa.net]
Sent: Thursday, September 06, 2001 12:13 PM
To: Paula Treantafelles
Subject: RE: BRATZ convertible and big head

Confidential - For Attorney's Eyes Only

Hi Paula! It was so nice meeting you yesterday. We look forward to working
with you! I am working with Christina Rivera (our VP of Studio
Operations) on the quote. Hopefully she will be able to get it out today.
If not, I would hope that you would receive it (at latest) by tomorrow AM).
I did find out one thing that might be a potential problem. Apparently
(before you or I were even at MGA and Gentle Giant), we did some work for
MGA and they declared bankruptcy, and we only got a percentage of the money
that we were owed. So unfortunately, the payment terms are 50% upfront and
50% upon completion of the project (before any final tooling masters,
paintmasters are released). I hope this won't be a problem. I just wanted
to bring it to your attention ASAP.
PAULA: OH MY GOSH. I AM SO SORRY. THIS WAS BEFORE MY TIME. THINGS ARE
DIFFERENT NOW. WE ARE FINACILLY SOUND. I AM GRETFUL THAT GG IS STILL
WILLING TO WORK WITH US. I APPRECIATE I VERY MUCH.

Also, just a quick question on sizes:

1) The Bratz "Big Head" should be somewhere in between the 2 Barbie samples
you left. The large barbie is 12"tall and the small one is 8" tall. So is
it safe to assume that we should make the Bratz big head 10" ??
PAULA: AT THIS POINT I THINK 10" IS PERFECT. WE HAVE THE OPPORTUNITY TO
REDUC DOWN IN SIZE AT WORSE CASE SCENARIO.. RIGHT?
2) Just wanted to confirm that you want the Bratz convertible to be 18" long
( I remember that you said that it was conceptualized at 20" to fit all 4
girls, but that 20" was TOO BIG).
PAULA: YES. 18" LONG IS CORRECT. THE DRAWINGS THAT YUVAL WILL SEND TO YOU
ARE INCORRECT SINCE THEY WERE CONCEPTED AT 20". ALSO THE DRAWINGS HE IS
GOING TO SEND TO YOU ARE INCORRECT FOR FRONT AND BACK OF CAR. ARGH! DO YOU
REMEMBER WHEN I SPOKE ABOUT HOW MY ORIGINAL VENDOR CONTINUALLY CHANGED THE
DEISGNS? THESE ARE PLACES WHERE THE DESIGNS WERE MOST AFFECTED. I NEED CR
TO LOOK LIKE THE PROFILES DRAIWNGS AND COLOR B-SHEET WE GAVE YOU YESTERDAY.
I HOP THAT THESE DRAWINGS HE SENDS TO YOU ARE USEFUL AT ALL.

I think that's it. Please either send me an email or give me a ring to
discuss your thoughts on the car (ie, let me know what level of detail you
are envisioning and we can make sure to proceed accordingly!)
LET ME KNOW WHEN I CAN CALL YOU.. MAYBE TOMORROW SO WE CAN TALK THROUGH ALL
OF THE DETAILS AND EXPECTATIONS I HAVE FOR THE DESIGN OF THE CAR

WILL YOU RESPOND TO THE MILESTONES INFORMATION NOTED BELOW IN THE QUOTE YOU
WILL SEND TO ME?

Thanks,
Elly Shinohara
Client Services Manager
Gentle Giant Studios, Inc.
7511 N. San Fernando Road
Burbank, CA 91505
818-504-3555
Fax: 818-504-3554

Confidential - For Attorney's Eyes Only

-----Original Message-----
From: Paula Treantafelles [mailto:PTreantafelles@mgae.com]
Sent: Thursday, September 06, 2001 11:10 AM
To: 'es.gentlegiant@usa.net'
Cc: Yuval Caspi; Ami Shapiro; Ninette Pembleton; Cecilia Kwok
Subject: BRATZ convertible and big head


Hi!

Thanks so so much for your time yesterday.  We are so excited to begin
working with your team.

As promised these are some of the upcoming target milestones for convertible
and BRATZ big head:
In house sales presentation     9/20 I am hoping at least to present tight
2D color perspective drawings

HKTF                   10/4 I need to present something 3D and
beautiful (not necessarily functioning) at this point.
Maybe it needs to be foam model

Walmart 2002 presentation     10/18 I hope to have SLA painted model by
this point.  From this meeting on we have all of the
major retailer presentations so I am hoping I can reuse and reuse this
sample.  There is a chance                     I made to eventually
duplicate another sample in cases where we have concurring presentations.

Final Release of Pro-E files to HK     11/15

Please send asap your quote so that I can get it approved immediately.  In a
separate email Yuval will send to you the missing convertible files we owe
you.

Confidential - For Attorney's Eyes Only

MGA 0025285

EX 11179-0003

| **From:** | Elly Shinohara |
| **To:** | Paula Treantafelles |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-09-12 23:19:35:000 |
| **Received Date:** | 2001-09-12 23:20:42:421 |
| **Subject:** | RE: BRATZ convertible and big head |
| **Attachments:** | barbie.jpg |

Here's the jpeg of Barbie. Please give me a call to discuss.

-----Original Message-----
From: Paula Treantafelles [mailto:PTreantafelles@mgae.com]
Sent: Wednesday, September 12, 2001 3:50 PM
To: 'Elly Shinohara'
Subject: RE: BRATZ convertible and big head


Elly
Please note that the Big Head quote was approved and we will get you a check
for 50% of this quote by Friday. I hope this is ok. I am trying to push
for faster but you know how systems work. Argh.

I will call you about the questions you note in your below.

-----Original Message-----
From: Elly Shinohara [mailto:es.gentlegiant@usa.net]
Sent: Wednesday, September 12, 2001 10:13 AM
To: Paula Treantafelles
Subject: RE: BRATZ convertible and big head


Just a few quick questions re: the Bratz big head:

1) On both of the Barbie samples that you gave us, the head portion is
approx. 50% of the entire piece, and the bust comprises the other 50%. On
the Bratz character, her head is much larger (thus, her neck appears much
skinnier). Should the proportion of the head to bust be 75%/ 25% instead?
Does a rough schematic exist that shows the proportion of head to bust (or a
measurement of how many inches her head should be (head to chin) and how
many inches her neck and bust should be)? Is there are rough sketch of how
we should sculpt the bust area? What should the Bratz character be wearing?
Barbie is wearing a strapless bustier type top in the 8" sample and 10"
sample shows her in another strapless garment—but the garment sits off the
shoulder.

Also, is there additional character art that you can send us—it would help

Confidential - For Attorney's Eyes Only

with the sculpting process.

~Elly

-----Original Message-----
From: Paula Treantafelles [mailto:PTreantafelles@mgae.com]
Sent: Thursday, September 06, 2001 12:33 PM
To: 'Elly Shinohara'
Cc: Yuval Caspi
Subject: RE: BRATZ convertible and big head


Elly

Thanks for your response.  Please see my comments below

-----Original Message-----
From: Elly Shinohara [mailto:es.gentlegiant@usa.net]
Sent: Thursday, September 06, 2001 12:13 PM
To: Paula Treantafelles
Subject: RE: BRATZ convertible and big head


Hi Paula!  It was so nice meeting you yesterday.  We look forward to working
with you!   I am working with Christina Rivera (our VP of Studio
Operations) on the quote.  Hopefully she will be able to get it out today.
If not, I would hope that you would receive it (at latest) by tomorrow AM).
I did find out one thing that might be a potential problem.  Apparently
(before you or I were even at MGA and Gentle Giant), we did some work for
MGA and they declared bankruptcy, and we only got a percentage of the money
that we were owed.  So unfortunately, the payment terms are 50% upfront and
50% upon completion of the project (before any final tooling masters,
paintmasters are released).  I hope this won't be a problem.  I just wanted
to bring it to your attention ASAP.
PAULA: OH MY GOSH. I AM SO SORRY. THIS WAS BEFORE MY TIME.  THINGS ARE
DIFFERENT NOW.  WE ARE FINACILLY SOUND.  I AM GRETFUL THAT GG IS STILL
WILLING TO WORK WITH US.  I APPRECIATE I VERY MUCH.

Also, just a quick question on sizes:

1) The Bratz "Big Head" should be somewhere in between the 2 Barbie samples
you left.  The large barbie is 12"tall and the small one is 8" tall.  So is
it safe to assume that we should make the Bratz big head 10" ??
PAULA: AT THIS POINT I THINK 10" IS PERFECT.  WE HAVE THE OPPORTUNITY TO
REDUC DOWN IN SIZE AT WORSE CASE SCENARIO.. RIGHT?
2) Just wanted to confirm that you want the Bratz convertible to be 18" long
( I remember that you said that it was conceptualized at 20" to fit all 4
girls, but that 20" was TOO BIG).
PAULA: YES.  18" LONG IS CORRECT.  THE DRAWINGS THAT YUVAL WILL SEND TO YOU
ARE INCORRECT SINCE THEY WERE CONCEPTED AT 20".  ALSO THE DRAWINGS HE IS

Confidential - For Attorney's Eyes Only

GOING TO SEND TO YOU ARE INCORRECT FOR FRONT AND BACK OF CAR.  ARGH!  DO YOU
REMEMBER WHEN WE SPOKE ABOUT HOW MY ORIGINAL VENDOR CONTINUALLY CHANGED THE
DEISGNS?  THESE ARE PLACES WHERE THE DESIGNS WERE MOST AFFECTED.  I NEED CR
TO LOOK LIKE THE PROFILES DRAIWNGS AND COLOR B-SHEET WE GAVE YOU YESTERDAY.
I HOP THAT THESE DRAWINGS HE SENDS TO YOU ARE USEFUL AT ALL.

I think that's it.  Please either send me an email or give me a ring to
discuss your thoughts on the car (ie, let me know what level of detail you
are envisioning and we can make sure to proceed accordingly!)
LET ME KNOW WHEN I CAN CALL YOU.. MAYBE TOMORROW SO WE CAN TALK THROUGH ALL
OF THE DETAILS AND EXPECTATIONS I HAVE FOR THE DESIGN OF THE CAR

WILL YOU RESPOND TO THE MILESTONES INFORMATION NOTED BELOW IN THE QUOTE YOU
WILL SEND TO ME?

Thanks,
Elly Shinohara
Client Services Manager
Gentle Giant Studios, Inc.
7511 N. San Fernando Road
Burbank, CA  91505
818-504-3555
Fax: 818-504-3554

-----Original Message-----
From: Paula Treantafelles [mailto:PTreantafelles@mgae.com]
Sent: Thursday, September 06, 2001 11:10 AM
To: 'es.gentlegiant@usa.net'
Cc: Yuval Caspi; Ami Shapiro; Ninette Pembleton; Cecilia Kwok
Subject: BRATZ convertible and big head

Hi!

Thanks so so much for your time yesterday.  We are so excited to begin
working with your team.

As promised these are some of the upcoming target milestones for convertible
and BRATZ big head:
In house sales presentation    9/20 I am hoping at least to present tight
2D color perspective drawings

HKTF                    10/4 I need to present something 3D and
beautiful (not necessarily functioning) at this point.
Maybe It needs to be foam model

Walmart 2002 presentation      10/18 I hope to have SLA painted model by
this point.  From this meeting on we have all of the
major retailer presentations so I am hoping I can reuse and reuse this
sample.  There is a chance                    I made to eventually

Confidential - For Attorney's Eyes Only

duplicate another sample in cases where we have concurring presentations.

Final Release of Pro-E files to HK     11/15

Please send asap your quote so that I can get it approved immediately.  In a separate email Yuval will send to you the missing convertible files we owe you.

Confidential - For Attorney's Eyes Only

MGA 0025289

EX 11179-0007



Confidential - For Attorney's Eyes Only

MGA 0025290

EX 11179-0008

| | |
|---|---|
| **From:** | Elly Shinohara |
| **To:** | Paula Treantafelles |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-09-13 00:11:13:000 |
| **Received Date:** | 2001-09-13 00:12:25:000 |
| **Subject:** | BRATZ big head |
| **Attachments:** | brat.jpg |

Please take a look at this mock up....

elly

Confidential - For Attorney's Eyes Only

MGA 0025291



Confidential - For Attorney's Eyes Only

MGA 0025292

EX 11179-0010