# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV04-9049 DOC(RNBx) | Date | February 2, 2011 |
|---|---|---|---|
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | |

Present: The Honorable  David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Jane Sutton, Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst, Mark Overland, Alexander Cote |

____ Day Court Trial     11th Day Jury Trial

____ One day trial:  ____ Begun (1st day);  X Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
X   Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
____ Plaintiff(s) rest.                    ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   Briefs to be filed by ____
____ Motion to dismiss by ____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for mistrial by ____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for Judgment/Directed Verdict by ____ is ____ granted.  ____ denied.  ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to  February 3, 2011 at 8:30 a.m.  for further trial.
____ Other:  .

                                             7 : 00
                      Initials of Deputy Clerk  kp

cc: