

1  Annette L. Hurst, State Bar No. 148738
   Warrington S. Parker III, State Bar No. 148003
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
3  San Francisco, California 94105
   Telephone: (415) 773-5700
4  Facsimile: (415) 773-5759

5  William A. Molinski, State Bar No. 145186
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  777 South Figueroa Street, Suite 3200
   Los Angeles, California 90017
7  Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
8
   Thomas S. McConville, State Bar No. 155905
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
10 Irvine, California 92614-2258
   Telephone: (949) 567-6700
11 Facsimile: (949) 567-6710

12 Patricia L. Glaser, State Bar No. 056688
   Andrew Baum, State Bar No. 190397
13 GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO LLP
14 10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
15 Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
16
   Attorneys for the MGA PARTIES
17

18               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
19                    SOUTHERN DIVISION

20 CARTER BRYANT, an individual      )  Case No. CV 04-9049-DOC (RNBx)
                                      )  Consolidated with Nos. CV 04-9059 and
21           Plaintiff,               )  CV 05-2727
                                      )
22      v.                            )  Hon. David O. Carter
                                      )
23 MATTEL, INC., a Delaware           )  **APPLICATION TO FILE UNDER**
   corporation,                       )  **SEAL**
24                                    )
             Defendant.               )
25 _____     )
                                      )
26                                    )
   AND CONSOLIDATED ACTIONS           )  Trial Date: January 11, 2011
27                                    )
   _____     )
28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Glaser Weil Fink Jacobs
Howard & Shapiro LLP
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

723551
                                    1

1    Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this

2  application for an order to file under seal the following documents:

3        **1.      MGA Parties'** *Corrected* **Notice of Motion and Motions in Limine,**

4  **No. 25-29; Memorandum of Points and Authorities in support thereof;**

5        **2.      MGA Parties'** *Further Corrected* **Notice of Motion and Motions in**

6  **Limine, No. 31-36; Memorandum of Points and Authorities in support thereof;**

7  **and**

8        **3.      MGA Parties'** *Further Corrected* **Notice of Motion and Motions in**

9  **Limine, No. 39; Memorandum of Points and Authorities in support thereof;**

10       The MGA Parties' Notice of Manual Filing Pursuant to the Court's October 8,

11  2010 Order attached materials that Mattel and/or the MGA Parties have designated

12  "Confidential" or "Confidential-Attorneys' Eyes Only" pursuant to the protective

13  order in this case.  *See* Case No. CV 04-9049-DOC (RBNx), Docket Document No.

14  54.

15       For the foregoing reason, the MGA Parties respectfully request that the Court

16  enter the concurrently filed [Proposed] Order granting this request to file the above-

17  referenced documents under seal.

18

19  Dated: December 15, 2010            GLASER, WEIL, FINK, JACOBS,
                                        HOWARD & SHAPIRO LLP
20

21                             By:      _____
                                        Patricia L. Glaser
22                                      Andrew Baum
                                        Attorneys for the MGA PARTIES
23

24

25

26

27

28

MGA PARTIES' APPLICATION TO FILE UNDER SEAL