Annette L. Hurst, State Bar No. 148738
Warrington S. Parker III, State Bar No. 148003
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

William A. Molinski, State Bar No. 145186
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Thomas S. McConville, State Bar No. 155905
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, California 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Patricia L. Glaser, State Bar No. 056688
Andrew Baum, State Bar No. 190397
GLASER, WEIL, FINK, JACOBS,
  HOWARD & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for the MGA PARTIES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**CORRECTED [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**<br><br>Trial Date: January 11, 2011 |

723565

The Court, having been informed by the MGA Parties that the following documents discuss or contain references to deposition transcripts and/or exhibits that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below:

1. MGA Parties' *Corrected* Notice of Motion and Motions in Limine, No. 25-29; Memorandum of Points and Authorities in support thereof;

2. MGA Parties' *Further Corrected* Notice of Motion and Motions in Limine, No. 31-36; Memorandum of Points and Authorities in support thereof; and

3. MGA Parties' *Further Corrected* Notice of Motion and Motions in Limine, No. 39; Memorandum of Points and Authorities in support thereof.

IT IS SO ORDERED.

Dated: December 16, 2010

Honorable David O. Carter
United States District Court Judge