# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV04-9049 DOC(RNBx) | Date | February 3, 2011 |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | |

| Present: The Honorable | David O. Carter, U.S. District Judge |
|---|---|

| Julie Barrera | Debbie Gale, Jane Sutton, Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst<br>Mark Overland, Alexander Cote |

\_\_\_\_ Day Court Trial    12th Day Jury Trial

\_\_\_\_ One day trial:  \_\_\_\_ Begun (1st day);  X  Held & Continued;  \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
 X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s).  \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of  \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists  \_\_\_\_ Filed jury notes.  \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.  \_\_\_\_ Briefs to be filed by
\_\_\_\_ Motion to dismiss by \_\_\_\_ is  \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_ is  \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is  \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
 X  Case continued to   February 4, 2011 at 8:30 a.m.   for further trial.
\_\_\_\_ Other:

                                                                          7  :  43
                                          Initials of Deputy Clerk   jcb

cc: