**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: February 3, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED

        In a September 25, 2010 order, this Court held that MGA waived the protections of the attorney-client privilege as to all "pre-2000 communications that concern the birth of Bratz, as well as subsequent regurgitations of those communications."[1] MGA seeks clarification as to whether that order extends to two exhibits that MGA has submitted for the Court's *in camera* review.

        The first exhibit reflects an email exchange between MGA executive Victoria O'Connor and MGA outside attorney David Rosenbaum. In this email exchange, O'Connor informs Rosenbaum of Bryant's retention by MGA, and Rosenbaum flags issues — including issues concerning the "birth of Bratz." O'Connor responds by stating that Bryant "came up with Bratz. Mattel does not do or plan to do anything similar-it's too hip for them." This exhibit plainly falls within the scope of the waiver identified in the September 25 order. It speaks to Bryant's conception of Bratz and MGA's knowledge about that issue. MGA is therefore compelled to produce the exhibit to Mattel as soon as practicable.

        The second exhibit has previously been reviewed by the Court and the Court ordered that it be produced in large part. MGA now seeks clarification of whether a previously redacted sentence

---

[1] That order encompassed communications during 2000 as well.

falls within the scope of the waiver identified in the September 25, 2010 order.  The sentence is somewhat ambiguous, but arguably falls within the scope of the waiver because it references MGA's state of mind about the birth of Bratz.  MGA is therefore ordered to produce to Mattel, as soon as practicable, a version of the exhibit that contains no redactions to the Tuesday, September 26, 2000 3:03 p.m. email from O'Connor to Rosenbaum and Dennis Medici.

        The Clerk shall serve this minute order on all parties to the action.