Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S FEBRUARY 1, 2011 ORDER; USB FLASH DRIVE; MGA ENTERTINAMENT INC'S TRADE SECRET CHART FILED PURSUANT TO THE COURT'S FEBRUARY 1, 2011 ORDER

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other See list of documents described above.

**Reason:**

☐ Under Seal
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☒ Manual Filing required (*reason*): Pursuant to Court's Order Dated February 1, 2011

| February 4, 2011 | /s/ William A. Molinski |
|---|---|
| Date | Attorney Name |
| | William A. Molinski |
| | Party Represented |
| | MGA Parties |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**                    American LegalNet, Inc.
                                                                                www.Forms*Workflow*.com