1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4  San Francisco, CA 94105
   Tel. (415) 773-5700/ Fax: (415) 773-5759
5
6  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
8  Tel. (213) 629-2020/Fax: (213) 612-2499

9  THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
11 Irvine, CA 92614-2258
   Tel: (949) 567-6700/Fax: (949) 567-6710
12
   Attorneys for MGA Parties
13

14             UNITED STATES DISTRICT COURT
15             CENTRAL DISTRICT OF CALIFORNIA
16                   SOUTHERN DIVISION

| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S FEBRUARY 1, 2011 ORDER**<br><br>Trial Date:   January 11, 2011 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order Directing Identification of Trade Secrets and Directing Lodging of Thumb Drive dated February 1, 2011, the MGA Parties hereby provide notice that they will lodge MGA Entertainment Inc.'s Trade Secret Chart Filed Pursuant to the Court's February 1, 2011 Order and one USB flash drive containing a chart and images of the claimed trade secret products and corresponding Mattel products detailed in the chart and pursuant to the Court's Order.

Dated: February 4, 2011

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ William A. Molinski*
William A. Molinski
Attorneys for MGA Parties