```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
 2   (johnquinn@quinnemanuel.com)
     William C. Price (Bar No. 108542)
 3   (williamprice@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
 4   (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.
 8
```

FILED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 20 2010

CENTRAL DISTRICT OF CALIFORNIA
                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITIONS TO MGA'S MOTIONS *IN LIMINE* NOS. 8, 30, 38, MATTEL'S OPPOSITIONS TO MACHADO'S MOTIONS *IN LIMINE* AND THE DECLARATION OF MICHAEL J. WAGNER<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the following documents:

(1) Mattel's Opposition to MGA's Motion in Limine No. 8 to Exclude Evidence and Testimony of Brad Maryman

(2) Mattel's Opposition to MGA's Motion in Limine No. 30 to Exclude Reference to and use of Expert Testimony Proffered by Mattel Witness Michael J. Wagner

(3) Mattel's Opposition to MGA's Motion in Limine No. 38 to Exclude Specific Witnesses Not Previously Identified

(4) Mattel's Opposition to Machado's Motion in Limine to Exclude the Deposition Testimony of Pablo Vargas

(5) Mattel's Opposition to Machado's Motion in Limine to Exclude the Opinions of Michael Wagner

(6) Declaration of Michael J. Wagner

These Opposition Briefs and supporting Declaration reference and quote documents and testimony that have been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties and Mattel.

In light of these designations, Mattel seeks permission to file under seal:

(1) Mattel's Opposition to MGA's Motion in Limine No. 8 to Exclude Evidence and Testimony of Brad Maryman

(2) Mattel's Opposition to MGA's Motion in Limine No. 30 to Exclude Reference to and use of Expert Testimony Proffered by Mattel Witness Michael J. Wagner

(3) Mattel's Opposition to MGA's Motion in Limine No. 38 to Exclude Specific Witnesses Not Previously Identified

(4) Mattel's Opposition to Machado's Motion in Limine to Exclude the Deposition Testimony of Pablo Vargas

(5) Mattel's Opposition to Machado's Motion in Limine to Exclude the Opinions of Michael Wagner

(6) Declaration of Michael J. Wagner

For the foregoing reasons, Mattel requests that the Court order that the foregoing documents be filed under seal.

DATED: December 20, 2010

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By _____
Michael T. Zeller
Attorneys for Mattel. Inc.