QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 21 2010
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,,

Plaintiff,

vs.

MGA ENTERTAINMENT, INC., a California corporation, et al.

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITIONS TO MGA'S MOTIONS *IN LIMINE* NOS. 8, 30, 38, MATTEL'S OPPOSITIONS TO MACHADO'S MOTIONS *IN LIMINE* AND THE DECLARATION OF MICHAEL J. WAGNER

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal: (1) Mattel's Opposition to MGA's Motion in Limine No. 8 to Exclude Evidence and Testimony of Brad Maryman; (2) Mattel's Opposition to MGA's Motion in Limine No. 30 to Exclude Reference to and Use of Expert Testimony Proffered by Mattel Witness Michael J. Wagner; (3) Mattel's Opposition to MGA's Motion in Limine No. 38 to Exclude Specific Witnesses Not Previously Identified; (4) Mattel's Opposition to Machado's Motion in Limine to Exclude the Deposition Testimony of Pablo Vargas; (5) Mattel's Opposition to Machado's Motion in Limine to Exclude the Opinions of Michael Wagner; (6) Declaration of Michael J. Wagner,

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

(1) Mattel's Opposition to MGA's Motion in Limine No. 8 to Exclude Evidence and Testimony of Brad Maryman

(2) Mattel's Opposition to MGA's Motion in Limine No. 30 to Exclude Reference to and use of Expert Testimony Proffered by Mattel Witness Michael J. Wagner

(3) Mattel's Opposition to MGA's Motion in Limine No. 38 to Exclude Specific Witnesses Not Previously Identified

(4) Mattel's Opposition to Machado's Motion in Limine to Exclude the Deposition Testimony of Pablo Vargas

(5) Mattel's Opposition to Machado's Motion in Limine to Exclude the Opinions of Michael Wagner

(6) Declaration of Michael J. Wagner

DATED: December 21, 2010

Hon. David O. Carter
United States District Judge