1              **UNITED STATES DISTRICT COURT**

2              **CENTRAL DISTRICT OF CALIFORNIA**

3          **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                   - - - - - - -

5

   MATTEL, INC., et al.,              )
6                                     )
              Plaintiffs,             )
7                                     )
       vs.                            ) No. CV 04-9049 DOC
8                                     )    Day 11
   MGA ENTERTAINMENT, INC., et al.,   )    Volume 1 of 3
9                                     )
                                      )
10            Defendants.             )
   _____)

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                   Jury Trial

16              Santa Ana, California

17          Wednesday, February 2, 2011

18

19

20

21  Debbie Gale, CSR 9472, RPR, CCRR
    Federal Official Court Reporter
22  United States District Court
    411 West 4th Street, Room 1-053
23  Santa Ana, California 92701
    (714) 558-8141
24

25  04cv9049 Mattel 2011-02-02 D11V1

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 2 of 156   Page ID #:293799
CV 04-9049 DOC – 2/27/2011 – Day 11, Volume 1 of 3

2

```
 1   APPEARANCES OF COUNSEL:

 2
     FOR PLAINTIFF MATTEL, INC., ET AL.:
 3
              QUINN EMANUEL URQUHART & SULLIVAN
 4            BY:  JOHN QUINN
                   WILLIAM PRICE
 5                 MICHAEL T. ZELLER
                   Attorneys at Law
 6            865 South Figueroa Street
              10th Floor
 7            Los Angeles, California 90017
              (213) 443-3000
 8

 9

10
     FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:
11
              ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
12            BY:  THOMAS S. McCONVILLE
                   Attorney at Law
13            4 Park Plaza
              Suite 1600
14            Irvine, California 92614
              (949) 567-6700
15
              – AND –
16
              ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
17            BY:  ANNETTE L. HURST
                   Attorney at Law
18            405 Howard Street
              San Francisco, California 94105
19            (415)773-5700

20            – AND –

21            KELLER RACKAUCKAS
              BY:  JENNIFER KELLER
22                 Attorney at Law
              18500 Von Karman Avenue
23            Suite 560
              Irvine, California 92612
24            (949) 476-8700

25
```

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

3

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

4
             LAW OFFICES OF MARK E. OVERLAND
5            By:  MARK E. OVERLAND
                  Attorney at Law
6            100 Wilshire Boulevard
             Suite 950
7            Santa Monica, California 90401
             (310) 459-2830
8
             - AND -
9
             SCHEPER KIM & HARRIS LLP
10           BY:  ALEXANDER H. COTE
                  Attorney at Law
11           601 West 5th Street
             12th Floor
12           Los Angeles, California 90071
             (213) 613-4660
13

14   ALSO PRESENT:

15           MGA ENTERTAINMENT, INC.
             BY:  JEANINE PISONI
16                Attorney at Law
             16360 Roscoe Boulevard
17           Suite 105
             Van Nuys, California 91406
18

19           ROBERT ECKERT, Mattel CEO

20           ISAAC LARIAN, MGA CEO

21           KEN KOTARSKI, Mattel Technical Operator

22           MIKE STOVALL, MGA Technical Operator

23           RACHEL JUAREZ, Quinn Emanuel Urquart & Sullivan

24           KIERAN KIECKHEFER, Orrick, Herrington & Sutcliffe

25

**I N D E X**

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| BRYANT, Carter | | | | |
| By MS. KELLER | | 10 | | |

**EXHIBITS**

| EXHIBIT NO. | | IDENTIFICATION | IN EVIDENCE |
|---|---|---|---|
| 5-39 | Carter Bryant original Bratz drawing – Lupe | | 118 |
| 5-40 | Carter Bryant original Bratz drawing – Hallidae | | 118 |
| 5-41 | Carter Bryant original Bratz drawing – Jade | | 118 |
| 5-42 | Carter Bryant original Bratz drawing – Zoe | | 119 |
| 5-43 | "Meet the Bratz" document | | 123 |
| 5-38 | Carter Bryant rough drawing of Bratz group | | 127 |
| 5-46 | Carter Bryant drawing of Bratz group pose | | 128 |
| 5-60 | Carter Bryant drawing of Bratz group pose | | 128 |
| 5-63 | Carter Bryant preliminary drawing of Bratz group | | 129 |
| 5-36 | Carter Bryant rough sketch of Jade | | 130 |
| 5-37 | Carter Bryant drawing | | 130 |

**EXHIBITS (Continued)**

| EXHIBIT NO. | IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| 5-50 | Carter Bryant drawing depicting fashion ideas | 131 |
| 5-56 | Carter Bryant drawing | 131 |
| 5-58 | Carter Bryant drawing | 132 |
| 5-35 | Carter Bryant drawing – Hallidae | 132 |
| 5-49 | Carter Bryant drawing of fashion ideas | 133 |
| 5-65 | Carter Bryant preliminary sketch of boy's body | 137 |
| 5-69 | Carter Bryant drawing of body and hairstyles for boys | 137 |
| 5-52 | Carter Bryant drawing of four Bratz character faces | 138 |
| 5-53 | Carter Bryant master drawing of Zoe with no face | 139 |
| 5-54 | Carter Bryant drawing of Bratz in group pose | 139 |
| 5-55 | Carter Bryant drawing of male face | 140 |
| 5-59 | Carter Bryant master drawing of Hallidae without face | 141 |
| 5-61 | Carter Bryant master drawing of Jade | 141 |
| 5-62 | Carter Bryant pose drawing | 142 |

**EXHIBITS (Continued)**

| EXHIBIT NO. | | IDENTIFICATION | IN EVIDENCE |
|---|---|---|---|
| 5-64 | Carter Bryant master drawing of Hallidae | | 142 |
| 5-66 | Carter Bryant master drawing of Lupe | | 143 |
| 5-67 | Carter Bryant drawing of boy's face | | 143 |
| 5-68 | Carter Bryant master drawing of Zoe | | 144 |
| 5-70 | Carter Bryant drawing of body and hairstyles for boys | | 144 |
| 5-72 | Carter Bryant master drawing of Zoe | | 145 |
| 5-73 | Carter Bryant master drawing of Lupe | | 146 |
| 20 | Resume created by Carter Bryant in November 1998 | | 29 |
| 10737 | Carter Bryant drawing dated 1/28/1998 | | 34 |
| 10738 | Carter Bryant drawing and designs | | 36 |
| 10739 | Carter Bryant drawing dated 1/28/98 – jewel series | | 37 |
| 10740 | Carter Bryant drawing of Jewel-themed Barbie | | 38 |
| 10741 | Carter Bryant drawing of Jewel-themed Barbie dated 1/28/1998 | | 38 |
| 10742 | Carter Bryant drawing of Jewel-themed Barbie dated 1/28/98 | | 39 |

**EXHIBITS (Continued)**

| EXHIBIT NO. | IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| 15059 | Carter Bryant line drawings | 66 |
| 15091 | Carter Bryant drawing re Sabrina | 82 |
| 15110 | Carter Bryant drawing re Sabrina | 76 |
| 15242 | Carter Bryant drawing of Barbie the superhero | 26 |
| 15243 | Carter Bryant drawing of accessory dated 2/11/1998 | 40 |
| 15333 | Rough sketch for Rainy Day Rascals card line | 53 |
| 15339 | Carter Bryant drawing re Sabrina feature | 77 |
| 15340 | Carter Bryant drawing re snap-in hair pieces | 78 |
| 15341 | Carter Bryant drawing re Sabrina hair feature and fashion ideas | 80 |
| 15364 | FedEx of UPS envelope | 68 |
| 15364-8 | Carter Bryant drawing for Ashton Drake angel project | 72 |
| 15364-9 | Carter Bryant angel sketch with Ashton Drake instructions | 73 |
| 15364-10 | Notes and drawings for angel idea | 73 |
| 15393 | Rough sketch of idea for Rainy Day Rascals | 54 |

**EXHIBITS (Continued)**

| EXHIBIT NO. | | IDENTIFICATION | IN EVIDENCE |
|---|---|---|---|
| 15471 | Bryant scrapbook | | 13 |
| 15609 | Letter dated 4/15/1998 from Mr. Bryant to Mattel | | 44 |
| 17246 | Seventeen Magazine – August 1998 | | 100 |
| 17246-193 | Coca-Cola ad | | 104 |
| 18486 | Carter Bryant drawing of accessory | | 42 |
| 18488 | Carter Bryant drawing for Ashton Drake | | 64 |
| 18489 | Carter Bryant drawings for Ashton Drake | | 64 |
| 18490 | Carter Bryant drawing for Ashton Drake | | 65 |
| 18491 | Carter Bryant drawing for Southern Bride dolls | | 63 |
| 18493 | Handwritten document | | 47 |
| 18494 | Greeting card ideas for Rainy Day Rascals | | 50 |
| 18496 | Carter Bryant greeting card idea | | 48 |
| 18497 | Additional Rainy Day rascals greeting card ideas and sketches | | 56 |
| 18498 | Greeting card drawn by Carter Bryant in 1998 | | 59 |
| 18499 | Greeting card design by Carter Bryant in 1998 | | 60 |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 9 of 156   Page ID #:293806
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

9

1                      **EXHIBITS  (Continued)**

2    **EXHIBIT NO.**                  **IDENTIFICATION     IN EVIDENCE**

3

4    18500    Greeting card design by                  60
              Carter Bryant done in
5             1998

6    18515    Carter Bryant greeting                   58
              card design done in 1998
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

10

|  |  |  |
|---|---|---|
|  | 1 | **SANTA ANA, CALIFORNIA, WEDNESDAY, FEBRUARY 2, 2011** |
|  | 2 | **Day 11, Volume 1 of 3** |
|  | 3 | (8:47 a.m.) |
| 08:46 | 4 | *(In the presence of the jury.)* |
| 08:47 | 5 | THE COURT: First of all, good morning. I heard |
| 08:47 | 6 | that traffic was a nightmare. There were actually three |
| 08:47 | 7 | accidents out there this morning. So thank you. Thank you |
| 08:47 | 8 | for being with us. |
| 08:47 | 9 | All right. We're still in session. The counsel |
| 08:47 | 10 | are present. Mr. Bryant's returned to the witness stand. |
| 08:47 | 11 | CARTER BRYANT, MATTEL'S WITNESS, PREVIOUSLY SWORN |
| 08:47 | 12 | RESUMED THE STAND |
| 08:47 | 13 | THE COURT: Good morning. |
| 08:47 | 14 | THE WITNESS: Good morning. |
| 08:47 | 15 | THE COURT: All counsel are present, and this is |
| 08:47 | 16 | the continuing cross-examination by Ms. Keller on behalf of |
| 08:47 | 17 | MGA and Mr. Larian. |
| 08:47 | 18 | **CROSS-EXAMINATION (Resumed)** |
| 08:47 | 19 | BY MS. KELLER: |
| 08:47 | 20 | Q. Good morning, Mr. Bryant. |
| 08:47 | 21 | A. Good morning. |
| 08:47 | 22 | Q. Are you ready for another day with us? Not really, but |
| 08:47 | 23 | here you are? |
| 08:47 | 24 | A. Yeah. |
| 08:47 | 25 | Q. Okay. You've testified that you conceived the idea of |

| | | |
|---|---|---|
| 08:47 | 1 | Bratz in 1998 when you were living in Kimberline City with |
| 08:47 | 2 | your parents, in Missouri, right? |
| 08:47 | 3 | A.   Yes. |
| 08:47 | 4 | Q.   Now, at the time you conceived the idea, you weren't |
| 08:47 | 5 | working for Mattel, were you? |
| 08:48 | 6 | A.   No. |
| 08:48 | 7 | Q.   And you didn't conceive or draw the master drawings at |
| 08:48 | 8 | any time while you were actually employed by Mattel, right? |
| 08:48 | 9 | A.   No. |
| 08:48 | 10 | Q.   I -- that's a double negative. |
| 08:48 | 11 |      Did you conceive the master or draw the master drawings |
| 08:48 | 12 | for Bratz at any time during your employment with Mattel? |
| 08:48 | 13 | A.   No. |
| 08:48 | 14 | Q.   Now, Mr. Price showed you one of your notebooks, and we |
| 08:48 | 15 | saw a handwritten note from your brother Wade.  You remember |
| 08:48 | 16 | that? |
| 08:48 | 17 | A.   Yes. |
| 08:48 | 18 | Q.   And you said he lives in Kentucky? |
| 08:48 | 19 | A.   Yes. |
| 08:48 | 20 | Q.   And where were you born? |
| 08:48 | 21 | A.   I was actually born in Santa Ana. |
| 08:48 | 22 | Q.   Right here? |
| 08:48 | 23 | A.   Uh-huh. |
| 08:48 | 24 | Q.   And you moved around a lot as a kid, I understand? |
| 08:48 | 25 | A.   Yes. |

08:48    1    Q.    Where all did you live?

08:48    2    A.    We lived in California until I was about five.  And

08:48    3    then we moved to Washington State, and we lived there for

08:48    4    about five years.  And then we moved to Alaska.  And I think

08:48    5    we lived there for about three years.  And then we moved

08:49    6    back to California.  And I went to high school in Apple

08:49    7    Valley.

08:49    8    Q.    Okay.  And when did your interest in art begin?

08:49    9    A.    Um, I've always been interested in art, even as a

08:49   10    young -- young child.

08:49   11    Q.    And how about drawing, when did you start drawing?

08:49   12    A.    Right from the very beginning, when I was very, very

08:49   13    young.

08:49   14    Q.    Now, you also -- looks like -- had an early interest in

08:49   15    fashion?

08:49   16    A.    Yes.

08:49   17    Q.    What caused you to get interested in fashion?

08:49   18    A.    Um, I think it was actually an episode of *I Love Lucy*,

08:49   19    where she -- I think it was the episode where she went to

08:49   20    some fashion studio in Hollywood.  The clothes just got me

08:50   21    interested, so -- I think I was about nine or ten.

08:50   22    Q.    Wow!  Okay.  And did you ever read fashion magazines

08:50   23    when you were growing up?

08:50   24    A.    Yes.

08:50   25    Q.    Do you remember which ones?

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

13

| | | |
|---|---|---|
| 08:50 | 1 | A.   I think I read things like -- I don't know.  My mom had |
| 08:50 | 2 | a subscription to *Vogue* magazine, *Bazaar*. |
| 08:50 | 3 | Q.   Now, let's talk about some of your early drawings. |
| 08:50 | 4 | Take a look at Exhibit 15471 and, specifically -- now, do |
| 08:50 | 5 | you recognize this? |
| 08:50 | 6 | *(Document provided to witness.)* |
| 08:50 | 7 | THE WITNESS:  Yes. |
| 08:50 | 8 | BY MS. KELLER: |
| 08:50 | 9 | Q.   Is this a scrapbook your mom kept over the years of |
| 08:50 | 10 | things you had done? |
| 08:51 | 11 | A.   I think so, yes. |
| 08:51 | 12 | Q.   Can you look at page 267. |
| 08:51 | 13 | MS. KELLER:  And, Your Honor, I would move this |
| 08:51 | 14 | into evidence. |
| 08:51 | 15 | THE COURT:  Received. |
| 08:51 | 16 | *(Exhibit No. 15471 received in evidence.)* |
| 08:51 | 17 | BY MS. KELLER: |
| 08:51 | 18 | Q.   Now, what is this drawing we're looking at from |
| 08:51 | 19 | page 267? |
| 08:51 | 20 | A.   Um, this looks like a -- some comic book characters |
| 08:51 | 21 | from the *Archie* comics. |
| 08:51 | 22 | Q.   Who are they? |
| 08:51 | 23 | A.   Archie and Jughead. |
| 08:51 | 24 | Q.   How old were you when you drew that; do you know? |
| 08:51 | 25 | A.   I -- I don't remember. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

14

| | | |
|---|---|---|
| 08:51 | 1 | Q.   Let's look at page 265.  And who's that? |
| 08:51 | 2 | *(Document displayed.)* |
| 08:51 | 3 | THE WITNESS:  It looks like -- it says "Reggie." |
| 08:51 | 4 | BY MS. KELLER: |
| 08:51 | 5 | Q.   And does that represent a character from comics? |
| 08:52 | 6 | A.   Yes. |
| 08:52 | 7 | Q.   Is that Reggie Mantle? |
| 08:52 | 8 | A.   I don't know the last name. |
| 08:52 | 9 | Q.   Well, I'm older than you.  I think it's Reggie Mantle. |
| 08:52 | 10 | Let's look at page 266. |
| 08:52 | 11 | *(Document displayed.)* |
| 08:52 | 12 | BY MS. KELLER: |
| 08:52 | 13 | Q.   Do you recognize this? |
| 08:52 | 14 | A.   Uh, yes.  That looks like Betty and Veronica. |
| 08:52 | 15 | Q.   And were you in sixth grade when you did these? |
| 08:52 | 16 | A.   I don't remember. |
| 08:52 | 17 | Q.   Okay.  If we could have the transcript of the trial, |
| 08:52 | 18 | page 2845, trial on June 17th, 2008, we'll see if you can |
| 08:52 | 19 | remember when it was that you drew those. |
| 08:52 | 20 | It's 2845, line 25, through 2846, line 12. |
| 08:53 | 21 | A.   Yes. |
| 08:53 | 22 | Q.   So sixth grade? |
| 08:53 | 23 | A.   Again, sitting here right now, I don't really recall, |
| 08:53 | 24 | but I don't dispute this. |
| 08:53 | 25 | Q.   Okay.  So -- we have to make a clear record of this. |

| | | |
|---|---|---|
| 08:53 | 1 | So your previous testimony was that you did these in the |
| 08:53 | 2 | sixth grade, right? |
| 08:53 | 3 | A.   Yes. |
| 08:53 | 4 | Q.   Now, Veronica here is posing with her arms out, right? |
| 08:53 | 5 | A.   Yes. |
| 08:53 | 6 | Q.   How long have you been drawing that kind of pose? |
| 08:53 | 7 | A.   Oh, I -- I don't really know.  I guess, you know, back |
| 08:53 | 8 | since I was a child. |
| 08:53 | 9 | Q.   All right.  Now, in addition to cartoons, when you were |
| 08:53 | 10 | young, did you draw a few fashion sketches? |
| 08:54 | 11 | A.   Yes. |
| 08:54 | 12 | Q.   Let's look at page 124 of that same exhibit, 15471. |
| 08:54 | 13 | *(Document displayed.)* |
| 08:54 | 14 | BY MS. KELLER: |
| 08:54 | 15 | Q.   And can you tell us about this fashion sketch? |
| 08:54 | 16 | A.   Um, I don't really remember much about this particular |
| 08:54 | 17 | sketch. |
| 08:54 | 18 | Q.   And this is another figure, it looks like, posing with |
| 08:54 | 19 | the arms out? |
| 08:54 | 20 | A.   Yes. |
| 08:54 | 21 | Q.   Now, did you -- did you actually win a contest that was |
| 08:54 | 22 | held by the *Archie* comics? |
| 08:54 | 23 | A.   Um, I had some of my original designs published by the |
| 08:54 | 24 | *Archie* comics. |
| 08:54 | 25 | Q.   And these -- is it true that in each issue, the |

| | | |
|---|---|---|
| 08:54 | 1 | magazine published fashion designs that kids sent in that |
| 08:54 | 2 | the magazine liked? |
| 08:54 | 3 | A.   I think so, yes. |
| 08:54 | 4 | Q.   Okay.  Let's look at 15471-278. |
| 08:55 | 5 | (Document displayed.) |
| 08:55 | 6 | BY MS. KELLER: |
| 08:55 | 7 | Q.   You recognize this? |
| 08:55 | 8 | A.   Yes. |
| 08:55 | 9 | Q.   And what is it? |
| 08:55 | 10 | A.   That is a page out of the Archie comics that features |
| 08:55 | 11 | one of the designs that I submitted. |
| 08:55 | 12 | Q.   And so Veronica is wearing a fashion that you designed? |
| 08:55 | 13 | A.   Yes. |
| 08:55 | 14 | Q.   Now, let's look specifically at the image of Veronica |
| 08:55 | 15 | in the fringed jacket.  Is that the one we're talking about? |
| 08:55 | 16 | A.   Yes. |
| 08:55 | 17 | Q.   And the caption says -- could you read it for us? |
| 08:55 | 18 | A.   "Veronica's outfit by Carter Bryant, Soldotna, Alaska." |
| 08:55 | 19 | Q.   And how old were you at that time? |
| 08:55 | 20 | A.   I think I was around 12 or 13. |
| 08:55 | 21 | Q.   Okay.  If you want to take a look at 2847-21, see if |
| 08:56 | 22 | that refreshes your memory, 21 to 23. |
| 08:56 | 23 | (Document displayed.) |
| 08:56 | 24 | THE WITNESS:  Yes. |
| | 25 | |

CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

17

| | | |
|---|---|---|
| 08:56 | 1 | BY MS. KELLER: |
| 08:56 | 2 | Q.   You were about 12? |
| 08:56 | 3 | A.   Yes. |
| 08:56 | 4 | Q.   Now, is it true that you've also always had an interest |
| 08:56 | 5 | in greeting cards? |
| 08:56 | 6 | A.   Um, I developed an interest in greeting cards, um -- |
| 08:56 | 7 | oh, at some point.  Um, I can't remember what age.  I think |
| 08:56 | 8 | maybe I was about around 25. |
| 08:56 | 9 | Q.   Okay.  Let's take a look at 15471-260.  That's in that |
| 08:56 | 10 | same binder.  That's in evidence.  -260. |
| 08:56 | 11 | (Document displayed.) |
| 08:56 | 12 | BY MS. KELLER: |
| 08:56 | 13 | Q.   And let's look at 261. |
| 08:56 | 14 | (Document displayed.) |
| 08:56 | 15 | BY MS. KELLER: |
| 08:56 | 16 | Q.   And was that a Mother's Day card that you made for your |
| 08:56 | 17 | mom? |
| 08:56 | 18 | A.   I think so, yes. |
| 08:56 | 19 | Q.   And was that when you were in high school? |
| 08:57 | 20 | A.   I think so, yes. |
| 08:57 | 21 | Q.   Let's look at page 384 of that same exhibit.  So |
| 08:57 | 22 | 15471-384 and -385. |
| 08:57 | 23 | (Document displayed.) |
| 08:57 | 24 | BY MS. KELLER: |
| 08:57 | 25 | Q.   Was that an anniversary card that you made for your |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

18

| | | |
|---|---|---|
| 08:57 | 1 | parents? |
| 08:57 | 2 | A.   Yes. |
| 08:57 | 3 | Q.   And that was in 1995? |
| 08:57 | 4 | A.   I believe so, yes. |
| 08:57 | 5 | Q.   And see -- how old were you in 1995? |
| 08:57 | 6 | A.   Um, I can't remember.  I think I was about 27. |
| 08:57 | 7 | Q.   And let's look at 15471-387.  Is this a Valentine's Day |
| 08:58 | 8 | card you drew? |
| 08:58 | 9 | A.   Yes. |
| 08:58 | 10 | Q.   And do these figures have halos over their heads? |
| 08:58 | 11 | A.   Yes. |
| 08:58 | 12 | Q.   Now, would it be fair to say that that was your own |
| 08:58 | 13 | idea, not an idea you got from Mattel? |
| 08:58 | 14 | A.   Uh, yes. |
| 08:58 | 15 | Q.   And are these angels with oversized heads? |
| 08:58 | 16 | A.   Um -- |
| 08:58 | 17 | Q.   I can't really tell. |
| 08:58 | 18 | A.   Well, yeah, they are. |
| 08:58 | 19 | Q.   So these are cartoony.  These are not classic fashion |
| 08:58 | 20 | sketches; is that right? |
| 08:58 | 21 | A.   Yes. |
| 08:58 | 22 | Q.   And if we could look at, in the same exhibit, |
| 08:58 | 23 | 15471-389, page 389. |
| 08:58 | 24 | *(Document displayed.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

19

| | | |
|---|---|---|
| 08:58 | 1 | BY MS. KELLER: |
| 08:58 | 2 | Q.   This is a Halloween card you drew? |
| 08:58 | 3 | A.   Yes. |
| 08:58 | 4 | Q.   "Have a bewitching Halloween"? |
| 08:59 | 5 | A.   Yes. |
| 08:59 | 6 | Q.   And this was also kind of cartoonish, wasn't it? |
| 08:59 | 7 | A.   A little bit, yes. |
| 08:59 | 8 | Q.   Did you get this idea from Mattel? |
| 08:59 | 9 | A.   No. |
| 08:59 | 10 | Q.   And let's look at 15471-391. |
| 08:59 | 11 | (Document displayed.) |
| 08:59 | 12 | BY MS. KELLER: |
| 08:59 | 13 | Q.   Can you tell us what this is? |
| 08:59 | 14 | A.   That was a greeting card design that I did. |
| 08:59 | 15 | Q.   What is the greeting card about? |
| 08:59 | 16 | A.   It's just like a winter, seasonal-type greeting. |
| 08:59 | 17 | Q.   Okay.  How about page 392?  Is this something else you |
| 08:59 | 18 | drew? |
| 08:59 | 19 | (Document displayed.) |
| 08:59 | 20 | THE WITNESS:  Yes. |
| 08:59 | 21 | BY MS. KELLER: |
| 08:59 | 22 | Q.   Do you remember about how old you were when you drew |
| 08:59 | 23 | that? |
| 08:59 | 24 | A.   I don't recall exactly. |
| 08:59 | 25 | Q.   And what is this card all about? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

20

| | | |
|---|---|---|
| 09:00 | 1 | A.   It's just another winter greeting, seasonal greeting |
| 09:00 | 2 | card. |
| 09:00 | 3 | Q.   And what does the wording on it mean? |
| 09:00 | 4 | A.   *Bon hiver* is French, I guess, for have a happy winter. |
| 09:00 | 5 | Q.   Did you get any of the design information for either of |
| 09:00 | 6 | those two cards from Mattel? |
| 09:00 | 7 | A.   No. |
| 09:00 | 8 | Q.   That was long before you worked for Mattel, wasn't it? |
| 09:00 | 9 | A.   Uh, I think so. |
| 09:00 | 10 | Q.   Let's look at 15471-393.  That's the very next page. |
| 09:00 | 11 | *(Document displayed.)* |
| 09:00 | 12 | BY MS. KELLER: |
| 09:00 | 13 | Q.   And what is this card? |
| 09:00 | 14 | A.   That's another greeting card design. |
| 09:00 | 15 | Q.   And was this a card you drew for your parents because |
| 09:00 | 16 | you missed them? |
| 09:00 | 17 | A.   Um, I don't really recall. |
| 09:01 | 18 | Q.   Okay.  Now, so your artistic abilities and your talent |
| 09:01 | 19 | was not something that you learned at Mattel; am I right? |
| 09:01 | 20 | A.   That's right. |
| 09:01 | 21 | Q.   Let's talk a little bit about your education.  What |
| 09:01 | 22 | kind of classes that related to art or -- did you take in |
| 09:01 | 23 | high school? |
| 09:01 | 24 | A.   See, I think I took advanced art class.  Um, I think I |
| 09:01 | 25 | took some art classes in junior high school. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

| | | |
|---|---|---|
| 09:01 | 1 | Q.   And in 1987 you lived right here in Santa Ana at that |
| 09:01 | 2 | time; is that right? |
| 09:01 | 3 | A.   Uh, I think so, yes. |
| 09:01 | 4 | Q.   And were you working at Music Plus in Orange? |
| 09:01 | 5 | A.   Yes. |
| 09:01 | 6 | Q.   And in 1988 through '89, did you live in Lancaster? |
| 09:01 | 7 | A.   Uh, yes. |
| 09:02 | 8 | Q.   Do you remember where you worked when you were there? |
| 09:02 | 9 | A.   I believe I worked for a movie theater. |
| 09:02 | 10 | Q.   Did you also work for Toys R Us? |
| 09:02 | 11 | A.   Yes. |
| 09:02 | 12 | Q.   And you had various other jobs:  FedEx, security guard, |
| 09:02 | 13 | et cetera, right? |
| 09:02 | 14 | A.   Yeah, I've had a lot of jobs. |
| 09:02 | 15 | Q.   Now, just before 1994, did you apply for any special |
| 09:02 | 16 | schooling somewhere? |
| 09:02 | 17 | A.   Uh, yes. |
| 09:02 | 18 | Q.   Where did you apply? |
| 09:02 | 19 | A.   I applied to Parsons School of Design in New York.  And |
| 09:02 | 20 | I also applied to, um, Otis College of Art and Design in |
| 09:02 | 21 | Los Angeles. |
| 09:02 | 22 | Q.   Were you admitted to both of them? |
| 09:02 | 23 | A.   Yes. |
| 09:02 | 24 | Q.   And what was your decision? |
| 09:02 | 25 | A.   I decided to go to Otis. |

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

22

| | | |
|---|---|---|
| 09:02 | 1 | Q.    Why did you pick Otis over Parsons? |
| 09:02 | 2 | A.    Um, I think I thought that it would be more affordable, |
| 09:03 | 3 | more feasible for me to -- I think I was living in Idaho at |
| 09:03 | 4 | the time.  Thought it would be just a little bit more |
| 09:03 | 5 | affordable and easier for me to be a little bit closer to my |
| 09:03 | 6 | family. |
| 09:03 | 7 | Q.    Okay.  And how long did you attend Otis? |
| 09:03 | 8 | A.    I think I was there about three semesters. |
| 09:03 | 9 | Q.    Otis -- is it -- it's Otis College of Art and Design, |
| 09:03 | 10 | right? |
| 09:03 | 11 | A.    Yes. |
| 09:03 | 12 | Q.    While you were at Otis, did you take any courses in |
| 09:03 | 13 | interpreting contracts? |
| 09:03 | 14 | A.    No. |
| 09:03 | 15 | Q.    Did you take any courses in interpreting |
| 09:03 | 16 | confidentiality agreements? |
| 09:03 | 17 | A.    No. |
| 09:03 | 18 | Q.    Did you take any courses in how to interpret inventions |
| 09:03 | 19 | agreements? |
| 09:03 | 20 | A.    No. |
| 09:03 | 21 | Q.    During your one year at Otis, what sorts of things did |
| 09:03 | 22 | you study? |
| 09:03 | 23 | A.    Mainly studied fashion illustration, pattern-making. |
| 09:03 | 24 | Um, I think I took some general education courses, English, |
| 09:04 | 25 | um, art history. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

23

| | | |
|---|---|---|
| 09:04 | 1 | Q.   Would I be correct that the courses you took that one |
| 09:04 | 2 | year there were all oriented toward art and design and none |
| 09:04 | 3 | toward business? |
| 09:04 | 4 | A.   Yes. |
| 09:04 | 5 | Q.   Now, what happened at the end of that one year at Otis? |
| 09:04 | 6 | A.   I think that I decided that I couldn't afford to keep |
| 09:04 | 7 | going with my education, so I decided to move back with my |
| 09:04 | 8 | parents for a little while. |
| 09:04 | 9 | Q.   And where was your family by then? |
| 09:04 | 10 | A.   I believe they were in Kimberline City. |
| 09:04 | 11 | Q.   Back in Missouri? |
| 09:04 | 12 | A.   Yes. |
| 09:04 | 13 | Q.   In 1995, then, you moved back -- you moved back to |
| 09:04 | 14 | California from Missouri, right? |
| 09:05 | 15 | A.   Uh, yes. |
| 09:05 | 16 | Q.   And so how long were you back with your family in |
| 09:05 | 17 | Missouri that time? |
| 09:05 | 18 | A.   Maybe about six months. |
| 09:05 | 19 | Q.   Now, when you came back to California from Missouri, at |
| 09:05 | 20 | some point you applied at Mattel, right? |
| 09:05 | 21 | A.   Yes. |
| 09:05 | 22 | Q.   How did you come to apply at Mattel? |
| 09:05 | 23 | A.   I'm not sure exactly what you mean. |
| 09:05 | 24 | Q.   Okay.  At some point you applied to be a fashion |
| 09:05 | 25 | designer for Barbie, right? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

24

| | | |
|---|---|---|
| 09:05 | 1 | A.    Yes. |
| 09:05 | 2 | Q.    What was it that caused you to do that?  To apply? |
| 09:05 | 3 | A.    Um, I don't remember exactly, but I think I just felt |
| 09:05 | 4 | that I would probably be well-suited to that type of design, |
| 09:05 | 5 | and I felt that I was a good illustrator and, um, that I had |
| 09:05 | 6 | good training, so I would probably be a good fit. |
| 09:05 | 7 | Q.    And you'd been sketching out women's fashions, as we've |
| 09:06 | 8 | seen, since you were a child, right? |
| 09:06 | 9 | A.    Yes. |
| 09:06 | 10 | Q.    Um, anything in particular that caused you to want to |
| 09:06 | 11 | design for Barbie?  Were you a fan of Barbie? |
| 09:06 | 12 | A.    Yeah.  I was one of those weird kids that liked Barbie |
| 09:06 | 13 | as a boy. |
| 09:06 | 14 | Q.    The -- I know some of the people who have designed for |
| 09:06 | 15 | Barbie have gone on to become fashion designers for |
| 09:06 | 16 | flesh-and-blood women.  Is that anything that had ever |
| 09:06 | 17 | crossed your mind, that you might do that some day? |
| 09:06 | 18 | A.    Um, yes. |
| 09:06 | 19 | Q.    And you, for example -- not in the way of Barbie, but |
| 09:06 | 20 | for example, you're probably familiar with Jason Wu, who |
| 09:06 | 21 | designed fashions for the Jade doll? |
| 09:06 | 22 | A.    For the what doll? |
| 09:06 | 23 | Q.    The Jade doll. |
| 09:06 | 24 | A.    The Bratz Jade doll? |
| 09:06 | 25 | Q.    No, a Jade doll from long before that. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

25

| | | |
|---|---|---|
| 09:06 | 1 | A.   Oh, okay.  I know the name "Jason Wu." |
| 09:07 | 2 | Q.   You know him as the person who designed Michelle |
| 09:07 | 3 | Obama's inaugural gown? |
| 09:07 | 4 | A.   No, I didn't know that. |
| 09:07 | 5 | Q.   You just know he's a fashion designer? |
| 09:07 | 6 | A.   Yes. |
| 09:07 | 7 | Q.   Now, let's go back to your beginnings at Mattel.  When |
| 09:07 | 8 | you applied to Mattel in 1995, were you given a tryout |
| 09:07 | 9 | project by someone? |
| 09:07 | 10 | A.   Uh, yes. |
| 09:07 | 11 | Q.   And who was the someone? |
| 09:07 | 12 | A.   That was Cassidy Park. |
| 09:07 | 13 | Q.   What was the tryout project she gave you? |
| 09:07 | 14 | A.   I believe it was a -- sort of a Barbie as super hero |
| 09:07 | 15 | kind of a project. |
| 09:07 | 16 | Q.   Kind of a comic book type of art? |
| 09:07 | 17 | A.   Yes. |
| 09:07 | 18 | Q.   And you were -- you were right on -- that was right in |
| 09:07 | 19 | your -- right down your alley, wasn't it?  Something you |
| 09:07 | 20 | knew you could do? |
| 09:07 | 21 | A.   Uh, yes. |
| 09:07 | 22 |      MS. KELLER:  So if we could see Exhibit 15242. |
| 09:08 | 23 | BY MS. KELLER: |
| 09:08 | 24 | Q.   Do you recognize this as your drawing of Barbie, the |
| 09:08 | 25 | super hero? |

| 09:08 | 1 | (Document provided to the witness.) |
| 09:08 | 2 | THE WITNESS:  Yes. |
| 09:08 | 3 | MS. KELLER:  Your Honor, I'd move 15242 into |
| 09:08 | 4 | evidence. |
| 09:08 | 5 | THE COURT:  Received. |
| 09:08 | 6 | (Exhibit No. 15242 received in evidence.) |
| 09:08 | 7 | (Document displayed.) |
| 09:08 | 8 | MS. KELLER:  If we could maybe make that a little |
| 09:08 | 9 | bigger. |
| 09:08 | 10 | (Technician complies.) |
| 09:08 | 11 | BY MS. KELLER: |
| 09:08 | 12 | Q.   And can you explain to us what this -- what these |
| 09:08 | 13 | panels are all about? |
| 09:08 | 14 | A.   Um, I think it was just sort of a project to be |
| 09:08 | 15 | inspiring and powerful for girls, so I just tried to, uh, |
| 09:08 | 16 | come up with things that seemed to be positive. |
| 09:08 | 17 | Q.   What's Barbie doing here? |
| 09:08 | 18 | A.   Um, what do you mean exactly? |
| 09:09 | 19 | Q.   What's she doing in the cartoon? |
| 09:09 | 20 | A.   Well, in one of 'em she's kind of flying, and in |
| 09:09 | 21 | another she's -- looks like she's holding a friend's hand. |
| 09:09 | 22 | Q.   Okay. |
| 09:09 | 23 | A.   Yeah. |
| 09:09 | 24 | Q.   So between this and your *Archie* comic drawings, you had |
| 09:09 | 25 | experience drawing cartoony figures, right? |

| | | |
|---|---|---|
| 09:09 | 1 | A.   Yes. |
| 09:09 | 2 | Q.   Now, did Mattel first hire you as a temporary employee |
| 09:09 | 3 | at $15 an hour? |
| 09:09 | 4 | A.   They hired me as a temporary employee, but I don't |
| 09:09 | 5 | remember the -- I don't remember the wage. |
| 09:09 | 6 | Q.   Okay.  And then in November of '95, were you hired on a |
| 09:09 | 7 | permanent basis? |
| 09:09 | 8 | A.   Yes. |
| 09:09 | 9 | Q.   And where did you go to work within Mattel? |
| 09:09 | 10 | A.   I was hired for Mainline Barbie. |
| 09:09 | 11 | Q.   Okay.  Now, what's the difference between Mainline |
| 09:09 | 12 | Barbie, where you started out, and Barbie Collectibles, |
| 09:09 | 13 | where you ended up? |
| 09:10 | 14 | A.   Mainline Barbie is more the department that works on |
| 09:10 | 15 | children's toys, and Collectible works more on things for an |
| 09:10 | 16 | adult consumer. |
| 09:10 | 17 | Q.   So, for example, the Grand Entrance Barbie in the |
| 09:10 | 18 | beautiful gown that we saw that you did, that's more |
| 09:10 | 19 | directed toward adult women to buy and keep as a |
| 09:10 | 20 | collectible? |
| 09:10 | 21 | A.   Yes. |
| 09:10 | 22 | Q.   And Mainline Barbie is more directed at little kids who |
| 09:10 | 23 | want to play with dolls, right? |
| 09:10 | 24 | A.   Yes. |
| 09:10 | 25 | Q.   Okay.  In 1995 to the 1997, do you remember the names |

| | | |
|---|---|---|
| 09:10 | 1 | of any of the projects you worked on, or would it help if I |
| 09:10 | 2 | jogged your memory? |
| 09:10 | 3 | A.   That would probably help. |
| 09:10 | 4 | Q.   Do you remember Teen Skipper? |
| 09:10 | 5 | A.   Yes. |
| 09:10 | 6 | Q.   Do you remember Avon Barbie? |
| 09:11 | 7 | A.   Yes. |
| 09:11 | 8 | Q.   Was Avon Barbie selling products door to door?  I'm |
| 09:11 | 9 | just curious. |
| 09:11 | 10 | A.   You mean the design for the doll? |
| 09:11 | 11 | Q.   Yeah.  Was it -- was Avon Barbie -- was that linked to |
| 09:11 | 12 | the Avon door-to-door sales of shampoo and stuff? |
| 09:11 | 13 | A.   I think so, yes. |
| 09:11 | 14 | Q.   And Bicycling Stacie, did you work on that? |
| 09:11 | 15 | A.   Yes. |
| 09:11 | 16 | Q.   Now, your role was to take a concept given to you by |
| 09:11 | 17 | your superiors and design fashions and color schemes and |
| 09:11 | 18 | hairstyles for those, right? |
| 09:11 | 19 | A.   Yes. |
| 09:11 | 20 | Q.   So they would tell you, "This is what we want you to |
| 09:11 | 21 | do.  This is the project."  And then you would execute the |
| 09:11 | 22 | project, true? |
| 09:11 | 23 | A.   I believe so, yes. |
| 09:11 | 24 | Q.   Okay.  Now, Mr. Price showed you Exhibit 20, and this |
| 09:11 | 25 | was a resumé you created later in November of 1998.  You |

| | | |
|---|---|---|
| 09:11 | 1 | remember this? |
| 09:11 | 2 | *(Document displayed.)* |
| 09:12 | 3 | BY MS. KELLER: |
| 09:12 | 4 | Q.   Sorry.  I'll give you a second. |
| 09:12 | 5 | A.   It's okay. |
| 09:12 | 6 | *(Document provided to the witness.)* |
| 09:12 | 7 | *(Display taken down.)* |
| 09:12 | 8 | MS. KELLER:  Your Honor, I would ask that |
| 09:12 | 9 | Exhibit 20 be admitted. |
| 09:12 | 10 | THE COURT:  Received. |
| 09:12 | 11 | MS. KELLER:  Thank you. |
| 09:12 | 12 | *(Exhibit No. 20 received in evidence.)* |
| 09:12 | 13 | *(Document displayed.)* |
| 09:12 | 14 | BY MS. KELLER: |
| 09:12 | 15 | Q.   Okay.  Is this the resumé you created in November 1998? |
| 09:12 | 16 | A.   I believe so, yes. |
| 09:12 | 17 | Q.   And you submitted this to Mattel when you applied to |
| 09:12 | 18 | rejoin Mattel; so when you went to Mattel the second time, |
| 09:12 | 19 | right? |
| 09:12 | 20 | A.   Uh, yeah.  I think so. |
| 09:12 | 21 | Q.   And according to your resumé, you were the designer of |
| 09:12 | 22 | the Teen Skipper doll in 1997? |
| 09:12 | 23 | A.   Yes. |
| 09:12 | 24 | Q.   And it also claims that you designed the new Barbie |
| 09:12 | 25 | body? |

| | | |
|---|---|---|
| 09:12 | 1 | A.    Yes. |
| 09:12 | 2 | Q.    But you never sculpted the Barbie -- the new Barbie |
| 09:12 | 3 | body, right? |
| 09:12 | 4 | A.    Uh, no. |
| 09:12 | 5 | Q.    And you didn't resculpt the Barbie body, correct? |
| 09:13 | 6 | A.    No. |
| 09:13 | 7 | Q.    So the new Barbie body, was it put together with |
| 09:13 | 8 | existing parts that were already at Mattel? |
| 09:13 | 9 | A.    I think so, yes. |
| 09:13 | 10 | Q.    So you -- basically, you picked the parts and assembled |
| 09:13 | 11 | them, or caused them to be assembled? |
| 09:13 | 12 | A.    Yeah.  I don't remember exactly how that came together, |
| 09:13 | 13 | but I think that's kind of generally how it worked. |
| 09:13 | 14 | Q.    And did you also -- is it true that you did not work |
| 09:13 | 15 | with the sculptors at Mattel in coming up with the idea? |
| 09:13 | 16 | A.    For the new Barbie body? |
| 09:13 | 17 | Q.    Right. |
| 09:13 | 18 | A.    I don't think I did. |
| 09:13 | 19 | Q.    Would it help to take a look at your trial transcript? |
| 09:13 | 20 | A.    Sure. |
| 09:13 | 21 | Q.    Page 2968, lines 5 through 6. |
| 09:13 | 22 | *(Document provided to the witness.)* |
| 09:13 | 23 | BY MS. KELLER: |
| 09:14 | 24 | Q.    Have you gotten there yet? |
| 09:14 | 25 | A.    Yes. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

31

| | | |
|---|---|---|
| 09:14 | 1 | Q. Does that refresh your memory? |
| 09:14 | 2 | A. Uh, yes. |
| 09:14 | 3 | Q. Did you work with the sculptors at Mattel in coming up |
| 09:14 | 4 | with the idea for the new Barbie body? |
| 09:14 | 5 | A. Uh, no. |
| 09:14 | 6 | Q. Now, your resumé says it was going to be introduced, |
| 09:14 | 7 | but it wasn't actually introduced, was it? |
| 09:14 | 8 | A. I don't think the concept that I came up with or the |
| 09:14 | 9 | body that I worked on ever came out. |
| 09:14 | 10 | Q. Okay. Now, at some point did you become a little |
| 09:14 | 11 | frustrated with your career at Mattel? |
| 09:14 | 12 | A. Um, I think so, yeah. |
| 09:14 | 13 | Q. And wanted to pursue a career in freelance artwork? |
| 09:14 | 14 | A. Yes. |
| 09:14 | 15 | Q. And did you begin to find that the design process at |
| 09:14 | 16 | Mattel was kind of full of bureaucracy? |
| 09:15 | 17 | A. Yeah, I think I kind of felt that way. |
| 09:15 | 18 | Q. And when you were given an assignment, the ideas that |
| 09:15 | 19 | you might have had to fit into a preconceived marketing |
| 09:15 | 20 | concept, right? |
| 09:15 | 21 | A. Yes. |
| 09:15 | 22 | Q. And lot of people were involved in the design process |
| 09:15 | 23 | who didn't know very much about design, true? |
| 09:15 | 24 | A. Yes. |
| 09:15 | 25 | Q. Nevertheless, did you like your job? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

32

| 09:15 | 1 | A.   Um, for the most part, yes. |
| 09:15 | 2 | Q.   Did you think you did it well? |
| 09:15 | 3 | A.   Uh, yeah, I think I did. |
| 09:15 | 4 | Q.   Now, at Mainline Barbie, was one of your frustrations |
| 09:15 | 5 | that you wanted to be a fashion designer, but you were |
| 09:15 | 6 | ending up working on dolls with a lot of features? |
| 09:15 | 7 | A.   Uh, yeah, that was... |
| 09:15 | 8 | Q.   And can you tell us what is meant by those features -- |
| 09:15 | 9 | dolls with a lot of features? |
| 09:15 | 10 | A.   Features were things like mechanisms and sort of like |
| 09:16 | 11 | gidgets and widgets, things like that. |
| 09:16 | 12 | Q.   So you weren't getting to do what you really wanted to |
| 09:16 | 13 | do, which was sketch women's fashions -- in this case for a |
| 09:16 | 14 | doll, right?  Not as much of it as you wanted? |
| 09:16 | 15 | A.   Yeah.  I wanted to be -- I think I wanted to be more |
| 09:16 | 16 | involved doing that. |
| 09:16 | 17 | Q.   It sounds like there was a back and forth in terms of |
| 09:16 | 18 | your missing your family in Missouri too.  Is that -- am I |
| 09:16 | 19 | right about that? |
| 09:16 | 20 | A.   Uh, yeah.  I think I remember feeling that way. |
| 09:16 | 21 | Q.   Do you remember telling Cassidy Park that you wanted to |
| 09:16 | 22 | move back to Missouri, take a six-month leave of absence? |
| 09:16 | 23 | A.   Yes. |
| 09:16 | 24 | Q.   And you told her you were interested in doing freelance |
| 09:16 | 25 | work? |

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

33

| | | |
|---|---|---|
| 09:16 | 1 | A.   Um, I think so, yes. |
| 09:16 | 2 | Q.   Now, did she respond with any offer of freelance work |
| 09:16 | 3 | for Mattel? |
| 09:17 | 4 | A.   Uh, I think so, yes. |
| 09:17 | 5 | Q.   Did she convince you to work 12 hours a week from |
| 09:17 | 6 | Missouri for Mattel? -- at least for some period of time. |
| 09:17 | 7 | A.   Yeah.  I don't remember what the actual final agreement |
| 09:17 | 8 | was, but something to that effect, yes. |
| 09:17 | 9 | Q.   When was it that you moved back to Missouri? -- that |
| 09:17 | 10 | time. |
| 09:17 | 11 | A.   I think it was toward the end of 1997, maybe. |
| 09:17 | 12 | Q.   Was it shortly before Christmas? |
| 09:17 | 13 | A.   I believe so. |
| 09:17 | 14 | Q.   Now, when you mentioned wanting to do freelance work, |
| 09:17 | 15 | Ms. Park didn't say that was gonna be a problem, did she? |
| 09:17 | 16 | A.   I don't remember if she did or not. |
| 09:17 | 17 | Q.   And you knew that there were some freelancers who |
| 09:17 | 18 | actually did work for Mattel, right? |
| 09:17 | 19 | A.   Uh, I think so, yes. |
| 09:18 | 20 | Q.   Anna Rhee being one? |
| 09:18 | 21 | A.   Yes. |
| 09:18 | 22 | Q.   And others? |
| 09:18 | 23 | A.   Yes. |
| 09:18 | 24 | Q.   Okay.  So you went back to Missouri around the end of |
| 09:18 | 25 | 1997 and began working part-time for Mattel, right? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

34

| | | |
|---|---|---|
| 09:18 | 1 | A.   Uh, yes. |
| 09:18 | 2 | MS. KELLER:  And if we could see Exhibit 10737. |
| 09:18 | 3 | *(Document provided to the witness.)* |
| 09:18 | 4 | BY MS. KELLER: |
| 09:18 | 5 | Q.   Is this a document that you signed and dated |
| 09:18 | 6 | January 28th, 1998? |
| 09:18 | 7 | A.   Yes. |
| 09:18 | 8 | MS. KELLER:  Your Honor, I would offer this into |
| 09:18 | 9 | evidence. |
| 09:18 | 10 | THE COURT:  And what document is it again?  1030? |
| 09:18 | 11 | MS. KELLER:  10737.  I'm sorry.  It's actually |
| 09:18 | 12 | drawings, not a document. |
| 09:18 | 13 | THE COURT:  Well, just a moment.  Okay.  It's |
| 09:18 | 14 | 10737? |
| 09:19 | 15 | MS. KELLER:  Yes, Your Honor. |
| 09:19 | 16 | THE COURT:  You just referred to it as 10307. |
| 09:19 | 17 | MS. KELLER:  I'm sorry.  It's 10737.  I apologize. |
| 09:19 | 18 | THE COURT:  Okay.  Received. |
| 09:19 | 19 | *(Exhibit No. 10737 received in evidence.)* |
| 09:19 | 20 | *(Document displayed.)* |
| 09:19 | 21 | BY MS. KELLER: |
| 09:19 | 22 | Q.   Now, this is dated January 28, 1998.  Is this when you |
| 09:19 | 23 | were -- well, just tell us what this is. |
| 09:19 | 24 | A.   I think this was a -- this was a project that I did for |
| 09:19 | 25 | Cassidy.  I think it was jewel project. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

35

| | | |
|---|---|---|
| 09:19 | 1 | Q.   Is this what was known as a Jewel-themed Barbie? |
| 09:19 | 2 | A.   Uh, yes. |
| 09:19 | 3 | Q.   Could you explain to the jury what that means?  What |
| 09:19 | 4 | was the Jewel-themed Barbie series? |
| 09:19 | 5 | A.   I'm not exactly sure what you mean. |
| 09:19 | 6 | Q.   Well, what was that series all about?  Was it just one |
| 09:19 | 7 | doll?  Was there more than one doll?  What was the theme of |
| 09:20 | 8 | the series? |
| 09:20 | 9 | A.   The theme was -- yeah, to be about jewels and -- um, I |
| 09:20 | 10 | don't remember a lot of the details, but she -- I think she |
| 09:20 | 11 | asked me just for some sketches based on, you know, a |
| 09:20 | 12 | jewel-centered concept. |
| 09:20 | 13 | Q.   Okay.  Was this for a series of formal dresses, each |
| 09:20 | 14 | one of which incorporated some kind of jewel into the dress? |
| 09:20 | 15 | A.   Uh, I think so, yes. |
| 09:20 | 16 | THE COURT:  When you say "she," would you remind |
| 09:20 | 17 | us of who she is?  You said, "I think she asked me just for |
| 09:20 | 18 | some sketches." |
| 09:20 | 19 | THE WITNESS:  Oh, yeah.  I was talking about |
| 09:20 | 20 | Cassidy Park. |
| 09:20 | 21 | THE COURT:  Okay. |
| 09:20 | 22 | BY MS. KELLER: |
| 09:20 | 23 | Q.   And that had been your boss at Mattel? |
| 09:20 | 24 | A.   Yes. |
| 09:20 | 25 | Q.   So some of these gowns might incorporate a diamond or |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB  Document 9794  Filed 02/04/11  Page 36 of 156  Page ID #:293833
CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

36

| | | |
|---|---|---|
| 09:20 | 1 | an emerald or a ruby or something somewhere in a sash, as a |
| 09:20 | 2 | brooch, something like that? |
| 09:20 | 3 | A.   Yes. |
| 09:20 | 4 | Q.   Now, if we could look at Exhibit 10738. |
| 09:21 | 5 | MS. KELLER:  And just to make clear.  That was one |
| 09:21 | 6 | you were working on in Missouri, that one we just looked at, |
| 09:21 | 7 | right? |
| 09:21 | 8 | THE WITNESS:  Yes. |
| 09:21 | 9 | MS. KELLER:  10738.  Do you recognize that? |
| 09:21 | 10 | *(Document provided to the witness.)* |
| 09:21 | 11 | THE WITNESS:  Yes. |
| 09:21 | 12 | BY MS. KELLER: |
| 09:21 | 13 | Q.   And is that another one of your drawings and designs? |
| 09:21 | 14 | A.   Yes. |
| 09:21 | 15 | MS. KELLER:  And, Your Honor, I'd ask that that be |
| 09:21 | 16 | admitted. |
| 09:21 | 17 | THE COURT:  Received. |
| 09:21 | 18 | *(Exhibit No. 10738 received in evidence.)* |
| 09:21 | 19 | *(Document displayed.)* |
| 09:21 | 20 | BY MS. KELLER: |
| 09:21 | 21 | Q.   Is this also dated January 28, 1998? |
| 09:21 | 22 | A.   Yes. |
| 09:21 | 23 | Q.   And this was also created while you were back in |
| 09:21 | 24 | Missouri? |
| 09:21 | 25 | A.   Yes. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

37

| | | |
|---|---|---|
| 09:21 | 1 | Q.   And tell us what this is. |
| 09:21 | 2 | A.   This was another doll from the jewel series. |
| 09:21 | 3 | Q.   Did it have a name? |
| 09:21 | 4 | A.   I don't remember.  Again, I think Cassidy just asked me |
| 09:21 | 5 | for some sketches about the -- featuring a jewel theme. |
| 09:22 | 6 | MS. KELLER:  Let's look at Exhibit 10739, also |
| 09:22 | 7 | dated January 28th, 1998.  Do you recognize this? |
| 09:22 | 8 | *(Document provided to the witness.)* |
| 09:22 | 9 | THE WITNESS:  Yes. |
| 09:22 | 10 | BY MS. KELLER: |
| 09:22 | 11 | Q.   And what is this? |
| 09:22 | 12 | A.   This was another drawing for the jewel series. |
| 09:22 | 13 | MS. KELLER:  And, Your Honor, I'd ask that that be |
| 09:22 | 14 | admitted. |
| 09:22 | 15 | THE COURT:  Received. |
| 09:22 | 16 | *(Exhibit No. 10739 received in evidence.)* |
| 09:22 | 17 | *(Document displayed.)* |
| 09:22 | 18 | BY MS. KELLER: |
| 09:22 | 19 | Q.   Let's look at Exhibit 10740, also dated January 28th, |
| 09:22 | 20 | 1998.  You recognize this? |
| 09:22 | 21 | *(Document provided to the witness.)* |
| 09:22 | 22 | THE WITNESS:  Yes. |
| 09:22 | 23 | BY MS. KELLER: |
| 09:22 | 24 | Q.   Is this another Jewel-themed Barbie that you drew? |
| 09:22 | 25 | A.   Yes. |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 38 of 156   Page ID #:293835
CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

38

| | | |
|---|---|---|
| 09:22 | 1 | MS. KELLER:  I'd ask that it be admitted, |
| 09:22 | 2 | Your Honor. |
| 09:22 | 3 | THE COURT:  Received. |
| 09:22 | 4 | *(Exhibit No. 10740 received in evidence.)* |
| 09:22 | 5 | *(Document displayed.)* |
| 09:22 | 6 | BY MS. KELLER: |
| 09:22 | 7 | Q.   Now, were these -- these gowns look like they're |
| 09:22 | 8 | ballgowns.  Is that what they were intended to be? |
| 09:23 | 9 | A.   Uh, I don't remember exactly what the intention was, |
| 09:23 | 10 | but they're sort of ballgown-y. |
| 09:23 | 11 | Q.   You're definitely not gonna play racquetball in them, |
| 09:23 | 12 | right? |
| 09:23 | 13 | A.   No. |
| 09:23 | 14 | Q.   They're intended as formalwear? |
| 09:23 | 15 | A.   Yes. |
| 09:23 | 16 | Q.   Let's take a look at Exhibit 10741. |
| 09:23 | 17 | *(Document provided to the witness.)* |
| 09:23 | 18 | BY MS. KELLER: |
| 09:23 | 19 | Q.   Is this another Jewel-themed Barbie that you created |
| 09:23 | 20 | dated -- signed and dated January 28, 1998? |
| 09:23 | 21 | A.   Yes. |
| 09:23 | 22 | MS. KELLER:  I'd ask that that be admitted, |
| 09:23 | 23 | Your Honor. |
| 09:23 | 24 | THE COURT:  Received. |
| 09:23 | 25 | *(Exhibit No. 10741 received in evidence.)* |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

39

| | | |
|---|---|---|
| 09:23 | 1 | (Document displayed.) |
| 09:23 | 2 | BY MS. KELLER: |
| 09:23 | 3 | Q.   All of these -- as we go along, these were all created |
| 09:23 | 4 | while you were working part-time for Mattel in Missouri? |
| 09:23 | 5 | A.   Yes. |
| 09:23 | 6 | Q.   In 1998? |
| 09:23 | 7 | A.   Yes. |
| 09:23 | 8 | Q.   Okay.  And Exhibit 10742, another Jewel-themed Barbie |
| 09:23 | 9 | created in Missouri and dated 1/28/98? |
| 09:23 | 10 | (Document provided to the witness.) |
| 09:23 | 11 | THE WITNESS:  Yes. |
| 09:23 | 12 | MS. KELLER:  And I'd ask that that be admitted, |
| 09:24 | 13 | Your Honor. |
| 09:24 | 14 | THE COURT:  Received. |
| 09:24 | 15 | |
| 09:24 | 16 | (Exhibit No. 10742 received in evidence.) |
| 09:24 | 17 | (Document displayed.) |
| 09:24 | 18 | BY MS. KELLER: |
| 09:24 | 19 | Q.   Now, these Mattel projects were different than some of |
| 09:24 | 20 | the other Mattel Barbie projects you had done, right? |
| 09:24 | 21 | A.   Um, this particular one was a little bit, yes. |
| 09:24 | 22 | Q.   The series, the Jewel Barbie series? |
| 09:24 | 23 | A.   Yes. |
| 09:24 | 24 | Q.   And in what way was it different? |
| 09:24 | 25 | A.   Um, it was just more of a collector-type theme project, |

Case 2:04-cv-09049-DOC-RNB  Document 9794  Filed 02/04/11  Page 40 of 156  Page ID #:293837
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

40

| | | |
|---|---|---|
| 09:24 | 1 | less -- um, less toy-oriented. |
| 09:24 | 2 | Q.   And did you have more -- did you have more artistic |
| 09:24 | 3 | freedom to come up with those designs? |
| 09:24 | 4 | A.   Um, I don't really remember how much direction I got. |
| 09:24 | 5 | Q.   Okay.  Let's take a look at Exhibit 15243. |
| 09:24 | 6 | *(Document provided to the witness.)* |
| 09:25 | 7 | BY MS. KELLER: |
| 09:25 | 8 | Q.   And do you recognize that? |
| 09:25 | 9 | A.   Yes. |
| 09:25 | 10 | Q.   And is this -- can you describe what that is that |
| 09:25 | 11 | you're looking at? |
| 09:25 | 12 | A.   Um, I believe this was a project that I worked on that |
| 09:25 | 13 | was more like a -- some sort of an accessory. |
| 09:25 | 14 | Q.   And that's dated February 11, 1998? |
| 09:25 | 15 | A.   Uh, yes. |
| 09:25 | 16 | MS. KELLER:  I'd ask that that be admitted, |
| 09:25 | 17 | Your Honor. |
| 09:25 | 18 | THE COURT:  Received. |
| 09:25 | 19 | *(Exhibit No. 15243 received in evidence.)* |
| 09:25 | 20 | *(Document displayed.)* |
| 09:25 | 21 | BY MS. KELLER: |
| 09:25 | 22 | Q.   So we see something on here that says "vinyl |
| 09:25 | 23 | fashion-maker."  And was this for Barbie? |
| 09:25 | 24 | A.   I think this might have been for the accessories group. |
| 09:25 | 25 | Q.   Okay.  Is this some sort of -- some sort of |

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

41

| | | |
|---|---|---|
| 09:25 | 1 | jewelry-maker? |
| 09:25 | 2 | MS. KELLER:  If we can expand it again. |
| 09:26 | 3 | *(Technician complies.)* |
| 09:26 | 4 | THE WITNESS:  Yes. |
| 09:26 | 5 | BY MS. KELLER: |
| 09:26 | 6 | Q.   And there's a note on here that says "Carter, Hi.  I'll |
| 09:26 | 7 | explain on the phone.  Thanks, Esther."  Do you see that? |
| 09:26 | 8 | A.   Yes. |
| 09:26 | 9 | Q.   And who does Esther refer to? |
| 09:26 | 10 | A.   I think that was Esther Levine. |
| 09:26 | 11 | Q.   And we see a 310 area code there? |
| 09:26 | 12 | A.   Uh, yes. |
| 09:26 | 13 | Q.   Now, when you say -- when we say this was some sort of |
| 09:26 | 14 | jewelry-maker, the device itself, did it work sort of like a |
| 09:26 | 15 | stapler, kind of? |
| 09:26 | 16 | A.   I think that was sort of the intention.  I don't |
| 09:26 | 17 | remember a whole lot about how that was supposed to work. |
| 09:27 | 18 | Q.   Okay.  So Mattel was having you work, then, on |
| 09:27 | 19 | fashion-makers, or staplers, at that time, as well as the |
| 09:27 | 20 | Jewel Barbie collection? |
| 09:27 | 21 | A.   Yes. |
| 09:27 | 22 | Q.   Now, let's take a look at Exhibit 18486. |
| 09:27 | 23 | *(Document provided to the witness.)* |
| 09:27 | 24 | BY MS. KELLER: |
| 09:27 | 25 | Q.   You recognize that? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

42

| | | |
|---|---|---|
| 09:27 | 1 | A.   Yes. |
| 09:27 | 2 | Q.   And what was that? |
| 09:27 | 3 | A.   I think that was a drawing that I did for -- um, maybe |
| 09:27 | 4 | for the same project. |
| 09:27 | 5 | Q.   And was -- was this your solution for problems that |
| 09:27 | 6 | were encountered with that stapler project for Barbie? |
| 09:27 | 7 | A.   Um... |
| 09:27 | 8 | Q.   If you remember. |
| 09:27 | 9 | A.   Uh, yeah.  I don't really remember. |
| 09:27 | 10 | Q.   Okay.  If you take a look at the trial transcript, |
| 09:28 | 11 | page 2898, lines 18 through 24 -- and we can -- |
| 09:28 | 12 |         MS. KELLER:  Your Honor, I would ask that |
| 09:28 | 13 | Exhibit 18486 be introduced. |
| 09:28 | 14 |         THE COURT:  Received. |
| 09:28 | 15 |         (Exhibit No. 18486 received in evidence.) |
| 09:28 | 16 |          (Document displayed.) |
| 09:28 | 17 | BY MS. KELLER: |
| 09:28 | 18 | Q.   And have you had a chance to look at 2898, lines 18 |
| 09:28 | 19 | through 24? |
| 09:28 | 20 | A.   Yes. |
| 09:28 | 21 | Q.   And does that refresh your memory? |
| 09:28 | 22 | A.   Yes. |
| 09:28 | 23 | Q.   So this was your solution for the project? |
| 09:28 | 24 | A.   Yes. |
| 09:28 | 25 | Q.   What was the problem that you remember seeking a |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

43

| 09:28 | 1 | solution for?  Do you remember? |
| 09:29 | 2 | A.   I don't exactly. |
| 09:29 | 3 | Q.   Now, this is also dated February 18th, 1998? |
| 09:29 | 4 | A.   Yes. |
| 09:29 | 5 | Q.   And when I say "this," I'm referring to Exhibit 18486. |
| 09:29 | 6 | Now, in keeping track of your hours for this, in |
| 09:29 | 7 | various places you wrote one and a half hours, two and a |
| 09:29 | 8 | half hours, one-hour consultation.  Do you remember that? |
| 09:29 | 9 | A.   Uh, yes. |
| 09:29 | 10 | Q.   And this -- the reason you were keeping track of your |
| 09:29 | 11 | hours is because you were working part-time for Mattel, but |
| 09:29 | 12 | you were kind of working as a freelancer, so you had to |
| 09:29 | 13 | track your hours? |
| 09:29 | 14 | A.   Yes. |
| 09:29 | 15 | Q.   And the drawing of the man that we see up at the top |
| 09:29 | 16 | here, that wasn't part of the project, was it? |
| 09:30 | 17 | A.   (Witness laughs.)  No.  I think that was probably just |
| 09:30 | 18 | some sort of a doodle. |
| 09:30 | 19 | Q.   Just a little bored with the staplers? |
| 09:30 | 20 | A.   Yeah. |
| 09:30 | 21 | Q.   Okay.  Now, on April 15th, 1998, did you give Mattel |
| 09:30 | 22 | two weeks' notice that you weren't even gonna work anymore |
| 09:30 | 23 | as a freelancer? |
| 09:30 | 24 | A.   Uh, I don't remember the exact date that I gave my |
| 09:30 | 25 | notice, but, yeah, I did eventually give notice. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

44

| | | |
|---|---|---|
| 09:30 | 1 | Q.   Let's look back again at Exhibit 1624, which is in |
| 09:30 | 2 | evidence. |
| 09:30 | 3 | *(Document provided to the witness.)* |
| 09:30 | 4 | MS. KIECKHEFER:  It's actually 15609. |
| 09:30 | 5 | MS. KELLER:  I'm sorry? |
| 09:30 | 6 | THE COURT:  You said 1624? |
| 09:30 | 7 | MS. KIECKHEFER:  That's the Bates number. |
| 09:30 | 8 | MS. KELLER:  Oh, I'm sorry.  The exhibit number |
| 09:30 | 9 | is? |
| 09:30 | 10 | MS. KIECKHEFER:  15609. |
| 09:30 | 11 | MS. KELLER:  15609, Your Honor. |
| 09:30 | 12 | THE COURT:  15609. |
| 09:30 | 13 | MS. KELLER:  I've been saved by my able assistant. |
| 09:30 | 14 | THE WITNESS:  Okay. |
| 09:31 | 15 | MS. KELLER:  And I think that's already in |
| 09:31 | 16 | evidence. |
| 09:31 | 17 | THE COURT:  If not, it's received, Counsel. |
| 09:31 | 18 | MS. KELLER:  Thank you. |
| 09:31 | 19 | *(Exhibit No. 15609 received in evidence.)* |
| 09:31 | 20 | *(Document displayed.)* |
| 09:31 | 21 | BY MS. KELLER: |
| 09:31 | 22 | Q.   And this is the letter where you tell Mattel, "I have |
| 09:31 | 23 | decided to stay in Missouri and pursue other interests.  I |
| 09:31 | 24 | will still be available for freelancing projects in the |
| 09:31 | 25 | future." |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

45

| 09:31 | 1 | And does that refresh your memory that this was |
| 09:31 | 2 | April 15th, 1998? |
| 09:31 | 3 | A.   Yes. |
| 09:31 | 4 | Q.   Now, after this, you kept looking for an artist |
| 09:31 | 5 | representative to represent you, right? |
| 09:31 | 6 | A.   I believe so, yes. |
| 09:31 | 7 | Q.   Somebody who would act kind of as an agent and take |
| 09:31 | 8 | your work to different people and show them what you -- what |
| 09:31 | 9 | you're capable of, what you can do, right? |
| 09:31 | 10 | A.   Uh, yes. |
| 09:31 | 11 | Q.   But you never found an agent or an agency to represent |
| 09:31 | 12 | you; am I right? |
| 09:31 | 13 | A.   Um... |
| 09:31 | 14 | Q.   Not then anyway? |
| 09:31 | 15 | A.   I don't remember if I did or not. |
| 09:32 | 16 | Q.   Okay.  Well, let's take a look -- did you apply to |
| 09:32 | 17 | Hallmark to be a greeting card illustrator, to try to get |
| 09:32 | 18 | into the greeting card business? |
| 09:32 | 19 | A.   Um, yes, I think so. |
| 09:32 | 20 | Q.   Do you need to take a look at your trial transcript, or |
| 09:32 | 21 | do you remember that? |
| 09:32 | 22 | A.   No, I think I remember it. |
| 09:32 | 23 | Q.   And you set up the "Sophie Says," right? |
| 09:32 | 24 | A.   Yes. |
| 09:32 | 25 | Q.   And sent samples of greeting cards to the artists' |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 46 of 156   Page ID #:293843
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

46

| 09:32 | 1 | market, right? |
| 09:32 | 2 | A.   I -- I don't remember about that. |
| 09:32 | 3 | Q.   You had a lot of different greeting card ideas during |
| 09:32 | 4 | this time, didn't you? |
| 09:32 | 5 | A.   Yes. |
| 09:32 | 6 | Q.   And you weren't doing those for any particular company, |
| 09:32 | 7 | true? |
| 09:32 | 8 | A.   That's true. |
| 09:32 | 9 | Q.   You were just doing 'em on your own? |
| 09:32 | 10 | A.   Yes. |
| 09:32 | 11 | Q.   And not getting paid by anybody for them? |
| 09:32 | 12 | A.   No. |
| 09:32 | 13 | Q.   Now, your chief interest at that time was trying to get |
| 09:32 | 14 | into to that greeting card business.  So you weren't doing a |
| 09:32 | 15 | lot of drawing at that time, right? |
| 09:33 | 16 | A.   Um, I'm sorry.  What now? |
| 09:33 | 17 | Q.   Your chief interest during that period was you were |
| 09:33 | 18 | trying to get into to the greeting card business.  So you |
| 09:33 | 19 | weren't doing a lot of drawing of anything other than the |
| 09:33 | 20 | greeting cards at that time? |
| 09:33 | 21 | A.   Um... |
| 09:33 | 22 | Q.   Oh, I'm sorry.  I take it back.  The double and triple |
| 09:33 | 23 | negatives have gotten to me too. |
| 09:33 | 24 | Were you doing a lot of drawing around that time |
| 09:33 | 25 | because you were trying to get into the greeting card |

| | | |
|---|---|---|
| 09:33 | 1 | business? |
| 09:33 | 2 | A.   Uh, yes. |
| 09:33 | 3 | Q.   Okay.  And if we could look at Exhibit 18493. |
| 09:33 | 4 | (Document provided to the witness.) |
| 09:33 | 5 | BY MS. KELLER: |
| 09:33 | 6 | Q.   Do you recognize that as a sketch for a greeting card |
| 09:33 | 7 | idea you did in 1998? |
| 09:33 | 8 | A.   Um, I recognize it as a sketch.  I'm not sure when it |
| 09:34 | 9 | was done. |
| 09:34 | 10 | Q.   Okay. |
| 09:34 | 11 | MS. KELLER:  If we could have that admitted, |
| 09:34 | 12 | Your Honor. |
| 09:34 | 13 | THE COURT:  Received. |
| 09:34 | 14 | (Exhibit No. 18493 received in evidence.) |
| 09:34 | 15 | (Document displayed.) |
| 09:34 | 16 | BY MS. KELLER: |
| 09:34 | 17 | Q.   Now, written on this sheet was contact information for |
| 09:34 | 18 | a Sherry Gottleib and a phone number, an 815 area code |
| 09:34 | 19 | number? |
| 09:34 | 20 | A.   Yes. |
| 09:34 | 21 | Q.   With the words "send samples, looking for artists, |
| 09:34 | 22 | full-color work fashion doll figures, animals," and a |
| 09:34 | 23 | Rockford, Illinois, address, right? |
| 09:34 | 24 | A.   Yes. |
| 09:34 | 25 | Q.   And Sherry Gottleib was an artist representative you |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 48 of 156   Page ID #:293845
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

48

| | | |
|---|---|---|
| 09:34 | 1 | tried to get work through in 1998, true? |
| 09:34 | 2 | A.   I think so, yes. |
| 09:34 | 3 | Q.   And you were trying to interest an artist |
| 09:34 | 4 | representative in representing you.  For example, the |
| 09:34 | 5 | following year in 1999 you tried to get Alaska Momma to |
| 09:34 | 6 | represent you, right? |
| 09:34 | 7 | A.   Yes. |
| 09:34 | 8 | Q.   Now, if we could look at Exhibit 18496. |
| 09:35 | 9 | (Document provided to the witness.) |
| 09:35 | 10 | BY MS. KELLER: |
| 09:35 | 11 | Q.   Do you recognize that as another greeting card idea you |
| 09:35 | 12 | had in 1998? |
| 09:35 | 13 | A.   Yes, I recognize it as a greeting card idea.  Again, |
| 09:35 | 14 | I'm not sure when that was done. |
| 09:35 | 15 | MS. KELLER:  Okay.  Your Honor, I'd ask that that |
| 09:35 | 16 | be admitted. |
| 09:35 | 17 | THE COURT:  Received. |
| 09:35 | 18 | (Exhibit No. 18496 received in evidence.) |
| 09:35 | 19 | (Document displayed.) |
| 09:35 | 20 | BY MS. KELLER: |
| 09:35 | 21 | Q.   And this has Elise Cloonan's address on it in |
| 09:35 | 22 | California? |
| 09:35 | 23 | A.   Yes. |
| 09:35 | 24 | Q.   And we've seen this was the address where you were |
| 09:35 | 25 | living in October and September of 2000, right? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

49

| | | |
|---|---|---|
| 09:35 | 1 | A.   Yes. |
| 09:35 | 2 | Q.   When you were ordering the free samples of the saran |
| 09:35 | 3 | hair? |
| 09:35 | 4 | A.   Yes. |
| 09:35 | 5 | Q.   And then you moved back to California at the end of |
| 09:35 | 6 | 1998, right? |
| 09:35 | 7 | A.   Yes. |
| 09:35 | 8 | Q.   And you moved back in with Elise Cloonan, right? |
| 09:36 | 9 | A.   Uh, yes. |
| 09:36 | 10 | Q.   Okay.  So does going through all that now refresh your |
| 09:36 | 11 | memory that this was a greeting card idea you had in 1998? |
| 09:36 | 12 | A.   Uh -- |
| 09:36 | 13 | Q.   Before you came back and moved in with Elise? |
| 09:36 | 14 | A.   Yes. |
| 09:36 | 15 | Q.   If we could see Exhibit 18494. |
| 09:36 | 16 | *(Document provided to the witness.)* |
| 09:36 | 17 | BY MS. KELLER: |
| 09:36 | 18 | Q.   Is this a series of greeting card ideas for something |
| 09:36 | 19 | you had called "Rainy Day Rascals"? |
| 09:36 | 20 | A.   Yes. |
| 09:36 | 21 | Q.   And that was also in 1998, correct? |
| 09:36 | 22 | A.   I think so, yes. |
| 09:36 | 23 | MS. KELLER:  And, Your Honor, I'd ask that |
| 09:36 | 24 | Exhibit 18494 be admitted. |
| 09:36 | 25 | THE COURT:  Received. |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 50 of 156   Page ID #:293847
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

50

| | | |
|---|---|---|
| 09:36 | 1 | (Exhibit No. 18494 received in evidence.) |
| 09:36 | 2 | (Document displayed.) |
| 09:36 | 3 | BY MS. KELLER: |
| 09:36 | 4 | Q.   Okay.  This document is entitled, "Card Group ideas," |
| 09:36 | 5 | backslash, "licensing," and the first entry here is, "Rainy |
| 09:37 | 6 | Day Rascals:  Friendship-oriented cards and figurines, |
| 09:37 | 7 | brightly colored with gray backgrounds." |
| 09:37 | 8 | And can you hold up the original of that so the jurors |
| 09:37 | 9 | can see? |
| 09:37 | 10 | A.   The page? |
| 09:37 | 11 | Q.   Yeah.  Just hold that up and show the jurors -- I'm |
| 09:37 | 12 | sorry.  We don't have the original of that.  Never mind. |
| 09:37 | 13 | So the first entry is for "Rainy Day Rascals: |
| 09:37 | 14 | Friendship-oriented cards and figurines, brightly colored |
| 09:37 | 15 | with gray backgrounds."  What were the Rainy Day Rascals |
| 09:37 | 16 | supposed to represent? |
| 09:37 | 17 | A.   Um, I think they were just supposed to be some -- some |
| 09:37 | 18 | kids who wore raingear and, um -- I don't remember a whole |
| 09:37 | 19 | lot about that concept, but I think the idea was just bright |
| 09:38 | 20 | colors -- kind of like it says in the note -- against scenes |
| 09:38 | 21 | of clouds and things like that. |
| 09:38 | 22 | Q.   And there was a rainbow in every cloud? |
| 09:38 | 23 | A.   Yeah, something like that. |
| 09:38 | 24 | Q.   Okay.  Would it help for you to refresh your memory by |
| 09:38 | 25 | looking at your trial transcript? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

51

| | | |
|---|---|---|
| 09:38 | 1 | A.    Sure. |
| 09:38 | 2 | Q.    Page 2902, lines 16 through 20. |
| 09:38 | 3 | A.    Okay.  Yes. |
| 09:38 | 4 | Q.    Okay.  So the overall theme, you remember now, was that |
| 09:38 | 5 | there was a rainbow within every cloud? |
| 09:38 | 6 | A.    Yes. |
| 09:38 | 7 | Q.    And this was just -- were these just characters you |
| 09:38 | 8 | were sketching, trying to come up with concepts? |
| 09:39 | 9 | A.    Yes. |
| 09:39 | 10 | Q.    And how much of that type of work were you doing around |
| 09:39 | 11 | that time?  Sketching, coming up with concepts, thinking -- |
| 09:39 | 12 | trying to think up new ideas? |
| 09:39 | 13 | MR. PRICE:  Objection.  Vague as to "at that |
| 09:39 | 14 | time." |
| 09:39 | 15 | THE COURT:  Just narrow the time down.  Are we |
| 09:39 | 16 | still in 1998, Counsel? |
| 09:39 | 17 | MS. KELLER:  1998, post-Mattel.  1998, after you |
| 09:39 | 18 | quit Mattel in April. |
| 09:39 | 19 | THE COURT:  In Missouri. |
| 09:39 | 20 | MS. KELLER:  In Missouri. |
| 09:39 | 21 | MR. PRICE:  I'll object.  Assumes facts not in |
| 09:39 | 22 | evidence.  I don't think he's dated this. |
| 09:39 | 23 | THE COURT:  Overruled. |
| 09:39 | 24 | THE WITNESS:  I'm sorry.  What was the question? |
| | 25 | |

| | | |
|---|---|---|
| 09:39 | 1 | BY MS. KELLER: |
| 09:39 | 2 | Q.   Well, let's first address one issue.  Take a look at |
| 09:39 | 3 | the trial transcript, 2903, 11 through 16. |
| 09:39 | 4 | A.   Okay.  Yes. |
| 09:39 | 5 | Q.   And so this Rainy Day Rascals, was this created |
| 09:39 | 6 | sometime in 1998? |
| 09:39 | 7 | A.   Yes. |
| 09:39 | 8 | Q.   And this was after you resigned from Mattel, right? |
| 09:40 | 9 | A.   Yes. |
| 09:40 | 10 | Q.   And before you went back to work for Mattel in 1999, |
| 09:40 | 11 | right? |
| 09:40 | 12 | A.   Yes. |
| 09:40 | 13 | Q.   Okay.  Now, addressing that period of -- after you quit |
| 09:40 | 14 | in April -- I think it was April 18th -- after you quit |
| 09:40 | 15 | Mattel, even the freelance part in April, and went back to |
| 09:40 | 16 | Mattel, were you actively trying to come up with ideas and |
| 09:40 | 17 | sketches and characters and concepts like this? |
| 09:40 | 18 | A.   Yes. |
| 09:40 | 19 | Q.   Now, if we could look at Exhibit 15333. |
| 09:40 | 20 | *(Document provided to the witness.)* |
| 09:40 | 21 | BY MS. KELLER: |
| 09:40 | 22 | Q.   Do you recognize this as a rough sketch for the Rainy |
| 09:40 | 23 | Day Rascals card line? |
| 09:40 | 24 | A.   I think so, yes. |
| 09:40 | 25 | MS. KELLER:  And, Your Honor, I'd ask that that be |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 53 of 156   Page ID #:293850
CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

53

| | | |
|---|---|---|
| 09:40 | 1 | admitted. |
| 09:40 | 2 | THE COURT:  Received. |
| 09:40 | 3 | *(Exhibit No. 15333 received in evidence.)* |
| 09:40 | 4 | *(Document displayed.)* |
| 09:41 | 5 | BY MS. KELLER: |
| 09:41 | 6 | Q.   Now, that one, is that on notepaper? |
| 09:41 | 7 | A.   Yes. |
| 09:41 | 8 | Q.   Could you hold that up for the jurors to see what that |
| 09:41 | 9 | looks like? |
| 09:41 | 10 | A.   (Witness complies.) |
| 09:41 | 11 | Q.   That's like a piece of notepaper torn out of a spiral |
| 09:41 | 12 | notebook? |
| 09:41 | 13 | A.   Yes. |
| 09:41 | 14 | Q.   And is there drawing on both sides? |
| 09:41 | 15 | A.   No. |
| 09:41 | 16 | Q.   Just one? |
| 09:41 | 17 | A.   Yes. |
| 09:41 | 18 | Q.   Okay.  Now, this says, "Whenever I need you, there you |
| 09:41 | 19 | are."  And this particular card was drawn in 1998, correct? |
| 09:41 | 20 | A.   I -- not exactly sure.  I think so, yes. |
| 09:41 | 21 | Q.   Okay.  Well, if you refer to page 2905, lines 8 through |
| 09:41 | 22 | 22, does that refresh your memory? |
| 09:42 | 23 | *(Document provided to the witness.)* |
| 09:42 | 24 | THE WITNESS:  What line? |
| | 25 | |

CV 04-9049 DOC – 2/27/2011 – Day 11, Volume 1 of 3

54

| | | |
|---|---|---|
| 09:42 | 1 | BY MS. KELLER: |
| 09:42 | 2 | Q.   Lines 21 through 22. |
| 09:42 | 3 | A.   Okay. |
| 09:42 | 4 | Q.   And so when did you do this drawing? |
| 09:42 | 5 | A.   Um, 1998. |
| 09:42 | 6 | Q.   Now, if we could look at Exhibit 15393. |
| 09:42 | 7 | *(Document provided to the witness.)* |
| 09:42 | 8 | BY MS. KELLER: |
| 09:42 | 9 | Q.   And by the way, that one we just looked at, 15333, that |
| 09:42 | 10 | was drawn in '98, after you quit Mattel, right? -- during |
| 09:43 | 11 | the period you were trying to design the greeting cards? |
| 09:43 | 12 | A.   I think so, yes. |
| 09:43 | 13 | Q.   And 15393, this is a rough sketch for one of your ideas |
| 09:43 | 14 | for the card line Rainy Day Rascals; is that correct? |
| 09:43 | 15 | A.   Yes. |
| 09:43 | 16 | MS. KELLER:  I'd move it into evidence, |
| 09:43 | 17 | Your Honor. |
| 09:43 | 18 | THE COURT:  Received. |
| 09:43 | 19 | *(Exhibit No. 15393 received in evidence.)* |
| 09:43 | 20 | *(Document displayed.)* |
| 09:43 | 21 | MS. KELLER:  I'm getting a little ahead of myself |
| 09:43 | 22 | here. |
| 09:43 | 23 | BY MS. KELLER: |
| 09:43 | 24 | Q.   And can you tell us what this sketch represents? |
| 09:43 | 25 | A.   I think this is -- looks like some kind of a little kid |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:43 | 1 | trying to fish in a -- in a bucket or something. |
| 09:43 | 2 | Q.    And can you hold up that sketch. |
| 09:43 | 3 | A.    (Witness complies.) |
| 09:43 | 4 | Q.    And that's -- also appears to be torn out of a spiral |
| 09:43 | 5 | notebook? |
| 09:43 | 6 | A.    Yes. |
| 09:43 | 7 | Q.    And is that on one side or both? |
| 09:43 | 8 | A.    Uh, there's drawings on both sides. |
| 09:43 | 9 | Q.    Can you hold that up and show the jurors the drawings |
| 09:43 | 10 | on both sides. |
| 09:43 | 11 | A.    (Witness complies.) |
| 09:43 | 12 | Q.    And this, again, was drawn in 1998, correct? |
| 09:44 | 13 | A.    I believe so, yes. |
| 09:44 | 14 | Q.    Now, do you know who -- or when that was ripped out of |
| 09:44 | 15 | a notebook? |
| 09:44 | 16 | A.    Uh, no, I don't. |
| 09:44 | 17 | Q.    Okay.  Let's look at Exhibit 18497. |
| 09:44 | 18 | *(Document provided to the witness.)* |
| 09:44 | 19 | BY MS. KELLER: |
| 09:44 | 20 | Q.    Are these more Rainy Day Rascals greeting card ideas |
| 09:44 | 21 | and sketches? |
| 09:44 | 22 | A.    Yes. |
| 09:44 | 23 | MS. KELLER:  Your Honor, I'd ask that |
| 09:44 | 24 | Exhibit 18497 be admitted. |
| 09:44 | 25 | THE COURT:  Received. |

| | | |
|---|---|---|
| 09:44 | 1 | (Exhibit No. 18497 received in evidence.) |
| 09:44 | 2 | (Document displayed.) |
| 09:44 | 3 | BY MS. KELLER: |
| 09:44 | 4 | Q.   And this has the same language as we saw on |
| 09:44 | 5 | Exhibit 15333, "Whenever I need you, there you are"? |
| 09:45 | 6 | A.   Yes. |
| 09:45 | 7 | Q.   And these were all done in 1998, correct? |
| 09:45 | 8 | A.   I think so, yes. |
| 09:45 | 9 | Q.   And so you were sketching these in a spiral notebook, |
| 09:45 | 10 | right? |
| 09:45 | 11 | A.   Uh, this one looks like it's from a different type of |
| 09:45 | 12 | notebook. |
| 09:45 | 13 | Q.   Okay.  What kinds of notebooks were you using to do |
| 09:45 | 14 | these sketches? |
| 09:45 | 15 | A.   Um, I think just kind of whatever was handy.  Um, it |
| 09:45 | 16 | didn't really matter. |
| 09:45 | 17 | Q.   So it might be plain paper?  Might be lined paper? |
| 09:45 | 18 | Might be spiral notebook?  Just whatever you had handy? |
| 09:45 | 19 | A.   Yes. |
| 09:45 | 20 | Q.   Did you have everything indexed perfectly in perfect |
| 09:45 | 21 | order? |
| 09:45 | 22 | A.   Uh, no. |
| 09:45 | 23 | Q.   Now, this was also -- this exhibit we're looking at |
| 09:45 | 24 | here, 18497, also done in 1998, right?  All of these? |
| 09:46 | 25 | A.   Are you talking about this document that we're looking |

| | | |
|---|---|---|
| 09:46 | 1 | at here? |
| 09:46 | 2 | Q.   Right.  The Rainy Day Rascals? |
| 09:46 | 3 | A.   I think so. |
| 09:46 | 4 | Q.   Do you need to refresh your memory to make sure? |
| 09:46 | 5 | A.   Sure. |
| 09:46 | 6 | Q.   Okay.  Take a look at page 3261, line 18 -- |
| 09:46 | 7 | A.   Okay. |
| 09:46 | 8 | Q.   -- through 3262, line 14. |
| 09:47 | 9 | (Document provided to the witness.) |
| 09:47 | 10 | BY MS. KELLER: |
| 09:47 | 11 | Q.   Does that refresh your memory that you did these in |
| 09:47 | 12 | 1998? |
| 09:47 | 13 | A.   Um, on this particular one, I don't remember exactly. |
| 09:47 | 14 | But, um, again, I don't disagree with the former statements. |
| 09:47 | 15 | Q.   Okay.  And your former testimony was, "I did those in |
| 09:47 | 16 | 98"? |
| 09:47 | 17 | A.   Yes. |
| 09:47 | 18 | Q.   And that's referring to this same exhibit we're looking |
| 09:47 | 19 | at? |
| 09:47 | 20 | A.   Yes. |
| 09:47 | 21 | Q.   Let's look at Exhibit 18515. |
| 09:47 | 22 | (Document provided to the witness.) |
| 09:47 | 23 | BY MS. KELLER: |
| 09:47 | 24 | Q.   Do you recognize this as a greeting card design you did |
| 09:47 | 25 | in 1998? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

58

| | | |
|---|---|---|
| 09:47 | 1 | A.   Yes. |
| 09:47 | 2 | MS. KELLER:  And I'd ask that it be admitted, |
| 09:47 | 3 | Your Honor. |
| 09:47 | 4 | THE COURT:  Received. |
| 09:47 | 5 | *(Exhibit No. 18515 received in evidence.)* |
| 09:47 | 6 | *(Document displayed.)* |
| 09:47 | 7 | BY MS. KELLER: |
| 09:47 | 8 | Q.   And again, this was after you left Mattel, while you |
| 09:47 | 9 | were just working on your own, right? |
| 09:47 | 10 | A.   Yes. |
| 09:47 | 11 | Q.   When I say "after you left Mattel" -- I should clear |
| 09:48 | 12 | that up.  After you quit doing part-time work for Mattel in |
| 09:48 | 13 | Missouri.  So between April '98 and the end of the year, |
| 09:48 | 14 | right? |
| 09:48 | 15 | A.   On this particular document, I'm not sure of the month. |
| 09:48 | 16 | Q.   Okay.  You just know it was sometime in '98? |
| 09:48 | 17 | A.   Yes. |
| 09:48 | 18 | Q.   So it could have been when you were freelancing for |
| 09:48 | 19 | Mattel, or it could have been when you were not freelancing |
| 09:48 | 20 | for Mattel? |
| 09:48 | 21 | A.   Yes. |
| 09:48 | 22 | Q.   Okay.  Let's look at -- does this 18515 greeting card |
| 09:48 | 23 | have your initials on it somewhere? |
| 09:48 | 24 | A.   Yes. |
| 09:48 | 25 | Q.   And it says, "CHB98"? |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 59 of 156   Page ID #:293856
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

59

| | | |
|---|---|---|
| 09:48 | 1 | A.    Yes. |
| 09:48 | 2 | Q.    And what does that represent? |
| 09:48 | 3 | A.    Those are just my initials and the year. |
| 09:48 | 4 | Q.    If we could look at Exhibit 18498. |
| 09:48 | 5 | *(Document provided to the witness.)* |
| 09:48 | 6 | BY MS. KELLER: |
| 09:48 | 7 | Q.    Do you recognize this as another greeting card that you |
| 09:49 | 8 | drew in 1998? |
| 09:49 | 9 | A.    Yes. |
| 09:49 | 10 | Q.    And? |
| 09:49 | 11 | MS. KELLER:  I'd ask that Exhibit 18498 be |
| 09:49 | 12 | admitted. |
| 09:49 | 13 | THE COURT:  Received. |
| 09:49 | 14 | *(Exhibit No. 18498 received in evidence.)* |
| 09:49 | 15 | *(Document displayed.)* |
| 09:49 | 16 | BY MS. KELLER: |
| 09:49 | 17 | Q.    And this also has "CHB98" on it? |
| 09:49 | 18 | A.    Yes. |
| 09:49 | 19 | Q.    If we could see Exhibit 18499. |
| 09:49 | 20 | *(Document provided to the witness.)* |
| 09:49 | 21 | BY MS. KELLER: |
| 09:49 | 22 | Q.    You recognize this? |
| 09:49 | 23 | A.    Yes. |
| 09:49 | 24 | Q.    And what is this? |
| 09:49 | 25 | A.    Uh, this is a just another greeting card design. |

| | | |
|---|---|---|
| 09:49 | 1 | Q.   From 1998? |
| 09:49 | 2 | A.   Yes. |
| 09:49 | 3 | MS. KELLER:  And, Your Honor, I'd ask that that be |
| 09:49 | 4 | admitted. |
| 09:49 | 5 | THE COURT:  Received. |
| 09:49 | 6 | *(Exhibit No. 18499 received in evidence.)* |
| 09:49 | 7 | *(Document displayed.)* |
| 09:49 | 8 | BY MS. KELLER: |
| 09:49 | 9 | Q.   And finally, Exhibit 18500. |
| 09:49 | 10 | *(Document provided to the witness.)* |
| 09:49 | 11 | BY MS. KELLER: |
| 09:49 | 12 | Q.   Can you tell us what that is? |
| 09:49 | 13 | A.   That's just another greeting card design idea. |
| 09:50 | 14 | Q.   Also from 1998? |
| 09:50 | 15 | A.   Yes. |
| 09:50 | 16 | Q.   Now, during this period, you also did freelance work |
| 09:50 | 17 | for Ashton Drake, which made collectibles dolls, right? |
| 09:50 | 18 | A.   Yes. |
| 09:50 | 19 | MS. KELLER:  Oh, I'm sorry.  Your Honor, did I |
| 09:50 | 20 | move Exhibit 18500 into evidence? |
| 09:50 | 21 | THE COURT:  I believe you did; if not, it's |
| 09:50 | 22 | received. |
| 09:50 | 23 | *(Exhibit No. 18500 received in evidence.)* |
| 09:50 | 24 | MS. KELLER:  Thank you. |
| | 25 | |

| | | |
|---|---|---|
| 09:50 | 1 | BY MS. KELLER: |
| 09:50 | 2 | Q.   You also did some freelance work for Ashton Drake? |
| 09:50 | 3 | A.   Yes. |
| 09:50 | 4 | Q.   And what is Ashton Drake, or who is Ashton Drake? |
| 09:50 | 5 | A.   They were a company that created specialty, |
| 09:50 | 6 | collector-type dolls. |
| 09:50 | 7 | Q.   Any particular type? |
| 09:50 | 8 | A.   I think they did a lot of different kinds.  I think |
| 09:50 | 9 | they did fashion dolls, baby dolls -- um, not sure what |
| 09:50 | 10 | other kinds they did. |
| 09:50 | 11 | THE COURT:  And I apologize.  You had not, but |
| 09:50 | 12 | it's received. |
| 09:50 | 13 | MS. KELLER:  Thank you. |
| 09:50 | 14 | It takes a village to get an exhibit in, |
| 09:51 | 15 | Your Honor.  I was clued in by my assistant. |
| 09:51 | 16 | BY MS. KELLER: |
| 09:51 | 17 | Q.   You actually got paid for this work that you were |
| 09:51 | 18 | doing, unlike for the greeting cards?  Got paid for the |
| 09:51 | 19 | Ashton Drake work? |
| 09:51 | 20 | A.   Yes. |
| 09:51 | 21 | Q.   And who was your contact at Ashton Drake? |
| 09:51 | 22 | A.   Um, I don't remember the name. |
| 09:51 | 23 | Q.   Does Sandra Herman ring a bell? |
| 09:51 | 24 | A.   Yes. |
| 09:51 | 25 | Q.   And what projects did you work on there? |

| 09:51 | 1 | A.    I think I did an angel project for them.  I think I did |
| 09:51 | 2 | a series of bridal illustrations. |
| 09:51 | 3 | Q.    Was one of them called "Southern Brides"? |
| 09:51 | 4 | A.    I don't remember the name of it. |
| 09:51 | 5 | Q.    Okay.  And did you also make sketches for a potential |
| 09:51 | 6 | doll? |
| 09:51 | 7 | A.    I think so, yes. |
| 09:51 | 8 | Q.    Take a look at Exhibit 18491. |
| 09:52 | 9 | *(Document provided to the witness.)* |
| 09:52 | 10 | BY MS. KELLER: |
| 09:52 | 11 | Q.    Do you recognize that? |
| 09:52 | 12 | A.    Yes. |
| 09:52 | 13 | Q.    And what is that? |
| 09:52 | 14 | A.    That is a, um -- looks like a drawing for one of the |
| 09:52 | 15 | Southern Bride dolls. |
| 09:52 | 16 | Q.    And I notice that that's on very tissue type -- almost |
| 09:52 | 17 | tissue-type paper.  What do you call that? |
| 09:52 | 18 | A.    This is tracing paper. |
| 09:52 | 19 | Q.    And what's the purpose of sketching it, on that type of |
| 09:52 | 20 | paper? |
| 09:52 | 21 | A.    It's just -- it's just easy to work with when you need |
| 09:52 | 22 | to start doing your final illustration. |
| 09:52 | 23 | Q.    So this is one of the ones that if you draw on it, it's |
| 09:52 | 24 | easy to put it on the light box and get the light to shine |
| 09:52 | 25 | through it.  Is that why you use it? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

63

| | | |
|---|---|---|
| 09:52 | 1 | A.    Yes. |
| 09:52 | 2 | Q.    If -- the lines show up, and the paper doesn't block |
| 09:52 | 3 | the lines so much? |
| 09:52 | 4 | A.    Yes. |
| 09:52 | 5 | Q.    Remember, this is from somebody who doesn't know |
| 09:53 | 6 | anything about art. |
| 09:53 | 7 | A.    No, you're right. |
| 09:53 | 8 | Q.    Okay. |
| 09:53 | 9 | MS. KELLER:  May we have Exhibit 18491 admitted, |
| 09:53 | 10 | Your Honor? |
| 09:53 | 11 | THE COURT:  Received. |
| 09:53 | 12 | (Exhibit No. 18491 received in evidence.) |
| 09:53 | 13 | (Document displayed.) |
| 09:53 | 14 | BY MS. KELLER: |
| 09:53 | 15 | Q.    And was this a sketch of a doll that you were thinking |
| 09:53 | 16 | of developing for Ashton Drake? |
| 09:53 | 17 | A.    Um, I think this was just, um -- I think these were |
| 09:53 | 18 | just illustrations that they had asked me for. |
| 09:53 | 19 | Q.    Okay.  Illustrations of? |
| 09:53 | 20 | A.    A doll that they were going to develop. |
| 09:53 | 21 | Q.    Okay.  Let's look at Exhibit 18489. |
| 09:53 | 22 | (Document provided to the witness.) |
| 09:53 | 23 | BY MS. KELLER: |
| 09:53 | 24 | Q.    Is that a sketch from the same series? |
| 09:54 | 25 | A.    I think so, yes. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 64 of 156   Page ID #:293861
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

64

| | | |
|---|---|---|
| 09:54 | 1 | MS. KELLER:  Ask that be admitted, Your Honor. |
| 09:54 | 2 | THE COURT:  Received. |
| 09:54 | 3 | *(Exhibit No. 18489 received in evidence.)* |
| 09:54 | 4 | *(Document displayed.)* |
| 09:54 | 5 | BY MS. KELLER: |
| 09:54 | 6 | Q.   And this was also one of those Ashton Drake 1998 |
| 09:54 | 7 | sketches? |
| 09:54 | 8 | A.   Yes. |
| 09:54 | 9 | Q.   And what does this show? |
| 09:54 | 10 | A.   This is just kind of a rough sketch, I think, of the -- |
| 09:54 | 11 | kind of the overall shape for some sort of a wedding gown. |
| 09:54 | 12 | Q.   Okay.  And let's look at 18488. |
| 09:54 | 13 | *(Document provided to the witness.)* |
| 09:54 | 14 | BY MS. KELLER: |
| 09:54 | 15 | Q.   Do you recognize that? |
| 09:54 | 16 | A.   Yes. |
| 09:54 | 17 | Q.   Same series? |
| 09:54 | 18 | A.   Yes. |
| 09:54 | 19 | MS. KELLER:  And, Your Honor, I'd ask that that be |
| 09:54 | 20 | admitted. |
| 09:54 | 21 | THE COURT:  Received. |
| 09:54 | 22 | *(Exhibit No. 18488 received in evidence.)* |
| 09:54 | 23 | *(Document displayed.)* |
| 09:54 | 24 | BY MS. KELLER: |
| 09:54 | 25 | Q.   Is this from the Southern Bride series? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

65

| | | |
|---|---|---|
| 09:54 | 1 | A.    I believe so, yes. |
| 09:54 | 2 | Q.    Also done for Ashton Drake in 1998? |
| 09:55 | 3 | A.    Yes. |
| 09:55 | 4 | Q.    And Exhibit 18490.  We can have you take a look at |
| 09:55 | 5 | that. |
| 09:55 | 6 | (Document provided to the witness.) |
| 09:55 | 7 | BY MS. KELLER: |
| 09:55 | 8 | Q.    And what's 18490?  Something from the same series? |
| 09:55 | 9 | A.    Yes. |
| 09:55 | 10 | MS. KELLER:  Ask that that be admitted, |
| 09:55 | 11 | Your Honor. |
| 09:55 | 12 | THE COURT:  Received. |
| 09:55 | 13 | (Exhibit No. 18490 received in evidence.) |
| 09:55 | 14 | (Document displayed.) |
| 09:55 | 15 | BY MS. KELLER: |
| 09:55 | 16 | Q.    And what does that depict? |
| 09:55 | 17 | A.    It just shows a couple different, um, ideas, I think, |
| 09:55 | 18 | of how the fan might be placed or just a couple different -- |
| 09:55 | 19 | just a couple different versions. |
| 09:55 | 20 | Q.    And this was from that bride series you did for Ashton |
| 09:55 | 21 | Drake in 18 -- 1988 (sic)? |
| 09:56 | 22 | A.    I'm sorry.  What now? |
| 09:56 | 23 | Q.    This is for the same Ashton Drake series, the bride |
| 09:56 | 24 | series, in 1998? |
| 09:56 | 25 | A.    Yes. |

| | | |
|---|---|---|
| 09:56 | 1 | Q.    Okay.  Now, let's discuss your August 1998 angel |
| 09:56 | 2 | project.  Do you remember what I'm talking about?  Angel |
| 09:56 | 3 | project for Ashton Drake? |
| 09:56 | 4 | A.    Uh, yes. |
| 09:56 | 5 | Q.    Let's look at Exhibit 15059. |
| 09:56 | 6 | *(Document provided to the witness.)* |
| 09:56 | 7 | BY MS. KELLER: |
| 09:56 | 8 | Q.    And do you recognize that? |
| 09:56 | 9 | A.    Yes. |
| 09:56 | 10 | Q.    And what is it? |
| 09:56 | 11 | A.    These are just some different, um, face illustrations |
| 09:56 | 12 | or, um, line drawings. |
| 09:56 | 13 | Q.    Now -- |
| 09:56 | 14 | MS. KELLER:  Your Honor, I'd ask that that be |
| 09:56 | 15 | admitted. |
| 09:56 | 16 | THE COURT:  Received. |
| 09:56 | 17 | *(Exhibit No. 15059 received in evidence.)* |
| 09:56 | 18 | *(Document displayed.)* |
| 09:56 | 19 | BY MS. KELLER: |
| 09:56 | 20 | Q.    Okay.  This says, "Angel project, actual illustrations |
| 09:57 | 21 | begun, 8/11/98, 2:45 p.m. to 3:25; 8/12/98, 12:45 to 2:15, |
| 09:57 | 22 | 3:00 o'clock to 4:25," and then it says, "8/14/98, |
| 09:57 | 23 | 1:00 p.m.," dash.  So this was a project you were doing in |
| 09:57 | 24 | August 1998, right? |
| 09:57 | 25 | A.    Yes. |

| | | |
|---|---|---|
| 09:57 | 1 | Q.   And you were keeping track of your time because you |
| 09:57 | 2 | were getting paid by the hour, right? |
| 09:57 | 3 | A.   I think so, yes. |
| 09:57 | 4 | Q.   Let's look at -- |
| 09:57 | 5 | MS. KELLER:  Oh, can we see the -- before we move |
| 09:57 | 6 | on, can we actually see the drawings. |
| 09:57 | 7 | THE WITNESS:  (Witness complies.) |
| 09:57 | 8 | *(Document displayed.)* |
| 09:57 | 9 | BY MS. KELLER: |
| 09:57 | 10 | Q.   Now, when you use the term "angel project," was that a |
| 09:57 | 11 | secret code of any kind? |
| 09:57 | 12 | A.   Uh, no, not that I remember. |
| 09:58 | 13 | Q.   And it wasn't a secret code for Bratz, right? |
| 09:58 | 14 | A.   Uh, no. |
| 09:58 | 15 | Q.   This was an actual project? |
| 09:58 | 16 | A.   Yes. |
| 09:58 | 17 | Q.   Okay.  If we could see Exhibit 15364. |
| 09:58 | 18 | And when I say "secret code," you didn't have a secret |
| 09:58 | 19 | code with Anna Rhee by any chance, that you referred to all |
| 09:58 | 20 | the Bratz dolls as angel dolls? |
| 09:58 | 21 | A.   Um, no. |
| 09:58 | 22 | *(Document provided to the witness.)* |
| 09:58 | 23 | BY MS. KELLER: |
| 09:58 | 24 | Q.   And Anna Rhee was the person who painted the faces on |
| 09:58 | 25 | the Bratz dolls? |

CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

68

| | | |
|---|---|---|
| 09:58 | 1 | A.   Yes. |
| 09:58 | 2 | Q.   Okay.  Exhibit 15364.  You recognize that? |
| 09:58 | 3 | A.   Uh, yes. |
| 09:58 | 4 | Q.   And what was that? |
| 09:58 | 5 | A.   This just looks like some sort of a FedEx or UPS |
| 09:59 | 6 | envelope. |
| 09:59 | 7 | MS. KELLER:  Okay.  I'd ask that that be admitted, |
| 09:59 | 8 | Your Honor. |
| 09:59 | 9 | THE COURT:  Received. |
| 09:59 | 10 | *(Exhibit No. 15364 received in evidence.)* |
| 09:59 | 11 | *(Document displayed.)* |
| 09:59 | 12 | BY MS. KELLER: |
| 09:59 | 13 | Q.   And if we look at -- see who's that to? |
| 09:59 | 14 | A.   Uh, it's kind of hard to make out, but I think it's |
| 09:59 | 15 | Sandra Herman. |
| 09:59 | 16 | Q.   And you see the "from"? |
| 09:59 | 17 | A.   Yes. |
| 09:59 | 18 | Q.   And who's the "from"? |
| 09:59 | 19 | A.   Uh, that's -- that's me. |
| 09:59 | 20 | Q.   Okay.  And let's look at page 2, 15364-2.  Is this a |
| 09:59 | 21 | letter you received from Sandy Herman at Ashton Drake, dated |
| 09:59 | 22 | August 7, 1998? |
| 09:59 | 23 | *(Document provided to the witness.)* |
| 09:59 | 24 | *(Document displayed.)* |
| 10:00 | 25 | THE WITNESS:  Uh, yes. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:00 | 1 | BY MS. KELLER: |
| 10:00 | 2 | Q.   And so you remember working on the angel project with |
| 10:00 | 3 | themes of spring, summer, and fall for Ashton Drake, right? |
| 10:00 | 4 | A.   Yes. |
| 10:00 | 5 | Q.   And if we can look at 15364-3, here, you're doing |
| 10:00 | 6 | sketches of heads and keeping track of your hours, right? |
| 10:00 | 7 | A.   Yes. |
| 10:00 | 8 | (Document displayed.) |
| 10:00 | 9 | BY MS. KELLER: |
| 10:00 | 10 | Q.   And 15364-4. |
| 10:00 | 11 | (Document displayed.) |
| 10:00 | 12 | BY MS. KELLER: |
| 10:00 | 13 | Q.   Are those more sketches of heads? |
| 10:00 | 14 | A.   Yes. |
| 10:00 | 15 | Q.   And 15364-5. |
| 10:01 | 16 | (Document displayed.) |
| 10:01 | 17 | BY MS. KELLER: |
| 10:01 | 18 | Q.   Is this a sketch of one of the angels? |
| 10:01 | 19 | A.   I'm not sure if that was for that project or not. |
| 10:01 | 20 | Q.   Okay.  Well, this was done on lined notebook paper, |
| 10:01 | 21 | right? |
| 10:01 | 22 | A.   Yes. |
| 10:01 | 23 | Q.   And around this time in August of 1998, you would often |
| 10:01 | 24 | sketch in various notebooks that you had, right? |
| 10:01 | 25 | A.   Yes. |

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

70

| 10:01 | 1 | Q.    Just ones you had lying around the house? |
|---|---|---|
| 10:01 | 2 | A.    Yes. |
| 10:01 | 3 | Q.    So if you happened to be somewhere in the house and an |
| 10:01 | 4 | idea came to you, you might just pick up the nearest |
| 10:01 | 5 | notebook and start sketching in it? |
| 10:01 | 6 | A.    Yes. |
| 10:01 | 7 | Q.    And, um, let's look at 15364-6. |
| 10:01 | 8 | *(Document displayed.)* |
| 10:01 | 9 | THE WITNESS:  Okay. |
| 10:01 | 10 | BY MS. KELLER: |
| 10:01 | 11 | Q.    Is this another sketch on lined notebook paper? |
| 10:01 | 12 | A.    Um. |
| 10:01 | 13 | Q.    This looks pretty bad up there on the screen. |
| 10:02 | 14 | A.    Yeah.  All I'm seeing is -- are some notes. |
| 10:02 | 15 | Q.    Okay.  And the notes are? |
| 10:02 | 16 | A.    Um, it says, "Adult angel, seasonal winter garland, |
| 10:02 | 17 | pine leaves, and pinecones.  Poses, ballet kind of poses, |
| 10:02 | 18 | just a kind of flowy rope." |
| 10:02 | 19 | Q.    Okay.  And let's look at page 8, 15364-8. |
| 10:02 | 20 | *(Document displayed.)* |
| 10:02 | 21 | THE COURT:  And, Counsel, can we recess for just a |
| 10:02 | 22 | moment?  The jurors need a restroom break. |
| 10:02 | 23 | Okay.  Would this be convenient? |
| 10:02 | 24 | MS. KELLER:  Yes, Your Honor. |
| 10:02 | 25 | THE COURT:  All right.  You're admonished not to |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

71

| | | |
|---|---|---|
| 10:02 | 1 | discuss this matter amongst yourselves, nor to form or |
| 10:02 | 2 | express any opinion concerning the case. |
| 10:02 | 3 | We're going to come get you a little bit quicker |
| 10:02 | 4 | today so we can keep that six hours a day.  We'll get a |
| 10:02 | 5 | break and come and get you in about 15 to 20 minutes. |
| 10:02 | 6 | All right.  Counsel, have a break.  Go use the |
| 10:03 | 7 | restroom. |
| 10:03 | 8 | Mr. Bryant, why don't you step down, sir. |
| 10:03 | 9 | *(Recess held at 10:03 a.m.)* |
| 10:09 | 10 | *(In the presence of the jury.)* |
| 10:18 | 11 | THE COURT:  All right.  Then we're back in |
| 10:18 | 12 | session.  The jury's present.  The parties are present, all |
| 10:18 | 13 | counsel. |
| 10:18 | 14 | Mr. Bryant, if you would have a seat, sir. |
| 10:18 | 15 | And the continued examination, Ms. Keller. |
| 10:18 | 16 | MS. KELLER:  Thank you, Your Honor. |
| 10:18 | 17 | BY MS. KELLER: |
| 10:19 | 18 | Q.  Mr. Bryant, when we broke, I think we were about to |
| 10:19 | 19 | talk about Exhibit 15364-8. |
| 10:19 | 20 | *(Document displayed.)* |
| 10:19 | 21 | BY MS. KELLER: |
| 10:19 | 22 | Q.  Do you recognize that? |
| 10:19 | 23 | A.  Yes. |
| 10:19 | 24 | Q.  And what is that? |
| 10:19 | 25 | A.  That is a drawing I did for an angel project. |

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

72

| | | |
|---|---|---|
| 10:19 | 1 | MS. KELLER:  And, Your Honor, if that's not in |
| 10:19 | 2 | evidence, I would move it in. |
| 10:19 | 3 | THE COURT:  Received. |
| 10:19 | 4 | *(Exhibit No. 15364-8 received in evidence.)* |
| 10:19 | 5 | BY MS. KELLER: |
| 10:19 | 6 | Q.   And this was the angel project for Ashton Drake in |
| 10:19 | 7 | 1998? |
| 10:19 | 8 | A.   Yes. |
| 10:19 | 9 | Q.   And what does the writing say? |
| 10:19 | 10 | A.   Uh, there's a note that says, "Shortened arm, less |
| 10:19 | 11 | skinny hopefully, new wing idea.  Take a little off the |
| 10:19 | 12 | right.  Take a little fullness off." |
| 10:19 | 13 | Q.   And who were these directions to or from? |
| 10:20 | 14 | A.   Um, I think they were probably just notes to myself. |
| 10:20 | 15 | Q.   Now, let's take a look at 15364-9. |
| 10:20 | 16 | *(Document displayed.)* |
| 10:20 | 17 | *(Document provided to the witness.)* |
| 08:59 | 18 | BY MS. KELLER: |
| 10:20 | 19 | Q.   And was that another one of your angel sketches? |
| 10:20 | 20 | A.   Uh, no, I didn't do this drawing. |
| 10:20 | 21 | Q.   Okay.  Do you know who did? |
| 10:20 | 22 | A.   Uh, no, I don't. |
| 10:20 | 23 | Q.   What does the writing on the bottom say? |
| 10:20 | 24 | A.   Uh, it says, "fall angel idea, cape and dress, rich |
| 10:20 | 25 | golds" -- not sure what that other word is, "trims" maybe, |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:20 | 1 | "warm beige, gold satin, garland of leaves, grapes, apples, |
| 10:20 | 2 | greenery, red hair, coppery brown." |
| 10:20 | 3 | Q.   And are these directions to you from Ashton Drake? |
| 10:20 | 4 | A.   I believe so, yes. |
| 10:20 | 5 | MS. KELLER:  I'd move that that be admitted, |
| 10:21 | 6 | Your Honor. |
| 10:21 | 7 | THE COURT:  Received. |
| 10:21 | 8 | *(Exhibit No. 15364-9 received in evidence.)* |
| 10:21 | 9 | MS. KELLER:  And I don't think 15364-10 is in yet. |
| 10:21 | 10 | THE COURT:  That's received, also. |
| 10:21 | 11 | MS. KELLER:  Oh, it's all in?  Okay. |
| 10:21 | 12 | THE COURT:  Well, if not, it's received.  I know |
| 10:21 | 13 | what it is. |
| 10:21 | 14 | MS. KELLER:  Okay.  Then I'd move that it be |
| 10:21 | 15 | admitted, Your Honor. |
| 10:21 | 16 | THE COURT:  Received. |
| 10:21 | 17 | *(Exhibit No. 15364-10 received in evidence.)* |
| 10:21 | 18 | *(Document displayed.)* |
| 10:21 | 19 | BY MS. KELLER: |
| 10:21 | 20 | Q.   And what is 15364-10? |
| 10:21 | 21 | A.   That looks like just some notes and drawings for the, |
| 10:21 | 22 | um -- some kind of angel idea. |
| 10:21 | 23 | Q.   And is that your drawing? |
| 10:21 | 24 | A.   No. |
| 10:21 | 25 | Q.   Do you know who's notes those are? |

| | | |
|---|---|---|
| 10:21 | 1 | A.   Um, some of 'em are mine, and some of 'em I'm not sure. |
| 10:21 | 2 | Q.   Which are the notes that are yours? |
| 10:21 | 3 | A.   Um, all the notes that are at the top and on the sides, |
| 10:21 | 4 | I think those are mine. |
| 10:21 | 5 | Q.   What do those say? |
| 10:22 | 6 | A.   Um, one says, "Monday, five and a half hours; Friday, |
| 10:22 | 7 | one and a half hours" -- just giving some hours, I guess -- |
| 10:22 | 8 | "Poses, two and a half hours."  Um, I mean, is that what you |
| 10:22 | 9 | meant, or do you want me to list them specifically? |
| 10:22 | 10 | Q.   That's okay. |
| 10:22 | 11 | Overall, though, does this appear that some of this is |
| 10:22 | 12 | direction to you from Ashton Drake, and then some of it is |
| 10:22 | 13 | your monitoring your time on the project? |
| 10:22 | 14 | A.   Yes. |
| 10:22 | 15 | Q.   Now, you were actually paid for your freelance work at |
| 10:22 | 16 | Ashton Drake, correct? |
| 10:22 | 17 | A.   Yes. |
| 10:22 | 18 | Q.   And Ashton Drake was the only design work you were ever |
| 10:22 | 19 | paid for in 1998, other than Mattel, right? |
| 10:22 | 20 | A.   I'm not sure.  I don't remember. |
| 10:22 | 21 | Q.   Do you remember being paid about $800 for your |
| 10:22 | 22 | freelance work at Ashton Drake? |
| 10:22 | 23 | A.   Um, not sure how much I was paid. |
| 10:22 | 24 | Q.   If you want to turn to transcript 2797, line 15 through |
| 10:23 | 25 | 19, does that refresh your memory? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

75

| | | |
|---|---|---|
| 10:23 | 1 | A.   Uh, yes. |
| 10:23 | 2 | Q.   And what was the amount you were paid? |
| 10:23 | 3 | A.   It says, "800." |
| 10:23 | 4 | Q.   Now, you also had an idea of Sabrina, a transformable |
| 10:23 | 5 | fashion doll with a 40's style? |
| 10:23 | 6 | A.   Yes. |
| 10:23 | 7 | Q.   And this was another project of yours in 1998, right? |
| 10:23 | 8 | A.   Yes. |
| 10:23 | 9 | Q.   Do you know how you got the idea for Sabrina? |
| 10:23 | 10 | A.   I don't remember exactly. |
| 10:23 | 11 | Q.   Was Sabrina supposed to be a house model? |
| 10:23 | 12 | A.   I think so, yes. |
| 10:23 | 13 | Q.   Can you tell us what that is? |
| 10:23 | 14 | A.   I think back in the -- I don't know -- maybe the 50's, |
| 10:24 | 15 | a lot of the fashion houses would have, um, like an in-house |
| 10:24 | 16 | model that they'd work with. |
| 10:24 | 17 | Q.   A real, live person? |
| 10:24 | 18 | A.   Yes. |
| 10:24 | 19 | Q.   And -- they'd use over and over again? |
| 10:24 | 20 | A.   Yes. |
| 10:24 | 21 | Q.   And why did they do that? |
| 10:24 | 22 | A.   I don't know. |
| 10:24 | 23 | Q.   Kind of embody their version for the fashion house in |
| 10:24 | 24 | this one person? |
| 10:24 | 25 | A.   Yes, you could say that. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:24 | 1 | MS. KELLER:  Could we see exhibit -- |
| 10:24 | 2 | BY MS. KELLER: |
| 10:24 | 3 | Q.  If you could take a look at Exhibit 15110. |
| 10:24 | 4 | *(Document provided to the witness.)* |
| 10:24 | 5 | BY MS. KELLER: |
| 10:24 | 6 | Q.  Do you recognize that? |
| 10:24 | 7 | A.  Yes. |
| 10:24 | 8 | Q.  And is that a sketch you did, summing up in a nutshell, |
| 10:24 | 9 | the idea of Sabrina? |
| 10:24 | 10 | A.  Yeah. |
| 10:25 | 11 | MS. KELLER:  I'd ask that be admitted, Your Honor. |
| 10:25 | 12 | THE COURT:  Received. |
| 10:25 | 13 | *(Exhibit No. 15110 received in evidence.)* |
| 10:25 | 14 | *(Document displayed.)* |
| 11:00 | 15 | BY MS. KELLER: |
| 10:25 | 16 | Q.  Could you hold that up for the jury to see. |
| 10:25 | 17 | A.  (Witness complies.) |
| 10:25 | 18 | Q.  Is that lined or unlined? |
| 10:25 | 19 | A.  It's lined paper. |
| 10:25 | 20 | Q.  And this was also done in 1998? |
| 10:25 | 21 | A.  I think so, yes. |
| 10:25 | 22 | Q.  And could you tell us what the writing says? |
| 10:25 | 23 | A.  It says, "Every once in a while a girl comes along to |
| 10:25 | 24 | steal your heart away.  That moment is now." |
| 10:25 | 25 | Q.  How did that tie in with your concept for Sabrina? |

| | | |
|---|---|---|
| 10:25 | 1 | A.   I think that was just kind of, I don't know, sort of a |
| 10:25 | 2 | summarization of the idea. |
| 10:25 | 3 | Q.   Are you sure that you did this in 1998, or unsure? |
| 10:25 | 4 | A.   Um, I -- pretty sure that I did. |
| 10:26 | 5 | Q.   Okay.  Let's look at 15339. |
| 10:26 | 6 | (Document provided to the witness.) |
| 09:43 | 7 | BY MS. KELLER: |
| 10:26 | 8 | Q.   And do you recognize that? |
| 10:26 | 9 | A.   Yes. |
| 10:26 | 10 | Q.   What is it? |
| 10:26 | 11 | A.   This is an idea for sort of a -- sort of a feature for |
| 10:26 | 12 | the Sabrina project -- that you could put in a ponytail, so |
| 10:26 | 13 | sort of a hair device idea. |
| 10:26 | 14 | Q.   Okay.  And also in 1998? |
| 10:26 | 15 | A.   I believe so, yes. |
| 10:26 | 16 | MS. KELLER:  Your Honor, I'd ask that that exhibit |
| 10:26 | 17 | be admitted, 15339. |
| 10:26 | 18 | THE COURT:  Received. |
| 10:26 | 19 | (Exhibit No. 15339 received in evidence.) |
| 10:26 | 20 | (Document displayed.) |
| 10:26 | 21 | BY MS. KELLER: |
| 10:26 | 22 | Q.   So you had already come up with this idea for removable |
| 10:26 | 23 | hair in 1998 for a doll? |
| 10:26 | 24 | A.   Yes. |
| 10:26 | 25 | Q.   Do you know how it was that you happened to come up |

| | | |
|---|---|---|
| 10:26 | 1 | with that idea? |
| 10:26 | 2 | A.   Um, I don't -- right now, I don't recall. |
| 10:27 | 3 | Q.   Did you happen to see a girl that you knew wearing a |
| 10:27 | 4 | wiglet, or something, or a fall? |
| 10:27 | 5 | A.   I don't remember. |
| 10:27 | 6 | Q.   Now, if you could take a look at Exhibit 15340. |
| 10:27 | 7 | *(Document provided to the witness.)* |
| 11:59 | 8 | BY MS. KELLER: |
| 10:27 | 9 | Q.   You recognize this? |
| 10:27 | 10 | A.   Yes. |
| 10:27 | 11 | Q.   Is this another drawing you did in 1998 about the |
| 10:27 | 12 | snap-in hair pieces? |
| 10:27 | 13 | A.   Uh, I believe so, yes. |
| 10:27 | 14 | MS. KELLER:   Your Honor, I'd ask that it be |
| 10:27 | 15 | admitted. |
| 10:27 | 16 | THE COURT:   Received. |
| 10:27 | 17 | *(Exhibit No. 15340 received in evidence.)* |
| 10:27 | 18 | *(Document displayed.)* |
| 10:27 | 19 | BY MS. KELLER: |
| 10:27 | 20 | Q.   And could you hold that piece of paper up so the jurors |
| 10:27 | 21 | can see what that... |
| 10:27 | 22 | A.   (Witness complies.) |
| 10:27 | 23 | Q.   Is that taken from a tablet or? |
| 10:27 | 24 | A.   I think it might have been some kind of a notebook. |
| 10:27 | 25 | Q.   Now, this shows how you were trying to work out the |

| 10:27 | 1 | idea of how the snap-in hair pieces would actually function, |
| 10:28 | 2 | right? |
| 10:28 | 3 | A.   Yes. |
| 10:28 | 4 | Q.   And was this an Ashton Drake project, or was this just |
| 10:28 | 5 | a project that you were kind of working on for yourself? |
| 10:28 | 6 | A.   Uh, this was just something I was thinking about for |
| 10:28 | 7 | myself. |
| 10:28 | 8 | Q.   Okay.  You thought maybe, if you got a whole line of |
| 10:28 | 9 | Sabrina together, you might be able to sell it? |
| 10:28 | 10 | A.   Um, I don't remember exactly, but I just -- I think I |
| 10:28 | 11 | was just working up ideas. |
| 10:28 | 12 | Q.   Just kind of playing? |
| 10:28 | 13 | A.   Yeah. |
| 10:28 | 14 | Q.   Now, let's look at Exhibit 15341. |
| 10:28 | 15 | *(Document provided to the witness.)* |
| 10:28 | 16 | BY MS. KELLER: |
| 10:28 | 17 | Q.   And do you recognize that drawing? |
| 10:28 | 18 | A.   Yes. |
| 10:28 | 19 | Q.   What is that? |
| 10:29 | 20 | A.   These are just some more ideas for the Sabrina concept, |
| 10:29 | 21 | um, couple ideas for the hair feature and some fashion |
| 10:29 | 22 | ideas. |
| 10:29 | 23 | MS. KELLER:  I'd ask that that be admitted, |
| 10:29 | 24 | Your Honor. |
| 10:29 | 25 | THE COURT:  Received. |

| | | |
|---|---|---|
| 10:29 | 1 | *(Exhibit No. 15341 received in evidence.)* |
| 10:29 | 2 | *(Document displayed.)* |
| 10:29 | 3 | BY MS. KELLER: |
| 10:29 | 4 | Q.   Now, again, these were all drawings done in 1998, when |
| 10:29 | 5 | you were living in Kimberline City, Missouri, right? |
| 10:29 | 6 | A.   Yes. |
| 10:29 | 7 | Q.   And can you describe to us what this shows. |
| 10:29 | 8 | A.   Uh, that's just showing some fashion ideas, um, |
| 10:29 | 9 | transformable fashion ideas, um, shows something for -- an |
| 10:29 | 10 | idea for a package design, just some notes. |
| 10:29 | 11 | Q.   And what do the notes say? |
| 10:29 | 12 | A.   I think those are just -- those are just some notes to |
| 10:29 | 13 | myself, I think, about the hair piece idea. |
| 10:30 | 14 | Q.   Okay.  How about Exhibit 15341-1?  So same exhibit, but |
| 10:30 | 15 | page 1. |
| 10:30 | 16 | *(Document displayed.)* |
| 10:30 | 17 | BY MS. KELLER: |
| 10:30 | 18 | Q.   Her arms are out? |
| 10:30 | 19 | A.   Which one are we looking at? |
| 10:30 | 20 | Q.   We're looking at page 1, where we see -- under "Sabrina |
| 10:30 | 21 | ideas," we see her holding her arms out, right? |
| 10:30 | 22 | A.   Oh, yes, yes. |
| 10:30 | 23 | Q.   And so Sabrina came with -- your idea for Sabrina came |
| 10:30 | 24 | with a three-piece outfit, right? |
| 10:30 | 25 | A.   Uh, yes. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

81

| | | |
|---|---|---|
| 10:30 | 1 | Q.   Extra hostess pants? |
| 10:30 | 2 | A.   Yes. |
| 10:30 | 3 |      MR. ZELLER:  If we could have that little part -- |
| 10:30 | 4 | yeah, there you go -- on the left magnified. |
| 10:30 | 5 |      *(Technician complies.)* |
| 10:30 | 6 | BY MS. KELLER: |
| 10:30 | 7 | Q.   An extra slim skirt? |
| 10:30 | 8 | A.   Yes. |
| 10:30 | 9 | Q.   A bolero jacket? |
| 10:31 | 10 | A.   Yes. |
| 10:31 | 11 | Q.   Shawl? |
| 10:31 | 12 | A.   Yes. |
| 10:31 | 13 | Q.   Sleeveless turtle neck? |
| 10:31 | 14 | A.   Yes. |
| 10:31 | 15 | Q.   Clutch purse? |
| 10:31 | 16 | A.   Yes. |
| 10:31 | 17 | Q.   And extra shoes? |
| 10:31 | 18 | A.   Yes. |
| 10:31 | 19 | Q.   I want her outfit. |
| 10:31 | 20 |      But -- but the idea was you were already coming up with |
| 10:31 | 21 | a doll that had interchangeable hair and interchangeable |
| 10:31 | 22 | outfit, right? -- interchangeable clothing and accessories? |
| 10:31 | 23 | A.   Yes. |
| 10:31 | 24 | Q.   Now, if we look at 15341-2, again, we see the doll with |
| 10:31 | 25 | her arms out, right? |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 82 of 156   Page ID #:293879
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

82

| 10:31 | 1 | A.   Yes. |
|---|---|---|
| 10:31 | 2 | *(Document displayed.)* |
| 10:31 | 3 | BY MS. KELLER: |
| 10:31 | 4 | Q.   And different hairstyles and the removable hair? |
| 10:31 | 5 | A.   Yes. |
| 10:31 | 6 | Q.   And it says, "Sabrina comes with fashion hair pieces so |
| 10:31 | 7 | you can change her look as you change her fashions." |
| 10:31 | 8 | A.   Yes. |
| 10:31 | 9 | Q.   And that was the same idea that you would use later in |
| 10:32 | 10 | designing the Bratz dolls, right? |
| 10:32 | 11 | A.   It's a similar idea, yes. |
| 10:32 | 12 | Q.   Now, let's look at Exhibit 15091. |
| 10:32 | 13 | *(Document provided to the witness.)* |
| 10:32 | 14 | BY MS. KELLER: |
| 10:32 | 15 | Q.   And this is -- you recognize this? |
| 10:32 | 16 | A.   Uh, yes. |
| 10:32 | 17 | Q.   And this is another in the Sabrina series? |
| 10:32 | 18 | A.   Uh, yes. |
| 10:32 | 19 | MS. KELLER:  We'd ask that 15091 be admitted, |
| 10:32 | 20 | Your Honor. |
| 10:32 | 21 | THE COURT:  Received. |
| 10:32 | 22 | *(Exhibit No. 15091 received in evidence.)* |
| 10:32 | 23 | *(Document displayed.)* |
| 10:32 | 24 | BY MS. KELLER: |
| 10:32 | 25 | Q.   And this says, "Sabrina lands a television commercial |

| 10:32 | 1 | demonstration, the latest in kitchen appliance technology," |
| 10:32 | 2 | and came with a kitchen foldout, right? |
| 10:32 | 3 | A.   Yes. |
| 10:32 | 4 | Q.   Coffee percolator, blender, toaster? |
| 10:33 | 5 | A.   Yes. |
| 10:33 | 6 | Q.   And an outfit with a chef -- an outfit with a chef's |
| 10:33 | 7 | apron, oven mits, head kerchief, shoes -- so, again, |
| 10:33 | 8 | different items of fashion, or kitchen fashion in this case, |
| 10:33 | 9 | that she could take on and off, right? |
| 10:33 | 10 | A.   Yes. |
| 10:33 | 11 | Q.   I keep saying "she" like she's alive.  But whoever's |
| 10:33 | 12 | playing with the doll can take on and off, right? |
| 10:33 | 13 | A.   Yes. |
| 10:33 | 14 | Q.   And it came with this accessory pack with the kitchen |
| 10:33 | 15 | appliances, right? |
| 10:33 | 16 | A.   Yes. |
| 10:33 | 17 | Q.   And that was something we would also later see with the |
| 10:33 | 18 | Bratz dolls, right? |
| 10:33 | 19 | A.   The accessories pack? |
| 10:33 | 20 | Q.   Uh-huh, that kind of thing. |
| 10:33 | 21 | MR. PRICE:  Objection.  Ambiguous. |
| 10:33 | 22 | MS. KELLER:  I can throw it.  Not important. |
| 10:33 | 23 | BY MS. KELLER: |
| 10:33 | 24 | Q.   Now, you did this in 1998 when you were living in |
| 10:33 | 25 | Kimberline City, Missouri, right? |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

84

| | | |
|---|---|---|
| 10:33 | 1 | A.   Yes. |
| 10:34 | 2 | Q.   Here, you were depicting this scene:  That Sabrina |
| 10:34 | 3 | would be in a television commercial, demonstrating the |
| 10:34 | 4 | latest kitchen appliance technology? |
| 10:34 | 5 | A.   Yes. |
| 10:34 | 6 | Q.   And she had her whole outfit for doing that. |
| 10:34 | 7 | So the whole series we've seen here with Sabrina are |
| 10:34 | 8 | kind of a forerunner of the Bratz, right? |
| 10:34 | 9 | MR. PRICE:  Objection.  Ambiguous. |
| 10:34 | 10 | THE COURT:  You can answer that question. |
| 10:34 | 11 | Overruled. |
| 10:34 | 12 | THE WITNESS:  I don't really know if I'd |
| 10:34 | 13 | characterize it that way.  I think this was just -- you |
| 10:34 | 14 | know, they were just ideas. |
| 10:34 | 15 | BY MS. KELLER: |
| 10:34 | 16 | Q.   Okay.  Just ideas? |
| 10:34 | 17 | A.   Yeah. |
| 10:34 | 18 | Q.   And the ideas included detachable hairstyles, right? |
| 10:34 | 19 | A.   Yes. |
| 10:34 | 20 | Q.   And they included interchangeable mix-and-match |
| 10:34 | 21 | outfits, right? |
| 10:34 | 22 | A.   Yes. |
| 10:34 | 23 | Q.   Now I'd like to talk with you a little bit about how an |
| 10:34 | 24 | artist like you gets inspiration in the drawing process. |
| 10:34 | 25 | Okay? |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 85 of 156   Page ID #:293882
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

85

10:35   1      When you get inspirations for something that leads to

10:35   2   an idea for something, how does that process work with you?

10:35   3   I mean, can -- do you have to sit down and study like

10:35   4   lawyers do?  Or just -- can you tell us a little about the

10:35   5   creative process?

10:35   6   A.   I mean, inspiration can really come from anywhere.  It

10:35   7   can come from something you -- something you see or, uh, you

10:35   8   know, a magazine, book, um, people on the street, whatever.

10:35   9   It can come from anywhere.

10:35  10   Q.   Can be a combination of things?

10:35  11   A.   Definitely.

10:35  12   Q.   So you might have an idea in your head that's kind of

10:35  13   like the germ of a seed, and then other things feed that?

10:35  14   A.   Yeah, definitely.

10:35  15   Q.   Um, when you have ideas pop into your head, do they

10:35  16   tend to be finished products?

10:36  17   A.   Um, not usually.  I mean, ideas are just ideas, so they

10:36  18   can be, um, simple or complicated or...

10:36  19   Q.   Okay.  When you have an idea and you begin to sketch it

10:36  20   out, how is it that you go about fine-tuning your idea?

10:36  21   A.   Um, that's usually a lot of, um, reiterations, a lot of

10:36  22   fine-tuning, kind of starts with one thing, kind of develops

10:36  23   and just keeps going until I get to where I'm happy with

10:36  24   something.

10:36  25   Q.   When you get an idea that you think is really -- you

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 86 of 156   Page ID #:293883
CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

86

| | | |
|---|---|---|
| 10:36 | 1 | get an inspiration, say something strikes you, do you try to |
| 10:36 | 2 | quickly get it into paper? |
| 10:36 | 3 | A.   A lot of times I do, yes. |
| 10:36 | 4 | Q.   And do you grab just whatever's handy? |
| 10:37 | 5 | A.   Um, yeah. |
| 10:37 | 6 | Q.   Have you ever been known to draw on a cocktail napkin? |
| 10:37 | 7 | A.   Oh, yeah. |
| 10:37 | 8 | Q.   Or a -- back of a menu? |
| 10:37 | 9 | A.   Yeah.  Just anything. |
| 10:37 | 10 | Q.   Place mat? |
| 10:37 | 11 | A.   Uh-huh. |
| 10:37 | 12 | Q.   So whatever -- basically, you don't just use a series |
| 10:37 | 13 | of notebooks that you number sequentially, then? |
| 10:37 | 14 | A.   Uh, no. |
| 10:37 | 15 | Q.   Do you always take the sketches out of your notebooks? |
| 10:37 | 16 | In other words, if you draw a sketch in a notebook, do you |
| 10:37 | 17 | always pull it out of it, or do you sometimes leave it in |
| 10:37 | 18 | the notebook? |
| 10:37 | 19 | A.   Uh, yeah, both. |
| 10:37 | 20 | Q.   And the sketches that you leave in the notebook, do you |
| 10:37 | 21 | end up using those notebooks sometimes for other things?  In |
| 10:37 | 22 | other words, if you need to take a phone message or make a |
| 10:37 | 23 | list of things to do, or shopping list, do you sometimes use |
| 10:37 | 24 | that same notebook for that? |
| 10:37 | 25 | A.   Sure. |

CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

| | | |
|---|---|---|
| 10:37 | 1 | Q.    And the sketch books and the notebooks that you use, do |
| 10:37 | 2 | you sometimes use them over a period of years? |
| 10:38 | 3 | A.    Uh, sometimes, yes. |
| 10:38 | 4 | Q.    And you don't always write in them from 1 to 50?  In |
| 10:38 | 5 | other words, you might pick a sketch book up, sketch in it, |
| 10:38 | 6 | toss it aside, come back to it later, open it up in the |
| 10:38 | 7 | middle, sketch something.  Do you ever do that? |
| 10:38 | 8 | A.    Yes. |
| 10:38 | 9 | Q.    And do you always sketch in -- with the same medium? |
| 10:38 | 10 | Meaning, do you sketch with a pencil or a pen?  Or what do |
| 10:38 | 11 | you use to do your sketches? |
| 10:38 | 12 | A.    Uh, yeah.  It can just be whatever's handy.  It can be |
| 10:38 | 13 | a pen, pencil, marker. |
| 10:38 | 14 | Q.    When you do fashion sketches, is there one thing you |
| 10:38 | 15 | generally use first? |
| 10:38 | 16 | A.    Um, lot of times I'll start in pencil. |
| 10:38 | 17 | Q.    Okay.  And why is that? |
| 10:38 | 18 | A.    Are you talking -- well... |
| 10:38 | 19 | Q.    Yeah, like if you're starting a fashion sketch, and you |
| 10:38 | 20 | start it in pencil. |
| 10:39 | 21 | A.    Yeah, I usually do. |
| 10:39 | 22 | Q.    And can you tell us why that is? |
| 10:39 | 23 | A.    Um, I don't really know.  It's -- just seems |
| 10:39 | 24 | appropriate. |
| 10:39 | 25 | Q.    And then at some point do you apply something else to |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

88

| | | |
|---|---|---|
| 10:39 | 1 | the pencil? |
| 10:39 | 2 | A.    Sometimes, yes. |
| 10:39 | 3 | Q.    Okay.  And what would that be? |
| 10:39 | 4 | A.    Sometimes I'll ink them in. |
| 10:39 | 5 | Q.    Why is that? |
| 10:39 | 6 | A.    Um, well, sometimes I use them -- I use them later. |
| 10:39 | 7 | Q.    Do you try to sometimes create a more defined line by |
| 10:39 | 8 | using a pen, rather than a pencil? |
| 10:39 | 9 | A.    Yes. |
| 10:39 | 10 | Q.    And do you always erase the pencil lines or do you |
| 10:39 | 11 | sometimes leave them? |
| 10:39 | 12 | A.    Uh, sometimes I leave them. |
| 10:39 | 13 | Q.    Any particular method to that? |
| 10:39 | 14 | A.    Not really. |
| 10:39 | 15 | Q.    Now, when you sketch out your ideas and refine them |
| 10:40 | 16 | with further sketches, once you're satisfied, do you create |
| 10:40 | 17 | some other drawing from that? |
| 10:40 | 18 | A.    Sometimes, yes. |
| 10:40 | 19 | Q.    What are those called? |
| 10:40 | 20 | A.    I might refer to those as like a "line drawing" or a |
| 10:40 | 21 | "master." |
| 10:40 | 22 | Q.    And we talked about that a little bit yesterday:  A |
| 10:40 | 23 | "master drawing" or "line drawing" being one that you can |
| 10:40 | 24 | actually make other drawings from -- |
| 10:40 | 25 | A.    Yes. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:40 | 1 | Q.    -- using a light box? |
| 10:40 | 2 | A.    Yes. |
| 10:40 | 3 | Q.    And so, I guess, for those, you would want a very |
| 10:40 | 4 | defined light, right? |
| 10:40 | 5 | A.    Yes. |
| 10:40 | 6 | Q.    Now, master drawings -- I know we talked earlier today |
| 10:40 | 7 | about the fact that sometimes those are on tracing paper. |
| 10:40 | 8 | But do they have to be on tracing paper? |
| 10:40 | 9 | A.    No. |
| 10:40 | 10 | Q.    Any particular paper okay? |
| 10:40 | 11 | A.    Um, yes, pretty much. |
| 10:40 | 12 | Q.    Now, once you have the master drawings, is combining |
| 10:40 | 13 | the body and the face from those just a purely mechanical |
| 10:40 | 14 | process?  You just take one and put it with the other? |
| 10:41 | 15 | A.    Yes. |
| 10:41 | 16 | Q.    And when you create a drawing from the masters -- when |
| 10:41 | 17 | you create a second drawing from the master drawings, do you |
| 10:41 | 18 | have a name for that? |
| 10:41 | 19 | A.    A second drawing from the master drawing? |
| 10:41 | 20 | Q.    When you create a drawing from the masters. |
| 10:41 | 21 | A.    I can't think of anything. |
| 10:41 | 22 | Q.    Would you call it maybe transferring the drawing? |
| 10:41 | 23 | A.    Yeah, you could say that. |
| 10:41 | 24 | Q.    Okay.  And what's the process to transfer the drawing? |
| 10:41 | 25 | A.    The process is basically that you take the line drawing |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 90 of 156   Page ID #:293887
CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

90

| | | |
|---|---|---|
| 10:41 | 1 | and you put it on a light box and you transfer it onto |
| 10:41 | 2 | another piece of paper.  You just trace over the lines that |
| 10:41 | 3 | show through. |
| 10:41 | 4 | Q.   Okay.  So the light box allows the lines to show |
| 10:41 | 5 | through and you just trace right over those? |
| 10:41 | 6 | A.   Yes. |
| 10:41 | 7 | Q.   And then make -- you can make tracings over and over |
| 10:41 | 8 | from that? |
| 10:42 | 9 | A.   Yes. |
| 10:42 | 10 | Q.   Did you learn to do this somewhere? |
| 10:42 | 11 | A.   Uh, yes.  That was a technique that I learned at Otis. |
| 10:42 | 12 | Q.   Okay.  You didn't learn that technique at Mattel? |
| 10:42 | 13 | A.   No. |
| 10:42 | 14 | Q.   And what did the Otis professors require you to do? |
| 10:42 | 15 | A.   Uh, what do you mean specifically? |
| 10:42 | 16 | Q.   Well, to teach you how to do that, did they have an |
| 10:42 | 17 | exercise they had you do? |
| 10:42 | 18 | A.   Yes. |
| 10:42 | 19 | Q.   And what was that? |
| 10:42 | 20 | A.   Um, I don't remember exactly.  I think it was just that |
| 10:42 | 21 | they showed us how to use the light box.  That's the way we |
| 10:42 | 22 | were taught to illustrate at Otis -- was to begin on tracing |
| 10:42 | 23 | paper, put it onto a light box, and then create your drawing |
| 10:42 | 24 | on another board. |
| 10:42 | 25 | Q.   Okay.  Now -- so this may sound silly -- but you don't |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

91

| | | |
|---|---|---|
| 10:42 | 1 | draw the transfer drawing first and then create the master. |
| 10:42 | 2 | You have to create the master drawing first, right? |
| 10:42 | 3 | A.   Uh, yes. |
| 10:43 | 4 | Q.   And by the same token, you don't draw the transfer |
| 10:43 | 5 | drawing first and then apply color to it, and only later |
| 10:43 | 6 | create the master, right? |
| 10:43 | 7 | A.   That's right. |
| 10:43 | 8 | Q.   So you start with the master drawing? |
| 10:43 | 9 | A.   Yes. |
| 10:43 | 10 | Q.   And then create the transfer drawings? |
| 10:43 | 11 | A.   Yes. |
| 10:43 | 12 | Q.   And then you can apply color? |
| 10:43 | 13 | A.   Yes. |
| 10:43 | 14 | Q.   Now, I notice that you date some of your drawings and |
| 10:43 | 15 | not others. |
| 10:43 | 16 |     Do you have a general practice as to whether you date |
| 10:43 | 17 | everything? |
| 10:43 | 18 | A.   Um, no.  I don't always date everything. |
| 10:43 | 19 | Q.   Do you tend to date drawings if you're ready to present |
| 10:43 | 20 | something to someone? |
| 10:43 | 21 | A.   Um, sometimes, yes. |
| 10:43 | 22 | Q.   Um, you often date your portfolio drawings, right? |
| 10:43 | 23 | A.   Yes. |
| 10:43 | 24 | Q.   And you didn't date any of the Sabrina drawings that we |
| 10:43 | 25 | saw, did you? |

| | | |
|---|---|---|
| 10:43 | 1 | A.   No. |
| 10:43 | 2 | Q.   In other words, when you actually created 'em, you |
| 10:43 | 3 | didn't date them? |
| 10:43 | 4 | A.   No. |
| 10:43 | 5 | Q.   Just like you didn't date your Bratz drawings, right? |
| 10:44 | 6 | A.   Right. |
| 10:44 | 7 | MR. PRICE:  Objection.  That assumes facts.  Some |
| 10:44 | 8 | were dated. |
| 10:44 | 9 | MS. KELLER:  Well -- |
| 10:44 | 10 | THE COURT:  Well, that -- I'm not sure, Counsel, |
| 10:44 | 11 | going back through all the Bratz drawings what was dated and |
| 10:44 | 12 | what wasn't. |
| 10:44 | 13 | I'm going to sustain the objection. |
| 10:44 | 14 | MS. KELLER:  I will say -- let me ask this |
| 10:44 | 15 | question. |
| 10:44 | 16 | BY MS. KELLER: |
| 10:44 | 17 | Q.   So you didn't date the Bratz drawings as of the time |
| 10:44 | 18 | you created them, any of them, right? |
| 10:44 | 19 | A.   No. |
| 10:44 | 20 | MR. PRICE:  Objection.  That assumes facts not in |
| 10:44 | 21 | evidence, too. |
| 10:44 | 22 | THE COURT:  Just a moment. |
| 10:44 | 23 | Overruled. |
| 10:44 | 24 | BY MS. KELLER: |
| 10:44 | 25 | Q.   Do you remember my question? |

| | | |
|---|---|---|
| 10:44 | 1 | A.    What was it? |
| 10:44 | 2 | Q.    As to the Bratz drawings, you did not date any of them |
| 10:44 | 3 | at the time you created them, true? |
| 10:44 | 4 | A.    Uh, that's true. |
| 10:44 | 5 | Q.    And as to the Sabrina drawings we saw, had you been |
| 10:44 | 6 | preparing them to present to somebody, then you would have |
| 10:44 | 7 | dated them, right? |
| 10:44 | 8 | A.    Probably, yes. |
| 10:45 | 9 | Q.    Now, I want to turn a little bit to the period where |
| 10:45 | 10 | you actually drew the original Bratz drawings. |
| 10:45 | 11 | Now, in the summer of 1998, you were, as we heard, |
| 10:45 | 12 | doing some freelance work at Ashton Drake, right? |
| 10:45 | 13 | A.    Yes. |
| 10:45 | 14 | Q.    Working on greeting card ideas? |
| 10:45 | 15 | A.    Yes. |
| 10:45 | 16 | Q.    And also working on your Sabrina doll idea? |
| 10:45 | 17 | A.    Yes. |
| 10:45 | 18 | Q.    And at the same time you were working as a salesman at |
| 10:45 | 19 | Old Navy at the Battlefield Mall in Springfield, Missouri? |
| 10:45 | 20 | A.    Yes. |
| 10:45 | 21 | Q.    What was your job at old Navy? |
| 10:45 | 22 | A.    I was just a sales clerk. |
| 10:45 | 23 | Q.    So just doing that to bring in a little money? |
| 10:45 | 24 | A.    Yes. |
| 10:45 | 25 | Q.    And still living with your parents, right? |

| | | |
|---|---|---|
| 10:45 | 1 | A.   Yes. |
| 10:45 | 2 | Q.   Now, in late August, on your way home from work, you |
| 10:45 | 3 | drove past Kickapoo High School, you told Mr. Price, on your |
| 10:45 | 4 | way home, right? |
| 10:46 | 5 | A.   Yes. |
| 10:46 | 6 | Q.   And that's a pretty big school, isn't it? |
| 10:46 | 7 | A.   Uh, it's fairly good size, yes. |
| 10:46 | 8 | Q.   1774 students? |
| 10:46 | 9 | MR. PRICE:  Object to lack of foundation. |
| 10:46 | 10 | THE COURT:  Well, do you two really care?  Well, |
| 10:46 | 11 | 1775?  I mean, do we have some rough estimate back in that |
| 10:46 | 12 | era of 1998? |
| 10:46 | 13 | MS. KELLER:  About that.  It's about 1700. |
| 10:46 | 14 | THE COURT:  Well, hold on.  Somebody's coming from |
| 10:46 | 15 | Kickapoo High School, right? |
| 10:46 | 16 | MR. PRICE:  Principal's coming. |
| 10:46 | 17 | THE COURT:  Hold on.  Somebody's coming out here |
| 10:46 | 18 | from Kickapoo High School, will find the student population |
| 10:46 | 19 | in 1998 to be whatever. |
| 10:46 | 20 | Let's just assume it's between 1 and 10,000. |
| 10:46 | 21 | Okay? |
| 10:46 | 22 | *(Laughter in the courtroom.)* |
| 10:46 | 23 | THE COURT:  All right.  Counsel. |
| 10:46 | 24 | BY MS. KELLER: |
| 10:46 | 25 | Q.   Well, I guess my point is, this isn't some |

| | | |
|---|---|---|
| 10:46 | 1 | teensy-weensy little rural high school, is it? |
| 10:46 | 2 | A.    No. |
| 10:46 | 3 | Q.    This isn't like a little one-room schoolhouse where |
| 10:46 | 4 | they have a bunch of different grades and one teacher, |
| 10:46 | 5 | right? |
| 10:46 | 6 | A.    Right. |
| 10:46 | 7 | Q.    Pretty good-sized -- |
| 10:47 | 8 | A.    Yes. |
| 10:47 | 9 | Q.    -- high school? |
| 10:47 | 10 | And -- and to your knowledge, in that area where you |
| 10:47 | 11 | live, is there television? |
| 10:47 | 12 | A.    Uh, yes. |
| 10:47 | 13 | Q.    Movies? |
| 10:47 | 14 | A.    Yes. |
| 10:47 | 15 | Q.    Radio? |
| 10:47 | 16 | A.    Yes. |
| 10:47 | 17 | Q.    Do kids have iPods? |
| 10:47 | 18 | A.    Um, yes. |
| 10:47 | 19 | Q.    And back then, did they have Walkman? |
| 10:47 | 20 | A.    Um -- |
| 10:47 | 21 | Q.    You see kids walking around with ear things in their |
| 10:47 | 22 | ears? |
| 10:47 | 23 | A.    Yes, sure. |
| 10:47 | 24 | Q.    And did all the kids dress in farmer overalls? |
| 10:47 | 25 | A.    No. |

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

96

| 10:47 | 1 | Q. Okay. The kids at Kickapoo High School, did -- the |
| 10:47 | 2 | ones that you saw when you would drive past, did some of |
| 10:47 | 3 | them try to look fashionable? |
| 10:47 | 4 | A. Um, sure. |
| 10:47 | 5 | Q. Now, out at -- Kickapoo High School has a famous alum, |
| 10:47 | 6 | doesn't it? |
| 10:47 | 7 | A. Uh, yes. |
| 10:47 | 8 | Q. And who's that? |
| 10:47 | 9 | A. Brad Pitt. |
| 10:47 | 10 | Q. And Brad Pitt, do you know when he was at Kickapoo? |
| 10:48 | 11 | A. I don't. |
| 10:48 | 12 | Q. Okay. Well, now this time that you drove past Kickapoo |
| 10:48 | 13 | High School, school was in session, it was late August, |
| 10:48 | 14 | right? |
| 10:48 | 15 | A. Uh, yes. |
| 10:48 | 16 | Q. Kids were getting out of school, right? |
| 10:48 | 17 | A. Yes. |
| 10:48 | 18 | Q. And what was it that struck you about how they looked? |
| 10:48 | 19 | A. Um, I think there was just something about some of the |
| 10:48 | 20 | kids that, you know, were moving in kind of a cool way or, |
| 10:48 | 21 | you know, the backpacks -- um, you know, some of 'em were, |
| 10:48 | 22 | you know, dressed in some cool outfits. |
| 10:48 | 23 | Q. Did some of the kids -- were some of the kids wearing |
| 10:48 | 24 | oversized clothes? |
| 10:48 | 25 | A. I believe so, yes. |

| 10:48 | 1 | Q. | And were some of them wearing big, baggie jeans? |

10:48  1   Q.   And were some of them wearing big, baggie jeans?

10:48  2   A.   I think, yes.

10:48  3   Q.   Would it help you to take a look at your deposition

10:48  4   testimony from 2004?

10:49  5   A.   Sure.

10:49  6   Q.   If we could see page 140, and start, say, lines 13, 14,

10:49  7   down to the next page, line 6.

10:49  8            (Document provided to the witness.)

10:49  9            THE WITNESS:  Okay.

10:49  10  BY MS. KELLER:

10:49  11  Q.   So oversized clothes, right?

10:50  12  A.   Right.

10:50  13  Q.   Big, baggie jeans, right?

10:50  14  A.   Yes.

10:50  15  Q.   Some of them had backpacks on?

10:50  16  A.   Yes.

10:50  17  Q.   And you just found something very interesting and

10:50  18  exciting about their energy, right?

10:50  19  A.   Yes.

10:50  20  Q.   Did you ever say that you were inspired because you saw

10:50  21  four urban, ethnic, multi-- multi-ethnic kids?

10:50  22  A.   Not that I remember, no.

10:50  23  Q.   You didn't say anything ever, have you, about

10:50  24  multi-ethnic -- seeing multi-ethnic kids at Kickapoo High?

10:50  25  A.   I don't think so, no.

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

98

| | | |
|---|---|---|
| 10:50 | 1 | Q.   So it was just, they looked -- they looked like they |
| 10:50 | 2 | had a lot of youthful energy, right? |
| 10:50 | 3 | A.   Yes. |
| 10:50 | 4 | Q.   And around that same time you also had some other |
| 10:50 | 5 | inspirations, right? |
| 10:50 | 6 | A.   Uh, yes. |
| 10:50 | 7 | Q.   And we'll go into that in a second. |
| 10:50 | 8 | Now, through the five or six, or however many it was, |
| 10:51 | 9 | days of deposition that you had, the trials in which you |
| 10:51 | 10 | testified, you never once said, have you, that the kids you |
| 10:51 | 11 | saw at Kickapoo High were urban-looking, ethnic, hip-hop |
| 10:51 | 12 | kids with attitudes? |
| 10:51 | 13 | A.   Um, not that I remember, no. |
| 10:51 | 14 | Q.   Okay.  Let's break that down.  You never said they were |
| 10:51 | 15 | urban-looking, true? |
| 10:51 | 16 | A.   True. |
| 10:51 | 17 | Q.   Never said they were ethnic, true? |
| 10:51 | 18 | A.   That's true. |
| 10:51 | 19 | Q.   Never said they were hip-hop kids with attitudes, |
| 10:51 | 20 | right? |
| 10:51 | 21 | A.   Right. |
| 10:51 | 22 | Q.   And in addition to the kids that you saw at Kickapoo, |
| 10:51 | 23 | who kind of caught your eye, you had also been looking at |
| 10:51 | 24 | magazines and things like that, hadn't you? |
| 10:51 | 25 | A.   Yes. |

| 10:51 | 1 | Q.   There were a lot of advertising things going on at the |
| 10:51 | 2 | time that kind of melded together with what you saw to give |
| 10:51 | 3 | you some ideas? |
| 10:51 | 4 | A.   Yes. |
| 10:51 | 5 | Q.   Was one of these *Seventeen Magazine*? |
| 10:52 | 6 | A.   I believe so, yes. |
| 10:52 | 7 | Q.   And that was the August 1998 edition? |
| 10:52 | 8 | A.   Um, yes, I think so. |
| 10:52 | 9 | Q.   Okay.  If you could take a look at Exhibit 17246. |
| 10:52 | 10 | *(Document provided to the witness.)* |
| 10:52 | 11 | BY MS. KELLER: |
| 10:52 | 12 | Q.   And while my able helper is getting that, *Seventeen* is |
| 10:52 | 13 | a fashion magazine geared toward the "tween" market, right? |
| 10:52 | 14 | A.   Yeah.  Yes. |
| 10:52 | 15 | Q.   Tween girls being from about 12 to 16? |
| 10:52 | 16 | A.   Right. |
| 10:52 | 17 | Q.   Girls who aspire to be 17? |
| 10:52 | 18 | A.   Right, yes. |
| 10:52 | 19 | Q.   And will some day aspire to get younger rather than |
| 10:52 | 20 | older. |
| 10:52 | 21 | Okay.  So, do you recognize 17246 as the August 1998 |
| 10:52 | 22 | edition of *Seventeen Magazine*? |
| 10:52 | 23 | A.   Yes. |
| 10:52 | 24 | Q.   And you remember who -- how do you happen to remember |
| 10:52 | 25 | this issue? |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 100 of 156   Page ID #:293897
CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

100

| | | |
|---|---|---|
| 10:52 | 1 | A.   Um, I think I just remember that it was, um, uh, Drew |
| 10:53 | 2 | Barrymore on the cover. |
| 10:53 | 3 | Q.   Okay.  And if we -- |
| 10:53 | 4 | MS. KELLER:  Your Honor, I'd ask that that be |
| 10:53 | 5 | admitted. |
| 10:53 | 6 | THE COURT:  Received. |
| 10:53 | 7 | *(Exhibit No. 17246 received in evidence.)* |
| 10:53 | 8 | *(Document displayed.)* |
| 10:53 | 9 | BY MS. KELLER: |
| 10:53 | 10 | Q.   Take a look at 17246-1.  That's Drew Barrymore on the |
| 10:53 | 11 | cover? |
| 10:53 | 12 | A.   Yes. |
| 10:53 | 13 | MS. KELLER:  And are we able to focus in on the |
| 10:53 | 14 | date, the August '98 date? |
| 10:53 | 15 | *(Technician complies.)* |
| 10:53 | 16 | BY MS. KELLER: |
| 10:53 | 17 | Q.   Okay.  There was some particular ads in this issue that |
| 10:53 | 18 | caught your eye, were there not? |
| 10:53 | 19 | A.   I believe so, yes. |
| 10:53 | 20 | Q.   Let's look at 17246, page 126. |
| 10:53 | 21 | *(Document displayed.)* |
| 10:53 | 22 | BY MS. KELLER: |
| 10:53 | 23 | Q.   And who are those that we're looking at? |
| 10:53 | 24 | A.   Those are the Dixie Chicks. |
| 10:53 | 25 | Q.   And what is it about the Dixie Chicks that struck you? |

| | | |
|---|---|---|
| 10:53 | 1 | A.   Um, I think it was just their -- their poses, the |
| 10:54 | 2 | "Chicks with Attitude," line at the top.  It's kind of the |
| 10:54 | 3 | way that -- like the girl in the front is sort of looking, |
| 10:54 | 4 | you know, off to the side with sort of a -- I don't know -- |
| 10:54 | 5 | kind of a gaze. |
| 10:54 | 6 | Q.   So kind of empowered young girls with attitude? |
| 10:54 | 7 | A.   Yes. |
| 10:54 | 8 | Q.   Now, let's look at 17246-115. |
| 10:54 | 9 |       (Document displayed.) |
| 10:54 | 10 | BY MS. KELLER: |
| 10:54 | 11 | Q.   Do you remember seeing that ad? |
| 10:54 | 12 | A.   Yes. |
| 10:54 | 13 | Q.   And what is this? |
| 10:54 | 14 | A.   That is a Steve Madden ad. |
| 10:54 | 15 | Q.   Who's Steve Madden? |
| 10:54 | 16 | A.   He was a shoe designer. |
| 10:54 | 17 | Q.   And tell us what it was about this ad that you found |
| 10:54 | 18 | striking? |
| 10:54 | 19 | A.   I think I just kind of liked that sort of -- that sort |
| 10:55 | 20 | of stance in her upper body, the big feet, the |
| 10:55 | 21 | disproportionate, um, elements to it. |
| 10:55 | 22 | Q.   Okay.  And how about the proportions of her body? |
| 10:55 | 23 | A.   Yeah.  I liked the fact that it was -- you know, the |
| 10:55 | 24 | proportions were off, bigger feet, um... |
| 10:55 | 25 | Q.   What -- in general, what did you think of the pose here |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 102 of 156   Page ID #:293899
CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

102

| | | |
|---|---|---|
| 10:55 | 1 | as an artist? |
| 10:55 | 2 | A.   Um, I don't remember exactly what I thought about the |
| 10:55 | 3 | pose itself. |
| 10:55 | 4 | Q.   Do you remember saying you thought the pose was really |
| 10:55 | 5 | kind of amazing? |
| 10:55 | 6 | A.   Um, not sure if I said that or not. |
| 10:56 | 7 | Q.   Okay.  Could you take a look at page 2802 (sic), lines |
| 10:56 | 8 | 2 through 5.  And then also look through -- I'm gonna ask |
| 10:56 | 9 | you through line 6 next, so 2 through 6. |
| 10:56 | 10 | *(Document provided to the witness.)* |
| 10:56 | 11 | THE WITNESS:  Sorry.  Which page? |
| 10:56 | 12 | BY MS. KELLER: |
| 10:56 | 13 | Q.   2808, 2 through 6. |
| 10:56 | 14 | A.   Okay. |
| 10:56 | 15 | Q.   Have you had a chance to look at that? |
| 10:56 | 16 | A.   Yes. |
| 10:56 | 17 | Q.   So at the time when you saw this ad, you thought the |
| 10:56 | 18 | pose was really amazing, right? |
| 10:56 | 19 | A.   Yes. |
| 10:56 | 20 | Q.   And you thought the disproportional feet and body were, |
| 10:56 | 21 | quote, "really cool," unquote, right? |
| 10:56 | 22 | A.   Yes. |
| 10:56 | 23 | Q.   You thought she looked powerful? |
| 10:56 | 24 | A.   Right.  Yeah, I did. |
| 10:56 | 25 | Q.   And with respect to what you thought was amazing about |

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

103

| 10:57 | 1 | the pose, did the wide-apart feet have anything to do with |
| 10:57 | 2 | it? |
| 10:57 | 3 | A.   Um, not sure.  I don't remember. |
| 10:57 | 4 | Q.   Okay.  Take a look at 2807, line 11. |
| 10:57 | 5 | A.   Okay. |
| 10:57 | 6 | Q.   Does that remind you? |
| 10:57 | 7 | A.   I'm sorry.  Which one now? |
| 10:57 | 8 | Q.   I'm sorry.  I'm sorry.  2808, lines 7 through 11. |
| 10:57 | 9 | A.   Okay. |
| 10:57 | 10 | Q.   Okay.  Does that remind you of what you thought was |
| 10:57 | 11 | amazing about the pose? |
| 10:57 | 12 | A.   Yes, it does. |
| 10:57 | 13 | Q.   The wide-apart feet? |
| 10:57 | 14 | A.   Right.  Just the -- just the overall stance and |
| 10:57 | 15 | attitude. |
| 10:57 | 16 | Q.   One arm clenched in the fist? |
| 10:57 | 17 | A.   Yes. |
| 10:57 | 18 | Q.   And the kind of exaggerated look? |
| 10:58 | 19 | A.   Yes. |
| 10:58 | 20 | Q.   Did the dogs down there do anything for you, at all? |
| 10:58 | 21 | A.   (No response.) |
| 10:58 | 22 | Q.   I'm kidding.  They probably didn't look anything like |
| 10:58 | 23 | yours. |
| 10:58 | 24 | Okay.  Let's look at another ad in this magazine: |
| 10:58 | 25 | 17246-193. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

104

| | | |
|---|---|---|
| 10:58 | 1 | *(Document displayed.)* |
| 10:58 | 2 | BY MS. KELLER: |
| 10:58 | 3 | Q.   And you recognize that? |
| 10:58 | 4 | A.   Yes. |
| 10:58 | 5 | MS. KELLER:  Ask that it be admitted. |
| 10:58 | 6 | THE COURT:  Received. |
| 10:58 | 7 | *(Exhibit No. 17246-193 received in evidence.)* |
| 10:58 | 8 | BY MS. KELLER: |
| 10:58 | 9 | Q.   Can you describe what this is? |
| 10:58 | 10 | A.   That is a Coca-Cola ad. |
| 10:58 | 11 | Q.   And do you remember seeing this ad in that same |
| 10:58 | 12 | magazine? |
| 10:58 | 13 | A.   I think so, yes. |
| 10:58 | 14 | Q.   What is it about this ad that you find striking -- or |
| 10:58 | 15 | that you found striking at the time? |
| 10:58 | 16 | A.   I think it was the -- like the furrowed brow, kind of |
| 10:59 | 17 | the bigger pouty mouth, the way she's like waving her finger |
| 10:59 | 18 | like that.  *(Indicating.)* |
| 10:59 | 19 | Q.   Looks like a little attitude? |
| 10:59 | 20 | A.   Right. |
| 10:59 | 21 | Q.   And again, the head looks a lot bigger than a |
| 10:59 | 22 | typical-proportioned figure? |
| 10:59 | 23 | A.   Right.  Just kind of disproportionate, yes. |
| 10:59 | 24 | Q.   How about the finger waving? |
| 10:59 | 25 | A.   Yeah.  I liked that, too.  It just gave her extra |

| | | |
|---|---|---|
| 10:59 | 1 | attitude. |
| 10:59 | 2 | MS. KELLER:  And, Your Honor, just so I don't have |
| 10:59 | 3 | to keep going through this, my understanding is the whole |
| 10:59 | 4 | magazine is in at this point. |
| 10:59 | 5 | THE COURT:  Whole magazine is received. |
| 10:59 | 6 | MS. KELLER:  Thank you. |
| 10:59 | 7 | THE COURT:  I think it's 17246. |
| 10:59 | 8 | MS. KELLER:  Yes, Your Honor. |
| 10:59 | 9 | THE COURT:  Let's be certain.  I'm doing that from |
| 10:59 | 10 | memory.  Yeah, the whole magazine's received. |
| 10:59 | 11 | MS. KELLER:  Thank you. |
| 10:59 | 12 | BY MS. KELLER: |
| 10:59 | 13 | Q.   Let's look at page 104. |
| 10:59 | 14 | (Document displayed.) |
| 10:59 | 15 | BY MS. KELLER: |
| 10:59 | 16 | Q.   And what are we looking at here? |
| 11:00 | 17 | A.   This looks like an ad for some kind of jeans. |
| 11:00 | 18 | Q.   Is this a Paris Blues ad? |
| 11:00 | 19 | A.   Not sure. |
| 11:00 | 20 | Q.   Do you remember seeing this ad in August of 1998? |
| 11:00 | 21 | A.   I think so, yes. |
| 11:00 | 22 | Q.   Take a look at page 2809, lines 1 through 3 -- I'm |
| 11:00 | 23 | sorry.  I've got the wrong page. |
| 11:00 | 24 | Let's go to 17246-127. |
| 11:00 | 25 | (Document displayed.) |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 106 of 156   Page ID #:293903
CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

106

| | | |
|---|---|---|
| 11:00 | 1 | MS. KELLER:  There we go. |
| 11:00 | 2 | BY MS. KELLER: |
| 11:00 | 3 | Q.   Do you recognize that? |
| 11:00 | 4 | A.   Yes. |
| 11:00 | 5 | Q.   Now, at the time, you read through the whole magazine, |
| 11:00 | 6 | right? |
| 11:00 | 7 | A.   I believe so, yes. |
| 11:00 | 8 | Q.   And was it kind of your habit to flip through these |
| 11:00 | 9 | kinds of magazines to see if you could get inspiration? |
| 11:01 | 10 | A.   Yes. |
| 11:01 | 11 | Q.   And just to see what the fashions were?  What was out |
| 11:01 | 12 | there? |
| 11:01 | 13 | A.   Sure. |
| 11:01 | 14 | Q.   And some you focused on more than others? |
| 11:01 | 15 | A.   Yes. |
| 11:01 | 16 | Q.   So like that one we just looked at, you might have seen |
| 11:01 | 17 | it and looked at it, but it wouldn't have necessarily |
| 11:01 | 18 | inspired you, right? |
| 11:01 | 19 | A.   Yeah, that's -- yeah, that's true. |
| 11:01 | 20 | Q.   Or it might have? |
| 11:01 | 21 | A.   Might have. |
| 11:01 | 22 | Q.   This one, in particular, though, this Paris Blues ad, |
| 11:01 | 23 | does this stand out to you? |
| 11:01 | 24 | A.   Uh, yes. |
| 11:01 | 25 | Q.   And tell us about why this stood out to you back in |

| | | |
|---|---|---|
| 11:01 | 1 | August of '98? |
| 11:01 | 2 | A.   Um, I think it was, again, the sort of cool attitude, |
| 11:01 | 3 | the pose, the, um -- the big feet, kind of the glance in her |
| 11:01 | 4 | face, um, just a lot of attitude. |
| 11:01 | 5 | Q.   And how about the way she's leaning back on the disco |
| 11:01 | 6 | ball? |
| 11:01 | 7 | A.   Um, I don't recall if that was an inspiration or not, |
| 11:02 | 8 | but I -- I liked the illustration a lot. |
| 11:02 | 9 | Q.   Let's look back to your testimony on 2809, 11 through |
| 11:02 | 10 | 18.  Does that jog your memory a little bit? |
| 11:02 | 11 | A.   Yes. |
| 11:02 | 12 | Q.   And so you liked pretty much everything about this ad, |
| 11:02 | 13 | didn't you? |
| 11:02 | 14 | A.   Yes, I did. |
| 11:02 | 15 | Q.   The pose, the big head and feet? |
| 11:02 | 16 | A.   Yes. |
| 11:02 | 17 | Q.   The sparkle on the disco ball? |
| 11:02 | 18 | A.   Yes. |
| 11:02 | 19 | Q.   The animated face? |
| 11:02 | 20 | A.   Yes. |
| 11:02 | 21 | Q.   She's got big eyes? |
| 11:02 | 22 | A.   Yes. |
| 11:02 | 23 | Q.   Kind of a pouty mouth? |
| 11:02 | 24 | A.   Yes. |
| 11:02 | 25 | Q.   Kind of looks like she owns the world? |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 108 of 156   Page ID #:293905
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

108

| 11:02 | 1 | A.   You could say that, yes. |
| 11:02 | 2 | Q.   Now, when you drove by the high school, and you saw |
| 11:03 | 3 | these kids, is that what you meant a minute ago by how all |
| 11:03 | 4 | these ideas started to kind of meld in your head? |
| 11:03 | 5 | A.   Yeah.  It just -- yeah, different inspirations make an |
| 11:03 | 6 | idea come together. |
| 11:03 | 7 | Q.   And what did you do about that inspiration at that |
| 11:03 | 8 | point? |
| 11:03 | 9 | A.   I think I went home and just started sketching in the |
| 11:03 | 10 | notebook. |
| 11:03 | 11 | Q.   And you started sketching what we've looked at as kind |
| 11:03 | 12 | of the original drawings -- original Bratz drawings? |
| 11:03 | 13 | A.   Yes. |
| 11:03 | 14 | Q.   Now, let me go to Mattel for a second.  You said there |
| 11:03 | 15 | were a lot of -- there are lot of different sources of |
| 11:03 | 16 | inspiration, right? |
| 11:03 | 17 | A.   Yes. |
| 11:03 | 18 | Q.   You could look up at the sky and get inspiration from |
| 11:03 | 19 | that, right? |
| 11:03 | 20 | A.   Sure. |
| 11:03 | 21 | Q.   You could see somebody walking down the hallway out -- |
| 11:03 | 22 | in this courthouse, and get inspiration from how that person |
| 11:03 | 23 | looked and talked, right? |
| 11:03 | 24 | A.   Sure, maybe. |
| 11:04 | 25 | Q.   And you know that Mattel sometimes actually undertook |

| | | |
|---|---|---|
| 11:04 | 1 | different efforts to try to stimulate the creativity of |
| 11:04 | 2 | people there, right? |
| 11:04 | 3 | A.   Um, I'm not sure exactly what you mean. |
| 11:04 | 4 | Q.   Okay.  I was gonna ask you, do you know -- you've heard |
| 11:04 | 5 | of a person named Ivy Ross? |
| 11:04 | 6 | A.   Yes. |
| 11:04 | 7 | Q.   Have you ever had to attend a Japanese tea ceremony at |
| 11:04 | 8 | Mattel that was supposed to inspire you in some way? |
| 11:04 | 9 | A.   Not that I remember. |
| 11:04 | 10 | Q.   Have you ever had to listen to a union analyst talk |
| 11:04 | 11 | about psychoanalysis at Mattel in order to get inspired? |
| 11:04 | 12 | A.   Not that I remember. |
| 11:04 | 13 | Q.   Have you ever been asked to go listen at Mattel to a |
| 11:04 | 14 | professor of laughter in order to be inspired? |
| 11:04 | 15 | A.   No, not that I remember. |
| 11:04 | 16 | Q.   Or a clown at Mattel? |
| 11:05 | 17 | A.   No. |
| 11:05 | 18 | Q.   Or a bear riding by on a unicycle? |
| 11:05 | 19 |           THE COURT:  A what? |
| 11:05 | 20 |           MS. KELLER:  I'm just kidding.  I'm just kidding. |
| 11:05 | 21 | Just kidding. |
| 11:05 | 22 |           THE COURT:  Okay.  Disregard the bear riding, |
| 11:05 | 23 | bicycle, whatever.  All right. |
| 11:05 | 24 |              (Laughter in the courtroom.) |
| | 25 | |

| | | |
|---|---|---|
| 11:05 | 1 | BY MS. KELLER: |
| 11:05 | 2 | Q.   So when you were at Mattel, was Ivy Ross's Platypus |
| 11:05 | 3 | project going; do you know? |
| 11:05 | 4 | A.   I don't know anything about that. |
| 11:05 | 5 | Q.   Okay.  So you were never invited to any of these |
| 11:05 | 6 | inspiration sessions, right? |
| 11:05 | 7 | A.   I don't remember being asked to any, no. |
| 11:05 | 8 | Q.   So, in your case, then, in the summer of 1998, when you |
| 11:05 | 9 | were thinking of trying to draw figures and fashions for |
| 11:05 | 10 | teenage girls, you were actually being inspired by actual |
| 11:05 | 11 | teenagers, right? |
| 11:05 | 12 | A.   Uh, yes. |
| 11:05 | 13 | Q.   As well as all these stylized ads that we saw? |
| 11:05 | 14 | A.   Yes. |
| 11:05 | 15 | Q.   And fashions, too? |
| 11:06 | 16 | A.   Yes -- |
| 11:06 | 17 | Q.   And you said -- |
| 11:06 | 18 | A.   -- sure. |
| 11:06 | 19 | Q.   -- you worked at a mall? |
| 11:06 | 20 | A.   I did, yes. |
| 11:06 | 21 | Q.   And did you see fashions there? |
| 11:06 | 22 | A.   Yes. |
| 11:06 | 23 | Q.   So you were being inspired by actual teenagers, as |
| 11:06 | 24 | opposed to a union analyst or a clown, true? |
| 11:06 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 11:06 | 1 | Q.   And before you lived in Missouri in 1998, you'd been |
| 11:06 | 2 | living in L.A. for several years, right? |
| 11:06 | 3 | A.   Yes. |
| 11:06 | 4 | Q.   Did you have plenty of opportunities living in L.A. to |
| 11:06 | 5 | see multi-ethnic characters? |
| 11:06 | 6 | A.   Yes. |
| 11:06 | 7 | Q.   And you were pretty familiar already with the concept |
| 11:06 | 8 | of multi-ethnic, trendy, fashion-forward teenagers, weren't |
| 11:06 | 9 | you? |
| 11:06 | 10 | A.   Yes. |
| 11:06 | 11 | Q.   Now, you never said that you drove by the Kickapoo High |
| 11:06 | 12 | School yearbook, right? |
| 11:06 | 13 | A.   No. |
| 11:06 | 14 | Q.   Just that you drove by Kickapoo High School itself? |
| 11:07 | 15 | A.   Yes. |
| 11:07 | 16 | Q.   And that was August of '98? |
| 11:07 | 17 | A.   Yes. |
| 11:07 | 18 | Q.   So that would have been the beginning of the school |
| 11:07 | 19 | year, right? -- the beginning of the 1998 to 1999 school |
| 11:07 | 20 | year? |
| 11:07 | 21 | A.   Yes. |
| 11:07 | 22 | Q.   So the 1998 yearbook wouldn't necessarily be the |
| 11:07 | 23 | relevant one?  It would be '99, right? |
| 11:07 | 24 | A.   I'm sorry.  What now? |
| 11:07 | 25 | Q.   Well, since you were driving by in the summer, the |

| | | |
|---|---|---|
| 11:07 | 1 | beginning of the 1998 to 1999 school year, right? |
| 11:07 | 2 | A.   Yes. |
| 11:07 | 3 | Q.   '98 school year was already over? |
| 11:07 | 4 | A.   Yes. |
| 11:07 | 5 | Q.   True?  Um, so -- want to show you the 1999 yearbook. |
| 11:07 | 6 | And that's Exhibit 23806. |
| 11:07 | 7 | *(Document provided to the witness.)* |
| 11:07 | 8 | MS. KELLER:  And, Your Honor, I would ask that he |
| 11:07 | 9 | be allowed to look at this, and we be allowed to display |
| 11:07 | 10 | some pages. |
| 11:07 | 11 | THE COURT:  I think we've received all these |
| 11:08 | 12 | yearbooks before, haven't we?  There was an objection at the |
| 11:08 | 13 | time.  I think I took it subject to a motion to strike. |
| 11:08 | 14 | There's a representation by Mattel that -- ladies coming out |
| 11:08 | 15 | from Kickapoo High School -- |
| 11:08 | 16 | MR. PRICE:  Yes.  We have -- |
| 11:08 | 17 | THE COURT:  So why don't I just take this subject |
| 11:08 | 18 | to a motion to strike, also? |
| 11:08 | 19 | MS. KELLER:  Okay. |
| 11:08 | 20 | THE COURT:  Okay? |
| 11:08 | 21 | MR. PRICE:  Okay. |
| 11:08 | 22 | THE COURT:  That way you can show the photos now |
| 11:08 | 23 | for both sides. |
| 11:08 | 24 | MS. KELLER:  Okay. |
| | 25 | |

| 11:08 | 1 | BY MS. KELLER: |
| 11:08 | 2 | Q.   So if you look at Exhibit 23806, go to page 26. |
| 11:08 | 3 | *(Document displayed.)* |
| 11:08 | 4 | BY MS. KELLER: |
| 11:08 | 5 | Q.   And you see baggie pants there? |
| 11:08 | 6 | A.   Uh, yes. |
| 11:08 | 7 | Q.   See anything that looks like so-called urban dancing? |
| 11:08 | 8 | A.   I guess you could call it that, sure. |
| 11:08 | 9 | Q.   And let's go to 23806-44. |
| 11:09 | 10 | *(Document displayed.)* |
| 11:09 | 11 | BY MS. KELLER: |
| 11:09 | 12 | Q.   And is this -- does this look like the Backstreet Boys |
| 11:09 | 13 | reenactment? |
| 11:09 | 14 | A.   Um, I don't really know. |
| 11:09 | 15 | Q.   Let me take a look here.  I've got to get to the page. |
| 11:09 | 16 | Okay.  Let's look at the writing where it says, |
| 11:09 | 17 | "Kickapoo has been graced by the presence of many stars over |
| 11:09 | 18 | the year." |
| 11:09 | 19 | You see that? |
| 11:09 | 20 | A.   Yes. |
| 11:09 | 21 | Q.   "This year students were lucky enough to have the |
| 11:09 | 22 | Backstreet Boys portrayed by five seniors" -- in several |
| 11:09 | 23 | school assemblies. |
| 11:10 | 24 | So it looks like the kids at Kickapoo High School |
| 11:10 | 25 | actually knew who the Backstreet Boys were, right? |

114

| | | |
|---|---|---|
| 11:10 | 1 | A.    Apparently, yes. |
| 11:10 | 2 | Q.    And let's go to 23806-70. |
| 11:10 | 3 | *(Document displayed.)* |
| 11:10 | 4 | BY MS. KELLER: |
| 11:10 | 5 | Q.    And what do you see on -- the picture on the bottom |
| 11:10 | 6 | right.  Is that a bare midriff? |
| 11:10 | 7 | A.    (No response.) |
| 11:10 | 8 | Q.    It's hard to see on your copy. |
| 11:10 | 9 | A.    It's a little hard to see, but it looks like it, yes. |
| 11:10 | 10 | MS. KELLER:  Where's the original? |
| 11:10 | 11 | BY MS. KELLER: |
| 11:10 | 12 | Q.    You got the original? |
| 11:10 | 13 | A.    Yes.  What page are we looking at? |
| 11:10 | 14 | Q.    Well, I was looking at 70. |
| 11:10 | 15 | A.    Oh, okay.  Yes. |
| 11:10 | 16 | *(Another document displayed.)* |
| 11:10 | 17 | BY MS. KELLER: |
| 11:10 | 18 | Q.    And do you see the bare midriffs there in the row |
| 11:11 | 19 | there? |
| 11:11 | 20 | A.    Yes. |
| 11:11 | 21 | Q.    Let's look at 71, bottom right. |
| 11:11 | 22 | *(Document displayed.)* |
| 11:11 | 23 | BY MS. KELLER: |
| 11:11 | 24 | Q.    Do they appear to be -- |
| 11:11 | 25 | MS. KELLER:  Picture on the bottom right on 72. |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 115 of 156   Page ID #:293912
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

115

| | | |
|---|---|---|
| 11:11 | 1 | I'm sorry. |
| 11:11 | 2 | *(Document displayed.)* |
| 11:11 | 3 | BY MS. KELLER: |
| 11:11 | 4 | Q.   Does that appear to be glitter and sequins? |
| 11:11 | 5 | A.   Uh, yes. |
| 11:11 | 6 | Q.   And on page 71. |
| 11:11 | 7 | *(Document displayed.)* |
| 11:11 | 8 | BY MS. KELLER: |
| 11:11 | 9 | Q.   We got a summer dance camp? |
| 11:11 | 10 | A.   Uh, yes. |
| 11:11 | 11 | Q.   And let's see 152.  I want you to look at the picture |
| 11:12 | 12 | in the top left. |
| 11:12 | 13 | *(Document displayed.)* |
| 11:12 | 14 | BY MS. KELLER: |
| 11:12 | 15 | Q.   See any poses with attitude? |
| 11:12 | 16 | A.   Uh, yes. |
| 11:12 | 17 | Q.   Now I'm gonna put this yearbook aside. |
| 11:12 | 18 |      As we said, you didn't drive past the Kickapoo High |
| 11:12 | 19 | yearbook, but actual kids, right? |
| 11:12 | 20 | A.   Yes. |
| 11:12 | 21 | Q.   And would you agree with me that kids who make it into |
| 11:12 | 22 | high school yearbooks in various photos are not always the |
| 11:12 | 23 | trendiest, edgiest kids? |
| 11:12 | 24 |           MR. PRICE:  Objection.  Lack of foundation. |
| 11:12 | 25 |           THE COURT:  Well, once again, that's for you to |

| | | |
|---|---|---|
| 11:12 | 1 | determine.  But this shows his state of mind, what his |
| 11:13 | 2 | thoughts are concerning that subject. |
| 11:13 | 3 | So I'll allow the question. |
| 11:13 | 4 | BY MS. KELLER: |
| 11:13 | 5 | Q.   Would you agree with me that the kids who make it into |
| 11:13 | 6 | the high school yearbook in various photos are not always |
| 11:13 | 7 | the hippest, edgy-est, trendiest, kids with attitude? |
| 11:13 | 8 | A.   Uh, yeah, that's a fair statement. |
| 11:13 | 9 | Q.   I mean, what, with teachers and principals being |
| 11:13 | 10 | ultimately in charge of the yearbook product, right? |
| 11:13 | 11 | A.   Sure. |
| 11:13 | 12 | Q.   And did you ever look at the Kickapoo High School |
| 11:13 | 13 | yearbook at all, ever, until this litigation began? |
| 11:13 | 14 | A.   Uh, not that I can remember, no. |
| 11:13 | 15 | Q.   Okay.  And the kids that you saw walking around the |
| 11:13 | 16 | Battlefield Mall by where you worked, did you have books |
| 11:13 | 17 | with them in it?  Or did you look at actual kids walking |
| 11:13 | 18 | past in the mall? |
| 11:13 | 19 | A.   Uh, no, it would have been actual kids. |
| 11:13 | 20 | Q.   Now, let's talk, if we can, about your concept of the |
| 11:13 | 21 | Bratz dolls -- |
| 11:13 | 22 | MS. KELLER:  Unless anybody needs a break?  Does |
| 11:14 | 23 | anybody? |
| 11:14 | 24 | THE COURT:  If nobody does, let's push through. |
| 11:14 | 25 | We're starting to fall below six hours a day, and that's not |

11:14   1    appropriate.

11:14   2              MS. KELLER:  Okay.

11:14   3    BY MS. KELLER:

11:14   4    Q.   Now, okay, we talked -- you've talked a little bit

11:14   5    about your concept of the Bratz.  The Bratz, where you

11:14   6    envisioned a group of friends who are very cool, kind of

11:14   7    popular, right?

11:14   8    A.   Yes.

11:14   9    Q.   Young, maybe 14, 15, true?

11:14   10   A.   Yes.

11:14   11   Q.   Wore trendy clothing that was not necessarily very

11:14   12   fancy, right?

11:14   13   A.   Uh, true, yes.

11:14   14   Q.   And they had an attitude of:  We're best friends.  We

11:14   15   can do anything.  We've got a power.  We believe in

11:14   16   ourselves.  Was that your concept originally?

11:14   17   A.   Yes.

11:14   18   Q.   And your first Bratz sketches, after you got home that

11:14   19   day that we've been talking about in August, where it kind

11:14   20   of all came together in your head, we'd like to show you

11:14   21   those now.

11:14   22        Now we'd like you to look at the originals.  And those

11:14   23   are on lined paper, torn out of a spiral notebook.

11:15   24              *(Documents provided to the witness.)*

        25

CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

118

| | | |
|---|---|---|
| 11:15 | 1 | BY MS. KELLER: |
| 11:15 | 2 | Q.   Your very first four Bratz drawings, is that what these |
| 11:15 | 3 | are? |
| 11:15 | 4 | A.   Yes. |
| 11:15 | 5 | THE COURT:  And the exhibit number again, if you |
| 11:15 | 6 | recall? |
| 11:15 | 7 | BY MS. KELLER: |
| 11:15 | 8 | Q.   Let's look first at Exhibit 5-39. |
| 11:15 | 9 | MS. KELLER:  And the others, Your Honor, will be |
| 11:15 | 10 | 5-40, 5-41 and 5-42. |
| 11:15 | 11 | THE COURT:  Thank you. |
| 11:15 | 12 | BY MS. KELLER: |
| 11:15 | 13 | Q.   But let's look first at Exhibit 5-39.  Do you recognize |
| 11:15 | 14 | that? |
| 11:15 | 15 | A.   Yes. |
| 11:15 | 16 | Q.   Is that one of your first drawings? |
| 11:15 | 17 | A.   Yes. |
| 11:15 | 18 | *(Document displayed.)* |
| 11:15 | 19 | MS. KELLER:  And I'd move that into evidence, |
| 11:15 | 20 | Your Honor. |
| 11:15 | 21 | THE COURT:  Received.  In fact, all four will be |
| 11:15 | 22 | received. |
| 11:15 | 23 | *(Exhibit No. 5-39 received in evidence.)* |
| 11:15 | 24 | *(Exhibit No. 5-40 received in evidence.)* |
| 11:15 | 25 | *(Exhibit No. 5-41 received in evidence.)* |

| 11:15 | 1 | (Exhibit No. 5-42 received in evidence.) |
| 11:15 | 2 | MS. KELLER:  Thank you. |
| 11:15 | 3 | Can we maybe expand that a little, so we have a |
| 11:15 | 4 | little more drawing, a little less paper. |
| 11:15 | 5 | (Technician complies.) |
| 11:15 | 6 | MS. KELLER:  There we go. |
| 11:15 | 7 | BY MS. KELLER: |
| 11:15 | 8 | Q.  Can you tell us about her? |
| 11:15 | 9 | A.  What specifically? |
| 11:15 | 10 | Q.  Well, just tell us what it was that you were |
| 11:15 | 11 | envisioning when you drew this character? |
| 11:16 | 12 | A.  I think it was just envisioning maybe a Hispanic kind |
| 11:16 | 13 | of character with a lot of attitude. |
| 11:16 | 14 | Q.  Okay.  Lot of self-confidence? |
| 11:16 | 15 | A.  Yes. |
| 11:16 | 16 | Q.  Pride? |
| 11:16 | 17 | A.  Sure, yes. |
| 11:16 | 18 | Q.  And hands on the hips -- why the pose with the hands on |
| 11:16 | 19 | the hips? |
| 11:16 | 20 | A.  Um, I think just to show, you know, strength and |
| 11:16 | 21 | attitude and, um, yeah, just a bit of defiance maybe. |
| 11:16 | 22 | Q.  Now, is this -- is this the original Lupe? |
| 11:16 | 23 | A.  Yes. |
| 11:16 | 24 | Q.  Let's look at -- |
| 11:16 | 25 | THE COURT:  That would be 39?  5-39. |

120

| | | |
|---|---|---|
| 11:16 | 1 | MS. KELLER:  5-39. |
| 11:16 | 2 | THE COURT:  Okay. |
| 11:16 | 3 | BY MS. KELLER: |
| 11:16 | 4 | Q.   Let's look now at 5-40. |
| 11:16 | 5 | *(Document displayed.)* |
| 11:16 | 6 | BY MS. KELLER: |
| 11:16 | 7 | Q.   Can you describe this character for us? |
| 11:16 | 8 | A.   Uh, she was just kind of a -- maybe an African-American |
| 11:16 | 9 | sort of character.  Again, a lot of attitude, um, |
| 11:17 | 10 | self-confidence. |
| 11:17 | 11 | Q.   And what does your writing say there? |
| 11:17 | 12 | A.   Uh, it says, "Plays drums and spins the turntable, |
| 11:17 | 13 | studies French, acting, political science." |
| 11:17 | 14 | Q.   Okay.  So she was envisioned as a cool character? |
| 11:17 | 15 | A.   Yes. |
| 11:17 | 16 | Q.   Who was very musical, but also was a student of serious |
| 11:17 | 17 | things? |
| 11:17 | 18 | A.   Right. |
| 11:17 | 19 | Q.   And was this the character originally called |
| 11:17 | 20 | "Hallidae"? |
| 11:17 | 21 | A.   I think so, yes. |
| 11:17 | 22 | MS. KELLER:  And do we have that there?  Okay. |
| 11:17 | 23 | BY MS. KELLER: |
| 11:17 | 24 | Q.   Now, there's -- that handwriting to the right of |
| 11:17 | 25 | "Hallidae," is that your handwriting? |

| 11:17 | 1 | A.   Uh, yes. |
| 11:17 | 2 | THE COURT:  Now, once again, 5-40; is that right? |
| 11:17 | 3 | MS. KELLER:  Yes, that's 5-40. |
| 11:17 | 4 | THE COURT:  Okay. |
| 11:17 | 5 | BY MS. KELLER: |
| 11:17 | 6 | Q.   Let's now turn to Exhibit 5-41. |
| 11:18 | 7 | *(Document displayed.)* |
| 11:18 | 8 | BY MS. KELLER: |
| 11:18 | 9 | Q.   Is this Jade? |
| 11:18 | 10 | A.   Uh, yes. |
| 11:18 | 11 | Q.   Would you tell us a little bit about what your idea of |
| 11:18 | 12 | Jade was all about, your concept of who Jade was? |
| 11:18 | 13 | A.   Uh, I think it was just that she would be an Asian kind |
| 11:18 | 14 | of a character, um, again, lot of -- lot of attitude, um, |
| 11:18 | 15 | self-confidence, but, um, kind of -- kind of fun and kooky |
| 11:18 | 16 | at the same time. |
| 11:18 | 17 | Q.   And -- fun and kooky, but also -- also had a serious |
| 11:18 | 18 | side, right? |
| 11:18 | 19 | A.   Yes. |
| 11:18 | 20 | Q.   And what does it say to the right? |
| 11:18 | 21 | A.   Says, "plays bass, studies classical violin and child |
| 11:18 | 22 | psychology." |
| 11:18 | 23 | Q.   Okay.  Let's look at Exhibit 5-42. |
| 11:18 | 24 | *(Document displayed.)* |
| | 25 | |

| 11:18 | 1 | BY MS. KELLER: |
| 11:18 | 2 | Q.   Who is this? |
| 11:19 | 3 | A.   I think this was kind of my original concept for Zoe. |
| 11:19 | 4 | Q.   Okay.  And what was your idea of Zoe? |
| 11:19 | 5 | A.   Uh, I think I kind of thought of her maybe sort of as |
| 11:19 | 6 | the leader, but, uh, maybe a little bit -- maybe a little |
| 11:19 | 7 | bit softer. |
| 11:19 | 8 | Q.   Okay.  Not as much attitude? |
| 11:19 | 9 | A.   Right. |
| 11:19 | 10 | Q.   Little sweeter? |
| 11:19 | 11 | A.   Yes. |
| 11:19 | 12 | Q.   Probably got taken advantage of by the other girls? |
| 11:19 | 13 | A.   (No response.) |
| 11:19 | 14 | Q.   Do you remember what notebook these pages were torn out |
| 11:19 | 15 | of? |
| 11:19 | 16 | A.   Uh, no. |
| 11:19 | 17 | Q.   And as you sat there drawing, did a name come to you? |
| 11:19 | 18 | A.   Uh, yes. |
| 11:19 | 19 | Q.   And what was the name? |
| 11:19 | 20 | A.   "Bratz." |
| 11:19 | 21 | Q.   Now, these names that you conceived of in August '98 -- |
| 11:19 | 22 | Jade, Hallidae, Zoe and Lupe -- did you write the |
| 11:20 | 23 | promotional text also based on those names? |
| 11:20 | 24 | A.   I think so, yes. |
| 11:20 | 25 | Q.   And what you wrote out in the promotional text was |

| | | |
|---|---|---|
| 11:20 | 1 | "Meet the Bratz" with a "Z"? |
| 11:20 | 2 | A.    Yes. |
| 11:20 | 3 |         MS. KELLER:  If we could see Exhibit 5-43. |
| 11:20 | 4 |          *(Document displayed.)* |
| 11:20 | 5 |         MS. KELLER:  And that's, I think, already in |
| 11:20 | 6 | evidence, Your Honor.  If not, I would move it. |
| 11:20 | 7 |         THE COURT:  I believe it is, Counsel.  But |
| 11:20 | 8 | let's -- it will simply be re-received, if it was already |
| 11:20 | 9 | received. |
| 11:20 | 10 |         *(Exhibit No. 5-43 received in evidence.)* |
| 12:59 | 11 | BY MS. KELLER: |
| 11:20 | 12 | Q.    And this was the promotional text that, I think, |
| 11:20 | 13 | Mr. Price went over with you earlier, right? |
| 11:20 | 14 | A.    Yes. |
| 11:20 | 15 | Q.    "Meet the Bratz." |
| 11:20 | 16 |         And can you tell us, what does it say at the top there? |
| 11:20 | 17 | A.    It says, "Meet the Bratz." |
| 11:20 | 18 | Q.    And this was a blurb you wrote right when you were |
| 11:20 | 19 | first thinking about them? |
| 11:21 | 20 | A.    I believe so, yes. |
| 11:21 | 21 | Q.    Did you write this even before you sketched out the |
| 11:21 | 22 | characters? |
| 11:21 | 23 | A.    Um... |
| 11:21 | 24 | Q.    Do you know? |
| 11:21 | 25 | A.    I don't remember. |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 124 of 156   Page ID #:293921
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

124

| 11:21 | 1 | Q. Okay. Now, this is all your handwriting, right? |
| 11:21 | 2 | A. Yes. |
| 11:21 | 3 | Q. And this is after you had come from seeing kids as you |
| 11:21 | 4 | drove by Kickapoo? |
| 11:21 | 5 | A. Yes. |
| 11:21 | 6 | Q. And this is a little description of each of the |
| 11:21 | 7 | characters, true? |
| 11:21 | 8 | A. Yes. |
| 11:21 | 9 | Q. And at the top, you wrote, "Meet the Bratz:  They are |
| 11:21 | 10 | the cool girls from your school." |
| 11:21 | 11 | A. Yes. |
| 11:21 | 12 | Q. And did you start it that way because school was |
| 11:21 | 13 | uppermost in your mind, since you had just come from a |
| 11:21 | 14 | school? |
| 11:21 | 15 | A. Um, don't remember exactly what I was thinking about |
| 11:21 | 16 | that, but I might've, yes. |
| 11:21 | 17 | Q. Okay. "Four best friends with totally transformable |
| 11:21 | 18 | looks.  Simply pop off their hair and shoes and trade for a |
| 11:22 | 19 | new look.  Each doll comes with two pop-off wigs and two |
| 11:22 | 20 | pairs of shoes, plus two hip fashions." |
| 11:22 | 21 | So those share something in common with the Sabrina |
| 11:22 | 22 | dolls you were also drawing in the summer of '98, right? |
| 11:22 | 23 | A. Uh, yeah. |
| 11:22 | 24 | Q. Not the look, but the interchangeable fashions and the |
| 11:22 | 25 | pop-off hair wigs? |

| 11:22 | 1 | A.   Sure, yes. |
| 11:22 | 2 | Q.   And "Meet Zoe aka Angel."  Then we've got -- and |
| 11:22 | 3 | "angel" again, that wasn't a code name?  That was just a |
| 11:22 | 4 | nickname that you were gonna give Zoe? |
| 11:22 | 5 | A.   Yes. |
| 11:22 | 6 | Q.   And "Meet Lupe aka Princess."  And that wasn't a code |
| 11:22 | 7 | name either?  That was a nickname for Lupe? |
| 11:22 | 8 | A.   Yes. |
| 11:22 | 9 | Q.   "Meet Hallidae aka Hip-Hop."  Her nickname? |
| 11:22 | 10 | A.   Yes. |
| 11:22 | 11 | Q.   And "Meet Jade aka Li'l Star."  And that was her |
| 11:23 | 12 | nickname? |
| 11:23 | 13 | A.   Yes. |
| 11:23 | 14 | Q.   So when you came up with the Bratz in '98, already each |
| 11:23 | 15 | of those four characters had that nickname, right? |
| 11:23 | 16 | A.   Yes. |
| 11:23 | 17 | Q.   And your original 1998 concept for those characters |
| 11:23 | 18 | didn't change from the time you conceived of it to the pitch |
| 11:23 | 19 | meeting you had at MGA, right? |
| 11:23 | 20 | A.   Um, no, not really. |
| 11:23 | 21 | Q.   Pretty much the same concept? |
| 11:23 | 22 | A.   Yes. |
| 11:23 | 23 | Q.   Would it be true that you further developed the idea |
| 11:23 | 24 | during the late summer and early fall of 1998? |
| 11:23 | 25 | A.   Um, yes. |

| | | |
|---|---|---|
| 11:23 | 1 | Q.   After you sketched these original four drawings, you |
| 11:23 | 2 | drew many Bratz sketches as you developed each character, |
| 11:23 | 3 | right? |
| 11:23 | 4 | A.   Yes. |
| 11:23 | 5 | Q.   Can you hold up -- before we move on, will you hold up |
| 11:23 | 6 | those original drawings for the jurors to see, the actual |
| 11:24 | 7 | paper that they're on. |
| 11:24 | 8 | A.   (Witness complies.) |
| 11:24 | 9 | THE COURT:  And you're referring to the? |
| 11:24 | 10 | MS. KELLER:  Referring to the group, Your Honor, |
| 11:24 | 11 | that is -- has been marked Exhibit 5-39, -40, -41 and -42. |
| 11:24 | 12 | THE COURT:  Thank you. |
| 11:24 | 13 | BY MS. KELLER: |
| 11:24 | 14 | Q.   And then would you hold up also your -- the exhibit |
| 11:24 | 15 | that talks about -- Exhibit 5-43 -- that talks about your |
| 11:24 | 16 | concept for their personalities, who they were -- who these |
| 11:24 | 17 | dolls were supposed to be.  If we don't have the original, |
| 11:24 | 18 | that's okay.  We can move on. |
| 11:24 | 19 | Now all of this work was done during a couple weeks |
| 11:24 | 20 | stretching over late August and early September of 1998, |
| 11:25 | 21 | correct? |
| 11:25 | 22 | A.   Uh, yes. |
| 11:25 | 23 | Q.   And you made numerous other drawings, but is it true |
| 11:25 | 24 | you didn't keep all of 'em? |
| 11:25 | 25 | A.   Um, yes. |

| | | |
|---|---|---|
| 11:25 | 1 | Q.   Do you know what you did with them? |
| 11:25 | 2 | A.   No, I don't -- I don't remember. |
| 11:25 | 3 | Q.   Okay.  Now, let's talk a little bit about how you |
| 11:25 | 4 | refined your idea of the 1998 drawings. |
| 11:25 | 5 |      Let's look at Exhibit 5-38. |
| 11:25 | 6 |          *(Document displayed.)* |
| 11:25 | 7 |          MS. KELLER:  And this is -- I believe this is in |
| 11:25 | 8 | evidence, Your Honor. |
| 11:25 | 9 |          THE COURT:  I believe it is also; but if not, it's |
| 11:25 | 10 | re-received. |
| 11:25 | 11 |          *(Exhibit No. 5-38 received in evidence.)* |
| 11:25 | 12 | BY MS. KELLER: |
| 11:25 | 13 | Q.   This is one of the first rough-pose sketches that you |
| 11:25 | 14 | drew in 1998, right? |
| 11:25 | 15 | A.   Uh, yes. |
| 11:25 | 16 | Q.   And is this -- what is this a rough of?  I mean, I know |
| 11:25 | 17 | it's of a body, but why did you draw it? |
| 11:25 | 18 | A.   I think this was a rough for, um, the little characters |
| 11:25 | 19 | that I started working up. |
| 11:26 | 20 | Q.   So this was gonna end up being part of the group pose? |
| 11:26 | 21 | A.   Yes. |
| 11:26 | 22 | Q.   Now, if we could look at Exhibit 5-46, are those more |
| 11:26 | 23 | 1998 pose drawings? |
| 11:26 | 24 | A.   Yes. |
| 11:26 | 25 |          MS. KELLER:  And, Your Honor, I would move |

| | | |
|---|---|---|
| 11:26 | 1 | Exhibit 5-46 into evidence. |
| 11:26 | 2 | THE COURT:  Received. |
| 11:26 | 3 | *(Exhibit No. 5-46 received in evidence.)* |
| 11:26 | 4 | *(Document displayed.)* |
| 11:26 | 5 | BY MS. KELLER: |
| 11:26 | 6 | Q.   And when you say "pose drawings," that was also for the |
| 11:26 | 7 | group, just like the last one we saw? |
| 11:26 | 8 | A.   Yes. |
| 11:26 | 9 | Q.   So these were eventually gonna be kind of merged? |
| 11:26 | 10 | A.   Uh, yes. |
| 11:26 | 11 | Q.   And if we could -- if I could have you look at |
| 11:26 | 12 | Exhibit 5-60.  Is this another -- is this a group drawing |
| 11:26 | 13 | from 1998 showing poses that you recognize as one you drew? |
| 11:26 | 14 | A.   Yes. |
| 11:27 | 15 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:27 | 16 | THE COURT:  Received. |
| 11:27 | 17 | *(Exhibit No. 5-60 received in evidence.)* |
| 11:27 | 18 | *(Document displayed.)* |
| 11:27 | 19 | MS. KELLER:  And can we enlarge that a little bit. |
| 11:27 | 20 | *(Technician complies.)* |
| 11:27 | 21 | BY MS. KELLER: |
| 11:27 | 22 | Q.   And if I show you Exhibit 5-63, is this your |
| 11:27 | 23 | preliminary group drawing from 1998.  Do you recognize that? |
| 11:27 | 24 | A.   Yes. |
| 11:27 | 25 | MS. KELLER:  Move that in, Your Honor. |

| | | |
|---|---|---|
| 11:27 | 1 | THE COURT:  Received. |
| 11:27 | 2 | *(Exhibit No. 5-63 received in evidence.)* |
| 11:27 | 3 | *(Document displayed.).* |
| 11:27 | 4 | BY MS. KELLER: |
| 11:27 | 5 | Q.   Now, is this roughly the form the group pose takes? |
| 11:27 | 6 | A.   I'm sorry.  What now? |
| 11:27 | 7 | Q.   Is this roughly the form that the group takes in your |
| 11:27 | 8 | development? |
| 11:27 | 9 | A.   Yes. |
| 11:27 | 10 | Q.   And let's compare this, if we can, to Exhibit 302-1, |
| 11:27 | 11 | which is in evidence -- I'm sorry -- 302 dash --- well, |
| 11:27 | 12 | we'll try one -- yeah, we'll use one, one, because that's -- |
| 11:28 | 13 | THE COURT:  Is it 302-11 or 302-1? |
| 11:28 | 14 | MS. KELLER:  Let's look at 302-1. |
| 11:28 | 15 | *(Document displayed.)* |
| 11:28 | 16 | MS. KELLER:  Okay.  There we go. |
| 11:28 | 17 | BY MS. KELLER: |
| 11:28 | 18 | Q.   And are the poses in 3-63, the one on the top, roughly |
| 11:28 | 19 | the same as the group pose on the first page of Exhibit 302? |
| 11:28 | 20 | A.   Pretty much, yes. |
| 11:28 | 21 | Q.   Okay.  Some differences, but -- in general? |
| 11:28 | 22 | A.   Yeah, in general, yes. |
| 11:28 | 23 | Q.   And can you tell us specifically what it is about the |
| 11:28 | 24 | poses that is -- that you see in both of those? |
| 11:28 | 25 | A.   Um, they're -- they're pretty much the same.  I mean, |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 130 of 156   Page ID #:293927
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

130

| | | |
|---|---|---|
| 11:28 | 1 | they each have the -- you know, the same arm movements and |
| 11:29 | 2 | hip movements, and leg placements. |
| 11:29 | 3 | Q.   Now, let's look at Exhibit 5-36.  I want you to look at |
| 11:29 | 4 | that.  Is that a rough sketch of Jade from 1998? |
| 11:29 | 5 | *(Document provided to the witness.)* |
| 11:29 | 6 | BY MS. KELLER: |
| 11:29 | 7 | Q.   I'll wait until you get there. |
| 11:29 | 8 | A.   Yes. |
| 11:29 | 9 | Q.   And you recognize that as one you did? |
| 11:29 | 10 | A.   Yes. |
| 11:29 | 11 | MS. KELLER:  Move that in, Your Honor. |
| 11:29 | 12 | THE COURT:  Received. |
| 11:29 | 13 | *(Exhibit No. 5-36 received in evidence.)* |
| 11:29 | 14 | *(Document displayed.)* |
| 11:29 | 15 | BY MS. KELLER: |
| 11:29 | 16 | Q.   Let's also look at Exhibit 5-37.  And is this another |
| 11:29 | 17 | rough sketch of yours from 1998? |
| 11:29 | 18 | A.   Yes. |
| 11:29 | 19 | MS. KELLER:  Move that in, Your Honor. |
| 11:29 | 20 | THE COURT:  Received. |
| 11:29 | 21 | *(Exhibit No. 5-37 received in evidence.)* |
| 11:29 | 22 | *(Document displayed.)* |
| 11:29 | 23 | BY MS. KELLER: |
| 11:30 | 24 | Q.   And is Exhibit 5-50 another rough sketch done in 1998, |
| 11:30 | 25 | that you did? |

| | | |
|---|---|---|
| 11:30 | 1 | A.   Yes. |
| 11:30 | 2 | MS. KELLER:  Move that in, Your Honor. |
| 11:30 | 3 | THE COURT:  Received. |
| 11:30 | 4 | *(Exhibit No. 5-50 received in evidence.)* |
| 11:30 | 5 | *(Document displayed.)* |
| 11:30 | 6 | BY MS. KELLER: |
| 11:30 | 7 | Q.   Let's look at this for a second. |
| 11:30 | 8 | What does that depict? |
| 11:30 | 9 | A.   That just depicts some rough, um, fashion ideas. |
| 11:30 | 10 | Q.   Okay.  For the four -- |
| 11:30 | 11 | A.   For the four characters, yes. |
| 11:30 | 12 | Q.   For the four characters? |
| 11:30 | 13 | A.   Yes. |
| 11:30 | 14 | Q.   Let's look at Exhibit 5-56.  Do you recognize that as |
| 11:30 | 15 | another pose sketch that you did for the characters in 1998? |
| 11:30 | 16 | A.   Yes. |
| 11:30 | 17 | MS. KELLER:  I move that in, Your Honor. |
| 11:30 | 18 | THE COURT:  Received. |
| 11:30 | 19 | *(Exhibit No. 5-56 received in evidence.)* |
| 11:31 | 20 | *(Document displayed.)* |
| 11:31 | 21 | BY MS. KELLER: |
| 11:31 | 22 | Q.   And what does this show? |
| 11:31 | 23 | A.   That just shows the outline of the -- outline of a |
| 11:31 | 24 | body, figure. |
| 11:31 | 25 | Q.   Let's look at Exhibit 5-58.  Is that another pose |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 132 of 156   Page ID #:293929
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

132

| 11:31 | 1 | sketch from 1998? |
|---|---|---|
| 11:31 | 2 | A.   Yes. |
| 11:31 | 3 | MS. KELLER:  Move that in, Your Honor. |
| 11:31 | 4 | THE COURT:  Received. |
| 11:31 | 5 | *(Exhibit No. 5-58 received in evidence.)* |
| 11:31 | 6 | *(Document displayed.)* |
| 11:31 | 7 | BY MS. KELLER: |
| 11:31 | 8 | Q.   And let's look at 5-35.  Do you recognize that as |
| 11:31 | 9 | something you drew also in 1998? |
| 11:31 | 10 | A.   Yes. |
| 11:31 | 11 | MS. KELLER:  Move that in, Your Honor. |
| 11:31 | 12 | THE COURT:  Received. |
| 11:31 | 13 | *(Exhibit No. 5-35 received in evidence.)* |
| 11:31 | 14 | *(Document displayed.)* |
| 11:31 | 15 | BY MS. KELLER: |
| 11:31 | 16 | Q.   Now, this one that we're looking at, was this one of |
| 11:31 | 17 | the very first Bratz drawings in 1998 and specifically of |
| 11:31 | 18 | Hallidae? |
| 11:31 | 19 | A.   Yes. |
| 11:32 | 20 | Q.   And what do we see?  What are the various components of |
| 11:32 | 21 | that drawing, the various pieces we see in that drawing? |
| 11:32 | 22 | A.   Looks like there's some sunglasses, a backpack, a |
| 11:32 | 23 | sketch for a hairstyle, looks like an idea maybe for a |
| 11:32 | 24 | skirt, and some shoes maybe, just some notes on the |
| 11:32 | 25 | personality. |

| | | |
|---|---|---|
| 11:32 | 1 | Q.   And what are the notes on the personality? |
| 11:32 | 2 | A.   "Favorite color:  Lavender. |
| 11:32 | 3 | "Favorite insect:  Bee. |
| 11:32 | 4 | "Favorite food, Mac 'N Cheese." |
| 11:32 | 5 | "If you were a fruit:  Nectarine. |
| 11:32 | 6 | "Pet:  Dalmation. |
| 11:32 | 7 | "Favorite music:  Hip-hop and reggae." |
| 11:32 | 8 | Q.   It sounds like you used a lot of imagination in coming |
| 11:32 | 9 | up with these characters? |
| 11:32 | 10 | A.   I tried to, yes. |
| 11:32 | 11 | Q.   Let's go to Exhibit 5-49.  And do you recognize this as |
| 11:33 | 12 | another sketch that you did in 1998, which you did along |
| 11:33 | 13 | with the one that we've looked at earlier, 5-35? |
| 11:33 | 14 | A.   Yes. |
| 11:33 | 15 | MS. KELLER:  Ask that that be moved in, |
| 11:33 | 16 | Your Honor. |
| 11:33 | 17 | THE COURT:  Received. |
| 11:33 | 18 | *(Exhibit No. 5-49 received in evidence.)* |
| 11:33 | 19 | *(Document displayed.)* |
| 11:33 | 20 | BY MS. KELLER: |
| 11:33 | 21 | Q.   And what does this show us? |
| 11:33 | 22 | A.   That just shows a sketch for some fashion ideas, um, |
| 11:33 | 23 | for her -- maybe for her purse. |
| 11:33 | 24 | Q.   And who's the "her" we're talking about? |
| 11:33 | 25 | A.   Uh, Jade. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

134

| 11:33 | 1 | Q. Okay. |
| 11:33 | 2 | A. Some hairstyle ideas, um, skirt, some shoes. |
| 11:33 | 3 | Q. And what does the writing say under "Jade"? |
| 11:33 | 4 | A. It says, |
| 11:33 | 5 | "Favorite color: Pink. |
| 11:33 | 6 | "Favorite insect: Dragonfly. |
| 11:33 | 7 | "Favorite food" -- nothing. |
| 11:33 | 8 | Q. She's skinny? |
| 11:34 | 9 | A. Yeah. |
| 11:34 | 10 | Q. Let's do some comparisons, if we can, to see the |
| 11:34 | 11 | progression of your work. Let's look at 5-40, your first |
| 11:34 | 12 | drawing of Hallidae. |
| 11:34 | 13 | *(Document displayed.)* |
| 11:34 | 14 | BY MS. KELLER: |
| 11:34 | 15 | Q. Now, look at 5-35. Now, here it looks like you're |
| 11:34 | 16 | developing the character, right? |
| 11:34 | 17 | A. Yes. |
| 11:34 | 18 | Q. Changing the proportions of the body? |
| 11:34 | 19 | A. Yes. |
| 11:34 | 20 | Q. Making the head larger? |
| 11:34 | 21 | A. Yes. |
| 11:34 | 22 | Q. And you've added in all sorts of features, including |
| 11:34 | 23 | what you just told us about the color, the favorite insect, |
| 11:34 | 24 | favorite food, and all that? |
| 11:34 | 25 | A. Correct. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 135 of 156   Page ID #:293932
CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

135

| | | |
|---|---|---|
| 11:34 | 1 | Q.   And you've added some accessories, right? |
| 11:34 | 2 | A.   Yes. |
| 11:34 | 3 | Q.   And what are the accessories you've added? |
| 11:34 | 4 | A.   Um, I added some sunglasses and a backpack. |
| 11:35 | 5 | Q.   And I see a silver lamé top? |
| 11:35 | 6 | A.   Yes. |
| 11:35 | 7 | Q.   Lavender pants with black-and-white accents? |
| 11:35 | 8 | A.   Yes. |
| 11:35 | 9 | Q.   Backpack? |
| 11:35 | 10 | A.   Yes. |
| 11:35 | 11 | Q.   Removable hairstyle, question mark; removable feet, |
| 11:35 | 12 | question mark? |
| 11:35 | 13 | A.   I don't know. |
| 11:35 | 14 | Q.   Now, let's look at your first drawing of Jade, |
| 11:35 | 15 | Exhibit 5-41. |
| 11:35 | 16 | *(Document displayed.)* |
| 11:35 | 17 | MS. KELLER:  And let's compare that to 5-49. |
| 11:35 | 18 | *(Document displayed.)* |
| 11:35 | 19 | BY MS. KELLER: |
| 11:35 | 20 | Q.   And so you continued in the weeks that followed to |
| 11:35 | 21 | refine the characters, right? |
| 11:35 | 22 | A.   Yes. |
| 11:35 | 23 | Q.   And that's part of the process you told us about |
| 11:35 | 24 | earlier, that you, as an artist, go through? |
| 11:35 | 25 | A.   Yeah, it is. |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

136

| | | |
|---|---|---|
| 11:35 | 1 | Q. Now, here it appears you're developing the character. |
| 11:36 | 2 | Now, tell us what you're changing as you develop this |
| 11:36 | 3 | character. |
| 11:36 | 4 | A. Changing the fashion a little bit, changing the |
| 11:36 | 5 | hairstyle, um, changing the pose, um, adding, you know, just |
| 11:36 | 6 | other ideas. |
| 11:36 | 7 | Q. Making the head a different size in relation to the |
| 11:36 | 8 | body? |
| 11:36 | 9 | A. Yeah. Changing the proportion, yes. |
| 11:36 | 10 | Q. And, of course, adding in the colors and favorite |
| 11:36 | 11 | insect and all that? |
| 11:36 | 12 | A. Yes. |
| 11:36 | 13 | Q. And we see additional accessories, too, right? |
| 11:36 | 14 | A. Yes. |
| 11:36 | 15 | Q. And what are they? |
| 11:36 | 16 | A. Um, the bag, the extra shoes, the skirt. |
| 11:36 | 17 | Q. And what does the little bag say on it? |
| 11:36 | 18 | A. I think it says, "Clear bag." |
| 11:36 | 19 | Q. And we see a little fish? |
| 11:36 | 20 | A. Yes. |
| 11:37 | 21 | Q. Now, we also have some Mattel designs, right? |
| 11:37 | 22 | A. Um, yes. |
| 11:37 | 23 | Q. I'm gonna have you look at Exhibit 5-65. |
| 11:37 | 24 | *(Document provided to the witness.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|--|--|--|
| 11:37 | 1 | BY MS. KELLER: |
| 11:37 | 2 | Q.   Is that a preliminary sketch of a boy's body that you |
| 11:37 | 3 | did in 1998? |
| 11:37 | 4 | A.   Yes. |
| 11:37 | 5 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:37 | 6 | THE COURT:  Received. |
| 11:37 | 7 | *(Exhibit No. 5-65 received in evidence.)* |
| 11:37 | 8 | *(Document displayed.)* |
| 11:37 | 9 | BY MS. KELLER: |
| 11:37 | 10 | Q.   And let's look at Exhibit 5-69.  Are those body and |
| 11:37 | 11 | hairstyles for boys that you drew in 1998. |
| 11:37 | 12 | A.   Yes. |
| 11:37 | 13 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:37 | 14 | THE COURT:  Received. |
| 11:37 | 15 | *(Exhibit No. 5-69 received in evidence.)* |
| 11:37 | 16 | *(Document displayed.)* |
| 11:37 | 17 | BY MS. KELLER: |
| 11:37 | 18 | Q.   Now, did this eventually develop -- did you eventually |
| 11:38 | 19 | take this and develop from it what appear to be master |
| 11:38 | 20 | drawings of bodies and heads? |
| 11:38 | 21 | A.   From this particular -- |
| 11:38 | 22 | Q.   Right. |
| 11:38 | 23 | A.   Uh, yes. |
| 11:38 | 24 | Q.   And separate faces which could be placed into the |
| 11:38 | 25 | bodies and heads? |

| 11:38 | 1 | A.   Yes. |
| 11:38 | 2 | THE COURT:  Are you referring to 5-65 and 5-69, or |
| 11:38 | 3 | the whole compilation, including the female figures?  That's |
| 11:38 | 4 | what's confusing. |
| 11:38 | 5 | MS. KELLER:  Yes, that's right. |
| 11:38 | 6 | BY MS. KELLER: |
| 11:38 | 7 | Q.   Right now I'm -- yes, I'm referring to the whole |
| 11:38 | 8 | compilation -- that these eventually became the material for |
| 11:38 | 9 | master drawings, right? |
| 11:38 | 10 | A.   Yes. |
| 11:38 | 11 | Q.   If we could look at 5-52.  Do you recognize that as |
| 11:38 | 12 | original face design concepts for the four characters' faces |
| 11:38 | 13 | that you drew in 1998? |
| 11:39 | 14 | A.   Yes. |
| 11:39 | 15 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:39 | 16 | THE COURT:  Received. |
| 11:39 | 17 | *(Exhibit No. 5-52 received in evidence.)* |
| 11:39 | 18 | *(Document displayed.)* |
| 11:39 | 19 | BY MS. KELLER: |
| 11:39 | 20 | Q.   And so these are the faces that we're talking about |
| 11:39 | 21 | that could be moved into the other drawings to ultimately |
| 11:39 | 22 | create your master drawing, right? |
| 11:39 | 23 | A.   Yes. |
| 11:39 | 24 | Q.   Um, and these were the four original characters' faces |
| 11:39 | 25 | as you envisioned them in 1998? |

| | | |
|---|---|---|
| 11:39 | 1 | A.   Yes. |
| 11:39 | 2 | Q.   Okay.  Let's look at Exhibit 5-53.  Is that a 1998 |
| 11:39 | 3 | sketch that is a master drawing of Zoe with body and head |
| 11:39 | 4 | but no face? |
| 11:39 | 5 | A.   Uh, yes. |
| 11:39 | 6 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:39 | 7 | THE COURT:  Received. |
| 11:39 | 8 | *(Exhibit No. 5-53 received in evidence.)* |
| 11:39 | 9 | *(Document displayed.)* |
| 11:39 | 10 | BY MS. KELLER: |
| 11:39 | 11 | Q.   And Zoe became Cloe later? |
| 11:39 | 12 | A.   Uh, yes. |
| 11:39 | 13 | Q.   Okay.  Let's look at Exhibit 5-54.  Is this -- you got |
| 11:40 | 14 | that in front of you? |
| 11:40 | 15 | A.   Yes. |
| 11:40 | 16 | Q.   Is this a 1998 group pose sketch where you wrote |
| 11:40 | 17 | "Bratz" on it at the time of creation? |
| 11:40 | 18 | A.   Uh, yes. |
| 11:40 | 19 | MS. KELLER:  Move that in, Your Honor. |
| 11:40 | 20 | THE COURT:  Received. |
| 11:40 | 21 | *(Exhibit No. 5-54 received in evidence.)* |
| 11:40 | 22 | *(Document displayed.)* |
| 11:40 | 23 | BY MS. KELLER: |
| 11:40 | 24 | Q.   And this is one you later had notarized? |
| 11:40 | 25 | A.   Yes. |

CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

140

| | | |
|---|---|---|
| 11:40 | 1 | Q.   Along with 5-52 that we saw a second ago? |
| 11:40 | 2 | A.   (No response.) |
| 11:40 | 3 | MS. KELLER:  If we want to go back to 5-52. |
| 11:40 | 4 | *(Document displayed.)* |
| 11:40 | 5 | BY MS. KELLER: |
| 11:40 | 6 | Q.   You see that 5-52 was also notarized?  It's on your |
| 11:40 | 7 | screen. |
| 11:40 | 8 | A.   Oh, yes. |
| 11:40 | 9 | Q.   Let's look at 5-55.  Do you recognize that as a male |
| 11:40 | 10 | face that you conceived in 1998? |
| 11:40 | 11 | A.   Yes. |
| 11:40 | 12 | MS. KELLER:  And I would move that into evidence, |
| 11:40 | 13 | Your Honor. |
| 11:40 | 14 | THE COURT:  Received. |
| 11:40 | 15 | *(Exhibit No. 5-55 received in evidence.)* |
| 11:40 | 16 | *(Document displayed.)* |
| 11:40 | 17 | BY MS. KELLER: |
| 11:40 | 18 | Q.   And that one now has a name:  Val? |
| 11:41 | 19 | A.   Yes. |
| 11:41 | 20 | Q.   Is that right?  And where -- do you have any idea where |
| 11:41 | 21 | you got the name "Val"? |
| 11:41 | 22 | A.   Uh, no, I don't remember. |
| 11:41 | 23 | Q.   Let's look at Exhibit 5-59.  Is that a 1998 sketch that |
| 11:41 | 24 | you made for the master drawing of Hallidae? |
| 11:41 | 25 | A.   Yes. |

11:41  1          MS. KELLER:  Move that into evidence, Your Honor.

11:41  2          THE COURT:  Received.

11:41  3          *(Exhibit No. 5-59 received in evidence.)*

11:41  4            *(Document displayed.)*

11:41  5  BY MS. KELLER:

11:41  6  Q.   And again, this is missing the face, but the rest of

11:41  7  the master drawing is there, right?

11:41  8  A.   Yes.

11:41  9  Q.   Let's look at Exhibit 5-61.  And do you recognize that

11:41  10  as the 1998 sketch that is the master drawing of Jade?

11:41  11  A.   Yes.

11:41  12          MS. KELLER:  Move that into evidence, Your Honor.

11:41  13          THE COURT:  Received.

11:41  14          *(Exhibit No. 5-61 received in evidence.)*

11:41  15            *(Document displayed.)*

11:41  16  BY MS. KELLER:

11:41  17  Q.   And this is another one that you had notarized

11:41  18  actually, right?

11:41  19  A.   Yes.

11:41  20  Q.   So as I keep running through these, what I'm trying to

11:42  21  go over with you is the evolution of your idea, the

11:42  22  evolution of your designs as we went along in 1998.  Okay?

11:42  23  A.   Yes.

11:42  24  Q.   And does this accurately represent kind of the stages

11:42  25  that you were going through?

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 142 of 156   Page ID #:293939
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

142

| | | |
|---|---|---|
| 11:42 | 1 | A.   Uh, yes. |
| 11:42 | 2 | Q.   Now, let's look at Exhibit 5-62.  And do you recognize |
| 11:42 | 3 | that as a pose drawing from 1998? |
| 11:42 | 4 | A.   Yes. |
| 11:42 | 5 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:42 | 6 | THE COURT:  Received. |
| 11:42 | 7 | *(Exhibit No. 5-62 received in evidence.)* |
| 11:42 | 8 | *(Document displayed.)* |
| 11:42 | 9 | BY MS. KELLER: |
| 11:42 | 10 | Q.   And this is author one that you can see you had |
| 11:42 | 11 | notarized, right? |
| 11:42 | 12 | A.   Yes. |
| 11:42 | 13 | Q.   And Exhibit 5-64, was that the 1998 sketch for the |
| 11:42 | 14 | master drawing of Hallidae? |
| 11:42 | 15 | A.   Uh, yes. |
| 11:42 | 16 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:42 | 17 | THE COURT:  Received. |
| 11:42 | 18 | *(Exhibit No. 5-64 received in evidence.)* |
| 11:42 | 19 | *(Document displayed.)* |
| 11:42 | 20 | BY MS. KELLER: |
| 11:42 | 21 | Q.   That also you had notarized? |
| 11:42 | 22 | A.   Yes. |
| 11:42 | 23 | Q.   And now we're going to move to Exhibit 5-66.  And |
| 11:43 | 24 | that -- do you recognize that as the 1998 sketch of the |
| 11:43 | 25 | master drawing of Lupe? |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 143 of 156   Page ID #:293940
CV 04-9049 DOC - 2/27/2011 - Day 11, Volume 1 of 3

143

| | | |
|---|---|---|
| 11:43 | 1 | A.   Uh, yes. |
| 11:43 | 2 | MS. KELLER:  Move that into evidence, Your Honor. |
| 11:43 | 3 | THE COURT:  Received. |
| 11:43 | 4 | *(Exhibit No. 5-66 received in evidence.)* |
| 11:43 | 5 | *(Document displayed.)* |
| 11:43 | 6 | BY MS. KELLER: |
| 11:43 | 7 | Q.   Exhibit 5-67, is that another boy's face concept |
| 11:43 | 8 | created in 1998 by you? |
| 11:43 | 9 | A.   Yes. |
| 11:43 | 10 | MS. KELLER:  Move that in. |
| 11:43 | 11 | THE COURT:  Received. |
| 11:43 | 12 | *(Exhibit No. 5-67 received in evidence.)* |
| 11:43 | 13 | *(Document displayed.)* |
| 11:43 | 14 | BY MS. KELLER: |
| 11:43 | 15 | Q.   And this now also has a name.  His name was Jared? |
| 11:43 | 16 | A.   Yes. |
| 11:43 | 17 | Q.   I knew there was Jared somewhere here.  Knew we would |
| 11:43 | 18 | find him. |
| 11:43 | 19 | Exhibit 5-68, if you could look at that.  Is that the |
| 11:43 | 20 | 1998 sketch that became the master drawing of Zoe? |
| 11:43 | 21 | A.   Yes. |
| 11:43 | 22 | Q.   Also notarized? |
| 11:43 | 23 | A.   Yes. |
| 11:43 | 24 | MS. KELLER:  And I would move that, Your Honor. |
| 11:43 | 25 | THE COURT:  Received. |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 144 of 156   Page ID #:293941
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

144

| | | |
|---|---|---|
| 11:43 | 1 | (Exhibit No. 5-68 received in evidence.) |
| 11:44 | 2 | (Document displayed.) |
| 11:44 | 3 | BY MS. KELLER: |
| 11:44 | 4 | Q.   And just out of curiosity, how long does it take you to |
| 11:44 | 5 | produce a sketch like this?  I mean, if you were to sit down |
| 11:44 | 6 | right now with paper and pen. |
| 11:44 | 7 | A.   Um, I don't know.  Probably about, um, ten minutes. |
| 11:44 | 8 | Q.   But that's assuming, of course, that you had gone |
| 11:44 | 9 | through all these preliminary stages that we're talking |
| 11:44 | 10 | about? |
| 11:44 | 11 | A.   Yes. |
| 11:44 | 12 | Q.   Okay.  And the preliminary stages, would all of this |
| 11:44 | 13 | together be representing maybe weeks of work? |
| 11:44 | 14 | A.   Uh, yes. |
| 11:44 | 15 | Q.   Okay.  Let's look at Exhibit 5-70.  Do you represent -- |
| 11:44 | 16 | uh, do you recognize that as body and hairstyles for boys |
| 11:44 | 17 | from 1998? |
| 11:44 | 18 | A.   Yes. |
| 11:44 | 19 | Q.   And that's also notarized? |
| 11:44 | 20 | A.   Yes. |
| 11:44 | 21 | MS. KELLER:  And I would move that in, Your Honor. |
| 11:44 | 22 | THE COURT:  Received. |
| 11:45 | 23 | (Exhibit No. 5-70 received in evidence.) |
| 11:45 | 24 | (Document displayed.) |
| | 25 | |

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

145

| 11:45 | 1 | BY MS. KELLER: |
|-------|---|----------------|

11:45   1   BY MS. KELLER:

11:45   2   Q.   If we could see --

11:45   3           MS. KELLER:  Let's see, that's 5-70, Your Honor?

11:45   4   Or was that --

11:45   5           THE COURT:  That was 5-70, a body for boys.

11:45   6   BY MS. KELLER:

11:45   7   Q.   If we could look at 5-72.  Do you recognize that as a

11:45   8   1998 sketch for the master drawing of Zoe?

11:45   9   A.   Uh, yes.

11:45   10          MS. KELLER:  Move that into evidence, Your Honor.

11:45   11          THE COURT:  Received.

11:45   12          *(Exhibit No. 5-72 received in evidence.)*

11:45   13           *(Document displayed.)*

11:45   14   BY MS. KELLER:

11:45   15   Q.   And let's go to 5-73.

11:45   16       1998 sketch for the master drawing of Lupe?

11:45   17   A.   Yes.

11:46   18   Q.   And without going into each one, would it be fair to

11:46   19   say that you have in front of you many additional sketches

11:46   20   of face designs, face concepts, shoe concepts, removable

11:46   21   hair, hairstyle sketches, face drawings -- you have a whole

11:46   22   stack of additional drawings that you've got in front of

11:46   23   you?

11:46   24   A.   Yes.

11:46   25   Q.   Now, you continued working on your Bratz drawings into

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 146 of 156   Page ID #:293943
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

146

| | | |
|---|---|---|
| 11:46 | 1 | the first week of September 1998, right? |
| 11:46 | 2 | A.   Um, I don't remember exactly, but I think so, yes. |
| 11:46 | 3 | MS. KELLER:  I'm sorry, Your Honor.  I'm informed |
| 11:46 | 4 | I failed to move in Exhibit 5-73, the master drawing of |
| 11:46 | 5 | Lupe. |
| 11:46 | 6 | THE COURT:  It's received. |
| 11:46 | 7 | *(Exhibit No. 5-73 received in evidence.)* |
| 11:59 | 8 | BY MS. KELLER: |
| 11:47 | 9 | Q.   So back to where we were.  You continued working on |
| 11:47 | 10 | your Bratz drawings into the first week of September 1998, |
| 11:47 | 11 | correct? |
| 11:47 | 12 | A.   I think so, yes. |
| 11:47 | 13 | Q.   At some point you stopped working on the Bratz project |
| 11:47 | 14 | because, for some reason -- what was the reason? |
| 11:47 | 15 | A.   I don't remember exactly.  I guess, um, I got busy |
| 11:47 | 16 | doing other things. |
| 11:47 | 17 | Q.   Could you take a look at your deposition transcript, |
| 11:47 | 18 | November 4th, 2004, page 147. |
| 11:47 | 19 | *(Document provided to the witness.)* |
| 11:47 | 20 | THE WITNESS:  Which line? |
| 11:47 | 21 | BY MS. KELLER: |
| 11:47 | 22 | Q.   147, lines 20 to 23. |
| 11:48 | 23 | A.   Okay. |
| 11:48 | 24 | Q.   And does that refresh your memory as to what you were |
| 11:48 | 25 | thinking at the time? |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 147 of 156   Page ID #:293944
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

147

| | | |
|---|---|---|
| 11:48 | 1 | A.    Uh, yes. |
| 11:48 | 2 | Q.    Okay.  What were you thinking? |
| 11:48 | 3 | A.    Um, I was feeling that I needed to get back to work |
| 11:48 | 4 | full time, get back to something that was actually earning |
| 11:48 | 5 | me, you know, a steady income.  So I just kind of put it |
| 11:48 | 6 | aside, didn't really... |
| 11:48 | 7 | Q.    Okay.  You were -- you were close to turning 30 then, |
| 11:48 | 8 | right? |
| 11:48 | 9 | A.    Yes. |
| 11:48 | 10 | Q.    And you were feeling like, "Well, my life isn't really |
| 11:48 | 11 | going anywhere.  I need -- need to get back to work," right? |
| 11:48 | 12 | A.    Yes. |
| 11:48 | 13 | Q.    So you had had an interlude where you were able to |
| 11:48 | 14 | sketch and draw and work on your own projects, but, |
| 11:48 | 15 | basically, you needed a paycheck, right? |
| 11:48 | 16 | A.    Yes, I did. |
| 11:48 | 17 | Q.    And so you thought you might want to go back to the |
| 11:48 | 18 | fashion doll industry? |
| 11:49 | 19 | A.    Uh, yes, I did. |
| 11:49 | 20 | Q.    Now, was there anything you thought you needed to do in |
| 11:49 | 21 | order to prepare for that? |
| 11:49 | 22 | A.    I think I remember thinking that I needed to update my |
| 11:49 | 23 | portfolio. |
| 11:49 | 24 | Q.    What do you mean by "update your portfolio," again for |
| 11:49 | 25 | those of us who aren't artists? |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 148 of 156   Page ID #:293945
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

148

| 11:49 | 1 | A. | Just add some new, more current drawings, showing some |

11:49   1   A.   Just add some new, more current drawings, showing some

11:49   2   more ideas, showing my skill.

11:49   3   Q.   And where were you thinking of applying?

11:49   4   A.   Uh, I think I thought that maybe I would go back to

11:49   5   Mattel.  I think I also thought about applying to the Ashton

11:49   6   Drake galleries.

11:49   7   Q.   And did you end up reapplying to Mattel --

11:49   8   A.   Yeah.

11:49   9   Q.   -- in October 1998?

11:49   10   A.   Yes.

11:49   11   Q.   And how did you do that?  Who did you get in touch

11:49   12   with?

11:49   13   A.   I think I called my supervisor Cassidy Park and talked

11:49   14   to her.

11:49   15   Q.   Did she set up a couple interviews for you?

11:49   16   A.   Yes, she did.

11:50   17   Q.   And do you remember who those were with?

11:50   18   A.   Uh, I believe it was Ann Driskill and Ron Longsdorf.

11:50   19   Q.   Okay.  Did you submit your updated portfolio at some

11:50   20   point during that interview process?

11:50   21   A.   Yes.

11:50   22   Q.   Now, at the previous trial you were shown a document

11:50   23   which you recognized as one of the portfolio pieces you did,

11:50   24   do you remember that?

11:50   25   A.   No, not right offhand.

| 11:50 | 1 | Q. | Could you take a look at your transcript, page 2961-1 |
| 11:50 | 2 | through 5. |
| 11:50 | 3 | A. | Which page?  Which line? |
| 11:51 | 4 | Q. | Um, 2962. |
| 11:51 | 5 | A. | Okay. |
| 11:51 | 6 | Q. | Lines 1 and 2. |
| 11:51 | 7 | A. | Okay. |
| 11:51 | 8 | Q. | It's actually line -- probably 1 through 5.  Have you |
| 11:51 | 9 | had a chance to read that? |
| 11:51 | 10 | A. | Yes. |
| 11:51 | 11 | Q. | Okay.  So at the last trial, you were shown a document |
| 11:51 | 12 | which you recognized as one of the portfolio pieces you did? |
| 11:51 | 13 | A. | Uh-huh, yes. |
| 11:51 | 14 | Q. | And it was dated October 1998? |
| 11:51 | 15 | A. | Yes. |
| 11:51 | 16 | Q. | And you placed the date on the drawing because you |
| 11:51 | 17 | anticipated showing it during an interview, just like we |
| 11:51 | 18 | talked about earlier? |
| 11:51 | 19 | A. | Yes. |
| 11:51 | 20 | Q. | And is that a reason that you dated some of your |
| 11:51 | 21 | drawings:  'Cause you anticipated showing them during an |
| 11:51 | 22 | interview? |
| 11:51 | 23 | A. | Yes. |
| 11:51 | 24 | Q. | Now, you never showed the Bratz concept to anybody |
| 11:51 | 25 | during the rehiring process, right? |

| 11:51 | 1 | A. No. |
| 11:51 | 2 | Q. And you didn't take the Bratz drawings with you to your |
| 11:51 | 3 | Mattel interviews, right? |
| 11:51 | 4 | A. No. |
| 11:51 | 5 | Q. In fact, you didn't even discuss the Bratz idea with |
| 11:51 | 6 | Mattel at all, correct? |
| 11:52 | 7 | A. No, I didn't. |
| 11:52 | 8 | Q. Now, you came back to Los Angeles at the end of 1998. |
| 11:52 | 9 | Do you remember, when you first came back, that your |
| 11:52 | 10 | family visited you and -- your parents visited you for |
| 11:52 | 11 | Thanksgiving and Christmas? |
| 11:52 | 12 | A. Yes. |
| 11:52 | 13 | Q. I'm sorry. You came back to L.A. at the end of 1998. |
| 11:52 | 14 | Do you remember when that end was? |
| 11:52 | 15 | A. I think it was right after Christmas. |
| 11:52 | 16 | Q. Okay. And for Christmas, were you still in Missouri? |
| 11:52 | 17 | A. Uh, yes. |
| 11:52 | 18 | Q. Okay. And your brother and his family visited you and |
| 11:52 | 19 | your parents Thanksgiving and Christmas '98? |
| 11:52 | 20 | A. I think so, yes. |
| 11:52 | 21 | Q. Now, when you got back to Los Angeles from Missouri, |
| 11:52 | 22 | you showed Richard Irmen your Bratz drawings? |
| 11:52 | 23 | A. Yes. |
| 11:52 | 24 | Q. And you said that was New Year's eve, December 31st, |
| 11:52 | 25 | 1998, right? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

151

| | | |
|---|---|---|
| 11:53 | 1 | A.   Yes. |
| 11:53 | 2 | Q.   And you started up again at Mattel when? |
| 11:53 | 3 | A.   I started back there -- I think it was around January |
| 11:53 | 4 | of 1999. |
| 11:53 | 5 | Q.   Would that have been January 4th? |
| 11:53 | 6 | A.   Yes. |
| 11:53 | 7 | MS. KELLER:  And, Your Honor, would this be a |
| 11:53 | 8 | place to stop?  Do you want me to keep going? |
| 11:53 | 9 | THE COURT:  This would be fine, Counsel.  Just a |
| 11:53 | 10 | moment. |
| 11:53 | 11 | All right.  Ladies and gentlemen, then we'll meet |
| 11:53 | 12 | at 1:00 o'clock, if that's acceptable. |
| 11:53 | 13 | You're admonished not to discuss this matter |
| 11:53 | 14 | amongst yourselves nor form or express any opinion |
| 11:53 | 15 | concerning this case. |
| 11:53 | 16 | Have a nice recess. |
| 11:53 | 17 | *(Jury recesses at 11:53 a.m.)* |
| 11:53 | 18 | *(Outside the presence of the jury.)* |
| 11:53 | 19 | THE COURT:  All right.  Counsel, we're still on |
| 11:53 | 20 | the record. |
| 11:53 | 21 | Before the Court had tried to be extremely careful |
| 11:53 | 22 | with the -- |
| 11:54 | 23 | (To the witness:)  Thank you very much, sir.  Have |
| 11:54 | 24 | a good lunch. |
| 11:54 | 25 | *(Witness exits the proceedings.)* |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 152 of 156   Page ID #:293949
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

152

| | | |
|---|---|---|
| 11:54 | 1 | THE COURT:  -- with the agreement between the |
| 11:54 | 2 | parties referencing back to prior proceedings. |
| 11:54 | 3 | It's seeming more and more that there is a |
| 11:54 | 4 | differentiation between trial and deposition.  And I just |
| 11:54 | 5 | want to get your thoughts and feelings about that, you know, |
| 11:54 | 6 | out on the record, so neither side is seemingly |
| 11:54 | 7 | disadvantaged or has a complaint later on. |
| 11:54 | 8 | So let me turn to you, Mr. Price.  This is one of |
| 11:54 | 9 | your primary witnesses.  And then let me turn to Ms. Keller. |
| 11:54 | 10 | It seems more and more, what seemed to be a good |
| 11:54 | 11 | idea so that there was a reference to "prior proceeding" is |
| 11:54 | 12 | now being eroded slowly into a need for both counsel to |
| 11:54 | 13 | refer to trial testimony versus depositional testimony. |
| 11:54 | 14 | And I don't want to seem that I'm backsliding, but |
| 11:54 | 15 | the real world of trial work seems to be taking over other |
| 11:54 | 16 | than what seemed to be a good ruling to begin with. |
| 11:54 | 17 | So, Ms. Keller and Mr. Price, what are your |
| 11:54 | 18 | thoughts. |
| 11:54 | 19 | MS. KELLER:  Well, the Court's instructed the -- |
| 11:54 | 20 | the Court has instructed the jury that there isn't any |
| 11:54 | 21 | difference between the sworn testimony from either |
| 11:55 | 22 | proceeding. |
| 11:55 | 23 | To me, the more salient difference is that the |
| 11:55 | 24 | depositions were much earlier.  And so -- |
| 11:55 | 25 | THE COURT:  There have been a lot of depositions |

| | | |
|---|---|---|
| 11:55 | 1 | after, though.  There have been a lot of depositions between |
| 11:55 | 2 | the second trial, even, and this trial, because Mattel was |
| 11:55 | 3 | pursuing the RICO claim. |
| 11:55 | 4 | MS. KELLER:  You know, my -- my understanding had |
| 11:55 | 5 | been that, since the jurors were told that there was a prior |
| 11:55 | 6 | trial, that we no longer had to, um, say "prior proceeding." |
| 11:55 | 7 | And so I -- |
| 11:55 | 8 | THE COURT:  This was my feeling also.  I just want |
| 11:55 | 9 | to get both of you in this conversation with the Court now |
| 11:55 | 10 | so that there's no complaint later on.  But, it seems to me, |
| 11:55 | 11 | that you ought to now be able to simply refer to the trial |
| 11:55 | 12 | versus the deposition.  And the timing of the depositions |
| 11:55 | 13 | will be noted, as well as the time and date of the trial. |
| 11:55 | 14 | In other words, the more we give the jury in terms |
| 11:56 | 15 | of candidness and truthfulness, the less we're protecting, |
| 11:56 | 16 | you know, what seems to be the absurd. |
| 11:56 | 17 | MR. PRICE:  We agree. |
| 11:56 | 18 | THE COURT:  Acceptable to Mattel? |
| 11:56 | 19 | MR. PRICE:  Yes. |
| 11:56 | 20 | THE COURT:  Acceptable to -- |
| 11:56 | 21 | MS. KELLER:  Yes, Your Honor. |
| 11:56 | 22 | THE COURT:  -- MGA? |
| 11:56 | 23 | Okay.  Now, just one moment. |
| 11:56 | 24 | Would you check Exhibit No. 5-68 and 5-72. |
| 11:56 | 25 | Is 5-68 Zoe that is allegedly created in 1998, but |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 154 of 156   Page ID #:293951
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

154

| | | |
|---|---|---|
| 11:56 | 1 | notarized in 1999? |
| 11:56 | 2 | And is 5-72 also Zoe, the master drawing? |
| 11:56 | 3 | MS. HURST:  Yeah.  It's the before and after the |
| 11:56 | 4 | transforming. |
| 11:56 | 5 | MS. KELLER:  Yes. |
| 11:57 | 6 | THE COURT:  Is that correct?  I want to make |
| 11:57 | 7 | certain my notes are correct.  I'm gonna ask one more time. |
| 11:57 | 8 | 5-68 should be Zoe allegedly created in 1998 |
| 11:57 | 9 | notarized in 1999.  And 5-72 should be Zoe, once again, |
| 11:57 | 10 | master drawing. |
| 11:57 | 11 | *(Various counsel speak.)* |
| 11:57 | 12 | THE REPORTER:  I can't hear.  Is this on the |
| 11:57 | 13 | record? |
| 11:57 | 14 | THE COURT:  The testimony is it's Zoe, and I'm |
| 11:57 | 15 | speaking to trial counsel now. |
| 11:57 | 16 | MS. KELLER:  Yes.  The answer is, yes, Your Honor. |
| 11:57 | 17 | THE COURT:  Okay.  Thank you. |
| 11:57 | 18 | Okay.  One more question, then. |
| 11:57 | 19 | All right.  Now, let me ask Mr. Price and |
| 11:57 | 20 | Ms. Keller, 'cause you're the ones who are under pressure |
| 11:57 | 21 | right now -- |
| 11:57 | 22 | Ms. Keller, how are you holding up? |
| 11:57 | 23 | MS. KELLER:  Everything is fine but my voice.  My |
| 11:57 | 24 | voice is getting a little weak. |
| 11:57 | 25 | THE COURT:  Okay.  Mr. Price, how are you holding |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 155 of 156   Page ID #:293952
CV 04-9049 DOC – 2/2/2011 – Day 11, Volume 1 of 3

155

| | | |
|---|---|---|
| 11:57 | 1 | up? |
| 11:57 | 2 | MR. PRICE:  Fine, Your Honor. |
| 11:57 | 3 | THE COURT:  Okay.  All right.  Once again, I |
| 11:57 | 4 | promise you, I'll work with Mr. McConville this evening, and |
| 11:58 | 5 | I'll work with Mr. Quinn this evening.  I'll get my trial |
| 11:58 | 6 | counsel out of here, and keep you as well-rested as |
| 11:58 | 7 | possible. |
| 11:58 | 8 | All right.  Then have a nice recess. |
| 11:58 | 9 | MS. KELLER:  Thank you, Your Honor. |
| 11:58 | 10 | *(Recess held at 11:58 a.m.)* |
| 11:58 | 11 | *(Further proceedings reported by Jane Sutton* |
| 11:58 | 12 | *Rule in Volume II.)* |
| 11:58 | 13 | -oOo- |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 9794   Filed 02/04/11   Page 156 of 156   Page ID #:293953
CV 04-9049 DOC - 2/2/2011 - Day 11, Volume 1 of 3

156

| 11:58 | 1 | |
| 11:58 | 2 | -oOo- |
| 11:58 | 3 | |
| 11:58 | 4 | CERTIFICATE |
| 11:58 | 5 | |
| 11:58 | 6 | I hereby certify that pursuant to Section 753, |
| 11:58 | 7 | Title 28, United States Code, the foregoing is a true and |
| 11:58 | 8 | correct transcript of the stenographically reported |
| 11:58 | 9 | proceedings held in the above-entitled matter and that the |
| 11:58 | 10 | transcript page format is in conformance with the |
| 11:58 | 11 | regulations of the Judicial Conference of the United States. |
| 11:58 | 12 | |
| 11:58 | 13 | Date:  February 2, 2011 |
| 11:58 | 14 | |
| 11:58 11:58 | 15 | |
| 11:58 11:58 | 16 | _____ |
| 11:58 | 17 | DEBBIE GALE, U.S. COURT REPORTER CSR NO. 9472, RPR |
| 10:03 | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |