1

```
1

2

3

4                UNITED STATES DISTRICT COURT

5               CENTRAL DISTRICT OF CALIFORNIA

6                      SOUTHERN DIVISION

7                          - - -

8      THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

9
        MATTEL, INC., et al.,
10                    Plaintiffs,
          vs.
11
                                    CV-04-9049-DOC
12      MGA ENTERTAINMENT, INC.,   DAY 11
         et al.,                   Volume 3
13                    Defendants.

14      --------------------------

15

16

17           REPORTER'S TRANSCRIPT OF PROCEEDINGS

18                 Santa Ana, California

19               Tuesday, February 2, 2011

20

21
                       SHARON A. SEFFENS, RPR
22                     United States Courthouse
                       411 West 4th Street, Suite 1-1053
23                     Santa Ana, CA  92701
                       (714) 543-0870
24

25
```

2

```
 1   APPEARANCES OF COUNSEL:

 2   For Plaintiff MATTEL, INC., ET AL.:

 3   JOHN B. QUINN
     MICHAEL T. ZELLER
 4   WILLIAM PRICE
     QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
 5   865 Figueroa Street, 10th Floor
     Los Angeles, CA  90017
 6   (213) 443-3180

 7   For Defendant MGA ENTERTAINMENT, INC., ET AL.:

 8   ORRICK HERRINGTON & SUTCLIFFE LLP
     4 Park Plaza, Suite 1600
 9   Irvine, CA  92614
     (949) 567-6700
10
     ANNETTE HURST
11   ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
12   405 Howard Street
     San Francisco, CA  94105
13   (415) 773-4585

14   KELLER RACKAUCKAS LLP
     JENNIFER L. KELLER
15   18500 Von Karman Avenue, Suite 560
     Irvine, CA
16   (949) 476-8700

17   FOR CARLOS GUSTAVO MACHADO GOMEZ:

18   MARK E. OVERLAND
     100 Wilshire Boulevard, Suite 950
19   Santa Monica, CA  90401
     (310) 459-2830

20

21   SCHEPER KIM AND HARRIS LLP
     601 West Fifth Street, 12th Floor
22   Los Angeles, CA  90071-2025
     (213) 613-4655

23

24

25
```

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1    ALSO PRESENT:

 2    MGA ENTERTAINMENT, INC.
      JEANINE PISONI
 3    16360 Roscoe Boulevard, Suite 105
      Van Nuys, CA  91406
 4

 5    ALSO PRESENT:

 6    ROBERT ECKERT, Mattel CEO

 7    ISAAC LARIAN, MGA CEO

 8    KEN KOTARSKI, Mattel Technical Operator

 9    MIKE STOVALL, MGA Technical Operator

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

INDEX

                                                          PAGE

PLAINTIFFS'
WITNESS:              DIRECT    CROSS   REDIRECT   RECROSS

CARTER BRYANT
    (Continued)                   5(K)

PLAINTIFFS'
EXHIBITS:                      MARKED          RECEIVED

 (None)


DEFENSE
WITNESSES:           DIRECT    CROSS   REDIRECT   RECROSS

 (None)

DEFENSE
EXHIBITS:                      MARKED          RECEIVED

 (None)

1    SANTA ANA, CALIFORNIA; WEDNESDAY, FEBRUARY 2, 2011; 3:30

2    P.M.

3              (Jury present.)

4         CARTER BRYANT, PLAINTIFFS' WITNESS, PREVIOUSLY SWORN

5                     CROSS-EXAMINATION (Continued)

6    BY MS. KELLER:

7    Q    You didn't have a Bratz sculpt in June 2000, right?

8    A    No.

9    Q    And that means there was no Bratz sculpt for Anna Rhee

10   to paint in June of 2000, right?

11   A    That's right.

12   Q    And you couldn't have asked Ms. Rhee to paint you a

13   Bratz sculpt in June 2000 because there was no Bratz

14   sculpted?

15   A    That's right.

16   Q    She did create the face designs later on the Bratz

17   project?

18   A    Yes.

19   Q    And you asked her if she would be interested in working

20   on Bratz in about November of 2000?

21   A    I don't remember the exact date.

22   Q    Would it help you to look at your deposition transcript

23   from 2004?

24   A    Sure.

25   Q    If you could look at November 4, 2004, and that would

1    be page 115.

2    A    Okay.

3    Q    And that was lines 17 through 20.

4    A    Okay.

5    Q    Now, this was after Margaret Leahy had created several

6    sculpts of the doll?

7    A    Yes.

8    Q    And it was well after you finally left Mattel on

9    October 19, 2000, right?

10   A    Yes.

11   Q    So you never spoke with Ms. Rhee about doing work on

12   the Bratz project during the time you were a Mattel

13   employee?

14   A    That's correct.

15   Q    You didn't ask her to do a secret project for you in

16   June of 2000?

17   A    No.

18   Q    Mr. Price asked you if there was a code name for the

19   Bratz.  Do you remember that?

20   A    Yes.

21   Q    And you said no?

22   A    That's correct.

23   Q    Was there any form of code name or encrypted name or

24   anything like that for the Bratz?

25   A    No.

1   Q    Now, you have testified you came up with the idea for

2   the Bratz in August of 1998 and gave each of the four

3   characters a nickname.  We have already gone over those in

4   Exhibit 5-43.

5   A    Yes.

6   Q    Zoe's nickname was Angel?

7   A    Yes.

8   Q    Lupe's nickname was Princess?

9   A    Yes.

10  Q    Hallidae's nickname was Hip-Hop?

11  A    Yes.

12  Q    Jade's nickname was Little Star?

13  A    Yes.

14  Q    So what I would be correct that Angel was no more a

15  code name for Bratz than Princess, Hip-Hop, or Little Star

16  was?

17  A    That's correct.

18  Q    Nevertheless, when Anna Rhee did later paint the faces

19  of those first generation Bratz dolls, she made a real

20  contribution didn't she?

21  A    Yes.

22  Q    She did a great job?

23  A    Yes, she did.

24  Q    You think she has a right to be proud of doing a great

25  job?

1    A     Absolutely.

2    Q     And you think you have a right to be proud of sketching

3    the dolls to begin with, coming up with the concept?

4    A     Yes.

5    Q     Now, Mr. Price wrote down on a piece of paper four

6    things, and he put those on the elmo.  He asked you -- this

7    is the elmo being our friend here.  He asked you about what

8    he said are the four steps that have to be taken in order

9    for a design to become a doll, right?

10   A     Yes.

11   Q     He said those were -- well, I'm going to make this

12   bigger.  He said those were design.  Do you remember that?

13   A     Yes.

14   Q     Vendors sometimes, right?

15   A     Yes.

16   Q     Sculptor?

17   A     Yes.

18   Q     And the fourth one was samplemakers, which means like a

19   seamstress?

20   A     Right.

21   Q     And he asked you whether all those things were in place

22   in September of 2000.  Do you remember that?

23   A     Yes.

24   Q     So let's talk about those.  Now, last week you were

25   asked about Exhibits 1107 through 1110.  If we could see

1   those.

2   A     Yes.

3   Q     You said you thought those resembled the Bratz dolls

4   that were produced, right?

5   A     Yes.

6   Q     Now, you created those drawings in November 2000?

7   A     Yes.

8   Q     This was after you left Mattel for good on October 19,

9   2000, right?

10  A     Yes.

11  Q     So you made the November drawings to create the fashion

12  that would be produced for the dolls, true?

13  A     Yes, that's true.

14  Q     And you did not use the drawings you had shown

15  Mr. Larian on September 1, 2000, for that purpose, right?

16  A     That's right.

17  Q     And the fashions that you created in November, the

18  fashions that would actually be produced for the doll, that

19  was at Paula Garcia's direction?

20            MR. PRICE:  Objection, ambiguous.

21            THE COURT:  Restate, Counsel.

22  BY MS. KELLER:

23  Q     Did Paula Garcia direct you to create these new

24  fashions for the drawings that you produced in

25  November 2000?

1    A    I believe so, yes.

2    Q    And, again, you did not use the drawings you had shown

3    to Mr. Larian on September 1, 2000, for that purpose, to

4    create these fashions, right?

5    A    That's right.

6    Q    There were a lot of differences between the drawings

7    you had shown on September 1 at the pitch meeting and the

8    drawings you came up with in November 2000?

9    A    Yes.

10   Q    In fact, they were completely different?

11   A    Yes.

12   Q    For example, Zoe who eventually became Cloe -- her

13   outfit changed completely, right?

14   A    Yes.

15   Q    Her hair color changed?

16   A    Yes.

17   Q    Her face was changed?

18   A    Yes.

19   Q    Jade's face was completely changed, right?

20   A    Yes.

21   Q    Was Jade's outfit changed?

22   A    Yes.

23   Q    Completely?

24   A    Yes.

25   Q    Was Jade's hair style and face completely changed?

1   A    Yes.

2   Q    And Sasha who was originally called Hallidae, her

3   outfit was completely changed?

4   A    Yes.

5   Q    Sasha's face and hair completely changed, right?

6   A    Yes.

7   Q    Yasmin was originally called Lupe.  Her outfit was

8   completely changed?

9   A    Yes.

10  Q    Yasmen's face and hair were changed?

11  A    Yes.

12  Q    Lupe's face was changed to get a softer look wasn't it?

13  A    I believe so, yes.

14  Q    Do you need to refresh your memory by looking at a

15  transcript?

16  A    No.  That's okay.

17  Q    The softer look, was that achieved by making the

18  eyebrows softer and using softer colors on the face?

19  A    I think so, yes.

20  Q    And the way you make an eyebrow softer is by using a

21  lighter color and less arch in the brow?

22  A    Yes, that could probably do it.

23  Q    Do you know if that was done here?

24  A    I don't remember.  Can I possibly get like a comparison

25  or something?

```
1    Q     Well, I don't have one for you right now, but --

2    A     That's fine.  I am not disagreeing with you.

3    Q     Okay.  So Sasha's eye colors were changed, right?

4    A     I think so, yes.

5    Q     Color on the lips changed?

6    A     Yes.

7    Q     Eyebrows softened?

8    A     Yes.

9    Q     Now, in the original drawings Mr. Larian had seen on

10   September 1, Hallidae's hair was represented as either

11   braided or crimped, right?

12   A     Which drawings are you talking about?

13   Q     The original drawing Mr. Larian saw at the pitch

14   meeting on September 1.

15   A     Can you ask me the question again?

16   Q     Let's look at 302-8.  This was the original drawing

17   that Mr. Larian had seen on September 1 at the pitch

18   meeting?

19   A     Yes.

20   Q     And in that drawing, Hallidae's hair was represented as

21   braided or crimped, right?

22   A     Yes.

23   Q     But in the November drawings, Sasha's or Halliday's

24   hair was straight, right?

25   A     Yes.
```

1   Q    And the shape of Jade's eye was changed?

2   A    That I don't remember.

3   Q    Can you take a look at your deposition transcript,

4   January 24, 2008, page 929?

5   A    What page?

6   Q    929, lines 7 through 14.  Have you had a chance to

7   refresh your memory?

8   A    Yes.

9   Q    So the shape of Jade's eye was changed?

10  A    Yes.

11  Q    The eyebrows were softened?

12  A    Yes.

13  Q    And there were changes made to the makeup colors on

14  Jade's face?

15  A    Yes.

16  Q    Now, did these things all happen in a series of

17  meetings where people would be collaborating and talking

18  about changes that should be made?

19  A    I don't remember.

20  Q    Well, there was a team at work on the dolls, right?

21  A    Yes.

22  Q    And the team consisted of the people that you talked

23  about before?

24  A    Yes.

25  Q    And Mr. Larian was pretty actively involved?

```
1              MR. PRICE:  Objection, ambiguous.

2              THE COURT:  Overruled.  That's just a general

3    statement on his part.  You can answer the question.

4              THE WITNESS:  Yes, he was.

5    BY MS. KELLER:

6    Q    About how often when you were at MGA would he come back

7    to see how the progress on the dolls was coming?

8    A    I don't remember exactly.  Fairly often.

9    Q    Would he make suggestions?

10   A    I believe so, yes.

11   Q    Now, in the drawings that Mr. Larian had seen in

12   September, Jade's hair was up in tight little pin curls?

13   A    Yes.

14   Q    And Jade's hair style was changed from tight little pin

15   curls to a long ponytail hair style, right?

16   A    Yes.

17   Q    And then Zoe who became Cloe -- Zoe's face colors were

18   really changed a lot, right, given a much softer overall

19   appearance?

20   A    Yes.

21   Q    And a much softer eyebrow?

22   A    Yes.

23   Q    It is true that really the only thing you used from the

24   drawings you had shown Mr. Larian back in September was the

25   poses?
```

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

1    A    Yes.

2    Q    Apart from the poses, you don't really remember any

3    similarities between the figures you drew in November after

4    you had left Mattel and the figures in the drawings that you

5    showed Mr. Larian on September 1 when you were pitching the

6    doll idea, right?

7    A    I'm sorry.  Can you reask the question?

8    Q    The main thing you used from the drawings you had shown

9    Mr. Larian was the poses, right?

10   A    Yes.

11   Q    And as the dolls went through that evolution, more and

12   more the pose was about the only thing that you remembered

13   as being a real similarity in the figures, right?

14   A    I would agree with that.

15   Q    Now, to some degree wouldn't you say all dolls have

16   some similarities?  They have arms, legs, head, faces,

17   right?

18   A    Yes.

19   Q    Now let's talk about the Bratz models shown at the Hong

20   Kong Toy Fair.

21        You know the Hong Kong Toy Fair is a really big event

22   in the toy world?

23   A    Yes.

24   Q    And it's every year?

25   A    Yes.

1    Q    The Bratz models shown at the Hong Kong Toy Fair were

2    based on the November drawings you made after you left

3    Mattel, right?

4    A    Yes.

5    Q    And those were similar to the original released Bratz

6    dolls?

7    A    Yes.

8              MS. KELLER:   If I could have just a minute here.

9              THE COURT:   Certainly.

10             (Defense counsel conferring.)

11             MS. KELLER:   We are having a conference here on

12   trying to show you one of the Hong Kong Toy Fair exhibits.

13   BY MS. KELLER:

14   Q    The bottom line is that the Bratz models that were

15   shown at the Hong Kong Toy Fair were based on the November

16   drawings you made after you left Mattel, right?

17   A    Yes.

18   Q    And those ones at the Hong Kong Toy Fair were similar

19   to the original released Bratz dolls, right?

20   A    Yes.

21   Q    Now, the Hong Kong Bratz models were made of hard

22   resin, right?

23   A    Yes.

24   Q    And the released dolls -- the dolls that were actually

25   released dolls that people would go buy in a store were made

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

1    out of plastic, true?

2    A     Yes.

3    Q     If we can show Exhibit 4, and I believe that's in

4    evidence -- it's not.

5         Do you recognize Exhibit 4 that you have just been

6    handed as a depiction of the Bratz models shown at the

7    Hong Kong Toy Fair?

8    A     Are you talking about this?

9    Q     Yes.

10   A     Yes, I do.

11   Q     This is the art that you drew for those dolls, right?

12   A     Yes.

13   Q     And that art was used to create the later first

14   generation dolls, right?

15   A     Yes.

16   Q     So back again to what we were talking about, the

17   Hong Kong Bratz were made of hard resin and the released

18   dolls of plastic?  You agreed with that, right?

19   A     Yes.

20   Q     And the Hong Kong dolls had wigs while the dolls that

21   actually went to market that people could by on the shelves

22   had rooted hair?

23   A     That's right.

24   Q     So you couldn't change their hair?

25   A     That's true.

1    Q    Was that sort of a disappointment to you that the dolls

2    couldn't -- your idea ended up not being able to be used?

3    A    Yes, that was kind of disappointing.

4    Q    Sounded like kinf of a cool thing to you?

5    A    Yes.

6    Q    Ultimately do you remember that that decision was made

7    by the team at MGA that they just couldn't produce these

8    dolls with the changeable hair for various reasons?

9    A    Yes, I do seem to remember that.

10   Q    That wasn't your decision?

11   A    No.

12   Q    The dolls that were shown in Hong Kong had slightly

13   larger heads than the dolls that were actually released,

14   right?

15   A    I think so, yes.

16   Q    Let's see Exhibit 1107.  Do you recognize that as Jade?

17   A    Yes.

18   Q    Exhibit 1107, Jade, this was the art for the Toy Fair,

19   right?

20   A    I believe so, yes.

21          THE COURT:  Is this the actual art that's on the

22   table?

23          MS. KELLER:  Yes, Your Honor.

24   BY MS. KELLER:

25   Q    So in the art for the Hong Kong Toy Fair that you made,

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1    the head was bigger than in the dolls that were ultimately
 2    made and released, right?
 3    A    It does seem a little bit bigger, yes.
 4    Q    Let's look at Exhibit 1108, Hallidae.
 5    A    Okay.
 6    Q    Hallidae eventually became Sasha, right?
 7    A    Yes.
 8    Q    Likewise, her head is bigger than the head that was
 9    ultimately on the doll that was released, right?
10    A    Yes.
11    Q    And these are new fashions that you created after --
12    these are new fashions that you created sometime in November
13    of 2000 that we see on Hallidae here?
14    A    Yes.
15    Q    And the same with Exhibit 1107 that we just saw, Jade?
16    A    Yes.
17    Q    Now let's look at 1109, Zoe.
18         That's also art you created for the Hong Kong Toy Fair?
19    A    Yes.
20    Q    And Zoe also has a bigger head that Cloe ultimately
21    ended up with?
22    A    Yes.
23    Q    And these are new fashions, too?  These are different
24    than the fashions that Mr. Larian saw at the pitch you made
25    to him on September 1?
```

1    A    Yes.

2    Q    These were also created in November 2000?

3    A    Yes.

4    Q    Let's look at Lupe, Exhibit 1110.  It's the same thing

5    here?  Her head is significantly bigger than it was when the

6    doll was released that became Yasmin?

7    A    Yes.

8    Q    These are all new fashions, right?

9    A    Yes.

10   Q    Her hair is different, true?

11   A    Yes.

12   Q    So the original released Bratz dolls were based on

13   these drawings and ones that came after them, not on the

14   original drawings you showed Mr. Larian on September 1,

15   2000, right?

16   A    Yes.

17   Q    And the original released fashions for the Bratz dolls

18   as well were based on things that we see in these drawings

19   in November of 2000, right?

20   A    Yes.

21   Q    So these exhibits we have been looking at, 1107 through

22   1110, the drawings you made in November, were actually what

23   the final dolls that went to market were inspired by, right?

24   A    Yes.

25   Q    Now let's look at be Exhibit 1110 again.

1    A    All right.

2    Q    Except for the pose here, this Lupe who eventually

3    became Yasmin doesn't look like the Lupe that you showed

4    Mr. Larian on September 1, 2000, right?

5    A    It's pretty different.

6    Q    Okay.  Tell us what the differences are.

7    A    Well, the face is different.  The fashion is different.

8    The hair is different.

9    Q    The head is different?

10   A    The head is a little different, yes.

11   Q    So the poses were similar, and that's about it?

12   A    Yes, you could say that.

13   Q    Again, all of these designs that we just saw that were

14   used -- your art that was shown for the Hong Kong Toy Fair,

15   those were all created after you left Mattel on October 19,

16   2000?

17   A    Yes.

18   Q    Now, let's talk about the sculpt again.

19        Is it true before your last day at Mattel Ms. Leahy

20   showed you something very preliminary she had, a clay model?

21   A    Yes.

22   Q    This preliminary clay model was based on what?

23   A    I think it was based on some drawings that I had given

24   her.

25   Q    And those drawings were made in 1998?

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

1    A    Yes.

2    Q    What was your opinion of her clay model?

3    A    I don't remember exactly.  I thought it just needed

4    some refining.

5    Q    If you could take a look at your deposition,

6    November 4, 2004.

7    A    Okay.

8    Q    Page 109, lines 12 through 22.

9    A    Okay.

10   Q    Have you had a chance to read that?

11   A    Yes.

12   Q    What was your real opinion of the quality of that

13   preliminary clay sculpt?

14           MR. PRICE:  Objection.  There is no indication he

15   needs to be refreshed.  He answered the question before.

16           MS. KELLER:  He said I don't remember, Your Honor.

17           THE COURT:  It's a split.  Why don't you ask the

18   question.

19   BY MS. KELLER:

20   Q    Has looking at that transcript refreshed your memory a

21   little bit?

22   A    Yes.

23   Q    What was your opinion of the quality of that very

24   preliminary clay model?

25   A    I think I remember liking it but telling her that we

1    had to start again.

2    Q    Had to start over again?

3    A    Yes.

4    Q    Were you trying to be nice to her?

5    A    Maybe.

6    Q    Trying to be generous?

7    A    Maybe, yes.

8    Q    Trying to make her feel good?

9    A    Sure.

10   Q    But that preliminary sculpt had to be completely

11   redone, right?

12   A    Yes.

13   Q    And after Mercedeh Ward had come on board, she saw the

14   work that Ms. Leahy had done, and what did she say about it?

15   A    I don't remember.

16   Q    If you could take a look at your transcript, page 121,

17   and that's at lines 6 through 9 and maybe 12 through 14 all

18   the way up to 19.  Have you had a chance to read that?

19   A    Through what line?

20   Q    Just read 6 through 20 or 21.

21   A    Okay, yes, I do remember that.

22   Q    So Mercedeh Ward didn't think that the sculpt was going

23   to work either?

24   A    That's right.

25   Q    Why was that?

1    A    I think that she had something about it just being a
2    figurine.
3    Q    Did she say that you would have to start from scratch?
4    A    Yes.
5    Q    Now, what was Mercedeh Ward's expertise that allowed
6    her to make that call?
7    A    I believe she was some sort of an engineer.
8    Q    Had she worked on a lot of dolls in the past?
9    A    I think so, yes.
10   Q    Had she been involved in making sure that the sculpt
11   would be something that could actually be produced by the
12   factory?
13            MR. PRICE:  Objection, lack of foundation.
14            THE COURT:  Sustained.
15   BY MS. KELLER:
16   Q    To your knowledge, was she somebody who had worked
17   before on actually making sure that a sculpt could be turned
18   into a doll at a factory?
19   A    I don't know.
20   Q    Do you remember her saying anything about the structure
21   of the hips?
22   A    No.
23   Q    Take a look at that same transcript, page 121, lines 19
24   through 20.
25   A    Yes.

1   Q    So what was the decision about the hips?

2   A    I think she had said that they weren't going to work.

3   Q    Why?

4   A    Because of the curve in the sculpt.

5   Q    Why was the curve in the sculpt a problem -- in the

6   hips you mean?

7   A    Yes.

8   Q    Why was that a problem?

9   A    I don't remember what she said.

10  Q    Take a look at 121 of that same transcript, lines 20 to

11  21.

12  A    Okay.

13  Q    Now, do you remember her opinion about why the hips

14  weren't going to work?

15  A    I think she said that they wouldn't come out looking

16  right for the doll.

17  Q    Not aesthetically what she wanted?

18  A    Right.

19  Q    Did you want the doll to look older or younger?

20  A    I don't remember.

21  Q    If you could take a look at that same transcript, page

22  121, lines 21 to 22.

23  A    Okay.  I don't really remember that being something

24  that I thought at the time, but I don't disagree with the

25  former testimony.

```
 1   Q     And your former testimony was that all of you wanted to

 2   make the doll younger looking?

 3   A     Yes.

 4   Q     Now, was there also an issue about having to redo the

 5   sculpt to make the body straight?

 6   A     I think so, yes.

 7   Q     Do you remember what else Ms. Leahy had to redo?  Are

 8   you having a little throat problem?

 9   A     Just a little congested.

10   Q     Would you like a cough drop?

11   A     No.  I'm good.  Thank you.

12   Q     Do you remember anything else about the sculpt?

13   A     No.

14   Q     Do you need some water or anything?

15   A     No.  I'm good.

16   Q     Okay.  Take a look at page 122 if you would of that

17   same transcript, lines 4 through 16.

18   A     Okay.

19   Q     Was anything done with the torso when Margaret Leahy

20   redid the sculpt?

21   A     Yes.

22   Q     What did she do?

23   A     She made it a little bit narrower.

24   Q     What about the legs?

25   A     The same.
```

1    Q    What about the arms?

2    A    The same.

3    Q    Did she make the arms a little longer, too?

4    A    Yes.

5    Q    What about the head?  Did she do anything with that?

6    A    Yes.  She had to get a slightly more washed-over look.

7    She sculpted in quite a few features, so we wanted to give

8    it a more washed-over kind of look.

9    Q    What does a washed-over kind of look mean when you are

10   talking about a sculpt?

11   A    I would think that would mean that the features

12   wouldn't be real prominent.

13   Q    So they would be softer?

14   A    Yes.

15   Q    Did she end up completing the sculpt sometime in

16   December of 2000?

17   A    I think so, yes.

18   Q    Now, since you are not a sculptor, were you mostly just

19   giving her ideas like here is the idea?  See what you can

20   come up with?

21   A    Yes.

22   Q    And you hadn't had any experience with sculpting a doll

23   yourself.  We have talked about that?

24   A    That's right.

25   Q    Did she kind of put her own style and stamp on this

1   sculpt?

2           MR. PRICE:  Objection, vague.

3           THE COURT:  Do you understand the question?

4           THE WITNESS:  Yes.

5           THE COURT:  You may answer the question.

6           THE WITNESS:  She did.

7   BY MS. KELLER:

8   Q    Did you expect her to take your drawing and somehow be

9   able to translate it perfectly from a drawing into a doll?

10  A    No.

11  Q    You knew that couldn't be done, right?

12  A    That's right.

13  Q    What was your opinion of Ms. Leahy's artistic abilities

14  at the time?

15  A    I thought she was very talented.

16  Q    In what way?

17  A    She just seemed to be a very good sculptor.  I mean, I

18  think that would be an extremely difficult thing to do.

19  Q    To try to take a one-dimensional drawing and turn it

20  into a 3-D?

21  A    Yes.

22  Q    When you provided her your drawings, you didn't have

23  any back view of the dolls, right?

24  A    I don't think so, no.

25  Q    In other words, you had the front of the dolls and the

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

1    poses of the dolls and the fashions for dolls, but you

2    didn't have a back view, right?

3    A    I don't think so, no.

4    Q    So that was -- she had to be able to visualize all

5    that?

6    A    Yes.

7    Q    How closely did she work with you on doing the sculpt?

8    Did she work with you every step of the way, or did she kind

9    of go off and do her own thing and then report back?

10   A    She would just kind of go off and do her work and

11   review it a couple times later.

12   Q    Now, in addition to you giving Ms. Leahy direction, who

13   else did?

14   A    I don't remember.

15   Q    Would you take a look at your deposition, November 8,

16   2004, page 576?

17   A    What line?

18   Q    That's lines 16 through 19 on page 576 and on page 577

19   lines 2 through 5.

20   A    Okay.

21   Q    So who else gave Ms. Leahy direction?

22   A    Paula and Mercedeh.

23   Q    Paula Garcia and Mercedeh Ward and the people at MGA

24   were all giving input to Margaret Leahy?

25   A    Yes.

1   Q     As well as you?

2   A     Yes.

3   Q     In your original 1998 designs that we have seen, the

4   doll could have kind of knock-kneed stance.  Do you know

5   what I am talking about?

6   A     Yes.

7   Q     Could you slip clothes on and off the doll with the way

8   the hands were originally positioned in your 1998 hand

9   positions?

10  A     Probably not.

11  Q     So those had to be changed, too, because if little

12  girls are going to play with the dolls and put clothes on

13  and off, you had to make the dolls in such a way that they

14  could do that?

15  A     Yes.

16  Q     And the doll couldn't stand up with the knock-kneed

17  design, so that had to be changed?

18  A     That's right.

19  Q     Was that disappointing to you that some of these

20  original design features were having to be eliminated to

21  make a real doll?

22  A     Not really.  I don't really remember that being such a

23  big deal for me.

24  Q     The bottom line is that the sculpt that was used to

25  make the actual dolls eventually was simply not available in

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

1   September 2000 because it hadn't been done yet, right?

2   A    That's right.

3   Q    And Margaret Leahy even after she did her first sculpt

4   had to basically discard it and start all over from scratch?

5   A    Yes, that's right.

6   Q    And the preliminary sculpt that she created was totally

7   different from the sculpt that finally got produced in the

8   U.S. in December 2000, right?

9   A    Yes.

10  Q    You are aware, aren't you, that the sculpt got changed

11  again overseas when the issue came up of whether the factory

12  could actually produce it?

13  A    I don't remember having any knowledge of that.

14  Q    And one thing we know for sure is that that sculpt for

15  the doll was created well after you left Mattel on

16  October 19, 2000?

17  A    Yes.

18  Q    You said that when you -- let's see if we can -- we

19  have our little grid of the four things that you need to

20  make the doll.

21       The design was totally changed, right?

22  A    Yes.

23  Q    Let's talk about the vendors.  You testified yesterday

24  that you didn't know -- I'm sorry.  Let's talk about the

25  fabrics.

1      When you created the new designs in November 2000, you

2  said you changed the fashion designs, right?

3  A    Yes.

4  Q    So it really didn't matter whether these samplemakers

5  were available or not that Mr. Price talked about because

6  there were no fashions for them to sew?

7  A    That's right.

8  Q    I am going to put samplemakers irrelevant.  No

9  fashions.

10     Now let's talk about vendors.  Design, we had no

11  fashions.  We have no sculpt.

12     Can you tell I am a low technical person in a high-tech

13  world?

14  A    Me, too.

15  Q    So the designs, the designs we had -- as of October,

16  you had no design that you could use because you had no

17  sculpt?  You had no fashions, right?

18  A    Right.

19  Q    Now let's talk about vendors.

20     You testified yesterday you didn't know which hair

21  vendors MGA used, right?

22  A    That's right.

23  Q    So you had contacted Universal, an agent for a hair

24  vendor, without MGA knowing about it?

25  A    That's right.

1    Q    You apparently told Universal that the Bratz dolls were

2    going to be manufactured in Hong Kong when in fact they were

3    manufactured in Mainland China?

4    A    That's right.

5    Q    So there was no hair vendor really lined up, right?

6    A    Right.

7    Q    And the hair ultimately used was a different kind of

8    hair than the hair you had originally been interested in?

9              MR. PRICE:  Objection.  He said he didn't know.

10   BY MS. KELLER:

11   Q    The hair ultimately used was a different type, right?

12   A    Yes.

13   Q    That hair that you had originally decided on that you

14   wanted never got used?

15   A    Right.

16   Q    So let's see, vendors, we have got hair.

17             THE COURT:  Ladies and gentlemen, these won't be

18   exhibits.  I have let both counsel draw.  Mr. Price has been

19   drawing.  Ms. Keller is drawing.  You can see what they are

20   drawing, but those are not items in evidence.  They are just

21   making their points by writing them on a nice diagram for

22   you to see.

23   BY MS. KELLER:

24   Q    So the vendor that was ultimately used for the Bratz

25   hair was a different vendor than the one you envisioned?

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

1    A     Yes.

2    Q     So the vendors then weren't lined up in September of

3    2000, not even in October of 2000, right?

4    A     Correct.

5    Q     So we have got no hair.  I am going to cross the hair

6    out.

7          Now, Early Light, do you remember who Early Light was?

8    A     Yes.

9    Q     In the year 2000, you didn't even know who Early Light

10   was, but you know who they are now?

11   A     Yes.

12   Q     You didn't introduce Wah Shing to MGA, right, another

13   manufacturer?

14   A     No.

15   Q     You didn't even know in 2000 who Wah Shing was?

16   A     No.

17   Q     And Alice Doll Factory, you didn't know who that was,

18   right?

19   A     That's right.

20   Q     And the Kondi Company that does the packaging, you

21   didn't know who they were?

22   A     No.

23   Q     Filo who produced some of the hair for Bratz, you

24   didn't know who they were?

25   A     No.

1    Q    Kenecki, another factory that produced hair for MGA,

2    you didn't know who they were?

3              MR. PRICE:  Objection.  These questions assume

4    facts not in evidence.

5              THE COURT:  Well, you two will know -- a couple of

6    the names I have lost historically, but many of these names

7    are going to appear on e-mails aren't they?

8              MS. KELLER:  Yes.

9              THE COURT:  Overruled.

10   BY MS. KELLER:

11   Q    In the year 2000, did you know who Kenecki was another

12   factory?

13   A    No.

14   Q    Did you later learn that was a factory that produced

15   hair for MGA?

16   A    I don't know if I ever did or not.

17   Q    Ever hear in the year 2000 of PP Hair?

18   A    I don't remember.

19   Q    So except for sending away for that one sample which

20   actually didn't get used, you really weren't involved in

21   arranging the hair purchases for the dolls, right?

22   A    That's right.

23   Q    Do you know Mr. Lau at Wu Young?  Do you know who that

24   is?

25   A    No.

1  Q    Did you know who MGA's injection mold toolmaker was for

2  the Bratz dolls in Hong Kong?

3  A    No.

4  Q    And you didn't know of any injection mold toolmakers at

5  all in 2000, right?

6  A    No.

7  Q    Am I right in that?

8  A    Yes, you are right.

9  Q    Obviously before you can make a doll, you have to be

10  able to have all those things lined up, right?

11  A    Yes.

12  Q    And you know that now, don't you?

13  A    Yes.

14  Q    How about Tung Hung (phonetic), the rotocasting

15  toolmaker?  Did you know who that was in the year 2000?

16  A    No.

17  Q    So basically when it comes to vendors other than that

18  one inquiry that you made from the hair company that sent

19  you the free sample that didn't get used, that was pretty

20  much it as far as your lining up all the vendors?

21  A    Well, yes.

22  Q    Let's turn to the name Bratz.  Now, the name Bratz was

23  a name that you had thought of, right?

24  A    Yes.

25  Q    We saw that you had actually had a notary notorize

1    something with the Bratz name on it in 1999, right?

2    A    Yes.

3    Q    Now, in late 2000, you had conversations at MGA about

4    whether you were even going to call the project Bratz at

5    all, true?

6    A    I believe so, yes.

7    Q    What were some of the other names you were considering?

8    A    I can't remember.  It was a big list.

9    Q    Pixie Girls?

10   A    Possibly.

11   Q    Do you want to take a hook at your deposition

12   transcript?

13   A    Sure.

14   Q    It's November 5, 2004, page 397, and maybe you could

15   review 398, too, and save us some time.

16   A    Which page and which line?

17   Q    That would be page 397, lines 19 and 20, and page 398,

18   line 25, through 399, line 8.

19   A    Okay.

20   Q    I may have misspoken about something.  I want to go

21   back.  Was there some use of the Saran hair on the original

22   dolls?

23   A    I don't really remember.

24   Q    Do you know where it came from, what factory?

25   A    No.

1    Q    Do you know which dolls or for how long?

2    A    No.

3    Q    So, again, that was not all lined up in September of

4    2000, right?

5    A    That's right.

6    Q    Or October of 2000?

7    A    That's right.

8    Q    Okay.  Now, does Pixie Girls ring a bell after looking

9    at that transcript?

10   A    Yes.

11   Q    Was that one of the names you were thinking about

12   instead of Bratz?

13   A    Yes.

14   Q    You said there was a whole list besides that.

15   A    Yes, there was a big long list.

16   Q    Who got involved in the debate about what name to use

17   for the Bratz dolls?  Was that kind of an MGA team sort of

18   thing?

19   A    Yes, I had discussions with them about it, too.

20   Q    Who were the people you discussed it with?

21   A    I only remember talking to Paula.

22   Q    Now, I'm going to go back to my little list here, so I

23   can turn this thing off.

24        I think we already covered the fact that the

25   samplemakers weren't really -- that their being lined up was

1    irrelevant because there were no fashions for them to make,

2    right?

3    A    Right.

4    Q    And we already covered the fact that MGA paid the

5    sculptor and that the sculptor had to go through a lot of

6    additional work and make several sculpts to get to the point

7    where you could find one that was usable?

8    A    Right.

9    Q    And there was nothing done in September of 2000, right?

10   A    No.

11   Q    So basically from Mr. Price's whole list as crudely as

12   I have executed it -- from his whole list, design, vendors,

13   sculptors, samplemakers -- none of those things were lined

14   up and in place in September of 2000 to make this doll,

15   right?

16   A    That's right.

17   Q    And we are not even talking about the fact that there

18   were many, many, many other steps as we have discussed that

19   Mr. Price has not gone into like the casting people and the

20   various other steps, the rotocasting, the injection mold,

21   and all those things that would have to be addressed to make

22   the doll?

23   A    That's right.

24   Q    Now, was it true that you were trying to keep your

25   identity as the designer of these dolls quiet because you

1    were afraid Mattel would find out and you would get in

2    trouble with Mattel?

3    A    I don't remember if I thought that or not.

4    Q    Well, you didn't think you had done anything wrong did

5    you?

6    A    No.

7    Q    Is it true, though, that you didn't want to get

8    publicity?

9    A    Yes.

10   Q    Let's look at Exhibit 22482.  Do you recognize this --

11          MS. KELLER:  I think this is already in evidence,

12   Your Honor.

13   BY MS. KELLER:

14   Q    Do you recognize this as an e-mail chain on which you

15   are one of the participants -- I will tell you what, go to

16   the earliest e-mail in the chain.

17   A    Okay.

18   Q    22482-2.  That's an e-mail from you to Paula

19   Treantafelles at MGA?

20   A    Yes.

21   Q    And you recognize this as Paula Garcia's e-mail

22   address?

23   A    Yes.

24   Q    This is dated March 10, 2002, right?

25   A    Yes.

1  Q    And the subject is, "David Dees Bratz Fan Club"?

2  A    Yes.

3  Q    You wrote, "David Dees wrote something to the fan club

4  or something like that and mentioned that I created Bratz.

5  I know that by now everyone knows that I created them, but I

6  do not want my name mentioned to the fan club or anything

7  else.  I just want to be anonymous.  Please tell him to

8  retract his statements or something.  I was furious when I

9  read his letter which he forwarded to me, and unfortunately

10  I have already deleted it.  Thanks.  Carter."

11       So you didn't want MGA publicizing the fact that you

12  had created the Bratz doll idea?

13  A    That's right.

14  Q    And you told MGA that?

15  A    Yes.

16  Q    And when you say in here "I know that by now everyone

17  knows I created them," do you mean in the industry?

18  A    I think that's what I meant, yes.

19  Q    When you were writing this about David Dees and the fan

20  club was that an internet thing?

21  A    I don't remember.  I think so.

22  Q    Do you remember a Yahoo website where Mr. Dees was

23  posting information about Bratz and about you?

24  A    No, I don't remember.

25  Q    Do you have any idea whatsoever what this e-mail

```
 1   relates to?
 2   A    Just something about a Bratz fan club.
 3   Q    Was it just that you wanted your privacy or what, if
 4   you recall?
 5   A    Yes.
 6   Q    Why?
 7   A    I am just a very private person.
 8   Q    When you say "I know that by now everyone knows I
 9   created them -- and this was back on March 10, 2002 -- tell
10   me who you meant by everyone?
11   A    I think I just probably meant generally everybody in
12   the industry.
13   Q    In the fashion doll industry?
14   A    Yes.
15   Q    Was that your belief when you wrote this?  Did you
16   actually think it was true that everybody already knew you
17   were the person who had come up with the concept?
18   A    I think I did, yes.
19   Q    Some of your friends at Mattel certainly knew about it,
20   right?
21   A    Yes.
22   Q    You just didn't want MGA telling the public at large
23   about your identity, right?
24   A    That's right.
25   Q    Now, some of your drawings have the year 1999 written
```

| | |
|---|---|
| 1 | on them.  I think we have discussed that that doesn't mean |
| 2 | that you created the drawings themselves in 1999. |
| 3 | Specifically we are talking about the Alaska Momma drawings, |
| 4 | Exhibits 1327 and 1328.  Can we have 1327?  Those both have |
| 5 | a 1999 date on them? |
| 6 | A     Yes. |
| 7 | Q     And 1327 is a scupltural drawing of a Bratz body |
| 8 | without a head with notations as to where the joints should |
| 9 | go, right? |
| 10 | A     Yes. |
| 11 | Q     Even without the head, is this body nine inches? |
| 12 | A     It appears to be, yes. |
| 13 | Q     So if you put a head on it, it would be 11-and-a-half |
| 14 | to 12 inches? |
| 15 | A     Probably somewhere around there, yes. |
| 16 | Q     And the Bratz that was actually manufactured by MGA was |
| 17 | only nine inches tall in total? |
| 18 | A     I think it was around there, yes. |
| 19 | Q     So what you were doing here is adding measurements on |
| 20 | top of your original drawings to try to get an idea of what |
| 21 | size the character might end up being, right? |
| 22 | A     I think that's what I was trying to do, yes. |
| 23 | Q     You were the person who wrote that 9/19/99 on here? |
| 24 | A     Yes. |
| 25 | Q     And that's the date that you added the measurements on |

1    top of the original drawing?

2    A    I don't remember.

3    Q    If you could take a look at transcript 2474, 6/12/08 --

4    page 2474, lines 10 to 13, and as soon as you have reviewed

5    that transcript 3272, line 25, through 3273, line 13.

6    A    What was the page again?

7    Q    Have you already reviewed 2474?

8    A    Yes.

9    Q    Then the next one is 3272 at the bottom onto the next

10   page, line 13.

11   A    Okay.

12   Q    So this is actually -- this date, 9/19/99, is just a

13   date you added onto the drawings to show the date that you

14   added the measurements on top of the original drawings,

15   right?

16   A    I really don't have a recollection of that right now,

17   but I don't disagree with what I had said before.

18   Q    Your previous testimony was that is a date you added

19   the measurements on top of the original drawing?

20   A    Yes.

21   Q    Not the date you did the original drawing?

22   A    True.

23   Q    And certainly not the date that you sent these drawings

24   to MGA?

25   A    True.

1    Q    And the original drawing here was made in 1998, right?

2    A    Yes.

3    Q    Now, let's look at Exhibit 1328.  This is a drawing

4    that shows the dimensions of Lupe's and Zoe's heads?

5    A    Yes.

6    Q    Exhibit 1328 has a date of 9/1/99 written in your

7    handwriting, true?

8    A    I'm seeing a date of 9/19.

9    Q    I'm sorry.  You're right.  So the same as the other

10   one.  That actually makes more sense.  That's your

11   handwriting?

12   A    Yes.

13   Q    Now, the same as with Exhibit 1327, you did these

14   drawings in 1998?

15   A    Yes.

16   Q    And you placed 9/19/99 on it because that's when you

17   added the measurements to the drawings?

18   A    Yes.

19   Q    And you were getting the whole package ready to send

20   off to Alaska Momma?

21   A    Yes.

22   Q    Now, your major concern with Alaska Momma is you wanted

23   to show that you had those drawings already produced before

24   you sent them off to Alaska Momma so that nobody could steal

25   your work?

1    A     Yes.

2              MS. KELLER:  Your Honor, would this be a good time

3    to break?  I am going to get into a new topic.

4              THE COURT:  I will send you home then.

5              You are admonished not to discuss this matter

6    amongst yourselves nor form or express any opinions

7    concerning the case.

8              We will see you at 8:30.  Drive safely.

9              (Jury not present.)

10             (Recess.)

11             THE COURT:  We are on record, and it concerns the

12   issue of redirect examination by Carter Bryant, the issue of

13   the impression that was allegedly created that Carter Bryant

14   was nervous because of the pressure applied by Mattel.  So

15   let me hear what Mattel wishes to introduce tomorrow for the

16   record.

17             MR. PRICE:  Your Honor, what we would like to

18   introduce is first off a copy of Exhibit 21776 with

19   everything after "E" in the last page redacted.

20             THE COURT:  Now, on the last occasion in an

21   informal discussion, Mattel had taken the position that only

22   the third and fourth paragraph beginning with "As you know,

23   on July 17, 2008, the jury case, entitled 'Mattel versus

24   MGA'" -- and the next paragraph, "Further, on August 26,

25   2008, the same jury rendered in a second verdict" -- and I

1    have got pencil marks on the copy given to me.

2         The Court was deeply concerned about the last two

3    paragraphs because the prejudicial effect would far outweigh

4    any probative value, and the reason for that is the jury

5    would know that a verdict was reached, and they would even

6    know the amount of the verdict, which would cause the

7    preclusion of this.

8         Is there a change of position?

9         MR. PRICE:  Yes.  Having heard the Court's

10   concerns and not wanting to get into a trial within a trial,

11   we are suggesting that everything after "As you may know" --

12   including "As you may know" until the "Sincerely" be

13   redacted.  The point we want to make based upon Mr. Bryant's

14   testimony on direct is that he is aware of his obligations

15   to indemnify.  On direct examination, he said basically I

16   didn't really pay attention to it.  I don't know.  We

17   basically want to impeach that by saying, well, you have

18   been reminded of that specific obligation since the time of

19   executing your contract.

20        THE COURT:  All right, on behalf of MGA.

21        MS. KELLER:  Your Honor, we have a number of

22   problems with this, not just the prejudicial effect but the

23   basic premise.  Mr. Bryant has said that this case has

24   caused him a huge amount of stress.  Everybody knows Mattel

25   sued him.  Mattel initiated the lawsuit against him.  That

1   has already come into evidence, and the settlement agreement

2   with him has been gone into.

3        What he said was that over the last ten years he

4   has lost his money, his livelihood, his ability to work.  He

5   has lost a lot.  He has become very depressed and upset.

6   There is nothing in this letter that rebuts any of that.

7   This letter only reinforces the examination that Mr. Price

8   already did that went over his contract in great detail, and

9   it's clear that he either doesn't understand or doesn't pay

10  any attention to maybe because of his depression -- who

11  knows -- these indemnity provisions.  It's also clear that

12  he knows given the fact that he now has very little net

13  worth that there is no way that he could ever indemnify MGA.

14       THE COURT:  It's generated from Pisoni who is the

15  counsel to MGA.

16       MS. KELLER:  I know, and it was generated on

17  September 16, 2008, so the timing of it is such that it

18  might lead the jury to believe that MGA was trying to

19  intimidate him as a witness.  The fact of the matter is this

20  was after there had been a judgment rendered and before it

21  had been reversed so before he was available be to a witness

22  again.

23       I am also concerned about the misleading

24  implication that will be left with the jury that this letter

25  was sent to him to intimidate him, and that's not the case.

1    I think this is very obviously the type of -- you know,

2    whether it was wise or not the type of sort of CYA letter

3    that a general counsel might send, but it certainly wasn't

4    intended to intimidate him as a witness.  That's actually

5    the implication of this.

6            Your Honor, I don't think it rebuts anything that

7    we have produced.  I think that it has the potential for

8    tremendous mischief.  If he is asked if he has seen this

9    letter, which he was already asked by Mr. Price once before

10   the letter was published to the jury -- he said, no, he had

11   not seen it.

12           I can represent to the Court that his counsel, who

13   was his counsel at the time, told me that he had not seen it

14   and asked for a copy of it because he didn't even know what

15   it was about.  What is the purpose of introducing this

16   letter in any form, including a redacted form, would serve?

17   It doesn't rebut anything that we have presented.  Mr. Price

18   has already examined the witness at length about the same

19   indemnity provision that's contained in this letter, and the

20   date of it I think has the potential to really mislead the

21   jury into thinking that a trial was pending at the time.

22           THE COURT:  Does it rebut the attempt on MGA's

23   part to create the impression that MGA in a sense sits in

24   the good guy chair or good girl chair and that this

25   nervousness and concern is simply induced by Mattel?

1        MS. KELLER:  No, I don't think it does because

2   they sued him.  The jurors know that he was sued by Mattel,

3   that the entire road that he has gone down over the last ten

4   years was due to being sued by Mattel and everything that

5   has ensued.  MGA didn't sue him.  This doesn't level the

6   playing field there, Your Honor, and I know that is what the

7   Court is interested in doing, is leveling the playing field.

8   What this does I think is creates a whole series of

9   misapprehensions.  It does not rebut any of that, and it

10  doesn't rebut the idea that this guy is under horrible

11  stress.  He is depressed.  He has been under treatment for

12  depression.  That was all highly relevant to show that --

13  when he says he doesn't remember or appears not to care,

14  which is really the truth -- he appears not to care one way

15  or the other what the heck happens.  It doesn't rebut any of

16  that.

17        THE COURT:  Let me ask Mattel why isn't this

18  letter harmful to Mattel and prejudicial in fact to Mattel

19  because it may induce the jury to decrease the verdict out

20  of concern that MGA will seek indemnification from

21  Mr. Bryant?

22        MR. PRICE:  The contract already provides for

23  that, so I am not as worried about that.  What I am worried

24  about is that the jury has heard as Ms. Keller said that

25  Mattel sued him, that Mattel got a settlement for

1  $2 million, that that's hanging over his head, and that's

2  causing his stress, and that's causing him to basically be a

3  mess.  We need to level that playing field because the

4  prospect of having to pay a huge verdict is a lot scarier

5  than a $2 million settlement, which --

6          THE COURT:  Which goes to his bias and his

7  credibility.

8          MR. PRICE:  Yes.

9          THE COURT:  All right, let me see the first

10  question you proposed for just a moment.

11          MR. PRICE:  I think I left that with you, but I

12  have got a sloppier version here.

13          THE COURT:  Just a moment.

14          (Pause in proceedings.)

15          THE COURT:  I believe that goes to the issue of

16  his credibility and bias, but I am not going to open the

17  door in terms of any insinuation about what verdict was

18  reached and what the amount of the verdict was and who

19  prevailed, so, therefore, I am somewhat concerned about this

20  letter.  With the redactions, it seems much more appropriate

21  than what was initially represented to the Court in terms of

22  Mattel's willingness to redact.

23          I could excise that, but I think then your

24  complaint would be if I excise the date that you will find

25  that to be prejudicial.  So right now I will say to you not

1    that it would be satisfactory but it would be less a concern

2    if the date was redacted.

3         MS. KELLER:  Well, the problem is I think it has

4    the effect on the jury -- I guess the Court is right --

5    whenever it is of looking like witness intimidation, and

6    that's not what it was, because as the Court knows, this was

7    sent when the -- it was on appeal.

8         THE COURT:  I think the Court will let the jury

9    decide that.  So the question becomes this.  I'm not certain

10   that it's even necessary that this letter come in depending

11   upon what question is asked preliminarily.  In other words,

12   the letter may be completely irrelevant if Mr. Bryant

13   responds, so I think that the proper question is your first

14   question:  "Your contract with MGA says in effect that you

15   are required to reimburse MGA for all damages they must pay

16   if it is determined that you didn't own the rights to Bratz,

17   correct?"

18        Now, you have already delved into that on one

19   occasion.  I'm not going to let you go back into that

20   because I was somewhat dissatisfied with the first hour and

21   a half minimally of Mr. Bryant's inability or unwillingness

22   or whatever to respond quite frankly to any questions that

23   Mattel asked.  After the recess, I noticed a marked change

24   for whatever reason.

25        The second question I think that's appropriate

1    that you propose is:  "MGA has continued to assert that it

2    has the right to reimbursement, correct?"  I think he can be

3    shown this letter if he answers no or his recollection can

4    be refreshed with this letter, and if his answer is still

5    no, I suggest at that point we have our first sidebar.  I

6    want to be very cautious with this, but I think it's

7    relevant.  Quite frankly, I would have allowed it without

8    hesitation but for the belief on this Court's part that the

9    jury might understand who prevailed in the first action and

10   the amount.

11           I think that also goes to credibility.  I think in

12   a sense even though MGA protests that Mr. Bryant has been

13   taken down the road of looking like Mattel is the primary,

14   if not the only, entity asserting pressure on him when in

15   fact that's not true.

16           Anything else you would like to put on the record

17   this evening?

18           MR. PRICE:  No, Your Honor.

19           MR. MCCONVILLE:  We just need some guidance with

20   some additional witnesses.  It doesn't have to be on the

21   record.  There were some issues that we needed resolved that

22   we listed for you.  I don't know that that needs to be on

23   the record.

24           THE COURT:  I don't think there is any other issue

25   except the briefing that was submitted to the Court about

1    whether the door has been opened.

2         MR. QUINN:  That's not something I think that

3    needs to be resolved for this witness.  This witness is not

4    on any of those e-mails.

5         THE COURT:  All right.  So as far as this witness

6    is concerned, are there any other concerns or surprises

7    before redirect starts because Ms. Keller has a hour or so

8    or a couple hours?

9         MS. KELLER:  I think I have less than an hour.

10        THE COURT:  Whatever.  At some point.  That's a

11   nice courtesy to just know for each side when you are going

12   to be called upon to enter into redirect or recross.

13        Any other surprises for the Court?

14        MS. KELLER:  No, Your Honor.

15        MR. MCCONVILLE:  If we told you, then it wouldn't

16   be a surprise.

17        THE COURT:  That's true.

18        Mr. Price?

19        MR. PRICE:  No surprises.

20        THE COURT:  Now, let me get my two lead counsel

21   out of here immediately so you can get some sleep tonight.

22        **(Whereupon, the proceedings were concluded.)**

23                  *   *   *

24

25

55

1

2

3

4

5

6

7

8                              CERTIFICATE

9

10          I hereby certify that pursuant to Section 753,

11   Title 28, United States Code, the foregoing is a true and

12   correct transcript of the stenographically reported

13   proceedings held in the above-entitled matter and that the

14   transcript page format is in conformance with the

15   regulations of the Judicial Conference of the United States.

16

17   Date:  February 3, 2011

18

19

20                        Sharon A. Seffens 2/3/11
                          _____
21                        SHARON A. SEFFENS, U.S. COURT REPORTER

22

23

24

25