**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TX** | **Bates (Beg)** | **Bates (End)** | **Description** | **The Bratz Concept[1]** | **The Bratz Concept[2]** | **The "Bratz" Name[3]** | **Bratz Sculpt, TX 1136A** | **Bratz Sculpt, TX 1141** | **Bratz Hero Shot, TX 302B-001** | **Bratz Drawings[4]** |
| TX 08044 | MGA2 0703399 | MGA2 0703401 | Photographs of Bratz Toy Displays | X | X | X | | | X | X |
| TX 21128 | MGA 1538396 | MGA 153898 | Bratz Marketing Initiatives Fall 2006 | X | X | X | | | | X |
| TX00911 | MGA 0050733 | MGA 0050736 | Photo of Toy Fair showroom | X | X | X | | | X | X |
| TX08045 | MGA2 0703558 | MGA2 0703575 | Toys R Us Business Review June 14, 2006 | X | X | X | | | | X |
| TX08046 | MGA2 0703541 | MGA2 0703557 | Bratz Rock Angelz | X | X | X | | | | X |

[1] A multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, small, almost non-existent noses, and small bodies.  The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot.

[2] A multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, including designs for large, oversized heads and feet, large eyes, large lips, small, almost non-existent noses, and small bodies.  The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot.

[3] The name "Bratz" used in connection with a line of fashion dolls and related accessories and products.

[4] Trial Exhibit Nos. 5-52, 62-1, 624, 5-74, 62-11, 10537, 15180, 5-75, 62-12, 10538, 15181, 5-111, 708, 5-112, 62-13, 5-113, 5-114, 62-15, 1152-1, 1152-2, 10613, 1328, 10033-3, 10033-4, 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153- 4, 5-35, 757, 5-36, 701, 702, 5-37, 703, 5-38, 762, 5-39, 523, 752, 5-40, 753, 754, 13583, 751-2, 751-3, 5-41, 755, 5-42, 756, 5-43, 709, 5-46, 710, 5-49, 704, 5-50, 705, 5-53, 1152-5, 1152-6, 10534, 15175, 5-54, 62-2, 620, 774, 775, 5-55, 62-3, 785, 1152-9, 5-56, 764, 15176, 5-57, 776, 777, 5-58, 765, 15177, 5-59, 739, 740, 5-60, 761, 5-61, 62-4, 782, 796-1, 1748, 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1, 5-63, 758, 759, 760, 5-64, 62-6, 795, 1152-14, 1750, 5-65, 1152-7, 1152-8, 11789, 5-66, 794, 1152-13, 5-67, 62-7, 784, 1152-11, 1152-12, 10535, 5-68, 62-8, 781, 786, 790, 1751-4, 5-69, 11788, 5-70, 62-9, 623, 783, 5-72, 1152-15, 1152-16, 10536, 15179, 5-73, 741, 742, 5-76, 706, 5-77, 707, 5-78, 10539, 18501, 5-136, 711, 10579, 18281, 15172, 3-1, 779, 780, 1-1, 2-1, 778, 3-2, 726, 727, 728, 1-4, 2-5, 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544, 3-5, 791, 1-8, 2-2, 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547, 3-8, 789, 1-11, 2-9, 734, 5-106, 10546, 3-9, 788, 1-10, 2-6, 746, 5-103, 10543, 3-10, 735, 736, 3-12, 792, 1-3, 2-7, 5-102, 10542, 3-13, 793, 1-5, 2-3, 10-3, 5-79, 1-9, 2-4, 737, 10545, 5-105, 1-2, 3-11, 5-26, 712, 5-27, 713, 5-81, 720, 5-82, 715, 5-83, 723, 3-4, 5-84, 716, 717, 3-7, 5-85, 718, 719, 10-2, 63-1, 5-80, 721, 722, 5-86, 5-87, 5-108, 724, 725, 5-34, 5-89, 35-2, 323-32, 323-33, 1107, 10638, 1108, 10639, 1109, 771, 1110, 773, 5-14, 10515, 5-18, 10518, 5-19, 10519, 5-28, 10526, 5-30, 5-95, 5-96, 5-99, 302, 323-4, 323-5, 323-6, 323-7, 323-8, 323-9, 323-10, 323-11, 323-12, 323-13, 323-14, 323-15, 323-16, 323-17, 323-18, 323-19, 323-20, 323-21, 323-22, 323-23, 323-24, 323-25, 323-26, 323-27, 323-28, 323-29, 323-30, 323-31, 323-32, 323-33, 323-34, 323-35.

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| TX08047 | MGA2 0703576 | MGA2 0703612 | Bratz and MGA Presentation Overview | X | X | X | | | | X |
| TX09882 | TX09882-0001 | TX09882-0001 | Bratz Diaryland Webpage | X | X | X | | | | X |
| TX17045 | MGA 0861103 | MGA 0861103 | Bratz NY Showroom Marketing Materials | X | X | X | | | X | X |
| TX17049 | MGA 0861107 | MGA 0861107 | Bratz Marketing Materials | X | X | X | | | X | X |
| TX17057 | MGA 0861115 | MGA 0861115 | Bratz Marketing Materials | X | X | X | | | X | X |
| TX17454 | MGA-TI-000255 | MGA-TI-000255 | Bratz On Ice Holiday Countdown Poster | X | X | X | | | | X |
| TX18034 | TX18034-0001 | TX18034-0001 | Bratz Starrin & Stylin Video | X | X | X | | | | X |
| TX18035 | TX18035-0001 | TX18035-0001 | Bratz the Movie Video | X | X | X | | | | X |
| TX18038 | TX18038-0001 | TX18038-0001 | Bratz Kidz Fairy Tale Video | X | X | X | | | | X |
| TX18039 | TX18039-0001 | TX18039-0001 | Bratz Sleep Over Adventure | X | X | X | | | | X |
| TX18928 | TX18928-0001 | TX18928-0001 | Bratz Webpages: Homepage Screenshot | X | X | X | | | | X |
| TX20564 | MGA 1526041 | MGA 1526044 | MGA Product Catalog | X | X | X | | | X | X |
| TX21125 | MGA 1526041 | MGA 1526044 | Email with attached Bratz Marketing material | X | X | X | | | | X |
| TX21131 | MGA 1616307 | MGA 1616343 | TRU/MGA Roadmap to Profit Meeting II 3-30-2007 | | | X | | | | |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| TX21132 | MGA 1616308 | MGA 1616343 | TRU/MGA Roadmap to Profit Meeting II 3-30-2007 | | | X | | | | |
| TX21233 | MGA 3770338 | MGA 3770433 | MGA Presentation for Toys R Us, October 3, 2001 (Isaac Larian's Copy) | X | X | X | | | X | X |
| TX21242 | | | Bratz the Movie Poster | X | X | X | X | X | | X |
| TX22448 | MGA2 3869463 | MGA2 3869487 | MGA Presentation to OfficeMax, December 1, 2004 | X | X | X | | | | X |
| TX27307 | Native File | Native File | Collection of MGA Video Commercials for Bratz Products | X | X | X | X | X | | X |
| | M 1783560 | M 1783560 | Lil Bratz Transformin Rooms Commercial | X | X | X | X | X | | X |
| | M 1783561 | M 1783561 | Lil Bratz Fashion Mall Commercial | X | X | X | X | X | | X |
| | M 1844049 | M 1844049 | Bratz Video Commercial - Fashion Makeover | X | X | X | X | X | | X |
| | M 1844050 | M 1844050 | Bratz Video Commercial - Pirates | X | X | X | X | X | X | X |
| | M 1953464 | M 1953464 | Adventure Girlz Commercial | X | X | X | X | X | | X |
| | M 1953465 | M 1953465 | Bratz Fashion Pixiez Commercial | X | X | X | X | X | | X |
| | M 1953468 | M 1953468 | Bratz Pampered Pupz Commercial | X | X | X | X | X | | X |
| | M 1954645 | M 1954645 | Adventure Girlz Commercial | X | X | X | X | X | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| MGA Uses | | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | M 1954648 | M 1954648 | Bratz Fashion Pixiez Commercial | X | X | X | X | X | | X |
| | M 1954657 | M 1954657 | Bratz Pampered Pupz Commercial | X | X | X | X | X | | X |
| | M 1979962 | M 1979962 | Bratz Motorcycle Style Commercial | X | X | X | X | X | | X |
| | M 1979963 | M 1979963 | Bratz Fashion Mall Commercial | X | X | X | X | X | | X |
| | M 1979964 | M 1979964 | Lil Bratz Transformin Rooms Commercial | X | X | X | X | X | | X |
| | M 1991387 | M 1991387 | Bratz Campfire Commercial | X | X | X | X | X | | X |
| | M 2005650 | M 2005650 | Bratz Commercial (Spanish) | X | X | X | X | X | | X |
| | MACH000 0018 | MACH000 0022 | MGA Webpage Screenshot | X | X | X | | | | X |
| | MGA 0013301 | MGA 0013301 | Photo of Lil Bratz model cars and packaging | X | X | X | | | | X |
| | MGA 0013302 | MGA 0013302 | Photo of Lil Bratz display cases and packaging | X | X | X | | | X | X |
| | MGA 0013303 | MGA 0013303 | Photo of Lil Bratz showroom display | X | X | X | | | | X |
| | MGA 0021991 | MGA 0021991 | Bratz Webpage Screenshot | X | X | X | | | X | X |
| | MGA 0021992 | MGA 0021992 | Bratz Webpage Screenshot | X | X | X | | | X | X |
| | MGA 0021993 | MGA 0021993 | Bratz Webpage Screenshot | X | X | X | | | X | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 0021994 | MGA 0021994 | Bratz Webpage Screenshot | X | X | X | | | X | X |
| | MGA 0021995 | MGA 0021995 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 0021996 | MGA 0021996 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 0027239 | MGA 0027273 | Bratz Presentation | X | X | X | | | | X |
| | MGA 0039779 | MGA 0039779 | Nickelodeon Bratz Competition Spot Screenshots | X | X | X | | | | X |
| | MGA 0047152 | MGA 0047152 | Bratz 2001 Fall Media Plan | X | X | X | | | | X |
| | MGA 0048435 | MGA 0048435 | MGA Showroom design featuring Bratz doll images and mascot icons | X | X | X | | | | X |
| | MGA 0050736 | MGA 0050736 | Photo of Bratz Toy Display | X | X | X | | | | X |
| | MGA 0050740 | MGA 0050740 | Photo of Mrs Fields and Bratz Display | X | X | X | X | X | | X |
| | MGA 0069592 | MGA 0069592 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 0087808 | MGA 0087808 | Photo of featuring Bratz doll images on keyboard | X | X | X | | | | X |
| | MGA 0087810 | MGA 0087810 | Photo of featuring Bratz doll images on keyboard | X | X | X | | | | X |
| | MGA 0087811 | MGA 0087811 | Close up view of photo featuring Bratz doll image | X | X | X | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 0098749 | MGA 0098749 | Photo of Bratz Toy Display | X | X | X | | | | X |
| | MGA 0098751 | MGA 0098751 | Photo of Bratz Toy Display | X | X | X | | | | X |
| | MGA 0098752 | MGA 0098752 | Photo of Bratz Toy Display | X | X | X | | | | X |
| | MGA 0098753 | MGA 0098753 | Photo of Bratz Toy Display | X | X | | | | | X |
| | MGA 0098754 | MGA 0098754 | Photo of Bratz Toy Display | X | X | | | | | X |
| | MGA 0208923 | MGA 0208970 | MGA Presentation on Bratz Products | X | X | X | | | X | X |
| | MGA 0208984 | MGA 0209058 | Bratz Product Line Presentation | X | X | X | | | | X |
| | MGA 0215486 | MGA 0215522 | MGA Presentation to Wal-Mart re: Bratz, December 20, 2004 | X | X | X | | | | X |
| | MGA 0215525 | MGA 0215528 | MGA Presentation to Wal-Mart | | | X | | | | X |
| | MGA 0218575 | MGA 0218605 | MGA Presentation to Wal-Mart | X | X | X | X | X | | X |
| | MGA 0218907 | MGA 0218931 | MGA Presentation to OfficeMax re: Bratz | X | X | X | | | X | X |
| | MGA 0235597 | MGA 0235608 | MGA 2006 Toys R Us Business Review | | | X | | | | X |
| | MGA 0236722 | MGA 0236731 | Bratz Presentation | X | X | X | | | | X |
| | MGA 0253440 | MGA 0253449 | NYTF Meeting with Target | | | X | | | X | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 0253655 | MGA 0253682 | Kmart Fall 2006 Business Plan | X | X | X | | | | X |
| | MGA 0814658 | MGA 0814664 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 0816051 | MGA 0816051 | Drawing of Bratz Doll with slogan Xpress yourself | X | X | X | | | | X |
| | MGA 0816308 | MGA 0816313 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 0816443 | MGA 0816456 | Bratz Webpage Screenshot | X | X | X | | | X | X |
| | MGA 0821783 | MGA 0821783 | Bratz Presentation re: Top Toy Display and Photo of Toy Display | X | X | X | | | | X |
| | MGA 0821844 | MGA 0821844 | Photo of Bratz Toys R Us Toy Display | X | X | X | | | | X |
| | MGA 0821845 | MGA 0821845 | Photo of Bratz Toys R Us Toy Display | X | X | X | | | | X |
| | MGA 0829485 | MGA 0829515 | Lil Bratz Spring 07 Product Style Guide | X | X | X | | | | X |
| | MGA 0829565 | MGA 0829583 | Lil Bratz Spring 07 Product Style Guide | X | X | X | | | | X |
| | MGA 0831622 | MGA 0831660 | Bratz Retro Funk Fall 2004 | X | X | X | | | | X |
| | MGA 0831661 | MGA 0831772 | Bratz Slumber Party Presentation | X | X | X | | | | X |
| | MGA 0831773 | MGA 0831810 | Bratz Packaging Style Guide Spring 2005 | X | X | X | | | | X |
| | MGA 0831893 | MGA 0831930 | Bratz Style Guide | X | X | X | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 0832038 | MGA 0832055 | Lil Bratz Fall 2006 Packaging Style Guide | X | X | X | | | | X |
| | MGA 0832099 | MGA 0832125 | Lil Bratz Style Guide Fall 2006 | X | X | X | | | | X |
| | MGA 0832152 | MGA 0832181 | Lil Bratz Go To The Zoo Spring 07 Product Style Guide | X | X | X | | | | X |
| | MGA 0832182 | MGA 0832230 | Lil Bratz Garden Glam Spring 2006 Style Guide | X | X | X | | | | X |
| | MGA 0832240 | MGA 0832287 | Bratz Health & Beauty 2006-2007 Style Guide | X | X | X | | | | X |
| | MGA 0832288 | MGA 0832313 | Bratz Packaging Style Guide Fall 2006 | X | X | X | | | | X |
| | MGA 0832340 | MGA 0832365 | Bratz Genie Magic Spring 2006 | X | X | X | | | | X |
| | MGA 0832366 | MGA 0832392 | Bratz forever Diamondz Packaging Style Guide fall 2006 | X | X | X | | | | X |
| | MGA 0832393 | MGA 0832418 | Bratz Packaging Style Guide Spring 2006 | X | X | X | | | | X |
| | MGA 0832419 | MGA 0832444 | Bratz Sweetz Packaging Style Guide Summer 2006 | X | X | X | | | | X |
| | MGA 0832445 | MGA 0832497 | Bratz Style Guide Presentation | X | X | X | | | | X |
| | MGA 0832498 | MGA 0832534 | Bratz On Ice Presentation | X | X | X | | | | X |
| | MGA 0832535 | MGA 0832569 | Bratz Genie Magic Spring 2006 | X | X | X | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 0832570 | MGA 0832589 | Bratz forever Diamondz Packaging Style Guide fall 2006 | X | X | X | | | | X |
| | MGA 0832590 | MGA 0832646 | Bratz Style Guide Spring 2006 | X | X | X | | | | X |
| | MGA 0832647 | MGA 0832686 | Bratz Sweetz Packaging Style Guide Summer 2006 | X | X | X | | | | X |
| | MGA 0832842 | MGA 0832877 | Bratz Fairieez Style Guide Spring 2007 | X | X | X | | | | X |
| | MGA 0832878 | MGA 0832901 | Bratz Fashion Pixiez Packaging Style Guide Spring 2007 | X | X | X | | | | X |
| | MGA 0832940 | MGA 0832960 | Bratz Packaging Style Guide Spring 2007 | X | X | X | | | | X |
| | MGA 0833035 | MGA 0833081 | Bratz Adventure Girlz Style Guide Spring 2007 | X | X | X | | | | X |
| | MGA 0833082 | MGA 0833107 | Bratz Adventure Girlz Style Guide Spring 2007 | X | X | X | | | | X |
| | MGA 0833108 | MGA 0833127 | Bratz Sweet Heart Style Guide Spring 2007 | X | X | X | | | | X |
| | MGA 0833128 | MGA 0833143 | Bratz Packaging Style Guide Valentine 2007 | X | X | X | | | | X |
| | MGA 0833692 | MGA 0833731 | Bratz Style Guide Usage | X | X | X | | | | X |
| | MGA 0834587 | MGA 0834730 | Bratz A Stylin Guide to the Bratz Pack | X | X | X | | | | X |
| | MGA 0835649 | MGA 0835649 | Bratz Advertisement | X | X | X | X | X | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 0837948 | MGA 0837985 | Bratz Press Clippings from 2001 | X | X | X | X | X | | X |
| | MGA 0843462 | MGA 0843500 | Bratz Passion 4 Fashion Presentation | X | X | X | | | | X |
| | MGA 0847673 | MGA 0847683 | Bratz Rock Angelz Style Guide | X | X | X | | | | X |
| | MGA 0867062 | MGA 0867094 | Bratz McDonald's Happy Meal Program | X | X | X | | | | X |
| | MGA 0884640 | MGA 0884653 | Bratz Webpage Screenshot | X | X | X | | | X | X |
| | MGA 0885709 | MGA 0885722 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1002806 | MGA 1002806 | Bratz Tokyo a Go Go Advertisement | X | X | X | | | | X |
| | MGA 1016657 | MGA 1016657 | Bratz Sweet Heart Collection Target Ad | X | X | X | | | | X |
| | MGA 1025342 | MGA 1025345 | Bratz Brand Plan for Chile, February 27, 2004 | | | X | | | X | X |
| | MGA 1026358 | MGA 1026363 | Bratz Rock Angelz Presentation | X | X | X | | | X | X |
| | MGA 1027046 | MGA 1027052 | Bratz Disney Channel Presentation | X | X | X | | | | X |
| | MGA 1027495 | MGA 1027532 | Bratz Presentation | X | X | X | | | | X |
| | MGA 1038819 | MGA 1038823 | Bratz and Nickelodeon Room Makeover Sweepstakes Presentation | | | X | | | | X |
| | MGA 1040019 | MGA 1040019 | Bratz Wild Wild West "Fashion Show" Storyboard | X | X | X | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The ''Bratz'' Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 1040388 | MGA 1040399 | Bratz Sleepover Presentation | X | X | X | | | | X |
| | MGA 1043486 | MGA 1043494 | Bratz Forever Diamondz Presentation | X | X | X | | | | X |
| | MGA 1060131 | MGA 1060131 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1060133 | MGA 1060133 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1060134 | MGA 1060134 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1101627 | MGA 1101627 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1101634 | MGA 1101634 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1101638 | MGA 1101638 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1102098 | MGA 1102098 | Bratz Invitation to Website | X | X | X | | | | X |
| | MGA 1501648 | MGA 1501648 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 1518299 | MGA 1518299 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1522749 | MGA 1522749 | Bratz Sportz Floor Display | X | X | X | | | | X |
| | MGA 1556321 | MGA 1556321 | Advertisement for Bratz Fashion Pixie DVD | X | X | X | | | X | X |
| | MGA 1625844 | MGA 1625881 | Bratz Presentation | X | X | X | | | X | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **MGA Uses** | | | | **Mattel Trade Secrets** | | | |
| | MGA 1638414 | MGA 1638414 | Marketing Material "Calling all Bratz Fashionistas" | X | X | X | | | | X |
| | MGA 1638415 | MGA 1638415 | Bratz Hair Style Guide | X | X | X | | | | X |
| | MGA 1638416 | MGA 1638416 | Bratz Makeup Guide | X | X | X | | | | X |
| | MGA 1638426 | MGA 1638426 | Bratz Genie Magic Graphic | X | X | X | | | | X |
| | MGA 1767418 | MGA 1767418 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1767419 | MGA 1767419 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1767420 | MGA 1767420 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1767466 | MGA 1767466 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1767467 | MGA 1767467 | Photo of Bratz Display, Sasha Image | X | X | | | | | X |
| | MGA 1767468 | MGA 1767468 | Photo of Jade Bratz Doll Display | X | X | X | | | | X |
| | MGA 1767469 | MGA 1767469 | Photo of Cloe Bratz Doll Display | X | X | X | | | | X |
| | MGA 1767470 | MGA 1767470 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1767471 | MGA 1767471 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1767473 | MGA 1767473 | Photo of Yasmin and Cloe Doll Display | X | X | X | | | | X |

Exhibit B: Other Uses of Bratz Trade Secrets

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 1767474 | MGA 1767474 | Photo of Bratz Display, Yasmin and Cloe Images | X | X | X | | | | X |
| | MGA 1767475 | MGA 1767475 | Photo of Bratz Display | X | X | X | | | | X |
| | MGA 1767477 | MGA 1767477 | Photo of Bratz Display | X | X | X | | | X | X |
| | MGA 1767478 | MGA 1767478 | Photo of Bratz Display | X | X | X | | | X | X |
| | MGA 1767479 | MGA 1767479 | Photo of Bratz Display | X | X | X | | | X | X |
| | MGA 1774647 | MGA 1774647 | Bratz Marketing Materials | X | X | X | | | | X |
| | MGA 1826068 | MGA 1826074 | Bratz Rock Angelz Presentation by UMe | X | X | X | | | X | X |
| | MGA 2051361 | MGA 2051378 | MGA Meeting with Wal-Mart, December 20, 2004 | | | X | | | | X |
| | MGA 2054830 | MGA 2054831 | Bratz Logo and Hero Pose | X | X | X | | | X | X |
| | MGA 2081927 | MGA 2081927 | Photo of Toy Display | X | X | | | | | X |
| | MGA 2081929 | MGA 2081929 | Photo of Bratz Toy Display | X | X | | | | | X |
| | MGA 2081930 | MGA 2081930 | Photo of Bratz Toy Display | X | X | X | | | | X |
| | MGA 2081931 | MGA 2081931 | Photo of Bratz Toy Display | X | X | | | | | X |
| | MGA 2083932 | MGA 2083932 | Bratz Hardlines for Fall 2004 | X | X | X | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 2083932 | MGA 2083932 | Bratz Hardlines for Fall 2004 | | | X | | | | X |
| | MGA 2088675 | MGA 2088675 | Bratz Head Gamez Board Game | X | X | X | | | | X |
| | MGA 2088676 | MGA 2088676 | Bratz Campfire Advertisement | X | X | X | | | | X |
| | MGA 2589339 | MGA 2589375 | Bratz Fact Sheet Presentation | X | X | X | | | | X |
| | MGA 2595250 | MGA 2595261 | Bratz Ban Dai Presentation | X | X | X | | | | X |
| | MGA 2713544 | MGA 2713558 | Bratz Fact Sheet Presentation | X | X | X | | | X | X |
| | MGA 2714375 | MGA 2714375 | Graphic of Math and Spanish Lists with drawings of Bratz dolls | X | X | | | | | X |
| | MGA 2902371 | MGA 2902371 | Bratz Toy Display Graphic | X | X | X | | | | X |
| | MGA 2902375 | MGA 2902375 | Bratz Rock Angelz Graphic | X | X | X | | | | X |
| | MGA 2902376 | MGA 2902376 | Bratz Rock Angelz Graphic | X | X | X | | | | X |
| | MGA 2902430 | MGA 2902430 | Bratz Rock Angelz Graphic | X | X | X | | | | X |
| | MGA 2905450 | MGA 2905450 | Bratz Marketing Materials | X | X | X | | | | X |
| | MGA 2905542 | MGA 2905542 | Bratz Marketing Materials | X | X | X | | | | X |
| | MGA 2908732 | MGA 2908732 | Bratz Rock Angelz Graphic | X | X | X | | | X | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | MGA Uses | | | | Mattel Trade Secrets | | | |
| | MGA 2915917 | MGA 2915920 | Bratz Commercial Storyboards | X | X | X | | | | X |
| | MGA 3205621 | MGA 3205621 | Bratz Twins Advertisement | X | X | X | | | | X |
| | MGA 3205626 | MGA 3205626 | Bratz Rock Angelz Graphic | X | X | X | | | X | X |
| | MGA 3481411 | MGA 3481479 | Bratz Product Line Presentation | X | X | X | | | | X |
| | MGA 3772045 | MGA 3772045 | Bratz Kidz Advertisement | | | X | | | | X |
| | MGA 3772071 | MGA 3772071 | Bratz Marketing Advertisment on Be-Bratz.com | X | X | X | X | X | | X |
| | MGA 3772084 | MGA 3772084 | Bratz Kids Graphic | X | X | X | | | | X |
| | MGA 3772085 | MGA 3772085 | Bratz Sunkissed Graphic | X | X | X | | | | X |
| | MGA 3772094 | MGA 3772094 | Bratz Kidz Summer Vacation | X | X | X | | | | X |
| | MGA 3772104 | MGA 3772104 | Bratz Marketing Advertisment on Be-Bratz.com | X | X | X | X | X | | X |
| | MGA 3772105 | MGA 3772105 | Bratz Flower Girlz Graphics | X | X | X | | | | X |
| | MGA 3772106 | MGA 3772106 | Bratz Kidz and Babyz Graphics | X | X | X | | | | X |
| | MGA 3772133 | MGA 3772133 | Magic Make-Up Salon | X | X | X | | | | X |

Exhibit B: Other Uses of Bratz Trade Secrets

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 3772134 | MGA 3772134 | Star Singerz Graphics | X | X | X | | | | X |
| | MGA 3772173 | MGA 3772173 | Bratz Genie Magic | X | X | X | | | | X |
| | MGA 3772175 | MGA 3772175 | Bratz Fashion Pixiez Graphic | X | X | X | | | | X |
| | MGA 3772176 | MGA 3772176 | Bratz Kidz Sleep Over Adventure Graphic | | | X | | | | X |
| | MGA 3772180 | MGA 3772180 | Bratz Graphics | X | X | X | | | | X |
| | MGA 3772202 | MGA 3772202 | Bratz Website with Doll Graphic | X | X | X | | | | X |
| | MGA 3777642 | MGA 3777642 | Bratz Stylin' dance Mat | X | X | X | | | X | X |
| | MGA 3778334 | MGA 3778334 | Bratz Spring Fling Collector's Edition | X | X | X | | | | X |
| | MGA 3778688 | MGA 3778688 | Bratz Splash Graphic | X | X | X | | | | X |
| | MGA 3778731 | MGA 3778731 | Bratz Bath & Body | X | X | X | | | | X |
| | MGA 3778807 | MGA 3778807 | Bratz Electric Funk Presentation | X | X | X | | | X | X |
| | MGA 3778826 | MGA 3778826 | Bratz Living Graphic | X | X | X | | | | X |
| | MGA 3779056 | MGA 3779056 | Bratz Design N Style Gloss N Glitter | X | X | X | | | | X |
| | MGA 3779057 | MGA 3779057 | Bratz Design N Style Flair your Hair | X | X | X | | | | X |

Exhibit B: Other Uses of Bratz Trade Secrets

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA 3779058 | MGA 3779058 | Bratz Design N Style Funky Flashy Jewelry | X | X | X | | | | X |
| | MGA 3779061 | MGA 3779061 | Bratz Totally Cool Carpet | X | X | X | | | X | X |
| | MGA 3779062 | MGA 3779062 | Lookin' Bratz Cosmetics | X | X | X | | | | X |
| | MGA 3779351 | MGA 3779367 | Bratz Presentation | X | X | X | X | X | | X |
| | MGA 3779368 | MGA 3779371 | Meet the Bratz Presentation | X | X | X | | | | X |
| | MGA 3779655 | MGA 3779655 | Bratz "David and Goliath" Shoot | X | X | X | | | | X |
| | MGA 3807616 | MGA 3807643 | Collection of Marketing Material related to Bratz | X | X | X | | | | X |
| | MGA 3807851 | MGA 3807980 | A Stylin' Guide to the Bratz Pack | X | X | X | | | | X |
| | MGA 3815031 | MGA 3815245 | Bratz Meet the Bratz Presentation Book | X | X | X | X | X | X | X |
| | MGA 3815507 | MGA 3815511 | Bratz Magic Hair Dolls Creative Brief | X | X | X | | | | X |
| | MGA 3847318 | MGA 3847338 | Bratz Presentation | X | X | X | | | | X |
| | MGA 3847405 | MGA 3847432 | Bratz Advertisement and Press Clippings | X | X | X | | | | X |
| | MGA 3881384 | MGA 3881453 | Bratz Style Guide | X | X | X | X | X | | X |
| | MGA 3884759 | MGA 3884772 | Bratz Webpage Screenshot | X | X | X | | | X | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| | MGA 3887977 | MGA 3887984 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 3892520 | MGA 3892527 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA 4018356 | MGA 4018356 | Bratz Hero Pose Graphic | X | X | X | | | | X |
| | MGA 4030885 | MGA 4030885 | Meet the Bratz Presentation | X | X | X | | | | X |
| | MGA 4049004 | MGA 4049027 | Marketing Plan Mexico 2004 Presentation | X | X | X | | | X | X |
| | MGA 4049052 | MGA 4049072 | Bratz Share of Voice 2005 Presentation with press clippings | X | X | X | X | X | | X |
| | MGA 4089500 | MGA 4089527 | MGA Fall 2006 Business Plan | X | X | X | | | | X |
| | MGA 4146789 | MGA 4146823 | Bratz Lifestyle Spring 2006 | X | X | X | | | | X |
| | MGA 4157483 | MGA 4157518 | Bratz Presentation | X | X | X | | | | X |
| | MGA 4314811 | MGA 4314843 | MGA Fall 2006 Business Plan | X | X | X | | | | X |
| | MGA 4463130 | MGA 4463185 | MGA Spring 07 Line Presentation including Bratz | X | X | X | X | X | | X |
| | MGA0006 478 B | MGA0006 479 B | MGA Showroom design featuring Bratz Dolls | X | X | X | | | | X |
| | MGA0831 556.00002 | MGA0831 556.00002 | Bratz Doll Graphic | X | X | | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The ''Bratz'' Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA0831 556.00003 | MGA0831 556.00003 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00004 | MGA0831 556.00004 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00005 | MGA0831 556.00005 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00006 | MGA0831 556.00006 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00022 | MGA0831 556.00022 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00023 | MGA0831 556.00023 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00024 | MGA0831 556.00024 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00025 | MGA0831 556.00025 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00026 | MGA0831 556.00026 | Bratz Doll Graphic | X | X | | | | | X |

Exhibit B: Other Uses of Bratz Trade Secrets

| MGA Uses | | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA0831 556.00042 | MGA0831 556.00042 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00043 | MGA0831 556.00043 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00044 | MGA0831 556.00044 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00045 | MGA0831 556.00045 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00046 | MGA0831 556.00046 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00047 | MGA0831 556.00047 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00048 | MGA0831 556.00048 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0831 556.00049 | MGA0831 556.00049 | Bratz Doll Graphic | X | X | X | | | | X |
| | MGA0831 556.00050 | MGA0831 556.00050 | Bratz Doll Graphic | X | X | | | | | X |

Exhibit B: Other Uses of Bratz Trade Secrets

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA0831 556.00051 | MGA0831 556.00051 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 589.00018 | MGA0833 589.00018 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 589.00019 | MGA0833 589.00019 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 589.00020 | MGA0833 589.00020 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 589.00021 | MGA0833 589.00021 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 589.00022 | MGA0833 589.00022 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 589.00023 | MGA0833 589.00023 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 590.00002 | MGA0833 590.00002 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 590.00003 | MGA0833 590.00003 | Bratz Doll Graphic | X | X | | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| MGA Uses | | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA0833 590.00004 | MGA0833 590.00004 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 590.00005 | MGA0833 590.00005 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 590.00006 | MGA0833 590.00006 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 590.00023 | MGA0833 590.00023 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 590.00024 | MGA0833 590.00024 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 590.00025 | MGA0833 590.00025 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 591.00002 | MGA0833 591.00002 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 591.00003 | MGA0833 591.00003 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 591.00004 | MGA0833 591.00004 | Bratz Doll Graphic | X | X | | | | | X |

Exhibit B: Other Uses of Bratz Trade Secrets

| MGA Uses | | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA0833 591.00005 | MGA0833 591.00005 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 591.00006 | MGA0833 591.00006 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 591.00023 | MGA0833 591.00023 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 591.00024 | MGA0833 591.00024 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 591.00026 | MGA0833 591.00026 | Multiple Bratz Doll Graphics | X | X | | | | | X |
| | MGA0833 592.00002 | MGA0833 592.00002 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00004 | MGA0833 592.00004 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00005 | MGA0833 592.00005 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00006 | MGA0833 592.00006 | Bratz Doll Graphic | X | X | | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA0833 592.00007 | MGA0833 592.00007 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00008 | MGA0833 592.00008 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00009 | MGA0833 592.00009 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00010 | MGA0833 592.00010 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00011 | MGA0833 592.00011 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00012 | MGA0833 592.00012 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00013 | MGA0833 592.00013 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00014 | MGA0833 592.00014 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00015 | MGA0833 592.00015 | Bratz Doll Graphic | X | X | | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| | MGA0833 592.00016 | MGA0833 592.00016 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00017 | MGA0833 592.00017 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 592.00018 | MGA0833 592.00018 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 594.00003 | MGA0833 594.00003 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 594.00004 | MGA0833 594.00004 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 594.00005 | MGA0833 594.00005 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 594.00006 | MGA0833 594.00006 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA0833 594.00007 | MGA0833 594.00007 | Bratz Doll Graphic | X | X | | | | | X |
| | MGA2 0104595 | MGA2 0104595 | Photo of Bratz Advertisement | X | X | X | | | | X |
| | MGA2 0106906 | MGA2 0106909 | Bratz Presentation 20th Century Fox Status | X | X | X | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| | | | | MGA Uses | | | | Mattel Trade Secrets | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TX** | **Bates (Beg)** | **Bates (End)** | **Description** | **The Bratz Concept[1]** | **The Bratz Concept[2]** | **The "Bratz" Name[3]** | **Bratz Sculpt, TX 1136A** | **Bratz Sculpt, TX 1141** | **Bratz Hero Shot, TX 302B-001** | **Bratz Drawings[4]** |
| | MGA2 0108323 | MGA2 0108327 | Bratz Toy Display Presentation | X | X | X | | | | X |
| | MGA2 0111797 | MGA2 0111801 | Bratz Product Presentation | | | X | | | | X |
| | MGA2 0150922 | MGA2 0150922 | Bratz Girlz Rock Graphics | X | X | X | | | | X |
| | MGA2 0155010 | MGA2 0155016 | Internet 2008 Bratz Cartoon Presentation | X | X | X | | | | X |
| | MGA2 0169697 | MGA2 0169697 | Bratz Advertisement Featuring Bratz Movie, Trivia, and Bratz Cover Girl | X | X | X | | | | X |
| | MGA2 0244815 | MGA2 0244815 | Bratz Doll Graphic | X | X | X | | | | X |
| | MGA2 0246527 | MGA2 0246527 | Bratz Diamondz Webpage | X | X | X | | | | X |
| | MGA2 0246528 | MGA2 0246528 | Bratz Diamondz Webpage | X | X | X | | | | X |
| | MGA2 0246529 | MGA2 0246529 | Bratz Diamondz Webpage | X | X | X | | | | X |
| | MGA2 0246533 | MGA2 0246533 | Bratz Diamondz Webpage | X | X | X | | | | X |
| | MGA2 0249963 | MGA2 0249963 | Bratz Cell Phone Advertisement | X | X | X | | | | X |
| | MGA2 0254107 | MGA2 0254107 | Bratz Doll Graphic | X | X | X | | | | X |
| | MGA2 0254952 | MGA2 0254952 | Bratz Advertisement | X | X | X | | | | X |
| | MGA2 0386736 | MGA2 0386738 | Bratz Banner Ad for Rock Angelz | X | X | X | | | | X |

Exhibit B: Other Uses of Bratz Trade Secrets

| | MGA Uses | | | Mattel Trade Secrets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
| | MGA2 0398071 | MGA2 0398071 | Bratz Webpage Screenshot | X | X | X | | | | X |
| | MGA2 0420949 | MGA2 0420949 | Bratz Graphic Advertisement | X | X | X | | | | X |
| | MGA2 1494841 | MGA2 1494841 | Bratz Movie Graphic | X | X | X | | | | X |
| | MGA2 1495928 | MGA2 1495928 | Bratz Movie Graphic | X | X | X | | | | X |
| | MGA2 1495929 | MGA2 1495929 | Bratz Tokyo a Go Go Marketing Material | X | X | X | | | | X |
| | MGA2 1495930 | MGA2 1495930 | Bratz Tokyo a Go Go Marketing Material | X | X | X | | | | X |
| | MGA2 1495931 | MGA2 1495932 | Bratz Movie Graphic | X | X | X | | | | X |
| | MGA2 1497003 | MGA2 1497003 | Bratz Popsicle Box | X | X | X | | | | X |
| | MGA2 1809872 | MGA2 1809875 | Bratz Forever Diamondz Advertisement | X | X | X | | | | X |
| | MGA2 1902735 | MGA2 1902735 | Logos for Bratz, Bratz Babyz, and Lil' Bratz | X | X | X | | | | X |
| | MGA2 1906435 | MGA2 1906435 | Bratz Forever Diamondz Advertisement | X | X | X | | | | X |
| | MGA2 1981014 | MGA2 1981016 | TRU/Bratz Ice Champions Boards | X | X | X | | | | X |
| | MGA2 1999425 | MGA2 1999425 | New York Toy Fair 2006 Showroom Invitation | X | X | | | | | X |
| | MGA2 2003365 | MGA2 2003365 | Bratz Logo | X | X | X | | | | X |

**Exhibit B: Other Uses of Bratz Trade Secrets**

| TX | Bates (Beg) | Bates (End) | Description | The Bratz Concept[1] | The Bratz Concept[2] | The "Bratz" Name[3] | Bratz Sculpt, TX 1136A | Bratz Sculpt, TX 1141 | Bratz Hero Shot, TX 302B-001 | Bratz Drawings[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **MGA Uses** | | | **Mattel Trade Secrets** | | | | |
| | MGA2 2217729 | MGA2 2217729 | Bratz Advertisement | X | X | X | | | X | X |
| | MGA2 3088162 | MGA2 3088164 | Bratz SIL Firms Storyboard for Dollz RC Cruiser Commerical | X | X | X | | | | X |
| | MGA2 7065848 | MGA2 7065882 | Meet the Bratz Presentation | X | X | X | | | | X |
| | MGA2 7066550 | MGA2 7066550 | Bratz Head Gamez Commercial | X | X | X | X | X | X | X |
| | MGA2 7068626 | MGA2 7068626 | Bratz Kids Scooter Commercial | X | X | X | | | | X |
| | MGA2 7068627 | MGA2 7068627 | Bratz Kids Scooter Commercial | X | X | X | | | | X |
| | MGA2 7068639 | MGA2 7068639 | Bratz Kids Scooter Commercial | X | X | X | | | | X |
| | MGA2 7077336 | MGA2 7077336 | Video of Talking Cloe Doll | X | X | | X | X | | |
| | MGA2 7077337 | MGA2 7077337 | Video of Talking Yasmin Doll | X | X | | X | X | | |
| | MGA2 7095996 | MGA2 7095996 | Video of Talking Bratz Doll | X | X | | X | X | | |
| | | | Bratz Design Academy, a live action/reality television program | X | X | X | | | X | X |
| | | | "Bratz," a computer animated television program | X | X | X | | | X | X |
| | | | "Bratz: The Movie" (aka "Bratz"), a live action film | X | X | X | | | | X |