QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S OFFER OF PROOF REGARDING REFERENCING MATTEL PRODUCTS IN DEVELOPING BRATZ** |
| AND CONSOLIDATED ACTIONS | |

1  In accordance with the discussion with the Court on February 5, 2011, Mattel,
2  Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), hereby submit this
3  limited offer of proof concerning MGA's references to Mattel products in the
4  development of Bratz to respond to MGA's "sweat equity" argument.

| Exhibit Number | Date | Subject Matter |
|---|---|---|
| 4905 | 4/25/01 | Bratz knee mechanism like Barbie |
| 4906 | 5/9/01 | Bratz purse like Barbie |
| 4907 | 5/8/01 | Bratz "die cut" packaging like Mattel product |
| 4909 | 5/7/01 | Bratz hang tag like Barbie |
| 4512 | 5/8/01 | Bratz "die cut" like Diva Starz |
| 11368 | 11/3/00 | Bratz joints to be like Mattel "Skipper" doll |

These documents are attached hereto as Attachment A.

DATED: February 6, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ John B. Quinn
  John B. Quinn
  Attorneys for Mattel, Inc., and
  Mattel de Mexico, S.A. de C.V.

# ATTACHMENT A

| | |
|---|---|
| From: | Paula Treantafelles |
| To: | Franki Tsang; Rachel Harris; Samuel Wong; Cecilia Kwok |
| CC: | Aileen Storer; Janet Lam; Nana Ashong |
| BCC: | |
| Sent Date: | 2001-05-08 00:11:26:612 |
| Received Date: | 2001-05-08 00:11:26:612 |
| Subject: | RE: Bratz Die Line |
| Attachments: | |

This change needs to be implemented as a running change. Do not hold shipment to make this revision.

-----Original Message-----
From: Franki Tsang
Sent: Monday, May 07, 2001 4:02 PM
To: Paula Treantafelles; Rachel Harris; Samuel Wong; Cecilia Kwok
Cc: Aileen Storer; Janet Lam; Nana Ashong
Subject: RE: Bratz Die Line

Paula,
1. Diva Stars sample received. Cecilia/Samuel will respond.
2. We are packing out to fulfill urgent shipment. Per Rachel's comment, should we stop pack-out, fix the 'problem' then ship the goods or if you can accept running change.
We are not taking excuse but would find out if die-vinyl was included in the FMA.

Regards,
FT

-----Original Message-----
From: Paula Treantafelles
Sent: Tuesday, May 08, 2001 1:07 AM
To: Rachel Harris; Samuel Wong; Cecilia Kwok; Frankl Tsang
Cc: Aileen Storer; Janet Lam; Nana Ashong
Subject: RE: Bratz Die Line

Nana
Can you please send a Diva Stars package for HK's reference?

Rachel
What is the status on decreasing overall size of the front panel? We need to be prepared with an answer either way during Sales line review tomorrow

-----Original Message-----
From: Rachel Harris
Sent: Friday, May 04, 2001 11:49 AM
To: Samuel Wong; Cecilia Kwok; Franki Tsang
Cc: Aileen Storer; Janet Lam; Paula Treantafelles; Nana Ashong
Subject: Bratz Die Line

Please make sure that the die on the inserts are as close as possible.

PLEASE look at the Diva Starz box and see how close they were able to cut this die. The Bratz package does not look good with the current die. We cannot have this go out in stores like it is.

Thank you for your cooperation,



4512-1

Confidential - For Attorney's Eyes Only

MGA 0051069

TX 04512-00001

*Rachel R. Harris*
*Creative Director*
*MGA Entertainment*
*rharris@mgae.com*
*http://www.mgae.com*
*818.894.2525 xt.134*
*818.894.8094 FAX*

Confidential - For Attorney's Eyes Only                    MGA 0051070

4512-2

TX 04512-00002

| | |
|---|---|
| From: | Paula Treantafelles |
| To: | Cecilia Kwok; Samuel Wong |
| CC: | Jonathan Buford; Nana Ashong; Edmond Lee |
| BCC: | |
| Sent Date: | 2001-04-25 02:17:31:919 |
| Received Date: | 2001-04-25 02:17:31:919 |
| Subject: | BRATZ knee mechanism |
| Attachments: | |

Please note that I sent to you the sample with broken knee mechanism for your reference. Isaac also insisted that I send to you a sample of Barbie for you to reference as standard for our expectations for our knee mechanism.

I know that you guys are working hard to resolve this knee mechanism in time for PS but please do not put the dolls at risk. If the mechanism is even slightly questionable... do not implement immediately into production. Please consider rolling this mechanism in as a running change....when it is perfect.

Thank you for all of your hard work. I appreciate it.

Confidential - For Attorney's Eyes Only

DEPOSITION EXHIBIT
4905
1/28/08 -

MGA 0050016

TX 04905NA-00001

| | |
|---|---|
| From: | Cecilia Kwok |
| To: | Paula Treantafelles; Nana Ashong |
| CC: | |
| BCC: | |
| Sent Date: | 2001-05-09 11:07:23:359 |
| Received Date: | 2001-05-09 11:09:00:871 |
| Subject: | RE: Sample received |
| Attachments: | |

Dear All,

Noted and checking with EL.

Regards,
Cecilia

-----Original Message-----
From: Paula Treantafelles
Sent: Wednesday, May 09, 2001 10:35 AM
To: Cecilia Kwok; Nana Ashong
Subject: RE: Sample received

Please reference the vinyl molded fashion that we are proposing as possible material for spring break bratz purses. Please let us know what you think.

-----Original Message-----
From: Cecilia Kwok
Sent: Tuesday, May 08, 2001 6:36 PM
To: Paula Treantafelles; Nana Ashong
Subject: Sample received

Dear Paula/ Nana,

We received a "Fashion Polly - Flowers Purse" on 5/7/01. Please advise the purpose/ usage of this sample.

Regards,
Cecilia



Confidential - For Attorney's Eyes Only

MGA 0052039

TX 04906NA-00001

| | |
|---|---|
| **From:** | Stephen Lee |
| **To:** | Isaac Larian |
| **CC:** | Paula Treantafelles; Nana Ashong |
| **BCC:** | |
| **Sent Date:** | 2001-05-08 05:06:33:781 |
| **Received Date:** | 2001-05-08 05:08:13:176 |
| **Subject:** | RE: for your review |
| **Attachments:** | |

Dear Isaac,

Just received the comparable packaging. Their die-cut is very sharp and there is a risk of over-cutting into the graphics of the product. The problem is Early Light left too much margin. Samuel is going to reply you in more details.

However, there is a major quality problem with Early Light on the Bratz dolls for Bandai. I doubt very much if we can meet the 5/12 ship date. The problems are mainly on aesthetics and colour off on packaging. I had a very strong discussion with Francis Choi himself and I am now leaving for the Early Light factory in China to review the status.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: Stephen Lee
Sent: Monday, May 07, 2001 4:19 PM
To: Isaac Larian
Cc: Paula Treantafelles; Nana Ashong
Subject: RE: for your review

Dear Isaac,

I do not want to make any comment until we receive the package in question.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: Isaac Larian
Sent: Saturday, May 05, 2001 3:09 AM



Confidential - For Attorney's Eyes Only

MGA 0047241

TX 04907NA-00001

To: Stephen Lee
Cc: Paula Treantafelles; Nana Ashong
Subject: FW: for your review
Importance: High

Stephen,

will have Nana send to MGA HK today, a comparable package where the die cuts we want were able to be done on the packaging to your attention, together with copy of " Winners and Losers" boards.

After you get these, please sit down with the Bratz Product manager in HK , SHOW THEM THE COMPETITION PACKAGE AS WELL AS OURS and let me know by next Thursday, why another toy company can do something but MGA people in HK say we can not do the exact same thing for MGA product!

-----Original Message-----
From: Nana Ashong
Sent: Friday, May 04, 2001 12:04 PM
To: Isaac Larian
Cc: Didi Brown
Subject: for your review

*Per Isaac Larian:*

*The present die cut on the Bratz packaging is overwhelmingly large. The original artwork sent from LA Illustrated a die line with 1mm of bleed. Our examination of competitive product shows that a closer die-line (as well as sharp angle cuts) are possible for such packaging.*

*Please revise the die-cut of all Bratz packaging to reflect the original 1mm bleed to offer a crisper look to the final product.*

*Thank You,
Nana*

**Nana Ashong**
*Associate Product Manager*
MGA Entertainment
nashong@mgae.com
http://www.mgae.com
318.894.2525 ext. 171
318.894.8094 FAX

Confidential - For Attorney's Eyes Only

MGA 0047242

TX 04907NA-00002

| | |
|---|---|
| From: | Paula Treantafelles |
| To: | Cecilia Kwok; Nana Ashong |
| CC: | Samuel Wong; Franki Tsang; Victor Lee |
| BCC: | |
| Sent Date: | 2001-05-07 17:46:32:634 |
| Received Date: | 2001-05-07 17:46:32:634 |
| Subject: | RE: Bratz Pack Out 5/4 |
| Attachments: | |

I apologize for the confusion. I returned from my vacation and pulled a Barbie sample. I understand now what you are proposing for the hangtag. Please implement asap. This is a good solution to ensuring that the doll is best represented in packout.

-----Original Message-----
From: Cecilia Kwok
Sent: Friday, May 04, 2001 5:54 PM
To: Nana Ashong; Paula Treantafelles
Cc: Samuel Wong; Franki TSANG; Victor Lee
Subject: RE: Bratz Pack Out 5/4

Dear ALL,

As per telephone call with Nana, confirmed that we should not use any hang tag to fix the position of the head in order to make sure that the doll head faced to the front in the production now. LA accepted the head may move upwards/ downwards/ left or right after shipment. We will send sample with hang tag for Paula's comment. If the sample approved, the hang tag will be added in running change basis. Please confirm.

Regards,
Cecilia

-----Original Message-----
From: Nana Ashong
Sent: Saturday, May 05, 2001 7:50 AM
To: Samuel Wong
Cc: Cecilia Kwok
Subject: RE: Bratz Pack Out 5/4

*Please send us a couple of samples with the hang tag. Upon receipt Paula will examine and determine approval.*

*Thanks Samuel.*

*Nana*

-----Original Message-----
From: Samuel Wong
Sent: Friday, May 04, 2001 4:08 AM
To: Cecilia Kwok; Paula Treantafelles; Nana Ashong
Subject: RE: Bratz Pack Out 5/4



Confidential - For Attorney's Eyes Only

MGA 0051089

TX 04909NA-00001

Paula/Nana,

Adding the hangtags can secure the head of the doll faced to the front. We are in the process of packing the doll, please advise your approval right away if this is OK with you.

thanks & best regards
Samuel (5/4/01)

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Friday, May 04, 2001 7:01 PM
**To:** Paula Treantafelles; Nana Ashong
**Cc:** Samuel WONG
**Subject:** Bratz Pack Out 5/4

Dear Paula/ Nana,

We found that not all the heads of the doll faced to the front after shipment. Some of them might shift/ turn to the sides. Enclosed are the photo of the samples for you review. « File: MVC-009F.JPG » « File: MVC-008F.JPG » « File: MVC-007F.JPG » « File: MVC-006F.JPG » We can add two hang tags at the back of the head like the one on the Barbie to hold the position of the head. Enclosed are the photo of the Barbie for your reference: « File: MVC-005F.JPG » « File: MVC-004F.JPG » « File: HANGTAB.jpg »

Please comment.

Regards,
Cecilia

Confidential - For Attorney's Eyes Only

MGA 0051090

TX 04909NA-00002

| | |
|---|---|
| **From:** | Samuel Wong |
| **To:** | Mercedeh Ward |
| **CC:** | Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan; Paula Treantafelles |
| **BCC:** | |
| **Sent Date:** | 2000-11-03 01:14:07:359 |
| **Received Date:** | 2000-11-03 01:14:07:437 |
| **Subject:** | RE: Bratz Design |
| **Attachments:** | |

Mercedeh,

Noted your information and appreciate for your help in trying to get the sculpture 8% larger for us.

Thanks & best regards
Samuel (11/3/00)

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Friday, November 03, 2000 12:29 AM
**To:** Samuel Wong; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan
**Subject:** RE: Bratz Design

Samuel;

Thank you for your conformation. I will not be sending armatures to HK for manufacturing and if you see all my e-mails I never alluded to do so. I asked for sculpting armatures to sculpt around. I can provide drawings and that is what HK should be waiting for.

I will talk with the sculptor as I said about the 8% and I will get back to you about that.

Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Samuel Wong
**Sent:** Thursday, November 02, 2000 1:00 AM
**To:** Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok; Alex Fan
**Subject:** RE: Bratz Design

Mercedeh,

So far, there is no misunderstanding here. As stated in Cecilia's previous e-mail, HK can make the armatures according to the shape of the sculpture of the Bratz, this is correct and this is usually prefer by the factory. By doing so, factory can make sure the armature are fit within the sculpture and perform the function that we required before they proceed to tooling stage. Of course, HK will review the prototype and send it to LA for final approval before we let the factory to proceed toolings. The armature design is very common and widely use for the doll that need articulated functions, so it should not have any problem to handle here.

Confidential - For Attorney's Eyes Only

MGA HK 0009377
EX 11368-0001

Right now, we have already clear about the movement of the head, arms, legs and hips. Therefore, we prefer LA just to send us the final sculpture with sketches of armatures (for ref. only) to HK and we will mock up the armature samples to fit within the doll and test it here and then send to LA for final review and approval.
Both nylon and celcon are all OK for use on armature. However, we usually use celcon for armature because it is more easy to control in molding process. We will prepare samples using celcon and nylon for your evaluation when we have test shot and you can make final decision from there.

Regarding the % of wax pattern, HK definitely need 8% larger wax pattern for tooling. If LA can only provide 6% larger size, we will enlarge the size to 8% before we go to toolings as we mentioned before that the wax material that using by LA cannot be use for toolings. Since the head is small, therefore, the loss of definition is minimal. Don't worry. (If you still worry about the loss of definition, you can make the definition of your wax pattern more sharply to overcome the loss of definition). So far, we don't have any problem on all our current doll with using 8% larger wax pattern that supply by LA.
Confirm we will use injection PVC for the shoes. The connection can be done properly.

thanks & best regards

Samuel (11/2/00)

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Thursday, November 02, 2000 2:22 AM
**To:** Samuel Wong; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
**Subject:** RE: Bratz Design

Samuel;

Please see my comments below.

Regards;
*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Samuel Wong
**Sent:** Tuesday, October 31, 2000 12:01 AM
**To:** Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Judy Rich; Cecilia Kwok
**Subject:** RE: Bratz Design

Mercedeh,

- Regarding the armature, noted LA will provide armature for us to use for tooling. Usually, we can
make armature ourselves here to fit in your sculpture, therefore, we previously advised that LA can just simply send us the sculpture and HK can make armature here in order to speed up the process and may save cost. However, if you prefer to make armature in LA, this is also welcome. Please make sure the armatures that LA provide us for tooling fit inside the patterns and fulfill your requirements. Samuel, We are having a misunderstanding here. I will not be sending armatures for you to use for tooling. I asked Cecilia to help me with sculpting armatures. I realized later that it would be easier for me to have them done here . We have to sculpt around the arm and hip joints we can not just send sculpting to you with out the proper fit of arms and legs.
What I can provide is guidance on how the armatures should be finalized for production. If you would prefer we can do the engineering drawings here. Let em know if that is what you prefer.

Confidential - For Attorney's Eyes Only

MGA HK 0009378
EX 11368-0002

- noted the construction of the doll movable head will be same as the "skipper" doll. Yes

- noted the arms of the doll will be moved like "skipper" doll. Yes
Please confirm our following understanding is correct or not :
There is only armature inside the doll's arms (ie : the arms cannot bend like the legs). The arms will not bend like the Skippers legs. The arms will have the full function of Skippers arms. Rotate fully and away from the body.

- Noted the hip joint will be same as the "skipper" doll. Noted the sculpture that we received is a very rough sculpture. Please make sure the design on the hip joint of the final sculpture of Bratz matches with the hip joint design of the "skipper" doll. FYI : per your rough sculpture that we recevied, the hip joint right now is using the ball joint design. The final sculpting will have two disks one in the hip and one on the leg (both legs). The disks will be place in the correct place for you to finalize you tooling from. We will not have a ball joint in our doll. After reviewing the rough wax it was agreed in LA that it was not as attractive for our purposes and the doll's hips did not provide enough space for the ball joint to work.

- Noted the knee will be bended like the "skipper" doll. Yes. I had suggested Nylon to be used for armature please let me know if you are using a different material for production. The knee joint is critical in function.

- Next time, we would appreicate if LA can make all the sculptures that used for roto casting 8% larger than the actual size that LA expected. As explained by Cecilia before, the wax material that LA is using cannot go directly to tooling stage. Would it make it easier from now on we send the final tooling of the roto head to HK. I think if we are going to produce small dolls it is critical we can work off of 6% sculpting. I feel we are going to lose to much definition if we use a 8% sculpting to start from. I will discuss with our sculptor to see if she can work with 8% for next project. We need to talk about this matter again for other projects.
We have to duplicate another wax (using HK wax material) sculpture before we can go to tooling stage. During this duplication, there will have 2% shrinkage occur on the wax sculpture, therefore, we request LA to make all the wax sculpture 8% larger in order to overcome this 2% shrinkage, otherwise, HK has to enlarge the size of the LA wax pattern upon receipt by 2 % before we can go to tooling stage ( this will require about 7-10days leadtime). If we don't do that, we can never get the correct skin size for production. Please note. Doing this process must have some effect on the look of the sculpture??

- Noted the head and feet of our doll will not be in proportion.
Pls advise if the final sculpture still on schedule ( release to HK on 11/27)? Please also confirm will the armatures send out at the same time LA release the final sculpture? As I said we will not be providing armature to HK. We are working on final sculpting to the 11/27 date.

- Please confirm if the shoes are injection PVC or not ( we think it should be injection PVC)? The shoes will have paint ups. We can use PVC if the connection can be done properly for the shoes (foot) to connect to the legs.
Thanks & best regards
Samuel / Cecilia (10/31/00)

-----Original Message-----
**From:** Mercedeh Ward
**Sent:** Tuesday, October 31, 2000 1:58 AM
**To:** Cecilia Kwok; Paula Treantafelles
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki Tsang; Disraeli Chan; Samuel Wong; Judy Rich
**Subject:** RE: Bratz Design

Cecilia;

Please slow down a bit. We are still defining the product and you are miles a head of use. I am going to comment on the sculpting and the doll's body at this point because I have to see the fabric swatches that were sent to you before I can make comment.

Confidential - For Attorney's Eyes Only

MGA HK 0009379
EX 11368-0003

The doll's body:

I worked it out with the sculptor **we will make our sculpting armatures here in US.** I thought you misunderstood me when I asked for the armatures I was only talking about sculpting armatures and not production doll armatures. We decided to make the armatures so there are no confusion.
The doll has a movable head like the "skipper" doll.
The arms will move like the "skipper" doll.
The hip joints are just like the "skipper" doll and NOT BALL joints. The sculpting that you received is very ROUGH.
the knee will bent and the "Skipper" doll.
The head sculpting will be at the 6% up.
The head and feet of our dolls will not be in proportion to dolls that you have seen before. The Rough sculpting is correct in the foot and head size difference to the doll body.

Best Regards;

*Mercedeh Ward*
Sr. Product Design/Engineer Manager
MGA Entertainment
(818) 894-2525 X105
http:\\www.mgae.com

-----Original Message-----
**From:** Cecilia Kwok
**Sent:** Monday, October 30, 2000 1:53 AM
**To:** Paula Treantafelles; Mercedeh Ward
**Cc:** Isaac Larian; Stephen Lee; Victor Lee; Franki TSANG; Disraeli Chan; Samuel WONG; Judy Rich
**Subject:** Bratz Design

Dear All,

HK just received the packages for the Bratz Fashion & rough wax today (10/30). Here are the photo of the fashion information & HK's comment:

Re: Doll Packs
1. Bratz Doll 1
- Fashion Fabric << File: Doll1a.JPG >> << File: doll1b.JPG >>
- Fashion Pattern Drawing << File: doll1fs.bmp >>

Re: Bratz Doll 2
- Fashion Fabric << File: Doll2a.JPG >> << File: doll2b.JPG >>
- Fashion Pattern Drawing << File: doll2fs.bmp >>

Re: Bratz Doll 3
- Fashion Fabric << File: doll3a.JPG >> << File: doll3b.JPG >> << File: doll3c.JPG >>
- Fashion Pattern Drawing << File: doll3fs.bmp >>

Re: Bratz Doll 4
- Fashion Fabric << File: doll4a.JPG >> << File: doll4b.JPG >>
- Fashion Pattern Drawing << File: doll4fs.bmp >>

Confidential - For Attorney's Eyes Only

HK's comment :
1. Accessories such as belt, hats, head kerchief were added which did not mention in the PDF. All the vendors quoting did not include these. There will be cost impact for the accessories.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out as follows for your quick reference:
- Doll 1 : Leopard print fuzz fabric for the shirt, Light weight dark denim w/ fine silver sparkle for the jacket, Light weight dark denim w/ coarse silver sparkle for the pants, Aqua panne velvet w. iredes cent film for the belt, Aqua & light brown vinyl snakeskin print for the hat, Vinyl lined w/ silver fabric & tricot for the backpack
- Doll 2 : Hombred from gold to fushia metal mesh for the Halter top, Light gray double knit w/ silver sparkle, Gray reflective fabric (good weight) for the backpack, Dark blue reflective vinyl (light weight) for the backpack
- Doll 3 : Deep periwinkle 15D tricot w. silver sparkle for the top sleeves, Iredescen denin in lighter weight for the skirt, M/C knit w/ glitter dots for the skirt trim, Lavender moire stretch velvet for the top, M/C mesh for the head kerchief
- Doll 4 : Cranberry red crebe knit w/ purple glitter for the top, Oliver green stretch poly satin with texture for the pants, Crimsom velboa for the skirt trim, Multi-color stripes satin knit for the Beannie

Anyway, we will get vendors quote based on your fabric matrix. Our current quotes already over the target price US$2.75 and we need cost reduction. However, the fabric proposed are adding cost.
3. For the Doll 1's belt, a tooling for the belt buckle is required.
4. Please advise the target age grading for this item. LA provided to use some glitter dots on the fabric and are easily come off. There may be safety issues.

Re: Fashion Pack 1
- Fashion Fabric << File: fashion1.JPG >>
- Fashion Pattern Drawing << File: fashion1fs.bmp >>
HK's comment :
1. There are totally 3 fashion pack. HK only received one fashion pack design & fabric and still awaiting for the other 2.
2. DChan quickly reviewed the fabric matrix and found some of the fabric material are expensive than TWILL. There will be cost impact and listed out for your quick reference: Fuzzy novelty knit in rasberry for the halter top, Crushed panne veluet in chartreuse for the pants.

Re: Carrying Case (for Child)
- Fabric information << File: Case1.JPG >> << File: case2.JPG >> << File: case3.JPG >>
HK's comment : per separate mail, HK commented the Carrying case design and waiting for LA reply.

<< Message: Bratz Backpack design inquiry >>

Re: Hair Pack

Confidential - For Attorney's Eyes Only

MGA HK 0009381
EX 11368-0005

HK's comment : Did not receive the Hair pack. Please advise the curl size of each hair styles for getting quote. (FYI : curl hair is more expensive than straight hair)

Re: Rough Wax
HK received the rough wax body today. HK downsized the head by 6% by the computer and attached to the 1:1 body. This reflected the final size/ outlook of the wax. Enclosed is the photo for your reference: « File: waxfinalsize.jpg »
HK's comment : The head & legs/ feet seem are not in proportion. LA please advise if this is the actual size that you expected for future production.
HK also received the reference body showing the joint & armature required. « File: MVC-003F.JPG »
HK's comment :
1. Please confirm the type of joint request by return. « File: Joints.jpg »
2. Per separate email, HK already commented the armature mock up request and waiting for LA reply.

Please advise.
Regards,
Cecilia

Confidential - For Attorney's Eyes Only

MGA HK 0009382
EX 11368-0006