QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
|---|---|
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **MATTEL'S TRIAL BRIEF RE ADMISSIONS MADE BY MGA IN OTHER LITIGATION** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") submit this brief setting forth the relevance and types of evidence Mattel seeks to introduce regarding admissions made by MGA in other litigation.

<u>Statements Made by MGA Regarding Similarities of Carter Bryant Drawings to Other Accused Dolls</u>. In this case, MGA has claimed that the first generation Bratz dolls are very dissimilar to the Carter Bryant drawings. Paula Garcia, for example, testified at length to the changes she, Margaret Leahy and others ostensibly made to the dolls in translating them from Carter Bryant's 2-D drawings to 3-D first generation dolls. MGA has thus denied that the Bratz dolls are similar to Bryant's drawings:


TX 3-0013
Bryant Drawing of Cloe


TX 12286
First Generation Cloe

However, in other cases where MGA sued other doll makers, MGA asserted that very different dolls—dolls much less like the drawings than the first generation Bratz—were impermissibly similar to Bryant's drawings:

<u>Mini Trendy Teenz (TX 13695)</u>　　　　<u>Funky Tweenz (TX 13710)</u>




<u>Fashion Doll (TX 13958)</u>



Each of these dolls was the subject of a lawsuit in which MGA claimed the doll infringed Carter Bryant's original drawings – the same drawings that MGA now claims are not infringed by Bratz dolls. See TX 13690 (Amended Statement of Claim in Double Grand lawsuit, in which MGA claimed that "Mini Trendy Teenz" were "reproductions" of Bryant's drawings); TX 13705 (Statement of Claim in CityWorld lawsuit, in which MGA claimed that "Funky Tweenz" were "reproductions" of Bryant's drawings); TX 13785 (Statement of Claim in Union Top lawsuit, in which MGA claimed that "Fashion Dolls" were "infringing copies of" Bryant's drawings).[1]

<u>MGA's Factual Statements About Bratz</u>.  In the course of MGA's other litigation, MGA made a number of sworn factual statements about the development of Bratz that contradict positions MGA has taken in this case.

For example, in the Double Grand litigation, the managing director of MGA HK stated in a sworn affirmation that "[t]he designs of the BRATZ dolls are original drawings created by Mr. Bryant using his own independent labour, skill and judgment." TX 952-4.  In the James Thomas Connolly case in the United Kingdom, MGA represented that "[t]he designs of the BRATZ dolls were <u>originally created by Mr. Carter Bryant in 1999</u> and subsequently amended." TX 13561-244 (emphasis added).  In an affidavit filed in the CityWorld case, MGA's General Counsel stated that the Bratz design drawings were completed before Bryant left Mattel.  TX 13119-4.  In a response to a discovery request in the Uni-Fortune case, MGA admitted that the head, body, shoes, models, molds, facial decoration and painted heads of Bratz were created by reference to Bryant's drawings. TX 13572-1-2.

---

[1] In the CityWorld lawsuit, after it became apparent that its judicial admissions in Hong Kong were problematic in this litigation, MGA amended its claim to remove Bryant's drawings as a basis for the claim and replace them with other Bratz works that were created after Bryant left Mattel. See TX 13706 (Re-Re-Amended Statement of Claim in CityWorld lawsuit).

MGA confirmed to other courts in sworn statements that Anna Rhee's face painting for Bratz was "[b]ased on and originated from the initial concept drawings of Mr. Bryant" and revised "[w]ith the input of Mr. Bryant." TX 13743-0007; see also TX 952-7. MGA also acknowledged that the removable foot feature on the Bratz dolls was invented by Mr. Bryant and reflected in his original drawings. TX 13725-9; TX 952-8.

MGA also averred that certain features of Bratz were responsible for the success of the dolls and described what MGA considered to be "unique" about the dolls. See TX 952-8. In so doing, MGA identified features present in Carter Bryant's drawings—the relative size of the doll's head, the facial decoration, the oversized eyes and mouth, the diminished nose and the removable feet. Id.

The jury should be able to evaluate the testimony about MGA's claimed independent contributions to the development of Bratz in light of MGA's prior statements about the "unique" features of the dolls. See Sentry Protection Products v. Eagle Mfg. Co., 2003 WL 25539702 at *7-8 (N.D. Ohio 2003) (statements made in foreign patent proceeding constituted admission; collecting authorities).

Mattel should be permitted to present to the jury MGA's prior statements made to other courts as party admissions. Fed. R. Evid. 801(d)(2).

DATED: February 6, 2011         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By /s/ John B. Quinn
                                   John B. Quinn
                                   Attorneys for Mattel, Inc., and
                                   Mattel de Mexico, S.A. de C.V.