# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CV04-9049 DOC(RNBx) | Date: February 4, 2011 |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | |

Present: The Honorable David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst, Mark Overland, Alexander Cote |

___ Day Court Trial      13th Day Jury Trial

___ One day trial: ___ Begun (1st day); X Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to February 8, 2011 at 8:30 a.m. for further trial.
___ Other: .

7 : 00

Initials of Deputy Clerk  kp

cc: