1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    William C. Price (Bar. No. 108542)
3   (williamprice@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
4   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   SOUTHERN DIVISION

12 | MATTEL, INC., a Delaware | CASE NO. CV 04-9049 DOC (RNBx)
   | corporation, and Mattel de Mexico, | Consolidated with
13 | S.A. de C.V., | Case No. CV 04-09059
   | | Case No. CV 05-02727
14 |    Plaintiff, |

15 |    vs. | Hon. David O. Carter

16 | MGA ENTERTAINMENT, INC., a | **MATTEL'S SUBMISSION**
   | California corporation, et al., | **REGARDING ADDITIONAL MGA**
17 | | **COMMUNICATIONS WITH DAVID**
   |    Defendant. | **ROSENBAUM**
18 |

19 | AND CONSOLIDATED ACTIONS

In accordance with the discussion with the Court on February 5, 2011 in which it was agreed that MGA has relied on the advice of counsel of David Rosenbaum, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), hereby submit lists of communications between MGA and David Rosenbaum on MGA's privilege logs from 2000-2001 that appear related to Carter Bryant's contract with MGA.

In light of MGA's reliance on Mr. Rosenbaum's advice, Mattel requests that MGA be ordered to produce within 24 hours all of the listed communications that have not already been produced.

The privilege log entries at issue are attached hereto as Attachment A.

DATED: February 7, 2011

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc., and
Mattel de Mexico. S.A. de C.V.

MGA Privilege Logs – Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 23 Log | 726 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 728 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 729 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/12/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 867 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email chain reflecting & requesting legal advice re employment issues |
| Jan. 23 Log | 869 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 870 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 876 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C; W/P | Email message requesting legal advice re employment issues |
| Jan. 23 Log | 878 | Dennis Medici; Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email message requesting legal advice re employment issues |
| Jan. 23 Log | 879 | Dennis Medici; Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email chain requesting legal advice re Contractual & employment issues |
| Jan. 23 Log | 880 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 909 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C | Document chain requesting & reflecting legal advice regarding employment issues |
| Jan. 23 Log | 910 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 911 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting & reflecting Email advice re employment issues |
| Jan. 23 Log | 1131 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/12/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re Contract negotiation |
| Jan. 23 Log | 1132 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/12/2000 | Email | A/C; W/P | Email message requesting legal advice re Contract negotiation |
| Jan. 23 Log | 1133 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re Contract negotiation |
| Jan. 23 Log | 1134 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/12/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re Contract negotiation |
| Jan. 23 Log | 1136 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | [None Stated] | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Rev. Jan. 23 Log | 728 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 730 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 731 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs -- Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT/REDACTION/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Rev. Jan. 23 Log | 869 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 871 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 872 | Dave Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 878 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C; W/P | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 880 | Dennis Medici; Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email message requesting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 881 | Dennis Medici; Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C | Email message requesting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 882 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/12/2000 | Email | A/C | Email chain requesting legal advice regarding Contractual and employment issues. |
| Rev. Jan. 23 Log | 911 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C | Document chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 912 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 913 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/12/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 1133 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/12/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re Contract negotiation |
| Rev. Jan. 23 Log | 1134 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/12/2000 | Email | A/C; W/P | Email message requesting legal advice re Contract negotiation |
| Rev. Jan. 23 Log | 1135 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/12/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re Contract negotiation |
| Rev. Jan. 23 Log | 1136 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/12/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re Contract negotiation |
| Rev. Jan. 23 Log | 1138 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/12/2000 | [None Stated] | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Suppl. Rev. MGA-2005 | 24 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | 9/12/2000 | Email | A/C | Email message rendering legal advice regarding Carter Bryant Contract |
| Suppl. Rev. MGA-2005 | 26 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | 9/12/2000 | Email | A/C | Email message requesting legal advice regarding Carter Bryant Contract |
| Suppl. Rev. MGA-2005 | 27 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | 9/12/2000 | Email | A/C | Email message rendering legal advice regarding Carter Bryant Contract |
| Jan. 23 Log | 724 | David Rosenbaum, Esq. | Carter Bryant | David Rosenbaum, Esq. | 9/14/2000 | Facsimile | A/C | Email re: information about Contract with MGA |

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs -- Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO | FROM | TO | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 23 Log | 725 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 727 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 838 | Carter Bryant | David Rosenbaum, Esq. | | 9/14/2000 | FAX | A/C | Letter with attachment for the purpose of requesting legal advice re employment issues |
| Jan. 23 Log | 865 | Carter Bryant | David Rosenbaum, Esq. | | 9/14/2000 | Letter | A/C | Email chain reflecting legal advice re draft agreement |
| Jan. 23 Log | 866 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re draft Contract |
| Jan. 23 Log | 868 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal re employment issues |
| Jan. 23 Log | 875 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re draft Contract |
| Jan. 23 Log | 877 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C; W/P | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 900 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 901 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 902 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 903 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 904 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment Contract |
| Jan. 23 Log | 905 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici | 9/14/2000 | Contract | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 906 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 907 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 908 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| MGA Supplemental - 08/14/07 | 663 | David Rosenbaum, Esq. (Fischbach Perlstein & Lieberman) | Victoria O'Connor | | 9/14/2000 | | A/C | Email communication from client to attorney seeking legal advice regarding employment law issues, and attaching prior Emails between counsel and client seeking and providing legal advice. |
| Rev. Jan. 23 Log | 726 | Carter Bryant | David Rosenbaum, Esq. | David Rosenbaum, Esq. | 9/14/2000 | Facsimile | A/C | Email re: information about Contract with MGA |
| Rev. Jan. 23 Log | 727 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |

3

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs -- Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Rev. Jan. 23 Log | 729 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 867 | David Rosenbaum, Esq. | Carter Bryant | | 9/14/2000 | Letter | A/C | Email chain reflecting legal advice regarding draft agreement. |
| Rev. Jan. 23 Log | 868 | Dave Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding draft agreement |
| Rev. Jan. 23 Log | 870 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 877 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C; W/P | Email chain requesting and reflecting legal advice regarding draft Contract. |
| Rev. Jan. 23 Log | 879 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C; W/P | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 902 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 903 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 904 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 905 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 906 | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 907 | Victoria O'Connor | David Rosenbaum, Esq. | D | 9/14/2000 | Contract | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 908 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 909 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 910 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. MGA - 08/14/07 | 663 | David S. Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | Email | A/C | Email message requesting legal advice re employment issues |
| Suppl. Rev. MGA-2005 | 23 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/14/2000 | email | A/C | Email message requesting legal advice re Carter Bryant Contract |

Identified entries are intended to encompass all subparts to an email thread

4

MGA Privilege Logs -- Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 23 Log | 723 | Victoria O'Connor | David Rosenbaum, Esq. | David Rosenbaum, Esq. | 9/19/2000 | Email | A/C | Email chain reflecting legal advice re employment issues |
| Jan. 23 Log | 863 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C | Email chain reflecting legal advice re draft agreement |
| Jan. 23 Log | 864 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/19/2000 | Email | A/C | Email chain reflecting legal advice re draft agreement |
| Jan. 23 Log | 873 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C; W/P | Email chain reflecting legal advice re employment issues |
| Jan. 23 Log | 874 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/19/2000 | Email | A/C; W/P | Email chain reflecting legal advice re employment issues |
| Jan. 23 Log | 884 | Carter Bryant | David Rosenbaum, Esq. | | 9/19/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment Contract |
| Jan. 23 Log | 896 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C | Email message reflecting legal advice re employment issues |
| Jan. 23 Log | 897 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C | Email chain reflecting legal advice re employment issues |
| Jan. 23 Log | 899 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/19/2000 | Email | A/C | Email message reflecting legal advice re employment issues |
| MGA Supplemental - 08/14/07 | 662 | Victoria O'Connor | David Rosenbaum, Esq. (Fischbach Perlstein & Lieberman) | | 9/19/2000 | | A/C | Email communication from attorney to client to client providing legal advice regarding consulting agreement. |
| Rev. Jan. 23 Log | 725 | Victoria O'Connor | David Rosenbaum, Esq. | David Rosenbaum, Esq. | 9/19/2000 | Email | A/C | Email chain reflecting legal advice regarding employment issues |
| Rev. Jan. 23 Log | 865 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C | Email chain reflecting legal advice regarding draft agreement. |
| Rev. Jan. 23 Log | 866 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/19/2000 | Email | A/C | Email chain reflecting legal advice regarding draft agreement. |
| Rev. Jan. 23 Log | 875 | Dave Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C; W/P | Email chain reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 876 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C; W/P | Email chain reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 886 | Carter Bryant | David Rosenbaum, Esq. | | | Email | A/C | Email chain requesting and reflecting legal advice regarding employment Contract. |
| Rev. Jan. 23 Log | 898 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C | Email message reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 899 | Victoria O'Connor | Dave Rosenbaum, Esq. | | 9/19/2000 | Email | A/C | Email chain reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 901 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C | Email message reflecting legal advice regarding employment issues. |
| Suppl. Rev. MGA-2005 | 21 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/19/2000 | Email | A/C | Email message requesting legal advice re Carter Bryant cotnract |
| Suppl. Rev. MGA-2005 | 22 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/19/2000 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |
| Jan. 23 Log | 720 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs – Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 23 Log | 721 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Attachment | A/C | Email attachment reflecting legal advice regarding employment Contract. |
| Jan. 23 Log | 722 | David Rosenbaum, Esq. | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C | Email chain reflecting legal advice re employment issues |
| Jan. 23 Log | 871 | Denni Medici | Victoria O'Connor | | 9/25/2000 | Email | A/C; W/P | Email chain with attachment requesting and reflecting legal advice re draft agreement. |
| Jan. 23 Log | 882 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment Contract |
| Jan. 23 Log | 1118 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C | Email chain with attachment reflecting legal advice re draft agreement |
| Rev. Jan. 23 Log | 722 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 723 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Attachment | A/C | Email attachment reflecting legal advice regarding employment Contract. |
| Rev. Jan. 23 Log | 724 | David Rosenbaum, Esq. | Victoria O'Connor | | 9/25/2000 | Email | A/C | Email chain reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 873 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C; W/P | Email chain with attachment requesting and reflecting legal advice regarding draft agreement. |
| Rev. Jan. 23 Log | 884 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C | Email chain requesting and reflecting legal advice regarding employment Contract. |
| Rev. Jan. 23 Log | 1120 | Dennis Medici | Victoria O'Connor | David Rosenbaum, Esq. | 9/25/2000 | Email | A/C | Email chain with attachment reflecting legal advice re draft agreement |
| Suppl. Rev. MGA-2005 | 19 | David Rosenbaum, Esq.; Dennis Medici, Esq. | Victoria O'Connor | | 9/25/2000 | Email | A/C | Email message reflecting legal advice re intellectual property issues |
| Jan. 23 Log | 719 | David Rosenbaum, Esq.; Dennis Medici | Victoria O'Connor | | 9/26/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 861 | David Rosenbaum, Esq.; Dennis Medici | Victoria O'Connor | | 9/26/2000 | Email | A/C | Email chain reflecting legal advice re draft agreement |
| MGA Supplemental - 08/14/07 | 661 | Victoria O'Connor, Dennis Medici | David Rosenbaum, Esq. (Fischbach Perlstein & Lieberman) | | 9/26/2000 | | A/C | Email communication from attorney to client providing legal advice regarding consulting agreement. |
| Rev. Jan. 23 Log | 863 | Dave Rosenbaum, Esq.; Dennis Medici | Victoria O'Connor | | 9/26/2000 | Email | A/C | Email chain reflecting legal advice regarding draft agreement. |
| Suppl. Rev. MGA-2005 | 18 | David Rosenbaum, Esq.; Dennis Medici, Esq. | Victoria O'Connor | | 9/26/2000 | Email | A/C | Email message requesting legal advice re Carter Bryant Contract |
| Jan. 23 Log | 717 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email chain reflecting legal advice re employment issues |

6

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs -- Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 23 Log | 718 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email chain requesting & reflecting legal advice re employment issues |
| Jan. 23 Log | 858 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email message reflecting legal advice re draft agreement |
| Jan. 23 Log | 859 | Victoria O'Connor | David Rosenbaum, Esq. | Isaac Larian | 9/28/2000 | Email | A/C | Email chain reflecting legal advice re draft agreement |
| Jan. 23 Log | 860 | Victoria O'Connor | David Rosenbaum, Esq. | Isaac Larian | 9/28/2000 | Email | A/C | Email chain reflecting legal advice re draft agreement |
| Jan. 23 Log | 916 | Anne Wang, Esq.; Carter Bryant | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email message & attachment reflecting legal advice re employment issues |
| Rev. Jan. 23 Log | 860 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email message reflecting legal advice regarding draft agreement |
| Rev. Jan. 23 Log | 861 | Victoria O'Connor | David Rosenbaum, Esq. | Isaac Larian | 9/28/2000 | Email | A/C | Email chain reflecting legal advice regarding draft agreement. |
| Rev. Jan. 23 Log | 918 | Anne Wang, Esq.; Carter Bryant | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email message and attachment reflecting legal advice regarding employment issues |
| Suppl. Rev. MGA-2005 | 16 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |
| Suppl. Rev. MGA-2005 | 17 | Victoria O'Connor | David Rosenbaum, Esq. | | 9/28/2000 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |
| MGA Supplemental - 08/14/07 | 658 | | David Rosenbaum, Esq. (Fischbach Perlstein & Lieberman) | | 9/29/2000 | | A/C | Email message for purposes of rendering legal advice regarding Contract negotiations. |
| Rev. Jan. 23 Log | 862 | Victoria O'Connor | David Rosenbaum, Esq. | Isaac Larian | 9/29/2000 | Email | A/C | Email chain reflecting legal advice regarding draft agreement. |
| Jan. 23 Log | 913 | David Rosenbaum, Esq. | Anne Wang, Esq. | | 10/3/2000 | Email | A/C | Email message & attachment reflecting legal advice re employment issues |
| Rev. Jan. 23 Log | 915 | David Rosenbaum, Esq. | Anne Wang, Esq. | | 10/4/2000 | Email | A/C | Email message and attachment reflecting legal advice regarding employment issues. |
| Jan. 23 Log | 606 | David Rosenbaum, Esq. | Anne Wang, Esq. | Victoria O'Connor | 10/4/2000 | Email | A/C; W/P | [None Stated] |
| Jan. 23 Log | 715 | David Rosenbaum, Esq. | Victoria O'Connor | | 10/4/2000 | Email | A/C | Email chain reflecting legal advice re Contract |
| Jan. 23 Log | 856 | David Rosenbaum, Esq. | Victoria O'Connor | | 10/4/2000 | Email | A/C | Email chain reflecting legal advice re employment issues |
| Jan. 23 Log | 857 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/4/2000 | Email | A/C | Email chain reflecting legal advice re employment issues |
| Jan. 23 Log | 914 | David Rosenbaum, Esq. | Anne Wang, Esq. | Victoria O'Connor | 10/4/2000 | Email | A/C | Email chain & attachment reflecting legal advice re employment issues |
| Jan. 23 Log | 915 | David Rosenbaum, Esq. | Anne Wang, Esq. | | 10/4/2000 | Email | A/C | Email message & attachment reflecting attorney advice re employment issues |
| Jan. 23 Log | 1137 | Anne Wang, Esq. | David Rosenbaum, Esq. | Victoria O'Connor | 10/4/2000 | [None Stated] | A/C | Email chain & attachment reflecting legal advice re employment issues |

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs -- Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Rev. Jan. 23 Log | 858 | Dave Rosenbaum, Esq. | Victoria O'Connor | | 10/4/2000 | Email | A/C | Email chain reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 859 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/4/2000 | Email | A/C | Email chain reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 916 | Anne Wang, Esq. | David Rosenbaum, Esq. | Victoria O'Connor | 10/4/2000 | Email | A/C | Email chain and attachmnet reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 917 | David Rosenbaum, Esq. | Anne Wang, Esq. | | 10/4/2000 | Email | A/C | Email message and attachment reflecting legal advice regarding employment issues. |
| Rev. Jan. 23 Log | 1139 | Anne Wang, Esq. | David Rosenbaum, Esq. | Victoria O'Connor | 10/4/2000 | [None Stated] | A/C | Email chain & attachment reflecting legal advice re employment issues |
| Suppl. Rev. MGA-2005 | 14 | David Rosenbaum, Esq. | Victoria O'Connor | | 10/4/2000 | Email | A/C | Email message requesting legal advice re Carter Bryant Contract |
| Suppl. Rev. MGA-2005 | 15 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/4/2000 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |
| Jan. 23 Log | 713 | David Rosenbaum, Esq. | Victoria O'Connor | | 10/5/2000 | Email | A/C | Email chain reflecting legal advice re Contract |
| Jan. 23 Log | 714 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/5/2000 | Email | A/C | Email chain reflecting legal advice re Contract |
| Jan. 23 Log | 854 | David Rosenbaum, Esq. | Victoria O'Connor | | 10/5/2000 | Email | A/C | Email chain reflecting legal advice re employment issues/ Contract |
| Jan. 23 Log | 855 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/5/2000 | Email | A/C | Email chain reflecting legal advice re employment issues |
| Rev. Jan. 23 Log | 856 | Dave Rosenbaum, Esq. | Victoria O'Connor | | 10/5/2000 | Email | A/C | Email chain reflecting legal advice regarding employment issues/Contract. |
| Rev. Jan. 23 Log | 857 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/5/2000 | Email | A/C | Email chain reflecting legal advice regarding employment issues. |
| Suppl. Rev. MGA-2005 | 12 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/5/2000 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |
| Suppl. Rev. MGA-2005 | 13 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/5/2000 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |
| Jan. 23 Log | 716 | Victoria O'Connor | David Rosenbaum, Esq. | | 10/24/2000 | Email | A/C | Email chain reflecting legal advice re representation & employment issues |
| Rev. Jan. 23 Log | 847 | Victoria O'Connor | David Rosenbaum, Esq. | | [None Stated] | Email | A/C | Email chain reflecting legal advice re Contract |
| Rev. Jan. 23 Log | 898 | Victoria O'Connor | David Rosenbaum, Esq. | | [None Stated] | Email | A/C | Email message reflecting legal advice re employment issues |
| Rev. Jan. 23 Log | 105 | Dennis Medici | Isaac Larian | David Rosenbaum, Esq. | 8/1/2008 [sic] | Email | A/C | Email message requesting & reflecting legal advice re commercial dispute |
| Rev. Jan. 23 Log | 849 | Victoria O'Connor | David Rosenbaum, Esq. | | | Email | A/C | Email chain reflecting legal advice regarding Contract. |
| Rev. Jan. 23 Log | 854 | Isaac Larian | David Rosenbaum, Esq. | Victoria O'Connor | | | A/C | Email chain requesting and reflecting legal advice regarding Contract. |
| Rev. Jan. 23 Log | 900 | Victoria O'Connor | David Rosenbaum, Esq. | | | Email | A/C | Email message reflecting legal advice regarding employment issues. |

Identified entries are intended to encompass all subparts to an email thread

8

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 2010 | 30 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Dennis Medici (MGA) | 9/12/2000 | Email | A/C | Email thread requesting legal advice, reflecting information shared with counsel for purpose of seeking legal advice regarding Contract, and reflecting such advice. |
| Jan. 2010 | 31 | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici (MGA) | 9/12/2000 | Email | A/C | Email thread requesting legal advice, reflecting information shared with counsel for purpose of seeking legal advice regarding Contract, and reflecting such advice. |
| Jan. 2010 | 32 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Victoria O'Connor (MGA) | | 9/14/2000 | Email | | email exchange between counsel and client reflecting legal advice, request for additional information for purposes of providing legal advice, and response provided for purpose of seeking legal advice regarding Contract. |
| Jan. 2010 | 33 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | | 9/19/2000 | Email | A/C | Email reflecting legal advice by outside counsel regarding Contract. |
| Jan. 2010 | 36 | Victoria O'Connor (MGA) | Dennis Medici (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | 9/25/2000 | Email | A/C | Redacted email exchange requesting and reflecting advice of outside counsel regarding trademark. |
| Jan. 2010 | 38 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Victoria O'Connor | | 10/5/2000 | Email | A/C | Email reflecting legal advice by outside counsel regarding employment Contract issues. |
| Jan. 2010 | 39 | Victoria O'Connor (MGA) | | | 10/5/2000 | Email | A/C | Email reflecting legal advice by outside counsel regarding employment Contract issues. |
| Jan. 2010 | 89 | John Gildea | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Fred Larian (MGA); Isaac Larian (MGA); Patty Glaser (Christensen, Miller, Fink); Steven Bercu, Esq. | 2/1/2001 | | A/C | Draft letter by outside counsel regarding contract dispute. |
| Jan. 2010 | 93 | Fred Larian (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | | 2/4/2001 | Email | A/C | Email rendering and requesting legal advice from outside counsel regarding contract dispute. |

9

MGA Privilege Logs – Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV. TYPE | DOCUMENT REDACTION/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 2010 | 97 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | | | | A/C | Email requesting legal advice from outside counsel regarding Contract. |
| Suppl. Rev. MGA-2005 | 8 | David Rosenbaum, Esq. | Isaac Larian | | 2/10/2001 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract and licensing |
| Suppl. Rev. MGA-2005 | 11 | David Rosenbaum, Esq. | Isaac Larian | | 2/10/2001 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract and licensing |
| Jan. 2010 | 98 | Isaac Larian (MGA) | David Rosenbaum (Fishbach, Perlstein & Lieberman) | Victoria O'Connor (MGA) | 2/12/2001 | Email | A/C | Email sharing information with and requesting legal advice from outside counsel on an employment Contract issue. |
| Suppl. Rev. MGA-2005 | 9 | Isaac Larian | David Rosenbaum, Esq. | Victoria O'Connor | 2/12/2001 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract and licensing |
| Suppl. Rev. MGA-2005 | 10 | Isaac Larian | David Rosenbaum, Esq. | Victoria O'Connor | 2/12/2001 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract and licensing |
| Jan. 2010 | 100 | David Rosenbaum (Fishbach, Perlstein & Lieberman) | Victoria O'Connor (MGA) | Fred Larian (MGA) | 2/14/2001 | Email | A/C | Email reflecting and discussing legal advice from outside counsel on intellectual property issues. |
| Rev. Jan. 28 Log | 172 | David Rosenbaum, Esq. | Victoria O'Connor | Fred Larian | 2/14/2001 | Email | A/C | Email chain for purpose of requesting legal advice re intellectual property issues |
| Jan. 2010 | 103 | David Rosenbaum (Fishbach, Perlstein & Lieberman) | Isaac Larian (MGA) | | 2/16/2001 | Email | A/C | Facsimile and email with attachment reflecting and discussing legal advice from outside counsel regarding Contract. |
| Jan. 2010 | 104 | David Rosenbaum (Fishbach, Perlstein & Lieberman) | Isaac Larian (MGA) | | 2/16/2001 | Email | A/C | Email requesting legal advice regarding licensing Agreements. |
| Jan. 2010 | 114 | Victoria O'Connor (MGA) | David Rosenbaum (Fishbach, Perlstein & Lieberman) | | 2/21/2001 | Email | A/C | Email sharing information with and requesting legal advice from outside counsel on an employment Contract issue. |
| Jan. 2010 | 115 | Victoria O'Connor (MGA) | David Rosenbaum (Fishbach, Perlstein & Lieberman) | | 2/21/2001 | Email | A/C | Email sharing information with and requesting legal advice from outside counsel on an employment Contract issue. |
| Rev. Jan. 23 Log | 711 | Victoria O'Connor | David Rosenbaum, Esq. | | 2/21/2001 | Email | A/C | Email chain requesting and reflecting legal advice regarding Contract. |
| Suppl. Rev. MGA-2005 | 5 | Victoria O'Connor | David Rosenbaum, Esq. | | 2/21/2001 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs – Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV. TYPE | DOCUMENT REDACTION DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Suppl. Rev. MGA-2005 | 6 | David Rosenbaum, Esq. | Victoria O'Connor | | 2/21/2001 | Email | A/C | Email message requesting legal advice re Carter Bryant Contract |
| Jan. 2010 | 118 | Victoria O'Connor (MGA) | David Rosenbaum (Fishbach, Perlstein & Lieberman) | | 2/22/2001 | Email | A/C | Email sharing information with and requesting legal advice from outside counsel on an employment Contract issue. |
| Jan. 2010 | 120 | David Rosenbaum (Fishbach, Perlstein & Lieberman) | Victoria O'Connor (MGA) | | 2/22/2001 | Email | A/C | Email sharing information with and requesting legal advice from outside counsel on an employment Contract issue. |
| Rev. Jan. 23 Log | 709 | Victoria O'Connor | David Rosenbaum, Esq. | | 2/22/2001 | Email | A/C | Email chain requesting and reflecting legal advice regarding Contract. |
| Rev. Jan. 23 Log | 710 | Dave Rosenbaum Esq. | Victoria O'Connor | | 2/22/2001 | Email | A/C | Email chain requesting and reflecting legal advice regarding Contract. |
| Suppl. Rev. MGA-2005 | 3 | Victoria O'Connor | David Rosenbaum, Esq. | | 2/22/2001 | Email | A/C | Email message rendering legal advice re Carter Bryant Contract |
| Suppl. Rev. MGA-2005 | 4 | David Rosenbaum, Esq. | Victoria O'Connor | | 2/22/2001 | Email | A/C | Email message requesting legal advice re Carter Bryant Contract |
| Jan. 2010 | 2953 | David Rosenbaum | Isaac Larian (MGA) | Martin Hitch (MGA); Fred Larian (MGA) | 3/28/2001 | Email | W/P | Email sending information gathered at the request of outside counsel for use in Larian v. Larian litigation. |
| Jan. 2010 | 3273 | David Rosenbaum | Isaac Larian (MGA) | Martin Hitch; Fred Larian (MGA) | 3/28/2001 | Email | A/C; WP | Email sending information gathered at the request of outside counsel for use in Larian v. Larian litigation. |
| Jan. 2010 | 2991 | Isaac Larian (MGA); David Rosenbaum | Fred Larian (MGA) | Martin Hitch (MGA) | 3/30/2001 | Email | W/P | Email sending information gathered at the request of outside counsel for use in Larian v. Larian litigation. |
| Jan. 2010 | 184 | Isaac Larian (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Farhad Larian (MGA); Victoria O'Connor (MGA) | 4/24/2001 | Email | A/C | Email reflecting and discussing legal advice of outside counsel regarding Contract. |
| Jan. 2010 | 222 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA); Dennis Medici | 5/5/2001 | Email | A/C | Email reflecting and discussing legal advice from outside counsel regarding employment Agreement. |
| Jan. 2010 | 223 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA); Dennis Medici | 5/6/2001 | Email | A/C | Email reflecting and discussing legal advice from outside counsel regarding employment Agreement. |

Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs – Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 2010 | 249 | Fred Larian (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | | 5/22/2001 | Email | A/C | Email to outside counsel reflecting and discussing legal advice from outside counsel regarding settlement Agreement. |
| Jan. 2010 | 278 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | | 6/28/01 | Email | A/C | Email reflecting and discussing legal advice from outside counsel on licensing issues |
| Rosenbaum - 10/26/07 | 1 | Patty Glaser, Esq. | Isaac Larian | David Rosenbaum, Esq. | 7/2/2001 | Email | A/C | Email message requesting legal advice re lawsuit |
| Rosenbaum - 10/26/07 | 26 | Patty Glaser, Esq. | Isaac Larian | David Rosenbaum, Esq. | 7/2/2001 | Email | A/C | Email message requesting legal advice re insurance |
| Jan. 2010 | 281 | David Rosenbaum, Esq. | Isaac Larian (MGA) | Lon Ross | 7/11/2001 | | A/C; WP | Email reflecting information shared with outside counsel and requesting legal advice regarding a Contractual dispute. |
| Jan. 2010 | 290 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA); Dennis Medici (MGA) | | | A/C; WP | email with attachment reflecting and discussing legal advice from outside counsel on agency issues; attachment is draft Agreements. |
| Jan. 2010 | 294 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | Lon Ross | 7/18/2001 | Email | A/C | Email reflecting information shared with outside counsel and requesting legal advice regarding a Contractual dispute. |
| MGA Supplemental - 08/14/07 | 745 | David S. Rosenbaum, Esq. | Isaac Larian | Lon Ross | 7/27/2001 | | A/C | Email containing attorney-client communications for the purpose of rendering legal advice regarding possible licensing agreement. |
| Jan. 2010 | 308 | Christine Dailey (MGA); Paula Treantafelles (MGA); Stephanie Eshbach | Isaac Larian (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | 7/27/2001 | | A/C; WP | Email with outside counsel seeking legal advice regarding Contractual issues. |
| Jan. 2010 | 338 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | 8/2/2001 | Email | A/C | Email reflecting and discussing legal advice from outside counsel on trademark registration issues. |
| Jan. 2010 | 339 | Victoria O'Connor (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | 8/26/2001 | Email | | Email reflecting and discussing legal advice from outside counsel on trademark registration issues. |
| Jan. 2010 | 351 | Isaac Larian (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | | 8/26/2001 | Email | A/C | Email reflecting information shared with outside counsel and requesting legal advice regarding a Contractual dispute. |
| | | | | | 9/4/2001 | Email | A/C | |

12    Identified entries are intended to encompass all subparts to an email thread

MGA Privilege Logs – Communications with David Rosenbaum Re Carter Bryant

| MGA LOG | ENTRY NO. | TO | FROM | CC | DATE | DOCUMENT TYPE | PRIV TYPE | DOCUMENT REDACTION/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Jan. 2010 | 352 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | | 9/4/2001 | Email | | Email reflecting information shared with outside counsel and requesting legal advice regarding a Contractual dispute. |
| Jan. 2010 | 353 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | | 9/4/2001 | Email | | Email reflecting information shared with outside counsel and requesting legal advice regarding a Contractual dispute. |
| Jan. 2010 | 355 | Isaac Larian (MGA) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | | 9/4/2001 | Email | A/C | Email reflecting information shared with outside counsel and requesting legal advice regarding a Contractual dispute. |
| Jan. 23 Log | 1821 | David Rosenbaum, Esq. | Isaac Larian | | 9/4/2001 | Email | A/C | Email chain reflecting & requesting legal advice re product licensing |
| Jan. 2010 | 3275 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | | 9/6/2001 | Email | A/C | Email reflecting information shared with outside counsel and requesting legal advice regarding a Contractual dispute. |
| Jan. 2010 | 404 | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Isaac Larian (MGA) | Beth Cahill (MGA in-house paralegal) | 10/15/2001 | Email | A/C | Email reflecting information shared with outside counsel and requesting legal advice regarding potential litigation. |
| Jan. 2010 | 409 | Beth Cahill (MGA in-house paralegal) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Victoria O'Connor (MGA) | 10/23/01 | Email | A/C | Email reflecting and discussing legal advice from outside counsel on an Contractual issue. |
| Jan. 2010 | 451 | Isaac Larian (MGA); Beth Cahill (MGA in-house paralegal) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | Victoria O'Connor (MGA) | 11/27/2001 | Email | A/C | Email reflecting information shared with outside counsel and requesting legal advice regarding Contract terms. |
| Jan. 2010 | 455 | Beth Cahill (MGA in-house paralegal) | David Rosenbaum (Fischbach, Perlstein & Lieberman) | | 12/7/2001 | Email | A/C | Email reflecting information shared with outside counsel and requesting legal advice regarding potential litigation. |

Identified entries are intended to encompass all subparts to an email thread