| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building, 405 Howard Street |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 773-5700 |
| 5 | Facsimile: (415) 773-5759 |
| 6 | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| | wmolinski@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 8 | Los Angeles, CA 90017 |
| | Telephone: (213) 629-2020 |
| 9 | Facsimile: (213) 612-2499 |
| 10 | THOMAS S. McCONVILLE (State Bar No. 155905) |
| | tmcconville@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 12 | Irvine, CA 92614-2258 |
| | Telephone: (949) 567-6700 |
| | Facsimile: (949) 567-6710 |
| 13 | PATRICIA L. GLASER (State Bar No. 056688) |
| 14 | pglaser@glaserweil.com |
| | GLASER, WEIL, FINK, JACOBS, |
| 15 | HOWARD & SHAPIRO LLP |
| | 10250 Constellation Boulevard, 19th Floor |
| 16 | Los Angeles, CA 90067 |
| | Tel: (310) 553-3000/Fax: (310)556-2920 |
| 17 | Attorneys for MGA Parties |

**FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx). |
| | Consolidated with: |
| Plaintiff, | Case No. CV 04-9059 |
| | Case No. CV 05-2727 |
| v. | **Hon. David O. Carter** |
| MATTEL, INC., a Delaware corporation, | **APPLICATION TO FILE UNDER SEAL** |
| Defendant. | Discovery Cut-off: October 4, 2010 |
| | Pretrial Conference: January 4, 2011 |
| | Trial Date: January 11, 2011 |
| AND CONSOLIDATED ACTIONS | |

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. **MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

2. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

3. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 2 RE: EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY;**

4. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT AND APPEAL - MATTEL MOTION *IN LIMINE* NO. 3**

5. **MGA'S OPPOSITION TO MATTEL MIL 5;**

6. **MGA PARTIES' OPPOSITION TO MATTEL INC'S MOTION TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES - MGA PARTIES' OPPOSITION TO MOTION IN LIMINE NO. 7;**

7. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

8. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

9. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;**

10. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;

11. MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;

12. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;

13. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;

14. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;

15. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS - MATTEL MOTION *IN LIMINE* NO. 14;

16. MGA'S OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 15 TO PRECLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ALLEGED SPOLIATION OF EVIDENCE OR DISCOVERY MISCONDUCT BY MATTER OR IT'S COUNSEL;

17. MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 16 REGARDING ADVERSE INFERENCE AND PRECLUDING TESTIMONY;

18. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;

19. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;

20. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 19 TO EXCLUDE EVIDENCE ARGUMENT OR REFERENCE TO ANY MEDIATION OR INVOCATION OF STATUTORILY MANDATED MEDIATION CONFIDENTIALITY;

21. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;

22. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;

23. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;

24. DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;

25. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;

26. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;

27. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;

28. DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;

29. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

30. DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

31. DECLARATION OF ALEX COTE FILED IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

32. MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 25;

33. DECLARATION OF ANDRÉ DE LA CRUZ IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 25;

34. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26 [OPP'N. TO *DAUBERT* MOTION NO. 1];

35. DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26;

36. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI [OPP'N. TO *DAUBERT* MOTION NO. 2];

37. MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK - DAUBERT MOTION NO. 3;

38. DECLARATION OF FRANK D. RORIE IN OPPOSITION TO MATTEL MOTIONS IN LIMINE;

39. MGA PARTIES' OPPOSITION TO MATTEL INC.'S *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY;

40. DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 5 TO EXCLUDE TESTIMONY BY GLEN V. VILPPU;

41. **MGA PARTIES' OPPOSITION TO MATTEL'S DAUBERT MOTION IN LIMINE NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE; and**

42. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE**

The above documents reference and/or attach materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

For the foregoing reason, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Dated: December 19, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Thomas S. McConville
Attorneys for MGA Parties