1. ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2. WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3. ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building, 405 Howard Street
4. San Francisco, CA 94105
   Telephone: (415) 773-5700
5. Facsimile: (415) 773-5759

6. WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
7. ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8. Los Angeles, CA 90017
   Telephone: (213) 629-2020
9. Facsimile: (213) 612-2499

10. THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11. ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12. Irvine, CA 92614-2258
    Telephone: (949) 567-6700
    Facsimile: (949) 567-6710

13. PATRICIA L. GLASER (State Bar No. 056688)
    pglaser@glaserweil.com
14. GLASER, WEIL, FINK, JACOBS,
     HOWARD & SHAPIRO LLP
15. 10250 Constellation Boulevard, 19th Floor
    Los Angeles, CA 90067
16. Tel: (310) 553-3000/Fax: (310)556-2920

17. Attorneys for MGA Parties



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

18.             UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
19.                    SOUTHERN DIVISION

20. CARTER BRYANT, an individual,      | Case No. CV 04-9049-DOC (RNBx)
                                        | Consolidated with: Case No. CV 04-9059
21.          Plaintiff,                 | Case No. CV 05-2727

22.    v.                               | **Hon. David O. Carter**

23. MATTEL, INC., a Delaware           | **[PROPOSED] ORDER GRANTING
    corporation,                        | APPLICATION TO FILE UNDER SEAL**
24.
             Defendant.                 | Date: TBD
25.                                      | Time: TBD
                                         | Place: Courtroom 9D
26. AND CONSOLIDATED ACTIONS

27.

28.

The Court, having been informed by MGA Parties that the following documents have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below.

1. **MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

2. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATING TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ;**

3. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 2 RE: EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY;**

4. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT AND APPEAL - MATTEL MOTION *IN LIMINE* NO. 3**

5. ~~**MGA'S OPPOSITION TO MATTEL MIL 5;**~~

6. **MGA PARTIES' OPPOSITION TO MATTEL INC'S MOTION TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES - MGA PARTIES' OPPOSITION TO MOTION IN LIMINE NO. 7;**

7. **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

8. **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 9, TO EXCLUDE EVIDENCE OR ARGUMENT RE THE MGA PARTIES' RELIANCE ON ADVICE OF COUNSEL;**

9. **MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;**

10.    DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS;

11.    MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;

12.    DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE;

13.    MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;

14.    DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 13 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO STATUTE OF LIMITATIONS EVIDENCE;

15.    MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS - MATTEL MOTION *IN LIMINE* NO. 14;

16.    MGA'S OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 15 TO PRECLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ALLEGED SPOLIATION OF EVIDENCE OR DISCOVERY MISCONDUCT BY MATTER OR IT'S COUNSEL;

17.    MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 16 REGARDING ADVERSE INFERENCE AND PRECLUDING TESTIMONY;

18.    MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;

[PROP] ORDER GRANTING APPL. TO FILE UNDER SEAL
CASE NO. 04-9049 DOC (RNBX)

19.     **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF EMAIL FILTER AND TERM NHB;**

20.     **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 19 TO EXCLUDE EVIDENCE ARGUMENT OR REFERENCE TO ANY MEDIATION OR INVOCATION OF STATUTORILY MANDATED MEDIATION CONFIDENTIALITY;**

21.     **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;**

22.     **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT;**

23.     **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;**

24.     **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 21 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO MGA'S COUNTERCLAIMS IN REPLY;**

25.     **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;**

26.     **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 22 TO EXCLUDE REFERENCE TO PURPORTED BAD ACTS AND PREJUDICIAL DOCUMENTS;**

27.     **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;**

28.     **DECLARATION OF THOMAS S. McCONVILLE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 23 TO EXCLUDE EVIDENCE, ARGUMENT, OR REFERENCE TO MGA'S ALLEGATIONS REGARDING NPD, CARU, TIA, AND LICENSING;**

[PROP] ORDER GRANTING APPL. TO FILE UNDER SEAL
CASE NO. 04-9049 DOC (RNBX)

29.    MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

30.    DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES ;

31.    DECLARATION OF ALEX COTE FILED IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION IN LIMINE NO. 24 TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES;

32.    MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION IN LIMINE NO. 25;

33.    DECLARATION OF ANDRÉ DE LA CRUZ IN SUPPORT OF THE MGA PARTIES' OPPOSITION TO MATTEL INC.'S MOTION *IN LIMINE* NO. 25;

34.    MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26 [OPP'N. TO *DAUBERT* MOTION NO. 1];

35.    DECLARATION OF MARK P. WINE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO PRECLUDE MGA FROM INTRODUCING OR REFERRING TO CERTAIN EXPERT OPINIONS NOT PROPERLY DISCLOSED UNDER RULE 26;

36.    MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI [OPP'N. TO *DAUBERT* MOTION NO. 2];

37.    MGA PARTIES' OPPOSITION TO MATTEL'S MOTION *IN LIMINE* TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK - DAUBERT MOTION NO. 3;

38.    DECLARATION OF FRANK D. RORIE IN OPPOSITION TO MATTEL MOTIONS IN LIMINE;

39.    MGA PARTIES' OPPOSITION TO MATTEL INC.'S *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY;

40.    DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 5 TO EXCLUDE TESTIMONY BY GLEN V. VILPPU;

[PROP] ORDER GRANTING APPL. TO FILE UNDER SEAL
CASE NO. 04-9049 DOC (RNBX)

1

41.   **MGA PARTIES' OPPOSITION TO MATTEL'S DAUBERT MOTION IN LIMINE NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE; and**

2

3

42.   **DECLARATION OF THOMAS S. MCCONVILLE IN SUPPORT OF MGA'S PARTIES OPPOSITION TO MATTEL DAUBERT MOTION NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE**

4

5

6

7

**IT IS HEREBY ORDERED.**

8

9

DATED: _Dec 20_____, 2010

10

_David O. Carter_
_____
Hon. David O. Carter
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROP] ORDER GRANTING APPL. TO FILE UNDER SEAL
CASE NO. 04-9049 DOC (RNBX)