**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                           Date: February 7, 2011

Title: MATTEL, INC. V. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                              NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDERING PRODUCTION OF DOCUMENTS

      On September 25, 2010, the Court issued an order finding that MGA had waived the attorney-client privilege as to all communications that reflect MGA's pre-2001 knowledge regarding the birth of the Bratz concept. MGA was accordingly ordered to produce to Mattel all communications, including attorney-client communications, that reflected its pre-2001 knowledge about the birth of the Bratz concept, including but not limited to communications between MGA and its outside counsel, David Rosenbaum. MGA has since represented that it intends to rely upon an advice of counsel defense at the time of trial. Mattel requests that MGA produce certain attorney-client communications identified in various privilege logs. Those communications are listed in Exhibit A to Mattel's February 7, 2011 brief [Docket 9815]. In light of the Court's September 25, 2010 finding of waiver, as well as MGA's invocation of an advice of counsel defense, the Court orders that MGA produce to Mattel all communications that reflect its pre-2001 knowledge about the birth of the Bratz concept. All other communications listed in Exhibit A to Docket 9815 that MGA believes do not fall within the scope of the waiver shall be lodged with the Court for its in camera review on or before February 7, 2011. In addition to filing courtesy copies, MGA shall also present an electronic copy to the Clerk of the Court by 5:00 pm.

      The Clerk shall serve this minute order on all parties to the action.