# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                              Date: February 7, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

    Kathy Peterson                              Not Present
    Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

        NONE PRESENT                        NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MATTEL'S MOTION TO COMPEL

Mattel seeks to compel the production of all metadata associated with, and all iterations of, a draft email prepared by Isaac Larian that states "Make sure Paula is preped [sic] and doesn't know that Veronica was using Mattel Seamsters."

The draft email is dated January 19, 2008. Metadata about this communication includes information about "the date it was created, its author, when and by whom it was edited, what edits were made and [] the history of its transmission." Barbara J. Rothstein et al., Managing Discovery of Electronic Information at 3 (Fed. Jud. Ctr. 2007). Mattel argues that such information is relevant to prove that the email is authentic and that it was sent by Larian to MGA's counsel.

Although the email is a draft, it may be privileged. *Laethem Equip. Co. v. Deere & Co.*, 261 F.R.D. 127, 140 (E.D. Mich. 2009). Metadata associated with the email may also be privileged. *United States v. Hatfield* 2010 WL 142310 (E.D. N.Y. April, 7, 2010). Nevertheless, the Metadata may lead to the discovery of admissible evidence in light of the fact that it may evidence discovery conduct that shows consciousness of guilt and is connected to other recent activity involving witnesses in this litigation. Fed. R. Civ. P. 26. MGA is accordingly ordered to produce the Metadata and all iterations of the email for the Court's camera review on or before February 8, 2011 at 11:00 am.

Mattel's motion is therefore denied.

MINUTES FORM 11 DOC                          Initials of Deputy Clerk kp
CIVIL - GEN                                  Page 1 of 1