QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S SUPPLEMENTAL AND AMENDED PROPOSED JURY INSTRUCTIONS**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

1  Mattel, Inc. and Mattel de Mexico ("Mattel") hereby submit the following
2  supplemental and amended proposed jury instructions in this matter pursuant to
3  Local Rule 51-1.  Mattel submits these supplemental and amended proposed jury
4  instructions in addition to the jury instructions that the parties jointly proposed and
5  submitted to the Court on January 15, 2011 (Docket No. 9633) and Mattel's Fourth
6  Amended Proposed Jury Instructions, filed on January 24, 2011 (Docket No.
7  9683).  Mattel requests and reserves the right to amend, modify, withdraw and/or
8  supplement the following instructions before or during the trial of this matter.

DATED:  February 7, 2011        QUINN EMANUEL URQUHART &
                                SULLIVAN. LLP


                                By */s/ Michael T. Zeller*
                                   Michael T. Zeller
                                   Attorneys for Mattel, Inc. and Mattel de
                                   Mexico. S.A. de C.V.

# TABLE OF CONTENTS

| Number | Title | Source | Page |
|---|---|---|---|
| **Preliminary Instructions** | | | |
| MSJI No. 1A | PRIOR INCONSISTENT STATEMENTS AND PARTY ADMISSIONS | Fed. R. Evid. 801(d)(1) & 801(d)(2); *Harris v. Vector Mktg. Corp.*, 656 F. Supp. 2d 1128, 1133 (N.D. Cal. 2009); *Palmer v. Pioneer Inn Assocs., Ltd.*, 338 F.3d 981, 990 (9th Cir. 2003); *Pope v. Savings Bank of Puget Sound*, 850 F.2d 1345, 1356 (9th Cir. 1988); *Gen. Commc'ns Eng'g, Inc. v. Motorola Commc'ns & Elecs., Inc.*, 421 F. Supp. 274, 281 (N.D. Cal. 1976). | 1 |
| **Instructions for Mattel's Copyright Claims** | | | |
| MSJI No. 14A | COPYRIGHT INFRINGEMENT—CERTIFICATE OF COPYRIGHT REGISTRATION | 17 U.S.C. §§ 101, 106(2); 37 C.F.R. § 202.3(c); *United Fabrics Int'l, Inc. v. C & J Wear, Inc.*, --- F.3d ----, 2011 WL 222996, at *1 (9th Cir. Jan. 26, 2011). | 3 |
| **Remedies Instructions for Mattel's Claims** | | | |
| CACI 4409 | TRADE SECRET DAMAGES—ACTUAL LOSS | CACI 4409 (modified); CACI 3903N (modified). | 5 |
| CACI 4410 | TRADE SECRET DAMAGES—UNJUST ENRICHMENT | CACI 4410 (modified). | 7 |
| **Instructions for MGA's Trade Secret Claim** | | | |
| CACI 4407 | MISAPPROPRIATION BY USE | CACI 4407 (modified). | 9 |

# MATTEL SPECIAL JURY INSTRUCTION NO. 1A
# PRIOR INCONSISTENT STATEMENTS AND PARTY ADMISSIONS

Evidence that a witness has made a prior statement under oath that is inconsistent with his testimony may be considered for all purposes. Likewise, evidence of a party's own statement, or a statement made or adopted by a party's employee or agent during the existence of the employment or agency relationship, that is offered against that party may be considered for all purposes.

1  **Authority:** Fed. R. Evid. 801(d)(1) & 801(d)(2); *Harris v. Vector Mktg.*
2  *Corp.*, 656 F. Supp. 2d 1128, 1133 (N.D. Cal. 2009); *Palmer v. Pioneer Inn*
3  *Assocs., Ltd.*, 338 F.3d 981, 990 (9th Cir. 2003); *Pope v. Savings Bank of Puget*
4  *Sound*, 850 F.2d 1345, 1356 (9th Cir. 1988); *Gen. Commc'ns Eng'g, Inc. v.*
5  *Motorola Commc'ns & Elecs., Inc.*, 421 F. Supp. 274, 281 (N.D. Cal. 1976).

# MATTEL SPECIAL JURY INSTRUCTION NO. 14A
# COPYRIGHT INFRINGEMENT—
# CERTIFICATE OF COPYRIGHT REGISTRATION

Certain certificates of copyright registration have been introduced as evidence in this case. A certificate of copyright registration contains information about the copyrighted work based upon representations that were made by the applicant in the application for registration. A representation in an application for copyright registration that a work is derivative of a pre-existing work is a representation that the work is based on the pre-existing work and incorporates expression contained in the pre-existing work. A work that is derivative of a pre-existing work is infringing if it is created without authorization from the owner of the copyright in the pre-existing work.

1  **Authority:** 17 U.S.C. § 101 ("A 'derivative work' is a work based upon one
2  or more preexisting works"); 17 U.S.C. § 106(2) ("the owner of copyright under
3  this title has the exclusive rights . . . to prepare derivative works based upon the
4  copyrighted work"); 37 C.F.R. § 202.3(c) ("All applications submitted for
5  registration shall supply the information required by the particular application and
6  shall include a certification [that] shall consist of . . . [a] declaration that
7  information provided within the application is correct to the best of that party's
8  knowledge"); *United Fabrics Int'l, Inc. v. C & J Wear, Inc.*, --- F.3d ----, 2011 WL
9  222996, at *1 (9th Cir. Jan. 26, 2011) ("A copyright registration is 'prima facie
10 evidence of the validity of the copyright and the facts stated in the certificate.'")
11 (citing 17 U.S.C. § 410(c)).

**Instructions for Compensatory Damages**

**CACI 4409**

**TRADE SECRET DAMAGES—ACTUAL LOSS**

One measure of actual loss is lost profits. To recover damages for lost profits, Mattel must prove it is reasonably certain it would have earned profits but for the misappropriation by MGA, MGA Mexico, Mr. Larian and/or Mr. Machado. To decide the amount of damages for lost profits, you must determine the gross amount Mattel would have received but for the misappropriation and then subtract from that amount the expenses, namely operating costs and production costs, Mattel would have had if the misappropriation had not occurred.

The amount of the lost profits need not be calculated with mathematical precision, but there must be a reasonable basis for computing the loss.

**Authority:** CACI 4409 (modified); CACI 3903N (modified). Mattel has amended this instruction to list specific deductible expenses in conformance with CACI 3903N and to delete the opening sentence, which was repetitive of the instruction regarding "Remedies for the Misappropriation of Trade Secrets."

# CACI 4410

## TRADE SECRET DAMAGES—UNJUST ENRICHMENT

MGA, MGA Mexico, Mr. Larian and/or Mr. Machado were unjustly enriched if their misappropriation of Mattel's trade secrets caused them to receive a benefit that they otherwise would not have achieved.

To decide the amount of any unjust enrichment, first determine the value of the benefit obtained by MGA, MGA Mexico, Mr. Larian and/or Mr. Machado which would not have been achieved except for their misappropriation. Then subtract from that amount their reasonable expenses, such as operating costs and production costs, if any. In calculating the amount of any unjust enrichment, do not take into account any amount that you included in determining any amount of damages for Mattel's actual loss.

1  **Authority:** CACI 4410 (modified).  Mattel has amended this instruction to
2  list specific deductible expenses in conformance with CACI 4410.

## CACI 4407

## MISAPPROPRIATION BY USE

Mattel misappropriated MGA's trade secrets by use if Mattel:

1. Used MGA's trade secrets without MGA's consent; and

2. Did any of the following:

Acquired knowledge of the trade secrets by improper means; or

At the time of use, knew or had reason to know that its knowledge of MGA's trade secrets came from or through a third party and that the third party had a duty to MGA to keep the information secret.

1  **Authority:** CACI 4407 (modified).  Mattel has amended this instruction to
2  conform with CACI 4407, replacing the word "disclosure" with "use."

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

505.07975/3950898.3

-10-
MATTEL'S SUPPLEMENTAL AND AMENDED PROPOSED JURY INSTRUCTIONS