# APPENDIX A

**Mattel Products**

1. Club Birthday Car with Radio
2. My Scene Swappin' Styles
3. My Scene Stylin' Friend
4. My Scene Bryant, Hudson, River & Sutton (Male Characters)
5. My Scene Night on the Town
6. My Scene Dressed to Impress
7. My Scene Goes Hollywood: Party Limo
8. Bling Bling Vehicle
9. My Scene Vespa
10. My Scene Soft Pets
11. Bling Bling Posh Pets
12. My Scene Café
13. My Scene Club Scene
14. My Scene Boutique Scene
15. My Scene PJ Party
16. Girls Nite In
17. My Scene Spring Break
18. My Scene Madison's Loft
19. My Scene Convertible
20. My Scene Convertible (2003)
21. My Scene Delaney & Hudson Convertible
22. My Scene Mall Maniacs Playset
23. My Scene Mall Maniacs Sketchers Shoe Store Playset
24. My Scene Pets
25. Weekend Getaway Pets
26. Miami Getaway Pets
27. My Scene Barbie Club Birthday
28. My Scene Sound Lounge
29. My Scene Sound Lounge Special Edition - Night on The Town
30. My Scene Jammin' in Jamaica
31. My Scene Jammin' in Jamaica Guava Gulch
32. My Scene Night On the Town
33. My Scene Day & Nite
34. My Scene Jungilicious Salon Safari
35. My Scene Salon Safari
36. My Scene Miami Getaway Doll on Vespa
37. My Scene Barbie Sporty Style
38. My Scene Miami Getaway Soft Pet Assortment
39. My Scene Rock Awards
40. My Scene Masquerade Madness
41. My Scene Out Doors Camping
42. Barbie Camping Family
43. Barbie Cali Girl Horseback Riding Doll

44. My Scene Rock Out!
45. Wild Wild West Barbie
46. Holiday Barbie
47. My Scene Hollywood
48. Barbie Collector Holiday 2005
49. My Scene Snow Glam
50. My Scene Chillin' Out 80K Free Cell Phones
51. My Scene Mobile phone (Nokia)
52. My Scene Stylin Head Playset