ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:    213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**THE MGA PARTIES' REQUEST FOR JUDICIAL NOTICE OF TRADEMARK APPLICATIONS AND STATUS REPORTS FOR "BRATZ" TRADEMARKS PRIOR TO 2000** |

# TABLE OF AUTHORITIES

**Page**

## FEDERAL CASES

*Denius v. Dunlap*,
  330 F.3d 919 (7th Cir. 2003) ..................................................................................2

*Kaempe v. Myers*,
  367 F.3d 958 (D.C. Cir. 2004) ................................................................................2

*MGIC Indem. Corp v. Weisman*,
  803 F.2d 500 (9th Cir. 1986) ..................................................................................2

*United States v. Ritchie*,
  342 F.3d 903 (9th Cir. 2003) .............................................................................1, 2

*Vitek Systems, Inc. v. Abbott Laboratories*,
  675 F.2d 190 (8th Cir. 1982) ..................................................................................2

## FEDERAL STATUTES

Fed. R. Evid. 201 ......................................................................................................1, 2

Fed. R. Evid. 210 .........................................................................................................2

Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA HK Ltd., and Isaac Larian (collectively, the "MGA Parties") respectfully request that the Court take judicial notice of (a) facts reflected in trademark applications and status reports from the United States Patent and Trademark Office ("PTO") and Louisiana Secretary of State for "Bratz," "Brats," and "Brat" trademark applications filed and publicly available before 2000 and (b) the applications and status reports.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known'…or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned . . . .'"). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

The facts that are the subject of this request are capable of accurate and ready determination by sources whose accuracy cannot reasonably be questioned. The facts in question are recorded in or established by filings with the PTO or the Louisiana Secretary of State. Pursuant to Rule 201(d), the MGA Parties are submitting (1) copies of trademark applications for various "Bratz," "Brats," and "Brat" trademarks that were submitted to the PTO and the Louisiana Secretary of State and publicly available before 2000; (2) printouts from the Trademark Applications and Registrations Retrieval ("TARR") web server of the PTO (tarr.uspto.gov) regarding the status of the applications, and (3) registration information from the Louisiana Secretary of State.

1   A federal court may take judicial notice of public records, including PTO
2   records. *See United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (courts
3   may take judicial notice of public records); *MGIC Indem. Corp v. Weisman,* 803
4   F.2d 500, 504 (9th Cir. 1986); *Vitek Systems, Inc. v. Abbott Laboratories*, 675 F.2d
5   190, 192 n.4 (8th Cir. 1982) (a court may take judicial notice of documents filed
6   with the U.S. Patent and Trademark Office); *Kaempe v. Myers*, 367 F.3d 958, 965
7   (D.C. Cir. 2004); *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir. 2003) (taking
8   judicial notice of information on official government website pursuant to Rule 201).
9   Judicial notice of the PTO and Louisiana Secretary of State records allows the
10  Court to take notice of certain facts either set forth in or established by the records
11  because they show that the facts are "capable of accurate and ready determination
12  by resort to sources whose accuracy cannot be reasonably questioned."
13      The MGA Parties request that the Court take judicial notice of the following
14  pursuant to Rule 210(b) and (d):
15      1. On or about November 25, 1991, Cammeron Jordan of Beverly Hills,
16  California filed an application for the registration of **BEVERLY HILLS BRATZ**
17  as a trademark for "dolls and dolls' accessories and dolls' clothing" in International
18  Class 28. *See* **Exhibit 1** (certified copy of application for BEVERLY HILLS
19  BRATZ; Serial No. 74225219; Trademark Application 74/225,219; filed on
20  November 25, 1991) (Trial Exhibit 34814).
21      2. No later than January 27, 1992, Trademark Application 74/225,219 was
22  available to the general public in the files of the PTO.
23      3. **Exhibit 1.**
24      4. As of April 26, 1995, the application of Cammeron Jordan for the
25  registration of **BEVERLY HILLS BRATZ** as a trademark for "dolls and dolls'
26  accessories and dolls' clothing" in International Class 28 was abandoned. *See*
27  **Exhibit 2** (printout from TARR web server regarding status of Serial No.
28  74225219; generated on January 5, 2011) (Trial Exhibit 34511).

1     5. **Exhibit 2**.

2     6. On or about May 4, 1999, Pangea Corporation of Dana Point, California filed an application for the registration of **BRAT BOARDS** as a trademark for "games, toys, and playthings" in International Class 28. *See* **Exhibit 3** (copy of application for BRAT BOARDS; Serial No. 75699609; Trademark Application 75/699,609; filed on May 4, 1999) (Trial Exhibit 34823).

    7. No later than July 6, 1999, Trademark Application 75/699,609 was available to the general public in the files of the PTO.

    8. **Exhibit 3**.

    9. As of April 6, 2000, the application of Pangea Corporation for the registration of **BRAT BOARDS** as a trademark for "games, toys, and playthings" in U.S. Class 22 and International Class 28 was abandoned. *See* **Exhibit 4** (printout from TARR web server regarding status of Serial No. 75699609; generated on January 5, 2011) (Trial Exhibit 34548).

    10. **Exhibit 4**.

    11. On or about April 16, 1998, Rodney E. Cliff of Sunrise, Florida filed an application for the registration of **BRAT PACK AND DESIGN** as a trademark for "Childrens Doll/Back Packs, Childrens Clothing, Childrens Coloring Booksgames, toys, and playthings" in International Class 28. *See* **Exhibit 5** (copy of application for BRAT PACK AND DESIGN; Serial No. 75468701; Trademark Application 75/468,701; filed on April 16, 1998) (Trial Exhibit 34841).

    12. No later than June 16, 1998, Trademark Application 75/468,701 was available to the general public in the files of the PTO.

    13. **Exhibit 5**.

    14. As of November 15, 2000, the application of Rodney E. Cliff for the registration of **BRAT PACK AND DESIGN** as a trademark for "Childrens Doll/Back Packs, Childrens Clothing, Childrens Coloring Booksgames, toys, and playthings" in International Class 28 was abandoned. See **Exhibit 6** (printout from

1 TARR web server regarding status of Serial No. 75468701; generated on January 5,
2 2011) (Trial Exhibit 34536).

3     15. **Exhibit 6**.

4     16. On or about March 2, 1998, The Jim Henson Company, Inc. of New
5 York, New York and Hollywood, California filed an application for the registration
6 of **BRATS OF THE LOST NEBULA** as a trademark for, among other things,
7 "toys and games; action toys and accessories, including action figures, action figure
8 accessories, role playing sets, figurines made of PVC, miniature figures and scene
9 sets; toy vehicles, including radio and remote controlled vehicles, battery powered
10 vehicles, miniature vehicles, and non-powered vehicles; dolls; games, including
11 card games, dice games, strategy games, action games, travel games, and electronic
12 learning games; puzzles; Halloween costumes, balloons; novelty toys and electronic
13 novelty toys, including key chains and toy banks; activity toys, including building
14 sets, mechanical design toys, model kits and accessories; and play tents" in
15 International Class 28. *See* **Exhibit 7** (copy of application for **BRATS OF THE**
16 **LOST NEBULA**; Serial No. 75442544; Trademark Application 75/442,544; filed
17 on March 2, 1998) (Trial Exhibit 34842).

18     17. No later than May 4, 1998, Trademark Application 75/442/544 was
19 available to the general public in the files of the PTO.

20     18. **Exhibit 7**.

21     19. As of August 6, 1999, the application of The Jim Henson Company, Inc.
22 for the registration of **BRATS OF THE LOST NEBULA** as a trademark for,
23 among other things, "toys and games; action toys and accessories, including action
24 figures, action figure accessories, role playing sets, figurines made of PVC,
25 miniature figures and scene sets; toy vehicles, including radio and remote
26 controlled vehicles, battery powered vehicles, miniature vehicles, and non-powered
27 vehicles; dolls; games, including card games, dice games, strategy games, action
28 games, travel games, and electronic learning games; puzzles; Halloween costumes,

1  balloons; novelty toys and electronic novelty toys, including key chains and toy
2  banks; activity toys, including building sets, mechanical design toys, model kits and
3  accessories; and play tents" in International Class 28 was abandoned. *See* **Exhibit
4  8** (printout from TARR web server regarding status of Serial No. 75442544;
5  generated on January 5, 2011) (Trial Exhibit 34535).

6  20. **Exhibit 8**.

7  21. On or about January 26, 1996, 4 Kidz, Inc. of Stamford, Connecticut
8  filed an application for the registration of **LABBRATS AND DESIGN** as a
9  trademark for "games and playthings, namely fanciful novelty character playballs"
10 in International Class 28. *See* **Exhibit 9** (copy of Trademark Application for
11 **LABBRATS AND DESIGN**; Serial No. 75052923; Trademark Application
12 75/052,923; filed on January 26, 1996) (Trial Exhibit 34843).

13 22. No later than March 26, 1996, Trademark Application 75/052,923 was
14 available to the general public in the files of the PTO.

15 23. **Exhibit 9**.

16 24. On or about June 3, 1997, **LABBRATS AND DESIGN** was registered
17 on the Principal Register as a trademark for "games and playthings, namely fanciful
18 novelty character playballs" in International Class 28. *See* **Exhibit 10** (printout
19 from TARR web server regarding status of Serial No. 75052923; generated on
20 January 5, 2011) (Trial Exhibit 34526).

21 25. **Exhibit 10**.

22 26. On or about January 16, 1996, Lisa R. Consoli of San Diego, California
23 filed an application for the registration of **BRATZ** as a trademark for "snowboards"
24 in International Class 28. *See* **Exhibit 11** (copy of Trademark Application for
25 **BRATZ**; Serial No. 75042551; Trademark Application 75/042,551; filed on
26 January 16, 1996) (Trial Exhibit 34844).

27 27. No later than March 18, 1996, Trademark Application 75/042,551 was
28 available to the general public in the files of the PTO.

| | |
|---|---|
| 1 | 28. **Exhibit 11**. |
| 2 | 29. On or about December 3, 1996, **BRATZ** was registered on the Principal |
| 3 | Register as a trademark for "snowboards" in International Class 28. *See* **Exhibit 12** |
| 4 | (printout from TARR web server regarding status of Serial No. 75042551; |
| 5 | generated on January 5, 2011) (Trial Exhibit 34525). |
| 6 | 30. **Exhibit 12**. |
| 7 | 31. On or about March 28, 1994, The Toy Works, Inc. of Middle Falls, New |
| 8 | York filed an application for the registration of **BRAT BAT AND DESIGN** as a |
| 9 | trademark for "games and playthings, namely: soft dolls" in International Class 28. |
| 10 | *See* **Exhibit 13** (copy of Trademark Application for **BRAT BAT AND DESIGN**; |
| 11 | Serial No. 74505891; Trademark Application 74/505,891; filed on March 28, 1994) |
| 12 | (Trial Exhibit 34845). |
| 13 | 32. No later than May 30, 1994, Trademark Application 74/505,891 was |
| 14 | available to the general public in the files of the PTO. |
| 15 | 33. **Exhibit 13**. |
| 16 | 34. On or about February 14, 1995, **BRAT BAT AND DESIGN** was |
| 17 | registered on the Principal Register as a trademark for "games and playthings, |
| 18 | namely: soft dolls" in International Class 28. *See* **Exhibit 14** (printout from TARR |
| 19 | web server regarding status of Serial No. 74505891; generated on January 5, 2011) |
| 20 | (Trial Exhibit 34518). |
| 21 | 35. **Exhibit 14**. |
| 22 | 36. On or about May 17, 1993, Darrow Publishing Co., Inc. of Mustang, |
| 23 | Oklahoma filed an application for the registration of **MILITARY BRATS** as a |
| 24 | trademark for, among other things, "dolls and collectible dolls" in International |
| 25 | Class 28. *See* **Exhibit 15** (copy of Trademark Application for **MILITARY** |
| 26 | **BRATS**; Serial No. 74391218; Trademark Application 74/391,218; filed on May |
| 27 | 17, 1993) (Trial Exhibit 34846). |
| 28 | 37. No later than July 19, 1993, Trademark Application 74/391,218 was |

1 available to the general public in the files of the PTO.

2     38. **Exhibit 15**.

3     39. As of July 5, 1996, the application of Darrow Publishing Co., Inc. for the
4 registration of **MILITARY BRATS** as a trademark for, among other things, "dolls
5 and collectible dolls" in International Class 28 was abandoned. *See* **Exhibit 16**
6 (printout from Trademark Applications and Registrations Retrieval ("TARR") web
7 server regarding status of Serial No. 74391218; generated on January 5, 2011)
8 (Trial Exhibit 34516).

9     40. **Exhibit 16**.

10     41. On or about March 27, 1991, Pangea Corporation of Pasadena,
11 California filed an application for the registration of **ARMY BRATS** as a
12 trademark for, among other things, "toys, games and playthings" in International
13 Class 28. *See* **Exhibit 17** (copy of Trademark Application for **ARMY BRATS**;
14 Serial No. 74152534; Trademark Application 74/152,534; filed on March 27, 1991)
15 (Trial Exhibit 34782).

16     42. No later than May 27, 1991, Trademark Application 74/152,534 was
17 available to the general public in the files of the PTO.

18     43. **Exhibit 17**.

19     44. On or about July 9, 1996, **ARMY BRATS** was registered on the
20 Principal Register as a trademark for "toys, games and playthings" in International
21 Class 28. *See* **Exhibit 18** (printout from TARR web server regarding status of
22 Serial No. 7415234; generated on January 5, 2011) (Trial Exhibit 34509).

23     45. **Exhibit 18**.

24     46. On or about November 2, 1990, Nikko America, Inc. of Richardson,
25 Texas filed an application for the registration of **BRAT** as a trademark for "toy
26 vehicles – namely radio-controlled, battery-powered automobiles" in International
27 Class 28. *See* **Exhibit 19** (copy of Trademark Application for **BRAT**; Serial No.
28 74111696; Trademark Application 74/111,696; filed on November 2, 1990) (Trial

1  Exhibit 34783).

2  47. No later than January 2, 1991, Trademark Application 74/111,696 was
3  available to the general public in the files of the PTO.

4  48. **Exhibit 19**.

5  49. As of January 14, 1992, the application of Nikko America, Inc. for the
6  registration of **BRAT** as a trademark for "toy vehicles – namely radio-controlled,
7  battery-powered automobiles" in International Class 28 was abandoned. *See*
8  **Exhibit 20** (printout from TARR web server regarding status of Serial No.
9  74111696; generated on January 5, 2011) (Trial Exhibit 34505).

10  50. **Exhibit 20**.

11  51. On or about November 1, 1990, Catco, Inc. of New York, New York
12  filed an application for the registration of **BRAT AND DESIGN** as a trademark for
13  "balloon-type play balls" in International Class 28. *See* **Exhibit 21** (copy of
14  Trademark Application for **BRAT AND DESIGN**; Serial No. 74111347;
15  Trademark Application 74/111,347; filed on November 1, 1990) (Trial Exhibit
16  34785).

17  52. No later than January 2, 1991, Trademark Application 74/111,696 was
18  available to the general public in the files of the PTO.

19  53. **Exhibit 21**.

20  54. On or about June 9, 1992, **BRAT AND DESIGN** was registered on the
21  Principal Register as a trademark for "balloon-type play balls" in International
22  Class 28. *See* **Exhibit 22** (printout from TARR web server regarding status of
23  Serial No. 74111347; generated on January 5, 2011) (Trial Exhibit 34504).

24  55. **Exhibit 22**.

25  56. On or about November 16, 1989, Diversified Fashions Inc. of St. Louis,
26  Missouri filed an application for the registration of **SURF PACK BRATS** as a
27  trademark for "30 piece plush toy line" in International Class 28. *See* **Exhibit 23**
28  (copy of Trademark Application for **SURF PACK BRATS**; Serial No. 74000239;

1  Trademark Application 74/000,239; filed on November 16, 1990) (Trial Exhibit
2  34788).

3      57. No later than January 16, 1990, Trademark Application 74/000,239 was
4  available to the general public in the files of the PTO.

5      58. **Exhibit 23**.

6      59. As of October 3, 1990, the application of Diversified Fashions Inc. for
7  the registration of **SURF PACK BRATS** as a trademark for "30 piece plush toy
8  line" in International Class 28 was abandoned. *See* **Exhibit 20** (printout from
9  TARR web server regarding status of Serial No. 74000239; generated on January 5,
10  2011) (Trial Exhibit 34497).

11      60. **Exhibit 24**.

12      61. On or about November 9, 1987, Combi Co., Ltd. of Tokyo, Japan filed
13  an application for the registration of **LI'L BRAT** as a trademark for "ride-on toys"
14  in International Class 28. *See* **Exhibit 25** (copy of Trademark Application for **LI'L**
15  **BRAT**; Serial No. 73694134; Trademark Application 73/694,134; filed on
16  November 9, 1987) (Trial Exhibit 34786).

17      62. No later than January 11, 1988, Trademark Application 73/694,134 was
18  available to the general public in the files of the PTO.

19      63. **Exhibit 25**.

20      64. On or about June 7, 1988, **LI'L BRAT** was registered on the Principal
21  Register as a trademark for "ride-on toys" in International Class 28. *See* **Exhibit 26**
22  (printout from TARR web server regarding status of Serial No. 73694134;
23  generated on January 5, 2011) (Trial Exhibit 34492).

24      65. As of December 12, 1994, the registration of **LI'L BRAT** as a trademark
25  for "ride-on toys" in International Class 28 was canceled. *See* **Exhibit 26** (printout
26  from TARR web server regarding status of Serial No. 73694134; generated on
27  January 5, 2011) (Trial Exhibit 34492).

28      66. **Exhibit 26**.

67. On or about November 16, 1998, The Attitude Guys of Chatsworth, California filed an application for the registration of **SNOTTY BRAT** as a trademark for "Womens Clothing for juniors which features, but is not limited to, skirts, dresses, shorts, jeans, tops, pants, vests, sweatshirts, and a 'technical' line of polar fleece outerwear which consists of cold weather sports attire, featuring, but not limited to, ski wear, cycling wear, mountain biking wear and polar fleece outerwear" in International Class 25. *See* **Exhibit 27** (copy of Trademark Application for **SNOTTY BRAT**; Serial No. 75589855; Trademark Application 75/589,855; filed on November 16, 1998) (Trial Exhibit 34820).

68. No later than January 18, 1999, Trademark Application 75/589,855 was available to the general public in the files of the PTO.

69. **Exhibit 27**.

70. As of January 22, 2001, the application of The Attitude Guys for the registration of **SNOTTY BRAT** as a trademark for "Womens Clothing for juniors which features, but is not limited to, skirts, dresses, shorts, jeans, tops, pants, vests, sweatshirts, and a 'technical' line of polar fleece outerwear which consists of cold weather sports attire, featuring, but not limited to, ski wear, cycling wear, mountain biking wear and polar fleece outerwear" in International Class 25 was abandoned. *See* **Exhibit 28** (printout from TARR web server regarding status of Serial No. 75589855; generated on January 5, 2011) (Trial Exhibit 34543).

71. **Exhibit 28**.

72. On or about September 8, 1998, Khanh Pham of Plano, Texas filed an application for the registration of **LITTLE BRAT** as a trademark for "clothing for children" in International Class 25. *See* **Exhibit 29** (copy of Trademark Application for **LITTLE BRAT**; Serial No. 75549219; Trademark Application 75/549219; filed on September 8, 1998) (Trial Exhibit 34819).

73. No later than November 9, 1998, Trademark Application 75/549,219 was available to the general public in the files of the PTO.

1  74. **Exhibit 29**.

2  75. On or about September 28, 1999, **LITTLE BRAT** was registered on the
3  Principal Register as a trademark for "clothing for children" in International Class
4  25. *See* **Exhibit 30** (printout from TARR web server regarding status of Serial No.
5  75549219; generated on January 5, 2011) (Trial Exhibit 34542).

6  76. **Exhibit 30**.

7  77. On or about February 8, 1993, Vertical Productions by Team Design,
8  Inc. of Ronkonkoma, New York filed an application for the registration of
9  **SPOILED BRAT** as a trademark for "clothing, namely; sports and leisure wear,
10 shorts, pants, shirts, t-shirts, jerseys, tights, socks, jackets, sweaters, caps and hats,
11 pullovers, and warm-up suits" in International Class 25. *See* **Exhibit 31** (copy of
12 Trademark Application for **SPOILED BRAT**; Serial No. 74356429; Trademark
13 Application 74/356,429; filed on February 8, 1993) (Trial Exhibit 34835).

14 78. No later than April 8, 1993, Trademark Application 74/356,429 was
15 available to the general public in the files of the PTO.

16 79. **Exhibit 31**.

17 80. On or about March 8, 1994, **SPOILED BRAT** was registered on the
18 Principal Register as a trademark for "clothing, namely; sports and leisure wear,
19 shorts, pants, shirts, t-shirts, jerseys, tights, socks, jackets, sweaters, caps and hats,
20 pullovers, and warm-up suits" in International Class 25. *See* **Exhibit 32** (printout
21 from TARR web server regarding status of Serial No. 74356429; generated on
22 January 5, 2011) (Trial Exhibit 34514).

23 81. **Exhibit 32**.

24 82. On or about March 25, 1992, Martine Van Hest of Exton, Pennsylvania
25 filed an application for the registration of **SPOILED BRATS CLUB** as a
26 trademark for "children clothing and accessories namely T-shirts, pants, shoes,
27 socks and hats" in International Class 25, and "childrens furniture and accessories
28 namely armoires, dressers, bookcases, mirrors, frames and cutouts" in International

- 11 -
REQUEST FOR JUDICIAL NOTICE
CV-04-9049 DOC (RNBx)

| | |
|---|---|
| 1 | Class 20. *See* **Exhibit 33** (copy of Trademark Application for **SPOILED BRATS** |
| 2 | **CLUB**; Serial No. 74258941; Trademark Application 74/258,941; filed on March |
| 3 | 25, 1992) (Trial Exhibit 34836). |
| 4 | 83. No later than May 25, 1992, Trademark Application 74/258,941 was |
| 5 | available to the general public in the files of the PTO. |
| 6 | 84. **Exhibit 33**. |
| 7 | 85. As of August 26, 1993, the application of Martine Van Hest for the |
| 8 | registration of **SPOILED BRATS CLUB** as a trademark for "children clothing and |
| 9 | accessories namely T-shirts, pants, shoes, socks and hats" in International Class 25, |
| 10 | and "childrens furniture and accessories namely armoires, dressers, bookcases, |
| 11 | mirrors, frames and cutouts" in International Class 20 was abandoned. *See* **Exhibit** |
| 12 | **34** (printout from TARR web server regarding status of Serial No. 74258941; |
| 13 | generated on January 5, 2011) (Trial Exhibit 34513). |
| 14 | 86. **Exhibit 34**. |
| 15 | 87. On or about December 24, 1990, Vertical Productions by Team Design, |
| 16 | Inc. of Ronkonkoma, New York filed an application for the registration of |
| 17 | **SPOILED BRAT** as a trademark for "clothing" in International Class 25. *See* |
| 18 | **Exhibit 35** (copy of Trademark Application for **SPOILED BRAT**; Serial No. |
| 19 | 74126258; Trademark Application 74/126,258; filed on December 24, 1990) (Trial |
| 20 | Exhibit 34837). |
| 21 | 88. No later than February 25, 1991, Trademark Application 74/126,258 was |
| 22 | available to the general public in the files of the PTO. |
| 23 | 89. **Exhibit 35**. |
| 24 | 90. On or about February 23, 1993, **SPOILED BRAT** was registered on the |
| 25 | Principal Register as a trademark for "clothing" in International Class 25. *See* |
| 26 | **Exhibit 36** (printout from TARR web server regarding status of Serial No. |
| 27 | 74126258; generated on January 5, 2011) (Trial Exhibit 34508). |
| 28 | 91. As of August 30, 1999, the registration of **SPOILED BRAT** as a |

- 12 -
REQUEST FOR JUDICIAL NOTICE
CV-04-9049 DOC (RNBx)

1 trademark for "clothing" in International Class 25 was canceled.  *See* **Exhibit 36**

2 (printout from TARR web server regarding status of Serial No. 74126258;

3 generated on January 5, 2011) (Trial Exhibit 34508).

4     92.  **Exhibit 36**.

5     93.  On or about August 10, 1990, Brat Wear, Inc. of Leominster,

6 Massachusetts filed an application for the registration of **BRAT WEAR** as a

7 trademark for "children's clothing" in International Class 25.  *See* **Exhibit 37** (copy

8 of Trademark Application for **BRAT WEAR**; Serial No. 74086939; Trademark

9 Application 74/086,939; filed on August 10, 1990) (Trial Exhibit 34838).

10     94.  No later than October 10, 1990, Trademark Application 74/086,939 was

11 available to the general public in the files of the PTO.

12     95.  **Exhibit 37**.

13     96.  As of July 30, 1991, the application of Brat Wear, Inc. for the

14 registration of **BRAT WEAR** as a trademark for "children's clothing" in

15 International Class 25 was abandoned.  *See* **Exhibit 38** (printout from TARR web

16 server regarding status of Serial No. 74086939; generated on January 5, 2011)

17 (Trial Exhibit 34503).

18     97.  **Exhibit 38**.

19     98.  On or about October 8, 1986, Henway Apparel, Inc. of New York, New

20 York filed an application for the registration of **BRATZ** as a trademark for

21 "children's apparel, shirts and pants-knits" (later modified to "children's apparel,

22 namely knit shirts, pants and jackets") in International Class 25.  *See* **Exhibit 39**

23 (copy of Trademark Application for **BRATZ**; Serial No. 73624645; Trademark

24 Application 73/624,645; filed on October 8, 1986) (Trial Exhibit 34839); **Exhibit**

25 **40** (printout from TARR web server regarding status of Serial No. 73624645;

26 generated on January 5, 2011) (Trial Exhibit 34491).

27     99.  No later than December 8, 1986, Trademark Application 73/624,645 was

28 available to the general public in the files of the PTO.

1    100.  **Exhibit 39**.

2    101.  As of February 16, 1990, the application of Henway Apparel, Inc. for
the registration of **BRATZ** as a trademark for "children's apparel, namely knit
shirts, pants and jackets" in International Class 25 was abandoned.  *See* **Exhibit 40**
(printout from TARR web server regarding status of Serial No. 73624645;
generated on January 5, 2011) (Trial Exhibit 34491).

    102.  **Exhibit 40**.

    103.  On or about September 26, 1986, Sue & Sam Co., Inc. of Brooklyn,
New York filed an application for the registration of **BRATZ** as a trademark for
"Children's sportswear" (later modified to "Children's knitwear namely knit shirts,
sweat suits, sweat pants, skirts, knit dresses, slacks sets") in International Class 25.
*See* **Exhibit 41** (copy of Trademark Application for **BRATZ**; Serial No. 73622318;
Trademark Application 73/622,318; filed on September 26, 1986) (Trial Exhibit
34840); **Exhibit 42** (printout from TARR web server regarding status of Serial No.
73622318; generated on January 5, 2011) (Trial Exhibit 34490).

    104.  No later than November 26, 1986, Trademark Application 73/622,318
was available to the general public in the files of the PTO.

    105.  **Exhibit 41**.

    106.  As of February 22, 1989, the application of Sue & Sam Co., Inc. for the
registration of **BRATZ** as a trademark for "Children's knitwear namely knit shirts,
sweat suits, sweat pants, skirts, knit dresses, slacks sets" in International Class 25
was abandoned.  *See* **Exhibit 42** (printout from TARR web server regarding status
of Serial No. 73622318; generated on January 5, 2011) (Trial Exhibit 34490).

    107.  **Exhibit 42**.

    108.  On or about April 5, 1982, Gallery Industries of Los Angeles,
California filed an application for the registration of **B.R.A.T.S.** as a trademark for
"Mens and Boys shirts" in International Class 25.  *See* **Exhibit 43** (copy of
Trademark Application for **B.R.A.T.S.**; Serial No. 73358460; Trademark

1   Application 73/358,460; filed on April 5, 1982) (Trial Exhibit 34787).

2       109. No later than June 7, 1982, Trademark Application 73/358,460 was
3   available to the general public in the files of the PTO.

4       110. **Exhibit 43**.

5       111. On or about July 19, 1983, **B.R.A.T.S.** was registered on the Principal
6   Register as a trademark for "Mens and Boys shirts" in International Class 25. *See*
7   **Exhibit 44** (printout from TARR web server regarding status of Serial No.
8   73358460; generated on January 5, 2011) (Trial Exhibit 34486).

9       112. As of October 10, 1990, the registration of **B.R.A.T.S.** as a trademark
10   for "Mens and Boys shirts" in International Class 25 was canceled. *See* **Exhibit 44**
11   (printout from TARR web server regarding status of Serial No. 73358460;
12   generated on January 5, 2011) (Trial Exhibit 34486).

13       113. **Exhibit 44**.

14       114. On or about July 29, 1999, Paula B. Guerin of Plaquemine, Louisiana
15   registered **BRATS AND LOGO: EACH LETTER MULTI-COLORED –**
16   **COLOERED LINE LEADING TO CRAYON** as a trademark for "Dolls" in
17   Class 35, Miscellaneous with the Louisiana Secretary of State. *See* **Exhibit 45**
18   (copy of Trademark Application for **BRATS AND LOGO: EACH LETTER**
19   **MULTI-COLORED – COLORED LINE LEADING TO CRAYON**) (Trial
20   Exhibit 35223).

21       115. No later than September 29, 1999, the registration of Paula B. Guerin of
22   **BRATS AND LOGO: EACH LETTER MULTI-COLORED – COLORED**
23   **LINE LEADING TO CRAYON** was available to the general public in the files of
24   the Louisiana Secretary of State.

25   Dated: February 8, 2011       ORRICK, HERRINGTON & SUTCLIFFE LLP

26

27                         By:    */s/ Annette L. Hurst*
                                        ANNETTE L. HURST
28                                   Attorneys for MGA Parties