# Exhibit 1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *74/225,219*
FILING DATE: *November 25, 1991*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



MGA2 3941380

RJN Ex. 1 - Page 16   TX 34814-00001

TRADEMARK APPLICATION SERIAL NO. 74/225219

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

080 JK 12/04/91 74225219          0 301     175.00 CK 87-134

PTO-1555
(5/87)

MGA2 3941381

RJN Ex. 1 - Page 17    TX 34814-00002

```
TRADEMARK
DOCKET NO. 87-134
MARK:   BEVERLY HILLS BRATZ
INT. CLASS(ES):  28
```

## TRADEMARK APPLICATION ON PRINCIPAL REGISTER WITH DECLARATION

To the Assistant Secretary and

Hon. Commissioner of Patents and Trademarks

Washington, D.C. 20231

Applicant's name and business address: Cammeron Jordan, 9301 Wilshire Boulevard, Suite 201, Beverly Hills, California, 90211.

Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 et. seq., as amended) for the following goods: (dolls and dolls' accessories and dolls' clothing) in Int. Class 28, and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods (15 U.S.C. § 1051(b), as amended).

Applicant intends to use the mark on or in connection with the goods on labels, tags and other materials customary in the trade.

MGA2 3941382

RJN Ex. 1 - Page 18    TX 34814-00003

## POWER OF ATTORNEY

Cammeron Jordan hereby appoints L. A. Clifford, Reg. 33,854; W. Poms. Reg. 18,782; D. J. Oldenkamp, reg. 29,421; G. P. Smith, Reg. 20,142; G. E. Lande, Reg. 22,222; C. Darrow, Reg. 30,166; A. C. rose, Reg. 17,047; K. A. MacLean, Reg. 31,118; T. B. Serota, Reg. 31,421; B. R. Gans, Reg. 27,443; L. J. Bovasso, Reg. 24,075; B. A. Bocchieri, Reg. 31,739; R. E. Campbell, Reg. 34,790; C. Rosenberg, Reg. 31,464; B. W. Kasell, Reg. 33,522; M. B. Lachuk, Reg. 31,536; D. F. Sullivan, Reg. 31,572; R. F. Carr, Reg. 17,110; R. L. Gausewitz, Reg. 16,960; A. Rothenberg, reg. 17,843; D. S. guttman, Reg. 27,479; M. D. Harris, Reg. 26,690; J. A. Henricks, Reg. 31,168; J. C. Henry, Reg. 34,347; E. F. O'Connor, Reg. 25,903; F. G. Rushford, Reg. 34,421; J. R. Roggen, Reg. 34,417; M. J. Kesten; H. F. Brotman; A. P. Block; each of whom is a member of the State Bar of California and whose address is:

> POMS, SMITH, LANDE & ROSE
> Professional Corporation
> 2121 Avenue of the Stars
> Suite 1400
> Los Angeles, CA 90067
> Telephone: 310/788-5000
> Attention: Lisa Clifford

to prosecute this application to registration, to transact all business in the Patent and Trademark Office in connection therewith and to receive the Certificate of Registration.

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by

2

MGA2 3941383

RJN Ex. 1 - Page 19    TX 34814-00004

fine or imprisonment, or both under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declare that I believe I am the owner of the trademark sought to be registered; or if the application is being filed under 15 U.S.C. § 1051(b), I believe I am to be entitled to use such mark in commerce; to the best of my knowledge and belief no other person, firm, corporation, or association has the right to use the above mark identified mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of our own knowledge are true and all statements made on information and belief are believed to be true.

Dated: 11/22/91    By: _____
                        Cammeron Jordan

3

MGA2 3941384

RJN Ex. 1 - Page 20    TX 34814-00005

INT. CL. 28
PRIOR US CL. 22

74/225219

APPLICANT:        Cameron Jordan

ADDRESS:          9301 Wilshire Boulevard, Suite 201
                  Beverly Hills, California 90211

Applicant has a bona fide intent to use the mark in the
form shown below for the following:

    Dolls and dolls' accessories and dolls' clothing in
    Int. Class 28.

### BEVERLY HILLS BRATZ

\SAXBY\INTENTTO.USE\MHS

MGA2 3941385

RJN Ex. 1 - Page 21    TX 34814-00006