# Exhibit 2

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:52:47 ET

Serial Number: 74225219 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): BEVERLY HILLS BRATZ

Standard Character claim: No

Current Status: Abandoned: No Statement of Use filed after Notice of Allowance was issued.

Date of Status: 1995-04-26

Filing Date: 1991-11-25

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 5

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1995-09-14

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Jordan, Cammeron

Address:
Jordan, Cammeron
SUITE 404 8530 WILSHIRE BOULEVARD
Beverly Hills, CA 90211
United States
Legal Entity Type: Individual
Country of Citizenship: United States

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Abandoned
SOFT SCULPTURE BABY DOLLS, AND DOLLS' ACCESSORIES AND DOLLS' CLOTHING, INTENDED FOR USE BY YOUNG CHILDREN
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Disclaimer:** "BEVERLY HILLS"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1995-04-26 - Abandonment - No use statement filed

1994-10-25 - NOA Mailed - SOU Required From Applicant

1994-07-14 - Opposition terminated for Proceeding

1994-06-28 - Opposition dismissed for Proceeding

1992-10-05 - Opposition instituted for Proceeding

1992-06-30 - Published for opposition

1992-05-29 - Notice of publication

1992-03-09 - Approved For Pub - Principal Register

1992-02-28 - Examiner's amendment mailed

1992-01-30 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
CAMMERON JORDAN
SUITE 404
8530 WILSHIRE BOULEVARD

http://tarr.uspto.gov/tarr?regser=serial&entry=74225219&action=Request+Status

MGA2 3940006
RJN Ex. 2 - Page 23
TX 34511-00002

BEVERLY HILLS, CA 90211

http://tarr.uspto.gov/tarr?regser=serial&entry=74225219&action=Request+Status

MGA2 3940007

RJN Ex. 2 - Page 24

TX 34511-00003