# Exhibit 3



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 75/699,609
FILING DATE: May 04, 1999

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY
Certifying Officer

MGA2 3941444

TX 34823-00001

# 75699609

## TRADEMARK APPLICATION SERIAL NO.

SER203

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

05/20/1999 FMACK1   00000050 75699609

01 FC:361                     245.00 OP

MGA2 3941445

RJN Ex. 3 - Page 26   TX 34823-00002

April 30, 1999

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

    Re:    Applicant: PANGEA CORPORATION
            Mark: BRAT BOARDS
            Our Ref.: PC-2

Dear Sir:

    Enclosed is an "**Intent to Use**" application for registration of the trademark identified above, together with a check in the amount of $245.00 to cover the filing fee.

    Please forward all communications and references in connection with this application to:

        G. Donald Weber, Jr.
        18442 Taft Avenue
        Villa Park, CA 92861
        (714) 637-8350

                      Very truly yours,

                      G. Donald Weber, Jr.
                      Attorney for Applicant
                      (714) 637-8350

GDW:jmf
Enclosures:  ITU appln.
               Check No. 10728

MGA2 3941446

RJN Ex. 3 - Page 27    TX 34823-00003

Mark: BRAT BOARDS

Class No.: 22 (U.S.); 28 (Int'l)

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

PANGEA CORPORATION
34163 Pacific Coast Highway, Suite 250
Dana Point, California 92629

A corporation of the State of California

The above-identified Applicant has adopted and intends to use the trademark shown in the accompanying drawing for the following goods:

GAMES, TOYS AND PLAYTHINGS

and requests that said mark be registered in the United States Patent and Trademark Office as an "INTENT TO USE" trademark established by the Act of November 16, 1988.

Pursuant to Rule 2.21(a)(5)(iv), the above-identified Applicant has a bona fide "intent to use" the mark in interstate commerce by applying the mark on, inter alia, the product, business cards, letterhead, hang tags, labels, advertisements, packaging, sales sheets and marketing collateral.

John Besmehn, Secretary of Applicant corporation, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the trademark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use

MGA2 3941447

RJN Ex. 3 - Page 28    TX 34823-00004

such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use such mark in commerce, either in the identical form thereof or in such near resemblance thereto as may be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

### POWER OF ATTORNEY

Applicant hereby appoints G. Donald Weber, Jr., Attorney at Law, a member of the bar of the State of California, with offices at 18442 Taft Avenue, Villa Park, California, 92861 (telephone 714-634-8350) to prosecute this application to register, with full power of substitution and revocation, to transact all business with the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration at the address given above.

PANGEA CORPORATION

Date 3-30-99, 1999

JOHN BESMEHN
Secretary

MGA2 3941448

RJN Ex. 3 - Page 29    TX 34823-00005

|   |   |   |
|---|---|---|
| Applicant | : | PANGEA CORPORATION |
| Address | : | 34163 Pacific Coast Highway, Suite 250<br>Dana Point, California  92629 |
| Date of First Use | : | N/A |
| Goods | : | GAMES, TOYS AND PLAYTHINGS |

BRAT BOARDS

1109/75

**TRADEMARK**

75699609

MGA2 3941449

RJN Ex. 3 - Page 30    TX 34823-00006