# Exhibit 4

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:44:17 ET

Serial Number: 75699609 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): BRAT BOARDS

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 2000-04-06

Filing Date: 1999-05-04

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-04-13

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PANGEA CORPORATION

Address:
PANGEA CORPORATION
34163 Pacific Coast Highway, Suite 250
Dana Point, CA 92629
United States
Legal Entity Type: Corporation
State or Country of Incorporation: California

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Active
GAMES, TOYS AND PLAYTHINGS
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2000-04-06 - Abandonment - Failure To Respond Or Late Response

1999-08-24 - Non-final action mailed

1999-08-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
G. Donald Weber, Jr.

**Correspondent**
G. DONALD WEBER, JR.
18442 TAFT AVENUE
VILLA PARK, CALIFORNIA, 92861

http://tarr.uspto.gov/tarr?regser=serial&entry=75699609&action=Request+Status

MGA2 3940116
RJN Ex. 4 - Page 32
TX 34548-00002