# Exhibit 5



MGA2 3941507

TX 34841-00001

RJN Ex. 5 - Page 33

75468701

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/24/1998 GLLOYD   00000009 75468701
01 FC:361                245.00 OP

PTO-1555
(5/87)

MGA2 3941508

RJN Ex. 5 - Page 34    TX 34841-00002

Trademark/Service Mark Application  1/0 245 361   http://www1.uspto.gov/cgi-bin/teas/teas...020445936-PrinTEAS-11075462857792+formA

75468701

# Trademark/Service Mark Application

To the Assistant Commissioner for Trademarks

&lt;DOCUMENT INFORMATION&gt;
&lt;TRADEMARK/SERVICEMARK APPLICATION&gt;
&lt;VERSION 1.0&gt;

&lt;APPLICANT INFORMATION&gt;
&lt;NAME&gt;   Rodney E Cliff
&lt;STREET ADDRESS&gt;   11075 NW 39th St Suite #103
&lt;CITY&gt;   Sunrise
&lt;STATE&gt;   FL
&lt;COUNTRY&gt;   USA
&lt;ZIP CODE&gt;   33351
&lt;TELEPHONE NUMBER&gt;   954-572-9989
&lt;INTERNET/E-MAIL ADDRESS&gt;   rodney@vws.net

&lt;APPLICANT ENTITY INFORMATION&gt;
&lt;INDIVIDUAL: COUNTRY OF CITIZENSHIP&gt;   USA

&lt;TRADEMARK/SERVICEMARK INFORMATION&gt;
&lt;MARK&gt;
&lt;TYPED FORM&gt;   No

~ Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. §1051 et seq., as amended.) ~

&lt;GOODS AND SERVICE&gt;
&lt;RECITATION OF GOODS AND/OR SERVICES&gt;   For use on Childrens Doll/Back Packs, Childrens Clothing, Childrens Coloring Books

&lt;FEE INFORMATION&gt;
&lt;TOTAL FEES PAID&gt;   $245.00
&lt;NUMBER OF CLASSES&gt;   1

&lt;FILING BASIS INFORMATION&gt;
&lt;INTENT TO USE: SECTION 1(b)&gt;Yes

~ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services (15 U.S.C. Section 1051(b), as amended). Applicant intends to use the mark on the goods, on labels or packaging for the goods, on displays associated with the goods, as a configuration of the goods, or in other ways customary in the trade; or for services in connection with the rendering or advertising of the services, or in other ways customary in the trade. ~

~ PTO-Application Declaration: The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18

TRADEMARK MAILROOM REC'D APR 16 1998 US PATENT & TRADEMARK OFFICE 39

1 of 2

4/10/98 8:45 PM

MGA2 3941509

RJN Ex. 5 - Page 35   TX 34841-00003

Trademark/Service Mark Application http://www1.uspto.gov/cgi-bin/teas/teas...020445936-PrinTEAS-11075462857792+formA

U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true. ~

&lt;REQUIRED SIGNATURE AND OTHER INFORMATION&gt;

&lt;SIGNATURE&gt; _[signature]_ * please sign here *
&lt;DATE SIGNED&gt; 4-10-98
&lt;NAME&gt; Rodney E Cliff

2 of 2

4/10/98 8:45 PM

MGA2 3941510

RJN Ex. 5 - Page 36    TX 34841-00004



MGA2 3941511

RJN Ex. 5 - Page 37    TX 34841-00005