# Exhibit 6

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:47:00 ET

Serial Number: 75468701 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark



(words only): BRAT PACK

Standard Character claim: No

Current Status: Abandoned after an inter partes decision by the Trademark Trial and Appeal Board.

Date of Status: 2000-11-15

Filing Date: 1998-04-16

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-04-13

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cliff, Rodney E.

Address:

Cliff, Rodney E.
11075 NW 39th St Suite #103
Sunrise, FL 33351
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Active
dolls
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Design Search Code(s):**
26.11.02 - Plain single line rectangles; Rectangles (single line)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE:** To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2000-11-15 - Abandonment - After inter partes decision (Initial exam)

2000-11-15 - Opposition terminated for Proceeding

2000-11-15 - Opposition sustained for Proceeding

2000-01-24 - Opposition instituted for Proceeding

1999-10-06 - Extension Of Time To Oppose Received

1999-09-07 - Published for opposition

1999-08-06 - Notice of publication

1999-05-19 - Approved For Pub - Principal Register

1999-04-15 - Communication received from applicant

http://tarr.uspto.gov/tarr?regser=serial&entry=75468701&action=Request+Status

1998-10-19 - Non-final action mailed

1998-10-13 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
RODNEY E. CLIFF
11075 NW 39TH STREET
SUITE 103
SUNRISE, FL 33351

---

MGA2 3940079

RJN Ex. 6 - Page 40

TX 34536-00003