# Exhibit 7



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 14, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 75/442,544
FILING DATE: March 02, 1998

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer

TRADEMARK APPLICATION SERIAL NO. ___75442544___

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

02/12/1998 ARIVERA 00000150 75442544
01 FC:361                     245.00 OP

PTO-1555
(5/87)

MGA2 3941513

RJN Ex. 7 - Page 42     TX 34842-00002

75442544

# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

ALLAN ZELNICK
OF COUNSEL

ALVIN FROSS
RONALD J. LEHRMAN
STEPHEN BIGGER
MICHAEL I. DAVIS
ROGER L. ZISSU
MARIE V. DRISCOLL
RICHARD Z. LEHV
CAROL F. SIMKIN
MARGARET F. GOLDSTEIN
DAVID W. EHRLICH
SUSAN UPTON DOUGLASS
JANET L. HOFFMAN
PETER J. SILVERMAN
LAWRENCE ELI APOLZON
BARBARA A. SOLOMON
LISA PEARSON
MARK D. ENGELMANN

633 THIRD AVENUE
NEW YORK, N.Y. 10017-6754

TELEPHONE: (212) 953-9090
FACSIMILE: (212) 953-1037
TELEX: ATT 422455
E-MAIL: fzlz@frosszelnick.com

March 2, 1998

GLENN MITCHELL
MARTIN B. SCHWIMMER
NADINE H. PARKER
JAMES D. SILBERSTEIN
ANDREW N. FREDBECK
GEORGES NAHITCHEVANSKY
ROSE AUSLANDER
MICHAEL J. BLUM
PATRICK T. PERKINS
DIANE MARCOVICI PLAUT
RAPHAEL WINICK
J. ALLISON STRICKLAND
GREGORY P. GULIA
MARY F. LEHENY
PETER S. SLOANE
CRAIG S. MENDE
MICHELLE P. FOXMAN
ROBERT A. BECKER
DAVID A. COHEN

(Trademark Mailbox Rec'd MAR 0 2 1998 Patent & Trademark Office stamp)

**VIA EXPRESS MAIL**

Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

    Re:  New Application for Trademark Registration
          Mark:     **BRATS OF THE LOST NEBULA**
          Applicant: The Jim Henson Company, Inc.
          Basis:    Section 1(b)
          Classes:  9, 11, 16, 18, 20, 21, 22, 24, 25, 28, 41
          Our Ref.: HEN 98/02348

Dear Sir:

    Enclosed is an application for trademark registration together with the following:

> Drawing Page with attached Schedule of Goods and Services
> $2,695.00 check for filing fee
> Self-addressed postcard for acknowledgment

Should the enclosed fee be insufficient, or should any additional fees be required in the future in connection with this application, please charge our Deposit Account No. 23-0825-0576900 with any deficiency.

"Express Mail" mailing label No. EM443406684US
Date of Deposit March 2, 1998
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513.
    Alexander S. Barylski
(Printed name of person mailing paper or fee)

    Alexander S. Barylski
    (Signature)

Very truly yours,

Lawrence E. Apolzon

LEA/asb
15-18a I:\HOME\ABARYLSK\DOCS\MAR98\BRATSCVR.HEN

MGA2 3941514

RJN Ex. 7 - Page 43

TX 34842-00003

75442544

## SCHEDULE OF GOODS AND SERVICES
## FOR
## BRATS OF THE LOST NEBULA
## (Our Ref: HEN 98/02348)

Class 9 - video recordings, including video recordings featuring entertainment and video recordings featuring live action and puppet performances; computer games, including cartridge software, CD-ROMs, and portable video software; video games; portable video hardware; electronic trading cards; electronic novelty toys, including walkie-talkies, voice changers, electronic banks, flashlights, and room defenders; electronic learning aids

Class 11 - flashlights

Class 16 - books, namely, fiction books, comic books, coloring books, activity books, educational workbooks, story books, picture books, novelty books, lift-the-flap books, pop-up books, cloth books, bath books, sticker books, and sound books; flash cards; calendars, including wall calendars, desk calendars and page-a-day calendars; paper party supplies; printed materials; puzzles; posters; stickers; trading cards; greeting cards; playing cards; school supplies, including binders, folders, pads, pens, and pencils; craft sets and kits

Class 18 - tote bags, backpacks, carrying bags, book bags

Class 20 - key chains

Class 21 - lunch boxes

Class 22 - tents

Class 24 - bedding; towels; bathroom and bedroom accessories; wall clings and decorations including plastic stickers

Class 25 - clothing, headwear, footwear, accessories

Class 28 - toys and games; action toys and accessories, including action figures, action figure accessories, role playing sets, figurines made of PVC, miniature figures and scene sets; toy vehicles, including radio and remote controlled vehicles, battery operated vehicles, miniature vehicles, and non-powered vehicles; dolls; games, including card games, dice games, strategy games, action games, travel games, and electronic learning games; puzzles; Halloween costumes, balloons; novelty toys and electronic novelty toys, including key chains and toy banks; activity toys, including building sets, mechanical design toys, model kits and accessories; play tents

Class 41 - entertainment services, namely, a series of television programs featuring live action puppet and animated entertainment

MGA2 3941515

RJN Ex. 7 - Page 44    TX 34842-00004

'10 - 21095    361                75442544

# UNITED STATES PATENT AND TRADEMARK OFFICE
## APPLICATION FOR REGISTRATION OF A TRADEMARK

**MARK:** BRATS OF THE LOST NEBULA

**CLASSES:** 9, 11, 16, 18, 20, 21, 22, 24, 25, 28, 41

*TRADEMARK MAILROOM REC'D MAR 0 2 1998 58 US PATENT & TRADEMARK OFFICE*

**APPLICANT:** The Jim Henson Company, Inc.

**ADDRESS:** 117 East 69th Street
New York, NY  10021
- and -
Raleigh Studios
5358 Melrose Avenue
Hollywood, CA 90038

**ENTITY:** a corporation organized and existing under the laws of the State of New York

**OUR REF:** HEN 98/02348

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

The above-identified applicant has a bona fide intention to use in commerce the mark shown in the accompanying drawing for the following goods and services:

Class 9 - video recordings, including video recordings featuring entertainment and video recordings featuring live action and puppet performances; computer games, including cartridge software, CD-ROMs, and portable video software; video games; portable video hardware; electronic trading cards; electronic novelty toys, including walkie-talkies, voice changers, electronic banks, flashlights, and room defenders; electronic learning aids

Class 11 - flashlights

Class 16 - books, namely, fiction books, comic books, coloring books, activity books, educational workbooks, story books, picture books, novelty books, lift-the-flap books, pop-up books, cloth books, bath books, sticker books, and sound books; flash cards; calendars, including wall calendars, desk calendars and page-a-day calendars; paper party supplies; printed materials; puzzles; posters; stickers; trading cards; greeting cards; playing cards; school supplies, including binders, folders, pads, pens, and

MGA2 3941516

RJN Ex. 7 - Page 45    TX 34842-00005

pencils; craft sets and kits

Class 18 - tote bags, backpacks, carrying bags, book bags

Class 20 - key chains

Class 21 - lunch boxes

Class 22 - tents

Class 24 - bedding; towels; bathroom and bedroom accessories; wall clings and decorations including plastic stickers

Class 25 - clothing, headwear, footwear, accessories

Class 28 - toys and games; action toys and accessories, including action figures, action figure accessories, role playing sets, figurines made of PVC, miniature figures and scene sets; toy vehicles, including radio and remote controlled vehicles, battery operated vehicles, miniature vehicles, and non-powered vehicles; dolls; games, including card games, dice games, strategy games, action games, travel games, and electronic learning games; puzzles; Halloween costumes, balloons; novelty toys and electronic novelty toys, including key chains and toy banks; activity toys, including building sets, mechanical design toys, model kits and accessories; play tents

Class 41 - entertainment services, namely, a series of television programs featuring live action puppet and animated entertainment

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 under Section 1(b).

The trademark is intended to be used on labels, packaging and directly on the goods in Classes 9, 11, 16, 18, 20, 21, 22, 24, 25 and 28.

The trademark is intended to be used during broadcasts and on advertising and promotional materials in connection with the services in Class 41.

MGA2 3941517

RJN Ex. 7 - Page 46     TX 34842-00006

MAR-02-1998 13:24       JIM HENSON LEGAL OFFICE                213 960 4095    P.04/06

## ADDRESS FOR CORRESPONDENCE

Applicant requests that all correspondence in connection with this application be directed to its attorneys, the law firm of Fross Zelnick Lehrman & Zissu, P.C. (formerly Weiss Dawid Fross Zelnick & Lehrman, P.C.), 633 Third Avenue, New York, New York 10017 (Telephone 212-953-9090), Attention: Lawrence E. Apolzon.

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is an officer (or equivalent) of the applicant having the title indicated below and is properly authorized to execute this application on behalf of the applicant; he believes the applicant to be the owner of the trademark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

THE JIM HENSON COMPANY, INC.

By: _[signature]_

Name: Peter Schube

Title: Senior Vice President

Dated: 3·2·98

asb
15-18a I:\HOME\ABARTLEK\DOCS\FEB98\BRATSAPP.KEN

MAR-02-1998 16:27        213 960 4095               99%        P.04

MGA2 3941518

RJN Ex. 7 - Page 47    TX 34842-00007



MGA2 3941519

RJN Ex. 7 - Page 48      TX 34842-00008