# Exhibit 8

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 13:05:31 ET

Serial Number: 75442544 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): BRATS OF THE LOST NEBULA

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 1999-08-06

Filing Date: 1998-03-02

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1999-08-12

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Jim Henson Company, Inc., The

Address:
Jim Henson Company, Inc., The
117 East 69th Street
New York, NY 10021
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

### GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
video recordings, namely, video recordings featuring entertainment and video recordings featuring live action and puppet performances; computer games, namely, cartridge software, CD-ROMs, and portable video software; video games; portable video hardware, namely, hand-held electronic games; electronic trading cards; electronic novelty toys, namely, walkie-talkies, voice changers, electronic banks, flashlights, and room defenders
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 011
**Class Status:** Active
flashlights
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
books, namely, fiction books, comic books, coloring books, activity books, educational workbooks, story books, picture books, novelty books, lift-the-flap books, pop-up books, cloth books, bath books, sticker books, and sound books; flash cards; calendars, namely, wall calendars, desk calendars and page-a-day calendars; paper party supplies, namely, blowers, hats, invitations, plates, cups, banners, tablecloths and napkins; puzzles; posters; stickers; trading cards; greeting cards; playing cards; school supplies, namely, binders, folders, pads, pens, and pencils; craft sets and kits, consisting primarily of markers, crayons, paints, stencils and paper
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
tote bags, backpacks, carrying bags, book bags
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 020
**Class Status:** Active
key chains
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 021
**Class Status:** Active
lunch boxes
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 022
**Class Status:** Active
tents
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Active
bedding; towels; bathroom accessories, namely, tissue holders, night lights, waste baskets, lotion pumps, soap dispensers and shower curtains; bedroom accessories, namely, pillows, shams, curtains, dust ruffles, wall hangings; wall clings; wall decorations, namely, clear plastic display stickers
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
clothing, namely, jackets, T-shirts, sweatshirts, caps, pajamas, slippers, boxer shorts, robes; accessories, namely, belt bags, wallets, luggage, sports bags; headwear, footwear
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 028
**Class Status:** Active
toys and games, namely, action toys and accessories, namely, action figures, action figure accessories, role playing sets, figurines made of PVC, miniature figures and scene sets; toy vehicles, namely, radio and remote controlled vehicles, battery operated vehicles, miniature vehicles, and non-powered vehicles; dolls; games, namely, card games, dice games, strategy games, action games, travel games, board games, table top games and electronic learning games; puzzles; Halloween costumes, balloons; novelty toys and electronic novelty toys, namely, key chains and toy banks; activity toys, namely, building sets, mechanical design toys; model kits and accessories, namely, toy model vehicles, toy model action toys and related accessories sold as a unit; play tents
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 041
**Class Status:** Active
entertainment services, namely, a series of television programs featuring live action puppet and animated entertainment
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

http://tarr.uspto.gov/tarr?regser=serial&entry=75442544&action=Request+Status

MGA2 3940075
RJN Ex. 8 - Page 51
TX 34535-00003

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1999-08-06 - Abandonment - Failure To Respond Or Late Response

1998-11-13 - Final refusal mailed

1998-10-06 - Communication received from applicant

1998-09-10 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK NY 10017

http://tarr.uspto.gov/tarr?regser=serial&entry=75442544&action=Request+Status