# Exhibit 9



7275579

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 75/052,923
FILING DATE: January 26, 1996

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer

MGA2 3941520

TX 34843-00001

TRADEMARK APPLICATION SERIAL NO. 75052923

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1555
(5/87)

MGA2 3941521

RJN Ex. 9 - Page 54   TX 34843-00002

75052923

ANDREW J. LEVISON
ATTORNEY AT LAW
SUITE 814
THE BENJAMIN FOX PAVILION
P.O. BOX 626
JENKINTOWN, PA 19046

CA

(215) 885-8890
FAX NO. (215) 885-3184

January 23, 1996

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

    Re:  Trademark Application of 4Kidz, Inc. Principal
         Register, Proposed Trademark:  LabBrats and Design

Dear Sir/Madam:

    Enclosed please find above referenced Application, Power of Appointment, Special Form Drawing, Specimens, and filing fee.

    Please direct all correspondence or telephone communications relative to this Application to this office.

                                Sincerely yours,

                                ANDREW J. LEVISON  AT

AJL/mbm
Enclosures

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
NO. 152 148 424

MGA2 3941522

TX 34843-00003

RJN Ex. 9 - Page 55

| | |
|---|---|
| TRADEMARK/SERVICE MARK APPLICATION, PRINCIPAL REGISTER, WITH DECLARATION | MARK (Identify the mark): LabBrats and design  75/052923<br>CLASS NO. (If known): International Class 28 |

TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS:

**APPLICANT NAME:** 4 Kidz, Inc.

**APPLICANT BUSINESS ADDRESS:** 68 Southfield Avenue – Two Stanford Landing, Stamford, Ct. 06902

**APPLICANT ENTITY:** (Check one and supply requested information)

- [ ] Individual – Citizenship: (Country) _____
- [ ] Partnership – Partnership Domicile: (State and Country) _____
  Names and Citizenship (Country) of General Partners: _____
- [X] Corporation – State (Country, if appropriate) of Incorporation: Connecticut
- [ ] Other: (Specify Nature of Entity and Domicile) _____

**GOODS AND/OR SERVICES:**

Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended.) for the following goods/services: Games and playthings, namely fanciful novelty character play-balls in international class 28.

**BASIS FOR APPLICATION:** (Check one or more, but NOT both the first AND second boxes, and supply requested information)

- [X] Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.
  - Date of first use of the mark anywhere: November, 1995
  - Date of first use of the mark in commerce which the U.S. Congress may regulate: November, 1995
  - Specify the type of commerce: Interstate Commerce
    (e.g., interstate, between the U.S. and a specified foreign country)
  - Specify manner or mode of use of mark on or in connection with the goods/services: On the goods, on packaging for the goods on promotional materials for the goods
    (e.g., trademark is applied to labels, service mark is used in advertisements)

- [ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)
  - Specify intended manner or mode of use of mark on or in connection with the goods/services: _____
    (e.g., trademark will be applied to labels, service mark will be used in advertisements)

- [ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
  - Country of foreign filing: _____   • Date of foreign filing: _____

- [ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services and, accompanying this application, submits a certification or certified copy of a foreign registration in accordance with 15 U.S.C. 1126(e), as amended.
  - Country of registration: _____   • Registration number: _____

**Note: Declaration, on Reverse Side, MUST be Signed**

PTO Form 1478 (REV. 9/89)
OMB No. 06510009
Exp. 5-31-91

U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office

MGA2 3941523

RJN Ex. 9 - Page 56   TX 34843-00004

12/07/1995  13:44    2158853184                SKLAR+SKLAR                              PAGE  03

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

12/7/95

Date: December 7, 1995

Signature

Print or Type Name and Position: Kenneth Lewis President & Corporate Officer

Telephone Number

## INSTRUCTIONS AND INFORMATION FOR APPLICANT

To receive a filing date, the application must be completed and signed by the applicant and submitted along with:

1. The prescribed fee for each class of goods/services listed in the application;
2. A drawing of the mark in conformance with 37 CFR 2.52;
3. If the application is based on use of the mark in commerce, three (3) specimens (evidence) of the mark as used in commerce for each class of goods/services listed in the application. All three specimens may be the same and may be in the nature of: (a) labels showing the mark which are placed on the goods; (b) a photograph of the mark as it appears on the goods, (c) brochures or advertisements showing the mark as used in connection with the services.

Verification of the application - The application must be signed in order for the application to receive a filing date. Only the following person may sign the verification (Declaration) for the application, depending on the applicant's legal entity: (1) the individual applicant; (b) an officer of the corporate applicant; (c) one general partner of a partnership applicant; (d) all joint applicants.

Additional information concerning the requirements for filing an application are available in a booklet entitled **Basic Facts about Trademarks**, which may be obtained by writing:

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office
Washington, D.C. 20231

Or by calling: (703) 557-INFO

This form is estimated to take 15 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C., 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

MGA2 3941524

RJN Ex. 9 - Page 57    TX 34843-00005

To the Examining Attorney:

    The Specimens that accompany this Application reflect the name "Gurglin Guts" which is not part of the mark being applied for, but is a separate mark under application Serial Number 74/7113334. This mark is used in conjunction with the mark being applied for in this application.

    Further, the name 4Kidz which also appears in conjunction with the mark being applied for in this Application is the corporate name of the entity applying for the mark on this Application.

    If you have any further questions with regard to this Application, would you be so kind as to contact me at my office at (215) 885-8890.

    Thank you for your assistance.

                                ANDREW J. LEVISON

AJL/mbm

MGA2 3941525

RJN Ex. 9 - Page 58    TX 34843-00006

## POWER OF APPOINTMENT

Applicant, __4Kidz, Inc.__ hereby appoints Andrew J. Levison, member of the Bar of the Commonwealth of Pennsylvania (telephone number 215-885-8890) its counsel herein, with full power of substitution and revocation to prosecute the Application to register, to transact all business in the Patent and Trademark Office and in the Courts in connection therewith, and to receive the Certificate of Registration.

Kenneth Lewis - President & Corporate Officer

MGA2 3941526

RJN Ex. 9 - Page 59

TX 34843-00007



4 Kidz, Inc.
68 Southfield Avenue - Two Stamford Landing
Stamford, Ct. 06902
Games & Playthings, namely; fanciful character play balls
November 1995
November 1995



**TRADEMARK**
75052923

28
22, 23, 38, 50



MGA2 3941527

RJN Ex. 9 - Page 60    TX 34843-00008



MGA2 3941528

RJN Ex. 9 - Page 61      TX 34843-00009