# Exhibit 10

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:49:57 ET

Serial Number: 75052923 Assignment Information    Trademark Document Retrieval

Registration Number: 2066593

Mark



(words only): LAB BRATS

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 2004-03-06

Filing Date: 1996-01-26

Transformed into a National Application: No

Registration Date: 1997-06-03

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-04-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. 4 Kidz, Inc.

Address:

4 Kidz, Inc.
68 Southfield Avenue Two Stanford Landing
Stamford, CT 06902
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Connecticut

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Section 8 - Cancelled
games and playthings, namely fanciful novelty character play-balls
**Basis:** 1(a)
**First Use Date:** 1995-11-00
**First Use in Commerce Date:** 1995-11-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
02.01.01 - Busts of men facing forward; Heads of men facing forward; Men - heads, portraiture, or busts facing forward; Portraiture of men facing forward
02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2004-03-06 - Canceled Section 8 (6-year)

1997-06-03 - Registered - Principal Register

1996-11-14 - Extension Of Time To Oppose Received

1996-10-15 - Published for opposition

1996-09-13 - Notice of publication

1996-08-13 - Approved for Pub - Principal Register (Initial exam)

1996-07-31 - Assigned To Examiner

http://tarr.uspto.gov/tarr?regser=serial&entry=75052923&action=Request+Status

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ANDREW J. LEVISON

**Correspondent**
ANDREW J. LEVISON
SUITE 814, THE BENJAMIN FOX PAVILION
P.O. BOX 626
JENKINTOWN, PA 19046

http://tarr.uspto.gov/tarr?regser=serial&entry=75052923&action=Request+Status

MGA2 3940051

RJN Ex. 10 - Page 64

TX 34526-00003