# Exhibit 11

Case 2:04-cv-09049-DOC-RNB Document 9830-11 Filed 02/08/11 Page 1 of 8 Page ID #:296627



MGA2 3941529

TX 34844-00001

TRADEMARK APPLICATION SERIAL NO. 75042551

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

150 TT 02/06/96 75042551        0 361      245.00 CK BRA043

PTO-1555
(5/87)

MGA2 3941530

RJN Ex. 11 - Page 66    TX 34844-00002

75042551

**KALISH & GILSTER**
ATTORNEYS AT LAW
E 1200 - 500 NORTH BROADWAY
LOUIS, MISSOURI 63102

RALPH KALISH (1881-1944)
RALPH W. KALISH (1916-1992)
PETER S. GILSTER
RALPH W. KALISH, JR.
DONALD J. FITZPATRICK
ALAN S. NEMES
REBECCA J. BRANDAU
GRANT D. KANG
CATHERINE J. YATES
LISA A. FAHIE
CAROLINE G. KADIEVITCH
THOMAS M. PARKER

PATENTS, TRADEMARKS AND COPYRIGHTS

TELEPHONE
(314) 436-1331

TELEFACSIMILE
(314) 436-1439

CABLE: KALPAT

OF COUNSEL:
LINDA L. LEWIS
TERRY L. PABST

REC'D JAN 16 1996 PATENT & TRADEMARK OFFICE

January 16, 1996

DN

Box NEW APP Fee
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

    RE:  New Trademark Application
         Mark:  BRATZ
         International Class 28
         Applicant: Consoli, Lisa
         Our Ref.: ( BRA04-3 )

Sir:

    We enclose herewith an application for registration of the above-identified trademark. Also enclosed please find the requisite drawing, government filing fee of $245.00, and three facsimile specimens for filing in the U.S. Patent and Trademark Office.

    If for any reason the enclosed fee is insufficient to cover the required costs hereof, please debit our account no. 11-0160 accordingly.

                                     Cordially yours,

                                     Rebecca J. Brandau

RJB:jan
Enclosure

**CERTIFICATE OF EXPRESS MAIL**

I hereby certify that this paper and accompanying documents are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" under 37 CFR 1.10 on the date indicated below and is addressed to the Assistant Commissioner for Trademarks, Box NEW APP FEE, 2900 Crystal Drive, Arlington, Va 22202-3513.

                by           Janice L. Lupardus
                         Janice L. Lupardus
                         Express Mail Label No. TB485283370US
                         Date of Deposit: January 16, 1996

F:\TMAPP2\BRA0431.TA2

MGA2 3941531

RJN Ex. 11 - Page 67    TX 34844-00003



# 245-J@1

75042551

BRA04-3

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## APPLICATION FOR TRADEMARK REGISTRATION
## BY AN INDIVIDUAL, PRINCIPAL REGISTER

Mark: **BRATZ**

International Class: 28

Lisa P. Consoli, an individual and citizen of the United States, residing at 5062 Chaparral Way, San Diego, California 92115.

The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for snowboards and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The trademark was first used on the goods on September 6, 1995; was first used on the goods in interstate commerce on September 6, 1995; and is now in use in such commerce.

The trademark is used by applying it directly to the goods or to tags, packaging, labeling and advertising for the goods, and three specimens or facsimiles showing the mark as actually used are presented herewith.

The government filing fee of $245.00 is enclosed herewith. If the enclosed fee is insufficient, please debit our deposit account number 11-0160 accordingly.

Applicant hereby appoints Rebecca J. Brandau, Alan S. Nemes, Ralph W. Kalish, Jr., Peter S. Gilster and Donald J. Fitzpatrick, Grant D. Kang, Catherine J. Yates, Thomas M. Parker and Caroline G. Kadievitch, members of the bar of the State of Missouri, of the firm of Kalish & Gilster, 500 N. Broadway, Suite

MGA2 3941532

RJN Ex. 11 - Page 68   TX 34844-00004

Trademark Application
Mark: BRATZ
Applicant: Consoli, Lisa
Our Ref.: BRA04-3
Page 2

1200, St. Louis, Missouri 63102) or their duly appointed associates, its attorneys, with full power of substitution, revocation and addition, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith and to receive the certificate.

I, Lisa R. Consoli, declare that I am applicant; that I believe I am the owner of the trademark sought to be registered; that to the best of my knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, firm, corporation, or association to cause confusion, or to cause mistake, or to deceive; that all statements made herein of my own knowledge are true; that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this application and any registration resulting therefrom.

Date: Jan 9, 1996    By: /s/ Lisa Consoli
                     Name: Lisa Consoli


MGA2 3941534

RJN Ex. 11 - Page 70          TX 34844-00006



Consoli, Lisa R.
5068 Chaparral Way
San Diego, California 92115



**TRADEMARK**

75042551

Date of first use - September 6, 1995
Date of first use in interstate commerce - September 6, 1995
International Class - 28
Goods - Snowboards

INT. CL.
28
PRIOR US CL.

**BRATZ**

MGA2 3941535

RJN Ex. 11 - Page 71      TX 34844-00007