# Exhibit 12

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 12:50:42 ET

Serial Number: 75042551 Assignment Information          Trademark Document Retrieval

Registration Number: 2020951

Mark (words only): BRATZ

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 2003-09-06

Filing Date: 1996-01-16

Transformed into a National Application: No

Registration Date: 1996-12-03

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1996-12-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Consoli, Lisa R.

Address:
Consoli, Lisa R.
5062 Chaparral Way
San Diego, CA 92115
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

### GOODS AND/OR SERVICES

http://tarr.uspto.gov/tarr?regser=serial&entry=75042551&action=Request+Status

MGA2 3940047

RJN Ex. 12 - Page 72

TX 34525-00001

**International Class:** 028
**Class Status:** Section 8 - Cancelled
snowboards
**Basis:** 1(a)
**First Use Date:** 1995-09-06
**First Use in Commerce Date:** 1995-09-06

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE:** To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2003-09-06 - Canceled Section 8 (6-year)

1996-12-03 - Registered - Principal Register

1996-09-10 - Published for opposition

1996-08-09 - Notice of publication

1996-07-11 - Approved for Pub - Principal Register (Initial exam)

1996-07-10 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Rebecca J. Brandau

**Correspondent**
Rebecca J. Brandau
Kalish & Gilster
500 N. Broadway, Suite 1200
St. Louis, MO 63102

http://tarr.uspto.gov/tarr?regser=serial&entry=75042551&action=Request+Status

MGA2 3940048

RJN Ex. 12 - Page 73

TX 34525-00002