# Exhibit 13



7275579

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *74/505,891*
FILING DATE: *March 28, 1994*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer

MGA2 3941536

RJN Ex. 13 - Page 74

TX 34845-00001

TRADEMARK APPLICATION SERIAL NO. 74/505891

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040 PB 04/11/94 74505891       0 361    245.00 CK

PTO-1555
(5/87)

MGA2 3941537

RJN Ex. 13 - Page 75    TX 34845-00002

74/505891

[MAIL ROOM MAR 27 1994 PAT & TM CANCELLED]
[MAIL ROOM MAR 28 1994]

**ANDREW J. LEVISON**
ATTORNEY AT LAW
SUITE 814
THE BENJAMIN FOX PAVILION
P.O. BOX 626
JENKINTOWN, PA. 19046

(215) 885-889
FAX NO. (215) 885-318

March 23, 1994

The Commissioner of Patents
and Trademarks
Washington, DC 20231

Re: Trademark Applications (5) Applicati
Principal Register of
The Toy Works, Inc.

— Five Applications —

Dear Sir or Madam:

Enclosed please find above referenced Applications the Corporation's Powers of Appointment for purposes of my conducting business with your Office and Special Form Drawings. Also enclosed are Specimens of use for each of ~~seven~~ five applications and the required fee for each one.

Please direct all correspondence or telephone communications relative to the Application to me.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

[signature]

[ANDREW J. LEVISON]

AJL
enclosures

CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
#P 358 153 433

MGA2 3941538

TX 34845-00003

245-361   74/505891   TM

| TRADEMARK/SERVICE MARK APPLICATION, PRINCIPAL REGISTER WITH DECLARATION | MARK (Identify the mark) Brat Bat (Stylized) |
|---|---|
| | CLASS NO. (If known) 28 |

TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS:

APPLICANT NAME: The Toy Works, Inc.

APPLICANT BUSINESS ADDRESS: Fiddler's Elbow Road, Middle Falls, New York 12848

APPLICANT ENTITY: (Check one and supply requested information)

☐ Individual - Citizenship: (Country) _____

☐ Partnership - Partnership Domicile: (State and Country) _____
Names and Citizenship (Country) of General Partners: _____

☒ Corporation - State (Country, if appropriate) of Incorporation: New York

☐ Other: (Specify Nature of Entity and Domicile) _____

**GOODS AND/OR SERVICES:**

Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended.) for the following goods/services: Games and playthings, namely: soft stuffed toys in international class 28.

**BASIS FOR APPLICATION:** (Check one or more, but NOT both the first AND second boxes, and supply requested information)

☒ Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.
• Date of first use of the mark anywhere: February 18, 1994
• Date of first use of the mark in commerce which the U.S. Congress may regulate: 2-18-1994
• Specify the type of commerce: Interstate
  *(e.g., interstate, between the U.S. and a specified foreign country)*
• Specify manner or mode of use of mark on or in connection with the goods/services: On the goods on hang tags and display materials for the goods
  *(e.g., trademark is applied to labels, service mark is used in advertisements)*

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)
• Specify intended manner or mode of use of mark on or in connection with the goods/services: _____
  *(e.g., trademark will be applied to labels, service mark will be used in advertisements)*

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
• Country of foreign filing: _____  • Date of foreign filing: _____

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services and, accompanying this application, submits a certification or certified copy of a foreign registration in accordance with 15 U.S.C. 1126(e), as amended.
• Country of registration: _____  • Registration number: _____

**Note: Declaration, on Reverse Side, MUST be Signed**

PTO Form 1478 (REV. 9/89)
OMB No. 06510009
Exp 5-31-91

U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office

MGA2 3941539

RJN Ex. 13 - Page 77   TX 34845-00004

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| March 16, 1994 | *John Gunther* |
|---|---|
| Date | Signature |
| 215 885 8890 | John Gunther, President and Corporate Officer |
| Telephone Number | Print or Type Name and Position |

## INSTRUCTIONS AND INFORMATION FOR APPLICANT

To receive a filing date, the application must be completed and **signed by the applicant** and submitted along with:

1. The prescribed fee for each class of goods/services listed in the application;
2. A drawing of the mark in conformance with 37 CFR 2.52;
3. If the application is based on use of the mark in commerce, three (3) specimens (evidence) of the mark as used in commerce for each class of goods/services listed in the application. All three specimens may be the same and may be in the nature of: (a) labels showing the mark which are placed on the goods; (b) a photograph of the mark as it appears on the goods, (c) brochures or advertisements showing the mark as used in connection with the services.

Verification of the application - The application must be signed in order for the application to receive a filing date. Only the following person may sign the verification (Declaration) for the application, depending on the applicant's legal entity: (1) the individual applicant; (b) an officer of the corporate applicant; (c) one general partner of a partnership applicant; (d) all joint applicants.

Additional information concerning the requirements for filing an application are available in a booklet entitled **Basic Facts about Trademarks**, which may be obtained by writing:

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office
Washington, D.C. 20231

Or by calling: (703) 557-INFO

This form is estimated to take 15 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C., 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.



## POWER OF APPOINTMENT

Applicant, The Toy Works, Inc hereby Appoints Andrew J. Levison, member of the Bar of the Commonwealth of Pennsylvania (telephone number 215-885-8890) its counsel herein, with full power of substitution and revocation to prosecute the Application to register, to transact all business in the Patent and Trademark Office and in the Courts in connection therewith, and to receive the Certificate of Registration.

                                             _____
                                             John Gunther - President
                                                     Corporate Officer
                                             The Toy Works, Inc.

MGA2 3941541

RJN Ex. 13 - Page 79     TX 34845-00006

74/505891

The Toy Works, Inc.
Fiddler's Elbow Road
Middle Falls, New York 12848
Games and play things namely soft dolls
February 18, 1994
February 18, 1994

| INIT. CL. |
| --- |
| 28 |
| PRIOR US CL |
| 22 |

# BRAT BAT

MGA2 3941542

RJN Ex. 13 - Page 80

TX 34845-00007



MGA2 3941543

RJN Ex. 13 - Page 81   TX 34845-00008