# Exhibit 14

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:51:23 ET

Serial Number: 74505891 Assignment Information      Trademark Document Retrieval

Registration Number: 1878745

Mark



(words only): BRAT BAT

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 2002-02-23

Filing Date: 1994-03-28

Transformed into a National Application: No

Registration Date: 1995-02-14

Register: Principal

Law Office Assigned: LAW OFFICE 12

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-04-22

---

LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Toy Works, Inc., The

Address:

http://tarr.uspto.gov/tarr?regser=serial&entry=74505891&action=Request+Status

MGA2 3940026

RJN Ex. 14 - Page 82

TX 34518-00001

Toy Works, Inc., The
Fiddler's Elbow Road
Middle Falls, NY 12848
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Section 8 - Cancelled
games and playthings; namely, soft stuffed toys
**Basis:** 1(a)
**First Use Date:** 1994-02-18
**First Use in Commerce Date:** 1994-02-18

## ADDITIONAL INFORMATION

**Disclaimer:** "BAT"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2002-02-23 - Canceled Section 8 (6-year)

1995-02-14 - Registered - Principal Register

1994-11-22 - Published for opposition

1994-10-21 - Notice of publication

1994-08-01 - Approved for Pub - Principal Register (Initial exam)

1994-07-19 - Examiner's amendment mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ANDREW J. LEVISON

http://tarr.uspto.gov/tarr?regser=serial&entry=74505891&action=Request+Status

**Correspondent**
ANDREW J. LEVISON
SUITE 814
THE BENJAMIN FOX PAVILION
P.O. BOX 626
JENKINTOWN, PA 19046

http://tarr.uspto.gov/tarr?regser=serial&entry=74505891&action=Request+Status

MGA2 3940028

RJN Ex. 14 - Page 84

TX 34518-00003