# Exhibit 15



7275579

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 74/391,218
FILING DATE: May 17, 1993

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer

MGA2 3941544

RJN Ex. 15 - Page 85

TX 34846-00001

74/391218

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

SC13261  05/27/93  74391218         04-1700  130  361        630.00CH

PTO-1555
(5/87)

MGA2 3941545

RJN Ex. 15 - Page 86    TX 34846-00002

74/391218

**DUNLAP, CODDING & LEE, P.C.**
ATTORNEYS AT LAW
9400 NORTH BROADWAY, SUITE 420
OKLAHOMA CITY, OKLAHOMA 73114

JERRY J. DUNLAP
CHARLES A. CODDING
MARY M. LEE
ROBERT D. TREECE
JOHN F. McPHAIL
SUE CORBETT

CHRISTOPHER W. CORBETT, PH.D.
PATENT AGENT

May /7, 1993

TELEPHONE
(405) 478-5344
(800) 235-5925

FACSIMILE
(405) 478-5349

TRADEMARK

[MAIL ROOM stamp: MAY 17 1993 PAT & TRADEMARK OFF.]

Box Trademark Applications
The Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

Attorney Docket No.: 1745.004

Re:  Applicant: Darrow Publishing Co., Inc.
     Class:     International Classes 16, 20 & 28
     Mark:      MILITARY BRATS

Sir:

Transmitted herewith is an Intent-to-Use federal trademark application for the above-referenced mark together with an original word drawing and a pre-addressed postcard.

Please charge Deposit Account No. 04-1700 of Dunlap, Codding & Lee in the amount of $630.00 for the filing fee in three classes. A duplicate copy of this transmittal is attached for charging purposes.

The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 04-1700.

EXPRESS MAIL NO. TB336430314 US
DATE OF DEPOSIT May /7, 1993
I hereby certify that this correspondence is being deposited with the United States Postal Service "Express Mail Post Office To Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Stephanie L. Franklin
Name of Depositor

[signature]
Signature of Depositor

May /7, 1993
Date of Signature

Respectfully submitted,

[signature]
Charles A. Codding, Reg. No. 25,099
DUNLAP, CODDING & LEE, P.C.
9400 North Broadway, Suite 420
Oklahoma City, Oklahoma 73114
(405) 478-5344

Attorney for Applicant

APPROVED
for
TO DEPOSIT ACCOUNT CHARGE
ACCOUNT # 04-1700
[signature] Chelle Cassidy
DUNLAP, CODDING & LEE, P.C.

MGA2 3941546

RJN Ex. 15 - Page 87    TX 34846-00003

74/391218

[Mailroom stamp: MAY 17 1993 U.S. PAT. & TRADEMARK OFF.]

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:     MILITARY BRATS

CLASSES:  16, 20 & 28

Atty. Dkt. No. 1745.004

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Applicant:   Darrow Publishing Co., Inc.,
             a corporation organized and existing
             under the laws of the State of Oklahoma

Address:     P.O. Box 253
             Mustang, Oklahoma 73064

The above identified applicant has a bona fide intention to use the trademark in commerce as shown in the accompanying drawing for the following goods: (craft catalogues, printed craft instructional materials, stamps, decorative transfers, quilting patterns and painting patterns) in International Class 16; (figurines (statuettes) of wood, wax, plaster, plastic or resins) in International Class 20; and (dolls and collectible dolls) in International Class 28 and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 pursuant to the Trademark Law Revision Act of 1988.

The mark will be used by applying it to packaging and advertising materials in association with the goods.

### DECLARATION

I, Mary Darrow, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or this document or any registration resulting therefrom, declare that I am President of

1

MGA2 3941547

RJN Ex. 15 - Page 88    TX 34846-00004

applicant corporation, and am authorized to make this declaration and execute this instrument on behalf of said corporation; that I believe said corporation is entitled to use the mark sought to be registered; that to the best of my knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods or services of such other person, to cause confusion, to cause mistake, or to deceive; and further, that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true.

Date: May 14, 1993

Mary Darrow, President

### POWER OF ATTORNEY

Applicant hereby appoints Jerry J. Dunlap, Reg. No. 17,146; Charles A. Codding, Reg. No. 25,099; Mary M. Lee, Reg. No. 31,976; John F. McPhail, Reg. No. 35,611; Christopher W. Corbett, Reg. No. 36,109; and Quentin Rakestraw, Reg. No. 36,897 all of the firm of DUNLAP, CODDING & LEE, P.C., Attorneys at Law, 9400 North Broadway, Suite 420, Oklahoma City, Oklahoma, 73114, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

Please address all correspondence and telephone calls to:

Charles A. Codding
DUNLAP, CODDING & LEE, P.C.
9400 North Broadway, Suite 420
Oklahoma City, Oklahoma 73114
(405) 478-5344

DARROW PUBLISHING CO., INC.

Date: May 14, 1993

By: Mary Darrow, President

1745004U.APP

2

MGA2 3941548

RJN Ex. 15 - Page 89    TX 34846-00005

74/391218

MAY 17 1993

COMBINED

| INT. CL. | | |
|---|---|---|
| 16 | 20 | 28 |
| PRIOR US CL | | |
| 37,38 | 50 | 22 |

Mark: MILITARY BRATS

Applicant: Darrow Publishing Co., Inc.
a corporation organized and existing
under the laws of the State of Oklahoma

Address: P.O. Box 253
Mustang, Oklahoma 73064

Atty. Docket: 1745.004

Classes: International Classes 16, 20 & 28

Goods: The mark is used to identify craft catalogues, printed craft instructional materials, stamps, decorative transfers, quilting patterns and painting patterns.

MILITARY BRATS

3

MGA2 3941549

RJN Ex. 15 - Page 90     TX 34846-00006