# Exhibit 16

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:52:11 ET

Serial Number: 74391218    Assignment Information           Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): MILITARY BRATS

Standard Character claim: No

Current Status: Abandoned: No Statement of Use filed after Notice of Allowance was issued.

Date of Status: 1996-07-05

Filing Date: 1993-05-17

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1996-12-06

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Darrow Publishing Co., Inc.

Address:
Darrow Publishing Co., Inc.
P.O. Box 253
Mustang, OK 73064
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Oklahoma

## GOODS AND/OR SERVICES

MGA2 3940020

TX 34516-00001

**International Class:** 016
**Class Status:** Abandoned
craft catalogues, printed craft instructional materials, stamps, decorative transfers, quilting patterns and painting patterns
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 020
**Class Status:** Abandoned
figurines (statuettes) of wood, wax, plaster, plastic or resins
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 028
**Class Status:** Abandoned
dolls and collectible dolls
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE:** To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1996-07-05 - Abandonment - No use statement filed

1996-03-01 - Extension 4 granted

1996-01-03 - Extension 4 filed

1995-08-08 - Extension 3 granted

1995-07-04 - Extension 3 filed

1995-02-27 - Extension 2 granted

1995-01-04 - Extension 2 filed

http://tarr.uspto.gov/tarr?regser=serial&entry=74391218&action=Request+Status

MGA2 3940021
RJN Ex. 16 - Page 92
TX 34516-00002

1994-08-26 - Extension 1 granted

1994-07-04 - Extension 1 filed

1994-01-04 - NOA Mailed - SOU Required From Applicant

1993-10-12 - Published for opposition

1993-09-10 - Notice of publication

1993-08-19 - Approved For Pub - Principal Register

1993-08-18 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Charles A. Codding

**Correspondent**
Charles A. Codding
Dunlap, Codding & Lee, P.C.
9400 North Broadway, Suite 420
Oklahoma City, OK 73114

MGA2 3940022

TX 34516-00003