# Exhibit 17

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

January 10, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

**TRADEMARK APPLICATION:** 74/152,534
**FILING DATE:** March 27, 1991

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

*M. Tarver*

**M. TARVER**
**Certifying Officer**

MGA2 3941247

RJN Ex. 17 - Page 94   TX 34782-00001

$175.00 - 30/152534

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK APPLICATION BY A CORPORATION - PRINCIPAL REGISTER

MARK: ARMY BRATS

INT. CLASS: 28

To the Assistant Secretary and Commissioner
    of Patents and Trademarks
Washington, D.C. 20231

/Pangea Corporation,/

a corporation incorporated under the laws of the State of California, located and having its principal place of business at /300 S. Raymond Avenue, (Suite 3,) Pasadena, California 91105/

Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) (for toys, games and playthings.)

"Express Mail" Mailing Label No. AB 216 874 691

Date of Deposit March 27, 1991

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Roseanne Campbell

*Roseanne Campbell* (signature)

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods. (15 U.S.C. 1051(b), as amended.)

The mark is intended to be used on or in connection with the goods by imprinting the same directly onto the goods, onto labels, and onto packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that she is properly authorized to execute this application on behalf of the applicant; she believes the applicant to be entitled to use the trademark sought to be registered in commerce; to the best of her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

2

MGA2 3941249

RJN Ex. 17 - Page 96

TX 34782-00003

Cheryl Ann Wong, on behalf of applicant, hereby appoints DORIE G. CHODERKER and LEWIS ANTEN, Reg. No. 26,604, of LEWIS ANTEN, A Professional Corporation, 16830 Ventura Boulevard, Suite 411, Encino, California 91436, (Tel. 818/501-3535), attorneys at law, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

Pangea Corporation

By: _____
       Cheryl Ann Wong

Its: _____President_____

25 March 91
Date of Execution


LEWIS ANTEN, A Professional
    Corporation
16830 Ventura Boulevard
Suite 411
Encino, California 91436
818/501-3535

By: _____
       Dorie Choderker

3

MGA2 3941250

RJN Ex. 17 - Page 97    TX 34782-00004

## TRADEMARK APPLICATION FILE DATA WORKSHEET

NOTES TO DATA ENTRY PERSONNEL

_CDL_

### MARK DATA

| # | Field | Value |
|---|---|---|
| 1 | SERIAL NUMBER | 74 152534 |
| 2 | FILING DATE | 03.27.1991 |
| 3 | LAW OFFICE | 55 |
| 4 | REGISTER TYPE | (1) Principal    2 - Supplemental |
| 5 | MARK DRAWING CODE | See Coding Sheet for Drawing, Pseudo Marks and Design. |
| 6 | INTENT TO USE | (Y)    N |
| 7 | SECTION 2(f)-ENTIRE MARK | Y    (N) |
| 8 | MARK | ARMY BRATS |
| 9 | ATTORNEY REFERENCE NO | T-11447 |
| 10 | ATTORNEY | AT in margin, text in [ ]. |
| 11 | DOMESTIC REPRESENTATIVE | DR in margin, text in [ ]. |
| 12 | CORRESPONDENCE ADDRESS | CA in margin, text in [ ]. |

### CLASS DATA

| # | Field | | | | |
|---|---|---|---|---|---|
| 1 | INTERNATIONAL CLASS | 028 | | | |
| 2 | COLLECTIVE TM OR SM | T  S | T  S | T  S | T  S |
| 3 | FEE PAID | (Y)  N | Y  N | Y  N | Y  N |
| 4 | PRIOR US CLASS(ES) | 022 | | | |
| 5 | 1ST USE DATE | | | | |
| 6 | 1ST USE IN COMM DATE | | | | |
| 7 | IN ANOTHER FORM CODE | 1  2 | 1  2 | 1  2 | 1  2 |
| 8 | IN ANOTHER FORM STATEMENT | AF (IAF code) in margin, text in [ ]. | | | |
| 9 | GOODS/ SERVICES | GS (International Class) in margin, text in [ ]. | | | |
| 10 | CERTIFICATION STATEMENT | CS in margin, text in [ ]. | | | |

MGA2 3941251

RJN Ex. 17 - Page 98     TX 34782-00005

(ONLY APPLICATIONS WITH JOINT OWNERS WILL HAVE ENTRY NUMBERS)

| # | Field | Value |
|---|---|---|
| 1 | NAME | Text in verticle lines. Double verticle lines and entry numbers separate joint owners. |
| 2 | ENTITY TYPE | 03 |
| 3 | ENTITY STATEMENT | EN (entry number) in margin, text in [ ]. |
| 4 | COMPOSED OF STATEMENT | CO (entry number) in margin, text in [ ]. |
| 5 | DBA/AKA/TA STATEMENT | DB (entry number) in margin, text in [ ]. |
| 6 | INTERNAL ADDRESS | AA (entry number) in margin, text marked by verticle lines. |
| 7 | STREET ADDRESS | AA (entry number) in margin, text marked by verticle lines. |
| 8 | CITY | AA (entry number) in margin, text marked by verticle lines. |
| 10 | STATE/COUNTRY CODE | CA |
| 11 | ZIP CODE | AA (entry number) in margin, text marked by verticle lines. |
| 10 | CITIZENSHIP | CA |

**FOREIGN DATA**

| # | Field | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PRIORITY CLAIMED 44(d) | Y | N | Y | N | Y | N | Y | N |
| 2 | COUNTRY CODE | | | | | | | | |
| 3 | FOREIGN APPLICATION NO | | | | | | | | |
| 4 | FOREIGN FILING DATE | | | | | | | | |
| 5 | FOREIGN REGISTRATION NO | | | | | | | | |
| 6 | FOREIGN REGISTRATION DATE | | | | | | | | |
| 7 | FOREIGN EXPIRATION DATE | | | | | | | | |
| 8 | RENEWAL REGISTRATION NO | | | | | | | | |
| 9 | RENEWAL DATE | | | | | | | | |
| 10 | RENEWAL EXPIRATION DATE | | | | | | | | |

**PRIOR US REGIATRATION DATA**

| PRIOR US REGISTRATION | PR in margin, registration numbers in [ ]. |
|---|---|

**ADDITIONAL TEXT DATA**

| TEXT TYPE CODES | CO | CU | DB | DM | D0 | D1 | LS | N0 | TF | TR |
|---|---|---|---|---|---|---|---|---|---|---|
| TEXT | For PM: See Coding Sheet for Drawing, Pseudo Marks and Design. For all others: code in margin, text in [ ]. | | | | | | | | | |

**DESIGN SEARCH CODE(S) DATA**

| DESIGN SEARCH CODE(S) | See Coding Sheet for Drawing, Pseudo Marks, and Design. |
|---|---|

MGA2 3941252

RJN Ex. 17 - Page 99    TX 34782-00006