# Exhibit 18

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:53:50 ET

Serial Number: 74152534   Assignment Information   Trademark Document Retrieval

Registration Number: 1985912

Mark (words only): ARMY BRATS

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 2003-04-12

Filing Date: 1991-03-27

Transformed into a National Application: No

Registration Date: 1996-07-09

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1996-07-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Pangea Corporation

Address:
Pangea Corporation
430 Forest Avenue
Laguna Beach, CA 92651
United States
Legal Entity Type: Corporation
State or Country of Incorporation: California

---

### GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Section 8 - Cancelled
army role playing sets
**Basis:** 1(a)
**First Use Date:** 1995-09-27
**First Use in Commerce Date:** 1995-09-27

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2003-04-12 - Canceled Section 8 (6-year)

1996-07-09 - Registered - Principal Register

1996-05-07 - Allowed for Registration - Principal Register (SOU accepted)

1995-11-17 - Non-final action mailed

1995-11-01 - Statement Of Use Processing Complete

1995-09-29 - Use Amendment Filed

1995-05-21 - Extension 5 granted

1995-03-27 - Extension 5 filed

1994-11-02 - Extension 4 granted

1994-09-20 - Extension 4 filed

1994-05-12 - Extension 3 granted

1994-03-22 - Extension 3 filed

1993-12-17 - Extension 2 granted

1993-09-24 - Extension 2 filed

http://tarr.uspto.gov/tarr?regser=serial&entry=74152534&action=Request+Status

MGA2 3940000
RJN Ex. 18 - Page 101
TX 34509-00002

1993-04-22 - Extension 1 granted

1993-03-10 - Extension 1 filed

1992-09-29 - NOA Mailed - SOU Required From Applicant

1992-07-07 - Published for opposition

1992-06-05 - Notice of publication

1992-03-26 - Approved For Pub - Principal Register

1992-03-12 - Communication received from applicant

1991-09-16 - Non-final action mailed

1991-07-10 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dorie G. Choderker

**Correspondent**
Dorie G. Choderker
Lewis Anten, A Professional Corporation
Suite 411
16830 Ventura Boulevard
Encino, CA 91436

http://tarr.uspto.gov/tarr?regser=serial&entry=74152534&action=Request+Status

MGA2 3940001
RJN Ex. 18 - Page 102
TX 34509-00003