# Exhibit 19



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 10, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 74/111,696
FILING DATE: November 02, 1990

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer

74/111696

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
<u>FEE RECORD SHEET</u>

050 LH 11/08/90 74111696           0 301    175.00 CK

PTO-1555
(5/87)

MGA2 3941254

RJN Ex. 19 - Page 104

TX 34783-00002

MAIL ROOM
NOV 2 1990
PAT. & TRADEMARK OFF.

74/111696

INT. CL. 28
PRIOR US CL. 22

| | | |
|---|---|---|
| Applicant | : | Nikko America, Inc., a corporation of Delaware |
| Address | : | 851 International Parkway Richardson, Texas 75081 |
| Goods | : | Int. Class 28: Toy vehicles - namely radio-controlled, battery-powered automobiles. |

BRAT



M/111696



# BAKER & McKENZIE
ATTORNEYS AT LAW
815 CONNECTICUT AVENUE, N.W.
SUITE 1100
WASHINGTON, D.C. 20006-4078
CABLE ABOGADO · TELEX 248441, 89582
FACSIMILE: (202) 452-7074
TELEPHONE: (202) 452-7000

AMSTERDAM  FRANKFURT       MIAMI           SAO PAULO
BANGKOK    GENEVA          MILAN           SHANGHAI
BARCELONA  GUANGZHOU       MOSCOW          SINGAPORE
BEIJING    HONG KONG       NEW YORK        SYDNEY
BOGOTA     JUAREZ          PALO ALTO       TAIPEI
BRUSSELS   LONDON          PARIS           TIJUANA
BUDAPEST   LOS ANGELES     RIO DE JANEIRO  TOKYO
BUENOS AIRES MADRID        RIYADH          TORONTO
CAIRO      MANILA          ROME            VALENCIA
CARACAS    MELBOURNE       SAN DIEGO       WASHINGTON, D.C.
CHICAGO    MEXICO CITY     SAN FRANCISCO   ZURICH
DALLAS

October 31, 1990

The Honorable Commissioner
  of Patents and Trademarks
Washington, D.C.  20231

Sir:

Attached hereto is a trademark application from Nikko America, Inc., based on a bona fide intent to use the mark "BRAT" and a check in the amount of $175 for the filing fee.

Kindly charge any additional fees or credit any overpayments to Deposit Account No. 11-0853.  An extra copy of this letter is attached for the convenience of the Finance Office.

Kindly address all communication concerning this application to the undersigned, Applicant's attorney.

Respectfully submitted,

Bradford E. Kile

Enclosures

MGA2 3941256

RJN Ex. 19 - Page 106    TX 34783-00004



1/0

175-301  TM
14/111696

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK APPLICATION
PRINCIPAL REGISTER,
WITH DECLARATION

Mark   :   BRAT

Class  :   Int. Class 28

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Applicant, Nikko America, Inc, is a corporation organized and existing under the laws of the State of Delaware, located and doing business at Richardson, Texas, and having its principal place of business at 851 International Parkway, Richardson, Texas 70518.

The above-identified Applicant requests registration of the trademark, "BRAT," shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 for the following goods: in Int. Class 28 for toy vehicles - namely radio-controlled, battery-powered automobiles. Applicant has a bona fide intention to use said trademark in commerce on or in connection with the goods as stated herein pursuant to 15 U.S.C.

MGA2 3941257

RJN Ex. 19 - Page 107    TX 34783-00005

- 2 -

1051(b), as amended, and the intended manner of use is that the trademark will be applied directly to the goods.

### DECLARATION

William S. Sullivan, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is Vice President of Applicant and properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the trademark sought to be registered and that Applicant is entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

MGA2 3941258

RJN Ex. 19 - Page 108

TX 34783-00006

# TRADEMARK APPLICATION FILE DATA WORKSHEET

**NOTES TO DATA ENTRY PERSONNEL**

## MARK DATA

| # | Field | Value |
|---|---|---|
| 1 | SERIAL NUMBER | 111696 |
| 2 | FILING DATE | 11/02/1990 |
| 3 | LAW OFFICE | 1 |
| 4 | REGISTER TYPE | (1) - Principal    2 - Supplemental |
| 5 | MARK DRAWING CODE | See Coding Sheet for Drawing, Pseudo Marks and Design. |
| 6 | INTENT TO USE | (Y)    N |
| 7 | SECTION 2(f)-ENTIRE MARK | Y    (N) |
| 8 | MARK | BRAT |
| 9 | ATTORNEY REFERENCE NO | |
| 10 | ATTORNEY | (AT) in margin, text in [ ]. |
| 11 | DOMESTIC REPRESENTATIVE | DR in margin, text in [ ]. |
| 12 | CORRESPONDENCE ADDRESS | (CA) in margin, text in [ ]. |

## CLASS DATA

| # | Field | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INTERNATIONAL CLASS | 028 | | | | | | | |
| 2 | COLLECTIVE TM OR SM | T | S | T | S | T | S | T | S |
| 3 | FEE PAID | (Y) | N | Y | N | Y | N | Y | N |
| 4 | PRIOR US CLASS(ES) | 022 | | | | | | | |
| 5 | 1ST USE DATE | | | | | | | | |
| 6 | 1ST USE IN COMM DATE | | | | | | | | |
| 7 | IN ANOTHER FORM CODE | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| 8 | IN ANOTHER FORM STATEMENT | AF (IAF code) in margin, text in [ ]. | | | | | | | |
| 9 | GOODS/SERVICES | (GS) (International Class) in margin, text in [ ]. | | | | | | | |
| 10 | CERITFICATION STATEMENT | CS in margin, text in [ ]. | | | | | | | |

MGA2 3941259

TX 34783-00007

(ONLY APPLICATIONS WITH <u>JOINT OWNERS</u> WILL HAVE ENTRY NUMBERS)

| # | Field | | | | |
|---|---|---|---|---|---|
| 1 | NAME | Text in verticle lines. Double verticle lines and entry numbers separate joint owners. | | | |
| 2 | ENTITY TYPE | 03 | | | |
| 3 | ENTITY STATEMENT | EN (entry number) in margin, text in [ ]. | | | |
| 4 | COMPOSED OF STATEMENT | CO (entry number) in margin, text in [ ]. | | | |
| 5 | DBA/AKA/TA STATEMENT | DB (entry number) in margin, text in [ ]. | | | |
| 6 | INTERNAL ADDRESS | AA (entry number) in margin, text marked by verticle lines. | | | |
| 7 | STREET ADDRESS | AA (entry number) in margin, text marked by verticle lines. | | | |
| 8 | CITY | (AA) (entry number) in margin, text marked by verticle lines. | | | |
| 9 | STATE/COUNTRY CODE | TX | | | |
| 10 | ZIP CODE | (AA) (entry number) in margin, text marked by verticle lines. | | | |
| 11 | CITIZENSHIP | DE | | | |

**FOREIGN DATA**

| # | Field | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PRIORITY CLAIMED 44(d) | Y | N | Y | N | Y | N | Y | N |
| 2 | COUNTRY CODE | | | | | | | | |
| 3 | FOREIGN APPLICATION NO | | | | | | | | |
| 4 | FOREIGN FILING DATE | | | | | | | | |
| 5 | FOREIGN REGISTRATION NO | | | | | | | | |
| 6 | FOREIGN REGISTRATION DATE | | | | | | | | |
| 7 | FOREIGN EXPIRATION DATE | | | | | | | | |
| 8 | RENEWAL REGISTRATION NO | | | | | | | | |
| 9 | RENEWAL DATE | | | | | | | | |
| 10 | RENEWAL EXPIRATION DATE | | | | | | | | |

**PRIOR US REGIATRATION DATA**

| PRIOR US REGISTRATION | PR in margin, registration numbers in [ ]. |
|---|---|

**ADDITIONAL TEXT DATA**

| TEXT TYPE CODES | CO | CU | DB | DM | DO | DS | LS | NO | TF | TR |
|---|---|---|---|---|---|---|---|---|---|---|
| TEXT | For PM: See Coding Sheet for Drawing, Pseudo Marks and Design. For all others: code in margin, text in [ ]. | | | | | | | | | |

**DESIGN SEARCH CODE(S) DATA**

| DESIGN SEARCH CODE(S) | See Coding Sheet for Drawing, Pseudo Marks, and Design. |
|---|---|