# Exhibit 20

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-01-05 12:54:49 ET

**Serial Number:** 74111696 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** BRAT

**Standard Character claim:** No

**Current Status:** Abandoned: Applicant's express request.

**Date of Status:** 1992-01-14

**Filing Date:** 1990-11-02

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 5

**If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1992-01-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Nikko America, Inc.

**Address:**
Nikko America, Inc.
851 International Parkway
Richardson, TX 70518
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

http://tarr.uspto.gov/tarr?regser=serial&entry=74111696&action=Request+Status

MGA2 3939989

TX 34505-00001

**International Class:** 028
**Class Status:** Abandoned
toy vehicles - namely radio-controlled, battery-powered automobiles
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

1992-01-14 - Abandonment - Express mailed

1991-05-23 - Non-final action mailed

1991-03-09 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Bradford E. Kile

**Correspondent**
Bradford E. Kile
Baker & McKenzie
815 Connecticut Avevnue, N.W.
Suite 1100
Washington, DC 20006-4078

---

MGA2 3939990

TX 34505-00002