# Exhibit 21



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 10, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 74/111,347
FILING DATE: November 01, 1990

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. Tarver

M. TARVER
Certifying Officer

MGA2 3941267

RJN Ex. 21 - Page 113

TX 34785-00001

74/111347

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040 TP 11/08/90 74111347          0 301     175.00 CK

PTO-1555
(5/87)

MGA2 3941268

RJN Ex. 21 - Page 114

TX 34785-00002

/specs: 175-00-301  TM

# 111347

**APPLICATION FOR REGISTRATION OF TRADEMARK ON PRINCIPAL REGISTER WITH POWER OF ATTORNEY**

Mark: BRAT + design

International Class 28 - games and playthings

TO THE COMMISSIONER OF PATENTS & TRADEMARKS:

Applicant: Catco, Inc., a corporation organized under the laws of the State of New York having its principal place of business at 529 W. 42nd Street, New York, New York 10036

Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for the following goods: balloon-type play balls.

Applicant has a bona fide intention to use the mark in commerce in connection with the goods (15 U.S.C. 1051(b), as amended).

Applicant intends to use the mark or in connection with the goods by applying it to packages containing the goods.

Applicant hereby appoints MICHAEL EBERT c/o Hopgood, Calimafde, Kalil, Blaustein & Judlowe, 60 E. 42nd Street, New York, NY 10165, Reg. No. 15,443, who is a member of the Bar of the State of New York, its attorney to prosecute this application to register, to transact all business in the Patent & Trademark Office in connection therewith, and to receive the Certificate of Registration.

MGA2 3941269

TX 34785-00003

RJN Ex. 21 - Page 115

STATE OF NEW YORK )
                      ) ss:
COUNTY OF NEW YORK)

### DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that she is President of Catco, Inc., and is properly authorized to execute this application on behalf of the applicant; she believes the applicant to be entitled to such mark in commerce; to the best of her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

                    CATCO, INC.

                By: _____
                      BARBARA E. CARVER

Subscribed and sworn to before me
this 29th day of October, 1990

_____
NOTARY PUBLIC

JAMES E. FLEMING
Notary Public, State of New York
No. ...
Qualified in ... County
Commission Expires 12/31/91

-2-

MGA2 3941270

RJN Ex. 21 - Page 116

TX 34785-00004

NOV 1 1990



111347

Catco, Inc.
529 W. 42nd Street
New York, N.Y.   10036

A corporation of the State of New York

International Class 28 - "games and playthings"

INT CL.
28

22



25 x

MGA2 3941271

RJN Ex. 21 - Page 117     TX 34785-00005

TRADEMARK APPLICATION FILE DATA WORKSHEET

NOTES TO DATA ENTRY PERSONNEL

## MARK DATA

| # | Field | Value |
|---|---|---|
| 1 | SERIAL NUMBER | 111347 |
| 2 | FILING DATE | 11011990 |
| 3 | LAW OFFICE | |
| 4 | REGISTER TYPE | (1) Principal    2 - Supplemental |
| 5 | MARK DRAWING CODE | See Coding Sheet for Drawing, Pseudo Marks and Design. |
| 6 | INTENT TO USE | (Y)    N |
| 7 | SECTION 2(f)-ENTIRE MARK | Y    N |
| 8 | MARK | BRAT |
| 9 | ATTORNEY REFERENCE NO | |
| 10 | ATTORNEY | AT in margin, text in [ ]. |
| 11 | DOMESTIC REPRESENTATIVE | DR in margin, text in [ ]. |
| 12 | CORRESPONDENCE ADDRESS | CA in margin, text in [ ]. |

## CLASS DATA

| # | Field | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | INTERNATIONAL CLASS | 028 | | | | | | |
| 2. | COLLECTIVE TM OR SM | T  S | T  S | T  S | T  S | | | |
| 3. | FEE PAID | (Y) N | Y  N | Y  N | Y  N | | | |
| 4. | PRIOR US CLASS(ES) | 022 | | | | | | |
| 5. | 1ST USE DATE | | | | | | | |
| 6. | 1ST USE IN COMM DATE | | | | | | | |
| 7. | IN ANOTHER FORM CODE | 1  2 | 1  2 | 1  2 | 1  2 | | | |
| 8. | IN ANOTHER FORM STATEMENT | AF (IAF code) in margin, text in [ ]. | | | | | | |
| 9. | GOODS/SERVICES | GS (International Class) in margin, text in [ ]. | | | | | | |
| 10. | CERTIFICATION STATEMENT | CS in margin, text in [ ]. | | | | | | |

BAW

MGA2 3941272

RJN Ex. 21 - Page 118    TX 34785-00006

(ONLY APPLICATIONS WITH JOINT OWNERS WILL HAVE ENTRY NUMBERS)

| # | Field | Entry 1 | Entry 2 | Entry 3 | Entry 4 |
|---|---|---|---|---|---|
| 1 | NAME | Text in verticle lines. Double verticle lines and entry numbers seperate joint owners. | | | |
| 2 | ENTITY TYPE | 03 | | | |
| 3 | ENTITY STATEMENT | EN (entry number) in margin, text in [ ]. | | | |
| 4 | COMPOSED OF STATEMENT | CO (entry number) in margin, text in [ ]. | | | |
| 5 | DBA/AKA/TA STATEMENT | DB (entry number) in margin, text in [ ]. | | | |
| 6 | INTERNAL ADDRESS | AA (entry number) in margin, text marked by verticle lines. | | | |
| 7 | STREET ADDRESS | AA (entry number) in margin, text marked by verticle lines. | | | |
| 8 | CITY | AA (entry number) in margin, text marked by verticle lines. | | | |
| 9 | STATE/COUNTRY CODE | NY | | | |
| 10 | ZIP CODE | AA (entry number) in margin, text marked by verticle lines. | | | |
| 11 | CITIZENSHIP | NY | | | |

## FOREIGN DATA

| # | Field | Y | N | Y | N | Y | N | Y | N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PRIORITY CLAIMED 44(d) | | | | | | | | |
| 2 | COUNTRY CODE | | | | | | | | |
| 3 | FOREIGN APPLICATION NO | | | | | | | | |
| 4 | FOREIGN FILING DATE | | | | | | | | |
| 5 | FOREIGN REGISTRATION NO | | | | | | | | |
| 6 | FOREIGN REGISTRATION DATE | | | | | | | | |
| 7 | FOREIGN EXPIRATION DATE | | | | | | | | |
| 8 | RENEWAL REGISTRATION NO | | | | | | | | |
| 9 | RENEWAL DATE | | | | | | | | |
| 10 | RENEWAL EXPIRATION DATE | | | | | | | | |

## PRIOR US REGISTRATION DATA

| PRIOR US REGISTRATION | PR in margin, registration numbers in [ ]. |
|---|---|

## ADDITIONAL TEXT DATA

| TEXT TYPE CODES | CO | CU | DB | DM | DO | D1 | LS | N0 | TF | TR |
|---|---|---|---|---|---|---|---|---|---|---|
| TEXT | For PM: See Coding Sheet for Drawing, Pseudo Marks and Design. For all others: code in margin, text in [ ]. | | | | | | | | | |

## DESIGN SEARCH CODE(S) DATA

| DESIGN SEARCH CODE(S) | See Coding Sheet for Drawing, Pseudo Marks, and Design. |
|---|---|

MGA2 3941273

RJN Ex. 21 - Page 119   TX 34785-00007