# Exhibit 22

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 12:55:15 ET

Serial Number: 74111347 Assignment Information        Trademark Document Retrieval

Registration Number: 1693303

Mark



(words only): BRAT

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 2003-03-15

Filing Date: 1990-11-01

Transformed into a National Application: No

Registration Date: 1992-06-09

Register: Principal

Law Office Assigned: LAW OFFICE 12

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1997-10-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Catco, Inc.

Address:

http://tarr.uspto.gov/tarr?regser=serial&entry=74111347&action=Request+Status

Catco, Inc.
1107 Broadway, Suite 1510
New York, NY 10010
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Section 8 - Cancelled
balloon-type play balls
**Basis:** 1(a)
**First Use Date:** 1991-02-08
**First Use in Commerce Date:** 1991-02-08

## ADDITIONAL INFORMATION

**Design Search Code(s):**
02.11.25 - Blood vessels, human; Brain, human; Buttocks, human; Human, other parts of the body; Intestines, human; Lungs, human; Nerves, human; Nose, human; Spine, human; Tongue, human
26.01.02 - Circles, plain single line; Plain single line circles
27.03.02 - Humans forming letters or numerals; Humans forming punctuation

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2003-03-15 - Canceled Section 8 (10-year)/Expired Section 9

1997-09-03 - Section 8 (6-year) accepted & Section 15 acknowledged

1997-08-12 - Section 8 (6-year) and Section 15 Filed

1992-06-09 - Registered - Principal Register

1992-03-30 - Allowed for Registration - Principal Register (SOU accepted)

1992-03-30 - Assigned To Examiner

1992-02-27 - Assigned To Examiner

http://tarr.uspto.gov/tarr?regser=serial&entry=74111347&action=Request+Status

MGA2 3939987

RJN Ex. 22 - Page 121

TX 34504-00002

1992-01-29 - Statement Of Use Processing Complete

1991-12-12 - Use Amendment Filed

1991-09-17 - NOA Mailed - SOU Required From Applicant

1991-06-25 - Published for opposition

1991-05-24 - Notice of publication

1991-03-11 - Approved For Pub - Principal Register

1991-03-08 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Michael Ebert

**Correspondent**
Michael Ebert
c/o Hopgood, Calimafde, Kalil, et al.
60 E. 42nd Street
New York, NY 10165

http://tarr.uspto.gov/tarr?regser=serial&entry=74111347&action=Request+Status

MGA2 3939988

RJN Ex. 22 - Page 122

TX 34504-00003