# Exhibit 23



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 10, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *74/000,239*
FILING DATE: *November 16, 1989*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer

MGA2 3941288

RJN Ex. 23 - Page 123

TX 34788-00001

TRADEMARK APPLICATION SERIAL NO. _____74/000239_____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

080  11/27/89  74000239                1 301      175.00 CK

PTO-1555
(5/87)

MGA2 3941289

RJN Ex. 23 - Page 124    TX 34788-00002

Diversified Fashions, Inc.
1740 Edmar, St. Louis, Missouri
July 30, 1989
July 30, 1989
30 Piece Plush Toy Line

28
22

14/000239

11-16-89



MGA2 3941290

RJN Ex. 23 - Page 125

TX 34788-00003

| APPLICATION, PRINCIPAL WITH DECLARATION (Corporation) | MARK (Identify the mark) Surf Pack Brats |
|---|---|
| | CLASS NO. (If known) 28 |

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS.

NAME OF CORPORATION
Diversified Fashions INC.     (314)355-7870

STATE OR COUNTRY OF INCORPORATION
St Louis, Mo.

BUSINESS ADDRESS OF CORPORATION
1740 Edmar St Louis, Mo. 63138

The above identified applicant has adopted and is using the trademark shown in the accompanying drawing[2] for the following goods: 30 piece plush toy line

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The trademark was first used on the goods[3] on ___7/30/89___ (date); was first used on the goods[3] in ___Interstate___ (type of commerce) commerce[4] on ___7/30/89___ (date); and is now in use in such commerce.

5

The mark is used by applying it to[6] Front and back of each individual item.

and five specimens showing the mark as actually used are presented herewith.

7

Patricia K WAgner
(name of officer of corporation)

being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom, declares that he/she is
Vice President of Operations
(official title)
of applicant corporation and is authorized to execute this instrument on behalf of said corporation; he/she believes said corporation to be the owner of the trademark sought to be registered; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in this application are true; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Diversified Fashions INC.
(name of corporation)

By _Patricia K Wagner_
(signature of officer of corporation, and official title of officer)

Patricia K Wagner
Vice President of Operations.
9/11/89
(date)

Form PTO 1478 (Rev. 10-82) (Instructions on reverse side)   (over)   Patent and Trademark Office - U.S. DEPT. of COMMERCE

MGA2 3941291

RJN Ex. 23 - Page 126     TX 34788-00004



MGA2 3941292

RJN Ex. 23 - Page 127   TX 34788-00005

| | | | | | | |
|---|---|---|---|---|---|---|
| FORM PTO-1128 | | TRADEMARK APPLICATION FILE DATA WORKSHEET | | | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | |
| | 1. SERIAL NUMBER CC0239 | 2. FILING DATE 891116 4. REGISTER TYPE (PR) SR 2F 2T | | | 3. LAW OFFICE | |
| F2 | SURF PACK BRATS | | | | | |

| | 1 INT CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5 PRIOR U.S. CLASS(ES) | 6 GOODS/ SERVICES |
|---|---|---|---|---|---|---|
| F3 | 028 | 19890730 | 19890730 | Y | 022 | SEE APPLICATION |

| | APPLICANT INFORMATION | | | | | ENTRY NO. | APPLICANT ADDRESS |
|---|---|---|---|---|---|---|---|
| | | 1 ENTITY | 2 ENTRY NO. | 3. CITIZENSHIP | 4 NAME | | |
| F4 | 1st | | | | | 01 | SEE APPLICATION |
| | 2nd | SEE APPLICATION | | | F5 | 02 | |
| | 3rd | | | | | 03 | |

| F6,7 | CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION |
|---|---|

| | ENTRY NO | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE | 4-3 |
|---|---|---|---|---|---|
| F8 | 01 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE | |
| | | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE | |
| | ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE | 4-3 |
| | 02 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE | |
| | | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE | |

| F9 | PRIOR U.S. REGISTRATIONS - SEE APPLICATION |
|---|---|
| F10 | TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |

EMPLOYEE NUMBER

MGA2 3941293

RJN Ex. 23 - Page 128     TX 34788-00006