# Exhibit 24

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 12:55:46 ET

Serial Number: 74000239 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark



(words only): SURF PACK BRATS

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 1990-10-03

Filing Date: 1989-11-16

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1990-10-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. DIVERSIFIED FASHIONS, INC.

Address:

http://tarr.uspto.gov/tarr?regser=serial&entry=74000239&action=Request+Status

DIVERSIFIED FASHIONS, INC.
1740 EDMAR
ST. LOUIS, MO 63138
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Missouri

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Abandoned
30 PIECE PLUSH TOY LINE
**Basis:** 1(a)
**First Use Date:** 1989-07-30
**First Use in Commerce Date:** 1989-07-30

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1990-10-03 - Abandonment - Failure To Respond Or Late Response

1990-01-31 - Non-final action mailed

1990-01-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
DIVERSIFIED FASHIONS, INC.
1740 EDMAR
ST. LOUIS, MO 63138

http://tarr.uspto.gov/tarr?regser=serial&entry=74000239&action=Request+Status