# Exhibit 25

7275579

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

January 10, 2011

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:**

**TRADEMARK APPLICATION:** *73/694,134*
**FILING DATE:** *November 09, 1987*

By Authority of the
**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**

*M. Tarver*

**M. TARVER**
**Certifying Officer**

MGA2 3941274

TX 34786-00001

TRADEMARK APPLICATION SERIAL NO. __694134__

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

080  11/18/87  694134                    1 331    200.00 CK

FTO-1555
(5/87)

MGA2 3941275

RJN Ex. 25 - Page 132    TX 34786-00002

694134





Applicant:
P.O. Address:

Combi Co., Ltd.
No. 16-9, 3 Chome, Uchikanda,
Chiyoda-ku, Tokyo, Japan

Goods:
Date of first use:

Ride-on toys
July 1, 1986

LI'L BRAT

MARKS MURASE & WHITE
2001 L Street, N.W.
Suite 750
Washington, D.C.   20036

-5-

MGA2 3941276

TX 34786-00003

694134

# MARKS MURASE & WHITE

ATTORNEYS AT LAW

SUITE 750

801 L STREET N.W.

WASHINGTON D.C. 20036

202 955-4010

CABLE MEW-LAW WASHINGTON D C
INTERNATIONAL TELEX 248743
TELECOPIER 202 955-4033

November 9, 1987

Honorable Commissioner of Patents
    and Trademarks
Washington, D.C.  20231

Sir:

        Transmitted herewith for filing is the trademark
application of Combi Co., Ltd. for "LI'L BRAT", in International
Class 28 (U.S. Class 22).

        Five specimens of the mark as used are attached.

        A check in the amount of $200.00 to cover the
Government filing fee is attached.

                                    Very truly yours,

                                    Richard Linn

RL/MBT/c/F
Attachments:
Trademark Application
$200.00 check
5 specimens
Drawing
License Agreement

MGA2 3941277

     TX 34786-00004





694134

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION

Mark:  LI'L BRAT

International Class: 28

U.S. Class:  22

To The Commissioner of Patents and Trademarks:

COMBI CO., LTD., a Japanese corporation having a
place of business located at No. 16-9, 3 Chome,
Uchikanda, Chiyoda-ku, Tokyo, Japan

#### STATEMENT

The above-identified applicant has adopted and is
using the trademark shown in the accompanying drawing for

RIDE-ON TOYS

and requests that said mark be registered in the United
States Patent and Trademark Office on the Principal Register
established by the Act of July 5, 1946.

MGA2 3941278

RJN Ex. 25 - Page 135        TX 34786-00005

The trademark was first used on the goods at least as early as July 1, 1986; was first used in interstate commerce at least as early as July 1, 1986; and is now in use in such commerce.

The mark is used by applicant's United States licensee, Combi Industries, Inc., a New York corporation and a subsidiary of applicant. Combi Industries, Inc. is further related to applicant by virtue of an oral extension of a basic license agreement pursuant to which applicant controls the nature and quality of the goods. A copy of the relevant portions of the basic license agreement is attached.

The mark is used by applying it directly to the goods, to containers for the goods, to displays associated with the goods, and in other ways customary in the trade; and five (5) specimens showing the mark as actually used are presented herewith.

Marks Murase & White, whose postal address is Suite 750, 2001 L Street, N.W., Washington, D.C. 20036, is hereby designated applicant's representative upon whom notices or process in proceedings affecting the mark may be served.

Applicant hereby appoints as its attorneys Richard Linn and Paul Devinsky, members of the Bar of the highest court of the District of Columbia, to prosecute this application to register, to transact all business in the

F 7

-2-

MGA2 3941279

   TX 34786-00006

Patent and Trademark Office in connection therewith, to grant and revoke associate powers of attorney, and to receive the certificate of registration.

Please address all correspondence to: /Richard Linn, Esq., Marks Murase & White, Suite 750, 2001 L Street, N.W., Washington, D.C. 20036./

Please direct all telephone calls to applicant's attorneys at (202) 955-4900.

The undersigned, *_____, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom, declares: That he is **_____ of applicant corporation and is authorized to execute this application on behalf of said corporation; that he believes said corporation to be the owner of the trademark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely,

-3-

MGA2 3941280

TX 34786-00007

when applied to the goods of such other person, to cause
confusion, or to cause mistake, or to deceive; and that all
statements made of his own knowledge are true and that all
statements made on information and belief are believed to be
true.

                              COMBI CO., LTD.

                              By: _____
                                  Name:

Date: _____

*     Name
**    Corporate Title

-4-

MGA2 3941281

RJN Ex. 25 - Page 138    TX 34786-00008



MGA2 3941282

RJN Ex. 25 - Page 139          TX 34786-00009

FORM PTO 328
REV 43

U S DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

## TRADEMARK APPLICATION FILE DATA WORKSHEET

| SERIAL NUMBER | 2 FILING DATE | 3 LAW OFFICE |
|---|---|---|
| N94124 | 116937 | |
| | 4 REGISTER TYPE | 5 MARK DRAWING CODE |
| | PR | |

**F2**  — IL BRAT

| 1 INT CL | 2 1st USE DATE | 3 1st COMMERCE | 4 PAID | 5 PRIOR U S CLASS(ES) | 6 GOODS SERVICES |
|---|---|---|---|---|---|
| 028 | 0701 1986 | 0701 986 | 1 | 022 | SEE APPLICATION |

**F4 APPLICANT INFORMATION**

| | 1 ENTITY | 2 ENTRY NO | 3 CITIZENSHIP | 4 NAME |
|---|---|---|---|---|
| 1st | | | | |
| 2nd | SEE APPLICATION | | | |
| 3rd | | | | |

**F5**

| ENTRY NO | APPLICANT ADDRESS |
|---|---|
| 01 | |
| 02 | SEE APPLICATION |
| 03 | |

**F6,7** CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

**F8**

| ENTRY NO | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
|---|---|---|---|
| 01 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| 02 | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
| | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

**F9** PRIOR U S REGISTRATIONS - SEE APPLICATION

**F10** TEXT TYPE CODE — ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW)

EMPLOYEE NUMBER

USCOMM-DC 63 3775

MGA2 3941283

RJN Ex. 25 - Page 140     TX 34786-00010