# Exhibit 26

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-01-05 12:56:17 ET

**Serial Number:** 73694134 Assignment Information        Trademark Document Retrieval

**Registration Number:** 1491354

**Mark (words only):** LI'L BRAT

**Standard Character claim:** No

**Current Status:** Registration canceled under Section 8.

**Date of Status:** 1994-12-12

**Filing Date:** 1987-11-09

**Transformed into a National Application:** No

**Registration Date:** 1988-06-07

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)


**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1988-06-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. COMBI CO., LTD.

**Address:**
COMBI CO., LTD.
NO. 16-9 3 CHOME, UCHIKANDA
CHIYODA-KU, TOKYO
Japan
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Japan

---

### GOODS AND/OR SERVICES

---

http://tarr.uspto.gov/tarr?regser=serial&entry=73694134&action=Request+Status

MGA2 3939953

RJN Ex. 26 - Page 141

TX 34492-00001

Case 2:04-cv-09049-DOC-RNB   Document 9830-26   Filed 02/08/11   Page 3 of 4   Page ID #:296720

**International Class:** 028
**Class Status:** Section 8 - Cancelled
RIDE-ON TOYS
**Basis:** 1(a)
**First Use Date:** 1986-07-01
**First Use in Commerce Date:** 1986-07-01

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

1994-12-12 - Canceled Section 8 (6-year)

1988-06-07 - Registered - Principal Register

1988-03-15 - Published for opposition

1988-02-13 - Notice of publication

1988-01-26 - Approved for Pub - Principal Register (Initial exam)

1988-01-23 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
RICHARD LINN, ESQ.

**Correspondent**
RICHARD LINN, ESQ.
MARKS MURASE & WHITE
SUITE 750
2001 L STREET, N.W.
WASHINGTON, DC 20036

**Domestic Representative**
MARKS MURASE & WHITE

http://tarr.uspto.gov/tarr?regser=serial&entry=73694134&action=Request+Status

MGA2 3939954

RJN Ex. 26 - Page 142

TX 34492-00002

http://tarr.uspto.gov/tarr?regser=serial&entry=73694134&action=Request+Status

MGA2 3939955

RJN Ex. 26 - Page 143

TX 34492-00003