# Exhibit 27



7275579

# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 12, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 75/589,855
FILING DATE: November 16, 1998

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

MGA2 3941419

RJN Ex. 27 - Page 144    TX 34820-00001

75589855

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
12/04/1998 CMAY11   00000006 75589855
01 FC:361                     245.00 OP


Void date: 12/04/1998 CMAY11
12/04/1998 CMAY11   00000006  75589855
01 FC:361                    -245.00 OP



12/04/1998 ARIVERA  00000077 75589855
01 FC:361                     245.00 OP
```

PTO-1555
(5/87)

MGA2 3941420

RJN Ex. 27 - Page 145     TX 34820-00002

## *Law Offices of* BONNIE J. CHERMAK

21550 Oxnard Street, Suite 300
Woodland Hills, California 91367
Telephone: (818) 716-1100
Facsimile: (818) 716-1114

November 10, 1998

BY PRIORITY MAIL

Box NEW APP
FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

      RE:    Application of The Attitude Guys

Dear Sir/Madam:

    Enclosed are the following:

1. Application/Intent-to-Use Application of The Attitude Guys to register the mark "Snotty Brat" in International Class 25 including black and white drawing of mark;

2. Three specimens showing the mark as used in commerce; and

3. A $245 (per class) check payable to "US Patent and Trademark Office" for the filing fee.

                                    Very truly yours,

                                    LAW OFFICES OF BONNIE J. CHERMAK

                                    Robin Thomas
                                    Assistant to Bonnie J. Chermak

:rt
Enclosures

MGA2 3941421

RJN Ex. 27 - Page 146    TX 34820-00003

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## APPLICATION FOR TRADEMARK REGISTRATION

Mark: Snotty Brat
International Class: 25
United States Class: 39

ASSISTANT COMMISSIONER FOR TRADEMARKS:

| | |
|---|---|
| Applicant: | The Attitude Guys<br>A Delaware Corporation |
| Business Address: | 21356 Nordhoff Street, Suite 108<br>Chatsworth, CA 91311 |

Applicant requests registration of the above-identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C . §§ 1051 et seq., as amened) Womens Clothing for juniors which features, but is not limited to, skirts, dresses, shorts, jeans, tops, pants, vests, sweatshirts, and a "technical" line of polar fleece outerwear which consists of cold weather sports attire, featuring, but not limited to, ski wear, cycling wear, mountain biking wear and polar fleece outerwear.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods (15 U.S.C. § 1051(b)). The mark will be used on labels and hang tags affixed to the goods.

Applicant appoints Bonnie J. Chermak of the Law Offices of Bonnie J. Chermak, a member of the State Bat of California, as its attorney with full power of substitution to prosecute this application, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

Please send all correspondence to Law Offices of Bonnie J. Chermak, 21550 Oxnard Street, Suite 300, Woodland Hills, CA 91367. Please phone Bonnie J. Chermak at (818) 716-1100.

The undersigned, being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States code and that such willful false statements may jeopardize the validity of this application on behalf of the applicant, that he believes the applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to

Applicant: The Attitude Guys
Mark: Snotty Brat

deceive; that the applicant has a bonafide intention to use the mark in commerce on the specified goods; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Signed at Chatsworth, California on ____November 10____, 1998.

THE ATTITUDE GUYS____ [applicant]

By: _____

Its: ____President____

MGA2 3941423

RJN Ex. 27 - Page 148    TX 34820-00005

## CERTIFICATE OF MAILING

PRIORITY MAIL

Date of Deposit: November 10, 1998

    I hereby certify that the APPLICATION FOR TRADEMARK REGISTRATION is being deposited in the United States postal Service by Express Mail service to Addressee under 37 C.F.R. 1.10 on the date indicated above ad addressed to:

>Box NEW APP
>FEE
>Assistant Commissioner for Trademarks
>2900 Crystal Drive
>Arlington, VA 22202-3513

*[signature]*
ROBIN THOMAS

MGA2 3941424

RJN Ex. 27 - Page 149    TX 34820-00006

75589855



MGA2 3941425

RJN Ex. 27 - Page 150    TX 34820-00007

Applicant: The Attitude Guys
Mark: Snotty Brat

International Class: 25
United States Class: 39

**APPLICANT:**  The Attitude Guys
A Delaware corporation

**BUSINESS ADDRESS:**  21356 Nordhoff Street, Suite 108
Chatsworth, CA 91311

INT CLASS
25

**GOODS:**  Womens Clothing for juniors which features, but is not limited to, skirts, dresses, shorts, jeans, tops, pants, vests, sweatshirts, and a "technical" line of polar fleece outerwear which consists of cold weather sports attire, featuring, but not limited to, ski wear, cycling wear, mountain biking wear and polar fleece outerwear.

11-16-1998
U S Patent & TMOfc/TM Mail Rcpt Dt. #01

TRADEMARK
75589855

MGA2 3941426

RJN Ex. 27 - Page 151     TX 34820-00008