# Exhibit 28

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 13:04:29 ET

Serial Number: 75589855   Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): SNOTTY BRAT

Standard Character claim: No

Current Status: Abandoned: No Statement of Use filed after Notice of Allowance was issued.

Date of Status: 2000-09-29

Filing Date: 1998-11-16

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-01-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ATTITUDE GUYS, THE

Address:
ATTITUDE GUYS, THE
21356 Nordhoff Street, Suite 108
Chatsworth, CA 91311
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Womens clothing for juniors, namely, skirts, skants, dresses, shorts, jeans, blouses, t-shirts, tank tops, pants, vests, sweatshirts, sweatpants, jackets
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2001-01-22 - Abandonment - No use statement filed

2000-03-28 - NOA Mailed - SOU Required From Applicant

2000-01-04 - Published for opposition

1999-12-03 - Notice of publication

1999-09-30 - Approved For Pub - Principal Register

1999-08-24 - Communication received from applicant

1999-06-17 - Non-final action mailed

1999-06-16 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Bonnie J. Chermak

**Correspondent**
BONNIE J CHERMAK
LAW OFFICES OF BONNIE J CHERMAK
21550 OXNARD STREET SUITE 300

http://tarr.uspto.gov/tarr?regser=serial&entry=75589855&action=Request+Status

MGA2 3940100
RJN Ex. 28 - Page 153
TX 34543-00002

**WOODLAND HILLS CA 91367**

http://tarr.uspto.gov/tarr?regser=serial&entry=75589855&action=Request+Status

MGA2 3940101

RJN Ex. 28 - Page 154

TX 34543-00003