# Exhibit 29



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 12, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *75/549,219*
FILING DATE: *September 08, 1998*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

MGA2 3941413

TX 34819-00001

RJN Ex. 29 - Page 155

75549219

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/28/1998 SHOPPER 00000074 75549219
01 FC:361                    245.00 OP

PTO-1555
(5/87)

MGA2 3941414

RJN Ex. 29 - Page 156    TX 34819-00002

| TRADEMARK/SERVICE MARK APPLICATION, PRINCIPAL REGISTER, WITH DECLARATION | MARK (Word(s) and/or Design)<br><br>LITTLE BRAT | CLASS NO. (If known)<br><br>25 |
|---|---|---|

**TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:**

**APPLICANT'S NAME:** KHANH PHAM

**APPLICANT'S MAILING ADDRESS:** P.O. Box 262047
(Display address exactly as it should appear on registration) PLANO, TEXAS 75026-2047

**APPLICANT'S ENTITY TYPE:** (Check one and supply requested information)

✓ Individual - Citizen of (Country): UNITED STATES OF AMERICA

Partnership - State where organized (Country, if appropriate): ___
Names and Citizenship (Country) of General Partners: ___

Corporation - State (Country, if appropriate) of Incorporation: ___

Other (Specify Nature of Entity and Domicile): ___

**GOODS AND/OR SERVICES:**

Applicant requests registration of the trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended) for the following goods/services (SPECIFIC GOODS AND/OR SERVICES MUST BE INSERTED HERE):

25 - CLOTHING FOR CHILDREN

**BASIS FOR APPLICATION:** (Check boxes which apply, but never both the first AND second boxes, and supply requested information related to each box checked.)

[✓] Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.
- Date of first use of the mark in commerce which the U.S. Congress may regulate (for example, interstate or between the U.S. and a foreign country): APRIL 16, 1998
- Specify the type of commerce: INTERSTATE COMMERCE
  (for example, interstate or between the U.S. and a specified foreign country)
- Date of first use anywhere (the same as or before use in commerce date): APRIL 16, 1998
- Specify intended manner or mode of use of mark on or in connection with the goods/services: TRADEMARK ATTACHED TO GOODS, PRODUCTS, AND PACKAGES.
  (for example, trademark is applied to labels, service mark is used in advertisements)

[ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)
- Specify manner or mode of use of mark on or in connection with the goods/services: ___

[ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
- Country of foreign filing: ___   • Date of foreign filing: ___

[ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services and, accompanying this application, submits a certification or certified copy of a foreign registration in accordance with 15 U.S.C 1126(e), as amended
- Country of registration: ___   • Registration number: ___

**NOTE: Declaration, on Reverse Side, MUST be Signed**

75549219

MGA2 3941415

RJN Ex. 29 - Page 157   TX 34819-00003

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or if the application is being filed under 15 U.S.C. 1051(b), he/she believes the applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

AUGUST 30, 1998
DATE

SIGNATURE

(972) 378-6502
TELEPHONE NUMBER

KHANH PHAM, DESIGNER
PRINT OR TYPE NAME AND POSITION

## INSTRUCTIONS AND INFORMATION FOR APPLICANT

TO RECEIVE A FILING DATE, THE APPLICATION **MUST** BE COMPLETED AND SIGNED BY THE APPLICANT AND SUBMITTED ALONG WITH:

1. The prescribed FEE ($245.00) for each class of goods/services listed in the application;
2. A DRAWING PAGE displaying the mark in conformance with 37 CFR 2.52;
3. If the application is based on use of the mark in commerce, THREE (3) SPECIMENS (evidence) of the mark as used in commerce for each class of goods/services listed in the application. All three specimens may be the same. Examples of good specimens include: (a) labels showing the mark which are placed on the goods; (b) photographs of the mark as it appears on the goods, (c) brochures or advertisements showing the mark as used in connection with the services.
4. An APPLICATION WITH DECLARATION (this form) - The application must be signed in order for the application to receive a filing date. Only the following persons may sign the declaration, depending on the applicant's legal entity: (a) the individual applicant; (b) an officer of the corporate applicant; (c) one general partner of a partnership applicant; (d) all joint applicants.

SEND APPLICATION FORM, DRAWING PAGE, FEE, AND SPECIMENS (IF APPROPRIATE) TO:

**Assistant Commissioner for Trademarks**
**Box New App/Fee**
**2900 Crystal Drive**
**Arlington, VA 22202-3513**

Additional information concerning the requirements for filing an application is available in a booklet entitled **Basic Facts About Registering a Trademark**, which may be obtained by writing to the above address or by calling: (703) 308-HELP.

This form is estimated to take an average of 1 hour to complete, including time required for reading and understanding instructions, gathering necessary information, recordkeeping, and actually providing the information. Any comments on this form including the amount of time required to complete this form, should be sent to the Office of Management and Organization, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. Do NOT send completed forms to this address.

75549219

MGA2 3941416

RJN Ex. 29 - Page 158   TX 34819-00004

75549219

Clothing Label ███████

Clothing Tag

# LiTTLe BRaT

Business Card

Phone: (972) 378-6502        Fax: (972) 473-4699

**Little Brat**
Manufacturer of Childrens' Apparel

**Khanh Pham**          P.O. Box 262047
Designer               Plano, TX 75026-2047

MGA2 3941417

RJN Ex. 29 - Page 159   TX 34819-00005

09-08-1998
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #39

Applicant : Khanh Pham
Address : P.O. Box 262047
         Plano, Texas  75026-2047
Date of first use : April 16, 1998
Date of first use in commerce : April 16, 1998
Goods/Services : 25 - Clothing for children



INT CLASS
25

LITTLE BRAT

TRADEMARK
75549219

MGA2 3941418