# Exhibit 30

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 13:04:59 ET

Serial Number: 75549219 Assignment Information          Trademark Document Retrieval

Registration Number: 2281620

Mark (words only): LITTLE BRAT

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 2010-05-01

Filing Date: 1998-09-08

Transformed into a National Application: No

Registration Date: 1999-09-28

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2006-08-30

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Pham, Khanh

**Address:**
Pham, Khanh
6412 Santa Rosa Drive
Plano, TX 75024
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Section 8 - Cancelled
children's clothing, namely, tops, tank tops, pants, shorts, dresses, shirts, T-shirts, sweat shirts, sweat pants, blouses, overalls, jumpers, jeans, skirts, blazers, jackets, coats, sleepwear, swim wear, head wear, gloves, mittens, hats, belts, socks, and shoes
**Basis:** 1(a)
**First Use Date:** 1998-04-16
**First Use in Commerce Date:** 1998-04-16

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-05-01 - Canceled Section 8 (10-year)/Expired Section 9

2006-08-30 - Case File In TICRS

2006-05-27 - Section 8 (6-year) accepted

2006-05-19 - Assigned To Paralegal

2006-03-14 - Section 8 (6-year) filed

2006-03-14 - TEAS Section 8 Received

1999-09-28 - Registered - Principal Register

1999-07-06 - Published for opposition

1999-06-04 - Notice of publication

1999-03-26 - Approved for Pub - Principal Register (Initial exam)

1999-03-16 - Examiner's amendment mailed

1999-03-11 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

http://tarr.uspto.gov/tarr?regser=serial&entry=75549219&action=Request+Status

MGA2 3940097
RJN Ex. 30 - Page 162
TX 34542-00002

**Correspondent**
KHANH PHAM
PO BOX 262047
PLANO TX 75026-2047

MGA2 3940098

RJN Ex. 30 - Page 163

TX 34542-00003