# Exhibit 31



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME;**

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *74/356,429*
FILING DATE: *February 08, 1993*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

MGA2 3941453

RJN Ex. 31 - Page 164    TX 34835-00001

TV/356429

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 MC 03/05/93 74356429          0 361     210.00 CK 1/229N321/2

MGA2 3941454

RJN Ex. 31 - Page 165          TX 34835-00002

# DVORAK AND TRAUB
## Counselors at Law

HAROLD TRAUB P.C.
GEORGE F. DVORAK P.C.*
KEITH ORUM*
ROBERT W. ERB
RICHARD B. KLAR
BRUCE S. LONDA
NATALIE BUTTO**
PATRICIA CIGELNIK*
JACK F. KRAMER - OF COUNSEL
WERNER H. REINKNECHT - FOREIGN PAT. AGT.
ROLAND BOWLER* - REGISTERED PAT. AGT.
ANTANAS RAZGAITIS - CONTROLLER
JULIE KOWAL* - ASST. CONTROLLER

*CHICAGO OFFICE
**FL & NJ BAR

THE WALL STREET TOWER
20 EXCHANGE PLACE
37TH FLOOR
NEW YORK, N.Y. 10005

TELEPHONE: 212-968-1300
TELEX: 232843
TELECOPIER: 212-968-1307
CABLE: WORLDLEGIS NY

CHICAGO OFFICE
53 WEST JACKSON BLVD.
CHICAGO, IL 60604

N/356429

February 4, 1993

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**Attorney Case No.:** 1/229N/321/2   2216.00005
**Applicant:** Vertical Productions by Team Design, Inc.
**Trademark:** SPOILED BRAT
**Class:** 25

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

We are enclosing the following to support an application to register the trademark described above:

1. Signed application based upon use;
2. Typed drawing of the mark;
3. Three specimens of the mark as used on the goods;
4. Check for $210.00 covering the filing fee. The Commissioner is hereby authorized to charge any additional fees which may be required to receive a filing date, or credit any overpayment to Deposit Account No. 04-2216.

Very truly yours,

Robert W. Erb

HT/ns - enc. - F:\USERS\NANCY\FEB\SPOILED.PTO

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Hon. Commissioner of Patents and Trademarks, Washington, D.C. 20231 on 2/4, 1993.

Nancy Seaman

RJN Ex. 31 - Page 166

MGA2 3941455

TX 34835-00003

1/3

210.00 301 TMU

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Case No. : 1/229N/321/2 2216.00005
Applicant : Vertical Productions by Team Design, Inc.
Trademark : SPOILED BRAT
Class(es) : 25

DVORAK AND TRAUB
The Wall Street Tower
20 Exchange Plaza
New York, New York 10005

Honorable Commissioner of
 Patents and Trademarks
Trademark Examining Operation
Washington D.C., 20231

**Application for Registration of a Trademark
Based Upon Use Lawfully Regulated by Congress**

SIR:

Vertical Productions by Team Design, Inc. is a corporation organized and existing under the laws of the state of New York with a place of business at 2231-51 Fifth Avenue, Ronkonkoma, New York. (10005)

The above identified applicant requests registration of the mark shown in the accompanying drawing for "clothing, namely; sports and leisure wear, shorts, pants, shirts, t-shirts, jerseys, tights, socks, jackets, sweaters, caps and hats, pullovers, and warm-up suits" in class 25, and requests that this trademark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq.,)

The trademark is used on packaging, and on labels affixed to the goods and/or in other ways customary to the trade on or in connection with the above-identified goods (15 U.S.C. 1051(a), as amended), and three (3) specimens showing the mark as actually used are submitted with this application.

MGA2 3941456

RJN Ex. 31 - Page 167    TX 34835-00004

The mark was first used as least as early as October 6, 1989; was used in interstate commerce in the United States at least as early as October 6, 1989; and is now in such use.

Applicant hereby appoints Harold Traub, Robert Erb, Bruce Londa, and Richard Klar, members of the Bar of the State of New York, Natalie Butto, member of the Bars of the States of New Jersey and Florida, and George Dvorak and Keith Orum, both members of the Bar of the State of Illinois, severally to file and prosecute this application, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration, with full powers of substitution, revocation and addition.

Dvorak and Traub, 20 Exchange Place, 37th Floor, New York, New York 10005, is hereby designated applicant's legal representative upon whom notice or process in proceedings affecting the mark may be served.

The undersigned, Steve Hechtman declares: that he is an officer of applicant company and that he is properly authorized to execute this application on behalf of the applicant; he believes applicant to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods or services of such other person, firm, corporation or association to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge

MGA2 3941457

TX 34835-00005

that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 10001, and that such willful false statements may jeopardize the validity of this application or any registration resulting therefrom.

Vertical Productions By Team Design, Inc.

Date: 1/25/93

Name: Steve Hechtman
Title: President

P:\USERS\NANCYYUAN\SPOIL.APP

MGA2 3941458

RJN Ex. 31 - Page 169

TX 34835-00006

# CODING SHEET FOR PSEUDO MARKS AND DESIGN SEARCH CODES

SERIAL NUMBER 74-356429

PSEUDO MARK (PM) _____

DESIGN SEARCH CODE(S) WIPO) MDC- 1

Verify word mark _____

Verify mark drawing code _____

FORM PTO-1562
3-8?

MGA2 3941459

RJN Ex. 31 - Page 170

TX 34835-00007

# TRADEMARK APPLICATION FILE DATA WORKSHEET

LAW OFFICE: 62.1   ITU Y or (N)   SERIAL NO. 74/356429

## CLASS DATA

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 INTERNATIONAL CLASS | 025 | S | T | Y | 1 | S | T | Y | 2 | S | T | Y |
| 2 COLLECTIVE TM or SM | | N | | | | N | | | | N | | |
| 3 FEE PAID | Y | | | | | | | | | | | |
| 4 PRIOR US CLASS(ES) | 039 | | | | | | | | | | | |
| 5 1ST USE DATE | 10/06/1989 | | | | | | | | | | | |
| 6 1ST USE IN COMM DATE | 10/06/1989 | | | | | | | | | | | |
| 7 IN ANOTHER FORM CODE | | | | | | | | | | | | |
| 8 IN ANOTHER FORM STATEMENT | AF CODE IN MARGIN TEXT IN [ ] | | | | | | | | | | | |
| 9 GOODS/SERVICES | (GS) INTERNATIONAL CLASS IN MARGIN, TEXT IN [ ] | | | | | | | | | | | |
| 10 CERTIFICATION STATEMENT | CS IN MARGIN, TEXT IN [ ] | | | | | | | | | | | |

## FOREIGN DATA

| | | | | |
|---|---|---|---|---|
| 1 PRIORITY CLAIMED | Y N | Y N | Y N | Y N |
| 2 COUNTRY CODE | | | | |
| 3 FOREIGN APPLICATION | | | | |
| 4 FOREIGN FILING DATE | | | | |
| 5 FOREIGN REG # | | | | |
| 6 FOREIGN REG DATE | | | | |
| 7 FOREIGN EXPIRATION DATE | | | | |
| 8 RENEWAL ☒ DATE | | | | |
| 9 RENEWAL REG DATE # | | | | |
| 10 RENEWAL EXPIRATION DATE | | | | |

## NOTES TO DATA ENTRY PERSONNEL

LC

MGA2 3941460

RJN Ex. 31 - Page 171

TX 34835-00008





| | | |
|---|---|---|
| | DRAWING PAGE | INT. CL. **25** / PRIOR US CL. **39** |

M/356429

**Trademark:** SPOILED BRAT

**Applicant:** Vertical Productions by Team Design, Inc.

**Date of First Use:** October 6, 1989

**Date of First Use in Commerce:** October 6, 1989

**Goods:** Clothing, namely sports and leisure wear, shorts, pants, shirts, t-shirts, jerseys, tights, socks, jackets, sweaters, caps and hats, pullovers, and warm-up suits in class 25.

SPOILED BRAT

RJN Ex. 31 - Page 173

MGA2 3941462

TX 34835-00010