# Exhibit 32

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 13:08:50 ET

**Serial Number:** 74356429 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1825225

**Mark (words only):** SPOILED BRAT

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-04-08

**Filing Date:** 1993-02-08

**Transformed into a National Application:** No

**Registration Date:** 1994-03-08

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 10

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2007-08-30

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Vertical Productions by Design Team, Inc.

**Address:**
Vertical Productions by Design Team, Inc.
2367 Bent Tree Road Suite 2318
PALM HARBOR, FL 34683
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
clothing; namely, sports and leisure wear; namely, shorts, pants, shirts, T-shirts, jerseys, tights, socks, jackets, sweaters, caps and hats, pullovers, and warm-up suits
**Basis:** 1(a)
**First Use Date:** 1989-10-06
**First Use in Commerce Date:** 1989-10-06

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1753977

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-08-30 - Case File In TICRS

2004-04-08 - First renewal 10 year

2004-04-08 - Section 8 (10-year) accepted/ Section 9 granted

2004-02-25 - Combined Section 8 (10-year)/Section 9 filed

2004-02-25 - TEAS Section 8 & 9 Received

2003-05-30 - Section 15 acknowledged

2003-03-18 - Section 15 affidavit received

2003-03-18 - PAPER RECEIVED

2000-07-25 - Section 8 (6-year) accepted

2000-02-24 - Section 8 (6-year) filed

1994-03-08 - Registered - Principal Register

1993-12-14 - Published for opposition

1993-11-12 - Notice of publication

http://tarr.uspto.gov/tarr?regser=serial&entry=74356429&action=Request+Status

1993-10-01 - Approved for Pub - Principal Register (Initial exam)

1993-09-20 - Communication received from applicant

1993-05-17 - Non-final action mailed

1993-04-23 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
HERBERT L ALLEN

**Correspondent**
HERBERT L ALLEN
ALLEN DYER DOPPELT MILBRATH & GILCHRIST
225 SOUTH ORANGE AVE., SUITE 1401
ORLANDO FL 32801