# Exhibit 33



MGA2 3941463

RJN Ex. 33 - Page 177

TX 34836-00001

TRADEMARK APPLICATION SERIAL NO. 74/258941

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

100 TW 04/02/92 74258941    0 361    400.00 CK

PTO-1555
(5/87)

MGA2 3941464

RJN Ex. 33 - Page 178    TX 34836-00002

115/spl

2850.0 - 361 - TMF

| TRADEMARK/SERVICE MARK APPLICATION, PRINCIPAL REGISTER, WITH DECLARATION | MARK (Identify the mark) SPOILED BRATS CLUB |
|---|---|
| | CLASS NO. (If known) NO. 20   NO. 25   74/258941 |

**TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS:**

APPLICANT NAME:
MARTINE VAN HESS

APPLICANT BUSINESS ADDRESS:
122 WEST DEVON / EXTON / PA 19341

APPLICANT ENTITY: (Check one and supply requested information)
[X] Individual - Citizenship: (Country) U.S.A

[ ] Partnership - Partnership Domicile: (State and Country) _____
Names and Citizenship (Country) of General Partners: _____

[ ] Corporation - State (Country, if appropriate) of Incorporation: _____

[ ] Other: (Specify Nature of Entity and Domicile) _____

**GOODS AND/OR SERVICES:**

Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended.) for the following goods/services: 1( CHILDREN CLOTHING & ACCESSORIES NAMELY T. SHIRTS, PANTS, SHOES, SOCKS & HATS.  025
2( CHILDRENS FURNITURE & ACCESSORIES NAMELY ARMOIRES, DRESSERS, BOOKCASES, MIRRORS, FRAMES & CUTOUTS.)  020

**BASIS FOR APPLICATION.** (Check one or more, but NOT both the first AND second boxes, and supply requested information)

[X] Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.
• Date of first use of the mark anywhere: MARCH 8, 91
• Date of first use of the mark in commerce which the U.S. Congress may regulate: DEC 12, 91
• Specify the type of commerce: INTERSTATE
(e.g., interstate, between the U.S. and a specified foreign country)
• Specify manner or mode of use of mark on or in connection with the goods/services: MARK IS USED ON LABELS AFFIXED TO THE GOODS, CONTAINERS, TAGS & ADVERTIZING ...
(e.g., trademark is applied to labels, service mark is used in advertisements)

[ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)
• Specify intended manner or mode of use of mark on or in connection with the goods/services: _____
(e.g., trademark will be applied to labels, service mark will be used in advertisements)

[ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
• Country of foreign filing: _____   • Date of foreign filing: _____

[ ] Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services and, accompanying this application, submits a certification or certified copy of a foreign registration in accordance with 15 U.S.C. 1126(e), as amended.
• Country of registration: _____   • Registration number: _____

Note: Declaration, on Reverse Side, MUST be Signed

PTO Form 1478 (REV. 9/89)
OMB No. 06510009
Exp. 5-31-91

U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office

MGA2 3941465

RJN Ex. 33 - Page 179

TX 34836-00003

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

FEBRUARY 1·92
Date

_Martine Van Hest_
Signature

215·363·2582
Telephone Number

MARTINE VAN HEST / PRESIDENT / OWNER
Print or Type Name and Position

## INSTRUCTIONS AND INFORMATION FOR APPLICANT

To receive a filing date, the application must be completed and signed by the applicant and submitted along with:

1. The prescribed fee for each class of goods/services listed in the application;
2. A drawing of the mark in conformance with 37 CFR 2.52;
3. If the application is based on use of the mark in commerce, three (3) specimens (evidence) of the mark as used in commerce for each class of goods/services listed in the application. All three specimens may be the same and may be in the nature of: (a) labels showing the mark which are placed on the goods; (b) a photograph of the mark as it appears on the goods, (c) brochures or advertisements showing the mark as used in connection with the services.

Verification of the application - The application must be signed in order for the application to receive a filing date. Only the following person may sign the verification (Declaration) for the application, depending on the applicant's legal entity: (1) the individual applicant; (b) an officer of the corporate applicant; (c) one general partner of a partnership applicant; (d) all joint applicants.

Additional information concerning the requirements for filing an application are available in a booklet entitled **Basic Facts about Trademarks**, which may be obtained by writing:

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office
Washington, D.C. 20231

Or by calling: (703) 557-INFO

This form is estimated to take 15 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C., 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

MGA2 3941466

RJN Ex. 33 - Page 180

TX 34836-00004

# CODING SHEET FOR PSEUDO MARKS AND DESIGN SEARCH CODES

SERIAL NUMBER  74/258941

PSEUDO MARK (PM) _____

_____

DESIGN SEARCH CODE(S) (WIPO)  MDC – 3

02.02.05

02.05.04

02.05.05

02.05.06

02.05.03

02.05.26

07.01.04

Verify word mark _____

Verify mark drawing code _____

FORM PTO-1562
(3-87)

MGA2 3941467

RJN Ex. 33 - Page 181    TX 34836-00005

## TRADEMARK APPLICATION FILE DATA WORKSHEET

**NOTES TO DATA ENTRY PERSONNEL**

CDL

### MARK DATA

| # | Field | Value |
|---|---|---|
| 1 | SERIAL NUMBER | 74 258941 |
| 2 | FILING DATE | 03·25·1992 |
| 3 | LAW OFFICE | J4 |
| 4 | REGISTER TYPE | (Principal)    2 - Supplemental |
| 5 | MARK DRAWING CODE | See Coding Sheet for Drawing, Pseudo Marks and Design. |
| 6 | INTENT TO USE | Y    (N) |
| 7 | SECTION 2(f)-ENTIRE MARK | Y    (N) |
| 8 | MARK | SPOILED BRATS CLUB / SBC 123 |
| 9 | ATTORNEY REFERENCE NO | |
| 10 | ATTORNEY | AT in margin, text in [ ]. |
| 11 | DOMESTIC REPRESENTATIVE | DR in margin, text in [ ]. |
| 12 | CORRESPONDENCE ADDRESS | (CA) in margin, text in [ ]. |

### CLASS DATA

| # | Field | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | INTERNATIONAL CLASS | 020 | | 025 | | | | |
| 2 | COLLECTIVE TM OR SM | T  S | | T  S | | T  S | | T  S |
| 3 | FEE PAID | (Y)  N | | (Y)  N | | Y  N | | Y  N |
| 4 | PRIOR US CLASS(ES) | 032 | | 039 | | | | |
| 5 | 1ST USE DATE | 03/08/1991 | | 03/08/1991 | | | | |
| 6 | 1ST USE IN COMM DATE | 12/12/1991 | | 02/12/1991 | | | | |
| 7 | IN ANOTHER FORM CODE | 1   2 | | 1   2 | | 1   2 | | 1   2 |
| 8 | IN ANOTHER FORM STATEMENT | AF (IAF code) in margin, text in [ ]. | | | | | | |
| 9 | GOODS/ SERVICES | (GS)(International Class) in margin, text in [ ]. | | | | | | |
| 10 | CERTIFICATION STATEMENT | CS in margin, text in [ ]. | | | | | | |

MGA2 3941468

RJN Ex. 33 - Page 182    TX 34836-00006

| | | ENTRY | ENTRY | ENTRY | ENTRY |
|---|---|---|---|---|---|
| | | (ONLY APPLICATIONS WITH JOINT OWNERS WILL HAVE ENTRY NUMBERS) | | | |
| 1. | NAME | Text in verticle lines. Double verticle lines and entry numbers separate joint owners. | | | |
| 2. | ENTITY TYPE | 01 | | | |
| 3. | ENTITY STATEMENT | EN (entry number) in margin, text in [ ]. | | | |
| 4. | COMPOSED OF STATEMENT | CO (entry number) in margin, text in [ ]. | | | |
| 5. | DBA/AKA/TA STATEMENT | DB (entry number) in margin, text in [ ]. | | | |
| 6. | INTERNAL ADDRESS | AA (entry number) in margin, text marked by verticle lines. | | | |
| 7. | STREET ADDRESS | (AA) (entry number) in margin, text marked by verticle lines. | | | |
| 8. | CITY | (AA) (entry number) in margin, text marked by verticle lines. | | | |
| 10 | STATE/COUNTRY CODE | PA | | | |
| 11. | ZIP CODE | (AA) (entry number) in margin, text marked by verticle lines. | | | |
| 10 | CITIZENSHIP | USX | | | |

**FOREIGN DATA**

| | | Y N | Y N | Y N | Y N |
|---|---|---|---|---|---|
| 1. | PRIORITY CLAIMED 44(d) | | | | |
| 2. | COUNTRY CODE | | | | |
| 3. | FOREIGN APPLICATION NO | | | | |
| 4. | FOREIGN FILING DATE | | | | |
| 5. | FOREIGN REGISTRATION NO | | | | |
| 6. | FOREIGN REGISTRATION DATE | | | | |
| 7. | FOREIGN EXPIRATION DATE | | | | |
| 8. | RENEWAL REGISTRATION NO | | | | |
| 9. | RENEWAL DATE | | | | |
| 10. | RENEWAL EXPIRATION DATE | | | | |

**PRIOR US REGISTRATION DATA**

| PRIOR US REGISTRATION | PR in margin, registration numbers in [ ]. |
|---|---|

**ADDITIONAL TEXT DATA**

| TEXT TYPE CODES | CO | CU | DB | DM | DO | D1 | LS | NO | TF | TR |
|---|---|---|---|---|---|---|---|---|---|---|
| TEXT | For PM: See Coding Sheet for Drawing, Pseudo Marks and Design. For all others: code in margin, text in [ ]. | | | | | | | | | |

**DESIGN SEARCH CODE(S) DATA**

| DESIGN SEARCH CODE(S) | See Coding Sheet for Drawing, Pseudo Marks, and Design. |
|---|---|

MGA2 3941469

RJN Ex. 33 - Page 183    TX 34836-00007



MGA2 3941470

RJN Ex. 33 - Page 184    TX 34836-00008




74/258941

INT. CL.
20 / 25
PRIOR
32 / 39

COMBINED

RTINE VAN HEST
122 WEST DEVON DRIVE
EXTON, PA 19341

CHILDRENS CLOTHING, FURNITURE

MARCH 8·91  DATE OF FIRST USE OF MARK
DEC 12·91   DATE OF FIRST USE MARK IN COMMERCE

SPOILED BRATS CLUB
SBC
122 WEST DEVON DR.
EXTON, PA 19341
215-363-CLUB

MGA2 3941471

RJN Ex. 33 - Page 185    TX 34836-00009