# Exhibit 34

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 13:09:43 ET

Serial Number: 74258941 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark



(words only): SBC 123 SPOILED BRATS CLUB

Standard Character claim: No

Current Status: Abandoned after mark was published for opposition in the Official Gazette.

Date of Status: 1993-08-26

Filing Date: 1992-03-25

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 4

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1995-03-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HEST, MARTINE VAN

DBA/AKA/TA/Formerly: DBA Spoiled Brats Club

**Address:**
HEST, MARTINE VAN
122 West Devon Drive
Exton, PA 19341
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 020
**Class Status:** Abandoned
childrens furniture and accessories; namely, armoires, dressers, bookcases, mirrors, picture frames and wooden decorative wall hangings
**Basis:** 1(a)
**First Use Date:** 1991-03-08
**First Use in Commerce Date:** 1991-12-12

**International Class:** 025
**Class Status:** Abandoned
children clothing and accessories; namely, T-shirts, pants, shoes, socks and hats
**Basis:** 1(a)
**First Use Date:** 1991-03-08
**First Use in Commerce Date:** 1991-12-12

## ADDITIONAL INFORMATION

**Design Search Code(s):**
02.05.02 - Children depicted in silhouettes or profiles of children; Silhouettes of children
02.05.04 - Children, girl(s); Girls
02.05.05 - Boys; Children, boy(s)
02.05.06 - Baby; Children, baby or babies
02.05.26 - Children - grotesque children formed by letters, numbers, punctuation or geometric shapes
02.07.05 - Groups, children
07.01.04 - Detached house

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1993-08-26 - Abandonment - After publication

http://tarr.uspto.gov/tarr?regser=serial&entry=74258941&action=Request+Status

MGA2 3940012
RJN Ex. 34 - Page 187
TX 34513-00002

1993-05-11 - Published for opposition

1993-04-09 - Notice of publication

1993-02-24 - Approved for Pub - Principal Register (Initial exam)

1993-01-28 - Communication received from applicant

1992-12-30 - Non-final action mailed

1992-10-19 - Communication received from applicant

1992-06-18 - Non-final action mailed

1992-06-01 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Martine Van Hest
122 West Devon Drive
Exton, PA 19341

---

http://tarr.uspto.gov/tarr?regser=serial&entry=74258941&action=Request+Status

MGA2 3940013

RJN Ex. 34 - Page 188

TX 34513-00003