# Exhibit 35

7275579

# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS; SHALL COME:**
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 74/126,258
FILING DATE: December 24, 1990

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer



**RICHARD E. BENNETT**
ATTORNEY AT LAW
915 BROADWAY
SUITE 1010
NEW YORK, N.Y. 10010

74/126258
TELEX: 961010 BENKING

CA

December 18, 1990

Hon. Commissioner of Patents and
Trademarks
Washington, D.C.  20231

    Re:  New Trademark  Application for
           SPOILED BRAT
           R - Vertical - 1

Dear Sir:

    Enclosed for filing are the following:

1) Signed Trademark application.

2) Five Specimens.

3) Return postcard.

4) Check for filing fee in the amount of $175.00.

    Please acknowledge receipt by returning the attached postcard duly stamped.

Very truly yours,

*Richard Bennett*

[Richard E. Bennett]

REB:cdp
Enc.

MGA2 3941473

RJN Ex. 35 - Page 190

TX 34837-00002

TRADEMARK APPLICATION SERIAL NO. 74/126258

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040 RP 01/04/91 74126258          0 301     175.00 CK

PTO-1555
(5/87)

MGA2 3941474

RJN Ex. 35 - Page 191    TX 34837-00003

Y5

$175-301 TM

74/126258



AA

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK EXAMINING DIVISION

APPLICANT:   Vertical Productions by Design Team Inc.
             A New York Corporation corporation

ADDRESS:     2231-25 Fifth Avenue
             Ronkonkoma, New York   11779

MARK:        SPOILED BRAT

CLASS:       25

TRADEMARK APPLICATION

Hon. Commissioner of Patents
 and Trademarks
Washington, D.C.   20231

(GS)
025

    The above identified applicant has adopted and is using
the mark shown in the accompanying drawing for the following:

CLOTHING

    The mark was first used as early as October 6, 1989, and
was first used in interstate commerce as early as October 6, 1989.
The mark is now in use in such commerce.

    The mark is used by applying it to labels and five
specimens showing the mark as actually used are presented
herewith.

MGA2 3941475

RJN Ex. 35 - Page 192

TX 34837-00004

## POWER OF ATTORNEY

Applicant hereby appoints Richard E. Bennett, Esq. whose offices are located at:

> Suite 1010
> 915 Broadway
> New York, New York 10010

and who is a member in good standing of the bars of the State of New York and New Jersey, as applicant's attorney to prosecute this application to register a mark, to transact all business in the Patent and Trademark Office in connection with same, and to receive the Certificate of Registration.

## CORRESPONDENCE ADDRESS

Applicant hereby specifies that all correspondence concerning this application is to be directed to the above attorney at the following correspondence address:

> Richard E. Bennett, Esq.
> Suite 1010
> 915 Broadway
> New York, New York 10010
>
> (212) 995 - 5656

MGA2 3941476

RJN Ex. 35 - Page 193    TX 34837-00005

_Steve Hecklin_ declares that: he is the
_President_ of applicant and is authorized to execute this
application on behalf of said company; he believes said company
to be the owner of the mark sought to be registered; to the
best of his knowledge and belief no other person, firm,
corporation or association has the right to use said mark in
commerce, either in identical form or such near resemblance
thereto as to be likely when applied to the goods or services
of such other person, to cause confusion, or to cause mistake,
or to deceive; and the facts set forth in the application are
true; that all statements made herein of his own knowledge are
true and that all statements made on information and belief are
believed to be true; and further that these statements were
made with the knowledge that willful false statements and the
like so made are punishable by fine or imprisonment, or both,
under Section 1001 of Title 18 of the United States Code and
that such willful false statements may jeopardize the validity
of the application or document or any registration resulting
therefrom.

Dated: Dec 19, 1990

Applicant: Vertical Productions by Design Team Inc.

By: _Steve Hecklin_
Title: _President_

MGA2 3941477

TX 34837-00006

RJN Ex. 35 - Page 194

# CODING SHEET FOR PSEUDO MARKS AND DESIGN SEARCH CODES

SERIAL NUMBER  74-126258

(PSEUDO MARK PM)  SPOILED BRAT

DESIGN SEARCH CODE.S: (WIPO) MDC-3

24  17  03

Verify word mark  _____

Verify mark drawing code  _____

FORM PTO-1562
(1-87)

MGA2 3941478

RJN Ex. 35 - Page 195

TX 34837-00007

# TRADEMARK APPLICATION DATA WORKSHEET

**NOTES TO DATA ENTRY PERSONNEL**

## MARK DATA

| # | Field | Value |
|---|---|---|
| 1 | SERIAL NUMBER | 126258 |
| 2 | FILING DATE | 12/24/1990 |
| 3 | LAW OFFICE | 5 |
| 4 | REGISTER TYPE | (1) - Principal    2 - Supplemental |
| 5 | MARK DRAWING CODE | See Coding Sheet for Drawing, Pseudo Marks and Design. |
| 6 | INTENT TO USE | Y    (N) |
| 7 | SECTION 2(f)-ENTIRE MARK | Y    (N) |
| 8 | MARK | SPOILED BRAT |
| 9 | ATTORNEY REFERENCE NO | |
| 10 | ATTORNEY | (AT) in margin, text in [ ]. |
| 11 | DOMESTIC REPRESENTATIVE | DR in margin, text in [ ]. |
| 12 | CORRESPONDENCE ADDRESS | (CA) in margin, text in [ ]. |

## CLASS DATA

| # | Field | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INTERNATIONAL CLASS | 025 | | | | | | | |
| 2 | COLLECTIVE TM OR SM | T | S | T | S | T | S | T | S |
| 3 | FEE PAID | (Y) | N | Y | N | Y | N | Y | N |
| 4 | PRIOR US CLASS(ES) | 039 | | | | | | | |
| 5 | 1ST USE DATE | 10061989 | | | | | | | |
| 6 | 1ST USE IN COMM DATE | 10061989 | | | | | | | |
| 7 | IN ANOTHER FORM CODE | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| 8 | IN ANOTHER FORM STATEMENT | AF (IAF code) in margin, text in [ ]. | | | | | | | |
| 9 | GOODS/ SERVICES | (GS) (International Class) in margin, text in [ ]. | | | | | | | |
| 10 | CERTIFICATION STATEMENT | CS in margin, text in [ ]. | | | | | | | |

25×

MGA2 3941479

RJN Ex. 35 - Page 196    TX 34837-00008

(ONLY APPLICATIONS WITH JOINT OWNERS WILL HAVE ENTRY NUMBERS)

| 1. | NAME | Text in verticle lines. Double verticle lines and entry numbers separate joint owners. | | | |
|---|---|---|---|---|---|
| 2. | ENTITY TYPE | 03 | | | |
| 3. | ENTITY STATEMENT | EN (entry number) in margin, text in [ ]. | | | |
| 4. | COMPOSED OF STATEMENT | CO (entry number) in margin, text in [ ]. | | | |
| 5. | DBA/AKA/TA STATEMENT | DB (entry number) in margin, text in [ ]. | | | |
| 6. | INTERNAL ADDRESS | AA (entry number) in margin, text marked by verticle lines. | | | |
| 7. | STREET ADDRESS | AA (entry number) in margin, text marked by verticle lines. | | | |
| 8. | CITY | AA (entry number) in margin, text marked by verticle lines. | | | |
| 9. | STATE/COUNTRY CODE | NY | | | |
| 10. | ZIP CODE | AA (entry number) in margin, text marked by verticle lines. | | | |
| 11. | CITIZENSHIP | NY | | | |

**FOREIGN DATA**

| 1. | PRIORITY CLAIMED 44(d) | Y | N | Y | N | Y | N | Y | N |
|---|---|---|---|---|---|---|---|---|---|
| 2. | COUNTRY CODE | | | | | | | | |
| 3. | FOREIGN APPLICATION NO | | | | | | | | |
| 4. | FOREIGN FILING DATE | | | | | | | | |
| 5. | FOREIGN REGISTRATION NO | | | | | | | | |
| 6. | FOREIGN REGISTRATION DATE | | | | | | | | |
| 7. | FOREIGN EXPIRATION DATE | | | | | | | | |
| 8. | RENEWAL REGISTRATION NO | | | | | | | | |
| 9. | RENEWAL DATE | | | | | | | | |
| 10. | RENEWAL EXPIRATION DATE | | | | | | | | |

**PRIOR US REGISTRATION DATA**

| PRIOR US REGISTRATION | PR in margin, registration numbers in [ ]. |
|---|---|

**ADDITIONAL TEXT DATA**

| TEXT TYPE CODES | CO | CU | DB | DM | DO | D1 | LS | NO | TF | TR |
|---|---|---|---|---|---|---|---|---|---|---|
| TEXT | For PM: See Coding Sheet for Drawing, Pseudo Marks and Design. For all others: code in margin, text in [ ]. | | | | | | | | | |

**DESIGN SEARCH CODE(S) DATA**

| DESIGN SEARCH CODE(S) | See Coding Sheet for Drawing, Pseudo Marks, and Design. |
|---|---|

25×

MGA2 3941480

RJN Ex. 35 - Page 197    TX 34837-00009



MGA2 3941481

RJN Ex. 35 - Page 198    TX 34837-00010

74/126258



APPLICANT— Vertical Productions by Design Team Inc.
A New York corporation
P.O. ADDRESS— 2231-35 Fifth Ave., Ronkonkoma, N.Y. 11779

DATE OF FIRST USE— Oct. 6, 1989   COMMERCE— Oct. 6, 1989

GOODS or SERVICES—   CLOTHING

INT. CL.
25

OTHER US CL.
39



MGA2 3941482

RJN Ex. 35 - Page 199   TX 34837-00011