# Exhibit 36

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 13:10:17 ET

Serial Number: 74126258 Assignment Information    Trademark Document Retrieval

Registration Number: 1753977

Mark



(words only): SPOILED BRAT

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 1999-08-30

Filing Date: 1990-12-24

Transformed into a National Application: No

Registration Date: 1993-02-23

Register: Principal

Law Office Assigned: LAW OFFICE 9

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-10-02

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Vertical Productions by Design Team Inc.

Address:

http://tarr.uspto.gov/tarr?regser=serial&entry=74126258&action=Request+Status

MGA2 3939996
RJN Ex. 36 - Page 200
TX 34508-00001

Vertical Productions by Design Team Inc.
2231-25 Fifth Avenue
Ronkonkoma, NY 11779
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Section 8 - Cancelled
men, women and children's clothing; namely, T-shirts, pullovers, sweatshirts, pants, shorts, play shirts, jackets, coats, sweaters, gloves, shoes, sleepwear, bibs, hats and caps
**Basis:** 1(a)
**First Use Date:** 1989-10-06
**First Use in Commerce Date:** 1989-10-06

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**24.17.03** - Dollar symbol ($)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

1999-08-30 - Canceled Section 8 (6-year)

1993-02-23 - Registered - Principal Register

1992-12-01 - Published for opposition

1992-10-30 - Notice of publication

1992-10-01 - Approved for Pub - Principal Register (Initial exam)

1992-09-18 - Reinstated

1991-12-27 - Abandonment - Failure To Respond Or Late Response

1991-06-13 - Unresponsive/Duplicate Paper Received

http://tarr.uspto.gov/tarr?regser=serial&entry=74126258&action=Request+Status

MGA2 3939997
RJN Ex. 36 - Page 201
TX 34508-00002

1991-05-16 - Non-final action mailed

1991-05-14 - Assigned To Examiner

1991-04-24 - Assigned To Examiner

1991-04-17 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Steve Hechtman

**Correspondent**
Steve Hechtman
Vertical Productions
2231-25 Fifth Avenue
Ronkonkoma, NY 11779

---

http://tarr.uspto.gov/tarr?regser=serial&entry=74126258&action=Request+Status

MGA2 3939998

RJN Ex. 36 - Page 202

TX 34508-00003