# Exhibit 37



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION:  *74/086,939*
FILING DATE:  *August 10, 1990*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

MGA2 3941483

RJN Ex. 37 - Page 203    TX 34838-00001

086939

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

140 TL 08/16/90 74086939                    0 301      175.00 CK

PTO-1555
(5/87)

MGA2 3941484

RJN Ex. 37 - Page 204      TX 34838-00002



18467-01

TRADEMARKS

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Nutter, McClennen & Fish
One International Place
Boston, MA 02110
August 10, 1990

Honorable Commissioner of
 Patents and Trademarks
Washington, DC 20231

> Re:  Application for Mark Registration
>      BRAT WEAR
>      Applicant: Brat Wear, Inc.
>      Int. Class: 25

Sir:

Transmitted herewith for filing is the application of Brat Wear, Inc. for registration of the mark BRAT WEAR.

A check in the amount of $175.00 to cover the filing fee is enclosed.  A duplicate of this sheet is enclosed.

The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to our Deposit Account No. 14-1457.

Respectfully submitted,

John F. McKenna
Reg. No. 20,912

JFM/dc
Enclosures

MGA2 3941485

RJN Ex. 37 - Page 205        TX 34838-00003



#17500  301 ???
086939

18467-01

TRADEMARKS

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
APPLICATION FOR MARK REGISTRATION

Mark:  BRAT WEAR
Int. Class: 25

TO THE COMMISSIONER:

Brat Wear, Inc. is a Massachusetts corporation having its principal place of business at 48 Federal Circle, Leominster, MA 01453.

The above-identified applicant has a bona fide intention to use the mark shown in the accompanying drawing in commerce for CHILDREN'S CLOTHING. Applicant requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of 1946.

The mark is intended to be used by applying it to labels affixed to the named goods or containers therefor.

Howard S. Markowitz declares that he is President of applicant corporation and is authorized to execute this application on behalf of said corporation; that he believes said corporation to be the owner of and entitled to use in commerce the mark sought to be registered; that said corporation has a bona fide intention to use said mark in commerce on or in connection with the named goods; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark

MGA2 3941486

TX 34838-00004

18467-01

in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the products or services of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or documents or any registration resulting therefrom.

Date: 8/1/90

Howard S. Markowitz

MGA2 3941487

TX 34838-00005

18467-01

Applicant hereby appoints Robert A. Cesari, Reg. No. 18,381, John F. McKenna, Reg. No. 20,912, Martin J. O'Donnell, Reg. No. 24,204, Thomas C. O'Konski, Reg. No. 26,320, Joseph H. Born, Reg. No. 28,283, Stephen Y. Chow, Reg. No. 31,338, William A. Cammett, Reg. No. 31,004, Michael E. Attaya, Reg. No. 31,731, Patricia A. Sheehan, Reg. No. 32,301, David J. Thibodeau, Reg. No. 31,671, Gary E. Ross, Reg. No. 29,431, Ralph R. Veseli, Reg. No. 33,807 and Yuan-Kai Tsao, Reg. No. 34,053, Nutter, McClennen & Fish, One International Place, Boston, MA 02110, jointly, and each of them severally, my attorneys at law, with full power of substitution, delegation and revocation, to prosecute this application to register, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent and Trademark Office connected therewith. Please direct all telephone calls to John F. McKenna at (617) 439-2000. Please address all correspondence to said John F. McKenna.

BRAT WEAR, INC.

Date: 8|1|90          By: _Howard S. Markowitz_
                          Howard S. Markowitz

MGA2 3941488

     TX 34838-00006

# CODING SHEET FOR PSEUDO MARKS AND DESIGN SEARCH CODES

SER. NUMBER _____

PSEUDO MARK (PM) _____

_____

DESIGN SEARCH CODE(S) (WIPO) _____

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Verify word mark _____

Verify mark drawing code _____

FORM PTO-1562
3-87)

MGA2 3941489

TX 34838-00007

TRADEMARK APPLICATION FILE DATA WORKSHEET

## NOTES TO DATA ENTRY PERSONNEL

## MARK DATA

| 1. | SERIAL NUMBER | 086939 |
|---|---|---|
| 2. | FILING DATE | 08-10-1990 |
| 3. | LAW OFFICE | 5 |
| 4. | REGISTER TYPE | (1) Principal    2 - Supplemental |
| 5. | MARK DRAWING CODE | See Coding Sheet for Drawing, Pseudo Marks and Design. |
| 6. | INTENT TO USE | (Y)    N |
| 7. | SECTION 2(f)-ENTIRE MARK | Y    N |
| 8. | MARK | Brat wear |
| 9. | ATTORNEY REFERENCE NO |  |
| 10. | ATTORNEY | (AT) in margin, text in [ ]. |
| 11. | DOMESTIC REPRESENTATIVE | DR in margin, text in [ ]. |
| 12. | CORRESPONDENCE ADDRESS | (CA) in margin, text in [ ]. |

## CLASS DATA

| 1. | INTERNATIONAL CLASS | 025 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2. | COLLECTIVE TM OR SM | T | S | T | S | T | S | T | S |
| 3. | FEE PAID | (Y) | N | Y | N | Y | N | Y | N |
| 4. | PRIOR US CLASS(ES) | 039 | | | | | | | |
| 5. | 1ST USE DATE | | | | | | | | |
| 6. | 1ST USE IN COMM DATE | | | | | | | | |
| 7. | IN ANOTHER FORM CODE | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| 8. | IN ANOTHER FORM STATEMENT | AF (IAF code) in margin, text in [ ]. | | | | | | | |
| 9. | GOODS/ SERVICES | (GS) (International Class) in margin, text in [ ]. | | | | | | | |
| 10. | CERTIFICATION STATEMENT | CS in margin, text in [ ]. | | | | | | | |

MGA2 3941490

TX 34838-00008

## LICANT DATA

ENTRY ____   ENTRY ____   ENTRY ____   ENTRY ____
(ONLY APPLICATIONS WITH JOINT OWNERS WILL HAVE ENTRY NUMBERS)

| NAME | Text in vertical lines. Double vertical lines and entry numbers separate joint owners. | | | |
|---|---|---|---|---|
| ENTITY TYPE | 03 | | | |
| ENTITY STATEMENT | EN (entry number) in margin, text in [ ]. | | | |
| COMPOSED OF STATEMENT | CO ;entry number) in margin, text in [ ]. | | | |
| DBA/AKA/TA STATEMENT | DB (entry number) in margin, text in [ ]. | | | |
| INTERNAL ADDRESS | (AA) (entry number) in margin, text marked by vertical lines. | | | |
| STREET ADDRESS | (AA) (entry number) in margin, text marked by vertical lines. | | | |
| CITY | (AA) (entry number) in margin, text marked by vertical lines. | | | |
| STATE/COUNTRY CODE | MA. | | | |
| ZIP CODE | (AA) (entry number) in margin, text marked by vertical lines. | | | |
| CITIZENSHIP | MA. | | | |

## FOREIGN DATA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY CLAIMED 44(d) | Y   N | Y   N | Y   N | Y   N |
| COUNTRY CODE | | | | |
| FOREIGN APPLICATION NO | | | | |
| FOREIGN FILING DATE | | | | |
| FOREIGN REGISTRATION NO | | | | |
| FOREIGN REGISTRATION DATE | | | | |
| FOREIGN EXPIRATION DATE | | | | |
| RENEWAL REGISTRATION NO | | | | |
| RENEWAL DATE | | | | |
| RENEWAL EXPIRATION DATE | | | | |

## PRIOR US REGISTRATION DATA

| PRIOR US REGISTRATION | PR in margin, registration numbers in [ ]. |
|---|---|

## ADDITIONAL TEXT DATA

| TEXT TYPE CODES | CO   CU   DB   DM   DO   D1   LB   M0   TF   TR |
|---|---|
| TEXT | For PM: See Coding Sheet for Drawing, Pseudo Marks and Design. For all others: code in margin, text in [ ] |

## DESIGN SEARCH CODE(S) DATA

| DESIGN SEARCH CODE(S) | See Coding Sheet for Drawing, Pseudo Marks, and Design. |
|---|---|

MGA2 3941491

TX 34838-00009



086989

18467-01

Applicant:        Brat Wear, Inc.
                  48 Federal Circle
                  Leominster, MA 01453

For:              Children's Clothing

Application Based On Intent To Use


                  BRAT WEAR

MGA2 3941492

RJN Ex. 37 - Page 212      TX 34838-00010