# Exhibit 38

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 13:10:45 ET

Serial Number: 74086939   Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): BRAT WEAR

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 1991-07-30

Filing Date: 1990-08-10

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 15

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

Current Location: 900 -File Repository (Franconia)

Date In Location: 1991-08-02

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Brat Wear, Inc.

Address:
Brat Wear, Inc.
48 Federal Circle
Leominster, MA 01453
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Massachusetts

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Abandoned
children's clothing
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1991-07-30 - Abandonment - Failure To Respond Or Late Response

1990-12-07 - Non-final action mailed

1990-11-27 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John F. McKenna

**Correspondent**
John F. McKenna
Nutter, McClennen & Fish
One International Place
Boston, MA 02110

http://tarr.uspto.gov/tarr?regser=serial&entry=74086939&action=Request+Status

MGA2 3939985

RJN Ex. 38 - Page 214

TX 34503-00002