# Exhibit 39



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

**TRADEMARK APPLICATION:** 73/624,645
**FILING DATE:** October 08, 1986

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer



January 13, 2011

**UNITED STATES PATENT AND TRADEMARK OFFICE**

OLGA RAPOPORT
1000 MARSH RD.
MENLO PARK, CA 94025

OFFICE OF THE CHIEF INFORMATION OFFICER

This is to inform you that the document requested in your order dated 01-06-2011 is a true reproduction of the official office record copy of that document:

73624645  CERTIFIED TM APP AS FILED - MAIL  1

☐ The enclosed office document is a reproduction from the official office record copy and has been recorded using high quality scanning or microfilm equipment. Copies of page/papers that were not scannable have not been included, nor have pages/papers received after the original filing date. Copies of these pages/papers may be ordered separately.

☑ The enclosed document is a reproduction of the best available source of the official office record copy of that document.

If you have any questions or need additional information, please contact our Customer Service Department.

*Mailing Address:*
Mail Stop Document Services,
Director of the U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

*Delivery Address:*
U.S. Patent and Trademark Office
Office of Public Records, Customer Service
2800 South Randolph Street Room 3D30
Arlington, VA 22202

Order your copies of USPTO documents on the Web. It's fast, easy, and secure! Go to (http://ebiz1.uspto.gov/oems25p/index.html) and order today!

Voice: (571) 272-3150    Fax: (571) 273-3250    E-Mail: DSD@USPTO.GOV
Ref:PRG 7275579

TRADEMARK APPLICATION SERIAL NO. 624645

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

070 10/16/86 624645    1 301    200.00 CK

MGA2 3941495

RJN Ex. 39 - Page 217    TX 34839-00003

TRADEMARK APPLICATION, PRINCIPAL
REGISTER, WITH DECLARATION
(Corporation)

Mark: Bratz and Design
CLASS NO (if known): 25

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

624645

NAME OF CORPORATION: Henway Apparel, Inc.

STATE OR COUNTRY OF INCORPORATION: New York

BUSINESS ADDRESS OF CORPORATION: 112 West 34th St. NYC, NY 10120

The above identified applicant has adopted and is using the trademark shown in the accompanying drawing for the following goods: Children's apparel, Shirts & pants-knits

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The trademark was first used on the goods on 3/1/86 (date), was first used on the goods in Interstate (type of commerce) commerce on 3/15/86 (date), and is now in use in such commerce.

The mark is used by applying it to Labels & Hang Tags affixed to the garments.

and five specimens showing the mark as actually used are presented herewith.

Barry Levine
(name of officer of corporation)

being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom, declares that he/she is

President
(official title)

of applicant corporation and is authorized to execute this instrument on behalf of said corporation; he/she believes said corporation to be the owner of the trademark sought to be registered; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in this application are true; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Henway Apparel, Inc.
(name of corporation)

By: [signature]
(signature of officer of corporation and official title of officer)

October 6, 1986
(date)

Form PTO 1478 (Rev 10-82)

MGA2 3941496

RJN Ex. 39 - Page 218   TX 34839-00004

FORM PTO-1328 (REV. 1-83)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

# TRADEMARK APPLICATION FILE DATA WORKSHEET

| 1. SERIAL NUMBER | 2. FILING DATE | 3. LAW OFFICE |
|---|---|---|
| 624645 | 10/08/86 | 5 |
| | 4. REGISTER TYPE: PR | 5. MARK DRAWING CODE: 3 |

F2: BRATZ

| 1. INT. CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/SERVICES |
|---|---|---|---|---|---|
| 025 | 03/01/1986 | 03/15/1986 | Y | 039 | SEE APPLICATION |

**F4 APPLICANT INFORMATION**

| | 1 ENTITY | 2 ENTRY NO | 3 CITIZENSHIP | 4 NAME | F5 | ENTRY NO | APPLICANT ADDRESS |
|---|---|---|---|---|---|---|---|
| 1st | | | | | | 01 | |
| 2nd | | SEE APPLICATION | | | | 02 | SEE APPLICATION |
| 3rd | | | | | | 03 | |

F6,7 CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

F8 (foreign registration tables - blank)

F9 PRIOR U.S. REGISTRATIONS - SEE APPLICATION

F10 TEXT TYPE CODE / ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW)

MGA2 3941497

RJN Ex. 39 - Page 219    TX 34839-00005



51350RV-3

MGA2 3941498

RJN Ex. 39 - Page 220    TX 34839-00006