# Exhibit 40

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 13:12:28 ET

Serial Number: 73624645 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark



(words only): BRATZ

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 1990-02-16

Filing Date: 1986-10-08

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1990-02-22

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HENWAY APPAREL, INC.

Address:

http://tarr.uspto.gov/tarr?regser=serial&entry=73624645&action=Request+Status

HENWAY APPAREL, INC.
112 WEST 34TH ST.
NEW YORK, NY 10120
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Abandoned
CHILDREN'S APPAREL, NAMELY KNIT SHIRTS, PANTS AND JACKETS
**Basis:** 1(a)
**First Use Date:** 1986-03-01
**First Use in Commerce Date:** 1986-03-15

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**24.03.04** - Tridents
**24.15.02** - Arrows forming any other geometric figure
**24.15.03** - Arrows formed by words, letters, numbers or punctuation
**26.11.03** - Incomplete rectangles; Rectangles (incomplete)
**26.11.09** - Rectangles made of geometric figures, objects, humans, plants or animals

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE:** To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1990-02-16 - Abandonment - Failure To Respond Or Late Response

1989-07-12 - Final refusal mailed

1989-05-30 - Assigned To Examiner

1989-05-23 - Communication received from applicant

1989-02-09 - Assigned To Examiner

1988-11-02 - Assigned To Examiner

1988-04-18 - Assigned To Examiner

http://tarr.uspto.gov/tarr?regser=serial&entry=73624645&action=Request+Status

MGA2 3939951

RJN Ex. 40 - Page 222

TX 34491-00002

1987-07-17 - Assigned To Examiner

1987-06-23 - Assigned To Examiner

1987-04-27 - Assigned To Examiner

1987-03-09 - Letter of suspension mailed

1987-02-27 - Examiner's amendment mailed

1987-01-16 - Communication received from applicant

1986-12-23 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
BARRY LEVINE
HENWAY APPAREL, INC.
112 WEST 34TH ST.
NEW YORK, N.Y. 10120

http://tarr.uspto.gov/tarr?regser=serial&entry=73624645&action=Request+Status