# Exhibit 41



MGA2 3941499

RJN Ex. 41 - Page 224

TX 34840-00001

TRADEMARK APPLICATION SERIAL NO. 622318

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
090  10/02/86  622318              1 301     175.00 CK
```

MGA2 3941500

RJN Ex. 41 - Page 225        TX 34840-00002

622318



SANDLER & GREENBLUM
PATENT AND TRADEMARK CAUSES
2020 SOUTH GLEBE ROAD
ARLINGTON, VA 22206

(703) 739-0333

TELEX: 440442 GREENPAT
FACSIMILE (CCITT. I,II,III)
(703) 739-0445

DONALD M. SANDLER
NEIL F. GREENBLUM
BRUCE H. BERNSTEIN*
GARY M. JACOBS
MARTIN G. MULLEN*
ROGER P. GLASS*
RONNI S. MALAMUD
BRIAN C. KELLY

OF COUNSEL
DAVID JOSEPH WILLIAMOWSKY (1878-1982)
LEON ZITVER
JAMES G. HAIGHT

Date September 26, 1986

Commissioner of Patents & Trademarks
Washington, D.C. 20231

RE: Trademark Application for __BRATZ__
International Class __25__
Attorney Docket No. __T 5374__

Dear Sir:

Please find enclosed:

|X|  An executed application by __Joseph Greenberg, Vice President__ for registration including Power of Attorney and Designation of Domestic Representative;

|X|  One sheet of drawing illustrating the trademark;

|X|  __5__ specimens of the mark as actually used; __Clothing tags__

|X|  An executed declaration;

|  |  Certified Copy of     Registration No. _____;

|  |  A certified translation of said copy; and

|X|  A check in the amount of $__175.00__ to cover filing fees.

Should the above fee prove insufficient for any reason, kindly charge our account No. 19-0089 in the required amount. A copy of this sheet is enclosed for this purpose in triplicate.

Respectfully submitted,
SUE & SAM Co., Inc.

Neil F. Greenblum
Reg. No. 28,394

MGA2 3941501

RJN Ex. 41 - Page 226

TX 34840-00003

T5374

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE:

Mark: BRATZ

International Class: 25

### STATEMENT:

To the Commissioner of Patents and Trademarks:

Applicant, /SUE & SAM Co., Inc./, a Corporation organized under the laws of New York, whose business address is /720 39th Street, Brooklyn, N.Y. 11232/ has adopted and is using the mark shown in the accompanying drawing for the following goods:

/Children's sportswear/

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark has been used in connection with said goods since as least as early as  DEC. 1985 , and has been used in interstate commerce since at least as early as  DEC. 1985 , and is still in such use.

The mark is used by applying the same onto labels attached to the goods and onto containers for the goods, and five (5) specimens representing the mark as actually used are presented herewith.

Please recognize Donald M. Sandler, Reg. No. 19,237, a member of the Bar of the State of Maryland, Neil F. Greenblum, Reg. No. 28,394, a member of the Bar of the District of Columbia, and Bruce H. Bernstein, Reg. No. 29,027, a member of the Bar of the States of Maryland, Virginia and the District of Columbia whose post office address is:

SANDLER & GREENBLUM
2920 South Glebe Road
Arlington, VA. 22206

- 1 -

MGA2 3941502

RJN Ex. 41 - Page 227   TX 34840-00004

T5374

to prosecute this application to register, to transact all business in the Patent Office in connection therewith and to receive the certificate of registration.

Neil F. Greenblum, whose postal address is 2920 South Glebe Road, Arlington, VA 22206, is hereby designated applicant's representative upon whom notices or process in proceedings affecting the mark may be served.

Joseph Greenberg declares that he is the _Vice President_ of applicant Corporation and is authorized to make this declaration on behalf of the Corporation; he believes said Corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

SUE & SAM Co., Inc.

9/2/96
Date

By _[signature]_
Joseph Greenberg
Title: V.P.

- 2 -

MGA2 3941503

RJN Ex. 41 - Page 228   TX 34840-00005

| FORM PTO-1328 (REV. 1-83) | | | TRADEMARK APPLICATION FILE DATA WORKSHEET | | | | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | |
|---|---|---|---|---|---|---|---|---|
| | 1. SERIAL NUMBER 622318 | | 2. FILING DATE 09-26-80  4. REGISTER TYPE PR | | | 3. LAW OFFICE S  5. MARK DRAWING CODE 1 | | |
| F2 | | | BRATZ | | | | | |

| | 1. INT. CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/SERVICES |
|---|---|---|---|---|---|---|
| F3 | 025 | 00 12 1985 | 00 12 1985 | ✓ | 039 | SEE APPLI-CATION |

| | APPLICANT INFORMATION | | | | | ENTRY NO. | APPLICANT ADDRESS |
|---|---|---|---|---|---|---|---|
| | | 1. ENTITY | 2. ENTRY NO | 3. CITIZENSHIP | 4. NAME | | |
| F4 | 1st | | | | | 01 | |
| | 2nd | | SEE APPLICATION | | F5 | 02 | SEE APPLICATION |
| | 3rd | | | | | 03 | |

| F6,7 | CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION |

| | ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
|---|---|---|---|---|
| | 01 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| F8 | ENTRY NO | COUNTRY CODE | FOREIGN APPLICATION NO | FOREIGN FILING DATE |
| | 02 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

| F9 | PRIOR U.S. REGISTRATIONS - SEE APPLICATION |
| F10 | TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |
| | | EMPLOYEE NUMBER |

MGA2 3941504

RJN Ex. 41 - Page 229     TX 34840-00006

BRATZ — MADE IN U.S.A.

MGA2 3941505

RJN Ex. 41 - Page 230     TX 34840-00007



622318

| | | |
|---|---|---|
| APPLICANT | : | SUE & SAM Co., Inc. |
| ADDRESS | : | 720 39th Street<br>Brooklyn, N.Y. 11232 |
| DATE OF FIRST USE | : | December 1985 |
| DATE OF FIRST USE IN INTERSTATE COMMERCE | : | December 1985 |
| CLASS | : | 25 |
| GOODS | : | Children's sportswear |

BRATZ

MGA2 3941506

RJN Ex. 41 - Page 231

TX 34840-00008