# Exhibit 42

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 13:12:59 ET

Serial Number: 73622318 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): BRATZ

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 1989-02-22

Filing Date: 1986-09-26

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1989-02-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. SUE & SAM CO., INC.

Address:
SUE & SAM CO., INC.
720 39TH STREET
BROOKLYN, NY 11232
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Abandoned
CHILDREN'S KNITWEAR NAMELY KNIT SHIRTS, SWEAT SUITS, SWEAT SHIRTS, TEE SHIRTS, SWEAT PANTS, SKIRTS, KNIT DRESSES, SLACKS SETS
**Basis:** 1(a)
**First Use Date:** 1985-12-00
**First Use in Commerce Date:** 1985-12-00

## ADDITIONAL INFORMATION

**Disclaimer:** "BRATS"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1989-02-22 - Assigned To Examiner

1989-02-22 - Abandonment - Failure To Respond Or Late Response

1989-02-22 - Assigned To Examiner

1989-02-13 - Ex parte appeal terminated

1988-07-15 - Ex parte appeal - Instituted

1988-05-06 - Continuation of final refusal mailed

1988-04-27 - Assigned To Examiner

1988-04-27 - Assigned To Examiner

1988-04-27 - Assigned To Examiner

1988-03-02 - Communication received from applicant

1988-04-27 - Allowance/count withdrawn

1987-09-21 - Final refusal mailed

1987-05-22 - Communication received from applicant

1987-06-16 - Assigned To Examiner

http://tarr.uspto.gov/tarr?regser=serial&entry=73622318&action=Request+Status

MGA2 3939948
TX 34490-00002

1987-05-11 - Communication received from applicant

1986-11-10 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
NEIL F. GREENBLUM

**Correspondent**
NEIL F. GREENBLUM
SANDLER & GREENBLUM
2920 SOUTH GLEBE ROAD
ARLINGTON, VA 22206

http://tarr.uspto.gov/tarr?regser=serial&entry=73622318&action=Request+Status

MGA2 3939949
RJN Ex. 42 - Page 234
TX 34490-00003