# Exhibit 43



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 10, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *73/358,460*
FILING DATE: *April 05, 1982*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

(FORM FOR USE OF CORPORATE)  
(Instructions on reverse side)

U.S. DEPARTMENT OF COMMERCE  
PATENT AND TRADEMARK OFFICE

35,00-3017W

358460

MAIL ROOM APR 5 1982

## APPLICATION FOR TRADEMARK/SERVICE MARK REGISTRATION (DECLARATION)

Mark **B.R.A.T.S.**  
(Identify Mark)

Class No. **39**  
(Insert number, if known)

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

F9  
F6(03)[1] Gallery Industries

[2] a corporation of the State of California

F7(C1) 3131 S. Broadway, Los Angeles, 90007  
CA  
[4] CA

The above identified applicant has adopted and is using the mark shown in the accompanying drawing for[5]

F8(0.5)  Mems & Boys shirts

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used on[6] August 17, 1981; was first used in[7] interstate commerce on[8] August 17, 1981; and is now in use in such commerce.

The mark is used by applying it[9] To tags or labels affixed to the goods.

and five specimens showing the mark as actually used are presented herewith.

[10] Sid Alexander declares that he is [11] Vice-Pres. of applicant corporation and is authorized to make this declaration on behalf of the corporation; he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

04/02/82  358460      X 202   35.00CK

4-2-82  
(Date)

_____  
(Signature)

[Enclose Filing Fee of Thirty-Five Dollars]

THIS FORM MAY BE REPRODUCED AS NEEDED.

Form PTOL-30a(c) (rev. 3-76)

MGA2 3941285

RJN Ex. 43 - Page 236    TX 34787-00002



358460

B.R.A.T.S.

MGA2 3941286

RJN Ex. 43 - Page 237    TX 34787-00003



358460

Gallery Industries
3131 So. Broadway
Los Angeles, California  90007
First dates of use: August 17, 1981
Clothing (39)
    MEN'S & BOYS SHIRTS

INT. CL. 25
PRIOR U.S. CL. 39

358460

B.R.A.T.S.

APR 5 1982

2

MGA2 3941287

RJN Ex. 43 - Page 238    TX 34787-00004