# Exhibit 44

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 13:14:13 ET

Serial Number: 73358460 Assignment Information          Trademark Document Retrieval

Registration Number: 1245887

Mark (words only): B.R.A.T.S.

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 1990-10-10

Filing Date: 1982-04-05

Transformed into a National Application: No

Registration Date: 1983-07-19

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

Current Location: 001 -File Destroyed

Date In Location: 1994-05-28

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gallery Industries

Address:
Gallery Industries
3131 S. Broadway
Los Angeles, CA 90007
United States
Legal Entity Type: Corporation
State or Country of Incorporation: California

---

### GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Section 8 - Cancelled
Mens & Boys Shirts
**Basis:** 1(a)
**First Use Date:** 1981-08-17
**First Use in Commerce Date:** 1981-08-17

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1990-10-10 - Canceled Section 8 (6-year)

1988-11-01 - Cancellation terminated for Proceeding

1988-09-07 - Cancellation dismissed for Proceeding

1987-11-02 - Cancellation Instituted No. 999999

1983-07-19 - Registered - Principal Register

1983-04-26 - Published for opposition

1983-04-26 - Published for opposition

1983-03-21 - Notice of publication

1983-03-09 - Approved for Pub - Principal Register (Initial exam)

1982-12-03 - Non-final action mailed

1982-10-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Gallery Industries
3131 S. Broadway

http://tarr.uspto.gov/tarr?regser=serial&entry=73358460&action=Request+Status

Los Angeles CA 90007

http://tarr.uspto.gov/tarr?regser=serial&entry=73358460&action=Request+Status

MGA2 3939937

RJN Ex. 44 - Page 241

TX 34486-00003