# Exhibit 45



## Tom Schedler
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana I do hereby Certify that*

In response to your request we are pleased to provide the information on the subject TRADE MARK which was registered in this office on July 29, 1999 and expired on July 29, 2009.

**Type(s) Registered:** TRADE MARK

**Registered Name:** BRATS & LOGO: EACH LETTER MULTI-COLORED - COLORED LINE LEADING TO CRAYON

**Applicant:** PAULA B. GUERIN
20190 CHARLES ORY DR.
PLAQUEMINE, LA 70764

**Type of Business:** DOLLS

**Book #:** 56-3583

**Current Status:** INACTIVE

**Registration Date:** 7/29/1999

**Expiration Date:** 7/29/2009

**Date First Used:** 7/18/1999

**Date First Used in Louisiana:** 7/18/1999

**Current Classes**
Start Date   Class Name
7/29/1999    35 MISCELLANEOUS

**Expired Classes**
**No Expired Classes**

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

February 7, 2011

*[signature]*

*Secretary of State*

CH 56-3583

Certificate ID: 10138663#3PK73

To validate this certificate, visit the following web site, go to **Commercial Division, Certificate Validation**, then follow the instructions displayed.
www.sos.louisiana.gov



# Tom Schedler
SECRETARY OF STATE

*As Secretary of State of the State of Louisiana, I do hereby Certify that*

the annexed and following is a True and Correct copy of the Certificate of Registration as shown by comparison with document filed and recorded in this Office on July 29, 1999.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

February 7, 2011

*Secretary of State*

CH 56-3583

Certificate ID: 10138664#BRK73

To validate this certificate, visit the following web site, go to **Commercial Division, Certificate Validation,** then follow the instructions displayed.
www.sos.louisiana.gov



# Fox McKeithen
### SECRETARY OF STATE

As Secretary of State, of the State of Louisiana, I do hereby Certify that
PAULA B. GUERIN, located at 20198 CHARLES ORY DR.,
PLAQUEMINE, LA 70764,

Has filed for record in this department an application for the trade mark

BRATS & LOGO:  EACH LETTER MULTI-COLORED - COLORED LINE
                      LEADING TO CRAYON

Which was first used in the State of Louisiana on July 18, 1999, for Class 35, Miscellaneous.

Said application was filed and recorded in this Office on July 29, 1999, which recordation is for a term of ten years from the date hereof.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

July 29, 1999



DBE 56-3583

Secretary of State

CERTIFICATE SS 102 PRINTED SEAL (08/03)



# Tom Schedler
## SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

**BRATS & LOGO: EACH LETTER MULTI-COLORED - COLORED LINE    LEADING TO CRAYON**

are true and correct and are filed in the Louisiana Secretary of State's Office.

TRADE    7/29/1999    2 page(s)

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

February 7, 2011

*Secretary of State*

CH 56-3583

Certificate ID: 10138665#KUL73
To validate this certificate, visit the following web site, go to **Commercial Division**, **Certificate Validation**, then follow the instructions displayed.
www.sos.louisiana.gov

| W. Fox McKeithen<br>Secretary of State<br> | **APPLICATION TO REGISTER TRADE NAME, TRADEMARK OR SERVICE MARK**<br>(Pursuant to R.S. of 1950, Title 51, Chapter 1, Part VI as amended)<br>Enclose $50.00 filing fee    Return to: Corporations Division<br>Make remittance payable to            P.O. Box 94125<br>Secretary of State                 Baton Rouge, LA 70804-9125<br>*Do not send cash*                Phone (504) 925-4704 |
|---|---|

STATE _Louisiana_

PARISH/COUNTY _Iberville_      Check One: ( ) Trade Name (✓) Trademark ( ) Service Mark

Check One: (✓) Original Filing ( ) Renewal

1. Name of person(s), Corporation, Limited Liability Company or Partnership applying for registration:
_Paula B. Guerin_

2. If applicant is a corporation, list state of incorporation: _____

3. Full street address and P.O. box address, city, state, and zip of applicant: _20190 Charles Dey Dr._
_Plaquemine, Louisiana 70764_

4. Name of trade name, trademark or service mark to be registered. If logo is included, please describe. If the LOGO of your trade name, trademark or service mark is part of your registration attach 3 copies of design.
_BRATS/ EACH letter multi-colored - colored line leading to Crayon._

5. Type of business or list of goods or services to which the trade name, trademark or service mark is applied:
_Dolls_

6. Enter class(es) in which trademark or service mark is registered: _Misc. 35_

Class list on reverse side. There is a $50 registration fee for each class number registered.

7. Date trade name, trademark or service mark first used by applicant _7-18-99_
Month, Day, Year

8. Date trade name, trademark or service mark first used in Louisiana _7-18-99_
Month, Day, Year

I, the applicant, am the owner of the trade name, trademark or service mark sought to be registered and no other person, firm, association, union or corporation has the right to such use in such class, either in the identical form hereinabove described, or in any such resemblance thereto as may be calculated to deceive, and the facsimiles or counterparts herein filed are true and correct.

Sworn to and subscribed before me, this _29th_ day of _July_, 19_99_

The below named person swears that he is the applicant, or an authorized representative of the applicant, named in the foregoing application, and that the facts alleged in said application are true.

_Paula B. Guerin_
Applicant or Authorized Representative

_Owner_
Title

_Arlene Barkston_
Notary
_East Baton Rouge Parish_

309 Rev. 6/98                                            (See instructions on back)



TX 35223-00007