ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**THE MGA PARTIES' NOTICE OF LODGING OF *IN CAMERA* DOCUMENTS PURSUANT TO THIS COURT'S FEBRUARY 7, 2011 ORDER**<br><br>Trial Date:        January 18, 2011<br>Dept.:        Courtroom 9D<br>Judge:        Hon. David O. Carter |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to this Court's Order Ordering

3   Production of Documents, dated February 7, 2011, the MGA Parties hereby provide

4   notice that they lodge a binder of select communications listed in Exhibit A to

5   Docket 9815 for the Court's *in camera* review.

6

7

8

9   Dated:      February 9, 2011          Respectfully submitted,
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                                        By: _____*/s/ Annette L. Hurst*_____

12                                              Annette L. Hurst
                                                Attorneys for MGA Parties

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28