**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: February 8, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER REGARDING MATTEL'S MOTION TO COMPEL

       Mattel seeks the production of all metadata associated with an email communication drafted by Isaac Larian. The Court ordered MGA to lodge the metadata associated with Mr. Larian's draft email for the Court's *in camera* review. Having reviewed the metadata, the Court tentatively concludes that MGA's assertion of the privilege as to the draft email communication is warranted. *See Laethem Equip. Co. v. Deere & Co.*, 261 F.R.D. 127, 140 (E.D. Mich. 2009). The Court also tentatively finds that the metadata has not been altered in any way. The document was "inadvertently produced" and MGA's "claw back" request is tentatively valid. *See Zubulake v. UBS Warburg LLC*, 216 F.R.D. 280, 290 (S.D.N.Y. 2009). In an abundance of caution, the Court nevertheless refers this matter to the Special Master for Electronic Discovery, Judge James L. Smith (Ret.). On or before February 9, 2011, MGA shall contact Judge Smith to arrange for the delivery of the draft email and the metadata that corresponds to that email.

       The Clerk shall serve this minute order on all parties to the action.