**\*AMENDED 2/9/11 (Date)**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV04-9049 DOC(RNBx) | Date | **\* January 14, 2011** |
|---|---|---|---|
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, Mike Zeller | Jennifer Keller, Annette Hurst<br>Mark Overland, Alexander Cote |

____ Day Court Trial   2nd Day Jury Trial

____ One day trial:   ____ Begun (1st day);   X Held & Continued;   ____ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.
____   Opening statements made by ____
____   Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____   Plaintiff(s) rest.   ____ Defendant(s) rest.
____   Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____   Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____   Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____   Jury polled.   ____ Polling waived.
____   Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____   Judgment by Court for ____   ____ plaintiff(s)   ____ defendant(s).
____   Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____   Case submitted.   ____ Briefs to be filed by ____
____   Motion to dismiss by ____   is   ____ granted.   ____ denied.   ____ submitted.
____   Motion for mistrial by ____   is   ____ granted.   ____ denied.   ____ submitted.
____   Motion for Judgment/Directed Verdict by ____   is   ____ granted.   ____ denied.   ____ submitted.
____   Settlement reached and placed on the record.
____   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____   Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____   Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to   January 18, 2011   for further trial.
____   Other:

                                                                                    2   :   12

                                                        Initials of Deputy Clerk   kp