ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**THE MGA PARTIES' REQUEST FOR JUDICIAL NOTICE OF TRADEMARK APPLICATIONS AND STATUS REPORTS FOR "JADE" TRADEMARKS PRIOR TO 2000** |

1  Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA
2  Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA HK Ltd., and Isaac
3  Larian (collectively, the "MGA Parties") respectfully request that the Court take
4  judicial notice of (a) facts reflected in trademark applications and status reports
5  from the United States Patent and Trademark Office ("PTO") for "Jade" trademark
6  applications filed and publicly available before 2000 and (b) the applications and
7  status reports.
8  The Court may take judicial notice of any fact that is "not subject to
9  reasonable dispute in that it is either (1) generally known within the territorial
10 jurisdiction of the trial court or (2) capable of accurate and ready determination by
11 resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.
12 201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are
13 indisputable, and thus subject to judicial notice, only if they are either 'generally
14 known'…or 'capable of accurate and ready determination by resort to sources
15 whose accuracy cannot be reasonably questioned . . . . '"). A court shall take
16 judicial notice if requested by a party and supplied with the necessary information.
17 Fed. R. Evid. 201(d).
18 The facts that are the subject of this request are capable of accurate and ready
19 determination by sources whose accuracy cannot reasonably be questioned. The
20 facts in question are recorded in or established by filings with the PTO. Pursuant to
21 Rule 201(d), the MGA Parties are submitting (1) copies of trademark applications
22 for various "Jade" trademarks that were submitted to the PTO and publicly
23 available before 2000; and (2) printouts from the Trademark Applications and
24 Registrations Retrieval ("TARR") web server of the PTO (tarr.uspto.gov) regarding
25 the status of the applications.
26 A federal court may take judicial notice of public records, including PTO
27 records. *See United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (courts
28 may take judicial notice of public records); *MGIC Indem. Corp v. Weisman,* 803

1  F.2d 500, 504 (9th Cir. 1986); *Vitek Systems, Inc. v. Abbott Laboratories*, 675 F.2d
2  190, 192 n.4 (8th Cir. 1982) (a court may take judicial notice of documents filed
3  with the U.S. Patent and Trademark Office); *Kaempe v. Myers*, 367 F.3d 958, 965
4  (D.C. Cir. 2004); *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir. 2003) (taking
5  judicial notice of information on official government website pursuant to Rule 201).
6  Judicial notice of the PTO records allows the Court to take notice of certain facts
7  either set forth in or established by the records because they show that the facts are
8  "capable of accurate and ready determination by resort to sources whose accuracy
9  cannot be reasonably questioned."
10     The MGA Parties request that the Court take judicial notice of the following
11  pursuant to Rule 210(b) and (d):
12     1.  On or about April 1, 1999, Genki Co., Ltd. of Tokyo, Japan filed an
13  application for the registration of **JADE COCOON AND DESIGN** as a trademark
14  for, among other things, "dolls, stuffed dolls, electrical games, toys" in
15  International Class 28, later modified to "dolls, stuffed dolls, electrical games,
16  namely, electronic education game machines for children, electronic game
17  equipment with a watch function, electronic dart games, hand held units for playing
18  electronic games, toys, namely, mechanical action toys, plush toys, electric action
19  toys." *See* **Exhibit 1** (copy of application for **JADE COCOON AND DESIGN**;
20  Serial No. 75672832; Trademark Application 74/672,832; filed on April 1, 1999)
21  (Trial Exhibit 34822); **Exhibit 2** (printout from TARR web server regarding status
22  of Serial No. 75672832; generated on January 5, 2011) (Trial Exhibit 34546).
23     2.  No later than June 1, 1999, Trademark Application 74/672,832 was
24  available to the general public in the files of the PTO.
25     3.  **Exhibit 1.**
26     4.  As of March 23, 2004, the application of Genki Co., Ltd. for the
27  registration of **JADE COCOON AND DESIGN** as a trademark for, among other
28  things, "dolls, stuffed dolls, electrical games, namely, electronic education game

1 machines for children, electronic game equipment with a watch function, electronic
2 dart games, hand held units for playing electronic games, toys, namely, mechanical
3 action toys, plush toys, electric action toys" in International Class 28 was
4 abandoned. *See* **Exhibit 2** (printout from TARR web server regarding status of
5 Serial No. 75672832; generated on January 5, 2011) (Trial Exhibit 34546).

      5. **Exhibit 2**.

      6. On or about December 4, 1998, Trendmasters, Inc. of St. Louis, Missouri filed an application for the registration of **WARRIOR JADE** as a trademark for, among other things, "Mechanical action toys, electrical action toys, cases for action figures, cases for play accessories, cases for toy vehicles, toy gliders, toy target launchers, wind-up walking toys, toy action figures and toy action figure accessories therefor, toy vehicles, playsets for action figures, miniature playsets for action figures, robotic play figures, inflatable toys showing decorative pictures, toy guns, plush toys, animated plush toys, mechanical plush toys" in International Class 28. *See* **Exhibit 3** (copy of application for **WARRIOR JADE**; Serial No. 75599960; Trademark Application 75/599,960; filed on December 4, 1998) (Trial Exhibit 34821).

      7. No later than February 4, 1999, Trademark Application 74/599,960 was available to the general public in the files of the PTO.

      8. **Exhibit 3**.

      9. As of March 9, 2001, the application of Trendmasters, Inc. for the registration of **WARRIOR JADE** as a trademark for "Mechanical action toys, electrical action toys, cases for action figures, cases for play accessories, cases for toy vehicles, toy gliders, toy target launchers, wind-up walking toys, toy action figures and toy action figure accessories therefor, toy vehicles, playsets for action figures, miniature playsets for action figures, robotic play figures, inflatable toys showing decorative pictures, toy guns, plush toys, animated plush toys, mechanical plush toys" in International Class 28 was abandoned. *See* **Exhibit 4** (printout from

TARR web server regarding status of Serial No. 75599960; generated on January 5, 2011) (Trial Exhibit 34544).

10. **Exhibit 4**.

11. On or about August 8, 1996, Abrams/Gentile Entertainment, Inc. of New York, New York filed an application for the registration of **SKY DANCER JADE** as a trademark for "toys, namely toy action figures and accessories therefore, sold separately and as a unit" in International Class 28, and "entertainment services, namely a series of children's television programs and a character featured in a series of children's television programs" in International Class 41. *See* **Exhibit 5** (copy of application for **SKY DANCER JADE**; Serial No. 75146767; Trademark Application 75/146,767; filed on August 8, 1996) (Trial Exhibit 34813).

12. No later than October 8, 1996, Trademark Application 74/146,767 was available to the general public in the files of the PTO.

13. **Exhibit 5**.

14. As of August 7, 1999, the application of Abrams/Gentile Entertainment, Inc. for the registration of **SKY DANCER JADE** as a trademark for "toys, namely toy action figures and accessories therefore, sold separately and as a unit" in International Class 28, and "entertainment services, namely a series of children's television programs and a character featured in a series of children's television programs" in International Class 41 was abandoned. *See* **Exhibit 6** (printout from TARR web server regarding status of Serial No. 75146767; generated on January 5, 2011) (Trial Exhibit 34528).

15. **Exhibit 6**.

16. On or about January 30, 1995, Midway Manufacturing Company of Chicago, Illinois filed an application for the registration of **JADE** as a trademark for "paper goods namely; comic books, periodicals in the nature of strategy guides for video games, trading cards, posters and bottle caps" in International Class 16 and "video output game machines; video game disks and cartridges; software

1 programs for video games; hand-held video games" in International Class 28. *See*
2 **Exhibit 7** (copy of application for **JADE**; Serial No. 74627378; Trademark
3 Application 75/627,378; filed on January 30, 1995) (Trial Exhibit 34811).
4     17. No later than March 30, 1995, Trademark Application 75/627,378 was
5 available to the general public in the files of the PTO.
6     18. **Exhibit 7**.
7     19. On or about June 4, 1996, **JADE** was registered on the Principal Register
8 as a trademark for "paper goods namely; comic books, periodicals in the nature of
9 strategy guides for video games, trading cards, posters and bottle caps" in
10 International Class 16 and "video output game machines; video game disks and
11 cartridges; software programs for video games; hand-held video games" in
12 International Class 28. *See* **Exhibit 8** (printout from TARR web server regarding
13 status of Serial No. 74627378; generated on January 5, 2011) (Trial Exhibit 34522).
14     20. **Exhibit 8**.
15     21. On or about May 14, 1982, CPG Products Corp. of Minneapolis,
16 Minnesota filed an application for the registration of **JUNGLE JADE** as a
17 trademark for "doll clothing and related accessories sold as a unit" in International
18 Class 28. *See* **Exhibit 9** (copy of application for **JUNGLE JADE**; Serial No.
19 73364751; Trademark Application 73/364,751; filed on May 14, 1982) (Trial
20 Exhibit 34803).
21     22. No later than June 14, 1982, Trademark Application 73/364,751 was
22 available to the general public in the files of the PTO.
23     23. **Exhibit 9**.
24     24. On or about August 2, 1983, **JUNGLE JADE** was registered on the
25 Principal Register as a trademark for "doll clothing and related accessories sold as a
26 unit" in International Class 28. *See* **Exhibit 10** (printout from TARR web server
27 regarding status of Serial No. 73364751; generated on January 5, 2011) (Trial
28 Exhibit 34487).

25. As of November 9, 1989, the registration of **JUNGLE JADE** as a trademark for "doll clothing and related accessories sold as a unit" in International Class 28 was canceled. *See* **Exhibit 10** (printout from TARR web server regarding status of Serial No. 73364751; generated on January 5, 2011) (Trial Exhibit 34487).

26. **Exhibit 10**.

27. On or about September 1, 1998, Hapa Industries, Ltd. of Honolulu, Hawaii filed an application for the registration of **JADE** as a trademark for "junior girl's and young men's sportswear, surfwear, streetwear, tops, jackets, sweaters, shirts, t-shirts, bottoms, jeans, pants, shorts, boardshorts, skirts, dresses, sleepwear" in International Class 25. *See* **Exhibit 11** (copy of application for **JADE**; Serial No. 75545864; Trademark Application 75/545,864; filed on September 1, 1998) (Trial Exhibit 34818).

28. No later than November 2, 1998, Trademark Application 75/545,864 was available to the general public in the files of the PTO.

29. **Exhibit 11**.

30. As of January 13, 2000, the application of Hapa Industries, Ltd. for the registration of **JADE** as a trademark for "junior girl's and young men's sportswear, surfwear, streetwear, tops, jackets, sweaters, shirts, t-shirts, bottoms, jeans, pants, shorts, boardshorts, skirts, dresses, sleepwear" in International Class 25 was abandoned. *See* **Exhibit 12** (printout from TARR web server regarding status of Serial No. 75545864; generated on January 5, 2011) (Trial Exhibit 34541).

31. **Exhibit 12**.

27. On or about July 13, 1998, Shazdeh Fashions, Inc. of New York, New York filed an application for the registration of **JADE** as a trademark for "ladies clothing – namely, suits, jackets, pants, skirts and blouses" in International Class 25. *See* **Exhibit 13** (copy of application for **JADE**; Serial No. 75517671; Trademark Application 75/517,671; filed on July 13, 1998) (Trial Exhibit 34817).

28. No later than September 14, 1998, Trademark Application 75/517,671 was available to the general public in the files of the PTO.

29. **Exhibit 13**.

30. As of September 23, 1999, the application of Shazdeh Fashions, Inc. for the registration of **JADE** as a trademark for "ladies clothing – namely, suits, jackets, pants, skirts and blouses" in International Class 25 was abandoned. *See* **Exhibit 14** (printout from TARR web server regarding status of Serial No. 75517671; generated on January 5, 2011) (Trial Exhibit 34540).

31. **Exhibit 14**.

32. On or about July 30, 1997, Calypso St. Barth, Inc. of East Hampton, New York filed an application for the registration of **JADE** as a trademark for "women's clothing, namely, shirts, pants, shorts, dresses, hats, bra tops, halter tops, skirts, jeans, bathing suits, jackets, coats, sweaters, underclothing, belts, handbags, knapsacks and shoes" in International Class 25. *See* **Exhibit 15** (copy of application for **JADE**; Serial No. 75333040; Trademark Application 74/333,040; filed on April 1, 1999) (Trial Exhibit 34815).

33. No later than September 30, 1997, Trademark Application 74/333,040 was available to the general public in the files of the PTO.

34. **Exhibit 15**.

35. As of June 28, 2001, the application of Calypso St. Barth, Inc. for the registration of **JADE** as a trademark for "women's clothing, namely, shirts, pants, shorts, dresses, hats, bra tops, halter tops, skirts, jeans, bathing suits, jackets, coats, sweaters, underclothing, belts, handbags, knapsacks and shoes" in International Class 25 was abandoned. *See* **Exhibit 16** (printout from TARR web server regarding status of Serial No. 74333040; generated on January 5, 2011) (Trial Exhibit 34531).

36. **Exhibit 16**.

1    37. On or about November 15, 1990, Ropa Intima de Nuevo Laredo, S.A. de
2    C.V. of Nuevo Laredo, Mexico filed an application for the registration of **JADE** as
3    a trademark for "lingerie" in International Class 25.  *See* **Exhibit 17** (copy of
4    application for **JADE**; Serial No. 74115434; Trademark Application 74/115,434;
5    filed on November 15, 1990) (Trial Exhibit 34809).

6    38. No later than January 15, 1991, Trademark Application 74/115,434 was
7    available to the general public in the files of the PTO.

8    39. **Exhibit 17**.

9    40. As of November 6, 1991, the application of Ropa Intima de Nuevo
10   Laredo, S.A. de C.V. for the registration of **JADE** as a trademark for "lingerie" in
11   International Class 25 was abandoned.  *See* **Exhibit 18** (printout from TARR web
12   server regarding status of Serial No. 74115434; generated on January 5, 2011)
13   (Trial Exhibit 34506).

14   41. **Exhibit 18**.

15   42. On or about May 23, 1990, Jasmine Ltd. of Pennsauken, New Jersey
16   filed an application for the registration of **JADE EAST** as a trademark for
17   "women's shoes" in International Class 25.  *See* **Exhibit 19** (copy of application for
18   **JADE EAST**; Serial No. 74061727; Trademark Application 74/061,727; filed on
19   May 23, 1990) (Trial Exhibit 34806).

20   43. No later than July 23, 1991, Trademark Application 74/061,727 was
21   available to the general public in the files of the PTO.

22   44. **Exhibit 19**.

23   45. On or about December 24, 1991, **JADE EAST** was registered on the
24   Principal Register as a trademark for "women's shoes" in International Class 25.
25   *See* **Exhibit 20** (printout from TARR web server regarding status of Serial No.
26   74061727; generated on January 5, 2011) (Trial Exhibit 34499).

27   46. As of June 29, 1998, the registration of **JADE EAST** as a trademark for
28   "women's shoes" in International Class 25 was canceled.  *See* **Exhibit 20** (printout

from TARR web server regarding status of Serial No. 74061727; generated on January 5, 2011) (Trial Exhibit 34499).

47. **Exhibit 20**.

Dated: February 9, 2011         ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _/s/_Annette L. Hurst_
ANNETTE L. HURST
Attorneys for MGA Parties