# Exhibit 1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

**TRADEMARK APPLICATION:** *75/672,832*
**FILING DATE:** *April 01, 1999*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



MGA2 3941435

RJN Ex. 1 - Page 10     TX 34822-00001

# 75672832

## TRADEMARK APPLICATION SERIAL NO.

SER114

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
04/09/1999 CMAY11   00000192 75672832
01 FC:361                    735.00 OP
```

PTO-1555
(5/87)

MGA2 3941436

RJN Ex. 1 - Page 11   TX 34822-00002

# TRADEMARK & PATENT COUNSELORS OF AMERICA, P.C.

COMPRISING THE LAW OFFICE OF MARK I. PEROFF

April 1, 1999

915 Broadway   New York, NY 10010-7108
Tel: (212) 387-0247   Fax: (212) 387-0167
E-mail: trademark@tmcounselors.com

Mark I. Peroff
Keith E. Danish
Michael J. Brown
G. Mathew Lombard
John L. Chiatalas*
*admitted to the state of Michigan

Of counsel:
Stephen N. Dratch
Freema Gluck

**VIA EXPRESS MAIL**

Assistant Commissioner
 for Trademarks
2900 Crystal Drive
Arlington, Virginia  22202-3513

BOX NEW APP FEE

    RE:  Trademark Application in the United States
         Applicant: GENKI CO., LTD.
         Mark      : **JADE COCOON & Design**
         Class     : 9, 16 & 28
         <u>Our Ref. : 374.421</u>

Dear Sir:

    We enclose herewith the following documents in connection with the filing of the above-identified trademark application:

    (x) An Application covering three classes;
    (x) A drawing page;
    (x) A check in the sum of $735.00;
    (x) Certificate of Express Mail, label No. EL044838606 US;
    (x) An acknowledgment postcard.

    The official filing receipt should state as follows:

        SECTION 1(A) :NO    SECTION 1(B) :YES    SECTION 44 :NO

    The Commissioner is authorized to charge any additional fee which may be required to our Deposit Account No. 20-1439.

                                                       Sincerely,

                                                        MARK I. PEROFF

MIP/wf
Encl.

"Express Mail" mailing label number EL044838606 US
Date of Deposit  4/1/99

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Julio Simmons
_(Signature of person mailing paper or fee)_

47912 v

MGA2 3941437

RJN Ex. 1 - Page 12    TX 34822-00003

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK/SERVICE MARK REGISTRATION

PRINCIPAL REGISTER

Mark: JADE COCOON & Design

Classes : 9, 16 & 28

TO THE COMMISSIONER OF PATENTS & TRADEMARKS:

"Express Mail" mailing label number  EL0YV838606 US
Date of Deposit  4/1/99

I hereby certify that this paper or fee is being deposited with the United Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Julio Simmons

(Signature of person mailing paper or fee)

APPLICANT: GENKI CO., LTD.
STATUS   : A Japanese corporation
ADDRESS  : Shinjuku AX Bldg. 6F, 2-4-12,
           Okubo, Shinjyuku-ku, Tokyo, Japan

GOODS AND/OR SERVICES:

Applicant requests registration of the above identified trademark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for the following goods:

See enclosed Schedule A

BASIS FOR APPLICATION:

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods (15 U.S.C. 1051(b), as amended).
-Specify mode or manner of intended use of mark on or in connection with the goods: Applicant intends to use the mark on the goods and/or on labels and/or packaging for the goods.

## DECLARATION

Hiroshi Hamagaki declares that he/she is the President of GENKI CO., LTD., the applicant herein, and is authorized to execute this instrument on behalf of said corporation; he/she believes said corporation to be the owner of the mark sought to be registered, or if the application is being filed under 15 U.S.C. 1051(b), he/she believes the applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief, no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in this application are true; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true; and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the

MGA2 3941439

RJN Ex. 1 - Page 14    TX 34822-00005

元気(株)
Oいo 1004883

United States Code, and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom.

GENKI CO., LTD.

By: /s/ *Hiroshi Hamagaki*

Name: Hiroshi Hamagaki

Title: president

Dated: March 29, 1999

## POWER OF ATTORNEY

Applicant appoints Mark I. Peroff, Keith E. Danish, Michael J. Brown, G. Mathew Lombard, and all members of the Bar of the State of New York, of the firm of Trademark & Patent Counselors of America, P.C., 915 Broadway, New York, New York 10010, (212) 387-0247, its attorneys, to prosecute this application to register with full powers of substitution and revocation, to transact all business in the Patent & Trademark Office in connection therewith, and to receive the Certificate of Registration. Please address all correspondence in this matter to the attention of: Mark I. Peroff, Esq.

## APPOINTMENT OF DOMESTIC REPRESENTATIVE

Trademark & Patent Counselors of America, P.C., 915 Broadway, New York, New York 10010 (212-387-0247), is hereby designated applicant's representative upon whom notices or process in proceedings affecting the mark may be served.

MGA2 3941441

RJN Ex. 1 - Page 16    TX 34822-00007

**04-01-1999**
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

| | |
|---|---|
| **Applicant:** | GENKI CO., LTD.<br>a corporation of Japan |
| **Address:** | Shinjuku AX Bldg.6F, 2-4-12<br>Okubo, Shinjyuku, Tokyo, Japan |
| **Based on:** | Intention to use |
| **Goods:** | See enclosed Schedule A |

INT CLASS



16  9

28



Attorneys of Record
TRADEMARK & PATENT COUNSELORS OF AMERICA, P.C.
915 Broadway-19th Floor
New York, New York 10010
(212) 387-0247
374.421

47912 v

**TRADEMARK**



75672832

MGA2 3941442

## SCHEDULE A

ELECTRIC CIRCUITS, MAGNETIC TAPES, MAGNETIC DISCS, OPTICAL DISCS, ROM-CARTRIDGES RECORDED WITH TELEVISION GAME PROGRAMS; AMUSEMENT APPARATUS ADAPTED FOR USE WITH TELEVISION RECEIVERS; AUDIO-VIDEO COMPACT DISCS - Class 9;

GUIDE BOOKS, PICTURE CARDS, GREETING CARDS, POSTERS, PAPER BAGS, CALENDARS, COMIC BOOKS, COASTERS, BOXES FOR PENS, POSTCARDS, PLAYING CARDS, NOTE BOOKS, PENCILS, BALLPOINT PENS, PENS, ERASERS, RULERS, FOLDERS, BACKING BOARDS FOR WRITING - Class 16;

DOLLS, STUFFED DOLLS, ELECTRICAL GAMES, TOYS - Class 28.

47912 v

MGA2 3941443

RJN Ex. 1 - Page 18    TX 34822-00009