# Exhibit 2

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 21:49:45 ET

Serial Number: 75672832    Assignment Information        Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark



(words only): JADE COCOON STORY OF THE TAMAMAYU

Standard Character claim: No

Current Status: Abandoned: No Statement of Use filed after Notice of Allowance was issued.

Date of Status: 2004-01-09

Filing Date: 1999-04-01

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-03-26

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GENKI CO., LTD.

Address:

GENKI CO., LTD.
Shinjuku AX Bldg.6F, 2-4-12
Okubo, Shinjyuku-ku, Tokyo
Japan
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Japan

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
ELECTRIC CIRCUITS; BLANK MAGNETIC COMPUTER TAPES; VIDEO GAME MACHINES AND VIDEO OUTPUT GAME MACHINES FOR USE WITH TELEVISIONS; AUDIO AND VIDEO COMPACT DISCS FEATURING GAMES
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
GUIDE BOOK FEATURING INFORMATION ON PLAYING COMPUTER GAMES; PICTURE POSTCARDS, GREETING CARDS, POSTERS, PAPER BAGS, CALENDARS, COMIC BOOKS, COASTERS MADE OF PAPER, BOXES FOR PENS, POSTCARDS, NOTE BOOKS, PENCILS, BALLPOINT PENS, PENS, ERASERS, DRAFTING RULERS, DRAWING RULERS, UNGRADUATED RULERS, FOLDERS, SLATE BOARDS FOR WRITING
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 028
**Class Status:** Active
DOLLS, STUFFED DOLLS, ELECTRICAL GAMES, NAMELY, ELECTRONIC EDUCATION GAME MACHINES FOR CHILDREN, ELECTRONIC GAME EQUIPMENT WITH A WATCH FUNCTION, ELECTRONIC DART GAMES, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES, TOYS, NAMELY, MECHANICAL ACTION TOYS, PLUSH TOYS, ELECTRIC ACTION TOYS
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Lining and Stippling:** The stippling is for shading purposes.

**Design Search Code(s):**
26.11.27 - Oblongs not used as carriers for words, letters or designs

## MADRID PROTOCOL INFORMATION

http://tarr.uspto.gov/tarr?regser=serial&entry=75672832&action=Request+Status

MGA2 3940109

RJN Ex. 2 - Page 20

TX 34546-00002

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2004-03-23 - Abandonment - No use statement filed

2003-08-07 - Extension 3 granted

2003-07-07 - Extension 3 filed

2003-09-30 - Reinstated

2003-09-04 - Abandonment - No use statement filed

2003-07-07 - TEAS Extension Received

2003-03-11 - Divisional processing completed

2003-01-02 - Divisional request received

2003-03-10 - Extension 2 granted

2003-01-02 - Extension 2 filed

2002-10-10 - Extension 1 granted

2002-07-08 - Extension 1 filed

2003-03-01 - Petition To Revive-Granted

2003-01-02 - Petition To Revive-Received

2003-01-02 - PAPER RECEIVED

2002-11-16 - Abandonment - No use statement filed

2002-01-08 - NOA Mailed - SOU Required From Applicant

2001-10-16 - Published for opposition

2001-09-26 - Notice of publication

2001-05-15 - Approved For Pub - Principal Register

2000-12-26 - Communication received from applicant

http://tarr.uspto.gov/tarr?regser=serial&entry=75672832&action=Request+Status

2000-12-13 - Non-final action mailed

2000-02-22 - Communication received from applicant

1999-09-21 - Non-final action mailed

1999-09-14 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mark I. Peroff

**Correspondent**
MARK I. PEROFF
TRADEMARK & PATENT COUNSELORS OF AMERICA
915 BROADWAY FL 19
NEW YORK, NEW YORK 10010

**Domestic Representative**
Trademark & Patent Counselors of America
, P.C