# Exhibit 3



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 11, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

**TRADEMARK APPLICATION:** *75/599,960*
**FILING DATE:** *December 04, 1998*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



MGA2 3941427

RJN Ex. 3 - Page 23      TX 34821-00001

TRADEMARK APPLICATION SERIAL NO. **75599960**

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**
**FEE RECORD SHEET**

12/17/1998 VBRISCOE 00000114 75599960
01 FC:361                    245.00 OP

PTO-1555
(5/87)

MGA2 3941428

RJN Ex. 3 - Page 24    TX 34821-00002

**GREENSFELDER, HEMKER & GALE, P.C.**

ATTORNEYS AT LAW

2000 EQUITABLE BUILDING
10 SOUTH BROADWAY
ST. LOUIS, MISSOURI 63102-1774
TELEPHONE (314) 241-9090
TELEFAX (314) 241-8624

AFFILIATE OFFICE
GREENSFELDER, HEMKER & GALE
BELLEVILLE, ILLINOIS

December 4, 1998

EH344187381US

**EXPRESS MAIL NO. EH344187381US**

Assistant Commissioner For Trademarks
Box: NEW APP FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

    Re:   **WARRIOR JADE IC. 28**

Gentlemen:

    On behalf of Trendmasters, Inc. (the "Applicant") we enclose herewith for filing an Application for Registration on the Principal Register (the "Trademark Applications") for the following mark:

WARRIOR JADE

    Attached to the application is a check in the amount of $245.00 made payable to "Commissioner of Patents and Trademarks" which represents the filing fee for registration in one (1) class. Any deficiency or overpayment should be charged or credited to Deposit Account No. 07-1985.

    In addition, attached to the application is a RETURN RECEIPT POST CARD to be completed by applying your Date Stamp and Serial Number and thereafter returned to the undersigned.

MGA2 3941429

RJN Ex. 3 - Page 25   TX 34821-00003

**Trademark/Service Mark Application, Principal Register With Declaration**

**MARK:** **WARRIOR JADE**

**CLASS NO.:** **IC. 28**

*To The Assistant Secretary and Commissioner of Patents and Trademarks:*

**APPLICANT NAME:**

Trendmasters, Inc.

**APPLICANT BUSINESS ADDRESS:**

611 North 10th Street, Suite 555
St. Louis, Missouri 63101

**APPLICANT ENTITY:**

Corporation - State of Missouri

**GOODS AND/OR SERVICES:**

Applicant requests registration of the above-identified Trademark/Service Mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for the following goods/services:

Mechanical action toys, electrical action toys, cases for action figures, cases for play accessories, cases for toy vehicles, toy gliders, toy target launchers, wind-up walking toys, action figures and action figure accessories, toy vehicles, playsets for action figures, miniature playsets for action figures, robotic play figures, inflatable toys showing decorative pictures, toy guns, plush toys, animated plush toys, mechanical plush toys.

**BASIS FOR APPLICATION:**

Applicant has a bona fide intention to use the Mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended) and the intended manner or mode of use thereof on or in connection with the goods/services is as follows:

The Mark is intended to be used by applying it to the goods, labels, tags and/or containers for the goods and/or displays associated with the goods and/or instruction sheets packaged with the goods.

MGA2 3941430

RJN Ex. 3 - Page 26

TX 34821-00004

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the Application or any resulting registration, declares that he/she is properly authorized to execute this Application on behalf of the applicant; he/she believes applicant to be the owner of the Trademark/Service Mark sought to be registered, or if the Application is being filed under 15 U.S.C. 1051(b), he/she believes applicant to be entitled to use such Mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified Mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

_____  _____
Date                     Signature

(314) 231-2250           Michael L. Wolf, Assistant Secretary

## POWER OF ATTORNEY

Applicant hereby appoints Harvey L. Yusman of Greensfelder, Hemker & Gale, P.C., 2000 Equitable Building, 10 South Broadway, St. Louis, Missouri 63102, telephone (314) 241-9090, an attorney and member of the Bar of the Supreme Court of the State of Missouri, to prosecute this Application to Register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive all correspondence from the United States Patent and Trademark Office, including the Certificate of Registration.

Trendmasters, Inc.

By: _____
Michael L. Wolf, Assistant Secretary

Date: 11/17/98

MGA2 3941432

RJN Ex. 3 - Page 28    TX 34821-00006

GREENSFELDER, HEMKER & GALE, P.C.

Assistant Commissioner For Trademarks
December 4, 1998
Page 2

Should any questions arise, please do not hesitate to contact me.

Thank you for your cooperation in this matter.

Very truly yours,

GREENSFELDER, HEMKER & GALE, P.C.

By _____
M. Lee Gerdelman

MLG/vee
Enclosure
0292584.01

### CERTIFICATE OF EXPRESS MAIL

"EXPRESS MAIL" Mailing Label No.: __EH344187381US__

Date of Deposit: __December 4, 1998__

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner For Trademarks, Box NEW APP FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513.

__M. Lee Gerdelman__
*(Typed or printed name of person mailing paper or fee)*

_____
*(Signature of person mailing paper or fee)*

MGA2 3941433

RJN Ex. 3 - Page 29      TX 34821-00007



12-04-1998

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #66

**DRAWING PAGE**

INT CLASS

28

| APPLICANT: | Trendmasters, Inc.<br>611 North 10th Street, Suite 555<br>St. Louis, Missouri 63101 |
|---|---|
| MARK: | **WARRIOR JADE** |
| CLASS: | IC. 28 |
| FOR: | Mechanical action toys, electrical action toys, cases for action figures, cases for play accessories, cases for toy vehicles, toy gliders, toy target launchers, wind-up walking toys, action figures and action figure accessories, toy vehicles, playsets for action figures, miniature playsets for action figures, robotic play figures, inflatable toys showing decorative pictures, toy guns, plush toys, animated plush toys, mechanical plush toys. |

# WARRIOR JADE

\* *The Mark has no special characteristics and therefor, is a typed drawing . TMEP Section 807.07.*

0288927.01

**TRADEMARK**

75599960

MGA2 3941434

RJN Ex. 3 - Page 30    TX 34821-00008