# Exhibit 4

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 21:50:26 ET

Serial Number: 75599960   Assignment Information        Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): WARRIOR JADE

Standard Character claim: No

Current Status: Abandoned: No Statement of Use filed after Notice of Allowance was issued.

Date of Status: 2000-11-10

Filing Date: 1998-12-04

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-03-14

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trendmasters, Inc.

Address:
Trendmasters, Inc.
611 North 10th Street, Suite 555
St. Louis, MO 63101
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Missouri

---

### GOODS AND/OR SERVICES

http://tarr.uspto.gov/tarr?regser=serial&entry=75599960&action=Request+Status

MGA2 3940102

RJN Ex. 4 - Page 31

TX 34544-00001

**International Class:** 028
**Class Status:** Active
Mechanical action toys, electrical action toys, cases for action figures, cases for play accessories, cases for toy vehicles, toy gliders, toy target launchers, wind-up walking toys, toy action figures and toy action figure accessories therefor, toy vehicles, playsets for action figures, miniature playsets for action figures, robotic play figures, inflatable toys showing decorative pictures, toy guns, plush toys, animated plush toys, mechanical plush toys
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2001-03-09 - Abandonment - No use statement filed

2000-05-09 - NOA Mailed - SOU Required From Applicant

1999-10-12 - Extension Of Time To Oppose Received

1999-09-07 - Published for opposition

1999-08-06 - Notice of publication

1999-05-12 - Approved For Pub - Principal Register

1999-05-12 - Examiner's amendment mailed

1999-04-27 - Non-final action mailed

1999-04-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Harvey L. Yusman

http://tarr.uspto.gov/tarr?regser=serial&entry=75599960&action=Request+Status

**Correspondent**
HARVEY L. YUSMAN
GREENSFELDER, HEMKER & GALE, P.C.
2000 EQUITABLE BUILDING
10 SOUTH BROADWAY
ST. LOUIS, MISSOURI 63102

---

http://tarr.uspto.gov/tarr?regser=serial&entry=75599960&action=Request+Status

MGA2 3940104
RJN Ex. 4 - Page 33
TX 34544-00003