# Exhibit 5



7275572

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 11, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *75/146,767*
FILING DATE: *August 08, 1996*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



MGA2 3941372

TRADEMARK APPLICATION SERIAL NO. 75146767

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**
<u>**FEE RECORD SHEET**</u>

```
620 SL 08/13/96 75146767
0 361          490.00 CK
```

PTO-1555
(5/87)

MGA2 3941373

RJN Ex. 5 - Page 35    TX 34813-00002

75146767



**ROSEN, DAINOW & JACOBS**
LIMITED LIABILITY PARTNERSHIP
805 THIRD AVENUE
NEW YORK, N.Y. 10022

TEL: (212) 891-3950
FAX: (212) 891-3978

DANIEL M. ROSEN
J. DAVID DAINOW
JAMES DAVID JACOBS
FRANK J. DeROSA
EUGENE D. BERMAN

SETH H. OSTROW
HORACE H. NG

August 8, 1996

BOX NEW APP - FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:  U.S. Trademark and Service Mark Application
     Mark:       **SKY DANCER JADE**
     Applicant:  Abrams/Gentile Entertainment, Inc.
     Our Ref.:   010004/230

We enclose the following:

1. Application for Registration - Section 1(b).
2. Filing fee in the amount of $490.00 for one class of goods and one class of services.
3. Typed drawing.

Please credit any overpayment or charge any additional fees to the undersigned attorney's Deposit Account No. 25-0350.

Dated: August 8, 1996

**CERTIFICATE OF MAILING BY EXPRESS MAIL**

I hereby certify that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" service under 37 CFR § 1.10 on the date indicated below and is addressed to: BOX NEW APP - FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Date of Deposit: August 8, 1996
Express Mail mailing label number EG886829774US

_____
Victor Pizzullo
Date: August 8, 1996

Eugene D. Berman
Attorney for Applicant
ROSEN, DAINOW & JACOBS
LIMITED LIABILITY
PARTNERSHIP
805 Third Avenue
New York, New York 10022
(212) 891-3950

C:\WINWORD\DOCKET\010004\230\TRAN-TM.DOC.20

MGA2 3941374

RJN Ex. 5 - Page 36   TX 34813-00003

40 440 361

75146767

**APPLICATION FOR TRADEMARK AND SERVICE MARK REGISTRATION ON THE PRINCIPAL REGISTER IN THE UNITED STATES PATENT AND TRADEMARK OFFICE WITH DECLARATION AND POWER OF ATTORNEY**

TRADEMARK MAILROOM REC'D AUG 0 8 1996 US PATENT & TRADEMARK

MARK: SKY DANCER JADE
INTERNATIONAL CLASS NOS.: 28 and 41.

To: Box New App - Fee
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

APPLICANT: ABRAMS/GENTILE ENTERTAINMENT, INC.
(a New York corporation)
244 West 54th Street
New York, New York 10019

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. §1051 et seq., as amended) for the following goods and services:

TOYS, NAMELY TOY ACTION FIGURES AND ACCESSORIES THEREFORE, SOLD SEPARATELY AND AS A UNIT in International Class 28.

ENTERTAINMENT SERVICES, NAMELY A SERIES OF CHILDREN'S TELEVISION PROGRAMS AND A CHARACTER FEATURED IN A SERIES OF CHILDREN'S TELEVISION PROGRAMS in International Class 41.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods and services (15 U.S.C. § 1051(b), as amended.). The intended manner or mode of use of the mark on or in connection with the goods will be by applying it on the goods or on labels or on tags attached to the goods or

C:\WINWORD\DOCKET\010004\230\TMSMITU.DOC.20     - 1 -

on containers for the goods and in other ways customary in the trade. The intended manner or mode of use of the mark in connection with the services will be by imprinting it on advertising or on promotional materials and in other ways customary in the trade.

## POWER OF ATTORNEY

Applicant hereby appoints J. David Dainow, James David Jacobs, Frank J. DeRosa and Eugene D. Berman of the firm Rosen, Dainow & Jacobs Limited Liability Partnership, all members of the Bar of the State of New York, having an office at 489 Fifth Avenue, New York, New York 10017, telephone number (212) 692-7000, as its attorneys to prosecute this application to register, to transact all business with the Patent and Trademark Office in connection therewith, to receive the Certificate of Registration, and to represent applicant for purposes of filing affidavits of use or incontestability and applications for renewal, and in any subsequent proceedings with respect to the registration granted on this application, including but not limited to oppositions, cancellations and interferences, and to transact all business in subsequent proceedings involving the registration. Please direct all correspondence to:

James David Jacobs, Esq.
(ROSEN, DAINOW & JACOBS)
Limited Liability Partnership
489 Fifth Avenue
New York, New York 10017
Telephone: (212) 692-7000.

C:\WINWORD\DOCKET\010004\230\TMSMITU.DOC.20         - 2 -

MGA2 3941376

RJN Ex. 5 - Page 38    TX 34813-00005

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the undersigned is properly authorized to execute this application on behalf of the applicant; the undersigned believes the applicant to be entitled to use the mark sought to be registered in commerce; to the best of the undersigned's knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods and services of such other person, to cause confusion, or to cause mistake or to deceive; and that all statements made herein of the undersigned's own knowledge are true and that all statements made on information and belief are believed to be true.

Abrams/Gentile Entertainment, Inc.

Dated: 7/29/96

By: _____
John J. Gentile
President

C:\WINWORD\DOCKET\010004\230\TMSMITU.DOC.20     - 3 -

MGA2 3941377

RJN Ex. 5 - Page 39    TX 34813-00006

*TRADEMARK MAILROOM REC'D AUG 0 8 1996 US PATENT & TRADEMARK OFFICE*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:   Abrams/Gentile Entertainment, Inc.
Serial No.:             Not Available
Mark:                   SKY DANCER JADE
Filed:                  August 8, 1996 (By Express Mail)

New App. Fee
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

### NOTICE OF ATTORNEYS' CHANGE OF OFFICE ADDRESS AND TELEPHONE NUMBER

Please note applicant's attorney's change of address and telephone number as set forth below. Please direct all correspondence accordingly.

>James David Jacobs, Esq.,
>ROSEN, DAINOW & JACOBS
>LIMITED LIABILITY PARTNERSHIP
>805 Third Avenue, 23rd Floor
>New York, NY 10022
>(212) 891-3950

Dated: August 8, 1996

Respectfully submitted,

*[signature]*

Eugene D. Berman
ROSEN, DAINOW & JACOBS
LIMITED LIABILITY PARTNERSHIP
Attorneys for Applicant
805 Third Avenue, 23rd Floor
New York, NY 10022
(212) 891-3950

C:\WINWORD\DOC\010004\230\CHGADD.DOC.26

MGA2 3941378

RJN Ex. 5 - Page 40   TX 34813-00007

75146767

*[Stamp: TRADEMARK MAILROOM REC'D AUG 0 8 1996]*

APPLICANT: Abrams/Gentile Entertainment, Inc.
BUSINESS ADDRESS: 244 West 54th Street
New York, New York 10019

GOODS: TOYS, NAMELY TOY ACTION FIGURES AND ACCESSORIES THEREFORE, SOLD SEPARATELY AND AS A UNIT in International Class 28.

SERVICES: ENTERTAINMENT SERVICES, NAMELY A SERIES OF CHILDREN'S TELEVISION PROGRAMS AND A CHARACTER FEATURED IN A SERIES OF CHILDREN'S TELEVISION PROGRAMS in International Class 41.

BASED ON INTENTION TO USE IN INTERSTATE COMMERCE (SECTION 1(b))

INT. C.
28
22, 23, 35, 5

SKY DANCER JADE

41
100, 101, 107

**TRADEMARK**
75146767

C:\WINWORD\DOCKET\010004\230\TMSMITU.DOC.20    - 4 -

MGA2 3941379

RJN Ex. 5 - Page 41    TX 34813-00008