# Exhibit 6

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 21:51:34 ET

Serial Number: 75146767 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): SKY DANCER JADE

Standard Character claim: No

Current Status: Abandoned: No Statement of Use filed after Notice of Allowance was issued.

Date of Status: 1999-06-16

Filing Date: 1996-08-08

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1999-08-09

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ABRAMS/GENTILE ENTERTAINMENT, INC.

Address:
ABRAMS/GENTILE ENTERTAINMENT, INC.
244 West 54th Street
New York, NY 10019
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

## GOODS AND/OR SERVICES

**International Class:** 028
**Class Status:** Active
toys, namely, toy action figures and accessories therefor, sold separately and as a unit
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 041
**Class Status:** Active
entertainment services, namely, a series of children's television programs
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1939878

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1999-08-07 - Abandonment - No use statement filed

1998-12-15 - NOA Mailed - SOU Required From Applicant

1998-09-22 - Published for opposition

1998-08-21 - Notice of publication

1998-07-02 - Approved For Pub - Principal Register

1997-09-19 - Letter of suspension mailed

1997-08-18 - Communication received from applicant

1997-02-18 - Non-final action mailed

1997-02-07 - Assigned To Examiner

1997-02-04 - Assigned To Examiner

http://tarr.uspto.gov/tarr?regser=serial&entry=75146767&action=Request+Status

MGA2 3940056

RJN Ex. 6 - Page 43

TX 34528-00002

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JAMES DAVID JACOBS

**Correspondent**
JAMES DAVID JACOBS
BAKER & MCKENZIE
805 3RD AVE
NEW YORK NY 10022

http://tarr.uspto.gov/tarr?regser=serial&entry=75146767&action=Request+Status

MGA2 3940057
RJN Ex. 6 - Page 44
TX 34528-00003