# Exhibit 7



7275572

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**January 13, 2011**

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:**

**TRADEMARK APPLICATION:** *74/627,378*
**FILING DATE:** *January 30, 1995*
**REGISTRATION NUMBER:** *1,977,925*
**REGISTRATION DATE:** *June 04, 1996*

**By Authority of the**
**Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**

**M. K. CARTER**
**Certifying Officer**

UNITED STATES PATENT AND TRADEMARK OFFICE DEPARTMENT OF COMMERCE

TRADEMARK APPLICATION SERIAL NO. 74627378

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**
**FEE RECORD SHEET**

140 KJ 03/03/95 74627378 0 361 490.00 CK

PTO-1555
(5/87)

74627378

ROCKEY, RIFKIN AND RYTHER
ATTORNEYS AT LAW
TWO FIRST NATIONAL PLAZA
20 SOUTH CLARK STREET
SUITE 2900
CHICAGO, ILLINOIS 60603

KEITH V. ROCKEY
JAMES P. RYTHER
WILLIAM T. RIFKIN
THOMAS C. ELLIOTT, JR.
KATHLEEN A. LYONS
HENRY S. KAPLAN
MARY SPALDING BURNS
STANLEY M. PARMERTER
DENNIS J. WILLIAMSON
JEFFREY W. SALMON

TELEPHONE
(312) 704-5600
FACSIMILE
(312) 704-5616

OF COUNSEL
H. VINCENT HARSHA

RECD JAN 30 1995 21 PATENT & TRADEMARK OFFICE

January 26, 1995

Assistant Commissioner
for Trademarks
Arlington, VA 22202-3513

Re: Applicant: Midway Manufacturing Company
Mark: **JADE** in Classes 16 and 28
Attorney Docket No.: TM 2040

DN

Dear Sir:

Enclosed please find:

1. Trademark Application for the above referenced trademark including drawing;

2. Three specimens (for each class) showing the manner in which the mark is used;

3. Our check in the amount of $490.00; and

4. Return postcard evidencing receipt.

Any additional fee or refund may be charged to our Deposit Account 18-1717. Please send all correspondence regarding this application to the undersigned attorney.

Very truly yours,

William T. Rifkin

WTR/nak
Enclosures

490 00 341

74627378

Atty. Docket No.: TM 2040

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: JADE
Intl. Classes: 16, 28

JAN 30 1995

Applicant Name: Midway Manufacturing Company

Business Address: 3401 North California
Chicago, Illinois 60618

AA

**TRADEMARK/SERVICE REGISTRATION APPLICATION**

Type of Applicant:

____ Individual: ____________________
(Citizenship-Country)

____ Partnership: ____________________
(Partnership Domicile-State and Country)

____________________
(Names and Citizenship of General Partners)

03 __X__ Corporation: Delaware
(State or Country of Incorporation)

**GOODS AND/OR SERVICES**

Applicant requests registration of the above identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended.) for the following goods/services:

(GS) 16 28

Class 16 - paper goods namely; comic books, periodicals in the nature of strategy guides for video games, trading cards, posters and bottle caps;

Class 28 - video output game machines; video game disks and cartridges; software programs for video games; hand-held video games;

MGA2 3941361



TX 34811-00004

**BASIS FOR APPLICATION:**

(Check one only)

**ACTUAL USE IN THE UNITED STATES**

1. _X_ Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.

Date of first use of the mark anywhere: at least as early as October, 1993.

Date of first use of the mark in commerce which the U.S. Congress may regulate: as to Class 16 as early as August, 1994; as to Class 28 at least as early as October, 1993.

Specify the type of commerce: Interstate.

Specify manner or mode of use of mark on or in connection with the goods/services: directly on the goods.

**INTENT TO USE IN UNITED STATES**

2. __ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)

Specify intended manner or mode of use of mark on or in connection with the goods/services:

Applied directly to the goods.

**DECLARATION AND POWER OF ATTORNEY**

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S. Code 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the undersigned is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

AT
CA

Applicant hereby appoints William T. Rifkin, Rockey and Rifkin, Two First National Plaza, 20 South Clark Street, Suite 2900, Chicago, Illinois 60603, a member of the Bar of the State of Illinois in good standing, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith and to receive the Certificate of Registration.

12-22-94
Date

Walter E. Smolucha
(Signature)

WALTER E. SMOLUCHA
(Print or Type Name)

V.P. ENGINEERING
Title

74627378

COMBINED

INIT. CL.
16
PRIOR US CL.
25, 22, 23, 29, 37, 38, 58

Midway Manufacturing Company
a Delaware corporation
3401 North California
Chicago, IL 60618



INIT. CL.
28
PRIOR US CL.
22, 23, 38, 50

First Use:

First Use in Commerce:

For: Classes 16 and 28

JADE



MGA2 3941364



TX 34811-00007

# Hidden Characters: JADE

Jade is a hidden character who resembles Kitana but wears a green mask and outfit. She is ... from Mortal Kombat I ... Jade ... in all four versions (SNES, Genesis, ... Game Gear) ... She is not ... challenge for players.

## HOW TO FIND JADE ON SNES OR GENESIS

The method to find Jade is identical on both SNES and Genesis. Here's how to do it.



1) Play up to the stage just before the question mark on the Battle Plan. You must be playing in one player mode.



2) You must defeat the computer opponent one round using only the LOW KICK button. You cannot touch any other button the entire round, not even Block!






3) Once you win the round, you will be instantly transported through the Portal to fight Jade. Prepare yourself!

4) ... you'll go to Goro's Lair for the battle. If you're ... the Portal stage.



## HOW TO FIND JADE ON GAME BOY OR GAME GEAR

The method to reach Jade is different on the handheld versions. Check it out ... technique works on both Game Boy and Game Gear.

1) Play up to the stage just prior to the question mark on the Battle Plan. You must be playing in one player mode.







2) You must defeat the computer ... Kick. You cannot touch the ... Block during the round!

3) ... you will challenge Jade for a fight to the death ...










## THE MOVES OF JADE





Jade is a ...

Jade has only one special technique ... the Fan Throw.

Jade cannot be hit by any Fireballs, Spears, Freezes, ... or any other type of projectile.

Jade is so fast you'll often get demolished by her cheap throws.



MGA2 3941365



TX 34811-00008