# Exhibit 8

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 21:52:45 ET

Serial Number: 74627378 Assignment Information        Trademark Document Retrieval

Registration Number: 1977925

Mark (words only): JADE

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2006-10-24

Filing Date: 1995-01-30

Transformed into a National Application: No

Registration Date: 1996-06-04

Register: Principal

Law Office Assigned: LAW OFFICE 107

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2007-06-19

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MIDWAY AMUSEMENT GAMES, LLC

Address:
MIDWAY AMUSEMENT GAMES, LLC
2704 W. ROSCOE ST.
CHICAGO, IL 60618
United States
Legal Entity Type: Limited Liability Company
State or Country Where Organized: Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
paper goods, namely comic books, periodicals in the nature of strategy guides for video games, trading cards, posters and collectible trading bottle caps
**Basis:** 1(a)
**First Use Date:** 1993-10-00
**First Use in Commerce Date:** 1993-10-00

**International Class:** 028
**Class Status:** Active
video output game machines; video game disks and cartridges; software programs for video games;
**Basis:** 1(a)
**First Use Date:** 1993-10-00
**First Use in Commerce Date:** 1993-10-00

## ADDITIONAL INFORMATION

**Translation:** The mark "JADE" is a fanciful name that identifies a fictional warrior character in the applicant's video game.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-07-29 - Assignment Of Ownership Not Updated Automatically

2009-07-24 - Attorney Revoked And/Or Appointed

2009-07-24 - TEAS Revoke/Appoint Attorney Received

2009-02-25 - Assignment Of Ownership Not Updated Automatically

2007-06-19 - Case File In TICRS

2006-10-24 - First renewal 10 year

2006-10-24 - Section 8 (10-year) accepted/ Section 9 granted

2006-09-07 - Assigned To Paralegal

2006-06-16 - Combined Section 8 (10-year)/Section 9 filed

2006-06-16 - TEAS Section 8 & 9 Received

http://tarr.uspto.gov/tarr?regser=serial&entry=74627378&action=Request+Status

2002-05-17 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-03-11 - Section 8 (6-year) and Section 15 Filed

1996-06-04 - Registered - Principal Register

1996-03-12 - Published for opposition

1996-02-11 - Notice of publication

1996-01-23 - Approved for Pub - Principal Register (Initial exam)

1995-12-13 - Communication received from applicant

1995-06-15 - Non-final action mailed

1995-06-13 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Megan L. Martin

**Correspondent**
Megan L. Martin
Warner Bros. Entertainment Inc.
Building 156N, Room 5070
4000 Warner Blvd.
Burbank CA 91522
Phone Number: 818-954-1103
Fax Number: 818-954-4501

http://tarr.uspto.gov/tarr?regser=serial&entry=74627378&action=Request+Status

MGA2 3940040

RJN Ex. 8 - Page 55

TX 34522-00003