# Exhibit 9



7275572

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *73/364,751*
FILING DATE: *May 14, 1982*
REGISTRATION NUMBER: *1,247,172*
REGISTRATION DATE: *August 02, 1983*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer

MGA2 3941301

TX 34803-00001

364751

| 1. REG. NO. | 3. MARK | 4. SER. NO. |
|---|---|---|
| | JUNGLE JADE | 364751 |
| 2. Registration Date | | 5. Examiner |

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. SERIAL NUMBER |
|---|---|---|---|
| 28 | 22 | 05/14/82 | 364751 |

10. APPLICANT AND POST OFFICE
CPG PRODUCTS CORP.
9200 WAYZATA BLVD.
MINNEAPOLIS, MINNESOTA 55426
DELAWARE CORPORATION

16. EXAMINER
LAW OFFICE 1

17. TYPE OF MARK
TRADEMARK

18. FIRST USE
ICL 028 04/20/1982

11. SEND CORRESPONDENCE TO
RICHARD M. BERMAN
9200 WAYZATA BLVD.
MINNEAPOLIS, MINNESOTA 55426

19. IN COMMERCE
ICL 028 04/20/1982

12. REPRESENTATIVE

20. PRIOR REGISTRATION

13. ATTORNEY
RICHARD M. BERMAN

14. ASSOCIATE ATTORNEY

15. GOOD—SERVICES
028-DOLL CLOTHING AND RELATED ACCESSORIES SOLD AS A UNIT

PTO-102L (REV. 8/78) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE

21. Other Data

| 22. AMENDED | PRINCIPAL REGISTER | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | |
| 23. AFFIDAVIT | Section 8 | 27. Passed for Publication | |
| | Section 15 | 28. Passed for Registration | |
| | Section 12C | 29. O.G. Date | |
| 24. RENEWAL | Passed for Renewal | | |
| | Renewed From ☐ Less Goods | | |

MGA2 3941302

TX 34803-00002

364751

MAIL ROOM MAY 14 1982 PAT. & TRADEMARK OFF.

GENERAL MILLS, INC. • EXECUTIVE OFFICES • 9200 Wayzata Boulevard • Minneapolis, Minnesota

May 10, 1982

LAW DEPARTMENT
(612) 540-3227

Commissioner of Patents and Trademarks
Washington, D. C. 20231

Dear Sir:

Mark: JUNGLE JADE

U. S. Class No: 22

Intl. Class No: 28

Registration No:

Enclosed herewith for filing in the Patent and Trademark Office is a:

(X) New Trademark Application

( ) Trademark Renewal

( ) Affidavit of Use

Please charge the fee of $ 35.00 to General Mills' Deposit Account No. 07-0900.

Yours very truly,

John M. Wilke

Alloc: 242-320

Order No: 852

MAIL ROOM MAY 14 1982 PAT. & TRADEMARK OFF.

364751

Mark: JUNGLE JADE

Intl. Class No. 28

U. S. Class No. 22

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

F6 03 CPG Products Corp., a corporation duly organized under the laws of the State of Delaware, located at Industrial Trust Building, 100 W. 10th Street, Wilmington, Delaware, and doing business at 9200 Wayzata Boulevard, Minneapolis, Minnesota 55426.

F7mn

(DIE) The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for doll clothing and related accessories sold as a unit

F8

028 and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The trademark was first used on the goods on April 20, 1982; was first used in interstate commerce on April 20, 1982; and is now in use in such commerce.

The mark is used by applying it to the containers in which the goods are packed and five specimens showing the mark as actually used are presented herewith.

Without waiving any common-law rights in the composite trademark, Applicant disclaims the word JUNGLE JADE" apart from the mark as shown.

F9mn

**POWER OF ATTORNEY**

Please recognize Richard M. Berman, Nancy V. Hoyt, Harold D. Jastram and John A. O'Toole, members of the bar of the State of Minnesota and John M. Wilke, member of the bar of the District of Columbia, with offices at 9200 Wayzata Boulevard, Minneapolis, Minnesota 55426 to prosecute this application, to transact all business in connection therewith and to receive the certificate.

Richard M. Berman declares that he is an Assistant Secretary of applicant corporation and is authorized to make this declaration on behalf of the corporation; he believes said corporation to be the owner of the mark sought to be registered; that to the best of h knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of h own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

[signature] Richard M. Berman

Date 5/10/82

53163 05/18/82 364751 07-0900 1 201 35.00CH

Telephone: (612) 540-3227

INT. CL. 28

PRIOR U.S. CL. 22

364751

364751

CPG PRODUCTS CORP.
9200 Wayzata Boulevard
Minneapolis, Minnesota 55426

Date of first use on or about

April 20, 1982

Goods: doll clothing and related accessories sold as a unit

MAY 14 1982

JUNGLE JADE

15. JESSIE - IN JEAN SUPREME -
16. JESSIE - IN JUNGLE JADE -
17. JANA - IN SUNSHINER -
18. JESSIE - IN BEAUTIFUL BRIDE -
20. DANNI - IN LAVENDER LADY -
21. LONI - IN TOTALLY TANGERINE -
22. JESSIE - IN WARM & WONDERFUL -
23. DANNI - IN ROSE COLORED DREAMS -
24. DANNI - IN INDIAN SUMMER -
29. VANESSA - IN POM POM PIZZAZ -
30. VANESSA - IN RUNNING FREE -
31. BLAIR - IN CAMPING CUTIE -
32. LONI - IN LEMON PEEL -
33. ERIN - IN HAWAIIAN HOLIDAY -
34. ERIN - IN GOLDEN GLITTER -
35. BLAIR - IN SUMMER SENSATION -
36. LONI - IN FANCY DANCER -
37. SHARA - IN BRONZE BEAUTY -
38. ERIN - IN FANCY FIESTA -
39. LONI - IN CAREFREE COWGIRL -
40. VANESSA - IN BALLERINA BLUSH -
41. VANESSA - IN SKY BLUE -
Glamour Gals
GLAMOUR GALS ASST. BLACK
NO. 50178
GLAMOUR GALS ASST.
NO. 50010 (BULK PACK)
73

MGA2 3941306

RJN Ex. 9 - Page 61

TX 34803-00006



Kenner®
JUNGLE JADE ™
DOLL CLOTHING & ACCESSORIES
CPG PRODUCTS CORP. 1982, by its Div. Kenner Products, Cincinnati, Ohio 45202

MGA2 3941307

RJN Ex. 9 - Page 62

TX 34803-00007