# Exhibit 10

Case 2:04-cv-09049-DOC-RNB Document 9835-10 Filed 02/09/11 Page 1 of 4 Page ID #:296923

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 21:53:29 ET

Serial Number: 73364751 Assignment Information        Trademark Document Retrieval

Registration Number: 1247172

Mark (words only): JUNGLE JADE

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 1989-11-09

Filing Date: 1982-05-14

Transformed into a National Application: No

Registration Date: 1983-08-02

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 001 -File Destroyed

Date In Location: 1994-05-28

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CPG Products Corp.

Address:
CPG Products Corp.
9200 Wayzata Blvd.
Minneapolis, MN 55426
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

## GOODS AND/OR SERVICES

http://tarr.uspto.gov/tarr?regser=serial&entry=73364751&action=Request+Status

**International Class:** 028
**Class Status:** Section 8 - Cancelled
Doll Clothing and Related Accessories Sold as a Unit
**Basis:** 1(a)
**First Use Date:** 1982-04-20
**First Use in Commerce Date:** 1982-04-20

## ADDITIONAL INFORMATION

**Disclaimer:** No claim is made to the exclusive right to use the word "Jade", apart from the mark as shown.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

1989-11-09 - Canceled Section 8 (6-year)

1983-08-02 - Registered - Principal Register

1983-05-10 - Published for opposition

1983-08-02 - Registered - Principal Register

1983-05-10 - Published for opposition

1983-03-29 - Notice of publication

1983-03-16 - Approved for Pub - Principal Register (Initial exam)

1982-09-30 - Non-final action mailed

1982-09-17 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Richard M. Berman

**Correspondent**
Richard M. Berman
9200 Wayzata Blvd.

http://tarr.uspto.gov/tarr?regser=serial&entry=73364751&action=Request+Status

Minneapolis MN 55426

http://tarr.uspto.gov/tarr?regser=serial&entry=73364751&action=Request+Status

MGA2 3939940

RJN Ex. 10 - Page 65

TX 34487-00003