# Exhibit 11



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *75/545,864*
FILING DATE: *September 01, 1998*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER
Certifying Officer

MGA2 3941407

RJN Ex. 11 - Page 66    TX 34818-00001

# 75545864

TRADEMARK APPLICATION SERIAL NO. \_\_\_\_\_

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**
**FEE RECORD SHEET**

```
i/1998 VJONES   00000105 75545864
):361                   245.00 OP
```

PTO-1555
(5/8")

MGA2 3941408

RJN Ex. 11 - Page 67     TX 34818-00002

75545864

## RUSS, AUGUST & KABAT
### LAWYERS
A PROFESSIONAL CORPORATION

LUCY B. ARANT
RICHARD L. AUGUST
ROBYN K. JOHNSON
JULES L. KABAT
EVAN M. KENT*
FRANCE D. LEMOINE
JUDITH L. MEADOW
LARRY C. RUSS
LAURA K. STANTON

STEVEN M. SIEMENS**
OF COUNSEL

*ALSO MEMBER OF ILLINOIS BAR
**A PROFESSIONAL CORPORATION

12424 WILSHIRE BOULEVARD
SUITE 1200
LOS ANGELES, CALIFORNIA 90025
TELEPHONE
(310) 826-7474
TELEFAX
(310) 826-6991

UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
BOX NEW APP
FEE
2900 Crystal Drive
Arlington, VA 22202-3513

August 31, 1998

Our Ref.: O.L. No. 983943/ EMK/skb

Sir:

Transmitted herewith for filing is a trademark application of Hapa Industries, Ltd. for the trademark JADE in International Class(es) 25.

The following is enclosed:
[X] Executed application form;
[X] Associated Power of Attorney
[X] Drawing
[X] Acknowledgement card;

[X] Please charge any additional fees or credit overpayment to Deposit Account No. 18-2345.

[X] Our check in the amount of $245.00 is enclosed to cover the filing fee as calculated below:

Basic Filing Fee ---------------------------------------------------$245.00
    at $245.00 per class ---------------------------------$ 0.00
                                    Total Fee    $245.00

All correspondence regarding this application should be sent to Evan M. Kent at Russ, August & Kabat, 12424 Wilshire Boulevard, Los Angeles, California 90025.

*Express Mail Mailing Label
number EM176396125US
Date of Deposit: August 31, 1998
I hereby certify that this paper is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513

EMK/skb
Enclosures

Respectfully submitted,

Evan M. Kent
Attorney for Applicant

**75545864**

UNITED STATES
APPLICATION FOR REGISTRATION

Mark __JADE (block letters)__

Class(es) __25__

To the Assistant Secretary and Commissioner of Patents and Trademarks:

__Hapa Industries, Ltd.__
(Name of Applicant)

__A Hawaii Company__
(Citizenship of applicant-or-members of firm-or-jurisdiction in which corporation formed)

__500 Alakawa Street, Unit 100P, Honolulu, Hawaii 96817__
(Complete business address)

The Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended) for the following goods/services: __JUNIOR GIRL'S AND YOUNG MEN'S SPORTSWEAR, SURFWEAR, STREETWEAR, TOPS, JACKETS, SWEATERS, SHIRTS, T-SHIRTS, BOTTOMS, JEANS, PANTS, SHORTS, BOARDSHORTS, SKIRTS, DRESSES, SLEEPWEAR, in International Class 25.__

The Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15U.S.C.1051(b), as amended.)

The intended manner or mode of use of mark on or in connection with the goods is: __By applying the mark directly to the goods, on labels, hang tags and packaging for the goods, and in other customary means of the trade.__

The undersigned __Kelly K. Kaneda__, declares that he

A - (for individual) believes herself
B - (for firm) is a member of the applicant firm; that he/she is authorized to execute this declaration on behalf of said firm; that he/she believes said firm
C - (for corporation) is a (title of officer) __President__ of applicant corporation and is authorized to execute this declaration on behalf of said corporation; that he believes said corporation to be the owner of the trademark (service mark) sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so

245-361    1/6

made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

### POWER OF ATTORNEY

Applicant hereby appoints jointly and severally, with full power of substitution, the power of appointment of an associate attorney and the power of revocation:

Evan M. Kent          Lucy B. Arant          France D. Lemoine

all members of the Bar of the State of California,

### c/o RUSS, AUGUST & KABAT

12424 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90025 U.S.A., to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

Hapa Industries, Ltd.

8/26/98
Date

Kelly K. Kaneda, President

*Express Mail* Mailing Label
number: EM176396125US
Date of Deposit August 31, 1978
I hereby certify that this paper is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513

INT CLASS

25

APPLICANT: Hapa Industries, Ltd.

ADDRESS: 500 Alakawa Street Unit 100F
Honolulu, Hawaii 96817

INTENT TO USE: 15 U.S.C. 1051(b), as amended

GOODS: JUNIOR GIRL'S AND YOUNG MEN'S SPORTSWEAR, SURFWEAR, STREETWEAR, TOPS, JACKETS, SWEATERS, SHIRTS, T-SHIRTS, BOTTOMS, JEANS, PANTS, SHORTS, BOARDSHORTS, SKIRTS, DRESSES, SLEEPWEAR, in International Class 25.

09-01-1998
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #33

# JADE

TRADEMARK


75545864

MGA2 3941412