# Exhibit 12

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-01-05 21:35:52 ET

**Serial Number:** 75545864 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** JADE

**Standard Character claim:** No

**Current Status:** Abandoned-Failure To Respond Or Late Response

**Date of Status:** 2000-01-13

**Filing Date:** 1998-09-01

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2000-01-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Hapa Industries, Ltd.

**Address:**
Hapa Industries, Ltd.
500 Alakcawa Street Unit 100F
Honolulu, HI 96817
United States
**Legal Entity Type:** Company
**State or Country Where Organized:** Hawaii

---

### GOODS AND/OR SERVICES

---

http://tarr.uspto.gov/tarr?regser=serial&entry=75545864&action=Request+Status

MGA2 3940094

RJN Ex. 12 - Page 72

TX 34541-00001

**International Class:** 025
**Class Status:** Active
JUNIOR GIRL'S AND YOUNG MEN'S SPORTWEAR, SURFWEAR, STREETWEAR, TOPS,
JACKETS, SWEATERS, SHIRTS, T-SHIRTS, BOTTOMS, JEANS, PANTS, SHORTS,
BOARDSHORTS, SKIRTS, DRESSES, SLEEPWEAR
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document
Retrieval" shown near the top of this page.**

2000-01-13 - Abandonment - Failure To Respond Or Late Response

1999-05-05 - Non-final action mailed

1999-04-15 - Assigned To Examiner

1999-04-14 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Evan M. Kent

**Correspondent**
EVAN M. KENT
12424 WILSHIRE BOULEVARD
12TH FLOOR
LOS ANGELES, CA 90025

---

MGA2 3940095

RJN Ex. 12 - Page 73

TX 34541-00002