# Exhibit 13



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

**TRADEMARK APPLICATION:** *75/517,671*
**FILING DATE:** *July 13, 1998*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER
Certifying Officer

MGA2 3941400

RJN Ex. 13 - Page 74    TX 34817-00001

TRADEMARK APPLICATION SERIAL NO. ___75517671___

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
07/27/1998 SHOPPER 00000028 75517671
01 FC:361                    245.00 OP
```

PTO-1555
(5/87)

MGA2 3941401

RJN Ex. 13 - Page 75    TX 34817-00002

75517671

## BAUER & SCHAFFER
*ATTORNEYS AT LAW*
*PATENTS, TRADEMARKS, COPYRIGHTS*
*114 Old Country Road*
*Mineola, New York 11501-4477*

JEROME BAUER (Ret.)

MURRAY SCHAFFER
PANAGIOTA BETTY TUFARIELLO

PAUL J. HIGGINS
MARK E. BENDER

JUDY NAAMAT (Reg. Agent)

Telephones
(516) 248-1050
(212) 868-6924

Telecopier
(516) 746-0054

July 13, 1998

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Re:  U.S. Trademark Application
     Applicant: Shazdeh Fashions, Inc.
     Trademark: JADE
     Our File No. P-6364-1

Dear Sir:

Enclosed are the following items comprising the application for the above trademark:

1. A written application consisting of a Statement, Declaration and Power of Attorney;

2. A drawing of the mark;

3. Applicant's check for $245 in payment of the filing fee; any additional fee may be charged to Deposit Account No. 19-0265;

4. Three specimens showing use of the mark;

5. A self-addressed acknowledgement postcard.

Respectfully submitted,

MURRAY SCHAFFER

MS:bp
Enclosures

"Express Mail" Mailing Label No. EL086895989US

Date of Deposit: July 13, 1998

I hereby certify that this paper is being deposited with the United States Postal Service "Express Mail P.O. to Addressee" service under 37 C.F.R. 1.10 in an envelope addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513 on July 13, 1998

Dated: July 13, 1998

MGA2 3941402

RJN Ex. 13 - Page 76    TX 34817-00003

07/07/1998 14:18   5167460854   BAUERSCHAFFER   PAGE 03

75517671

BP (TMAFFS)   Docket: P-6364-:

## APPLICATION FOR TRADEMARK REGISTRATION

MARK:   JADE

CLASS:

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

Shazdeh Fashions, Inc., is a corporation duly organized and existing under the laws of the State of New York, located and doing business at 1375 Broadway, New York 10018.

The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for

LADIES CLOTHING--NAMELY, SUITS, JACKETS,
PANTS, SKIRTS AND BLOUSES

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the act of July 5, 1946 (15 U.S.C. 1051 et seq. as amended).

The trademark was first used on the goods on or about January 15, 1998; was first used in commerce which may be regulated by Congress-namely, interstate commerce, on or about January 15, 1998, and is now in use in such commerce.

The trademark is used by applying it to the goods, displays associated with the goods and labels, tags affixed to the goods, and containers for the goods. Three (3) samples or facsimiles showing the trademark as actually used are presented herewith.

The applicant appoints Murray Schaffer, Esq., Registration No. 18,671 and Panagiota Betty Tufariello, Registration No. 40,851, as its attorneys to prosecute this application for registration with full power of substitution and revocation to transact all business in the U.S. Patent and Trademark Office in connection therewith to receive the Certificate of Registration.

1/0   245/36/

MGA2 3941403

RJN Ex. 13 - Page 77   TX 34817-00004

Please address all correspondence to:

>Murray Schaffer, Esq.
>BAUER & SCHAFFER
>114 Old Country Road
>Mineola, NY 11501

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment or both under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the applicant; he believes the Applicant to be the owner of the trademark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or the connection with the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

SHAZDEH FASHIONS, INC.

Dated: 7-7-98

By: Mansour Zar
Title: President

2

MGA2 3941404

RJN Ex. 13 - Page 78   TX 34817-00005

U.S. Patent & TMOfc/TM Mail Rcpt. Dt. #70

07-13-1998

| | |
|---|---|
| Applicant: | Shadzeh Fashions, Inc. |
| P.O. Address: | 1375 Broadway<br>New York, NY   10018 |
| Goods: | LADIES CLOTHING--NAMELY, SUITS, JACKETS, PANTS, SKIRTS AND BLOUSES |
| Date of First Use: | January 15, 1998 |

INIT CL. 25
PRIOR US CL.

JADE

TRADEMARK



75517671

MGA2 3941405

RJN Ex. 13 - Page 79

TX 34817-00006



MGA2 3941406

RJN Ex. 13 - Page 80     TX 34817-00007