# Exhibit 14

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 21:36:57 ET

Serial Number: 75517671 Assignment Information        Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): JADE

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 1999-09-23

Filing Date: 1998-07-13

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

Current Location: 900 -File Repository (Franconia)

Date In Location: 1999-12-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Shadzeh Fashions, Inc.

Address:
Shadzeh Fashions, Inc.
1375 Broadway
New York, NY 10018
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

---

### GOODS AND/OR SERVICES

http://tarr.uspto.gov/tarr?regser=serial&entry=75517671&action=Request+Status

MGA2 3940092

RJN Ex. 14 - Page 81

TX 34540-00001

**International Class:** 025
**Class Status:** Active
LADIES CLOTHING--NAMELY, SUITS, JACKETS, PANTS, SKIRTS AND BLOUSES
**Basis:** 1(a)
**First Use Date:** 1998-01-15
**First Use in Commerce Date:** 1998-01-15

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1999-09-23 - Abandonment - Failure To Respond Or Late Response

1999-02-03 - Non-final action mailed

1999-01-27 - Assigned To Examiner

1999-01-25 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
MURRAY SCHAFFER

**Correspondent**
MURRAY SCHAFFER
BAUER & SCHAFFER
114 OLD COUNTRY RD
MINEOLA NY 11501

http://tarr.uspto.gov/tarr?regser=serial&entry=75517671&action=Request+Status

MGA2 3940093
RJN Ex. 14 - Page 82
TX 34540-00002