# Exhibit 15



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *75/333,040*
FILING DATE: *July 30, 1997*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER
Certifying Officer

MGA2 3941386

RJN Ex. 15 - Page 83       TX 34815-00001

TRADEMARK APPLICATION SERIAL NO. 75333040

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/08/1997 NSHABAZZ 00000135 75333040
01 FC:361                        245.00 OP

PTO-1555
(5/87)

MGA2 3941387

RJN Ex. 15 - Page 84     TX 34815-00002

75333040

# KAHN & BLOCK LLP
### ATTORNEYS AT LAW

THE SOHO BUILDING   110 GREENE STREET, SUITE 704   NEW YORK, NEW YORK 10012   TELEPHONE (212) 431-6884   FACSIMILE (212) 431-6468

July 30, 1997

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

    Re:    Trademark    Application in the United States
           Applicant:    Calypso St. Barth, Inc.
           Mark:    JADE
           Class:    International Class 25

Dear Sir or Madam:

    We enclose herewith the following in connection with the filing of the above-identified trademark application:

- Application covering (1) International Class 25
- Drawing page in conformance with 37 CFR § 2.52
- Check for the sum of $245.00
- Certificate of Express Mail in conformance with 37 CFR § 1.10, label No.: EM173151389US

    Thank you for your consideration of this application.

Very truly yours,

Stephen H. Block
Attorney for the Applicant

SHB/bs
Encl.

MGA2 3941388

RJN Ex. 15 - Page 85    TX 34815-00003

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Certificate of Express Mail under 37 CFR 1.10

Applicant: Calypso St. Barth, Inc.

Mark: **JADE (International Class 25)**

Express Mail mailing label number: EM173151389US

Date of Deposit: July 30, 1997

I hereby certify that this paper of fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington Virginia 22202-3513.

Stephen H. Block

(Typed or printed name of person mailing paper of fee)

(Signature of person mailing paper or fee)

JADE IC 25 ITU.TPD.wpd

1/0  3G/     75333040

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**APPLICATION FOR TRADEMARK/SERVICE MARK REGISTRATION**

PRINCIPAL REGISTER, WITH DECLARATION

Mark: **JADE**     International Class: **25**

JUL 3 0 1997

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

NY
03
AA

Applicant:  CALYPSO ST. BARTH, INC.
Status:     A [New York] State [Corporation]
Address:    17 Newtown Lane
            East Hampton, New York 11937
            NY

## GOODS AND/OR SERVICES

Applicant requests registration of the above identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended) for the following goods or services:

GS
(025)

International Class 25: WOMEN'S CLOTHING, NAMELY, SHIRTS, PANTS, SHORTS, DRESSES, HATS, BRA TOPS, HALTER TOPS, SKIRTS, JEANS, BATHING SUITS, JACKETS, COATS, SWEATERS, UNDERCLOTHING, BELTS, HANDBAGS, KNAPSACKS AND SHOES

## BASIS FOR APPLICATION

Applicant has a bona fide intention to use the mark in commerce or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)

The intended manner or mode of use of mark on or in connection with the goods or

services:

- TRADEMARK WILL BE AFFIXED TO GOODS.

POWER OF ATTORNEY

Applicant appoints [Kahn & Block, LLP] by Stephen H. Block, an attorney admitted to practice law in New York State, with offices located at [110 Greene Street, Suite 704, New York, New York 10012] (212) 431-6884, to prosecute this application to register, with full powers of substitution and revocation, to transact all business in the U.S. Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration. Please direct all correspondence to [Stephen H. Block] at the above address.

DECLARATION

The undersigned officer of applicant, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that she is properly authorized to execute this application on behalf of the applicant; she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), she believes the applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief, no other person, firm, corporation or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own knowledge are true and all statements made on information and belief are

MGA2 3941391

RJN Ex. 15 - Page 88    TX 34815-00006

believed to be true.

_（signature）_

CALYPSO ST. BARTH, INC.
By: Christiane Celle, President
Tel. No.: (516) 324-8146

Dated: June 26, 1997

MGA2 3941392

RJN Ex. 15 - Page 89     TX 34815-00007

Mark: **JADE**
Applicant: Calypso St. Barth, Inc.
Address: 17 Newtown Lane
East Hampton, New York 11937

Goods: Women's clothing, namely, shirts, pants, shorts, dresses, hats, bra tops, halter tops, skirts, jeans, bathing suits, jackets, coats, sweaters, underclothing, belts, handbags, knapsacks, and shoes.

Manner of use: Trademark will be affixed to goods.

# JADE

KAHN & BLOCK, LLP
110 GreeneStreet, Suite 704
New York, New York 10012

(212) 431-6884

JADE IC 25 ITU.TRD.wpd

**TRADEMARK**



75333040

MGA2 3941393

RJN Ex. 15 - Page 90      TX 34815-00008