# Exhibit 16

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 21:41:32 ET

Serial Number: 75333040 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): JADE

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 2001-06-28

Filing Date: 1997-07-30

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2001-07-11

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CALYPSO ST. BARTH, INC.

Address:
CALYPSO ST. BARTH, INC.
17 Newtown Lane
East Hampton, NY 11937
United States
Legal Entity Type: Corporation
State or Country of Incorporation: New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
women's clothing, namely, shirts, pants, shorts, dresses, hats, halter tops, skirts, jeans, bathing suits, jackets, coats, sweaters, underclothing, belts, and shoes
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2001-06-28 - Abandonment - Failure To Respond Or Late Response

2000-09-08 - Non-final action mailed

2000-07-07 - Non-final action mailed

2000-05-22 - Non-final action mailed

1998-06-02 - Letter of suspension mailed

1998-04-13 - Communication received from applicant

1997-11-21 - Non-final action mailed

1997-11-18 - Assigned To Examiner

1997-10-23 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ERIK WOLFF KAHN

**Correspondent**
ERIK WOLFF KAHN
ROBINSON SILVERMAN PEARCE ARONSOHN & BER

http://tarr.uspto.gov/tarr?regser=serial&entry=75333040&action=Request+Status

1290 AVENUE OF THE AMERICAS
33rd FLOOR
NEW YORK, NEW YORK 10104

http://tarr.uspto.gov/tarr?regser=serial&entry=75333040&action=Request+Status

MGA2 3940065

RJN Ex. 16 - Page 93

TX 34531-00003