# Exhibit 17



MGA2 3941346

TX 34809-00001

74/115434

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090 TP 11/21/90 74115434                0 301     175.00 CK

PTO-1555
(5/87)

MGA2 3941347

RJN Ex. 17 - Page 95    TX 34809-00002



LAW OFFICES

# ROYLANCE, ABRAMS, BERDO & GOODMAN

1225 CONNECTICUT AVENUE, N.W.

WASHINGTON, D.C. 20036-2680

(202) 659-9076

DAVID S. ABRAMS
ROBERT H. BERDO
ALFRED N. GOODMAN
MARK S. BICKS
RICHARD A. FLYNT
WILLIAM KOVENSKY
DARLE M. SHORT
DAVID L. TARNOFF*
MICHAEL T. MURPHY
RALPH T. WEBB
CAROLINE D. DENNISON
*VA BAR

RETIRED
D. C. ROYLANCE

TELEX: 64416

CABLE: ROYPAT

FACSIMILE:
(202) 659-9344

PLEASE REFER TO FILE:
28276

November 15, 1990

Honorable Commissioner of
 Patents and Trademarks
Washington, D.C.  20231

Attention:  Trademark Operations

Sir:

    We enclose herewith an application for federal registration of a trademark as follows:

| | |
|---|---|
| Application of | : Ropa Intima de Nuevo Laredo, S.A. de C.V. |
| Mark | : JADE |
| Class | : 25 |
| Filing Fee | : $175.00 |
| Number of Specimens | : 0 |
| Other | : -- |

    Respectfully submitted,

ROYLANCE, ABRAMS, BERDO & GOODMAN

David S. Abrams

MGA2 3941348

RJN Ex. 17 - Page 96    TX 34809-00003

¹/₀      175.00-301      TM

14/115434



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Application for trademark Registration

Mark: "JADE"

Int. Cl.: 25

To The Assistant Secretary and Commissioner of Patents and Trademarks:

AA  /ROPA INTIMA DE NUEVO LAREDO, S. A. DE C. V.,/ a Mexican Corporation, — located and doing business at/ Canales 38 - 36 Zona Centro, Nuevo Laredo, Tamps., Mexico./

GS [025] The above-identified applicant has a bona fide intention to use the mark shown in the accompanying drawing in commerce between Mexico and the United Sates for [LINGERIE] in International Class 25 and requests that said mark be registered in the United States and Trademark Office on the Principal Register established by the Act of July 6, 1946 (15 U.S.C. 1051 et. seq., as amended).

The mark is intended to be used in connection with the goods by applying it to labels, tags, containers for the goods, and other ways — customary in the trade.

DR  Applicant hereby appoints [David S. Abrams,] and the firm of Roylance, Abrams, Berdo & Goodman, 1225 Connecticut Ave., N. W., Washington, D. C. 20036 as applicant's domestic representative upon whom notice or process in proceedings affecting the mark may be served.

AT  Applicant hereby appoints [David S. Abrams,] Robert H. Berdo, Alfred N. Goodman, Mark S. Bicks, Richard A. Flynt, William Kovensky, Darle M. Short and Michael T. Murphy, all of whom are members of the Bar of the District — of Columbia Court of Appeals, and David L. Tarnoff, who is a member of the Bar of the Commonwealth of Virginia, all of the firm of [ROYLANCE, ABRAMS,

CP  BERDO & GOODMAN, 1225 Connecticut Avenue, N. W., Washington, D.C. 20036,] as its attorneys to prosecute this application to register, to transact all — business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

MGA2 3941349

RJN Ex. 17 - Page 97     TX 34809-00004

Ivan Quintanilla declares that he is General Manager of applicant corporation; that he is authorized to execute this declaration on behalf of applicant; that he believes said corporation to be the owner of the trademark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce either in the - identical form or in such near resemablance thereto as may be likely, when applied to the goods of such other person, to cause confusion or to cause mistake or to deceive; that all statemtns made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made - with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such will ful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

ROPA INTIMA DE NUEVO LAREDO, S. A. DE C. V.

By: _____
Ivan Quintanilla
General Manager

Dated: November 5, 1990

MGA2 3941350

RJN Ex. 17 - Page 98   TX 34809-00005

74/115434

NOV 15 1990

| | | |
|---|---|---|
| APPLICANT | : | ROPA INTIMA DE NUEVO LAREDO, S.A. DE C.V. |
| ADDRESS | : | Canales 38 - 36 Zona Centro Nuevo Laredo, Tamps., MEXICO |
| GOODS OR SERVICES | : | Lingerie |

Based on Intent to Use

INT. CL. 2F

74/115434

JADE

David S. Abrams, Esquire
Roylance, Abrams, Berdo
 & Goodman
1225 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 659-9076

MGA2 3941351

RJN Ex. 17 - Page 99

TX 34809-00006