# Exhibit 18

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-01-05 21:44:35 ET

Serial Number: 74115434 Assignment Information          Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark (words only): JADE

Standard Character claim: No

Current Status: Abandoned-Failure To Respond Or Late Response

Date of Status: 1991-11-06

Filing Date: 1990-11-15

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 15

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1992-01-16

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Ropa Intima De Nuevo Laredo, S. A. DE C. V.

Address:
Ropa Intima De Nuevo Laredo, S. A. DE C. V.
Canales 38 - 36 Zona Centro Nuevo Laredo
Tamps.
Mexico
Legal Entity Type: Corporation
State or Country of Incorporation: Mexico

---

### GOODS AND/OR SERVICES

http://tarr.uspto.gov/tarr?regser=serial&entry=74115434&action=Request+Status

MGA2 3939991
RJN Ex. 18 - Page 100
TX 34506-00001

**International Class:** 025
**Class Status:** Abandoned
lingerie
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1991-11-06 - Abandonment - Failure To Respond Or Late Response

1991-03-25 - Non-final action mailed

1991-03-11 - Assigned To Examiner

1991-03-11 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
David S. Abrams

**Correspondent**
David S. Abrams
Roylance, Abrams, Berdo & Goodman
1225 Connecticut Avenue, N.W.
Washington, DC 20036

**Domestic Representative**
David S. Abrams