# Exhibit 19



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 13, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 74/061,727
FILING DATE: May 23, 1990
REGISTRATION NUMBER: 1,669,533
REGISTRATION DATE: December 24, 1991

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



M. K. CARTER
Certifying Officer

MGA2 3941324

TX 34806-00001



74/061727

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040 TL 05/29/90 74061727 0301 175 ck. (GW)

MGA2 3941325

RJN Ex. 19 - Page 103      TX 34806-00002

7/061727



# LAW OFFICES
## HARDING, EARLEY, FOLLMER & FRAILEY
86 THE COMMONS AT VALLEY FORGE EAST
1288 VALLEY FORGE ROAD
POST OFFICE BOX 750
VALLEY FORGE, PENNSYLVANIA 19482-0750

JOHN F. A. EARLEY, P.C.
JOHN F. A. EARLEY III
P. MICHAEL WALKER
FRANK A. FOLLMER
OF COUNSEL

CABLE ADDRESS
"BUSHARD" PHILADELPHIA

TELEPHONE          TELEX              FAX
(215) 935-2300   4933949 HEFF UI   (215) 935-0600

PATENTS & TRADEMARKS

623 CORAM ROAD
HUNTINGDON VALLEY, PA 19006
215-947-3845

902 ONE MONTGOMERY PLAZA
P. O. BOX 751
NORRISTOWN, PA 19404
215-279-2345

May 21, 1990

Honorable Commissioner of
  Patents and Trademarks
Washington, D.C.  20231

RE:  Our File:  Jasmine Ltd./E-1162
     U.S. Trademark Application
     for the Mark JADE EAST

SIR:

    We enclose papers, including drawing and specimens, forming the application of JASMINE LTD. for registration of the trademark JADE EAST on the Principal Register.

    We also enclose a check for $175.00 in payment of the filing fee.

    Respectfully submitted,

JOHN F. A. EARLEY
JOHN F. A. EARLEY III
P. MICHAEL WALKER
HARDING, EARLEY, FOLLMER & FRAILEY

CHARGE ANY FEES OR CREDIT ANY
OVERPAYMENTS TO MY DEPOSIT
ACCOUNT NO. 05-0208
JOHN F. A. EARLEY

*John F.A. Earley*

*John F.A. Earley*
Registration No. 31,350



E-1162

## APPLICATION FOR TRADEMARK REGISTRATION
## ON THE PRINCIPAL REGISTER

Mark: JADE EAST
Int'l. Class No.

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

/Jasmine Ltd.,/ a corporation of the State of Delaware, having a place of business at /1695 Hylton Road, Pennsauken, New Jersey, 08110/ has adopted and is using the trademark shown in the accompanying drawing for /women's shoes/ and requests that said mark be registered in the U.S. Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used on the goods at least as early as 1979 ; was first used on the goods in interstate commerce at least as early as 1979 ; and is now in use in such commerce.

The mark is used by applying it to the goods and five specimens showing the mark as actually used are presented herewith.

Sam Mangel states that he is Vice President of the applicant corporation and is authorized to execute this application on behalf of said corporation; he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief, no other person, firm,

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST-CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231 ON 5-21-90

_John F. A. Earley_
ATTORNEY FOR APPLICANT
5-21-90

CHARGE ANY FEES OR CREDIT ANY OVERPAYMENTS TO MY DEPOSIT ACCOUNT NO. 05-0208
JOHN F. A. EARLEY

MGA2 3941327

RJN Ex. 19 - Page 105      TX 34806-00004

E-1162

corporation, or association has the right to use said mark in commerce either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive, that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true, and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Applicant hereby appoints (John F. A. Earley,) Registration No. 17,833, John F. A. Earley III, Registration No. 31,356, P. Michael Walker, Registration No. 32,602 and (Harding, Earley, Follmer & Frailey, Post Office Box 750, Valley Forge, Pennsylvania, 19482-0750,) Registration No. 11,926, all members of the bar of the Commonwealth of Pennsylvania, its attorneys, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

JASMINE LTD.

By _Sam Mangel_
Sam Mangel, Vice President

Date 5/14/90

MGA2 3941328

RJN Ex. 19 - Page 106    TX 34806-00005



74/061727

E-1162

Jasmine Ltd.
1695 Hylton Road
Pennsauken, NJ   08110
at least as early
as 1979             , in commerce
at least as early, in interstate commerce
as 1979
Goods:  women's shoes


JADE EAST


John F. A. Earley, Esquire
Registration No. 17,952
John F. A. Earley III, Esquire
Registration No. 31,350
P. Michael Walker, Esquire
Registration No. 32,602
Harding, Earley, Follmer & Frailey
Post Office Box 750
Valley Forge,  PA  19482-0750
(215) 935-2300

MGA2 3941329

RJN Ex. 19 - Page 107    TX 34806-00006