# Exhibit 20

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-01-05 21:44:59 ET

Serial Number: 74061727 Assignment Information    Trademark Document Retrieval

Registration Number: 1669533

Mark (words only): JADE EAST

Standard Character claim: No

Current Status: Registration canceled under Section 8.

Date of Status: 1998-06-29

Filing Date: 1990-05-23

Transformed into a National Application: No

Registration Date: 1991-12-24

Register: Principal

Law Office Assigned: LAW OFFICE 15

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 1992-01-07

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Jasmine Ltd.

Address:
Jasmine Ltd.
1695 Hylton Road
Pennsauken, NJ 08110
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

### GOODS AND/OR SERVICES

http://tarr.uspto.gov/tarr?regser=serial&entry=74061727&action=Request+Status

MGA2 3939973

RJN Ex. 20 - Page 108

TX 34499-00001

**International Class:** 025
**Class Status:** Section 8 - Cancelled
women's shoes
**Basis:** 1(a)
**First Use Date:** 1979-00-00
**First Use in Commerce Date:** 1979-00-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE:** To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

1998-06-29 - Canceled Section 8 (6-year)

1991-12-24 - Registered - Principal Register

1991-10-01 - Published for opposition

1991-08-30 - Notice of publication

1991-06-04 - Approved for Pub - Principal Register (Initial exam)

1991-04-15 - Communication received from applicant

1990-10-11 - Non-final action mailed

1990-09-18 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John F. A. Earley

**Correspondent**
John F. A. Earley
Harding, Earley, Follmer & Frailey
P.O. Box 750
Valley Forge, PA 19482-0750

http://tarr.uspto.gov/tarr?regser=serial&entry=74061727&action=Request+Status

MGA2 3939974

RJN Ex. 20 - Page 109

TX 34499-00002

http://tarr.uspto.gov/tarr?regser=serial&entry=74061727&action=Request+Status

MGA2 3939975

RJN Ex. 20 - Page 110

TX 34499-00003