UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: February 9, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                    NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING BRIEFING ON MGA'S MOTION FOR RECONSIDERATION

       To the extent Mattel opposes MGA's motion for reconsideration of the Court's ruling on the preemptive effect of the Copyright Act on Mattel's trade secret misappropriation counter-claim [Docket 9572], such opposition shall be filed on or before February 16, 2011. MGA's reply brief, if any, shall be filed on or before February 23, 2011. Both filings should consider the interplay between the arguments in MGA's motion and the jury instruction proposed on page 156 of Docket 9620.

       The Clerk shall serve this minute order on all parties to the action.