QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL'S REQUEST FOR ORDER COMPELLING PRODUCTION OF REDACTED *IN CAMERA* SUBMISSION** |

1      At the direction of Judge Larson, on or about September 14, 2009, MGA's
2    prior counsel filed with the Court an *in camera* submission explaining the
3    circumstances surrounding the withholding of the Larian-O'Connor email chain
4    (Trial Exhibit 7055).  Docket No. 6674.  In light of the Court's ruling today that Mr.
5    Larian's communications to Mr. Nolan on this subject are not privileged, Mattel
6    requests that the Court release to Mattel a redacted version of the *in camera*
7    submission setting forth what Mr. Nolan was told by Mr. Larian on this subject.

10   DATED:  February 9, 2011       QUINN EMANUEL URQUHART &
                                    SULLIVAN. LLP

                                  By */s/ John B. Quinn*
                                    John B. Quinn
                                    Attorneys for Mattel, Inc., and
                                    Mattel de Mexico. S.A. de C.V.

-1-