QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL'S MOTION FOR MISTRIAL OR, IN THE ALTERNATIVE, CURATIVE INSTRUCTION TO THE JURY** |

Mattel hereby moves for a mistrial on the grounds that the following comments by Isaac Larian have deprived it of a fair trial:

1. Mattel killed Mr. Larian's father, a statement that the Court has found has no factual basis.

2. Mattel caused Mr. Bryant to have a stroke, a statement that the Court has found has no factual basis.

3. Mattel destroyed Mr. Larian's family.

4. Mattel uses litigation to stifle competition.

5. Mattel owes MGA royalties on trapezoidal packaging.

6. Mr. Price, Mattel's counsel, made a racist remark at the previous trial.

All of these statements by Mr. Larian were gratuitous and volunteered; are false; and have tainted the trial proceedings such that Mattel cannot get a fair trial.

In the alternative, Mattel requests that the Court give the jury instructions advising the jury that all the foregoing statements are false.

DATED:  February 9, 2011         QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                                 By /s/ John B. Quinn
                                    John B. Quinn
                                    Attorneys for Mattel, Inc., and
                                    Mattel de Mexico, S.A. de C.V.