UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: February 10, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER STRIKING DOCKET 9839

       Mattel's submission [Docket 9839] is not properly before this court because there is no notice of motion, no memorandum of points and authorities, no statement of compliance with Local Rule 7-3, and no evidentiary support for Mattel's claim that "[a]ll of the[] statements by Mr. Larian [] are false." *See* Local Rule 7-3; Local Rule 7-4. The document, which is located at docket 9839, is accordingly stricken without prejudice. The record will reflect that Mattel timely attempted to move for a mistrial following the February 9, 2011 proceedings.

       The Clerk shall serve this minute order on all parties to the action.