QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL, INC.'S OFFER OF PROOF REGARDING LARIAN SPOLIATION** |

00505.07975/3961462.2

MATTEL'S OFFER OF PROOF

In light of Mr. Larian's repeated and emphatic testimony that MGA has produced "everything" (Trial Tr., dated February 15, Vol. 3, at 75:25-76:5; see id., Vol. 1, at 103:5-7, 106:2-4), Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), hereby submit this offer of proof concerning evidence of the following instances of spoliation in which Mr. Larian was directly involved:

- The testimony of Brian Wing that Mr. Larian specifically instructed him to have Mr. Tiongco, MGA's head of IT, remove from MGA's servers a specific Mattel-related email.  Deposition of Brian Wing dated February 19, 2010 at 614:24-615:25; 633:19-634:2.
- TX 22334: A late-produced email from Mr. Larian's custody in which an MGA Vice President wrote to Mr. Larian under the subject line "Deleted!"  The text of the email is only two words: "All Deleted."
- The destruction of 10-12 boxes of documents and a USB drive relevant to Mattel's claims by Farhad Larian after he asked Isaac Larian "if there is anything I can do to help" with the Mattel litigation.  TX 4234; Farhad Larian Depo, dated February 4, 2008 at 53:10-16, 56:9-57:5, 56:12-57:2, 65:25-67; Phase I Trial Tr., dated July 1, 2008, at 3782:21-3783:3.

DATED: February 10, 2011     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ John B. Quinn*
John B. Quinn
Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.