```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
 4  San Francisco, CA 94105
    Tel: (415) 773-5700/ Fax: (415) 773-5759
 5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 6  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 7  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
 8  Tel: (213) 629-2020/Fax: (213) 612-2499

 9  THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
12
    Attorneys for MGA Parties
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' TRIAL BRIEF REGARDING EFFECT AT TRIAL OF PRIOR STATUS AS A 30(B)(6) WITNESS**<br><br>Trial Date:  January 11, 2011 |

1   The MGA Parties and Isaac Larian respectfully submit the following
2   authorities regarding the use by Mattel of 30(b)(6) testimony in its effort to
3   authenticate the CD purportedly made during the search and seizure in Mexico:
4   *Cincinnati Ins. Co. v. Gray*, 2010 WL 3522954, *7 (S.D. Ind. Sept. 1, 2010)
5   ("[H]earsay is not admissible at trial just because it was provided by a witness
6   speaking for the company at a Rule 30(b)(6) deposition"); *Cooley v. Lincoln Elec.*
7   *Co.*, 693 F. Supp.2d 767, 790-92 (N.D. Oh. 2010) (same).

8   These authorities are provided without waiver of any of MGA's arguments
9   that Mr. Larian was never designated as a 30(b)(6) witness on the origins or
10  contents of the CD, as reflected by the objections in the transcript of the July 7,
11  2010 deposition concerning the scope of the Court's June 14, 2010 Order (Dkt.
12  #8104). 7/7/10 Depo. at 2465:13-15 (objection regarding scope), 2467:7-9
13  (repeated objection regarding scope), 2470:2-2471:23 (objection, colloquy and
14  testimony regarding witness's understanding as to scope of topic based on order).

16  Dated: February 11, 2011          Respectfully submitted,

17                                    ANNETTE L. HURST
                                      ORRICK, HERRINGTON & SUTCLIFFE
18                                    LLP

21                                    By:    */s/ Annette L. Hurst*
                                             ANNETTE L. HURST
22                                           Attorneys for MGA Parties

- 1 -

MGA PARTIES' TRIAL BRIEF RE EFFECT AT TRIAL OF PRIOR
STATUS AS A 30(B)(6) WITNESS
CASE NO. CV 04-9049-DOC (RNBX)