QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**NOTICE OF LODGING OF SECOND AMENDED FINAL PRE-TRIAL CONFERENCE ORDER**<br><br>Discovery Cutoff:   October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial:                 January 18, 2011 |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Local Rule 16-7, and pursuant to the Court's direction, Mattel, Inc. hereby lodges as exhibit A hereto the Parties' Second Amended Proposed Final Pre-Trial Conference Order. For the convenience of the Court, Mattel also hereby lodges as exhibit B hereto a redline document showing the changes made from the Parties' Amended Proposed Final Pre-Trial Conference Order.

DATED: February 11, 2011    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael T. Zeller
    Michael T. Zeller
    Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.