```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      William C. Price (Bar No. 108542)
 3    (williamprice@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 4    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:   (213) 443-3100

 7  Attorneys for Mattel, Inc., and Mattel de
    Mexico, S.A. de C.V.
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>           Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>           Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3966147.2

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the request of the Court, plaintiffs Mattel, Inc. and Mattel de Mexico S.A. de C.V. hereby lodge the following deposition transcripts with the Court:

1. MGA de Mexico Rule 30(b)(6), Vol. 1 (Susana Kuemmerle), dated December 7, 2009.
2. MGA de Mexico Rule 30(b)(6), Vol. 2 (Susana Kuemmerle), dated December 8, 2009.
3. MGA de Mexico Rule 30(b)(6), Vol. 3 (Susana Kuemmerle), dated December 9, 2009
4. MGA de Mexico Rule 30(b)(6), Vol. 4 (Lewis Small), dated December 12, 2009.
5. MGA de Mexico Rule 30(b)(6), Vol. 5 (Lewis Small), dated January 15, 2010.
6. MGA de Mexico Rule 30(b)(6), Vol. 6 (Lewis Small), dated March 17, 2010.
7. MGA de Mexico Rule 30(b)(6), Vol. 7 (Susana Kuemmerle), dated May 5, 2010.
8. MGA de Mexico Rule 30(b)(6), Vol. 8 (Pedro Crisanti), dated September 20, 2010.
9. MGA de Mexico Rule 30(b)(6), Vol. 9 (Pedro Crisanti), dated September 21, 2010.
10. MGA Rule 30(b)(6), Vol. 11 (Isaac Larian), dated July 7, 2010.
11. Susana Kuemmerle, Vol. 1, dated January 28, 2008.

DATED: February 13, 2011        QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
  Michael T. Zeller
  Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.