1   MELINDA HAAG (State Bar No. 132612)
    mhaag@orrick.com
2   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
3   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Tel: (415) 773-5700/Fax: (415) 773-5759

7   WILLIAM A. MOLINSKI (State Bar No. 145186)
    wmolinski@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA  90017
    Tel: (213) 629-2020/Fax: (213) 612-2499

10  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
12  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
13

14  Attorneys for MGA Parties

15                   UNITED STATES DISTRICT COURT

16                  CENTRAL DISTRICT OF CALIFORNIA

17                        SOUTHERN DIVISION

18  CARTER BRYANT, an individual,          Case No.  CV 04-9049-DOC (RNBx)

19              Plaintiff,                 Consolidated with:
                                           Case No. CV 04-9059
20        v.                               Case No. CV 05-2727

21  MATTEL, INC., a Delaware               Hon. David O. Carter
    corporation,
22                                         **MGA'S NOTICE OF LODGING
            Defendant.                     MARKED DEPOSITION TRANSCRIPT
23                                         EXCERPTS  OF  SUSANA
    _____           KUEMMERLE, CARLOS GUSTAVO
24  AND CONSOLIDATED ACTIONS               MACHADO GÓMEZ, LEWIS (LOUIS)
                                           SMALL AND LISA TONNU**
25

26

27

28
                                           NOTICE OF LODGING MARKED DEPOSITION TRANSCRIPT
                                           EXCERPTS (KUMMERLE, GOMEZ, SMALL AND TONNU)
                                           CV 04-09049 DOC (RNBx)

1    PLEASE TAKE NOTICE that the MGA Parties do hereby lodge the

2  following marked deposition transcript excerpts:

3        1.    MGAE de Mexico Rule 30(b)(6) (Susana Kummerle), Vol. 1, taken on

4  December 7, 2009;

5        2.    MGAE de Mexico Rule 30(b)(6) (Susana Kummerle), Vol. 2, taken on

6  December 8, 2009;

7        3.    MGAE de Mexico Rule 30(b)(6) (Susana Kummerle), Vol. 3, taken on

8  December 9, 2009;

9        4.    MGAE de Mexico Rule 30(b)(6) (Susana Kummerle), Vol. 7, taken on

10  May 5, 2010;

11        5.    Deposition of Carlos Gustavo Machado Gomez, Vol. 3, taken on

12  April 21, 2010;

13        6.    Deposition of Carlos Gustavo Machado Gomez, Vol. 5, taken on

14  April 23, 2010;

15        7.    Deposition of Carlos Gustavo Machado Gomez, Vol. 6, taken on

16  April 24, 2010;

17        8.    MGAE de Mexico Rule 30(b)(6) (Lewis [Louis] Small), taken on

18  December 12, 2009;

19        9.    MGAE de Mexico Rule 30(b)(6) (Lewis Small), Vol. 5, taken on

20  January 15, 2010;

21        10.    MGAE de Mexico Rule 30(b)(6) (Lewis Small), Vol. 6, taken on

22  March 17, 2010;

23        11.    Deposition of Lisa Tonnu, Vol. 1, taken on July 19, 2007; and

24  //

25  //

26  //

27  //

28  //

1

NOTICE OF LODGING MARKED DEPOSITION TRANSCRIPT
EXCERPTS (KUMMERLE, GOMEZ, SMALL AND TONNU)
CV 04-09049 DOC (RNBx)

1    12.    Deposition of Lisa Tonnu, Vol. 3, taken on September 25, 2007.

2

3    Dated:    February 13, 2011        ORRICK, HERRINGTON & SUTCLIFFE LLP

4

5                                      By: _____/s/ William A. Molinski_____
                                              WILLIAM A. MOLINSKI
6                                             Attorneys for MGA Parties

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -