QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF JOHN B. QUINN IN SUPPORT OF MATTEL'S MOTION FOR MISTRIAL**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

00505.07975/3962113.1

QUINN DECL. ISO MATTEL'S MOTION FOR MISTRIAL

## DECLARATION OF JOHN B. QUINN

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On the evening of February 9, 2011, I called Thomas McConville, lead counsel for the MGA Parties in this action, and informed him that Mattel intended to bring a motion for mistrial for the reasons set forth in Mattel's motion. Mr. McConville and I discussed Mattel's motion, but were unable to reach a resolution.

3. The parties and the Court discussed the motion on February 10, 2011, and times thereafter, but were still unable to reach a resolution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2011, at Santa Ana, California.

/s/ John B. Quinn
John B. Quinn

00505.07975/3962113.1

-1-
QUINN DECL. ISO MATTEL'S MOTION FOR MISTRIAL