QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>             Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF WILLIAM C. PRICE IN SUPPORT OF MATTEL, INC.'S MOTION FOR MISTRIAL**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

00505.07975/3962126.1

PRICE DECL. ISO MATTEL'S MOTION FOR MISTRIAL

# DECLARATION OF WILLIAM C. PRICE

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. I was counsel for Mattel in the 2008 trial of this action before Judge Larson. Mr. Larian's statement before the jury that I made a racist comment at the prior trial is false. At no point during that trial did I make any racist statement or remark. At no point during that trial did counsel for MGA and Mr. Larian object to any statement that I made as racist or on any similar grounds. At no point during that trial did Judge Larson express any concern that any statement I made was in any way improper with regard to race, ethnicity, religion or on any similar basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2011, at Santa Ana, California.

/s/ William C. Price
William C. Price