# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                    Date: February 14, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                    NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE

On February 11, 2011, the attorney-client privilege was waived as to Ms. Rhee's communications with her counsel about a conversation she had with an MGA employee in or about December 2010, as well as her mental state regarding that conversation. Ms. Rhee's counsel waived the privilege when he relayed the contents of his conversation with Ms. Rhee to Mattel's counsel. In addition, Ms. Rhee waived the privilege when she testified in response to MGA's questions. *See In re Echostar Communications Corp.*, 448 F.3d 1294, 1301 (Fed. Cir. 2006) (citing *XYZ Corp. v. United States*, 348 F.3d 16, 22-24 (1st Cir. 2003)). The waiver extends to "all other such communications on the same subject" regardless of whether the communications originate with the attorney or the client. *Weil v. Investment/Indicators, Rsrch. & Mgmt., Inc.*, 647 F.2d 18, 24 (9th Cir. 1981). Indeed, during the February 11, 2011 proceedings, Mattel questioned Mr. Larian about facts Mattel received from Ms. Rhee's counsel. It would result in prejudice if MGA were foreclosed from the full scope of Ms. Rhee's statements to her attorney. MGA's request for a finding of a waiver is granted. MGA may request discovery into the subject matter that Ms. Rhee and her counsel shall provide on or before February 15, 2011 at 5:00 p.m.

The Clerk shall serve this minute order on all parties to the action.

---