UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                    Date: February 14, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                    NONE PRESENT

PROCEEDING (IN CHAMBERS): COURT MINUTES FOR FEBRUARY 12, 2011; ORDER SETTING FEBRUARY 15, 2011 AND FEBRUARY 16, 2011 HEARINGS

      On Saturday February 12, 2011, the Court informally discussed, with counsel for the parties, the parties' proposed jury instructions on Mattel's counter-claims for aiding and abetting breach of duty of loyalty, conversion, and violation of Cal. Bus. & Prof. Code § 17200.

      The Court hereby sets the following accelerated schedule on the argument on these proposed jury instructions:

1. Argument on proposed jury instructions on Mattel's counter-claims for aiding and abetting breach of duty of loyalty and conversion will take place on February 15, 2011 at 5:00 p.m.

2. Argument on proposed jury instructions on Mattel's counter-claims for violation of Cal. Bus. & Prof. Code § 17200 and any injunctive relief will take place on February 16, 2011 at 5:00 p.m.

      All lead counsel are ordered to be present during the on the record hearings regarding jury instructions.