QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL, INC.'S OPPOSITION TO MGA'S MOTION IN LIMINE NO. 45 TO EXCLUDE DALE CENDALI AS A WITNESS** |

The Court has already rejected MGA's efforts to exclude Dale Cendali. Ms. Cendali is MGA's former lead counsel in this action. Mattel seeks her testimony on the custody of the notary book in which Jacqueline Prince recorded her notarization of certain Carter Bryant drawings on August 26, 1999, which has been introduced into evidence at trial as Exhibit 60.

In its opening statement, MGA asserted that "you are not going to hear any evidence from anybody that MGA had anything to do with the notary book…."[1] In reality, MGA's lead counsel was personally involved in taking possession of the notary book from Ms. Prince. Ms. Cendali first contacted Ms. Prince regarding the notary book[2] and asked her to locate it.[3] Ms. Cendali then asked Ms. Prince to scan the pages of the book and email them to her.[4] She later directed Charlotte McClusky, Bryant's counsel at Littler Mendelson, to collect the notary book from Ms. Prince. This is memorialized in a letter from Ms. McClusky to Ms. Prince, copying Ms. Cendali.[5] After she handed the notary book over to the lawyers, Ms. Prince never saw it again.[6]

Mattel proposed a stipulation setting forth the above facts about the custody of the notary book, but MGA rejected the offer.[7] Mattel therefore intends to call Ms. Cendali. MGA is now trying to bandy among witnesses regarding the custody issue. Ms. Cendali, as then-lead counsel for MGA, is the witness who can put the issue to rest. MGA's position here that Ms. Cendali should be excluded has previously been rejected by the Court, which made clear that Ms. Cendali is required to testify. MGA's attempts to thwart her testimony with the instant motion should again be denied.

---

[1] January 18, 2011 Trial Tr., Vol. 2, at 44:13-15.
[2] Deposition of Jacqueline Prince, dated December 21, 2004, at 81:21-82:5.
[3] Prince Depo. at 104:11-14.
[4] Prince Depo. at 188:1-11.
[5] TX 61.
[6] Prince Depo. at 78:14-79:15.

| | | |
|---|---|---|
| 1 | DATED: February 14, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By */s/ Michael T. Zeller*
   Michael T. Zeller
   Attorneys for Mattel, Inc., and
   Mattel de Mexico, S.A. de C.V.

---

[7] Email from Scott Watson to Tom McConville, dated February 1, 2011; email from Curran Walker to Denise Mingrone, dated February 9, 2011.