UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                    Date: February 14, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                              NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER VACATING DOCKET 9538; CLARIFYING THAT DOCKET 9600 IS OPERATIVE ORDER ON MOTIONS FOR SUMMARY JUDGMENT

   For clarity of the record, the amended order on the motions for summary judgment [Docket 9600] supersedes the first order on the motions for summary judgment [Docket 9538] in its entirety. The order at docket 9538 is accordingly VACATED.

   The Clerk shall serve this minute order on all parties to the action.