QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL, INC.'S OFFER OF PROOF RE: MGA'S ALLEGATIONS THAT OTHER DOLLS ARE "REPRODUCTIONS" OF THE BRYANT DRAWINGS** |

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), hereby respectfully submit this offer of proof relating to certain evidence regarding MGA's prior comparative statements regarding Bratz.

<u>Statements Made by MGA That Other Dolls Are "Reproductions" of the Carter Bryant Drawings</u>. In this case, MGA has claimed that the first generation Bratz dolls are dissimilar to the Carter Bryant drawings. Paula Garcia, for example, testified at length to the changes she, Margaret Leahy and others ostensibly made to the dolls in translating them from Carter Bryant's 2-D drawings to 3-D first generation dolls. MGA has argued that the dolls are different, in part, because the drawings are only two dimensional. MGA has thus asserted that the Bratz dolls are very different from Bryant's drawings:




TX 3-0013                               TX 12286

Bryant Drawing of Cloe                  First Generation Cloe

The import of this is as follows: If the first generation dolls are not substantially similar to the Carter Byrant drawings, then Mattel has no infringement

claim against the first generation dolls even if Mattel owns the drawings. <u>This similarity issue—the similarity of the drawings to the first generation dolls—cannot be avoided in this case.</u>

These factual assertions that MGA has made in other litigation are relevant to this and other issues in this case. First, in other cases, MGA has asserted that very different dolls—dolls much less like the drawings than the first generation Bratz—were "reproductions" (MGA's word) of Bryant's drawings. Second, MGA has made factual comparisons between the Bryant drawings and other dolls and, in that process, identified what it considered to be the significant or "unique" features of Bryant's designs and on that basis concluded the dolls are "copies" of the designs. On the same basis, it can be concluded that the first generation Bratz dolls are also "copies" of Bryant's designs. Third, in this case, MGA has argued that one cannot compare 2-D drawings with 3-D dolls—even though, in the other cases, MGA has made exactly that comparison of 2-D drawings to 3-D dolls. MGA's prior statements are party admissions and MGA is judicially stopped from contradicting them here.

Mattel offers the following specific evidence:

<u>CityWorld Lawsuit.</u>  MGA filed a Statement of Claim in the CityWorld lawsuit on July 3, 2002. TX 13705. Therein, MGA claimed that the defendant's "Funky Tweenz" products were impermissible "reproductions" of MGA's rights in Bryant's "17 design drawings." TX 13705-2. MGA claimed that the Funky Tweenz were "reproductions of or reproductions of a substantial part of" Bryant's drawings. TX 13705-3. MGA also claimed there was "objective similarity" between the Bryant drawings and Funky Tweenz. TX 13707-6 & 9. A picture of a "Funky Tweenz" doll (TX 13710) is below:

Funky Tweenz" doll (TX 13710)

<u>Double Grand Lawsuit.</u>  MGA filed a Statement of Claim in the Double Grand lawsuit on December 1, 2003, and an Amended Statement of Claim on October 4, 2004.  TXs 13862 & 13690.  MGA claimed that the defendant's "Trendy Teenz," "Mini Trendy Teenz" and "RockerHeadz" products were "reproductions of or a reproduction of a substantial part of" MGA's "artistic works," including the Bryant drawings that are the subject of this lawsuit.  TX 13690:2-5.  MGA claimed there was "overwhelming similarity" between Bratz and the Mini Trendy Teenz dolls.  TX 13561-22.

MGA claimed that the following features of the Mini Trendy Teenz dolls were similar to Bratz: 1) the shape of the head, 2) the size of the head in comparison with the rest of the doll, 3) the shape and size of the nose, 4) the shape of the eyes, 5) the shape of the lips, and 6) the "unusual size of each doll's feet in comparison with the remainder of the doll."  TX 13561-22.  MGA also pointed to particular aspects of the "surface decoration" of Mini Trendy Teenz it claimed were similar to Bratz: 1) the three distinct eyelashes above each eye, 2) the two-tone eye shadow, 3)

the shape of the eyes after being "made up" with mascara and eye shadow, and 4) the shape of the lips when painted with lipstick.  TX 13561-22-23.  A picture of a Mini Trendy Teenz doll (TX 13695) and a picture of a RockerHeadz product (TX 13561-208) are below:



Mini Trendy Teenz doll (TX 13695)          RockerHeadz product (TX 13561-208)

<u>Union Top Lawsuit.</u>   MGA filed a Statement of Claim in the Union Top lawsuit in approximately August 2003.  TX 13785.  MGA alleged that the defendant's "Fashion Dolls" were similar to Bratz works, including Bryant's drawings.  TX 13785-7.  The Managing Director of MGA (HK) also stated that the "snap-on shoes" on the Bratz dolls were a "prominent feature" of Bratz, and he acknowledged that the snap-on feature was "shown in the concept drawing" by Mr. Bryant.  TX 13725-9.  He further identified certain features of the Fashion Dolls – including the oversized head; facial decoration; oversized eyes; diminished nose; protrusive and defined mouth; multi-coloured make-up; few and exaggerated eyelashes; two-toned lipstick; disproportionately large feet and shoes; and snap-on

shoes – and stated that those same features "are prominent features of BRATZ." TX 13725:18-19. A picture of a "Fashion Doll" (TX 13958) is below:



"Fashion Doll" (TX 13958)

Unifortune Lawsuit. MGA filed a Statement of Claim in the Unifortune lawsuit on October 16, 2003. TX 32. MGA alleged that the defendant's "Glitter Girls" were "reproductions of or a reproduction of a substantial part of" MGA's Bratz artistic works, including Bryant's design drawings. TX 32:3-6. MGA admitted in its responses to Mattel's Requests for Admissions in this lawsuit that the Bryant drawings over which it sued in Unifortune are the "Bratz Pitch Materials." TX 10277-104. A picture of a "Glitter Girls" doll (TX 13866) is below:



"Glitter Girls" doll (TX 13866)

DATED: February 15, 2011

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ John B. Quinn
    John B. Quinn
    Attorneys for Mattel, Inc., and
    Mattel de Mexico. S.A. de C.V.