Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 1400
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation, <br><br>Plaintiff, <br><br>vs. <br><br>MGA ENTERTAINMENT, INC., A California corporation, et al., <br><br>Defendant. <br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx) <br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727 <br><br>**REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE DISPUTED E-MAIL** <br><br>(February 13, 2011) |

The undersigned having been appointed Special Master to hear and submit reports and recommendations to the Court regarding electronic discovery issues hereby submits the following Report and Recommendation.

## REPORT

The Court has submitted for review two emails from Isaac Larian (Larian), both dated January 19, 2008. One of the emails (Email #1) has in the field indicating the addressee ("to" field) the name Craig Holden. The second email (Email #2) contains a blank "to" field with no

1

addressee identified. Both documents contain a "sent" date indicating that one is not a preliminary draft of the other.

Both documents were recovered from computer storage media identified with Larian. Samuel S. Rubin (Rubin), the Director of Digital Forensics at Stroz Friedberg LLC, the e-discovery consultant retained by MGA, by declaration under penalty of perjury states that Email #2, containing the blank "to" field, was recovered from unallocated space on the media where it was located. Rubin concludes that Email #1 and Email #2 are the same email, the blank field in the metadata of Email #2 having resulted from a portion of the file containing that email having been overwritten.

The E-Discovery Special Master and the neutral e-discovery consultant appointed by the Court have reviewed Rubin's declaration and both emails and conclude that Rubin's explanation is reasonable on its face. There are no findings, based upon a review of the files and the metadata associated with them that would indicate to the contrary. Further efforts to test this conclusion would involve a forensic examination of the media on which the files were located and would require not less than several days to conclude. The Special Master is unable to provide an estimate of the cost of such an examination at this time.

## RECOMMENDATION

The Report of Special Master contained herein is accepted and approved.

The Court finds Email #1 and Email #2 to be copies of the same e-mail.

Date: February 13, 2011

James L. Smith
Discovery Referee

**IT IS SO ORDERED.**

Date: February _13_, 2011

Hon. David O. Carter
Federal District Court Judge