**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | Discovery Cut-off: October 4, 2010<br>Pre-trial Conf.: January 4, 2010<br>Trial: January 11, 2010 |

CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

1  The Court, having considered Carlos Gustavo Machado Gomez's application
2  for an order to file under seal, and having found good cause to do so, it is HEREBY
3  ORDERED that said application is GRANTED in its entirety.
4  The Clerk shall maintain under seal the following documents:

5  1. **GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE THE OPINIONS OF MICHAEL WAGNER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;** and

6  2. **SUPPLEMENTAL DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE THE OPINIONS OF MICHAEL WAGNER**

DATED: December 14, 2010

_____
Hon. David O. Carter
Judge, U.S. District Court