QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **MATTEL, INC.'S OBJECTIONS TO MGA'S NOTICE OF LODGING MARKED DEPOSITION TRANSCRIPT EXCERPTS OF SUSANA KUEMMERLE, CARLOS GUSTAVO MACHADO GÓMEZ, LEWIS (LOUIS) SMALL AND LISA TONNU; AND COUNTER-NOTICE OF LODGING** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

00505.07975/3970422.2

Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), hereby object to MGA's Notice of Lodging Marked Deposition Transcript Excerpts of Susana Kuemmerle, Carlos Gustavo Machado Gomez, Lewis (Louis) Small and Lisa Tonnu (dated February 13, 2011, Dkt. No. 9861) as incomplete.  The Court requested that both sides submit "the 30(b)(6) transcripts, all of them" in order to have "the totality of the information" regarding the CD seized by the Mexican authorities.  2/22/11 Trial Tr., Vol. 2, at 8:7-9:14.  The deposition transcripts lodged by MGA selectively omit deposition testimony on the CD from MGA de Mexico's 30(b)(6) designee (Susana Kuemmerle), and selectively omit important deposition testimony from Susana Kuemmerle, Gustavo Machado, and Pablo Vargas.

Mattel hereby offers its own Counter-Notice of Lodging of the complete transcripts and identifies the omitted excerpts from the transcripts of the following depositions:

1.     Rule 30(b)(6) Deposition of MGA de Mexico (Susana Kuemmerle), Vol. 1, dated December 7, 2009, at 281-283. (previously lodged)

2.     Rule 30(b)(6) Deposition of MGA de Mexico (Susana Kuemmerle), Vol. 2, dated December 8, 2009, at 297-301, 309, 316, 318-319, 465-466, 491-497. (previously lodged)

3.     Rule 30(b)(6) Deposition of MGA de Mexico (Susana Kuemmerle), Vol. 3, dated December 9, 2009, at 898-899, 902, 906-907, 913, 918-919. (previously lodged)

4.     Rule 30(b)(6) Deposition of MGA de Mexico (Susana Kuemmerle), Vol. 7, dated May 5, 2010, at 1623, 1628-1631, 1654-1655, 1660-1663, 1684-1685. (previously lodged)

5.     Deposition of Gustavo Machado, Vol. 3, dated April 21, 2010, at 162-163, 226.  Exhibit A.

6.     Deposition of Gustavo Machado, Vol. 4, dated April 22, 2010, at 594-595.  Exhibit B.

1     7.    Deposition of Gustavo Machado, Vol. 5, dated April 23, 2010, at 676,
2 717-718, 769-772, 779-784.  Exhibit C.

3     8.    Deposition of Gustavo Machado, Vol. 6, dated April 24, 2010, at 1014,
4 1036, 1133-1135, 1138, 1145, 1148-1149.  Exhibit D.

5     9.    Deposition of Pablo Vargas, Vol. 2, dated June 17, 2010, at 234-238.
6 Exhibit E.

7     10.    Deposition of Pablo Vargas, Vol. 3, dated June 18, 2010, at 700-703.
8 Exhibit F.

9     11.    Deposition of Susana Kuemmerle, Vol. 1, dated January 28, 2008, at
10 119-126, 131-138, 140-147, 221-225. (previously lodged)

DATED:  February 16, 2011    QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ John B. Quinn
    John B. Quinn
    Attorneys for Mattel, Inc., and
    Mattel de Mexico. S.A. de C.V.