```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
 4  San Francisco, CA 94105
    Telephone: (415) 773-5700
 5  Facsimile: (415) 773-5759
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 6  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 7  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
 8  Telephone: (213) 629-2020
    Facsimile: (213) 612-2499
 9
    THOMAS S. McCONVILLE (State Bar No. 155905)
10  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
11  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
12  Telephone: (949) 567-6700
    Facsimile: (949) 567-6710
13
    PATRICIA L. GLASER (State Bar No. 056688)
14  pglaser@glaserweil.com
    GLASER, WEIL, FINK, JACOBS,
15    HOWARD & SHAPIRO LLP
    10250 Constellation Boulevard, 19th Floor
16  Los Angeles, CA 90067
    Tel: (310) 553-3000/Fax: (310)556-2920
17
    Attorneys for MGA Parties
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |
| AND CONSOLIDATED ACTIONS | |

The Court, having been informed by MGA Parties that the following documents have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below.

1. **DECLARATION OF GLEN LIU IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL INC.'S *DAUBERT* MOTION NO. 4 TO EXCLUDE OPINIONS AND TESTIMONY OF D. JAN DUFFY**

**IT IS HEREBY ORDERED.**

DATED: December 21, 2010

Hon. David O. Carter
United States District Judge