QUINN EMANUEL URQUHART SULLIVAN LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 7 TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/3887432.1

APPLICATION TO FILE UNDER SEAL

1     Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the following document: Mattel's Reply In Support Of Motion *in Limine* No. 7 to Bifurcate Trial of Equitable Claims and Defenses.

    This Reply references and quotes documents and testimony that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

    In light of these designations, Mattel seeks permission to file under seal Mattel's Reply In Support Of Motion *in Limine* No. 7 to Bifurcate Trial of Equitable Claims and Defenses.

DATED: January 3, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ John B. Quinn
   John B. Quinn
   Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.