QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 7 TO BIFURCATE TRIAL OF EQUITABLE CLAIMS AND DEFENSES |

00505.07975/3859662.1

[PROPOSED] ORDER

[~~PROPOS~~ED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Reply In Support Of Motion *in Limine* No. 7 to Bifurcate Trial of Equitable Claims and Defenses,

IT IS HEREBY ORDERED:

The following document is ORDERED filed under seal pursuant to Local Rule 79-5.1: Mattel's Reply In Support Of Motion *in Limine* No. 7 to Bifurcate Trial of Equitable Claims and Defenses.

DATED: Jan 4, 2011

Hon. David O. Carter
United States District Judge