ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 22 2010

CENTRAL DISTRICT OF CALIFORNIA
                                  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Discovery Cut-off: October 4, 2010<br>Pretrial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

1  Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2  application for an order to file under seal the following document:

3      1)    **THE MGA PARTIES' NOTICE OF LODGING USB DRIVE CONTAINING THE MGA PARTIES' MOTIONS *IN LIMINE***
4

5  The MGA Parties' Notice of Lodging attaches materials that Mattel and/or
6  the MGA Parties have designated "Confidential" or "Confidential – Attorneys'
7  Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049
8  DOC (RNBx), Docket Document No. 54.

9  For the foregoing reason, the MGA Parties respectfully request that the Court
10 enter the concurrently filed [Proposed] Order granting this request to file the above-
11 referenced documents under seal.

12 Dated: December 22, 2010    ORRICK, HERRINGTON & SUTCLIFFE LLP
13
14     By: _____
15         Mark P. Wine
    Attorneys for MGA Parties