# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV04-9049 DOC(RNBx) |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL |
| Date | February 11, 2011 |

Present: The Honorable  David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Jane Sutton, Maria Dellaneve, Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst, Mark Overland, Alexander Cote |

_____ Day Court Trial    17th  Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  X Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
X   Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by
_____ Motion to dismiss by    _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by    _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by    _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to    February 15, 2011 at 8:30 a.m.    for further trial.
_____ Other:

                                                                                    7  :  43
                                            Initials of Deputy Clerk   kp

cc: