# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                                           Date: February 16, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION TO EXCLUDE LISA TONNU

MGA's motion to preclude Mattel from calling Lisa Tonnu as a witness [Docket 9883] is denied. Between 2005 and 2010, Tonnu served as MGA's Director of International Tax and, later, its Vice President of Tax. Mattel has represented that it will not seek to admit the reports prepared by the Forensic Auditor appointed by Judge Larson. Mattel has also represented that it will not seek to introduce evidence of MGA's communications with the Internal Revenue Service (IRS), in light of the fact that the Court's order on MGA's motion in limine number 5 excludes such evidence as irrelevant and unduly prejudicial.

In all events, MGA is incorrect that the inadmissibility of these exhibits renders Ms. Tonnu's testimony irrelevant. Ms. Tonnu may be properly asked to testify about MGA's corporate structure, which is relevant to the potential use of Mattel's alleged trade secret information. MGA claims that it will enter into a "stipulation" with Mattel about its corporate structure, but Mattel is entitled to examine Ms. Tonnu about the development of that corporate hierarchy, the integrity of that hierarchy, and the potential use of Mattel trade secret information in developing the corporate structure.

MGA's motion is denied.

The Clerk shall serve this minute order on all parties to the action.