1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone: (213) 629-2020
   Facsimile: (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone: (949) 567-6700
   Facsimile: (949) 567-6710
14
   Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |
| AND CONSOLIDATED ACTIONS | |

[PROPOSED] ORDER GRANTING APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)

The Court, having been informed by MGA Parties that the following documents discuss or contain reference deposition transcripts that have been designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, HEREBY ORDERS that the MGA Parties may file under seal the documents listed below:

1) **MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOCK AND JAMES MALACKOWSKI;**

2) **DECLARATION OF FRANK RORIE IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOCK AND JAMES MALACKOWSKI.**

**IT IS HEREBY ORDERED.**

Dated: December 29, 2010

_____
Hon. David O. Carter
United States District Judge