QUINN EMANUEL URQUHART SULLIVAN LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 3 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>              Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:    TBD<br>Time:            TBD<br>Place:           Courtroom 9D<br><br>Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:      January 4, 2011<br>Trial Date:          January 11, 2011 |

00505.07975/3887005.1

APPLICATION TO FILE UNDER SEAL

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by

2   the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the

3   Court order filed under seal Mattel's Reply in Support of Motion to Compel Further

4   Depositions of MGA Experts Dr. Yehuda Bassok and James Malackowski.

5       Mattel's Reply in Support of Motion to Compel Further Depositions of MGA

6   Experts Dr. Yehuda Bassok and James Malackowski quotes deposition testimony

7   which has been designated "Confidential – Attorneys' Eyes Only" by Mattel and

8   MGA.

9       In light of these designations, Mattel seeks permission to file under seal

10  Mattel's Reply in Support of Motion to Compel Further Depositions of MGA

11  Experts Dr. Yehuda Bassok and James Malackowski.

13  DATED: December 31, 2010    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

By_____

Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de
Mexico, S.A. de C.V.

-1-