QUINN EMANUEL URQUHART SULLIVAN LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DEPOSITIONS OF MGA EXPERTS DR. YEHUDA BASSOK AND JAMES MALACKOWSKI |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Reply in Support of Motion to Compel Further Depositions of MGA Experts Dr. Yehuda Bassok and James Malackowski, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's Reply in Support of Motion to Compel Further Depositions of MGA Experts Dr. Yehuda Bassok and James Malackowski is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Jan 4, 2011 ~~2010~~

*David O. Carter*
Hon. David O. Carter
United States District Judge