QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY BRIEFS IN SUPPORT OF ITS MOTIONS *IN LIMINE* AND DAUBERT MOTIONS |

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Reply Briefs In Support Of Its Motions *in Limine* and Daubert Motions,

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

1. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO WHETHER MATTEL WOULD HAVE MARKETED BRATZ

2. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S PURPOSE IN FILING SUIT AND ITS ALLEGED USE OF LITIGATION AGAINST COMPETITORS AS A BUSINESS STRATEGY

3. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NOS. 3 AND 5 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO INITIAL TRIAL VERDICT, JUDGMENT, INJUNCTION AND APPEAL

4. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 11 TO EXCLUDE EVIDENCE AND ARGUMENT THAT THE MATTEL-BRYANT INVENTIONS AGREEMENT IS UNCONSCIONABLE, UNFAIR OR OTHERWISE UNENFORCEABLE, AND EVIDENCE OF OTHER VERSIONS OF MATTEL'S INVENTIONS AGREEMENTS

5. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO ACTIONS TAKEN BY OR AGAINST MATTEL EMPLOYEES NOT AT ISSUE IN THIS CASE

6. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 16 REGARDING ADVERSE INFERENCES AND PRECLUDING TESTIMONY

7. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 20 TO PRECLUDE ARGUMENTS THAT MGA'S COUNTERCLAIMS IN REPLY ALLEGATIONS SUPPORT MGA'S 2005 COMPLAINT

8. MATTEL'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 25 TO EXCLUDE EVIDENCE AND ARGUMENT RELATING TO A PRIOR CIVIL LITIGATION AND BANKRUPTCY PROCEEDING INVOLVING NON-PARTY WITNESS BRIAN WING

9. MATTEL'S REPLY IN SUPPORT OF DAUBERT MOTION *IN LIMINE* NO. 3 TO EXCLUDE OPINIONS AND TESTIMONY OF YEHUDA BASSOK

10. MATTEL'S REPLY IN SUPPORT OF DAUBERT MOTION IN LIMINE NO. 6 TO EXCLUDE OPINIONS AND REPORTS OF MGA EXPERT ERICH JOACHIMSTHALER

11. MATTEL'S REPLY IN SUPPORT OF DAUBERT MOTION *IN LIMINE* NO. 7 TO EXCLUDE OPINIONS OF SAM RUBIN REGARDING BECLEAN SOFTWARE AND EVIDENCE ELIMINATOR SOFTWARE

DATED: Jan 4, 2011

_____
Hon. David O. Carter
United States District Judge