QUINN EMANUEL URQUHART SULLIVAN LLP
   John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
   William C. Price (Bar No. 108542)
   (williamprice@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                     DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | Hon. David O. Carter |
| vs. | **APPLICATION TO FILE UNDER SEAL ADDITIONAL MATTEL REPLY BRIEFS IN SUPPORT OF ITS MOTIONS *IN LIMINE* AND DAUBERT MOTIONS** |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | |
| Defendants. | [[Proposed] Order Filed Concurrently Herewith] |
| AND CONSOLIDATED ACTIONS | Hearing Date:   TBD<br>Time:              TBD<br>Place:             Courtroom 9D |
| | Discovery Cut-off:   October 4, 2010<br>Pre-trial Conf:       January 4, 2011<br>Trial Date:            January 11, 2011 |

00505.07975/3887432.1

APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the following documents:

1.  REPLY IN SUPPORT OF MATTEL'S MOTION TO *IN LIMINE* NO. 14 TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS

2.  REPLY IN SUPPORT OF MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF E-MAIL FILTER AND TERM NHB

These Replies reference and quote documents and testimony that have been designated "Confidential – Attorneys' Eyes Only" by Mattel and the MGA Parties.

In light of these designations, Mattel seeks permission to file under seal:

3.  REPLY IN SUPPORT OF MATTEL'S MOTION TO *IN LIMINE* NO. 14 TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS

4.  REPLY IN SUPPORT OF MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF E-MAIL FILTER AND TERM NHB

DATED:  January 3, 2011          QUINN EMANUEL URQUHART & SULLIVAN. LLP


                                 By /s/ John B. Quinn
                                    John B. Quinn
                                    Attorneys for Mattel, Inc., and Mattel de Mexico. S.A. de C.V.

APPLICATION TO FILE UNDER SEAL