QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL ADDITIONAL MATTEL REPLY BRIEFS IN SUPPORT OF ITS MOTIONS *IN LIMINE* AND DAUBERT MOTIONS |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

[~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Additional Mattel Reply Briefs In Support Of Its Motions *in Limine* and Daubert Motions,

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

1. REPLY IN SUPPORT OF MATTEL'S MOTION TO *IN LIMINE* NO. 14 TO PRECLUDE MGA FROM DENYING THAT ITS ALLEGED TRADE SECRETS WERE DISCLOSED TO THE PRESS AND RETAILERS

2. REPLY IN SUPPORT OF MATTEL'S MOTION *IN LIMINE* NO. 18 TO EXCLUDE EVIDENCE, ARGUMENT OR REFERENCE TO MATTEL'S SURVEILLANCE OR "SPYING" ON ITS EMPLOYEES, AND USE OF E-MAIL FILTER AND TERM NHB

DATED: January 6, 2011

Hon. David O. Carter
United States District Judge