QUINN EMANUEL URQUHART SULLIVAN LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL'S REPLY IN SUPPORT OF MATTEL, INC'S DAUBERT MOTION IN LIMINE NO. 2 TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Hearing Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:  January 4, 2011<br>Trial Date:  January 11, 2011 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Reply in Support of Mattel Inc.'s *Daubert* Motion *In Limine* No. 2 to Exclude Opinions and Testimony of James E. Malackowski.

Mattel's Reply in Support of Mattel Inc.'s *Daubert* Motion *In Limine* No. 2 to Exclude Opinions and Testimony of James E. Malackowski quotes deposition testimony and expert reports which have been designated "Confidential – Attorneys' Eyes Only" by Mattel and MGA.

In light of these designations, Mattel seeks permission to file under seal Mattel's Mattel's Reply in Support of Motion *In Limine* to Exclude Opinions and Testimony of James Malackowski.

DATED: January 4, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By_____
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.