QUINN EMANUEL URQUHART SULLIVAN LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLY IN SUPPORT OF MATTEL, INC'S DAUBERT MOTION IN LIMINE NO. 2 TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES E. MALACKOWSKI |
|---|---|

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Reply in Support of Mattel Inc.'s *Daubert* Motion *In Limine* No. 2 to Exclude Opinions and Testimony of James E. Malackowski, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Mattel's Reply in Support of Mattel Inc.'s *Daubert* Motion *In Limine* No. 2 to Exclude Opinions and Testimony of James E. Malackowski is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: January 6, 2011

_____
Hon. David O. Carter
United States District Judge