1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    William C. Price (Bar No. 108542)
3   (williamprice@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
4   (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                       SOUTHERN DIVISION
11

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiff, | |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | APPLICATION TO FILE UNDER SEAL MATTEL'S RESPONSE TO MGA'S ASSERTION OF PRIVILEGE AS TO MGA2 3121569 |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order Filed Concurrently Herewith] |
| | Date:          TBD  Time:          TBD  Place:         Courtroom 9D |
| | Discovery Cut-off:  October 4, 2010  Pre-trial Conf:     January 4, 2011  Trial Date:         January 11, 2011 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel's Response to MGA's Assertion of Privilege as
4  to MGA2 3121569. This brief references, attaches, and quotes documents and
5  testimony that have been designated "Confidential – Attorneys' Eyes Only" by the
6  MGA Parties.
7  For the foregoing reasons, Mattel requests that the Court order that Mattel's
8  Response to MGA's Assertion of Privilege as to MGA2 3121569 be filed under
9  seal.

11  DATED: January 14, 2011          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

13                                    By /s/ Michael T. Zeller
                                      ──────────────────────────
14                                    Michael T. Zeller
                                      Attorneys for Mattel, Inc.