```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      William C. Price (Bar No. 108542)
 3    (williamprice@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 4    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100

 7  Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.
 8
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S RESPONSE TO MGA'S ASSERTION OF PRIVILEGE AS TO MGA2 3121569 |

00505.07975/3914494.1

[PROPOSED] ORDER

1 [~~PROPOSED~~] ORDER

2 Based on the concurrently filed Application to File Under Seal Mattel's
3 Response to MGA's Assertion of Privilege as to MGA2 3121569,

4 IT IS HEREBY ORDERED:

5 The following documents are ORDERED filed under seal pursuant to
6 <u>Local Rule</u> 79-5.1:

7 Mattel's Response to MGA's Assertion of Privilege as to MGA2 3121569.

8 DATED: Jan 18, 2011 ~~2010~~      Hon. David O. Carter
9                                                          United States District Judge