QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL'S MOTION IN LIMINE NO. 26 TO EXCLUDE EVIDENCE OF THE CONTENT OF BRYANT'S SETTLEMENT AGREEMENT WITH MATTEL |

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel's Motion in Limine No. 26 to Exclude Evidence of the Content of Bryant's Settlement Agreement with Mattel.

IT IS HEREBY ORDERED:

The following documents are ORDERED filed under seal pursuant to Local Rule 79-5.1:

MATTEL'S MOTION IN LIMINE NO. 26 TO EXCLUDE EVIDENCE OF THE CONTENT OF BRYANT'S SETTLEMENT AGREEMENT WITH MATTEL

DATED: Jan 18, 2011

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge