QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>             Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING OF MATERIALS RE: MGA'S ASSERTION OF PRIVILEGE WITH RESPECT TO PURPORTED INTERNAL TRADE SECRET INVESTIGATIONS**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

05.07975/3974293.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's direction earlier today, Mattel, Inc. hereby lodges the following materials regarding MGA's assertion of privilege regarding the conversation Isaac Larian claims to have had with Daphne Gronich concerning confidential Mattel information in Gustavo Machado's possession and about MGA's purported internal trade secret investigations:

1. Excerpts of the Deposition of Isaac Larian, Vol. 3, dated December 10, 2009, at 667:1–673:10, 703:11–707:18, and 708:17–711:6;

2. Excerpts of the 30(b)(6) Deposition of MGA Entertainment, Inc. (Larian), Vol. 11, dated July 7, 2010, at 2828:17–2830:12;

3. Excerpts of the Deposition of Gustavo Machado, Vol. 5, dated April 23, 2010, at 725:6–731:5;

4. Excerpts of the Deposition of Pablo Vargas, Vol. 2, dated June 17, 2010, at 258:15–262:19;

5. Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Documents Related to MGA's Internal Trade Secret Investigations, dated March 11, 2010 (Dkt No. 7633); and

6. Order Granting in Part and Denying in Part Motion to Compel Production of Documents Related to MGA's Internal Trade Secret Investigations, dated April 12, 2010 (Dkt. No. 7717).

DATED: February 17, 2011                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By: /s/ Michael T. Zeller
                                        _____
                                        Michael T. Zeller
                                        Attorneys for Mattel, Inc. and
                                        Mattel de Mexico, S.A. de C.V.

05.07975/3974293.1

-1-

NOTICE OF LODGING