UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                          Date   February 15, 2011

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson | Debbie Gale, Jane Sutton | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn, Michael Zeller, William Price | Thomas McConville, Jennifer Keller, Annette Hurst |
| | Mark Overland, Alexander Cote |

Proceedings:   STATUS CONFERENCE

    One alternate juror calls in sick.  All other jurors are present and are excused until February 16, 2011 at 8:30 a.m.  The Court conducts a hearing regarding potential recording of proceedings.  The Court calls and swears Ken Kotarski as a witness, who testifies.

    Status Conference is held re: proposed jury instructions.

|  | : |  |
|---|---|---|
|  | 2 | 14 |
| Initials of Preparer | kp | |