QUINN EMANUEL URQUHART SULLIVAN LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 19 2011
CENTRAL DISTRICT OF CALIFORNIA
           BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING:<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITION TO THE MGA PARTIES' MOTION IN LIMINE NO. 7**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 18, 2011 |

00505.07975/3565887.1

[PROPOSED] ORDER

1

2   [~~PROPOSED~~] ORDER

3   Based on the concurrently filed Application to File Under Seal Mattel's
4   Opposition to the MGA Parties' Motion *In Limine* No. 7,

5   IT IS HEREBY ORDERED:

6   Mattel's Opposition to the MGA Parties' Motion *In Limine* No. 7 is
7   ORDERED filed under seal pursuant to Local Rule 79-5.1.

8
9   DATED: Jan 19, 2011 ~~2011~~   /s/ David O. Carter
                                    Hon. David O. Carter
10                                  United States District Judge