| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | William C. Price (Bar No. 108542) |
| 3 | (williamprice@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 4 | (michaelzeller@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S SUPPLEMENTAL BRIEF REGARDING AND/OR NOTICE OF MOTION AND MOTION TO RECONSIDER COURT'S RULING ON MGA'S MOTION *IN LIMINE* NO. 7<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 18, 2011 |

00505.07975/3926116.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Supplemental Brief Regarding and/or
4  Notice of Motion and Motion to Reconsider Court's Ruling on MGA's Motion *In*
5  *Limine* No. 7.
6  Mattel's brief references in detail and quotes documents and testimony that
7  have been designated "Confidential – Attorneys' Eyes Only" by MGA, including
8  documents and testimony concerning MGA's alleged destruction, alteration and
9  spoliation of evidence that Mattel contends is relevant to this case and should have
10 been preserved.
11 In light of these designations, Mattel seeks permission to file under seal:
12 MATTEL, INC.'S SUPPLEMENTAL BRIEF REGARDING AND/OR NOTICE
   OF MOTION AND MOTION TO RECONSIDER COURT'S RULING ON
13 MGA'S MOTION IN LIMINE NO. 7
14 For the foregoing reasons, Mattel requests that the Court order that the
15 foregoing documents be filed under seal.

17 DATED: January 21, 2010    QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

19                            By /s/ Michael T. Zeller
20                            Michael T. Zeller
21                            Attorneys for Mattel, Inc. and Mattel de
                              Mexico, S.A. de C.V.