QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING:<br><br>**APPLICATION TO FILE UNDER SEAL MATTEL'S OPPOSITION TO THE MGA PARTIES' CORRECTED MOTION *IN LIMINE* NO. 42 TO PRECLUDE EVIDENCE REGARDING DISCREDITED TRADE SECRET CATEGORIES**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Trial Date: January 18, 2011 |

00505.07975/3565887.1

[PROPOSED] ORDER

# [PR~~OPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Opposition to the MGA Parties' Corrected Motion In Limine No. 42 to Preclude Evidence Regarding Discredited Trade Secret Categories,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Opposition to the MGA Parties' Corrected Motion In Limine No. 42 to Preclude Evidence Regarding Discredited Trade Secret Categories is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Jan 20, 2011

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge