QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 24 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED SUPPLEMENTAL BRIEF REGARDING AND/OR NOTICE OF MOTION AND MOTION TO RECONSIDER COURT'S RULING ON MGA'S MOTION *IN LIMINE* NO. 7<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:         TBD<br>Time:        TBD<br>Place:       Courtroom 9D<br><br>Pre-trial Conf:   January 4, 2011<br>Trial Date:        January 18, 2011 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the
3  Court order filed under seal Mattel, Inc.'s Corrected Supplemental Brief Regarding
4  and/or Notice of Motion and Motion to Reconsider Court's Ruling on MGA's
5  Motion *In Limine* No. 7.
6  Mattel's brief references in detail and quotes documents and testimony that
7  have been designated "Confidential – Attorneys' Eyes Only" by MGA, including
8  documents and testimony concerning MGA's alleged destruction, alteration and
9  spoliation of evidence that Mattel contends is relevant to this case and should have
10 been preserved.
11 In light of these designations, Mattel seeks permission to file under seal:
12 MATTEL, INC.'S CORRECTED SUPPLEMENTAL BRIEF REGARDING
   AND/OR NOTICE OF MOTION AND MOTION TO RECONSIDER COURT'S
13 RULING ON MGA'S MOTION IN LIMINE NO. 7
14 For the foregoing reasons, Mattel requests that the Court order that the
15 foregoing documents be filed under seal.

17 DATED: January 24, 2010          QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP

19                                   By /s/ Michael T. Zeller
20                                   ─────────────────────────
                                     Michael T. Zeller
21                                   Attorneys for Mattel, Inc. and Mattel de
                                     Mexico. S.A. de C.V.