QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S CORRECTED SUPPLEMENTAL BRIEF REGARDING AND/OR NOTICE OF MOTION AND MOTION TO RECONSIDER COURT'S RULING ON MGA'S MOTION IN LIMINE NO. 7 |

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Corrected Supplemental Brief Regarding and/or Notice of Motion and Motion to Reconsider Court's Ruling on MGA's Motion *In Limine* No. 7,

IT IS HEREBY ORDERED:

The following document is ORDERED filed under seal pursuant to Local Rule 79-5.1:

MATTEL, INC.'S CORRECTED SUPPLEMENTAL BRIEF REGARDING AND/OR NOTICE OF MOTION AND MOTION TO RECONSIDER COURT'S RULING ON MGA'S MOTION IN LIMINE NO. 7

DATED: Jan 24, 2011

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge