FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB -1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     William C. Price (Bar No. 108542)
3    (williamprice@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
4    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11

MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,

   Plaintiffs,

   vs.

MGA ENTERTAINMENT, INC., a California corporation, et. al.,

   Defendants.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

APPLICATION TO FILE UNDER SEAL MATTEL, INC'S REPLY IN RESPONSE TO MGA'S ASSERTION OF PRIVILEGE AS TO MGA2 3121569

[[Proposed] Order Filed Concurrently Herewith]

Date:        TBD
Time:        TBD
Place:       Courtroom 9D

Pre-trial Conf:   January 4, 2011
Trial Date:       January 18, 2011

1. Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Reply in Response to MGA's Assertion of Privilege as to MGA2 3121569.

2. Mattel's Reply in Response to MGA's Assertion of Privilege as to MGA2 3121569 contains quotations from documents that have been designated "Confidential – Attorneys' Eyes Only" by the MGA Parties.

3. In light of these designations, Mattel seeks permission to file under seal its Reply in Response to MGA's Assertion of Privilege as to MGA2 3121569.

4. For the foregoing reasons, Mattel requests that the Court order that Mattel's Reply in Response to MGA's Assertion of Privilege as to MGA2 3121569 be filed under seal.

DATED: February 1, 2011

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.