QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL MATTEL, INC'S REPLY IN RESPONSE TO MGA'S ASSERTION OF PRIVILEGE AS TO MGA2 3121569 |

00505.07975/3944863.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal the Mattel's Reply in Response to MGA's Assertion of Privilege as to MGA2 3121569,

IT IS HEREBY ORDERED:

Mattel's Reply in Response to MGA's Assertion of Privilege as to MGA2 3121569 is ORDERED filed under seal pursuant to Local Rule 79-5.1

DATED:  Feb 1 , 2011  */s/ David O. Carter*
Hon. David O. Carter
United States District Judge