| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
| | wparker@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 5 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| 6 | |
| | WILLIAM A. MOLINSKI (State Bar No. 145186) |
| 7 | wmolinski@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Telephone: (213) 629-2020 |
| | Facsimile: (213) 612-2499 |
| 10 | |
| | THOMAS S. MCCONVILLE (State Bar No. 155905) |
| 11 | tmcconville@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2258 |
| 13 | Telephone: (949) 567-6700 |
| | Facsimile: (949) 567-6710 |
| 14 | |
| | Attorneys for MGA Parties |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Trial Date: January 11, 2011 |

1  Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this
2  application for an order to file under seal the following document:

3      1)     **THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S JANUARY 28, 2011 ORDER**
4

5  The MGA Parties' Notice of Lodging attaches materials that Mattel and/or
6  the MGA Parties have designated "Confidential" or "Confidential – Attorneys'
7  Eyes Only" pursuant to the protective order in this case. *See* Case No. CV 04-9049
8  DOC (RNBx), Docket Document No. 54.

9  For the foregoing reason, the MGA Parties respectfully request that the Court
10 enter the concurrently filed [Proposed] Order granting this request to file the above-
11 referenced documents under seal.

12 Dated: February 2, 2011      ORRICK, HERRINGTON & SUTCLIFFE LLP
13
14      By: _____
15      Thomas S. McConville
     Attorneys for MGA Parties