ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone:  (949) 567-6700
Facsimile:   (949) 567-6710

Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
DEP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |

1    The Court, having been informed by MGA Parties that the following

2    documents discuss or contain reference deposition transcripts that have been

3    designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY"

4    under the Protective Order, HEREBY ORDERS that the MGA Parties may file

5    under seal the document listed below:

6    **THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE**

7    **COURT'S JANUARY 28, 2011 ORDER.**

8    **IT IS HEREBY ORDERED**.

9

10   Dated: _____Feb 2_____, 2010

11                                           *David O. Carter*

12   _____

                                         Hon. David O. Carter
13                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)