1          **UNITED STATES DISTRICT COURT**

2          **CENTRAL DISTRICT OF CALIFORNIA**

3      **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                 - - - - - - -

5
   MATTEL, INC., et al.,              )
6                                     )
              Plaintiffs,             )
7                                     )
          vs.                         ) No. CV 04-9049 DOC
8                                     )    Day 19
   MGA ENTERTAINMENT, INC., et al.,   )    Volume 1 of 4
9                                     )
                                      )
10             Defendants.            )
   _____)

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                    Jury Trial

16               Santa Ana, California

17            Thursday, February 17, 2011

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141
24

25   04cv9049 Mattel 2011-02-17 D19V1

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 2 of 136   Page ID #:302425
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

2

1    **APPEARANCES OF COUNSEL:**

2

     FOR PLAINTIFF MATTEL, INC., ET AL.:
3
               QUINN EMANUEL URQUHART & SULLIVAN
4              BY:  JOHN QUINN
                    WILLIAM PRICE
5                   MICHAEL T. ZELLER
                    Attorneys at Law
6              865 South Figueroa Street
               10th Floor
7              Los Angeles, California 90017
               (213) 443-3000
8

9

10

11   FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

12             ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
               BY:  THOMAS S. McCONVILLE
13                  Attorney at Law
               4 Park Plaza
14             Suite 1600
               Irvine, California 92614
15             (949) 567-6700

16             - AND -

17             ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
               BY:  ANNETTE L. HURST
18                  Attorney at Law
               405 Howard Street
19             San Francisco, California 94105
               (415)773-5700
20
               - AND -
21
               KELLER RACKAUCKAS
22             BY:  JENNIFER KELLER
                    Attorney at Law
23             18500 Von Karman Avenue
               Suite 560
24             Irvine, California 92612
               (949) 476-8700
25

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB Document 10028 Filed 02/18/11 Page 3 of 136 Page ID #:302426
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

3

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

4
           LAW OFFICES OF MARK E. OVERLAND
5          By:  MARK E. OVERLAND
                Attorney at Law
6          100 Wilshire Boulevard
           Suite 950
7          Santa Monica, California 90401
           (310) 459-2830
8
           - AND -
9
           SCHEPER KIM & HARRIS LLP
10         BY:  ALEXANDER H. COTE
                Attorney at Law
11         601 West 5th Street
           12th Floor
12         Los Angeles, California 90071
           (213) 613-4660
13

14   ALSO PRESENT:

15         MGA ENTERTAINMENT, INC.
           BY:  JEANINE PISONI
16              Attorney at Law
           16360 Roscoe Boulevard
17         Suite 105
           Van Nuys, California 91406
18

19         ROBERT ECKERT, Mattel CEO

20         ISAAC LARIAN, MGA CEO

21         KEN KOTARSKI, Mattel Technical Operator

22         MIKE STOVALL, MGA Technical Operator

23         RACHEL JUAREZ, Quinn Emanuel Urquart & Sullivan

24

25

<u>I N D E X</u>

**PROCEEDINGS**                                                      **PAGE**

Evidentiary Hearing                                              7
Examination by Mr. Zeller                                        8

**I N D E X**

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|
| LARIAN, Isaac | | | | |
| By Ms. Keller | | 31 | | |

**EXHIBITS**

| EXHIBIT NO. | IDENTIFICATION | IN EVIDENCE |
|-------------|----------------|-------------|
| 580 | December 2000 "Bratz" trademark application | 61 |
| 581 | December 2000 "Yasmin" trademark application | 61 |
| 582 | December 2000 "Sasha" trademark application | 62 |
| 583 | December 2000 "Cloe" trademark application | 62 |
| 584 | December 2000 "Jade" trademark application | 62 |
| 5122 | ConsumerQuest report on Bratz TV creative development focus groups | 91 |
| 11902 | E-mail chain from Mr. Larian to Ms. Garcia and Mr. Djiguerian | 130 |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB  Document 10028  Filed 02/18/11  Page 5 of 136  Page ID #:302428
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

5

**EXHIBITS (Continued)**

| EXHIBIT NO. | IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| 21973 | MGA Entertainment 2002 media expenditures | 88 |
| 27241 | 2010 sales report - June to September | 128 |
| 27261 | 2004 sales report | 126 |
| 27262 | 2005 sales report | 126 |
| 27263 | 2006 sales report | 126 |
| 27264 | 2007 sales report | 126 |
| 27265 | 2008 sales report | 127 |
| 27266 | 2009 sales report | 127 |
| 27267 | 2010 sales report - January to May | 127 |
| 27268 | 2001 sales report | 125 |
| 27331 | 2003 sales report | 125 |
| 31401 | Assignment agreement between MGA and Lovins | 65 |
| 34790 | Photos of Bratz themes for various years | 101 |
| 35119 | Photo of new Bratz characters | 92 |
| 35120 | Photos of new Bratz characters for 2002 | 95 |
| 35121 | Photos of new Bratz characters for 2003 | 98 |
| 35145 | Consumer Quest research report dated 1/29/2002 | 34 |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 6 of 136   Page ID #:302429
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

6

1                        **EXHIBITS (Continued)**

2       **EXHIBIT NO.**                    **IDENTIFICATION      IN EVIDENCE**

3

4        35171   2002 sales report                              125

5        35182   Status report showing                          68
                 worldwide trademark
6                portfolio

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEBBIE GALE, U.S. COURT REPORTER

|   | |
|---|---|
| 1 | **SANTA ANA, CALIFORNIA, THURSDAY, FEBRUARY 17, 2011** |
| 2 | **Day 19, Volume 1 of 4** |
| 3 | (7:36 a.m.) |
| 4 | **EVIDENTIARY HEARING** |
| 5 | *(Outside the presence of the jury.)* |
| 6 | THE COURT:  All right.  Then we're on the record. |
| 7 | Counsel are present.  The jury, of course, is not present. |
| 8 | Counsel, you represented and hoped that |
| 9 | Ms. McClusky would be present.  Do you know if she is here? |
| 10 | MR. McCONVILLE:  Right here, Your Honor. |
| 11 | THE COURT:  Thank you.  It's nice to see you. |
| 12 | First of all, I'd like to extend my appreciation for you |
| 13 | coming out so quickly.  I know how difficult that is.  Would |
| 14 | you come forward, please, and raise your right hand. |
| 15 | **CHARLOTTE MAIN, WITNESS, SWORN** |
| 16 | THE WITNESS:  Yes. |
| 17 | THE COURT:  Thank you. |
| 18 | If you would please take the witness stand, and |
| 19 | once again, let me extend to you my sincere appreciation. |
| 20 | We're trying to keep a case moving forward.  It's |
| 21 | inconveniencing a lot of people, but by the same token, it |
| 22 | ought to be 10:00 o'clock back home where you are. |
| 23 | Hopefully, we'll get you out of here. |
| 24 | THE WITNESS:  Thank you. |
| 25 | THE COURT:  State your full name for the record, |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 8 of 136   Page ID #:302431
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

8

07:37   1    please.

07:37   2              THE WITNESS:  My current name is Charlotte Kay

07:37   3    Main.

07:37   4              THE COURT:  Would you spell your last name.

07:37   5              THE WITNESS:  M-A-I-N.

07:37   6              THE COURT:  And you've been referred to as

07:37   7    McClusky.  Was that your prior name before?

07:37   8              THE WITNESS:  It was McClusky, yes.

07:37   9              THE COURT:  I've heard both versions.

07:37   10             Counsel, your questions, please.

07:37   11                          **EXAMINATION**

07:37   12   BY MR. ZELLER:

07:37   13   Q.   Good morning.  Your married name is Charlotte Main?

07:37   14   A.   That's actually my divorced name.

07:37   15   Q.   Your current name is Charlotte Main?

07:37   16   A.   That's correct.

07:37   17   Q.   And you previously was -- were known as Charlotte

07:37   18   McClusky?

07:37   19   A.   That's correct.

07:37   20   Q.   Currently, you're a shareholder at the law firm of

07:37   21   Littler Mendelson?

07:37   22   A.   Littler Mendelson, yes.

07:37   23   Q.   And how long have you been with that firm?

07:37   24             THE COURT:  Just a moment.  Where are you located?

07:37   25             THE WITNESS:  I'm located in Atlanta.

| | | |
|---|---|---|
| 07:37 | 1 | THE COURT: Atlanta, Georgia? |
| 07:37 | 2 | THE WITNESS: Yes. |
| 07:37 | 3 | THE COURT: Thank you very much. |
| 07:38 | 4 | BY MR. ZELLER: |
| 07:38 | 5 | Q. And how long have you been with the Littler law firm? |
| 07:38 | 6 | A. I've been with Littler since September 2001. |
| 07:38 | 7 | Q. Prior to the time you became a shareholder -- which, by |
| 07:38 | 8 | the way, that essentially is a partner? |
| 07:38 | 9 | A. It's a -- yeah, a partner in a corporation as a |
| 07:38 | 10 | shareholder. |
| 07:38 | 11 | Q. And you were an associate prior to the time that you |
| 07:38 | 12 | became a shareholder? |
| 07:38 | 13 | A. That's correct. |
| 07:38 | 14 | Q. And back in the 2004 time period, were you an |
| 07:38 | 15 | associate? |
| 07:38 | 16 | A. I was. |
| 07:38 | 17 | Q. Now, Littler Mendelson, for a period of time, |
| 07:38 | 18 | represented Carter Bryant in the Mattel v. MGA litigation? |
| 07:38 | 19 | A. Correct. |
| 07:38 | 20 | Q. And Littler represented Carter Bryant in the 2004 time |
| 07:38 | 21 | period; is that true? |
| 07:38 | 22 | A. I believe so. |
| 07:38 | 23 | Q. And you worked on that case in the 2004 time period? |
| 07:38 | 24 | A. In a very limited capacity. |
| 07:38 | 25 | Q. And that's actually why I think what brings you here |

07:38   1   today.

07:38   2       By the way, did you know that there was a joint defense

07:38   3   agreement between MGA and Carter Bryant back in the 2004

07:39   4   time period?

07:39   5   A.   I did.

07:39   6   Q.   At some point you were given the task to go collect a

07:39   7   notary book there in Atlanta?

07:39   8   A.   That's correct.

07:39   9   Q.   You did go and do that, and you collected a notary book

07:39   10  from someone named Jacqueline Prince?

07:39   11  A.   That's correct.

07:39   12        THE COURT:  Just a moment.  When you say in some

07:39   13  period of time, can you tell me approximately when that was?

07:39   14        THE WITNESS:  It was in, I believe, July of 2004.

07:39   15        THE COURT:  Thank you very much.

07:39   16        MR. ZELLER:  And, Your Honor, we have a letter, I

07:39   17  think, that memorializes that.

07:39   18        THE COURT:  Well, I'd like to hear from the

07:39   19  witness.  Thank you.

07:39   20        Notary book collected July 2004.

07:39   21        MR. ZELLER:  Correct.  Thank you.

07:39   22        THE COURT:  And we know who she is, but would you

07:39   23  tell us who Jacqueline Prince is.

07:39   24        THE WITNESS:  My understanding at the time was

07:39   25  Jacqueline Prince was a coworker of Mr. Bryant's, and she

07:40   1    also happened to be a California notary at the time that

07:40   2    they worked together.

07:40   3                THE COURT:  And once again, I know what company,

07:40   4    but what company was she working for?

07:40   5                THE WITNESS:  Mattel.

07:40   6                THE COURT:  Okay.  Thank you.

07:40   7    BY MR. ZELLER:

07:40   8    Q.   But she was not with Mattel at the time that you went

07:40   9    and got the notary book from her, correct?

07:40   10   A.   That's correct.

07:40   11               THE COURT:  Can you tell me who she was with at

07:40   12   that time in July 2004, if you know?

07:40   13               THE WITNESS:  I cannot.  I don't know.  And

07:40   14   frankly, when I say that she was not with Mattel, that's

07:40   15   bassed solely on her representation to me.  I don't have any

07:40   16   personal knowledge of that.

07:40   17               THE COURT:  Counsel, I want to know where

07:40   18   physically the notary book was picked up from.

07:40   19   BY MR. ZELLER:

07:40   20   Q.   Prior to the time that you actually physically went and

07:40   21   got the notary book from Ms. Prince, did you have any sort

07:40   22   of contact with her?

07:40   23   A.   I believe I had one telephone call with her.

07:40   24   Q.   Was anyone else on that call?

07:41   25   A.   No.

DEBBIE GALE, U.S. COURT REPORTER

07:41  1   Q.   And I take it that someone gave you a direction to
07:41  2   contact Ms. Prince to make arrangements to get the notary
07:41  3   book?
07:41  4   A.   That's correct.
07:41  5   Q.   Who did that?
07:41  6   A.   Uh, to the best of my recollection, my direction came
07:41  7   from a shareholder at Littler Mendelson as well as Dale
07:41  8   Cendali from O'Melveny & Myers.
07:41  9           THE COURT:   It's C-E-N-D-A-L-I, D-A-L-E.
07:41  10  BY MR. ZELLER:
07:41  11  Q.   You said there was another shareholder from Littler who
07:41  12  was also involved.  Who was that person?
07:41  13  A.   Keith Jacobi.
07:41  14          THE COURT:   And his name is Keith Jacobi?
07:41  15          THE WITNESS:   Uh-huh.
07:41  16          THE COURT:   And once again, because I'm taking
07:41  17  notes slowly, Keith Jacobi is employed by?
07:42  18          THE WITNESS:   Littler.  He was a shareholder -- or
07:42  19  is a shareholder at Littler and was a shareholder at the
07:42  20  time.
07:42  21          THE COURT:   And of course, Dale Cendali is with
07:42  22  O'Melveny.
07:42  23          THE WITNESS:   Correct, Your Honor.
07:42  24          THE COURT:   And can you tell me at the time what
07:42  25  O'Melveny & Myers' relationship was to Mr. Carter?

DEBBIE GALE, U.S. COURT REPORTER

07:42   1          THE WITNESS:  I'm not sure.  I understood there

07:42   2   was a joint defense agreement between MGA and Carter Bryant.

07:42   3   I understood that Littler represented Carter Bryant.  And

07:42   4   that's about the extent of my knowledge.

07:42   5          THE COURT:  Thank you.

07:42   6   BY MR. ZELLER:

07:42   7   Q.   Did you know who was paying Littler's fees at that

07:42   8   time?

07:42   9   A.   No.

07:42   10  Q.   You didn't have any knowledge of that?

07:42   11  A.   Nope -- no.  Sorry.

07:42   12         THE COURT:  That's okay.  You can say "Nope."  It

07:42   13  has the same meaning as "No."  I'm just joking with you.

07:42   14  BY MR. ZELLER:

07:42   15  Q.   So you had the telephone call with Ms. Prince prior to

07:42   16  collecting the notary book.  What was the gist of that

07:42   17  conversation?

07:42   18  A.   The gist of the conversation was to coordinate my visit

07:42   19  to her residence to, um, speak with her and obtain the

07:43   20  notary book.

07:43   21  Q.   So it was arranging for you to go to a location to pick

07:43   22  it up?

07:43   23  A.   That's correct.

07:43   24  Q.   And where did you go pick it up from Ms. Prince?

07:43   25  A.   From her residence in Lawrenceville, Georgia.

07:43  1        THE COURT:  She was down in Lawrenceville,

07:43  2  Georgia, at the time.

07:43  3        THE WITNESS:  That's correct.

07:43  4  BY MR. ZELLER:

07:43  5  Q.   That's a suburb of Atlanta?

07:43  6  A.   Yes.

07:43  7  Q.   And so I take it you actually went to her home and

07:43  8  you -- you saw Jacqueline Prince when you obtained the

07:43  9  notary book?

07:43  10  A.   I did.

07:43  11  Q.   Was anyone else with you?

07:43  12  A.   No.

07:43  13  Q.   Was anyone else at her house that you knew of?

07:43  14  A.   No.

07:43  15  Q.   Did you talk to her when you took the notary book?

07:43  16  A.   I did.

07:43  17  Q.   What did you talk about?

07:43  18  A.   We sat at her kitchen table, and she explained how she

07:43  19  became a notary.  Um, she explained her relationship, to

07:43  20  some extent, with Mr. Bryant.  Um, I --

07:43  21        THE COURT:  Tell us the actual conversation.

07:43  22        THE WITNESS:  To the best of my recollection, um,

07:44  23  she explained that she used to work with Mr. Bryant at

07:44  24  Mattel in California; that they were -- she had a phrase for

07:44  25  it.  I forget what it was.  They weren't necessarily

DEBBIE GALE, U.S. COURT REPORTER

07:44  1    friends, but they were colleagues and friendly.

07:44  2          THE COURT:  One of the things I'm going to be most

07:44  3    interested in eventually -- because it's not a deposition

07:44  4    you're going through right now -- is if there was any

07:44  5    conversation concerning her duties and responsibilities

07:44  6    regarding her position as a notary, and if there was any

07:44  7    discussion concerning why the notary book was being released

07:44  8    to you.

07:44  9          THE WITNESS:  Um, with regard to the first issue,

07:44  10   discussions about her duties and responsibilities as a

07:44  11   notary, there was some limited discussion of that.

07:44  12         THE COURT:  Well, we've got all day.

07:44  13         THE WITNESS:  Okay.

07:44  14         THE COURT:  If you need to take some time.  Don't

07:44  15   feel pressured now.  Step off the stand, and we can have you

07:44  16   back, but I'd like to hear what that discussion was.

07:44  17         THE WITNESS:  Sure.  To the best of my

07:44  18   recollection --

07:44  19         THE COURT:  Don't worry about that.

07:44  20         THE WITNESS:  Okay.

07:44  21         THE COURT:  "Best of my recollection" doesn't mean

07:45  22   anything.  I want to hear exactly what you heard.

07:45  23         THE WITNESS:  Okay.  She explained to me that she

07:45  24   had to take a test to become a notary.

07:45  25         THE COURT:  Okay.

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 16 of 136   Page ID #:302439
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

16

07:45  1          THE WITNESS:  I was not familiar with California

07:45  2     notary books, which are unfamiliar to me.  We don't have

07:45  3     such things in Georgia or any other state in which I'm

07:45  4     licensed.  She explained that she had to take a test; that

07:45  5     it was her responsibility to maintain, um, the security of

07:45  6     the book.  We talked a bit about the thumbprint and the

07:45  7     necessity for the witness or the person whose signature is

07:45  8     being notarized to provide a thumbprint, and she described

07:45  9     to me the measures she took to keep the notary book secure

07:45  10    from her move from California to Georgia.

07:45  11         THE COURT:  Now, let me stop for just a moment.

07:45  12         That's a very good summary.

07:45  13         As an aside not connected to the case, I think

07:46  14    Georgia is one of the states where counsel are used even in

07:46  15    real estate transactions; I forget.  But the idea of

07:46  16    notaries, et cetera, we've somewhat given up the legal

07:46  17    profession to other professions on occasion.  I think

07:46  18    Georgia is one of those.  Even the real estate transactions

07:46  19    rely upon counsel, don't they?

07:46  20         THE WITNESS:  They do.

07:46  21         THE COURT:  And my primary reason for having you

07:46  22    out here and hopefully having you testify today is to find

07:46  23    out, frankly, why the notary would turn over a notary book

07:46  24    to -- not you personally, but to anyone.

07:46  25         THE WITNESS:  Uh-huh.

07:46  1          THE COURT:  And what the conversations were

07:46  2   surrounding that and if she expressed some concern.

07:46  3          I mean, if you came to me and you wanted my notary

07:46  4   book and I had a duty not to give that out, I might say to

07:46  5   you, "Why?"  Okay.  So instead of summaries, take all the

07:47  6   time you want.  I'm not too concerned that, you know, it's

07:47  7   7:45 in the morning.

07:47  8          You can take your time, and we'll courteously get

07:47  9   to you today, but I will want to hear the conversation.  And

07:47  10  how long we take to get there with Mr. Zeller might be

07:47  11  hours.  Okay?  But I want to hear it.

07:47  12         So you tell me in your own words.

07:47  13         THE WITNESS:  If I understand Your Honor

07:47  14  correctly, you're primarily concerned with the question of

07:47  15  why, if she expressed any concern about why she was being

07:47  16  asked to turn that over?

07:47  17         THE COURT:  If a notary has a duty to keep a

07:47  18  notary book secure.

07:47  19         THE WITNESS:  She didn't --

07:47  20         THE COURT:  And counsel, you know, comes to a

07:47  21  notary and asks to have that turned over to them.

07:47  22         THE WITNESS:  She did not express any concern

07:47  23  about --

07:47  24         THE COURT:  No concern?

07:47  25         THE WITNESS:  No.  I will clarify by saying that I

DEBBIE GALE, U.S. COURT REPORTER

07:47  1  offered her a letter as a form of a receipt.  That was my

07:48  2  idea as a junior attorney.  I thought it was a good idea.

07:48  3  And in order to maintain the chain of custody, I wanted to

07:48  4  document that in some way.

07:48  5          THE COURT:  I can see why you're a senior partner

07:48  6  or whatever now.  It's very wise advice.

07:48  7          THE WITNESS:  Thank you.

07:48  8          THE COURT:  You must have known in your mind that

07:48  9  there might be some concern.

07:48  10          THE WITNESS:  My concern was with the chain of

07:48  11  custody.

07:48  12          THE COURT:  I see.  Not whatever duty may exist

07:48  13  concerning the notary and the notary keeping security of her

07:48  14  notary book.

07:48  15          THE WITNESS:  Not at all.

07:48  16          THE COURT:  Was this a California notary book?

07:48  17          THE WITNESS:  It was.  That's what it was

07:48  18  represented to be.

07:48  19          THE COURT:  I want to go back to the conversation,

07:48  20  then.  You're sitting at the kitchen table.  She tells you

07:48  21  some history about her becoming a notary.

07:48  22          THE WITNESS:  Uh-huh.

07:48  23          THE COURT:  And then, please continue.  Tell me

07:48  24  what you talked about.

07:48  25          THE WITNESS:  She talked about, um, her

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 19 of 136   Page ID #:302442
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

19

| | | |
|---|---|---|
| 07:48 | 1 | relationship with Carter Bryant.  She described him as a |
| 07:48 | 2 | friend, but not a close friend.  She told me about how he |
| 07:48 | 3 | had called her and asked her if he could contact her at home |
| 07:49 | 4 | regarding notarizing some pictures or drawings; that she |
| 07:49 | 5 | said, "Sure, come on over."  Um, she told me that either |
| 07:49 | 6 | that day or the following day he came over to her home.  Um, |
| 07:49 | 7 | they chatted about the pictures and the drawings; that she |
| 07:49 | 8 | questioned him about whether she could notarize a drawing |
| 07:49 | 9 | and told him that she could notarize his signature on the |
| 07:49 | 10 | drawing. |
| 07:49 | 11 |            THE COURT:  I see. |
| 07:49 | 12 |            THE WITNESS:  She told me that he seemed satisfied |
| 07:49 | 13 | with that.  And they talked briefly about the drawings.  Um, |
| 07:49 | 14 | I recall that they talked about her impressions that they |
| 07:49 | 15 | were cool and pretty.  Um, and they talked about his time in |
| 07:49 | 16 | Missouri with his family, um, and that he told her that was |
| 07:50 | 17 | when the drawings were made. |
| 07:50 | 18 |            THE COURT:  Okay. |
| 07:50 | 19 |            THE WITNESS:  Um, they also then talked about some |
| 07:50 | 20 | personal matters in her life -- I don't recall what they |
| 07:50 | 21 | were -- and that he was supportive of her.  And that's what |
| 07:50 | 22 | I recall about what she told me about their conversation. |
| 07:50 | 23 |            THE COURT:  Then I'll let counsel ask you some |
| 07:50 | 24 | additional questions, but that gives me a good overall view. |
| 07:50 | 25 |            Thank you very much. |

| | | |
|---|---|---|
| 07:50 | 1 | Counsel. |
| 07:50 | 2 | BY MR. ZELLER: |
| 07:50 | 3 | Q.   Did you discuss with her at that time that California |
| 07:50 | 4 | law required that when her commission expired or when she |
| 07:50 | 5 | moved out of state, she was required to send the notary book |
| 07:50 | 6 | to the California Secretary of State? |
| 07:50 | 7 | A.   Not at all. |
| 07:50 | 8 | Q.   Was that something you were aware of? |
| 07:50 | 9 | A.   No. |
| 07:50 | 10 | Q.   I take it you don't have any explanation as to why that |
| 07:50 | 11 | requirement was not followed with this notary book; is that |
| 07:50 | 12 | true? |
| 07:50 | 13 | A.   I don't know that that is a requirement.  I didn't know |
| 07:51 | 14 | it then.  I don't know it today. |
| 07:51 | 15 | Q.   Assuming it is, I take it you have no explanation as to |
| 07:51 | 16 | why that was not followed? |
| 07:51 | 17 | A.   No. |
| 07:51 | 18 | THE COURT:  We're going to have to cease this |
| 07:51 | 19 | initial conversation with you in just about five minutes, |
| 07:51 | 20 | and I apologize.  I've got another conference I've got to |
| 07:51 | 21 | do. |
| 07:51 | 22 | MS. HURST:  I do have a few questions. |
| 07:51 | 23 | BY MR. ZELLER: |
| 07:51 | 24 | Q.   What was your understanding as to why Ms. Prince was |
| 07:51 | 25 | giving you the notary book? |

07:51   1   A.   I didn't have an understanding.  I was following

07:51   2   instructions.

07:51   3   Q.   Did you tell her that there was a lawsuit?

07:51   4   A.   I don't recall telling her that.

07:51   5   Q.   Did you give her any justification as to why she was

07:51   6   turning it over to you?

07:51   7   A.   Not that I recall.

07:51   8         THE COURT:  So you were really following the

07:51   9   directions of Dale Cendali?

07:51   10         THE WITNESS:  I was.

07:51   11         THE COURT:  You were a junior associate at that

07:51   12   time?

07:51   13         THE WITNESS:  That's correct.  I was an associate

07:51   14   with a car and availability and a knowledge of

07:51   15   Lawrenceville, Georgia.

07:52   16   BY MR. ZELLER:

07:52   17   Q.   Was it your understanding that Dale Cendali had spoken

07:52   18   or communicated with Ms. Prince prior to that time?

07:52   19   A.   Yes.

07:52   20   Q.   Do you know what she said?

07:52   21   A.   I don't.

07:52   22   Q.   Did you know that there was an e-mail exchange or a

07:52   23   series of e-mail exchanges between Dale Cendali and Ramona

07:52   24   Prince?

07:52   25   A.   I did not.

07:52  1   Q.   I take it you've never seen them?

07:52  2   A.   No.

07:52  3   Q.   Do you have any explanation as to why MGA never

07:52  4   produced them in this case?

07:52  5   A.   I didn't know that they existed, so, no.

07:52  6   Q.   Did you tell her during the course of this conversation

07:52  7   or do you know if anyone told her that the reason why MGA

07:52  8   and Bryant wanted the notary book was for a matter that was

07:52  9   adverse to Mattel?

07:52  10  A.   I think there's two questions in there, but I -- no, I

07:52  11  think is the answer to both of them.

07:52  12  Q.   And, by the way, I take it that you actually saw the

07:52  13  notary book when you picked it up?

07:52  14  A.   I did.

07:52  15       MR. ZELLER:  Perhaps if we can show the witness

07:53  16  Exhibit 60, which is the original of the notary book and

07:53  17  confirm that that is what you picked up.

07:53  18       THE COURT:  And I'm also wondering at the same

07:53  19  time if the notary book was opened in your presence by

07:53  20  either you or the notary and if you looked at the page where

07:53  21  Carter Bryant had notarized the drawings.

07:53  22       THE WITNESS:  Yes, Your Honor.  This -- in answer

07:53  23  to the first question, this is the notary book that -- and

07:53  24  packet -- satchel.

07:53  25       THE COURT:  And the second question would be, did

| 07:53 | 1 | the notary or did you -- were you able to open the book and |
| 07:53 | 2 | look specifically at the page where the notarization had |
| 07:53 | 3 | taken place? |
| 07:53 | 4 | THE WITNESS:  Yes. |
| 07:53 | 5 | THE COURT:  Okay. |
| 07:53 | 6 | Counsel. |
| 07:53 | 7 | BY MR. ZELLER: |
| 07:53 | 8 | Q.   And do you recall exactly what that entry said? |
| 07:53 | 9 | A.   I don't. |
| 07:53 | 10 | Q.   If you take a look at the notary book entry now, would |
| 07:53 | 11 | you be able to confirm one way or another whether that's |
| 07:53 | 12 | exactly how it looked when you picked it up? |
| 07:54 | 13 | A.   I believe so. |
| 07:54 | 14 | Q.   And so you just looked at it now? |
| 07:54 | 15 | A.   I've just opened to the first page where it says, |
| 07:54 | 16 | "Introduction." |
| 07:54 | 17 | Q.   Well, I'm asking you to take a look at the particular |
| 07:54 | 18 | entry relating to Carter Bryant. |
| 07:54 | 19 | MS. HURST:  It's page 11, Ms. Main. |
| 07:54 | 20 | THE COURT:  There's a screen behind you and also |
| 07:54 | 21 | off to the side. |
| 07:54 | 22 | THE WITNESS:  Thank you. |
| 07:54 | 23 | THE COURT:  Hopefully, you've got three screens |
| 07:54 | 24 | that you can look at as well as the book. |
| 07:54 | 25 | THE WITNESS:  Yes. |

07:54   1           THE COURT:  And so, I'm sorry, you've reviewed

07:54   2   this now?

07:54   3           THE WITNESS:  I have.

07:54   4   BY MR. ZELLER:

07:54   5   Q.   And you can tell us that that's exactly the same as

07:55   6   when you saw it?

07:55   7   A.   It appears to be, yes.

07:55   8   Q.   I'm not asking if it appears to be.  Is it?

07:55   9   A.   With a level of 100 percent precision, I can't say

07:55  10   that, but to the best of my ability, which I think is quite

07:55  11   good, I would say that yes, this is exactly as it is, as I

07:55  12   saw it then.

07:55  13   Q.   Do you remember how many lines the entry was at that

07:55  14   time?

07:55  15           THE COURT:  Let's blow up that portion because

07:55  16   it's rather small.

07:55  17           That would be the 8/26 portion, and you're going

07:55  18   to see, I believe, five lines.

07:55  19           THE WITNESS:  Uh-huh.

07:55  20           THE COURT:  And there's going to be particular

07:55  21   interest in the bottom two lines.

07:55  22           THE WITNESS:  Uh-huh.  I remember discussing this

07:55  23   section.

07:55  24   BY MR. ZELLER:

07:55  25   Q.   With Ms. Prince?

| | | |
|---|---|---|
| 07:55 | 1 | A.    I do. |
| 07:55 | 2 | Q.    And did you specifically discuss the bottom line? |
| 07:55 | 3 | A.    Yes. |
| 07:55 | 4 | Q.    And, by the way, if there was no discussion about the |
| 07:55 | 5 | lawsuit or why you were there to pick it up, why did you ask |
| 07:55 | 6 | her about this entry? |
| 07:55 | 7 | A.    I'm nosey.  I'm a junior associate.  I'm not sure what |
| 07:55 | 8 | is relevant and what isn't relevant.  I know that I'm gonna |
| 07:55 | 9 | be expected to report to a senior partner in my law firm, |
| 07:56 | 10 | and generally, my practice at that point was to gather as |
| 07:56 | 11 | much information from a witness as possible and present it |
| 07:56 | 12 | so that the senior partner could make a decision about what |
| 07:56 | 13 | was relevant.  I don't like being asked, "Did you ask this |
| 07:56 | 14 | question?" and not being able to answer it. |
| 07:56 | 15 | Q.    Well, you went in with an assignment to pick up the |
| 07:56 | 16 | notary book, right? |
| 07:56 | 17 | A.    Correct. |
| 07:56 | 18 | Q.    And did someone tell you that there was an entry in |
| 07:56 | 19 | particular in the notary book that was of interest? |
| 07:56 | 20 | A.    No. |
| 07:56 | 21 | Q.    How is it you latched onto this one? |
| 07:56 | 22 | THE COURT:  You mean this page? |
| 07:56 | 23 | MR. ZELLER:  Yes, this entry. |
| 07:56 | 24 | MS. HURST:  Argumentative.  Latched on. |
| 07:56 | 25 | THE COURT:  Sustained.  Stricken. |

DEBBIE GALE, U.S. COURT REPORTER

07:56   1            How did you end up looking at that page?

07:56   2            THE WITNESS:  Well, both Ms. Prince and I knew

07:56   3    that we were there to talk about, you know, Carter Bryant

07:56   4    and so that's -- this was the page that had Carter Bryant's

07:56   5    signature on it, as far as I understood it.  And she's a

07:56   6    chatty Southern woman.  I'm a nosey third-year associate,

07:56   7    and so we talked.

07:57   8            THE COURT:  Quite a combination.

07:57   9            THE WITNESS:  Yes.

07:57  10    BY MR. ZELLER:

07:57  11    Q.   So there was no discussion of the lawsuit or the

07:57  12    dispute, but you discussed the particular entry that's dated

07:57  13    there 8/26/1999 that starts off "original sketches," right?

07:57  14    A.   That's correct.

07:57  15    BY MR. ZELLER:

07:57  16    Q.   By the way, did she talk about when she added or who

07:57  17    added -- actually, let me rephrase that.

07:57  18        Did she tell you specifically who wrote in that last

07:57  19    bottom line about 1998 Missouri?

07:57  20    A.   No.

07:57  21    Q.   You didn't ask?

07:57  22    A.   No.

07:57  23    Q.   Or when it was added?

07:57  24    A.   I don't know that it was added.  It wasn't a question

07:57  25    in my mind that it was, quote, added.

07:57    1          THE COURT:  That assumes facts not in evidence.

07:57    2          The point of this is, what did you talk about

07:57    3    concerning these five lines and/or that bottom line, which

07:57    4    is the fifth line.

07:57    5          THE WITNESS:  Sure.  We talked about her

07:57    6    impression of the sketches.  We talked about the names of

07:57    7    the characters that are here, Zoe, Lupe, Hallidae, and Jade,

07:58    8    and we talked about what Carter told her about his family in

07:58    9    Missouri.  And his -- I think she used the word "rekindling"

07:58   10    a relationship with his family, and that being in Missouri

07:58   11    during that time period with his family and the rekindling

07:58   12    of that relationship brought about creative thoughts,

07:58   13    creative ideas, a creative streak.  She told me that he said

07:58   14    that it was quiet and peaceful and that he was able to be

07:58   15    creative at that time.

07:58   16          THE COURT:  Did she say to you or relate to you

07:58   17    any conversation by Carter Bryant when she was notarizing

07:58   18    these drawings about a specific time period that these

07:58   19    drawings were created?

07:59   20          THE WITNESS:  Yes.

07:59   21          THE COURT:  Tell me what she said.

07:59   22          THE WITNESS:  She told me that Carter told her in

07:59   23    response to her questions about when did you create this,

07:59   24    these are great, you know, what prompted this, that he was

07:59   25    spending time or had spent time with his family in Missouri

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 28 of 136   Page ID #:302451
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

28

07:59  1   in 1998.

07:59  2              THE COURT:  Okay.

07:59  3              THE WITNESS:  Rekindling what was apparently a

07:59  4   previously difficult family relationship.  And as a result

07:59  5   of that time and relationship rebuilding, he created those

07:59  6   drawings at that point in time.

07:59  7              THE COURT:  I see.  Okay.  Counsel.

07:59  8   BY MR. ZELLER:

07:59  9   Q.   She didn't tell you when the line about 1998 Missouri

07:59 10   was written down in the notary book; is that true?

07:59 11   A.   I'm not sure that is true.  She explained to me the

07:59 12   process that she goes through as a notary in filling out the

07:59 13   book.  I recall that, because we talked about the column

07:59 14   that talks about the right thumbprint of the signer, and

08:00 15   that's empty here.  But she talked about how she would go

08:00 16   through and complete each column, and as I recall, she

08:00 17   completed the columns here at the time.

08:00 18              THE COURT:  All right.  Now, I'm gonna need to

08:00 19   cease the hearing today at 8:00 o'clock, and I apologize.

08:00 20              Let me tell you what I'd like to do.

08:00 21              We're trying to keep the jury trial going.  I know

08:00 22   Mr. Zeller probably has more questions.  I think Ms. Hurst

08:00 23   will have some questions of you also.

08:00 24              But it's not a deposition.  The question from me

08:00 25   is, if we were going to potentially get into an

08:00  1    attorney-client relationship of some type.  And if that's

08:00  2    the case, I need a little bit of time to think through what

08:00  3    those issues might be and what questions might be asked of

08:00  4    you.

08:00  5          The notary apparently will testify in this trial,

08:01  6    so how you're called, I'm not certain what order, but we're

08:01  7    just trying to get you on and off the stand.  We're not

08:01  8    trying to inconvenience you.

08:01  9          THE WITNESS:  Uh-huh.

08:01  10         THE COURT:  I'm hoping that that can be today, but

08:01  11   one of the critical witnesses is on the stand at the present

08:01  12   time, and the parties really need that time.  And it's

08:01  13   Mr. Larian.

08:01  14         THE WITNESS:  Uh-huh.

08:01  15         THE COURT:  I'm gonna ask you to remain available

08:01  16   because Mr. Larian had the flu yesterday.

08:01  17         I'm not certain what condition he's going to be in

08:01  18   today, and if he's not proceeding forward, possibly we can

08:01  19   put you on very quickly.  Although I'm going to give counsel

08:01  20   a few more minutes and just a few more questions from both

08:01  21   sides.  If not, then I'd like to take this up at our lurch

08:01  22   hour.  I'd like to use our lunch so that we're not waiting

08:01  23   until 5:00 o'clock; otherwise, you're back at 5:00, which is

08:01  24   8:00 o'clock your time.

08:01  25         THE WITNESS:  Uh-huh.

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 30 of 136   Page ID #:302453
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

30

08:01  1        THE COURT:  If you could give us at least 45

08:01  2   minutes at that time.

08:01  3        THE WITNESS:  That's fine.

08:02  4        THE COURT:  And finally, I'm really hoping that we

08:02  5   are done with Mr. Larian today, but I just don't know.  Just

08:02  6   to give you a schedule, I think Ms. Keller has represented

08:02  7   probably by noon, but I can't imagine Mr. Price having just

08:02  8   a few questions.

08:02  9        THE WITNESS:  Okay.

08:02  10        THE COURT:  So it may -- it may be that it's all

08:02  11   the way over until tomorrow.  And if that's the case, I'd

08:02  12   really like to hear the remaining questions that would be

08:02  13   asked at 5:00 o'clock today and send you about your business

08:02  14   tonight and bring you back first thing tomorrow.  Okay?

08:02  15   Trying to be courteous, trying to give you a schedule.

08:02  16        THE WITNESS:  Thank you.  The only thing I would

08:02  17   add, if I may, is that I have my own trial that starts in

08:02  18   two weeks, and I have court-ordered depositions that I'm

08:02  19   taking next week in New Hampshire.

08:02  20        THE COURT:  So we need to get you on the stand

08:02  21   this week.

08:02  22        THE WITNESS:  Please.

08:02  23        THE COURT:  You will be on the stand this week.

08:02  24        THE WITNESS:  Thank you.

08:02  25        THE COURT:  Okay.  Because we only have two days

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 31 of 136   Page ID #:302454
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

31

08:02  1    left, today and tomorrow.

08:02  2            THE WITNESS:  Thank you.

08:02  3            THE COURT:  All right.  You may step down.

08:02  4            THE WITNESS:  Thanks.

08:02  5            THE COURT:  Counsel, we'll see you about 8:25.

08:03  6            *(Proceedings recessed at 8:02 a.m.)*

08:36  7            *(Proceedings resumed at 8:36 a.m.)*

08:36  8            *(In the presence of the jury.)*

08:37  9            THE COURT:  All right.  Then we're back on the

08:37  10   record.  The jury's present.  Good morning.  All counsel are

08:37  11   still present, the parties.

10:21  12           **ISAAC LARIAN, MATTEL'S WITNESS, PREVIOUSLY SWORN**

10:21  13                       **RESUMED THE STAND**

08:37  14           THE COURT:  Counsel, if you would like to continue

08:37  15   with your examination.

08:37  16           Ms. Keller on behalf of MGA and Mr. Larian.

08:37  17                **CROSS-EXAMINATION (Resumed)**

08:37  18   BY MS. KELLER:

08:37  19   Q.   Mr. Larian, when we broke yesterday, we were starting

08:37  20   to talk a little bit about how MGA built its brand in

08:37  21   2002 and beyond that, and we talked a little bit about MGA's

08:37  22   worldwide distribution of products that was ongoing with the

08:37  23   Bratz dolls.

08:37  24       I think you talked about having Hasbro distribute your

08:38  25   products in Latin America and Central America?

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 32 of 136   Page ID #:302455
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

32

| | | |
|---|---|---|
| 08:38 | 1 | A.   At the beginning, yes. |
| 08:38 | 2 | Q.   And then who was responsible for distributing your |
| 08:38 | 3 | products in Europe? -- the Bratz products. |
| 08:38 | 4 | A.   Bandai. |
| 08:38 | 5 | Q.   Who's Bandai? |
| 08:38 | 6 | A.   Bandai is the -- I think the second or the third |
| 08:38 | 7 | largest -- I think they're the second largest toy company in |
| 08:38 | 8 | Japan. |
| 08:38 | 9 | Q.   So when you say they distributed the products in |
| 08:38 | 10 | Europe, where in Europe?  All of it? |
| 08:38 | 11 | A.   They were in Spain.  They were in Germany.  They were |
| 08:38 | 12 | in France.  Benelux, B-E-N -- it stands for Belgium |
| 08:38 | 13 | Luxembourg, Netherlands.  Benelux. |
| 08:38 | 14 | Q.   And when you enter into a distribution agreement with |
| 08:38 | 15 | somebody like Bandai for your products, what does that |
| 08:39 | 16 | entail?  What does that require? |
| 08:39 | 17 | A.   They require that they do marketing.  They do |
| 08:39 | 18 | distribution.  But marketing is a key, key portion of it. |
| 08:39 | 19 | To buy the product, we need to make translations on the |
| 08:39 | 20 | packaging and everything for each country. |
| 08:39 | 21 | Q.   And they get -- they get a share of revenues for that? |
| 08:39 | 22 | A.   Yes.  We sell to them at the much lower profit margin |
| 08:39 | 23 | because they have to make their profit in order to market |
| 08:39 | 24 | and sell the product. |
| 08:39 | 25 | Q.   And so, um -- so Bandai in Europe.  Hasbro distributed |

08:39  1   in Mexico and Latin America.  And then, did you distribute

08:39  2   anywhere else?  For example, in Asia?

08:39  3   A.   Yes.  We had distributors in Singapore, in Philippines,

08:39  4   in Thailand, in Middle East.

08:39  5   Q.   What about Australia and New Zealand?

08:39  6   A.   Yes.  We had distributor in Australia and distributor

08:40  7   in New Zealand.

08:40  8   Q.   And I think about the only continent we haven't hit,

08:40  9   other than Antarctica is -- well, the subcontinent -- the

08:40  10  Indian subcontinent.

08:40  11       Did you distribute in India anywhere?

08:40  12  A.   No.  We did not get to India or China.  But we were in

08:40  13  Brazil, all of Latin America.  We did not do Brazil through

08:40  14  Hasbro.  We did it through another company called Gulliver.

08:40  15  Q.   Called what?

08:40  16  A.   Gulliver, G-U-L-V-I-E-R (sic).

08:40  17  Q.   Gulliver.

08:40  18       Now, I'd like to show you Exhibit 35145, and this is a

08:40  19  January 2002 ConsumerQuest research report prepared for MGA

08:40  20  Entertainment and dated January 29th, 2002.

08:41  21  A.   Go ahead.

08:41  22  Q.   Do you recognize this report?

08:41  23  A.   Yes.

08:41  24       MS. KELLER:  Your Honor, I'd move 35145 into

08:41  25  evidence.

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 34 of 136   Page ID #:302457
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

34

08:41  1              THE COURT:  Received.

08:41  2              MR. PRICE:  Objection.  Our objection would be

08:41  3    hearsay.

08:41  4              THE COURT:  Thank you.

08:41  5              *(Exhibit No. 35145 received in evidence.)*

08:41  6               *(Document displayed.)*

08:41  7    BY MS. KELLER:

08:41  8    Q.   Now, what's the purpose of MGA ordering a market

08:41  9    research report like this one?

08:41  10   A.   To find the strength and weaknesses in the produce

08:41  11   line, what works, what doesn't work in the competitive

08:41  12   world, and to make adjustments.

08:41  13        Usually, you go to -- when you do research, usually you

08:41  14   go to one of these research areas, where they have a one-way

08:41  15   mirror.  You sit behind the one-way mirror, and they bring

08:41  16   in a lot of kids, and there's a moderator, and give them a

08:41  17   whole bunch of toys -- your toys, competitive toys which are

08:41  18   in the market -- and ask them what do they like, what don't

08:41  19   they like, what do they like about each product, what

08:42  20   changes they want to see, et cetera?

08:42  21   Q.   And then they --

08:42  22              THE COURT:  I'm sorry.

08:42  23              Was this done, Counsel, in-house or by an

08:42  24   independent company?

08:42  25              MS. KELLER:  By an independent company for MGA

08:42   1   Entertainment, Your Honor.

08:42   2           THE COURT:  Thank you.

07:55   3   BY MS. KELLER:

08:42   4   Q.   And in addition to doing that, they also compile a lot

08:42   5   of statistics?

08:42   6   A.   Yes, they do.

08:42   7   Q.   And they also compile a lot of, um, breakdowns of

08:42   8   spending, for example, by age group of different girls?

08:42   9   A.   Right.  You have -- they create -- there's two type of

08:42  10   research:  One is called "focus group."  The other one is

08:42  11   called "quantitative," where, literally, in the room, you

08:42  12   put a whole bunch of product out there, and you give the

08:42  13   girls some money and you say, like, "Okay.  You have $20, or

08:42  14   $25.  Go pick up what's best -- what you want best."

08:42  15           And then, at the end -- those quantitative research is

08:43  16   done usually in more than one place, not only done in one

08:43  17   location.  So you want to get a big range of people, and

08:43  18   then that information is tabulated.

08:43  19   Q.   And the -- that quantitative research can involve

08:43  20   hundreds of girls in different locations?

08:43  21   A.   Actually --

08:43  22   Q.   Thousands?

08:43  23   A.   Yes.  Over 600.  Anywhere between 200 to 1200.

08:43  24   Q.   Now, if you turn to page 7.

08:43  25           *(Document displayed.)*

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 36 of 136   Page ID #:302459
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

36

| | | |
|---|---|---|
| 08:43 | 1 | BY MS. KELLER: |
| 08:43 | 2 | Q.   You see at the top of the page a conclusion that "Bratz |
| 08:43 | 3 | occupies a unique niche in that it appeals more to older |
| 08:43 | 4 | girls, seven to ten years old, than to five- to |
| 08:43 | 5 | six-year-olds." |
| 08:43 | 6 | A.   Yes. |
| 08:43 | 7 | Q.   "Its competition, Barbie and What's Her Face, in |
| 08:44 | 8 | particular, SKU's significantly younger.  Superbly, Bratz |
| 08:44 | 9 | outdistances Diva Starz among nine- to ten-year-olds by a |
| 08:44 | 10 | whoppingly 46-to-2 margin." |
| 08:44 | 11 | A.   Yes. |
| 08:44 | 12 | Q.   Did that market research confirm what you already |
| 08:44 | 13 | believed to be true in terms of the niche that your product |
| 08:44 | 14 | was able to occupy? |
| 08:44 | 15 | A.   Yes.  And again, the way this is done, you just don't |
| 08:44 | 16 | bring girls four years old or five-year-olds.  In order to |
| 08:44 | 17 | get a true picture, you bring girls of different ages. |
| 08:44 | 18 |       And then you check and see:  Okay.  Seven-year-old |
| 08:44 | 19 | picked up either Diva Starz or Bratz.  And then you tabulate |
| 08:44 | 20 | it.  It's like polling. |
| 08:44 | 21 | Q.   Now, if you look at page 9. |
| 08:44 | 22 |       (Document displayed.) |
| 08:44 | 23 | BY MS. KELLER: |
| 08:44 | 24 | Q.   At the top, it says, |
| 08:44 | 25 |       "Attribute ratings confirm that Bratz are liked for |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 37 of 136   Page ID #:302460
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

37

08:45   1    their cool-looking appearance, clothing and fashion styles.

08:45   2    Interestingly, girls aspire to be like these dolls.  They

08:45   3    also like the slightly smaller size of Bratz dolls relative

08:45   4    to larger competitors:  Barbie, Diva Starz, Mary-Kate &

08:45   5    Ashley.  Bratz does not stand out for accessories," slash

08:45   6    "extras, features, talking and sounds, being magical, or

08:45   7    being particularly cute or fun to play with."

08:45   8         THE COURT:  Now, Counsel, there's been an

08:45   9    objection concerning hearsay.  What's your response to this?

08:45   10         It's not a business record prepared by the company

08:45   11   in the ordinary course of business.

08:45   12         MS. KELLER:  It goes to show the building of the

08:45   13   brand, the steps that were taken.  For example --

08:45   14         THE COURT:  No disagreement that it's relevant.

08:45   15         The question is should it be received for the

08:45   16   truth of the matter.  In other words, what the jury now is

08:45   17   absorbing is information from a person who can't be

08:45   18   cross-examined at the present time.

08:45   19         So I thought that -- the fact that the report was

08:45   20   coming in, but now I see specific statements, which I have

08:46   21   no quarrel with, but I just think that the objection may be

08:46   22   well-taken.

08:46   23         MS. KELLER:  Your Honor, I'm also thinking that

08:46   24   this is a business record, and that part of the MGA business

08:46   25   regularly conducted was to use market research in the

08:46  1    business.  And this was prepared for MGA.

08:46  2            THE COURT:  I'd need more foundation.  I want to

08:46  3    hear that.  How long?  When did this start?  How regular is

08:46  4    it?  And once again, I want to be reminded of the date of

08:46  5    this particular report.

08:46  6            So, Mr. Price, we'll come back to your objection

08:46  7    in just a moment.

08:46  8    BY MS. KELLER:

08:46  9    Q.    Mr. Larian, how often did MGA conduct quantitative

08:46  10   or -- or pay for a firm like ConsumerQuest to conduct

08:46  11   marketing research and analysis?

08:46  12   A.    In the 2001/2002 time period?

08:46  13   Q.    Yes.

08:46  14   A.    We did two to three times a year, and I attended those

08:46  15   myself.

08:46  16   Q.    So you would actually go to the sessions and watch

08:46  17   through the one-way mirror?

08:46  18   A.    Yes.  I would sit behind and watch.

08:47  19   Q.    And you actually would watch as the results were being

08:47  20   tabulated?

08:47  21   A.    I didn't sit down for them to count, but I was there

08:47  22   making notes, watching what the girls like, what don't they

08:47  23   like.

08:47  24   Q.    And when -- this is a -- just a foundation question.

08:47  25   But when ConsumerQuest was doing it, they were doing it at

DEBBIE GALE, U.S. COURT REPORTER

08:47  1   the direction of MGA, and specifically at your direction?

08:47  2   A.    Specifically at my direction.  I am a big believer in

08:47  3   research.  Cory Schwartz, who runs/owns ConsumerQuest has

08:47  4   been around for many years.  And, yes -- and I would,

08:47  5   specific, go and ask that he does it.

08:47  6   Q.    And did you regularly use the results of the marketing

08:47  7   research and analysis in this ConsumerQuest report in the

08:47  8   conduct of your business?

08:47  9   A.    Yes.

08:47  10  Q.    And this has an MGA stamp on the bottom of it?

08:47  11  A.    Yes.

08:47  12  Q.    Was this regular -- was this retained in the MGA files

08:48  13  as part of your business records?

08:48  14  A.    Yes, it does.

08:48  15  Q.    And at all times when this research was conducted,

08:48  16  ConsumerQuest was acting as the agent of MGA and of you?

08:48  17  A.    Yes, correct.

08:48  18           MS. KELLER:  Your Honor, is that sufficient?

08:48  19           THE COURT:  It may be for the document itself.

08:48  20           I'm concerned about the statements contained

08:48  21  therein.

08:48  22           MS. KELLER:  Your Honor, I'm planning to ask how

08:48  23  Mr. Larian acted upon them.

08:48  24           THE COURT:  Well, that's why it would come in,

08:48  25  Counsel.  In other words, technically, it would be hearsay;

08:48  1    but the exception, of course, would be what's his state of
08:48  2    mind.
08:48  3                MS. KELLER:  Well, Your Honor --
08:48  4                THE COURT:  The question is whether they're for
08:48  5    the truthfulness or not.
08:48  6                So let me hear from Mr. Price.
08:48  7                MR. PRICE:  Your Honor, I think it's clear to say
08:48  8    that it doesn't fall within the business records exception
08:48  9    because it's not -- it's a third party.
08:48  10               THE COURT:  Yeah.
08:48  11               (To the jury:)  Here's the danger:  I'm going to
08:48  12   allow the document to come into evidence.  But these
08:48  13   portions are conducted by an independent person, apparently
08:48  14   retained by MGA.  We don't have that person on the stand.
08:48  15               The great truth-finder in our system is the
08:49  16   adversarial system:  People appearing in court subject to
08:49  17   cross-examination by both sides.  We believe that that
08:49  18   ferrets out the truth.  America is unique in that regard.
08:49  19               And when we get statements in a report, we can
08:49  20   hear those statements and we can find out why the person's
08:49  21   doing certain things in relation to the information that he
08:49  22   or she is getting.  That's what's occurring here.
08:49  23               Now, that's a very clumsy way of trying to explain
08:49  24   to you that you're not to take these statements for the
08:49  25   truth of matter asserted, the contents.  But it shows why

08:49   1   Mr. Larian is undertaking certain acts in reliance upon the

08:49   2   information he's getting.  So it's not for the truth of

08:49   3   matter.

08:49   4           But, Counsel, you can refer to it, of course,

08:49   5   concerning his state of mind --

08:49   6           MS. KELLER:  Thank you, Your Honor.

08:49   7           THE COURT:  -- and what his subsequent conduct

08:49   8   was.

08:49   9   BY MS. KELLER:

08:49   10  Q.   And, Mr. Larian, when you saw this statement at the

08:49   11  top -- let's look at it again, 'cause some of us may have

08:49   12  forgotten.  Uh, page 9, at the top, it says this:

08:49   13      "Attributes ratings confirm that Bratz are liked for

08:49   14  their cool-looking appearance, clothing and fashion styles.

08:49   15  Interestingly, girls aspire to be like these dolls."

08:50   16      Now, did that information tell you that, at least as to

08:50   17  those areas, you were on the right track?

08:50   18  A.   Yes.

08:50   19  Q.   Now, it says that "They also liked the slightly smaller

08:50   20  side of Bratz dolls relative to larger competitors --

08:50   21  Barbie, Diva Starz, Mary-Kate & Ashley."

08:50   22      Did that also confirm to you that you were, at least as

08:50   23  to that -- the size of the dolls, on the right track?

08:50   24  A.   Yes.

08:50   25  Q.   Now, the next line says --

08:50  1          THE COURT:  Now, just a moment.

08:50  2          I'm sorry for interrupting you.  Let me just

08:50  3    remind you:  That tells us why Mr. Larian took action.  In

08:50  4    other words, he's got a report.  He's got something he's

08:50  5    relying upon.

08:50  6          But the actual fact that Bratz are liked for their

08:50  7    cool-looking appearance, we don't have that person who -- on

08:50  8    the stand, subject to cross-examination, and know what went

08:50  9    into the basis of that person's opinion.  That's why it's

08:50  10   hearsay.

08:50  11          Now, if that person's produced, and they want to

08:50  12   say that they conducted a survey, so be it.  We can

08:50  13   cross-examine them for both sides.  Okay?

08:51  14          All right.  So it's not for the truth, but it will

08:51  15   show why Mr. Larian took action in relation to this report.

08:51  16          Counsel.

08:51  17   BY MS. KELLER:

08:51  18   Q.   The next line says, "Bratz does not stand -- does not

08:51  19   stand out for accessories," slash, "extras, features,

08:51  20   talking and sounds, being magical, or being particularly

08:51  21   cute or fun to play with."

08:51  22        Okay.  Now, when you saw that information, did you do

08:51  23   anything in response to it?

08:51  24   A.   Yes.

08:51  25   Q.   What did you do?

| | | |
|---|---|---|
| 08:51 | 1 | A.   We came, the year after, with a lot of accessories, |
| 08:51 | 2 | like houses, like apartments that we built for Bratz, bus, a |
| 08:51 | 3 | limousine, et cetera -- and those really drove the business. |
| 08:51 | 4 | Based on that research, we started increasing accessories, |
| 08:51 | 5 | which were not dolls, as well as putting more accessories |
| 08:51 | 6 | into the actual dolls. |
| 08:51 | 7 | Q.   And was this research expensive? |
| 08:51 | 8 | A.   It costs about 40- to $50,000. |
| 08:52 | 9 | Q.   And you would do this two to three times a year just to |
| 08:52 | 10 | get an idea if you were on track or needed to do something |
| 08:52 | 11 | different? |
| 08:52 | 12 | A.   Yes. |
| 08:52 | 13 | Q.   And let's look at page 11. |
| 08:52 | 14 | *(Document displayed.)* |
| 08:52 | 15 | BY MS. KELLER: |
| 08:52 | 16 | Q.   If you look at the top of the page, it says, |
| 08:52 | 17 | "Importantly, many mothers are critical of Bratz.  Half |
| 08:52 | 18 | disagree that they personally like these dolls.  Many are |
| 08:52 | 19 | also reluctant to say they would want their daughter to play |
| 08:52 | 20 | with these dolls.  Other criticisms follow as moms criticize |
| 08:52 | 21 | Bratz' attractiveness, collectibility, and lack of |
| 08:52 | 22 | accessories.  Moms of younger girls five to six are most |
| 08:52 | 23 | critical of Bratz." |
| 08:52 | 24 | Do you do anything with that research? |
| 08:52 | 25 | A.   We tried to tone down Bratz, going forward, after those |

08:52   1   years -- whether it was in the clothing, et cetera -- to

08:53   2   satisfy the mom criticism.  But it's a fine line, because

08:53   3   the girls between the ages of seven to eleven are -- our

08:53   4   studies show -- that they're becoming rebellious.  They just

08:53   5   don't want to do everything that mom wants.  So it was a

08:53   6   fine line to cross.

08:53   7   Q.   So you had to make them acceptable enough to mom that

08:53   8   mom would allow them to be bought?

08:53   9   A.   But still be cool for the girls.

08:53  10   Q.   But still be cool for the girls.

08:53  11        And when the moms criticized the lack of accessories,

08:53  12   how did that tie in to what you had already seen in the

08:53  13   research?

08:53  14   A.   Again, we -- that also confirmed that accessories is

08:53  15   very important, not only to the kids, but also to the moms.

08:53  16   So we increased our accessories in the doll, as well as

08:53  17   outside.  And it was very successful.

08:53  18   Q.   And when you say "in the doll," you mean in the package

08:53  19   that the doll came with?

08:53  20   A.   Right.  Exactly.  We put a lot more in it.

08:53  21   Q.   So was that an issue of perceived value:  That the moms

08:54  22   perceived that to be a better buy?

08:54  23   A.   Yes.  That, for the money that they were spending, they

08:54  24   could get a few more accessories, have more value into the

08:54  25   product.

08:54   1   Q.   So then you took this research seriously in terms of

08:54   2   how to develop your brand?

08:54   3   A.   Yes, we take it seriously.

08:54   4   Q.   Now, if you look at page 12.

08:54   5        *(Document displayed.)*

08:54   6   BY MS. KELLER:

08:54   7   Q.   It says, "Although they may overlap each other, the

08:54   8   Spring '02 Refresh and Beach Party segments do, indeed, seem

08:54   9   to add life to the brand."

08:54   10       What did that mean?

08:54   11  A.   We came up with a line again, for Spring 2002, called

08:54   12  Beach Party where, like the dolls -- one doll had a

08:54   13  surfboard, another doll had other pool or beach accessories.

08:54   14  But we also came up with literally a pool, a pool house,

08:55   15  that the dolls can actually swim in -- in it.  So those --

08:55   16  those was very -- and that pool house was selling at $50

08:55   17  retail.  And in Spring, that's a high price point, but we

08:55   18  were -- retailers were very surprised -- frankly, we were

08:55   19  also very surprised -- how well it was doing.

08:55   20  Q.   And that was based on the research that you were

08:55   21  reading?

08:55   22  A.   That's correct.

08:55   23  Q.   Now, it also says, "Girls who were formerly not willing

08:55   24  to delve deeper and purchase multiple Bratz figures in Fall

08:55   25  '01 became more likely to purchase them when the Refreshed

08:55  1    and Beach Party segments became available.  Consumers also

08:55  2    tend to buy across segments and characters, rather than buy

08:55  3    multiple SKU's within the same segment or multiple of the

08:55  4    same character."

08:55  5        What does that mean?

08:56  6    A.   Means that the girls want to collect the dolls.  They

08:56  7    just don't want to just buy one doll over and over again.

08:56  8    So this was a Beach Party.  We had not only a new character,

08:56  9    but we had new fashions, new play value for it, if they

08:56  10   wanted to collect that.  And that increased the sales.

08:56  11   Q.   And it says, "Whether this means that MGA is better off

08:56  12   introducing new characters or new segments of the same

08:56  13   characters remains to be determined.  This research does

08:56  14   suggest, however, that some type of refresh is needed."

08:56  15       And what did that mean to you?

08:56  16   A.   "Refreshed" means that you cannot just sell, for

08:56  17   example, the Beach Party year after year after year.  They

08:56  18   want -- the kids always asking for something new.  And --

08:56  19   and we came up with new themes, new accessories, new

08:56  20   fashions, new characters year after year -- actually, season

08:56  21   after season.

08:56  22   Q.   So what this told you was that the 2001 dolls were not

08:56  23   strongly motivating additional purchases within the line,

08:56  24   but it was the availability of the appealing new product

08:57  25   that motivated additional purchases.  Is that -- to sum it

| | | |
|---|---|---|
| 08:57 | 1 | up, what -- |
| 08:57 | 2 | MR. PRICE: Objection. That's leading. |
| 08:57 | 3 | THE COURT: Sustained. Stricken. |
| 08:57 | 4 | BY MS. KELLER: |
| 08:57 | 5 | Q.  Well, what's the conclusion that you drew from this? |
| 08:57 | 6 | A.  Originally, in 2001, we launched with four dolls. And |
| 08:57 | 7 | if we were just gonna sell the same four dolls over and over |
| 08:57 | 8 | again, they had -- the girls had already bought the first |
| 08:57 | 9 | four dolls. They didn't need a new one. So this -- this |
| 08:57 | 10 | research confirmed -- and it was common sense for us, as |
| 08:57 | 11 | well, in the toy business -- that you need to come up with |
| 08:57 | 12 | new features, new names, new characters, new accessories to |
| 08:57 | 13 | keep the brand growing. |
| 08:57 | 14 | Q.  Now, the fact that purchasers were not buying multiple |
| 08:57 | 15 | SKUs of the same character, did that suggest anything to you |
| 08:57 | 16 | about whether there was a story to the character that |
| 08:57 | 17 | would -- that would carry across, um, different SKU's, you |
| 08:58 | 18 | know, with the same character? |
| 08:58 | 19 | Do you know what I'm asking? |
| 08:58 | 20 | A.  I don't. |
| 08:58 | 21 | Q.  Well, okay.  I'll just go on. |
| 08:58 | 22 | Um, in the remaining pages of this report, do you see |
| 08:58 | 23 | additional items that caused you to think that you were on |
| 08:58 | 24 | the right track?  For example, page 13. |
| 08:58 | 25 | *(Document displayed.)* |

DEBBIE GALE, U.S. COURT REPORTER

08:58   1   BY MS. KELLER:

08:58   2   Q.   It says at the top, "Bratz fashion packs have

08:58   3   overwhelmingly greater appeal than Bratz shoe packs."

08:58   4   A.   Right.

08:58   5   Q.   "The PJ Party fashion pack is particularly popular."

08:58   6   A.   Yes.

08:58   7   Q.   What did that tell you about what you were doing right

08:58   8   and what you should maybe improve?

08:58   9   A.   Well, we were making not only the dolls --

08:58   10      Do you have the fashion pack that we had here

08:58   11  yesterday?

08:59   12      So we had made shoe packs.  They can wear different

08:59   13  shoes.  And we had also made different fashion packs.  And

08:59   14  this showed that, basically, when the girls have the doll,

08:59   15  one of the key play value with fashion dolls is to change

08:59   16  the clothes, to change -- whether it's Bratz or any other

08:59   17  brand -- to change the fashions all the time.  And if -- it

08:59   18  proved to be very successful.

08:59   19      But not the shoes.  The shoes were not so successful.

08:59   20  Q.   And what -- were you able to do anything to make the

08:59   21  shoe packs more successful, or did that just remain kind of

08:59   22  a lagging...?

08:59   23  A.   We started putting pair of shoes in the fashion packs,

08:59   24  but eventually we discontinued the shoes.

08:59   25  Q.   And why was that?

08:59    1    A.   Because they were just not selling.

08:59    2    Q.   And when it says, "The PJ Party fashion pack is

08:59    3    particularly popular."

08:59    4    A.   It's pajama party.  PJ.  It was a pajama party.

08:59    5    Q.   So you had a fashion pack that had PJ's for the dolls

09:00    6    so they could have --

09:00    7    A.   Right.

09:00    8    Q.   -- a slumber party?

09:00    9    A.   Right.

09:00   10    Q.   Do the dolls ever close their eyes and go to sleep?

09:00   11    I'm just...

09:00   12    A.   No.

09:00   13        These are the fashion packs.  *(Indicating.)*

09:00   14    Q.   If you look at page 14 at the top.

09:00   15           *(Document displayed.)*

09:00   16    BY MS. KELLER:

09:00   17    Q.   It says, "The fashion packs and shoe packs SKU older

09:00   18    toward nine to ten-year-olds.  Beach Party also tends to

09:00   19    have a bit of an older age SKU, appealing more to seven to

09:00   20    ten-year-olds, than five to six-year-olds.  Micro Bratz is

09:00   21    favored by the younger girls five to six years old."

09:00   22        What were Micro Bratz?

09:00   23    A.   We made, like, five-inch -- I don't know if you have a

09:00   24    sample here -- a small version of Bratz.  And we called 'em

09:00   25    Micro Bratz and later on we called 'em -- we changed the

09:01   1   name to Lil' Bratz.

09:01   2   Q.   And that was not one of the first four dolls that you

09:01   3   just shrank down?  Was that a totally new doll?

09:01   4   A.   It was brand new sculpt, everything, yes, but some of

09:01   5   'em had the same names.

09:01   6   Q.   And what did that tell you, when you saw that the

09:01   7   fashion packs and shoe packs appealed to the nine- to

09:01   8   ten-year-olds, the Beach Party had appealed to seven- to

09:01   9   10-year-olds, more than to five- to six-year-olds, but the

09:01   10   Micro Bratz appealed to the five to six-year-olds?  How did

09:01   11   that affect what you decided to do in terms of what you

09:01   12   produced and marketed?

09:01   13   A.   Well, this showed to us that we had now broadened the

09:01   14   demographic -- the appeal of the girls who liked to buy that

09:01   15   brand Bratz.  The Micro Bratz or Lil' Bratz were selling for

09:01   16   the younger kids.

09:01   17       The fashion packs, because younger kids have -- these

09:02   18   are very small fashions.  The younger kids have tougher time

09:02   19   to put the fashions on and off a doll.  So that's why the

09:02   20   older girls like them, because they could do that.  And,

09:02   21   basically, this showed that we had broadened the appeal for

09:02   22   the brand.

09:02   23   Q.   And did you design new products accordingly?

09:02   24   A.   Yes, we did.

09:02   25   Q.   And the fashion packs that are discussed, were those --

09:02   1   did you sell the same ones over and over, or did you come up

09:02   2   with new designs for fashions?

09:02   3   A.   No.   We changed it all the time.   Toy business, fashion

09:02   4   doll business is pretty similar, like to -- in parallel,

09:02   5   like fashion business.   You cannot just sell the same

09:02   6   clothes for women all the time.   You gotta have new

09:02   7   fashions, new season every year.

09:02   8   Q.   And if you look at page 15, at the top.

09:02   9          (Document displayed.)

09:02   10  BY MS. KELLER:

09:02   11  Q.   It says, "An underdeveloped part of the Bratz line

09:03   12  appears to be the shoes.   While some girls like them, other

09:03   13  girls do not.   The dolls' faces and clothing also receive

09:03   14  complaints from a few girls."

09:03   15  A.   Yes.

09:03   16  Q.   So how did this affect what you decided to do with

09:03   17  marketing and developing your brand?

09:03   18  A.   Well, some of the earlier dolls the faces had too much

09:03   19  makeup on it.   And we toned it down.   We took some of the

09:03   20  makeup off the dolls, as we were going forward.

09:03   21      And as far as the shoes are concerned, we tried -- shoe

09:03   22  play is important, but they just don't go ahead and buy

09:03   23  millions of shoes.

09:03   24  Q.   So you deemphasized the shoes as opposed to the

09:03   25  fashions?

09:03    1    A.    Right, yes.

09:03    2    Q.    And if you go to page 17.

09:04    3         *(Document displayed.)*

09:04    4    BY MS. KELLER:

09:04    5    Q.    At the top it says, "As for play patterns, Bratz is

09:04    6    best for providing clothing, shoe, and role play.  Girls

09:04    7    that are part of the primary core target, i.e., girls seven

09:04    8    to ten years old, are more likely to envision fantasy story

09:04    9    play, i.e., making up stories, role-playing with these

09:04   10    dolls.  Girls that are younger, five to six years old, are

09:04   11    more likely to envision clothes and shoe play, suggesting

09:04   12    that the limited edition element of the Beach Party series

09:04   13    is not a key selling point.  Collecting and displaying Bratz

09:04   14    is not yet a significant part of the play pattern."

09:04   15        What did that mean to you?

09:04   16    A.    Well, we were trying to create a new collectible

09:04   17    versions for each theme.  And we thought that the girls

09:04   18    would buy that specific character to collect.  And that

09:04   19    was -- that was not successful.  They didn't want to collect

09:05   20    a new character.  They were more into the how the dolls

09:05   21    play.

09:05   22        For older girls, role play, they were imagining

09:05   23    themselves wearing those fashions themselves and -- how they

09:05   24    played.  But again, collectibility was not a big deal.  And

09:05   25    eventually, we stopped making collectible dolls.

09:05  1   Q.   So you first deemphasized it; then you just stopped it?

09:05  2   A.   Yes.  We didn't make any more collectible dolls.

09:05  3   Q.   If you look at page 18, at the top, on "Ad

09:05  4   Effectiveness."

09:05  5          (Document displayed.)

09:05  6   BY MS. KELLER:

09:05  7   Q.   It says, "The Bratz TV commercial is effective in

09:05  8   attracting girls to the line.  It is particularly strong at

09:05  9   breaking through the clutter and being noticed.  While the

09:05  10  Bratz spot is not necessarily any more effective than are

09:05  11  its competitor's ads, it maintains girls' interest in the

09:06  12  brand and attracts a few viewers who otherwise would be

09:06  13  predisposed to Mary-Kate & Ashley, and Jam 'N Glam Barbie."

09:06  14          What did that tell you about the effectiveness of your

09:06  15  TV commercial?

09:06  16  A.   Another thing that you test, beside toys, you usually

09:06  17  test the TV commercial.  So when you shoot the TV

09:06  18  commercial, again you go back again to focus group and show

09:06  19  your TV commercial that's gonna air, compared to other TV

09:06  20  commercial, which are already out in the market to find out

09:06  21  if you can convert -- when you advertise your TV commercial,

09:06  22  you gonna convert a consumer from a competitive product to

09:06  23  yours or not.  And sometimes the TV commercials are

09:06  24  effective, sometimes are not effective.

09:06  25          It showed that our TV commercial at that time was

Case 2:04-cv-09049-DOC-RNB  Document 10028  Filed 02/18/11  Page 54 of 136  Page ID #:302477
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

54

09:06    1    effective.

09:06    2    Q.    And you were -- you said you had been spending quite a

09:06    3    bit of money on that?

09:07    4    A.    On what?

09:07    5    Q.    On your TV commercial.

09:07    6    A.    Yes, we do.

09:07    7          MS. KELLER:  Your Honor, would it be possible for

09:07    8    us to play Exhibit 34458, which is in evidence, the TV

09:07    9    commercial?

09:07   10          THE COURT:  You may.  It's been played one time

09:07   11    already.  Isn't that the commercial that we originally

09:07   12    played?

09:07   13          I just didn't link the number to it.

09:07   14          MS. KELLER:  I think, in the testimony of

09:07   15    Ms. Garcia, it may have been played.

09:07   16          MR. PRICE:  Yes, it's played, so we would object

09:07   17    as cumulative.

09:07   18          MS. KELLER:  Well, it's just --

09:07   19          THE COURT:  Overruled.

09:07   20          You can play it.

09:07   21           *(Video of commercial played.)*

09:07   22    BY MS. KELLER:

09:08   23    Q.    Now, in the research that you had, the research points

09:08   24    out that the girls aspire to be like the dolls?

09:08   25    A.    Right.

09:08 1    Q.   How did that -- and you said you already thought that,
09:08 2    even before it was confirmed by research?
09:08 3    A.   Yes.
09:08 4    Q.   In designing the TV commercial, you notice that there
09:08 5    are not just animated figures --
09:08 6    A.   Right.
09:08 7    Q.   -- but there are real girls playing with the dolls?
09:08 8    A.   Right.
09:08 9    Q.   Why did you do the commercial that way?
09:08 10   A.   Because, again, we were putting it -- two things:
09:08 11   First of all, we brought in animation.  One thing we wanted
09:08 12   to do with the TV commercial:  To make it stand out from
09:09 13   clutter.  And we were the innovator, the first time to have
09:09 14   animation and, throughout the commercial, to interact with
09:09 15   the actual actresses and the dolls.  And that really stood
09:09 16   out.
09:09 17        But the other thing, if you remember some of the
09:09 18   screens -- like you had the doll, and you had a girl right
09:09 19   next to it.  So they're inspiring to wear those fashions,
09:09 20   et cetera --
09:09 21   Q.   So --
09:09 22   A.   -- have those accessories.
09:09 23   Q.   So some of the girls who are shown in the commercial
09:09 24   are actually wearing some of the fashions --
09:09 25   A.   Yes.

| | | |
|---|---|---|
| 09:09 | 1 | Q.    -- that would be reflected in the dolls? |
| 09:09 | 2 | A.    That's correct. |
| 09:09 | 3 | Q.    And if we look at page 20. |
| 09:09 | 4 | *(Document displayed.)* |
| 09:09 | 5 | BY MS. KELLER: |
| 09:09 | 6 | Q.    At the top, analyzing the commercial, it says, "The |
| 09:09 | 7 | Bratz commercial is most effective at communicating that |
| 09:09 | 8 | Bratz are fashionably cool; and secondly, that the dolls |
| 09:09 | 9 | have clothes the girl can change.  Younger girls also |
| 09:10 | 10 | acquire a fondness for the dolls hair from the spot." |
| 09:10 | 11 | What did you decide to do, going forward, in terms of |
| 09:10 | 12 | keeping that style of commercial or changing it? |
| 09:10 | 13 | A.    We basically kept the same type of commercial with a |
| 09:10 | 14 | lot of animation in the doll.  Even the commercials we |
| 09:10 | 15 | producing now have that.  And again, the changing of the |
| 09:10 | 16 | clothes was very important.  It's still important for the |
| 09:10 | 17 | older girls.  They aspire to wear that type of clothing. |
| 09:10 | 18 | And the younger girls like to play with hair. |
| 09:10 | 19 | So if you look at Bratz dolls, usually they have longer |
| 09:10 | 20 | hair that you can style in different ways than some of the |
| 09:10 | 21 | competition. |
| 09:10 | 22 | Q.    If you go to page 21. |
| 09:10 | 23 | *(Document displayed.)* |
| 09:10 | 24 | BY MS. KELLER: |
| 09:10 | 25 | Q.    At the top, it says, "Girls like both product-related |

| 09:11 | 1 | and execution-related aspects of the Bratz spot. |
|---|---|---|
| 09:11 | 2 | Product-wise, the clothing and variety of clothing stands |
| 09:11 | 3 | out, and execution-wise, the music/song stands out." |
| 09:11 | 4 | A.   Right. |
| 09:11 | 5 | Q.   Who came up with the song? |
| 09:11 | 6 | A.   A guy named Brian -- I forgot his last name -- who we |
| 09:11 | 7 | hired as a freelancer.  And that -- that theme:  Bratz.  I |
| 09:11 | 8 | mean, you could see, when I would go to birthday parties, |
| 09:11 | 9 | et cetera, music had a jingle into it, and it was very |
| 09:11 | 10 | catchy and memorable for little girls. |
| 09:11 | 11 | Q.   And "The Girls with a Passion for Fashion"? |
| 09:11 | 12 | A.   Yeah.  Somebody named Charles O'Connor, who worked for |
| 09:11 | 13 | us, came up with that slogan. |
| 09:11 | 14 | Q.   And did you decide to stick with that -- that song and |
| 09:11 | 15 | that music? |
| 09:11 | 16 | A.   We changed the music over and over again, and -- but |
| 09:12 | 17 | "Bratz:  The Girls with a Passion for Fashion," is a slogan |
| 09:12 | 18 | that we have used for the past ten years. |
| 09:12 | 19 | Q.   As you continued to tinker with the brand and add new |
| 09:12 | 20 | things and change songs, did you continue to do this market |
| 09:12 | 21 | research, like with ConsumerQuest and others, to see how it |
| 09:12 | 22 | was working? |
| 09:12 | 23 | A.   Yes, we do -- still do. |
| 09:12 | 24 | Q.   And that's in addition to your kitchen focus groups and |
| 09:12 | 25 | regular focus groups? |

| | | |
|---|---|---|
| 09:12 | 1 | A.    Not "kitchen."  Kitchen sink. |
| 09:12 | 2 | Q.    Kitchen sink focus groups, your -- the 29 cousins -- |
| 09:12 | 3 | and the regular focus groups, as well; is that right? |
| 09:12 | 4 | A.    Not my cousins.  My nieces and nephews. |
| 09:12 | 5 | Q.    Nieces and nephews.  I'm sorry. |
| 09:12 | 6 | So -- so, interestingly, if we go to page 23. |
| 09:12 | 7 | *(Document displayed.)* |
| 09:12 | 8 | BY MS. KELLER: |
| 09:13 | 9 | Q.    And you look at the last line on page 20, it says that, |
| 09:13 | 10 | a few older girls didn't like the brand name "Bratz," and if |
| 09:13 | 11 | you look at the bottom bullet point in that group, it says, |
| 09:13 | 12 | "Suggesting that the Bratz brand name may not be the ideal |
| 09:13 | 13 | name for the brand.  One in five, 19 percent, older girls |
| 09:13 | 14 | complain about this name." |
| 09:13 | 15 | A.    Yes. |
| 09:13 | 16 | Q.    What did you think about that when you saw that? |
| 09:13 | 17 | A.    This is still the dilemma we have with it.  Because |
| 09:13 | 18 | mothers, and some kids, when you look at Bratz, says kind of |
| 09:13 | 19 | negative connotation.  But if you look at -- but we just |
| 09:13 | 20 | wanted to make sure that we go -- we overcome that.  So if |
| 09:13 | 21 | you look at the name "Bratz," it has little halo on the top, |
| 09:14 | 22 | that really these are not bad girls; they're angels.  They |
| 09:14 | 23 | just expressive of who they are.  Self-expression. |
| 09:14 | 24 | Q.    So even though 19 percent of older girls complained |
| 09:14 | 25 | about it -- |

CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

59

09:14  1    A.    We still kept the brand.

09:14  2    Q.    -- you stuck with the brand?

09:14  3    A.    Yes.

09:14  4    Q.    And at the end of this report -- toward the end of this

09:14  5    report -- if we go to page 24.

09:14  6               *(Document displayed.)*

09:14  7    BY MS. KELLER:

09:14  8    Q.    It starts with, "Implications" and "Recommendations."

09:14  9    A.    Yes.

09:14  10   Q.    And there are a whole host of them.

09:14  11         How did you use all of these recommendations?  Did you

09:14  12   adopt them all?  Did you reject some of them?

09:14  13   A.    Not all of them.  You cannot -- again, you got to go

09:14  14   with your instinct a lot of times, as well.  But we

09:14  15   implemented some of them, not all of them.

09:14  16   Q.    And if you look at page 25.

09:14  17              *(Document displayed.)*

09:14  18   BY MS. KELLER:

09:14  19   Q.    Under "Future Steps," 14 -- and I'm hitting a few

09:15  20   because there are many, many, many recommendations in

09:15  21   here -- it says, "For Fall 02 and beyond, consider

09:15  22   accessories and features that encourage fantasy play.  Make

09:15  23   these cuter or make them for fun to play with.  The appeal

09:15  24   of such products is beyond the scope of the study and would

09:15  25   need to be tested prior to introduction."

09:15  1    So when you read that, did you understand that they
09:15  2    couldn't tell you exactly what to do, but they were
09:15  3    suggesting you look into it?
09:15  4    A.   What he was suggesting here is that, "This is what we
09:15  5    are finding from the research, so you got to come up with
09:15  6    new products, new accessories."  But we didn't have those
09:15  7    yet to test.  So he's saying that, "Once you come up with
09:15  8    those new products for Fall 2002, you got to test them
09:15  9    again, make sure that you're on the right track or not."
09:15  10   Q.   And did you do that?
09:15  11   A.   Yes, we did.
09:15  12   Q.   Now, your investment in your worldwide portfolio
09:16  13   required trademark applications?
09:16  14   A.   Yes.
09:16  15   Q.   And you did also purchase what's known as a "mark."  In
09:16  16   other words, did somebody already have the Bratz name?
09:16  17   A.   Yes.  A company by the name of Lovin (sic), L-O-V-I-N
09:16  18   (sic), owned the name "Bratz" with the "Z."  They had used
09:16  19   it in Costco.  When you go to Costco, they still sell
09:16  20   clothing for kids called "Bratz" with a "Z."
09:16  21       And at one time, Mr. Lovin sued MGA, saying that the
09:16  22   "Bratz" belongs to him.  He had used it, I believe, since
09:16  23   1994 or '96.  I don't remember.
09:16  24   Q.   And he had used it on clothes?
09:16  25   A.   Yes.

09:16  1   Q.   Had he ever used it on dolls?

09:17  2   A.   No.

09:17  3   Q.   Okay.

09:17  4   A.   And we purchased the name from him.

09:17  5   Q.   And if we could see Exhibit 580.

09:17  6        *(Document provided to the witness.)*

09:17  7   BY MS. KELLER:

09:17  8   Q.   Do you recognize that as the trademark application to

09:17  9   register Bratz in December 2000?

09:17  10  A.   Yes.

09:17  11       MS. KELLER:  Your Honor, I'd ask that 580 be

09:17  12  admitted.

09:17  13       THE COURT:  Received.

09:17  14       *(Exhibit No. 580 received in evidence.)*

09:17  15       *(Document displayed.)*

09:17  16  BY MS. KELLER:

09:17  17  Q.   And is 581 the trademark application in December 2000

09:17  18  for Yasmin?

09:17  19  A.   Yes.

09:17  20       MS. KELLER:  Ask 581 be admitted.

09:17  21       THE COURT:  Received.

09:17  22       *(Exhibit No. 581 received in evidence.)*

11:59  23  BY MS. KELLER:

09:17  24  Q.   And is Exhibit 582 the trademark application for

09:17  25  registration, December 2000, for Sasha?

| | | |
|---|---|---|
| 09:17 | 1 | A.   Yes. |
| 09:17 | 2 | MS. KELLER:  Ask that 582 be admitted. |
| 09:17 | 3 | THE COURT:  Received. |
| 09:17 | 4 | *(Exhibit No. 582 received in evidence.)* |
| 09:17 | 5 | BY MS. KELLER: |
| 09:17 | 6 | Q.   And is Exhibit 583 the same application for |
| 09:17 | 7 | registration for trademark, December 2000, Cloe? |
| 09:18 | 8 | A.   Yes. |
| 09:18 | 9 | MS. KELLER:  Ask that 583 be admitted. |
| 09:18 | 10 | THE COURT:  Received. |
| 09:18 | 11 | *(Exhibit No. 583 received in evidence.)* |
| 09:18 | 12 | MS. KELLER:  And Jade, 584. |
| 09:18 | 13 | THE COURT:  584, is received. |
| 09:18 | 14 | *(Exhibit No. 584 received in evidence.)* |
| 11:59 | 15 | BY MS. KELLER: |
| 09:18 | 16 | Q.   And so those were trademark applications.  And then you |
| 09:18 | 17 | also had trademark registrations, as well; is that right? |
| 09:18 | 18 | A.   Yes. |
| 09:18 | 19 | MS. KELLER:  And, Your Honor, already admitted are |
| 09:18 | 20 | 5528, for Bratz. |
| 09:18 | 21 | THE COURT:  Well, just a moment. |
| 09:18 | 22 | Slow down, because the jury is trying to absorb |
| 09:18 | 23 | this.  So just go back through them again. |
| 09:18 | 24 | MS. KELLER:  In addition to the trademark |
| 09:18 | 25 | applications, you, then, had trademark registrations, which |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 63 of 136   Page ID #:302486
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

63

09:18   1    included 5528.

09:19   2                THE COURT:  Which matches up with?

09:19   3                MS. KELLER:  Bratz.

09:19   4                THE COURT:  Bratz.  Okay.

09:19   5                MS. KELLER:  5529 for Yasmin.

09:19   6                18477 for Jade.

09:19   7                18478 for Sasha.

09:19   8                THE WITNESS:  Do you want me to look at these?

09:19   9                MS. KELLER:  Well, we're just running through

09:19  10    them.

09:19  11                THE COURT:  No.  The jury needs to be able to

09:19  12    match up these different numbers 'cause they got scattered

09:19  13    into five numbers, instead of three and four on occasion.

09:19  14                MS. KELLER:  And 18479 for Cloe.  And those were

09:19  15    already admitted, Your Honor.

09:19  16                THE COURT:  Each of those were received.  So the

09:19  17    applications are 580, 581 for Yasmin, 582 for Sasha, 583 for

09:19  18    Cloe, 584 for Jade, which are received at the present time.

09:20  19                Previously received concerning the registrations

09:20  20    would be 5528 for Bratz, 5529 for Yasmin, 818 -- I'm

09:20  21    sorry -- 18477 for Jade, 18478 for Sasha, 18479 for Cloe,

09:20  22    which were previously received.

09:20  23                Counsel.

09:20  24                MS. KELLER:  Thank you, Your Honor.

       25

09:20    1    BY MS. KELLER:

09:20    2    Q.   And you mentioned the Lovins company's objection to the

09:20    3    use of the trademark?

09:20    4    A.   Yes.

09:20    5    Q.   And you mentioned that you settled the dispute with

09:20    6    Lovins by purchasing the "Bratz" name for use on dolls?

09:20    7    A.   That's correct.

09:20    8    Q.   And, um, is -- and accessories?

09:20    9    A.   We purchased the name to use it for everything.

09:20   10    Also -- but part of the agreement is that he can still make

09:20   11    Bratz clothing and sell it to Costco.

09:20   12    Q.   And -- Okay.  And is Exhibit 31401 the assignment

09:21   13    agreement with Mr. Lovins -- I mean, not "Mr."-- with the

09:21   14    Lovins company?

09:21   15    A.   I don't have that here.

09:21   16              *(Document provided to the witness.)*

09:21   17              THE WITNESS:  Just give me a moment.

09:21   18              Yes, it is.

09:21   19    BY MS. KELLER:

09:21   20    Q.   And if you look at --

09:21   21              MS. KELLER:  Your Honor, I'd move 31401 into

09:21   22    evidence.

09:21   23              THE COURT:  I thought it was 31471?

09:21   24              MS. KELLER:  31401, Your Honor.

09:21   25              THE COURT:  My apologies.

09:21  1           31401 is received.  That should be the purchase

09:21  2   agreement with Lovins?

09:21  3           MS. KELLER:  The assignment agreement, Your Honor.

09:21  4           THE COURT:  That's right.

09:22  5           Received.

09:22  6           *(Exhibit No. 31401 received in evidence.)*

09:22  7            *(Document displayed.)*

09:22  8   BY MS. KELLER:

09:22  9   Q.   If you look at page -- so you see at the top that this

09:22  10  agreement is made between ABC International Traders

09:22  11  Incorporated dba MGA Entertainment --

09:22  12  A.   Yes.

09:22  13  Q.   -- and Lovins, Inc.?

09:22  14  A.   Yes.

09:22  15  Q.   And then, if you look at the second paragraph, it

09:22  16  begins, "Whereas," you see what it's all about?

09:22  17  A.   I'm sorry?

09:22  18  Q.   Well, you see that it's about the use of the Bratz

09:22  19  "mark" they call it?

09:22  20  A.   Yes.

09:22  21  Q.   And then, if you look at the second page, where it's

09:22  22  numeral "2," it says "Compensation."

09:22  23  A.   Yes.

09:22  24  Q.   "In exchange for Lovins assignment of the Lovins mark

09:22  25  to MGA, MGA shall compensate Lovin as follows."

09:22   1          And under (a) we see a $75,000 advance.

09:23   2    A.    Yes.

09:23   3    Q.    And that's an advance against payments due below?

09:23   4    A.    Right.

09:23   5    Q.    And then it goes on to, um, guarantee Mr. Lovins a

09:23   6    minimum of $5,000 per calendar year during the term of the

09:23   7    license?

09:23   8    A.    Yes.

09:23   9    Q.    And no less than 150,000 during the term of the

09:23   10   license?

09:23   11   A.    Yes.

09:23   12   Q.    And it has -- it has various other terms in it?

09:23   13   A.    Yes.

09:23   14   Q.    But the bottom line is you -- you had to actually buy

09:23   15   that name from someone else, right?

09:23   16   A.    That's correct.

09:23   17   Q.    And, um, was there any demand made at that time by

09:23   18   Mattel with any claim on the Bratz mark?

09:23   19   A.    No.

09:23   20   Q.    And if we look at Exhibit 35182 --

09:23   21          THE COURT:  Counsel, what's the date again of

09:24   22   that?

09:24   23          MS. KELLER:  The date of this assignment agreement

09:24   24   is September 3rd, 2002.

09:24   25          THE WITNESS:  Actually, it was signed on

09:24   1   September 24 and 25, 2002.

09:24   2          MS. KELLER:  Signed on September 24th by Curt

09:24   3   Lovins, and September 25th, 2002, by Mr. Larian.

09:24   4          THE COURT:  Okay.

09:24   5   BY MS. KELLER:

09:24   6   Q.   And if you look at Exhibit 35182, is that a trademark

09:24   7   status report showing a worldwide trademark portfolio?

09:24   8   A.   I'm sorry?

09:24   9   Q.   If you look at 35182, is that a status report showing

09:25   10  the trademark filing and registration dates for Bratz

09:25   11  products worldwide?

09:25   12  A.   Yes, it does.

09:25   13  Q.   And this is going up to -- it has various dates -- up

09:25   14  to -- looks like up to 2008.

09:25   15         MS. KELLER:  Your Honor, I would move 35182 into

09:25   16  evidence.

09:25   17         THE COURT:  Received.

09:25   18         MR. PRICE:  Your Honor, the first page is

09:25   19  completely irrelevant and prejudicial, and what is attached

09:25   20  is hearsay.

09:25   21         THE COURT:  Well, let me see that first page,

09:25   22  Counsel, for just a moment.

09:25   23         MS. KELLER:  Oh, Counsel, we're not offering the

09:25   24  letter.

09:25   25         Let me be clear.

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 68 of 136   Page ID #:302491
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

68

| | | |
|---|---|---|
| 09:25 | 1 | THE COURT:  It was my understanding that you |
| 09:25 | 2 | weren't offering that either. |
| 09:25 | 3 | MS. KELLER:  Yes. |
| 09:25 | 4 | THE COURT:  That was represented during the |
| 09:25 | 5 | evening sessions.  I think Mr. McConville was here and |
| 09:25 | 6 | Mr. Quinn was here. |
| 09:26 | 7 | MS. KELLER:  I should have made it more clear. |
| 09:26 | 8 | We're offering pages 2 through 37. |
| 09:26 | 9 | THE COURT:  With that concern, Counsel, is that -- |
| 09:26 | 10 | MS. KELLER:  It's -- |
| 09:26 | 11 | MR. PRICE:  That, uh, leaves the first objection. |
| 09:26 | 12 | The second issue is just -- it's a -- it's a |
| 09:26 | 13 | hearsay compilation. |
| 09:26 | 14 | THE COURT:  Overruled. |
| 09:26 | 15 | It's received. |
| 09:26 | 16 | *(Exhibit No. 35182 received in evidence.)* |
| 09:26 | 17 | *(Document displayed.)* |
| 09:26 | 18 | BY MS. KELLER: |
| 09:26 | 19 | Q.   And did you ever have any idea that anyone at Mattel |
| 09:26 | 20 | had considered using the name B-R-A-T-S for anything? |
| 09:26 | 21 | A.   Never heard of it until during this litigation at the |
| 09:26 | 22 | first trial. |
| 09:26 | 23 | Q.   And that was 2008? |
| 09:26 | 24 | A.   That's correct. |
| 09:26 | 25 | Q.   Now, did you also make other investments in -- in terms |

| | | |
|---|---|---|
| 09:26 | 1 | of your brand, such as copyright registrations? |
| 09:26 | 2 | A.   Yes, we did. |
| 09:26 | 3 | Q.   And one of those, although it was not admitted into |
| 09:26 | 4 | evidence, that I showed you yesterday was, for example, a |
| 09:26 | 5 | copyright registration in Brazil? |
| 09:26 | 6 | A.   Yes. |
| 09:26 | 7 | Q.   And when I showed you that document yesterday, did you |
| 09:26 | 8 | notice that that had a little Mattel production stamp on it? |
| 09:27 | 9 | A.   Yes. |
| 09:27 | 10 | MR. PRICE:  Objection, Your Honor.  This is a |
| 09:27 | 11 | document that's not in evidence. |
| 09:27 | 12 | THE COURT:  Yeah.  I'm going to sustain it. |
| 09:27 | 13 | I don't know what he was shown.  I just got lost |
| 09:27 | 14 | in that conversation. |
| 09:27 | 15 | MS. KELLER:  I was gonna ask the next question, |
| 09:27 | 16 | Your Honor. |
| 09:27 | 17 | THE COURT:  I'm going to sustain the objection. |
| 09:27 | 18 | MR. PRICE:  And move to strike, Your Honor. |
| 09:27 | 19 | THE COURT:  Stricken. |
| 09:27 | 20 | BY MS. KELLER: |
| 09:27 | 21 | Q.   In the toy industry -- |
| 09:27 | 22 | A.   Yes. |
| 09:27 | 23 | Q.   -- is it fairly commonplace for toy companies to |
| 09:27 | 24 | monitor other toy companies' copyright registrations around |
| 09:27 | 25 | the world? |

| | | |
|---|---|---|
| 09:27 | 1 | A.   Yes. |
| 09:27 | 2 | MR. PRICE:  Objection.  Lack of foundation as to |
| 09:27 | 3 | other toy companies. |
| 09:27 | 4 | THE COURT:  Overruled. |
| 09:27 | 5 | You can answer that question. |
| 09:27 | 6 | THE WITNESS:  Yes. |
| 09:27 | 7 | BY MS. KELLER: |
| 09:27 | 8 | Q.   And so when you saw, for example, that there was a |
| 09:27 | 9 | copyright registration of yours from another country with a |
| 09:27 | 10 | Mattel stamp on it, did that surprise you? |
| 09:27 | 11 | MR. PRICE:  Objection.  Assumes facts not in |
| 09:27 | 12 | evidence. |
| 09:27 | 13 | THE COURT:  That he saw that? |
| 09:27 | 14 | MR. PRICE:  At any time, that it exists.  It's -- |
| 09:27 | 15 | I mean -- |
| 09:27 | 16 | THE COURT:  I'm going to sustain the objection. |
| 09:27 | 17 | I think we need more foundation that it does |
| 09:28 | 18 | exist. |
| 09:28 | 19 | BY MS. KELLER: |
| 09:28 | 20 | Q.   This is referring to -- |
| 09:28 | 21 | MR. PRICE:  And, Your Honor, if we could talk |
| 09:28 | 22 | about this at a break 'cause it was part of a motion |
| 09:28 | 23 | yesterday? |
| 09:28 | 24 | THE COURT:  Certainly. |
| 09:28 | 25 | MR. PRICE:  They're trying to get it in a |

| | | |
|---|---|---|
| 09:28 | 1 | different way. |
| 09:28 | 2 | THE COURT:  All right. |
| 09:28 | 3 | MS. KELLER:  Uh, if I could just show the witness |
| 09:28 | 4 | 1703, Your Honor? |
| 09:28 | 5 | THE COURT:  All right.  Show him 1703. |
| 09:28 | 6 | *(Document provided to the witness.)* |
| 09:28 | 7 | BY MS. KELLER: |
| 09:28 | 8 | Q.   And you see a little "M" at the bottom of this?  "M." |
| 09:28 | 9 | MR. PRICE:  Your Honor, I object. |
| 09:28 | 10 | THE COURT:  Yeah, I'm going to -- |
| 09:28 | 11 | MR. PRICE:  Not in evidence. |
| 09:28 | 12 | THE COURT:  -- sustain it. |
| 09:28 | 13 | Why don't we move on, Counsel.  We'll come back to |
| 09:28 | 14 | this. |
| 09:28 | 15 | MS. KELLER:  Thank you, Your Honor. |
| 09:28 | 16 | THE COURT:  We'll deal with this during the |
| 09:28 | 17 | recess. |
| 09:28 | 18 | MS. KELLER:  Well -- okay. |
| 09:28 | 19 | BY MS. KELLER: |
| 09:28 | 20 | Q.   Just back to the previous question:  Is it fairly |
| 09:28 | 21 | commonplace in the toy industry to monitor the copyright |
| 09:28 | 22 | registrations of other toy companies selling related or |
| 09:28 | 23 | similar products? |
| 09:28 | 24 | A.   Yes. |
| 09:28 | 25 | MR. PRICE:  Objection.  Lack of foundation. |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 72 of 136   Page ID #:302495
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

72

09:29   1          THE COURT:  Overruled.

09:29   2          You can testify about your habit and custom.

09:29   3          THE WITNESS:  Yes.

09:29   4          THE COURT:  And if you monitor these yourselves.

09:29   5          THE WITNESS:  We do.

09:29   6   BY MS. KELLER:

09:29   7   Q.   And is one reason for that, that you want to see --

09:29   8   basically, just see what other toy companies are trying to

09:29   9   register?

09:29   10   A.   Yes, we do.

09:29   11          THE COURT:  (To the jury:)  Now, this is limited

09:29   12   to what Mr. Larian does and what MGA does.  Other companies

09:29   13   can come in and tell us what they do.

09:29   14   BY MS. KELLER:

09:29   15   Q.   Now, if we could turn to licensing for a moment.  And

09:29   16   we've talked a lot about licensing-in and licensing-out.

09:29   17          "Licensing-in" is somebody gives your company a license

09:29   18   to make something that, you know, is their intellectual

09:29   19   property, right?

09:29   20   A.   Yes.

09:29   21   Q.   And "licensing-out" is you give somebody else the

09:29   22   license to make your property?

09:29   23   A.   Yes.

09:29   24   Q.   Right?  Tell me about the -- I want to talk about some

09:29   25   of the advantages of licensing.

DEBBIE GALE, U.S. COURT REPORTER

| 09:29 | 1 | In terms of risk, the risk that you're taking, how does |
| 09:30 | 2 | it affect -- how does licensing-out affect your degree of |
| 09:30 | 3 | risk in terms of investing in the product? |
| 09:30 | 4 | A.   If you license out your brand to a company and they |
| 09:30 | 5 | don't make the product in accordance with your -- the |
| 09:30 | 6 | essence of the brand, marketing it correctly -- usually lot |
| 09:30 | 7 | of licensors, for example, they already have a product, and |
| 09:30 | 8 | they just slap a label on it.  Like this Arrowhead water. |
| 09:30 | 9 | *(Indicating.)*  Just take this label out and put Bratz on it. |
| 09:30 | 10 | And we just didn't want do that.  So we were monitoring and |
| 09:30 | 11 | controlling that very carefully. |
| 09:30 | 12 | Q.   And when you license out a product, does it allow you |
| 09:30 | 13 | to invest less? |
| 09:30 | 14 | A.   I'm sorry?  No.  We have to invest more because you |
| 09:30 | 15 | want to make sure the licensed products also sell. |
| 09:31 | 16 | THE WITNESS:  I need to take a break. |
| 09:31 | 17 | THE COURT:  All right. |
| 09:31 | 18 | You're admonished not to discuss this matter |
| 09:31 | 19 | amongst yourselves nor form or express any opinion |
| 09:31 | 20 | concerning the case. |
| 09:31 | 21 | We'll come back and get you in about 20 minutes. |
| 09:31 | 22 | *(Jury recesses at 9:31 a.m.)* |
| 09:31 | 23 | THE COURT:  Counsel, if you would remain for just |
| 09:31 | 24 | a moment.  Show me 1703. |
| 09:31 | 25 | *(Outside the presence of the jury.)* |

09:31   1         MS. KELLER:  And, Your Honor, there's also a

09:31   2   certified translation of this, but I wasn't offering it as

09:31   3   an exhibit.  It's actually just showing it to Mr. Larian to

09:31   4   get into the idea that companies monitor each other's

09:32   5   copyright registrations, and that's one thing he did.

09:32   6         THE COURT:  Well, I think -- first of all, the

09:32   7   objection's well-taken in terms of foundation.  This is what

09:32   8   Mr. Larian does.  You can produce, you know, information

09:32   9   about what Mattel does.  I don't think he knows how -- I'm

09:32   10  certain -- let me say it a different way:

09:32   11        I'm certain companies monitor each other.  I don't

09:32   12  know that Mr. Larian is qualified to tell us what Mattel

09:32   13  does, or another company like Hasbro is doing, in terms of

09:32   14  how often they do that, how stringent it is, what direction

09:32   15  the CEO is giving.

09:32   16        So I'll allow it for Mr. Larian's habit and custom

09:32   17  for Mr. Larian, which I've already instructed the jury on.

09:32   18        This document came up in one of the evening

09:32   19  sessions, but I think I passed through it too quickly.  I

09:32   20  thought that you were going to try to introduce this

09:32   21  document.  So, first of all, the testimony concerning

09:32   22  Mr. Larian's habit and custom of monitoring is relevant.

09:32   23        Later on, if you're going to call somebody from

09:32   24  Hasbro, or somebody from Mattel is on the stand, you're

09:33   25  going to be able to ask the same questions, and Counsel can

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 75 of 136   Page ID #:302498
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

75

09:33   1    get into those questions.

09:33   2              The objection I think that Mr. Price feared, was

09:33   3    that 1703 was about to come into evidence.

09:33   4              MS. KELLER:  Your Honor, I wasn't gonna offer it

09:33   5    without talking to the Court first, because I remember

09:33   6    yesterday --

09:33   7              THE COURT:  Oh, that's fine, then.  It's resolved.

09:33   8              MS. KELLER:  But -- but if I could be heard on one

09:33   9    issue?

09:33   10             The reason that I offered it yesterday and -- was

09:33   11   that it shows lack of concealment.

09:33   12             You know, Carter Bryant is mentioned on every page

09:33   13   here.  And this was filed in September of 2002.

09:33   14             THE COURT:  I thought that the nexus -- and what I

09:33   15   didn't understand in my cautioning yesterday was this:  I

09:33   16   understand monitoring in the United States.

09:33   17             I don't have enough information about how public

09:33   18   this document is in Brazil.  And my concern yesterday, and

09:33   19   the reason you got an adverse ruling from the Court, was I

09:33   20   don't have enough foundation yet to understand how public

09:33   21   this is, why this would be monitored, and why the import to

09:34   22   the jury would be that somebody would pick up this

09:34   23   registration down in Brazil.

09:34   24             Now, in the United States, everything's coming in.

09:34   25   That should be -- I think all your applications and your

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 76 of 136   Page ID #:302499
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

76

09:34 1 registrations and all of your public notices have come in.

09:34 2 I would expect that people might be privy to that.

09:34 3    Brazil, I'm not certain.

09:34 4    MS. KELLER:  Your Honor, may I inquire?

09:34 5    This does have a Mattel stamp on, so it was

09:34 6 produced by Mattel.  But we don't know when they acquired it

09:34 7 without a Mattel witness.  What I was gonna ask the Court --

09:34 8    THE COURT:  Well, a Mattel witness is going to be

09:34 9 on the stand pretty soon.  It may become very relevant.  You

09:34 10 may be getting it in.

09:34 11    MS. KELLER:  But we don't know who at Mattel

09:34 12 produced this.  That's the problem.

09:34 13    THE COURT:  Do you want to ask 'em?

09:34 14    MS. KELLER:  Your Honor, on a different subject.

09:34 15    THE COURT:  No, no.  Let's stay with one subject.

09:34 16 'Cause everybody tends to fragment, and we go off in this

09:34 17 holistic cloud.

09:34 18    When was this produced?

09:34 19    MR. ZELLER:  I can get the exact date, Your Honor.

09:34 20 But I know where it came from because I obtained it.  It was

09:34 21 after the lawsuit -- in fact, couple of years after the

09:34 22 lawsuit was commenced.  And I can give as much background as

09:35 23 the Court would like.

09:35 24    THE COURT:  Give me a year.

09:35 25    MR. ZELLER:  I -- my -- I'm just purely guessing

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 77 of 136   Page ID #:302500
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

77

09:35  1    at this point, but I think it would probably have been about

09:35  2    2006, because I do recall it was two or three years after

09:35  3    the lawsuit.

09:35  4         THE COURT:  I'm going to sustain the objection at

09:35  5    the present time.  I don't think you've been prejudiced up

09:35  6    to this time.  There's a lack of foundation.  There's going

09:35  7    to be plenty of time to get this document in when Mattel

09:35  8    people testify.

09:35  9         MS. KELLER:  Your Honor, I was gonna ask you, uh,

09:35  10   since -- of course, since Mr. Zeller obtained it, I think

09:35  11   that it proves our point that it was a public document.  But

09:35  12   should I --

09:35  13        THE COURT:  Do you want to depose him?

09:35  14        MS. KELLER:  Well, I was gonna ask -- I anticipate

09:35  15   calling somebody in international law to say that this is a

09:35  16   public document.  Should I anticipate that as a

09:35  17   foundational --

09:35  18        THE COURT:  I'd like to hear that outside the

09:35  19   presence of the jury.

09:35  20        MS. KELLER:  No.  I understand that.

09:35  21        THE COURT:  And I'd like to see him at 7:30 in the

09:35  22   morning, please, or at 6:00 o'clock at night.  I just want

09:35  23   more information about why I'm going to accept some

09:35  24   trademark down in Brazil in Portuguese.

09:35  25             By the way, do you know that they speak Portuguese

09:35  1    in Brazil?

09:35  2              MS. KELLER:  Yes.

09:35  3              THE COURT:  I didn't know that.  I went down there

09:35  4    for -- I was called down to talk about the Vaticano

09:36  5    organization in 1984 and the seven tons of cocaine picked up

09:36  6    on the Amazon River.

09:36  7              You got time for a story?  You've got lots of

09:36  8    time.

09:36  9              How it was coming down in canoe from the Vaticano

09:36  10   organization, from the Medellin Cartel into Brazil for

09:36  11   shipment in coffins to the Sicilian Mafia in 1992, where the

09:36  12   first linkages were made, because you could get 60,000 a key

09:36  13   instead of 15,000 a key, if you got it for offloading at

09:36  14   Gibraltar, Marseilles, or Sicily.

09:36  15             Isn't that interesting?

09:36  16             Now, continuing on with that, not only was I

09:36  17   surprised when I honed up on my Spanish, but reading the

09:36  18   first part of this paper I wrote, it speaks about how little

09:36  19   known jurisprudence is in Brazil.

09:37  20             So I come from a background where Brazilian

09:37  21   jurisprudence has been largely ignored, not relied upon, not

09:37  22   because it's not excellent; it's because Portuguese is so

09:37  23   little spoken.

09:37  24             And, therefore right now, until I have more

09:37  25   foundation, you have plenty of evidence in the United States

09:37  1   about notice, and the prejudicial effect outweighs the

09:37  2   probative value at the present time.  There's no indication

09:37  3   that this is relied upon.  And I want to hear this

09:37  4   international expert before they get on the stand.

09:37  5            Are you going to add to that comment?

09:37  6            MR. McCONVILLE:  Just one thought, Your Honor.

09:37  7            The -- so, we saw the parade of newspaper

09:37  8   articles, which are hearsay, which the Court has allowed in

09:37  9   to show that Isaac Larian was concealing.  Okay?

09:37  10           Now, we have a document that's been filed that

09:37  11  identifies Carter Bryant publicly, whether they got it or

09:37  12  not.

09:37  13           THE COURT:  No, No, I'm sorry.  That misstates it.

09:38  14           What the Court readily admitted was that I thought

09:38  15  that there were depositions, so let's slow down this record

09:38  16  now.

09:38  17           No.  Just a minute.  When I hear a representation

09:38  18  like that, I'll defend the Court's ruling.

09:38  19           I believe when the four newspaper articles were

09:38  20  received, that there were depositions concerning each of

09:38  21  those.  I accepted that broad statement by Mr. Zeller during

09:38  22  one of our Saturday sessions.

09:38  23           What I later learned was that there were two

09:38  24  depositions that weren't taken, or a number of depositions.

09:38  25  So they did turn out to be hearsay.  If you notice, I

DEBBIE GALE, U.S. COURT REPORTER

09:38   1    corrected the mistake as best I could.

09:38   2            Here are two rules that apply -- do you have time

09:38   3    for a story?  Good.

09:38   4            In Idaho one time, I had an attorney who got up

09:38   5    from U.S. Attorneys Office and objected.

09:38   6            His objection was:  "Objection."

09:38   7            "Counsel, what's your objection?"

09:38   8            "That's just not fair."

09:38   9            I couldn't find that in the Evidence Code.

09:38   10           The second objection is, "Well, Judge, they got to

09:39   11   do it, so we get to do it."

09:39   12           I can't find that in the Evidence Code either.

09:39   13           MR. McCONVILLE:  Understood.  And I apologize for

09:39   14   overstating the hearsay article.

09:39   15           THE COURT:  Good.  I want it clear for the record.

09:39   16   Because the Circuit is examining some of the broad

09:39   17   statements made by counsel on both sides.

09:39   18           MR. McCONVILLE:  Okay.

09:39   19           THE COURT:  And I'm gonna call you on it now.

09:39   20           MR. McCONVILLE:  Okay.  And I apologize.

09:39   21           The point that I was attempting to make inartfully

09:39   22   and that they will argue, and they have argued, that Isaac

09:39   23   Larian and MGA concealed Carter Bryant.

09:39   24           The fact that this document filed in Brazil -- the

09:39   25   fact of its filing, whether -- and they can say they didn't

DEBBIE GALE, U.S. COURT REPORTER

09:39    1    know about it -- disputes the notion that there was

09:39    2    concealment of Carter Bryant as the author of Bratz.

09:39    3             THE COURT:  Let me tell you about Anna Nicole

09:39    4    Smith now.  Got time for a story?

09:39    5             MR. McCONVILLE:  Yes.

09:39    6             THE COURT:  Good.  I'm going to take your time.

09:39    7             J. Howard Marshall II -- and Rusty Price was

09:40    8    representing the estate -- had an interesting problem

09:40    9    concerning a revocable trust.  But the claim was that the

09:40   10    revocable trust had been turned to an irrevocable trust, and

09:40   11    that a lawyer representing J. Howard Marshall II, the heir,

09:40   12    the second son, who's now deceased -- in fact, everybody's

09:40   13    dead, except me -- had taken page 2 and 3 and turned that to

09:40   14    an irrevocable trust.  And the father, J. Howard Marshall,

09:40   15    really believing he was a billionaire, had transferred all

09:40   16    of his assets to his son through counsel -- through numerous

09:41   17    counsel.  The watermarks were different.  The print was

09:41   18    different.  It was very clear that these two pages had been

09:41   19    substituted and altered.

09:41   20             That document was filed, according to numerous

09:41   21    counsel, in a county in Texas.  And they couldn't remember

09:41   22    the county that it was filed in, except it was large, had

09:41   23    one clerk, and the lake filled with water every 20 years in

09:41   24    a heavy rainstorm.

09:41   25             Now, you've got to be kidding me?

09:41  1         And they, therefore, claimed that this was a

09:41  2    document subject to public notice in a county that they

09:41  3    couldn't recall, with a clearly altered document.  And what

09:41  4    was so hilarious was that, apparently, counsel finally

09:42  5    produced the original document, but with a legion of

09:42  6    attorneys far greater than I had in this Court.  Nobody had

09:42  7    flipped it over to realize that the clerk had mis-stapled it

09:42  8    and put the pages not in sequential order.  And if you

09:42  9    looked at the back of page 27, the stamp of the county is on

09:42  10   it.

09:42  11        So what counsel had done was look at the first

09:42  12   page, look at the last page, didn't see the notification --

09:42  13   or the notarization stamp -- or the certification seal --

09:42  14   I'm sorry -- and there it was mixed in the middle of the

09:42  15   document.

09:42  16        This evidence is maybe coming in, but it's not

09:42  17   coming in until I have a better understanding of the expert

09:42  18   who's going to testify.  So that's not preclusion.  You just

09:42  19   slow down and get your people in here at 7:30 in the morning

09:42  20   or 6:00 o'clock at night, and you give me the foundation of

09:42  21   why this would be so notoriously known in the world.

09:42  22        And I understand it's not the fact that it's known

09:42  23   from your perspective.  It's the fact that he filed it.  I

09:43  24   kind of have that analogy that it might be filed in a county

09:43  25   in Texas, or in Brazil, which speaks Portuguese, and isn't

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 83 of 136   Page ID #:302506
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

83

09:43    1    subject, unfortunately, because of language barriers, to the

09:43    2    universal -- now, just a moment.

09:43    3             Let me stop, because Ms. Hurst wants to speak to

09:43    4    you.  Ms. Hurst, speak to Mr. McConville.

09:43    5             MR. McCONVILLE:  We can --

09:43    6             THE COURT:  No, no.  Ms. Hurst.

09:43    7             MR. McCONVILLE:  I know what she's --

09:43    8             THE COURT:  Speak to Ms. Hurst.

09:43    9             MR. McCONVILLE:  Got it.

09:43   10             THE COURT:  Okay.  Now, your turn.

09:43   11             MR. McCONVILLE:  I understand what the Court's

09:43   12    saying.

09:43   13             THE COURT:  Okay.  Just get 'em in here.  Give me

09:43   14    foundation.  Give me some good basis for making that ruling.

09:43   15             I understand the relevance of it, but I don't see

09:43   16    that you're being precluded from the fact that this was

09:43   17    filed in so many other jurisdictions, including those

09:43   18    jurisdictions where you would expect people to look at the

09:43   19    trademark.

09:43   20             I think it's relevant.  I just need to know more

09:43   21    about what this expert's going to say.

09:44   22             So, your turn.

09:44   23             MS. KELLER:  And, Your Honor, just for the record,

09:44   24    Mattel has a huge South American operation.

09:44   25             If you remember the testimony --

09:44  1          THE COURT:  I want to hear that foundation.

09:44  2          Remember this, before you joined the case, I was

09:44  3    told the following:  Mattel actually wanted to expand the

09:44  4    RICO portions into Brazil.  And we went through a whole

09:44  5    lengthy discussion, I think with Mr. Zeller, a year ago

09:44  6    about -- and Mr. Quinn at the time -- Mr. Price, I hadn't

09:44  7    met you at that time -- about the RICO allegations and the

09:44  8    expansion.  And it was MGA who cut that off.

09:44  9          So it's, "Well, it's not analogous."  You have to

09:44  10   understand how leery I am when different sides are taking

09:44  11   different positions concerning the jurisprudence or the

09:44  12   extent of RICO or the activities down in South America.

09:44  13         So we can continue on.  But I'm simply waiting

09:44  14   here for you to produce enough information for me to make a

09:44  15   good decision.  Otherwise, it's a wing and prayer.  And I'm

09:44  16   not going to do that.  I can make bad decisions when I'm

09:44  17   fully prepared.  I don't need to make bad decisions when I'm

09:45  18   not prepared.

09:45  19         MS. KELLER:  Your Honor, I wasn't offering it, and

09:45  20   I didn't intend to offer it, and I wouldn't have offered it

09:45  21   without previewing it again with the Court.

09:45  22         THE COURT:  You understand that I know that.

09:45  23         MS. KELLER:  Thank you.

09:45  24         THE COURT:  But I got the objection.  You never

09:45  25   know in the heat of battle.  I mean, both you are under

| | | |
|---|---|---|
| 09:45 | 1 | tremendous strain. |
| 09:45 | 2 | And I -- let me respect the ethics of all counsel: |
| 09:45 | 3 | Mr. Price, Mr. Quinn, Mr. Zeller, Ms. Hurst, Ms. Keller and |
| 09:45 | 4 | Mr. McConville.  So we have a record of that.  Counsel |
| 09:45 | 5 | couldn't be any more praiseworthy. |
| 09:45 | 6 | Now, you have exactly four minutes.  I'm opening |
| 09:45 | 7 | those doors. |
| 09:45 | 8 | *(Recess held at 9:45 a.m.)* |
| 09:45 | 9 | MR. QUINN:  Your Honor, could I hand up something |
| 09:45 | 10 | the Court asked about last night? |
| 09:45 | 11 | THE COURT:  Oh, sure. |
| 09:45 | 12 | MR. QUINN:  Mr. McConville and I were talking |
| 09:45 | 13 | about the issue of whether Anna Rhee's state of mind was put |
| 09:45 | 14 | in issue by Ms. Keller's questioning.  And I have the |
| 09:46 | 15 | passages of the transcript for the Court. |
| 09:46 | 16 | THE COURT:  Thank you.  I'll try to read those. |
| 09:46 | 17 | But, of course, you know I'm going to pay attention. |
| 09:46 | 18 | MR. QUINN:  We also have two additional Larian |
| 09:46 | 19 | exhibits, which have been provided to MGA. |
| 09:46 | 20 | THE COURT:  Thank you. |
| 09:46 | 21 | *(Recess held at 9:46 a.m.)* |
| 09:46 | 22 | *(Proceedings resumed at 9:51 a.m.)* |
| 09:46 | 23 | BY MS. KELLER: |
| 09:51 | 24 | Q.   Mr. Larian, when we broke, I was starting to ask you a |
| 09:52 | 25 | little bit about the concept of licensing.  And do you |

09:52    1    actually occasionally speak as a guest speaker at UCLA's
09:52    2    business school on this topic?
09:52    3    A.   Yes.  On branding.
09:52    4    Q.   On branding?
09:52    5    A.   Yes.
09:52    6    Q.   And within branding, the role licensing plays?
09:52    7    A.   Yes.
09:52    8    Q.   And what -- what analogy do you use for how the brand
09:52    9    and the licensing ties in together?
09:52   10    A.   I say brand is like a seed that grows to become a
09:52   11    little tree, the analogy that I use.  But the licensing are
09:52   12    the roots of the tree that keeps it together.  The more --
09:52   13    the more licenses that you have, the stronger becomes the
09:52   14    tree or brand to keep it long-lasting.
09:53   15    Q.   How does licensing out affect access to numbers of
09:53   16    markets?
09:53   17    A.   It is very important, because when you do licensing,
09:53   18    you get more distribution in more storefronts around the
09:53   19    world.  And that keeps on fueling and building the brand,
09:53   20    the actual brand.  Licensing is an integral part, very
09:53   21    important to building any brand.
09:53   22    Q.   And how does it affect the speed of the building of the
09:53   23    brand if you're able to do a lot of licensing out?
09:53   24    A.   Very important.  The most licenses you have, the more
09:53   25    important it is.  For example, if you go to Walmart, we sell

09:53   1    toys to the toy department.

09:53   2        But if you have a bedding manufacturer who goes --

09:53   3    sells the bedding department buyer, or shoe -- goes sells to

09:53   4    the shoe department, or you have snacks, goes sells to the

09:53   5    food department, the word gets around at Walmart that, hey,

09:53   6    this is a big brand, that it's being sold in more than just

09:54   7    the toy department.  And the more licenses, licensees you

09:54   8    have, the faster your brand builds.  And that was very key

09:54   9    for us from the beginning.

09:54   10   Q.   And how much of your energy did you devote to the area

09:54   11   of licensing out the Bratz brand to licensees?

09:54   12   A.   It's -- it's big.  We have a whole big department that

09:54   13   we started even in 2001, before any dolls were in the

09:54   14   market, to do licensing.

09:54   15   Q.   And how much -- how carefully do you monitor it to see

09:54   16   if the licensees are actually producing the kind of quality

09:54   17   that you want and sticking to the parameters you give them?

09:54   18   A.   Well, they have to send everything for product

09:54   19   approval.  We have a whole team of product approval around

09:54   20   the world.  Because we just don't license the Bratz brand in

09:55   21   USA; we do it around the world.  We have agents all over the

09:55   22   country.  All over the world.

09:55   23       And them we get quarterly what they call licensing

09:55   24   reports that shows where they have sold product, how many

09:55   25   they have sold.  They send us a license -- licensing

09:55    1    contracts requires them to send samples of the product for

09:55    2    us to see to make sure that they have made the product

09:55    3    according to our guideline and our approval.

09:55    4    Q.   Now, in addition to licensing the Bratz brand,

09:55    5    licensing out.  Did you also spend quite a bit of money on

09:55    6    advertising and building your brand?

09:55    7    A.   Yes.

09:55    8    Q.   And if we could look at Exhibit 21973.

09:55    9            (Document provided to the witness.)

09:55   10    BY MS. KELLER:

09:55   11    Q.   Does that document represent MGA's Entertainment

09:56   12    2002 media expenditures?

09:56   13    A.   Yes, it does.

09:56   14    Q.   And that's not just in the U.S. but in Canada?

09:56   15    A.   This one -- this one particular says Canada.

09:56   16    Q.   And then it also contains the U.S.?

09:56   17    A.   Yes, it does.

09:56   18    Q.   And if you look at page 3 of 21973 --

09:56   19            MS. KELLER:  And, Your Honor, I'd ask that this be

09:56   20    admitted.

09:56   21            THE COURT:  Received.

10:01   22

10:01   23            (Exhibit No. 21973 received in evidence.)

09:56   24            THE COURT:  (To the jury:) And should know, during

09:56   25    the evenings, counsel and the Court have gone over numerous

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 89 of 136   Page ID #:302512
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

89

09:56  1    documents.  This brand that's being discussed, of course, is

09:56  2    the Bratz brand.

09:56  3           Now, some of these documents may inadvertently

09:56  4    include, as we go through them, other products.  But the

09:56  5    focus is on the Bratz brand, how is this being built.  So,

09:56  6    hopefully, we've caught those, but the documents are so

09:56  7    voluminous that you may see another product mentioned on

09:57  8    occasion that's inadvertent.

09:57  9           Counsel.

09:57  10   BY MS. KELLER:

09:57  11   Q.   If you look at 21973-3, in 2002, going down to line 41

09:57  12   Column 5.

09:57  13           *(Document displayed.)*

09:57  14           THE WITNESS:  Yes.

09:57  15   BY MS. KELLER:

09:57  16   Q.   Did you spend -- by you, I mean MGA -- on Bratz

09:57  17   advertising in 2002 in the U.S. and Canada $5,399,396?

09:57  18   A.   Yes.  And this is just TV advertising.

09:57  19   Q.   That's just for TV alone?

09:57  20   A.   Yes.

09:57  21   Q.   And was that -- for your company in 2002, how

09:57  22   significant an expenditure was that?

09:57  23   A.   It's a big amount.  I think biggest expense is

09:57  24   advertising.  Biggest expense.

09:57  25   Q.   How big an expense was that compared to, say, previous

| | | |
|---|---|---|
| 09:57 | 1 | years?  I mean, did this represent a really significant |
| 09:57 | 2 | investment to you? |
| 09:57 | 3 | A.   Yes.  It was, I think, more than two or three times |
| 09:57 | 4 | bigger than we had done before. |
| 09:57 | 5 | Q.   Now, with respect to entertainment and content, I'd |
| 09:58 | 6 | like to turn your attention to Exhibit 5122. |
| 09:58 | 7 | *(Document provided to the witness.)* |
| 09:58 | 8 | BY MS. KELLER: |
| 09:58 | 9 | Q.   And this is another ConsumerQuest marketing research |
| 09:58 | 10 | and analysis report prepared for you on Bratz TV creative |
| 09:58 | 11 | development focus groups? |
| 09:58 | 12 | A.   Yes. |
| 09:58 | 13 | Q.   And dated September 6th, 2002? |
| 09:58 | 14 | A.   Yes, it is. |
| 09:58 | 15 | MS. KELLER:  Your Honor, I would offer 5122 into |
| 09:58 | 16 | evidence. |
| 09:58 | 17 | THE COURT:  Received. |
| 09:58 | 18 | MR. PRICE:  Same hearsay objection. |
| 09:58 | 19 | THE COURT:  And the same admonition.  I'm gonna |
| 09:58 | 20 | allow evidence in concerning what the entertainment |
| 09:58 | 21 | content -- well, strike that -- the content was from this |
| 09:58 | 22 | research group, but remember it's not subject to |
| 09:58 | 23 | cross-examination, so various statements may be made.  It's |
| 09:58 | 24 | not for the truth of the matter.  It's to show what |
| 09:58 | 25 | Mr. Larian undertook in terms of expenditures and what he |

| | | |
|---|---|---|
| 09:59 | 1 | relied upon in building the brand. |
| 09:59 | 2 | (Exhibit No. 5122 received in evidence.) |
| 09:59 | 3 | THE COURT:  Counsel. |
| 09:59 | 4 | MS. KELLER:  Thank you, Your Honor. |
| 09:59 | 5 | BY MS. KELLER: |
| 09:59 | 6 | Q.   And if you look at the first page under "Background," |
| 09:59 | 7 | you see that it says, "After capturing the People's Choice |
| 09:59 | 8 | Toy of the Year Award, MGA Entertainment's Bratz is now the |
| 09:59 | 9 | fashion doll category's hottest selling brand.  While very |
| 09:59 | 10 | few brands become long lasting staples, with appeal from one |
| 09:59 | 11 | school-age generation to the next, Bratz has the potential |
| 09:59 | 12 | to become just that." |
| 09:59 | 13 | And then the rest of this report goes into suggestions |
| 09:59 | 14 | for how to do just that, how to position Bratz as a |
| 09:59 | 15 | multigenerational brand. |
| 09:59 | 16 | Um, how do you use this report and its suggestions? |
| 09:59 | 17 | A.   We created TV series, over 52 episodes of animation, TV |
| 10:00 | 18 | series for Bratz, that was broadcasted around the world. |
| 10:00 | 19 | Q.   And -- |
| 10:00 | 20 | A.   And they were expensive to produce. |
| 10:00 | 21 | Q.   And when you say that they were broadcast around the |
| 10:00 | 22 | world, were they translated into different languages? |
| 10:00 | 23 | A.   Yes, they were. |
| 10:00 | 24 | Q.   And were they geared toward trying to, um, capture |
| 10:00 | 25 | multiple markets?  In other words, not just the core group |

| 10:00 | 1 | that you had targeted at the beginning, but those younger |
| 10:00 | 2 | groups that you talked about a little earlier, as well as |
| 10:00 | 3 | some of the older groups? |
| 10:00 | 4 | A.   Yes.  The goal is when you launch any brand -- even, |
| 10:00 | 5 | for example, if you look at Nike, they have now Baby Nike, |
| 10:00 | 6 | clothing for little girls -- it's to expand the demographic |
| 10:00 | 7 | as much as possible.  By doing that, you capture more and |
| 10:00 | 8 | more sales and customers by expanding the brand. |
| 10:01 | 9 | Q.   Now, in early 2001, you were still developing the first |
| 10:01 | 10 | generation dolls, right? |
| 10:01 | 11 | A.   That's correct. |
| 10:01 | 12 | Q.   Beginning in 2002, and after that, did you introduce |
| 10:01 | 13 | new characters, new themes, and new sub-brands? |
| 10:01 | 14 | A.   Yes, we did; many. |
| 10:01 | 15 | Q.   And if we could look at Exhibit 35119. |
| 10:01 | 16 | *(Document provided to the witness.)* |
| 10:01 | 17 | BY MS. KELLER: |
| 10:01 | 18 | Q.   Do you recognize this as a photo of some of those new |
| 10:01 | 19 | characters? |
| 10:01 | 20 | A.   Yes, I do. |
| 10:01 | 21 | MS. KELLER:  Move 35119 into evidence, Your Honor. |
| 10:01 | 22 | THE COURT:  Received. |
| 10:01 | 23 | *(Exhibit No. 35119 received in evidence.)* |
| 10:01 | 24 | *(Document displayed.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:01 | 1 | BY MS. KELLER: |
| 10:01 | 2 | Q.   And if you see the top left, we see a photo of Girls |
| 10:01 | 3 | Nite Out, Donna (sic)? |
| 10:01 | 4 | A.   Yes. |
| 10:01 | 5 | Q.   And what was this character all about? |
| 10:01 | 6 | A.   This was, again, a theme:  Girls night out.  And it |
| 10:01 | 7 | came out with fashions, clothing that you would put on to go |
| 10:02 | 8 | out, role play to pretend that you're going out for a night |
| 10:02 | 9 | out.  And it has lot of accessories.  You can see on there. |
| 10:02 | 10 | Q.   And then, if you look on the right, the next doll, is |
| 10:02 | 11 | that Fashion Pixiez Lina? |
| 10:02 | 12 | A.   Yes. |
| 10:02 | 13 | Q.   And Fashion Pixiez Lina, what was the object of that |
| 10:02 | 14 | character? |
| 10:02 | 15 | A.   Again, this was a doll that was taller than regular |
| 10:02 | 16 | Bratz.  It had different -- it's a completely different |
| 10:02 | 17 | sculpt, and it was pixies, basically.  I don't know if you |
| 10:02 | 18 | can see some of the -- here, these accessories here.  So |
| 10:02 | 19 | basically you'd pull dolls here, and it would magically |
| 10:02 | 20 | transform to become a pixie. |
| 10:02 | 21 | Q.   If we look at the bottom left portion of the exhibit, |
| 10:03 | 22 | we see "Triiiplets, Adrienne, Brigitte, and Janelle"? |
| 10:03 | 23 | A.   Yes. |
| 10:03 | 24 | Q.   Tell us about the triplets. |
| 10:03 | 25 | A.   We were making triplets and twin dolls.  These are like |

| 10:03 | 1 | three sisters. |
| 10:03 | 2 | Q. And let's look to the right. We see Bratz, Bratz |
| 10:03 | 3 | Nighty Nite, Fianna? |
| 10:03 | 4 | A. Yes. This was basically for a slumber party. |
| 10:03 | 5 | Q. And what is -- I see it looks like some fashions with |
| 10:03 | 6 | that. What are those fashions? |
| 10:03 | 7 | A. Just, basically, Nighty Nite fashions. |
| 10:03 | 8 | Q. Is that a little pillow in the pictures? |
| 10:03 | 9 | A. Yes, it's a pillow. Slumber party. There is pillow, a |
| 10:03 | 10 | sleeping bag. I don't know if you can see it in the |
| 10:03 | 11 | right-hand corner. |
| 10:03 | 12 | Q. And I see a little bathrobe, it looks like? |
| 10:03 | 13 | A. This is sleeping bag. This is bathrobe and other |
| 10:03 | 14 | things. |
| 10:03 | 15 | Q. And then, if we look down on right, we see World |
| 10:04 | 16 | Collectors, Kumi? |
| 10:04 | 17 | A. Yes. |
| 10:04 | 18 | Q. Who was that? |
| 10:04 | 19 | A. This was a new character that we created that wore |
| 10:04 | 20 | Japanese costume, and we called it Kumi. And the packaging |
| 10:04 | 21 | was like Japanese temple. |
| 10:04 | 22 | Q. And if we could look at Exhibit 35120. This is another |
| 10:04 | 23 | photo of some of those products beginning in 2002. |
| 10:04 | 24 | MS. KELLER: Your Honor -- |
| | 25 | |

| | | |
|---|---|---|
| 10:04 | 1 | BY MS. KELLER: |
| 10:04 | 2 | Q.   Do you recognize this, Mr. Larian? |
| 10:04 | 3 | A.   Yes, I do. |
| 10:04 | 4 |         MS. KELLER:  Your Honor, I'd move 35120 into |
| 10:04 | 5 | evidence. |
| 10:04 | 6 |         THE COURT:  Received. |
| 10:04 | 7 |         *(Exhibit No. 35120 received in evidence.)* |
| 10:04 | 8 |         *(Document displayed.)* |
| 10:04 | 9 | BY MS. KELLER: |
| 10:04 | 10 | Q.   And if you look at the top left, that's Fashion Pixiez, |
| 10:04 | 11 | Dee.  Is that the same series, the Fashion Pixiez that you |
| 10:04 | 12 | were talking about? |
| 10:04 | 13 | A.   Yes, but a new character. |
| 10:04 | 14 |         THE COURT:  Just a moment.  Is 35120 Kumi or |
| 10:04 | 15 | Fashion Pixiez. |
| 10:04 | 16 |         MS. KELLER:  35120, Your Honor, contains four |
| 10:05 | 17 | dolls, one of which is Fashion Pixiez, Dee. |
| 10:05 | 18 |         THE COURT:  All right.  Thank you. |
| 10:05 | 19 | BY MS. KELLER: |
| 10:05 | 20 | Q.   And the Pixiez has a "Z" on the end of it too, right? |
| 10:05 | 21 | A.   Yes. |
| 10:05 | 22 | Q.   And that's all tying it into the Bratz brand? |
| 10:05 | 23 | A.   That's correct. |
| 10:05 | 24 |         THE COURT:  Just a moment.  To make certain my |
| 10:05 | 25 | records are correct.  You have shown Girls Nite Out.  You've |

| | | |
|---|---|---|
| 10:05 | 1 | shown Fashion Pixiez, Lina; Nighty Nite, Fianna, but those |
| 10:05 | 2 | have not been marked or received. |
| 10:05 | 3 | MS. KELLER:  Your Honor, those are all contained |
| 10:05 | 4 | within Exhibit 35119.  Those are photographs. |
| 10:05 | 5 | THE COURT:  Thank you.  So the new exhibit is |
| 10:05 | 6 | 35120? |
| 10:05 | 7 | MS. KELLER:  Yes, Your Honor. |
| 10:05 | 8 | THE COURT:  Fashion Pixiez. |
| 10:05 | 9 | MS. KELLER:  And that contains Fashion Pixiez, |
| 10:05 | 10 | Dee.  And then, if we look to the right of Fashion Pixiez, |
| 10:05 | 11 | Dee, the next doll is Wild Life -- is that Nevra? |
| 10:05 | 12 | THE WITNESS:  Yes. |
| 10:05 | 13 | BY MS. KELLER: |
| 10:05 | 14 | Q.   And what was that character about? |
| 10:05 | 15 | A.   This is basically -- we were promoting wildlife, going |
| 10:05 | 16 | on safari.  Comes with a lot of things here.  Like the bag, |
| 10:06 | 17 | binoculars. |
| 10:06 | 18 | Q.   Little canteen? |
| 10:06 | 19 | A.   Right.  Canteen, basically. |
| 10:06 | 20 | Q.   And so this was kind of an outdoor -- |
| 10:06 | 21 | A.   Yes, promoting. |
| 10:06 | 22 | Q.   -- camping, going into the wild sort of -- |
| 10:06 | 23 | A.   Yeah.  Promoting wildlife, yes. |
| 10:06 | 24 | Q.   And then down in the left-hand side of this photograph, |
| 10:06 | 25 | we have a character, "Diamond Z"? |

10:06  1    A.    Bratz Diamondz.

10:06  2    Q.    What was Bratz Diamondz?

10:06  3    A.    Bratz Forever Diamondz.  This was -- I was in Israel,

10:06  4    and I met somebody for dinner who he was in diamond

10:06  5    business, and he says that he can sell us small diamond

10:06  6    pieces at a very low price.  And I decided to license that

10:06  7    from them.  So we came up with this doll that had an

10:06  8    actual -- as you see here, they have actually pendants or

10:07  9    bracelets, et cetera, with an actual real diamond in it.

10:07  10   Q.    How expensive was that doll?

10:07  11   A.    I think it retailed for $30.

10:07  12   Q.    And then in the bottom right of this photograph, 35120,

10:07  13   we see On Ice Vinessa?

10:07  14   A.    Yes.

10:07  15   Q.    And tell us about her.

10:07  16   A.    This is another brand-new doll that we made with a

10:07  17   brand-new sculpt that -- basically, this doll actually

10:07  18   literally came with -- it ice-skated.  It actually did

10:07  19   ice-skating.

10:07  20   Q.    And I see a little pair of ice skates that apparently

10:07  21   come with it as an accessory?

10:07  22   A.    Yes.  And it comes with a little place here, this was

10:07  23   like an ice rink, and it would go in here literally.  I

10:07  24   don't know if you can see these pictures and ice skates.

10:07  25   Q.    So it came with its own ice rink?

| | | |
|---|---|---|
| 10:08 | 1 | A.   Yes. |
| 10:08 | 2 | Q.   And if we could look at Exhibit 35121. |
| 10:08 | 3 | (Document provided to the witness.) |
| 10:08 | 4 | BY MS. KELLER: |
| 10:08 | 5 | Q.   Is this a photo of some more dolls that you developed, |
| 10:08 | 6 | five more new characters? |
| 10:08 | 7 | A.   Yes. |
| 10:08 | 8 | MS. KELLER:  Your Honor, I'd move 35121 into |
| 10:08 | 9 | evidence. |
| 10:08 | 10 | THE COURT:  Received. |
| 10:08 | 11 | (Exhibit No. 35121 received in evidence.) |
| 10:08 | 12 | (Document displayed.) |
| 10:08 | 13 | THE COURT:  And 35120 is received if it wasn't |
| 10:08 | 14 | previously received. |
| 10:08 | 15 | MS. KELLER:  Thank you, Your Honor. |
| 10:08 | 16 | BY MS. KELLER: |
| 10:08 | 17 | Q.   So in the top left of this photograph, we see Bratz |
| 10:08 | 18 | Sweet Heart? |
| 10:08 | 19 | A.   Yes. |
| 10:08 | 20 | Q.   And what was the concept behind that? |
| 10:08 | 21 | A.   That was basically -- was sold during the Valentine's |
| 10:08 | 22 | Day. |
| 10:08 | 23 | Q.   So I see a little Mylar balloon, it looks like? |
| 10:08 | 24 | A.   Yes. |
| 10:08 | 25 | Q.   Little valentine? |

| | | |
|---|---|---|
| 10:08 | 1 | A.    Yes. |
| 10:08 | 2 | Q.    And then to the right we see Bratz Sleepover? |
| 10:09 | 3 | A.    Yes. |
| 10:09 | 4 | Q.    Looks like the sleepover themes and the pajama party |
| 10:09 | 5 | themes were pretty popular with the girls? |
| 10:09 | 6 | A.    Sleep over, especially in America, is a big, big theme |
| 10:09 | 7 | for girls.  They do it all the time. |
| 10:09 | 8 | Q.    Not so much in other countries? |
| 10:09 | 9 | A.    No.  Not the UK, for example, they don't. |
| 10:09 | 10 | Q.    And so that -- so this doll was another example of a |
| 10:09 | 11 | doll who was geared to sleeping over? |
| 10:09 | 12 | A.    That's correct. |
| 10:09 | 13 | Q.    And then in the bottom left, we see another doll, Bratz |
| 10:09 | 14 | Play Sportz.  Tell us about her. |
| 10:09 | 15 | A.    We came up with a whole range of Bratz line called |
| 10:09 | 16 | "Play Sportz," again to promote outdoor activity, |
| 10:09 | 17 | exercising.  And this was one of them. |
| 10:09 | 18 | Q.    This doll looks like she has a little pair of ski |
| 10:09 | 19 | goggles on her -- |
| 10:09 | 20 | A.    Yeah.  She's going skiing. |
| 10:09 | 21 | Q.    And I see she is down in the bottom right; it looks |
| 10:09 | 22 | like the doll is holding a snowboard? |
| 10:10 | 23 | A.    Yes. |
| 10:10 | 24 | Q.    And is that -- are those ski clothes she's wearing? |
| 10:10 | 25 | A.    Actually, it's snowboarding clothing. |

| | | |
|---|---|---|
| 10:10 | 1 | Q.   And so, again, all these dolls we're talking about, |
| 10:10 | 2 | these are all different from those first generation dolls? |
| 10:10 | 3 | A.   They. |
| 10:10 | 4 | Q.   New characters? |
| 10:10 | 5 | A.   Yes, they are. |
| 10:10 | 6 | Q.   And let's look at the doll -- |
| 10:10 | 7 | A.   And some of them are new sculpts.  We made a lot of |
| 10:10 | 8 | changes. |
| 10:10 | 9 | Q.   Okay.  New sculpts.  You didn't use the original ones? |
| 10:10 | 10 | A.   On some of these, we did not. |
| 10:10 | 11 | Q.   Now, let's look at the middle one on the bottom in this |
| 10:10 | 12 | picture, the Bratz? |
| 10:10 | 13 | A.   X-Press It. |
| 10:10 | 14 | Q.   I'm sorry? |
| 10:10 | 15 | A.   It's called "X-Press It."  You see in the top corner? |
| 10:10 | 16 | Q.   What was X-Press It all about? |
| 10:10 | 17 | A.   Again, this was about a new theme about fashions, and |
| 10:10 | 18 | the theme was that the girls can express themselves with the |
| 10:10 | 19 | fashions that they wear. |
| 10:10 | 20 | Q.   Is this doll actually named "Meygan"? |
| 10:10 | 21 | A.   Meygan, yes. |
| 10:11 | 22 | Q.   Spelled M-E-Y-G-A-N. |
| 10:11 | 23 | A.   Yes.  That's my niece's name. |
| 10:11 | 24 | Q.   And to the right, on the bottom, we see Costume Party |
| 10:11 | 25 | Lela? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:11 | 1 | A.   Yes. |
| 10:11 | 2 | Q.   And what was this all about? |
| 10:11 | 3 | A.   This was, again, for during the Halloween, so they |
| 10:11 | 4 | have -- they can pretend and play costume. |
| 10:11 | 5 | Q.   Was it specifically marketed around Halloween? |
| 10:11 | 6 | A.   Yes.  It came out in the stores during the Halloween |
| 10:11 | 7 | time. |
| 10:11 | 8 | Q.   And if we could see Exhibit 34790. |
| 10:11 | 9 | (Document provided to the witness.) |
| 10:11 | 10 | BY MS. KELLER: |
| 10:11 | 11 | Q.   Were you always developing new themes for these |
| 10:11 | 12 | characters? |
| 10:11 | 13 | A.   Yes, all the time. |
| 10:11 | 14 | Q.   And if we could look at -- |
| 10:11 | 15 | MS. KELLER:  Your Honor, I'd move 34790 in, the |
| 10:11 | 16 | Bratz themes for various years. |
| 10:12 | 17 | (Exhibit No. 34790 received in evidence.) |
| 10:12 | 18 | (Document displayed.) |
| 10:12 | 19 | BY MS. KELLER: |
| 10:12 | 20 | Q.   Let's quickly take a look at 2002. |
| 10:12 | 21 | (Document displayed.) |
| 10:12 | 22 | BY MS. KELLER: |
| 10:12 | 23 | Q.   We see themes of Bratz Beach Party? |
| 10:12 | 24 | A.   Yes.  That's the one we talked about earlier. |
| 10:12 | 25 | Q.   And she's got a little swimsuit? |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 102 of 136   Page ID #:302525
CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

102

| | | |
|---|---|---|
| 10:12 | 1 | A.    Right. |
| 10:12 | 2 | Q.    And some different shoes? |
| 10:12 | 3 | A.    That's right for -- for -- for the sand and off the |
| 10:12 | 4 | sand. |
| 10:12 | 5 | Q.    And then we've got Bratz X-Press It.  I think you |
| 10:12 | 6 | talked about X-Press It Meygan? |
| 10:12 | 7 | A.    Yes. |
| 10:12 | 8 | Q.    And then Bratz Funk 'N' Glow.  What's Bratz Funk 'N' |
| 10:12 | 9 | Glow? |
| 10:12 | 10 | A.    This we came up with a new technology called |
| 10:12 | 11 | "fiberoptic."  And the clothes on these dolls had that |
| 10:12 | 12 | technology on it.  So when you put the buttons of the doll |
| 10:12 | 13 | together, it created an electronic connection and the |
| 10:12 | 14 | fashion started glowing. |
| 10:12 | 15 | Q.    And -- |
| 10:12 | 16 | A.    And that's why we called it Funk 'N' Glow. |
| 10:13 | 17 | Q.    And down in the bottom right on this Bratz themes in |
| 10:13 | 18 | 2002, we see Bratz Flaunt It? |
| 10:13 | 19 | A.    That's, again, another fashion statement like we do in |
| 10:13 | 20 | the fashion business. |
| 10:13 | 21 | THE COURT:  Now this is all 2002, Counsel? |
| 10:13 | 22 | MS. KELLER:  Yes, Your Honor.  And that's |
| 10:13 | 23 | 34790-00001. |
| 10:13 | 24 | BY MS. KELLER: |
| 10:13 | 25 | Q.    And if we turn to page 2 of 34790, are these Bratz |

| | | |
|---|---|---|
| 10:13 | 1 | themes for 2003? |
| 10:13 | 2 | A.   Yes, they are. |
| 10:13 | 3 | Q.   Now, these aren't all the Bratz themes, right? |
| 10:13 | 4 | A.   No.  We had many, many different themes. |
| 10:13 | 5 | Q.   So we're just giving some examples? |
| 10:13 | 6 | A.   Yes. |
| 10:13 | 7 | Q.   If we see, the top left, Bratz Strut It? |
| 10:13 | 8 | A.   Again, that was like -- like we do in the fashion |
| 10:13 | 9 | business.  Every -- every season you have a new fashion |
| 10:13 | 10 | statement, like fashion designs come up with and call it a |
| 10:13 | 11 | name.  That's what we were doing here. |
| 10:14 | 12 | Q.   And at fashion shows they strut down the runway? |
| 10:14 | 13 | A.   Right. |
| 10:14 | 14 | Q.   Okay.  So that's -- this is kind of a takeoff on that? |
| 10:14 | 15 | A.   Right -- on the fashion. |
| 10:14 | 16 | Q.   And then Bratz Style It? |
| 10:14 | 17 | A.   Yes.  Again, another one.  Basically, same thing. |
| 10:14 | 18 | Q.   And then to the right we have Bratz Formal Funk? |
| 10:14 | 19 | A.   Yeah.  This was like a prom theme, that they would wear |
| 10:14 | 20 | these clothes to go to the prom. |
| 10:14 | 21 | Q.   So they will have a formal dress and then kind of more |
| 10:14 | 22 | of a cocktail dress or a different kind of dress too? |
| 10:14 | 23 | A.   Not cocktail. |
| 10:14 | 24 | Q.   Okay.  What? |
| 10:14 | 25 | A.   They were -- |

| | | |
|---|---|---|
| 10:14 | 1 | Q.   I guess they were a little too young for cocktails? |
| 10:14 | 2 | A.   That's right. |
| 10:14 | 3 | Q.   But some other kind of less -- |
| 10:14 | 4 | A.   Two different clothing:  One for going to prom, one is |
| 10:14 | 5 | not to be in the prom. |
| 10:14 | 6 | Q.   And if you look at the bottom right, we see Bratz -- |
| 10:14 | 7 | bottom left, rather, we see Bratz Funk 'N' Glow again? |
| 10:14 | 8 | A.   It's another character of the same technology I |
| 10:15 | 9 | explained. |
| 10:15 | 10 | Q.   And here we go again with our sleepover theme, Bratz |
| 10:15 | 11 | slumber party? |
| 10:15 | 12 | A.   Yes. |
| 10:15 | 13 | Q.   I can tell year to year that that's a good seller. |
| 10:15 | 14 | A.   It is a good seller. |
| 10:15 | 15 | Q.   So you just had different -- different fashions, |
| 10:15 | 16 | different sleeping bags, different -- |
| 10:15 | 17 | A.   Different accessories. |
| 10:15 | 18 | Q.   Different accessories? |
| 10:15 | 19 | A.   Yes. |
| 10:15 | 20 | Q.   And then bottom right, Bratz Wintertime Wonderland? |
| 10:15 | 21 | A.   Yeah.  This was one of our best sellers. |
| 10:15 | 22 | Q.   And what -- what did this consist of? |
| 10:15 | 23 | A.   This was basically -- I remember how this came about. |
| 10:15 | 24 | We were out skiing and my youngest son, Cameron, at the time |
| 10:15 | 25 | said that we should do winter wonderland theme, and that's |

| | | |
|---|---|---|
| 10:15 | 1 | how we did this one.  And this is like snowboarding.  We had |
| 10:15 | 2 | another one with skiing, sledding.  Everything.  But the |
| 10:15 | 3 | fashions on these were absolutely fabulous.  The handle on |
| 10:15 | 4 | the packaging had a little fur in it, white fur, like snow. |
| 10:16 | 5 | This was one of our best-selling toys. |
| 10:16 | 6 | Q.   Let's look at some of the Bratz themes in 2004. |
| 10:16 | 7 |      So you would continue to develop this.  Some of the |
| 10:16 | 8 | ones that were popular, you would keep doing in different |
| 10:16 | 9 | styles, but then you added some, didn't you? |
| 10:16 | 10 | A.   Yes. |
| 10:16 | 11 | Q.   So in 2004 -- |
| 10:16 | 12 |           (Document displayed.) |
| 10:16 | 13 | BY MS. KELLER: |
| 10:16 | 14 | Q.   -- at the top left, we see Bratz Funk Out? |
| 10:16 | 15 | A.   Yes. |
| 10:16 | 16 | Q.   What was that? |
| 10:16 | 17 | A.   Again, another fashion in the fashion line. |
| 10:16 | 18 | Q.   To the right of that is Bratz Tokyo-A-Go-Go? |
| 10:16 | 19 | A.   Yes, this is about Bratz going to Tokyo. |
| 10:16 | 20 | Q.   Were Bratz popular in Japan? |
| 10:16 | 21 | A.   They never became popular in Japan, no. |
| 10:16 | 22 | Q.   But Bratz Tokyo-A-Go-Go was popular here? |
| 10:16 | 23 | A.   Yes. |
| 10:16 | 24 | Q.   Bratz Flashback Fever, to the right? |
| 10:16 | 25 | A.   In Tokyo-A-Go-Go, we made accessories like sushi bar, |

| | | |
|---|---|---|
| 10:16 | 1 | et cetera.  It was very popular. |
| 10:16 | 2 | Flashback Fever was basically going to the 70s, where I |
| 10:16 | 3 | came here.  So it had even had the music of the 70s. |
| 10:17 | 4 | Q.  Disco ball? |
| 10:17 | 5 | A.  Yes. |
| 10:17 | 6 | Q.  And Bratz Girls Nite Out, that's -- I think we looked |
| 10:17 | 7 | at that before.  This is an updated version of that? |
| 10:17 | 8 | A.  Yes. |
| 10:17 | 9 | Q.  Bratz Nighty Nite, updated version of your pajama |
| 10:17 | 10 | theme? |
| 10:17 | 11 | A.  Yes. |
| 10:17 | 12 | Q.  Down in the bottom left, Bratz Secret Date? |
| 10:17 | 13 | A.  Yes. |
| 10:17 | 14 | Q.  That doesn't sound like something the mothers would |
| 10:17 | 15 | like.  What was Bratz Secret Date about? |
| 10:17 | 16 | A.  This was, basically, first date for Bratz, and what we |
| 10:17 | 17 | had on the right was a doll.  On the left, we had covered |
| 10:17 | 18 | the boy.  There was a boy doll in here and supposed to be |
| 10:17 | 19 | secret date. |
| 10:17 | 20 | Q.  So until the package was bought and opened, you |
| 10:17 | 21 | couldn't see who the boy was? |
| 10:17 | 22 | A.  That's correct. |
| 10:17 | 23 | Q.  And -- |
| 10:17 | 24 | A.  And we had different boys in different packages. |
| 10:17 | 25 | Q.  So the girls really, truly didn't know who the date was |

| 10:18 | 1 | until they opened the package? |
| 10:18 | 2 | A.   That's correct. |
| 10:18 | 3 | Q.   How did that do? |
| 10:18 | 4 | A.   It did okay. |
| 10:18 | 5 | Q.   Not great? |
| 10:18 | 6 | A.   Wasn't best seller, no. |
| 10:18 | 7 | Q.   And Bratz Sun-Kissed Summer? |
| 10:18 | 8 |         THE COURT:  Did you say "plumber" or "summer"? |
| 10:18 | 9 |           (Laughter in the courtroom.) |
| 10:18 | 10 |         MS. KELLER:   Sun-kissed secret date plumber was |
| 10:18 | 11 | when they got really desperate, Your Honor. |
| 10:18 | 12 |           (Laughter in the courtroom.) |
| 10:18 | 13 | BY MS. KELLER: |
| 10:18 | 14 | Q.   Bratz Sun-Kissed Summer? |
| 10:18 | 15 | A.   It was another, basically, summer/spring line with |
| 10:18 | 16 | bikinis.  Basically, going to the sun, going to the beach. |
| 10:18 | 17 | Q.   And I see we've got Bratz Twiinz, first edition.  So |
| 10:18 | 18 | before we had triplets; now we've got twins? |
| 10:18 | 19 | A.   Actually, first came the twins, then came the triplets. |
| 10:18 | 20 | Q.   Okay.  And then Wild Life Safari again? |
| 10:18 | 21 | A.   Yes. |
| 10:18 | 22 | Q.   Now, this Wild Life Safari girl looks a little less |
| 10:18 | 23 | rustic, little more dressed up than the first one? |
| 10:18 | 24 | A.   Yes. |
| 10:18 | 25 | Q.   Do you know -- do you remember why you did that? |

10:19  1    A.   We just wanted to make sure that they're wearing -- if

10:19  2    you're going to wildlife, you don't go with bikinis.

10:19  3    Q.   Uh-huh.

10:19  4    A.   You where pants, et cetera.

10:19  5    Q.   And then the next one we see Winter Wonderland Refresh?

10:19  6    A.   Yes.

10:19  7    Q.   So that's just all new wardrobe?

10:19  8    A.   Yes.  This was, as I said, very popular, so we

10:19  9    refreshed it with new fashions, new accessories, sold it

10:19  10   again and again.

10:19  11   Q.   Did it stay popular?

10:19  12   A.   Yes, including last year.

10:19  13   Q.   Now, let's turn to Exhibit 34790, Bratz themes in 2005.

10:19  14          *(Document displayed.)*

10:19  15          MS. KELLER:  Your Honor, I'd ask that 34790 be

10:19  16   admitted.

10:19  17          THE COURT:  Just one minute.

10:19  18   BY MS. KELLER:

10:19  19   Q.   Do you recognize this, Mr. Larian?

10:19  20          THE COURT:  It already has, but I'll re-receive

10:19  21   it, Counsel.  34790 would be your Bratz themes -- well, what

10:20  22   page?  This is all one exhibit, isn't it?

10:20  23          MS. KELLER:  This is 3479 -- yes, it is.  It's

10:20  24   page 4.

10:20  25          THE COURT:  Page 4.  All right.  Because you've

| | | |
|---|---|---|
| 10:20 | 1 | got 2002, 2003.  So you're on page 4 of 3490? |
| 10:20 | 2 | MS. KELLER:  Yes, Your Honor. |
| 10:20 | 3 | BY MS. KELLER: |
| 10:20 | 4 | Q.   So if you look in the top left, Bratz Birthday Bash? |
| 10:20 | 5 | A.   Yes. |
| 10:20 | 6 | Q.   Was this the first time you had done a birthday-themed |
| 10:20 | 7 | character? |
| 10:20 | 8 | A.   I don't remember if it was the first time, but we had |
| 10:20 | 9 | done it before. |
| 10:20 | 10 | Q.   Was it popular? |
| 10:20 | 11 | A.   Yeah.  Basically, this was just a $10 doll, so if a |
| 10:20 | 12 | mother wanted to buy a birthday gift for their daughter, |
| 10:20 | 13 | they just pick up.  And they don't want to spend more than |
| 10:20 | 14 | that, so $10 they would buy a doll and take it for birthday |
| 10:20 | 15 | parties. |
| 10:20 | 16 | Q.   And Bratz Camp Fire, we see next to that? |
| 10:20 | 17 | A.   Yes. |
| 10:20 | 18 | Q.   Another outdoor adventure? |
| 10:20 | 19 | A.   Yes.  It's about camping. |
| 10:20 | 20 | Q.   Bratz Dynamite? |
| 10:20 | 21 | A.   Yes. |
| 10:20 | 22 | Q.   That does not sound good.  What was Bratz Dynamite? |
| 10:21 | 23 | A.   Again, another fashion statement.  It was just about |
| 10:21 | 24 | fashion. |
| 10:21 | 25 | Q.   That she looks dynamite? |

CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

110

| | | |
|---|---|---|
| 10:21 | 1 | A.   Yes. |
| 10:21 | 2 | Q.   Bratz Eye Candy? |
| 10:21 | 3 | A.   Yes. |
| 10:21 | 4 | Q.   Bratz Live In Concert? |
| 10:21 | 5 | A.   Yes.  This was -- if you see, has a little CD with it. |
| 10:21 | 6 | (Indicating.)  So this was doll that we had put together, |
| 10:21 | 7 | but came with a little CD music that they could play. |
| 10:21 | 8 | Q.   It actually worked? |
| 10:21 | 9 | A.   Actual music, yes. |
| 10:21 | 10 | Q.   And Bratz Ooh-La-La Paris? |
| 10:21 | 11 | A.   Yes. |
| 10:21 | 12 | Q.   To the right of that is Bratz Sportz? |
| 10:21 | 13 | A.   Yes.  We had a whole series of Sportz, Play Sportz, and |
| 10:21 | 14 | this was one of them. |
| 10:21 | 15 | Q.   What is this doll playing or getting ready to play? |
| 10:21 | 16 | A.   I can't see it well here. |
| 10:21 | 17 | Q.   And the next line had Bratz Treasures? |
| 10:21 | 18 | A.   Yes.  This was like going like treasure hunt. |
| 10:22 | 19 | Q.   Then we have two more twins, the second edition and |
| 10:22 | 20 | third edition? |
| 10:22 | 21 | A.   Yes.  The twins are very popular, so we kept doing |
| 10:22 | 22 | twins all the time. |
| 10:22 | 23 | Q.   Triplets weren't as popular as the twins? |
| 10:22 | 24 | A.   No.  Twins sold much better. |
| 10:22 | 25 | Q.   And next we see Bratz Wild Wild West? |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

111

| 10:22 | 1 | A.    Yes. |
| 10:22 | 2 | Q.    What was that all about? |
| 10:22 | 3 | A.    Like a cowboy theme.  It came with accessories.  Would |
| 10:22 | 4 | be -- we had horses.  We had horse carriages.  It was a |
| 10:22 | 5 | whole brand. |
| 10:22 | 6 | Q.    Stagecoach? |
| 10:22 | 7 | A.    Stagecoach.  Actual horses. |
| 10:22 | 8 | Q.    Bratz Pretty 'N' Punk? |
| 10:22 | 9 | A.    Yes. |
| 10:22 | 10 | Q.    Was that a punk rock Bratz? |
| 10:22 | 11 | A.    No.  This was actually -- we were doing it for London, |
| 10:22 | 12 | and this was not popular.  It did not sell well. |
| 10:22 | 13 | Q.    Doesn't look like one that moms would go for? |
| 10:22 | 14 | A.    No.  The hair colors, the lip colors were very dark. |
| 10:23 | 15 | It did not do well. |
| 10:23 | 16 | Q.    Bratz Fabulous Las Vegas? |
| 10:23 | 17 | A.    Moms don't want their girls to go to Las Vegas. |
| 10:23 | 18 | Q.    And that didn't do well either? |
| 10:23 | 19 | A.    It did not. |
| 10:23 | 20 | Q.    Bratz Hollywood Style. |
| 10:23 | 21 | A.    Yes. |
| 10:23 | 22 | Q.    How well did that one do? |
| 10:23 | 23 | A.    It was okay.  Again, I don't think Hollywood and -- |
| 10:23 | 24 | Q.    Hollywood and Las Vegas are both kind of not so great |
| 10:23 | 25 | with the moms? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:23 | 1 | A.   Risqué, yes. |
| 10:23 | 2 | Q.   Bratz Midnight Dance? |
| 10:23 | 3 | A.   Yes.  This was again another take of prom, Formal Funk, |
| 10:23 | 4 | that we had done before.  So they go to Sweet 16, et cetera, |
| 10:23 | 5 | and then they go out for dance. |
| 10:23 | 6 | Q.   And I see another Bratz Play Sportz. |
| 10:23 | 7 | A.   Yes.  Again, sports was a big -- big -- big business |
| 10:23 | 8 | for us. |
| 10:23 | 9 | Q.   So that was -- the Bratz Sportz was a successful line? |
| 10:23 | 10 | A.   Yes, it was. |
| 10:23 | 11 | Q.   Did it remain a successful line? |
| 10:24 | 12 | A.   Yes, it did.  We still do it. |
| 10:24 | 13 | Q.   Bratz Rock Angelz, what was that about? |
| 10:24 | 14 | A.   This was again another music theme, and it was very |
| 10:24 | 15 | popular.  And again, this has -- we had a little CD.  You |
| 10:24 | 16 | see in the right-hand corner. |
| 10:24 | 17 | Q.   So this one was like the Bratz Live In Concert?  Has a |
| 10:24 | 18 | little CD with it? |
| 10:24 | 19 | A.   That's correct.  Actual music. |
| 10:24 | 20 | Q.   And another Bratz slumber Party, updated fashions? |
| 10:24 | 21 | A.   Yes. |
| 10:24 | 22 | Q.   And Bratz Step Out.  What was Bratz Step Out? |
| 10:24 | 23 | A.   Another fashion.  Fashion statement. |
| 10:24 | 24 | Q.   And if we look at page 5, 34790, page 5, Bratz themes |
| 10:24 | 25 | in 2006. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:24 | 1 | A.   Yes. |
| 10:24 | 2 | Q.   And I see we have a Bratz Back to School? |
| 10:24 | 3 | A.   Yes. |
| 10:24 | 4 | Q.   What did that one come with? |
| 10:24 | 5 | A.   We had a whole series of dolls and accessories.  But |
| 10:24 | 6 | this came -- if you look at the handle on the top.  I don't |
| 10:24 | 7 | know if you can see that. |
| 10:24 | 8 | Q.   Of a pencil? |
| 10:25 | 9 | A.   Of an actual pencil that we had.  For this thing, we |
| 10:25 | 10 | had school bus.  We had -- that would actually fit the dolls |
| 10:25 | 11 | in it.  Whole series of, basically, Back to School.  This |
| 10:25 | 12 | was shipped in literally for back-to-school season.  It was |
| 10:25 | 13 | very good.  Very good seller. |
| 10:25 | 14 | Q.   So the dolls -- how many dolls could fit into the |
| 10:25 | 15 | school bus? |
| 10:25 | 16 | A.   I think it was four.  You could put four dolls in |
| 10:25 | 17 | there. |
| 10:25 | 18 | Q.   And did they have little backpacks and things like |
| 10:25 | 19 | that? |
| 10:25 | 20 | A.   Yes.  We had had -- yes.  And the actual dolls -- you |
| 10:25 | 21 | cannot see it here.  They come with little backpacks and |
| 10:25 | 22 | school supplies, but also, our licensees also came up with a |
| 10:25 | 23 | whole -- like a whole line of backpack and school supplies |
| 10:25 | 24 | that they sold to the stationery department.  They sold it |
| 10:25 | 25 | to the backpack department. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

114

| | | |
|---|---|---|
| 10:26 | 1 | Q.   So -- |
| 10:26 | 2 | A.   So it was a big theme, big brand building all over the |
| 10:26 | 3 | stores. |
| 10:26 | 4 | Q.   So the girl could buy the Bratz Back To School doll, |
| 10:26 | 5 | and she could also buy her own backpack and school supplies |
| 10:26 | 6 | that would match those of the doll? |
| 10:26 | 7 | A.   Exactly.  And it was very, very popular.  Those |
| 10:26 | 8 | backpacks were sold out all the time. |
| 10:26 | 9 | Q.   Next to that, we see another Bratz Costume Party. |
| 10:26 | 10 | Looks like a different costume.  Is that another Halloween |
| 10:26 | 11 | theme? |
| 10:26 | 12 | A.   Yes, it is. |
| 10:26 | 13 | Q.   Another Bratz Forever Diamondz? |
| 10:26 | 14 | A.   Right. |
| 10:26 | 15 | Q.   Different fashions. |
| 10:26 | 16 | Here's a Bratz Genie Magic. |
| 10:26 | 17 | A.   Yes. |
| 10:26 | 18 | Q.   And what was that? |
| 10:26 | 19 | A.   This is basically taking on the -- on the theme of |
| 10:26 | 20 | genie, and the doll was dressed like a genie here.  But we |
| 10:26 | 21 | had whole bunch of accessories with this, including like |
| 10:26 | 22 | kind of magic eight ball.  We basically took from it 1001 |
| 10:26 | 23 | Night theme. |
| 10:27 | 24 | Q.   Who thought all these ideas up? |
| 10:27 | 25 | A.   People at MGA, everybody.  All the -- we great creative |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:27 | 1 | people. |
| 10:27 | 2 | Q.   And you said you had lots of brainstorming sessions? |
| 10:27 | 3 | A.   Yes. |
| 10:27 | 4 | Q.   Without going over every one of these, I see there's a |
| 10:27 | 5 | Bratz Princess that's second from the right on the top? |
| 10:27 | 6 | A.   Yes. |
| 10:27 | 7 | Q.   What was that? |
| 10:27 | 8 | A.   Again, Princess line, when you come up with a line, you |
| 10:27 | 9 | usually also look at historically what kind of toys, what |
| 10:27 | 10 | kind of themes have sold in the past.  We talked about NPD |
| 10:27 | 11 | TRSTS.  And Princess line had always sold well.  Many |
| 10:27 | 12 | companies had done princess, so we tried to do a Bratz |
| 10:27 | 13 | princess line, but with the Bratz edge to it. |
| 10:27 | 14 | Q.   And it looks as if your Sportz line was expanding in |
| 10:28 | 15 | 2006? |
| 10:28 | 16 | A.   Yes.  Again, sports -- dolls that play sports had been |
| 10:28 | 17 | done for a long time, and sports is a big thing, and we were |
| 10:28 | 18 | just continuing with it. |
| 10:28 | 19 | Q.   So you have here Bratz Ice Champions, Bratz Play Sportz |
| 10:28 | 20 | III, Bratz Play Sportz IV, and down in the lower left, we |
| 10:28 | 21 | see Bratz Play Sportz Teamz? |
| 10:28 | 22 | A.   I'm sorry? |
| 10:28 | 23 | Q.   So you also would have team sports and the little items |
| 10:28 | 24 | that they played the sports with? |
| 10:28 | 25 | A.   Right.  Exactly.  We were trying to create a team, like |

| | | |
|---|---|---|
| 10:28 | 1 | you play AYSO or volleyball, et cetera.  So you can collect |
| 10:28 | 2 | a whole bunch of 'em and actually literally have a theme -- |
| 10:28 | 3 | theme -- team theme. |
| 10:28 | 4 | Q.    And I see a Bratz Rodeo.  How well did that one do? |
| 10:28 | 5 | A.    This was, again, a western theme.  And it did okay. |
| 10:29 | 6 | Q.    And we've got Bratz Spring Break? |
| 10:29 | 7 | A.    Again, you know, it's spring break.  All the schools |
| 10:29 | 8 | have spring break, so we were just, basically, going with |
| 10:29 | 9 | the themes, which were applying to real life. |
| 10:29 | 10 | Q.    There's a -- in the top right here, there's a Bratz |
| 10:29 | 11 | Talking? |
| 10:29 | 12 | A.    Yes. |
| 10:29 | 13 | Q.    What was that about? |
| 10:29 | 14 | A.    They -- the kids were always asking -- we had these |
| 10:29 | 15 | little bounce backs in the packaging, asking kids what are |
| 10:29 | 16 | they looking for, and they kept talking that they wanted |
| 10:29 | 17 | Bratz that talks.  So this doll actually came out and it |
| 10:29 | 18 | talked. |
| 10:29 | 19 | Q.    How well did that one do? |
| 10:29 | 20 | A.    This one did not do well, because the doll, as you see, |
| 10:29 | 21 | this is -- you have to have the sample to see.  It's |
| 10:29 | 22 | stationary on a -- |
| 10:30 | 23 | Q.    Like a little platform? |
| 10:30 | 24 | A.    Platform and all the electronics was in the platform. |
| 10:30 | 25 | You could not remove the doll from the platform.  So the |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:30 | 1 | actual fashion play, the way girls play with the dolls was |
| 10:30 | 2 | not there.  So it did not do well, because, basically, after |
| 10:30 | 3 | you take this home and had it talk a few phrases, there was |
| 10:30 | 4 | nothing else to do with it.  It did not do well. |
| 10:30 | 5 | Q.   And then, if we turn to page 6, we've got some of the |
| 10:30 | 6 | Bratz themes for 2007. |
| 10:30 | 7 | Do you remember overall, roughly, how many themes by |
| 10:30 | 8 | 2007 you had developed? |
| 10:30 | 9 | A.   I don't know how many. |
| 10:30 | 10 | Q.   More than a hundred?  Less? |
| 10:30 | 11 | A.   I don't know if it's more than a hundred.  But many. |
| 10:30 | 12 | Q.   And up here in the left-hand top, we see Bratz |
| 10:30 | 13 | Adventure Girlz? |
| 10:30 | 14 | A.   Yes. |
| 10:30 | 15 | Q.   Was that along the same lines as the -- |
| 10:30 | 16 | A.   Wild Wild West.  Basically, going to -- not Wild Wild |
| 10:31 | 17 | West.  Wildlife.  This is basically like going safari, |
| 10:31 | 18 | et cetera. |
| 10:31 | 19 | Q.   And we've got some of the birthday and sleepover and |
| 10:31 | 20 | sports and sweetheart, and now I see on the far right, we've |
| 10:31 | 21 | got Bratz Pampered Pupz.  What were the Bratz Pampered Pupz? |
| 10:31 | 22 | A.   These dolls came with the little pets.  You cannot see |
| 10:31 | 23 | it here.  It's right here.  So it came with just a little |
| 10:31 | 24 | pet that had their own fashions, et cetera. |
| 10:31 | 25 | Q.   And I see we've got Bratz Hot Summer Dayz? |

| | | |
|---|---|---|
| 10:31 | 1 | A.   Yes.  Again, goes back to the summer theme, beach |
| 10:31 | 2 | theme. |
| 10:31 | 3 | Q.   And then to the right of that is Bratz Magic Hair? |
| 10:31 | 4 | A.   Yes, this was a big, big seller for us again.  This |
| 10:31 | 5 | came with long hair.  Came with a lot of accessories.  Came |
| 10:32 | 6 | with makeup.  Came with a hairdryer.  And the beauty of this |
| 10:32 | 7 | doll was that you can -- you could do the hair on the doll, |
| 10:32 | 8 | but you could literally -- came with like little cosmetic, |
| 10:32 | 9 | et cetera, that you could also apply to yourself, the girl. |
| 10:32 | 10 | Q.   And it looks like the sports has now -- has gone off |
| 10:32 | 11 | into the Bratz X-treme Skateboarding? |
| 10:32 | 12 | A.   Yes.  This doll actually -- again, brand-new |
| 10:32 | 13 | development, brand-new sculpt.  And this doll literally had |
| 10:32 | 14 | the remote control and did the skateboarding, no |
| 10:32 | 15 | rollerblading. |
| 10:32 | 16 | Q.   And then into 2008, page 7 of 34790, and we see some of |
| 10:32 | 17 | the familiar ones, but I see in the top left Bratz |
| 10:32 | 18 | Celebrities? |
| 10:32 | 19 | A.   Yes. |
| 10:32 | 20 | Q.   What was that? |
| 10:32 | 21 | A.   We were just -- you know, at this time I think there |
| 10:33 | 22 | were a lot of celebrities in the news.  So we were basically |
| 10:33 | 23 | trying to imitate that theme. |
| 10:33 | 24 | Q.   And then we've got Bratz Fashion Designer? |
| 10:33 | 25 | A.   Yes.  And like it was a career so she can design |

| | | |
|---|---|---|
| 10:33 | 1 | fashion, but this literally came with what you need to do |
| 10:33 | 2 | your own fashions, a little sewing kit. |
| 10:33 | 3 | Q.   We've got some -- again, some of the familiar themes |
| 10:33 | 4 | like fashion designer? |
| 10:33 | 5 | THE COURT:  Now, we've moved to 2008; is that |
| 10:33 | 6 | correct? |
| 10:33 | 7 | MS. KELLER:  2008, Your Honor. |
| 10:33 | 8 | THE COURT:  Where are you starting 2008? |
| 10:33 | 9 | MS. KELLER:  Yes, it's page 7 of 34790. |
| 10:33 | 10 | THE COURT:  So Bratz fashion designer is the last |
| 10:33 | 11 | in 2007? |
| 10:33 | 12 | MS. KELLER:  There was Bratz Celebrities and Bratz |
| 10:33 | 13 | Fashion Designer. |
| 10:33 | 14 | THE COURT:  In 2007? |
| 10:33 | 15 | MS. KELLER:  2008, Your Honor. |
| 10:33 | 16 | THE COURT:  Now, just show me and the jury where |
| 10:33 | 17 | you start 2008 so we have a good record. |
| 10:34 | 18 | MS. KELLER:  At page 7. |
| 10:34 | 19 | THE COURT:  I know that.  But which doll? |
| 10:34 | 20 | MS. KELLER:  I was starting -- starting in the top |
| 10:34 | 21 | left. |
| 10:34 | 22 | THE COURT:  I'm sorry.  Make it simple for the |
| 10:34 | 23 | record.  Bratz Skateboarding; is that 2007? |
| 10:34 | 24 | MS. KELLER:  That's 2007, Your Honor. |
| 10:34 | 25 | THE COURT:  All right.  So the -- across the line |

| | | |
|---|---|---|
| 10:34 | 1 | over to 2008 is Bratz Celebrities? |
| 10:34 | 2 | MS. KELLER:  Yes, Your Honor. |
| 10:34 | 3 | THE COURT:  All right.  Thank you. |
| 10:34 | 4 | BY MS. KELLER: |
| 10:34 | 5 | Q.   And we see some of the familiar themes here, the |
| 10:34 | 6 | fashion designer, evening wear, the sleepwear, the swimwear, |
| 10:34 | 7 | hairstyles? |
| 10:34 | 8 | A.   Uh-huh. |
| 10:34 | 9 | Q.   In the middle, second from the left, we see Bratz Magic |
| 10:34 | 10 | Hair Color, Leah? |
| 10:34 | 11 | A.   Yes. |
| 10:34 | 12 | Q.   And what was that? |
| 10:34 | 13 | A.   That was the same as the magic hair, as we saw before, |
| 10:34 | 14 | but brand-new character.  Again, different hair color, face, |
| 10:34 | 15 | paint.  Come with a lot of accessories that the girl could |
| 10:34 | 16 | use to style the hair on the dolls, but also apply that to |
| 10:34 | 17 | their own hair. |
| 10:35 | 18 | Q.   And then next to her on the right, please, Bratz Neon |
| 10:35 | 19 | Pop Divaz? |
| 10:35 | 20 | A.   Yes. |
| 10:35 | 21 | Q.   And what was that? |
| 10:35 | 22 | A.   Again, this was going back 'on the music theme, and the |
| 10:35 | 23 | guitar that came with it.  I don't know if you can see that. |
| 10:35 | 24 | When you played it, you basically had the neon -- it'd light |
| 10:35 | 25 | up like a neon.  Like the yellow piece here. |

| 10:35 | 1 | Q.   And then you've got some more of the X-treme Sportz and |
|---|---|---|
| 10:35 | 2 | Play Sportz Wintertime collection. |
| 10:35 | 3 | Second from the right, on the bottom, I see Bratz World |
| 10:35 | 4 | Familiez. |
| 10:35 | 5 | A.   Yes. |
| 10:35 | 6 | Q.   What was that? |
| 10:35 | 7 | A.   Now, we started -- again, based on the bounce back, the |
| 10:35 | 8 | research we are getting from the kids, we started making the |
| 10:35 | 9 | families, as the mom and the smaller version, the little |
| 10:35 | 10 | girl to go with this.  It was two dolls in here.  The one on |
| 10:36 | 11 | the right is the mom, and one on the left is her daughter. |
| 10:36 | 12 | Q.   And how did that do? |
| 10:36 | 13 | A.   It did very well. |
| 10:36 | 14 | Q.   And next to that is Bratz World Twins.  When it says |
| 10:36 | 15 | "Bratz World," what does it mean? |
| 10:36 | 16 | A.   Again, we created a whole section called "Bratz World," |
| 10:36 | 17 | where basically you had more than one doll in the package. |
| 10:36 | 18 | We had twins.  We had families.  We had a dad.  We had |
| 10:36 | 19 | mother.  We even have a grandmother. |
| 10:36 | 20 | Q.   And let's look at 2009, page 8. |
| 10:36 | 21 | *(Document displayed.)* |
| 10:36 | 22 | BY MS. KELLER: |
| 10:36 | 23 | Q.   Top left we've got Bratz Cowgirlz? |
| 10:36 | 24 | A.   Yes.  Again, goes back to the western theme. |
| 10:36 | 25 | Q.   And to the right of that, we've got Bratz Dance Crewz? |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 122 of 136   Page ID #:302545
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

122

| | | |
|---|---|---|
| 10:36 | 1 | A.   Yes.  This is about dancing and it came with a |
| 10:36 | 2 | little -- a boom box in the corner.  And the boom box |
| 10:37 | 3 | actually had actual music in it and played -- when you press |
| 10:37 | 4 | it, it played the music. |
| 10:37 | 5 | Q.   Bratz Desert Jewelz to the right of that? |
| 10:37 | 6 | A.   Yes.  Another take on the 1001 Night. |
| 10:37 | 7 | Q.   And to the right of that, Iconz? |
| 10:37 | 8 | A.   Yes. |
| 10:37 | 9 | Q.   What were the Iconz? |
| 10:37 | 10 | A.   The Bratz dolls have Iconz, that we talked about, so we |
| 10:37 | 11 | created little pets.  You see these little pets here.  And, |
| 10:37 | 12 | basically, had special eyes, because pets is very important |
| 10:37 | 13 | to kids.  And that was -- that was the icon for this doll. |
| 10:37 | 14 | And we showed that also on the package. |
| 10:37 | 15 | Q.   And to the right of that is Bratz Magic Hair Grow & |
| 10:37 | 16 | Cut? |
| 10:37 | 17 | A.   Yes. |
| 10:37 | 18 | Q.   How did that work? |
| 10:37 | 19 | A.   This did -- the doll hair -- literally, you could -- |
| 10:37 | 20 | you could grow it and cut it and style it.  So like getting |
| 10:37 | 21 | a haircut. |
| 10:37 | 22 | Q.   It would actually grow? |
| 10:38 | 23 | A.   No, it will not grow, but you could pull it. |
| 10:38 | 24 | Q.   Make it look like it was growing? |
| 10:38 | 25 | A.   Yes. |

CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

123

| | | |
|---|---|---|
| 10:38 | 1 | Q.   And then we see some of the other themes that we've |
| 10:38 | 2 | seen so far.  Passion for Fashion, Pampered Petz, Wild Life. |
| 10:38 | 3 | We see on the bottom middle, Bratz World Bedroom Set.  Was |
| 10:38 | 4 | this actually furniture? |
| 10:38 | 5 | A.   This was furniture, yes, for the dolls. |
| 10:38 | 6 | Q.   And how did that one do? |
| 10:38 | 7 | A.   Not so good. |
| 10:38 | 8 | Q.   And the bottom right, Bratz World First Date.  And that |
| 10:38 | 9 | one, we actually see the first date; he's not a secret? |
| 10:38 | 10 | A.   Yeah, no longer secret. |
| 10:38 | 11 | Q.   How did that product do? |
| 10:38 | 12 | A.   Did well. |
| 10:38 | 13 | Q.   So the whole process, then, of creating this brand |
| 10:38 | 14 | was -- sounds like it was an ongoing process? |
| 10:38 | 15 | A.   Yes, it is. |
| 10:38 | 16 | Q.   And still is? |
| 10:38 | 17 | A.   It is. |
| 10:38 | 18 | Q.   And it required a lot of input from a lot of people? |
| 10:38 | 19 | A.   Yes. |
| 10:39 | 20 | MR. PRICE:  Objection.  Leading. |
| 10:39 | 21 | THE COURT:  Well, I think he's already testified. |
| 10:39 | 22 | It doesn't suggest the answer.  He's already testified to |
| 10:39 | 23 | the creative ability.  People at MGA thought these themes |
| 10:39 | 24 | up.  Overruled. |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 124 of 136   Page ID #:302547
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

124

| | | |
|---|---|---|
| 10:39 | 1 | BY MS. KELLER: |
| 10:39 | 2 | Q.   Now, during this period of time, did MGA grow? |
| 10:39 | 3 | A.   We did. |
| 10:39 | 4 | Q.   And what kind of growth did MGA experience from 2000, |
| 10:39 | 5 | say, to 2009 in terms of the number of employees you had? |
| 10:39 | 6 | A.   Oh, we -- I think at one time we hired over 800 new |
| 10:39 | 7 | people.  More than that. |
| 10:39 | 8 | Q.   And starting out with? |
| 10:39 | 9 | A.   Starting when?  When I started the company? |
| 10:39 | 10 | Q.   Say in 2000. |
| 10:39 | 11 | A.   I think we had about 50, 60 people.  Less than a |
| 10:39 | 12 | hundred for sure. |
| 10:39 | 13 | Q.   Now, I'm gonna go through some sales reports with you. |
| 10:39 | 14 | And I don't want to go into them all, because we'd be here |
| 10:39 | 15 | for a month, but I would like you to just identify them, |
| 10:39 | 16 | Mr. Larian. |
| 10:39 | 17 |      And then I'm going to ask to have them admitted. |
| 10:40 | 18 |      MS. KELLER:  And these are entitled, Your Honor, |
| 10:40 | 19 | "MGA Sales by SKU." |
| 10:40 | 20 |      THE COURT:  Okay. |
| 10:40 | 21 | BY MS. KELLER: |
| 10:40 | 22 | Q.   Starting with 27268, in 2001, Mr. Larian, do you |
| 10:40 | 23 | recognize that? |
| 10:40 | 24 |      *(Document provided to the witness.)* |
| 10:40 | 25 |      THE WITNESS:  Yes. |

DEBBIE GALE, U.S. COURT REPORTER

| 10:40 | 1 | MS. KELLER:  I'd ask that that be admitted, |
| 10:40 | 2 | Your Honor. |
| 10:40 | 3 | THE COURT:  Received. |
| 10:40 | 4 | *(Exhibit No. 27268 received in evidence.)* |
| 10:40 | 5 | MS. KELLER:  35171. |
| 10:40 | 6 | *(Document provided to the witness.)* |
| 10:40 | 7 | BY MS. KELLER: |
| 10:40 | 8 | Q.   Do you recognize that as the MGA sales by SKU for 2002? |
| 10:40 | 9 | A.   Yes. |
| 10:40 | 10 | MS. KELLER:  Move that it be admitted. |
| 10:40 | 11 | THE COURT:  Received. |
| 10:40 | 12 | *(Exhibit No. 35171 received in evidence.)* |
| 10:40 | 13 | MS. KELLER:  Exhibit 27331. |
| 10:40 | 14 | *(Document provided to the witness.)* |
| 10:40 | 15 | BY MS. KELLER: |
| 10:40 | 16 | Q.   Is that the same document for 2003? |
| 10:40 | 17 | A.   Yes. |
| 10:40 | 18 | MS. KELLER:  Move its admission. |
| 10:40 | 19 | THE COURT:  Received. |
| 10:40 | 20 | *(Exhibit No. 27331 received in evidence.)* |
| 10:40 | 21 | MS. KELLER:  27261. |
| 10:40 | 22 | *(Document provided to the witness.)* |
| 10:40 | 23 | BY MS. KELLER: |
| 10:40 | 24 | Q.   Same document for 2004? |
| 10:40 | 25 | A.   Yes. |

| 10:40 | 1 | MS. KELLER:  Move its admission. |
| 10:40 | 2 | THE COURT:  Received. |
| 10:40 | 3 | *(Exhibit No. 27261 received in evidence.)* |
| 10:41 | 4 | MS. KELLER:  27262. |
| 10:40 | 5 | *(Document provided to the witness.)* |
| | 6 | BY MS. KELLER: |
| 10:41 | 7 | Q.   Same document for 2005? |
| 10:41 | 8 | A.   Yes. |
| 10:41 | 9 | MS. KELLER:  Move its admission. |
| 10:41 | 10 | THE COURT:  Received. |
| 10:41 | 11 | *(Exhibit No. 27262 received in evidence.)* |
| 10:41 | 12 | MS. KELLER:  27263. |
| 10:40 | 13 | *(Document provided to the witness.)* |
| | 14 | BY MS. KELLER: |
| 10:41 | 15 | Q.   Same document for 2006? |
| 10:41 | 16 | A.   Yes. |
| 10:41 | 17 | THE COURT:  Received. |
| 10:41 | 18 | *(Exhibit No. 27263 received in evidence.)* |
| 10:41 | 19 | MS. KELLER:  27264. |
| 10:40 | 20 | *(Document provided to the witness.)* |
| | 21 | BY MS. KELLER: |
| 10:41 | 22 | Q.   Same document for 2007? |
| 10:41 | 23 | THE COURT:  Received. |
| 10:41 | 24 | THE WITNESS:  Yes. |
| 10:41 | 25 | *(Exhibit No. 27264 received in evidence.)* |

| | | |
|---|---|---|
| 10:41 | 1 | MS. KELLER:  27265. |
| 10:40 | 2 | *(Document provided to the witness.)* |
| | 3 | BY MS. KELLER: |
| 10:41 | 4 | Q.   Same document for 2008? |
| 10:41 | 5 | A.   Yes. |
| 10:41 | 6 | THE COURT:  Received. |
| 10:41 | 7 | *(Exhibit No. 27265 received in evidence.)* |
| 10:41 | 8 | MS. KELLER:  27266. |
| 10:40 | 9 | *(Document provided to the witness.)* |
| | 10 | BY MS. KELLER: |
| 10:41 | 11 | Q.   Same document for 2009? |
| 10:41 | 12 | A.   I don't have it. |
| 10:41 | 13 | THE COURT:  Received. |
| 10:41 | 14 | *(Exhibit No. 27266 received in evidence.)* |
| 10:41 | 15 | MS. KELLER:  And 27267. |
| 10:40 | 16 | *(Document provided to the witness.)* |
| | 17 | BY MS. KELLER: |
| 10:41 | 18 | Q.   This is the MGA sales by SKU, 2010, January to May? |
| 10:41 | 19 | A.   Yes. |
| 10:41 | 20 | THE COURT:  Received. |
| 10:41 | 21 | *(Exhibit No. 27267 received in evidence.)* |
| 10:41 | 22 | MS. KELLER:  And 27241. |
| 10:40 | 23 | *(Document provided to the witness.)* |
| | 24 | BY MS. KELLER: |
| 10:41 | 25 | Q.   Same document, 2010, June to September? |

| | | |
|---|---|---|
| 10:41 | 1 | A.   Yes. |
| 10:42 | 2 | THE COURT:  Received. |
| 10:42 | 3 | *(Exhibit No. 27241 received in evidence.)* |
| 10:42 | 4 | BY MS. KELLER: |
| 10:42 | 5 | Q.   So those are all MGA sales by SKU for those various |
| 10:42 | 6 | years; is that right? |
| 10:42 | 7 | A.   Yes. |
| 10:42 | 8 | THE COURT:  Received. |
| 10:42 | 9 | Would you go back to 2003 for a moment.  2002 was |
| 10:42 | 10 | 35171.  I missed 2003. |
| 10:42 | 11 | MS. KELLER:  2003 was 27331. |
| 10:42 | 12 | THE COURT:  Thank you.  Received. |
| 10:42 | 13 | MS. KELLER:  Thank you, Your Honor. |
| 10:42 | 14 | BY MS. KELLER: |
| 10:42 | 15 | Q.   Now, I want to turn to the subject of royalties for a |
| 10:42 | 16 | minute. |
| 10:42 | 17 | We've heard that MGA paid Mr. Bryant some royalties on |
| 10:42 | 18 | a variety of products; is that correct? |
| 10:42 | 19 | A.   Yes. |
| 10:42 | 20 | Q.   Was the agreement for him to pay -- was the agreement |
| 10:42 | 21 | to pay him royalties on every product he helped design? |
| 10:42 | 22 | A.   Yes. |
| 10:42 | 23 | Q.   So you paid him based on many of these products that |
| 10:42 | 24 | we've been looking at that were designed and developed long |
| 10:42 | 25 | after he left Mattel? |

CV 04-9049 DOC - 2/17/2011 - Day 19, Volume 1 of 4

129

| | | |
|---|---|---|
| 10:42 | 1 | A.   That's correct. |
| 10:42 | 2 | Q.   So, for example, let's say if we just pick the year |
| 10:43 | 3 | 2005.  If he consulted on or helped design a brand-new |
| 10:43 | 4 | product, even with a brand-new sculpt, he still got paid a |
| 10:43 | 5 | royalty? |
| 10:43 | 6 | A.   Yes.  For example, we did Bratz Babyz that have -- I |
| 10:43 | 7 | don't know if you have a sample here -- that has nothing to |
| 10:43 | 8 | do with the -- his first pitch drawing.  But he helped us |
| 10:43 | 9 | design that and we paid him for it. |
| 10:43 | 10 | Q.   So when we hear this figure of $35 million -- |
| 10:43 | 11 | A.   Yes. |
| 10:43 | 12 | Q.   -- that encompasses, not just the first four |
| 10:43 | 13 | characters, but it encompasses everything for all those |
| 10:43 | 14 | years that he helped develop, design, or consult, true? |
| 10:43 | 15 | A.   Right.  And many, many of them had nothing to do with |
| 10:43 | 16 | the first four drawings or the first four dolls.  Like Bratz |
| 10:43 | 17 | Kidz, Bratz Babyz, Bratz Boyz.  It's Itsy Bitsy Bratz, a lot |
| 10:43 | 18 | of different things. |
| 10:43 | 19 | Q.   And was the same true for accessories?  In other words, |
| 10:43 | 20 | if he helped design, you know, a little car for the dolls or |
| 10:44 | 21 | helped design a little backpack for the dolls, would he get |
| 10:44 | 22 | royalties on that too? |
| 10:44 | 23 | A.   If he was involved in it, yes. |
| 10:44 | 24 | Q.   And let's look at Exhibit 11902. |
| 10:44 | 25 | *(Document provided to the witness.)* |

| | | |
|---|---|---|
| 10:44 | 1 | BY MS. KELLER: |
| 10:44 | 2 | Q.   Do you recognize this -- if you look at the top, as an |
| 10:44 | 3 | e-mail chain from you to Paula Garcia and Leon Djiguerian, |
| 10:44 | 4 | cc'd to a couple of other people? |
| 10:44 | 5 | A.   Yes. |
| 10:44 | 6 | Q.   Dated November 28th, 2006. |
| 10:44 | 7 | A.   Yes. |
| 10:44 | 8 | MS. KELLER:  Your Honor, I'd move 11902 into |
| 10:44 | 9 | evidence. |
| 10:44 | 10 | THE COURT:  Received. |
| 10:44 | 11 | (Exhibit No. 11902 received in evidence.) |
| 10:44 | 12 | (Document provided to the witness.) |
| 10:44 | 13 | BY MS. KELLER: |
| 10:44 | 14 | Q.   Now, we see that that first e-mail chain up there at |
| 10:45 | 15 | the top, as we talked about, was from you to Paula Garcia |
| 10:45 | 16 | and others.  But let's look at the bottom e-mail on the |
| 10:45 | 17 | page.  Let's look at the bottom e-mail on page 2, which also |
| 10:45 | 18 | goes on to page 3, and that's from Leon Djiguerian to you |
| 10:45 | 19 | November 28, 2006. |
| 10:45 | 20 | A.   Yes. |
| 10:45 | 21 | Q.   Do you see that? |
| 10:45 | 22 | A.   Yes, I do. |
| 10:45 | 23 | Q.   And he says to you, "Isaac, I need to submit the items |
| 10:45 | 24 | which Carter is due royalty for Q3, 2006."  Is that the |
| 10:45 | 25 | third quarter? |

Case 2:04-cv-09049-DOC-RNB   Document 10028   Filed 02/18/11   Page 131 of 136   Page ID #:302554
CV 04-9049 DOC – 2/17/2011 – Day 19, Volume 1 of 4

131

| | | |
|---|---|---|
| 10:45 | 1 | A.   Yes. |
| 10:45 | 2 | Q.   "I want to double-check with you if you want to give |
| 10:45 | 3 | him any royalty on the two themes which he consulted on the |
| 10:45 | 4 | designs with our designers.  All Bratz On Ice Champion |
| 10:46 | 5 | dolls, this includes all exclusives, as Babyz, Big Babyz, |
| 10:46 | 6 | and Kidz, Talking Bratz.  Thanks, Leon." |
| 10:46 | 7 | Okay.  Do you see your reply November 28th, 2006? |
| 10:46 | 8 | A.   Yes. |
| 10:46 | 9 | Q.   And you said, "He gets royalty on all dolls"? |
| 10:46 | 10 | A.   Yes. |
| 10:46 | 11 | Q.   Now let's look at the e-mail above that, from Paula |
| 10:46 | 12 | Garcia to you, and copied to Brian Wing and also to Leon |
| 10:46 | 13 | Djiguerian.  "Isaac, I just want to be clear.  In seasons' |
| 10:46 | 14 | past, you mentioned he only gets royalties on those concepts |
| 10:46 | 15 | he personally designs.  There has always been gray area on |
| 10:46 | 16 | those themes he consults on.  But based on your below, it |
| 10:46 | 17 | sounds like no matter what, whether he designs personally, |
| 10:46 | 18 | consults with other designers, or has no involvement at all |
| 10:46 | 19 | whatsoever, he should be paid royalty.  Correct?" |
| 10:47 | 20 | A.   Yes. |
| 10:47 | 21 | Q.   And if we go to the very top, then, we see you replied, |
| 10:47 | 22 | "What dolls has he worked on directly, and what had he -- |
| 10:47 | 23 | little input in." |
| 10:47 | 24 | A.   Yes. |
| 10:47 | 25 | Q.   Do you see that? |

| | | |
|---|---|---|
| 10:47 | 1 | A.   I do. |
| 10:47 | 2 | Q.   Now, when you wrote, "he gets royalties on all dolls," |
| 10:47 | 3 | you didn't mean to say that he got royalties on any doll |
| 10:47 | 4 | ever produced any MGA, right? |
| 10:47 | 5 | A.   No.   Anything that he worked on and helped us. |
| 10:47 | 6 | THE COURT:  Well, just a moment.  That's |
| 10:47 | 7 | confusing.  Anything he worked on at MGA in the Bratz line |
| 10:47 | 8 | or -- I don't know if the jury's clear if he worked on |
| 10:47 | 9 | anything else.  So... |
| 10:47 | 10 | MS. KELLER:  I'll clarify that. |
| 10:47 | 11 | BY MS. KELLER: |
| 10:47 | 12 | Q.   You meant that Carter Bryant got royalties on any dolls |
| 10:47 | 13 | in the Bratz line that he worked on? |
| 10:47 | 14 | A.   That's correct. |
| 10:47 | 15 | Q.   And when you see Paula's e-mail back to you, Paula |
| 10:48 | 16 | Garcia is clarifying that in the past he only got royalties |
| 10:48 | 17 | on those concepts he personally designed, right? |
| 10:48 | 18 | A.   That's correct. |
| 10:48 | 19 | Q.   And then when you followed up, what dolls has he worked |
| 10:48 | 20 | on directly and what had he little input in, you were |
| 10:48 | 21 | referring to, "Okay, let's find out what he worked on"? |
| 10:48 | 22 | A.   That's correct. |
| 10:48 | 23 | Q.   Now, ultimately, Mr. Bryant was paid a royalty on any |
| 10:48 | 24 | Bratz dolls that he either designed or worked on or |
| 10:48 | 25 | consulted on in developing, right? |

| | | |
|---|---|---|
| 10:48 | 1 | A.   Yes. |
| 10:48 | 2 | Q.   And that was true for all those years where they |
| 10:48 | 3 | were -- say, you know, Bratz Boyz or dolls that didn't exist |
| 10:48 | 4 | in 2000, true? |
| 10:48 | 5 | A.   Yes. |
| 10:48 | 6 | MR. PRICE:  Your Honor, it's ambiguous as to all |
| 10:48 | 7 | those years.  Up until when? |
| 10:49 | 8 | MS. KELLER:  I'll just rephrase, Your Honor. |
| 10:49 | 9 | BY MS. KELLER: |
| 10:49 | 10 | Q.   So, for example, Bratz Boyz didn't even exist in 2000, |
| 10:49 | 11 | right? |
| 10:49 | 12 | A.   They did not.  No dolls existed in 2000.  Dolls came to |
| 10:49 | 13 | the market in 2001.  And there were no Bratz Boyz in 2001. |
| 10:49 | 14 | We came up -- we wanted to do boys.  He helped design the |
| 10:49 | 15 | boys in 2001 for 2002.  Or we came up with Bratz Babyz, |
| 10:49 | 16 | which are actually like little babies. |
| 10:49 | 17 | MR. PRICE:  This is a narrative without a |
| 10:49 | 18 | question, I think. |
| 10:49 | 19 | THE COURT:  I think it's responsive to the |
| 10:49 | 20 | question. |
| 10:49 | 21 | Overruled. |
| 10:49 | 22 | THE WITNESS:  We did like Bratz Babyz -- again, if |
| 10:49 | 23 | we have a sample for the jury to see -- we had him design |
| 10:49 | 24 | the babies.  Had nothing to do with what he pitched when he |
| 10:49 | 25 | came to see us.  *(Indicating.)* |

10:49   1   BY MS. KELLER:
10:49   2   Q.   Can you give us the exhibit number of that Bratz Babyz?
10:49   3   A.   29077.  Again, these are -- we asked him to design
10:50   4   this.  This year on this -- I can't read it.  But anyways,
10:50   5   this was -- had nothing to do -- it wasn't his concept work
10:50   6   or anything that he had come and seen us.  And there were
10:50   7   many, many, many products.  Like this Bratz Kidz is another
10:50   8   one.  Itsy Bitsy Bratz, which were this size.
10:50   9   Q.   When you say "this size," how big are you showing?
10:50   10  A.   About an inch and a half, literally this size.
10:50   11  Q.   And we'll be getting to that in a little bit, but the
10:50   12  bottom line is he received royalties on many products that
10:50   13  he designed or worked on for you --
10:50   14  A.   Right.
10:50   15  Q.   -- that had nothing to do with the first four dolls
10:50   16  that were produced from the sketches he made, right?
10:50   17  A.   Yes.  That's correct.
10:50   18          THE WITNESS:  Your Honor, I apologize.  I'm under
10:50   19  the weather.
10:50   20          THE COURT:  We're going to take a recess.
10:50   21          You're admonished not to discuss this matter
10:51   22  amongst yourselves, nor to form or express any opinion
10:51   23  concerning the case.
10:51   24          We'll come and get you in about 20 minutes.
10:51   25          *(Jury recesses at 10:51 a.m.)*

DEBBIE GALE, U.S. COURT REPORTER

10:51   1           THE COURT:  Counsel, five after, will that be

10:51   2   acceptable?  All right.  Thank you.

10:51   3               *(Recess held at 10:51 a.m.)*

10:51   4               *(Further proceedings reported by Maria*

10:51   5       *Dellaneve in Volume II.)*

10:51   6                          -oOo-

10:51   7

        8

        9

       10

       11

       12

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

-oOo-

CERTIFICATE

     I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  February 17, 2011

_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR