Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HON. DAVID O. CARTER, JUDGE PRESIDING


MATTEL INC.,                          )
                                      )
                    Plaintiff,        )
                                      )
          vs.                         ) No. CV 04-9049-DOC
                                      )
MGA ENTERTAINMENT, INC.,              )
                                      )
                    Defendant.        )
_____)



REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

THURSDAY, FEBRUARY 17, 2011

VOLUME 2



Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

5475898d-71e0-4398-a66e-aec28171a0ba

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFF:   QUINN EMANUEL URQUHART OLIVER & SULLIVAN
                           BY:  MICHAEL ZELLER, ESQ.
 3                         and  JOHN QUINN, ESQ.
                           865 S. FIGUEROA
 4                         10TH FLOOR
                           LOS ANGELES, CALIFORNIA 90017
 5                         (213)443-3000

 6
      FOR THE DEFENDANTS:  ORRICK, HERRINGTON & SUTCLIFFE
 7                         BY:  ANNETTE HURST, ESQ.
                           405 HOWARD STREET
 8                         SAN FRANCISCO, CALIFORNIA 94105
                           (415)773-5700
 9

10
      FOR THE DEFENDANTS:  ORRICK HERRINGTON & SUTCLIFFE
11                         BY:  THOMAS MCCONVILLE, ESQ.
                           4 PARK PLAZA
12                         SUITE 1600
                           IRVINE, CALIFORNIA 92614
13                          (949)567-6700

14
                           KELLER RACKAUCKAS
15                         BY:  JENNIFER KELLER, ESQ.
                           18500 VON KARMAN AVENUE
16                         SUITE 560
                           IRVINE, CALIFORNIA 92612
17

18
      FOR CARLOS MACHADO GOMEZ: LAW OFFICES OF MARK E. OVERLAND
19                         BY:  MARK OVERLAND, ESQ.
                           100 WILSHIRE BLVD
20                         SUITE 950
                           SANTA MONICA, CA. 90401
21                         (310) 459-2830

22

23

24

25
```

Page 3

1                          - AND -

2                          SCHEPER KIM & HARRIS LLP
                           BY:  ALEXANDER COTE, ESQ.
3                          601 WEST 5TH STREET_12TH FLOOR
                           LOS ANGELES, CA. 90071
4                          (213) 613-4660

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5475898d-71e0-4398-a66e-aec28171a0ba

```
                                                              Page 4
 1                           I N D E X

 2
      PLAINTIFF'S                                            VOIR
 3    WITNESS              DIRECT  CROSS  REDIRECT  RECROSS  DIRE

 4    ISAAC LARIAN                    6

 5

 6                             EXHIBITS

 7
      DEFENDANT'S                        FOR         IN
 8    EXHIBIT   DESCRIPTION        IDENTIFICATION   EVIDENCE

 9     14188                                          23
       17466                                          39
10     17468                                          36
       17469                                          31
11     17473                                          36
       17478                                          34
12     17523                                          26
       17577                                          24
13     17577                                          25
       17731                                          20
14     17775                                          31
       18857                                          21
15     18858                                          20
       18859, 28963                                   17
16     18860                                          34
       18861                                          35
17     18862                                          30
       18863                                          31
18     18864, 18877                                   35
       18865                                          38
19     18866                                          38
       18866                                          38
20     18870                                          10
       18871                                          17
21     18872                                          23
       18873                                          24
22     18875                                          22
       18876                                          36
23     18879                                          18
       28878                                          19
24     28878                                          19
       28963                                          13
25     29023                                          25
```

5475898d-71e0-4398-a66e-aec28171a0ba

Page 5

| | | | |
|---|---|---|---|
| 1 | 29078 | | 22 |
| | 29089 | | 13 |
| 2 | 29089 | | 16 |
| | 35095 | | 32 |
| 3 | 35114 | | 29 |
| | 35115 | | 27 |
| 4 | 35117, 35118 | | 12 |
| | 35184 | | 37 |
| 5 | 35219 | | 10 |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5475898d-71e0-4398-a66e-aec28171a0ba

Page 6

1          SANTA ANA, CALIFORNIA; THURSDAY, FEBRUARY 17, 2011

2              **THE COURT:**  The jury is present, all counsel are

3      present, the witness is present.

4              Counsel, thank you for your courtesy.

5              Ms. Keller, if you would like to proceed.

6                      CROSS-EXAMINATION (RESUMED)

7      BY MS. KELLER

8      **Q**    Mr. Larian, before we leave the subject of themes, a lot of

9      these themes that you talked about for the dolls -- Hollywood

10     Celebrity, Pop Starz, Slumber Party, Dating, Sweetheart, Prom,

11     Costumes, Cowgirlz, a lot of them, were these brand new original

12     ideas with MGA or were these stock ideas?

13     **A**    Many, many, many, many toy companies have done those themes

14     over many years.  It's the way we executed them that was

15     different.

16     **Q**    And when you say, "it was the way we executed them that was

17     different," what do you mean?

18     **A**    For example, do you have the princess doll here?  Do you have

19     --

20     **Q**    I don't think we do have that one.

21     **A**    Okay.  Again, the execution on the fashions, the makeup, the

22     packaging, etcetera, doesn't look like Disney Princess, for

23     example.  It's just execution which is different.

24     **Q**    So you are not saying that your creative people came up with

25     the idea of a princess doll?

Page 7

1   **A**      No.

2   **Q**      And the Winter Wonderland theme, was that a theme that had --

3   that the snow and winter theme, was that a theme that other toy

4   companies had done, too?

5   **A**      Frankly, I don't remember if other toy companies have done

6   something like that, or -- like that before, but for sure the

7   execution that we did on the Bratz Winter Wonderland, that

8   execution was never done before to the detail on the handle -- you

9   have to see those products really to appreciate it; the furs that

10  went on and the fur handle -- I have never seen it anyway.

11  **Q**      The fur handle for the package itself?

12  **A**      That's correct.

13  **Q**      And Hollywood Celebrity, a lot of these themes other toy

14  companies had taken a stab at, or had done something?

15  **A**      Yes.

16  **Q**      And what do you think was responsible for your success,

17  taking some of these common themes or stock themes and turning it

18  into, in many cases, a real success?

19  **A**      Again, just the execution of it.  It's like a TV sitcom, you

20  have seen many, many different sitcoms that are similar, yet it's

21  the execution.  How you execute it.  How you deliver the message.

22  **Q**      Now, I'd like to move on to the area of sculpts.

23          These sculpts that were made, there had to be -- each

24  doll -- each item that became a doll had to start with a sculpt at

25  some point; right?

5475898d-71e0-4398-a66e-aec28171a0ba

Page 8

1   **A**   I'm sorry?

2   **Q**   Each doll at some point had to start with a sculpt; right?

3   **A**   Yes.  But we did use some of the sculpts over and over again.

4   **Q**   Right.  But some sculpts you used over and over again and

5   some were brand new; right?

6   **A**   Yes, but we made changes to the cosmetics; small changes.  We

7   were talking about the lips being open and closed, for example, on

8   one of them.  The height on the Pixiez was taller than the regular

9   doll, yes.

10  **Q**   And we're going to talk about that in a minute.

11          You are not feeling too good?

12  **A**   No it's okay.  I have a little migraine, but I'm okay.

13  **Q**   Now, you heard Mr. Quinn -- because you were sitting here --

14  say in his opening statement that Mattel is seeking damages from

15  MGA of more than a billion dollars.

16          Do you remember that?

17  **A**   Yes, I do remember that.

18  **Q**   And I'd like to talk to you for a little bit about the

19  sculpts that were created for, not just the first four dolls, but

20  sculpts that were created for other doll products beginning in

21  2002.  Okay?

22  **A**   Yes.

23  **Q**   And you remember Mr. Price asking Carter Bryant about whether

24  he received royalties for products that used the same sculpts as

25  the first generation dolls?

5475898d-71e0-4398-a66e-aec28171a0ba

Page 9

1    **A**    I'm sorry, can you repeat the question?

2    **Q**    Do you remember Mr. Price asking Carter Bryant about whether

3    he received royalties for products using the same sculpts as were

4    used for that first generation of dolls?

5    **A**    Yes.

6    **Q**    And is it true that there were a lot of different sculpts

7    that were developed for the various Bratz dolls over the years?

8              **MR. QUINN:**  Objection.  Ambiguous.

9              **THE COURT:**  Overruled.

10             You can answer that question.

11             **THE WITNESS:**  Yes, there were many, many different

12   sculpts made over the years.

13   BY MS. KELLER

14   **Q**    Was Mr. Bryant paid royalties for products he consulted on

15   that used totally different sculpts from the sculpts that were

16   used for first generation four dolls?

17   **A**    Yes.  For example, Bratz, Talking Bratz, Pixiez, Bratz Babyz

18   we just talked about.  He did.

19   **Q**    If we could look at Exhibit 35219.  Do you recognize that as

20   a compilation of many different sculpts that were developed for

21   the Bratz line?

22   **A**    Yes, I do.

23             **MS. KELLER:**  Your Honor, I would move 35219 into

24   evidence.

25             **THE COURT:**  Received.

Page 10

1               (Exhibit 35219 received in evidence.)

2    BY MS. KELLER

3    **Q**    Now, some of these, for example, the sculpt on the far right

4    on the top row --

5    **A**    Yes.

6    **Q**    -- that is actually Exhibit 18862.

7    **A**    Yes.  That's the Bratz Babyz.

8    **Q**    That's Bratz Babyz?

9    **A**    That's the one we just saw.  This is the sculpt without any

10   makeup, etcetera, on it.  Fashion.

11   **Q**    And, for example, if we look down at the bottom middle,

12   18871, do you recognize that?

13   **A**    Yes.  That was also a brand new sculpt.  It was a Bratz doll

14   that had the dog, and as the doll walked, the dog also walked with

15   it.

16   **Q**    Let's look at some of the different sculpts and the dolls

17   they were used for.  If we could see Exhibit 18870.

18   **A**    Yes.

19   **Q**    Do you recognize that as a sculpt for Bratz Boyz?

20   **A**    Yes.

21            **MS. KELLER:**  Your Honor, I would move Exhibit 18870 into

22   evidence.

23            **THE COURT:**  Received.

24               (Exhibit 18870 received in evidence.)

25

Page 11

1   BY MS. KELLER

2   **Q**   Could you just hold up that a second so the members of the

3   jury can see it.

4           So that was a brand new sculpt.  You didn't use the

5   original sculpt that was used to create the first four dolls?

6   **A**   This is a Bratz boy with a six-pack.  No.

7   **Q**   Okay.  Exhibit 17585, is that Sun-kissed Cameron?

8   **A**   Yes.

9   **Q**   And Cameron was the name of your youngest son?

10  **A**   He is still my youngest son.

11          **MS. KELLER:**  And I think that was already admitted, Your

12  Honor.

13  BY MS. KELLER

14  **Q**   Then that was one of the Bratz Boys.

15  **A**   Yes, it is.

16  **Q**   If we look at Exhibit 35117 and 35118, are those group photos

17  of Bratz Boys?

18  **A**   Yes.

19          **MS. KELLER:**  Ask that they be admitted, Your Honor.

20          **THE WITNESS:**  Even the sculpts in the Bratz Boys also

21  changed.

22          **MS. KELLER:**  Can 35117 be admitted, Your Honor?

23          **THE COURT:**  Received.

24          **MS. KELLER:**  And 35118?

25          **THE COURT:**  Received.

1          (Exhibit 35117, 35118 received in evidence.)

2     BY MS. KELLER

3     **Q**     If we look at 35117, these are Bratz Boys Sports, Sun-kissed

4     Summer, these were again products of that different sculpt?

5     **A**     Yes.  Again, I think even in the boys we changed the sculpts.

6     **Q**     As you went along?

7     **A**     Yes.

8     **Q**     And if we look at 35118, here we see the boys -- we have a

9     Formal Funk on the top right?

10    **A**     Yes.

11    **Q**     And another Formal Funk on the bottom left?

12    **A**     Yes.

13    **Q**     And we have got Wintertime Wonderland on the top left?

14    **A**     Yes.

15    **Q**     And Wintertime Wonderland on the bottom middle?

16    **A**     Yes.

17    **Q**     And I'm trying to read what that is on the bottom right.

18    Bratz Shop-off?

19    **A**     No.

20    **Q**     These are all Bratz Boys; right?

21    **A**     Yes.

22    **Q**     Step-off?

23    **A**     Step-off.

24    **Q**     Now, let's -- if we could look at Exhibit 29089, is that a

25    Bratz collector doll?

Page 13

1    **A**    Yes, it is.

2    **Q**    And that's Bratz Holiday Collector in 2005?

3    **A**    Yes.  And we came up with -- also, we made a small exclusive

4    holiday ornament that you can -- this doll here, that you can hang

5    on Christmas tree.

6              **MS. KELLER:**  Your Honor, I move Exhibit 29089 into

7    evidence.

8              **THE COURT:**  Received.

9                   (Exhibit 29089 received in evidence.)

10   BY MS. KELLER

11   **Q**    That also used a different sculpt than the sculpt that was

12   used for the first four characters?

13   **A**    Yes.

14   **Q**    And if we look at Exhibit 28963, is this Bratz Ice Championz?

15   **A**    Yes.  That's the one I was talking to you about.

16   **Q**    And this was Bratz Ice Championz Maribel?

17   **A**    Yes.

18             **MS. KELLER:**  Your Honor, I would move Exhibit 28963 into

19   evidence.

20             **THE COURT:**  Received.

21                  (Exhibit 28963 received in evidence.)

22   BY MS. KELLER

23   **Q**    This was launched in 2006?

24   **A**    Yes, it was.

25   **Q**    And did this use the same sculpt as the one used for the

Page 14

1    first four dolls?

2    **A**    No, it did not.

3    **Q**    Bratz Pixiez, Exhibit 18859, was that launched in 2007?

4    **A**    Yes, it did.

5    **Q**    And is 18859 the sculpt for the Bratz Pixiez dolls?

6    **A**    Yes, it is.  You can see the hands are different, the height

7    is different.  The hands are standing the position so you can --

8    **Q**    Can you move your microphone over just a little bit so we can

9    hear you better.

10   **A**    Even the position of the hands are different so you can

11   articulate it this way.  Different play value.  The height is

12   different, the face is different.

13   **Q**    And again, this was not the same sculpt as --

14   **A**    It was not.

15   **Q**    -- the first four dolls?

16            Exhibit 29020, 2-9-0-2-0, is the packaged doll that was

17   made from the sculpt you just showed us?

18   **A**    Yes, it is.  And that's the Pixie Powder I was talking about.

19   **Q**    The Pixie Powder, okay.

20            Let's talk about Bratz Walking.  That was launched in

21   2007.

22   **A**    Yes.

23   **Q**    And if you take a look at Exhibit 18871, is that a sculpt

24   that was created for Bratz Walking?

25   **A**    The head is missing, yes.  But it's different, if you see in

Page 15

1    the back, because this doll, actually, as it walked, it dragged

2    the dog with it.   It actually walked.

3    **Q**    So the Bratz Walking doll would walk and it would drag the

4    doll?

5    **A**    The dog.

6    **Q**    The dog doll behind it?

7    **A**    Right.

8    **Q**    And both of those -- obviously the dog and also the doll --

9    were not made from the same as the original sculpts; right?

10   **A**    They were not.

11              MS. KELLER:  Your Honor, I would move both of those

12   items into evidence, 18871 and 18879, the packaged doll that

13   resulted from that sculpt.

14              THE COURT:  Just a moment.  Why don't you go down your

15   exhibits very slowly.  You referred to 29089.  That's a Holiday

16   2005.  Do that I have number wrong?  If so, correct me.

17              MS. KELLER:  Your Honor?

18              THE COURT:  Go back to the Holiday.

19              MS. KELLER:  The packaged doll?

20              THE COURT:  No.  Let's go back to the Holiday.

21              MS. KELLER:  I am.

22              THE WITNESS:  The package doll, the Bratz Holiday

23   Collector is Exhibit 29089.

24              THE COURT:  All right.  Now that's what my records show.

25   Are you moving for its receipt.

1          **MS. KELLER:**  Thank you, Your Honor.

2          **THE COURT:**  Are you moving for its receipt?

3          **MS. KELLER:**  Yes.

4          **THE COURT:**  Received.

5               (Exhibit 29089 received in evidence.).

6          **THE COURT:**  Your next item I didn't get quickly enough.

7     It was 29- and I have 89.  What was the middle exhibit number?

8          **MS. KELLER:**  28963.

9          **THE COURT:**  Thank you.  289; and what doll was that?

10         **MS. KELLER:**  The packaged doll Bratz Ice Championz

11    Maribel.

12         **THE COURT:**  No, no.  There was a doll in between.  I

13    have 28963, the Ice Champion Maribel, 2006.  I have already

14    received that.  There was another doll you referred to in between.

15         **MS. KELLER:**  There is Bratz Pixiez.

16         **THE COURT:**  No.  That's 18859.  There's another doll you

17    referred to between 29089 and 28963.

18         **MS. KELLER:**  That was the sculpt, Your Honor, for Pixiez

19    and then the doll.

20         **THE COURT:**  And you marked that.  I'll go back on the

21    record if you would like to.  Just a moment.

22          Ladies and gentlemen, why don't you just visit for just

23    a moment.  We'll be right with you.

24          29089 was previously received.  It was received at

25    11:21, according to the court reporter's notes.  28963 was your

Page 17

1    Ice Championz?

2              **MS. KELLER:**  Yes, Your Honor.

3              **THE COURT:**  All right.  Received.  18859 is the pixie

4    doll?

5              **MS. KELLER:**  That's the sculpt of the pixie doll.

6              **THE COURT:**  Sculpt.  My apologies.  Do you want that

7    received?

8              **MS. KELLER:**  Yes, Your Honor.

9              **THE COURT:**  All right.  It's received.

10              (Exhibit 18859, 28963 received in evidence.)

11              **MS. KELLER:**  And then --

12             **THE COURT:**  29020.

13             **MS. KELLER:**  That is the packaged Pixie Doll that

14    resulted from the sculpt, Your Honor.

15             **THE COURT:**  Packaged Pixie Doll, and that's previously

16    been received.  Now we should be -- just a moment -- at 18871,

17    which is the sculpt walking the dog?

18             **MS. KELLER:**  Yes, Your Honor.

19             **THE COURT:**  Does that complete the exhibits?

20             **MS. KELLER:**  Yes, Your Honor.

21             **THE COURT:**  Received.

22              (Exhibit 18871 received in evidence.)

23             **MS. KELLER:**  And then the packaged doll that resulted

24    from that sculpt, Sasha and Sasha's Dog, is that Exhibit 18879?

25             **THE COURT:**  18879, let me see that.

1          **THE WITNESS:**  That's not Sasha.  That's Cloe.

2    BY MS. KELLER

3    **Q**    That is the doll that resulted from that sculpt?

4    **A**    Yes.

5               **THE COURT:**  All right.  Show that to the jury.

6               And you are requesting 18879 as well?

7          **MS. KELLER:**  Yes, Your Honor.

8          **THE COURT:**  Received.

9               (Exhibit 18879 received in evidence.)

10              **THE COURT:**  Now thank you very much, sir.  There is no

11   question pending.

12              Next question, Counsel.

13   BY MS. KELLER

14   **Q**    And the sculpt of Sasha and the dog, it's a different color

15   than the doll that we see in the package?

16   **A**    Yes, it is.

17   **Q**    But is it the same sculpt?

18   **A**    Same sculpt that we made for the walking dog, yes, but not

19   the original sculpt.

20   **Q**    And so who sculpted the Sasha and the dog, if you know?

21   **A**    I don't remember who did that.

22   **Q**    I'm sorry.  Cloe and the dog.

23   **A**    I don't remember who did that.

24   **Q**    The next one, if we could have you look at Exhibit 28805.

25   **A**    Yes.

1   **Q**    Is that a packaged doll Evening Wear Cloe?

2   **A**    It is.

3   **Q**    Did Evening Wear Cloe result from a different sculpt than the

4   one used for the first four dolls?

5   **A**    It did.

6   **Q**    Was that launched in 2007?

7   **A**    Yes.

8   **Q**    If I could have you look at Exhibit 28878.

9   **A**    Yes.

10  **Q**    Is that Familiez Yasmin and Mom?

11  **A**    Yes.

12  **Q**    That's the packaged doll; right?

13  **A**    Two dolls, yes.

14  **Q**    Yasmin and Mom.

15          **MS. KELLER:**  Your Honor, I would move Exhibit 28878 into

16  evidence.

17          **THE COURT:**  Received.

18              (Exhibit 28878 received in evidence.)

19          **MS. KELLER:**  If I haven't already, move 28805, the

20  packaged doll Evening Wear Cloe, move that into evidence, Your

21  Honor.

22          **THE COURT:**  Received.

23              (Exhibit 28878 received in evidence.)

24  BY MS. KELLER

25  **Q**    And again, this Evening Wear Cloe, different sculpt than the

Page 20

1    original four?

2    **A**    Yes.

3    **Q**    And Familiez Yasmin and Mom, 28878, different one from the

4    original four?

5    **A**    Yes.

6    **Q**    If we could have you look at Exhibit 18858.

7    **A**    Yes.

8    **Q**    Is that a sculpt for Bratz Movie Starz?

9    **A**    Yes, it is.

10           **MS. KELLER:**  Your Honor, I will move 18858 into

11   evidence.

12           **THE COURT:**  Received.

13               (Exhibit 18858 received in evidence.)

14   BY MS. KELLER

15   **Q**    And if I could have you look at Exhibit 17731?

16   **A**    Yes.

17   **Q**    Is that the packaged doll "Bratz:  The Movie - Jade," that

18   resulted from the sculpt we just saw?

19   **A**    Yes, it is.

20           **MS. KELLER:**  Your Honor, I would move Exhibit 17731 into

21   evidence.

22           **THE COURT:**  Received.

23               (Exhibit 17731 received in evidence.)

24   BY MS. KELLER

25   **Q**    And if you would look at Exhibit 28757, which has already

Page 21

1    been admitted.

2    **A**    Yes.

3    **Q**    Is that the packaged doll Cloe and her sister, introduced in

4    2008?

5    **A**    Yes, it is.

6    **Q**    And did both of the dolls in that package, Cloe and her

7    sister, result from sculpts that were different than the one used

8    for the first four characters?

9    **A**    Yes, they are.

10   **Q**    If you look at Exhibit 18857.

11   **A**    Yes.

12   **Q**    Is that Bratz Star Singerz launched in 2007?

13   **A**    Yes, they are.

14   **Q**    Is that the sculpt for Bratz Star Singerz?

15   **A**    Yes.

16   **Q**    Can you show that to His Honor also.

17            **MS. KELLER:**  Your Honor, I would ask that 18857 be

18   admitted.

19            **THE COURT:**  Received.

20            (Exhibit 18857 received in evidence.)

21   BY MS. KELLER

22   **Q**    And if we could look -- have you look at Exhibit 18875.

23   **A**    Yes.

24   **Q**    Is that the packaged doll, Star Singerz Cloe, that resulted

25   from the sculpt we just saw?

Page 22

1    **A**    Yes, it is.

2            **MS. KELLER:**  Your Honor, I would move Exhibit 18875 into

3    evidence.

4            **THE COURT:**  Received.

5            (Exhibit 18875 received in evidence.)

6    BY MS. KELLER

7    **Q**    If you would please look at Exhibit 29078.

8    **A**    I don't have -- yes.

9    **Q**    Is that Exhibit 29078, the package doll that was formulated

10   from a new sculpt, not one used for the first four characters?

11   **A**    Actually, this is the first porcelain doll we made.  This is

12   porcelain.

13   **Q**    So that didn't result from any of the sculpts that we have

14   been discussing; right?

15   **A**    No.  This is porcelain doll.

16   **Q**    And if we look at --

17           **MS. KELLER:**  And, Your Honor, I will move 29078 into

18   evidence.

19           **THE COURT:**  Received.

20           (Exhibit 29078 received in evidence.)

21   BY MS. KELLER

22   **Q**    I'd like you to look at Exhibit 18872.

23   **A**    Yes.

24   **Q**    Is this a sculpt with bent legs for Bratz Talking?

25   **A**    Yes, it is.

Page 23

1          **MS. KELLER:**  Move 18872 into evidence.

2          **THE COURT:**  Received.

3              (Exhibit 18872 received in evidence.)

4    BY MS. KELLER

5    **Q**    And Bratz Talking was introduced around -- was it 2006 or

6    2007?

7    **A**    Just don't remember the date.

8    **Q**    Are you now looking at Exhibit 14188?

9    **A**    Yes.  14188.

10   **Q**    And this is one of the -- this is a package containing one of

11   the talking dolls?

12   **A**    Yes.

13   **Q**    And this is a doll that was formulated from that sculpt that

14   we just saw, 18872?

15   **A**    Yes.

16          **MS. KELLER:**  Move 14188 into evidence, Your Honor.

17          **THE COURT:**  Received.  Once again, the name on that says

18   Bunny Bod?

19          **THE WITNESS:**  No.  Sasha.

20              (Exhibit 14188 received in evidence.)

21          **THE COURT:**  Thank you.  It's received.

22   BY MS. KELLER

23   **Q**    If you would look at 18873.

24   **A**    Yes.

25   **Q**    Is that a sculpt for Bratz Talking with straight legs?

Page 24

1    **A**    No, it's not straight legs.  This is another -- we made a few

2    different sculpts for the talking doll.  And this is another one,

3    but this are not articulated.  They're fixed.

4    **Q**    So those legs don't move around?

5    **A**    That's correct.

6    **Q**    But the arms do?

7    **A**    Yes, they do.

8            **MS. KELLER:**  Your Honor, I would move 18873 into

9    evidence.

10           **THE COURT:**  Received.

11               (Exhibit 18873 received in evidence.)

12   BY MS. KELLER

13   **Q**    And if you could look at 17577, is that a packaged doll,

14   Talking Cloe, that was formulated from that sculpt we just saw?

15   **A**    Yes, it is.

16           **MS. KELLER:**  I'd move 17577 into evidence, Your Honor.

17           **THE COURT:**  Received.

18               (Exhibit 17577 received in evidence.)

19   BY MS. KELLER

20   **Q**    And then if you could look at Exhibit 29023.

21   **A**    Yes.

22   **Q**    Is that a packaged doll from 2010, Let's Talk Cloe?

23   **A**    Yes, it is.

24   **Q**    Is that a bigger sculpt than the ones we just saw?

25   **A**    Yes, because it has electronics on it.  And unlike the other

Page 25

1    talking doll -- first of all, this has a voice recognition in it

2    so when you talk, it recognizes your voice.  But it's also

3    articulated so you can play with it like a real fashion doll as

4    well.

5    **Q**    So it doesn't have the problem that the other talking doll

6    had where it was kind of stuck to a base and the girls couldn't

7    play with it?

8    **A**    It did not.

9    **Q**    So this is a bigger sculpt than the dolls we have just seen,

10   or the four first generation dolls; right?

11   **A**    Yes, they are.

12          **MS. KELLER:**  And, Your Honor, if I haven't already, I

13   would move 29023 into evidence.

14          **THE COURT:**  Received.

15              (Exhibit 29023 received in evidence.)

16          **THE COURT:**  17577 is received also.  It wasn't

17   previously received.

18              (Exhibit 17577 received in evidence.)

19          **MS. KELLER:**  Thank you, Your Honor.

20   BY MS. KELLER

21   **Q**    If you look at Exhibit 17523, is that --

22   **A**    Yes, that's the talking doll.

23   **Q**    Is this known as Big Bratz?

24   **A**    Yes, it is.

25   **Q**    And this is a packaged doll of Big Bratz Collector Meygan?

Page 26

1    **A**     I'm sorry.  I'm getting distract.

2    **Q**     Is this a packaged doll, Big Bratz Collector Meygan?

3    **A**     It is.

4           **MS. KELLER:**  And this is Exhibit 17523.  Move that into

5    evidence, Your Honor.

6           **THE COURT:**  Received.

7                (Exhibit 17523 received in evidence.)

8           **MR. QUINN:**  At least it's not saying "objection," Your

9    Honor.

10                (LAUGHTER)

11          **THE COURT:**  You'll be able to teach them that for both

12   sides.

13                (LAUGHTER)

14          **MS. KELLER:**  And Your Honor, would you like us to take

15   it into the next room?

16          **THE COURT:**  Just toss it in the hallway.

17   BY MS. KELLER

18   **Q**     Needless to say, that largest doll that you have up there,

19   that is a very different sculpt from any of the ones he have seen?

20   **A**     It is.

21   **Q**     Now, I want to talk for a moment about the subject of line

22   extensions.  Maybe we could get that tall Exhibit 17523 back down

23   somewhere assuming it doesn't start talking.

24                Let's look at -- what are line extensions again?  Line

25   extensions, what are they?

Page 27

1    **A**     In the doll, like these are -- what you just saw here are

2    different line extensions:  Bratz Babyz, Talking Bratz, Big Babyz,

3    Pixiez, Kidz, Familiez.  These are all -- Itsy Bitsy Bratz, which

4    we didn't show here.  So many different things.  Bratz Horse,

5    Bratz Petz, Bratz Car, FM Cruiser.  I can just go on and on.  Over

6    14,000 different products.

7    **Q**    Let's talk for a minute about Petz, p-e-t-z.  That was

8    introduced in 2004?

9    **A**    Yes.

10   **Q**    And if we could have you take a look at Exhibit 35115.

11   **A**    Yes.

12   **Q**    Is that a group photo of the Petz?

13   **A**    Yes, they are.

14           **MS. KELLER:**  Your Honor, I move that be admitted.

15           **THE COURT:**  Received.

16           (Exhibit 35115 received in evidence.)

17   BY MS. KELLER

18   **Q**    Can we look at the Catz in the middle, c-a-t-z.

19   **A**    Yes.  They are all Catz.

20   **Q**    Let's look at the one in the middle and kind of blow that up

21   for a bit.

22   **A**    Yes.

23   **Q**    And then if we could see Dogz in the top left?

24   **A**    Yes.

25   **Q**    And we have got foxes in the bottom left?

Page 28

1    **A**    Yes.

2    **Q**    And another Catz on the far right?

3    **A**    Yes.

4    **Q**    Now, let's look at the packaged doll, Exhibit 17589, which

5    has already been admitted.

6    **A**    Yes.

7    **Q**    Is that one of the Catz?

8    **A**    Yes, it is.

9    **Q**    How well did the Bratz Petz sell?

10   **A**    This one did fantastic.  This is one of the best sellers.

11   These are poseable.  The arms, the body, etcetera, is poseable.

12   **Q**    What do you mean by opposable?  You mean poseable?

13   **A**    You can pose them in different positions.  They have long

14   furry tail.  They had fashions.

15   **Q**    Fashions for the cat?

16   **A**    Yes.

17   **Q**    And let's look at a line extension called Babyz.  If we could

18   see the group photo for Babyz, 35114.  Do you recognize that?

19   **A**    Yes.  There are Ponyz in there.  It's not all Babyz.  In this

20   picture there is also Ponyz.

21   **Q**    Babyz and Ponyz.  And that was introduced in 2004?

22   **A**    Yes.

23            **MS. KELLER:**  Your Honor, I would move 35114 into

24   evidence.

25            **THE COURT:**  Received.

Page 29

1                    (Exhibit 35114 received in evidence.)

2    BY MS. KELLER

3    **Q**    Can we take a look at Babyz, the top far left?

4    **A**    Yes.

5    **Q**    So the Babyz had different characters, too, and different

6    names?

7    **A**    Yes, they did.

8    **Q**    Can we see the second from the left, bottom left, and the one

9    to the immediate right of the one on the bottom left.  And can we

10   see the Ponyz in the top right.

11            Now, this one says Bratz Babyz Ponyz on it.  Was this

12   sold to go with those Bratz Babyz?

13   **A**    Yes.  They had to have their own Ponyz.

14   **Q**    And if we could see Exhibit 11862.

15            **THE COURT:**  What was the last number, Counsel?  35114?

16            **MS. KELLER:**  Yes, Your Honor.

17            **THE COURT:**  Which would be Babyz and Ponyz.  Thank you.

18            **MS. KELLER:**  If that hasn't already been admitted, could

19   that be admitted.

20            **THE COURT:**  It has already been received, 11862.

21   BY MS. KELLER

22   **Q**    Is that the sculpt for the Bratz Babyz, the rooted hair

23   sculpt?

24   **A**    Yes, we had a few --

25   **Q**    I'm sorry, I didn't hear you.

Page 30

1    **A**    We had a few different sculpts for the Babyz.  This is one of

2    them.

3    **Q**    And could you show that to His Honor as well.

4              **MS. KELLER:**  And, Your Honor, I would move that 18862 be

5    admitted.

6              **THE COURT:**  Received.

7              (Exhibit 18862 received in evidence.)

8    BY MS. KELLER

9    **Q**    And the packaged doll, 29077, which has already been

10   admitted, is that the Bratz Babyz Sisters that was formulated from

11   that sculpt?

12   **A**    Actually, yes.  The twin sisters.

13             **THE COURT:**  It's received, Counsel.

14             (Exhibit 29077 received in evidence.)

15   BY MS. KELLER

16   **Q**    If we could have you look at 18863.

17   **A**    Okay.

18   **Q**    Is that a sculpt for Bratz Babyz with molded hair?

19   **A**    Yes.  This was different than the other one.  This had

20   actually rooted -- this is, actually this one here.  So the head,

21   you could change it.  You could literally take the hairpiece out

22   and put a new hair piece in there.

23   **Q**    And this one that you are holding in your hand, 18863, that

24   has molded hair?

25   **A**    Yes.

1           **MS. KELLER:**  And, Your Honor, I will move 18863 into

2     evidence.

3           **THE COURT:**  Received.

4                (Exhibit 18863 received in evidence.)

5     BY MS. KELLER

6     **Q**    If we could look at the packaged doll that was formulated

7     from that sculpt.  Fiona and Icon Fragrance, Exhibit 17775.

8     **A**    Yes.

9     **Q**    17775, that's the packaged doll that was created --

10    **A**    Yes.

11    **Q**    -- from using that sculpt formulation?

12    **A**    Yes.

13    **Q**    If we could look at Exhibit 17469.

14          **MS. KELLER:**  I'm sorry, I didn't move in 17775.

15          **THE COURT:**  That's received.

16                (Exhibit 17775 received in evidence.)

17    BY MS. KELLER

18    **Q**    If we look at 17469, is that the Bratz Baby Boyz packaged

19    doll?

20    **A**    Yes.  This is Cameron.

21    **Q**    That's Cameron?

22    **A**    Yes.

23          **MS. KELLER:**  Move 17469 into evidence.

24          **THE COURT:**  Received.

25                (Exhibit 17469 received in evidence.)

Page 32

1   BY MS. KELLER

2   **Q**    And there were also Bratz Babyz Mermaidz; is that right?

3   **A**    Yes.

4   **Q**    Bratz Babyz Fairies?

5   **A**    Yes.

6   **Q**    Bratz Super Babyz?

7   **A**    Yes.

8   **Q**    All using a sculpt different from the one in the first

9   generation dolls?

10  **A**    Yes.

11  **Q**    Now, let's talk a little bit about the Kidz line, k-i-d-z.

12  If you can take a look 35095, is that a group photo of the Kidz?

13  And were those introduced in 2006?

14  **A**    Yes, they are.

15            **MS. KELLER:**  Your Honor, I would move 35095 into

16  evidence.

17            **THE COURT:**  Received.

18              (Exhibit 35095 received in evidence.)

19  BY MS. KELLER

20  **Q**    And the Bratz Kidz used a different sculpt than the one in

21  the -- that we saw, the first four generation dolls that were

22  formulated from; right?

23  **A**    Yes, they did.

24  **Q**    And we see again the winter vacation theme in the top left?

25  **A**    Yes.

Page 33

1   **Q**    And to the right of that, summer vacation?

2   **A**    Yes.

3   **Q**    Are these examples of themes that have been around for a

4   while that other toy companies have used?

5   **A**    Yes.

6   **Q**    But you felt that your company, the way you expressed them,

7   was really different?

8   **A**    Yes.

9              **MR. PRICE:**  Objection.  Leading, in summary.

10             **THE COURT:**  Sustained.  Stricken.  Just re-ask the

11   question.

12             It's proper, Counsel.

13   BY MS. KELLER

14   **Q**    Are these examples of the themes that have been around for a

15   while, but that your company addressed in some different fashion?

16   **A**    Yes, that's correct.

17   **Q**    And what was it that you thought made these successful?

18   **A**    The way -- the fashion; the way they were positioned; the

19   look of the doll; the packaging of the doll.

20   **Q**    Kind of all came together?

21   **A**    Yes.

22   **Q**    Let's look at Exhibit 18860.

23   **A**    Yes.

24   **Q**    And is that the sculpt for Bratz Kidz?

25   **A**    It is.

Page 34

1          **MS. KELLER:**  Your Honor, I move 18860 into evidence.

2          **THE COURT:**  Received.

3               (Exhibit 18860 received in evidence.)

4     BY MS. KELLER

5     **Q**    And if you look at 17478 --

6     **A**    Yes.

7     **Q**    -- is that the packaged doll Bratz Kidz Horseback Fun that

8     resulted?

9     **A**    Yes, it is.

10    **Q**    Now, there had been dolls before that had a theme of

11    horseback; right?

12    **A**    Yes.  Many.

13         **MS. KELLER:**  And I would move 17478 into evidence.

14         **THE COURT:**  Received.

15              (Exhibit 17478 received in evidence.)

16    BY MS. KELLER

17    **Q**    Let's look at Exhibit 18864 for Bratz Big Kidz.

18    **A**    You want me to put together?

19    **Q**    No, not really.  I would just like to know if that's the

20    sculpt for Bratz Big Kidz?

21    **A**    Yes, it is.

22    **Q**    And then if we could take a look at 18877.  Is that the

23    packaged doll that resulted from or was formulated from the sculpt

24    18864?

25    **A**    Yes.

1          MS. KELLER:  And Your Honor, I would move both 18864 and

2     18877 into evidence.

3          THE COURT:  18864 is received.  And show me 18877.

4          MS. KELLER:  18877, Your Honor.

5          THE COURT:  Show me that again, please.  Received.

6               (Exhibit 18864, 18877 received in evidence.)

7     BY MS. KELLER

8     Q    And then there was a line extension called Bratz Kidz Boyz;

9     right?

10    A    Yes.

11    Q    If you take a look at 18861.  Is that the sculpt for Bratz

12    Kidz Boyz?

13    A    Yes, without the six-pack.

14    Q    Without the six-pack.

15              This is a younger version?

16    A    Yes.

17         MS. KELLER:  Your Honor, I would move 18861 into

18    evidence.

19         THE COURT:  Received.

20              (Exhibit 18861 received in evidence.)

21    BY MS. KELLER

22    Q    And if you take a look at the packaged doll Koby,

23    Exhibit 18876, is this the packaged doll formulated from the

24    sculpt we just saw?

25    A    Yes.

Page 36

1          MS. KELLER:  Move 18876 into evidence, Your Honor.

2          THE COURT:  Received.

3               (Exhibit 18876 received in evidence.)

4    BY MS. KELLER

5    Q    Then if you would take a look at 17473, is that the packaged

6    doll Bratz Ponyz Playset Hot to Trot?

7    A    Yes.

8          MS. KELLER:  I would move 17473 into evidence.

9          THE COURT:  Received.

10               (Exhibit 17473 received in evidence.)

11    BY MS. KELLER

12    Q    And look at 17468.  Is that the packaged doll Bratz Babyz Big

13    Ponyz Celeste?

14    A    It's not a doll.  It's a pony.

15    Q    So that Bratz Babyz Big Ponyz Celeste?

16    A    Yes.

17    Q    So the pony had a name?

18    A    Yes, it has a name.

19    Q    Celeste?

20    A    Celeste.

21    Q    Was that named after somebody?

22    A    Not that I know of.

23          MS. KELLER:  I move 17468 into evidence, Your Honor.

24          THE COURT:  Received.

25               (Exhibit 17468 received in evidence.)

5475898d-71e0-4398-a66e-aec28171a0ba

Page 37

1    BY MS. KELLER

2    **Q**    Again, none of these dolls or the pony or the dog were

3    formulated using the sculpt for the first generation dolls?

4    **A**    They were not.

5    **Q**    Let's look at Big Babyz.  Were Big Babyz introduced in 2006?

6    **A**    I don't know if it was 2006 or before.  I think it was 2004.

7    **Q**    Let's look at the group photo, 35184?

8    **A**    Yes, that's the picture.

9          **MS. KELLER:**  Your Honor, I move 35184 into evidence.

10         **THE COURT:**  Received.

11              (Exhibit 35184 received in evidence.)

12   BY MS. KELLER

13   **Q**    So those are the Big Babyz with -- Bratz Big Babyz with

14   molded hair?

15   **A**    Yes, they are.  But one of them is molded, one of them is

16   with real hair.

17   **Q**    The one on the right has molded hair?

18   **A**    That's correct.

19   **Q**    And the one on the left?

20   **A**    Re-rooted hair.

21   **Q**    Let's look at Exhibit 18865.  Is that the sculpt for the

22   Bratz Big Babyz?

23   **A**    It's one of them.  This one is different.  This one blew

24   bubbles.

25   **Q**    This one blew bubbles?

5475898d-71e0-4398-a66e-aec28171a0ba

Page 38

1    **A**    Yes.

2            **MS. KELLER:**  I would move 18865 into evidence.

3            **THE COURT:**  Received.

4                 (Exhibit 18865 received in evidence.)

5    BY MS. KELLER

6    **Q**    And if you look at 17467, is that a packaged doll for Bratz

7    Big Babyz with molded hair?

8    **A**    Yes, it is.

9    **Q**    How did that sell, by the way?

10   **A**    It was fantastic.  We sold more than 2.5 million pieces of

11   this.  Even the handle was like safety pin.

12   **Q**    For a diaper?

13   **A**    Yes.

14           **MS. KELLER:**  And Your Honor, I would move 17467 into

15   evidence.

16           **THE COURT:**  Received.

17                (Exhibit 18866 received in evidence.)

18   BY MS. KELLER

19   **Q**    If you look at Exhibit 18866, is this a sculpt for the Bratz

20   Big Babyz with rooted hair?

21   **A**    Yes, it is.

22           **MS. KELLER:**  Your Honor, I would move 18866 into

23   evidence.

24           **THE COURT:**  Received.

25                (Exhibit 18866 received in evidence.)

Page 39

1   BY MS. KELLER

2   **Q**    And if you take a look at 17746, is that the packaged doll

3   Katia?

4   **A**    It is.

5   **Q**    And was that formulated from the sculpt that we just saw?

6   **A**    Yes, it is.

7              **THE COURT:**  That would be from 18866 or 18865?

8              **MS. KELLER:**  Yes.

9              **THE COURT:**  Is that from 18865, Counsel?

10             **MS. KELLER:**  No, Your Honor.  This is from 18866, the

11  rooted hair Bratz Big Babyz.

12             **THE COURT:**  From that sculpt?

13             **MS. KELLER:**  Yes.

14             **THE COURT:**  All right.  Thank you.

15             **MS. KELLER:**  I would move 17466 into evidence.

16             **THE COURT:**  Received.

17             (Exhibit 17466 received in evidence.)

18             **MS. KELLER:**  Your Honor, is this a good time?

19             **THE COURT:**  Apparently it is.  Good time to go to lunch.

20             You are admonished -- return at 1:00 o'clock.  You are

21  admonished not to discuss this matter amongst yourselves, nor form

22  or express any opinion about the case.  Have a nice lunch.

23                          (Jury out.)

24             **THE COURT:**  Mr. Price, we have more resources.  So.

25  Mr. Price, please.

Page 40

1          MR. PRICE:  Your Honor, this morning when they went

2     through the themes, they asked Mr. Larian a number of questions

3     about how did you come up with these themes.  He said, "It's out

4     great creative people," and they went through all that creativity.

5     I think clearly at this point we get to get into well, no; these

6     things were sometimes taken Mattel, sometimes copied from Mattel.

7          THE COURT:  The same thing is dawning on me as the case

8     goes along that's dawning on you, Mr. Price.  And I'm going to

9     make the following ruling:  Most of the evidence in this case

10    relates to either the copyright claim or the trade secret claim.

11    And I think for simplicity and for my record I'll categorize the

12    evidence about creativity as relevant to the trade secret claim

13    and the evidence about litigation is relevant to the copyright

14    claim.  It's an easy way for the Court to divide those thoughts.

15          Consistently, Mattel seeks to admit evidence that MGA

16    sued another doll manufacturer in Hong Kong and claimed that its

17    product was a reproduction of Mr. Bryant's drawings.  In that

18    litigation, MGA apparently alleged that Bryant's sketches had many

19    protectable elements, a proposition that the Ninth Circuit has

20    basically rejected in this case and that I have been constantly

21    been reminded of by Ms. Hurst.

22          Mattel argues that MGA, accordingly, is judicially

23    estopped from availing itself of the Ninth Circuit's ruling in

24    this case because it took a position at odds with that ruling in a

25    prior foreign lawsuit.  However, principles of judicial estoppel

Page 41

1    prevent a party from taking inconsistent factual positions from

2    one litigation to the next.  The Court is not obliged to accept a

3    proposition of law simply because one party elects not to contest

4    it in the instant litigation or any prior litigation, citing

5    Harrington versus City of Nebraska, 610 F.3d 2431, First Circuit,

6    2010.

7         The Ninth Circuit has instructed this Court -- let me

8    remind each of you -- has instructed this Court to make sure that

9    all proceedings are consistent with its decision.  And allowing in

10   this evidence runs afoul of that instruction.  However, the

11   evidence about creativity is relevant to the trade secret claim.

12        My initial concern about this issue, which I'll discuss

13   more in depth in the context of the jury instructions, and as

14   early as tonight or this evening, is that the Ninth Circuit's

15   factual findings about the extent of MGA's hard work and

16   creativity create a tension between the Seventh Amendment and the

17   law of the case doctrine.

18        In any event, Mr. Price, I'm going to open up the issue

19   of creativity on both sides.  I think that the jury is entitled to

20   understand how this industry works, how a product makes it to

21   market, how a product obtains value, whether it's hang-tags, toy

22   cars, themes, or the packaging.

23        You, on behalf of Mattel, are entitled to argue that

24   MGA's sweat equity was a tiny part of the brand's success.  And

25   that MGA is entitled to argue that Mattel's efforts to copy

Page 42

1    product packaging shows the value of MGA's work -- or hard work

2    and creativity.

3            It's just not feasible to continue to hold to the

4    artificial boundaries on timing and scope that the Court thought

5    was appropriate at the beginning of the case.  I think the jury is

6    entitled to the full story, and I hope that the Ninth Circuit will

7    graciously accept this Court's decision as not in disagreement

8    with the circuit, but just the reality of the trial work that's

9    now coming before the Court.

10           Now, I suggest this:  I know you want to meet with me

11   again.  I would suggest you try to get a bite for 10 or 15 minutes

12   or 20 minutes and we get back into session about 12:30.  We have

13   the lady from Carolina with us.

14           **MR. ZELLER:**  Atlanta.

15           **THE COURT:**  That's Georgia.  My apologies.  And I think

16   you had more questions, Mr. Zeller.

17           **MR. ZELLER:**  I did.

18           **THE COURT:**  How long?

19           **MR. ZELLER:**  Ten minutes.

20           **MS. HURST:**  Your Honor, I think she thought she was

21   coming back at 5:00.

22           **THE COURT:**  No.  She thought she was coming back at

23   12:00.

24           How long do you have for questions, Ms. Hurst?

25           **MS. HURST:**  Three minutes.

5475898d-71e0-4398-a66e-aec28171a0ba

Page 43

1          THE COURT:  Is she available?  Because if she is

2     mistaken, I thought I was very clear take her at 12:00, or if we

3     didn't have enough time, 5:00.  But if she is not here, I can't

4     take her.  Therefore, she is over until tomorrow.

5          MS. HURST:  The thought the Court had said 5:00.  I'm

6     just checking right now.

7          THE COURT:  So let's just find out if she is here or

8     not.

9          Now, the one thing is she needs to be on the stand,

10    Mr. Price, but I don't want to disrupt your cross-examination --

11    your redirect examination.  So you are entitled to make Mr.

12    Larian -- or take Mr. Larian on immediately following.  But

13    somehow we have to accomplish -- regardless of where you are or

14    where Ms. Keller is on recross-examination -- getting her on and

15    off the stand.  I just ask the two of you to talk about when so it

16    doesn't interrupt your examination.

17         And Ms. Keller, approximately how much longer do you

18    think you have?

19         MS. KELLER:  Your Honor, it's going so much slower than

20    I anticipated that I think I probably have at least until 3:30.

21         THE COURT:  That's a nice courtesy for the opposing

22    side.  That lets you know when she might be called.  But

23    regardless, she has to be on the stand sometime tomorrow.  And so,

24    if you don't want any interruption, you want to start immediately

25    with Mr. Larian, please do so.  Just make an accommodation at

Page 44

1    sometime between the two of you so there is a convenient point to

2    put her on the stand.

3         Now, how much more time do you need during the lunch?

4    Because lunch is simply a courtesy I'm extending to you.  It's not

5    required.

6         So, Mr. Price, in light of the Court's ruling, what are

7    your additional concerns since you won't be starting until 3:30?

8         **MR. PRICE:**  No others, Your Honor.

9         **THE COURT:**  Mr. Quinn?

10        **MR. QUINN:**  The one other thing with Mr. Larian, Your

11   Honor, I don't know whether we have gotten back that final report

12   on the metadata on that document.

13        **THE COURT:**  I haven't gotten it yet.  It was received

14   yesterday by Diane.  I left my Blackberry at home so I haven't

15   been able to check it on the bench.  Judge Smith was going to

16   inform me when that came in.  I probably won't know until I get

17   home tonight about midnight.  So.

18        **MR. QUINN:**  Before Mr. Larian gets off the stand, we'd

19   appreciate the chance to discuss the applicability of the crime

20   fraud exception.

21        **THE COURT:**  Right.  Okay.

22        **MR. QUINN:**  And then, Your Honor, one other issue.  Mr.

23   Larian said yesterday that when he was hearing these rumors from

24   Mattel, got the cease-and-desist letter, repeatedly heard rumors,

25   he was very worried; he was very concerned.  He was communicating

Page 45

1   with his counsel.  He thought he would be sued.

2          We have reason to think that he was also communicating

3   to his counsel about insurance coverage.  And we suspect that

4   probably gave him some comfort.  And we think that by repeatedly

5   saying, "I was worried.  I was stressed.  That's why I was talking

6   to the lawyer," that the communications with the lawyer about

7   insurance coverage are now fair game.

8          **THE COURT:**  And the relevance for that?

9          **MR. QUINN:**  It does battle to the idea that he is

10  worried about being sued.  If he got insurance coverage, that's

11  something that goes into the mix.  It's to his mental state.  It

12  was offered for his mental state.

13         **THE COURT:**  Does that extend to his personal liability?

14  In other words, it's been represented to me in a Saturday or

15  Sunday session -- I forget -- that Mr. Larian is personally out of

16  pocket a significant amount of money; 70 million, plus potentially

17  another 20.  I'm not too certain about the 20, but personal assets

18  of at least 70 million and probably closer to 100.

19         Now, I don't know if that's true or not, but I need to

20  have a much better record concerning this.

21         **MR. QUINN:**  Well, when the testimony was elicited that

22  he was worried, I don't think a distinction was drawn because he

23  was worried in his individual capacity or worried on behalf of his

24  corporation that he owns 80 percent of.  So I think that puts his

25  mental state and his wherewithal and ability to respond to that

1   and the potential for coverage, which he was also talking to the

2   lawyers about at the very same time, in issue.

3          **THE COURT:**  Ms. Keller or Ms. Hurst, one of you, not

4   both of you.  You two talk about who is going to make the

5   presentation before one of you then jumps up after the other

6   counsel is done, which appears to be a continuing habit for both

7   sides.  I don't care which one of you argues this, Counsel, but

8   I'll hear from one attorney for both sides.

9          **MS. KELLER:**  Your Honor, the problem that we have is

10  that Mattel consistently tries to put Mr. Larian's mental state in

11  issue.  Consistently.  And they have consistently offered state of

12  mind as a reason to get into just about everything:

13  Attorney-client privilege, now insurance.

14          And what was clearly implied to the jurors with the line

15  of questioning about the Patty Glazer e-mail was that Mr. Larian

16  hadn't even been sued yet.  Why, they hadn't even served him.

17  They hadn't served Carter Bryant.  And yet, consciousness of

18  guilt.  Somehow he was contacting his attorney with this

19  information and, therefore, his state of mind was in issue and he

20  had to answer all those questions.

21          Well, as counsel knew full well when they asked those

22  questions -- because they had seen the same e-mails -- Mr. Larian

23  had been hearing rumors that he was going to get sued by Mattel

24  for a long, long time.  This was not Mr. Larian spontaneously

25  saying, "Oh, my gosh, I have done something wrong, therefore, I

1    could be sued."

2              So what they do is ask these questions, try to put his

3    state of mind in issue, and then try to drive a truck through it

4    and get into things that are completely inappropriate like

5    insurance coverage and the attorney-client privilege and go behind

6    that.  And we're put in a position where if we don't respond by

7    asking Mr. Larian questions like, "Well, you already knew that --

8    you already were afraid you were going to be sued because you

9    heard these rumors," if we don't put it in perspective, then the

10   jury is left with a completely false impression -- completely

11   false -- that there was no reason other than his consciousness of

12   guilt and state of mind to go into this to begin with.

13             So they insist on bringing up a subject that they then

14   later claim to open the door if we respond to it.  And to want to

15   use that to get into insurance coverage and the attorney-client

16   privilege is just completely inappropriate, Your Honor, in our

17   view.

18             **THE COURT:**  I tentatively agree with MGA on this

19   argument.

20             It is enough that the rumors were flying and that he

21   wanted to be sued without getting into the attorney-client

22   privilege and whether this is crime fraud and whether he was

23   seeking insurance.  The prejudicial effect far outweighs the

24   probative value, regardless.

25             The second issue is this:  Last night I think Mr.

1    McConville expressed some concern, so let's get this objection by

2    Mr. Price on the record concerning rumors.  There are two

3    e-mails -- and I can look back in my notes if you want a better

4    recording concerning the exact e-mails -- but each of those

5    e-mails sought by MGA contained a paragraph about the, quote

6    unquote, rumors flying around that Mr. Larian was going to be

7    sued.

8            And Mr. Price, I think you objected at that time to the

9    last full paragraph on one of the documents.  And we can get a

10   better record.  It was the second paragraph on the other e-mail.

11   And in each of those, it was literally hearsay upon hearsay and a

12   warning to Mr. Larian that Mattel was going to aggressively pursue

13   him; going to get him.  And the inference was that he was -- just

14   a moment.  Let me stop.

15           I'm not -- please take your time.  I'm really paying you

16   the courtesy.  Talk to each other.

17           **MR. PRICE:**  We're finished, Your Honor.

18           **THE COURT:**  I'm not castigating you for it.  I'm simply

19   stopping for both sides if you want to talk.

20           My view is that either intentionally or unintentionally,

21   what is occurring is directly related to the statute of

22   limitations.  And it's hearsay.  And I want to make a full record

23   of that, because if it comes in for the truth of the matter

24   asserted, you have got hearsay upon hearsay facing Mattel with no

25   ability to cross-examine and we get down to a critical statute of

Page 49

1   limitations area where you are going to find out in special

2   instructions I'm going to set out statute of limitations by year:

3   2002, 2003, 2004, etcetera.  And the jury is going to end up

4   marking one of those.

5         So therefore, Mr. Price, I agree with you.  If that

6   comes in for the truth of the matter asserted through an e-mail,

7   you have no ability to cross-examine.  The inference is that the

8   statute of limitations, or at least your knowledge, should have

9   occurred much earlier in time.  And I think it's a proper hearsay

10  objection, but I want to hear from Mr. McConville because he was

11  concerned last evening.

12        **MR. MCCONVILLE:**  Your Honor, I appreciate the Court

13  giving me the opportunity, and I understand the Court's ruling.

14  It was not clear to me yesterday the basis for it, but now I

15  appreciate and understand it.  I understand the Court's ruling as

16  it relates to that particular -- those two particular e-mails, and

17  will abide by it and will produce other evidence of statute of

18  limitations.

19        **THE COURT:**  I just want to provide you a full record.

20  If you are concerned about the ruling, I'm happy all the time to

21  go back and take a look at it.  If there's an egregious mistake

22  made by the Court, I'll try to correct it.  I don't perceive that

23  that was a mistake at all.

24        So the end result of all that is it may be true.  In

25  other words, you have got a study that you are going to eventually

Page 50

1   produce that Mattel had in its possession.  You can produce those

2   people in the direct conversation.  You are not being precluded in

3   any way.  But for the jury to end up with those rumors for the

4   truth of the matter asserted and then apply that back to Mattel to

5   find that there should have been knowledge in 2002 is rank

6   hearsay.  By the same token, the rest of that document is

7   relevant.  That's why it came in.  That's why you got the Court's

8   ruling yesterday.

9           Now, Ms. Hurst, do we have the lady available?

10          **MS. HURST:**  She is available.

11          **THE COURT:**  Do you want to go to lunch now for a couple

12   minutes or do you want to have her on the stand for a couple of

13   minutes?

14          **MR. QUINN:**  Go to a lunch.

15          **THE COURT:**  Tell me what time to reconvene.

16          **MR. QUINN:**  Maybe 20 till.

17          **THE COURT:**  Thank you very much.  Have a nice lunch.

18              (at 12:15 a lunch recess was taken)

19

20   (Whereupon there was a change in reporters and JANE SUTTON-RULE

21   reported the 12:40 session.)

22                          -oOo-

23

24                      CERTIFICATE

25

Page 51

1            I hereby certify that pursuant to Section 753, Title 28,

2    United States Code, the foregoing is a true and correct transcript

3    of the stenographically reported proceedings held in the

4    above-entitled matter.

5

6    Date:  FEBRUARY 17, 2011

7

8

9    MARIA DELLANEVE, U.S. COURT REPORTER
     CSR NO. 9132

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5475898d-71e0-4398-a66e-aec28171a0ba