QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S NOTICE OF AMENDMENT OF ITS THIRD CORRECTED NOTICE OF COMPLIANCE WITH THE COURT'S FEBRUARY 1, 2011 ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Pre-trial Conference: January 4, 2011<br>Trial: January 18, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Mattel, Inc. and Mattel de Mexico ("Mattel") hereby amend Mattel's Third Corrected Notice of Compliance with the Court's February 1, 2011 Order (Dkt. 9829). At the hearing on February 19, 2011, the MGA Parties objected that Mattel's two "The Bratz Concept" categories of trade secrets, as stated in Exhibits A and B to the Third Corrected Notice, were generic. From the context, Mattel believes it is clear that the claimed trade secret is not a generic doll line concept having the identified elements, but the particular doll line concept having those elements which was disclosed by Carter Bryant to MGA in 2000. For reasons of clarity, Mattel hereby amends those two categories to reference Carter Bryant as follows:

<u>Category One</u>. The following concept for a doll line as presented by Carter Bryant to MGA: A multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, small, almost non-existent noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot.

<u>Category Two</u>. The following concept for a doll line as presented by Carter Bryant to MGA: A multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, including designs for large, oversized heads and feet, large eyes, large lips, small, almost non-existent noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot.

DATED: February 20, 2011        QUINN EMANUEL URQUHART &
                                SULLIVAN. LLP


                                By /s/ *Michael T. Zeller*
                                    Michael T. Zeller
                                    Attorneys for Mattel, Inc. and
                                    Mattel de Mexico. S.A. de C.V.