ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Honorable David O. Carter**<br><br>**NOTICE OF ERRATA RE MGA PARTIES' JURY INSTRUCTIONS (DKT # 10033)**<br><br>Trial Date: January 18, 2011 |

On February 19, 2011, counsel for Counter-Defendants MGA Entertainment, Inc., Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") filed MGA Parties' Revised Proposed Statute of Limitations Instruction.[1] Counsel for the MGA Parties inadvertently selected only "Proposed Jury Instructions" as the docket text, failing to state the specific title of the particular jury instruction filed as part of the docket entry.

To rectify this situation and to make the document readily identifiable on the docket, counsel for the MGA Parties is hereby re-filing MGA Parties' Revised Proposed Statute of Limitations Instruction, including the specific title of the document as part of the docket entry. MGA Parties have not made any changes to the underlying document as part of this filing.

Dated: February 20, 2011        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Diana M. Rutowski*_____
Diana M. Rutowski
Attorneys for MGA Parties

---

[1] Dkt. No. 10033