QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL INC.'S CAUSATION JURY INSTRUCTIONS**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Trial Date: January 18, 2011 |

1       Pursuant to the Court's direction Mattel hereby offers jury instructions
2  concerning causation.
3
4  DATED:  February 21, 2011         QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
5
6
7                                    By   */s/ Michael T. Zeller*
                                          Michael T. Zeller
8                                         Attorneys for Mattel, Inc. and
                                          Mattel de Mexico, S.A. de C.V.
9

00505.07975/3977609.1

MATTEL INC.'S CAUSATION JURY INSTRUCTIONS

**INSTRUCTION NO. __**

**CAUSE—SUBSTANTIAL FACTOR TEST**

The law defines cause in its own particular way. A cause of injury, damage, loss or harm is something that is a substantial factor in bringing about injury, damage, loss or harm.

Source: BAJI 3.76

## INSTRUCTION NO. __
## CONCURRING CAUSES

There may be more than one cause of an injury. When wrongful conduct of two or more persons contributes concurrently as a cause of an injury, the conduct of each is a cause of the injury regardless of the extent to which each contributes to the injury. A cause is concurrent if it was operative at the moment of injury and acted with another cause to produce the injury.  It is no defense that the wrongful conduct of a person who is not a party was also a cause of the injury.

Source:  BAJI 3.77