| Name & Address: |
|---|
| Annette L. Hurst (SBN 148738) |
| Orrick, Herrington & Sutcliffe LLP |
| 405 Howard Street |
| San Francisco, California 94105 |
| Telephone: (415) 773-5700 |
| Facsimile: (415) 773-5759 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** DECLARATION OF CYNTHIA LOCK IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION IN LIMINE NO. 30 TO EXCLUDE REFERENCE TO AND USE OF TESTIMONY PROFFERED BY MATTEL WITNESS MICHAEL J. WAGNER ; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other See List of documents described above

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☒ Per Court order dated January 4, 2005
- ☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| February 21, 2011 | /s/ Annette L. Hurst |
|---|---|
| Date | Attorney Name |
| | Annette L. Hurst |
| | Party Represented |
| | MGA Parties |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)     NOTICE OF MANUAL FILING     American LegalNet, Inc. www.FormsWorkflow.com