1          **UNITED STATES DISTRICT COURT**

2          **CENTRAL DISTRICT OF CALIFORNIA**

3          **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    - - - - - - -

5

6    MATTEL, INC., ET AL.,              )
                                        )
7              Plaintiffs,              )
                                        )
8         vs.                           ) No. CV 04-9049-DOC
                                        )     Day 20
9    MGA ENTERTAINMENT, INC., ET AL.,   )     Volume 2 of 3
                                        )
10             Defendants.              )
     _____)

11

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                    Jury Trial

17              Santa Ana, California

18          Friday, February 18, 2011

19

20

21

22   Jane C.S. Rule, CSR 9316
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-7755
25
     11-02-18 MattelV2

1    **APPEARANCES OF COUNSEL:**

2

3    FOR PLAINTIFFS MATTEL, INC., ET AL.:

4            QUINN, EMANUEL, URQUHART & SULLIVAN
             By:  JOHN B. QUINN
5                 MICHAEL T. ZELLER
                  WILLIAM PRICE
6                 Attorneys at Law
             865 South Figueroa Street
7            10th Floor
             Los Angeles, California 90017-2543
8            (213) 443-3000

9

10   FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

11           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:  THOMAS S. MC CONVILLE
12                Attorney at Law
             4 Park Plaza
13           Suite 1600
             Irvine, California 92614
14           (949) 567-6700

15           – AND –

16           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             BY:  ANNETTE L. HURST
17                Attorney at Law
             405 Howard Street
18           San Francisco, California 94105
             (415) 773-5700
19
             – AND –
20
             KELLER RACKAUCKAS, LLP
21           BY:  JENNIFER L. KELLER
                  Attorney at Law
22           18500 Von Karman Avenue
             Suite 560
23           Irvine, California 92612
             (949) 476-8700

24

25

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3   FOR DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

 4           SCHEPER, KIM & OVERLAND, LLP
             BY:  ALEXANDER H. COTE
 5               Attorney at Law
             601 West Fifth Street
 6           12th Floor
             Los Angeles, California 90071
 7           (213) 613-4660

 8           - AND -

 9           LAW OFFICES OF MARK E. OVERLAND
             BY:  MARK E. OVERLAND
10               Attorney at Law
             100 Wilshire Boulevard
11           Suite 950
             Santa Monica, California 90401
12           (310) 459-2830

13

14   Also Present:

15           ISAAC LARIAN, MGA CEO

16           KEN KOTARSKI, Mattel Technical Operator

17           MIKE STOVALL, MGA Technical Operator

18           RACHEL JUAREZ, Quinn Emanuel Urquhart & Sullivan

19           KIERAN KIECKHEFER, Orrick Herrington & Sutcliffe

20           WARRINGTON PARKER, Orrick Herrington & Sutcliffe

21

22

23

24

25
```

1                 **I N D E X**

2

3

4                **EXAMINATION**

5

6 **Witness Name**      **Direct**    **Cross**    **Redirect**    **Recross**

7 LARIAN, ISAAC
    By Mr. Price            18

8

9

10

11                EXHIBITS

12

13 **Exhibit**                 **Identification**    **Evidence**

14 Plaintiffs' No. 1319                  66

15 Plaintiffs' No. 1325                  25

16 Plaintiffs' No. 4238                  31

17 Plaintiffs' No. 4239                  32

18 Plaintiffs' No. 4905                  12

19 Plaintiffs' No. 7900                  78

20 Plaintiffs' No. 7903                  69

21 Plaintiffs' No. 8248                  29

22 Plaintiffs' No. 8953                  74

23 Plaintiffs' No. 11220                 61

24 Plaintiffs' No. 11245                  8

25 Plaintiffs' No. 11254                 34

1               I N D E X (Continued)

2

3                       **EXHIBITS**

4

5    <u>Exhibit</u>                    <u>Identification</u>   <u>Evidence</u>

6    Plaintiffs' No. 11269                            22

7    Plaintiffs' No. 11270                            23

8    Plaintiffs' No. 13974                            38

9    Plaintiffs' No. 21563                            43

10   Plaintiffs' No. 22237                            73

11   Plaintiffs' No. 24028                            58

12   Plaintiffs' No. 24030                            58

13   Plaintiffs' Nos. 24029 and 24031                 57

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              SANTA ANA, CALIFORNIA, FRIDAY, FEBRUARY 18, 2011

 2                       DAY 20, VOLUME 2 OF 3

 3                            (1:21 p.m.)

 4              (The following proceedings is taken in the

 5        presence of the jury.)

 6              THE COURT:  The jury is present.  All counsel are

 7   still present, the parties, Mr. Larian.

 8              And Counsel, is this the time you agreed on to

 9   take the other witness out of order or --

10              MR. QUINN:  No.

11              THE COURT:  -- after some period of time, about

12   3:00 or --

13              MR. QUINN:  The agreement is that if we run short

14   today, that we'll quit early.

15              (Laughter.)

16              MR. QUINN:  That would be subject, of course, to

17   the -- we don't think we will.

18              THE COURT:  Okay.  But when will Mr. Rosenbaum

19   take the stand; today?

20              MR. QUINN:  He will be the next witness, but we

21   are kind of thinking that there's a good chance that

22   Mr. Larian may be on the stand the rest of the day, between

23   the two of us.

24              MR. PRICE:  So we wanted to release him because

25   he's been waiting.
```

```
 1              THE COURT:  Oh, please.  And when will we be
 2    inviting him back?
 3              MR. PRICE:  Tuesday.
 4              MR. QUINN:  Tuesday.
 5              THE COURT:  Tuesday?  Will somebody make clear to
 6    Mr. Rosenbaum that he's ordered back next Tuesday at what
 7    time; 8:30?
 8              MR. QUINN:  8:30?
 9              THE COURT:  At 8:30, thank you.
10              MR. QUINN:  Thank you.
11              THE COURT:  By court order.
12              MR. QUINN:  Okay.
13              THE COURT:  All right.  Thank you.
14              Then counsel, we're, of course, on the record, and
15    Mr. Price is continuing his examination, redirect
16    examination of Mr. Larian.
17              ISAAC LARIAN, PLAINTIFFS' WITNESS, RESUMED
18                 REDIRECT EXAMINATION (Continued)
19    BY MR. PRICE:
20    Q    Okay.  Mr. Larian, we are focusing on the
21    October/November 2000 time period.  I gave you an exhibit --
22    or I didn't.  Ms. Juarez gave you an exhibit 11245 before we
23    broke, and do you recognize this as an e-mail chain you are
24    on concerning the Bratz design?
25    A    Yes.
```

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 8 of 83   Page ID #:303189
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

8

1          MR. PRICE:  Your Honor, I move Exhibit 11245 into

2     evidence.

3          THE COURT:  Received.

4          (Plaintiffs' Exhibit No. 11245 is received in

5     evidence.)

6     BY MR. PRICE:

7     Q    And if you'll look at page 3, 11245-003, do you see

8     there's an e-mail from Mercedeh Ward dated October 31, 2000,

9     to Cecilia Kwok, Paula Garcia, and you are copied, and there

10    are some others; do you see that?

11    A    I do.

12    Q    And it starts out, "Cecilia, please slow down a bit.

13    We are still defining the product, and you are miles ahead

14    of us.  I'm going to comment on the sculpting and the doll's

15    body at this point because I have to see the fabric swatches

16    that were cent to you before I can make comment."

17         And if you'd look at -- there's some bullet points, and

18    if you look at page 4, the first four bullet points on that

19    page, do you see the doll has a movable head like the,

20    quote, "Skipper doll," and you understand that -- that

21    Skipper is part of Barbie's line?

22    A    Now, I do.  I didn't know that before.

23    Q    Well, I thought that one thing you did was to monitor

24    the competition to see what kind of products are out there,

25    correct?

1    A    I guess I missed this one.

2    Q    Is it possible that you may have missed it because you

3    weren't in the fashion doll business prior to Mr. Bryant

4    coming forward with the designs?

5    A    No.

6              MS. HURST:  Objection.  Calls for speculation.

7              THE COURT:  Overruled.

8              THE WITNESS:  No.

9    BY MR. PRICE:

10   Q    So even before Mr. Bryant brought you the designs for

11   Bratz, you were monitoring the fashion doll business?

12   A    I was.

13   Q    It says, "The arms will move like the," quote,

14   "'Skipper doll.'  The hip joints are just like the 'Skipper

15   doll' and not ball joints.  The sculpting that you received

16   is very rough.  And then the knee will bent and the Skipper

17   doll"; do you see that?

18   A    Yes.

19   Q    Now, Ms. Ward you had hired earlier that month, a

20   former Mattel employee who was working on the Bratz project,

21   as the engineer in Los Angeles, right?

22   A    A former Mattel employee who had left Mattel to come to

23   MGA.

24   Q    Right.  And she working as the -- the -- kind of the

25   engineer --

1    A    Yes, she's a mechanical engineer.

2    Q    And then if you'd look at page 2, 11245-0002, do you

3    see there's an e-mail from Mr. Wong, dated October 31st, to

4    Ms. Ward and Ms. Garcia and you and others; do you see that?

5    A    Yes.

6    Q    And again, midway through that, there is some -- they

7    are not bullet points this time, they are dashes, starting

8    with, "Noted, the arms of the doll will be moved like the,"

9    quote, "'Skipper doll.  Yes.  Please confirm our following

10   understanding is correct or not:  There is only armature

11   inside of the dolls arms," paren, "(i.e. the arms cannot

12   bend like the legs.)  The arms will not bend like the

13   Skipper's legs.  The arms will have the full function of

14   Skipper's arms.  Rotate fully and away from the body."

15        Next dash, "Noted, the hip joint will be the same as

16   the Skipper doll.  Noted, the sculpture we received is a

17   very rough sculpture.  Please make sure the design on the

18   hip joint of the final sculpture of Bratz matches with the

19   hip joint design of the," quote, "'Skipper doll'"; do you

20   see that?

21   A    Yes.

22   Q    And then there is another dash, "Noted, the knee will

23   be bended like the," quote, "'Skipper doll'"; do you see

24   that?

25   A    Yes.

1    Q    And then later, once you got further into the design of

2    the doll, there was a problem with -- and this is -- we are

3    talking early 2001, there were problems with broken knee

4    mechanisms for the doll; do you recall that?

5    A    There was no product out in early 2001.

6    Q    When you were trying to make the product, as you were

7    trying to go through the process, do you recall there being

8    an issue with broken knee mechanisms?

9    A    I don't recall.

10   Q    Okay.  Let me see, if you look at Exhibit 4905, and it

11   says "NA-00001," four zeros and a one, and do you see this

12   is a document produced from MGA?

13   A    Yes.

14   Q    It appears to be from Ms. Garcia to those folks in

15   Hong Kong, Mr. -- I mean, Ms. Kwok and Mr. Wong, correct?

16   A    Yes.

17   Q    As well as some others, including Nana Ashong?

18   A    Yes.

19   Q    Concerning the Bratz knee mechanism?

20   A    Yes.

21   Q    And it contains a message that was to be relayed to you

22   to Hong Kong?

23   A    I'm sorry?

24   Q    If you look at the second sentence, you see it contains

25   a direction that was made by you to be delivered to

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 12 of 83   Page ID #:303193
CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

12

1    Hong Kong?

2    A    Yes, it says something like that.

3         MR. PRICE:  Your Honor, I move Exhibit 4905 into

4    evidence.

5         THE COURT:  Received.

6         *(Plaintiffs' Exhibit No. 4905 is received in*

7    *evidence.)*

8    BY MR. PRICE:

9    Q    And if we look at this, you see it says –– the subject

10   is the Bratz knee mechanism, April 25, 2001, from Ms. Garcia

11   to Ms. Kwok and Mr. Wong.  "Please note that I sent to you

12   the sample with broken knee mechanism for your reference.

13   Isaac also insisted that I send to you a sample of Barbie

14   for you to reference as standard for our expectations for

15   our knee mechanism."

16        It goes on, "I know that you guys are working hard to

17   resolve this knee mechanism in time for PS, but please do

18   not put the dolls at risk."

19        But what does "PS" stand for?

20   A    Production start date.

21   Q    So this is part of the process of getting a production

22   doll out into the market, correct?

23   A    This is saying that as of April 25, 2001, we still

24   haven't figured out how to produce this product.

25   Q    And you found a solution for the knee mechanism with

1   the way Barbie did it?

2   A    No, I'm not sure if that's the case or not.  I've seen

3   e-mails otherwise.

4   Q    Okay.  Well, that's what you insisted be sent to

5   Hong Kong for reference as the standard for what you

6   expected with respect to the knee mechanism?

7   A    I don't recall this e-mail.  I am not copied on it, but

8   if she said so, yes, then I might have.

9   Q    So looking back now at that October 2000 time frame,

10  you know, where you have the 50 employees, and you are

11  looking at Bratz, that time frame in October, by the middle

12  of October, you had decided to do what you call the line

13  extensions, right?

14  A    Line extensions for all our MGA products.

15  Q    Well, including line extensions for Bratz?

16  A    For the following season, correct.

17  Q    That is, you had decided at that point that you are

18  going to launch accessories, or attempt to launch

19  accessories and other products to go with the Bratz dolls?

20  A    I don't have what you are looking at.  Can you show me

21  that e-mail, please?

22  Q    Okay.  I'll show you the e-mail, and that's 11276, and

23  this is already in evidence, I believe.

24          MR. PRICE:  And put that up, Ken.

25

 1   BY MR. PRICE:

 2   Q    The e-mail is dated October 16, 2000.

 3   A    Yes.

 4   Q    And if we can go on down to -- to more on that page so

 5   we can get a little bit of the context.

 6            MR. PRICE:  Oh, I'm sorry, Ken.  If we can also

 7   get Mr. Larian's response.

 8            (Complied.)

 9            MR. PRICE:  There we go.  Thank you.

10   BY MR. PRICE:

11   Q    This is the one Ms. Garcia on October 15, 2000 -- I'm

12   sorry, October 16, says, "What about the line extension to

13   Bratz?"

14   A    Yes.

15   Q    And in the e-mail below, you are talking about a number

16   of products, dolls, sports activities, et cetera, correct?

17   A    In Bratz, yes, I am.

18   Q    And she says, "What about the line extension of Bratz,"

19   correct?

20   A    Yes.

21   Q    And you say, "Yes, everything," correct?

22   A    Yes.

23   Q    And by that, you meant that in October of 2000, you

24   were getting together with your folks to try to figure out

25   how to do accessories and -- and other products associated

1    with the Bratz.

2    A    No, just extending line of the Bratz.

3    Q    Well, by extending the line of the Bratz, you mean

4    accessories and products related to the brand, correct?

5    A    It means, for example, another doll, another fashion

6    pack, a car, et cetera.

7    Q    All right.  So we're talking about accessories, other

8    products that go with that brand, correct?

9    A    Yes, yes.

10   Q    And yesterday we saw a lot of products which you said

11   were line extensions of the Bratz, correct?

12   A    Yes.

13   Q    There's a -- I'm trying to remember them all.  There's

14   Bratz Ponyz, right?

15   A    Yes.

16   Q    There was clothing, right?

17   A    Fashion packs.

18   Q    Fashion packs.  There were --

19          MR. PRICE:  What?

20   BY MR. PRICE:

21   Q    Oh, Petz, right?

22   A    Yes.

23   Q    And then Boyz were an extension also of the Bratz line,

24   correct?

25   A    With the six pack, yes.

CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

16

1    Q    And in the -- we also had one that wasn't flabby but

2    no -- no six pack, right?

3    A    The mini, yes, micro.

4    Q    Okay.  So this was kind of the idea that you had in

5    mind as of, you know, October 16, 2000, that was the

6    concept, right?

7    A    All of these products came over years, every year.  Not

8    all of those ideas were thought of in one -- on

9    October 16th, sir.

10   Q    I understand.  You might not have thought of six packs

11   as of October 16, 2000, right?

12   A    We might have.

13   Q    But you are thinking in those terms, that we're going

14   to take these -- this doll, Bratz, "We are going to try to

15   make it, we are going try to do line extensions, we are

16   going to try to do accessories, we're going to try to do

17   other products"; that was the concept, right?

18   A    Not the doll; the brand.

19   Q    Well, and as you've said, the core of the brand is the

20   dolls?

21   A    The brand started with four dolls.

22   Q    And you've -- you refer that as being the core of the

23   brand, correct?

24   A    Yes.

25   Q    And so in October of 2000, at this point you were still

1    around 50 employees or so, correct?

2    A    Between 50 to a hundred.

3    Q    Okay.  And you were thinking of being -- getting geared

4    up to create this brand with the accessories and other

5    products to go with it, correct?

6    A    For 2002, yes.

7    Q    So you are going to have to start expanding MGA in

8    terms of the people you are going to hire, in terms of --

9    well, let's start with the people you are going to hire.

10        You are going to have to start hiring more people to

11   get this going, right?

12   A    As of October 16, no.  We don't even know if this brand

13   is going to make it or not going to make it, not as of

14   October 16.

15   Q    Well, there came a time where you realized that if you

16   are going to create this Bratz brand and maximize the

17   profits, you're going to have to hire people?

18   A    Over time, yes.

19   Q    And that would include people in management, right?

20   A    Yes.

21   Q    It would include marketing, correct?

22   A    Yes.

23   Q    You'd include international, someone who knew about

24   international sales?

25   A    Yes.

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 18 of 83   Page ID #:303199
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

18

1   Q    Okay.  And when you did that, I think Ms. Keller was

2   asking whether or not Mattel was among the companies that

3   you -- you looked at to -- to hire folks, but in fact, you

4   preferred -- it was your preference to hire people from

5   Mattel who had experience in the sort of fashion doll

6   industry?

7   A    I prefer to hire people from Mattel, not necessarily

8   just in the fashion doll industry, in everything, except

9   lawyers.

10  Q    Well, we'll talk later.

11       So even before Mr. Bryant came to you with Bratz, even

12  before then, you were aggressively pursuing folks at Mattel,

13  correct?

14  A    I was.

15  Q    And then in February of 2001, that time frame, you've

16  got the Hong Kong toy fair that occurred in January; is that

17  right?

18  A    Sorry?

19  Q    The Hong Kong toy fair occurred --

20  A    January 4, 2001.

21  Q    And -- and you got a pretty good response, right?

22  A    We got a good response, yes.

23  Q    So at that point -- you know, again, you haven't

24  marketed fashion dolls before, right?

25  A    We haven't.

1    Q    Okay.  So you then pursued someone at Mattel for

2    marketing, to be in charge of marketing?

3    A    I'm sorry?

4    Q    You then pursued someone at Mattel to be in marketing,

5    correct?

6    A    I don't remember.  We always pursue people at Mattel.

7    Q    Okay.  If you look at Exhibit 13606.

8         MR. PRICE:  I've been told this is in evidence,

9    your Honor.

10   BY MR. PRICE:

11   Q    It's from Mr. Hitch to Patrick Williams, Isaac Larian,

12   Dennis Medici, and actually the date, here, is March 1,

13   2001; do you see that?

14   A    (No audible response.)

15   Q    The one at the top?

16   A    I'm sorry?

17   Q    Do you see the top --

18         (Interruption in the proceedings.)

19         THE WITNESS:  I just need one second to take a

20   look at this.

21   BY MR. PRICE:

22   Q    Okay.

23   A    Yes, go ahead.

24   Q    And you see the -- the e-mail at the bottom is dated

25   February 28, 2001, from you to Mr. Medici and Mr. Williams

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 20 of 83   Page ID #:303201
CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

20

1   and Mr. Hitch, correct?

2   A    Yes.

3   Q    And you say, "It is my goal to not only sell a lot of

4   products this year, but to also make a lot of profit"; do

5   you see that?

6   A    Yes.

7   Q    "Pat and Martin had some good ideas from their

8   experiences at Mattel, Hasbro, et cetera, I want to look at

9   and implement ASAP," and then you have, paren, "(TLP, et

10  cetera)."  Can you tell us what a TLP is?

11  A    It's in the spreadsheet.  It's an Excel spreadsheet.

12  Q    And then you say, "Please share with them freely all

13  financial information they need.  Please also provide them

14  with the company and the departmental budgets"; do you see

15  that?

16  A    I do.

17  Q    And then Mr. Williams writes back to you and Mr. Medici

18  and copies Mr. Hitch, "Dennis, I'll be in the office the

19  rest of this week.  We should get together as soon as

20  possible and discuss what is needed here.  I suggest that we

21  pull in any Mattel people from marketing.  Lon would be

22  great."  And you understand he's referring to Lon Ross?

23  A    Yes.

24  Q    Mr. Ross was, in fact, hired in marketing?

25  A    Yes.

1   Q    And then he says, "Let me know when we can meet to

2   discuss.  This is a critical piece to managing the profit

3   picture for the company.  We need to move very quickly,

4   here, if we are going to meet the goals, objectives for MGA

5   profit in 2001"; do you see that?

6   A    I do.

7   Q    And then you write back on March 1st, "If we need to

8   meet to discuss the budgets/input to TLP position, please

9   let me know, and I'll arrange to be in L.A. to get this done

10  ASAP."

11  A    That's not --

12  Q    Actually --

13          (Interruption in the proceedings.)

14          MR. PRICE:  I'm sorry.

15  BY MR. PRICE:

16  Q    That's Mr. Hitch because I see the "MH" there?

17  A    Yes.

18  Q    And you were copied on these.  And were you involved in

19  the hiring of Mr. Ross?

20  A    I think I was, yes.

21  Q    Now, because Bratz was becoming a big part of MGA's

22  lineup, at some point you started to have to hire other

23  product managers, correct?

24  A    Yes.

25  Q    And if you'd look at 11269.

1    A    Yes.

2    Q    And this is an e-mail from you to Chris Lynch dated

3    June 21st, 2001, correct?

4    A    Yes.

5    Q    And this is the time that Bratz came on the market in

6    Spain; is that right?

7    A    It's about that time, yes.

8            MR. PRICE:  Your Honor, I move Exhibit 11269 into

9    evidence.

10           THE COURT:  Received.

11           (Plaintiffs' Exhibit No. 11269 is received in

12       evidence.)

13   BY MR. PRICE:

14   Q    And -- and could you remind us who Chris Lynch is?

15   A    She's a friend of mine.

16   Q    Okay.  And this is an e-mail to her, June 21st, 2001,

17   "Hope all is well.  We got a hot one with Bratz dolls.

18   Desperately looking for a good experienced doll product

19   manager so Paula can focus on Bratz.  Do you know of a good

20   one from Mattel or Toys Biz or Playmate"; do you see that?

21   A    I do.

22   Q    And did you, in fact, hire someone from Mattel?

23   A    I don't know.  Probably, yes.

24   Q    And it was -- Bratz was -- was fairly successful in

25   2001?

1    A    No.  It was kind of successful.  We put over

2    $20 million in it.

3    Q    So going forward, you are going to have to start hiring

4    some more people because of the increased volume of sales

5    that you were having because of Bratz, right?

6    A    Not only because of Bratz, but the company was growing,

7    and we wanted to hire more people.

8    Q    And if we could have you look at 11270.

9    A    Yes, go ahead.

10   Q    And you recognize that as an e-mail exchange involving

11   you and Ms. Garcia and Eve Johnson around January 30th of

12   2002?

13   A    Yes.

14   Q    And so now we're going from 2001, when Bratz is

15   launched, into the next year, correct?

16   A    Yes.

17           MR. PRICE:  Your Honor, I move Exhibit 11270 into

18   evidence.

19           THE COURT:  Received.

20           (Plaintiffs' Exhibit No. 11270 is received in

21      evidence.)

22   BY MR. PRICE:

23   Q    If we look at the bottom of the e-mail, the first one

24   sent out, you see that's from Ms. Garcia to you and Eve

25   Johnson on January 29th, 2002?

1   A    Right.

2   Q    And who is Eve Johnson?

3   A    She used to be head of our human resources.

4   Q    And Ms. Garcia says, "These are some names for dolls/

5   Bratz development person.  Please seek them out at Mattel.

6   They are the best."

7        And then she lists some names, "Ann Olsen, Bill

8   Martinez, Amy Johnson, Elizabeth Limbretti, and then...I

9   have more coming"; do you see that?

10  A    I do.

11  Q    And this time, it is your response, it says, "Please

12  call Mattel and find these, and let's hide them fast.  Maybe

13  the tel number" -- is that telephone number you're referring

14  to, "tel no"?

15  A    Yes.

16  Q    -- "is on the roster I gave you"; do you see that?

17  A    I do.

18  Q    So there is a roster of Mattel employees that you had

19  given to Ms. Johnson?

20  A    I don't recall, but probably.

21  Q    And nothing wrong with trying to hire people from a

22  competitor, correct?

23  A    Nothing wrong, not in this country.

24  Q    And you agree with Ms. Garcia that the folks at Mattel

25  were the best in this area?

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 25 of 83   Page ID #:303206
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

25

1    A    Probably, yes.

2    Q    And if you'd look at 1325, and do you recognize 1325 as

3    e-mail exchanges between you and --

4    A    I don't recognize anything yet.  Hold on.

5    Q    Okay, sorry.  I'm trying to cheat by getting ahead of

6    my time.

7         MR. PRICE:  May I, your Honor?

8         THE COURT:  (No audible response.)

9    BY MR. PRICE:

10   Q    Now, do you recognize 1325 as an e-mail chain among you

11   and Ms. Johnson and, at one point, Mr. Bryant, Paula Garcia?

12   A    Yes.

13   Q    And if we'd look at e-mail -- it starts on 1325 --

14        MR. PRICE:  I'm sorry, your Honor.  I offer 1325

15   into evidence.

16        THE COURT:  Received.

17        (Plaintiffs' Exhibit No. 1325 is received in

18        evidence.)

19   BY MR. PRICE:

20   Q    If you'd look at page 2, right at the bottom, it's an

21   e-mail from you which starts, "Hi Carter"?

22   A    I'm sorry?

23   Q    On page 2, if you look just at the last two lines, it

24   says, "Isaac Larian, Hi Carter," and then it continues on to

25   page 3.

 1   A     Oh, yes.

 2   Q     And this is an e-mail you sent to Mr. Bryant around --

 3   let's see if I can see a date here -- sometime in February

 4   of 2002?  Look at the e-mail above and below that, do you

 5   see it's around February 14 or 15 of 2002?

 6   A     Probably, yes.

 7   Q     It says, "Hope all is well.  We must hire one or two

 8   fashion designers now to help out with Bratz.  I am

 9   concerned I heard Mattel is rushing out a competing line.  I

10   don't think Veronica wants or can work full time.  We need

11   to move fast and keep the momentum going.  Please give me

12   some names of very good people urgently"; do you see that?

13   A     Yes.

14   Q     And then Mr. Bryant's response to you is -- is above

15   yours dated February 15, 2002, which says, "Hi Isaac, here

16   are a few names.  Check with Paula, too, because I think one

17   of her friends was looking into some prospects at well.  I

18   agree that we need some more people.  These names are people

19   who do prelim design much like what I do, and I think it

20   would be really good for Bratz."  And it lists, "Bill

21   Martinez works for Mattel; Erica Kane works for Mattel;

22   Sharon Zuckerman works for Mattel Barbie Collector."  Do you

23   see on down the line, there, the names of people who work

24   for Mattel?

25   A     Yes.

1    Q    He also suggest trying to recruit at the Otis Fashion

2    Department?

3    A    Where do you see that?

4    Q    It's right at the bottom, at the last paragraph, "We

5    might also try to recruit from Otis Fashion Department"?

6    A    Yes.

7    Q    And that's the school you were talking about that

8    Mr. Tumaliuan went to?

9    A    My daughter went there, too.

10   Q    But remember we had the e-mails where you were getting

11   design folks from Mr. Tumaliuan?

12   A    Yes.

13   Q    And then the response you see from you is from

14   February 15, 2002, "Carter, thanks.  Eve, here is the hit

15   list.  Let's get these people here next week.  I'm sure they

16   would love to work for a company with a toy-of-the-year

17   award," exclamation point.  "Please keep me posted.  Otis is

18   a great idea"; do you see that?

19   A    Yes.

20   Q    And Ms. Keller said you use that award -- not used it

21   for just selling product, but you also were using it for

22   trying to recruit?

23   A    I was very proud of it.

24   Q    And then the response from Ms. Johnson is above, which

25   talks about trying to contact these people; do you see

1    that?

2    A    I see the e-mail, yes.

3    Q    And as -- as the company was growing, you were also

4    seeking people who had experience at Mattel to work for

5    Hong Kong, MGA Hong Kong?

6    A    It's possible.

7    Q    Okay.  Let's look at 8248.

8              MS. KELLER:  Objection.  Cumulative, your Honor.

9              THE COURT:  I'm going to give you a little bit

10   more time with it, Counsel.  Overruled.

11             MR. PRICE:  Thank you.

12             THE COURT:  And then we'll let the other side have

13   the same time.

14             *(Attorney discussion held off the record.)*

15             THE COURT:  And the date of 8248, Counsel?

16             MR. PRICE:  That is December 9, 2002.

17   BY MR. PRICE:

18   Q    Do you recognize that, Mr. Larian, as e-mails between

19   you and Mr. Lee and -- well, it says to Mr. Lee, I guess,

20   concerning Cecilia?

21   A    Yes.

22             MR. PRICE:  And your Honor, I move 8248 into

23   evidence.

24             THE COURT:  Received.

25

1              (Plaintiffs' Exhibit No. 8248 is received in

2        evidence.)

3    BY MR. PRICE:

4    Q    Cecilia was -- Cecilia Kwok is in Hong Kong?

5    A    Yes.

6    Q    And let's look at the e-mail from Mr. Lee to you dated

7    December 9, 2002.

8              MR. PRICE:  The one at the top there, Ken.

9    BY MR. PRICE:

10   Q    It says, "Dear Isaac, I will talk to Paula and Dennis

11   for people from Mattel HK.  Please leave the final decision

12   to me.  Thanks.  Regards, Edmond"; do you see that?

13   A    Yes.

14   Q    2002 was a -- a good year for Bratz?

15   A    Yes.

16   Q    And 2003 became a better year for Bratz sales, yes?

17   A    I believe so, yes.

18   Q    You had -- at this point, you really need someone who

19   had global experience in managing a brand, correct?

20   A    I don't understand your question.

21   Q    Global experience, that is experience with foreign

22   countries, experience with selling dolls on a global not

23   just domestic basis?

24   A    Probably, but I had that experience myself.

25   Q    Well, let's look at 4238.

1    A    Yes.

2    Q    And do you recognize 4238 as e-mails between you and a

3    Ronald -- is it "Gerivas" or "Geravas"?

4    A    I don't know.  Your pronunciation is as good as mine.

5    Q    Who was -- I'll just try Mr. "Geravas."

6    A    I think it was Ron Gerevas.

7    Q    Oh, Gerevas?  Okay.  Who was Mr. Gerevas?

8    A    He was a recruiter who worked for Heidrick and

9    Struggle, I think it's called?  I don't know.

10              *(Interruption in the proceedings.)*

11              THE WITNESS:  Heidrick and something.  Heidrick

12   and Struggle, I think it is, recruiting firm.

13   BY MR. PRICE:

14   Q    And this e-mail concerns conversations with Mr. Brawer,

15   who we heard of before for the COO position, correct?

16   A    No.  Ron Brawer isn't mentioned in here.

17   Q    Okay.  So who is -- this is for Leon --

18   A    I'm sorry?

19   Q    This is for a gentleman named -- is it "Leon"?

20   A    I don't understand your question.

21   Q    Sure.  All right.  Let's go from the top, then.

22        And if we could actually look at page 5 of the e-mail,

23   it's from you to Ron Gerevas.  It's actually copying Leon,

24   and it's "Ron's," paren "(Mattel) for COO position"?

25   A    Yes.

```
 1              MR. PRICE:  And I offer 4238 into evidence, your

 2   Honor.

 3              THE COURT:  Received.

 4              (Plaintiffs' Exhibit No. 4238 is received in

 5         evidence.)

 6   BY MR. PRICE:

 7   Q    It says, "Ron, I'm still in Hong Kong.  This is the guy

 8   I told you from Mattel.  Leon is meeting him.  He does not

 9   want the name out there.  Let Leon talk to him first and ask

10   him, and then you meet him, 'have you found anyone'?"  Do

11   you see that?

12   A    Yes.

13   Q    And then the e-mail that responds to that from

14   Mr. Gerevas to you, July 23, 2003, is, "Isaac, Ron Brawer is

15   a good guy, especially for the marketing world.  His seven

16   years at Mattel have all been marketing roles from Matchbox

17   and boys toys.  He did, however, have a five-year run as

18   president and founder of a juvenile products company.  I

19   don't know how well that went or how big it got.  He's about

20   41 and has two children."  Do you see that goes on telling

21   you about Mr. Brawer?

22   A    Yes.

23   Q    And is Mr. Brawer someone that you eventually hired?

24   A    Yes.

25   Q    And what position did you hire Mr. Brawer for?  I know
```

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 32 of 83   Page ID #:303213
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

32

1    we've seen some e-mails regarding him.

2    A    We talked about it a few times.

3    Q    Yeah.

4    A    Executive vice president of sales and marketing.

5    Q    And with respect to Mr. Brawer, if you'd look at 4239.

6    A    Yes.

7    Q    And that's further communication between you and

8    Mr. Gerevas?

9    A    Yes.

10   Q    And if you'd --

11        MR. PRICE:  Your Honor, I move Exhibit 4239 into

12   evidence.

13        THE COURT:  Received.

14        *(Plaintiffs' Exhibit No. 4239 is received in*

15   *evidence.)*

16   BY MR. PRICE:

17   Q    And if you look at the e-mail that starts this, it's

18   from Mr. Gerevas to you, August 19, 2003, where he talks

19   about "spending two-plus hours with Ron B yesterday"?

20   A    Yes.

21   Q    And it goes on to say, "However, given what Mattel

22   represents as a competitor for the space that you must

23   succeed in in order to obtain the growth and share of market

24   to reach your future objectives, this guy is invaluable.

25   Other than his boss, Matt Bousquette, no one at Mattel know

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 33 of 83   Page ID #:303214
CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

33

1    more about their toy business," paren, "(both girls and

2    boys), than this guy.  His strengths prioritized by him are,

3    one, brand management; two, marketing; three, customer

4    marketing; four, market research; five, product development;

5    six, sales; seven, finances; eight, planning; nine, system

6    integration, and 10, people development.  Notice that his

7    bottom four are our top four"; do you see that?

8    A    Yes.

9    Q    "And nevertheless, if I was you, I would get this guy

10   on my team reporting directly to me."

11        And if you'd look at your response, you say, "Ron" --

12   this is August 24, 2003 -- "I am back.  Give me a call.  I

13   need a good COO yesterday"; do you see that?

14   A    Yes.

15   Q    And it was, in fact, in 2003 that -- I think it was

16   Ms. Garcia who said something to you about only wanting to

17   hire people who had Mattel experience?

18   A    I don't remember.  Something like that.

19            (Attorney discussion held off the record.)

20   BY MR. PRICE:

21   Q    If you'd look at 11254.

22        And do you see 11254 are e-mails between you and

23   Ms. Johnson and also involving Ms. Garcia?

24   A    Yes.

25            MR. PRICE:  I move 11254 into evidence, your

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 34 of 83   Page ID #:303215
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

34

1   Honor.

2            MS. HURST:  Objection.  Cumulative.

3            THE COURT:  Received.

4            (Plaintiffs' Exhibit No. 11254 is received in

5       evidence.)

6   BY MR. PRICE:

7   Q    And if we can look at the e-mail from Ms. Garcia, which

8   begins this chain.  It's from Ms. Garcia to you and Eve

9   Johnson.  It says, "Candidate for Dennis"; do you see that?

10  A    Yes.

11  Q    And that's Mr. Medici?

12  A    No.

13  Q    Who is that?

14  A    Dennis Soy.

15  Q    Who is he?

16  A    He's in product development.

17  Q    It says, "As you know, we have been seeking support for

18  Dennis in development of Bratz doll for four months.  We

19  have been very critical of applicants because, to be

20  perfectly honest, we are seeking employees that only Mattel

21  groom in their workplace, but now I think we might have

22  found one"; do you see that?

23  A    I do.

24  Q    It refers to a Tong Wong?

25  A    Tong Wang, sir.

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 35 of 83   Page ID #:303216
CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

35

1    Q    Wang.

2         And that your response is, "What do we pay Dennis,"

3    right?

4    A    Yes.

5    Q    Now, I -- I had earlier asked you about -- about global

6    experience, and I forgot to mention Exhibit 4238.  That's

7    the one where you're talking to Mr. Gerevas about -- about

8    Mr. Brawer?

9    A    Yes.

10   Q    And if you go back to that, on the second page,

11   4238-0002 --

12   A    Hold on.  I've got to find that.

13   Q    Sure.

14        And we've got it up on the screen, but if you'd like a

15   paper copy --

16   A    Yeah, I'd like to have a paper copy.

17   Q    Sure.

18   A    Yes, go ahead.

19   Q    On the second page, you see there's a July 26th e-mail

20   from Mr. Gerevas to you?

21   A    Yes, Mr. Gerevas.

22   Q    And he says, "Absolutely, you should settle for nothing

23   less, and you should push on me until I deliver exactly what

24   you need and not what looks sexy.  You can't make a mistake

25   at this stage of your growth, which means we shouldn't

1    settle for a hotshot marketing person who wants a chance to

2    prove that he can be a COO.  You not only need someone who

3    has done it, you need someone who has done it extremely

4    well.  We need someone who has successfully designed,

5    implemented and operated a global infrastructure with the

6    required systems to effectively support your growth

7    expectations.  You don't have that experience and skill set

8    moving forward in the company, and until you do, it won't

9    get done.  You are too big and growing too fast to bring

10   someone in in a learning mode"; do you see that?

11   A    Yes.

12   Q    So in talking about -- and so yesterday, by the way,

13   when --

14   A    Are you still talking about this document?

15   Q    Yes.  So we -- you don't need to look at that.

16          MR. PRICE:  In fact, you can put it down, Ken.

17   BY MR. PRICE:

18   Q    So yesterday, when Ms. Keller asked you whether or not

19   you obviously sought employees from Mattel, you said that

20   they are one of the biggest companies, obviously you seek

21   employees from Mattel, correct?

22   A    Yes.

23   Q    They aren't a huge percentage of your work force,

24   right?

25   A    They are not.

CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

37

1    Q    But for the critical people in marketing for global

2    infrastructure, for product design, you were focusing on

3    people at Mattel, correct?

4    A    No, but we like the people that Mattel grooms.

5    Q    So again, going back to October 2000, when you are

6    talking about the line extension and expanding -- thinking

7    about that line extension, you have seen in the market that

8    sort of branding take place; that is, you've seen a company

9    which comes out with a fashion doll and creates themes and

10   creates accessories and license based upon that brand,

11   you've seen that in the marketplace?

12   A    Yes.

13   Q    And the -- the company you've see do that the most in

14   the fashion doll industry is -- is Mattel?

15   A    Yes.

16   Q    So you remember yesterday, you were talking about the

17   research that you did with that independent -- that outside

18   company?

19   A    Consumer Quest.

20   Q    Yes.  And I think you said you did that a couple of

21   times a year?

22   A    Yes.

23   Q    You thought, though, that -- that the best, the most

24   efficient -- let me rephrase that.

25        You thought that the easiest and the most efficient

1    research you could do was look at your competitor's

2    products, including Mattel, and see what consumers thought

3    of those products?

4    A    That's what you do when you research, yes.

5    Q    And you actually informed people in marketing that, you

6    know, they should go on Amazon and look at buying

7    information concerning Barbie products?

8    A    I'm sorry?

9    Q    Sure.  You actually communicated to your marketing

10   folks and to others that -- that the best or the easiest and

11   most efficient research they could do was to go on sites,

12   like Amazon.com and see what the comments were about what

13   Barbie was doing, what their products were?

14   A    Probably.

15   Q    And if you'd look at 13974, do you recognize that as an

16   e-mail between you and Ms. Garcia, Ms. Kwok, Samuel Wong,

17   everybody in marketing and product development in

18   Los Angeles, and others?

19   A    Yes.

20            MR. PRICE:  Your Honor, I move Exhibit 13974 into

21   evidence.

22            THE COURT:  Received.

23            (Plaintiffs' Exhibit No. 13974 is received in

24       evidence.)

25

1   BY MR. PRICE:

2   Q    Now, this is November 25, 2001, correct?

3   A    Yes.

4   Q    And this e-mail had an attachment, Amazon.com, buying

5   info, Barbie new Volkswagen Beetle Purple.htm; did you see

6   that?

7   A    Yes.

8   Q    And you said, "Please make sure that Bratz mobile has

9   working seat belts, car key, keys that lock and open trunk,

10  stickers, et cetera.  Read the competition comments and

11  reviews," paren, "(this should be the rule for all of our

12  toys), and learn what the consumers like or dislike.  This

13  is the easiest and most efficient form or research"; do you

14  see that?

15  A    Yes.

16  Q    And if you'd look at what's attached, you have the

17  "Barbie new Volkswagen Beetle: Purple," and if you go on

18  Amazon and look at these kinds of products, you can see

19  reviews -- customer reviews of the Barbie products,

20  correct?

21  A    Or any product, yes.

22  Q    And although you can do that for -- for any product,

23  what you were telling your folks in November of 2001 was to

24  read the competition's comments and reviews, correct?

25  A    Yes.

1   Q    And what you attach is -- are pages from Amazon.com

2   pertaining to a Barbie product?

3   A    Yes.

4   Q    Now, I think you said yesterday that it was common --

5   well, let me scratch that.

6        Yesterday, remember when you put all these pictures of

7   various themes that you had with the Bratz dolls; do you

8   recall that?

9   A    Yes.

10  Q    And it started with a few themes and kept growing and

11  growing year by year, right?

12  A    Yes.

13  Q    And in coming up with those themes, I mean, you were

14  familiar with the fashion doll marketplace, correct?

15  A    Yes.

16  Q    You had been paying attention, I think even before

17  Mr. Bryant showed up at MGA, right?

18  A    Yes.

19  Q    And so you had seen, for example, that Barbie has --

20  has different themes?

21  A    Yes.

22  Q    You had said that, you know, that if you've got a

23  similar looking doll from year to year, you need to kind of

24  refresh it by giving it new themes, new clothes, things of

25  that nature, correct?

1    A    Yes.

2    Q    And by 2000, Barbie had been doing that for about

3    40-something years?

4    A    Yes.

5    Q    And one of the things you did and that MGA did to be

6    inspired in creating themes for Bratz was to look at the

7    themes that Barbie was using?

8    A    Yes.

9    Q    And so one thing you'd do, for example, is look at

10   Barbie's catalogs?

11   A    Barbie's catalogs?

12   Q    Yeah, Barbie catalogs.

13   A    I don't remember Barbie catalogs, but it's possible.

14   Q    Well, to give the jury an example of the process, do

15   you remember you came out at one time with a product of

16   "Forever Best Friends"?

17   A    Yes.

18   Q    And that was two dolls in a pack?

19   A    Yes.

20   Q    And then Barbie came out with "We Three Friends"?

21   A    After Bratz "Forever Best Friends," yes.

22   Q    And they added -- they tried to up you by doing three

23   friends, right?

24   A    Amongst other things.

25   Q    And then you looked at that and were inspired to say,

1    "Hey, let's change our packaging on the Four Best Friends so

2    it has a reusable vinyl bag with a zipper closure and

3    adjusted back straps like the Barbie packaging has," right?

4    A    The product name was Forever Best Friends, but yes.

5    Q    Okay.  I apologize.

6         So for example, Barbie's trying to compete with you by

7    adding a -- a -- a "We Three Friends," right?

8    A    Yes.

9    Q    And then you take what they had done, and said, "Okay,

10   you know, we can improve ours by looking more like their

11   packaging," in this case, right?

12   A    Not more like their packaging, but we looked at We

13   Three Friends very carefully.

14   Q    And as a result of doing that, you changed the

15   packaging so that it had the piping and the zipper and the

16   vinyl bag?

17   A    Yes.

18   Q    Yeah, I mean, which is what the Barbie We Three Friends

19   had?

20   A    Yes.

21   Q    And that's the kind of competition, inspiration that

22   takes place in the market, right?

23   A    Yes.

24   Q    Now, I asked you if you looked at Barbie catalogs to be

25   inspired, and I'd like you to look at 21563.

CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

43

1    A    Yes.

2    Q    And you recognize this as an e-mail from you to

3    Ms. Garcia on July 25th, 2000, concerning Mattel old

4    catalogs?

5    A    Yes.

6              MR. PRICE:  I move 21563 into evidence, your

7    Honor.

8              THE COURT:  Received.

9              *(Plaintiffs' Exhibit No. 21563 is received in*

10       *evidence.)*

11   BY MR. PRICE:

12   Q    And you said to Ms. Garcia, "Do you have any old

13   catalogs," paren, "(past 7 to 10 years) we can borrow and

14   copy, please?"  And it's signed "Isaac Larian"; do you see

15   that?

16   A    Yes.

17   Q    And that was -- that's public information, the

18   catalogs, right?

19   A    If they are out, yes.

20   Q    And this was the kind of thing that perhaps you could

21   get inspiration from to do something at MGA, right?

22   A    Probably, yes.

23   Q    And Barbie products go -- go way back, right?

24   A    Yes.

25   Q    And --

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 44 of 83   Page ID #:303225
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

44

```
 1              (Attorney discussion held off the record.)

 2              MR. PRICE:  Let's see, do we have 24031 up there?

 3    BY MR. PRICE:

 4    Q    And you see that as a -- it looks like a Mattel product

 5    from way back, like in the 1980s?

 6    A    I've never seen this product.  I have no idea.

 7    Q    Look at the back of the box.  Does it have a year at

 8    the bottom left, there?

 9    A    Yes.

10    Q    And what year is that?

11    A    1986.

12    Q    Okay.  And you recall, as we do, the bad hair of the

13    '80s?

14    A    (No audible response.)

15    Q    Nevermind.

16         If we look down that box, in the back, do you see there

17    is a part that says "I have a passion for fashion"?

18    A    I don't see it.

19              MR. PRICE:  Ms. Juarez?

20              THE WITNESS:  Yes.

21              MS. KELLER:  Counsel, I wonder if we can put that

22    on the ELMO so we can all see it.

23              MR. PRICE:  Sure.

24              THE COURT:  21563?

25              MS. KELLER:  Just that one little --
```

CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

45

```
 1              MR. PRICE:  Okay.  That one --
 2              THE COURT:  No.  We will have it in just a moment
 3     in examination, so --
 4              MS. KELLER:  And I'm sorry, Counsel, what was that
 5     Exhibit number?
 6              THE COURT:  It's 21563.
 7              MS. KELLER:  Thank you.
 8              THE COURT:  Now, that's the e-mail.  I am not sure
 9     what we are holding up, though.
10              MR. PRICE:  That's 24031.
11              THE COURT:  24031?  Keep that handy.  You may be
12     displaying that.
13              We don't have that -- does somebody want to stick
14     it on the ELMO?
15              MR. PRICE:  We could.
16              THE COURT:  No.  Hold on.  That's your time.  The
17     opposition will have their time.
18     BY MR. PRICE:
19     Q    So you talked about -- is it Charles O'Connor?
20     A    Yes.
21     Q    At some point saying that Bratz had a passion for
22     fashion?
23     A    He came up with this slogan, "passion for fashion."
24     Q    And you are not surprised that that's been used at some
25     point in the fashion doll industry?
```

1    A    I'm not surprised if it was or not.

2    Q    And by the way, Mr. O'Connor, he was Victoria

3    O'Connor's husband, right?

4    A    No.

5    Q    Brother, I'm sorry.  He's Victoria O'Connor's brother?

6    A    Yes.

7    Q    And there came a time when Ms. O'Connor's deposition

8    was first taken in this matter; do you recall that?

9              MS. KELLER:  Objection, your Honor.

10             THE WITNESS:  I don't know when her deposition was

11   taken.  Many depositions have been taken.

12             MS. KELLER:  Your Honor, we have a 403 ruling on

13   this.

14             THE COURT:  I am not sure where we are going.

15             MS. KELLER:  I think we are.

16             THE COURT:  Well, let's hear the next question.  I

17   am not sure where we are going.

18             Next question, please.

19   BY MR. PRICE:

20   Q    Ms. O'Connor, you recall, was the woman who testified

21   about the whiting out, right?

22   A    Yes.

23   Q    And you understood she testified about that first in a

24   deposition that she gave?

25   A    I don't recall when.  She had testified so many times.

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 47 of 83   Page ID #:303228
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

47

1    Her lawyers are paid by Mattel.

2    Q    Do you recall if she testified in December of 2004?

3              MS. KELLER:  Objection, your Honor.  Irrelevant.

4              THE COURT:  I am not sure yet.  Overruled.

5    BY MR. PRICE:

6    Q    Yesterday, when I was asking you about Mr. Machado and

7    Mr. Vargas, Ms. Trueba and Mr. Castilla, you said that you

8    had a soft spot and didn't fire folks unless you gave them

9    second or third chances?

10   A    I have a soft spot.

11   Q    Okay.

12             MS. KELLER:  Your Honor, we object to this line of

13   questioning.  There was a 403 ruling on this.

14             THE COURT:  There was.  That evidence came in

15   yesterday, though, didn't it, Counsel?

16             MS. KELLER:  Not on this issue.

17             MR. PRICE:  He volunteered his --

18             THE COURT:  Well, you know, unfortunately I'm not

19   quite sure, so something tells me to be very cautious as a

20   judge, so I'm going to ask you, the jurors, to go take a

21   break for just a moment and let me find out more about this

22   before I make a mistake.

23             So you are admonished not to discuss this matter

24   amongst yourselves, nor form or express any opinion

25   concerning this case.  Have a nice recess.

 1           Mr. Larian, if you'd like to step down.  This

 2     would be a good time for a break, anyway.

 3           THE WITNESS:  Thank you.

 4           (The following proceedings is taken outside

 5       the presence of the jury.)

 6           THE COURT:  All right.  Now, I just apologized to

 7     both of you.  I am not sure where we are going, so -- I see

 8     the concern on MGA's objection.  What's the problem?

 9           MS. KELLER:  Your Honor, there was a previous

10     ruling by the Court.  Mattel had tried to link the giving of

11     a deposition by Victoria O'Connor to the subsequent firing

12     of her brother by MGA.  So the Court had ruled on that, that

13     it was excluded, and this is a roundabout way of trying to

14     get it in by claiming that we opened the door in discussing

15     Mr. Larian's soft spot for people.  It's -- it's another --

16     it's more character assassination, and the linkage between

17     the two is completely irrelevant.  The linkage between the

18     giving of the depo and the firing of the brother --

19           THE COURT:  It makes it appear like whatever

20     information Victoria gave that was --

21           MS. KELLER:  Retaliation.

22           THE COURT:  -- retaliation.

23           MS. KELLER:  That's right, and the Court had ruled

24     on that.

25           THE COURT:  Well, I thought I allowed a certain

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 49 of 83   Page ID #:303230
CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

49

 1    amount of development of the management style after the

 2    explanation by Mr. Larian that he was a good boss, and so

 3    there's some counter-balancing evidence that he was a very

 4    tough boss.  Where are we going with this?

 5               MR. QUINN:  Your Honor, I -- I forget things

 6    sometimes.  I don't think there's been any ruling, and I

 7    challenge MGA to point to any ruling on this.

 8               THE COURT:  That's my confusion also.

 9               MR. QUINN:  I don't think there's been any ruling,

10    and the point is, they went out of their way yesterday by

11    way of excusing his not disciplining people who had taken

12    things from Mattel to elicit testimony that he's a softy,

13    and he has a hard time terminating people.  And in fact,

14    after Ms. O'Connor's deposition was taken, and for the first

15    time said that she -- Mr. Larian had instructed her to white

16    out the fax header on that document, her brother was

17    terminated by Mr. Larian.

18               Now, they can get up and say he was incompetent,

19    there are other reasons for the termination.  I think it's

20    fair to get in evidence that this relates to that act, that

21    he did, in fact -- we have conflicting accounts as to who

22    did this whiting out.  And we think the jury -- it's --

23    it's -- the jury can fairly conclude that it was -- the

24    termination was because of this testimony.

25               THE COURT:  Well, of course trial testimony makes

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 50 of 83   Page ID #:303231
CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

50

1    some of the in-limine motions irrelevant, but I just don't

2    recall dealing with this issue, and I apologize.

3            MS. KELLER:  You know, your Honor, I had -- I

4    had --

5            THE COURT:  No.  Just a moment.

6            MS. KELLER:  I'm -- I'm apologizing.  Let me

7    apologize first.

8            THE COURT:  No.  Let me apologize.  I don't

9    recall.

10            MS. KELLER:  That's why I'm apologizing, because I

11    just talked with Mr. McConville.  I was under the mistaken

12    impression that the Court had made a ruling on this, and I

13    profusely apologize.  The Court had not made a ruling on

14    that.

15            THE COURT:  Well, I apologize to Mr. McConville.

16            I'm just joking with you, Counsel.  That's fine.

17            All right.  So then we've never dealt with this,

18    frankly.

19            MR. QUINN:  We have never dealt with this, and

20    yesterday on the stand, he said this man is a very creative

21    person.  He came up with passion for fashion.  They

22    volunteered it.  "I'm a softy."  His sister testifies, and

23    he's fired.  Let them get up and tell the jury there was

24    some other reason why he was fired.

25            MS. KELLER:  Well, your Honor, our position is

```
 1   that this is collateral impeachment, that it's more

 2   character assassination.  The evidence is that this was part

 3   of a general layoff when Mr. O'Connor was laid off.  I don't

 4   believe there is any evidence to the contrary.  It's just

 5   another attempt to tar Mr. Larian's character and make it

 6   look like he's retaliating to things linked to this lawsuit.

 7             THE COURT:  I'm going to overrule the objection.

 8   This evidence can come in.  It can be explained away by MGA

 9   if they wish to.

10             Counsel, should I get the jury again, and how much

11   longer will you be, Mr. Price?

12             MR. PRICE:  Your Honor, certainly between us will

13   be the afternoon.

14             THE COURT:  All right.  Then why don't you take a

15   10-minute recess, then.

16             (Recess.)

17             (The following proceedings is taken in the

18       presence of the jury.)

19             THE COURT:  Okay.  We're back in session.  Then

20   the jury is present, all counsel are still present, the

21   parties, and Mr. Larian is present.

22             And Mr. Price, if you'd like to continue with your

23   redirect examination.

24             MR. PRICE:  Thank you.

25
```

1              **ISAAC LARIAN, PLAINTIFFS' WITNESS, RESUMED**

2                   **REDIRECT EXAMINATION Continued**

3    BY MR. PRICE:

4    Q    Mr. Larian, when I asked you about Victoria O'Connor's

5    deposition, I think you stated something to the effect that

6    her being represented by a paid Mattel lawyer?

7    A    I made a mistake.

8    Q    Yes.  She was not represented by any lawyer at her

9    deposition, was she?

10   A    No.  I was mistaken.  She had met with Dylan Proctor

11   from your law firm, so I put the -- I made a mistake.

12   Q    In fact, she never met with anyone at the Quinn Emanuel

13   Law Firm before her deposition, right?

14   A    She met with Ms. Jill Thomas.

15   Q    And you recall her testimony that she talked to

16   Ms. Thomas to schedule the deposition for a convenient day?

17              MS. KELLER:  Objection.  Misstates the testimony.

18              THE WITNESS:  No, that's not --

19              THE COURT:  Well, just a moment.

20              Restate the question, Counsel.

21   BY MR. PRICE:

22   Q    Ms. O'Connor spoke to Ms. Thomas about scheduling the

23   deposition, correct?

24              MS. KELLER:  Objection.  Misstates the testimony.

25              THE COURT:  What portion?  I'm sorry.

Case 2:04-cv-09049-DOC-RNB   Document 10043   Filed 02/22/11   Page 53 of 83   Page ID #:303234
CV 04-9049-DOC – 02/18/2011 – Day 20, Vol. 2 of 3

53

```
1              MS. KELLER:  She said they spoke several times,

2    one time about scheduling, and she could not recall what

3    they talked about the other times.

4              THE COURT:  My apologies.

5              Counsel, ask the question.

6    BY MR. PRICE:

7    Q    Ms. O'Connor spoke to Ms. Thomas about scheduling the

8    deposition, correct?

9    A    I don't remember that.  I remember about smoke

10   signals and phone calls, and things like that, things that

11   Ms. Keller was asking that was funny, but I don't remember

12   about scheduling.

13   Q    Well, it's pleasant that we have funny things here,

14   sometimes.

15        But with respect to Ms. O'Connor -- in fact, let me ask

16   you this:  You understand that it is a common courtesy to

17   contact someone to arrange them coming before a court

18   reporter and being sworn and giving testimony at a

19   deposition?

20             MS. KELLER:  Objection.  Argumentive, your Honor.

21             THE COURT:  Overruled.

22             THE WITNESS:  Yes, it is a common courtesy.

23   BY MR. PRICE:

24   Q    So December 6th, 2004, you may not remember the

25   precise date, but around that time frame, you learned what
```

1    Ms. O'Connor's deposition testimony had been, correct?

2    A    I know she had a deposition, yes.

3    Q    And that's -- and then that deposition, she testified

4    about whiting out of the fax header in the Carter Bryant

5    contract, correct?

6    A    Yes.

7    Q    And a few months later, do you remember having a

8    conversation with a Dave Malacrida?

9    A    I know Dave Malacrida.  What conversation?

10   Q    Well, that's fair.

11        Could you tell us who Dave Malacrida is?

12   A    He's the head of our human -- not human resources,

13   public relations.

14   Q    And there came a time in April or May of 2005 when you

15   were speaking with him about a layoff list, correct?

16   A    I don't recall talking to him.  To our human resources,

17   maybe.  I don't remember that.

18   Q    Do you remember around that time frame, there was a

19   small number of people who were laid off?

20   A    Yes, we had a layoff.

21   Q    And yesterday you talked about Charles O'Connor as

22   being a -- a very creative person; do you recall that?

23   A    No.  I said he came up with the slogan "passion for

24   fashion."

25   Q    You don't recall describing him as one of these

1    creative people?

2    A    He was creative, but I don't remember saying that, no.

3    Q    But he came up with the catch phrase that you've used

4    for Bratz, "fashion for passion" (sic)?

5    A    Yes.

6    Q    And you told Mr. Malacrida to add Victoria O'Connor's

7    brother, Charles O'Connor, to this layoff list, correct?

8    A    It's possible.  I don't remember.

9    Q    Let me get back, then, to -- to building the brand.

10        We were talking about the -- those old Mattel catalogs,

11   and you saw a fairly old Mattel product from 1986, correct?

12   A    I saw an old big doll, a Mattel product.  What is that

13   called?  I saw this large doll, large doll, Mimi, 1986.

14   Q    And you knew that Mattel had had in the marketplace the

15   same sorts of themes that you would use for Bratz, correct?

16   A    Some, yes.

17   Q    And for example, you mentioned a -- a -- you showed the

18   jury a camping theme?

19   A    Yes.

20   Q    I'm going to show you 24029.

21            MR. PRICE:  May I approach, your Honor?

22            THE COURT:  You may.

23            THE WITNESS:  Yes.

24            MS. KELLER:  I'm sorry, Counsel, does that have an

25   exhibit number?

CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

56

```
 1              MR. PRICE:  Yes.  I'm told it's 24029.

 2    BY MR. PRICE:

 3    Q    And you are looking for the date?

 4    A    No.  I'm just looking for the exhibit number.

 5    Q    Okay.  Its -- its pasted on there somewhere.

 6    A    I couldn't find it, but I'm sure somebody else will.

 7    Q    So if you look at 24029, that looks like a Mattel

 8    product concerning camping?

 9    A    Yes.

10    Q    And it's got the tent there?

11    A    Yes.

12    Q    Maybe you can turn it and show it to the jury.

13         And if you look at the back, there, you can see a date

14    of 2001?

15    A    Yes.

16    Q    And that was -- that was before Bratz came out with a

17    camping theme?

18    A    Yes.

19              MR. PRICE:  By the way, your Honor, I -- I didn't

20    do this.  If I can move into evidence 24031, which is

21    that -- the big doll from '86, and then --

22              THE COURT:  The one that has "passion for fashion"

23    on the back?

24              MR. PRICE:  Yes.

25              THE COURT:  Okay.  And what else?
```

```
 1                 MR. PRICE:  And 24029, which is the camping theme.

 2                 THE COURT:  Both are received.

 3                 (Plaintiffs' Nos. 24029 and 24031 are

 4            received in evidence.)

 5    BY MR. PRICE:

 6    Q    Okay.  I will show you now 24028.

 7                 MS. KELLER:  I'm sorry, Counsel, I missed that

 8    one.  Is it 29 --

 9                 MR. PRICE:  24028.

10                 THE WITNESS:  Yes.

11    BY MR. PRICE:

12    Q    And does that appear to be kind of a -- a Mattel

13    Barbie, I guess it's Stacie and Kelly?  I can't see that far

14    from here.

15    A    Yes.

16    Q    Kind of a -- a skiing theme?

17    A    Yes.

18    Q    And if you'd look -- is the date on that in 2000?

19    A    Yes.

20                 MR. PRICE:  Your Honor, I move 24028 into

21    evidence.

22                 THE COURT:  Any objection?

23                 MS. KELLER:  No objection.

24                 THE COURT:  Received.

25
```

1          *(Plaintiffs' Exhibit No. 24028 is received in*

2     *evidence.)*

3    BY MR. PRICE:

4    Q    Let's go way back.  I'm going to show you 24030.

5    A    Yes.

6    Q    Do you see that as a Ken on a motorcycle released in

7    1992?

8    A    Yes.  That's the coffin box I was talking about.

9    Q    Okay.  That was in 1992?

10   A    Yes.

11   Q    The other boxes you saw weren't coffin boxes, right?

12   A    No.

13          MR. PRICE:  Your Honor, I move Exhibit 24030.

14          THE COURT:  Any objection?

15          MS. KELLER:  None.

16          THE COURT:  Received.

17          *(Plaintiffs' Exhibit No. 24030 is received in*

18    *evidence.)*

19   BY MR. PRICE:

20   Q    I think Ms. Juarez has a --

21          *(Attorney discussion held off the record.)*

22   BY MR. PRICE:

23   Q    Is it 24027?

24   A    Yes.

25   Q    And do you see it's a Mattel product, "Bowling Party

```
 1    Stacie"?

 2    A    Yes.

 3    Q    And do you see a year on that?

 4    A    I'm sorry, I don't see it here.

 5    Q    Okay.  Maybe you can get some assistance?

 6    A    She can't find it either.

 7    Q    I think there is a big sticker on top of it.

 8         She found it?

 9    A    In 1998.

10    Q    In 1998.

11         And you had seen in the marketplace Barbie doing sports

12    themes.  Let's assume bowling is a sport.  You've seen

13    Barbie doing sports themes in the market, right?

14    A    I play bowling.  Yes, I consider it a sport.

15    Q    And you've seen golf, tennis, those sorts of themes

16    with fashion dolls on the market, right?

17    A    Yes.

18    Q    So let me talk a bit, then, or ask you some questions

19    about specific inspirations that MGA got by looking at the

20    market.

21         And if you would look at Exhibit, which is in front of

22    you, 11220.

23    A    This is an e-mail that I'm not copied on.  Do you want

24    me to read the whole thing?

25    Q    Well, let me ask you about that.  Do you see it has an
```

1    MGA production number?

2    A    Yes.

3    Q    And it appears to be an e-mail from Ms. Garcia to

4    Cecilia Kwok, a Jonathon Buford and others; do you see

5    that?

6    A    Yes.

7    Q    And the subject is, "Bratz vehicle, next step."

8    A    Yes.

9    Q    And it's dated July 30, 2001?

10   A    Yes.

11   Q    And I think you said the first Bratz dolls came out in

12   Spain in June of 2001?

13   A    They were in the market, yes, in June 2001.

14   Q    And so this is talking about what's the next step in

15   connection with this branding, the -- the line extension?

16   A    No.  This has -- these says, "Bratz, next step."  It

17   doesn't say branding, line extension, all the other things

18   that you added in there.

19   Q    Okay.  Well, in July of 2001, did you have a Bratz

20   vehicle on the market?

21   A    I don't remember when the FM Cruiser came to the

22   market.  I don't remember.

23   Q    And your understanding, in looking at this and seeing

24   that it's in MGA's files, that this was a discussion

25   concerning doing a -- a convertible car for Bratz?

1  A    I have not seen this before.  If you are going to ask

2  me questions about it, I would like to be able to read it.

3  It's about five, six pages.

4  Q    Well, let me ask you this question first:  Did MGA do a

5  Bratz convertible?

6  A    FM Cruiser, yes.

7  Q    Okay.  So if you'd like to look at the e-mail --

8  A    You want me to read the whole thing?  It takes time to

9  read everything here.

10  Q    Well, you recognize this as being an e-mail from MGA's

11  files concerning communications about a Bratz vehicle,

12  right?

13  A    Yes.

14         MR. PRICE:  Your Honor, if I can move 11220 into

15  evidence.

16         THE COURT:  Received.

17         *(Plaintiffs' Exhibit No. 11220 is received in*

18      *evidence.)*

19  BY MR. PRICE:

20  Q    And you were -- you were keeping track of what the

21  Bratz extensions were going to be, correct?

22  A    What do you mean by that?

23  Q    Well, you were making decisions -- you were the one

24  making decisions as to how to branch out Bratz into other

25  products?

1    A    Yes.

2    Q    So you were the one that made the decision to branch

3    out Bratz to have a Bratz convertible?

4    A    I was one of them, yes.

5    Q    And if you look at page 3 -- I'm sorry, page -- page 2,

6    do you see there is an e-mail from Ms. Garcia to folks in

7    Hong Kong and others concerning doll comments and next

8    steps; do you see that?

9    A    Yes.

10   Q    And it has, within that e-mail, brackets and names

11   which refer to comments on those -- those particular items.

12   Do you see where it has, like, Cecilia, please advise" in

13   brackets, and "Paula"; do you see that?

14   A    I see that.

15   Q    In the first paragraph there, under "please note," it

16   says, "We found that the car does not represent the thin,

17   sleek car body design as represented in the 2D that we sent

18   you."  That's the drawing, right?

19   A    What's the drawing?

20   Q    The 2D?

21   A    The 2D is drawing, yes.

22   Q    "We realized that the sleek design needed to be

23   compromised, since we intended to have four dolls sit within

24   the car.  It is imperative that this car looks exactly as

25   illustrated in the 2D drawing we sent you.  In this case,

1    we'd like to drop the back seats of the car so that only two

2    can sit within the car.  We also propose that we sit the

3    dolls down on the ground, as implemented in competitive

4    Barbie" -- it says "vars"; do you see that?

5    A    Yes.

6    Q    "The seats are sculpted as a relief on the bottom of

7    the car.  I can send you a sample of such a car if you do

8    not have one in UK."

9    A    Hong Kong, HK.

10   Q    HK, I'm sorry.

11        And then Cecilia writes, "Please advise which Barbie

12   car you are referenced and take a photo to us.  We can buy a

13   sample in HK, if available, in order to save the Fed-Ex

14   shipment charges"; do you see that?

15   A    Yes.

16   Q    And then she goes, Paula, "I do not have the sample

17   available to me right now.  It is the Barbie convertible, it

18   is red, and it retails in the U.S. for 9.99"; do you see

19   that?

20   A    Yes.

21   Q    And then if you look at the e-mail on the first page,

22   it's from Ms. Kwok to Ms. Garcia saying, "Enclosed is a

23   picture for the Barbie convertible.  Please advise if you

24   are referring to this one," and then it has a file within --

25   a J-peg"; do you see that?

1    A    Yes.

2    Q    "Then for the sculpturing, we will wait for your

3    further direction"; do you see that?

4    A    Yes.

5    Q    And then if you look at the one up there from

6    Ms. Garcia to Ms. Kwok and Mr. Buford and others on July 30,

7    2001, she writes, "Cecilia, yes, this is very close to the

8    sample I would like you to reference for our convertible";

9    do you see that?

10    A    Yes.

11    Q    Now, this is in July of 2001.  Do you remember

12    yesterday, you testified about having the idea for Bratz

13    having their own house and hotels and clubs that they can

14    hang out in, that that was part of the brand extension; do

15    you remember that?

16    A    Yes.

17    Q    And I think yesterday, you said that you did that

18    because of research?

19    A    Yes.

20    Q    But you also did that because you thought that's what

21    Barbie had done?

22    A    Yes.

23    Q    And again, that's the easiest, most efficient research

24    you can do to see what was most successful in the

25    marketplace by the competition?

1    A    The execution is -- our -- our FM Cruiser didn't sell

2    for 9.99.  It retailed for $39, $40.  It was execution.

3    Q    Do you remember the question I just asked you?

4    A    Yes, and the answer is yes.

5    Q    But since not everyone may not remember it, the most

6    efficient research you can do is to see what your main

7    competitor, Mattel, was doing in the marketplace, correct?

8    A    That's one of the things to do, yes.

9    Q    And if you'd look at 1319-00001?

10              MS. KELLER:  Is that Exhibit 1319 --

11              MR. PRICE:  Yes.

12              MS. KELLER:  -- dash 00001?

13              MR. PRICE:  Yes, I hope I said "dash."

14              Do you need the copy?

15              MS. JUAREZ:  Just the number again.

16              THE COURT:  It's 139-00001 (sic).

17              MR. PRICE:  1319-00001, sorry.  1319-00001.

18              THE WITNESS:  Yes.

19   BY MR. PRICE:

20   Q    And you recognize this as being an e-mail from you to

21   Ms. Garcia, Carter Bryant and a Christine Daily?

22   A    Yes.

23   Q    Dated September 8th, 2001?

24   A    Yes.

25              MR. PRICE:  I move 1319 into evidence.

```
 1              THE COURT:  Received.

 2              (Plaintiffs' Exhibit No. 1319 is received in

 3       evidence.)

 4   BY MR. PRICE:

 5   Q    Can you tell us who Christine Daily was?

 6   A    She was someone who worked in MGA marketing.

 7   Q    And you sent her this e-mail in September of 2001,

 8   "Don't Bratz need their own house and hotel and clubs to

 9   manage out in?  Look at what are the three top sellers for

10   Barbie.  Also, they, for sure, need four handsome

11   boyfriends.  I'd like to see those for fall 2002.  Please

12   add them to top line.  I believe both boys and girls will

13   play with them"; do you see that?

14   A    Yes.

15   Q    And you had an attachment to this from Amazon.com

16   "Brands Barbie," right?

17   A    Yes.

18   Q    And if we look at the attached page, do you see it

19   says, "Barbie top sellers updated daily"?

20   A    Yes.

21   Q    And the second from the top is "Barbie Grand Hotel,"

22   right?

23   A    Yes.

24   Q    And there's "Barbie Dream House Number 4," correct?

25   A    Yes.
```

1   Q    And you -- you include some other pages about Barbie

2   doll houses and Harley Barbie, as in Harley Davidson or --

3   do you see that?

4   A    Yes.

5   Q    And -- and even in October of 2000, when you were

6   thinking -- I'm asking you to think back, now.  Even in

7   October of 2000, when you were --

8   A    Wait.  This -- I'm confused.  This is -- this is

9   September 2001.

10  Q    I know.  September 2001.  So I'm going back to October

11  of 2000, when --

12  A    Are we still talking about this document?

13  Q    No.  We are talking about a related topic.

14  A    Oh, okay.  I'm sorry.

15  Q    Even in October of 2000, when you were thinking about

16  the line extension, you know, one of the first things that

17  occurred to you was, "Well, the fashion dolls I've seen in

18  the marketplace have houses and places you can put the

19  fashion doll in," right?

20  A    It's possible that I thought about that, yes.

21  Q    And part of this competitive marketplace is that you

22  would try to go after themes which were similar to your

23  competitors?

24  A    No.

25  Q    Well, and by "similar," I mean the same concept,

1   camping or -- or convertibles or sports or things like that.

2   A    I don't understand your question.

3   Q    Okay.  Let me see if I clarify it by showing you

4   Exhibit 7903.

5        And do you see 7903 as being a weekly status report for

6   May 2nd, 2003?

7   A    That's what it says.

8   Q    And this is from MGA's files, correct?

9   A    Yes.

10  Q    And this is a -- a status report concerning the Bratz

11  product line, correct?

12  A    I have no idea.  I got to read it.

13  Q    Sure.  Look it over.

14       Mr. Larian, have you looked at this enough --

15  A    No, I haven't, sir.

16  Q    Does this appear to be from --

17  A    No.  There's two pages I need to read if you're going

18  to ask me questions.  I don't remember this document.

19  Q    Right.  Now I'm asking you the question of whether or

20  not this appears to be from MGA's files, a weekly status

21  report dated May 2003 that discusses Bratz.

22  A    It looks like it's from MGA files.  It says "weekly

23  status report."  That's all I can tell you.  I can't read it

24  the way you can.

25            MR. PRICE:  Your Honor.  I move Exhibit 7903 into

1    evidence.

2              THE COURT:  Received.

3              *(Plaintiffs' Exhibit No. 7903 is received in*

4       *evidence.)*

5    BY MR. PRICE:

6    Q    They were weekly status reports about Bratz?

7    A    I don't recall having weekly status reports about

8    Bratz.

9    Q    Okay.  If you'd look at -- near the bottom of that page

10   where it says, "We need to go after Barbie."  "We need to go

11   after Barbie, same themes as Barbie, including the new" --

12   "including Barbie Happy Family Midge," and then it has

13   bullet point "Garden Fairies," bullet point "Enchanted

14   Forest," bullet point "Lil She Creatures"; do you see that?

15   A    I do.

16   Q    Was it Ms. Garcia who did the weekly status reports for

17   Bratz?

18   A    I don't know who did this.  I have no idea who did

19   this.  I have never seen this before.

20   Q    Now, this is May 2003.

21        In June 2003, do you recall MGA considering doing toy

22   electronics, knocking off the top-selling Barbie items, the

23   ASQ line?

24   A    I don't recall that.

25   Q    It was a while ago, so let's look at 22059.

1    A    Yes.

2    Q    And you recognize this as an e-mail exchange between

3    you and Ms. Valencia?

4    A    Yes.

5              MR. PRICE:  I move 22059 into evidence?

6              THE COURT:  What's the date of that, Counsel?

7              MR. PRICE:  That is June 3, 2003.

8              THE COURT:  Received.

9              *(Plaintiffs' Exhibit No. 22059 is received in*

10       *evidence.)*

11   BY MR. PRICE:

12   Q    Okay.  And if we can look, Mr. Larian, at the first

13   e-mail on the chain from Ms. Valencia, the second one on the

14   page, sent June 2nd, 2003, "Subject:  Barbie."  She writes,

15   "Okay, don't take this too literally, but if we really want

16   to hurt Barbie business," paren, "(which is truly targeted

17   to 3 to 6 year olds)...we could do toy electronics...

18   knocking off all top-selling Barbie items dash 8SKU line";

19   do you see that?

20   A    Yes.

21   Q    What is the 8SKU line?

22   A    I have no idea.  Eight different SKUs, I guess.

23   Q    At the time she wrote this on June 2nd, 2003, did you

24   have an understanding of what the 8SKU line was?

25   A    I know what SKU stands for, it's "stock keeping unit."

1   I don't know what 8SKU means, but SKU stands for "stock

2   keeping unit."

3   Q    And if you look down, you'll see under "toys," there

4   are these -- these all capital categories, and you see

5   "electronics, bunk Barbie/kid designs"?

6   A    Yes.

7   Q    And it talks about walkie-talkies and boom boxes and

8   portable karaoke, laptops, AM/FM alarm clocks; do you see

9   that?

10   A    Yes.

11   Q    And one thing she put in this, so we put your response

12   in context, look at the last page, it says -- do you see the

13   two asterisks, "I don't know why Mattel hasn't taken Poly

14   Pocket into these licensed areas.  I haven't seen anything,

15   have you"; do you see that?

16   A    Yes.

17   Q    And if we look at your response, June 3, 2003, at the

18   top it says, "Poly is stupid"; do you see that?

19   A    Yes.

20   Q    I want to make sure we have that in context, you are

21   talking about Poly Pockets?

22   A    Yes.

23   Q    "I have the same Bratz concern" -- I'm sorry.  "These

24   are great ideas.  I have the same Spring Bratz concern.

25   Let's sketch them out and do a focus group and find out";

1    Do you see that?

2    A    Yes.

3    Q    And by the way, for that weekly status report that we

4    were talking about, Exhibit 7903 --

5    A    I don't have that in front of me.

6    Q    Let me put it up on the screen.  I just want to ask

7    you, there is a part, not quite a third of the way down,

8    which says, "Please also note that I'll be pulling back out

9    the original concepts that Carter first submitted with hair

10   play," quote "'wig feature'"; do you see that?

11   A    Yes.

12   Q    And underneath that it says, "When are you going to do

13   this?  I know you are very busy, but we don't have time.

14   October is showtime.  Please give me a time line, Isaac"; do

15   you see that?

16   A    Yes.

17   Q    So does that refresh your recollection that you

18   actually would read these weekly status reports and put in

19   your comments?

20   A    I don't remember.  No, I don't recall it.  I don't

21   recall this document.

22   Q    Do you have any reason to think that's not your comment

23   on the document?

24   A    No.

25   Q    Now, with respect to the electronics, we're looking at

1   June 3, 2003, again looking at the market, you saw that

2   Mattel was giving away a free cell phone with a certain

3   number of minutes on it when it purchased dolls; do you

4   recall that?

5   A    I don't remember that, no.

6   Q    Okay.  Let's look at 22237.

7        Sorry, I didn't mean to --

8        Do you see that's a June 20, 2003, communication

9   between you and Mel Woods?

10  A    Yes.

11  Q    And who is Mel Woods?

12  A    He's president of MGA.

13          MR. PRICE:  Move 22237 into evidence.

14          THE COURT:  Received.

15          (Plaintiffs' Exhibit No. 22237 is received in

16      evidence.)

17  BY MR. PRICE:

18  Q    And you see it says, "I wonder how is Mattel doing it,"

19  paren, "(giving away a free cell with 300 minutes with the

20  purchase of four dolls)", closed paren.  "Can you please

21  call T-Mobile, AT&T, et cetera, and find out.  We should do

22  the same.  Also ask Brian Goldner."  And who is Mr. Goldner?

23  A    He is a CEO and chairman of the board of Hasbro.

24  Q    At this time, was Hasbro your distributor in Mexico?

25  A    I don't remember, but Brian Goldner is a friend of

CV 04-9049-DOC - 02/18/2011 - Day 20, Vol. 2 of 3

74

1   mine.

2   Q    Now, yesterday we saw -- one of the themes was Twiins;

3   do you remember that?

4   A    Yes.

5   Q    Okay.  And if you'd look at 8953 dated January 29,

6   2004, e-mail between you and Ms. Garcia.

7   A    Yes.

8   Q    And do you see an e-mail concerning the concept of

9   Twiins?

10  A    Yes.

11          MR. PRICE:  I move 8953 into evidence, your Honor.

12          THE COURT:  Received.

13          *(Plaintiffs' Exhibit No. 8953 is received in*

14      *evidence.)*

15  BY MR. PRICE:

16  Q    And by the way, this sort of efficient research, there

17  is nothing wrong with that, right?

18  A    I don't understand your question.

19  Q    Well, looking at what the competitor is doing, trying

20  to compete with them with certain themes, doing variations

21  of themes, that sort of thing, there is nothing wrong with

22  that, correct?

23  A    As long as it's in the public market, no, it's not.

24  Q    And so if you'd look at 8953 at the -- at the bottom

25  e-mail, it's from Ms. Garcia to you and others; do you see

1   that?

2   A    Yes.

3   Q    And it's dated January 28, and it says, "Subject:

4   Twiins direction"; do you see that?

5   A    Yes.

6   Q    "Isaac, I wanted the chance to speak to on the above.

7   This is the Twiins logo.  It represents exactly where the

8   concept came from, good sister and sort of trouble marker

9   sister.  It's powerful.  It has been proven an all-pass

10  Twiins concepts, such as Show Sister Sister and Mary-Kate

11  and Ashley"; do you see that?

12  A    Yes.

13  Q    And I'm just reading the words.  Some people type

14  better than others.

15       Mary-Kate and Ashley, those were dolls that Mattel was

16  doing, correct?

17  A    Mary-Kate and Ashley, the way I remember them, are the

18  two sisters, and I didn't know if one was good or one was

19  bad.  I haven't seen them.

20  Q    But you knew that -- it's Mary-Kate and Ashley Olsen?

21  A    Yes.

22  Q    But you knew that Mattel was making those dolls with

23  those two sisters?

24  A    I believe, at one time, Mattel made dolls based on

25  that, on those Mary-Kate and Ashley.

1   Q    And it goes on to say, "This is also how we designed

2   our dolls.  One is dressed in pink and the other in red;

3   it's hot.  But what we are doing, as we speak, is revising

4   the hairstyle so that they are the same color so that

5   inherently, they look like exact twins, only one will have

6   straight hair and one will have curly hair.  This will make

7   them look more like the Olsen twins."

8        And then she says, "Please let us go with this logo,

9   and the good girl/troublemaker girl, and as soon as I have

10  dolls with new hairstyles, I will let you know"; do you see

11  that?

12  A    Yes.

13  Q    And your response is that you were on a Blackberry and

14  couldn't open it, the attachment, and "I trust your

15  judgment"?

16  A    Yes.

17  Q    By 2004 --

18           MR. PRICE:  We can take that down, Ken.

19  BY MR. PRICE:

20  Q    -- compared to 2000, your company has been transformed?

21  A    What do you mean by that?

22  Q    Well, in 2000, before Mr. Bryant came to you with these

23  designs, you were about a 50-person company and you lost,

24  you know, $6 million that year because of -- because of

25  these defective returns.

1    A    Yes.

2    Q    And by 2004, how big of a company were you then, say,

3    how many employees?

4    A    I don't remember, hundreds.

5    Q    And your sales in 2004, just from -- just from Bratz

6    and accessories and, you know, the brand, do you have an

7    idea of what that was in 2004?

8    A    A couple hundred million dollars.  I don't remember

9    exactly.

10   Q    So that's what I mean.  Your company was kind of

11   transformed from -- from the company it was, you know, as of

12   September 2000 compared to the beginning of 2004?

13   A    Yes.

14   Q    As you -- as you got bigger and as -- as -- as Bratz

15   became bigger, you had, each year, come up with more themes,

16   right?

17   A    Yes.

18   Q    I mean, we saw that in what Ms. Keller was showing you

19   yesterday, that the number of themes, just the samples you

20   showed, tend to get bigger as the years went along, correct?

21   A    Yes.

22   Q    And if you'd look at Exhibit 7900 --

23   A    Yes.

24   Q    And you recognize this as an e-mail between you and

25   Ms. Garcia in February of 2004 about a Barbie -- I'm sorry,

```
 1    about a -- a potential MGA theme?

 2    A    Subject is "Amazon.com, toys and games, Happy Birthday

 3    Barbie Doll Tiara."

 4    Q    And that's the subject on the attachment, correct?

 5    A    I'm sorry?

 6    Q    Let's take the mystery out.

 7         I'll move 7900 into evidence.

 8              THE COURT:  Received.

 9              (Plaintiffs' Exhibit No. 7900 is received in

10         evidence.)

11    BY MR. PRICE:

12    Q    So we can show the jury what you are talking about

13    here.

14         It's from you to Ms. Garcia and a Maggie Bermudas,

15    February 22nd, 2004, and you see the subject is "Amazon.com

16    toys and games, Happy Birthday Barbie Doll with Tiara"; do

17    you see that?

18    A    Yes.

19    Q    And that's what the attachment is?

20    A    Yes.

21    Q    And your e-mail to Ms. Garcia is "Best-selling Barbie,

22    let's make a 4EBF version for fall."

23    A    Yes.

24    Q    And EBF is --

25    A    Forever best friends.
```

1   Q    And if you look at the second page, do you see it has a

2   Happy Birthday Barbie Doll with Tiara?

3   A    Yes.

4   Q    And MGA did birthday-themed Bratz dolls, correct?

5   A    Yes.

6   Q    And I think you told the jury it's so someone can, you

7   know, for their child's birthday could buy a birthday

8   Bratz?

9   A    Yes.

10  Q    And included with this Happy Birthday Barbie Doll

11  Tiara, you've included some of the reviews on Amazon.com?

12  A    Yes.

13              (Attorney discussion held off the record.)

14  BY MR. PRICE:

15  Q    So Mr. Larian, before we venture too far into 2004, I'd

16  like you to look at the exhibit you were asked questions

17  about by Ms. Keller.  I believe it's a letter from Mr. Rose

18  to Mr. Bryant.

19  A    Yes.

20  Q    It's 11898.

21       If you'd look at this exhibit, you'll see that the

22  production stamp here says "Bryant Two"; do you see that?

23  A    Yes.

24  Q    So does that indicates to you that it came from

25  Bryant's files?

1   A    Yes.

2   Q    So you were asked conversations -- I mean, questions

3   by Ms. Keller yesterday about the second page of this

4   document.

5   A    Yes.

6   Q    And do you recall her asking if you had any idea why

7   Mr. Rose, your attorney, included this page in the packet?

8   A    Yes.

9   Q    This document didn't come from Mr. Rose's files, did

10  it?

11  A    I don't know.

12  Q    And you see it says "Bryant" at the bottom,

13  B-r-y-a-n-t?

14  A    All the pages say "Bryant," including Page Number 003,

15  004, 005, 006.  They all say "Bryant," and they are all part

16  of the same attachment.  It's two-sheets drawing.  They all

17  seem to be part of -- attached to -- they are all in

18  sequence.  They are all part of -- seems to be, to me,

19  anyways, part of Alan Rose's letter to Carter Bryant.

20  Q    It's your understanding that this was produced by

21  Mr. Bryant, correct?

22  A    Everything in this exhibit was produced by Carter

23  Bryant.

24  Q    All right.  Now, when you were testifying about page

25  2 --

1    A    Yes.

2    Q    -- were you, in any way, trying to imply that Mr. Rose

3    was senile?

4    A    No, Mr. Price.  Mr. Rose was one of the kindest and

5    nicest lawyers and a friend that I have encountered in my

6    whole life, and I would not disparage him in any way.  He

7    was like a father to me --

8    Q    So --

9    A    -- and I take that as an insult.

10   Q    I'm sorry?

11   A    I take it as an insult, that you called him senile.

12   Q    I didn't mean to, so I apologize if you thought I did.

13        Let's make it clear, then, that in August of 2003, you

14   thought that Mr. Rose was a good lawyer?

15   A    He was a fantastic lawyer.

16   Q    And he was a good friend?

17   A    He was like a father to me.

18   Q    And you would be insulted if anyone suggested that he

19   was -- that he was senile or that he wasn't a fantastic

20   lawyer at the time?

21   A    Yes, and you just called him senile.

22   Q    Well, we'll let folks be able to determine that's what

23   I called him.

24        Well, in my examination of you, did I ask you how old

25   he was in the examination before Ms. Keller asked questions?

```
1    A     I don't remember who asked.  It doesn't matter how old

2    he was.  He was a fantastic person, and he was a great

3    lawyer.

4    Q     Who asked you how old he was?

5    A     I -- I don't remember.  You or Ms. Keller, whoever

6    asked.  He's deceased.  Let him be.

7                (Live reporter switch with Denise Paddock.)

8                              -oOo-

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              -oOo-

2                          **CERTIFICATE**

3

4          I hereby certify that pursuant to Section 753,

5     Title 28, United States Code, the foregoing is a true and

6     correct transcript of the stenographically reported

7     proceedings held in the above-entitled matter and that the

8     transcript page format is in conformance with the

9     regulations of the Judicial Conference of the United States.

10

11    Date:  February 19, 2011

12

13

14     _____

15     JANE C.S. RULE, U.S. COURT REPORTER
       CSR NO. 9316

16

17

18

19

20

21

22

23

24

25