ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA'S MOTION IN LIMINE NO. 47 TO EXCLUDE MONSTER HIGH EXHIBITS OR TESTIMONY OFFERED BY MATTEL**<br><br>Trial Date: January 11, 2011 |

1  On February 22, 2011, Mattel served on MGA its binder of exhibits for use in connection with Robert Eckert.  The binder includes thirty-three exhibits that appear to be Mattel Monster High dolls:  TX 24036-57, 24065-75.  These dolls were never produced by Mattel in discovery.  The Court previously precluded MGA from conducting any discovery regarding Monster High expressly on the ground that Monster High is irrelevant to this case.  Dkt. #7708.

MGA has no idea what relevance Mattel may claim of these exhibits, but having previously succeeded in its position that Monster High is irrelevant and having precluded discovery on that basis, judicial estoppel dictates that Mattel may not now seek to admit evidence of these dolls or testimony concerning them.  Additionally, Rules 26 and 37 require exclusion of materials upon which Mattel intends to rely that were never produced in discovery.

Accordingly, MGA hereby moves to exclude the foregoing exhibits and any testimony or other evidence regarding Monster High, whether offered through Robert Eckert or otherwise.

Dated:    February 22, 2011          Respectfully submitted,

ANNETTE L. HURST
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:    */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for MGA Parties