UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                              Date    February 19, 2011

Title    MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable    David O. Carter, U.S. District Judge

|  Kathy Peterson  |  Sharon Seffens  |  N/A  |
|---|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |  Tape No.  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn, Michael Zeller, William Price | Thomas McConville, Jennifer Keller, Annette Hurst |
|  | Mark Overland, Alexander Cote |

Proceedings:    STATUS CONFERENCE

A status conference re: jury instructions is held.

                                                                                      :    00
                                                                                  7

                                              Initials of Preparer    kp