## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  CV 04-9049 DOC (RNBx)                                   Date    February 21, 2011

Title    MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson | Maria Dellaneve | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Quinn, Michael Zeller, William Price | Thomas McConville, Jennifer Keller, Annette Hurst |
| | Mark Overland, Alexander Cote |

Proceedings:    STATUS CONFERENCE

A status conference re: jury instructions is held.

                                                                              :    30
                                                                         5

                                              Initials of Preparer    kp