1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA 94105
5   Telephone:   415-773-5700
    Facsimile:   415-773-5759
6
    WILLIAM A. MOLINSKI (State Bar No. 145186)
7   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
8   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
9   Telephone:   213-629-2020
    Facsimile:   213-612-2499
10
    THOMAS S. MCCONVILLE (State Bar No. 155905)
11  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  4 Park Plaza, Suite 1600
    Irvine, CA 92614-2258
13  Tel: (949) 567-6700/Fax: (949) 567-6710

14  Attorneys for MGA Parties

15                 UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17                     SOUTHERN DIVISION

18  CARTER BRYANT, an individual          Case No. CV 04-9049 DOC (RNBx)
                                          Consolidated with Case No. CV 04-9059
19              Plaintiff,                and Case No. CV 05-2727

20         v.                             **DECLARATION OF DIANA M.
                                          RUTOWSKI IN SUPPORT OF MGA
21  MATTEL, INC., a Delaware              PARTIES' REPLY IN FURTHER
    corporation,                          SUPPORT OF THEIR MOTION FOR
22                                        RECONSIDERATION ON THE
                Defendant.                COURT'S SUMMARY JUDGMENT
23                                        RULING REGARDING COPYRIGHT
                                          PREEMPTION OF THE BRATZ
24                                        DRAWINGS AND SCULPTS TRADE
    AND CONSOLIDATED ACTIONS              SECRETS, OR IN THE
25                                        ALTERNATIVE, FOR
                                          CERTIFICATION OF THE
26                                        PREEMPTION RULING FOR
                                          INTERLOCUTORY APPEAL**
27
                                          Trial Date: January 18, 2011
28

1           I, Diana M. Rutowski, declare as follows:

2       1.     I am a member of the Bar of the State of California and admitted to

3 practice before this Court, and an attorney with the law firm of Orrick, Herrington

4 & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"),

5 MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V.

6 ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties").  I make

7 this declaration in support of MGA Parties' Reply In Further Support Of Their

8 Motion For Reconsideration On The Court's Summary Judgment Ruling Regarding

9 Copyright Preemption Of The Bratz Drawings And Sculpts Trade Secrets, Or In

10 The Alternative, For Certification Of The Preemption Ruling For Interlocutory

11 Appeal.  I have personal knowledge of the facts set forth in this declaration.  If

12 called as a witness, I could and would testify competently to such facts under oath.

13       2.     Attached hereto as **Exhibit A** is a true and correct copy of TX 432,

14 received into evidence at trial on January 19, 2011.

15       3.     Attached hereto as **Exhibit B** is a true and correct copy of TX 433,

16 received into evidence at trial on January 19, 2011.

17       4.     Attached hereto as **Exhibit C** is a true and correct copy of a picture of

18 the tangible item marked as TX 17383 (2000 Diva Starz Alexa doll).

19       5.     Attached hereto as **Exhibit D** is a true and correct copy of a picture of

20 the tangible item marked as TX 17384 (2000 Diva Starz Tia doll), received into

21 evidence at trial on January 19, 2011.

22       6.     Attached hereto as **Exhibit E** is a true and correct copy of a picture of

23 the tangible item marked as TX 35313 (2000 Diva Starz Summer doll).

24       7.     Attached hereto as **Exhibit F** is a true and correct copy of a picture of

25 the tangible item marked as TX 34312 (2000 Diva Starz Nikki doll).

26       8.     Attached hereto as **Exhibit G** is a true and correct copy of a picture of

27 the tangible item marked TX 17753 ("This Is Blythe" book), received into evidence

28 at trial on January 19, 2011.

DECL.OF DIANA M. RUTOWSKI ISO MGA'S REPLY ISO THEIR
MTN FOR RECONSIDERATION ON THE COURT'S SJ RULING
CV-04-9049 DOC (RNBx)

1    9.    Attached hereto as **Exhibit H** is a true and correct copy of a picture of

2    the tangible item marked TX 17758 ("Meet Sailor Moon" book), received into

3    evidence at trial on January 19, 2011.

4    10.    Attached hereto as **Exhibit I** is a true and correct copy of picture of the

5    tangible item marked TX 17769 (Power Puff Girls DVD), received into evidence at

6    trial on January 19, 2011.

7    11.    Attached hereto as **Exhibit J** is a true and correct copy of a picture of

8    the tangible item marked TX 23852 (Clueless Cher doll), received into evidence at

9    trial on February 3, 2011.

10    12.    Attached hereto as **Exhibit K** is a true and correct copy of a picture of

11    the tangible item marked TX 24031 (Hot Looks Mimi doll), received into evidence

12    at trial on February 18, 2011.

13    13.    Attached hereto as **Exhibit L** is a true and correct copy of TX 34668

14    (image of Power Puff Girls).

15    14.    Attached hereto as **Exhibit M** is a true and correct copy of excerpts of

16    TX 35308 (1987 Mattel Catalog, Bates number M 0034949, at M 0034949-50, M

17    0034984-91).

18    15.    Attached hereto as **Exhibit N** is a true and correct copy of excerpts of

19    TX 35307 (1997 Mattel Catalog, Bates number M 0017845, at M 0017845-47, M

20    0017872-75).

21    16.    Attached hereto as **Exhibit O** is a true and correct copy of excerpts of

22    TX 35310 (1999 Mattel Catalog, Bates number M 0018298, at M 0018298-300, M

23    0018315-16).

24    17.    Attached hereto as **Exhibit P** is a true and correct copy of excerpts of

25    TX 35302 (2000 Mattel Catalog, Bates number M 0044269, at M 044269-71, M

26    0044358-59.

27    ///

28    ///

REPLY IN SUPPORT OF MTN. FOR RECONSIDERATION OF
ORDER NO. 42
CV-04-9049 SGL (RNBx)

1    I declare under penalty of perjury that the foregoing is true and correct

2  and that this Declaration was hereby executed on February 23, 2011 at Irvine,

3  California.

4

5              */s/ Diana M. Rutowski*
                Diana M. Rutowski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                              REPLY IN SUPPORT OF MTN. FOR RECONSIDERATION OF
                                                       ORDER NO. 42
                                                   CV-04-9049 SGL (RNBx)