# EXHIBIT A

Pratte
EXHIBIT NO. 432
6/1/07
Wendy S. Schreiber