# EXHIBIT B



TRIAL EXHIBIT 00433-001
TX 00433-00001
Exhibit B, Page 5