# EXHIBIT C



Exhibit C, Page 6

TRIAL EXHIBIT 17383-001