# EXHIBIT E



TX 35313-00001
Exhibit E, Page 8