# EXHIBIT F



Exhibit F, Page 9
TX 35312-00001