# EXHIBIT G



*this is* Blythe

Photographs by *GINA GARAN*

**Exhibit G, Page 10**