# EXHIBIT H



TRIAL EXHIBIT 17758-001