# EXHIBIT I

Exhibit I, Page 12

TRIAL EXHIBIT 17769-001