# EXHIBIT J



Exhibit J, Page 13

TX 23852-00001



Exhibit J, Page 14

TX 23852-00002