# EXHIBIT K

MATTEL
SUPER COOL MODELS WITH THE HOT FASHION LOOK!
Meet the Hot Looks Models! They'll show you how to use the Hot Looks™ Fashion System to help you become a fashion expert, too!
Hot Looks Models have come from all over to be fashion models at the Hot Looks Modeling Agency. It's an exciting place where the Hot Looks learn all about mixing and matching the colors that make them look their very best!
MiMi looks best in SUPER COOL colors. They highlight her light blonde hair and blue eyes!
Here are four more SUPER COOL looks to choose from. Collect them all! Each sold separately.
3830
3826
SPOTLIGHT ON MIMI, the romantic one!
NATIONALITY
French
MIMI SAYS:
"I have a passion for fashion!"
FAVORITE COLORS
SUPER COOL colors— "How romantic!"
HOBBY
Reading romance novels.
WHAT'S BEST ABOUT BEING A MODEL?
The clothes!
HER DREAM
To fall in love with Prince Charming.
CONTENTS:
Doll, jacket, sweater, skirt, tights, lace hair ribbon, shoes, earrings, bracelet, comb, and model portfolio.
DOLL STAND INSIDE! Look behind doll package insert!
3703
MiMi™ Doll
HOT LOOKS™ MODELS ARE THE COOLEST!
COLLECT THEM ALL!
Each sold separately.
3701
Stacey,™ the party girl
SUPER HOT
3702
Elkie,™ the athletic one!
SUPER COOL
3704
Chelsea,™ the adventurous one!
SUPER WARM
3899
ZiZi,™ the creative one!
SUPER HOT
DOLL AND COSTUME MADE IN CHINA. ACCESSORIES MADE IN HONG KONG.

Exhibit K, Page 16

TX 24031-00002