# EXHIBIT L



MGA2 3940179

TX 34668-00001