# EXHIBIT M

1987



Exhibit M, Page 18

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0034949
TX 35308 - 00001

SPECTRA™  3
POPPLES™  11
COLOR CLICKS™  16
MY CHILD®  20
LADY LOVELYLOCKS™ AND THE PIXIETAILS™  28
HOT LOOKS™  36
THE HEART FAMILY®  44
PRINCESS OF POWER®  52
C.U.T.I.E.™  61
BABY HEATHER™  64
BARBIE®  68
MATTEL® PRESCHOOL  102
MATTEL® GAMES  110
SWAMP RAT  117
R.C. SHOCKER™  118
SPEED TRACKER™  119
BRAVESTARR®  120
MAD SCIENTIST™  132
M.U.S.C.L.E.®  138
GUTS!™  140
MASTERS OF THE UNIVERSE®  144
SKATEBOARD GANG™  160
HOT WHEELS®  163
CAPTAIN POWER™  184

The advertising information, as shown for specific products in this catalogue, represents current planning. While the intention is to deliver such advertising, plans may change at our discretion.

We have tried to make the information in this catalogue as complete and accurate as possible. However, Mattel Toys reserves the right to make changes, without notice or obligation, in colors and materials and to change or discontinue items in our line. Thank you for your understanding and support.

©Mattel, Inc. 1987. Hawthorne, CA 90250. Printed in U.S.A. All Rights Reserved.

Exhibit M, Page 19

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0034950
TX 35308 - 00002



Exhibit M, Page 20

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0034984
TX 35308 - 00036



**HOT LOOKS™**
*New! TV Advertising!*
Meet Stacey, Mimi, Elkie, Chelsea and Zizi. They're the super cool models with that hot fashion look! They're the Hot Looks — international teenage models from the Hot Looks Modeling Agency! They're color wise! Color smart! Color perfect! They know which colors work best with their hair and eye colors. Girls everywhere will want to make friends with the Hot Looks models! For ages 5 and over.

**HOT LOOKS™ FASHIONS**
Fun, active fashions to mix and match! In a collection of warm colors! Four color window box.
3825 HOT LOOKS FASHIONS
ASST PAK 6
OPEN STOCK   STD. PAK 3

**CHELSEA**
She lives for adventure! Chelsea is a British model from London, England with strawberry blonde hair and bright green eyes! Chelsea doll comes with a complete outfit, shoes, socks, jewelry, headband and hair pic. Four color window box.
3704 CHELSEA   STD. PAK 4

Doll cannot stand alone
© Mattel, Inc. 1987

Exhibit M, Page 21

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

M 0034985
TX 35308 - 00037

3826

3828

3829

3702 MIMI Doll

Exhibit M, Page 22

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0034986
TX 35308 - 00038



3830

3703 ELKIE Doll

**HOT LOOKS™ FASHIONS**
Cool fashions for sun, for fun! In a frosty collection of icy pastels. Four color window box.
3832 HOT LOOKS FASHIONS
ASST. PAK 6
OPEN STOCK STD. PAK 3

**MIMI™**
She has a passion for fashion, loves to shop and dream of romance! Mimi is the fair-haired model from France with light blonde hair and blue eyes! Mimi doll comes with a complete outfit, shoes, tights, hair ribbon, jewelry and hairpic. Four color window box.
3702 MIMI  STD. PAK 4

**ELKIE™**
She's athletic, loves to exercise and never slows down! Elkie is a model from Sweden with dark blonde hair and lavender-blue eyes! Elkie doll comes with a complete outfit, shoes, socks, jewelry, cap, belt and hairpic. Four color window box.
3703 ELKIE  STD. PAK 4

Dolls cannot stand alone.
©Mattel, Inc. 1987.

Exhibit M, Page 23

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

M 0034987
TX 35308 - 00039



3817

3818

3820

3701 STACEY Doll

Exhibit M, Page 24

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0034988
TX 35308 - 00040



3821

3899 ZIZI Doll

**HOT LOOKS™ FASHIONS**
Fun, witty fashions that dazzle and delight by day, by night! Four color window box.
3840 HOT LOOKS FASHIONS
ASST. PAK 6
OPEN STOCK   STD. PAK 3

**STACEY™**
She's the out-going, fun-loving, all-American model from New York with dark brown eyes and brown hair! Stacey doll comes with a complete outfit, shoes, socks, jewelry, scarf and hairpic. Four color window box.
3701 STACEY   STD. PAK 4

**ZIZI™**
She's the actress and dancer of the group and she loves taking center stage! Zizi is the model from Africa with black hair and dark brown eyes! Zizi doll comes with a complete outfit, shoes, socks, beret, jewelry and hairpic. Four color window box.
3899 ZIZI   STD. PAK 4

Dolls cannot stand alone.
©Mattel, Inc 1987

Exhibit M, Page 25

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0034989
TX 35308 - 00041



Exhibit M, Page 26

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0034990
TX 35308 - 00042

43



**HOT LOOKS™
FASHION KIT**
*New! TV Advertising!*
Here's everything a Hot Looks fashion model needs in shimmery, shiny "silver" and "gold" accessories. Fashion kit includes shoes, belts and jewelry! And everything fits neatly inside the hot looking case! Doll not included. Four color window box.
3874 HOT LOOKS FASHION KIT
STD PAK 6

Exhibit M, Page 27

**CONFIDENTIAL - ATTORNEYS EYES ONLY**

M 0034991
TX 35308 - 00043