# EXHIBIT N





Exhibit N, Page 28

M 0017845
TX 35307-00001

# WHAT'S INSIDE

| | |
|---|---|
| Barbie® Dolls | 2-25 |
| Clueless™ | 26-29 |
| Barbie® Fashions | 30-39 |
| Barbie® Licensed Merchandise | 40-41 |
| Barbie® Accessories | 42-49 |
| Barbie Collectibles™ | 50-69 |
| Polly Pocket® | 70-81 |
| Cabbage Patch Kids® | 82-85 |
| Snookums™ | 86-87 |
| Hercules, Girls | 88-95 |
| 101 Dalmatians | 96-103 |
| Dancing Princess™ Collection | 104-105 |
| Beauty and the Beast | 106-107 |
| The Little Mermaid | 108-109 |
| Flubber | 110-111 |
| Tiny Collection™ | 112-117 |
| Disney Infant/Preschool | 118-125 |
| See 'n Say® | 126-133 |
| Dr. Seuss | 134-137 |
| Pooh | 138-147 |
| Hot Wheels® | 148-173 |
| Street Sharks™ | 174-175 |
| Extreme Dinosaurs™ | 176-177 |
| Mighty Ducks | 178-183 |
| Space Monkeys™ | 184-187 |
| Hercules, Boys | 188-193 |
| Nickelodeon™ | 194-205 |
| Construx® | 206-215 |
| Mattel Sports™ | 216-225 |



T'97

Exhibit N, Page 29

M 0017846
TX 35307-00002



1997 promises to be one of the best years ever for Mattel. You'll find perennial favorites like Barbie®, Polly Pocket®, Hot Wheels®, See 'n Say® and Nickelodeon™, plus successful introductions from last year such as Tiny Collection™ and Construx®. We're also introducing exciting new toys like Clueless™, Dr. Seuss™, Extreme Dinosaurs™ and Rugrats™. Disney is always strong, and this year we're featuring four great lines— The Little Mermaid, 101 Dalmatians, Flubber and Hercules, which has toys targeted specifically for both girls and boys. Completing our 1997 line is Mattel Sports™, offering great family fun for all ages and abilities.

# WELCOME

This year, as always, we've planned a comprehensive marketing support program. Throughout the catalog, you'll notice how many of our toys will be featured in television advertising. In addition, we're backing up our 1997 line with extensive print advertising, major entertainment tie-ins and in-store promotions.

After seeing our new 1997 line, we're sure that you'll be as confident as we are. With your continued support, we feel certain that we'll increase our already impressive market share, and together, we'll make 1997 a resounding success.

The advertising, as shown, for specific products in this catalog, represents current planning. While our intent is to deliver such advertising, plans may change at our discretion. We have tried to make the information in this catalog as complete and accurate as possible. However, Mattel, Inc. reserves the right to make changes, without notice or obligation, in colors and materials and to change or discontinue items in our line. Dolls may not be able to stand or be posed alone as shown in photographs. Thank you for your understanding and support.

©1997 Mattel, Inc., El Segundo, CA 90245. Printed in U.S.A. All Rights Reserved. Catalog No. 18053.





## Clueless™ Dolls

- Cher, Dionne and Amber are the coolest, most fashionable teens ever. Girls will love watching the hit TV series "Clueless," then reenacting favorite scenes, pretending their Clueless dolls are the hippest girls in Beverly Hills!
- Each character comes with a couture fashion, cellular phone and animal backpack which can also be worn as a bracelet by the little girl. The backpack unzips to reveal a girl-sized ring.

–17036 Cher: Baby blue striped mini suit, matching hat, glittery vest, pink teddy bear backpack, cellular phone, ring and marabou pen.

–17037 Dionne: Lavender mini suit, floral print top, matching hat, white puppy dog backpack, cellular phone, ring and marabou pen.

–17038 Amber: White long-sleeved crop top, pearlized pink top, pants and shiny headband, yellow bunny backpack, cellular phone, ring and pink sunglasses.

- Ages 3 and over.
- 7"W x 2 3/8"D x 12 3/4"H window box.

17036 (CHER) STD. PAK 12
UPC CODE: 74299-17036-2

17037 (DIONNE) STD. PAK 6
UPC CODE: 74299-17037-9

17038 (AMBER) STD. PAK 6
UPC CODE: 74299-17038-6

™ and © 1997 Paramount Pictures. All Rights Reserved. Mattel, Inc., Authorized User.

26



17038/17036/17037 CLUELESS™ Dolls





## Makeover Madness™ Cher

- Girls can really give "full-on" makeovers just as Cher does on the "Clueless" TV show.
- Cher comes with two hip hairpieces: red long hair and red bangs.
- Cher has an additional outfit (of course) for cool clothing "mix and match" fun and trendsetting fashion play.
- She also has nine awesome accessories for even more fashion fun: hats, bag, belt, boots and pink faux "fur" which can be used to accent ensembles as cuffs, boot tops or a scarf.
- Ages 3 and over.
- 12 1/2"W x 2 3/8"D x 12 3/4"H window box.

18030 STD. PAK 6
UPC CODE: 74299-18030-9

18030 MAKEOVER MADNESS™ Cher

™ and © 1997 Paramount Pictures. All Rights Reserved. Mattel, Inc., Authorized User.

27



## Clueless™ Fashions

- The coolest teen fashions from the hit TV series, "Clueless." Each look matches the personality of a "Clueless" character.

  –17103 Cher: Green gingham skirt and jacket, sparkly camisole.

  –17104 Cher: Purple sweater set, capri pants.

  –17105 Dionne: Blue top, printed skirt.

  –17106 Amber: Pink "fur" jacket and pink lace dress.

- Dolls not included. Cher doll cannot hold purse as shown in photo.
- Ages 3 and over.
- Window box.

A17102 ASST. PAK 6
UPC CODE: 74299-17102-4

™ and © 1997 Paramount Pictures. All Rights Reserved. Mattel, Inc., Authorized User.

28



A17102 CLUELESS™ Fashions

Exhibit N, Page 33

M 0017874
TX 35307-00030





## Clueless™ CD-ROM

- Now girls can get "clued in" with the trendiest, hippest teens around. They'll love this digital survival guide to totally Clueless living.
- Girls can interact with Cher and her "Betties" for hours of outrageous Clueless activities and fashion fun.
- Girls can mix, match and share their fashion "faves" in Cher's "chronic and snappy" closet!
- The "Screaming for a Makeover" module allows girls to make over their favorite Clueless characters by changing their facial features, hairstyles, makeup and much more.
- If they have a scanner, girls can even scan pictures of their own clothes into Cher's closet or scan in pictures of their own faces for the ultimate makeover!
- Includes "way happening" word games, furiously fun personality quizzes and creative brain teasers.
- Cher's totally hip digital cell phone lets girls navigate through the "way cool" Clueless world.
- Features hot, original music and screaming graphics.
- PC/Macintosh compatible.
- Ages 6 and over.
- Closed box.

17767 STD. PAK 6
UPC CODE: 74299-17767-5

™ and © 1997 Paramount Pictures. All Rights Reserved. Mattel, Inc., Authorized User.

17767 CLUELESS™ CD-ROM

29

M 0017875
Exhibit N, Page 34    TX 35307-00031