# EXHIBIT O



Exhibit O, Page 35

M 0018298
TX 35310-00001



# WELCOME

At Mattel, we're celebrating 1999 as not only the end of an incredible century, but as the beginning of an exciting new era. Our 1999 line reflects this look towards the future, with ingenious toys that combine popular play patterns with the latest in design and technology. Barbie® introduces Generation Girl™, a hot new line of super-cool teen dolls from around the world. Barbie® Software for Girls™ lets girls interact with Barbie and her friends in fun games and activities. We're also offering girls new ways to express their creativity by expanding our Fashion Magic® line and introducing Pooh Activities. Once again, Hot Wheels® leaves the competition behind, with the electrifying X-V Racers™ vehicles and the new Crashers™ vehicles. Matchbox® rolls towards the new millennium with amazingly realistic toys, from Mission Bravo™ military vehicles, to the powerful CAT® construction machines. Nickelodeon Rugrats™ "come to life" in a wonderfully creative line that lets kids play out scenes from the TV show as well as the new movie. Disney promises to be a winner again, with complete toy lines for Tarzan™ and Toy Story 2. Finally, Games & Puzzles rounds out our 1999 line, with entertainment for every member of the family. With innovative products like these and your continued support, 1999 will be much more than just the last year of the century. Together, we'll make it our most successful year ever!

This Catalog and CD represents our current planning and we have tried to make the information as complete and accurate as possible. However, Mattel reserves the right to make changes, without notice or obligation, in colors and materials and to change or discontinue items in our line. Dolls may not be able to stand or be posed alone, or hold objects as shown.

©1999 Mattel, Inc.,
El Segundo, CA 90245 U.S.A.
All Rights Reserved. Printed in U.S.A.

Catalog # 24466

M 0018299
TX 35310-00002



# TABLE OF

| | |
|---|---|
| Barbie® Dolls | 2-17 |
| Barbie® Fashions | 18-23 |
| Barbie® Special Collection™ | 24-25 |
| Barbie® Accessories | 26-28 |
| Barbie® Activities | 29 |
| Barbie® Software | 30-33 |
| Barbie Collectibles™ | 34-43 |
| Barbie® Licensed Product | 44-49 |
| Cabbage Patch Kids® | 50-53 |
| Bubba Characters | 54-55 |
| Smoochie Pooch™ | 55 |
| Polly Pocket!™ | 56-59 |
| Large Dolls | 60 |
| Fashion Magic® | 61-63 |
| Pooh Activities | 64-67 |
| Disney Entertainment | 68-83 |
| Nickelodeon™ | 84-93 |
| NBA | 94-95 |
| Hot Wheels® | 96-117 |
| Hot Wheels® Licensed Product | 118-123 |
| Matchbox® | 124-137 |
| CAT® | 138-139 |
| Tyco® R/C | 140-147 |
| Disney Infant/Preschool | 148-150 |
| See 'n Say® | 151 |
| Bear in the Big Blue House™ | 152-153 |
| Pooh | 154-157 |
| Mattel Games & Puzzles | 158-172 |
| Legal Information | 173-177 |
| License Agreement | 178 |
| CD How to Use | 179 |
| Index | 180-183 |







# CONTENTS

**Exhibit O, Page 37**

M 0018300
TX 35310-00003



michelle

barbie

ana

16

Exhibit O, Page 38

M 0018315
TX 35310-00018



# Barbie

## Generation Girl™

A hot new line of ultra cool teen dolls from around the world, including Barbie® doll and five hip new friends. Together, they're the coolest teens in high school! Generation Girl friends have unique personalities and interests. Barbie wants to be an actress, Nichelle® doll, a model, Chelsie® doll, a singer and song writer, Lara™ doll, an artist, Tori™ doll, an extreme sports buff, and Ana™ doll, a competitive athlete. Each friend has two trendy fashions, realistic accessories and a unique charm that develops her personality and distinct play pattern. Each doll comes with a cool Generation Girl Magazine that describes each friends personality and how the six friends met.
•Window box.
•Ages 6 and over.
•TV
**19428 (BARBIE) STD. PAK 6**
**20966 (NICHELLE) STD. PAK 6**
**20967 (CHELSIE) STD. PAK 6**
**20968 (LARA) STD. PAK 6**
**20969 (TORI) STD. PAK 6**
**20972 (ANA) STD. PAK 6**
**A24454 ASST. PAK. 12**

*See page 31 for "Gotta Groove"* CD-Rom, featuring the Generation Girls!

chelsie

lara

tori

*Name subject to change

17

M 0018316
TX 35310-00019

Exhibit O, Page 39