# EXHIBIT P





# To The Year 2000 and Beyond...

We're celebrating the year 2000 with the strongest, most innovative lineup in Mattel's history. As you look through this catalog, you'll notice a trend towards more interactive toys that take classic, proven play patterns to new heights. Our 2000 line emphasizes sophisticated electronic toys and games that do more than ever and activities that allow children to express themselves in new ways.

Barbie® is cooler than ever, with celebrity dolls like Mary-Kate and Ashley and Brandy. Generation Girl™ is even more popular, with several hip new friends joining the group. There are Barbie dolls specifically designed to celebrate the year 2000-- Barbie® 2000 and Sydney 2000™ Olympic Pin Collector. CPK® and Polly Pocket are still going strong, and Barbie Studio™ continues to let girls develop their creativity.

For boys, Max Steel™ leaps onto the scene with high-tech weapons and cool transforming accessories. Hot Wheels™ leads the way into the year 2000 with new Crashers™2 and X-V Racers®, an expanded line of Hot Wheels Collectibles® and new Ferrari licensing. Matchbox® takes charge with Mega-Rig® and Mission Bravo™®. And Tyco R/C leaves the competition behind with amazing speed and stunts.

Nickelodeon® is hotter than ever, with Rugrats™ and The Wild Thornberrys™. Disney continues to create winners with Dinosaurs, and Toy Story 2. Finally, Games and Puzzles completes our 2000 line with everything from electronic hand-held games to family games to puzzles for every taste-- even a new virtual puzzle.

With a product line this exciting and your continued support, we look forward to great success in the year 2000 and beyond.

Mattel reserves the right to make changes without notice or obligation, in colors and materials and to change or discontinue items in our line. All such information in this catalog is incorporated on the accompanying CD.

Some products may not be able to stand or be posed alone, or hold objects as shown.

©2000 Mattel, Inc., El Segundo, CA 90245
Printed in the U.S.A. All Rights Reserved.
Catalog No. 28225

# Table of Contents

| | |
|---|---|
| Barbie® Dolls | 2-27 |
| Barbie® Fashions | 28-41 |
| Barbie® Accessories | 42-55 |
| Barbie®, Disney, Celebrity Collectibles™ | 56-71 |
| Barbie® Licensed Products | 72-79 |
| Barbie Studio™ | 80-83 |
| Barbie® Electronics | 84-87 |
| Diva Starz™ | 88-89 |
| Polly Pocket!™ | 90-97 |
| Cabbage Patch Kids® | 98-102 |
| Large Dolls/Plush | 103 |
| Bubba | 104-105 |
| Pooh Friendly Places | 106-109 |
| Disney Magical Miniatures™ | 110-113 |
| Disney Classics | 114-115 |
| Toy Story 2 | 116-123 |
| Dinosaur | 124-131 |
| Nickelodeon® | 132-145 |
| Games | 146-167 |
| Puzzles | 168-175 |
| NBA | 176-181 |
| Max Steel™ | 182-189 |
| Hot Wheels® | 190-231 |
| Hot Wheels™ Licensed Products | 232-237 |
| Matchbox® | 238-257 |
| Tyco® R/C | 258-263 |
| Legal Lines | 264-271 |
| Licence Agreement | 272 |
| CD-Rom How to use | 273 |
| Index | 274 |

cool!

awesome!

fun!

Exhibit P, Page 42

M 0044271
TX 35302-00003



Exhibit P, Page 43

M 0044358
TX 35302-00090

# STARZ™



Summer*



Tia*

### Diva Starz™

Check out the Diva Starz™ figures, Alexa*, Paige*, Summer*, and Tia*, the only interactive cool talkin' teens that really "know" what's up; they are fascinating, fun, and fashionable. The Diva Starz™ figures are four teen friends, each with their own personality, ultra trendy look and cool attitude.

- **Intelligence:** The Diva Starz™ figures are "smart"; they talk (9 minutes of speech) and have life-like conversations with you and with each other. Diva Starz™ "know" when you speak to them and they respond to you and each other.
- **Cool look, Personality and Attitude:** Diva Starz figures have an ultra trendy look and distinctive personalities:
- Glam Girl*, **Alexa***, is into fashion and loves pretty things. She comes with a cat and a teddy bear.
- Earthy Girl*, **Summer***, loves animals and cares about the environment. She comes with a bunny and a pretend CD player.
- Sporty Girl*, **Paige***, loves the outdoors and is fun to be around. She comes with a dog and a skateboard.
- Urban Girl*, **Tia***, is into computers and loves to surf the net. She comes with a dog and a pretend laptop.
- **Fashion Play:** You can dress the Diva Starz figures in their trendy fashions and they "know" what you put on them (6 interactive fashions).
- **Hair Play:** You can style the Diva Starz figures hair and they respond to your touch (e.g. "ouch!").
- **Accessory Play:** The Diva Starz figures react and respond to their accessories, prompting you to play and chat with them.
- The Diva Starz figures really "come to life" with realistic head and eye movements and "emotions".
- Each Diva Starz figure comes with six pieces of clothing, five accessories, two hair clips and a brush.
- Batteries not included.
- Window box.
- Ages 6 and over.
- TV

*Names subject to change.

27493 Diva Starz™(PAIGE*) STD. PAK 4
27494 Diva Starz™(ALEXA*) STD. PAK 4
27495 Diva Starz™(TIA*) STD. PAK 4
27496 Diva Starz™(SUMMER*) STD. PAK 4
27492 ASST. PAK 4                                89



Exhibit P, Page 44

M 0044359
TX 35302-00091