ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA'S MOTION IN LIMINE NO. 48 TO EXCLUDE AGINSKY HEARSAY EXHIBITS**<br><br>Trial Date:   January 18, 2011 |

1  Mattel's expert Dr. Aginsky seeks to testify regarding the existence,
2  availability and timing of availability, of a pen sold in Asia containing (1) water-
3  based gel ink, (2) of a black color, (3) with a menthol ingredient.  He does not
4  possess such a pen, did not purchase it from the market, and does not have firsthand
5  knowledge of its availability.  Rather, he intends to rely solely on emails exchanged
6  in 2010 with customer service representatives of these foreign companies, in
7  foreign languages.  TX 23521, 23522, 23523
8  Testimony of the expert as to proof of facts under these circumstances is
9  based purely on hearsay and violates the second sentence of Rule 703.  *Turner v.*
10 *Burlington Northern*, 338 F.3d 1058 (9th Cir. 2003).  MGA moves to exclude these
11 exhibits and any testimony regarding the existence, availability or timing of
12 availability of such a pen in Asia based upon this hearsay correspondence.

Dated:   February 24, 2011          Respectfully submitted,

ANNETTE L. HURST
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____*/s/ Annette L. Hurst*_____
ANNETTE L. HURST
Attorneys for MGA Parties