QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S REQUEST FOR JUDICIAL NOTICE REGARDING CASE PROCEDURAL HISTORY |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201 and common law, Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") request that the Court take judicial notice of the following events and documents filed in this case:

1. On April 27, 2004, Mattel filed a Complaint against Carter Bryant in the Superior Court of Los Angeles County, Case No. BC314398, marked as Trial Exhibit 22952 and attached as Exhibit A.

2. After Bryant removed the action to the Central District of California, Case No. 04-9059, Carter Bryant's deposition was taken for the first time on November 4, 2004. The official reporter's cover page of that deposition is marked as Trial Exhibit 24126 and attached as Exhibit B.

3. MGA Entertainment, Inc. intervened in the Mattel v. Bryant action, Case No. 04-9059, on December 8, 2004. The stipulation and order permitting MGA's intervention and MGA's Answer In Intervention, dated December 8, 2004, are marked as Trial Exhibits 22883 and 22953, respectively and attached as Exhibit C.

4. On April 13, 2005, MGA Entertainment, Inc. filed a Complaint against Mattel, Inc. in the Central District of California, Case No. 05-02727, marked as Trial Exhibit 04521 and attached as Exhibit D.

5. On May 20, 2005, the Court issued an Order staying the action pending interlocutory appeal, marked as Trial Exhibit 24078 and attached as Exhibit E.

6. On May 16, 2006, the Court issued an order vacating the stay, marked as Trial Exhibit 24124 and attached as Exhibit F.

7. On November 20, 2006, Mattel's First Amended Complaint was lodged with the Court (marked as Trial Exhibit 22957 and attached as Exhibit G), bringing claims against MGA Entertainment, Inc., Isaac Larian, Carter Bryant,

1  MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Gustavo
2  Machado.
3        This request is made pursuant to Federal Rule of Evidence 201, on the
4  grounds that the Court may take judicial notice of any document "capable of
5  accurate and ready determination by resort to sources whose accuracy cannot
6  reasonably be questioned." Under Rule 201, courts may take judicial notice of
7  matters of public record, including court records. See Lee v. Los Angeles, 250 F.3d
8  668, 689 (9th Cir. 2001); Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741,
9  746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other
10 matters of public record."). When supplied with the necessary information to
11 demonstrate accuracy, judicial notice is mandatory. Fed. R. Evid. 201(d).
12
13 DATED: February 23, 2011     QUINN EMANUEL URQUHART & SULLIVAN, LLP
14
15                                     By  /s/ Michael T. Zeller
16                                         Michael T. Zeller
                                        Attorneys for Mattel, Inc. and Mattel de
17                                         Mexico, S.A. de C.V.
18
19
20
21
22
23
24
25
26
27
28