QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone: (213) 443–3000
Facsimile: (213) 443–3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04–9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04–09059<br>Case No. CV 05–02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL'S OPPOSITION TO THE MGA PARTIES' MOTION *IN LIMINE* NO. 47 TO EXCLUDE MONSTER HIGH EXHIBITS OR TESTIMONY OFFERED BY MATTEL**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut–Off: October 4, 2010<br>Pre–trial Conference: January 4, 2011<br>Trial: January 18, 2011 |

## **Argument**

After admitting an image of Monster High dolls on the second day of trial and questioning a Mattel witness at length about them, MGA now seeks to bar Mattel from offering evidence on the same subject, arguing the Court "previously precluded MGA from conducting any discovery regarding Monster High . . . ." Mot. at 1 (citing Dkt. 7708). MGA misstates the record. The Court permitted MGA to take discovery relating to Monster High (Dkt. 8318) and MGA did so. In any event, Monster High is relevant, including because MGA interjected the dolls into this trial.

It is incorrect that MGA did not receive discovery into Monster High. MGA cites the Court's April 9, 2010 Order, but fails to mention that in a subsequent Order on July 19, 2010, this Court explicitly allowed MGA to take discovery relating to Monster High. Dkt. 8318. In permitting MGA to take discovery relating to Monster High, the Court stated that "[i]nformation about the market for the 'Monster High' product line is relevant to Mattel's damages." Id. In so finding, the Court distinguished its earlier ruling, which MGA relies upon here. Indeed, the Court found that the circumstances giving rise to the April 9 Order—precluding discovery of market research studies relating to Monster High on the ground that they were irrelevant to Mattel's claimed lost opportunity and lost profit damages as Mattel had not yet released the Monster High dolls into the marketplace—had changed materially since Mattel had begun selling the Monster High dolls. Id.

Following the July 19, 2010 Order, MGA obtained discovery into Monster High. It questioned Mr. Eckert about Monster High at his October 4, 2010 deposition. See Deposition of Mattel's 30(b)(6) Witness (Robert Eckert), dated October 4, 2010, at 203:15-205:8. Mattel also produced documents relating to Monster High. See, e.g., TX 34206, TX 34218, TX 34233, TX 34237.

MGA's motion also must be denied because it seeks to forbid Mattel from discussing evidence and issues that MGA itself introduced. MGA's counsel

questioned Mattel witness Lily Martinez extensively about Monster High dolls and introduced into evidence a color image of the dolls (Trial Exhibit 40000) in an attempt to advance the theory that Monster High was inspired by Bratz:

> Q   And you've used the Bratz dolls as an inspiration, haven't you?
> A   I wouldn't say "inspiration." We buy competitive product from different companies all the time.
> Q   Well, you were telling us earlier that one of your favorite projects at Mattel was Monster -- what was it?
> A   Monster High.
> Q   Monster High. And I'm going to show you what we asked to have marked as Exhibit --
>     40,000?
>     -- and ask you if that is Monster High produced by Mattel.
> A   Yes, it is.
> Q   And this was produced after the Bratz dolls, wasn't it?
> A   Yes.
>     MS. KELLER:  And do we have a digitized version of Monster High?
>     (No audible response.)
> BY MS. KELLER:
> Q   So you recognize Exhibit 40,000, which is what you were referring to earlier, yes?
> A   Yes, this is Monster High.
> Q   Okay.
>     Your Honor, I ask that this be admitted?
>     THE COURT:  Do I have a copy?
>     MS. KELLER:  Ms. Hurst is racing it up to the bench.
>     THE COURT:  Received.
>     (Defendants' Exhibit No. 40000 is received in evidence.)
>
> BY MS. KELLER:
> Q   And if we look at Monster High, do you remember when that came out?
> A   I worked on them for a while, so last year, maybe?
> Q   And is this your favorite project or just one of your favorite projects?
> A   Just one of them. It wasn't my idea. I designed the aesthetics for it. I would never do monsters.
> Q   You weren't inspired by Bratz?
> A   No, not at all.
> Q   Okay.
>     Can we have a side by side of Exhibit 17562.
>     And on the left, you see -- of our display, you see the doll that's shown on the far left of Exhibit 40,000, and on the right you see the Bratz doll, and that's Yasmin, the first generation of Bratz dolls.
>     Now, you would agree with me, wouldn't you, that there

|   |   |
|---|---|
| 1 | are some real similarities between these two? |
|   | A    I mean, they have big lips, but I think that's about it. |
| 2 | Q    And the eyes, very exotic eyes? |
| 3 | A    It's not exotic to me because that's how I draw, so I don't -- |
| 4 | Q    And the hands in your Monster doll is left with the palms down, right? |
| 5 | A    No.  Ours are articulated.  I think they have joints in the elbows, and they are different, the palms are opened -- |
| 6 | Q    Well, I'm looking at the picture. |
|   | A    Right. |
| 7 | Q    In the picture, that one seems to have the palms facing the floor, right? |
| 8 | A    Right.  I think there is articulation in the wrist.  I don't remember, but I think they are very different, the dolls, on the arms. |
| 9 |   |
|   | Q    I'm sorry.  Wouldn't you say that this Monster doll looks a whole lot more like Yasmin than Yasmin looks like your Toon Teenz doll? |
| 10 |  |
| 11 | A    No, I don't think so.  I mean, there is some sass to both of them, but -- |
| 12 |       MS. KELLER:  Let's have the whole 40,000 exhibit again. |
|   | BY MS. KELLER: |
| 13 | Q    These dolls look like they have a little bit of a sassy attitude? |
| 14 |  |
|   | A    Sure. |
| 15 | Q    And very fashionable, lots of current fashions, right? |
|   | A    They are inspired by current fashions, but there are some fantastical elements to them. |
| 16 |  |
|   |       MS. KELLER:  And let's go back, if we could, to the previous Bratz exhibit. |
| 17 |  |
|   |       THE COURT:  17 -- I'm sorry, 17562? |
| 18 |       MS. KELLER:  Yes. |
|   | BY MS. KELLER: |
| 19 | Q    She looks like she can kind of fit right in with the Monsters, doesn't she. |
| 20 | A    No.  She's not cool enough. |
|   | Q    Oh, yours are cooler? |
| 21 | A    I think so.  They are monsters. |
|   | Q    Monsters but not inspired by Bratz, right? |
| 22 | A    Absolutely not. |

23  See Trial Tr., dated Jan. 19, 2011, Vol. 2, at 143:20-147:10.

24        Furthermore, MGA has claimed that MGA's fashion doll Lalaloopsy "is the

25  number one selling toy in the U.S. right now, and in 2010, and the number one item

26  Googled on Google."  See Trial Tr., dated Jan. 18, 2011, Vol. 2, at 12:7-16.  MGA

27  also elicited testimony from Mr. Larian on this issue.  See Trial Tr., dated Feb. 11,

28  2011, Vol. 3, 47:7-17 (Mr. Larian testifying that, "[i]t's [Lalaloopsy] a pretty big hit.

00505.07975/3983516.1

-3-

MATTEL'S OPPOSITION TO THE MGA PARTIES' MOTION IN LIMINE NO. 47

It was launched in the market last fall.  It became the number one selling doll, and it was number one searched for a toy on Google; search term."). Contrary to MGA's claim, Lalaloopsy was not even the number one selling *new* doll in 2010 -- Monster High was.  Mattel is therefore entitled to introduce evidence and argument relating to Monster High to rebut MGA's assertion.

Indeed, MGA's own damages expert contends that Monster High is relevant. Mr. Malackowski includes Monster High in his report as a purported benefit Mattel received from Bratz's presence in the marketplace. See Malackowski Rebuttal Report, dated December 1, 2010, at 28.  Mattel should not be barred from addressing a topic MGA's own expert has raised.

For the foregoing reasons, Mattel respectfully requests that the Court deny MGA's Motion in its entirety.

DATED:  February 23, 2011         QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                    By /s/ Michael T. Zeller
                                       Michael T. Zeller
                                       Attorneys for Mattel, Inc. and
                                       Mattel de Mexico, S.A. de C.V.