ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   (213) 629-2020
Facsimile:    (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone:   (949) 567-6700
Facsimile:    (949) 567-6710

Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.  CV 04-9049 DOC (RNBx).<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br>Trial Date: January 18, 2011 |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following document:

**1)   DECLARATION OF CYNTHIA LOCK IN SUPPORT OF MGA PARTIES' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION *IN LIMINE* NO. 30 TO EXCLUDE REFERENCE TO AND USE OF TESTIMONY PROFFERED BY MATTEL WITNESS MICHAEL J. WAGNER**

The above document reference, contains, and/or attaches materials that Mattel and/or the MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order in this case.  *See* Case No. CV 04-9049 DOC (RNBx), Docket Document No. 54.

For the foregoing reason, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced document under seal.

Dated:  February 21, 2011          ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____
                */s/ Annette L. Hurst*
                Annette L. Hurst
                Attorneys for MGA Parties

MGA'S APPLICATION TO FILE UNDER SEAL
CV 04-9049 DOC (RNBx)