1 | ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
2 | WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
3 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
4 | 405 Howard Street
San Francisco, CA  94105-2669
5 | Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759
6 |
WILLIAM A. MOLINSKI (State Bar No. 145186)
7 | wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
8 | 777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
9 | Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499
10 |
THOMAS S. MCCONVILLE (State Bar No. 155905)
11 | tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
12 | 4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
13 | Telephone:  (949) 567-6700
Facsimile:   (949) 567-6710
14 |
Attorneys for MGA Parties

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

15 |                     UNITED STATES DISTRICT COURT

16 |                     CENTRAL DISTRICT OF CALIFORNIA

17 |                          SOUTHERN DIVISION

18 |

| | |
|---|---|
| 19 CARTER BRYANT, an individual, | Case No.  CV 04-9049 DOC (RNBx) |
| 20 Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| 21 v. | **Hon. David O. Carter** |
| 22 MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL |
| 23 Defendant. | |
| 24 | |
| 25 AND CONSOLIDATED ACTIONS | |

26 |
27 |
28 |

1       The Court, having been informed by MGA Parties that the following

2   documents discuss or contain reference deposition transcripts that have been

3   designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY"

4   under the Protective Order, HEREBY ORDERS that the MGA Parties may file

5   under seal the document listed below:

6       **1.**    **DECLARATION OF CYNTHIA LOCK IN SUPPORT OF MGA**

7       **PARTIES' SUPPLEMENTAL BRIEF IN SUPPORT OF**

8       **MOTION IN LIMINE NO. 30 TO EXCLUDE REFERENCE TO**
    **AND USE OF TESTIMONY PROFFERED BY MATTEL**

9       **WITNESS MICHAEL J. WAGNER**

10

11  **IT IS HEREBY ORDERED.**

12

13  Dated: ___Feb 22___, 2011

14                          _David O. Carter_

15                         Hon. David O. Carter
                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE
UNDER SEAL
CV 04-9049 DOC (RNBx)