QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING RE TRADE SECRET JURY INSTRUCTIONS**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

00505.07975/3984831.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the request of the Court, plaintiffs Mattel, Inc. and Mattel de Mexico S.A. de C.V. have lodged with the Court a list identifying by trial exhibit number and bates number the documents containing trade secrets that Mattel contends were identified, download, and misappropriated by Gustavo Machado, Pablo Vargas and Mariana Trueba. Pursuant to the further request of the Court, Mattel separated those trial exhibits into "Mattel" and "Mattel Mexico" categories. Mattel did so solely for the convenience of the Court, reserving all rights and without prejudice to any argument that ownership of a trade secret is an element of any claim for trade secret misappropriation.

DATED:  February 25, 2011

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.