ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA'S REPLY IN SUPPORT OF MGA'S MOTION IN LIMINE NO. 47 TO EXCLUDE MONSTER HIGH EXHIBITS OR TESTIMONY OFFERED BY MATTEL**<br><br>Trial Date: January 11, 2011 |

## INTRODUCTION

Mattel does not dispute that it did not produce in discovery the thirty-three exhibits, which are Monster High products and sculpts, that it intends to use with Robert Eckert. *See* Dkt. # 10071. Instead, Mattel erroneously argues that these dolls are relevant to damages in this case.

### A. Mattel Did Not Produce The 33 Exhibits At Issue And No Discovery Was Allowed—Discovery Was Limited to Market Research.

Mattel is wrong about the discovery allowed; but, even assuming it were correct, *Mattel did not produce the products and sculpts that they intend to use with Eckert.* So, were Mattel's arguments correct, the exhibits should not be allowed as a discovery sanction.

In any case, and contrary to Mattel's claims, the Court limited discovery into Mattel's Monster High dolls. Dkt. # 8318. Previously, the Court had precluded discovery into Monster High dolls on the grounds that it was irrelevant. Dkt. #7708. After Mattel released its Monster High dolls in the market, the Court allowed discovery on "market research into Monster High" because "Mattel had put at issue hundreds of products, including Monster High, whose sales allegedly suffered as a result of MGA's Bratz sales." Dkt. # 8318 at 2. No discovery was allowed as to the tangible items that Mattel now seeks to use or to Monster High generally.

### B. MGA Did Not Open The Door.

Mattel argues that because MGA questioned Lily Martinez about Monster High, it should be allowed to question Bob Eckert on these 33 Monster High doll exhibits. No. MGA cross examined Lily Martinez about Monster High to counter Mattel's suggestion that Bratz was based on Toon Teens. Mattel extracted testimony from Lily Martinez suggesting that Bratz was based on Toon Teens.

```
 1    Q    Okay. Let's turn, now, to Toon Teenz. You did some
      work on a doll project called Toon Teenz?
 2    A    I did.
      ...
 3
      Q    So you became the doll designer for Toon Teenz?
 4    A    Of course, I was the designer on it.
      ...
 5
      Q    Now, you worked in one of these cubicles that we've
 6    heard about?
      A    Yes.
 7
      Q    I think you told us.
 8    Did you ever display these Toon Teenz drawings in your
      cubicle?
 9    A    I did.
      ...
10
      Q    Did you also know Carter Bryant?
11    A    I did.
      ...
12
      Q    And then after that, did you become aware that he did
13    come back to work at Mattel and was working there in the
      design center?
14    A    Yes, because I saw him inside the design center.
      Q    Was this in the time period when you were working on
15    Toon Teenz?
      A    Yes, he was there.
16    Q    Was he ever near your cubicle?
      A    Yes, I saw him near my cubicle.
17    Q    And what occasions, what would bring him near your
      cubicle?
18    A    Well, Elise's office -- they are really good friends,
      so Elise's office was -- there was one cube in between hers
19    and mine, and everybody comes -- actually there was a lot of
      people in our area because the hair department is like -- my
20    office is across some of the hair department offices, so the
      hair department is like in my hallway.
21    Q    Did Mr. Bryant ever come near your cubicle when he was
      coming to see Ms. Cloonan, who was two cubicles away from
22    you?
      A    Yeah, he came by a couple of times to ask me -- because
23    maybe Elise wasn't in her office, and he asked me if I knew
      where she was at, and I said, sure, either I did know or
24
25
26
27
28
```

- 2 -    MGA'S REPLY ISO MIL NO. 47 RE MONSTER HIGH
                    CASE NO. CV 04-9049-DOC (RNBx)

|   |   |
|---|---|
| 1 | didn't know. |
| 2 | … |
|   | Q    Okay. Thank you. |
| 3 | Was it common for you to be away from your cubicle in |
| 4 | your immediate work area? |
|   | A    Yes, all the time. |

1  didn't know.
2     …
       Q     Okay. Thank you.
3     Was it common for you to be away from your cubicle in
4     your immediate work area?
       A     Yes, all the time.
5     Q     So you'd go to some of these other departments that you
       referred to, soft goods, sculpting, the whole --
6     A     Yeah, there is a lot of walking around in the design
7     center, so I'd go to specific areas or to the rest room or
       whatever, I was out and about.
8     Q     Did you ever talk to Mr. Bryant about Toon Teenz?
9     A     Yes, I remember, one time.
       Q     And what occasion -- what was the occasion that you
10    spoke to him about that?
11    A     I was in our open area table, which is our team table,
       and I had the dolls out on the L board. I was prepping
12    them, I was fussing with them, touching up their hair, and
13    just, you know, moving them just right. And him and Elise
       were coming by, like I can see them in the hall coming
14    towards me, and she said, oh, you know, I brought Carter
15    over to see your dolls. I'm like great. I was so proud of
       them. I wanted -- anybody who wanted to hear me talk about
16    them, I would tell them.
17           So I showed them the dolls and the different characters
       and all the stuff it came with. And he really liked it. He
18    was like, Mattel would be crazy if they don't make these.
19    And I was really happy because he's very talented, so to
       hear a comment from somebody that's super talented and knows
20    their stuff meant a lot to me, so I was really proud.
21    Q     When, roughly, was this?
       A     It must have been towards when I almost -- they were
22    finished, so late in the summer of '99.
23
   *See* Trial Tr. dated Jan. 19, 2011, Vol. 2, at 54:4-73:4.
24
        To counter this, MGA questioned Lily Martinez about Monster High to show
25
that numerous dolls including Mattel's own Monster High dolls which was released
26
after Bratz, have exaggerated features such as big lips. *See* Trial Tr. dated Jan. 19,
27
2011, Vol. 2, at 143:20-147:10. The point was not that Monster High copied Bratz,
28

but to show that Monster High and Bratz had similar exaggerated features, and Mattel did not consider Monster High to be inspired by Bratz.

> Q   I'm sorry. Wouldn't you say that this Monster doll looks a whole lot more like Yasmin than Yasmin looks like your Toon Teenz doll?
> A   No, I don't think so. I mean, there is some sass to both of them, but --
> MS. KELLER: Let's have the whole 40,000 exhibit again.
> BY MS. KELLER:
> Q   These dolls look like they have a little bit of a sassy attitude?
> A   Sure.
> Q   And very fashionable, lots of current fashions, right?
> A   They are inspired by current fashions, but there are some fantastical elements to them.
> MS. KELLER: And let's go back, if we could, to the previous Bratz exhibit.
> THE COURT: 17 -- I'm sorry, 17562?
> MS. KELLER: Yes.
> BY MS. KELLER:
> Q   She looks like she can kind of fit right in with the Monsters, doesn't she.
> A   No. She's not cool enough.
> Q   Oh, yours are cooler?
> A   I think so. They are monsters.
> Q   Monsters but not inspired by Bratz, right?
> A   Absolutely not.

*See* Trial Tr. dated Jan. 19, 2011, Vol. 2, at 146:10-147:10.

MGA's limited use of Monster High in its cross exam to counter Mattel's argument regarding Toon Teens does not open the door for Mattel to extract wholesale testimony on its 33 Monster High dolls which have never been produced in this case. Indeed, such testimony will simply confuse and distract the jury about the relevance and significance of these dolls.

### C. These Materials Are Irrelevant To Rebut LalaLoopsy.

Finally, Mattel's argument that it needs to introduce these dolls to counter MGA's argument that Lalaloopsy was the number one selling new doll in 2010 is misplaced. Dkt. # 10071 at 3-4. How Mattel can rebut this evidence with the introduction of products and sculpts not previously produced is not at all clear. Indeed, the products and sculpts will not prove or disprove any statements regarding Lalaloopsy. They are simply products and sculpts that do not, on their face, or at all reveal that the testimony regarding Lalaloopsy was incorrect or wrong. This is a red herring and an excuse offered to introduced evidence that Mattel failed to produce before this trial.

### CONCLUSION

Accordingly, MGA respectfully requests that the Court grant MGA's Motion to exclude the 33 exhibits and any testimony or other evidence regarding Monster High.

Dated: February 27, 2011

Respectfully submitted,

WARRINGTON S. PARKER III
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Warrington S. Parker*
WARRINGTON S. PARKER
Attorneys for MGA Parties