QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S CORRECTED NOTICE OF LODGING RE BRIEFING AND TRANSCRIPTS RELATED TO ENTRY OF CONSTRUCTIVE TRUST FOLLOWING PHASE 1 TRIAL**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

00505.07975/3987039.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's February 23, 2011 Minute Order (Dkt. No. 10066), plaintiffs Mattel, Inc. and Mattel de Mexico S.A. de C.V. have lodged with the Court thumb drives containing all prior briefing and hearing transcripts concerning Mattel's request for the entry of a constructive trust after the Phase 1 trial. Attached hereto as Exhibit A is a list of the contents of the aforementioned thumb drives.

DATED: February 28, 2011
QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.

# EXHIBIT A

<u>Mattel v. MGA</u>
<u>Hearing Briefing and Transcripts Lodged With the Court</u>
<u>Pursuant to February 23, 2011 Order (Dkt. No. 10066)</u>

<u>Briefing for Mattel's Motion for Constructive Trust</u>

|   | Date | Title | File Name |
|---|---|---|---|
| 1. | 9/29/2008 | MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR: CONSTRUCTIVE TRUST, FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4305 Mattel Motion for Constructive Trust.pdf |
| 2. | 9/29/2008 | DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR: CONSTRUCTIVE TRUST, FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4305-2-5 Kidman Declaration iso Motion for CT.pdf |
| 3. | 9/29/2008 | [PROPOSED] ORDER GRANTING MATTEL'S MOTION FOR: CONSTRUCTIVE TRUST AND FOR FINDING LIABILITY AND INJUNCTIVE RELIEF PURSUANT TO CAL. BUS. & PROF. CODE 17200 | Dkt 4305-6 Prop Order re Motion for CT.pdf |
| 4. | 10/13/2008 | MGA'S OPPOSITION TO MATTEL'S MOTION FOR: (1) CONSTRUCTIVE TRUST; AND (2) FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4349 MGA Opp to Motion for CT.pdf |
| 5. | 10/13/2008 | SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION [CONFIDENTIAL - FILED UNDER SEAL AND IN CAMERA - SERVED ON MATTEL ONLY] | 2008-10-13 In Camera Bryant Submission re CT.pdf |
| 6. | 10/20/2008 | NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO: (MATTEL'S MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF; (2) MATTEL'S MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS | Dkt 4374 Notice of Filing of Transcripts iso Motion for CD.pdf |

| 7. | 10/20/2008 | REPLY IN SUPPORT OF MATTEL, INC.'S MOTION FOR (1) CONSTRUCTIVE TRUST; AND (2) FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4379 Reply iso Motion for CT.pdf |
|---|---|---|---|
| 8. | 10/20/2008 | SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL'S (1) MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE § 17200; AND (2) MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 4381 Kidman Supp Dec iso Motion for CT.pdf |
| 9. | 11/10/2008 | MATTEL, INC.'S RESPONSE TO CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION [CONFIDENTIAL - FILED UNDER SEAL AND IN CAMERA - NOT SERVED ON MGA] | 2008-11-10 Mattel Response to Bryant Statement re CT.pdf |
| 10. | 11/8/2008 | MATTEL, INC.'S RESPONSE TO CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION [PUBLIC REDACTED] | Dkt 4412 Mattel Resp to Bryant Statement re CT [Public].pdf |
| 11. | 11/12/2008 | MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 4425 Mattel Cite to Evid re Bratz Name iso Motion for CT.pdf |
| 12. | 11/12/2008 | SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 4426 Naim Dec iso Cite to Evid re Bratz Name.pdf |
| 13. | 11/17/2008 | MGA'S NOTICE OF MOTION AND MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN | Dkt 4427 MGA Motion to Strike Naim Dec.pdf |

| | | | |
|---|---|---|---|
| | | SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST | |
| 14. | 11/18/2008 | MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST | Dkt 4428 Mattel Opp to MGA Motion to Strike.pdf |
| 15. | 11/18/2008 | DECLARATION OF CURRAN M. WALKER IN SUPPORT OF MATTEL'S OPPOSITION TO MGA'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST | Dkt 4428-2-3 Walker Dec iso Opp to MGA Motion to Strike.pdf |
| 16. | 11/19/2008 | MGA PARTIES' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST | Dkt 4429 MGA Reply re Motion to Strke Naim Dec.pdf |
| 17. | 12/3/2008 | CIVIL MINUTES: ORDER FINDING IN FAVOR OF MATTEL AS TO THE MGA PARTIES' AFFIRMATIVE DEFENSES; ORDER GRANTING MATTEL'S MOTION FOR DECLARATORY JUDGMENT (DOCKET #4303); ORDER GRANTING MATTEL'S MOTION FOR CONSTRUCTIVE TRUST AND § 17200 INJUNCTIVE RELIEF (DOCKET #4305); ORDER GRANTING MATTEL'S MOTION FOR PERMANENT INJUNCTION (DOCKET #4306); ORDER DENYING AS MOOT MOTION TO STRIKE PORTIONS OF HUTNYAN DECLARATION AND EXHIBITS THERETO; ORDER DENYING MOTION TO STRIKE THE PROCTOR, KEISER AND | Dkt 4439 Civil Minutes re Motion for CT et al.pdf |

|     |          |                                                                                                                                                                                                                                                      |                                                      |
|-----|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------|
|     |          | HOLLANDER DECLARATIONS; ORDER DENYING AS MOOT MOTION TO STRIKE MEYER DECLARATION; ORDER STAYING COURT'S ORDER PENDING CONSIDERATION OF THE PARTIES' POST-TRIAL MOTIONS; ORDER SETTING FORTH FURTHER BRIEFING SCHEDULE; ORDER REGARDING SERVICE OF PERMANENT INJUNCTION |                                                      |
| 18. | 12/3/2008 | ORDER GRANTING MATTEL'S MOTION FOR CONSTRUCTIVE TRUST AND FOR FINDING LIABILITY AND INJUNCTIVE RELIEF PURSUANT TO CAL. BUS. & PROF CODE 17200                                                                                                          | Dkt 4441 Order Granting Motion for CT.pdf            |

<u>Ninth Circuit Briefing</u>

|     | Date       | Title                                                                                                                                                                | File Name                                                            |
|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------|
| 19. | 12/9/2008  | MGA'S EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [CONFIDENTIAL - FILED UNDER SEAL]          | 2008-12-09 MGA Motion for Stay Pending Appeal.pdf                    |
| 20. | 12/19/2008 | EMERGENCY MOTION FOR STAY PENDING APPEAL [FILED UNDER SEAL]                                                                                                          | 2008-12-19 MGA Emergency Motion for Appeal.pdf                       |
| 21. | 12/23/2008 | MATTEL, INC.'S MOTION TO DISMISS APPEAL                                                                                                                              | 2008-12-23 Mattel Motion to Dismiss Appeal.pdf                       |
|     | 12/23/2008 | MATTEL'S OPPOSITION TO MGA'S EX PARTE APPLICATION FOR STAY OF INJUNCTION PENDING APPEAL [CONFIDENTIAL - FILED UNDER SEAL]                                             | 2010-12-23 Mattel Opposition to Ex Parte for Stay Pending Appeal.pdf |
| 22. | 12/26/2008 | MATTEL, INC.'S [CORRECTED] OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL                                                                        | 2008-12-29 Mattel Opposition to Emerg Motion for Stay.pdf            |
| 23. | 12/28/2008 | OPPOSITION TO MOTION TO DISMISS MOTION FOR EMERGENCY STAY                                                                                                            | 2008-12-29 MGA Opposition to Motion to Dismiss.pdf                   |
|     | 12/29/2008 | MGA'S REPLY IN FURTHER SUPPORT OF THEIR EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL [CONFIDENTIAL - FILED UNDER SEAL]                                    | 2010-12-29 MGA Reply iso Ex Parte Motion for Stay Pending Appeal.pdf |
| 24. | 12/29/2008 | REPLY ON MGA'S MOTION FOR STAY PENDING APPEAL [FILED UNDER                                                                                                           | 2008-12-29 MGA Reply re Stay Pending Appeal.pdf                      |

|  |  | SEAL] |  |
|---|---|---|---|
|  | 1/12/2009 | ORDER DENYING APPELLANT'S MOTION FOR EMERGENCY STAY AS MOOT (9th Circuit) | 2009-01-12 Order Denying Motion for Emergency Stay as Moot.pdf |
| 25. | 5/14/2009 | APPELLANTS' MOTION TO EXPEDITE APPEAL OF PERMANENT INJUNCTION ORDERS PURSUANT TO 9TH CIRCUIT RULE 27-12 [FILED UNDER SEAL] | 2009-05-14 MGA Motion to Expedite Appeal of Permanent Injunction.pdf |
| 26. | 5/26/2009 | APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL OF PERMANENT INJUNCTION [FILED UNDER SEAL] | 2009-05-26 MGA Emergency Motion for Stay Pending Appeal.pdf |
| 27. | 6/2/2009 | MATTEL, INC.'S OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL [FILED UNDER SEAL] | 2009-06-02 Mattel Opposition to Emergency Motion for Stay Pending Appeal.pdf |
| 28. | 6/4/2009 | APPELLANTS' REPLY IN SUPPORT OF THEIR EMERGENCY MOTION FOR STAY PENDING APPEAL OF PERMANENT INJUNCTION [CONFIDENTIAL - FILED UNDER SEAL] | 2009-06-04 MGA Reply re Emergency Motion for Stay.pdf |
| 29. | 7/10/2009 | EXPEDITED APPEAL: OPENING BRIEF FOR APPELLANTS MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK LTD., AND ISAAC LARIAN | 2009-07-10 MGA Opening Brief Expedited Appeal of Pemanent Injunction.pdf |
| 30. | 8/10/2009 | MATTEL, INC.'S COMBINED ANSWERING BRIEF ON APPEAL AND OPENING BRIEF OF CROSS-APPEAL [UNDER SEAL] | 2009-08-10 Mattel Answer and Cross-Appeal re Expedited Appeal.pdf |
| 31. | 9/9/2009 | EXPEDITED APPEAL REPLY AND ANSWERING BRIEF OF APPELLANTS/CROSS-APPELLEES MGA ENTERTAINMENT INC., MGA ENTERTAINMENT HK LTD., AND ISAAC LARIAN [CONFIDENTIAL - FILED UNDER SEAL] | 2009-09-09 MGA Reply re Expedited Appeal-Answer Cross-Appeal.pdf |
| 32. | 10/13/2009 | MATTEL, INC.'S REPLY BRIEF ON CROSS-APPEAL [9th CIRCUIT] [UNDER SEAL] | 2009-10-13 Mattel Reply re Cross Appeal.pdf |
| 33. | 10/21/2010 | UNITED STATES COURT OF APPEALS FOR THE 9TH CIRCUIT - NO. 09-55673 D.C. NO. 2:04-CV-09049-SGL-RNB - ORDER AND AMENDED OPINION VACATING INJUNCTIVE RELIEF | 2010-10-21 Amended Opinion.pdf |

<mark>

<mark>
<mark>
<mark><mark><mark><mark>
<mark>

<mark>

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>

<mark>
<mark>

<mark>
<mark>
<mark>

<mark><mark>

<mark>
<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>
<mark>

<mark>

<mark>
<mark>
<mark>

<mark>
<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>
<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>
<mark>

<mark>
<mark>
<mark>
<mark>
<mark>

<mark>
<mark>

<mark>
<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

<mark>

Other Briefing Relating to Mattel's Request for Entry of Constructive Trust

|     | Date | Title | File Name |
|-----|------|-------|-----------|
| 34. | 1/2/2009 | STATEMENT OF MGA PARTIES' PROPOSED MODIFICATIONS TO STAY OF DECEMBER 3 ORDERS | Dkt 4599 MGA Statement re Proposed Modifications to Stay Order.pdf |
|     | 2/23/2009 | MEMORANDUM OF MATTEL, INC. REGARDING ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) AND PHASE 1 | Dkt 4835 Mattel Memo re Entry of Phase 1 Judgment.pdf |
|     | 2/13/2009 | DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MEMORANDUM OF MATTEL, INC. REGARDING ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) AND PHASE 1 | Dkt 4835-2-3 Kidman Dec iso Memo re Entry of Ph 1 Judgment.pdf |
| 35. | 2/13/2009 | MGA PARTIES' STATEMENT OF POSITION ON ENTRY OF FINAL JUDGMENT ON PHASE 1 | Dkt 4836 MGA Statement of Position re Entry of Phase 1 Judgment.pdf |

Hearing Transcripts

|     | Date | Title | File Name |
|-----|------|-------|-----------|
| 36. | 11/10/2008 | Hearing before Stephen G. Larson | Hearing 2008-11-10.pdf |
| 37. | 1/5/2009 | Hearing before Stephen G. Larson | Hearing 2009-01-05 Under Seal.pdf |
| 38. | 2/11/2009 | Hearing before Stephen G. Larson | Hearing 2009-02-11.pdf |
| 39. | 5/18/2009 | Hearing before Stephen G. Larson | Hearing 2009-05-18.pdf |
| 40. | 6/15/2009 | Hearing before Stephen G. Larson | Hearing 2009-06-15.pdf |
| 41. | 9/22/2009 | Hearing before Stephen G. Larson | Hearing 2009-09-22 In Chambers Under Seal TS.pdf |