1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
9  Telephone:  (213) 629-2020
   Facsimile:   (213) 612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Telephone:  (949) 567-6700
   Facsimile:   (949) 567-6710
14
15 Attorneys for MGA Parties

                    UNITED STATES DISTRICT COURT
16
                  CENTRAL DISTRICT OF CALIFORNIA
17
                         SOUTHERN DIVISION
18

19 CARTER BRYANT, an individual,        Case No.  CV 04-9049 DOC (RNBx)
                                        Consolidated with: Case No. CV 04-9059
20          Plaintiff,                  Case No. CV 05-2727

21     v.                               **Hon. David O. Carter**

22 MATTEL, INC., a Delaware             [PROPOSED] ORDER GRANTING
   corporation,                         APPLICATION TO FILE UNDER
23                                       SEAL
            Defendant.
24

25 AND CONSOLIDATED ACTIONS

26

27

28

1      The Court, having been informed by MGA Parties that the following

2  documents discuss or contain reference deposition transcripts that have been

3  designated by the Parties as "CONFIDENTIAL – ATTORNEYS' EYES ONLY"

4  under the Protective Order, HEREBY ORDERS that the MGA Parties may file

5  under seal the document listed below:

6      **LODGED USB FLASH DRIVE PURSUANT TO MGA PARTIES'**

7      **NOTICE OF LODGING PURSUANT TO THE COURT'S**

        **FEBRUARY 23, 2011 ORDER.**

8

9  **IT IS HEREBY ORDERED**.

10

11  Dated: February 28, 2011

12

13                _David O. Carter_

                       Hon. David O. Carter

                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28