1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
     William C. Price (Bar No. 108542)
3      (williamprice@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
4      (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc., and Mattel de
   Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

RECEIVED
BUT NOT FILED

FEB 2 8 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY                              DEPUTY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware
corporation, and Mattel de Mexico,
S.A. de C.V., a Mexico business
entity,

                    Plaintiff,

          vs.

MGA ENTERTAINMENT, INC., a
California corporation, et al.,

                    Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 DOC (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. David O. Carter

**MATTEL, INC.'S NOTICE OF
LODGING RE BRIEFING AND
TRANSCRIPTS RELATED TO ENTRY
OF CONSTRUCTIVE TRUST
FOLLOWING PHASE 1 TRIAL**

Pre-trial Conference: January 4, 2011
Trial Date: January 18, 2011

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD, PLEASE TAKE NOTICE that, pursuant to the request of the Court set

3  forth in the February 23, 2011 Minute Order (Dkt. No. 10066), plaintiffs Mattel, Inc.

4  and Mattel de Mexico S.A. de C.V. have lodged with the Court thumb drives

5  containing all prior briefing and hearing transcripts concerning Mattel's request for

6  the entry of a constructive trust after the Phase 1 trial.  Attached hereto as Exhibit A

7  is a list of the contents of the aforementioned thumb drives.

8

9  DATED: February 28, 2011          QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP
10

11                                     By /s/ Michael T. Zeller
                                          Michael T. Zeller
12                                        Attorneys for Mattel, Inc. and Mattel de
                                          Mexico. S.A. de C.V.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

# EXHIBIT A

Mattel v. MGA
Hearing Transcripts and Briefing Lodged With the Court
Pursuant to February 23, 2011 Order (Dkt. No. 10066)

Briefing for Mattel's Motion for Constructive Trust

|   | Date | Title | File Name |
|---|------|-------|-----------|
| 1. | 9/29/2008 | MATTEL'S NOTICE OF MOTION AND MOTION FOR: CONSTRUCTIVE TRUST, FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4305 Mattel Motion for Constructive Trust.pdf |
| 2. | 9/29/2008 | DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL'S MOTION FOR: CONSTRUCTIVE TRUST, FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4305-2-5 Kidman Declaration iso Motion for CT.pdf |
| 3. | 9/29/2008 | PROPOSED ORDER GRANTING MATTEL'S MOTION FOR: CONSTRUCTIVE TRUST, FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4305-6 Prop Order re Motion for CT.pdf |
| 4. | 10/13/2008 | MGA'S OPPOSITION TO MATTEL'S MOTION FOR: (1) CONSTRUCTIVE TRUST; AND (2) FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | Dkt 4349 MGA Opp to Motion for CT.pdf |
| 5. | 10/13/2008 | SPECIALLY-APPEARING NON-PARTY CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION [CONFIDENTIAL - FILED UNDER SEAL AND IN CAMERA - SERVED ON MATTEL ONLY] | 2008-10-13 In Camera Bryant Submission re CT.pdf |
| 6. | 10/20/2008 | NOTICE OF FILING OF PHASE 1A AND PHASE 1B TRANSCRIPTS IN SUPPORT OF AND OPPOSITION TO: (MATTEL'S MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY AND INJUNCTIVE RELIEF; (2) MATTEL'S MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS | Dkt 4374 Notice of Filing of Transcripts iso Motion for CD.pdf |
| 7. | 10/20/2008 | REPLY IN SUPPORT OF MATTEL'S | Dkt 4379 Reply iso Motion |

| | | | |
|---|---|---|---|
| | | MOTION FOR (1) CONSTRUCTIVE TRUST; AND (2) FINDING OF LIABILITY AND INJUNCTIVE RELIEF UNDER CAL. BUS. & PROF. CODE 17200 | for CT.pdf |
| 8. | 10/20/2008 | SUPPLEMENTAL DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL'S (1) MOTION FOR CONSTRUCTIVE TRUST AND FINDING OF LIABILITY; (2) MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 4381 Kidman Supp Dec iso Motion for CT.pdf |
| 9. | 11/10/2008 | MATTEL'S RESPONSE TO CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION [CONFIDENTIAL - FILED UNDER SEAL AND IN CAMERA - NOT SERVED ON MGA] | 2008-11-10 Mattel Response to Bryant Statement re CT.pdf |
| 10. | 11/10/2008 | MATTEL'S RESPONSE TO CARTER BRYANT'S STATEMENT REGARDING MATTEL'S MOTIONS FOR CONSTRUCTIVE TRUST AND PERMANENT INJUNCTION (Public Redacted) | Dkt 4412 Mattel Resp to Bryant Statement re CT [Public].pdf |
| 11. | 11/12/2008 | MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 4425 Mattel Cite to Evid re Bratz Name iso Motion for CT.pdf |
| 12. | 11/12/2008 | SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 4426 Naim Dec iso Cite to Evid re Bratz Name.pdf |
| 13. | 11/17/2008 | MGA'S NOTICE OF MOTION AND MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST | Dkt 4427 MGA Motion to Strike Naim Dec.pdf |
| 14. | 11/18/2008 | MATTEL'S OPPOSITION TO MGA'S MOTION TO STRIKE THE | Dkt 4428 Mattel Opp to MGA Motion to Strike.pdf |

| | | SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST | |
|---|---|---|---|
| 15. | 11/18/2008 | DECLARATION OF CURRAN M. WALKER IN SUPPORT OF MATTEL'S OPPOSITION TO MGA'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST | Dkt 4428-2-3 Walker Dec iso Opp to MGA Motion to Strike.pdf |
| 16. | 11/19/2008 | MGA'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL'S MOTION FOR CONSTRUCTIVE TRUST | Dkt 4429 MGA Reply re Motion to Strke Naim Dec.pdf |
| 17. | 11/17/2008 | [PROPOSED] ORDER GRANTING MGA'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CYRUS NAIM RE MATTEL'S CITATION TO EVIDENCE RE BRATZ NAME IN SUPPORT OF MATTEL, INC.'S MOTION FOR CONSTRUCTIVE TRUST **[DENIED]** | Dkt 4436 Prop Order re MGA Motion to Strike [Denied].pdf |
| 18. | 12/3/2008 | CIVIL MINUTES: ORDER FINDING IN FAVOR OF MATTEL AS TO THE MGA PARTIES' AFFIRMATIVE DEFENSES; ORDER GRANTING MATTEL'S MOTION FOR DECLARATORY JUDGMENT (DOCKET #4303); ORDER GRANTING MATTEL'S MOTION FOR CONSTRUCTIVE TRUST AND § 17200 INJUNCTIVE RELIEF (DOCKET #4305); ORDER GRANTING MATTEL'S MOTION FOR PERMANENT INJUNCTION (DOCKET #4306); ORDER DENYING AS MOOT MOTION TO STRIKE PORTIONS OF HUTNYAN DECLARATION AND EXHIBITS THERETO; | Dkt 4439 Civil Minutes re Motion for CT et al.pdf |

| | | | |
|---|---|---|---|
| | | ORDER DENYING MOTION TO STRIKE THE PROCTOR, KEISER AND HOLLANDER DECLARATIONS; ORDER DENYING AS MOOT MOTION TO STRIKE MEYER DECLARATION; ORDER STAYING COURT'S ORDER PENDING CONSIDERATION OF THE PARTIES' POST-TRIAL MOTIONS; ORDER SETTING FORTH FURTHER BRIEFING SCHEDULE; ORDER REGARDING SERVICE OF PERMANENT INJUNCTION | |
| 19. | 12/3/2008 | ORDER GRANTING MATTEL'S MOTION FOR CONSTRUCTIVE TRUST AND FOR FINDING LIABILITY AND INJUNCTIVE RELIEF PURSUANT TO CAL. BUS. & PROF CODE 17200 | Dkt 4441 Order Granting Motion for CT.pdf |

Ninth Circuit Briefing

| | Date | Title | File Name |
|---|---|---|---|
| 20. | 12/8/2008 | MGA'S EX PARTE APPLICATION AND MOTION FOR STAY PENDING APPEAL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [CONFIDENTIAL - FILED UNDER SEAL] | 2008-12-09 MGA Motion for Stay Pending Appeal.pdf |
| 21. | 12/11/2008 | NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 9TH CIRCUIT | 2008-12-11 MGA Notice of Appeal.pdf |
| 22. | 12/19/2008 | EMERGENCY MOTION FOR STAY PENDING APPEAL [FILED UNDER SEAL] | 2008-12-19 MGA Emergency Motion for Appeal.pdf |
| 23. | 12/23/2008 | MATTEL, INC.'S MOTION TO DISMISS APPEAL | 2008-12-23 Mattel Motion to Dismiss Appeal.pdf |
| 24. | 12/26/2008 | MATTEL'S [CORRECTED] OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL | 2008-12-29 Mattel Opposition to Emerg Motion for Stay.pdf |
| 25. | 12/28/2008 | OPPOSITION TO MOTION TO DISMISS MOTION FOR EMERGENCY STAY | 2008-12-29 MGA Opposition to Motion to Dismiss.pdf |
| 26. | 12/29/2008 | REPLY ON MGA'S MOTION FOR STAY PENDING APPEAL [FILED UNDER SEAL] | 2008-12-29 MGA Reply re Stay Pending Appeal.pdf |
| 27. | 5/14/2009 | APPELLANTS' MOTION TO EXPEDITE APPEAL OF PERMANENT INJUNCTION ORDERS PURSUANT TO 9TH CIRCUIT RULE 27-12 [FILED UNDER SEAL] | 2009-05-14 MGA Motion to Expedite Appeal of Permanent Injunction.pdf |

| 28. | 5/26/2009 | APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL OF PERMANENT INJUNCTION [FILED UNDER SEAL] | 2009-05-26 MGA Emergency Motion for Stay Pending Appeal.pdf |
| 29. | 6/2/2009 | MATTEL, INC.'S OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL [FILED UNDER SEAL] | 2009-06-02 Mattel Opposition to Emergency Motion for Stay Pending Appeal.pdf |
| 30. | 6/4/2009 | APPELLANTS' REPLY IN SUPPORT OF THEIR EMERGENCY MOTION FOR STAY PENDING APPEAL OF PERMANENT INJUNCTION [CONFIDENTIAL - FILED UNDER SEAL] | 2009-06-04 MGA Reply re Emergency Motion for Stay.pdf |
| 31. | 7/10/2009 | EXPEDITED APPEAL: OPENING BRIEF FOR APPELLANTS MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK LTD., AND ISAAC LARIAN | 2009-07-10 MGA Opening Brief Expedited Appeal of Pemanent Injunction.pdf |
| 32. | 8/10/2009 | MATTEL, INC.'S COMBINED ANSWERING BRIEF ON APPEAL AND OPENING BRIEF OF CROSS-APPEAL [UNDER SEAL] | 2009-08-10 Mattel Answer and Cross-Appeal re Expedited Appeal.pdf |
| 33. | 9/9/2009 | REPLY AND ANSWERING BRIEF OF APPELLANTS/CROSS-APPELLEES MGA ENTERTAINMENT INC., MGA ENTERTAINMENT HK LTD., AND ISAAC LARIAN [CONFIDENTIAL - FILED UNDER SEAL] | 2009-09-09 MGA Reply re Expedited Appeal-Answer Cross-Appeal.pdf |
| 34. | 10/13/2009 | MATTEL, INC.'S REPLY BRIEF ON CROSS-APPEAL [9th CIRCUIT] [REDACTED FOR PUBLIC FILE] | 2009-10-13 Mattel Reply re Cross Appeal.pdf |
| 35. | 10/21/2010 | UNITED STATES COURT OF APPEALS FOR THE 9TH CIRCUIT - NO. 09-55673 D.C. NO. 2:04-CV-09049-SGL-RNB - ORDER AND AMENDED OPINION VACATING INJUNCTIVE RELIEF | 2010-10-21 Amended Opinion.pdf |

Related Briefing Regarding Constructive Trust

| | Date | Title | File Name |
|---|---|---|---|
| 36. | 11/20/2006 | MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF | Dkt 0089 Mattel Motion for Leave to Amend.pdf |
| 37. | 11/12/2007 | MATTEL, INC.'S AMENDED ANSWER | Dkt 0143 Mattel Amended |

| | | IN CASE NO. 05-2727 AND COUNTERCLAIMS FOR: (1) COPYRIGHT INFRINGEMENT; (2) VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT; (3) CONSPIRACY TO VIOLATE THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT; (4) MISAPPROPRIATE OF TRADE SECRETS; (5) BREACH OF CONTRACT; (6) INTENTIONAL INTERFERENCE WITH CONTRACT; (7) BREACH OF FIDUCIARY DUTY; (8) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY; (9) BREACH OF DUTY OF LOYALTY; (10) AIDING AND ABETTING BREACH OF DUTY OF LOYALTY; (11) CONVERSION; (12) UNFAIR COMPETITION; (13) DECLARATORY RELIEF | Answer and Counterclaims.pdf |
|---|---|---|---|
| 38. | 5/8/2007 | MATTEL INC.'S NOTICE OF MOTION; MOTION TO TRY ALL CLAIMS RELATED TO BRATZ OWNERSHIP IN PHASE ONE; AND MEMORANDUM OF POINTS AND AUTHORITIES | Dkt 0462 Mattel Motion to Try All Bratz Claims in Phase One.pdf |
| 39. | 6/20/2007 | BRYANT'S MEMORANDUM OF POINTS AND AUTHORITIES RE: THE PROPER SCOPE OF THE PHASE ONE TRIAL | Dkt 0543 Bryant Brief re Proper Scope of Phase One Trial.pdf |
| 40. | 6/20/2007 | MATTEL'S MEMORANDUM REGARDING TRIAL STRUCTURE | Dkt 0560 Mattel Memo Regarding Trial Structure.pdf |
| 41. | 6/20/2007 | MGA'S SUPPLEMENTAL BRIEF REGARDING CLAIMS TO BE TRIED IN PHASE ONE TRIAL | Dkt 0562 MGA Supp Brief re Claims to be Tried in Phase One.PDF |
| 42. | 6/25/2007 | MATTEL'S RESPONSE TO DEFENDANT'S MEMORANDA REGARDING TRIAL STRUCTURE | Dkt 0570 Mattel Response to Defendants Memo re Trial Structure.pdf |
| 43. | 7/2/2007 | COURT ORDER (1)GRANTING MATTEL'S MOTION RE TRIAL STRUCTURE (Docket Nos. 462 [CC 1169] 560 [CC 1339A]), (2)GRANTING IN PART AND DENYING IN PART MGA'S MOTION RE DISCOVERY MASTER'S MAY 15, 2007 ORDER, (3)GRANTING IN PART AND | Dkt 0608 Order re Trial Structure.pdf |

| | | DENYING IN PART MGA'S EX PARTE APPLICATION REGARDING DATE OF PRODUCTION OF DOCUMENTS, (4)DENYING MGA'S MOTION RE DISCOVERY MASTER'S MAY 16, 2007 ORDER RE MATTEL MOTION TO COMPEL 30(b)(6) WITNESSES, (5) DENYING THE PARTIES' ORAL REQUESTS FOR MODIFICATION OF PRETRIAL AND TRIAL DATES | |
|---|---|---|---|
| 44. | 7/2/2007 | MATTEL, INC.'S SECOND AMENDED ANSWER IN CASE NO. 05-2727 AND COUNTERCLAIMS VOLUME 1 - CONFIDENTIAL - FILED UNDER SEAL | Dkt 0653 Mattel 2d Amended Answer and Counter-Claims.pdf |
| 45. | 3/10/2008 | MATTEL, INC.'S [CORRECTED] NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES | Dkt 2603 Mattel Motion for Partial Summary Judgment.pdf |
| 46. | 3/24/2008 | BRYANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT | Dkt 2776 Bryant Opposition to Motion for Summary Judgment.pdf |
| 47. | 3/24/2008 | MGA PARTIES' MEM. OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT | Dkt 2784 MGA Opposition to Motion for Summary Judgment.pdf |
| 48. | 4/1/2008 | MATTEL INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT | Dkt 2952 Mattel Reply re Motion for Summary Judgment.pdf |
| 49. | 9/29/2008 | MATTEL INC.'S NOTICE OF MOTION AND MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS | Dkt 4303 Mattel Motion for Declaratory Judgment re Ownership in Bratz.pdf |
| 50. | 9/29/2008 | DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS | Dkt 4303-1 Naim Dec iso Motion for Declaratory Judgment.pdf |
| 51. | 10/13/2008 | MGA'S OPPOSITION TO MATTEL'S MOTION FOR DECLARATORY JUDGMENT OF OWNERSHIP OF BRATZ WORKS | Dkt 4350 MGA Oppositon to Mattel Motion for Declaratory Judgment.pdf |
| 52. | 12/22/2008 | MGA'S PARTIES' NOTICE OF | Dkt 4496 MGA Motion for |

| | | MOTION AND MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW FOR PHASES 1A AND 1B | Judgment as Matter of Law.pdf |
|---|---|---|---|
| 53. | 12/22/2008 | MATTEL, INC.'S NOTICE OF MOTION AND MOTION RE RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND CONDITIONAL RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED.R.CIV.P.50(A)L AND MEMORANDUM OF POINTS AND AUTHORITIES | Dkt 4498 Mattel Motion for judgment as Matter of Law.pdf |
| 54. | 12/29/2008 | MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF A RECEIVER FOR MGA OR ALTERNATIVE RELIEF | Dkt 4540 Matel Ex Parte for Appointment of Receiver.pdf |
| 55. | 12/30/2008 | MGA PARTIES' OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF RECEIVER OR FOR ALTERNATIVE RELIEF; FILED UNDER SEPARATE COVER: (2) DECLARATION OF JOHN WOOLARD IN SUPPORT THEREOF [UNDER SEAL] [CONFIDENTIAL-ATTORNEYS EYES ONLY FILED UNDER SEAL] | Dkt 4594 MGA Opposition to Mattel Ex Parte for Appointment of Receiver.pdf |
| 56. | 1/2/2009 | STATEMENT OF MGA PARTIES' PROPOSED MODIFICATIONS TO STAY OF DECEMBER 3 ORDERS | Dkt 4599 MGA Statement re Proposed Modifications to Stay Order.pdf |
| 57. | 12/31/2008 | REPLY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF A RECEIVER OR FOR ALTERNATIVE RELIEF [FILED UNDER SEAL-ATTORNEYS EYES ONLY] | Dkt 4600 Mattel Reply iso Ex Parte for Appointment of Receiver.pdf |
| 58. | 12/31/2008 | MGA PARTIES' CORRECTIONS TO THE OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR APPOINTMENT OF RECEIVER OR FOR ALTERNATIVE RELIEF; FILED UNDER SEPARATE COVER: (2) DECLARATION OF BRIAN WING IN SUPPORT THEREOF [UNDER SEAL] [CONFIDENTIAL-ATTORNEYS E | Dkt 4644 MGA Corrected Opposition to Mattel Ex Parte.pdf |
| 59. | 1/12/2009 | MATTEL'S OPPOSITION TO MGA'S RENEWED MOTION FOR PARTIAL | Dkt 4683 Mattel Oppositon to MGA Renewed Motion for |

| | | JUDGMENT AS A MATTER OF LAW FOR PHASES 1A AND 1B | Judgment as Matter of Law.pdf |
|---|---|---|---|
| 60. | 1/12/2009 | MGA'S OPPOSITION TO MATTEL'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW | Dkt 4685 MGA Opposition to Mattel Renewed Motion for Judgment as Matter of Law.pdf |
| 61. | 1/19/2009 | MGA'S REPLY IN FURTHER SUPPORT OF THEIR RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW | Dkt 4708 MGA Reply iso Motion for Judgment as Matter of Law.pdf |
| 62. | 1/19/2009 | MATTEL'S REPLY IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW | Dkt 4709 Mattel Reply iso Motion for Judgment as Matter of Law.pdf |
| 63. | 2/13/2009 | MEMORANDUM OF MATTEL, INC. REGARDING ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) AND PHASE 1 | Dkt 4835 Mattel Memo re Entry of Phase 1 Judgment.pdf |
| 64. | 2/13/2009 | MGA PARTIES' STATEMENT OF POSITION ON ENTRY OF FINAL JUDGMENT ON PHASE 1 | Dkt 4836 MGA Statement of Position re Entry of Phase 1 Judgment.pdf |
| 65. | 4/8/2009 | MATTEL'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 5153 Motion Motion for Leave to File 3rd Counter-Claim.pdf |
| 66. | 4/27/2009 | ORDER DENYING MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW | Dkt 5273 Order Denying Motions for Judgment as Matter of Law.pdf |
| 67. | 5/14/2009 | MATTEL, INC.'S BRIEF IN SUPPORT OF THE APPOINTMENT OF A PERMANENT RECEIVER [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 5478 Mattel Brief iso Appointment of Permanent Received.pdf |
| 68. | 5/22/2009 | MATTEL'S THIRD AMENDED ANSWER IN CASE NO. 05-2727 AND COUNTERCLAIMS - VOLUME 1 [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 5607 Mattel 3rd Amended Answer and Counter-Claims.pdf |
| 69. | 5/27/2009 | MGA PARTIES' STATEMENT OF POSITION REGARDING APPROPRIATE ESCROW OF BRATZ PROFITS | Dkt 5621 MGA Statement of Position re Escrow of Bratz Profits.pdf |
| 70. | 5/27/2009 | MATTEL, INC.'S MEMORANDUM REGARDING ESCROW OF BRATZ PROFITS [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 5630 Mattel Memo re Escrow of Bratz Profits.pdf |

| 71. | 5/29/2009 | MATTEL, INC.'S RESPONSE TO MGA PARTIES' STATEMENT OF POSITION REGARDING ESCROW OF BRATZ PROFITS [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 5654 Mattel Response to MGA Statement re Escrow of Bratz Profits.pdf |
|---|---|---|---|
| 72. | 5/29/2009 | MGA PARTIES' OPPOSITION TO MATTEL'S MEMORANDUM REGARDING ESCROW OF BRATZ PROFITS [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 5656 MGA Opposition to Mattel Memo re Escrow of Bratz Profits.pdf |
| 73. | 6/29/2009 | MGA PARTIES' ANSWER AND AFFIRMATIVE DEFENSES TO MATTEL, INC.'S THIRD AMENDED ANSWER AND COUNTERCLAIMS | Dkt 5798 MGA Answer to Mattel 3rd Amended Answer and Counter-Claims.pdf |
| 74. | 10/19/2009 | MOTIONS TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT [FILED UNDER SEAL] | Dkt 7051 MGA Motion to Vacate Recall.pdf |
| 75. | 10/29/2009 | MATTEL, INC.'S OPPOSITION TO THE MGA DEFENDANTS' MOTION TO VACATE RECALL PROVISIONS OF INJUNCTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 7097 Mattel Opposition to Motion to Vacate Recall.pdf |
| 76. | 11/2/2009 | REPLY BRIEF IN SUPPORT OF MOTION TO VACATE RECALL PROVISIONS OF INJECTION, OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS; MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT [CONFIDENTIAL - FILED UNDER SEAL] | Dkt 7209 MGA Reply iso Motion to Vacate Recall.pdf |
| 77. | 11/16/2009 | ORDER DENYING MOTION TO | Dkt 7243 Order Denying |

|  |  | VACATE RECALL PROVISIONS' OF INJUNCTION OR, IN THE ALTERNATIVE TO CLARIFY AND/OR MODIFY SUCH RECALL PROVISIONS'; GRANTING IN PART AND DENYING IN PART MOTION TO CLARIFY AND/OR LIMIT MONITOR'S AUTHORITY AS AN ADJUDICATIVE OFFICER OF THE COURT | Motion to Vacate Recall.pdf |
|---|---|---|---|
| 78. | 3/24/2010 | MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FOURTH AMENDED ANSWER AND COUNTERCLAIMS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF | Dkt 7675 Mattel Motion for Leave to File 4th Amended Counter-Claims.pdf |
| 79. | 4/12/2010 | MATTEL, INC.'S FOURTH AMENDED ANSWER IN CASE NO. 05-2727 AND COUNTERCLAIMS  FOR : 1. VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT; 2. CONSPIRACY TO VIOLATE THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT; 3. MISAPPROPRIATION (PUBLIC REDACTED) | Dkt 7714 Mattel 4th Amended Answer and Counter-Claims |
| 80. | 5/4/2010 | MATTEL, INC.'S NOTICE OF MOTION AND MOTION TO CONFIRM PENDENCY OF TRADE SECRET MISAPPROPRIATION CLAIM BASED ON THEFT OF BRATZ | Dkt 7801 Mattel Motion to Confirm Pendency of Bratz Trade Secret Claim.pdf |
| 81. | 5/12/2010 | MGA PARTIES' NOTICE OF CROSS-MOTION AND MOTION TO STRIKE AND OPPOSITION TO MATTEL'S "MOTION TO CONFIRM" PENDENCY OF TRADE SECRET MISAPPROPRIATION CLAIM BASED ON THEFT OF BRATZ AND CROSS-MOTION TO STRIKE ALLEGATIONS OF FAAC REGARDING SAME | Dkt 7850 MGA Motion to Strike and Opposition to Mattel Motion to Confirm.pdf |
| 82. | 5/13/2010 | ORDER DENYING MATTEL'S MOTION TO CONFIRM | Dkt 7853 Order Denying Motion to Confirm.pdf |
| 83. | 8/16/2010 | MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR ORDER CONFIRMING PENDENCY OF TRADE SECRET  MISAPPROPRIATION CLAIM | Dkt 8577 Mattel Motion for Order Confirming Pendency of Bratz Claim.pdf |

| | | BASED ON THEFT OF BRATZ | |
|---|---|---|---|
| 84. | 8/23/2010 | MGA PARTIES' OPPOSITION TO MATTEL'S MOTION FOR ORDER CONFIRMING PENDENCY OF TRADE SECRET MISAPPROPRIATION CLAIM BASED ON THEFT OF BRATZ | Dkt 8634 MGA Opposition to Mattel Motion for Order Confirming.pdf |
| 85. | 8/30/2010 | MATTEL, INC.'S REPLY IN SUPPORT OF MOTION FOR ORDER CONFIRMING PENDENCY OF TRADE SECRET MISAPPROPRIATION CLAIM BASED ON THEFT OF BRATZ | Dkt 8662 Mattel Reply re Motion for Order Confirming.pdf |
| 86. | 9/4/2010 | ORDER GRANTING MOTION TO CONFIRM | Dkt 8705 Order Granting Motion to Confirm.pdf |
| 87. | 10/12/2010 | MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION [CONFIDENTIAL - ATTORNEYS' EYES ONLY] | Dkt 9084 MGA Motion for Summary Judgment.pdf |
| 88. | 11/4/2010 | MATTEL, INC.'S CORRECTED OPPOSITION TO THE MGA PARTIES' MOTION FOR SUMMARY JUDGMENT IN 05-2727 ACTION [CONFIDENTIAL ATTORNEYS' EYES ONLY] | Dkt 9231 Mattel Corrected Opposition to Motion for Summary Judgment.pdf |
| 89. | 11/8/2010 | MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | Dkt 9250 MGA Reply iso Summary Judgment.pdf |

Hearing Transcripts

| | Date | Title | File Name |
|---|---|---|---|
| 90. | 11/10/2008 | Hearing before Stephen G. Larson | Hearing 2008-11-10.pdf |
| 91. | 1/5/2009 | Hearing before Stephen G. Larson | Hearing 2009-01-05 Under Seal.pdf |
| 92. | 2/11/2009 | Hearing before Stephen G. Larson | Hearing 2009-02-11.pdf |
| 93. | 3/4/2009 | Hearing before Robert C. O'Brien | Hearing 2009-03-04.pdf |
| 94. | 3/19/2009 | Hearing before Robert C. O'Brien | Hearing 2009-03-19.pdf |
| 95. | 5/18/2009 | Hearing before Stephen G. Larson | Hearing 2009-05-18.pdf |
| 96. | 6/15/2009 | Hearing before Stephen G. Larson | Hearing 2009-06-15.pdf |
| 97. | 8/27/2009 | Hearing before Robert C. O'Brien | Hearing 2009-08-27.pdf |
| 98. | 9/22/2009 | Hearing before Stephen G. Larson | Hearing 2009-09-22 In Chambers Under Seal TS.pdf |
| 99. | 10/13/2009 | Hearing before Court-Appointed Monitor | Hearing 2009-10-13 Attorneys Eyes Only.pdf |
| 100. | 11/9/2009 | Hearing before David O. Carter | Hearing 2009-11-09 Unsealed.pdf |
| 101. | 3/10/2010 | Hearing before David O. Carter | Hearing 2010-03-10 [Vol 3].pdf |

| 102. | 5/28/2010 | Hearing before David O. Carter | Hearing 2010-05-28 [Vol 1].pdf |
| 103. | 9/1/2010 | Hearing before David O. Carter | Hearing 2010-09-01 [Vol.2].pdf |
| 104. | 9/2/2010 | Hearing before David O. Carter | Hearing 2010-09-02.pdf |
| 105. | 11/16/2010 | Hearing before David O. Carter | Hearing 2010-11-16 [Vo 1].pdf |
| 106. | 11/17/2010 | Hearing before David O. Carter | Hearing 2010-11-17 [Vol 2].pdf |
| 107. | 12/20/2010 | Hearing before David O. Carter | Hearing 2010-12-20 [Vol 3].pdf |
| 108. | 2/21/2010 | Hearing before David O. Carter | Hearing 2011-02-21.pdf |