QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>        Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING OF EXPERT REPORTS OF MICHAEL J. WAGNER**<br><br>Discovery Cutoff:   October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial:              January 18, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's direction, Mattel, Inc. hereby lodges under seal the following in both electronic and paper format:

1. Corrected Expert Report of Michael J. Wagner, dated Nov. 12, 2010
2. Corrected Expert Report of Michael J. Wagner, dated Nov. 12, 2010 (Redlined)
3. Supplemental Expert Report of Michael J. Wagner, dated Dec. 24, 2010
4. Supplemental Expert Report of Michael J. Wagner, dated Dec. 24, 2010 (Redlined)
5. Second Supplemental Expert Report of Michael J. Wagner, dated Feb. 7, 2011
6. Third Supplemental Expert Report of Michael J. Wagner, dated Feb. 20, 2011

DATED: March 2, 2011	QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *[signature]*

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.