# APPENDIX

# [MGA PARTIES' PROPOSED JURY INSTRUCTION]

## COPYRIGHT—AFFIRMATIVE DEFENSE—BONA FIDE PURCHASER

Both Mattel and MGA claim that Bryant transferred ownership of the copyrighted works to it. Mattel contends that it took ownership through an earlier transfer. MGA contends that it took ownership through a later transfer but was a bona fide purchaser for value. MGA's later transfer takes priority if MGA was a bona fide purchaser for value and if MGA recorded its transfer first in such a manner required to give constructive notice to Mattel.

Bona Fide Purchaser: MGA was a bona fide purchaser for value if it received the works from Carter Bryant in good faith, for valuable consideration or on the basis of a binding promise to pay royalties, so long as it did not have notice of the earlier transfer to Mattel.

Constructive Notice: To prove that MGA filed a document in the Copyright Office before Mattel that gives constructive notice of MGA's rights, MGA must prove that:

1. the document filed with the Register of Copyrights, or material attached to it, specifically identifies the work to which it pertains so that, after the document is indexed by the Register of Copyrights, it would be revealed by a reasonable search under the title or registration number of the work; and

2. registration has been made for the work.

If you find that MGA has proven each of the elements above, you must find in favor of MGA on the issue of copyright infringement.

**Authority:** 17 U.S.C. § 205(d); 17 U.S.C. § 205(c).