ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF MGA PARTIES' MOTION FOR RECONSIDERATION OF THE COURT'S SUMMARY JUDGMENT RULING REGARDING MGA'S SECTION 205(D) DEFENSE**<br><br>Trial Date: January 18, 2011 |

I, Diana M. Rutowski, declare as follows:

1.     I am a member of the Bar of the State of California and admitted to practice before this Court, and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Phase 2 to MGA Entertainment, Inc. ("MGAE"), MGA Entertainment HK, Ltd. ("MGA HK"), MGAE De Mexico, S.R.L. De C.V. ("MGAE Mexico"), and Isaac Larian (collectively, the "MGA Parties").  I make this declaration in support of the MGA Parties' Motion for Reconsideration of the Court's Summary Judgment Ruling Regarding MGA's Section 205(D) Defense.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to such facts under oath.

2.     Attached hereto as **Exhibit A** is a true and correct copy of a printout of results from a search run on the Public Catalog of the United States Copyright Office website (www.copyright.gov) for the keywords "carter bryant" setting the search limit date range as between 2001 to 2004.  The Copyright Numbers for the Bryant Bratz drawings registered by MGA (VA 1-218-491, VA 1-218-490, VA 1-218-489, VA 1-218-488, VA-1-218-487) appear at lines 11 through 15 of this results printout.  This document has been stamped as TX 35959.

3.     Attached hereto as **Exhibit B** is a true and correct copy of a printout of results from a search run on the Public Catalog of the United States Copyright Office website (www.copyright.gov) for the keyword "mga" setting the search limit date range as between 2001 to 2004.  The Copyright Numbers for the Bryant Bratz drawings registered by MGA (VA 1-218-491, VA 1-218-490, VA 1-218-489, VA 1-218-488, VA-1-218-487) appear at lines 61 through 63 and 41-42, respectively, of this results printout.  This document has been stamped as TX 35962.

4.     Attached hereto as **Exhibit C** is a true and correct copy of a printout of results from a search run on the Public Catalog of the United States Copyright Office website (www.copyright.gov) for the keyword "yasmin" setting the search limit date range as between 2001 to 2004.  The Copyright Number for the Yasmin

drawing registered by MGA (VA 1-218-491) appears at line 62 of this results printout. This document has been stamped as TX 35964.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a printout of results from a search run on the Public Catalog of the United States Copyright Office website (www.copyright.gov) for the keyword "cloe" setting the search limit date range as between 2001 to 2004. The Copyright Number for the Sasha drawing registered by MGA (VA 1-218-490) appears at line 22 of this results printout. This document has been stamped as TX 35960.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a printout of results from a search run on the Public Catalog of the United States Copyright Office website (www.copyright.gov) for the keyword "bratz" setting the search limit date range as between 2001 to 2004. The Copyright Number for the Bryant Bratz group drawing registered by MGA (VA 1-218-489) appears at line 51 of this results printout. This document has been stamped as TX 35958.

7.      Attached hereto as **Exhibit F** is a true and correct copy of a printout of results from a search run on the Public Catalog of the United States Copyright Office website (www.copyright.gov) for the keyword "sasha" setting the search limit date range as between 2001 to 2004. The Copyright Number for the Sasha drawing registered by MGA (VA 1-218-488) appears at line 231 of this results printout. This document has been stamped as TX 35963.

8.      Attached hereto as **Exhibit G** is a true and correct copy of a printout of results from a search run on the Public Catalog of the United States Copyright Office website (www.copyright.gov) for the keyword "jade" setting the search limit date range as between 2001 to 2004. The Copyright Number for the Jade drawing registered by MGA (VA 1-218-487) appears at line 773 of this results printout. This document has been stamped as TX 35961.

9.      Attached hereto as **Exhibit H** is a true and correct copy of a printout of the record corresponding to VA 1-218-491 for a work titled "Yasmin" from the

Public Catalog of the United States Copyright Office website (www.copyright.gov). This record indicates that the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant, the Date of Creation is 1998, and the Date of Publication is in 2001.  This document has been stamped as TX 35969.

10.    Attached hereto as **Exhibit I** is a true and correct copy of a printout of the record corresponding to VA 1-218-490 for a work titled "Cloe" from the Public Catalog of the United States Copyright Office website (www.copyright.gov).  This record indicates that the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant, the Date of Creation is 1998, and the Date of Publication is in 2001.  This document has been stamped as TX 35968.

11.    Attached hereto as **Exhibit J** is a true and correct copy of a printout of the record corresponding to VA 1-218-489 for a work titled "Bratz group drawing" from the Public Catalog of the United States Copyright Office website (www.copyright.gov).  This record indicates that the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant, the Date of Creation is 1998, and the Date of Publication is in 2001.  This document has been stamped as TX 35967.

12.    Attached hereto as **Exhibit K** is a true and correct copy of a printout of the record corresponding to VA 1-218-488 for a work titled "Sasha" from the Public Catalog of the United States Copyright Office website (www.copyright.gov). This record indicates that the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant, the Date of Creation is 1998, and the Date of Publication is in 2001.  This document has been stamped as TX 35966.

13.    Attached hereto as **Exhibit L** is a true and correct copy of a printout of the record corresponding to VA 1-218-487 for a work titled "Jade" from the Public Catalog of the United States Copyright Office website (www.copyright.gov).  This record indicates that the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant, the Date of Creation is 1998, and the Date of Publication is in 2001.  This document has been stamped as TX 35965.

1        14.    Attached hereto as **Exhibit M** is a true and correct copy of a document

2    produced by MGA marked MGA2 3938491-MGA2 3938500.  This document has

3    been stamped as TX 27506.

4        I declare under penalty of perjury that the foregoing is true and correct

5    and that this Declaration was hereby executed on March 4, 2011 at Irvine,

6    California.

7

8                    */s/ Diana M. Rutowski*
                Diana M. Rutowski

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28