# Exhibit A



# Public Catalog

Copyright Catalog (1978 to present)  
Search Request: Keyword = carter bryant  
Search Results: Displaying 1 through 100 of 8793 entries.



1 101 201 301 401 501 ... 8701

Resort results by: Relevance

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | ■■■■■ | Yasmin : a.k.a. Yasmin drawing / Drawing. By Carter Bryant. DCR 1998. VA 1-218-491 (2003) | V3510D557 | 2004 |
| [ 2 ] | ■■■■■ | Cloe : a.k.a. Cloe drawing / Drawing. By Carter Bryant. DCR 1998. VA 1-218-490 (2003) | V3510D557 | 2004 |
| [ 3 ] | ■■■■■ | Bratz group drawing; drawing / By Carter Bryant. DCR 1998. VA 1-218-489 (2003) | V3510D557 | 2004 |
| [ 4 ] | ■■■■■ | Sasha; drawing / By Carter Bryant. DCR 1998. VA 1-218-488 (2003) | V3510D557 | 2004 |
| [ 5 ] | ■■■■■ | Jade; drawing / By Carter Bryant. DCR 1998. VA 1-218-487 (2003) | V3510D557 | 2004 |
| [ 6 ] | ■■■■■ | Pure sonic intoxication ; Feelin' low ; Don't let me stay ... [et al.] / Crimson Phoenix. | SR0000335112 | 2003 |
| [ 7 ] | ■■■■■ | Cloe drawing. By Carter Bryant. | VA0001301531 | 2003 |
| [ 8 ] | ■■■■■ | Sasha drawing. By Carter Bryant. | VA0001301530 | 2003 |
| [ 9 ] | ■■■■■ | Jade drawing. By Carter Bryant. | VA0001301529 | 2003 |
| [ 10 ] | ■■■■■ | Bratz group drawing. By Carter Bryant. | VA0001301528 | 2003 |
| [ 11 ] | ■■■■ | Yasmin. | VA0001218491 | 2001 |
| [ 12 ] | ■■■■ | Cloe. | VA0001218490 | 2001 |
| [ 13 ] | ■■■■ | Bratz group drawing. | VA0001218489 | 2001 |
| [ 14 ] | ■■■■ | Sasha. | VA0001218488 | 2001 |
| [ 15 ] | ■■■■ | Jade. | VA0001218487 | 2001 |
| [ 16 ] | ■■■■ | Drawing of doll : no. 12. | VA0001378660 | 2001 |
| [ 17 ] | ■■■■ | Drawing of doll : no. 11. | VA0001378659 | 2001 |
| [ 18 ] | ■■■■ | Drawing of doll : no. 10. | VA0001378658 | 2001 |
| [ 19 ] | ■■■■ | Drawing of doll : no. 9. | VA0001378657 | 2001 |
| [ 20 ] | ■■■■ | Drawing of doll : no. 8. | VA0001378656 | 2001 |
| [ 21 ] | ■■■■ | Drawing of doll : no. 7. | VA0001378655 | 2001 |

| | | | | |
|---|---|---|---|---|
| [ 22 ] | ▮▮▮▮ | Drawing of doll : no. 6. | VA0001378654 | 2001 |
| [ 23 ] | ▮▮▮▮ | Drawing of doll : no. 5. | VA0001378653 | 2001 |
| [ 24 ] | ▮▮▮▮ | Drawing of doll : no. 4. | VA0001378652 | 2001 |
| [ 25 ] | ▮▮▮▮ | Drawing of doll : no. 3. | VA0001378651 | 2001 |
| [ 26 ] | ▮▮▮▮ | Group drawing of dolls. | VA0001378650 | 2001 |
| [ 27 ] | ▮▮▮▮ | Drawing of doll : no. 2. | VA0001378649 | 2001 |
| [ 28 ] | ▮▮▮▮ | Drawing of doll : no. 1. | VA0001378648 | 2001 |
| [ 29 ] | ▮▮▮▮ | No one to love at Christmas / Written by Bryant & Carter. | V3499D951 | 2003 |
| [ 30 ] | ▮▮▮ | You flopped when you got me alone / Written by Carter, Bryant & Bryant. | V3499D935 | 2003 |
| [ 31 ] | ▮▮▮ | Home fries / Written by Rusty Bryant & Jimmy Carter. RE 779-667. | V3520D117 | 2004 |
| [ 32 ] | ▮▮▮ | No one to love at Christmas / By Doc Bryant & Everett Carter. | V3491D136 | 2002 |
| [ 33 ] | ▮▮▮ | You flopped when you got me alone / By Boudleaux Bryant, Felice Bryant & June Carter. | V3491D103 | 2002 |
| [ 34 ] | ▮ | Do I need you? | RE0000854858 | 2001 |
| [ 35 ] | ▮ | Run, run, run. | RE0000854857 | 2001 |
| [ 36 ] | ▮ | Maturing of Tami Bryant : the travails of two runaway teenage girls / by Jermon L. Carter ; ill. by Jermon L. Carter, Jr. | TX0005941171 | 2004 |
| [ 37 ] | ▮ | Live at Sandy's (w/Arnett Cobb, Buddy Tate, Ray Bryant, etc.) Artist: Eddie "Cleanhead" Vinson / No. 5208. | V3466D421 | 2001 |
| [ 38 ] | ▮ | Live at Sandy's (w/"Cleanhead" Vinson, Ray Bryant, etc.) Artist: Arnett Cobb / No. 5191. | V3466D421 | 2001 |
| [ 39 ] | ▮ | Sword of Gideon / By Chris Bryant. PAu 825-645. | V3465D885 | 2001 |
| [ 40 ] | ▮ | Real sports with Bryant Gumbel, no. 35 (2000 season) By Sonja Steptoe, employee-for-hire of Home Box Office, a division of Time Warner Entertainment Company, LP / For use in program, Real sports with Bryant Gumbel, no. 35 (2000 season) | V3465D645 | 2001 |
| [ 41 ] | ▮ | Real sports with Bryant Gumbel / By Armen Keteyian, employee-for-hire of Lights Out Productions, LLC, as a work-made-for-hire of Home Box Office, a division of Time Warner Entertainment Company, LP. For use in proposed television program, Real sports with | V3465D644 | 2001 |
| [ 42 ] | ▮ | House nigga intro / By Marvin Gaye, Anthony Richard, Theodore Moye, Bryant Person, Craig Smith. | V3465D491 | 2001 |
| [ 43 ] | ▮ | Land 69 & 33 other titles; musical compositions. | V3465D482 | 2001 |
| [ 44 ] | ▮ | Real sports with Bryant Gumbel; proposed program / By Derek McGinty, as an employee for hire of Home Box Office, a division of Time Warner Entertainment Company, LP. | V3465D218 | 2001 |
| [ 45 ] | ▮ | Crisis and the renewal of creation : church and the world in the age of ecology / Compiled & edited by Jeffrey Golliher & William Bryant Logan. DCR 1996. TX 4-216-202 (1996) | V3464D336 | 2001 |
| [ 46 ] | ▮ | 29 again / Co-writers, Dave Berg & Deanna Bryant. | V3464D216 | 2001 |
| [ 47 ] | ▮ | You don't know me / Co-composers: Rodney Jerkins, Sean Bryant, Fred Jerkins 3rd & Japhe Tejeda. | V3464D196 | 2001 |
| [ 48 ] | ▮ | Always / Co-composers: Rodney Jerkins, Lashawn Bryant & Genoveese. | V3464D196 | 2001 |
| [ 49 ] | ▮ | Game tight / By Franklin, Trujillo, McCarver & Bryant. PA 929-019 (1999) | V3463D997 | 2001 |

| | | | | |
|---|---|---|---|---|
| [ 50 ] | | Buzzin' / By Franklin, Trujillo, King & Bryant. PA 929-021 (1999) | V3463D997 | 2001 |
| [ 51 ] | | Raza Park / By Franklin, Trujillo & Bryant. PA 929-020 (1999) | V3463D997 | 2001 |
| [ 52 ] | | Giving thing / Composed by Larry Bryant & Lowell Alexander. | V3470D615 | 2001 |
| [ 53 ] | | You be the judge / Composed by Billy Simon & John Bryant Cox. | V3470D614 | 2001 |
| [ 54 ] | | Shooting star / By Larry Bryant & Lowell Alexander. | V3470D613 | 2001 |
| [ 55 ] | | Second chance / By Larry Bryant, Lowell Alexander & Merrill Farnsworth. | V3470D613 | 2001 |
| [ 56 ] | | Mighty good mighty fine / By Larry Bryant. | V3470D612 | 2001 |
| [ 57 ] | | High water / By Larry Bryant. | V3470D611 | 2001 |
| [ 58 ] | | Greatest stories / By Larry Bryant & Lesa Bryant. | V3470D611 | 2001 |
| [ 59 ] | | Good to know / By Larry Bryant & Lowell Alexander. | V3470D611 | 2001 |
| [ 60 ] | | Giving thing / By Larry Bryant & Lowell Alexander. | V3470D611 | 2001 |
| [ 61 ] | | Long way back to love / Co-composers, Deanna Bryant & Danny Orton. | V3470D216 | 2001 |
| [ 62 ] | | Down time / Co-composer, Deanna Bryant. | V3470D216 | 2001 |
| [ 63 ] | | Simple / Co-writer, Ray Bryant. Additional title: Fast twist. RE 455-273 (1985) | V3469D826 | 2001 |
| [ 64 ] | | Dominican girdles / Co-writers: Dana Bryant & Jonathan Maron. | V3467D788 | 2001 |
| [ 65 ] | | Real sports with Bryant Gumbel; proposed television program / By Bernard Goldberg, employee of Medium Cool Communications, Inc., as a work made for hire for Home Box Office, a division of Time Warner Entertainment Company, LP. | V3467D313 | 2001 |
| [ 66 ] | | Live at Sandy's (w/Buddy Tate, Eddie Vinson, Ray Bryant, etc.) Artist: Arnett Cobb / No. 5558. | V3466D421 | 2001 |
| [ 67 ] | | Hard blowin' (w/Ray Bryant, George Duvivier, Alan Dawson) Artist: Buddy Tate / No. 5249. | V3466D421 | 2001 |
| [ 68 ] | | I thought wrong / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 69 ] | | House of wisdom / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 70 ] | | Hear my prayer / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 71 ] | | He will not leave you / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 72 ] | | Greatest stories / Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 73 ] | | Grace of God / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 74 ] | | God of all comfort / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 75 ] | | God hears me / Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 76 ] | | Do you remember Christmas? Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 77 ] | | Days of mourning (shall be ended) / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 78 ] | | Before myself was me / Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 79 ] | | Station / Composed by Larry Bryant & Lowell Alexander. | V3470D617 | 2001 |
| [ 80 ] | | Shooting star / Composed by Larry Bryant & Lowell Alexander. | V3470D617 | 2001 |
| [ 81 ] | | Second chance / Composed by Larry Bryant, Lowell Alexander & Merrill Farnsworth. | V3470D616 | 2001 |
| [ 82 ] | | Music of God / Composed by Larry Bryant & Lowell Alexander. | V3470D616 | 2001 |
| [ 83 ] | | Good to know / Composed by Larry Bryant & Lowell Alexander. | V3470D615 | 2001 |

| | | Title | Number | Year |
|---|---|---|---|---|
| [ 84 ] | | Real sports with Bryant Gumbel (2001 television season); television program series / By Derek McGinty, employee for hire of Home Box Office, a division of Time Warner Entertainment Company, LP. | V3470D932 | 2001 |
| [ 85 ] | | You remind me / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 86 ] | | To Jesus be / Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 87 ] | | To God our Saviour / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 88 ] | | Strong for you / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 89 ] | | Station / Composed by Larry Bryant & Lowell Alexander. | V3470D618 | 2001 |
| [ 90 ] | | Savin' him for a rainy day / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 91 ] | | Righteous man indeed / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 92 ] | | Praise God with all of me / Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 93 ] | | Music of God / Composed by Larry Bryant & Lowell Alexander. | V3470D618 | 2001 |
| [ 94 ] | | Montana Christmas Eve / Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 95 ] | | Miracle in Bethlehem / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 96 ] | | Mighty! Mighty! Mighty! Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 97 ] | | Midnight ball / Composed by Larry Bryant & Lesa Bryant. | V3470D618 | 2001 |
| [ 98 ] | | Man who hung the moon / Composed by Larry Bryant. | V3470D618 | 2001 |
| [ 99 ] | | Love and history / Composed by Geoff Thurman & Larry Bryant. | V3470D618 | 2001 |
| [ 100 ] | | I mean it / By R. Scott Bryant, Todd Stewart Wolfe & Jon Chalden. DCR 1997. PAu 2-443-570 (1999) | V3478D377 | 2002 |

**Resort results by:** Relevance

[Set Search Limits]

[Clear Selected]  [Retain Selected]

[previous]  1 101 201 301 401 501 ... 8701  [next]

### Save, Print and Email (Help Page)

| Records | Select Format: Full Record  [Format for Print/Save] |
|---|---|
| ☐ All on Page  ☑ Selected On Page  ☐ Selected all Pages | Enter your email address: [_____] [Email] |

Search for: carter bryant    Search by: Keyword    ☐ Item type

100 records per page

[Submit]  [Reset]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi