# Exhibit B



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = mga
Search Results: Displaying 1 through 86 of 86 entries.



Resort results by: Relevance 

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | | Bratz; animated motion picture, screenplay & script dated 28Aug03 / Script written by Meg Martin & Norah Pierson. | V3512D633 | 2004 |
| [ 2 ] | | Bratz & 17 other titles. | V3510D557 | 2004 |
| [ 3 ] | | MeGA link / TX 4-287-918. | V3489D867 | 2002 |
| [ 4 ] | | MGA://net computer software, version 2.0 / TX 5-078-987. | V3477D978 | 2002 |
| [ 5 ] | | Mountain goat no. 364. MGA / VAu 481-710. | V3463D281 | 2001 |
| [ 6 ] | | Mountain goat no. 356 MGA / VAu-571. | V3463D281 | 2001 |
| [ 7 ] | | Bratz, the video starrin' & stylin'. | PAu002851356 | 2004 |
| [ 8 ] | | Sins of my father : Ang mga kasalanan ng aking ama. | PAu002651424 | 2002 |
| [ 9 ] | | How I do / Res. | SR0000298489 | 2001 |
| [ 10 ] | | Sa piling ng mga belyas. | PA0001201595 | 2003 |
| [ 11 ] | | Mga batang lansangan ngayon. | PA0001102809 | 2002 |
| [ 12 ] | | Sasha : hip-hop hot. | TX0005796439 | 2003 |
| [ 13 ] | | Cloe : angel with attitude. | TX0005796438 | 2003 |
| [ 14 ] | | Ngadto sa Mga Batan-ong Lalaki Lamang / Boyd K. Packer. | TX0005519810 | 2002 |
| [ 15 ] | | Hangin' with the lil' bratz. | TX0006074648 | 2004 |
| [ 16 ] | | Bikin' with the boyz. | TX0006074647 | 2004 |
| [ 17 ] | | Bratz Boy : Boardin' with the Boyz | TX0006064533 | 2004 |
| [ 18 ] | | Makin it up! | TX0006033433 | 2004 |
| [ 19 ] | | Fairy Princess Frolique sweet surprises / by Megan E. Bryant ; illustrated by Pat Giles. | TX0006031812 | 2004 |
| [ 20 ] | | Lil Bratz : school time style. | TX0006031396 | 2004 |
| [ 21 ] | | Model friendship / by Nancy Krulik. | TX0005919222 | 2004 |
| [ 22 ] | | Keepin' it real! : a novel / by Yasmin with Charles O'Connor. | TX0005919221 | 2004 |

| | | | | |
|---|---|---|---|---|
| [ 23 ] | | Love is in the air : Valentine's Day stories from the Bratz! | TX0005906825 | 2003 |
| [ 24 ] | | Bratz party perfection! : the Bratz party handbook. | TX0005906757 | 2003 |
| [ 25 ] | | Mga tinedyer at ang HIV at iba pang mga STD nasa panganib? Magpa-test! | TX0005894891 | 2003 |
| [ 26 ] | | Jade : xtreme kool! | TX0005875431 | 2003 |
| [ 27 ] | | BRATZ holiday shoppin' spree : a guide to totally hot shoppin'. | TX0005817268 | 2003 |
| [ 28 ] | | Yasmin : the princess rules. | TX0005796443 | 2003 |
| [ 29 ] | | Stylin' salon 'n' spa. | TX0005796441 | 2003 |
| [ 30 ] | | Stylin' slumber party. | TX0005796440 | 2003 |
| [ 31 ] | | Dancin' divas. | TX0006096897 | 2004 |
| [ 32 ] | | Bratz vs. boyz. | TX0006096895 | 2004 |
| [ 33 ] | | Room redo! : sticker stories. | TX0006096133 | 2004 |
| [ 34 ] | | Fairy Princess Pyxis : Fairyflies / by Megan E. Bryant ; illustrated by Artful Dodgers. | TX0006081125 | 2004 |
| [ 35 ] | | Lil' bratz : friends 4-ever. | TX0006074649 | 2004 |
| [ 36 ] | | Bratz boyz doll sculpture (male) | VAu000550696 | 2002 |
| [ 37 ] | | Mga bulaklak at prutas / ni Renee Renouf ; mga larawan ni Tomas Concepcion ; pagsasalin sa Tagalog ni Gregorio Francisco. | TXu001215819 | 2004 |
| [ 38 ] | | Fruits et les floraisons / Renee Renouf ; ill. Tomas Concepcion ; traduction Pamela Gay. | TXu001215818 | 2004 |
| [ 39 ] | | Fiori e Frutta / di Renee Renouf ; traduzione di Diane DePisa. | TXu001179950 | 2004 |
| [ 40 ] | | Beaded word--life of Christ : beads expressing God's truth MGA. | TXu001169383 | 2004 |
| [ 41 ] | | Sasha. | VA0001218488 | 2001 |
| [ 42 ] | | Jade. | VA0001218487 | 2001 |
| [ 43 ] | | Bratz doll sculpture (female) | VA0001148305 | 2001 |
| [ 44 ] | | Yasmin doll configuration, accessories and packaging. | VA0001090290 | 2001 |
| [ 45 ] | | Cloe doll configuration, accessories and packaging. | VA0001090289 | 2001 |
| [ 46 ] | | Sasha doll configuration, accessories and packaging. | VA0001090288 | 2001 |
| [ 47 ] | | Jade doll configuration, accessories and packaging. | VA0001090287 | 2001 |
| [ 48 ] | | Sasha doll configuration, accessories and packaging. By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301534 | 2001 |
| [ 49 ] | | Jade doll configuration, accessories and packaging. By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301533 | 2001 |
| [ 50 ] | | Yasmin drawing. | VA0001301532 | 2003 |
| [ 51 ] | | Cloe drawing. By Carter Bryant. | VA0001301531 | 2003 |
| [ 52 ] | | Sasha drawing. By Carter Bryant. | VA0001301530 | 2003 |
| [ 53 ] | | Jade drawing. By Carter Bryant. | VA0001301529 | 2003 |
| [ 54 ] | | Bratz group drawing. By Carter Bryant. | VA0001301528 | 2003 |
| [ 55 ] | | Alien racers fall 05 style guide. | VA0001297404 | 2004 |
| [ 56 ] | | 4-ever best friends fall 05 style guide. | VA0001297403 | 2004 |
| [ 57 ] | | Bratz dolls style guide : suppl. fall 03-winter 04. | VA0001244684 | 2003 |
| [ 58 ] | | Palos verdes : job no. 3511. | VA0001235961 | 2002 |
| [ 59 ] | | Bratz : a stylin' guide to the Bratz Pack. | VA0001233273 | 2004 |

| | | | | |
|---|---|---|---|---|
| ☐ | [ 60 ] | Bratz stylin' send-its! : A book with 32 postcards! | VA0001233104 | 2003 |
| ☐ | [ 61 ] | Yasmin. | VA0001218491 | 2001 |
| ☐ | [ 62 ] | Cloe. | VA0001218490 | 2001 |
| ☐ | [ 63 ] | Bratz group drawing. | VA0001218489 | 2001 |
| ☐ | [ 64 ] | Bratz Babyz (Cloe-Sasha-Yasmin-Jade) | VA0001323022 | 2004 |
| ☐ | [ 65 ] | Bratz Boyz sculpt : version 2. | VA0001323021 | 2003 |
| ☐ | [ 66 ] | Land sea R/C vehicles (blue-camouflage) | VA0001323020 | 2002 |
| ☐ | [ 67 ] | Shadow shifter vehicles (X-19 Infiltrator-Sea prowler 99) | VA0001323019 | 2004 |
| ☐ | [ 68 ] | Tarantula vehicles (Ascendor EKO-05-Quadtrax MG-A1) | VA0001323018 | 2004 |
| ☐ | [ 69 ] | Bratz Boyz sculpts. | VA0001315647 | 2002 |
| ☐ | [ 70 ] | Bratz Petz Foxz--soft toys, accessories, packaging & configuration. | VA0001315646 | 2004 |
| ☐ | [ 71 ] | Bratz Petz Dogz--soft toys, accessories, packaging & configuration. | VA0001315645 | 2004 |
| ☐ | [ 72 ] | Bratz petz catz .... | VA0001301538 | 2003 |
| ☐ | [ 73 ] | Bratz doll sculpture (female) By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301537 | 2002 |
| ☐ | [ 74 ] | Yasmin doll configuration, accessories and packaging. By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301536 | 2001 |
| ☐ | [ 75 ] | Cloe doll configuration, accessories and packaging. By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301535 | 2001 |
| ☐ | [ 76 ] | Bratz Babyz Motor-Bike ; Bratz Babyz Carriage Cruiser. | VA0001334537 | 2004 |
| ☐ | [ 77 ] | Bratz petz foxz soft toys, accessories, packaging & configuration. | VA0001326746 | 2004 |
| ☐ | [ 78 ] | Bratz petz dogz soft toys, accessories, packaging & configuration. | VA0001326745 | 2004 |
| ☐ | [ 79 ] | Alien racers R/C vehicles (Gnarl-G'rog-Skrash-Ultrox) | VA0001325096 | 2004 |
| ☐ | [ 80 ] | Alien racers action figures-series one (Gnarl-G'rog-Skrash-Ultrox) | VA0001325095 | 2004 |
| ☐ | [ 81 ] | Bratz Boyz dolls--configuration, packaging & accessories : version 1, Cameron, Dylan. | VA0001323035 | 2002 |
| ☐ | [ 82 ] | Bratz Babyz playsets (8-Ball Blitz, Chill-Out-Lounge-Earrings 'N' Things) | VA0001323023 | 2004 |
| ☐ | [ 83 ] | 5-sies dolls & accessories : item no. 276777. | VA0001351735 | 2004 |
| ☐ | [ 84 ] | Land sea R/C vehicles (27MHz-49MHz) : item 265986 & 265993. | VA0001339145 | 2003 |
| ☐ | [ 85 ] | Bratz funky fashion makeover. | VA0001337266 | 2002 |
| ☐ | [ 86 ] | Land Air R/C. | VA0001334539 | 2003 |

Resort results by: Relevance

[Set Search Limits]

[Clear Selected]  [Retain Selected]



| Save, Print and Email (Help Page) | |
|---|---|
| Records | Select Format: Full Record  [Format for Print/Save] |

MGA2 3943303

TX 35962-00003
Exhibit B, Page 11

☐ All on Page
☒ Selected On Page
☐ Selected all Pages

Enter your email address: [_____] [Email]

Search for: [mga]   Search by: Keyword                                    · Item type
[100 records per page ▾]                         [Submit] [Reset]

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=mga&Search_Code=FT*&SL=None&PI...

MGA2 3943304
TX 35962-00004
Exhibit B, Page 12