# Exhibit C



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = yasmin
Search Results: Displaying 1 through 67 of 67 entries.



Resort results by: Relevance 

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] |  | Yasmin : a.k.a. Yasmin drawing / Drawing. By Carter Bryant. DCR 1998. VA 1-218-491 (2003) | V3510D557 | 2004 |
| [ 2 ] |  | Yasmin doll configuration, accessorries and packaging; sculpture / DCR 2000. VA 1-090-290 (2001) | V3510D557 | 2004 |
| [ 3 ] |  | Yasmin / By Reynaldo Flores. | V3490D272 | 2002 |
| [ 4 ] |  | Yasmin / By Reyanoldo Flores. | V3490D271 | 2002 |
| [ 5 ] |  | Carole King is alien; screenplay for film. | V3480D857 | 2002 |
| [ 6 ] |  | Carole King is an alien / By Yasmin Boland. | V3480D856 | 2002 |
| [ 7 ] |  | East Main Line, PA, yellow book, 2000-2001 & 829 other titles. (Part 005 of 005) | V3471D765 | 2001 |
| [ 8 ] |  | East Main Line, PA, yellow book, 2000-2001 & 829 other titles. (Part 004 of 005) | V3471D764 | 2001 |
| [ 9 ] |  | East Main Line, PA, yellow book, 2000-2001 & 829 other titles. (Part 003 of 005) | V3471D763 | 2001 |
| [ 10 ] |  | East Main Line, PA, yellow book, 2000-2001 & 829 other titles. (Part 002 of 005) | V3471D762 | 2001 |
| [ 11 ] |  | East Main Line, PA, yellow book, 2000-2001 & 829 other titles. (Part 001 of 005) | V3471D761 | 2001 |
| [ 12 ] |  | Boy toy. | PAu002562146 | 2001 |
| [ 13 ] |  | Andromeda. | PAu002800439 | 2003 |
| [ 14 ] |  | Lucky Jones. | PAu002650999 | 2001 |
| [ 15 ] |  | Latina queen--reina de mi vida. | PAu002614957 | 2001 |
| [ 16 ] |  | I don't mind. | PAu002607454 | 2001 |
| [ 17 ] |  | Songs Anita Ward. | PAu002591077 | 2001 |
| [ 18 ] |  | Paal tule dao. | PAu002588587 | 2001 |
| [ 19 ] |  | Barsat ki mausam. | PAu002588586 | 2001 |

| | | Title | Number | Year |
|---|---|---|---|---|
| ☐ | [ 20 ] | Bedona bhara. | PAu002588585 | 2001 |
| ☐ | [ 21 ] | Berukhi = Lovelorn. | PAu002588584 | 2001 |
| ☐ | [ 22 ] | Dhoond raha hoon = Quest. | PAu002588583 | 2001 |
| ☐ | [ 23 ] | Main sharabi. | PAu002588582 | 2001 |
| ☐ | [ 24 ] | Surovi ki modhur. | PAu002588581 | 2001 |
| ☐ | [ 25 ] | Blue rain. | PAu002588580 | 2001 |
| ☐ | [ 26 ] | Mocha dream. | PAu002581974 | 2001 |
| ☐ | [ 27 ] | Prison in my heart. | PAu002567344 | 2001 |
| ☐ | [ 28 ] | Start again. | PAu002565038 | 2001 |
| ☐ | [ 29 ] | Real show. | PAu002821374 | 2003 |
| ☐ | [ 30 ] | Best of Omid. By Caltex Records. | SR0000366933 | 2002 |
| ☐ | [ 31 ] | My EP release / Angel. | SR0000344444 | 2003 |
| ☐ | [ 32 ] | World we travel in. | SR0000341357 | 2001 |
| ☐ | [ 33 ] | Sub real world : Runaway. | SRu000528344 | 2003 |
| ☐ | [ 34 ] | Platinum changes things. | SRu000510522 | 2003 |
| ☐ | [ 35 ] | Yasmin : the princess rules. | TX0005796443 | 2003 |
| ☐ | [ 36 ] | Actionable intelligence : from business to homeland security. | TX0005664578 | 2001 |
| ☐ | [ 37 ] | Blueprint for my girls : life lessons for today's young woman / Yasmin Shiraz. | TX0005654752 | 2002 |
| ☐ | [ 38 ] | Pathogen-induced plant chemical defense : effect on insect herbivores and parasitoids. | TX0005644211 | 2003 |
| ☐ | [ 39 ] | Effects of ultraviolet radiation on the tropical marine macrophyte Thalassia testudinum (Konig) | TX0005479028 | 2002 |
| ☐ | [ 40 ] | Vergil's Aeneid and the Roman self : subject and nation in literary discourse / Yasmin Syed. | TX0006107881 | 2004 |
| ☐ | [ 41 ] | Engineering architecture : the vision of Fazlur R. Khan / Yasmin Sabina Khan. | TX0006017626 | 2004 |
| ☐ | [ 42 ] | Engineering architecture : the vision of Fazlur R. Khan / Yasmin Sabina Khan. | TX0006017625 | 2004 |
| ☐ | [ 43 ] | Esoteric calligraphy : the art of beautiful writing understood only by few / written by Khalilah-Yasmin. | TX0006005086 | 2004 |
| ☐ | [ 44 ] | Keepin' it real! : a novel / by Yasmin with Charles O'Connor. | TX0005919221 | 2004 |
| ☐ | [ 45 ] | Legal, ethical and social responsibility issues in business / Yasmin Tirado-Chiodini. | TX0005853515 | 2002 |
| ☐ | [ 46 ] | Violence against women as a form of political control : the case of Bngladesh. | TX0005849600 | 2004 |
| ☐ | [ 47 ] | Blueprint for my girls. | TX0006429107 | 2004 |
| ☐ | [ 48 ] | Fighting privilege. | TXu000984042 | 2001 |
| ☐ | [ 49 ] | I'm telling! | TXu000946331 | 2002 |
| ☐ | [ 50 ] | Men, love, and Mom. | TXu000747310 | 2001 |
| ☐ | [ 51 ] | Whispered images of creation. | VAu000627636 | 2004 |
| ☐ | [ 52 ] | Gothic trees. | VAu000527633 | 2001 |
| ☐ | [ 53 ] | Enduring love from His throne room. | TXu001199928 | 2004 |
| ☐ | [ 54 ] | Wining smile plan. | TXu001180753 | 2003 |

| | | | | |
|---|---|---|---|---|
| [ 55 ] | | In His compassionate grace. | TXu001151779 | 2004 |
| [ 56 ] | | Platinum changes things. | TXu001094091 | 2003 |
| [ 57 ] | | Black girl's blue print. | TXu000993137 | 2001 |
| [ 58 ] | | Simply beautiful by Yasmin : Photographs of nature 66 photos. | VAu000640841 | 2004 |
| [ 59 ] | | Beautifully simply creation by Yasmin Cooper-Bey : Photos of god's creations of love. | VAu000640692 | 2004 |
| [ 60 ] | | Yasmin drawing. | VA0001301532 | 2003 |
| [ 61 ] | | Yasmin. | VA0001264737 | 2003 |
| [ 62 ] | | Yasmin. | VA0001218491 | 2001 |
| [ 63 ] | | Yasmin : no. 21210. | VA0001117269 | 2001 |
| [ 64 ] | | Yasmin doll configuration, accessories and packaging. | VA0001090290 | 2001 |
| [ 65 ] | | Bratz Babyz (Cloe-Sasha-Yasmin-Jade) | VA0001323022 | 2004 |
| [ 66 ] | | Yasmin doll configuration, accessories and packaging. By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301536 | 2001 |
| [ 67 ] | | Vogue, 2002. | VA0001718549 | 2002 |

Resort results by: Relevance

Set Search Limits



Save, Print and Email (Help Page)

| Records | Select Format: Full Record  [Format for Print/Save] |
|---|---|
| ☐ All on Page<br>☑ Selected On Page<br>☐ Selected all Pages | Enter your email address: _____ [Email] |

Search for: yasmin    Search by: Keyword                                    Item type
100 records per page                                           [Submit] [Reset]

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=yasmin&Search_Code=FT*&SL=None...