# Exhibit D



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = cloe
Search Results: Displaying 1 through 23 of 23 entries.




**Resort results by:** Relevance

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | | Cloe : a.k.a. Cloe drawing / Drawing. By Carter Bryant. DCR 1998. VA 1-218-490 (2003) | V3510D557 | 2004 |
| [ 2 ] | | Cloe doll configuration, accessories and packaging; sculpture / DCR 2000. VA 1-090-289 (2001) | V3510D557 | 2004 |
| [ 3 ] | | Negotiating conflict : leadership in time of crisis / a film by Mark Pejcha and Cloe Madanes ; directed by Mark Pejcha. | PA0001252379 | 2003 |
| [ 4 ] | | Conquering overwhelming loss : the power of a compelling future / by Mark Peysha and Cloe Madanes. | TX0006061307 | 2004 |
| [ 5 ] | | Negotiating conflict : leadership in times of crisis / by Mark Peysha and Cloe Madanes. | TX0006057373 | 2003 |
| [ 6 ] | | Power of vulnerability : reclaiming your true identity / by Mark Peysha and Cloe Madanes. | TX0006056879 | 2004 |
| [ 7 ] | | Cloe : angel with attitude. | TX0005796438 | 2003 |
| [ 8 ] | | 50 hikes in the Maine mountains : day hikes and overnights from the Rangeley Lakes to Baxter State Park / Cloe Chunn. | TX0005490820 | 2002 |
| [ 9 ] | | Cloe doll configuration, accessories and packaging. | VA0001090289 | 2001 |
| [ 10 ] | | Cloe. | VAu000592199 | 2003 |
| [ 11 ] | | Cloe : pattern FT28. | VAu000533504 | 2001 |
| [ 12 ] | | In the house of Jade. | TXu001068947 | 2002 |
| [ 13 ] | | Bratz Babyz (Cloe-Sasha-Yasmin-Jade) | VA0001323022 | 2004 |
| [ 14 ] | | Cloe doll configuration, accessories and packaging. By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301535 | 2001 |
| [ 15 ] | | Cloe drawing. By Carter Bryant. | VA0001301531 | 2003 |
| [ 16 ] | | Digital art of Atmara Rebecca Cloe : 2004 group 1. | VA0001290112 | 2004 |
| [ 17 ] | | Cynthia : no. 139725381. | VA0001271758 | 2003 |
| [ 18 ] | | Digital art of Atmara Rebecca Cloe. 2003 : group 2. | VA0001237868 | 2003 |
| [ 19 ] | | Digital artwork of Atmara Rebecca Cloe : 2001. | VA0001231787 | 2002 |

WebVoyage Titles Page 2 of 2

| | | | | |
|---|---|---|---|---|
| [ 20 ] | | Digital artwork of Atmara Rebecca Cloe : 2002. | VA0001231786 | 2002 |
| [ 21 ] | | Digital artwork of Atmara Rebecca Cloe : 2003, group 1. | VA0001231688 | 2003 |
| [ 22 ] | | Cloe. | VA0001218490 | 2001 |
| [ 23 ] | | VHost-Cloe. | VA0001339547 | 2004 |

Resort results by: Relevance
Set Search Limits
Clear Selected
Retain Selected
previous
next
Save, Print and Email (Help Page)
Records
Select Format: Full Record
Format for Print/Save
All on Page
Selected On Page
Selected all Pages
Enter your email address:
Email
Search for: cloe
Search by: Keyword
Item type
100 records per page
Submit
Reset
Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=cloe&Search_Code=FT*&SL=None&PI...
MGA2 3943296
TX 35960-00002
Exhibit D, Page 17