# Exhibit E



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = bratz
Search Results: Displaying 1 through 64 of 64 entries.



Resort results by: Relevance 

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | | Bratz holiday shopping spree / TX 5-817-268. | V3510D557 | 2004 |
| [ 2 ] | | Bratz dolls style guide, suppl. fall 2003/winter 2004. | V3510D557 | 2004 |
| [ 3 ] | | Bratz: a stylin' guide to the Bratz pack. | V3510D557 | 2004 |
| [ 4 ] | | Yasmin : a.k.a. Yasmin drawing / Drawing. By Carter Bryant. DCR 1998. VA 1-218-491 (2003) | V3510D557 | 2004 |
| [ 5 ] | | Cloe : a.k.a. Cloe drawing / Drawing. By Carter Bryant. DCR 1998. VA 1-218-490 (2003) | V3510D557 | 2004 |
| [ 6 ] | | Bratz group drawing; drawing / By Carter Bryant. DCR 1998. VA 1-218-489 (2003) | V3510D557 | 2004 |
| [ 7 ] | | Sasha; drawing / By Carter Bryant. DCR 1998. VA 1-218-488 (2003) | V3510D557 | 2004 |
| [ 8 ] | | Jade; drawing / By Carter Bryant. DCR 1998. VA 1-218-487 (2003) | V3510D557 | 2004 |
| [ 9 ] | | Bratz doll sculpture (male); sculpture / DCR 2002. VAu 550-696 (2002) | V3510D557 | 2004 |
| [ 10 ] | | Bratz doll sculpture (female); sculpture / DCR 2002. VA 1-148-305 (2002) | V3510D557 | 2004 |
| [ 11 ] | | Yasmin doll configuration, accessorries and packaging; sculpture / DCR 2000. VA 1-090-290 (2001) | V3510D557 | 2004 |
| [ 12 ] | | Cloe doll configuration, accessories and packaging; sculpture / DCR 2000. VA 1-090-289 (2001) | V3510D557 | 2004 |
| [ 13 ] | | Sasha doll configuration, accessories and packaging; sculpture / DCR 2000. VA 1-090-288 (2001) | V3510D557 | 2004 |
| [ 14 ] | | Jade doll configuration, accessories and packaging; sculpture / DCR 2000. VA 1-090-287 (2001) | V3510D557 | 2004 |
| [ 15 ] | | Bratz : a.k.a. Bratzpack / Theatrical motion picture & series of characters embodied in line of toys. | V3510D557 | 2004 |
| [ 16 ] | | Bratz & 17 other titles. | V3510D557 | 2004 |

| | | | | |
|---|---|---|---|---|
| [ 17 ] | | Bratz; animated motion picture, screenplay & script dated 28Aug03 / Script written by Meg Martin & Norah Pierson. | V3512D633 | 2004 |
| [ 18 ] | | Bratz, the video starrin' & stylin'. | PAu002851356 | 2004 |
| [ 19 ] | | Navy Bratz. | PAu002841388 | 2004 |
| [ 20 ] | | Clubbin'. | PA0001223691 | 2002 |
| [ 21 ] | | Beach party. | PA0001223690 | 2002 |
| [ 22 ] | | Totally glam. | PA0001223656 | 2002 |
| [ 23 ] | | Mall. | PA0001223655 | 2001 |
| [ 24 ] | | Cruisin'. | PA0001223654 | 2002 |
| [ 25 ] | | Bratz mnemonic. | SR0000352866 | 2001 |
| [ 26 ] | | Bratz theme. | SRu000558100 | 2004 |
| [ 27 ] | | Bratz--runway song. | SRu000558099 | 2004 |
| [ 28 ] | | Lil' bratz : friends 4-ever. | TX0006074649 | 2004 |
| [ 29 ] | | Hangin' with the lil' bratz. | TX0006074648 | 2004 |
| [ 30 ] | | Bikin' with the boyz. | TX0006074647 | 2004 |
| [ 31 ] | | Bratz Boy : Boardin' with the Boyz | TX0006064533 | 2004 |
| [ 32 ] | | Makin it up! | TX0006033433 | 2004 |
| [ 33 ] | | Lil Bratz : school time style. | TX0006031396 | 2004 |
| [ 34 ] | | Model friendship / by Nancy Krulik. | TX0005919222 | 2004 |
| [ 35 ] | | Keepin' it real! : a novel / by Yasmin with Charles O'Connor. | TX0005919221 | 2004 |
| [ 36 ] | | Love is in the air : Valentine's Day stories from the Bratz! | TX0005906825 | 2003 |
| [ 37 ] | | Bratz party perfection! : the Bratz party handbook. | TX0005906757 | 2003 |
| [ 38 ] | | Jade : xtreme kool! | TX0005875431 | 2003 |
| [ 39 ] | | BRATZ holiday shoppin' spree : a guide to totally hot shoppin'. | TX0005817268 | 2003 |
| [ 40 ] | | Soil science simplified / Milo I. Harpstead, Thomas J. Sauer, William F. Bennett ; illustrated by Mary C. Bratz. | TX0005447708 | 2001 |
| [ 41 ] | | Beckett Bratz : unofficial collector. | TX0006165874 | 2004 |
| [ 42 ] | | Dancin' divas. | TX0006096897 | 2004 |
| [ 43 ] | | Bratz vs. boyz. | TX0006096895 | 2004 |
| [ 44 ] | | Room redo! : sticker stories. | TX0006096133 | 2004 |
| [ 45 ] | | Bratz petz catz .... | VA0001301538 | 2003 |
| [ 46 ] | | Bratz doll sculpture (female) By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301537 | 2002 |
| [ 47 ] | | Bratz group drawing. By Carter Bryant. | VA0001301528 | 2003 |
| [ 48 ] | | Bratz dolls style guide : suppl. fall 03-winter 04. | VA0001244684 | 2003 |
| [ 49 ] | | Bratz : a stylin' guide to the Bratz Pack. | VA0001233273 | 2004 |
| [ 50 ] | | Bratz stylin' send-its! : A book with 32 postcards! | VA0001233104 | 2003 |
| [ 51 ] | | Bratz group drawing. | VA0001218489 | 2001 |
| [ 52 ] | | Bratz doll sculpture (female) | VA0001148305 | 2001 |
| [ 53 ] | | Bratz boyz doll sculpture (male) | VAu000550696 | 2002 |
| [ 54 ] | | Bratz petz foxz soft toys, accessories, packaging & configuration. | VA0001326746 | 2004 |
| [ 55 ] | | Bratz petz dogz soft toys, accessories, packaging & configuration. | VA0001326745 | 2004 |

| | | | | |
|---|---|---|---|---|
| [ 56 ] | | Bratz Boyz dolls--configuration, packaging & accessories : version 1, Cameron, Dylan. | VA0001323035 | 2002 |
| [ 57 ] | | Bratz Babyz playsets (8-Ball Blitz, Chill-Out-Lounge-Earrings 'N' Things) | VA0001323023 | 2004 |
| [ 58 ] | | Bratz Babyz (Cloe-Sasha-Yasmin-Jade) | VA0001323022 | 2004 |
| [ 59 ] | | Bratz Boyz sculpt : version 2. | VA0001323021 | 2003 |
| [ 60 ] | | Bratz Boyz sculpts. | VA0001315647 | 2002 |
| [ 61 ] | | Bratz Petz Foxz--soft toys, accessories, packaging & configuration. | VA0001315646 | 2004 |
| [ 62 ] | | Bratz Petz Dogz--soft toys, accessories, packaging & configuration. | VA0001315645 | 2004 |
| [ 63 ] | | Bratz funky fashion makeover. | VA0001337266 | 2002 |
| [ 64 ] | | Bratz Babyz Motor-Bike ; Bratz Babyz Carriage Cruiser. | VA0001334537 | 2004 |

Resort results by: Relevance    Set Search Limits

Clear Selected    Retain Selected
previous    next

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record    Format for Print/Save |
| All on Page<br>Selected On Page<br>Selected all Pages | Enter your email address: ____    Email |



Search for: bratz    Search by: Keyword    Item type
100 records per page    Submit   Reset

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=bratz&Search_Code=FT*&SL=None&P...