# Exhibit F

WebVoyage Titles Page 1 of 3

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = sasha
Search Results: Displaying 201 through 262 of 262 entries.

previous
1 101 201
next

**Resort results by:** Relevance

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 201 ] | | Never break a promise. | TXu001095687 | 2003 |
| [ 202 ] | | Greta's DNA : The Bible of Ms. Greta. | TXu001062420 | 2002 |
| [ 203 ] | | Church, the first sex cartel. | TXu001043768 | 2002 |
| [ 204 ] | | Sasha 451. | TXu001040388 | 2002 |
| [ 205 ] | | Sasha 124. | TXu001209007 | 2004 |
| [ 206 ] | | Sasha et le bebe / by James DiLella. | TXu001185316 | 2004 |
| [ 207 ] | | Taste of poetry : a collection of poems by Sasha Bayan. | TXu001184854 | 2004 |
| [ 208 ] | | Enigmatic. | TXu001178924 | 2004 |
| [ 209 ] | | Erica dies. | TXu001178923 | 2004 |
| [ 210 ] | | Random magic : being the accidental adventures of Winnie Flapjack and Henry. | TXu001300065 | 2004 |
| [ 211 ] | | Sasha St. John artwork : winter 2002. | VAu000591896 | 2003 |
| [ 212 ] | | Sasha St. John artwork, summer 2002. | VAu000559553 | 2002 |
| [ 213 ] | | World Freedom Center. | VAu000548764 | 2001 |
| [ 214 ] | | St. Clare. | VAu000544542 | 2001 |
| [ 215 ] | | Sasha St. John artwork, winter 2001. | VAu000533260 | 2002 |
| [ 216 ] | | Sasha St. John artwork : summer 2001. | VAu000527244 | 2001 |
| [ 217 ] | | 2001 limited edition posh party--Sasha. | VAu000523409 | 2001 |
| [ 218 ] | | Little jaunt. | VAu000522195 | 2001 |
| [ 219 ] | | Heart guy series | VAu000518742 | 2001 |
| [ 220 ] | | Sasha St. John artwork, winter 2000. | VAu000508991 | 2001 |
| [ 221 ] | | Sasha goes to England. | VAu000641594 | 2004 |
| [ 222 ] | | Sasha. | VAu000638445 | 2004 |
| [ 223 ] | | Sasha St. John spring 2004. | VAu000632176 | 2004 |

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?ti=201,0&Search%5FArg=sasha&Search%5FCode=F...
MGA2 3943305
**TX 35963-00001**
**Exhibit F, Page 21**

| | | | | |
|---|---|---|---|---|
| [ 224 ] | | Parisian pattern. | VAu000628244 | 2004 |
| [ 225 ] | | Illustrations by Sasha. | VAu000627423 | 2004 |
| [ 226 ] | | Sasha's photos : vol. 1. | VAu000605617 | 2003 |
| [ 227 ] | | Sea horses. | VAu000596699 | 2003 |
| [ 228 ] | | Sasha 1910-joie de vivre. | VA0001087403 | 2001 |
| [ 229 ] | | Sasha 1955-diamond dazzler. | VA0001087402 | 2001 |
| [ 230 ] | | Sasha. | VA0001221198 | 2001 |
| [ 231 ] | | Sasha. | VA0001218488 | 2001 |
| [ 232 ] | | Sasha necklace. | VA0001210959 | 2003 |
| [ 233 ] | | Practical spellcraft : a first course in magic / Leanna Greenaway ; ill. by Riccardo Quintiliani ; edited by Sasha Fenton. | VA0001210037 | 2003 |
| [ 234 ] | | Sasha. | VA0001198387 | 2001 |
| [ 235 ] | | Sasha. | VA0001194411 | 2002 |
| [ 236 ] | | Sasha 1898. | VA0001193279 | 2003 |
| [ 237 ] | | Sasha. | VA0001184368 | 2002 |
| [ 238 ] | | Sentimento / Andrea Bocelli. | VA0001169895 | 2002 |
| [ 239 ] | | Sasha 1960. | VA0001159457 | 2002 |
| [ 240 ] | | Sasha 1776 : no. LV-049. | VA0001141516 | 2002 |
| [ 241 ] | | Sasha. | VA0001127116 | 2001 |
| [ 242 ] | | [Sasha] : no. CJ10736. | VA0001115570 | 2001 |
| [ 243 ] | | Sasha doll configuration, accessories and packaging. | VA0001090288 | 2001 |
| [ 244 ] | | Bratz Babyz (Cloe-Sasha-Yasmin-Jade) | VA0001323022 | 2004 |
| [ 245 ] | | Sasha doll configuration, accessories and packaging. By ABC International Traders, Inc., d.b.a. MGA Entertainment. | VA0001301534 | 2001 |
| [ 246 ] | | Sasha drawing. By Carter Bryant. | VA0001301530 | 2003 |
| [ 247 ] | | Walking the Bible : an illustrated journey for kids through the greatest stories ever told / by Bruce Feiler ; illustrated by Sasha Meret. | VA0001278961 | 2004 |
| [ 248 ] | | Franklin and the scooter / story written by Sharon Jennings ; illustrated by Celeste Gagnon, Sasha McIntyre, Violeta Nikolic and Jelena Sisic. | VA0001275753 | 2004 |
| [ 249 ] | | Sasha : no. G1189. | VA0001268013 | 2004 |
| [ 250 ] | | Sasha 1964, perfect match. | VA0001264720 | 2004 |
| [ 251 ] | | Sasha. | VA0001247098 | 2003 |
| [ 252 ] | | Love by Trio : 3 children's stories of love / stories and music by Darcy Anderson Hill ; illustrated by Sasha Kinens. | VA0001229161 | 2001 |
| [ 253 ] | | Percusionata project / Sasha. | SR0000401984 | 2004 |
| [ 254 ] | | Percusionata project 1. | PA0001367675 | 2004 |
| [ 255 ] | | Franklin and the scooter / story written by Sharon Jennings ; illustrated by Celeste Gagnon, Sasha McIntyre, Violeta Nikolic and Jelena Sisic. | VA0001404037 | 2004 |
| [ 256 ] | | Going Fishing With Dad And Grandpa At Sunset. | VA0001632605 | 2003 |
| [ 257 ] | | Mojo A Go Go (Real Rock for Kids) | SR0000618884 | 2004 |

| | | | | |
|---|---|---|---|---|
| [ 258 ] | | Dean Martin Celebrity Roast Show : 1109, Muhammad Ali & Hank Aaron. | PA0001625643 | 2001 |
| [ 259 ] | | Dean Martin Celebrity Roast Show : 1004, Jackie Gleason & Sammy Davis, Jr. | PA0001625644 | 2001 |
| [ 260 ] | | Dean Martin Celebrity Roast Show : 1003, Lucille Ball & Danny Thomas. | PA0001625642 | 2001 |
| [ 261 ] | | Vogue, 2002. | VA0001718549 | 2002 |
| [ 262 ] | | Evolutionary Agenda for the Third Millennium A Primer for the Mutation of Consciousness. | TX0007140745 | 2003 |

**Resort results by:** Relevance

Set Search Limits

Clear Selected Retain Selected

previous 1 101 201 next

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record Format for Print/Save |
| All on Page<br>Selected On Page<br>Selected all Pages | Enter your email address: Email |

Search for: sasha Search by: Keyword Item type

100 records per page Submit Reset

Help Search History **Titles** Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page