# Exhibit G



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = jade
Search Results: Displaying 701 through 800 of 828 entries.

◄ previous  1 ... 501 601 701 801  next ►

Resort results by: Relevance    Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 701 ] | | Jade, Jade, Jade. | TXu001088915 | 2003 |
| [ 702 ] | | Legend of Shen : Jade tiger : original screenplay. | TXu001216116 | 2004 |
| [ 703 ] | | Royal jade. | TXu001204391 | 2004 |
| [ 704 ] | | Flame. | TXu001202134 | 2004 |
| [ 705 ] | | Jade egg exercises : a mini practice guide for the gentle awakening of the female sexual energy. | TXu001200247 | 2004 |
| [ 706 ] | | Collective works of Amon J. Zilkie. | TXu001192618 | 2004 |
| [ 707 ] | | Andrew Solos in The jade horse. | TXu001190225 | 2004 |
| [ 708 ] | | Legacy of jade (a traveler's faith) | TXu001188793 | 2004 |
| [ 709 ] | | Jade dragon. | TXu001187790 | 2004 |
| [ 710 ] | | Jade songs : the messages in Chinese jade and other sculpture. | TXu001185571 | 2004 |
| [ 711 ] | | Easy introduction to Hawaiian for children and parents. | TXu001183594 | 2004 |
| [ 712 ] | | Orb and the jade medallion : a Nat Vinci adventure. | TXu001158335 | 2004 |
| [ 713 ] | | Magic on the mountain : a myth for all ages. | TXu001151084 | 2003 |
| [ 714 ] | | Maia's mountain : a novel. | TXu001149519 | 2003 |
| [ 715 ] | | In the time of the swallows. | TXu001147629 | 2003 |
| [ 716 ] | | Price of Jade. | TXu001147577 | 2003 |
| [ 717 ] | | Jade collection : no. 425-222794A. | VAu000546653 | 2002 |
| [ 718 ] | | Jade collection : no. 425-2249114. | VAu000546650 | 2002 |
| [ 719 ] | | Jade Reynolds fall collection 2001 : vol. 1. | VAu000529403 | 2001 |
| [ 720 ] | | Jade Reynolds' summer collection 2001 : vol. 1. | VAu000526871 | 2001 |
| [ 721 ] | | Jade. | VAu000524039 | 2001 |
| [ 722 ] | | Trust live love. | VAu000518549 | 2001 |
| [ 723 ] | | Nuke Mutex presents The jade crisis. | VAu000514137 | 2001 |

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?ti=701,0&Search%5FArg=jade&Search%5FCode=F...

MGA2 3943297

TX 35961-00001
Exhibit G, Page 24

| | | Title | Number | Year |
|---|---|---|---|---|
| [ 724 ] | | Jade Reynolds spring collection 2001 : vol. 1. | VAu000512654 | 2001 |
| [ 725 ] | | Sisters. | VAu000509750 | 2001 |
| [ 726 ] | | Trust live love. | VAu000505477 | 2001 |
| [ 727 ] | | Five jade shades plus desert sun base : group no. 3. | VAu000630879 | 2004 |
| [ 728 ] | | Group no. 1. | VAu000630878 | 2004 |
| [ 729 ] | | Five jade shades : group no. 2. | VAu000630877 | 2004 |
| [ 730 ] | | Seven jade shades : group no. 4. | VAu000630876 | 2004 |
| [ 731 ] | | Jade group. | VAu000624453 | 2004 |
| [ 732 ] | | Jade. | VAu000613602 | 2004 |
| [ 733 ] | | Jinx : an original screenplay / by Jade Carmen and Louis Paltnoi. | VAu000609413 | 2003 |
| [ 734 ] | | Jade House jewelry design collection. | VAu000594758 | 2003 |
| [ 735 ] | | Maxx Jade cartoon. | VAu000591649 | 2003 |
| [ 736 ] | | Jade Fazer. | VAu000590033 | 2003 |
| [ 737 ] | | Jade Reynolds summer collection, 2003 : vol. 1. | VAu000589292 | 2003 |
| [ 738 ] | | Jade Mountain. | VAu000579618 | 2003 |
| [ 739 ] | | Fairyology. | VAu000576823 | 2002 |
| [ 740 ] | | Jade Bamboo, Inc. | VAu000563985 | 2002 |
| [ 741 ] | | Fairies that lost the sun / by Denise L. Salvesen ; illustrated by Jade and Tara Salvesen. | VAu000547398 | 2002 |
| [ 742 ] | | Jade collection : no. 424-1595114. | VAu000546693 | 2002 |
| [ 743 ] | | Jade, female superhero. | VAu000633840 | 2004 |
| [ 744 ] | | Jade doll configuration, accessories and packaging. | VA0001090287 | 2001 |
| [ 745 ] | | Zoe & Jade in Jamaica. | VA0001053322 | 2001 |
| [ 746 ] | | Jade collection : no. 425-2224114. | VA0001135994 | 2001 |
| [ 747 ] | | Jade collection : no. 422-2156114. | VA0001135993 | 2001 |
| [ 748 ] | | Jade collection : no. 425-222694A. | VA0001135992 | 2001 |
| [ 749 ] | | Jade collection : no. 425-2225114. | VA0001135991 | 2001 |
| [ 750 ] | | 82220/92220. | VA0001125962 | 2002 |
| [ 751 ] | | Jade palace : no. 5235. | VA0001121892 | 2002 |
| [ 752 ] | | Jade. | VA0001113782 | 2001 |
| [ 753 ] | | Jade mist. | VA0001112318 | 2001 |
| [ 754 ] | | [Marcasite & jade donut pendant] : no. SMN-1504J. | VA0001104802 | 2001 |
| [ 755 ] | | Jade jewellery [sic] set. | VA0001101319 | 2001 |
| [ 756 ] | | Pattern no. 1027. | VA0001097118 | 2001 |
| [ 757 ] | | Jade blossom flowers. | VA0001162847 | 2002 |
| [ 758 ] | | Jade blossom cucumber flowers. | VA0001162845 | 2002 |
| [ 759 ] | | Jade. | VA0001160538 | 2002 |
| [ 760 ] | | 82258/92258. | VA0001155425 | 2002 |
| [ 761 ] | | Jade Modeling Enterprises. | VA0001152732 | 2002 |
| [ 762 ] | | 4/2397. | VA0001146891 | 2001 |
| [ 763 ] | | 82254/92254. | VA0001146167 | 2001 |

MGA2 3943298

TX 35961-00002
Exhibit G, Page 25

| | | | | |
|---|---|---|---|---|
| ☐ | [ 764 ] | [Jade porcelain joy Nativity ornaments] : no. 4/2359. | VA0001142839 | 2001 |
| ☐ | [ 765 ] | [Jade porcelain Nativity pins] : no. 4/2358. | VA0001142838 | 2001 |
| ☐ | [ 766 ] | 82218/92218. | VA0001141185 | 2002 |
| ☐ | [ 767 ] | 82230/92230. | VA0001141184 | 2002 |
| ☐ | [ 768 ] | 82210/92210. | VA0001141183 | 2002 |
| ☐ | [ 769 ] | 82219/92219. | VA0001141182 | 2002 |
| ☐ | [ 770 ] | 82216/92216. | VA0001141181 | 2002 |
| ☐ | [ 771 ] | 82234/92234. | VA0001141180 | 2002 |
| ☐ | [ 772 ] | 82257/92257. | VA0001141179 | 2001 |
| ☐ | [ 773 ] | Jade. | VA0001218487 | 2001 |
| ☐ | [ 774 ] | Paradise jade / by Al Hogue. | VA0001212786 | 2002 |
| ☐ | [ 775 ] | Jade 2 photos. | VA0001202707 | 2003 |
| ☐ | [ 776 ] | Jade delight. | VA0001196254 | 2002 |
| ☐ | [ 777 ] | "Jade" plush large poseable with fish purse : no. 51015. | VA0001191800 | 2003 |
| ☐ | [ 778 ] | Upsy daisy. | VA0001184354 | 2002 |
| ☐ | [ 779 ] | Jade blossom powder box. | VA0001181359 | 2002 |
| ☐ | [ 780 ] | Evening in jade : no. B1019 / Bill Brauer. | VA0001180075 | 2003 |
| ☐ | [ 781 ] | 82280/92290. | VA0001164529 | 2002 |
| ☐ | [ 782 ] | 82280/92280. | VA0001164528 | 2002 |
| ☐ | [ 783 ] | 82253/92253. | VA0001164511 | 2002 |
| ☐ | [ 784 ] | 82243/92243. | VA0001164510 | 2002 |
| ☐ | [ 785 ] | 82217/92217. | VA0001164509 | 2002 |
| ☐ | [ 786 ] | 82213/92213. | VA0001164508 | 2002 |
| ☐ | [ 787 ] | 82271/92271. | VA0001164507 | 2002 |
| ☐ | [ 788 ] | Jade blossom lemon verbena flowers. | VA0001162849 | 2002 |
| ☐ | [ 789 ] | Imperial jade design floor lamp. | VA0001296009 | 2004 |
| ☐ | [ 790 ] | Purple jade necklace. | VA0001292459 | 2004 |
| ☐ | [ 791 ] | Imperial jade design island light. | VA0001291652 | 2004 |
| ☐ | [ 792 ] | Imperial jade design pendant. | VA0001291650 | 2004 |
| ☐ | [ 793 ] | Jade brand tea : item no. 13726-13729. | VA0001283824 | 2003 |
| ☐ | [ 794 ] | Jade palace : no. 1433 : Porcelain lamps and accessories. | VA0001281887 | 2004 |
| ☐ | [ 795 ] | Jade vine : pattern no. 76919. | VA0001276184 | 2004 |
| ☐ | [ 796 ] | [Sanibel beaded earrings, rose quartz, amethyst & jade, pinks tones droplet, discs, flower mo. pearl] : no. 615-20, 616-20, 617-22, 624, 625-20. | VA0001259636 | 2003 |
| ☐ | [ 797 ] | Jade. | VA0001253263 | 2004 |
| ☐ | [ 798 ] | Vases. | VA0001247265 | 2002 |
| ☐ | [ 799 ] | May "Jade" Lee. | VA0001245779 | 2003 |
| ☐ | [ 800 ] | Jade dragon ashcatcher : no. CF060. | VA0001238903 | 2002 |

Resort results by: Relevance

Set Search Limits

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?ti=701,0&Search%5FArg=jade&Search%5FCode=F...

MGA2 3943299
TX 35961-00003
Exhibit G, Page 26

| | Save, Print and Email (Help Page) | |
|---|---|---|
| **Records** | Select Format: Full Record ▸ [Format for Print/Save] | |
| ☐ All on Page<br>☒ Selected On Page<br>☐ Selected all Pages | Enter your email address: _____ [Email] | |

Search for: jade     Search by: Keyword     ▸ Item type

100 records per page ▸     [Submit] [Reset]

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?ti=701,0&Search%5FArg=jade&Search%5FCode=F...