# Exhibit H



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = carter bryant
Search Results: Displaying 11 of 8793 entries



*Yasmin.*

|  |  |
|---|---|
| **Relevance:** | |
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001218491 / 2003-12-22 |
|  | Supplemented by: VA0001301532 / 2005-03-28 |
| **Application Title:** | Yasmin drawing. |
| **Title:** | Yasmin. |
| **Copyright Claimant:** | MGA Entertainment, Inc. |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 2001-02-12 |
| **Authorship on Application:** | artwork: Carter Bryant. |
| **Copyright Note:** | See also Yasmin drawing; Reg. 28Mar05; VA 1-301-532 |
| **Names:** | Bryant, Carter |
|  | MGA Entertainment, Inc. |



Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=11&ti=1,11&SL=B&DATE=2001&DTBL=R&D...