# Exhibit J



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = carter bryant
Search Results: Displaying 13 of 8793 entries



*Bratz group drawing.*

| | |
|---|---|
| **Relevance:** | |
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001218489 / 2003-12-22 |
| | Supplemented by: VA0001301528 / 2005-03-28 |
| **Title:** | Bratz group drawing. |
| **Copyright Claimant:** | MGA Entertainment, Inc. |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 2001-02-12 |
| **Authorship on Application:** | artwork: Carter Bryant. |
| **Copyright Note:** | See also Bratz group drawing; Reg. 28Mar05; VA 1-301-528 |
| **Names:** | Bryant, Carter |
| | MGA Entertainment, Inc. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=13&ti=1,13&SL=B&DATE=2001&DTBL=R&D...