# Exhibit L



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = carter bryant
Search Results: Displaying 15 of 8793 entries



*Jade.*

| | |
|---:|:---|
| **Relevance:** | ▪ ▪ ▪ ▪ ▪ |
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001218487 / 2003-12-22 |
| | Supplemented by: VA0001301529 / 2005-03-28 |
| **Application Title:** | Jade drawing. |
| **Title:** | Jade. |
| **Copyright Claimant:** | MGA Entertainment, Inc. |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 2001-02-12 |
| **Authorship on Application:** | artwork: Carter Bryant. |
| **Copyright Note:** | See also Jade drawing; Reg. 28Mar05; VA 1-301-529 |
| **Names:** | Bryant, Carter |
| | MGA Entertainment, Inc. |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=15&ti=1,15&SL=B&DATE=2001&DTBL=R&D...