QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE WORK-MADE-FOR-HIRE**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

Mattel, Inc. and Mattel de Mexico ("Mattel") hereby submit the following supplemental proposed jury instruction in this matter pursuant to Local Rule 51-1. Mattel submits this supplemental proposed jury instruction in addition to the jury instructions previously submitted jointly by the parties and individually by Mattel. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement the following instruction before or during the trial of this matter.

DATED:  March 6, 2011                QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP


                                     By */s/ Michael T. Zeller*
                                        Michael T. Zeller
                                        Attorneys for Mattel, Inc. and Mattel de
                                        Mexico. S.A. de C.V.

Case 2:04-cv-09049-DOC-RNB   Document 10134   Filed 03/06/11   Page 3 of 4   Page ID
 #:306659

## MATTEL SPECIAL JURY INSTRUCTION NO. ___
## AVAILABILITY OF WORK-MADE-FOR-HIRE DOCTRINE

The Court has already determined that Mattel is permitted to avail itself of the work-made-for-hire doctrine. It is for you to determine whether any work prepared by Carter Bryant while he was employed by Mattel is a work-made-for-hire, pursuant to the previous instruction setting forth the requirements of a work-made-for-hire. Whether Mattel stated on its applications for copyright registration that a particular work prepared by Carter Bryant is or is not a work-made-for-hire has no bearing on whether the work actually is a work-made-for-hire, and you should not consider Mattel's applications for copyright registration in making that determination.

505.07975/3997801.1

-2-
MATTEL. INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE WORK-MADE-FOR-HIRE

1 **Authority:**  Dkt. No. 9696 at 3 ("[T]he Court, and not the fact-finder, must
2 resolve whether Mattel can avail itself of the work-made-for-hire doctrine.  That
3 issue has already been resolved in Mattel's favor."); *Self-Realization Fellowship*
4 *Church v. Ananda Church of Self-Realization*, 206 F.3d 1322, 1328 (9th Cir. 2000)
5 ("This circuit has held . . . that a party's own descriptions of the nature of its
6 copyright at the time of copyright registration or renewal is not conclusive.").