UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                    Date   February 28, 2011

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Julie Barrera | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Price<br>Michael Zeller, | Thomas McConville<br>Jennifer Keller<br>Annette Hurst |

Proceedings:   STATUS CONFERENCE          Evidentiary Hearing

　　　The case is called. Court and counsel confer. Case proceeds as an evidentiary hearing; see separately filed witness list.

                                                              4   :   28

                                        Initials of Preparer   jcb