# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 04-9049-DOC(RNBx) | Judge | DAVID O. CARTER |
|---|---|---|---|
| Title | MATTEL, INC. -V- MGA ENTERTAINMENT | | |
| Dates of Hearing | February 28, 2011 | | |
| Court Reporter(s) | Deborah Parker | | |
| Deputy Clerk(s) | Julie Barrera | | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| William Price | Thomas McConville |
| Michael Zeller | Jennifer Keller |
| Dylan Proctor | Annette Hurst |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Michael Joseph Wagner | Mattel |

G-65  (10/97)                    LIST OF EXHIBITS AND WITNESSES