QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER REQUIRING KPMG LLP TO IMMEDIATELY DELIVER USB STORAGE DEVICE |

1  IT IS HEREBY ORDERED, that KPMG LLP immediately deliver to
2  counsel for Mattel the original Sony Micro Vault Thumb Drive (the "Thumb
3  Drive") with Serial Number 41bb0029c, that was placed in its custody by agreement
4  of Janine Brisbois and Mattel, Inc. by Federal Express or other expedited delivery
5  service for delivery to Mattel's counsel on or before Tuesday, March 8, 2011 at 2:00
6  p.m. Such delivery shall be made by transmittal to Geoffrey Grundy, Quinn
7  Emanuel, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017, (213) 443-3000.

8  IT IS FURTHER ORDERED, that KPMG LLP shall immediately
9  deliver to counsel for Mattel, a copy of the USB Thumb Drive Review that it
10 prepared, dated August 17, 2006, by email with a hard copy to follow by Federal
11 Express or other expedited service delivery for delivery to Mattel's counsel on or
12 before Tuesday, March 8, 2011 at 2:00 p.m. Such delivery shall be made by
13 transmittal to Geoffrey Grundy, Quinn Emanuel, 865 S. Figueroa St., 10th Floor, Los
14 Angeles, CA 90017, (213) 443-3000, geofferygrundy@quinnemanuel.com.

17 IT IS SO ORDERED.

19 Dated: March 6, 2011

_David O. Carter_
Hon. David O. Carter
United States District Court Judge