Case 2:04-cv-09049-DOC-RNB   Document 10144   Filed 03/07/11   Page 1 of 73   Page ID #:307006
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

1

1        **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA**

3        **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                   - - - - - - -

5

         MATTEL, INC., et al.,            )
6                                         )
                  Plaintiffs,             )
7                                         )
              vs.                         ) No. CV 04-9049 DOC
8                                         )    Day 28
         MGA ENTERTAINMENT, INC., et al., )    Volume 1 of 4
9                                         )
                                          )
10                Defendants.             )
         _____ )

11

12

13

14              REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                      Jury Trial

16                  Santa Ana, California

17                  Friday, March 4, 2011

18

19

20

21       Debbie Gale, CSR 9472, RPR, CCRR
         Federal Official Court Reporter
22       United States District Court
         411 West 4th Street, Room 1-053
23       Santa Ana, California 92701
         (714) 558-8141
24

25       04cv9049 Mattel 2011-03-04 D28V1

Case 2:04-cv-09049-DOC-RNB   Document 10144   Filed 03/07/11   Page 2 of 73   Page ID #:307007
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

2

**APPEARANCES OF COUNSEL:**

FOR PLAINTIFF MATTEL, INC., ET AL.:

       QUINN EMANUEL URQUHART & SULLIVAN
       BY:  JOHN QUINN
           WILLIAM PRICE
           MICHAEL T. ZELLER
           Attorneys at Law
       865 South Figueroa Street
       10th Floor
       Los Angeles, California 90017
       (213) 443-3000

FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

       ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
       BY:  THOMAS S. McCONVILLE
           Attorney at Law
       4 Park Plaza
       Suite 1600
       Irvine, California 92614
       (949) 567-6700

       - AND -

       ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
       BY:  ANNETTE L. HURST
           Attorney at Law
       405 Howard Street
       San Francisco, California 94105
       (415)773-5700

       - AND -

       KELLER RACKAUCKAS
       BY:  JENNIFER KELLER
           Attorney at Law
       18500 Von Karman Avenue
       Suite 560
       Irvine, California 92612
       (949) 476-8700

Case 2:04-cv-09049-DOC-RNB   Document 10144   Filed 03/07/11   Page 3 of 73   Page ID #:307008
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

3

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

4

5            LAW OFFICES OF MARK E. OVERLAND
             By:  MARK E. OVERLAND
                  Attorney at Law
6            100 Wilshire Boulevard
             Suite 950
7            Santa Monica, California 90401
             (310) 459-2830
8
             - AND -
9
             SCHEPER KIM & HARRIS LLP
10           BY:  ALEXANDER H. COTE
                  Attorney at Law
11           601 West 5th Street
             12th Floor
12           Los Angeles, California 90071
             (213) 613-4660
13

14   ALSO PRESENT:

15           MGA ENTERTAINMENT, INC.
             BY:  JEANINE PISONI
16                Attorney at Law
             16360 Roscoe Boulevard
17           Suite 105
             Van Nuys, California 91406
18

19           ROBERT A. ECKER, Mattel CEO

20           ISAAC LARIAN, MGA CEO

21           KEN KOTARSKI, Mattel Technical Operator

22           MIKE STOVALL, MGA Technical Operator

23           RACHEL JUAREZ, Quinn Emanuel Urquart & Sullivan

24           CARLOS GUSTAVO MACHADO GOMEZ,

25           KARMELE LANDARIBAR-ARZAGA, Spanish Interpreter

Case 2:04-cv-09049-DOC-RNB   Document 10144   Filed 03/07/11   Page 4 of 73   Page ID #:307009
CV 04-9049 DOC – 3/4/2011 – Day 28, Volume 1 of 4

4

1                        **I N D E X**

2   **WITNESSES**                 **DIRECT   CROSS   REDIRECT   RECROSS**

3   MACHADO GOMEZ, Carlos Machado

4
    By Mr. Zeller                  6
5

6

7

8                        **EXHIBITS**

9   **EXHIBIT NO.**                    **IDENTIFICATION     IN EVIDENCE**

10    6402     Conflict-of-interest                          18
              questionnaire
11
      6403     Mattel                                        21
12             Conflict-of-interest
              questionnaire
13
      6408     Mr. Machado's resumé                          13
14
      6422     E-mail from Ms. Treuba                        64
15             to Mr. Machado

16    6429     E-mail from Ms. Treuba                        68
              to Mr. Machado dated
17             4/15/2004

18    6715     Mattel Mexico                                 41
              presentation
19
      7129     Presentation                                  40
20
      8864     E-mail from Ms. Trueba                        62
21             to Mr. Machado dated
              4/15/2004
22
      8875     Document                                       9
23

24

25


DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB  Document 10144  Filed 03/07/11  Page 5 of 73  Page ID #:307010
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

5

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, FRIDAY, MARCH 4, 2011**                     |
|       | 2  | **Day 28, Volume 1 of 4**                                            |
|       | 3  | (8:35 a.m.)                                                           |
| 08:34 | 4  | *(In the presence of the jury.)*                                     |
| 08:35 | 5  | THE COURT:  We're back on the record.  All parties                   |
| 08:35 | 6  | are present.  The counsel are present.  Please be seated.            |
| 08:35 | 7  | If you would like to call your next witness.                         |
| 08:35 | 8  | MR. QUINN:  Your Honor, in accordance with the                       |
| 08:35 | 9  | discussion the other day, we'd like to move into evidence            |
| 08:35 | 10 | the exhibits from Mr. Kinrich's exam last week.                      |
| 08:35 | 11 | MS. HURST:  Your Honor, we object to that because                    |
| 08:35 | 12 | it doesn't show the underlying data.                                 |
| 08:35 | 13 | THE COURT:  We can go over that in just a moment,                    |
| 08:35 | 14 | Counsel.                                                              |
| 08:35 | 15 | Your next witness, please.                                           |
| 08:36 | 16 | MR. ZELLER:  Mattel calls Gustavo Machado.                           |
| 08:36 | 17 | THE COURT:  Gustavo Machado.  Sir, if you would                      |
| 08:36 | 18 | stand, please.                                                        |
| 08:36 | 19 | If you'd come along the walkway.  Mr. Cote, if you                   |
| 08:36 | 20 | would help him.  The clock is now running.  Mr. Cote, if             |
| 08:36 | 21 | you'd walk with him, it will save you time.                          |
| 08:36 | 22 | If you'll come along the railing, please, and                        |
| 08:36 | 23 | please be seated.                                                     |
| 08:36 | 24 | Sir, would you raise your right hand now.  Kathy                     |
| 08:36 | 25 | will administer an oath to you.                                      |

| 08:36 | 1 | **CARLOS GUSTAVO MACHADO GOMEZ, MATTEL'S WITNESS, SWORN** |
| 08:36 | 2 | *(Testified through the Spanish Interpreter as follows:)* |
| 08:36 | 3 | THE WITNESS:  Yes. |
| 08:36 | 4 | THE COURT:  Thank you, sir. |
| 08:36 | 5 | If you'd be seated, please. |
| 08:36 | 6 | THE WITNESS:  Thank you. |
| 08:37 | 7 | THE COURT:  Sir, would you state your full name |
| 08:37 | 8 | for the jury, please. |
| 08:37 | 9 | THE WITNESS:  Carlos Gustavo Machado Gomez. |
| 08:37 | 10 | THE COURT:  And would you spell your last name, |
| 08:37 | 11 | sir -- |
| 08:37 | 12 | Counsel, the Court interpreter does not need to be |
| 08:37 | 13 | sworn unless you're requesting it.  She's a certified court |
| 08:37 | 14 | reporter *(sic)*. |
| 08:37 | 15 | Is counsel satisfied, or would you like her sworn? |
| 08:37 | 16 | MR. ZELLER:  Mattel is fine. |
| 08:37 | 17 | MR. McCONVILLE:  Thank you, Your Honor. |
| 08:37 | 18 | THE COURT:  This is Mr. Zeller on behalf of |
| 08:37 | 19 | Mattel.  Direct examination, please. |
| 08:37 | 20 | **DIRECT EXAMINATION** |
| 08:37 | 21 | BY MR. ZELLER: |
| 08:37 | 22 | Q.  Good morning, Mr. Machado. |
| 08:37 | 23 | A.  Good morning. |
| 08:37 | 24 | Q.  My name is Mike Zeller.  I don't think we've met |
| 08:37 | 25 | before.  I represent Mattel. |

| 08:37 | 1 | A.   Pleasure to meet you. |
| 08:37 | 2 | Q.   You started working for MGA in Mexico on April 26th, |
| 08:37 | 3 | 2004? |
| 08:37 | 4 | A.   Correct. |
| 08:38 | 5 | Q.   And your first position there was as marketing |
| 08:38 | 6 | director? |
| 08:38 | 7 | A.   Yes. |
| 08:38 | 8 | Q.   Then on July 5th, 2006, you were promoted? |
| 08:38 | 9 | A.   Yes. |
| 08:38 | 10 | Q.   And as part of your promotion, you moved from MGA |
| 08:38 | 11 | Mexico to MGA in the United States, here in Southern |
| 08:38 | 12 | California? |
| 08:38 | 13 | A.   Yes. |
| 08:38 | 14 | Q.   And your title at that time became vice president of |
| 08:38 | 15 | marketing? |
| 08:38 | 16 | A.   Correct. |
| 08:38 | 17 | Q.   And then you held that position with MGA Entertainment |
| 08:38 | 18 | here in Southern California until December of 2007? |
| 08:38 | 19 | A.   Yes. |
| 08:38 | 20 | Q.   And then at that time you went back working for MGA |
| 08:38 | 21 | Mexico? |
| 08:38 | 22 | A.   Yes. |
| 08:39 | 23 | Q.   And then your title there became director of marketing? |
| 08:39 | 24 | A.   Yes. |
| 08:39 | 25 | Q.   And then you continued in that position with MGA until |

| | | |
|---|---|---|
| 08:39 | 1 | June of 2009? |
| 08:39 | 2 | A.   Correct. |
| 08:39 | 3 | Q.   And then that's when you stopped working for MGA? |
| 08:39 | 4 | A.   Yes. |
| 08:39 | 5 | Q.   And during the time when you were working there for MGA |
| 08:39 | 6 | in Mexico, you considered yourself to be part of top |
| 08:39 | 7 | management there? |
| 08:39 | 8 | MR. OVERLAND:  Objection.  Vague. |
| 08:39 | 9 | THE COURT:  Overruled. |
| 08:39 | 10 | THE WITNESS:  In Mexico? |
| 08:39 | 11 | BY MR. ZELLER: |
| 08:39 | 12 | Q.   Yes. |
| 08:39 | 13 | A.   No. |
| 08:39 | 14 | MR. ZELLER:  If we can please look at |
| 08:39 | 15 | Mr. Machado's deposition transcript.  This is Volume III, |
| 08:39 | 16 | page 286. |
| 08:39 | 17 | *(Document provided to the witness.)* |
| 08:40 | 18 | THE WITNESS:  Ready. |
| 08:40 | 19 | MR. ZELLER:  This is page 286.  Let's start with |
| 08:40 | 20 | line 4 through line 8. |
| 08:40 | 21 | THE COURT:  You may read, Counsel. |
| 08:40 | 22 | MR. ZELLER:  If we can display that, Ken, please. |
| 08:40 | 23 | *(Document displayed.)* |
| 08:40 | 24 | MR. ZELLER:  *(Reading:)* |
| 08:40 | 25 | "QUESTION:  And I'm just asking about Mexico. |

Case 2:04-cv-09049-DOC-RNB  Document 10144  Filed 03/07/11  Page 9 of 73  Page ID #:307014
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

9

| 08:40 | 1 | "ANSWER:  Yes. |
| 08:40 | 2 | "QUESTION:  So in Mexico, at least, you did |
| 08:40 | 3 | consider yourself to be, quote/unquote, 'top management'? |
| 08:40 | 4 | "ANSWER:  Yes." |
| 08:40 | 5 | MR. OVERLAND:  Your Honor, for completeness, may |
| 08:40 | 6 | we read from line 1, please? |
| 08:40 | 7 | MR. ZELLER:  He can do it on his time, Your Honor. |
| 08:40 | 8 | THE COURT:  I'll let you do that in the |
| 08:41 | 9 | presentation of your case, if you'd like to. |
| 08:41 | 10 | BY MR. ZELLER: |
| 08:41 | 11 | Q.  MGA is paying your legal fees? |
| 08:41 | 12 | A.  Yes. |
| 08:41 | 13 | Q.  Please take a look at Exhibit 8875. |
| 08:41 | 14 | *(Document provided to the witness.)* |
| 08:41 | 15 | BY MR. ZELLER: |
| 08:41 | 16 | Q.  On the second page of this exhibit is your signature? |
| 08:41 | 17 | A.  Yes. |
| 08:41 | 18 | Q.  And the third page of this is a letter to you? |
| 08:41 | 19 | A.  Yes. |
| 08:41 | 20 | MR. ZELLER:  I would move Exhibit 8875 into |
| 08:41 | 21 | evidence. |
| 08:41 | 22 | THE COURT:  Received. |
| 08:46 | 23 | *(Exhibit No. 8875 received in evidence.* |
| 08:41 | 24 | *(Document displayed.)* |
| | 25 | |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

10

| | | |
|---|---|---|
| 08:41 | 1 | BY MR. ZELLER: |
| 08:41 | 2 | Q.   Now, the company that's paying your fees, your legal |
| 08:41 | 3 | fees in this case, is MGA Entertainment, the parent company |
| 08:42 | 4 | here in California? |
| 08:42 | 5 | A.   Correct. |
| 08:42 | 6 | Q.   Let's take a look at the second page of Exhibit 8875. |
| 08:42 | 7 | MR. McCONVILLE:  Your Honor, we discussed |
| 08:42 | 8 | redacting the second page of 8875. |
| 08:42 | 9 | THE COURT:  Are we? |
| 08:42 | 10 | MR. ZELLER:  It is. |
| 08:42 | 11 | BY MR. ZELLER: |
| 08:42 | 12 | Q.   If you can please take a look at -- well, please tell |
| 08:42 | 13 | us what this is. |
| 08:42 | 14 | A.   It's a letter from Ms. Daphne Gronich in which I've |
| 08:43 | 15 | been told that the legal expenses are going to be paid for |
| 08:43 | 16 | me. |
| 08:43 | 17 | Q.   Paid by MGA? |
| 08:43 | 18 | A.   Yes. |
| 08:43 | 19 | Q.   Daphne Gronich, who's mentioned on this letter, was the |
| 08:43 | 20 | general counsel of MGA? |
| 08:43 | 21 | A.   Yeah.  At that time, yes. |
| 08:43 | 22 | Q.   You'll see that there's a sentence here where it says, |
| 08:43 | 23 | "This letter shall constitute my undertaking to repay fully |
| 08:43 | 24 | to MGA any fees and expenses advanced by it on my behalf if |
| 08:43 | 25 | it is determined that I am not entitled to be indemnified by |

| | | |
|---|---|---|
| 08:43 | 1 | MGA." |
| 08:43 | 2 | Do you see that? |
| 08:43 | 3 | A.   Yes. |
| 08:43 | 4 | Q.   So you understand that MGA can, on its own, decide to |
| 08:44 | 5 | stop paying your attorney's fees at any time, right? |
| 08:44 | 6 | MR. OVERLAND:  Objection.  Misstates the evidence. |
| 08:44 | 7 | THE COURT:  Overruled. |
| 08:44 | 8 | MR. McCONVILLE:  Objection.  Misstates the law. |
| 08:44 | 9 | THE COURT:  Overruled. |
| 08:44 | 10 | Please answer the question, sir. |
| 08:44 | 11 | THE WITNESS:  Yes. |
| 08:44 | 12 | BY MR. ZELLER: |
| 08:44 | 13 | Q.   And you understand that if MGA were to make that |
| 08:44 | 14 | decision, you would have to pay back to MGA all the |
| 08:44 | 15 | attorney's fees and expenses that MGA has paid for you, |
| 08:44 | 16 | right? |
| 08:44 | 17 | A.   Yes. |
| 08:44 | 18 | Q.   And if you were to resolve this lawsuit with Mattel, |
| 08:44 | 19 | would MGA stop paying your fees and ask for the fees that |
| 08:44 | 20 | were already paid -- |
| 08:44 | 21 | MR. OVERLAND:  Objection. |
| 08:44 | 22 | BY MR. ZELLER: |
| 08:44 | 23 | Q.   -- to be repaid? |
| 08:44 | 24 | MR. OVERLAND:  Objection.  Calls for speculation. |
| 08:44 | 25 | THE COURT:  Sustained. |

| | | |
|---|---|---|
| 08:44 | 1 | BY MR. ZELLER: |
| 08:44 | 2 | Q.   Let me try it this way. |
| 08:44 | 3 |      Do you have a belief or understanding as to whether or |
| 08:44 | 4 | not MGA would ask you to repay all those fees and expenses |
| 08:45 | 5 | in the event that you were to resolve your dispute with |
| 08:45 | 6 | Mattel? |
| 08:45 | 7 |           MR. McCONVILLE:  Objection.  As to the form of the |
| 08:45 | 8 | question, Your Honor. |
| 08:45 | 9 |           THE COURT:  Overruled. |
| 08:45 | 10 |           You can answer the question, sir. |
| 08:45 | 11 |           THE WITNESS:  I don't know. |
| 08:45 | 12 | BY MR. ZELLER: |
| 08:45 | 13 | Q.   So you believe MGA might, might not; you don't know? |
| 08:45 | 14 |           MR. OVERLAND:  Objection.  Argumentative. |
| 08:45 | 15 |           THE COURT:  No.  Overruled. |
| 08:45 | 16 |           You can answer the question. |
| 08:45 | 17 |           THE WITNESS:  It is -- it's -- I don't know. |
| 08:45 | 18 | BY MR. ZELLER: |
| 08:45 | 19 | Q.   MGA has been paying attorney's fees for you for over |
| 08:45 | 20 | five years now, correct? |
| 08:45 | 21 | A.   Yes. |
| 08:45 | 22 | Q.   And MGA has continued to pay your attorney's fees even |
| 08:45 | 23 | after you stopped working for MGA, right? |
| 08:45 | 24 | A.   Yes. |
| 08:45 | 25 | Q.   Now, prior to the time when you began working there at |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 08:45 | 1 | MGA Mexico in 2004, you worked for Mattel in Mexico? |
| 08:46 | 2 | A.   Yes. |
| 08:46 | 3 | Q.   Please take a look at Exhibit 6408. |
| 08:46 | 4 | *(Document provided to the witness.)* |
| 08:46 | 5 | BY MR. ZELLER: |
| 08:46 | 6 | Q.   Do you recognize this as a resumé you prepared? |
| 08:46 | 7 | A.   Yes. |
| 08:46 | 8 | MR. ZELLER:  I would move Exhibit 6408 into |
| 08:46 | 9 | evidence, Your Honor. |
| 08:46 | 10 | THE COURT:  Received. |
| 08:46 | 11 | *(Exhibit No. 6408 received in evidence.)* |
| 08:46 | 12 | *(Document displayed.)* |
| 08:46 | 13 | BY MR. ZELLER: |
| 08:46 | 14 | Q.   If we could look at the work history that you have, |
| 08:46 | 15 | looking at the first page of your resumé, the first title |
| 08:46 | 16 | that you list for yourself is at Mattel de Mexico as brand |
| 08:46 | 17 | manager? |
| 08:47 | 18 | A.   Yes. |
| 08:47 | 19 | Q.   And then the next title you list for yourself also for |
| 08:47 | 20 | Mattel de Mexico is group brand manager? |
| 08:47 | 21 | A.   It was just brand manager. |
| 08:47 | 22 | Q.   You had a business card when you worked there for |
| 08:47 | 23 | Mattel in Mexico? |
| 08:47 | 24 | A.   Yes. |
| 08:47 | 25 | Q.   And on that business card it said that you were working |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

14

| | | |
|---|---|---|
| 08:47 | 1 | for Mattel de Mexico, correct? |
| 08:47 | 2 | A.   Correct. |
| 08:47 | 3 | Q.   I'm sorry.  I couldn't hear the answer. |
| 08:47 | 4 | A.   Correct. |
| 08:47 | 5 | Q.   Now, you didn't write -- have you ever heard of a |
| 08:47 | 6 | company called Mattel Servicios, which is S-E-R-V-I-C-I-O-S? |
| 08:48 | 7 | A.   Yes. |
| 08:48 | 8 | Q.   Now, you didn't write that you worked for Mattel |
| 08:48 | 9 | Servicios anywhere on your resumé, correct? |
| 08:48 | 10 | A.   No. |
| 08:48 | 11 | Q.   That's a correct statement; it's not on your resumé? |
| 08:48 | 12 | A.   No. |
| 08:48 | 13 | Q.   Is it on your resumé? |
| 08:48 | 14 | A.   It's not. |
| 08:48 | 15 | Q.   On your business card did it say that you worked for |
| 08:48 | 16 | Mattel Servicios? |
| 08:48 | 17 | A.   No. |
| 08:48 | 18 | Q.   And you've previously -- in fact, it was your belief |
| 08:48 | 19 | and your understanding that the company you were doing work |
| 08:48 | 20 | for when you were employed by Mattel in Mexico was Mattel |
| 08:48 | 21 | de Mexico, correct? |
| 08:49 | 22 | A.   No. |
| 08:49 | 23 | Q.   Please take a look at your October 14th, 2008, |
| 08:49 | 24 | deposition.  This is Volume I at page 20.  This is lines 14 |
| 08:49 | 25 | through 16. |

| | | |
|---|---|---|
| 08:49 | 1 | *(Document provided to the witness.)* |
| 08:49 | 2 | THE WITNESS:  Ready. |
| 08:49 | 3 | THE COURT:  You may read. |
| 08:49 | 4 | MR. ZELLER:  This is lines 14 through 16, Ken. |
| 08:49 | 5 | *(Document displayed.)* |
| 08:49 | 6 | THE COURT:  Counsel, you may read. |
| 08:49 | 7 | MR. ZELLER:  *(Reading:)* |
| 08:49 | 8 | "QUESTION:  And before you worked for MGA |
| 08:49 | 9 | Entertainment of Mexico, who was your employer? |
| 08:49 | 10 | "ANSWER:  Mattel Mexico." |
| 08:50 | 11 | BY MR. ZELLER: |
| 08:50 | 12 | Q.   Isn't it true that you understood that your employer |
| 08:50 | 13 | was Mattel de Mexico until your lawyers told you that you |
| 08:50 | 14 | should say that you worked for Mattel Servicios instead? |
| 08:50 | 15 | MR. OVERLAND:  Objection.  Your Honor, privileged. |
| 08:50 | 16 | THE COURT:  Sustained.  You do not have to answer |
| 08:50 | 17 | that question, sir. |
| 08:50 | 18 | BY MR. ZELLER: |
| 08:50 | 19 | Q.   Well, when you were -- when you were being questioned |
| 08:50 | 20 | during your deposition, at that time when you were asked who |
| 08:50 | 21 | did you work for in Mexico, did you say that you were |
| 08:50 | 22 | working for Mattel Servicios? |
| 08:50 | 23 | A.   Yes. |
| 08:50 | 24 | Q.   In response to that question when you were asked -- |
| 08:50 | 25 | that we just talked about -- |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

16

| | | |
|---|---|---|
| 08:50 | 1 | A.    Yes. |
| 08:50 | 2 | Q.   -- when you answered the question that I just showed |
| 08:50 | 3 | you and we just read together, where you said you worked for |
| 08:50 | 4 | Mattel Mexico, your lawyer was sitting next to you, correct? |
| 08:51 | 5 | A.   One more time, please. |
| 08:51 | 6 | Q.   When you provided the answer that you worked for Mattel |
| 08:51 | 7 | Mexico, not Mattel Servicios, in response to this question, |
| 08:51 | 8 | your lawyer was sitting next to you, right? |
| 08:51 | 9 | A.   Right. |
| 08:51 | 10 | Q.   And, in fact, it was your understanding that all the |
| 08:51 | 11 | work that you did there for Mattel in Mexico was for Mattel |
| 08:51 | 12 | de Mexico and not Mattel Servicios, correct? |
| 08:51 | 13 | A.   I'm not certain. |
| 08:51 | 14 | Q.   Please take a look at Volume V of your deposition. |
| 08:51 | 15 | This is April 23, 2010, at page 846. |
| 08:51 | 16 |             *(Document provided to the witness.)* |
| 08:52 | 17 |             MR. McCONVILLE:  What page, Mike? |
| 08:52 | 18 |             MR. ZELLER:  This is page 846.  And specifically, |
| 08:52 | 19 | lines 12 through 16.  I apologize.  Actually, through line |
| 08:52 | 20 | 19. |
| 08:52 | 21 |             THE WITNESS:  I'm ready. |
| 08:52 | 22 |             MR. ZELLER:  If I may, Your Honor. |
| 08:52 | 23 |             THE COURT:  You may. |
| 08:52 | 24 |             MR. ZELLER:  This is starting at line 12. |
| 08:52 | 25 | *(Reading:)* |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10144   Filed 03/07/11   Page 17 of 73   Page ID #:307022
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

17

| | | |
|---|---|---|
| 08:52 | 1 | "QUESTION:  Did you do anything that helped or |
| 08:52 | 2 | benefited the company, Mattel de Mexico? |
| 08:52 | 3 | "THE WITNESS:  Yes. |
| 08:52 | 4 | "QUESTION:  What did you do? |
| 08:52 | 5 | "ANSWER:  Well, all my work activities." |
| 08:53 | 6 | BY MR. ZELLER: |
| 08:53 | 7 | Q.   And you can't think of anything that you did that |
| 08:53 | 8 | benefited some company called "Mattel Servicios," correct? |
| 08:53 | 9 | A.   Correct. |
| 08:53 | 10 | Q.   Have you ever seen the agreement between Mattel |
| 08:53 | 11 | de Mexico and Mattel Servicios? |
| 08:53 | 12 | A.   No. |
| 08:53 | 13 | Q.   You don't know that that contract provides that Mattel |
| 08:53 | 14 | Servicios provides services for Mattel Mexico? |
| 08:53 | 15 | MR. OVERLAND:  Objection.  Calls for speculation. |
| 08:53 | 16 | THE COURT:  Sustained. |
| 08:54 | 17 | BY MR. ZELLER: |
| 08:54 | 18 | Q.   You certainly understood that you had obligations to |
| 08:54 | 19 | Mattel de Mexico, correct? |
| 08:54 | 20 | MR. OVERLAND:  Objection.  Vague. |
| 08:54 | 21 | THE COURT:  Overruled. |
| 08:54 | 22 | THE WITNESS:  Yes. |
| 08:54 | 23 | BY MR. ZELLER: |
| 08:54 | 24 | Q.   And, in fact, you signed, apart from an employment |
| 08:54 | 25 | contract, other types of agreements with Mattel, correct? |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

18

| | | |
|---|---|---|
| 08:54 | 1 | MR. OVERLAND:  Objection.  Assumes facts not in |
| 08:54 | 2 | evidence. |
| 08:54 | 3 | THE COURT:  Overruled. |
| 08:54 | 4 | MR. OVERLAND:  Calls for a legal conclusion as to |
| 08:54 | 5 | agreements. |
| 08:54 | 6 | THE COURT:  Overruled. |
| 08:54 | 7 | THE WITNESS:  All I remember is that I signed an |
| 08:54 | 8 | employment contract with Mattel Servicios. |
| 08:54 | 9 | BY MR. ZELLER: |
| 08:54 | 10 | Q.   Please take a look at Exhibit 6402. |
| 08:54 | 11 | *(Document provided to the witness.)* |
| 08:55 | 12 | BY MR. ZELLER: |
| 08:55 | 13 | Q.   Do you recognize this as a conflict-of-interest |
| 08:55 | 14 | questionnaire that you signed? |
| 08:55 | 15 | A.   May I read it?  Can I take a minute to read it? |
| 08:55 | 16 | Q.   Yes.  Certainly. |
| 08:55 | 17 | A.   I'm ready. |
| 08:55 | 18 | Q.   Do you recognize this as a conflict-of-interest |
| 08:55 | 19 | questionnaire that you signed? |
| 08:56 | 20 | A.   Yes. |
| 08:56 | 21 | MR. ZELLER:  I would move Exhibit 6402 into |
| 08:56 | 22 | evidence. |
| 08:56 | 23 | THE COURT:  Received. |
| 08:56 | 24 | *(Exhibit No. 6402 received in evidence.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

19

| | | |
|---|---|---|
| 08:56 | 1 | BY MR. ZELLER: |
| 08:56 | 2 | Q.   Let's please take a look at the first page. |
| 08:56 | 3 | *(Document displayed.)* |
| 08:56 | 4 | BY MR. ZELLER: |
| 08:56 | 5 | Q.   And you see that this is on the letterhead of |
| 08:56 | 6 | Mattel, Inc., correct? |
| 08:56 | 7 | A.   Correct. |
| 08:56 | 8 | Q.   And that's the U.S. company, the parent? |
| 08:56 | 9 | A.   Yes. |
| 08:56 | 10 | Q.   And you understood that at this time in 1999, when you |
| 08:56 | 11 | were working for Mattel in Mexico, that Mattel asked you to |
| 08:56 | 12 | sign something called a conflict-of-interest questionnaire, |
| 08:56 | 13 | correct? |
| 08:56 | 14 | A.   Yes. |
| 08:56 | 15 | Q.   And you reviewed it and you signed it, correct? |
| 08:56 | 16 | A.   Yes, I signed it. |
| 08:57 | 17 | Q.   And, generally speaking, you understood that in |
| 08:57 | 18 | addition to owing obligations to Mattel de Mexico while you |
| 08:57 | 19 | were working for Mattel in Mexico, you also owed obligations |
| 08:57 | 20 | to the parent company Mattel, Inc.? |
| 08:57 | 21 | MR. OVERLAND:  Objection.  Vague. |
| 08:57 | 22 | THE COURT:  Overruled. |
| 08:57 | 23 | THE WITNESS:  I don't know if I understood it. |
| 08:57 | 24 | BY MR. ZELLER: |
| 08:57 | 25 | Q.   Well, looking at Exhibit 6402, you understand that now, |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

20

| | | |
|---|---|---|
| 08:57 | 1 | correct? |
| 08:57 | 2 | MR. OVERLAND:  Objection.  Vague to what "that" |
| 08:57 | 3 | is. |
| 08:57 | 4 | THE COURT:  Well, he's referring to the |
| 08:57 | 5 | questionnaire. |
| 08:57 | 6 | Overruled. |
| 08:57 | 7 | THE WITNESS:  I'm not certain. |
| 08:57 | 8 | BY MR. ZELLER: |
| 08:57 | 9 | Q.  Well, you see that this is a conflict-of-interest |
| 08:57 | 10 | questionnaire that Mattel, Inc., the parent, the U.S., sent |
| 08:58 | 11 | to you, correct? |
| 08:58 | 12 | A.  Yes. |
| 08:58 | 13 | Q.  And, in fact, you signed other agreements and forms |
| 08:58 | 14 | with Mattel, Inc., the parent company in the U.S., correct? |
| 08:58 | 15 | MR. OVERLAND:  Objection.  Assumes facts not in |
| 08:58 | 16 | evidence and argumentative as to "agreements." |
| 08:58 | 17 | THE COURT:  Overruled. |
| 08:58 | 18 | THE WITNESS:  It might be. |
| 08:58 | 19 | BY MR. ZELLER: |
| 08:58 | 20 | Q.  Please take a look at Exhibit 6403. |
| 08:58 | 21 | *(Document provided to the witness.)* |
| 08:58 | 22 | BY MR. ZELLER: |
| 08:58 | 23 | Q.  Do you recognize this as another Mattel, Inc. |
| 08:58 | 24 | conflict-of-interest questionnaire that you signed? |
| 08:59 | 25 | A.  Yes. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

21

| 08:59 | 1 | MR. ZELLER:  If we can show 6403. |
| 08:59 | 2 | Oh, I'm sorry.  Your Honor, if it may be admitted. |
| 08:59 | 3 | THE COURT:  Received. |
| 08:59 | 4 | *(Exhibit No. 6403 received in evidence.)* |
| 08:59 | 5 | *(Document displayed.)* |
| 08:59 | 6 | BY MR. ZELLER: |
| 08:59 | 7 | Q.   And you'll see that this is another Mattel, Inc. |
| 08:59 | 8 | conflict-of-interest questionnaire that you signed in |
| 08:59 | 9 | January of 2001? |
| 08:59 | 10 | MR. McCONVILLE:  Objection.  Misstates the |
| 08:59 | 11 | document. |
| 08:59 | 12 | THE COURT:  It's 2000, Counsel, isn't it? |
| 08:59 | 13 | MR. ZELLER:  He signed it in 2001.  It's the last |
| 08:59 | 14 | page. |
| 08:59 | 15 | THE WITNESS:  Yes. |
| 08:59 | 16 | BY MR. ZELLER: |
| 08:59 | 17 | Q.   So seeing this document refreshes your recollection |
| 09:00 | 18 | that you did sign other agreements with Mattel, Inc. while |
| 09:00 | 19 | you were working for Mattel in Mexico, correct? |
| 09:00 | 20 | MR. OVERLAND:  Objection.  Misstates the evidence |
| 09:00 | 21 | that it's an agreement. |
| 09:00 | 22 | THE COURT:  Overruled. |
| 09:00 | 23 | THE WITNESS:  Yes.  I -- I did sign |
| 09:00 | 24 | questionnaires. |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB  Document 10144  Filed 03/07/11  Page 22 of 73  Page ID #:307027
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

22

| | | |
|---|---|---|
| 09:00 | 1 | BY MR. ZELLER: |
| 09:00 | 2 | Q.   Well, my question is -- oh, so you're agreeing that you |
| 09:00 | 3 | do now recognize that you signed agreements with Mattel, |
| 09:00 | 4 | Inc., correct? |
| 09:00 | 5 | THE COURT:  The confusion is going to be, between |
| 09:00 | 6 | the two of you, "document" compared to "agreement," |
| 09:00 | 7 | "questionnaire." |
| 09:00 | 8 | So, ladies and gentlemen, you'll determine if this |
| 09:00 | 9 | is an agreement or questionnaire, conflict of interest, |
| 09:00 | 10 | whatever this is.  But I'll give counsel on both sides the |
| 09:00 | 11 | ability to refer to this document however they'd like to. |
| 09:01 | 12 | Your question, Counsel? |
| 09:01 | 13 | MR. ZELLER:  I'm sorry.  I thought there was a |
| 09:01 | 14 | pending question. |
| 09:01 | 15 | THE COURT:  There was, but he'd forgotten it. |
| 09:01 | 16 | BY MR. ZELLER: |
| 09:01 | 17 | Q.   All right.  Not looking at these particular documents, |
| 09:01 | 18 | but now having seen these documents, you now remember that |
| 09:01 | 19 | you did sign agreements with Mattel, Inc., the parent |
| 09:01 | 20 | company in the United States? |
| 09:01 | 21 | MR. OVERLAND:  Objection.  Calls for a legal |
| 09:01 | 22 | conclusion. |
| 09:01 | 23 | THE COURT:  Well, it depends upon what the |
| 09:01 | 24 | document is. |
| 09:01 | 25 | This is a conflict of interest, Mr. Zeller?  Is |

Case 2:04-cv-09049-DOC-RNB   Document 10144   Filed 03/07/11   Page 23 of 73   Page ID #:307028
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

23

| | | |
|---|---|---|
| 09:01 | 1 | this a conflict of interest? |
| 09:01 | 2 | MR. ZELLER: It is. It is. |
| 09:01 | 3 | THE COURT: All right. And eventually, ladies and |
| 09:01 | 4 | gentlemen, you may be determining whether he was employed by |
| 09:01 | 5 | Mattel de Mexico or Servicios, another company or affiliate, |
| 09:01 | 6 | let's say, of Mattel. |
| 09:01 | 7 | And, therefore, the controversy you're hearing |
| 09:02 | 8 | between counsel is whether this is, in fact, an agreement or |
| 09:02 | 9 | whether this is a questionnaire, a document. You should not |
| 09:02 | 10 | take from the questioning by Mattel's counsel that this is |
| 09:02 | 11 | necessarily an agreement. It may be. It may not be. |
| 09:02 | 12 | Right now it's just a questionnaire. So we'll |
| 09:02 | 13 | see. |
| 09:02 | 14 | Counsel. |
| 09:02 | 15 | MR. ZELLER: Thank you, Your Honor. |
| 09:02 | 16 | BY MR. ZELLER: |
| 09:02 | 17 | Q. Let me try it this way: You understood how -- now |
| 09:02 | 18 | having seen these documents, that you owed obligations to |
| 09:02 | 19 | Mattel, Inc., the parent company here in Southern |
| 09:02 | 20 | California, correct? |
| 09:02 | 21 | A. I don't know. |
| 09:03 | 22 | Q. Do you believe that you have agreed to do anything |
| 09:03 | 23 | under these conflict-of-interest forms with Mattel, Inc. |
| 09:03 | 24 | that you signed? |
| 09:03 | 25 | A. I understood that I had responded to a questionnaire. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

24

| | | |
|---|---|---|
| 09:03 | 1 | MR. ZELLER:  Well, let's please take a look at |
| 09:03 | 2 | Exhibit 6403-5. |
| 09:03 | 3 | *(Document displayed.)* |
| 09:03 | 4 | BY MR. ZELLER: |
| 09:03 | 5 | Q.   Do you see above your signature there's the paragraph |
| 09:03 | 6 | that says, "I understand that failure to answer this |
| 09:03 | 7 | questionnaire fully and truthfully constitutes grounds for |
| 09:03 | 8 | termination" -- excuse me -- "immediate termination of my |
| 09:03 | 9 | employment."  And then the next sentence says, quote, "I |
| 09:04 | 10 | agree not to divulge any company information to unauthorized |
| 09:04 | 11 | recipients," end quote. |
| 09:04 | 12 | Do you see that? |
| 09:04 | 13 | A.   Yes. |
| 09:04 | 14 | Q.   You agreed to do that in -- by signing this document, |
| 09:04 | 15 | correct? |
| 09:04 | 16 | A.   Yes. |
| 09:04 | 17 | Q.   This document is in English, correct? |
| 09:04 | 18 | A.   Correct. |
| 09:04 | 19 | Q.   And the other conflict-of-interest questionnaire that |
| 09:04 | 20 | we saw, Exhibit 6402, is in English, right? |
| 09:04 | 21 | A.   Yes. |
| 09:04 | 22 | Q.   You do read English, correct? |
| 09:04 | 23 | A.   Yes. |
| 09:04 | 24 | Q.   You've been speaking English since a child, correct? |
| 09:04 | 25 | A.   Yes. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

25

| | | |
|---|---|---|
| 09:04 | 1 | Q.   And, in fact, you came here and worked in the |
| 09:05 | 2 | United States, as we talked about earlier, for MGA here in |
| 09:05 | 3 | Southern California, correct? |
| 09:05 | 4 | A.   Correct. |
| 09:05 | 5 | Q.   And day to day, while working there, you conducted |
| 09:05 | 6 | business in English, correct? |
| 09:05 | 7 | A.   Correct. |
| 09:05 | 8 | Q.   And while both at Mattel and at MGA, you wrote e-mails |
| 09:05 | 9 | and communicated with other people for business reasons in |
| 09:05 | 10 | English, correct? |
| 09:05 | 11 | A.   Correct. |
| 09:05 | 12 | THE COURT:  Excuse me, sir.  Do you speak English? |
| 09:05 | 13 | Say "good morning" to me. |
| 09:05 | 14 | THE WITNESS:  *(In English)* Yes, I do. |
| 09:05 | 15 | THE COURT:  Okay.  How are you today? |
| 09:05 | 16 | THE WITNESS:  *(In English)* Fine.  Thank you, sir. |
| 09:05 | 17 | How are you, Your Honor? |
| 09:05 | 18 | THE COURT:  Why do you need an interpreter? |
| 09:05 | 19 | THE WITNESS:  *(In English)* Because I want to make |
| 09:05 | 20 | sure I understand the question correctly.  When it gets |
| 09:05 | 21 | technical, I don't -- I don't know.  I just want to make -- |
| 09:05 | 22 | to make sure I understand the question. |
| 09:05 | 23 | THE COURT:  Why don't you speak in English, and |
| 09:05 | 24 | then if you need the interpreter, that will speed this |
| 09:05 | 25 | process along.  She'll be right here. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

26

| | | |
|---|---|---|
| 09:06 | 1 | THE WITNESS:  *(In English)* Okay. |
| 09:06 | 2 | THE COURT:  So if you don't understand a question, |
| 09:06 | 3 | why don't we then revert to the Spanish interpreter.  Would |
| 09:06 | 4 | that be acceptable? |
| 09:06 | 5 | THE WITNESS:  *(In English)* Yes. |
| 09:06 | 6 | THE COURT:  Thank you very much, sir. |
| 09:06 | 7 | Counsel, your next question. |
| 09:06 | 8 | *(Witness testifies in English as follows:)* |
| 09:06 | 9 | BY MR. ZELLER: |
| 09:06 | 10 | Q.   And, by the way, you do understand that there are time |
| 09:06 | 11 | limitations for this trial, right? |
| 09:06 | 12 | A.   I do understand that. |
| 09:06 | 13 | BY MR. ZELLER: |
| 09:06 | 14 | Q.   Now, when you were working at Mattel Mexico, your job |
| 09:06 | 15 | title was manager of marketing? |
| 09:06 | 16 | A.   (In English)  No. |
| 09:06 | 17 | Q.   What was your title? |
| 09:06 | 18 | A.   Boys group brand manager. |
| 09:06 | 19 | Q.   And is that the position you held for about seven |
| 09:06 | 20 | years? |
| 09:06 | 21 | A.   No. |
| 09:06 | 22 | Q.   Well, maybe we should just walk through it. |
| 09:06 | 23 | What was your first position while you were working |
| 09:06 | 24 | there for Mattel in Mexico? |
| 09:06 | 25 | A.   It was brand manager. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

27

| | | |
|---|---|---|
| 09:07 | 1 | Q.   And about how long was that position? |
| 09:07 | 2 | A.   For two years, two years and a half, something like |
| 09:07 | 3 | that. |
| 09:07 | 4 | Q.   And then what was your next position for Mattel? |
| 09:07 | 5 | A.   Group brand manager. |
| 09:07 | 6 | Q.   And about how long did you have that? |
| 09:07 | 7 | A.   Five years. |
| 09:07 | 8 | Q.   And I'm sorry, we may not have established this yet. |
| 09:07 | 9 | When did you start working for Mattel in Mexico? |
| 09:07 | 10 | A.   April 1997. |
| 09:07 | 11 | Q.   And so after you were group brand manager, did you have |
| 09:07 | 12 | another title there at Mattel in Mexico? |
| 09:07 | 13 | A.   No. |
| 09:07 | 14 | Q.   And so when you -- you left Mattel in April of 2004, |
| 09:07 | 15 | your title was still group brand manager? |
| 09:07 | 16 | A.   Correct. |
| 09:07 | 17 | Q.   And one of your responsibilities while you were there |
| 09:07 | 18 | working for Mattel was to select which toys should be |
| 09:08 | 19 | marketed? |
| 09:08 | 20 | A.   Yes. |
| 09:08 | 21 | Q.   And that was, generally speaking, one of your |
| 09:08 | 22 | responsibilities the whole time you were working there for |
| 09:08 | 23 | Mattel in Mexico? |
| 09:08 | 24 | A.   Yes. |
| 09:08 | 25 | Q.   And did you also -- did you have involvement when you |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

28

| | | |
|---|---|---|
| 09:08 | 1 | worked there at Mattel in determining and fixing prices for |
| 09:08 | 2 | products? |
| 09:08 | 3 | A.   Yes, recommending prices. |
| 09:08 | 4 | Q.   And by that we're talking about the price that Mattel |
| 09:08 | 5 | would charge to a retailer to sell a product? |
| 09:08 | 6 | A.   Yes. |
| 09:08 | 7 | Q.   And another one of your responsibilities for Mattel was |
| 09:08 | 8 | to plan and release advertising campaigns? |
| 09:08 | 9 | A.   Yes. |
| 09:08 | 10 | Q.   And at Mattel you managed a budget of about 18 to |
| 09:08 | 11 | $25 million? |
| 09:08 | 12 | A.   Yes. |
| 09:09 | 13 | Q.   And that budget included money for advertising and |
| 09:09 | 14 | promotions? |
| 09:09 | 15 | A.   Yes. |
| 09:09 | 16 | Q.   And during the time that you were working there for |
| 09:09 | 17 | Mattel in Mexico, you were also involved in launching new |
| 09:09 | 18 | brands of toys? |
| 09:09 | 19 | A.   Yes. |
| 09:09 | 20 | Q.   And some of the examples of new brands that you were |
| 09:09 | 21 | involved with were Max Steel, Power Rangers, and Spiderman? |
| 09:09 | 22 | A.   Correct. |
| 09:09 | 23 | Q.   And these were launches into the Mexican market? |
| 09:09 | 24 | A.   Yes. |
| 09:09 | 25 | Q.   And these were launches into the Mexican market of toys |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 3/4/2011 - Day 28, Volume 1 of 4

29

| | | |
|---|---|---|
| 09:09 | 1 | that hadn't been sold there before, right? |
| 09:09 | 2 | A.   Not all of them. |
| 09:09 | 3 | Q.   Well, some of them were completely new toys to the |
| 09:09 | 4 | Mexican market? |
| 09:10 | 5 | A.   Only Max Steel. |
| 09:10 | 6 | Q.   Well, when you were at Mattel in Mexico, you were the |
| 09:10 | 7 | person who was responsible for developing the introduction |
| 09:10 | 8 | strategy for new toys into the Mexican market, correct? |
| 09:10 | 9 | A.   For my division, yes. |
| 09:10 | 10 | Q.   I'm sorry? |
| 09:10 | 11 | A.   For my brands. |
| 09:10 | 12 | Q.   Another one of your responsibilities was to make sales |
| 09:10 | 13 | forecasts for the Mexican market? |
| 09:10 | 14 | A.   Yes. |
| 09:10 | 15 | Q.   And all of these you did for the benefit that we talked |
| 09:10 | 16 | about earlier, for Mattel de Mexico, not Mattel Servicios, |
| 09:10 | 17 | correct? |
| 09:10 | 18 | A.   Yes, for Mattel de Mexico.  I'm not sure about Mattel |
| 09:10 | 19 | Servicios. |
| 09:10 | 20 | Q.   There's nothing you can think of that you did directly |
| 09:10 | 21 | for Mattel Servicios as a separate company, right? |
| 09:11 | 22 | A.   No. |
| 09:11 | 23 | Q.   That's a correct statement? |
| 09:11 | 24 | A.   Yes. |
| 09:11 | 25 | Q.   Now, as part of your job there at Mattel, you had |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

30

| | | |
|---|---|---|
| 09:11 | 1 | access to internal and trade secret Mattel information? |
| 09:11 | 2 | MR. OVERLAND:  Objection.  Calls for a conclusion. |
| 09:11 | 3 | THE COURT:  Overruled. |
| 09:11 | 4 | THE WITNESS:  I am not sure. |
| 09:11 | 5 | BY MR. ZELLER: |
| 09:11 | 6 | Q.   Well, you'll agree with me that you had access to |
| 09:11 | 7 | internal Mattel information? |
| 09:11 | 8 | A.   Yes. |
| 09:11 | 9 | Q.   You'll agree with me that you had access to Mattel |
| 09:11 | 10 | confidential information? |
| 09:11 | 11 | A.   Yes. |
| 09:11 | 12 | Q.   Have you heard the word "trade secret" before? |
| 09:11 | 13 | A.   Yes. |
| 09:11 | 14 | Q.   Do you have an understanding as to what it is? |
| 09:11 | 15 | A.   No. |
| 09:11 | 16 | Q.   As part of your job working there for Mattel Mexico, |
| 09:11 | 17 | you had access to confidential information, information you |
| 09:12 | 18 | understood to be confidential, right? |
| 09:12 | 19 | A.   Yes. |
| 09:12 | 20 | Q.   And that included market planning documents? |
| 09:12 | 21 | A.   I believe so, yes. |
| 09:12 | 22 | Q.   It included product forecasts and sales forecasts? |
| 09:12 | 23 | A.   Yes. |
| 09:12 | 24 | Q.   And when you worked at Mattel de Mexico, you had a |
| 09:12 | 25 | computer? |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

31

| | | |
|---|---|---|
| 09:12 | 1 | A.   Yes. |
| 09:12 | 2 | Q.   And to log onto that computer to get access to the |
| 09:12 | 3 | Mattel computer system, you had to log in and enter a |
| 09:12 | 4 | password to get access, right? |
| 09:12 | 5 | A.   Yes. |
| 09:12 | 6 | Q.   And you understood that as part of your obligations |
| 09:12 | 7 | while you were there for -- working for Mattel in Mexico, |
| 09:12 | 8 | that you were not to take or give to other people outside |
| 09:13 | 9 | the company, without permission, confidential information |
| 09:13 | 10 | you had access to, right? |
| 09:13 | 11 | A.   Yes. |
| 09:13 | 12 | Q.   There's a person that you worked with at Tyco |
| 09:13 | 13 | previously, named Susana Kuemmerle? |
| 09:13 | 14 | A.   Yes. |
| 09:13 | 15 | Q.   And in early 2004, Ms. Kuemmerle called you to discuss |
| 09:13 | 16 | setting up MGA Mexico; is that right? |
| 09:13 | 17 | A.   Yes. |
| 09:13 | 18 | Q.   And when she called you, you weren't looking to leave |
| 09:13 | 19 | Mattel at the time, correct? |
| 09:13 | 20 | A.   No. |
| 09:13 | 21 | Q.   That's not correct? |
| 09:13 | 22 | A.   I was thinking of other opportunities. |
| 09:13 | 23 | Q.   Well, when she contacted you, had you been looking for |
| 09:13 | 24 | a job? |
| 09:13 | 25 | A.   Not actively. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

32

| | | |
|---|---|---|
| 09:14 | 1 | Q.   Well, in fact, you were content at Mattel and wanted to |
| 09:14 | 2 | stay there, correct? |
| 09:14 | 3 | A.   Yes. |
| 09:14 | 4 | Q.   So you didn't tell Ms. Kuemmerle that you were putting |
| 09:14 | 5 | your resumé together, correct? -- during that time when she |
| 09:14 | 6 | contacted you? |
| 09:14 | 7 | A.   No, I didn't tell her. |
| 09:14 | 8 | Q.   You didn't tell her that you were unhappy there at |
| 09:14 | 9 | Mattel, right? |
| 09:14 | 10 | A.   No. |
| 09:14 | 11 | Q.   That's correct, you did not tell her? |
| 09:14 | 12 | A.   That's correct. |
| 09:14 | 13 | Q.   You didn't tell her that you were not happy with the |
| 09:14 | 14 | career path that you were having at Mattel; is that correct? |
| 09:14 | 15 | A.   No. |
| 09:14 | 16 | Q.   It's a correct statement? |
| 09:14 | 17 | A.   No, it's not correct. |
| 09:14 | 18 | Q.   You told her that? |
| 09:14 | 19 | A.   No, I didn't -- I didn't tell her that. |
| 09:14 | 20 | Q.   Just so there's a clear record.  You didn't say to |
| 09:14 | 21 | Ms. Kuemmerle, "I'm not happy at Mattel, I'm not happy with |
| 09:15 | 22 | the way my career is going there," right? |
| 09:15 | 23 | A.   Not exactly. |
| 09:15 | 24 | Q.   Well, you did not tell her you were unhappy, right? |
| 09:15 | 25 | A.   No. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

33

| | | |
|---|---|---|
| 09:15 | 1 | Q.    It's a correct statement? |
| 09:15 | 2 | A.    Yes. |
| 09:15 | 3 | Q.    And you did not tell her that you had already started |
| 09:15 | 4 | to look for a new job? |
| 09:15 | 5 | A.    No. |
| 09:15 | 6 | Q.    You did not tell her that, right? |
| 09:15 | 7 | A.    No. |
| 09:15 | 8 | Q.    Correct? |
| 09:15 | 9 | A.    Correct. |
| 09:15 | 10 | THE COURT:  Well, it's the double negative that's |
| 09:15 | 11 | not giving a clear record, Counsel. |
| 09:15 | 12 | MR. ZELLER:  I'll go back. |
| 09:15 | 13 | THE COURT:  You might put the words "did you." |
| 09:15 | 14 | Take out the "no" in between or "not." |
| 09:15 | 15 | BY MR. ZELLER: |
| 09:15 | 16 | Q.    Did you tell Ms. Kuemmerle during that conversation |
| 09:15 | 17 | that you were starting to look for a new job? |
| 09:15 | 18 | A.    No. |
| 09:15 | 19 | Q.    Did you say to Ms. Kuemmerle during that conversation |
| 09:15 | 20 | that you were not happy with Mattel? |
| 09:16 | 21 | A.    No. |
| 09:16 | 22 | Q.    Did you say to her that you had already been putting |
| 09:16 | 23 | your resumé together? |
| 09:16 | 24 | A.    No. |
| 09:16 | 25 | Q.    In February of 2004, you were scheduled to go to the |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

34

| | | |
|---|---|---|
| 09:16 | 1 | New York toy fair for Mattel, right? |
| 09:16 | 2 | A.   Yes. |
| 09:16 | 3 | Q.   And you left a day earlier than necessary? |
| 09:16 | 4 | A.   Yes. |
| 09:16 | 5 | Q.   And you did that in order to meet with MGA there in |
| 09:16 | 6 | New York, right? |
| 09:16 | 7 | MR. OVERLAND:  Vague as to MGA. |
| 09:16 | 8 | THE COURT:  Well, sustained. |
| 09:16 | 9 | Counsel. |
| 09:16 | 10 | BY MR. ZELLER: |
| 09:16 | 11 | Q.   Let me try it this way:  You were going to New York on |
| 09:16 | 12 | a business trip for Mattel to go to the New York toy fair? |
| 09:16 | 13 | A.   Yes. |
| 09:16 | 14 | Q.   And you were a Mattel employee at the time? |
| 09:16 | 15 | A.   Yes. |
| 09:16 | 16 | Q.   And after the call with Ms. Kuemmerle, you had made |
| 09:17 | 17 | arrangements to meet with Mr. Larian in New York? |
| 09:17 | 18 | A.   No. |
| 09:17 | 19 | Q.   You met with Mr. Larian at MGA's toy fair showroom in |
| 09:17 | 20 | New York in February of 2004, correct? |
| 09:17 | 21 | A.   Yes. |
| 09:17 | 22 | Q.   And the purpose of this meeting with Mr. Larian in |
| 09:17 | 23 | New York, while you were on this business trip for Mattel, |
| 09:17 | 24 | was to discuss your potentially working for MGA and setting |
| 09:17 | 25 | up MGA Mexico operations, correct? |

| | | |
|---|---|---|
| 09:17 | 1 | A.   Correct. |
| 09:17 | 2 |        MR. McCONVILLE:  Compound. |
| 09:17 | 3 |        THE COURT:  *(No audible response.)* |
| 09:17 | 4 | BY MR. ZELLER: |
| 09:17 | 5 | Q.   And during this meeting, you told Mr. Larian that you |
| 09:17 | 6 | worked for Mattel, right? |
| 09:17 | 7 | A.   Right. |
| 09:17 | 8 | Q.   And Mr. Larian asked if you were interested in helping |
| 09:17 | 9 | to open up the MGA Mexico operations, right? |
| 09:18 | 10 | A.   Yes. |
| 09:18 | 11 | Q.   Because at that time MGA did not have an office in |
| 09:18 | 12 | Mexico, as you understood it? |
| 09:18 | 13 | A.   Correct. |
| 09:18 | 14 | Q.   And in this trip that you took to New York when you met |
| 09:18 | 15 | with Mr. Larian there at the MGA showroom at New York toy |
| 09:18 | 16 | fair, who paid for those expenses? |
| 09:18 | 17 | A.   Mattel Servicios. |
| 09:18 | 18 | Q.   Mattel did? |
| 09:18 | 19 | A.   Yes. |
| 09:18 | 20 | Q.   And at the end of the meeting, Mr. Larian told you that |
| 09:18 | 21 | he was gonna come down to Mexico to meet with you, right? |
| 09:18 | 22 | A.   Yes. |
| 09:18 | 23 | Q.   And that eventually happened? |
| 09:18 | 24 | A.   Yes. |
| 09:18 | 25 | Q.   And by the way, during this time period when you were |

| | | |
|---|---|---|
| 09:19 | 1 | talking to Mr. Larian about opening up MGA Mexico |
| 09:19 | 2 | operations, there were two others there at Mattel in Mexico |
| 09:19 | 3 | who then started having contact with MGA as well? |
| 09:19 | 4 | MR. OVERLAND:  Objection.  Unintelligible. |
| 09:19 | 5 | THE COURT:  Overruled. |
| 09:19 | 6 | THE WITNESS:  Yes. |
| 09:19 | 7 | BY MR. ZELLER: |
| 09:19 | 8 | Q.   One was Mariana Trueba, who was a coworker of yours at |
| 09:19 | 9 | Mattel Mexico? |
| 09:19 | 10 | A.   That's right. |
| 09:19 | 11 | Q.   And did she go and meet with MGA during this trip that |
| 09:19 | 12 | you had to New York? |
| 09:19 | 13 | MR. OVERLAND:  Objection.  Vague as to MGA. |
| 09:19 | 14 | THE COURT:  Well, does that mean Mr. Larian? |
| 09:19 | 15 | MR. ZELLER:  It means anybody. |
| 09:19 | 16 | THE COURT:  Overruled. |
| 09:19 | 17 | THE WITNESS:  Yes. |
| 09:19 | 18 | BY MR. ZELLER: |
| 09:19 | 19 | Q.   She -- she met with someone from MGA by your |
| 09:19 | 20 | understanding as well? |
| 09:19 | 21 | A.   Yes. |
| 09:19 | 22 | Q.   Who did she meet with? |
| 09:20 | 23 | A.   Susana Kuemmerle. |
| 09:20 | 24 | Q.   And that was on this same trip that we were talking |
| 09:20 | 25 | about in February of 2004, where you traveled to New York on |

| 09:20 | 1 | Mattel business and met with Mr. Larian? |
| 09:20 | 2 | A.   Correct. |
| 09:20 | 3 | BY MR. ZELLER: |
| 09:20 | 4 | Q.   And at the time, Mariana Trueba was a Mattel employee |
| 09:20 | 5 | when she was traveling to New York for Mattel business and |
| 09:20 | 6 | met with Ms. Kuemmerle, right? |
| 09:20 | 7 | A.   Yes. |
| 09:20 | 8 | Q.   And then another person who started to talk to MGA |
| 09:20 | 9 | about potentially opening MGA operations in Mexico was Pablo |
| 09:20 | 10 | Vargas? |
| 09:20 | 11 | MR. OVERLAND:  Objection.  Vague as to time. |
| 09:20 | 12 | THE COURT:  Overruled. |
| 09:20 | 13 | THE WITNESS:  Yes. |
| 09:20 | 14 | BY MR. ZELLER: |
| 09:20 | 15 | Q.   He was someone who also worked with you at Mattel |
| 09:20 | 16 | Mexico, right? |
| 09:21 | 17 | A.   Right. |
| 09:21 | 18 | Q.   And was this because Ms. Kuemmerle had asked you to |
| 09:21 | 19 | find other people there at Mattel Mexico who might be |
| 09:21 | 20 | interested in going to MGA? |
| 09:21 | 21 | MR. OVERLAND:  Objection.  Vague as to "this." |
| 09:21 | 22 | THE COURT:  Overruled. |
| 09:21 | 23 | THE WITNESS:  Yes. |
| 09:21 | 24 | BY MR. ZELLER: |
| 09:21 | 25 | Q.   And you told Ms. Kuemmerle about Mr. Vargas and |

| | | |
|---|---|---|
| 09:21 | 1 | Ms. Trueba? |
| 09:21 | 2 | A.   Yes. |
| 09:21 | 3 | Q.   And before you left on this business trip to New York, |
| 09:21 | 4 | at Mattel's expense, and met with Mr. Larian, you told |
| 09:21 | 5 | Mr. Vargas and Ms. Trueba that you possibly would be going |
| 09:21 | 6 | to MGA? |
| 09:21 | 7 | A.   Yes. |
| 09:21 | 8 | Q.   And after this meeting in New York, you then had a |
| 09:21 | 9 | meeting in March of 2000 with Mr. Larian in Mexico City? |
| 09:21 | 10 | A.   No. |
| 09:21 | 11 | Q.   I'm sorry.  2004? |
| 09:22 | 12 | A.   Yes. |
| 09:22 | 13 | Q.   And in early March 2004, you had this meeting at the |
| 09:22 | 14 | W Hotel? |
| 09:22 | 15 | A.   Yes. |
| 09:22 | 16 | Q.   And Susana Kuemmerle was there? |
| 09:22 | 17 | A.   Correct. |
| 09:22 | 18 | Q.   Also Tom Park was there? |
| 09:22 | 19 | A.   Correct. |
| 09:22 | 20 | Q.   And he was the chief operating officer of MGA? |
| 09:22 | 21 | A.   Yes. |
| 09:22 | 22 | Q.   And when you had this meeting with Mr. Larian, |
| 09:22 | 23 | Mr. Park, and Ms. Kuemmerle, you and Mr. Vargas gave a |
| 09:22 | 24 | presentation, correct? |
| 09:22 | 25 | A.   Correct. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

39

| | | |
|---|---|---|
| 09:22 | 1 | Q.   And you had a Sony VAIO laptop computer that you used |
| 09:22 | 2 | for the presentation? |
| 09:22 | 3 | A.   Yes. |
| 09:22 | 4 | Q.   And this presentation that you gave to Mr. Larian and |
| 09:22 | 5 | the others in March 2004 at the W Hotel was one that you and |
| 09:22 | 6 | Mr. Vargas put together; is that true? |
| 09:23 | 7 | A.   That is true. |
| 09:23 | 8 |         MR. ZELLER:  Please take a look at Exhibit 6754. |
| 09:23 | 9 | This is in evidence. |
| 09:23 | 10 |         *(Document provided to the witness.)* |
| 09:23 | 11 |         *(Document displayed.)* |
| 09:23 | 12 | BY MR. ZELLER: |
| 09:23 | 13 | Q.   Do you recognize this as the presentation that you gave |
| 09:23 | 14 | at that time? |
| 09:23 | 15 | A.   Yes. |
| 09:23 | 16 | Q.   And in making this presentation that you made to |
| 09:23 | 17 | Mr. Larian and others there at MGA in March of 2004, the one |
| 09:23 | 18 | that you have in front of you, you took information and |
| 09:23 | 19 | other presentations from Mattel in order to create it, |
| 09:23 | 20 | right? |
| 09:23 | 21 | A.   That's correct. |
| 09:23 | 22 | Q.   Please take a look at Exhibit 7129. |
| 09:24 | 23 |         Do you recognize this as a presentation for Mattel that |
| 09:24 | 24 | you worked on? |
| 09:24 | 25 | A.   Yes. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

40

| | | |
|---|---|---|
| 09:24 | 1 | MR. ZELLER:  I'd move Exhibit 7129 into evidence. |
| 09:24 | 2 | THE COURT:  Received. |
| 09:24 | 3 | *(Exhibit No. 7129 received in evidence.)* |
| 09:24 | 4 | *(Document displayed.)* |
| 09:24 | 5 | BY MR. ZELLER: |
| 09:24 | 6 | Q.   And specifically this presentation that you prepared |
| 09:24 | 7 | while you were working for Mattel, as a Mattel employee, was |
| 09:24 | 8 | for Mattel's international vice president named Brian |
| 09:24 | 9 | Stockton? |
| 09:24 | 10 | A.   I believe so. |
| 09:24 | 11 | Q.   That's your memory? |
| 09:24 | 12 | A.   Yes. |
| 09:24 | 13 | Q.   If you could please take a -- and by the way you used |
| 09:24 | 14 | this presentation or portions of this presentation that you |
| 09:24 | 15 | had put together for Mattel's vice president to create the |
| 09:25 | 16 | presentation you gave to Mr. Larian at the W Hotel in March |
| 09:25 | 17 | of 2004, right? |
| 09:25 | 18 | A.   Yes. |
| 09:25 | 19 | Q.   Please take a look at Exhibit 6715. |
| 09:25 | 20 | *(Document provided to the witness.)* |
| 09:25 | 21 | BY MR. ZELLER: |
| 09:25 | 22 | Q.   You recognize this as a Mattel Mexico presentation? |
| 09:25 | 23 | A.   Yes. |
| 09:25 | 24 | Q.   And this was something that was prepared by the sales |
| 09:25 | 25 | group at Mattel Mexico? |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

41

| | | |
|---|---|---|
| 09:25 | 1 | A.   Yes. |
| 09:25 | 2 | MR. ZELLER:  I would move Exhibit 6715 into |
| 09:25 | 3 | evidence. |
| 09:25 | 4 | THE COURT:  Received. |
| 09:25 | 5 | *(Exhibit No. 6715 received in evidence.)* |
| 09:25 | 6 | *(Document displayed.)* |
| 09:26 | 7 | BY MR. ZELLER: |
| 09:26 | 8 | Q.   Now, Exhibit 6715, another presentation for Mattel |
| 09:26 | 9 | Mexico created when you were a Mattel employee, was also |
| 09:26 | 10 | used to create the presentation you made to Mr. Larian at |
| 09:26 | 11 | the W Hotel in March of 2004, right? |
| 09:26 | 12 | A.   I'm not sure. |
| 09:26 | 13 | Q.   Well, if you can please take a look at Volume VI of |
| 09:26 | 14 | your deposition.  This is April 24, 2010, at page 1035. |
| 09:26 | 15 | *(Document provided to the witness.)* |
| 09:26 | 16 | BY MR. ZELLER: |
| 09:27 | 17 | Q.   And specifically if you can look at lines 7 through 22. |
| 09:27 | 18 | And I'd just ask that you read that to yourself for a moment |
| 09:27 | 19 | to see if that helps your memory. |
| 09:27 | 20 | A.   Ready. |
| 09:27 | 21 | Q.   Having reviewed your deposition testimony, do you now |
| 09:27 | 22 | recall that you used portions of Exhibit 6715, this Mattel |
| 09:27 | 23 | de Mexico sales overview presentation, for the presentation |
| 09:28 | 24 | you created for Mr. Larian? |
| 09:28 | 25 | A.   No. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

42

09:28   1        MR. ZELLER:  I'd ask then, Your Honor, to publish
09:28   2   lines 7 through 22.
09:28   3        THE COURT:  You may, except the exhibit number on
09:28   4   line 8 and 10 doesn't match with the exhibit number on the
09:28   5   board.
09:28   6        How do we know he's referring to the same exhibit
09:28   7   at the time of deposition?  It's 6754, and 7129, and this is
09:28   8   6715.
09:28   9        MR. ZELLER:  We can come back to this.
09:28   10  BY MR. ZELLER:
09:28   11  Q.   But you do recognize this as a presentation, this
09:28   12  exhibit that you had access to when you were at Mattel?
09:29   13  A.   I did not have access to this one.
09:29   14  Q.   Did Mr. Vargas work on it?
09:29   15  A.   Yes.
09:29   16  Q.   And you're not sure to what degree -- well, let me ask
09:29   17  this:  Mr. Vargas and you together worked on the
09:29   18  presentation that was made to Mr. Larian?
09:29   19  A.   Correct.
09:29   20  Q.   And at least some of the portions you worked on, you
09:29   21  know that you took Mattel documents to use to create that
09:29   22  presentation?
09:29   23  A.   Yes.
09:29   24  Q.   Mr. Vargas might have done that, as well, but you can't
09:29   25  be sure?

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

43

| 09:29 | 1 | MR. OVERLAND:  Objection.  Calls for speculation. |

09:29   1        MR. OVERLAND:  Objection.  Calls for speculation.

09:29   2        THE COURT:  Well, in its present form, that's

09:29   3   sustained, Counsel.

09:29   4   BY MR. ZELLER:

09:29   5   Q.   Do you have a belief as to whether or not Mr. Vargas

09:29   6   also used Mattel documents to create the presentation, or

09:29   7   don't you know?

09:29   8   A.   Yes, I have a belief.

09:29   9   Q.   And what is the belief?

09:29   10  A.   That he used Mattel Servicios presentations.

09:29   11  Q.   You're just not sure what documents he used?

09:29   12  A.   Correct.

09:30   13  Q.   If we can maybe do a comparison between 6754 and 7129.

09:30   14            *(Document displayed.)*

09:30   15  BY MR. ZELLER:

09:30   16  Q.   And you'll see, for example, 6754-3 compared to 7129-6.

09:30   17            *(Document displayed.)*

09:30   18  BY MR. ZELLER:

09:30   19  Q.   So the Mattel presentation and the presentation you

09:30   20  made to Mr. Larian was the same on this page?

09:30   21  A.   Yes.

09:30   22        MR. ZELLER:  If we can take a look at 6754-4 and

09:30   23  6715-2.

09:31   24            *(Document displayed.)*

        25

CV 04-9049 DOC – 3/4/2011 – Day 28, Volume 1 of 4

44

| | | |
|---|---|---|
| 09:31 | 1 | BY MR. ZELLER: |
| 09:31 | 2 | Q.   The two presentations are the same -- it might be |
| 09:31 | 3 | easier just to look on the screen. |
| 09:31 | 4 | A.   Yes. |
| 09:31 | 5 | Q.   Let's take a look at 6754-13 and 6715-11. |
| 09:31 | 6 | *(Document displayed.)* |
| 09:31 | 7 | BY MR. ZELLER: |
| 09:31 | 8 | Q.   These are the same? |
| 09:31 | 9 | MR. McCONVILLE:  Objection.  Misstates the |
| 09:31 | 10 | evidence. |
| 09:31 | 11 | THE COURT:  Overruled. |
| 09:31 | 12 | THE WITNESS:  No. |
| 09:31 | 13 | BY MR. ZELLER: |
| 09:31 | 14 | Q.   The substance of them is not the same? |
| 09:31 | 15 | A.   I'm not sure what "substance" means. |
| 09:31 | 16 | Q.   The information? |
| 09:31 | 17 | A.   Yes. |
| 09:31 | 18 | Q.   The top slide is the presentation you made to |
| 09:32 | 19 | Mr. Larian at the W Hotel in March of 2004 while you were |
| 09:32 | 20 | still employed by Mattel, right? |
| 09:32 | 21 | A.   Right. |
| 09:32 | 22 | Q.   And the information on the bottom part of this slide, |
| 09:32 | 23 | this comparison, is information from a Mattel de Mexico |
| 09:32 | 24 | presentation, right? |
| 09:32 | 25 | A.   Right. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

45

| | | |
|---|---|---|
| 09:32 | 1 | Q.   In other words, Mattel de Mexico information? |
| 09:32 | 2 | A.   (No response.) |
| 09:32 | 3 | Q.   It came from Mattel de Mexico? |
| 09:32 | 4 | A.   Yes. |
| 09:32 | 5 | Q.   And the information used to create the slide for |
| 09:32 | 6 | Mr. Larian's presentation came from this Mattel de Mexico |
| 09:32 | 7 | slide, right? |
| 09:32 | 8 | A.   Yes. |
| 09:32 | 9 | Q.   And we could go through and compare many other pages |
| 09:32 | 10 | between the Mattel presentations and information and the |
| 09:32 | 11 | presentation you made to Mr. Larian, and we would see that |
| 09:32 | 12 | the source of much of that information for the Larian |
| 09:33 | 13 | presentation, the presentation to Mr. Larian, was from |
| 09:33 | 14 | Mattel de Mexico, right? |
| 09:33 | 15 | MR. McCONVILLE:  Objection.  Compound. |
| 09:33 | 16 | THE COURT:  Do you understand the question, sir? |
| 09:33 | 17 | THE WITNESS:  No. |
| 09:33 | 18 | THE COURT:  Reask the question, please. |
| 09:33 | 19 | MR. ZELLER:  Sure. |
| 09:33 | 20 | BY MR. ZELLER: |
| 09:33 | 21 | Q.   Rather than go through this page by page, you'll agree |
| 09:33 | 22 | with me that if we were to go through and compare other |
| 09:33 | 23 | pages of the presentation you made to Mr. Larian and these |
| 09:33 | 24 | Mattel documents, we would see that many of the pages of the |
| 09:33 | 25 | presentation to Mr. Larian came from Mattel, right? |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

46

| | | |
|---|---|---|
| 09:33 | 1 | MR. McCONVILLE: Same objection. |
| 09:33 | 2 | THE COURT: Overruled. |
| 09:33 | 3 | THE WITNESS: Right. |
| 09:33 | 4 | THE COURT: Your answer was? |
| 09:33 | 5 | THE WITNESS: Yes. |
| 09:33 | 6 | THE COURT: Thank you. |
| 09:33 | 7 | BY MR. ZELLER: |
| 09:33 | 8 | Q.   In some instances you just took the Mattel logo on the |
| 09:33 | 9 | Mattel slides off and used the same page for the |
| 09:33 | 10 | presentation to Mr. Larian, right? |
| 09:33 | 11 | A.   Right. |
| 09:33 | 12 | Q.   And some of the information that you took from Mattel |
| 09:33 | 13 | de Mexico and put into the presentation for Mr. Larian came |
| 09:34 | 14 | from third-party companies that provided information that |
| 09:34 | 15 | Mattel Mexico had to pay for, right? |
| 09:34 | 16 | A.   Right. |
| 09:34 | 17 | Q.   And that included Nielsen? |
| 09:34 | 18 | A.   Yes. |
| 09:34 | 19 | Q.   It included Mindshare? |
| 09:34 | 20 | A.   Yes. |
| 09:34 | 21 | Q.   And you knew when you were using this information that |
| 09:34 | 22 | it was information that Mattel Mexico had actually had to |
| 09:34 | 23 | pay money to get, right? |
| 09:34 | 24 | A.   Yes. |
| 09:34 | 25 | Q.   And you'll agree with me that this information and |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

47

| | | |
|---|---|---|
| 09:34 | 1 | these presentations -- let me rephrase that. |
| 09:34 | 2 | You'll agree with me that the information and Mattel |
| 09:34 | 3 | presentations that we've talked about that was used for the |
| 09:34 | 4 | presentation for Mr. Larian did not belong to you? |
| 09:34 | 5 | A.   Yes.   That's what I understood, what I thought. |
| 09:35 | 6 | Q.   And when you did that, did you believe that there was |
| 09:35 | 7 | anything wrong with it? |
| 09:35 | 8 | MR. OVERLAND:  Objection.  Vague as to "wrong." |
| 09:35 | 9 | Is it morally wrong?  Legally wrong? |
| 09:35 | 10 | THE COURT:  Overruled. |
| 09:35 | 11 | You can answer the question. |
| 09:35 | 12 | THE WITNESS:  I don't know if I thought that. |
| 09:35 | 13 | BY MR. ZELLER: |
| 09:35 | 14 | Q.   Well, what do you think now? |
| 09:35 | 15 | MR. OVERLAND:  Irrelevant. |
| 09:35 | 16 | THE COURT:  No.  Overruled. |
| 09:35 | 17 | It goes to credibility.  State of mind. |
| 09:35 | 18 | THE WITNESS:  I answer? |
| 09:35 | 19 | THE COURT:  You may. |
| 09:35 | 20 | THE WITNESS:  Okay.  I am not sure. |
| 09:35 | 21 | BY MR. ZELLER: |
| 09:35 | 22 | Q.   Let's, please look at your deposition, Volume VI, |
| 09:35 | 23 | April 24, 2010, at page 1036 to page 1037. |
| 09:35 | 24 | *(Document provided to the witness.)* |
| 09:36 | 25 | THE WITNESS:  Which page, I'm sorry? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:36 | 1 | BY MR. ZELLER: |
| 09:36 | 2 | Q.   This is page 1036 to page 1037. |
| 09:36 | 3 | MR. ZELLER:  And specifically, Your Honor, this is |
| 09:36 | 4 | 1036-13 -- line 13, to 1037, line 9. |
| 09:36 | 5 | THE COURT:  You may read. |
| 09:36 | 6 | MR. ZELLER:  *(Reading:)* |
| 09:36 | 7 | "QUESTION:  Did you think there was anything wrong |
| 09:36 | 8 | with copying the Mattel president's review for Mr. Stockton |
| 09:36 | 9 | to give it to Mr. Larian while you were still a Mattel |
| 09:36 | 10 | employee? |
| 09:36 | 11 | "THE WITNESS:  Right.  Do I think about that now, |
| 09:37 | 12 | or if I thought -- or if I thought about it? |
| 09:37 | 13 | "QUESTION:  First let's start with what you |
| 09:37 | 14 | thought then. |
| 09:37 | 15 | "THE WITNESS:  I don't remember. |
| 09:37 | 16 | "QUESTION:  What do you think now? |
| 09:37 | 17 | "QUESTION:  You thought it was fine? |
| 09:37 | 18 | "ANSWER:  That it wasn't wrong." |
| 09:37 | 19 | MR. OVERLAND:  I think you missed a line.  Line 4. |
| 09:37 | 20 | MR. ZELLER:  I did.  I apologize.  I'll start with |
| 09:37 | 21 | line 2 again, on page 1037. |
| 09:37 | 22 | "QUESTION:  What do you think now? |
| 09:37 | 23 | "THE WITNESS:  No.  That -- no. |
| 09:37 | 24 | "QUESTION:  You thought it was fine? |
| 09:37 | 25 | "ANSWER:  That it wasn't wrong." |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

49

| | | |
|---|---|---|
| 09:37 | 1 | BY MR. ZELLER: |
| 09:37 | 2 | Q.   Now, after you met with Mr. Larian at the W Hotel in |
| 09:38 | 3 | March of 2004, you began to download information from |
| 09:38 | 4 | Mattel's computer systems, correct? |
| 09:38 | 5 | MR. OVERLAND:  Objection.  Vague as to time. |
| 09:38 | 6 | THE COURT:  Overruled. |
| 09:38 | 7 | THE WITNESS:  I copied some documents, yes. |
| 09:38 | 8 | BY MR. ZELLER: |
| 09:38 | 9 | Q.   And, in fact, you went back to Mattel there in Mexico, |
| 09:38 | 10 | and you selected documents and computer files that you |
| 09:38 | 11 | believed would be useful to you at MGA Mexico, correct? |
| 09:38 | 12 | A.   Correct. |
| 09:38 | 13 | Q.   And you specifically did that because you thought it |
| 09:38 | 14 | would be useful for your future job at MGA? |
| 09:38 | 15 | A.   Yes. |
| 09:38 | 16 | Q.   And what you did specifically is that you identified |
| 09:38 | 17 | files from Mattel's systems, and you downloaded them onto |
| 09:39 | 18 | something called a USB drive? |
| 09:39 | 19 | A.   Correct. |
| 09:39 | 20 | Q.   Sometimes people call that a thumb drive? |
| 09:39 | 21 | A.   Yes. |
| 09:39 | 22 | Q.   And that USB drive was yours? |
| 09:39 | 23 | A.   Yes. |
| 09:39 | 24 | Q.   And you downloaded that information onto the USB device |
| 09:39 | 25 | we're talking about -- Mattel information? |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

50

| 09:39 | 1 | A.    Yes. |
| 09:39 | 2 | Q.    And this was information you knew was internal Mattel |
| 09:39 | 3 | information and internal confidential Mattel information, |
| 09:39 | 4 | correct? |
| 09:39 | 5 | A.    Correct. |
| 09:39 | 6 | Q.    And you also knew at the same time that Mr. Vargas and |
| 09:39 | 7 | Ms. Trueba were doing the same thing; namely, downloading |
| 09:39 | 8 | Mattel files onto this USB drive, correct? |
| 09:39 | 9 | A.    Correct. |
| 09:39 | 10 | Q.    And the volume of information that you took was -- was |
| 09:39 | 11 | large, right? |
| 09:39 | 12 | MR. OVERLAND:  Objection.  Vague. |
| 09:39 | 13 | THE COURT:  Overruled. |
| 09:40 | 14 | THE WITNESS:  I don't know what you mean by |
| 09:40 | 15 | "large." |
| 09:40 | 16 | BY MR. ZELLER: |
| 09:40 | 17 | Q.    Well, tell us how many -- how many files and documents |
| 09:40 | 18 | you yourself took from Mattel Mexico and Mattel? |
| 09:40 | 19 | A.    I'm not sure exactly. |
| 09:40 | 20 | Q.    Well, how many hours did you spend while you were a |
| 09:40 | 21 | Mattel employee searching for documents within Mattel and |
| 09:40 | 22 | Mattel's computer systems to take and then downloading them? |
| 09:40 | 23 | A.    Not -- not too many. |
| 09:40 | 24 | Q.    You spent days doing that, did you not? |
| 09:40 | 25 | A.    No. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

51

| 09:40 | 1 | Q. Well, how many days did you spend doing it? |
| 09:40 | 2 | A. You mean complete days? |
| 09:40 | 3 | Q. Well, let's start with over the course of how many |
| 09:40 | 4 | days -- |
| 09:40 | 5 | A. Oh. |
| 09:40 | 6 | Q. -- were you downloading and taking Mattel information? |
| 09:40 | 7 | A. I don't know exactly. But should have been around two |
| 09:41 | 8 | weeks, but not the complete two weeks. |
| 09:41 | 9 | Q. But there were days when you spent hours in a given day |
| 09:41 | 10 | looking for information to take and downloading it, right? |
| 09:41 | 11 | A. No. |
| 09:41 | 12 | Q. Well, how many hours did you spend on a given day over |
| 09:41 | 13 | this two-week period looking for Mattel information to take |
| 09:41 | 14 | and download? |
| 09:41 | 15 | A. Maybe five to ten minutes a day. |
| 09:41 | 16 | Q. Minutes? |
| 09:41 | 17 | A. Yes. |
| 09:41 | 18 | Q. Well, let's look at what you took. |
| 09:41 | 19 | You took documents relating to Mattel's historical and |
| 09:41 | 20 | future performance for Barbie products, correct? |
| 09:41 | 21 | A. I didn't took any Barbie documents. |
| 09:41 | 22 | Q. I'm sorry? |
| 09:41 | 23 | A. I didn't copy any Barbie documents. |
| 09:41 | 24 | Q. You're familiar with something called the "All World's" |
| 09:42 | 25 | document? |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

52

| | | |
|---|---|---|
| 09:42 | 1 | A.   No. |
| 09:42 | 2 | Q.   Do you know how that got into MGA Mexico when the |
| 09:42 | 3 | police went there and found it? |
| 09:42 | 4 | MR. OVERLAND:  Objection.  Assumes facts. |
| 09:42 | 5 | THE WITNESS:  I am not sure. |
| 09:42 | 6 | THE COURT:  Overruled. |
| 09:42 | 7 | BY MR. ZELLER: |
| 09:42 | 8 | Q.   Well, you took sales and profit information from |
| 09:42 | 9 | Mattel? |
| 09:42 | 10 | A.   Yes. |
| 09:42 | 11 | Q.   You took marketing plans and advertising and promotion |
| 09:42 | 12 | plans from Mattel? |
| 09:42 | 13 | A.   Yes. |
| 09:42 | 14 | Q.   You took a strategic document that had in it Mattel's |
| 09:42 | 15 | plan for increasing sales with Walmart? |
| 09:42 | 16 | MR. OVERLAND:  Objection.  Argumentative as to |
| 09:42 | 17 | strategic. |
| 09:42 | 18 | THE COURT:  Overruled. |
| 09:42 | 19 | THE WITNESS:  I am not sure. |
| 09:42 | 20 | BY MR. ZELLER: |
| 09:42 | 21 | Q.   Is it because of the volume of what you took you can't |
| 09:42 | 22 | recall? |
| 09:42 | 23 | MR. OVERLAND:  Objection.  Argumentative. |
| 09:42 | 24 | THE COURT:  Overruled. |
| 09:43 | 25 | THE WITNESS:  I am not sure if -- because of the |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

53

| | | |
|---|---|---|
| 09:43 | 1 | volume. |
| 09:43 | 2 | BY MR. ZELLER: |
| 09:43 | 3 | Q.   You took information from Mattel that contained the |
| 09:43 | 4 | details about the sales of every single Mattel product sold |
| 09:43 | 5 | in Mexico by Mattel, correct? |
| 09:43 | 6 | A.   Yes. |
| 09:43 | 7 | Q.   You took market research reports that had been prepared |
| 09:43 | 8 | by Mattel here in California, correct? |
| 09:43 | 9 | A.   I'm not sure about that. |
| 09:43 | 10 | Q.   You took documents that you knew came from Mattel here |
| 09:43 | 11 | in California, correct? |
| 09:43 | 12 | A.   Yes.  I copied some files, yes. |
| 09:43 | 13 | Q.   In fact, you knew that systems that you were accessing |
| 09:43 | 14 | and copying documents from were computer systems located |
| 09:43 | 15 | here in the United States, correct? |
| 09:43 | 16 | A.   I don't know about that. |
| 09:43 | 17 | Q.   Well, you knew that the parent of Mattel Mexico was |
| 09:44 | 18 | here in California? |
| 09:44 | 19 | A.   Yes. |
| 09:44 | 20 | Q.   You had been here from time to time on Mattel business, |
| 09:44 | 21 | right? |
| 09:44 | 22 | A.   Right. |
| 09:44 | 23 | Q.   You knew that Mattel headquarters are here in Southern |
| 09:44 | 24 | California, right? |
| 09:44 | 25 | A.   Right. |

CV 04-9049 DOC – 3/4/2011 – Day 28, Volume 1 of 4

54

| | | |
|---|---|---|
| 09:44 | 1 | Q.   You understood that the centralized computer systems of |
| 09:44 | 2 | Mattel are here in the United States? |
| 09:44 | 3 | MR. OVERLAND:  Objection.  Calls for speculation. |
| 09:44 | 4 | BY MR. ZELLER: |
| 09:44 | 5 | Q.   California and Arizona, right? |
| 09:44 | 6 | MR. OVERLAND:  Objection.  Calls for speculation. |
| 09:44 | 7 | No foundation. |
| 09:44 | 8 | THE COURT:  Overruled. |
| 09:44 | 9 | THE WITNESS:  I know now. |
| 09:44 | 10 | BY MR. ZELLER: |
| 09:44 | 11 | Q.   Well, you didn't think that Mattel, Inc., the parent |
| 09:44 | 12 | here in California, had all of its computers with the |
| 09:44 | 13 | systems with these documents on them there in Mexico, did |
| 09:44 | 14 | you? |
| 09:44 | 15 | MR. OVERLAND:  Objection.  Calls for speculation. |
| 09:44 | 16 | THE COURT:  Overruled. |
| 09:44 | 17 | THE WITNESS:  I didn't think that. |
| 09:44 | 18 | *(Noise in courtroom.)* |
| 09:45 | 19 | THE COURT:  I didn't hear that. |
| 09:45 | 20 | MR. QUINN:  Hear what? |
| 09:45 | 21 | BY MR. ZELLER: |
| 09:45 | 22 | Q.   And this was -- by the way, when you were going around |
| 09:45 | 23 | doing this, downloading information, along with Mr. Vargas |
| 09:45 | 24 | and Mr. Trueba, from Mattel systems, you didn't tell other |
| 09:45 | 25 | Mattel employees that you were taking this information for |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:45 | 1 | your future jobs there at MGA, right? |
| 09:45 | 2 | A.   No. |
| 09:45 | 3 | Q.   That's correct? |
| 09:45 | 4 | A.   That's correct. |
| 09:45 | 5 | Q.   I mean, in fact, you were doing this and you were |
| 09:45 | 6 | trying to keep it secret what you were doing, correct? |
| 09:45 | 7 | A.   Correct. |
| 09:45 | 8 | Q.   And you did that because you knew what you were doing |
| 09:45 | 9 | was wrong? |
| 09:45 | 10 | A.   I'm not sure if we -- if we thought that. |
| 09:45 | 11 | Q.   So then why didn't you tell other people at Mattel, |
| 09:46 | 12 | apart from Mr. Vargas and Ms. Trueba, who were going with |
| 09:46 | 13 | you to MGA, that you were doing this? |
| 09:46 | 14 | A.   Because we didn't want them to find out that we were |
| 09:46 | 15 | going to a competitor at the time. |
| 09:46 | 16 | Q.   You didn't want to get caught taking all this Mattel |
| 09:46 | 17 | information, right? |
| 09:46 | 18 | A.   I don't remember if I thought that. |
| 09:46 | 19 | Q.   Among the documents that you took from Mattel were |
| 09:46 | 20 | documents showing Mattel's planned promotions and |
| 09:46 | 21 | advertisements, right? |
| 09:46 | 22 | A.   Right. |
| 09:46 | 23 | Q.   And this included documents showing what products |
| 09:46 | 24 | Mattel was going to be advertising and how much money Mattel |
| 09:46 | 25 | would be spending in the future to advertise them, right? |

CV 04-9049 DOC – 3/4/2011 – Day 28, Volume 1 of 4

56

| | | |
|---|---|---|
| 09:46 | 1 | A.    Yes. |
| 09:46 | 2 | Q.    You took documents that analyzed Mattel's sales at each |
| 09:46 | 3 | store for each retailer in Mexico, right? |
| 09:47 | 4 | A.    No. |
| 09:47 | 5 | Q.    You took a directory of all of Mattel's licensees for |
| 09:47 | 6 | all of Latin America, correct? |
| 09:47 | 7 | A.    I'm not sure. |
| 09:47 | 8 | Q.    You took documents showing, um, Mattel's sales strategy |
| 09:47 | 9 | and strategic development priorities for each retailer, |
| 09:47 | 10 | correct? |
| 09:47 | 11 | A.    I'm not sure. |
| 09:47 | 12 | Q.    You took from Mattel, in order to use it at your future |
| 09:47 | 13 | job there at MGA, a document that Mattel used to run its |
| 09:47 | 14 | entire business in Mexico, correct? |
| 09:47 | 15 |             MR. McCONVILLE:  Objection.  Improper question. |
| 09:47 | 16 |             THE COURT:  Overruled. |
| 09:47 | 17 |             MR. OVERLAND:  Also misstates the evidence. |
| 09:47 | 18 |             THE COURT:  Overruled. |
| 09:47 | 19 |             THE WITNESS:  I'm not sure. |
| 09:47 | 20 | BY MR. ZELLER: |
| 09:47 | 21 | Q.    Well, you took a document that had projected profit and |
| 09:47 | 22 | loss statements for the entire company, correct? |
| 09:48 | 23 | A.    I am not sure. |
| 09:48 | 24 | Q.    You took documents that showed the sales history and |
| 09:48 | 25 | forecasts -- that's future-looking information -- by |

| 09:48 | 1 | product, correct? |
| 09:48 | 2 | A.   I'm not sure. |
| 09:48 | 3 | Q.   You took documents relating to Mattel's internal |
| 09:48 | 4 | inventory management systems, correct? |
| 09:48 | 5 | A.   I am not sure about that. |
| 09:48 | 6 | Q.   Well, what categories of documents do you remember |
| 09:48 | 7 | taking from Mattel Mexico in order to take them and use them |
| 09:48 | 8 | at your future job there at MGA? |
| 09:48 | 9 | MR. McCONVILLE:  Objection.  Improper predicate in |
| 09:48 | 10 | the question. |
| 09:48 | 11 | MR. OVERLAND:  Misstates the evidence. |
| 09:48 | 12 | THE COURT:  Overruled. |
| 09:48 | 13 | THE WITNESS:  I remember taking some |
| 09:48 | 14 | presentations. |
| 09:48 | 15 | MR. OVERLAND:  I'm sorry.  I didn't get the |
| 09:48 | 16 | answer. |
| 09:48 | 17 | THE WITNESS:  I remember taking some presentations |
| 09:48 | 18 | from my brands.  I remember taking the -- the marketing |
| 09:48 | 19 | budget file.  I remember taking my resumé.  And I remember |
| 09:49 | 20 | taking some, uh, projections of retail sales and historic |
| 09:49 | 21 | sales -- well, copying. |
| 09:49 | 22 | BY MR. ZELLER: |
| 09:49 | 23 | Q.   What else did you take? |
| 09:49 | 24 | A.   That's all I can remember now. |
| 09:49 | 25 | Q.   Well, what do you remember, if anything else, |

Case 2:04-cv-09049-DOC-RNB   Document 10144   Filed 03/07/11   Page 58 of 73   Page ID #:307063
CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

58

| 09:49 | 1 | Ms. Trueba and Mr. Vargas taking along with you? |
| 09:49 | 2 | A.    Yes.   They did take documents. |
| 09:49 | 3 | Q.    And what did they take? |
| 09:49 | 4 | A.    I'm not sure. |
| 09:49 | 5 | Q.    Well, between the three of you, you took so much |
| 09:49 | 6 | information from the Mattel computer systems that that USB |
| 09:50 | 7 | drive would become filled up, right? |
| 09:50 | 8 | A.    Yes. |
| 09:50 | 9 | Q.    And then you took the USB drive, you plugged it into |
| 09:50 | 10 | your laptop, you downloaded the information that you had |
| 09:50 | 11 | taken from Mattel, along with Mr. Vargas and Ms. Trueba, and |
| 09:50 | 12 | downloaded onto your laptop? |
| 09:50 | 13 | A.    Yes. |
| 09:50 | 14 | Q.    And then you would empty the USB drive, and you would |
| 09:50 | 15 | go back for more? |
| 09:50 | 16 | A.    Yes. |
| 09:50 | 17 | Q.    And you did this how many times? |
| 09:50 | 18 | A.    I'm not sure exactly, but around eight to ten. |
| 09:50 | 19 | Q.    And we talked about you didn't receive permission from |
| 09:50 | 20 | anyone at Mattel to take this information, right? |
| 09:50 | 21 | A.    No. |
| 09:50 | 22 | Q.    That's correct? |
| 09:50 | 23 | A.    That's correct. |
| 09:50 | 24 | Q.    And you also understood and believed that Ms. Trueba |
| 09:50 | 25 | and Mr. Vargas didn't have permission from Mattel, correct? |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

59

| | | |
|---|---|---|
| 09:51 | 1 | A.   Correct. |
| 09:51 | 2 | Q.   And by the way, you had the same supervisor as |
| 09:51 | 3 | Ms. Trueba; is that right? |
| 09:51 | 4 | A.   That is correct. |
| 09:51 | 5 | Q.   That was Mr. Ibarra? |
| 09:51 | 6 | A.   Yes, Ricardo Ibarra. |
| 09:51 | 7 | THE COURT:  This is at Mattel? |
| 09:51 | 8 | MR. ZELLER:  Yes, correct, we're at Mattel. |
| 09:51 | 9 | BY MR. ZELLER: |
| 09:51 | 10 | Q.   And your supervisor there at Mattel, along with |
| 09:51 | 11 | Ms. Trueba's supervisor, didn't know, as far as you're |
| 09:51 | 12 | aware, correct? |
| 09:51 | 13 | A.   Correct. |
| 09:51 | 14 | Q.   Certainly you didn't tell him you were doing this? |
| 09:51 | 15 | A.   I didn't. |
| 09:51 | 16 | Q.   And the files that you took from Mattel were not -- |
| 09:51 | 17 | were not your property; you knew that, right? |
| 09:51 | 18 | A.   Right. |
| 09:51 | 19 | Q.   And you'll agree with me that at least some of the |
| 09:52 | 20 | information that you took and Ms. Trueba took and Mr. Vargas |
| 09:52 | 21 | took and downloaded onto the USB device and then put on your |
| 09:52 | 22 | laptop and that you then took to MGA was Mattel confidential |
| 09:52 | 23 | information, correct? |
| 09:52 | 24 | A.   Correct. |
| 09:52 | 25 | Q.   And isn't it true that Ms. Trueba, Mr. Vargas, and you |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

60

| | | |
|---|---|---|
| 09:52 | 1 | agreed that you were going to keep secret the fact that the |
| 09:52 | 2 | three of you were downloading all this information from |
| 09:52 | 3 | Mattel Mexico? |
| 09:52 | 4 | A.   I'm not sure if -- if we agreed that. |
| 09:52 | 5 | Q.   Well, you -- the three of you certainly had an |
| 09:52 | 6 | understanding that none of you were going to tell Mattel |
| 09:52 | 7 | that you were downloading information from Mattel's systems, |
| 09:52 | 8 | right? |
| 09:52 | 9 | A.   Right. |
| 09:53 | 10 | Q.   As we talked about, you selected files to download from |
| 09:53 | 11 | Mattel, while you were a Mattel employee, to take to your |
| 09:53 | 12 | new job at MGA because you thought those documents and that |
| 09:53 | 13 | information would be helpful to you at your new job at MGA, |
| 09:53 | 14 | right? |
| 09:53 | 15 | MR. McCONVILLE:  Objection.  Compound. |
| 09:53 | 16 | THE COURT:  Overruled. |
| 09:53 | 17 | THE WITNESS:  Right. |
| 09:53 | 18 | BY MR. ZELLER: |
| 09:53 | 19 | Q.   And at the time that you were selecting files to take |
| 09:53 | 20 | from Mattel and downloading them, you knew that you were |
| 09:53 | 21 | gonna be in charge of the total marketing strategy for MGA |
| 09:53 | 22 | there in Mexico, right? |
| 09:53 | 23 | A.   That was a possibility, yes. |
| 09:53 | 24 | Q.   Well, as a matter of fact, I mean, just so this is |
| 09:53 | 25 | clear, there was no MGA Mexico even in existence at the time |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

61

| | | |
|---|---|---|
| 09:53 | 1 | when you were taking all this information from Mattel, |
| 09:53 | 2 | right? |
| 09:53 | 3 | A.   That's correct. |
| 09:54 | 4 | Q.   And the idea was, is that you, Mr. Vargas, and |
| 09:54 | 5 | Ms. Trueba were going to take this information and use it to |
| 09:54 | 6 | set up MGA's Mexico operations, right? |
| 09:54 | 7 | A.   No. |
| 09:54 | 8 | Q.   Well, that was part of the purpose of why you were |
| 09:54 | 9 | taking it, correct? |
| 09:54 | 10 | A.   No. |
| 09:54 | 11 | Q.   Well, let's break this up, then. |
| 09:54 | 12 | You took the information because you knew it was going |
| 09:54 | 13 | to be helpful or you believed it would be helpful for your |
| 09:54 | 14 | new job at MGA, right? |
| 09:54 | 15 | MR. OVERLAND:  Compound. |
| 09:54 | 16 | THE COURT:  Overruled. |
| 09:54 | 17 | THE WITNESS:  I believed it -- it could be |
| 09:54 | 18 | helpful, yes. |
| 09:54 | 19 | BY MR. ZELLER: |
| 09:54 | 20 | Q.   And you knew that part of your new job there at MGA was |
| 09:54 | 21 | to help launch operations for the first time by MGA in the |
| 09:54 | 22 | Mexico market, right? |
| 09:54 | 23 | A.   Right. |
| 09:54 | 24 | Q.   Now, in addition to downloading files directly onto |
| 09:54 | 25 | your USB drive from Mattel computer systems, Ms. Trueba also |

| 09:55 | 1 | e-mailed you Mattel documents to take and download, right? |
| 09:55 | 2 | A.   Right. |
| 09:55 | 3 | Q.   Please take a look at Exhibit 8864. |
| 09:55 | 4 | *(Document provided to the witness.)* |
| 09:55 | 5 | BY MR. ZELLER: |
| 09:55 | 6 | Q.   Do you have that in front of you? |
| 09:55 | 7 | A.   Yes. |
| 09:55 | 8 | Q.   This is an e-mail from Ms. Trueba to you? |
| 09:56 | 9 | A.   Yes. |
| 09:56 | 10 |         MR. ZELLER:  I would move Exhibit 8864 into |
| 09:56 | 11 | evidence. |
| 09:56 | 12 |         THE COURT:  Received. |
| 09:56 | 13 | *(Exhibit No. 8864 received in evidence.)* |
| 09:56 | 14 | *(Document displayed.)* |
| 09:56 | 15 | BY MR. ZELLER: |
| 09:56 | 16 | Q.   Now, this e-mail is dated April 15, 2004, right? |
| 09:56 | 17 | A.   Correct. |
| 09:56 | 18 | Q.   And this is just before you and Mr. Vargas and |
| 09:56 | 19 | Ms. Trueba resign from Mattel there in Mexico, right? |
| 09:56 | 20 | A.   Right. |
| 09:56 | 21 | Q.   And on this -- the time when you were resigning, time |
| 09:56 | 22 | you were leaving Mattel, you didn't have any responsibility |
| 09:56 | 23 | for Barbie products, right? |
| 09:56 | 24 | A.   That's correct. |
| 09:56 | 25 | Q.   And this is one of the e-mails that Ms. Trueba sent to |

CV 04-9049 DOC – 3/4/2011 – Day 28, Volume 1 of 4

63

| | | |
|---|---|---|
| 09:56 | 1 | you so that you could copy the file and take it from Mattel |
| 09:56 | 2 | Mexico to MGA, right? |
| 09:56 | 3 | A.   Yes.  To the USB. |
| 09:57 | 4 | Q.   Let's, please -- and by the way, I mean, what she's |
| 09:57 | 5 | doing is she's forwarding you the document to take, right? |
| 09:57 | 6 | A.   Right. |
| 09:57 | 7 | Q.   You can tell that from the bottom there of the e-mail? |
| 09:57 | 8 | MR. ZELLER:  If we can maybe blow that part of it |
| 09:57 | 9 | up. |
| 09:57 | 10 | (Document displayed.) |
| 09:57 | 11 | BY MR. ZELLER: |
| 09:57 | 12 | Q.   That shows that there was an attachment that had |
| 09:57 | 13 | internal Barbie Mattel information in it, right? |
| 09:57 | 14 | A.   Right. |
| 09:57 | 15 | Q.   And that's a file that when you received it from |
| 09:57 | 16 | Ms. Trueba, you downloaded it and took it from Mattel and |
| 09:57 | 17 | took it to MGA, right? |
| 09:57 | 18 | A.   Right. |
| 09:57 | 19 | Q.   Please take a look at Exhibit 6422. |
| 09:57 | 20 | (Document provided to the witness.) |
| 09:57 | 21 | BY MR. ZELLER: |
| 09:57 | 22 | Q.   Do you recognize this document? |
| 09:57 | 23 | A.   Yes. |
| 09:57 | 24 | Q.   This is an e-mail that Ms. Trueba sent you? |
| 09:58 | 25 | A.   Yes. |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

64

| | | |
|---|---|---|
| 09:58 | 1 | MR. ZELLER:  I'd move Exhibit 6422 into evidence. |
| 09:58 | 2 | THE COURT:  Received. |
| 09:58 | 3 | *(Exhibit No. 6422 received in evidence.)* |
| 09:58 | 4 | *(Document displayed.)* |
| 09:58 | 5 | BY MR. ZELLER: |
| 09:58 | 6 | Q.   And this is a couple weeks after you had that meeting |
| 09:58 | 7 | with Mr. Larian there at the W Hotel in Mexico City? |
| 09:58 | 8 | A.   Approximately, yes. |
| 09:58 | 9 | Q.   And this document -- this e-mail also shows it has an |
| 09:58 | 10 | attachment, right? |
| 09:58 | 11 | A.   Yes. |
| 09:58 | 12 | Q.   And this is another document that Ms. Trueba forwarded |
| 09:58 | 13 | to you in order for you to download it and take it from |
| 09:58 | 14 | Mattel Mexico to MGA, right? |
| 09:58 | 15 | MR. McCONVILLE:  Objection.  Misstates the |
| 09:58 | 16 | evidence. |
| 09:58 | 17 | THE COURT:  Overruled. |
| 09:58 | 18 | THE WITNESS:  Could be, but I'm not sure. |
| 09:58 | 19 | BY MR. ZELLER: |
| 09:58 | 20 | Q.   Well, does it look like it's anything else to you? |
| 09:58 | 21 | A.   Well, it's a directory of licensees as it says here. |
| 09:59 | 22 | And we share license, and she could forward to me because I |
| 09:59 | 23 | didn't have it. |
| 09:59 | 24 | Q.   Well, by this time you already had decided in your own |
| 09:59 | 25 | mind you were leaving Mattel, right? |

| | | |
|---|---|---|
| 09:59 | 1 | A.    Maybe.  I -- I'm not sure.  But maybe, yes. |
| 09:59 | 2 | Q.    Well, it's more than maybe? |
| 09:59 | 3 | A.    Sorry. |
| 09:59 | 4 | Q.    You had decided, right? |
| 09:59 | 5 | A.    I'm not sure. |
| 09:59 | 6 | Q.    Well, when was it in your own mind you had decided you |
| 09:59 | 7 | were going to leave Mattel and go to MGA?  I mean, it was at |
| 09:59 | 8 | that meeting with Mr. Larian, right? |
| 09:59 | 9 | MR. OVERLAND:  Objection.  Vague as to what |
| 09:59 | 10 | meeting. |
| 09:59 | 11 | THE COURT:  Counsel, are you referring to the |
| 09:59 | 12 | W Hotel? |
| 09:59 | 13 | MR. ZELLER:  Yes, sir. |
| 09:59 | 14 | THE COURT:  Overruled. |
| 09:59 | 15 | THE WITNESS:  No, it wasn't. |
| 09:59 | 16 | BY MR. ZELLER: |
| 09:59 | 17 | Q.    Well, how many days was it after the meeting when you |
| 09:59 | 18 | decided in your own mind -- let's break this down a little |
| 09:59 | 19 | bit. |
| 09:59 | 20 | You thought it was certainly possible, in fact even |
| 10:00 | 21 | probable, that you were gonna go to MGA by the time you had |
| 10:00 | 22 | finished with your meeting with Mr. Larian at the W Hotel, |
| 10:00 | 23 | right? |
| 10:00 | 24 | MR. OVERLAND:  Objection.  Compound. |
| 10:00 | 25 | THE COURT:  Overruled. |

| | | |
|---|---|---|
| 10:00 | 1 | THE WITNESS: Yes. |
| 10:00 | 2 | BY MR. ZELLER: |
| 10:00 | 3 | Q. And after that time, at some point you decided for sure |
| 10:00 | 4 | you were going to leave and go to MGA, right? |
| 10:00 | 5 | A. Can you say it again, please? |
| 10:00 | 6 | Q. Sure. You certainly thought it was a distinct |
| 10:00 | 7 | possibility, in fact probable, that you were going to leave |
| 10:00 | 8 | Mattel Mexico and go to MGA by the time you were done with |
| 10:00 | 9 | your meeting there with Mr. Larian at the W Hotel, right? |
| 10:00 | 10 | A. No. |
| 10:00 | 11 | Q. Well, what was -- what was your view? |
| 10:00 | 12 | A. That we were going to an interview, to a job interview, |
| 10:00 | 13 | that it was possible, because it was not -- we didn't think |
| 10:00 | 14 | that -- we didn't thought that we were gonna receive a |
| 10:00 | 15 | proposal. |
| 10:00 | 16 | Q. I'm not asking about whether you thought you were gonna |
| 10:00 | 17 | get an offer. I'm asking about your own state of mind. |
| 10:01 | 18 | Maybe we need to break this down a little bit differently. |
| 10:01 | 19 | At the time you had that meeting, by the time you were |
| 10:01 | 20 | done with your meeting with Mr. Larian at the W Hotel, you |
| 10:01 | 21 | had in your own mind the view that if MGA gave you an offer, |
| 10:01 | 22 | that it was likely you were going to leave Mattel and go to |
| 10:01 | 23 | MGA? |
| 10:01 | 24 | MR. McCONVILLE: Objection. Compound. |
| 10:01 | 25 | THE COURT: Overruled. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

67

| | | |
|---|---|---|
| 10:01 | 1 | THE WITNESS: Yes. |
| 10:01 | 2 | BY MR. ZELLER: |
| 10:01 | 3 | Q. In other words, you were certainly hoping to get an |
| 10:01 | 4 | offer? |
| 10:01 | 5 | A. Yes. |
| 10:01 | 6 | Q. And going back for a moment to this e-mail, which is |
| 10:01 | 7 | Exhibit 6422. |
| 10:01 | 8 | *(Document displayed.)* |
| 10:01 | 9 | BY MR. ZELLER: |
| 10:01 | 10 | Q. This was an instance of you and Ms. Trueba coordinating |
| 10:01 | 11 | in deciding what to take from Mattel, right? |
| 10:01 | 12 | MR. OVERLAND: Objection. Vague. |
| 10:02 | 13 | THE COURT: Overruled. |
| 10:02 | 14 | THE WITNESS: I'm not sure. |
| 10:02 | 15 | BY MR. ZELLER: |
| 10:02 | 16 | Q. Well, let's go back a step, then. |
| 10:02 | 17 | Let's look at Exhibit 8864. |
| 10:02 | 18 | *(Document provided to the witness.)* |
| 10:02 | 19 | BY MR. ZELLER: |
| 10:02 | 20 | Q. You'll agree with me that this is an example of you and |
| 10:02 | 21 | Ms. Trueba coordinating in taking information from Mattel, |
| 10:02 | 22 | right? |
| 10:02 | 23 | A. Yes. |
| 10:02 | 24 | Q. And to be more specific, certainly by March 30th, 2004, |
| 10:02 | 25 | by the end of March, you had actually decided you were going |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

68

| | | |
|---|---|---|
| 10:02 | 1 | to leave Mattel, right? |
| 10:02 | 2 | A.   It was very much close around that date. |
| 10:03 | 3 | Q.   And you had decided you were going to leave Mattel |
| 10:03 | 4 | there in Mexico and go and start a competing business; |
| 10:03 | 5 | namely, MGA in Mexico, right? |
| 10:03 | 6 | A.   Right. |
| 10:03 | 7 | Q.   Please take a look at -- please take a look at |
| 10:03 | 8 | Exhibit 6429. |
| 10:03 | 9 | *(Document provided to the witness.)* |
| 10:03 | 10 | BY MR. ZELLER: |
| 10:03 | 11 | Q.   Do you recognize this as another e-mail from Ms. Trueba |
| 10:04 | 12 | to you? |
| 10:04 | 13 | A.   Yes. |
| 10:04 | 14 | MR. ZELLER:  I would move Exhibit 6429 into |
| 10:04 | 15 | evidence. |
| 10:04 | 16 | THE COURT:  Received. |
| 10:04 | 17 | *(Exhibit No. 6429 received in evidence.)* |
| 10:04 | 18 | *(Document displayed.)* |
| 10:04 | 19 | BY MR. ZELLER: |
| 10:04 | 20 | Q.   And here this is -- this is dated April 15, 2004? |
| 10:04 | 21 | A.   Correct. |
| 10:04 | 22 | Q.   And Ms. Trueba is sending you an attachment that's |
| 10:04 | 23 | called "International Marketing Plan" and then "cons |
| 10:04 | 24 | final.xls," right? |
| 10:04 | 25 | A.   Right. |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

69

| | | |
|---|---|---|
| 10:04 | 1 | Q.   This was an international marketing plan, right? |
| 10:04 | 2 | A.   Yes. |
| 10:04 | 3 | Q.   And this is another document that Ms. Trueba forwarded |
| 10:04 | 4 | to you to take from Mattel and take it to MGA, right? |
| 10:04 | 5 | A.   I believe so, yes. |
| 10:04 | 6 | Q.   And this is another instance where you and Ms. Trueba |
| 10:04 | 7 | were coordinating your taking of information from Mattel? |
| 10:05 | 8 | A.   Yes. |
| 10:05 | 9 | Q.   Please take a look at Exhibit 8862. |
| 10:05 | 10 | *(Document provided to the witness.)* |
| 10:05 | 11 | BY MR. ZELLER: |
| 10:05 | 12 | Q.   Do you recognize this? |
| 10:05 | 13 | A.   Yes. |
| 10:05 | 14 | Q.   It's another e-mail from Ms. Trueba? |
| 10:05 | 15 | A.   I am not sure. |
| 10:05 | 16 | Q.   Well, why don't you tell us what it is, what you |
| 10:05 | 17 | believe it is? |
| 10:05 | 18 | MR. McCONVILLE:  Did you say 8862? |
| 10:05 | 19 | THE COURT:  8862. |
| 10:05 | 20 | THE WITNESS:  I believe it's a promotions |
| 10:05 | 21 | calendar. |
| 10:05 | 22 | BY MR. ZELLER: |
| 10:05 | 23 | Q.   So you're looking at 8862? |
| 10:06 | 24 | A.   Yes. |
| 10:06 | 25 | MR. ZELLER:  I'm sorry.  This one doesn't have an |

CV 04-9049 DOC - 3/4/2011 - Day 28, Volume 1 of 4

70

| | | |
|---|---|---|
| 10:06 | 1 | e-mail that's attached to it.  I apologize.  Let me reask |
| 10:06 | 2 | this question. |
| 10:06 | 3 | BY MR. ZELLER: |
| 10:06 | 4 | Q.   Do you recognize this as the attachment to the e-mail |
| 10:06 | 5 | that we just discussed, Exhibit 6429? |
| 10:06 | 6 | A.   I am not sure. |
| 10:06 | 7 | Q.   That's your best understanding, right? |
| 10:06 | 8 | MR. OVERLAND:  Objection.  Vague. |
| 10:06 | 9 | THE WITNESS:  I can't be sure. |
| 10:06 | 10 | THE COURT:  Sustained.  His answer is he can't be |
| 10:06 | 11 | sure. |
| 10:06 | 12 | BY MR. ZELLER: |
| 10:06 | 13 | Q.   You recognize this document as, um, an international |
| 10:06 | 14 | marketing plan, right? |
| 10:06 | 15 | MR. McCONVILLE:  Objection.  Misstates his |
| 10:06 | 16 | testimony as to what the document is. |
| 10:06 | 17 | THE COURT:  Overruled. |
| 10:06 | 18 | THE WITNESS:  No.  No, I don't. |
| 10:06 | 19 | BY MR. ZELLER: |
| 10:06 | 20 | Q.   Well, it's your understanding that this document, |
| 10:06 | 21 | Exhibit 8862, is among the documents that Ms. Trueba sent to |
| 10:07 | 22 | you in some manner? |
| 10:07 | 23 | THE COURT:  Excuse me, Counsel.  Mr. Zeller, we'll |
| 10:07 | 24 | come right back.  The jury needs to use the restroom. |
| 10:07 | 25 | MR. ZELLER:  Absolutely. |

| | | |
|---|---|---|
| 10:07 | 1 | THE COURT:  You're admonished not to discuss this |
| 10:07 | 2 | matter amongst yourselves, nor form or express any opinion |
| 10:07 | 3 | concerning the case. |
| 10:07 | 4 | Counsel, we'll be back at 10:30.  Acceptable? |
| 10:07 | 5 | Sir, you may step down. |
| 10:07 | 6 | *(Witness steps down.)* |
| 10:07 | 7 | *(Jury recess held at 10:07 a.m.)* |
| 10:07 | 8 | THE COURT:  And we'll stay on the record for just |
| 10:07 | 9 | a moment.  Counsel, have a seat. |
| 10:07 | 10 | *(Outside the presence of the jury.)* |
| 10:07 | 11 | THE COURT:  Mr. Quinn, you said you had documents |
| 10:07 | 12 | from this morning, you said, from Kinrich.  Which documents |
| 10:07 | 13 | were those? |
| 10:07 | 14 | MR. QUINN:  We discussed this with Mr. McConville |
| 10:07 | 15 | Tuesday morning.  We were with you.  And these were the |
| 10:07 | 16 | Kinrich exhibits that you said when Mr. Eckert got off the |
| 10:07 | 17 | stand I could move in, in front of the jury. |
| 10:07 | 18 | MS. HURST:  Your Honor, we object to them.  They |
| 10:07 | 19 | are summaries of data not in evidence at all, and it's |
| 10:07 | 20 | extremely misleading, because there's a whole chart of all |
| 10:08 | 21 | these different salaries that's not coming in, and all |
| 10:08 | 22 | they're doing is putting that one percentage.  And it is |
| 10:08 | 23 | not -- and even under the Ninth Circuit form instructions, a |
| 10:08 | 24 | summary chart like that of data not in evidence is just a |
| 10:08 | 25 | demonstrative; it doesn't come in. |

72

| | | |
|---|---|---|
| 10:08 | 1 | THE COURT:  All right.  Received.  You can put |
| 10:08 | 2 | that in front of the jury after the recess, Counsel. |
| 10:08 | 3 | MR. QUINN:  Thank you. |
| 10:08 | 4 | THE COURT:  All right.  Have a nice recess. |
| 10:08 | 5 | MR. QUINN:  The exhibits I'm going to move in are |
| 10:08 | 6 | 24113-1, 24113-2, 24113-4, dash 5, dash 6, dash 7. |
| 10:09 | 7 | *(Recess held at 10:09 a.m.)* |
| 10:09 | 8 | *(Further proceedings reported by Sharon* |
| 10:09 | 9 | *Seffens in Volume II.)* |
| 10:09 | 10 | -oOo- |
| 10:09 | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CV 04-9049 DOC – 3/4/2011 – Day 28, Volume 1 of 4

73

```
10:09   1                         -oOo-

10:09   2

10:09   3                     CERTIFICATE

10:09   4

10:09   5        I hereby certify that pursuant to Section 753,

10:09   6   Title 28, United States Code, the foregoing is a true and

10:09   7   correct transcript of the stenographically reported

10:09   8   proceedings held in the above-entitled matter and that the

10:09   9   transcript page format is in conformance with the

10:09  10   regulations of the Judicial Conference of the United States.

10:09  11

10:09  12   Date:  March 4, 2011

10:09  13

10:09  14
10:09
10:09  15        _____
10:09
10:09  16        DEBBIE GALE, U.S. COURT REPORTER
             CSR NO. 9472, RPR
10:09  17

       18

       19

       20

       21

       22

       23

       24

       25
```