ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos.<br>CV 04-9059<br>CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' ADDITIONAL OBJECTIONS TO EXPERT WAGNER'S SLIDES AND TESTIMONY**<br><br>Trial Date:   January 18, 2011 |

1   In addition to the slides previously discussed and excluded by the Court
2   (24294-3, 4, 7 and 8), the MGA Parties further object to Wagner slides TX 24294-
3   65 through 67, and 75-87.
4   The methodology and calculations of these slides has never been previously
5   disclosed in any of Mr. Wagner's six reports.  Mr. Wagner never previously offered
6   a calculation of copyright profits excluding overhead as depicted in slides 65
7   through 67.
8   Additionally, Mr. Wagner never applied his benchmark methodology to
9   purportedly apportion Mr. Larian's distributions, as reflected in slides 75 through
10  87.  Again, this opinion was never disclosed in six prior reports.
11  These slides were disclosed for the first time on March 7, 2011.
12  Mr. Wagner should be precluded from testifying about these previously
13  undisclosed opinions.

Dated:   March 8, 2011           Respectfully submitted,

ANNETTE L. HURST
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for MGA Parties