# EXHIBIT B

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                              1

 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    EASTERN DIVISION
 4
 5      _____
 6      CARTER BRYANT, an individual,    )
 7              Plaintiff,               )
 8         vs.                           ) No. CV 04-9049-SGL
 9      MATTEL, INC., a Delaware         )    DOC (RNBX)
10      corporation,                     ) VOLUME I
11              Defendant.               )
12      _____)
13      AND CONSOLIDATED ACTIONS.        )
14      _____)
15
16          CONFIDENTIAL -- ATTORNEYS' EYES ONLY
17
18      Videotaped Deposition of RULE 30(B)(6) WITNESS
19      KEITH STORIE, at 600 West Santa Ana Boulevard,
20      Suite 910, Santa Ana, California, commencing
21      at 9:10 a.m., Wednesday, December 16, 2009,
22      before Daryl Baucum, RPR, CRR, RMR,
23      CSR No. 10356.
24
25   PAGES 1 - 220
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

50

| | | |
|---|---|---|
| 1 | A. That's correct. | 10:22:04 |
| 2 | Q. And you understand that you have been | |
| 3 | designated by Mattel as the person most | |
| 4 | knowledgeable about these topics? | |
| 5 | A. Yes. | 10:22:11 |
| 6 | Q. If you take a look at Exhibit 7261, which | |
| 7 | is the list of people you spoke with to prepare for | |
| 8 | your deposition? | |
| 9 | A. Yes. | |
| 10 | Q. And can you identify for me which topics | 10:22:37 |
| 11 | you spoke with Mr. Steve Totzke about? | |
| 12 | A. I spoke to Mr. Totzke about the documents | |
| 13 | taken by Ms. Brisbois. | |
| 14 | Q. And what did you discuss with Scott Penny, | |
| 15 | which topics? | 10:22:59 |
| 16 | A. Information related to customer point of | |
| 17 | sale or POS information, as well as information | |
| 18 | about market share. | |
| 19 | Q. And what topics did you discuss with | |
| 20 | Roberto Guzman? | 10:23:34 |
| 21 | A. The content of the documents taken from | |
| 22 | Mattel de Mexico. | |
| 23 | Q. Anything else? | |
| 24 | A. No, it was the -- the Mexico documents. | |
| 25 | Q. And what did you discuss with Roberto | 10:23:54 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

51

| | | |
|---|---|---|
| 1 | Isaias? | 10:23:56 |
| 2 | A. Similarly, the documents taken in Mexico. | |
| 3 | Q. And what did you discuss with Don Aiken? | |
| 4 | A. Mattel's employee agreements, policies and | |
| 5 | other measures taken to protect Mattel's | 10:24:18 |
| 6 | confidential information. | |
| 7 | Q. And what did you discuss with Sarah Buzby? | |
| 8 | A. Currently marketing materials, primarily | |
| 9 | those related to Barbie, including things about | |
| 10 | brand roll-out strategies, product concepts. | 10:24:44 |
| 11 | Q. And what did you discuss with Jerry | |
| 12 | Bossick? | |
| 13 | A. The strategic plan presentation for | |
| 14 | Mattel's international division. | |
| 15 | Q. And what did you discuss with Joel | 10:25:26 |
| 16 | Rotenberg? | |
| 17 | A. The same international strategic plan | |
| 18 | document. | |
| 19 | Q. And what did you discuss with Kathleen | |
| 20 | Simpson Taylor? | 10:25:41 |
| 21 | A. Mattel's arrangements with its customers, | |
| 22 | including the protection of confidential | |
| 23 | information. | |
| 24 | Q. And what did you discuss with Kathy Cline? | |
| 25 | A. Various promotional programs with retailers | 10:26:10 |