# EXHIBIT C

## DISCUSSIONS

1. Steve Totzke -- Former Vice President of Sales, Mattel Canada
2. Scott Penny -- Director, Business Analysis
3. Roberto Guzman -- Senior Manager, Marketing, Mattel Mexico
4. Roberto Isaias -- General Manager, Mattel Mexico
5. Don Aiken -- V.P. & Assistant General Counsel, Head of IP Section, Law Department
6. Sarah Buzby -- Director Marketing, Consumer Products
7. Jerry Bossick -- Senior V.P. Finance, Planning & Marketing -- International
8. Joel Rotenberg -- V.P. Protocol Integrity
9. Kathleen Simpson Taylor -- V.P, Customer Accounting
10. Cathy Cline -- Director, Customer Strategic Planning, Strategic Sales Planning
11. John Chung -- Senior Manager, Sales Support – Key Accounts
12. Dagmar McLin -- Director, New Business Initiatives Strategic Sales Planning
13. Greg Moore -- Associate Manager, Sales Support, Account Planning
14. Kathy Casey -- Senior Director, Retail Services, Strategic Sales Operation & Administration
15. Kristen Kobayshi -- Director, Sales Support, Business Planning/Sales Finance
16. Tom Stout – Director, Customer Fulfillment, Business Planning/Sales Finance
17. Michael Shore --V.P., Consumer Insights

00505.07975/3243282.2

