**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12ᵗʰ Floor
Los Angeles, CA 90071
Telephone:   (213) 613-4655
Facsimile:   (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC,, a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS.<br><br>CONFIDENTIAL – ATTORNEYS' EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>**JOINDER IN MGA PARTIES' MOTION TO EXCLUDE TESTIMONY OF OMAR CAVASSUTO REGARDING ALLEGED MATTEL MEXICO TRADE SECRETS**<br><br>**Date**:   TBA<br>**Time**:   TBA<br>**Crtrm**:  Honorable David O. Carter<br><br>**Trial:**   January 11, 2010 |

## JOINDER IN MGA PARTIES' MOTION TO EXCLUDE TESTIMONY OF OMAR CAVASSUTO REGARDING ALLEGED MATTEL MEXICO TRADE SECRETS

Mr. Machado joins in the MGA Parties' Motion to Exclude Testimony of Omar Cavassuto regarding Alleged Mattel Mexico Trade Secrets on the ground that the arguments raised therein apply with equal force to Mr. Machado.

DATED: March 8, 2011                    Respectfully submitted,

SCHEPER KIM & HARRIS LLP
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND
By:   /s/ Alexander H. Cote
        ALEXANDER H. COTE

/s/ Mark E. Overland
MARK E. OVERLAND

Attorneys for Carlos Gustavo Machado Gomez

- 1 -