UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)  Date: March 9, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING LODGING OF TRANSCRIPTS OF HEARINGS CONCERNING MATTEL'S MOTION FOR LEAVE TO AMEND

The parties are ordered to jointly lodge copies of the transcripts of any hearing on Mattel's motion for leave to amend, the order on which is located at Docket 142. The transcripts shall be lodged on or before March 9, 2011 at 5:00 p.m.

The Clerk shall serve this minute order on all parties to the action.