ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>and Case No. CV 05-2727<br><br>**DECLARATION OF BRYCE BAKER IN OPPOSITION TO MATTEL'S SUPPLEMENTAL BRIEF IN SUPPORT OF MATTEL'S MOTION FOR MISTRIAL OR, IN THE ALTERNATIVE, CURATIVE INSTRUCTION TO THE JURY**<br><br>Hon. David O. Carter<br>Date: TBD<br>Time: TBD<br>Dept.: Courtroom 9D<br>Trial Date: January 18, 2011 |

I, Bryce W. Baker, declare:

1. I am a member of the bar of the State of California and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of a November 22, 2006 Washington Post article titled "Mattel Recalls Magnetic Doll Sets." As of March 8, 2011, the article was available online at: http://www.washingtonpost.com/wp-dyn/content/article/2006/11/21/AR2006112101057.html.

3. Attached as Exhibit 2 is a true and correct copy of an August 15, 2007 article titled "Magnets: The Real Reason for Mattel's Recall." As of March 8, 2011 it was available online at: http://abcnews.go.com/Health/Consumer/story?id=3482424&page=1.

4. Attached as Exhibit 3 is a true and correct copy of a September 21, 2007 article from Businessweek titled "Mattel Takes the Blame for Toy Recalls." As of March 8, 2011 it was available online at: http://www.businessweek.com/bwdaily/dnflash/content/sep2007/db20070921_569200.htm.

5. Attached as Exhibit 4 is a true and correct copy of an August 14, 2007 CNN article titled "Mom: Girl got sick after swallowing Mattel magnets." As of March 8, 2011 it was available online at: http://articles.cnn.com/2007-08-14/us/toy.victim_1_magnets-polly-pocket-mattel-s-ceo?_s=PM:US.

6. Attached as Exhibit 5 is a true and correct copy of an August 15, 2007 Wall Street Journal article titled "Mattel Does Damage Control After New Recall." As of March 8, 2011 it was available online at: http://online.wsj.com/article/SB118709567221897168.html.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed this 9th day of March, 2011 at Santa Ana, California.
3 |
4 | /s/ *Bryce W. Baker*
    Bryce W. Baker