Sign In  Register Now  Subscribe  Mobile  Multimedia  Today's Paper        Going Out Guide  Jobs  Cars  Real Estate  Rentals  Classifieds
NEWS  LOCAL  POLITICS  OPINIONS  SPORTS  Business  Arts & Living


Introducing The Washington Post App for iPad. DOWNLOAD NOW


PROGRESS IS EVERYONE'S BUSINESS
See how Goldman Sachs brings together people, capital and ideas to help clients and support communities.  ► Click to Expand
Goldman Sachs

washingtonpost.com > Business

## POST BUSINESS

Higher food and energy prices take a bite out of tax cuts

# Mattel Recalls Magnetic Doll Sets
### 3 Children Injured After Swallowing Pieces From Toy Sets

By Annys Shin
Washington Post Staff Writer
Wednesday, November 22, 2006

Mattel is recalling 2.4 million Polly Pocket doll play sets after three children suffered serious injuries from swallowing small magnetic parts, the second recall of a magnetic toy this year.

The recall comes as a District-based advocacy organization, the U.S. Public Interest Research Group, warned consumers about magnets as part of its annual "Trouble in Toyland" report.

As magnets in children's toys, building sets and jewelry have become smaller and more powerful, they have increasingly become a potential safety hazard. Made from a combination of neodymium, iron and boron, the magnets are so strong that when swallowed or inhaled, they cling together and pinch internal organs enough to kill surrounding tissue, tear through stomach or intestinal lining and even cause death.

The Polly Pocket sets Mattel recalled, in cooperation with the U.S. Consumer Product Safety Commission, contain dolls, plastic clothing, hair pieces and other accessories with imbedded 1/8-inch-diameter magnets that can fall out. Mattel, the El Segundo, Calif., maker of Barbie, Fisher-Price and Tyco-brand toys, received 170 reports of the magnets coming out.

The three children who were injured ranged in age from 2 to 8. Each was hospitalized for intestinal perforations.

The recall does not affect play sets currently on store shelves, which are newer and have "quality-control enhancements," said CPSC spokeswoman Julie Vallese.

"All models that have the potential to have magnets fall out have been removed in advance of the announcement," Vallese said. The toys were sold from May 2003 to September 2006 and cost between $15 and $30.

An additional 2 million play sets were sold abroad, but the CPSC has jurisdiction only over products sold in the United States.

In its report yesterday, U.S. PIRG called on the CPSC to require labels on magnetic toys warning that magnets can cause injury and death and that medical attention should be



Abigail Caplovitz Field of the New Jersey Public Interest Research Group describes the possible hazards of magnetic toys at a pre-kindergarten class in Trenton, N.J. Mattel is recalling 2.4 million Polly Pocket toys with magnetic pieces. (By Mel Evans -- Associated Press)

**TOOLBOX**
Resize  Print  E-mail

COMMENT
0 Comments
COMMENTS ARE CLOSED
WHO'S BLOGGING  powered by sphere
» Links to this article

**TOP JOBS** — The Washington Post
- Business Jobs
- Computer Jobs
- Construction Jobs
- Education Jobs
- Engineering Jobs
- Healthcare Jobs
- Legal Jobs
- Management Jobs
- Media Jobs
- Non-Profit Jobs
- Sales Jobs
- Science Jobs

Find Your Dream Job Now!
keywords  location
Jobs by SimplyHired

**FEATURED ADVERTISER LINKS**
Mesothelioma, Defective Drugs/Medical Devices, Environmental Pollution, Accidents, Asbestos Cancer, BP Oil Spill

Zimmer High Flex, Malpractice, Personal Injury, Fosamax Femur Fracture, DePuy Hip, Gas Drilling

Looking to buy a home? Visit TWP Real Estate section for the latest open houses.

Enjoy a Taste of Ireland Tour, one week all inclusive from



sought immediately if a child swallows any.

The toy committee of ASTM International (formerly the American Society for Testing and Materials), which sets voluntary standards for various industries, met in September to discuss new labeling and testing requirements for magnetic toys. The committee should have new standards approved early next year, said Joan Lawrence, vice president of safety standards and regulatory affairs for the Toy Industry Association. The CPSC can recall toys that don't meet those standards.

The industry acted after a March recall of nearly 4 million Magnetix toys made by Mega Brands of Montreal.

At that time, the CPSC said it knew of 34 incidents involving small magnets, including one death and four serious injuries. A 22-month-old boy died after swallowing magnets that twisted his small intestine. Three children required surgery for intestinal perforations, and a 5-year-old had two magnets surgically removed from his lung.

In October, Mega agreed to pay $13.5 million to settle a lawsuit with families of 15 victims.

The company has redesigned its Magnetix toys so the magnets no longer fall out and has put a warning label on new models. The company also changed the packaging so the product is no longer marketed to 3-year-olds, but to children age 6 and over.

However, older versions of the toys without warning labels could be found on store shelves as recently as a few weeks ago, prompting U.S. PIRG to include them in its list of dangerous toys, along with toys that posed a choking or strangulation hazard, contained toxic chemicals or were so loud they could damage children's hearing.

Examples of products that may violate a ban on toys that pose a choking threat for children under 3 included: Wal-Mart's Kid Connection Mini Activity Cube, which has pegs that come out; and Target's Baby I'm Yours doll clothing, which include baby booties with small pearls that can easily come off.

U.S. PIRG also found toys marketed to kids between 3 and 6 that had small parts but didn't have the legally required label warning of a potential choking hazard. Examples included Mattel's Fisher-Price Loving Family Laundry Room, Tonka Lights & Sound Rescue Helicopter, and Mattel's Hot Wheels Monster Jam El Toro Loco.

The play sets being recalled are: Polly Pocket Polly Place Hangin' Out House; Polly Pocket Polly Place Treetop Clubhouse; Polly Pocket Spa Day; Polly Pocket Polly Place Totally Tiki Diner; Polly Pocket Quik-Clik Boutique; Polly Pocket Quik-Clik City Pretty Playset; Polly Pocket Quik-Clik Sporty Style Playset; and Polly Pocket Totally Zen Playset.

$658
Make Your Vanguard Investing More Profitable - Free Research Report Reveals Best & Worst Funds

Slate HIGHLIGHTS

Why Hasn't the Internet Produced More Economic Growth in Amer...

Inside the Feud Between Greenpeace and Faceboo...
How an American Intervention in Libya Could Ba...
Shafer: Tina Brown's Redesigned Newsweek Is Su...

See All of Slate »

More ways to share this Article...
0   Share    Reddit      Twitter
         myspace     del.icio.us
         NewsTrust   Stumble It!

powered by evri

From Our Partners
THE BIG MONEY
• So Long, Farewell
• 80 People Want a Flying Car
• Is Bob Dudley a Short-Term CEO for BP?
More Stories From The Big Money

Most Viewed Business Articles
'Gang of 6' senators launch public campaign to support deficit reduction

Starbucks' new logo debuts on cups, cafes

Senate bill aims to combat pharmaceutical theft

Baltimore hosts US House hearing on foreclosures

» Top 35 Business Articles
» Most Popular on washingtonpost.com

## More in Business



**Time Space Economy**

Explore economy news through text and photos from around the world.



**Local Companies**

Post editors and writers keep you informed about the region's business community.



**Economy Watch**

Stay updated with the latest breaking news about the financial crisis.

© 2006 The Washington Post Company

### Ads by Google

**Patient Care Technician**
Popular Health Care Career Based Training Programs. Learn More!
info.Everest.edu

**Virtual Phone Numbers**
A Mobile Solution For Your Business Communications. 6-Month Free Trial
www.eVoice.com

**Manage Patient Records**
Practice Fusion's EHR is Free, Fully Featured and Easy to Use.
www.practicefusion.com

| Ways you can get us | | The Washington Post | Web site | Advertise |
|---|---|---|---|---|
| Mobile | Podcasts | About us | Make us your homepage | In the newspaper |
| Apps | Widgets | Work for us | | On the Web site |
| Newsletters & alerts | Post Store | Community Relations | Newspaper | Mobile |
| RSS | Photo Store | PostPoints | Subscribe to the newspaper | Events |
| Facebook | Washington Post Live | Corrections | Home delivery service | |
| Twitter | | Archive | e-Replica | The Washington Post Company |
| | | Contact the Ombudsman | | Corporate Web site |

Partners

© 1996-2011 The Washington Post | User Agreement and Privacy Policy | Rights and Permissions                    Help | Contact Us | Ad Choices