

**/ Health**

HOT TOPICS: Charlie Sheen • Jennifer Aniston • Royal Wedding

Facebook • ESPN • ABC

SEARCH

Home  Video  News  Politics  Investigative  **Health**  Entertainment  Money  Tech  World News  Nightline  This Week  20/20  WWYD?  Good Morning America

MORE HEALTH: Dr. Richard Besser | Global Health | Health Conditions | Check Your Symptoms | Drugs & Treatments | Find a Doctor | SaveOne.net

Watch Video →

 **WATCH:** Charlie Sheen: 'Free at Last'

 **WATCH:** Baby Safe After SUV Slams Into Her Room

 **WATCH:** Aniston Gets Funny With 'Sex Tape'

 **WATCH:** Head-Banging Cheerleader on 'GMA'

Home > GMA > America's Consumer

# Magnets: The Real Reason for Mattel's Recall
Small Magnets Can Cause Serious Intestinal Damage If Swallowed

BY KATHARINE STOEL GAMMON
ABC NEWS MEDICAL UNIT
Aug. 15, 2007

 abcNEWS

1 COMMENT

Print   RSS   FONT SIZE: A A   SHARE:   Email   Twitter   Facebook   More

The risk posed by magnets -- which kids may ingest after they break loose from toys -- was a major reason why Mattel recalled nine million toys on Tuesday.



ABCNEWS.com

More Photos

Magnetic toys recalled by the toy giant include 44 Polly Pocket toys, 11 Doggie Day Care toys, four Batman toys, a One Piece toy, and the accessories of two Barbie toys, according to a company press release issued Tuesday.

"Very powerful magnets, when more than one is swallowed, may stick to each other and cause more severe problems with the intestines," said Dr. Robert J. Geller, associate professor of pediatrics at the Emory University School of Medicine in Atlanta and director of the Georgia Poison Center.

"If the child has swallowed one or more magnets, parents should observe [the child] for abdominal pain, difficulty swallowing, abdominal distention or blood in stools; if any are observed, the child's physician should be consulted or emergency help sought, depending on the severity of the illness."



 Like It. Tweet It. Digg It.

Like   0   0

Health Tools   Powered by Healthline

Take advantage of these tools to answer your pressing health questions.

**Symptom Checker »**
Enter symptoms below   SEARCH

**Treatments »**
Enter a health condition below   SEARCH

**Doctor Search »**
-- Select a specialist --   SEARCH

 Watch Clips & Full Episodes

 GOOD MORNING AMERICA
Wednesday on 'GMA'

GOOD MORNING AMERICA
Stretching Your Dollars at the Pump

**Sponsored Links**

**Groupon™ Official Site**
1 ridiculously huge coupon a day. Like doing your city at 90% off!
www.Groupon.com

**Super Smartphone Sale.**
Shop free AT&T Smartphones online. Free shipping online.
wireless.att.com

Buy a link here

This is not the first time that magnet problems have surfaced during a toy recall. Last year, a 2-year-old Washington boy died after he swallowed pieces of a Magnetix set; the magnets twisted his small intestine and created a fatal blockage.

Other toys besides those with magnets can be dangerous or deadly for little ones. The American Academy of Pediatrics puts out a list of items that it recommends parents keep away from infants and children due to worries about the risk of choking. Among the dangerous objects are marbles, coins, batteries (especially small watch batteries) pens and caps, toy cars with

removable rubber wheels, and small balls.

Even uninflated balloons have been shown to pose a hazard, leading to between seven and 10 child deaths each year.

**Going Overboard With Toy-Phobia?**

Despite the recent news about dangerous toys, experts said that most toys in good condition are safe for kids.

Dr. John Benitez, associate professor of emergency medicine at the University of Rochester Medical Center in Rochester, N.Y., recommends that parents be cognizant about where toys come from.



1 | 2   NEXT >

**RELATED**

Toxicologists: Health Risks From Tainted Toys Likely Slight
See Photos and List of Recalled Toys
WATCH: Tainted Toys: Who's to Blame?
How to Avoid Unsafe Toys

**HEALTH NEWS**

He's the Country's Happiest Person; How Do You Rank?
Lily Allen Mourns Miscarriage, Admits Bulimia
Japan Continues Vaccine Suspension
Bamboo Spine: Too Late for Dad, Not for Girl

More »

**Sponsored Links**

**Dermatologists Hate Her!**
Local Mom Reveals $5 Trick to Erase Wrinkles. Shocking Results!
FDXNews8.com

**"Strange Fruit Burns Fat"**
Study: Burns 12.3 Pounds of Fat Every 28 Days. Can It Work for You?
www.Post-Sentinel.com

**AARP® 50+ Auto Insurance**
Over 50? You Could Save an Average $384* On AARP® Auto Ins From The Hartford.
AARP.TheHartford.com

Buy a link here

Print  RSS  FONT SIZE: A A  SHARE:  Email  Twitter  Facebook       More

**Comment & Contribute**

Do you have more information about this topic? If so, please **click here** to contact the editors of ABC News.

POST YOUR COMMENT

**Member Comments (1)**

= View All Comments (1)


**GOOD MORNING AMERICA**
GMA: Living Longer

See All GMA Full Episodes »

**Most Viewed →**

  


**WATCH:** Missing U.S. Student Found Dead in Spain
**WATCH:** Charlie Sheen: One Man Down
**WATCH:** Charlie Sheen Fired From 'Men'

Cast Your Vote! Who Should Replace Sheen?
Body of Missing U.S. Student Found in Spain
Child Killer to Get Early Release -- and Murder Threat
**PHOTOS:** Nicole Kidman, Before the Glitz and Glamour
**PHOTOS:** Mariah Carey's Lavish Baby Shower
**PHOTOS:** Courtney Cox Reveals Svelte Figure

More Popular News »

**ABC News on Facebook**

 Like    Be the first of your friends to like this.

 Irina Alexandra Vekselman shared Sinner? There's an App For That · about a month ago

 Julie Romanow-Phillips shared Space Shuttle Challenger Remembered · about a month ago

 Charlie Sheen Fired From 'Two and a Half Men'
6,615 people shared this.

Music Therapy Helps Rep. Giffords Find Her Voice
1,637 people shared this.

Facebook social plugin

**OnCall+ Sections**

 **Women's Health**
Get expert answers to your questions on pregnancy, osteoporosis and more.

 **Arthritis**
Top experts answer your questions about arthritis.

 **Sleep**
Can't sleep? Check out our resources on insomnia, sleep disorders and more.

 **Mind and Mood**
Everything you need to know about mind and mood from the nation's top experts.

 **Diabetes**
Expert answers on a condition that affects 23.6 million Americans.

 **Pain Management**
Get facts and talk to the pros at the ABC News OnCall+ Pain Management Center.

View More OnCall Sections



# / Health

**HOT TOPICS:** Charlie Sheen • Jennifer Aniston • Royal Wedding

Facebook • ESPN • ABC

SEARCH

Home  Video  News  Politics  Investigative  **Health**  Entertainment  Money  Tech  World News  Nightline  This Week  20/20  WWYD?  Good Morning America

**MORE HEALTH:** Dr. Richard Besser | Global Health | Health Conditions | Check Your Symptoms | Drugs & Treatments | Find a Doctor | SaveOne.net

Watch Video →

 **WATCH:** Charlie Sheen: 'Free at Last'

 **WATCH:** Baby Safe After SUV Slams Into Her Room

 **WATCH:** Aniston Gets Funny With 'Sex Tape'

 **WATCH:** Head-Banging Cheerleader on 'GMA'

Home > GMA > America's Consumer

## Magnets: The Real Reason for Mattel's Recall
Small Magnets Can Cause Serious Intestinal Damage If Swallowed

Print   RSS   FONT SIZE: A A   SHARE:   Email   Twitter   Facebook   More

"Be aware of what you purchase and gifts received by the child," he said. "Check the Consumer Products Safety Commission Web site for any product alerts, recalls or other notices."

**Sponsored Links**

**Groupon™ Official Site**
1 ridiculously huge coupon a day. Like doing your city at 90% off!
www.Groupon.com

**Super Smartphone Sale.**
Shop free AT&T Smartphones online. Free shipping online.
wireless.att.com

Buy a link here

Emory University's Geller advises parents to take heed of the age recommendations given by toy manufacturers. He adds that parents should watch their children to make certain younger siblings are not playing with their older counterparts' toys, which may include more small parts.

"Parents should supervise their children appropriately to be sure that the child is not chewing on toys not intended to be put in the mouth," he said. "Toys that appear to be poorly made, or that are starting to fall apart, should be avoided and taken away from the child."

< PREVIOUS   1 | 2

**RELATED**

Toxicologists: Health Risks From Tainted Toys Likely Slight

See Photos and List of Recalled Toys

WATCH: Tainted Toys: Who's to Blame?

How to Avoid Unsafe Toys

**HEALTH NEWS**

He's the Country's Happiest Person; How Do You Rank?

Lily Allen Mourns Miscarriage, Admits Bulimia

Japan Continues Vaccine Suspension

Bamboo Spine:-Too Late for Dad, Not for Girl

More »

**Like It. Tweet It. Digg It.**

Like   0 Tweet   0

**Health Tools** 

Take advantage of these tools to answer your pressing health questions.

**Symptom Checker »**
Enter symptoms below   SEARCH

**Treatments »**
Enter a health condition below   SEARCH

**Doctor Search »**
-- Select a specialist --   SEARCH

**Watch Clips & Full Episodes**

 **GOOD MORNING AMERICA**
Wednesday on 'GMA'

**GOOD MORNING AMERICA**
Stretching Your Dollars at the Pump

**Sponsored Links**

**Dermatologists Hate Her!**
Local Mom Reveals $5 Trick to Erase Wrinkles. Shocking Results!
FDXNews8.com

**"Strange Fruit Burns Fat"**
Study: Burns 12.3 Pounds of Fat Every 28 Days. Can It Work for You?
www.Post-Sentinel.com

**AARP® 50+ Auto Insurance**
Over 50? You Could Save an Average $384* On AARP® Auto Ins From The Hartford.
AARP.TheHartford.com

Buy a link here

Print   RSS   FONT SIZE: A A   SHARE:   Email   Twitter   Facebook                More

## Comment & Contribute

Do you have more information about this topic? If so, please **click here** to contact the editors of ABC News.

POST YOUR COMMENT

**Member Comments (1)**

View All Comments (1)


**GOOD MORNING AMERICA**
GMA: Living Longer

See All GMA Full Episodes »

## Most Viewed →

  

**WATCH:** Missing U.S. Student Found Dead in Spain   **WATCH:** Charlie Sheen: One Man Down   **WATCH:** Dad Vows to Kill His Son's Murderer

Cast Your Vote! Who Should Replace Sheen?
Child Killer to Get Early Release -- and Murder Threat
Body of Missing U.S. Student Found in Spain
**PHOTOS:** Nicole Kidman, Before the Glitz and Glamour
**PHOTOS:** Mariah Carey's Lavish Baby Shower
**PHOTOS:** Courtney Cox Reveals Svelte Figure

More Popular News »

## ABC News on Facebook

Like   Be the first of your friends to like this.

 Irina Alexandra Vekselman shared Sinner? There's an App For That · about a month ago

 Julie Romanow-Phillips shared Space Shuttle Challenger Remembered · about a month ago

 **Charlie Sheen Fired From 'Two and a Half Men'**
6,670 people shared this.

 **Music Therapy Helps Rep. Giffords Find Her Voice**
1,778 people shared this.

Facebook social plugin

## OnCall+ Sections

 **Women's Health**
Get expert answers to your questions on pregnancy, osteoporosis and more.

 **Arthritis**
Top experts answer your questions about arthritis.

 **Sleep**
Can't sleep? Check out our resources on insomnia, sleep disorders and more.

 **Mind and Mood**
Everything you need to know about mind and mood from the nation's top experts.

 **Diabetes**
Expert answers on a condition that affects 23.6 million Americans.

 **Pain Management**
Get facts and talk to the pros at the ABC News OnCall+ Pain Management Center.

View More OnCall Sections