UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                     Date: March 8, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                       NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER RE MGA2 3121569

MGA2 3121569 is not a privileged communication because it fails to satisfy the third prong of the Ninth Circuit's eight part test in *United States v. Margolis (In re Fischer)*:

> (1) Where legal advice of any kind is sought (2) from a professional legal adviser in his capacity as such, (3) the communications relating to that purpose, (4) made in confidence (5) by the client, (6) are at his instance permanently protected (7) from disclosure by himself or by the legal adviser, (8) unless the protection be waived.

557 F.2d 209, 211 (9th Cir. 1977).

The email did not relate to the purpose of securing legal advice from Mr. Holden, because it was a directive from the client to the attorney. Such directives neither seek legal advice nor relate to the provision of legal advice. *See United States v. Elkin*, 731 F.2d 1005, 1008 n. 2 (2d Cir. 1984).

The Clerk shall serve this minute order on all parties to the action.