ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos.<br>CV 04-9059<br>CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION IN LIMINE 49 TO EXCLUDE UNDISCLOSED OPINIONS OF MCCOMB**<br><br>Trial Date: January 18, 2011 |

Mattel's Expert Heather McComb offered a report that contains 2 opinions: (1) that Carter Bryant's drawings were a fully realized doll design on which the Bratz dolls were based; and (2) that MGA's execution of the Bratz dolls were a "highly faithful execution of Carter Bryant's original design drawings." At deposition, Ms. McComb confirmed that her testimony was limited to the first four dolls:

> Q. Are you familiar with the accessories that accompanied the Bratz dolls over the years?
> A. Well, that's a huge line so, you know, I really—in my report and as I said, what I reviewed was the original dolls, so those I have some familiarity with because I really reviewed those.
> Q. Did you review the line as it developed after the original dolls?
> A. No, I did not.
>
> (McComb Depo. at 25:17-26:3)

Mattel's binder indicates that it is seeking to offer numerous exhibits beyond these disclosed opinions. MGA hereby supplements its earlier MIL 49 with this additional citation of authority and renews its request to exclude her opinions.

Dated: March 9, 2011

Respectfully submitted,

ANNETTE L. HURST
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Annette L. Hurst*
 ANNETTE L. HURST
 Attorneys for MGA Parties

# ATTACHMENT

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3                  EASTERN DIVISION
 4
 5     ---------------------------------
 6     CARTER BRYANT, an individual,    )
 7                       Plaintiff,     ) No. CV 04-9049
 8        -against-                     )    SGL (RNBx)
 9     MATTEL, INC., a Delaware         ) Consolidated with
10     corporation,                     ) No. 04-9059 and
11                       Defendant.     ) No. 05-2727
12     ---------------------------------
13
14
15         Videotaped deposition of HEATHER McCOMB,
16         taken at Four Times Square, New York,
17         New York, commencing at 10:21 a.m.,
18         Friday, April 11, 2008, before Sherri
19         Flagg, RRP, Notary Public.
20
21
22
23
24
25     PAGES 1 - 80
```

 1                    - H. McCOMB -
 2     dolls?
 3              MR. ZELLER:  The question's a
 4         little overbroad.  But go ahead and
 5         give your understanding.
 6         A.   Yeah, in my experience it's been,
 7     most of the time, relatively small pieces.
 8     "Choch" would be the colloquial term in the
 9     toy business.  You know, they have bags;
10     they have, you know, pets; they have little
11     things that help with the fashion and play
12     pattern; little friends.
13              We did very few.  But certainly
14     I'm aware that they can be as large as a
15     house or a car or something that goes with
16     the fashion doll.
17         Q.   Are you familiar with the
18     accessories that accompanied the Bratz
19     dolls over the years?
20         A.   Well, that's a huge line so, you
21     know, I really -- in my report and as I
22     said, what I reviewed was the original
23     dolls, so those I have some familiarity
24     with because I really reviewed those.
25         Q.   Did you review the line as it

```
 1                  - H. McCOMB -
 2    developed after the original dolls?
 3         A.   No, I did not.
 4         Q.   You also just used the term "play
 5    pattern."
 6         A.   Yes.
 7         Q.   And what does that refer to?
 8         A.   That's a -- again, a colloquial
 9    term that is used in the toy business to
10    describe the ways that the child will play
11    with the toy, which can be determined with
12    market research, or the way you intend for
13    the toy to be played when you design it.
14         Q.   I think there's a reference in
15    your resumT to Quints, Q-U-I-N-T-S?
16         A.   Yes.
17         Q.   What is that?
18         A.   That is a line of collectible--not
19    collector--collectible lines of dolls and
20    they are generally smaller dolls.  This
21    isn't too confusing.  A quick reference is
22    they're action figures for girls, in a way.
23         Q.   Those are not fashion dolls; is
24    that correct?
25         A.   No, they're generally smallish.
```

```
 1
 2    STATE OF NEW YORK  )
 3                      )  ss:
 4    COUNTY OF NEW YORK )
 5
 6                I, HEATHER McCOMB, the
 7    witness herein, having read the foregoing
 8    testimony of the pages of this deposition,
 9    do hereby certify it to be a true and
10    correct transcript, subject to the
11    corrections, if any, shown on the attached
12    page.
13
14
15
16           _____
17                    HEATHER McCOMB
18
19
20
21
22
23
24
25
```

```
 1            C E R T I F I C A T I O N
 2
 3            I, Sherri Flagg, a Registered
 4    Professional Reporter, Certified LiveNote
 5    Reporter, and a Notary Public, do hereby
 6    certify that the foregoing witness, HEATHER
 7    McCOMB, was duly sworn on the date
 8    indicated and that the foregoing is a true
 9    and accurate transcription of my
10    stenographic notes.
11            I further certify that I am not
12    employed by nor related to any party to
13    this action.
14
15
16
17          _____
18               SHERRI FLAGG, RPR
19
20
21
22
23
24
25
```