# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CV04-9049 DOC(RNBx) | Date | March 4, 2011 |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Kathy Peterson, Nancy Boehme, Julie Barrera | Debbie Gale, Jane Sutton, Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst Mark Overland, Alexander Cote |

_____ Day Court Trial          28th          Day Jury Trial

_____ One day trial:   _____ Begun (1ˢᵗ day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X   Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

_____ Plaintiff(s) rest.          _____ Defendant(s) rest.

_____ Closing arguments made by          _____ plaintiff(s).          _____ defendant(s).          _____ Court instructs jury.

_____ Bailiff(s) sworn.          _____ Jury retires to deliberate.          _____ Jury resumes deliberations.

_____ Jury Verdict in favor of          _____ plaintiff(s)          _____ defendant(s) is read and filed.

_____ Jury polled.          _____ Polling waived.

_____ Filed Witness & Exhibit Lists          _____ Filed jury notes.          _____ Filed jury instructions.

_____ Judgment by Court for          _____ plaintiff(s)          _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by          _____ plaintiff(s)          _____ defendant(s).

_____ Case submitted.          _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

X   Case continued to   March 8, 2011 at 1:00 p.m.          for further trial.

_____ Other:

                                                                    6   :   23

                                    Initials of Deputy Clerk   kp/jcb

cc: