QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**APPLICATION TO LODGE UNDER SEAL EXHIBIT NOS. 1-6 TO THE NOTICE OF LODGING OF EXPERT REPORTS OF MICHAEL J. WAGNER**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Date:        TBD<br>Time:        TBD<br>Place:       Courtroom 9D<br><br>Pre-trial Conf:  January 4, 2011<br>Trial Date:      January 18, 2011 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order lodged under seal Attachment Nos. 1-6 to the Notice of Lodging of Expert Reports of Michael J. Wagner. These attachments are:

1.  Corrected Expert Report of Michael J. Wagner, dated Nov. 12, 2010
2.  Corrected Expert Report of Michael J. Wagner, dated Nov. 12, 2010 (Redlined)
3.  Supplemental Expert Report of Michael J. Wagner, dated Dec. 24, 2010
4.  Supplemental Expert Report of Michael J. Wagner, dated Dec. 24, 2010 (Redlined)
5.  Second Supplemental Expert Report of Michael J. Wagner, dated Feb. 7, 2011
6.  Third Supplemental Expert Report of Michael J. Wagner, dated Feb. 20, 2011

Attachments Nos. 1-6 to the Notice of Lodging of Expert Reports of Michael J. Wagner are expert reports prepared by Mattel's damages expert, Michael Wagner. Mr. Wagner's reports reference in detail and contain excerpts from documents that have been designated "Confidential – Attorneys' Eyes Only" by MGA.

In light of these designations, Mattel seeks permission to lodge under seal: ATTACHMENTS NOS. 1-6 TO NOTICE OF LODGING OF EXPERT REPORTS OF MICHAEL J. WAGNER

For the foregoing reasons, Mattel requests that the Court order that the foregoing documents be lodged under seal.

| | | |
|---|---|---|
| 1 | DATED: March 2, 2011 | QUINN EMANUEL URQUHART & SULLIVAN. LLP |
| 2 | | |
| 3 | | By /s/ Michael T. Zeller |
| 4 | | Michael T. Zeller |
| 5 | | Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V. |