FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY
           DEPUTY

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO LODGE UNDER SEAL ATTACHMENTS NOS. 1-6 TO THE NOTICE OF LODGING OF EXPERT REPORTS OF MICHAEL J. WAGNER |
|---|---|

## [PROPOSED] ORDER

Based on the concurrently filed Application to Lodge Under Seal Attachments Nos. 1-6 to the Notice of Lodging of Expert Reports of Michael J. Wagner:

1. Corrected Expert Report of Michael J. Wagner, dated Nov. 12, 2010
2. Corrected Expert Report of Michael J. Wagner, dated Nov. 12, 2010 (Redlined)
3. Supplemental Expert Report of Michael J. Wagner, dated Dec. 24, 2010
4. Supplemental Expert Report of Michael J. Wagner, dated Dec. 24, 2010 (Redlined)
5. Second Supplemental Expert Report of Michael J. Wagner, dated Feb. 7, 2011
6. Third Supplemental Expert Report of Michael J. Wagner, dated Feb. 20, 2011

IT IS HEREBY ORDERED:

The following document is ORDERED lodged under seal pursuant to Local Rule 79-5.1:

ATTACHMENTS NOS. 1-6 TO NOTICE OF LODGING OF EXPERT REPORTS OF MICHAEL J. WAGNER

DATED: 3-2 , 2011     *David O. Carter*
Hon. David O. Carter
United States District Judge