Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation

DEFENDANT(S).

CASE NUMBER:
CV 04-9049-DOC (RNBx)

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** MGA'S OFFER OF PROOF RE: REFERENCES TO QUINN EMANUEL AND MICHAEL ZELLER IN CONNECTION WITH MATTEL'S INVESTIGATION OF CARTER BRYANT, BRATZ AND MGA; APPLICATION TO FILE UNDER SEAL; [PROPOSED] ORDER TO FILE UNDER SEAL

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated January 4, 2005

☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

March 10, 2011
Date

/s/ Warrington S. Parker III
Attorney Name
Warrington S. Parker III
Party Represented
MGA Parties

Note:   File one Notice in each case, each time you manually file document(s).

American LegalNet, Inc.
www.FormsWorkflow.com