QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>          Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE JOINT AUTHORSHIP**<br><br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 18, 2011 |

Mattel, Inc. and Mattel de Mexico ("Mattel") hereby submit the following supplemental proposed jury instruction in this matter pursuant to Local Rule 51-1. Mattel submits this supplemental proposed jury instruction in addition to the jury instructions previously submitted jointly by the parties and individually by Mattel. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement the following instruction before or during the trial of this matter.

DATED: March 13, 2011                QUINN EMANUEL URQUHART & SULLIVAN. LLP


By */s/ Michael T. Zeller*
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.

-1-
MATTEL, INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION RE JOINT AUTHORSHIP

# **MATTEL SPECIAL JURY INSTRUCTION NO. __**
# **JOINT AUTHORSHIP – ACCOUNTING OF PROFITS**

If you find that MGA is a joint author of any copyrighted work that Mattel owns, then MGA and Mattel are co-owners of that copyrighted work. As co-owners of a copyrighted work, Mattel and MGA are entitled to share equally in any profits generated by either co-owner's use of the copyrighted work.

1  **Authority:** NIMMER ON COPYRIGHT, § 6.12[A] ("[T]he prevailing rule
2  is that a joint owner is under a duty to account to the other joint owners of the work
3  for a rateable share of the profits realized from his use of the work."); *Oddo v.
4  Ries*, 743 F.2d 630, 633 (9th Cir. 1984) ("A co-owner of a copyright must account
5  to other co-owners for any profits he earns from licensing or use of the
6  copyright."); *Pye v. Mitchell*, 574 F.2d 476, 480 (9th Cir. 1978) ("If a work is a
7  product of joint authorship, each co-author automatically becomes a holder of an
8  undivided interest in the whole."); *Community for Creative Non-Violence v. Reid*,
9  846 F.2d 1485, 1498 (D.C. Cir. 1988), aff'd, 490 U.S. 730 (1989) ("In the absence
10 of an agreement specifying otherwise, any profits earned are to be divided equally,
11 even where it is clear that the respective contributions to the joint work are not
12 equal.").