1

1        **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA**

3        **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    – – – – – – –

5
    MATTEL, INC., et al.,            )
6                                     )
              Plaintiffs,             )
7                                     )
        vs.                           ) No. CV 04-9049 DOC
8                                     )    Day 32
    MGA ENTERTAINMENT, INC., et al.,  )    Volume 1 of 4
9                                     )
                                      )
10            Defendants.             )
    _____  )
11

12

13

14              REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                         Jury Trial

16                    Santa Ana, California

17                  Friday, March 11, 2011

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141
24

25   04cv9049 Mattel 2011-03-11 D32V1

Case 2:04-cv-09049-DOC-RNB  Document 10191  Filed 03/15/11  Page 2 of 120  Page ID #:308640
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

2

```
 1    APPEARANCES OF COUNSEL:

 2
      FOR PLAINTIFF MATTEL, INC., ET AL.:
 3
              QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
 4            BY:  JOHN QUINN
                   WILLIAM PRICE
 5                 MICHAEL T. ZELLER
                   Attorneys at Law
 6            865 South Figueroa Street
              10th Floor
 7            Los Angeles, California 90017
              (213) 443-3000
 8

 9

10
      FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:
11
              ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
12            BY:  THOMAS S. McCONVILLE
                   Attorney at Law
13            4 Park Plaza
              Suite 1600
14            Irvine, California 92614
              (949) 567-6700
15
              - AND -
16
              ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
17            BY:  ANNETTE L. HURST
                   Attorney at Law
18            405 Howard Street
              San Francisco, California 94105
19            (415)773-5700

20            - AND -

21            KELLER RACKAUCKAS
              BY:  JENNIFER KELLER
22                 Attorney at Law
              18500 Von Karman Avenue
23            Suite 560
              Irvine, California 92612
24            (949) 476-8700

25
```

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

3

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

4

5            LAW OFFICES OF MARK E. OVERLAND
             By:  MARK E. OVERLAND
                  Attorney at Law
6            100 Wilshire Boulevard
             Suite 950
7            Santa Monica, California 90401
             (310) 459-2830
8
             - AND -
9
             SCHEPER KIM & HARRIS LLP
10           BY:  ALEXANDER H. COTE
                  Attorney at Law
11           601 West 5th Street
             12th Floor
12           Los Angeles, California 90071
             (213) 613-4660
13

14   ALSO PRESENT:

15           MGA ENTERTAINMENT, INC.
             BY:  JEANINE PISONI
16                Attorney at Law
             16360 Roscoe Boulevard
17           Suite 105
             Van Nuys, California 91406
18

19           ROBERT ECKERT, Mattel CEO

20           ISAAC LARIAN, MGA CEO

21           KEN KOTARSKI, Mattel Technical Operator

22           MIKE STOVALL, MGA Technical Operator

23           RACHEL JUAREZ, Quinn Emanuel Urquhart, Oliver &
                          Hedges
24

25           CARLOS GUSTAVO MACHADO GOMEZ

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 4 of 120   Page ID #:308642
CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

4

1                          I N D E X

2   MGA'S WITNESSES            DIRECT  CROSS  REDIRECT  RECROSS

3   LUTHER, Sujata

4   By Ms. Keller                7

5

6                         MGA'S EXHIBITS

7   EXHIBIT NO.                  IDENTIFICATION   IN EVIDENCE

8     8101    Worldwide Consumer                        42
              Research document dated
9             1/21/1997

10    8685    E-mail from Ms. Luther                     82
              to Mr. Bousquette and
11            Mr. Kilpin dated
              11/16/2004
12
      8762    E-mail to Ms. Luther                       74
13            from Mr. Kilpin dated
              10/27/2003
14
      8765    E-mail from Ms. Luther                     79
15            to Ms. Arons, Mr. Kilpin
              and Ms. Willensky dated
16            4/7/2004

17    9263    Girls' College Consumer                    17
              Research Presentation
18            dated 7/19/2001

19    9264    The Role of Marketing of                   14
              Research at Mattel Toys
20            (1990)

21    9701    Worldwide Consumer                         52
              Research document dated
22            4/19/1999

23    9703    Barbie Ethnic Focus                        57
              Groups, Hispanic Report
24

25

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

5

| 1 | **MGA'S EXHIBITS (Continued)** | | |
|---|---|---|---|
| 2 | **EXHIBIT NO.** | **IDENTIFICATION** | **IN EVIDENCE** |
| 3 | 33971 | E-mail from | 80 |
| 4 | | Ms. Willensky to Ms. Luther dated | |
| 5 | | 3/23/2005, Subject: State of Girls in the | |
| 6 | | U.S. doc. | |
| 7 | 35932 | E-mail from Ms. Luther to Mr. Dickon and | 85 |
| 8 | | Mr. Kilpin dated 5/10/2005 | |
| 9 | 36034 | E-mail from Ms. Plunkett to Ms. Willensky and | 84 |
| 10 | | Ms. Luther dated 3/21/2005 | |
| 11 | | | |
| 12 | 36037 | E-mail from Ms. Willensky to | 87 |
| 13 | | Ms. Luther | |
| 14 | 36053 | E-mail from Ms. Luther to Ms. Segal dated | 89 |
| 15 | | 10/21/2005 | |
| 16 | 36071 | E-mail from Ms. Luther to Mr. Kilpin dated | |
| 17 | | 8/26/2005 | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

DEBBIE GALE, U.S. COURT REPORTER

|        |    |                                                           |
|--------|----|-----------------------------------------------------------|
|        | 1  | **SANTA ANA, CALIFORNIA, FRIDAY, MARCH 11, 2011**         |
|        | 2  | **Day 32, Volume 1 of 4**                                 |
|        | 3  | (8:40 a.m.)                                                |
| 08:32  | 4  | *(In the presence of the jury.)*                          |
| 08:40  | 5  | THE COURT:  We're back in session.  The counsel           |
| 08:40  | 6  | are present.  All parties are present.                    |
| 08:40  | 7  | And there's been a little bit of moving around            |
| 08:40  | 8  | this morning.  But you can see now that MGA and Mr. Larian |
| 08:40  | 9  | are seated at the table.  That's why we have a little bit of |
| 08:40  | 10 | disruption today just moving furniture.                   |
| 08:40  | 11 | Counsel, thank you for your courtesy.  If you             |
| 08:40  | 12 | would be seated.                                          |
| 08:40  | 13 | Mattel is seated at the other table.                      |
| 08:40  | 14 | Counsel, your first witness on behalf of                  |
| 08:40  | 15 | Mr. Larian and MGA.                                       |
| 08:40  | 16 | MS. KELLER:  Yes, Your Honor.  We call Sujata             |
| 08:40  | 17 | Luther.                                                    |
| 08:40  | 18 | THE COURT:  Thank you.  Ms. Luther, if you'd stop         |
| 08:40  | 19 | at that location, please.  Thank you.  Raise your right   |
| 08:41  | 20 | hand, please.                                             |
| 08:41  | 21 | **SUJATA LUTHER, MGA'S WITNESS, SWORN**                   |
| 08:41  | 22 | THE WITNESS:  Yes, I do.                                  |
| 08:41  | 23 | THE COURT:  Thank you.  If you'd come along the           |
| 08:41  | 24 | jury railing, and there's an entrance to the jury box     |
| 08:41  | 25 | against this rail.  If you would have a seat, please.     |

| | | |
|---|---|---|
| 08:41 | 1 | THE WITNESS:  Thank you. |
| 08:41 | 2 | THE COURT:  And after you're comfortably seated, |
| 08:41 | 3 | would you state your full name for the jury. |
| 08:41 | 4 | THE WITNESS:  Sujata Luther. |
| 08:41 | 5 | THE COURT:  Would you spell your first name, |
| 08:41 | 6 | please. |
| 08:41 | 7 | THE WITNESS:  S-U-J-A-T-A. |
| 08:41 | 8 | THE COURT:  And your last name. |
| 08:41 | 9 | THE WITNESS:  That's the first name.  The last |
| 08:41 | 10 | name is L-U-T-H-E-R. |
| 08:41 | 11 | THE COURT:  Thank you. |
| 08:41 | 12 | Direct examination by Ms. Keller on behalf of |
| 08:41 | 13 | Mr. Larian and MGA. |
| 08:41 | 14 | MS. KELLER:  Thank you, Your Honor. |
| 08:41 | 15 | **DIRECT EXAMINATION** |
| 08:41 | 16 | BY MS. KELLER: |
| 08:41 | 17 | Q.   Ms. Luther, you and I have never met or spoken before |
| 08:41 | 18 | other than to shake hands in the lobby this morning; is that |
| 08:41 | 19 | true? |
| 08:41 | 20 | A.   That's true. |
| 08:42 | 21 | Q.   And are you represented by your own attorney today? |
| 08:42 | 22 | A.   Yes, I am. |
| 08:42 | 23 | Q.   Is he in the courtroom? |
| 08:42 | 24 | A.   Yes, he is. |
| 08:42 | 25 | Q.   And who is that? |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

8

| 08:42 | 1 | A.   Michael Proctor. |
| 08:42 | 2 | Q.   Now, Mr. Proctor, are his fees being paid by Mattel? |
| 08:42 | 3 | A.   Yes, they are. |
| 08:42 | 4 | Q.   Let me ask you a little bit about your current |
| 08:42 | 5 | employment.  Where do you work right now? |
| 08:42 | 6 | A.   Right now I'm not working. |
| 08:42 | 7 | Q.   All right.  What was the last position that you held? |
| 08:42 | 8 | A.   The last position was a managing partner and senior -- |
| 08:42 | 9 | executive vice president of a company called Enesco in |
| 08:42 | 10 | Chicago. |
| 08:42 | 11 | Q.   What does Enesco do? |
| 08:42 | 12 | A.   Enesco is in the giftware business. |
| 08:42 | 13 | Q.   Can you tell us a little bit about your education? |
| 08:42 | 14 | A.   I have an undergrad in psychology from New Delhi, |
| 08:42 | 15 | India.  I have a master's in business from Bombay, now known |
| 08:42 | 16 | as Mumbai, India.  And I have a master's in business |
| 08:42 | 17 | administration from the University of Santa Clara in |
| 08:43 | 18 | California. |
| 08:43 | 19 | Q.   And while pursuing your various degrees, did you ever |
| 08:43 | 20 | study the subject of consumer research? |
| 08:43 | 21 | A.   Yes. |
| 08:43 | 22 | Q.   And can you tell us a little bit about your studies? |
| 08:43 | 23 | A.   Through my internships while I was doing my master's |
| 08:43 | 24 | and a subsequent job between my master's in India and my |
| 08:43 | 25 | master's in the United States, I worked as a consumer |

| | | |
|---|---|---|
| 08:43 | 1 | specialist at Lever Brothers, L-E-V-E-R.  And also did some |
| 08:43 | 2 | research at Golden Tobacco, a cigarette manufacturing |
| 08:43 | 3 | company. |
| 08:43 | 4 | Q.    Did you also do consumer research at Enesco? |
| 08:43 | 5 | A.    Yes, I did. |
| 08:43 | 6 | Q.    Now, you also worked for Mattel for two distinct |
| 08:43 | 7 | periods of time before you came to work at Enesco; is that |
| 08:43 | 8 | right? |
| 08:44 | 9 | A.    Yes, I did. |
| 08:44 | 10 | Q.    And what was the first period? |
| 08:44 | 11 | A.    The first period -- and I may get my dates wrong, but |
| 08:44 | 12 | I'll give you approximates -- were from 1984 through 2000. |
| 08:44 | 13 | Q.    And -- |
| 08:44 | 14 | A.    And the second stint was somewhere between 2003 and |
| 08:44 | 15 | 2006. |
| 08:44 | 16 | Q.    And when you left Mattel in 2000, what were the |
| 08:44 | 17 | circumstances? |
| 08:44 | 18 | A.    There was a death in my family, and my family happened |
| 08:44 | 19 | to be in San Francisco, and I moved up to San Francisco to |
| 08:44 | 20 | be with the rest of my surviving family. |
| 08:44 | 21 | Q.    What did you do from 2000 to 2003? |
| 08:44 | 22 | A.    Professionally and personally -- personally, I looked |
| 08:44 | 23 | after my niece and nephew who had lost their father in a |
| 08:44 | 24 | plane crash, and my sister, as well.  And professionally, I |
| 08:44 | 25 | worked briefly at a software company in the Bay Area called |

| | | |
|---|---|---|
| 08:45 | 1 | Brio Technology, B-R-I-O. |
| 08:45 | 2 | Q.   Now, in 2003, were you recruited by Mattel to rejoin |
| 08:45 | 3 | the company? |
| 08:45 | 4 | A.   Yes, I was. |
| 08:45 | 5 | Q.   And what were the circumstances of that? |
| 08:45 | 6 | A.   I was approached by one of the presidents at Mattel, |
| 08:45 | 7 | actually, human resources first approached me and asked me |
| 08:45 | 8 | if I wished to talk to them about coming back to Mattel. |
| 08:45 | 9 | Q.   And was Matt Bousquette one of the people who was |
| 08:45 | 10 | involved in recruiting you to come back, as well? |
| 08:45 | 11 | A.   Yes. |
| 08:45 | 12 | Q.   And who was -- what was Matt Bousquette's title at the |
| 08:45 | 13 | time? |
| 08:45 | 14 | A.   I believe he was president, U.S. |
| 08:45 | 15 | Q.   And what was Mattel recruiting you to come back and do |
| 08:45 | 16 | for Mattel? |
| 08:45 | 17 | A.   They were looking for me to take care of their consumer |
| 08:45 | 18 | and business strategy.  That was my title. |
| 08:46 | 19 | Q.   Was that gonna be in the girls' division?  The boys' |
| 08:46 | 20 | division?  Both? |
| 08:46 | 21 | A.   Both. |
| 08:46 | 22 | Q.   And then in 2006, ultimately you left, and can you tell |
| 08:46 | 23 | us what the circumstances of that were? |
| 08:46 | 24 | A.   The circumstances were that my job was eliminated. |
| 08:46 | 25 | That's what I was told. |

| | | |
|---|---|---|
| 08:46 | 1 | Q.   Was that around the time Mr. Bousquette also left? |
| 08:46 | 2 | A.   It was a period after he left. |
| 08:46 | 3 | Q.   Now, can you tell us, starting in 1984, what position |
| 08:46 | 4 | did you hold at Mattel? |
| 08:46 | 5 | A.   It's a long time ago. |
| 08:46 | 6 | Q.   I know. |
| 08:46 | 7 | A.   Over 17 years or 16 years.  I started off as an analyst |
| 08:46 | 8 | in boys' toys.  I was a research analyst on He-Man Masters |
| 08:46 | 9 | of the Universe.  And subsequently, I expanded my, um, area |
| 08:47 | 10 | of responsibility.  I grew into a manager, a senior |
| 08:47 | 11 | director, a director vice president and senior vice |
| 08:47 | 12 | president. |
| 08:47 | 13 | Q.   When you left in 2000, what was your position? |
| 08:47 | 14 | A.   In 2000 I was the senior vice president of consumer |
| 08:47 | 15 | strategy girls' toys and international marketing girls' |
| 08:47 | 16 | toys. |
| 08:47 | 17 | Q.   And that also involved a great deal of consumer |
| 08:47 | 18 | research? |
| 08:47 | 19 | A.   Yes, it did. |
| 08:47 | 20 | Q.   And when you -- your most recent -- when you left again |
| 08:47 | 21 | in 2003, did you have the same title -- senior vice |
| 08:47 | 22 | president of international marketing and consumer research? |
| 08:47 | 23 | A.   No.  I was senior vice president of consumer and |
| 08:47 | 24 | business strategy. |
| 08:47 | 25 | Q.   Okay.  Now, let's talk a little bit about the |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

12

| | | |
|---|---|---|
| 08:47 | 1 | day-to-day responsibilities that you had at Mattel. |
| 08:47 | 2 | Can you tell us at any point were you responsible for |
| 08:48 | 3 | consumer research in the girls' unit concerning any fashion |
| 08:48 | 4 | doll product that was proposed to be marketed or actually |
| 08:48 | 5 | marketed by Mattel? |
| 08:48 | 6 | A.   Yes, I was -- yes, I did. |
| 08:48 | 7 | Q.   When was that? |
| 08:48 | 8 | A.   Through my entire tenure. |
| 08:48 | 9 | Q.   Did -- can you tell us some of the fashion doll |
| 08:48 | 10 | products that you were responsible for researching? |
| 08:48 | 11 | A.   I was responsible for -- can you hear me?  I just moved |
| 08:48 | 12 | back a little.  Sorry. |
| 08:48 | 13 | I was responsible for Barbie.  I was responsible for |
| 08:48 | 14 | MyScene.  Responsible for Polly Pocket, um, any new launches |
| 08:48 | 15 | or potential launches.  Pretty much those were the big ones. |
| 08:48 | 16 | I may have forgotten some of the little ones. |
| 08:49 | 17 | Q.   And were you also responsible for sometimes researching |
| 08:49 | 18 | the products of competitors? |
| 08:49 | 19 | A.   Yes. |
| 08:49 | 20 | Q.   Was Bratz one of those? |
| 08:49 | 21 | A.   Yes. |
| 08:49 | 22 | Q.   Was Wee 3 Friends one of those? |
| 08:49 | 23 | A.   Yes. |
| 08:49 | 24 | Q.   And by the time you left Mattel in 2000, how many |
| 08:49 | 25 | people in research at Mattel reported to you? |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 13 of 120   Page ID #:308651
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

13

| | | |
|---|---|---|
| 08:49 | 1 | A.    Could you repeat the timeframe? |
| 08:49 | 2 | Q.    By the time you left in the year 2000. |
| 08:49 | 3 | A.    2000.  Probably about 50, 60. |
| 08:49 | 4 | Q.    Did most of the people involved in consumer research at |
| 08:49 | 5 | Mattel report to you? |
| 08:49 | 6 | A.    Yes. |
| 08:49 | 7 | Q.    And was Allison Willensky one of those people? |
| 08:49 | 8 | A.    Yes. |
| 08:49 | 9 | Q.    Did she report to you during one or both of your |
| 08:49 | 10 | terms -- |
| 08:49 | 11 | A.    Both. |
| 08:49 | 12 | Q.    -- of employment at Mattel? |
| 08:49 | 13 | A.    Both tenures. |
| 08:49 | 14 | Q.    Now, I'd like to turn a little bit to the topic of |
| 08:49 | 15 | research and your role in developing the marketing research |
| 08:50 | 16 | at Mattel toys.  Okay? |
| 08:50 | 17 |      If we could look at Exhibit 9264. |
| 08:50 | 18 |           (Document provided to the witness.) |
| 08:50 | 19 |           THE COURT:  This is a 1990 document, Counsel? |
| 08:50 | 20 |           MS. KELLER:  Yes, it is, Your Honor.  It's a |
| 08:50 | 21 | document entitled "The Role of Marketing of Research at |
| 08:50 | 22 | Mattel Toys." |
| 08:50 | 23 |           THE COURT:  Once again, could you remind me, what |
| 08:50 | 24 | years were you employed before you left in 2006? |
| 08:50 | 25 |           THE WITNESS:  1984 through 2000. |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

14

| | | |
|---|---|---|
| 08:50 | 1 | THE COURT:  Thank you.  I'm sorry. |
| 08:50 | 2 | Counsel. |
| 08:50 | 3 | BY MS. KELLER: |
| 08:50 | 4 | Q.   Do you recognize this document? |
| 08:50 | 5 | A.   Yes, I do. |
| 08:50 | 6 | Q.   And you did actually write parts of it? |
| 08:50 | 7 | A.   Yes, I did. |
| 08:50 | 8 | Q.   And specifically, from page 32 onward, have you had a |
| 08:51 | 9 | chance to look at that? |
| 08:51 | 10 | A.   Yes. |
| 08:51 | 11 | MS. KELLER:  Your Honor, I would move 9264 into |
| 08:51 | 12 | evidence. |
| 08:51 | 13 | THE COURT:  Received. |
| 08:51 | 14 | *(Exhibit No. 9264 received in evidence.)* |
| 08:51 | 15 | MR. PRICE:  Object to relevance. |
| 08:51 | 16 | THE COURT:  Received. |
| 08:51 | 17 | *(Document displayed.)* |
| 08:51 | 18 | BY MS. KELLER: |
| 08:51 | 19 | Q.   Now, did you write the portions of this from page |
| 08:51 | 20 | 32 on? |
| 08:51 | 21 | A.   Yes.  Not all the pages, but most of them, yes. |
| 08:51 | 22 | Q.   And is -- does -- do those pages, from 32 onward, |
| 08:51 | 23 | contain a model that you developed to assess a product life |
| 08:52 | 24 | cycle? |
| 08:52 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 08:52 | 1 | Q.   Can you explain that to us?  What does that mean, |
| 08:52 | 2 | assessing the product life cycle? |
| 08:52 | 3 | A.   Generally, in the industry you want to launch a product |
| 08:52 | 4 | that lasts more than one year.  And we at research were |
| 08:52 | 5 | trying to develop or give management feedback as to how long |
| 08:52 | 6 | a product line would last in advance of when it is launched. |
| 08:52 | 7 | So when you launch a product, you have some assessment |
| 08:52 | 8 | of whether this is a one-year fad or it's a three- or |
| 08:52 | 9 | four-year brand that has some legs to stand on in the |
| 08:52 | 10 | future.  So the intention was to try and predict or develop |
| 08:52 | 11 | a methodology to predict how long a brand would last in the |
| 08:52 | 12 | marketplace. |
| 08:52 | 13 | Q.   Did you receive an award from Mattel for developing |
| 08:52 | 14 | this model? |
| 08:52 | 15 | A.   Yes, I did. |
| 08:52 | 16 | Q.   What was that called? |
| 08:52 | 17 | A.   It was called the "Chairman's Award." |
| 08:53 | 18 | Q.   Why is it called the chairman's award? |
| 08:53 | 19 | A.   Because it was given to me by the chairman. |
| 08:53 | 20 | Q.   The chairman of Mattel? |
| 08:53 | 21 | A.   Yes. |
| 08:53 | 22 | Q.   And let's talk about this model a little bit more. |
| 08:53 | 23 | You're not talking to a person who has a lot of |
| 08:53 | 24 | experience in consumer research marketing. |
| 08:53 | 25 | A.   All right. |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 16 of 120   Page ID #:308654
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

16

08:53  1    Q.    Probably most of the members of the jury don't either,
08:53  2    so you're gonna have to explain a little bit about this
08:53  3    model.
08:53  4          How do you go about making that kind of analysis that
08:53  5    you just told us about?
08:53  6    A.    It starts off with a test called a "viability test,"
08:53  7    where we put together a portfolio of the test brand as well
08:53  8    as competitive brands, and we ask children and mothers to go
08:53  9    shopping in that simulated store.
08:53  10         We do that study quantitatively across the country, so
08:54  11   it's a rather large sample size.
08:54  12         Sample size is the number of people we are talking to.
08:54  13         Once the data is gotten back, we get an assessment of
08:54  14   dollars generated by each of the test brands and the
08:54  15   competitive brands.
08:54  16         And once that is gotten, we come up with a dollar
08:54  17   projection for each of the brands in the test.
08:54  18         The model -- the uniqueness of this model was we did a
08:54  19   comparison among people who bought the brand versus people
08:54  20   who didn't buy the brand in the test situation, and by
08:54  21   examining the differences in attitudes between buyers and
08:54  22   nonbuyers, we could assess whether there was a future
08:54  23   potential in this line or whether it was a one-year line.
08:54  24   Q.    How well did that analysis work?
08:54  25   A.    I believe it worked because it was validated.  I went

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

17

| | | |
|---|---|---|
| 08:54 | 1 | back to test results over five years to assess the validity |
| 08:55 | 2 | of the model. |
| 08:55 | 3 | Q.   All right.  And now I'd like to ask you about another |
| 08:55 | 4 | exhibit, 9263. |
| 08:55 | 5 | *(Document provided to the witness.)* |
| 08:55 | 6 | THE WITNESS:  Yes. |
| 08:55 | 7 | BY MS. KELLER: |
| 08:55 | 8 | Q.   This is a pretty large document.  It's got 209 pages to |
| 08:55 | 9 | it.  Is this -- this document is entitled "Girls' College |
| 08:55 | 10 | Consumer Research Presentation," and it's dated July 19, |
| 08:55 | 11 | 2001.  Do you recognize it? |
| 08:55 | 12 | A.   Yes, I do. |
| 08:55 | 13 | MS. KELLER:  I'd move to admit Exhibit 9263, |
| 08:55 | 14 | Your Honor. |
| 08:55 | 15 | THE COURT:  Received. |
| 08:55 | 16 | *(Exhibit No. 9263 received in evidence.)* |
| 08:55 | 17 | BY MS. KELLER: |
| 08:55 | 18 | Q.   Now, can you tell us a little bit about this Girls' |
| 08:55 | 19 | College Document?  What is it exactly? |
| 08:56 | 20 | A.   As you know, Mattel -- we hired quite a few people. |
| 08:56 | 21 | And, um, there was marketing.  There was advertising |
| 08:56 | 22 | agencies.  There were design and development.  And part of |
| 08:56 | 23 | that college was to give them a primer on each of the |
| 08:56 | 24 | different areas.  And this particular presentation was to |
| 08:56 | 25 | give the attendees a knowledge of consumer research. |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 18 of 120   Page ID #:308656
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

18

| | | |
|---|---|---|
| 08:56 | 1 | Q.   So new people, new hires coming into Mattel, you would |
| 08:56 | 2 | use this document to educate them about consumer research? |
| 08:56 | 3 | A.   New people, new hires, new marketing people, yes. |
| 08:56 | 4 | Q.   And would different people at Mattel take on the role |
| 08:56 | 5 | of essentially professors at the girls' college? |
| 08:56 | 6 | A.   Yes. |
| 08:56 | 7 | Q.   Were you one of those people? |
| 08:56 | 8 | A.   Yes. |
| 08:56 | 9 | Q.   Did you have any role in setting the curriculum -- |
| 08:56 | 10 | A.   Yes. |
| 08:56 | 11 | Q.   -- for the classes? |
| 08:56 | 12 | A.   Yes. |
| 08:56 | 13 | Q.   Can you tell us about that? |
| 08:56 | 14 | A.   I'm sorry.  Yes.  This college was built by the head of |
| 08:57 | 15 | marketing at that time.  And she and I and several other |
| 08:57 | 16 | individuals worked on what are we gonna take the newcomers |
| 08:57 | 17 | through, a primer on what we do. |
| 08:57 | 18 | Q.   So in addition to helping to design the curriculum, you |
| 08:57 | 19 | also taught the people taking these courses? |
| 08:57 | 20 | A.   Yes. |
| 08:57 | 21 | Q.   And when you taught your students, did you tell them |
| 08:57 | 22 | anything about the importance of their research being |
| 08:57 | 23 | absolutely accurate and truthful, as truthful and accurate |
| 08:57 | 24 | as they could make it? |
| 08:57 | 25 | A.   Well, there's no other way to do it.  It has to be |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

19

| | | |
|---|---|---|
| 08:57 | 1 | accurate and appropriate, yes. |
| 08:57 | 2 | Q.   Even if it -- even if you're giving the company bad |
| 08:57 | 3 | news about something? |
| 08:57 | 4 | A.   Absolutely. |
| 08:57 | 5 | Q.   And why is that? |
| 08:57 | 6 | A.   Because the role of research is to provide the truth. |
| 08:57 | 7 | Q.   Now, if we look at page 3 of this document. |
| 08:58 | 8 | *(Document displayed.)* |
| 08:58 | 9 | BY MS. KELLER: |
| 08:58 | 10 | Q.   You have a description.  It says the "Role of Consumer |
| 08:58 | 11 | Research," and you have a number of bullet points here. |
| 08:58 | 12 | Actually, I guess they would be called arrow points. |
| 08:58 | 13 | A.   I guess. |
| 08:58 | 14 | Q.   Could you briefly discuss the significance of each of |
| 08:58 | 15 | those points for us? |
| 08:58 | 16 | A.   The first point is provide "Accurate and actionable |
| 08:58 | 17 | marketing information for decision-making."  This -- the |
| 08:58 | 18 | different types of research we were doing were related to |
| 08:58 | 19 | whether we should launch a brand or not; who is the target |
| 08:58 | 20 | market; is the target younger girls, older girls, older |
| 08:58 | 21 | boys, younger boys; what is the advertising; how should |
| 08:58 | 22 | media mix be handled; should we be doing 30-second |
| 08:58 | 23 | advertising or 60-second advertising; and something related |
| 08:59 | 24 | to packaging and attitude and usage tracking study, where we |
| 08:59 | 25 | monitored consumer attitudes to our different brands. |

DEBBIE GALE, U.S. COURT REPORTER

08:59  1       And the second bullet point is "Identify strong brands

08:59  2   and items."  The purpose of that was -- there's a line

08:59  3   called Barbie, and they're launching 200 items.  What are

08:59  4   the key drivers?  What are the ones that I expected to

08:59  5   generate the highest volume?

08:59  6       The next arrow point is "Reduce risks and minimize

08:59  7   losses".  That is, again, self-explanatory.  So you don't

08:59  8   want to launch a failed brand, and you don't want to launch

08:59  9   an ineffective commercial.

08:59  10      The next bullet point is "Provide direction for new

08:59  11  opportunities".  Several times we talk to children about

08:59  12  what their needs were, what their day in their life

08:59  13  consisted of, so we could find out if there was any

08:59  14  opportunity for us at Mattel to launch a new brand.

08:59  15      "Consumer inside experts representing the consumer

09:00  16  point of view to marketing design and senior management" is

09:00  17  the next bullet point, and this was related to it's

09:00  18  important for a consumer inside person to have a seat at the

09:00  19  table when it comes to giving a point of view on a strategy

09:00  20  or a brand.

09:01  21  Q.   We were at the last of the bullet points here.  And

09:01  22  what you've just told us, is that a fairly accurate

09:01  23  description of the role of consumer research at Mattel when

09:01  24  you were there?

09:01  25  A.   Yes.

| | | |
|---|---|---|
| 09:01 | 1 | Q.   Now, if you could look at page 42 of this document. |
| 09:01 | 2 | (Document displayed.) |
| 09:01 | 3 | BY MS. KELLER: |
| 09:01 | 4 | Q.   This says, "Types of consumer research:  Strategic, |
| 09:01 | 5 | qualitative." |
| 09:01 | 6 | A.   Just a minute.  I'm sorry.  Okay.  Sorry.  Just give me |
| 09:01 | 7 | a minute, please.  Yes. |
| 09:01 | 8 | Q.   Both qualitative and quantitative research was done at |
| 09:01 | 9 | Mattel when you were there? |
| 09:01 | 10 | A.   Yes. |
| 09:01 | 11 | Q.   And can you tell us, what does qualitative research |
| 09:02 | 12 | mean? |
| 09:02 | 13 | A.   Qualitative is when we do -- we probe issues with a |
| 09:02 | 14 | small number of people to get at what is the underlying |
| 09:02 | 15 | cause or quality of the information.  So we get a lot of |
| 09:02 | 16 | qualitative feedback:  Why children like a particular toy; |
| 09:02 | 17 | why moms don't like a particular toy.  So there's a lot of |
| 09:02 | 18 | focus on why and getting qualitative information back.  And |
| 09:02 | 19 | that's not done with what we call a statistically large |
| 09:02 | 20 | sample program.  So it could be a group of 20 kids; it could |
| 09:02 | 21 | be a group of 30 moms.  That is not statistically |
| 09:02 | 22 | significant. |
| 09:02 | 23 | That's a quant- -- qualitative study.  A quantitative |
| 09:02 | 24 | study is, as the name implies, quantity.  And it gets a |
| 09:02 | 25 | sample size that is of significant statistical significance, |

| | | |
|---|---|---|
| 09:02 | 1 | and that's usually done amongst a group of 200 or 300 |
| 09:03 | 2 | geographically represented consumers.  And that's when you |
| 09:03 | 3 | focus on the numbers.  So it's 20 percent, 30 percent, and |
| 09:03 | 4 | you try and interpret what the number means. |
| 09:03 | 5 | Q.   Now, I see on this page under qualitative it says, |
| 09:03 | 6 | "focus groups" and then "state of."  What did that "state |
| 09:03 | 7 | of" refer to? |
| 09:03 | 8 | A.   State of is when we try and explore the state of girls |
| 09:03 | 9 | or state of a brand to understand what is the state of that |
| 09:03 | 10 | particular market or brand in the consumer's mind. |
| 09:03 | 11 | So if it's a brand-related state of, that's what it is. |
| 09:03 | 12 | If it's state of girls, that's really exploring what are |
| 09:03 | 13 | girls talking about, what are their interests, what are |
| 09:03 | 14 | their hobbies.  So it really tries to explore the pulse of a |
| 09:03 | 15 | consumer. |
| 09:03 | 16 | Q.   Was this a term that you coined while you were at |
| 09:03 | 17 | Mattel, the "state of," the "state of the brand," that sort |
| 09:04 | 18 | of thing? |
| 09:04 | 19 | A.   Yes. |
| 09:04 | 20 | Q.   Now, in general during your period at Mattel, how would |
| 09:04 | 21 | you describe Mattel in terms of Mattel's interest in |
| 09:04 | 22 | research? |
| 09:04 | 23 | A.   Very strong.  Sometimes too much research was done when |
| 09:04 | 24 | requested. |
| 09:04 | 25 | Q.   And when you say "sometimes too much," what do you |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

23

| | | |
|---|---|---|
| 09:04 | 1 | mean? |
| 09:04 | 2 | A.   Sometimes you just have to go with your gut feeling.  I |
| 09:04 | 3 | was -- as a head of research, felt sometimes you just go |
| 09:04 | 4 | with your gut and move forward.  And that's very important. |
| 09:04 | 5 | Gut is important.  And I felt sometimes we could have not |
| 09:04 | 6 | done research on some issues. |
| 09:04 | 7 | Q.   So you would describe Mattel as having been research |
| 09:04 | 8 | driven, would you? |
| 09:04 | 9 | A.   Very research driven. |
| 09:04 | 10 | Q.   And how often did Mattel tend to conduct focus groups? |
| 09:04 | 11 | MR. PRICE:  Objection.  As to timeframe, |
| 09:04 | 12 | Your Honor. |
| 09:04 | 13 | THE COURT:  Sustained. |
| 09:04 | 14 | BY MS. KELLER: |
| 09:04 | 15 | Q.   Well, let's say during the 1990s and up into the 2000s |
| 09:05 | 16 | when you were there, how often did Mattel conduct focus |
| 09:05 | 17 | groups? |
| 09:05 | 18 | A.   All the time.  Is that appropriate?  Almost every day. |
| 09:05 | 19 | Q.   Okay. |
| 09:05 | 20 | A.   Somewhere around the world, we were doing some |
| 09:05 | 21 | research, yes. |
| 09:05 | 22 | Q.   And did the results of those focus groups all around |
| 09:05 | 23 | the world come to you? |
| 09:05 | 24 | A.   Yes. |
| 09:05 | 25 | Q.   Now, I would like to talk to you a little bit about |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:05 | 1 | what stages a product had to go through before being |
| 09:05 | 2 | considered for a launching at Mattel.  All right? |
| 09:05 | 3 | What stages of consumer research did the product have |
| 09:05 | 4 | to go through before Mattel would consider launching it? |
| 09:05 | 5 | A.   If it's a big launch, we would consider doing |
| 09:05 | 6 | qualitative focus groups to see if there is a remote level |
| 09:05 | 7 | of interest.  Focus groups are okay to weed out the winners |
| 09:06 | 8 | from the losers, but it really doesn't tell you how strong a |
| 09:06 | 9 | winner would be or how bad of a loser it would be. |
| 09:06 | 10 | So that was directional.  If a brand or product made it |
| 09:06 | 11 | through the first round of focus groups or some level of |
| 09:06 | 12 | qualitative research, them it went into what is called a |
| 09:06 | 13 | quantitative viability research to see whether it had enough |
| 09:06 | 14 | legs to stand on. |
| 09:06 | 15 | And if there was some minor inkling of strength and we |
| 09:06 | 16 | felt that it has some area that could be resurrected, we |
| 09:06 | 17 | would also consider going back and retesting it once some |
| 09:06 | 18 | fixes were made to the product line. |
| 09:06 | 19 | Q.   And you said that the focus groups tended to be small |
| 09:06 | 20 | groups.  When you were doing quantitative research, what was |
| 09:06 | 21 | your sample size?  Small or large? |
| 09:06 | 22 | A.   Large.  At least two to three hundred in nationally |
| 09:06 | 23 | represented consumers across the country if it was done U.S. |
| 09:07 | 24 | Q.   Why was the larger group selected for the quantitive |
| 09:07 | 25 | research? |

| | | |
|---|---|---|
| 09:07 | 1 | A.    Because that's necessary to make a definitive point of |
| 09:07 | 2 | view -- to give a definitive point of view. |
| 09:07 | 3 | Q.    Was there an attempt to do it with statistically |
| 09:07 | 4 | significant numbers to represent a general population that |
| 09:07 | 5 | might buy the toy? |
| 09:07 | 6 | A.    Yes. |
| 09:07 | 7 | Q.    And let's talk, if we can, a little bit about the types |
| 09:07 | 8 | of qualitative and quantitative consumer research, and we're |
| 09:07 | 9 | gonna be referring again to this "Girls' College" document, |
| 09:07 | 10 | 9263. |
| 09:07 | 11 |     We've already talked about the qualitative, the state |
| 09:07 | 12 | of focus groups.  Let's look at page 44 -- I guess it's 43 |
| 09:07 | 13 | and 44, the quantitative research. |
| 09:08 | 14 |     Would you do what you did for us before and go down |
| 09:08 | 15 | these bullet points and explain them to us. |
| 09:08 | 16 |         *(Document displayed.)* |
| 09:08 | 17 | BY MS. KELLER: |
| 09:08 | 18 | Q.    Under "Strategic Quantitative." |
| 09:08 | 19 | A.    The first bullet point is an attitude and usage |
| 09:08 | 20 | tracking study.  And that was a study that was done two to |
| 09:08 | 21 | three times a year, depending on the year it was in |
| 09:08 | 22 | question, where we would monitor kids', boys' or girls', or |
| 09:08 | 23 | mothers' attitudes toward different competitive brands, as |
| 09:08 | 24 | well as usage usually implies ownership.  And that was |
| 09:08 | 25 | tracked over a period of time, so you could actually see |

09:08  1   metrics or measures on our particular brand over the entire

09:08  2   year or through the years.

09:08  3       Used -- basically, the next set of arrow points are

09:09  4   what they're used for.  The first one is "Used to measure

09:09  5   buying patterns and attitudes toward different brands

09:09  6   relative to competition."  All these attitudes were what we

09:09  7   call open-ended questions, when we're trying to assess --

09:09  8   not guiding the children, but more see what was top of mind

09:09  9   as well as not top of mind.  So it had to be done within the

09:09  10  context of the competition.

09:09  11      "The impact of new introductions on existing brands,"

09:09  12  that was related to if we launched a new brand, we wanted to

09:09  13  see whether it made it to consumers' mindset in terms of

09:09  14  their recall, awareness, and preference.

09:09  15      "Brand awareness and penetration."  "Brand awareness"

09:09  16  is basically what the name implies.  We ask little kids what

09:09  17  other brands they're aware of, and they have mentioned some

09:09  18  different brands.  And that's brand awareness.

09:09  19      "Penetration" refers to ownership.  It refers to what

09:10  20  percent of the population owns a particular brand and how

09:10  21  many of that brand they own.

09:10  22      And finally, when it relates to "brand and category

09:10  23  attitudinal data," I think I've pretty much covered that in

09:10  24  my previous explanations.

09:10  25  Q.   Let's go to the next page, page 44.  It says, "Attitude

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

27

09:10    1    and Usage Studies/Tracking Studies, continued."

09:10    2         What are these next two arrow points?

09:10    3    A.    The first arrow point is "Identify areas of

09:10    4    vulnerability," and an example is "Older girls less

09:10    5    interested in Barbie."  That's to see whether there was a

09:10    6    declining or an increasing attitude towards some of our key

09:10    7    brands.

09:10    8         "Growth opportunities, e.g., penetration of accessories

09:10    9    not maximized among three- to four-year-olds."  That implies

09:10   10    three- to four-year-olds not interested in a brand or don't

09:11   11    have enough accessories to play with a particular doll or a

09:11   12    car, and that would mean there's an opportunity there to

09:11   13    grow the business.

09:11   14         "Potential new category of opportunities" imply if kids

09:11   15    are getting more interested in outdoor play or computers.

09:11   16    That would mean if Mattel didn't have a particular brand in

09:11   17    that category and girls are more interested in that, perhaps

09:11   18    that's an area where we should be in.

09:11   19         "Conducted once a year in the U.S. and

09:11   20    internationally."  That was in 1990 or when this document

09:11   21    was written, it was done once a year.  Subsequently, it got

09:11   22    done more often.

09:11   23    Q.    And now if we turn to page 45.

09:11   24              *(Document displayed.)*

        25

| | | |
|---|---|---|
| 09:11 | 1 | BY MS. KELLER: |
| 09:11 | 2 | Q.   And we won't go into every bullet point here, but that |
| 09:11 | 3 | also talks about qualitative research with respect to focus |
| 09:12 | 4 | groups, right? |
| 09:12 | 5 | A.   Yes. |
| 09:12 | 6 | Q.   Allows you to weed out weak products and fine-tune |
| 09:12 | 7 | products.  When you do this research, you do it not only on |
| 09:12 | 8 | potential new products, but also on existing products, |
| 09:12 | 9 | right? |
| 09:12 | 10 | A.   Yes. |
| 09:12 | 11 | Q.   And the existing product research, is it conducted |
| 09:12 | 12 | differently than the research for a potential new product, |
| 09:12 | 13 | or is it very similar in terms of the measurements used? |
| 09:12 | 14 | A.   I need to clarify.  Qualitative doesn't have particular |
| 09:12 | 15 | measurements.  Quantitative attitude and usage studies have |
| 09:12 | 16 | particular measurements.  Focus groups are more loose.  It's |
| 09:12 | 17 | guided by a moderator who understands what the issues are |
| 09:12 | 18 | and starts probing on those issues, so there's no real |
| 09:12 | 19 | measurement that's tracked in an attitude -- in a focus |
| 09:12 | 20 | group. |
| 09:12 | 21 | Q.   Well, whether it's quantitative or qualitative, when |
| 09:12 | 22 | you're researching an existing product as compared to a |
| 09:13 | 23 | potential new product, is the research conducted differently |
| 09:13 | 24 | or in a very similar way? |
| 09:13 | 25 | A.   In qualitative? |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

29

| | | |
|---|---|---|
| 09:13 | 1 | Q.    In either one.  I mean, in other words, do you have a |
| 09:13 | 2 | different model for doing the consumer research for a |
| 09:13 | 3 | potential new product versus an existing one? |
| 09:13 | 4 | A.    In focus groups it all depends on the objectives. |
| 09:13 | 5 | Every methodology is dependent on the objectives.  Once an |
| 09:13 | 6 | objective is defined, that's what you determine what the |
| 09:13 | 7 | methodology is going to be.  It isn't a cookie-cutter |
| 09:13 | 8 | methodology. |
| 09:13 | 9 | Q.    Okay.  If you turn to page 46, this talks about -- |
| 09:13 | 10 | under qualitative it talks about can-do testing. |
| 09:13 | 11 | (Document displayed.) |
| 09:13 | 12 | BY MS. KELLER: |
| 09:13 | 13 | Q.    Can you just briefly tell us what that is? |
| 09:13 | 14 | A.    Frequently, when designers develop products -- now, |
| 09:13 | 15 | remember, we're talking about toys, and we're talking about |
| 09:13 | 16 | three-year-olds or four-year-olds who cannot sometimes tie |
| 09:13 | 17 | their shoelaces.  We have to be concerned about whether a |
| 09:13 | 18 | child can actually play with the toy.  So that's a can-do |
| 09:14 | 19 | test, where you really want to understand if a child can |
| 09:14 | 20 | play with the toy, can push its wheels, can comb its hair, |
| 09:14 | 21 | whatever the case may be.  That's called a "can-do child |
| 09:14 | 22 | test." |
| 09:14 | 23 | Q.    Okay.  If you turn to the next page, page 47. |
| 09:14 | 24 | (Document displayed.) |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 30 of 120   Page ID #:308668
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

30

| | | |
|---|---|---|
| 09:14 | 1 | BY MS. KELLER: |
| 09:14 | 2 | Q.   It talks about "Hot Button/Play Pattern Testing." |
| 09:14 | 3 | Can you tell us what that is all about? |
| 09:14 | 4 | A.   Play pattern test is when we actually put a toy in |
| 09:14 | 5 | front of a child or a group of children to understand how |
| 09:14 | 6 | they play, what they play, are they playing with it, and, |
| 09:14 | 7 | depending what the hot buttons are, those are what we try to |
| 09:14 | 8 | focus on in product develop and advertising.  So if you have |
| 09:14 | 9 | a 30-second commercial, you really want to focus on what the |
| 09:14 | 10 | hot buttons of that product are. |
| 09:14 | 11 | So if it's a doll that you're combing its hair and |
| 09:14 | 12 | changing its clothes and if all the kids do is comb the |
| 09:14 | 13 | hair, that's pretty much what you want to show off in a |
| 09:14 | 14 | commercial. |
| 09:14 | 15 | Q.   Okay.  And if you'd look at the next page -- next two |
| 09:15 | 16 | pages, 48 and 49. |
| 09:15 | 17 | *(Document displayed.)* |
| 09:15 | 18 | BY MS. KELLER: |
| 09:15 | 19 | Q.   It's still under qualitative.  This talks about |
| 09:15 | 20 | diagnostic testing. |
| 09:15 | 21 | A.   Yes. |
| 09:15 | 22 | Q.   Would you briefly explain that for us. |
| 09:15 | 23 | A.   The diagnostic test is, uh, when one tried to figure |
| 09:15 | 24 | out whether a commercial was -- why a commercial was |
| 09:15 | 25 | ineffective or effective.  All advertising at Mattel was |

| | | |
|---|---|---|
| 09:15 | 1 | subject to testing on a quantitative basis.  So if a |
| 09:15 | 2 | commercial was effective, then we try to figure out why it |
| 09:15 | 3 | was effective.  If a commercial was not effective, we try to |
| 09:15 | 4 | figure out why it was not effective.  Because there was a |
| 09:15 | 5 | general edict that we would not air ineffective commercials. |
| 09:15 | 6 | So we had to give guidance to the advertising agency as to |
| 09:15 | 7 | how to fix it. |
| 09:15 | 8 | Q.   And when it says that this is considered tactical -- |
| 09:15 | 9 | see that at the top left there -- what does that mean |
| 09:15 | 10 | exactly in this context? |
| 09:15 | 11 | A.   Tactical was as it related to a particular issue, a |
| 09:16 | 12 | particular commercial, a particular product.  That's more |
| 09:16 | 13 | tactical in nature versus a more strategic, broad-stroked |
| 09:16 | 14 | research plan. |
| 09:16 | 15 | Q.   And then if we turn to page 50, we see -- under |
| 09:16 | 16 | quantitative, we see screening tests. |
| 09:16 | 17 | (Document displayed.) |
| 09:16 | 18 | BY MS. KELLER: |
| 09:16 | 19 | Q.   And can you briefly tell us what that is all about? |
| 09:16 | 20 | A.   Frequently, design would come up with a concept -- now, |
| 09:16 | 21 | you have to remember the target market is a little child, a |
| 09:16 | 22 | boy or a girl, who sometimes doesn't have the ability to |
| 09:16 | 23 | understand words, so they react more to visuals.  And when |
| 09:16 | 24 | design developed a particular product, maybe they didn't |
| 09:16 | 25 | have all the I's doted and the T's crossed, so it was more |

| | | |
|---|---|---|
| 09:16 | 1 | to understand -- get some initial feedback and screen ideas |
| 09:16 | 2 | that design was developing. |
| 09:16 | 3 | Q.   If you turn to the next page, pages 51 and 52. |
| 09:16 | 4 | (Document displayed.) |
| 09:16 | 5 | BY MS. KELLER: |
| 09:16 | 6 | Q.   We see "Viability, Simulated Shopping Test." |
| 09:17 | 7 | And can you tell us how that was conducted? |
| 09:17 | 8 | A.   I may have referred to it a little earlier where a |
| 09:17 | 9 | viability test was a simulated study, where we would set up |
| 09:17 | 10 | a simulated store with competitive product and our product |
| 09:17 | 11 | and show them simulated advertising and have the kids and |
| 09:17 | 12 | the mothers go shop in a store.  And this was a quantitative |
| 09:17 | 13 | study done across the country.  And it's a rather lengthy |
| 09:17 | 14 | interview, and it's a rather lengthy analytical plan, where |
| 09:17 | 15 | we would get all the dollars spent on a particular brand and |
| 09:17 | 16 | understand what were the dollars generated by the test brand |
| 09:17 | 17 | and the competitive brand. |
| 09:17 | 18 | Q.   And you also did ad testing, did you? |
| 09:17 | 19 | A.   Yes, we tested all commercials. |
| 09:17 | 20 | Q.   And there were other things that were done too.  There |
| 09:17 | 21 | were category studies, right? |
| 09:17 | 22 | A.   Yes. |
| 09:17 | 23 | Q.   And what's a category study? |
| 09:17 | 24 | A.   A category study is -- say, a category is arts and |
| 09:17 | 25 | crafts.  So if you have an arts-and-crafts category and you |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

33

| | | |
|---|---|---|
| 09:18 | 1 | want to understand what are the dynamics of that particular |
| 09:18 | 2 | category, what they buy, how they buy, how often they buy, |
| 09:18 | 3 | what are the price points, so that's a general exploration |
| 09:18 | 4 | of a category of arts and crafts. |
| 09:18 | 5 | Q.   And you had packaging tests to see -- I'm assuming that |
| 09:18 | 6 | was to see if the kids liked the packaging that the toy came |
| 09:18 | 7 | in? |
| 09:18 | 8 | A.   If they like the packaging, yes, that was -- that |
| 09:18 | 9 | was -- or there were alternative packagings that we had to |
| 09:18 | 10 | evaluate. |
| 09:18 | 11 | Q.   Did you also research the prices at which you might put |
| 09:18 | 12 | your products on the market? |
| 09:18 | 13 | A.   That was most often -- yes, we did. |
| 09:18 | 14 | Q.   And was there something called a preference test that |
| 09:18 | 15 | you would do? |
| 09:18 | 16 | A.   Yes. |
| 09:18 | 17 | Q.   What was a preference test about? |
| 09:18 | 18 | A.   Preference test is perhaps akin to a screening test, |
| 09:18 | 19 | where we would lay out a number of products or concepts and |
| 09:18 | 20 | get kids' preferences.  The name is pretty self-explanatory. |
| 09:19 | 21 | Q.   What about a positioning test?  What's a positioning |
| 09:19 | 22 | test?  Uh, when you -- a positioning test is when -- how you |
| 09:19 | 23 | are going to position the particular brand for, um, |
| 09:19 | 24 | advertising most often.  And so if it's many different theme |
| 09:19 | 25 | lines that we going to be using in a commercial or how we're |

09:19  1   presenting a brand, we evaluated different positionings.  So

09:19  2   a position for a Barbie was -- we got -- "We girls can have

09:19  3   everything right" Barbie.  That was a position.

09:19  4       Now, I'm not gonna go through the rest of the 200 pages

09:19  5   here.  Probably to your great relief and maybe that of some

09:19  6   others, but you did a lot of other tests even than the ones

09:19  7   that we've just talked about, right?

09:19  8   A.   Yes.

09:19  9   Q.   Retail --

09:19  10  A.   Yes.

09:19  11  Q.   -- environment studies, trade studies, all kind of

09:19  12  research, true?

09:19  13  A.   True.  Tests are done dependent on the objectives.  The

09:20  14  objectives is what determines the test.

09:20  15  Q.   Now, is there such a thing as a cannibalization study?

09:20  16  A.   Yes, there is.

09:20  17  Q.   Would you tell us what that's all about.

09:20  18  A.   Cannibalization study is when you want to understand

09:20  19  whether a particular brand that you're launching is

09:20  20  cannibalizing or eating into the share of an existing brand.

09:20  21  Q.   And do you always do a cannibalization study when you

09:20  22  launch a new product?

09:20  23  A.   No.

09:20  24  Q.   What -- what determines whether you do one?

09:20  25  A.   The objectives.  If one is considering launching a

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 35 of 120   Page ID #:308673
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

35

| | | |
|---|---|---|
| 09:20 | 1 | brand and you're looking to expand a brand, most often it's |
| 09:20 | 2 | done on sub-brands or flanker brands to -- the ultimate |
| 09:20 | 3 | objective is to grow the brand's market share. |
| 09:20 | 4 | So if it's not growing a market share of a brand, then |
| 09:20 | 5 | we don't do it.  If we are questioning whether it's going to |
| 09:21 | 6 | eat into a particular brand, then that's when it was done. |
| 09:21 | 7 | Q.   And who would get involved in those cannibalization |
| 09:21 | 8 | study discussions?  In other words, who within Mattel would |
| 09:21 | 9 | decide whether to authorize one? |
| 09:21 | 10 | A.   I need a little more clarification on the question, |
| 09:21 | 11 | please. |
| 09:21 | 12 | Q.   Well, for example, before doing a cannibalization |
| 09:21 | 13 | study, would you have a discussion in a group, say, with |
| 09:21 | 14 | maybe the president of the brand or the CEO about whether to |
| 09:21 | 15 | do the study?  Or with the head of marketing, maybe? |
| 09:21 | 16 | A.   The way Mattel functions it's pretty much a team |
| 09:21 | 17 | effort.  So when a new concept is launched, there are all |
| 09:21 | 18 | different constituents from sales to marketing to product |
| 09:21 | 19 | development to research at the table discussing the |
| 09:21 | 20 | potential of this brand, and that's done at that level with |
| 09:22 | 21 | all the different functional heads if there's a concern |
| 09:22 | 22 | about cannibalization, yes. |
| 09:22 | 23 | Q.   Okay.  I guess my point was it's not -- that wouldn't |
| 09:22 | 24 | be something that would just stay within consumer research; |
| 09:22 | 25 | that would be something that might involve the CEO, the |

Case 2:04-cv-09049-DOC-RNB  Document 10191  Filed 03/15/11  Page 36 of 120  Page ID #:308674
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

36

| | | |
|---|---|---|
| 09:22 | 1 | president, the head of marketing, those kinds of people? |
| 09:22 | 2 | A.   I'm not sure a CEO would be involved at that level. |
| 09:22 | 3 | Q.   When Jill Berard, Mr. Eckert's predecessor, was there, |
| 09:22 | 4 | did she ever get involved in those sort of things? |
| 09:22 | 5 |         MR. PRICE:  Object.  Lack of relevance. |
| 09:22 | 6 |         THE COURT:  Overruled. |
| 09:22 | 7 |         THE WITNESS:  Yes, she would. |
| 09:22 | 8 | BY MS. KELLER: |
| 09:22 | 9 | Q.   Now, how about research specifically regarding Barbie, |
| 09:22 | 10 | how often was that conducted? |
| 09:22 | 11 |         MR. PRICE:  Vague as to time. |
| 09:22 | 12 | BY MS. KELLER: |
| 09:22 | 13 | Q.   Well, let's say the whole time you were there. |
| 09:22 | 14 |         MR. PRICE:  Because of the interruption, |
| 09:22 | 15 | Your Honor, that's still vague. |
| 09:22 | 16 |         THE COURT:  Overruled. |
| 09:22 | 17 |         You can answer the question. |
| 09:22 | 18 |         THE WITNESS:  Very often. |
| 09:22 | 19 | BY MS. KELLER: |
| 09:22 | 20 | Q.   How often would be very often? |
| 09:23 | 21 | A.   Are you looking for once-a-month, twice-a-month kind of |
| 09:23 | 22 | answer? |
| 09:23 | 23 | Q.   Yeah, right. |
| 09:23 | 24 | A.   Probably ten times a month, maybe more. |
| 09:23 | 25 | Q.   Now, was -- how important was Barbie to Mattel when you |

| | | |
|---|---|---|
| 09:23 | 1 | were there? |
| 09:23 | 2 | A.   Very important. |
| 09:23 | 3 | Q.   Where did it rank among the other -- all the toys in |
| 09:23 | 4 | the company in terms of importance? |
| 09:23 | 5 | A.   Number one. |
| 09:23 | 6 | Q.   Any question about that at all? |
| 09:23 | 7 | A.   No. |
| 09:23 | 8 | Q.   And was that true for all the senior people in the |
| 09:23 | 9 | company? |
| 09:23 | 10 | A.   Yes. |
| 09:23 | 11 | Q.   Now, is there also a central library for research at |
| 09:23 | 12 | Mattel? |
| 09:23 | 13 | A.   Yes. |
| 09:23 | 14 | Q.   Can you tell us about that? |
| 09:23 | 15 | A.   It's a room located on the ninth floor -- or it was on |
| 09:23 | 16 | the ninth floor when I was there.  And pretty much every |
| 09:23 | 17 | research that was done was cataloged and laid out in that |
| 09:23 | 18 | room.  After I left, I really don't know. |
| 09:23 | 19 | Q.   Well, so, for example, the Hot Wheels brand, would |
| 09:24 | 20 | there be a section for all the research that had ever been |
| 09:24 | 21 | done on the Hot Wheels brand? |
| 09:24 | 22 | A.   Yes, there would. |
| 09:24 | 23 | Q.   And these projects, how were they recorded?  In other |
| 09:24 | 24 | words, the study itself was done, but then was there a |
| 09:24 | 25 | logbook or some sort of way of tracking how to get that |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 38 of 120   Page ID #:308676
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

38

| | | |
|---|---|---|
| 09:24 | 1 | research? |
| 09:24 | 2 | A.   There was a logbook. |
| 09:24 | 3 | Q.   And were these arranged in some way according to |
| 09:24 | 4 | category or brand? |
| 09:24 | 5 | A.   They were arranged by category and/or brand, yes. |
| 09:24 | 6 | Q.   And so this would be research pertaining not just to |
| 09:24 | 7 | Mattel's products, but also competitors' products, true? |
| 09:24 | 8 | A.   True. |
| 09:24 | 9 | Q.   So you might have a fashion-doll shelf that had all the |
| 09:24 | 10 | research ever done on Barbie and, for example, all the |
| 09:24 | 11 | research ever done on Bratz? |
| 09:24 | 12 | A.   Possible, yes. |
| 09:24 | 13 | Q.   Now, um, was there anything different in this process, |
| 09:24 | 14 | the consumer research process, and the maintenance of the |
| 09:25 | 15 | library that you saw between the time you left in the year |
| 09:25 | 16 | 2000 and the time you returned in 2003? |
| 09:25 | 17 | A.   Sorry.  Could you repeat the question, please? |
| 09:25 | 18 | Q.   Between the time that you left in 2000 and the time you |
| 09:25 | 19 | came back in 2003, did you see anything different about this |
| 09:25 | 20 | process of consumer research? |
| 09:25 | 21 | A.   No. |
| 09:25 | 22 | Q.   Anything different about the way the library was |
| 09:25 | 23 | maintained? |
| 09:25 | 24 | A.   Not that I recall. |
| 09:25 | 25 | Q.   Now, there are a number of people who have done |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:25 | 1 | research at Mattel who then left later; is that right? |
| 09:25 | 2 | A.   Yes. |
| 09:25 | 3 | Q.   One was a person named Cory Schwartz? |
| 09:25 | 4 | A.   Yes. |
| 09:25 | 5 | Q.   And did he start his own consumer research company |
| 09:25 | 6 | called "ConsumerQuest"? |
| 09:25 | 7 | A.   Yes. |
| 09:25 | 8 | Q.   Any -- did anybody at Mattel see anything wrong with |
| 09:25 | 9 | that, his going out and starting his own company? |
| 09:25 | 10 | MR. PRICE:  Object.  It's irrelevant. |
| 09:25 | 11 | THE COURT:  Overruled. |
| 09:25 | 12 | THE WITNESS:  No. |
| 09:25 | 13 | BY MS. KELLER: |
| 09:25 | 14 | Q.   And did Mattel actually use some of Mr. Schwartz's |
| 09:26 | 15 | services in consumer research? |
| 09:26 | 16 | A.   Yes, we did. |
| 09:26 | 17 | Q.   And did competitors of Mattel also use his services? |
| 09:26 | 18 | A.   I gathered, yes. |
| 09:26 | 19 | Q.   And when you say you gathered, why is that -- why do |
| 09:26 | 20 | you say you gathered that? |
| 09:26 | 21 | A.   I did ask Cory if he was doing research for |
| 09:26 | 22 | competitors, because that was something I frowned upon. |
| 09:26 | 23 | Q.   And you learned? |
| 09:26 | 24 | A.   And -- |
| 09:26 | 25 | Q.   And you learned that he was actually working for MGA, |

| | | |
|---|---|---|
| 09:26 | 1 | as well, right? |
| 09:26 | 2 | A.   Yes, I did. |
| 09:26 | 3 | Q.   Did he refuse to stop working for competitors? |
| 09:26 | 4 | A.   I asked him to stop working for competitors, and he |
| 09:26 | 5 | said no. |
| 09:26 | 6 | Q.   And nevertheless, did you continue using his group to |
| 09:26 | 7 | do research? |
| 09:26 | 8 | A.   Reluctantly, yes. |
| 09:26 | 9 | Q.   Okay.  Now, before you left Mattel for the first time |
| 09:26 | 10 | in 2000, were you aware of any problems with the Barbie |
| 09:27 | 11 | brand? |
| 09:27 | 12 | A.   Yes. |
| 09:27 | 13 | Q.   And what in particular were you aware of? |
| 09:27 | 14 | A.   I was concerned that there was an oversaturation of |
| 09:27 | 15 | consumer -- girls' interest in Barbie.  I was concerned that |
| 09:27 | 16 | the brand was trickling down in age.  Trickle down in age |
| 09:27 | 17 | was, um, you really want to have the widest path possible -- |
| 09:27 | 18 | target group for a brand.  So you really want to have three- |
| 09:27 | 19 | to ten-year-old girls.  And I was concerned that older |
| 09:27 | 20 | girls, which I classify as seven to ten-year-olds, were |
| 09:27 | 21 | getting less interested in Barbie and perhaps more |
| 09:27 | 22 | interested in other activities. |
| 09:27 | 23 | Q.   And did you discuss this in strategy sessions with |
| 09:27 | 24 | other people at Mattel? |
| 09:28 | 25 | A.   A lot, yes. |

| | | |
|---|---|---|
| 09:28 | 1 | Q.   When you say "a lot," was this something that really |
| 09:28 | 2 | concerned you? |
| 09:28 | 3 | A.   Yes, it concerned me very much. |
| 09:28 | 4 | Q.   And during -- again, we're talking about the late |
| 09:28 | 5 | 1990s.  Did you feel that the erosion that you were seeing |
| 09:28 | 6 | in the Barbie brand was well documented, or was it just a |
| 09:28 | 7 | gut feeling? |
| 09:28 | 8 | A.   No, it was well documented. |
| 09:28 | 9 | Q.   And did sales begin to decline? |
| 09:28 | 10 | MR. PRICE:  Objection.  Vague as to time. |
| 09:28 | 11 | BY MS. KELLER: |
| 09:28 | 12 | Q.   The late '90s. |
| 09:28 | 13 | A.   I don't remember the exact sales number, yeah. |
| 09:28 | 14 | Q.   When you saw this erosion in the Barbie brand, and |
| 09:28 | 15 | you -- you were concerned about potential erosion in |
| 09:28 | 16 | Barbie's relevance to little girls? |
| 09:28 | 17 | A.   More to older girls, yes. |
| 09:28 | 18 | Q.   And were you concerned that sales could start to |
| 09:28 | 19 | decline? |
| 09:28 | 20 | A.   Well, that was the only concern I had, yes. |
| 09:29 | 21 | Q.   What did you attribute the decline to in terms of the |
| 09:29 | 22 | product or marketing or both? |
| 09:29 | 23 | A.   I felt that Barbie was -- the design of Barbie in |
| 09:29 | 24 | particular was not as relevant as it should have been, where |
| 09:29 | 25 | little girls were changing their tastes and interests and |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 42 of 120   Page ID #:308680
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

42

| | | |
|---|---|---|
| 09:29 | 1 | Barbie was not keeping up with their level of interest. |
| 09:29 | 2 | I felt some of the marketing and advertising was losing |
| 09:29 | 3 | its edge. |
| 09:29 | 4 | Q.   What about the changing demographics of this country in |
| 09:29 | 5 | terms of ethnicity and national origin and all that, how did |
| 09:29 | 6 | that play into your views of whether Barbie was -- needed to |
| 09:29 | 7 | be changed to remain relevant? |
| 09:29 | 8 | A.   It was an issue, but it wasn't the dominant issue. |
| 09:30 | 9 | Q.   Okay.  Do you remember a product that you looked at |
| 09:30 | 10 | called Megan's World? -- Oh, I'm sorry.  I'm sorry.  I have |
| 09:30 | 11 | missed something here. |
| 09:30 | 12 | All right.  Let's look, if we can, at Exhibit 8101. |
| 09:30 | 13 | *(Document provided to the witness.)* |
| 09:30 | 14 | BY MS. KELLER: |
| 09:30 | 15 | Q.   Do you recognize this, 8101, as Worldwide Consumer |
| 09:30 | 16 | Research document, dated January 21, 1997, from Allison |
| 09:30 | 17 | Willensky? |
| 09:30 | 18 | *(Document displayed.)* |
| 09:30 | 19 | THE WITNESS:  I see it now, yes. |
| 09:30 | 20 | MS. KELLER:  And, Your Honor, I think this was |
| 09:30 | 21 | already in evidence, but if not, I would move it in. |
| 09:31 | 22 | THE COURT:  It's received. |
| 09:31 | 23 | *(Exhibit No. 8101 received in evidence.)* |
| 09:31 | 24 | BY MS. KELLER: |
| 09:31 | 25 | Q.   Now, the research in 1997 confirmed that Mattel saw a |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 43 of 120   Page ID #:308681
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

43

| | | |
|---|---|---|
| 09:31 | 1 | problem with Barbie on the horizon, true? |
| 09:31 | 2 | A.   Yes. |
| 09:31 | 3 | Q.   And factors contributing to -- let's look under |
| 09:31 | 4 | executive summary.  It says, "Retail sales of several key |
| 09:31 | 5 | Barbie SKUs have not met expectations to date.  Research |
| 09:31 | 6 | with girls and moms was therefore conducted to further |
| 09:31 | 7 | investigate this situation.  While Barbie remains a |
| 09:31 | 8 | perennial favorite among our target" group *(sic)* "the brand |
| 09:31 | 9 | is not considered hot or topical.  There are no 'gotta have' |
| 09:31 | 10 | Barbie dolls currently in the market to fuel excitement for |
| 09:31 | 11 | the brand.  Moreover, there appears to be a declining |
| 09:31 | 12 | interest in acquiring more Barbie dolls.  Several factors |
| 09:31 | 13 | are contributing to the situation.  Including: |
| 09:31 | 14 | "Perceived saturation. |
| 09:31 | 15 | "Boredom/predictability. |
| 09:32 | 16 | "Product similarity. |
| 09:32 | 17 | "Commercial disbelief. |
| 09:32 | 18 | "Competition." |
| 09:32 | 19 | And then under that, "Currently, it is the |
| 09:32 | 20 | non-blue-eyed blonde Barbie dolls that are appealing to our |
| 09:32 | 21 | consumers; i.e., Kelly, Teen Skipper, Stacie, and Ken and |
| 09:32 | 22 | Tommy." |
| 09:32 | 23 | Now, can you just briefly tell us what you took from |
| 09:32 | 24 | that? |
| 09:32 | 25 | A.   I took from that, that this is a warning sign that |

| 09:32 | 1 | something should be done pretty immediately. |
| 09:32 | 2 | Now, understand that the groups that we do, the |
| 09:32 | 3 | attitudes that we get are predictors of behavior.  You won't |
| 09:32 | 4 | see it immediately.  They predict the future.  So that |
| 09:32 | 5 | was -- I was sort of taking on the role, if you can, of a |
| 09:33 | 6 | weatherman, where you're saying right now the weather seems |
| 09:33 | 7 | okay, but coming in the future, maybe there's a tsunami, |
| 09:33 | 8 | maybe there's something else.  So that was the intention of |
| 09:33 | 9 | alerting management that there's a problem. |
| 09:33 | 10 | Q.   If we look at the next page of this Exhibit 8101, |
| 09:33 | 11 | page 2. |
| 09:33 | 12 | *(Document displayed.)* |
| 09:33 | 13 | BY MS. KELLER: |
| 09:33 | 14 | Q.   Under "Perceived saturation," we see a description of |
| 09:33 | 15 | buckets of Barbie dolls owned.  And then we see the third |
| 09:33 | 16 | bullet:  "This perceived level of saturation is also |
| 09:33 | 17 | contributing to mom's stronger veto over buying more Barbie |
| 09:33 | 18 | dolls." |
| 09:33 | 19 | And then, No. 4, it says, "Boredom." |
| 09:33 | 20 | And what was that all about from a consumer research |
| 09:33 | 21 | point of view? |
| 09:34 | 22 | A.   From a research point of view is about ten years ago |
| 09:34 | 23 | before this research was done, or maybe five years ago, |
| 09:34 | 24 | Barbie was viewed as quite special by moms and kids.  So |
| 09:34 | 25 | children usually had two to three Barbies and they valued |

| | | |
|---|---|---|
| 09:34 | 1 | them and treasured them. |
| 09:34 | 2 | But over the years, as they acquired more and more, |
| 09:34 | 3 | that's when buckets of Barbies –– and that's, of course, |
| 09:34 | 4 | from mothers and children, were sitting in kids' rooms, and |
| 09:34 | 5 | they were commenting that they were kind of naked and not |
| 09:34 | 6 | doing much there.  And that was a concern about perceived |
| 09:34 | 7 | saturation and losing Barbie's specialness. |
| 09:34 | 8 | What was the first thing. |
| 09:34 | 9 | And once kids were not requesting the brand and moms |
| 09:34 | 10 | were saying, "I don't want to buy any more because there are |
| 09:34 | 11 | buckets of Barbies sitting in my kid's room," that was a |
| 09:34 | 12 | concern there. |
| 09:34 | 13 | Q.   And this study was dated July 21, 1997.  So in 1997 you |
| 09:35 | 14 | were seeing trouble on the horizon? |
| 09:35 | 15 | A.   Yes.  Attitudes, perceived behavior.  So that was a |
| 09:35 | 16 | predictor at that time of the future. |
| 09:35 | 17 | Q.   And if we turn to page 3, under "Product similarity" it |
| 09:35 | 18 | says, "Girls are not perceiving the current line of Barbie |
| 09:35 | 19 | dolls to be particularly unique or different from past |
| 09:35 | 20 | years' dolls, many of which they may already own.  For |
| 09:35 | 21 | example, Workout Barbie is thought to be similar to Olympic |
| 09:35 | 22 | Gymnast, as is Bubbling' Mermaid and Bubble Angel." |
| 09:35 | 23 | Were you concerned that there was beginning to be a |
| 09:35 | 24 | potential opening for a new, different, edgier doll perhaps |
| 09:35 | 25 | to come into the market and displace Barbie? |

| | | |
|---|---|---|
| 09:35 | 1 | A.    In '97 I was not concerned about –– my focus was more |
| 09:35 | 2 | on how do we resurrect Barbie to its previous levels, and |
| 09:36 | 3 | competition was not top of mind for me.  It was more about |
| 09:36 | 4 | "What do we do to fix Barbie?" |
| 09:36 | 5 | Q.    And at the time there really wasn't any real |
| 09:36 | 6 | competition in the fashion doll market for Barbie; is that |
| 09:36 | 7 | true?  Barbie pretty much had the lion's share of the |
| 09:36 | 8 | market? |
| 09:36 | 9 | A.    There was some competitors in Europe.  But in the U.S., |
| 09:36 | 10 | it was Barbie. |
| 09:36 | 11 | Q.    And if we go to page 4, we have a graph here. |
| 09:36 | 12 | (Document displayed.) |
| 09:36 | 13 | BY MS. KELLER: |
| 09:36 | 14 | Q.    That says, "Current situation." |
| 09:36 | 15 | And can you briefly go through this with us, as well? |
| 09:36 | 16 | A.    Yes.  It was –– it was an attempt to –– to basically |
| 09:36 | 17 | give us a situation analysis, where –– if you look at the |
| 09:36 | 18 | bottom set of boxes where we said the product is very |
| 09:36 | 19 | similar.  It's leading to a boring and predictable |
| 09:37 | 20 | perception of the brand.  And that whole situation with the |
| 09:37 | 21 | saturation –– that whole situation of the brand in kids' |
| 09:37 | 22 | minds is leading to –– the big box in the middle –– a |
| 09:37 | 23 | declining interest in buying more Barbie dolls.  And that is |
| 09:37 | 24 | also impacted by some of the commercials we were airing, |
| 09:37 | 25 | which said there may be some disbelief in the advertising. |

| | | |
|---|---|---|
| 09:37 | 1 | And also, it led to kids possibly getting distracted by |
| 09:37 | 2 | competition.  So this was an overview of what we thought was |
| 09:37 | 3 | the situation with the brand. |
| 09:37 | 4 | Q.   How alarmed were you at the time by what you saw on the |
| 09:37 | 5 | horizon? |
| 09:37 | 6 | A.   I was excessively alarmed. |
| 09:37 | 7 | Q.   You were excessively alarmed? |
| 09:37 | 8 | A.   Yes, I was. |
| 09:37 | 9 | Q.   And, Ms. Willensky, who wrote this, did she share your |
| 09:38 | 10 | alarm? |
| 09:38 | 11 | A.   Yeah.  She worked with me, yes. |
| 09:38 | 12 | Q.   Now, let's look at Exhibit 8172, if we may. |
| 09:38 | 13 | (Document provided to the witness.) |
| 09:38 | 14 | (Document displayed.) |
| 09:38 | 15 | MS. KELLER:  And this document, I believe, is also |
| 09:38 | 16 | in evidence. |
| 09:38 | 17 | BY MS. KELLER: |
| 09:38 | 18 | Q.   It's "State of Barbie 1999."  And this says it's |
| 09:38 | 19 | presented by Allison Willensky and Michael Shore. |
| 09:38 | 20 | And who was Michael Shore? |
| 09:38 | 21 | A.   In '99 Michael was one of the -- both Allison and |
| 09:38 | 22 | Michael reported to me.  Allison was in girls' toys. |
| 09:38 | 23 | Michael was in boys' toys.  But Michael has -- or had -- I |
| 09:38 | 24 | haven't worked with him recently -- had a very skilled -- |
| 09:39 | 25 | was skilled as a moderator.  So he helped moderate focus |

| | | |
|---|---|---|
| 09:39 | 1 | groups to get at State of Barbie. |
| 09:39 | 2 | So he was –– in this case his role was a moderator of |
| 09:39 | 3 | focus groups. |
| 09:39 | 4 | Q.   And before I move on, I just want to ask you one |
| 09:39 | 5 | follow-up question about the last exhibit.  You mentioned, |
| 09:39 | 6 | and I saw written, something called "Commercial disbelief." |
| 09:39 | 7 | And what did that mean? –– in one of the boxes. |
| 09:39 | 8 | *(Document displayed.)* |
| 09:39 | 9 | THE WITNESS:  Yeah.  I don't recall the specifics |
| 09:39 | 10 | of that one. |
| 09:39 | 11 | BY MS. KELLER: |
| 09:39 | 12 | Q.   Okay.  Okay.  Let's go back again to 8172. |
| 09:39 | 13 | *(Document displayed.)* |
| 09:39 | 14 | BY MS. KELLER: |
| 09:39 | 15 | Q.   And this is the "State of Barbie 1999."  Let's look at |
| 09:40 | 16 | page 4. |
| 09:40 | 17 | *(Document displayed.)* |
| 09:40 | 18 | BY MS. KELLER: |
| 09:40 | 19 | Q.   And this says, "The girls' world of leisure-time |
| 09:40 | 20 | activities encompasses a myriad of categories that were not |
| 09:40 | 21 | observed in the past."  And it has a number of |
| 09:40 | 22 | subcategories:  Electronics, computers, fashion accessories, |
| 09:40 | 23 | board games. |
| 09:40 | 24 | How did this play into what you saw as the decline or |
| 09:40 | 25 | erosion of interest in Barbie? |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 49 of 120   Page ID #:308687
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

49

| | | |
|---|---|---|
| 09:40 | 1 | A.   We were observing at that time that girls were -- had a |
| 09:40 | 2 | lot more on their plate in terms of time of play, as well as |
| 09:40 | 3 | what they played with. |
| 09:40 | 4 | In the past it was pretty much "I play with Barbies.  I |
| 09:40 | 5 | play with Barbies."  And now we were witnessing in 1999 the |
| 09:40 | 6 | entrance of electronics, video games, and there was some |
| 09:40 | 7 | interest in playing outdoors and board games, and so we were |
| 09:40 | 8 | seeing a variety of brands and categories entering kids' |
| 09:41 | 9 | mindset in terms of what they were interested in doing. |
| 09:41 | 10 | Q.   Girls were just doing a lot more things than just |
| 09:41 | 11 | playing with dolls? |
| 09:41 | 12 | A.   Yes. |
| 09:41 | 13 | Q.   Let's look at the next page, page 5. |
| 09:41 | 14 | *(Document displayed.)* |
| 09:41 | 15 | BY MS. KELLER: |
| 09:41 | 16 | Q.   And this says that "New categories of product marketed |
| 09:41 | 17 | to girls have made a dent in girls' preoccupation with |
| 09:41 | 18 | Barbie." |
| 09:41 | 19 | Was that essentially addressing the same thing? |
| 09:41 | 20 | A.   Yes. |
| 09:41 | 21 | Q.   Little girls had other things to do now? |
| 09:41 | 22 | A.   Yes. |
| 09:41 | 23 | Q.   And then let's look at the next page, page 6. |
| 09:41 | 24 | *(Document displayed.)* |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 50 of 120   Page ID #:308688
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

50

| | | |
|---|---|---|
| 09:41 | 1 | BY MS. KELLER: |
| 09:41 | 2 | Q.   It says, "There is a certain amount of |
| 09:41 | 3 | indifference/lethargy toward Barbie that seems to be |
| 09:41 | 4 | affecting girls." |
| 09:41 | 5 | And was this -- this summary that we're seeing, was |
| 09:41 | 6 | this based on qualitative research or quantitative research |
| 09:42 | 7 | or both? |
| 09:42 | 8 | A.   This was based on qualitative. |
| 09:42 | 9 | Q.   And it says, "Coolness is not the issue.  Boredom seems |
| 09:42 | 10 | to be creeping in."  What did that mean? |
| 09:42 | 11 | A.   The girls were commenting -- girls or moms were |
| 09:42 | 12 | observing that they were just bored with the Barbies.  They |
| 09:42 | 13 | had buckets of Barbies, and they were saying Barbie is not |
| 09:42 | 14 | as special anymore and I'm getting a little bored. |
| 09:42 | 15 | Q.   And the third bullet point down said, "I asked my mom |
| 09:42 | 16 | for a Generation Girl.  She said I had too many dolls.  It's |
| 09:42 | 17 | okay.  There are lots of other toys I like." |
| 09:42 | 18 | And was that reflecting again some of the issues that |
| 09:42 | 19 | you were finding in terms of the erosion of interest in |
| 09:42 | 20 | Barbie? |
| 09:42 | 21 | A.   Yes.  It's summarized in the top point, which says |
| 09:42 | 22 | there was some indifference or lethargy toward Barbie. |
| 09:42 | 23 | Q.   And then if we look at page 7 -- |
| 09:42 | 24 | *(Document displayed.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:42 | 1 | BY MS. KELLER: |
| 09:42 | 2 | Q.   -- we see the saturation point being made again? |
| 09:43 | 3 | A.   Yes. |
| 09:43 | 4 | Q.   If we look at page 8 -- |
| 09:43 | 5 |        *(Document displayed.)* |
| 09:43 | 6 | BY MS. KELLER: |
| 09:43 | 7 | Q.   -- we see that seven to eight-year-olds seem to be |
| 09:43 | 8 | brand-weary, and they're just -- they're tired of Barbie, |
| 09:43 | 9 | right? |
| 09:43 | 10 | A.   That's what we were observing. |
| 09:43 | 11 | Q.   Now, let's go to Exhibit 9701. |
| 09:43 | 12 |        *(Document provided to the witness.)* |
| 09:43 | 13 | BY MS. KELLER: |
| 09:43 | 14 | Q.   And this is a document -- |
| 09:43 | 15 | A.   Just give me a minute. |
| 09:43 | 16 | Q.   I will.  Do you have the document? |
| 09:44 | 17 | A.   Yes, I do. |
| 09:44 | 18 | Q.   Now, this is a document dated April 19, 1999, from |
| 09:44 | 19 | Worldwide Consumer Research, and it says, "To distribution." |
| 09:44 | 20 | That mean a wide distribution list? |
| 09:44 | 21 | A.   Yes. |
| 09:44 | 22 | Q.   From Maya Levinson.  "Subject:  Focus groups for |
| 09:44 | 23 | Megan's World."  And do you know who Maya Levinson was? |
| 09:44 | 24 | A.   Yes. |
| 09:44 | 25 | Q.   Who was Maya Levinson or is Maya Levinson? |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 52 of 120   Page ID #:308690
CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

52

09:44   1   A.   Maya Levinson used to work at Mattel at one time, and

09:44   2   she's a psychologist.  She's actually Dr. Levinson.  And

09:44   3   she, after she left Mattel, helped us do focus groups and be

09:44   4   the moderator.

09:44   5        MS. KELLER:  And, Your Honor, I would move 9701

09:44   6   into evidence.

09:44   7        THE COURT:  Received.

09:44   8        (Exhibit No. 9701 received in evidence.)

09:44   9         (Document displayed.)

09:44   10  BY MS. KELLER:

09:44   11  Q.   Now, if we look at page 1, under "Executive Summary,"

09:45   12  it says, "Focus groups were conducted with moms and girls to

09:45   13  evaluate the appeal of the Megan's World concept.  The

09:45   14  concept consists of dolls depicting preteen girls,

09:45   15  accompanied by a book that fleshes out the characters."  And

09:45   16  it goes on to say, "The concept has definite potential."

09:45   17       And the first line of the paragraph under that says,

09:45   18  "The dolls' strength lies in their non-Barbie

09:45   19  characteristics.  They are younger and offer girls a 'like

09:45   20  me' identification.  They are much more realistic in terms

09:45   21  of their style as well as physical imperfections and

09:45   22  emotional issues, and their personality is much more defined

09:45   23  than Barbie's, aided by the book."

09:45   24       And then, if we look at page 2.

09:45   25         (Document displayed.)

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 53 of 120   Page ID #:308691
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

53

| | | |
|---|---|---|
| 09:45 | 1 | BY MS. KELLER: |
| 09:45 | 2 | Q.   Under "Summary of Findings and Conclusions." |
| 09:46 | 3 | Numeral one says, "The Megan's World dolls have fairly |
| 09:46 | 4 | strong appeal to girls ages seven through ten.  Their appeal |
| 09:46 | 5 | stems from the "like me" identification they offer, from the |
| 09:46 | 6 | realistic execution, the cool look, the variety of body |
| 09:46 | 7 | types and faces, the very realistically detailed |
| 09:46 | 8 | accessories, and from the ability to get to know the doll's |
| 09:46 | 9 | personality and interests through the books.  Older girls, |
| 09:46 | 10 | nine to ten in particular, view the dolls as a viable |
| 09:46 | 11 | alternative to Barbie and relish their imperfections." |
| 09:46 | 12 | And then if we look at the very bottom, it says, "Both |
| 09:46 | 13 | girls and moms approve of the doll's physical differences |
| 09:46 | 14 | from each other and ethnic diversity.  Once again, they |
| 09:46 | 15 | contrast with Barbie, where they view all the dolls as being |
| 09:46 | 16 | basically the same." |
| 09:46 | 17 | Now, you were very tuned into the market in the late |
| 09:47 | 18 | 1990s, you personally, right? |
| 09:47 | 19 | A.   I would think so, yes. |
| 09:47 | 20 | Q.   And Megan's World was a concept that was very different |
| 09:47 | 21 | from the traditional kind of goody-goody Barbie, right? |
| 09:47 | 22 | MR. PRICE:  Objection.  Argumentative. |
| 09:47 | 23 | THE COURT:  About goody-goody, sustained. |
| 09:47 | 24 | BY MS. KELLER: |
| 09:47 | 25 | Q.   Well -- |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 54 of 120   Page ID #:308692
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

54

| | | |
|---|---|---|
| 09:47 | 1 | THE COURT:  You want to use the word "wholesome" |
| 09:47 | 2 | or something like that. |
| 09:47 | 3 | BY MS. KELLER: |
| 09:47 | 4 | Q.   Barbie-like.  Wholesome. |
| 09:47 | 5 | The Megan's World dolls were a very different concept |
| 09:47 | 6 | from the traditional Barbie, true? |
| 09:47 | 7 | A.   Yes. |
| 09:47 | 8 | Q.   And can you tell us a little bit about why the Megan's |
| 09:47 | 9 | World dolls were, in your opinion, appealing to -- to girls |
| 09:47 | 10 | in a way that Barbie was not? |
| 09:47 | 11 | A.   You remember this is over ten years, so I have to jog |
| 09:47 | 12 | some of my memory here. |
| 09:48 | 13 | From what I remember, Megan's World consisted of girls |
| 09:48 | 14 | or individual dolls that had some issues.  For example, a |
| 09:48 | 15 | girl -- a doll that's -- who's -- let's use the word "girl" |
| 09:48 | 16 | and "doll" interchangeably for the purposes of this |
| 09:48 | 17 | discussion.  The dolls were -- one of the dolls was a child |
| 09:48 | 18 | of divorced parents.  One of the dolls was going through |
| 09:48 | 19 | puberty.  One of the dolls was -- had a physical limitation. |
| 09:48 | 20 | So there were all real scenarios of what you see in the real |
| 09:48 | 21 | life.  And the context of the story line that accompanied |
| 09:48 | 22 | each one of the dolls was explained in a book.  So if Megan |
| 09:49 | 23 | was a doll, her mother's going through a divorce, and |
| 09:49 | 24 | there's a whole story about her in the book. |
| 09:49 | 25 | Q.   Now, was Mattel -- were the results of the research |

| | | |
|---|---|---|
| 09:49 | 1 | cautiously positive? |
| 09:49 | 2 | A.   I'm reading from this, yes. |
| 09:49 | 3 | Q.   But Mattel did not want to launch Megan's World, |
| 09:49 | 4 | correct? |
| 09:49 | 5 | A.   That's a rather wide-sweeping statement. |
| 09:49 | 6 | Q.   Well, was -- did Mattel conclude that Megan's World was |
| 09:49 | 7 | moving out of its comfort zone? |
| 09:49 | 8 | MR. PRICE:  Objection.  Ambiguous. |
| 09:49 | 9 | THE COURT:  Overruled. |
| 09:49 | 10 | THE WITNESS:  There were a wide variety of |
| 09:49 | 11 | reasons, not just one.  One of them was that it was a little |
| 09:49 | 12 | controversial.  One of them was that it required a |
| 09:49 | 13 | significant investment in books, which was not our core |
| 09:50 | 14 | competency at that time.  One needed to have a publishing |
| 09:50 | 15 | arm, as well.  And it was crossing our safety zone a little |
| 09:50 | 16 | bit.  So there was a variety of reasons, not just one. |
| 09:50 | 17 | BY MS. KELLER: |
| 09:50 | 18 | Q.   And what did you mean by "a little bit out of our |
| 09:50 | 19 | comfort zone"? |
| 09:50 | 20 | A.   This could have been a little controversial because |
| 09:50 | 21 | there were a lot of social issues that we were addressing |
| 09:50 | 22 | that sometimes mothers don't like their children exposed to. |
| 09:50 | 23 | I'm not sure whether all mothers would have liked their |
| 09:50 | 24 | children being exposed to the divorce concept or puberty or |
| 09:50 | 25 | interest in boys, and that was what the issues were |

09:50    1    highlighting in this -- in this line.

09:50    2    Q.    Okay.  So you were -- if we could move on a little bit,

09:50    3    you were interested in the growth of the Latino population

09:50    4    in the United States in the 1990s, right?

09:51    5    A.    Yes, I was.

09:51    6    Q.    And you were also interested in the African-American

09:51    7    population in the U.S. in the late 1990s, right?

09:51    8    A.    Yes, I was.

09:51    9    Q.    And turning to the Latino population, were you trying

09:51   10    to figure out the needs of that population?  Whether you

09:51   11    should be advertising in Spanish language TV, for example?

09:51   12    A.    Yes.  There was interest in trying to understand the

09:51   13    needs of the Latino population.

09:51   14    Q.    And why was it that you wanted to start doing more

09:51   15    research along those lines?

09:51   16    A.    Generally, when -- this is my belief here.  When you

09:51   17    have a brand that's reaching the peak of its life cycle,

09:51   18    strategically it's important to try and develop other niche

09:51   19    opportunities to get at the needs of some of the other

09:51   20    constituents.  In this case, the constituents were the Latin

09:52   21    population, which was growing, the Hispanic population that

09:52   22    was growing in California.  And we all lived in California,

09:52   23    and we were observing a lot of that.  And an interest in

09:52   24    trying to expand the ethnic diversity of our brands, rather

09:52   25    than the blonde, blue-eyed doll.

| | | |
|---|---|---|
| 09:52 | 1 | Q.   Let's look at Exhibit 9703. |
| 09:52 | 2 | *(Document provided to the witness.)* |
| 09:52 | 3 | BY MS. KELLER: |
| 09:52 | 4 | Q.   Is this a November 19, 1999 memo from Mattel Worldwide |
| 09:52 | 5 | Consumer Research to distribution from Heather Polk, |
| 09:52 | 6 | regarding "Barbie Ethnic Focus Groups, Hispanic Report"? |
| 09:52 | 7 | A.   Yes. |
| 09:52 | 8 | MS. KELLER:  Your Honor, I will move 9703 into |
| 09:52 | 9 | evidence. |
| 09:53 | 10 | THE COURT:  Received. |
| 09:53 | 11 | *(Exhibit No. 9703 received in evidence.)* |
| 09:53 | 12 | *(Document displayed.)* |
| 09:53 | 13 | BY MS. KELLER: |
| 09:53 | 14 | Q.   Now, this report talks about better understanding the |
| 09:53 | 15 | potential of developing marketing programs to address the |
| 09:53 | 16 | Hispanic market.  And focus groups conducted with Hispanic |
| 09:53 | 17 | moms and girls to explore their attitudes toward Barbie. |
| 09:53 | 18 | Was this part of the research that you were doing to |
| 09:53 | 19 | see if there were some unmet needs that Mattel could start |
| 09:53 | 20 | to take advantage of? |
| 09:53 | 21 | A.   Yes. |
| 09:53 | 22 | Q.   And you wanted to see if you could target a fashion |
| 09:53 | 23 | doll brand or a subsegment of Barbie to the Hispanic or |
| 09:53 | 24 | African-American market, true? |
| 09:53 | 25 | A.   True. |

58

| | | |
|---|---|---|
| 09:53 | 1 | Q.   But this never resulted in an actual product either, |
| 09:53 | 2 | did it? |
| 09:53 | 3 | MR. PRICE:  Object to lack of foundation, given |
| 09:53 | 4 | the timing. |
| 09:53 | 5 | THE COURT:  Overruled. |
| 09:54 | 6 | THE WITNESS:  The line Barbie has friends like |
| 09:54 | 7 | Christie, who is African American; Teresa, who could be |
| 09:54 | 8 | traced to Latin Hispanic roots, and the intention was really |
| 09:54 | 9 | how do you grow those sub-friends of Barbie.  So there are |
| 09:54 | 10 | some friends of Barbie that we felt could tap into the needs |
| 09:54 | 11 | of the different ethnic groups. |
| 09:54 | 12 | BY MS. KELLER: |
| 09:54 | 13 | Q.   But as far as establishing an actual new fashion doll |
| 09:54 | 14 | brand, that product never happened, right? |
| 09:54 | 15 | A.   That didn't happen. |
| 09:54 | 16 | Q.   And you found that frustrating, didn't you? |
| 09:54 | 17 | A.   In 1999, the order of priority, while it would have |
| 09:54 | 18 | been good to have an Hispanic and African American segment, |
| 09:55 | 19 | the focus I felt was more on the Barbie part of it. |
| 09:55 | 20 | Q.   But what I'm asking is you personally, seeing the |
| 09:55 | 21 | trends that you were seeing and perceiving the changes that |
| 09:55 | 22 | you were perceiving, you found that a little bit |
| 09:55 | 23 | frustrating, didn't you?  That you thought Mattel might be |
| 09:55 | 24 | missing out on an opportunity? |
| 09:55 | 25 | A.   If you want to word it as frustrating, perhaps.  Yes, |

| | | |
|---|---|---|
| 09:55 | 1 | frustrating, but I had other sources of frustration. |
| 09:55 | 2 | Q.   Now, Mattel leadership, was it displaying the same |
| 09:55 | 3 | interest in your views that you had, and your views about |
| 09:55 | 4 | diversifying the dolls? |
| 09:55 | 5 | MR. PRICE:  Objection.  Lack of foundation. |
| 09:55 | 6 | THE COURT:  Do you want specific people; is that |
| 09:55 | 7 | the concern?  Generally -- Mr. Price, it's generally stated |
| 09:55 | 8 | as management or executives. |
| 09:55 | 9 | MR. PRICE:  Well -- |
| 09:55 | 10 | THE COURT:  If you want specific people. |
| 09:55 | 11 | MR. PRICE:  It's too broad and she might not know |
| 09:56 | 12 | 'cause she didn't have contact. |
| 09:56 | 13 | THE COURT:  Sustained.  If want to go through |
| 09:56 | 14 | different people, Counsel. |
| 09:56 | 15 | BY MS. KELLER: |
| 09:56 | 16 | Q.   The people who were your immediate direct -- who was |
| 09:56 | 17 | your direct report?  Who did you report to? |
| 09:56 | 18 | A.   What timeframe? |
| 09:56 | 19 | Q.   Let's say the late 1990s when this memo was written -- |
| 09:56 | 20 | 1999. |
| 09:56 | 21 | A.   The late 1990s, I had many bosses.  So this is -- in |
| 09:56 | 22 | late 1999, it was probably Adrienne Fontanella. |
| 09:56 | 23 | Q.   And did Ms. Fontanella share your desire to diversify |
| 09:56 | 24 | the brand with maybe a new fashion doll to appeal to a |
| 09:56 | 25 | different ethnic market? |

| | | |
|---|---|---|
| 09:56 | 1 | A.   I don't recall. |
| 09:56 | 2 | Q.   Did you think of this as actually kind of trying to |
| 09:56 | 3 | push the envelope a little bit in Mattel's perspective? |
| 09:56 | 4 | MR. PRICE:  I'll object.  Vague as to "this." |
| 09:56 | 5 | BY MS. KELLER: |
| 09:56 | 6 | Q.   Well, diversifying the brand with new ethnic groups? |
| 09:57 | 7 | THE COURT:  You can answer the question. |
| 09:57 | 8 | THE WITNESS:  Could you repeat the question. |
| 09:57 | 9 | BY MS. KELLER: |
| 09:57 | 10 | Q.   Yes.  From your perspective at the time, did it seem to |
| 09:57 | 11 | you that Mattel thought that this would be pushing the |
| 09:57 | 12 | envelope too much to come out with a new fashion doll brand |
| 09:57 | 13 | that diversified -- that had a diversified ethnicity? |
| 09:57 | 14 | MR. PRICE:  Objection.  Calls for speculation. |
| 09:57 | 15 | THE COURT:  Well, the difficulty is Counsel's |
| 09:57 | 16 | referring to Mattel, and we're not quite certain who inside |
| 09:57 | 17 | Mattel the witness is dealing with.  Although we know she's |
| 09:57 | 18 | a fairly high-up executive at the time. |
| 09:57 | 19 | MS. KELLER:  I'll rephrase, Your Honor. |
| 09:57 | 20 | THE COURT:  I'm going to sustain the objection, |
| 09:57 | 21 | Counsel. |
| 09:57 | 22 | BY MS. KELLER: |
| 09:57 | 23 | Q.   I want to use your words for a minute.  Did you see it |
| 09:57 | 24 | that, quote, "The priority was how do we fix the white |
| 09:57 | 25 | Barbie," unquote? |

| 09:58 | 1 | A.   Did I see it?  Yes, I did. |
|---|---|---|
| 09:58 | 2 | Q.   That's what you thought the priority for Mattel was? |
| 09:58 | 3 | A.   How do you fix Barbie as a brand. |
| 09:58 | 4 | Q.   Okay.  I guess I'm trying to focus a little bit more on |
| 09:58 | 5 | multi-ethnic dolls as opposed to the traditional white |
| 09:58 | 6 | Barbie.  I mean, I understand that Barbie had had a couple |
| 09:58 | 7 | friends added, an African-American friend and a Latino |
| 09:58 | 8 | friend, but that was not the same concept you were talking |
| 09:58 | 9 | about, was it? |
| 09:58 | 10 | MR. PRICE:  Move to strike as misstating the |
| 09:58 | 11 | facts. |
| 09:58 | 12 | THE COURT:  Overruled. |
| 09:58 | 13 | BY MS. KELLER: |
| 09:58 | 14 | Q.   The concept that you were talking about was actually |
| 09:58 | 15 | possibly coming up with a new multi-ethnic brand that might |
| 09:58 | 16 | meet some unmet needs? |
| 09:58 | 17 | A.   I wasn't referring to a new brand.  I was thinking of |
| 09:58 | 18 | developing a sub-flanker brand under Barbie.  Not |
| 09:59 | 19 | necessarily breaking out as a brand-new brand. |
| 09:59 | 20 | Q.   And when you say "flanker brand," not everybody's |
| 09:59 | 21 | familiar with that term.  What does a flanker brand mean? |
| 09:59 | 22 | A.   A flanker brand is something that flies under the same |
| 09:59 | 23 | mother brand like a Barbie, but has a unique identity and |
| 09:59 | 24 | positioning of its own. |
| 09:59 | 25 | So while it still is under the mother brand of Barbie, |

| | | |
|---|---|---|
| 09:59 | 1 | there is a sub-brand that is developed with a unique |
| 09:59 | 2 | positioning that still is –– taps into the overall |
| 09:59 | 3 | positioning of Barbie. |
| 09:59 | 4 | MS. KELLER:  And, Your Honor, before I move to a |
| 09:59 | 5 | new area, would this be a good time for a break? |
| 09:59 | 6 | THE COURT:  This would be a good time for a break. |
| 09:59 | 7 | Ladies and gentlemen, you're admonished not to |
| 09:59 | 8 | discuss this matter amongst yourselves, nor form or express |
| 09:59 | 9 | any opinion concerning the case.  We'll come and get you in |
| 09:59 | 10 | 20 minutes.  Have a nice recess. |
| 09:59 | 11 | *(Jury recesses at 10:00 a.m.)* |
| 10:00 | 12 | THE COURT:  All right.  Then, Counsel, have a nice |
| 10:00 | 13 | recess. |
| 10:16 | 14 | *(Recess held at 10:00 a.m.)* |
| 10:20 | 15 | *(Proceedings resumed at 10:20 a.m.)* |
| 10:20 | 16 | THE COURT:  The jury is present.  Alternates are |
| 10:20 | 17 | present.  All counsel are present.  Thank you for your |
| 10:20 | 18 | courtesy.  If you would be seated. |
| 10:20 | 19 | Ms. Keller is continuing on with her direct |
| 10:20 | 20 | examination of Ms. Luther. |
| 10:20 | 21 | BY MS. KELLER: |
| 10:20 | 22 | Q.   Ms. Luther, I'd like to talk to you now about a |
| 10:20 | 23 | document that came to be known as The Bratz Brief. |
| 10:20 | 24 | Do you know what I'm referring to? |
| 10:20 | 25 | A.   Yes, I do. |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 63 of 120   Page ID #:308701
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

63

| | | |
|---|---|---|
| 10:20 | 1 | Q.   And if you'd take a look at Exhibit 1805. |
| 10:21 | 2 | *(Document displayed.)* |
| 10:21 | 3 | BY MS. KELLER: |
| 10:21 | 4 | Q.   Is that document the copy of The Bratz Brief? |
| 10:21 | 5 | A.   Yes, it is. |
| 10:21 | 6 | Q.   And Exhibit 9216, is that also a copy of The Bratz |
| 10:21 | 7 | Brief? |
| 10:21 | 8 | A.   I don't have Exhibit 9216. |
| 10:21 | 9 | Q.   And we'll be discussing the difference between the two |
| 10:21 | 10 | in a bit. |
| 10:21 | 11 | *(Document provided to the witness.)* |
| 10:21 | 12 | BY MS. KELLER: |
| 10:21 | 13 | Q.   Now, the Bratz Brief, is this something that you worked |
| 10:22 | 14 | on shortly after coming back to Mattel in 2003? |
| 10:22 | 15 | A.   Yes. |
| 10:22 | 16 | Q.   And can you tell us what The Bratz Brief is?  What's it |
| 10:22 | 17 | all about? |
| 10:22 | 18 | A.   As I understood it, my boss, Matt Bousquette, asked us |
| 10:22 | 19 | to give an overview of the situation of how Bratz had |
| 10:22 | 20 | reached its level in the marketplace as it had, and try and |
| 10:22 | 21 | understand what the issues were, and sort of undertake a |
| 10:22 | 22 | diagnostics of what happened. |
| 10:22 | 23 | Q.   By then, Bratz was a big hit, right? |
| 10:22 | 24 | A.   It was a hit, yes. |
| 10:22 | 25 | Q.   And so the idea was, try to figure out how Bratz came |

| | | |
|---|---|---|
| 10:22 | 1 | about and how it became successful, right? |
| 10:23 | 2 | A.   Yes. |
| 10:23 | 3 | Q.   Kind of like a case study to understand what happened |
| 10:23 | 4 | and learn whatever lessons Mattel could learn from it? |
| 10:23 | 5 | A.   Absolutely. |
| 10:23 | 6 | Q.   And did you actually rewrite this document? |
| 10:23 | 7 | A.   I rewrote portions of it, yes. |
| 10:23 | 8 | Q.   Now, do you remember about how long you spent on The |
| 10:23 | 9 | Bratz Brief? |
| 10:23 | 10 | A.   Less than a week. |
| 10:23 | 11 | Q.   Were you analyzing it from the perspective of somebody |
| 10:23 | 12 | who does consumer research to kind of reverse-engineer it in |
| 10:23 | 13 | a way, you know, look at it -- it became successful -- and |
| 10:23 | 14 | then go back and trace the various steps that made it so |
| 10:23 | 15 | successful or the various qualities it had that made it so |
| 10:23 | 16 | successful? |
| 10:23 | 17 | A.   Yes. |
| 10:23 | 18 | Q.   And Mr. Bousquette, did he -- did you give the finished |
| 10:23 | 19 | product to him? |
| 10:24 | 20 | A.   Yes.  I gave the finished product to Matt Bousquette. |
| 10:24 | 21 | Q.   And did he get back to you with comments on it?  Oh, |
| 10:24 | 22 | I'm sorry. |
| 10:24 | 23 | And Matt Bousquette, what was his title at the time? |
| 10:24 | 24 | A.   Matt Bousquette was President, I think, U.S. Brands. |
| 10:24 | 25 | Q.   Okay.  And so he was your immediate -- your immediate |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

65

| | | |
|---|---|---|
| 10:24 | 1 | boss? |
| 10:24 | 2 | A.    Yes. |
| 10:24 | 3 | Q.    And then who was his immediate boss? |
| 10:24 | 4 | A.    His boss was Bob Eckert, Mr. Eckert. |
| 10:24 | 5 | Q.    Now, did Mr. Bousquette -- is it true that |
| 10:24 | 6 | Mr. Bousquette didn't mark it up or send it back to you? |
| 10:24 | 7 | A.    Don't remember exactly. |
| 10:24 | 8 | Q.    Okay.  Would it help to take a look at your deposition |
| 10:24 | 9 | transcript just to refresh your memory? |
| 10:24 | 10 | A.    Sure. |
| 10:24 | 11 | Q.    And that would be your deposition, July 8th, 2010. |
| 10:24 | 12 | *(Document provided to the witness.)* |
| 10:24 | 13 | MS. KELLER:  Page 131 to 135. |
| 10:25 | 14 | THE WITNESS:  Yes. |
| 08:38 | 15 | BY MS. KELLER: |
| 10:25 | 16 | Q.    And, specifically, if you look at page 135, lines 4 |
| 10:25 | 17 | through 7? |
| 10:25 | 18 | A.    135? |
| 10:25 | 19 | Q.    Right.  Lines 4 through 7. |
| 10:25 | 20 | A.    Yes. |
| 10:25 | 21 | Q.    So Mr. Bousquette didn't ask you to make any changes? |
| 10:25 | 22 | A.    Correct. |
| 10:25 | 23 | Q.    Now, Mr. Eckert, he, on the other hand, actually, |
| 10:26 | 24 | edited at least one little part of it, didn't he? |
| 10:26 | 25 | A.    Yes, he did. |

| | | |
|---|---|---|
| 10:26 | 1 | Q.   And if we look at Exhibit 1805. |
| 10:26 | 2 | A.   Yes. |
| 10:26 | 3 | Q.   We have the word -- trying to find what page it's on -- |
| 10:26 | 4 | the word "learnt," L-E-A-R-N-T? |
| 10:26 | 5 | A.   Yes. |
| 10:26 | 6 | Q.   Let's see if we can find that real quickly. |
| 10:26 | 7 | It would be on page 6. |
| 10:26 | 8 | A.   Yes. |
| 10:26 | 9 | Q.   "Lessons Learnt."  And that is kind of a British usage |
| 10:27 | 10 | of the past tense of "learn"? |
| 10:27 | 11 | A.   That's how I use it, yes. |
| 10:27 | 12 | Q.   And then, if we look at Exhibit 9216. |
| 10:27 | 13 | *(Document displayed.)* |
| 08:29 | 14 | BY MS. KELLER: |
| 10:27 | 15 | Q.   You see that there's a change to "Lessons Learned" on |
| 10:27 | 16 | page 6? |
| 10:27 | 17 | A.   Yes, I do. |
| 10:27 | 18 | Q.   And that was a change that Mr. Eckert made? |
| 10:27 | 19 | A.   It's a change that he requested I make. |
| 10:27 | 20 | Q.   Did he actually call you to ask you to correct that? |
| 10:27 | 21 | A.   Yes, he did. |
| 10:27 | 22 | Q.   And I take it you just went ahead and did it without |
| 10:27 | 23 | further comment? |
| 10:27 | 24 | A.   No.  I was a little embarrassed because I thought, |
| 10:27 | 25 | perhaps -- I'm rather proud of my English, as well, so I |

Case 2:04-cv-09049-DOC-RNB  Document 10191  Filed 03/15/11  Page 67 of 120  Page ID #:308705
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

67

| | | |
|---|---|---|
| 10:27 | 1 | thought maybe I screwed up and had a typo.  So, um, it was |
| 10:27 | 2 | not good to be reprimanded by the chairman. |
| 10:27 | 3 | Q.   Well, I guess my point is you probably didn't tell the |
| 10:27 | 4 | CEO, "This is perfectly proper British usage.  It just isn't |
| 10:28 | 5 | proper American usage"? |
| 10:28 | 6 | A.   There's some issues that you want to battle about. |
| 10:28 | 7 | This wasn't one I wanted to go to battle about. |
| 10:28 | 8 | Q.   This isn't one of them.  Okay. |
| 10:28 | 9 | Now, let's look at 1805-2. |
| 10:28 | 10 | (Document displayed.) |
| 10:28 | 11 | BY MS. KELLER: |
| 10:28 | 12 | Q.   And we see here that at the top, under "Background," it |
| 10:28 | 13 | says, "In Spring 2001, Bratz, a competitive brand to Barbie, |
| 10:28 | 14 | was launched by MGA, and by the end of 2002 had achieved |
| 10:28 | 15 | global recognition with a fashion doll category share of |
| 10:28 | 16 | 16 percent in the U.S. and up to 26 percent in other |
| 10:28 | 17 | developed markets.  Within two years of its launch, Bratz |
| 10:28 | 18 | awareness levels in the U.S. were impressive, in the range |
| 10:28 | 19 | of ninety to a hundred percent.  Current ownership among |
| 10:28 | 20 | girls three to ten is approximately 50 percent, with a |
| 10:29 | 21 | pronounced skew towards older eight to ten-year-olds. |
| 10:29 | 22 | Extensive research among older girls suggests continuing |
| 10:29 | 23 | interest in Bratz, with strong prospects in 2004, assuming |
| 10:29 | 24 | consumer interest is fueled by strong product." |
| 10:29 | 25 | Did you get those figures:  Those 16 percent and |

| 10:29 | 1 | 26 percent figures from NPD? |
| 10:29 | 2 | A.    Yes.  The 16 and 26 were from NPD. |
| 10:29 | 3 | Q.    Now, the other developed markets you talked about, was |
| 10:29 | 4 | that the UK, Germany, Spain, Italy –– those markets? |
| 10:29 | 5 | A.    UK, Spain –– yes. |
| 10:29 | 6 | Q.    And the number that you got, that Bratz awareness |
| 10:29 | 7 | levels in the U.S. were ninety to a hundred percent, that |
| 10:29 | 8 | was from Mattel's own tracking studies, correct? |
| 10:29 | 9 | A.    Yes. |
| 10:29 | 10 | Q.    So, at this point, what was your opinion about whether |
| 10:30 | 11 | Bratz was just a short-lived fad? |
| 10:30 | 12 | A.    My personal point of view? |
| 10:30 | 13 | Q.    Yes. |
| 10:30 | 14 | A.    No.  It had some impressive –– some impressive numbers, |
| 10:30 | 15 | and we were hearing children talking about it as a strong |
| 10:30 | 16 | positive brand. |
| 10:30 | 17 | Q.    And when the Bratz Brief suggested that "extensive |
| 10:30 | 18 | research among older girls suggests continuing interest in |
| 10:30 | 19 | Bratz with strong prospects in 2004," that meant that you |
| 10:30 | 20 | thought Bratz was gonna keep on being a big seller, right? |
| 10:30 | 21 | A.    Yes. |
| 10:30 | 22 | Q.    And you didn't think that –– you, basically didn't |
| 10:30 | 23 | think that Bratz was gonna go away. |
| 10:30 | 24 | A.    Well, there's an underlying assumption that consumer |
| 10:30 | 25 | interest is fueled by strong product.  If you don't have |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 69 of 120   Page ID #:308707
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

69

| | | |
|---|---|---|
| 10:30 | 1 | strong product, you don't have it. |
| 10:30 | 2 | So children, every year at Christmas, request the hot |
| 10:30 | 3 | toy that year.  They don't ask for toys from previous years. |
| 10:31 | 4 | So if you have strong product, you get the interest; if you |
| 10:31 | 5 | don't have product, you don't. |
| 10:31 | 6 | Q.   And you thought Bratz was a strong product? |
| 10:31 | 7 | A.   Yes, I did. |
| 10:31 | 8 | Q.   Was this the very thing you had been worrying about in |
| 10:31 | 9 | the late 1990's:  That Barbie was starting to fade a little |
| 10:31 | 10 | bit, and that there was an opportunity out there for someone |
| 10:31 | 11 | to exploit? |
| 10:31 | 12 | A.   Yes, I was worried about it. |
| 10:31 | 13 | Q.   And, basically, your conclusion, from looking at this, |
| 10:31 | 14 | was this is not going away, right? |
| 10:31 | 15 | A.   Yes. |
| 10:31 | 16 | Q.   Now, at the end of your first period of employment, you |
| 10:31 | 17 | had been kind of raising the red flag about Barbie's |
| 10:31 | 18 | decline.  This is the late 1990's, right? |
| 10:31 | 19 | MR. PRICE:  Objection.  Argumentative. |
| 10:31 | 20 | THE COURT:  About "raising the red flag"? |
| 10:31 | 21 | MR. PRICE:  Yeah. |
| 10:31 | 22 | THE COURT:  Sustained. |
| 09:57 | 23 | BY MS. KELLER: |
| 10:31 | 24 | Q.   You had been trying to alert the company toward the end |
| 10:31 | 25 | of your first period of employment that there was a problem |

| | | |
|---|---|---|
| 10:32 | 1 | with Barbie and that Barbie was starting to decline; am I |
| 10:32 | 2 | right? |
| 10:32 | 3 | MR. PRICE:  Argumentative as "trying to alert." |
| 10:32 | 4 | THE COURT:  Overruled. |
| 10:32 | 5 | You can answer. |
| 10:32 | 6 | THE WITNESS:  Barbie's attitudes toward -- |
| 10:32 | 7 | children's attitudes toward Barbie were declining, yes. |
| 10:32 | 8 | BY MS. KELLER: |
| 10:32 | 9 | Q.   And Adrienne Fontanella, that you mentioned earlier, |
| 10:32 | 10 | who was she in relation to you at that point in the late |
| 10:32 | 11 | 1990's? |
| 10:32 | 12 | A.   She was my boss, and she was the president of girls |
| 10:32 | 13 | toys. |
| 10:32 | 14 | Q.   And she -- her response to you was that you were too |
| 10:32 | 15 | much of a naysayer? |
| 10:32 | 16 | A.   Yes. |
| 10:32 | 17 | Q.   And you were taking this seriously enough; you thought |
| 10:32 | 18 | that the whole decline in Barbie at that point was a |
| 10:32 | 19 | potential landmine for Mattel, right? |
| 10:32 | 20 | A.   Well, let's clarify.  I'm not saying it was a landmine. |
| 10:32 | 21 | I was saying that there's some problems.  There's some |
| 10:32 | 22 | clouds looming in the horizon.  We should fix it. |
| 10:33 | 23 | Yet, but still, I must reiterate that Barbie was still |
| 10:33 | 24 | the number one brand for the company, and it was generating |
| 10:33 | 25 | over $2 billion in sales.  So my role was to anticipate any |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

71

| | | |
|---|---|---|
| 10:33 | 1 | clouds -- potential clouds that could erode market share or |
| 10:33 | 2 | lead to declining sales. |
| 10:33 | 3 | Q.   And you thought that was your responsibility to the |
| 10:33 | 4 | company:  To alert the company to any potential serious |
| 10:33 | 5 | problem on the horizon, true? |
| 10:33 | 6 | A.   Yes, that was my role.  I thought I was the weatherman |
| 10:33 | 7 | looking for future problems, yes. |
| 10:33 | 8 | Q.   And -- |
| 10:33 | 9 | A.   Weatherwoman.  Sorry. |
| 10:33 | 10 | Q.   I'm sorry? |
| 10:33 | 11 | A.   Weatherwoman. |
| 10:33 | 12 | Q.   Weatherwoman.  And you saw the potential future problem |
| 10:33 | 13 | that, by 2003, had become a reality, true? |
| 10:33 | 14 | A.   Yes. |
| 10:33 | 15 | Q.   Now, there is -- The Bratz Brief research combined |
| 10:34 | 16 | qualitative focus groups tracking study and a viability |
| 10:34 | 17 | study, correct? |
| 10:34 | 18 | A.   Yes.  It was a combination of many different data |
| 10:34 | 19 | points that were summarized in one document. |
| 10:34 | 20 | Q.   And if we look at page 2. |
| 10:34 | 21 | *(Document displayed.)* |
| | 22 | BY MS. KELLER: |
| 10:34 | 23 | Q.   We see that Bratz has a "pronounced skew towards older |
| 10:34 | 24 | eight to ten-year-olds."  I'm looking at the first |
| 10:34 | 25 | paragraph. |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 72 of 120   Page ID #:308710
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

72

| | | |
|---|---|---|
| 10:34 | 1 | Was that another -- was that another potential problem: |
| 10:34 | 2 | That Bratz really appealed to that particular segment? |
| 10:34 | 3 | A.   Pardon me.  Which paragraph are you referring to? |
| 10:34 | 4 | Q.   Page 2, the first paragraph.  If you look at the last |
| 10:35 | 5 | four lines. |
| 10:35 | 6 | A.   Yes. |
| 10:35 | 7 | Q.   And you can look at the monitor, as well, if that's |
| 10:35 | 8 | easier? |
| 10:35 | 9 | A.   Oh, that's much easier.  I don't even need my glasses. |
| 10:35 | 10 | Better. |
| 10:35 | 11 | Q.   And so the fact that there was a "pronounced skew |
| 10:35 | 12 | toward older eight to ten-year-old girls," that was also a |
| 10:35 | 13 | problem, was it not? |
| 10:35 | 14 | A.   That was a big problem, yes.  Yes. |
| 10:35 | 15 | Q.   And why was that a big problem in relation to Barbie? |
| 10:35 | 16 | A.   Because the -- traditionally, a target market for a |
| 10:35 | 17 | brand is -- you really want to own the market of three to |
| 10:35 | 18 | ten-year-olds.  And once it starts appealing to older girls, |
| 10:35 | 19 | there is this concept of a trickle-down effect.  So if |
| 10:35 | 20 | something is appealing to an eight-year-old or ten-year-old, |
| 10:35 | 21 | sooner or later, a five- and six-year-old will look up to |
| 10:35 | 22 | what's cool among the older population, and say, "I want it |
| 10:36 | 23 | too." |
| 10:36 | 24 | So it was concerning that it had appeal, legs among the |
| 10:36 | 25 | older kids.  If it had legs among the three- or |

| | | |
|---|---|---|
| 10:36 | 1 | four-year-olds, probably wouldn't have been as concerned. |
| 10:36 | 2 | Q.   And then, if we look at the second paragraph on page 2, |
| 10:36 | 3 | it says, "Bratz is the first brand to successfully challenge |
| 10:36 | 4 | Barbie and gain a substantial foothold." |
| 10:36 | 5 | And that was a true statement, wasn't it? |
| 10:36 | 6 | A.   Yes. |
| 10:36 | 7 | Q.   If we look down, then, to -- under "Consumer |
| 10:36 | 8 | Perspective" on that same page, it says, |
| 10:36 | 9 | "Entering 2001, the Barbie brand was in a critical |
| 10:36 | 10 | stage of its life cycle.  The impact of media, TV, music and |
| 10:36 | 11 | other external factors was pushing girls to mature faster |
| 10:36 | 12 | than ever.  Barbie sales were skewing younger; older girls |
| 10:37 | 13 | eight to ten, after playing with Barbie since they were |
| 10:37 | 14 | three years, were seeking a variety of play opportunities. |
| 10:37 | 15 | They were aspiring to become teenagers and be associated |
| 10:37 | 16 | with things that represented that stage in a girl's life." |
| 10:37 | 17 | And that's what you just told us about, wasn't it? |
| 10:37 | 18 | A.   Right.  That was coming from the State of Barbie. |
| 10:37 | 19 | Q.   Yeah.  And that was something that you were already |
| 10:37 | 20 | aware of well before you wrote or rewrote this Bratz Brief, |
| 10:37 | 21 | true? |
| 10:37 | 22 | A.   Could you repeat the question? |
| 10:37 | 23 | Q.   The fact that Barbie sales were skewing younger and |
| 10:37 | 24 | that older girls were starting to tire of Barbie, that was |
| 10:37 | 25 | something you were aware of well before you wrote this Bratz |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 74 of 120   Page ID #:308712
CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

74

| | | |
|---|---|---|
| 10:37 | 1 | Brief, true? |
| 10:37 | 2 | A.   Yes. |
| 10:37 | 3 | Q.   And then, if you look at the next paragraph, it says, |
| 10:37 | 4 | "As a brand, Barbie did not appear to have evolved with |
| 10:37 | 5 | the times or the consumer.  The three to ten-year-old |
| 10:37 | 6 | consumer was uniquely segmented in terms of play patterns, |
| 10:38 | 7 | interests, development, and social maturity stages.  Yet the |
| 10:38 | 8 | Barbie product offerings were primarily one-dimensional, |
| 10:38 | 9 | targeted to younger girls and less relevant to the already |
| 10:38 | 10 | dissatisfied older girl.  Associations of Barbie being |
| 10:38 | 11 | babyish were surfacing among the older girl segment." |
| 10:38 | 12 | Let's look at Exhibit 8762.  And this is an e-mail -- |
| 10:38 | 13 | I'll wait for you to get it there. |
| 10:38 | 14 | (Document provided to the witness.) |
| 10:38 | 15 | BY MS. KELLER: |
| 10:38 | 16 | Q.   This is an e-mail from you to Tim Kilpin, dated Monday, |
| 10:38 | 17 | October 27, 2003, correct? |
| 10:38 | 18 | A.   Yes, it is. |
| 10:38 | 19 | MS. KELLER:  Your Honor, I'd move 8762 into |
| 10:38 | 20 | evidence. |
| 10:39 | 21 | THE COURT:  Received. |
| 10:39 | 22 | (Exhibit No. 8762 received in evidence.). |
| 10:39 | 23 | BY MS. KELLER: |
| 10:39 | 24 | Q.   And who was Tim Kilpin at the time?  What was his |
| 10:39 | 25 | title? |

| 10:39 | 1 | A.   At that time he was the head of -- the Senior Vice |
| 10:39 | 2 | President of Marketing. |
| 10:39 | 3 | Q.   And it looks like you're writing to him about several |
| 10:39 | 4 | things.  Number 2 says, "MyScene is quite strong.  Thank God |
| 10:39 | 5 | for the MyScene.  Trust me, if we did not have them, those |
| 10:39 | 6 | sales would be predominantly Bratz', not Barbie's.  Don't |
| 10:39 | 7 | understand how you and Matt think that MS is cannibalistic |
| 10:39 | 8 | on Barbie.  You really need to hear these girls.  That said, |
| 10:39 | 9 | there is a desperate need to communicate and deliver that |
| 10:39 | 10 | Barbie is and can be trendy." |
| 10:39 | 11 | And then under that it says, "Flavas over." |
| 10:39 | 12 | When you said that there was "a desperate need to |
| 10:39 | 13 | communicate and deliver that Barbie is and can be trendy," |
| 10:40 | 14 | were you talking about, among other things, updating the |
| 10:40 | 15 | advertising? |
| 10:40 | 16 | A.   I was talking about updating the advertising and |
| 10:40 | 17 | updating the product line to be relevant and trendy. |
| 10:40 | 18 | Q.   And when you said, "Flavas over," what did that refer |
| 10:40 | 19 | to? |
| 10:40 | 20 | A.   Flavas was a brand that was launched, I think, just |
| 10:40 | 21 | before I came back, or maybe just the days I came back in |
| 10:40 | 22 | 2003, and it was a brand that was quite edgy.  And that was |
| 10:40 | 23 | the name of the brand.  And I guess I'm referring to the |
| 10:40 | 24 | fact that -- this e-mail was written while I was sitting at |
| 10:40 | 25 | some focus groups, listening to children. |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 76 of 120   Page ID #:308714
CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

76

| | | |
|---|---|---|
| 10:40 | 1 | And I periodically did that, just to provide people who |
| 10:40 | 2 | were not attending what is happening and what is the pulse |
| 10:40 | 3 | of what kids are saying.  And at that time, my point of view |
| 10:41 | 4 | was that Flavas was over. |
| 10:41 | 5 | Q.   It just was not going anywhere? |
| 10:41 | 6 | A.   It wasn't getting great positive reactions from |
| 10:41 | 7 | children or mothers. |
| 10:41 | 8 | Q.   And as far as updating Barbie, to -- so Barbie could be |
| 10:41 | 9 | trendy, you said the product needed to be updated as well as |
| 10:41 | 10 | the advertising, true? |
| 10:41 | 11 | A.   True. |
| 10:41 | 12 | Q.   And, for example, Princess Barbie, which was one of the |
| 10:41 | 13 | dolls that was -- that was out then -- pretty hard to make |
| 10:41 | 14 | Princess Barbie trendy, right? |
| 10:41 | 15 | A.   Princess is -- if you understand three to |
| 10:41 | 16 | ten-year-olds, um -- if you have kids, you will understand |
| 10:41 | 17 | that -- three-year-olds are really interested in princesses. |
| 10:41 | 18 | And once they go to the six and seven-year-olds, they are |
| 10:41 | 19 | done with the princes theme.  They're more interested in |
| 10:42 | 20 | trendy "like me." |
| 10:42 | 21 | And if there was -- princesses tend to target little |
| 10:42 | 22 | ones, little girls that are about two to three, two to four, |
| 10:42 | 23 | around that age.  That's when they're really interested in |
| 10:42 | 24 | princesses and fairies. |
| 10:42 | 25 | Q.   More interested in fantasy; and then, the older girls |

| | | |
|---|---|---|
| 10:42 | 1 | become more interested in something that's like them? |
| 10:42 | 2 | A.   Reality. |
| 10:42 | 3 | Q.   Let's look back, again, at Exhibit 1805, the Bratz |
| 10:42 | 4 | Brief.  And on page 2, you talk again here about saturation. |
| 10:42 | 5 | *(Document displayed.)* |
| 10:42 | 6 | BY MS. KELLER: |
| 10:42 | 7 | Q.   If you look at the bottom paragraph, it says, |
| 10:42 | 8 | "Girls and moms were continuously expressing concern |
| 10:42 | 9 | that their toy chests were overflowing with Barbie dolls.  A |
| 10:42 | 10 | perceived sense of saturation and fatigue was setting in." |
| 10:42 | 11 | And this, again, was something, in your role as |
| 10:43 | 12 | weatherperson, you had kind of seen coming in the late |
| 10:43 | 13 | 1990's, true? |
| 10:43 | 14 | A.   True.  It is documented, yes. |
| 10:43 | 15 | Q.   It was documented through your -- |
| 10:43 | 16 | A.   Research. |
| 10:43 | 17 | Q.   -- your research? |
| 10:43 | 18 | A.   Yes. |
| 10:43 | 19 | Q.   And if you turn to the next page, page 3. |
| 10:43 | 20 | *(Document displayed.)* |
| 10:43 | 21 | BY MS. KELLER: |
| 10:43 | 22 | Q.   It says, "Noteworthy is the fact that, due to the |
| 10:43 | 23 | increased saturation of Barbie, girls were more |
| 10:43 | 24 | discriminating about the product and demanded more |
| 10:43 | 25 | uniqueness and greater product differentiation.  Products |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

78

| | | |
|---|---|---|
| 10:43 | 1 | that seem to pique girls' interest possessed the ideal |
| 10:43 | 2 | combination of contents and features." |
| 10:43 | 3 | Now, the next thing here, it talks about the business |
| 10:43 | 4 | perspective.  And these financial aspects of The Bratz |
| 10:43 | 5 | Brief, did those come from a person named Jerome Bossick, |
| 10:44 | 6 | another senior vice president? |
| 10:44 | 7 | A.   Yes. |
| 10:44 | 8 | Q.   So the parts here that talk about business perspective |
| 10:44 | 9 | were not the result of your own consumer research?  That was |
| 10:44 | 10 | from Mr. Bossick, true? |
| 10:44 | 11 | A.   True. |
| 10:44 | 12 | Q.   Now, you were also responsible for strategy at Mattel |
| 10:44 | 13 | during both stints of your employment there, were you? |
| 10:44 | 14 | A.   Yes. |
| 10:44 | 15 | Q.   You were supposed to evaluate competitors and make |
| 10:44 | 16 | recommendations regarding how to deal with the competition, |
| 10:44 | 17 | how to deal with their products? |
| 10:44 | 18 | A.   Yes. |
| 10:44 | 19 | Q.   And your feeling was that Barbie was being driven by |
| 10:44 | 20 | looking in the rearview mirror rather than in the front, at |
| 10:44 | 21 | this point, right? |
| 10:44 | 22 | A.   At this point, yes. |
| 10:45 | 23 | Q.   Let's look again at Exhibit -- for the first time, I |
| 10:45 | 24 | guess, Exhibit 8765. |
| 10:45 | 25 | *(Document provided to the witness.)* |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:49 | 1 | BY MS. KELLER: |
| 10:45 | 2 | Q.   And is this an e-mail from you to Russell Arons, Tim |
| 10:45 | 3 | Kilpin, and Allison Willensky, copied Michael Shore, dated |
| 10:45 | 4 | April 7, 2004? |
| 10:45 | 5 | A.   Yes. |
| 10:45 | 6 | MS. KELLER:  Your Honor, I'd move 8765 into |
| 10:45 | 7 | evidence. |
| 10:45 | 8 | THE COURT:  Received. |
| 08:50 | 9 | BY MS. KELLER: |
| 10:45 | 10 | Q.   Now, in April of 2004 you still noticed that the market |
| 10:45 | 11 | was saturated with Barbie, right? |
| 10:46 | 12 | A.   The little girls were saturated with Barbie, yes. |
| 10:46 | 13 | Q.   And if you look under "Situation Assessment," it says, |
| 10:46 | 14 | numeral "1," which is -- ah, the top e-mail is yours, but |
| 10:46 | 15 | the e-mail under that was from Russell Arons to Tim Kilpin |
| 10:46 | 16 | and to you, correct? |
| 10:46 | 17 | A.   Yes. |
| 10:46 | 18 | Q.   Who was Russell Arons at that time? |
| 10:46 | 19 | A.   She was the vice president of marketing on Barbie. |
| 10:46 | 20 | Q.   And Mr. Kilpin you said was? |
| 10:46 | 21 | A.   The senior vice president of marketing. |
| 10:46 | 22 | Q.   So she's writing to you, and her own assessment is, if |
| 10:46 | 23 | you look at "Situation Assessment," numeral 1, "Middle-age |
| 10:46 | 24 | girls, 6 to 8 years older, are leaving Barbie dolls and |
| 10:46 | 25 | prematurely graduating to MyScene and Bratz because there |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 80 of 120   Page ID #:308718
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

80

| | | |
|---|---|---|
| 10:46 | 1 | hasn't been cool product in Barbie for the past four years." |
| 10:47 | 2 | Did you agree with that assessment? |
| 10:47 | 3 | A.   Yes. |
| 10:47 | 4 | Q.   So other people at Mattel were noticing the same thing |
| 10:47 | 5 | that you were by that point, true? |
| 10:47 | 6 | A.   Yes. |
| 10:47 | 7 | Q.   In other words, you were no longer being told that you |
| 10:47 | 8 | were merely a naysayer by this point? |
| 10:47 | 9 | A.   I -- yes.  It's written by Russell. |
| 10:47 | 10 | Q.   Now, let's go back -- let's look at Exhibit 33971. |
| 10:47 | 11 | *(Document provided though the witness.)* |
| 10:47 | 12 | MR. PRICE:  What's the exhibit again? |
| 10:47 | 13 | MS. KELLER:  33971. |
| 11:59 | 14 | BY MS. KELLER: |
| 10:47 | 15 | Q.   Do you have that in front of you? |
| 10:47 | 16 | A.   Yes, I do. |
| 10:48 | 17 | Q.   This is an e-mail from Allison Willensky to you, dated |
| 10:48 | 18 | Wednesday, March 23rd, 2005.  "Subject:  State of Girls in |
| 10:48 | 19 | the U.S. doc." |
| 10:48 | 20 | MS. KELLER:  Your Honor, I would move 33971 into |
| 10:48 | 21 | evidence. |
| 10:48 | 22 | THE COURT:  Received. |
| 10:48 | 23 | *(Exhibit No. 33971 received in evidence.).* |
| 10:48 | 24 | *(Document displayed.)* |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 81 of 120   Page ID #:308719
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

81

|       |    |                                                                         |
|-------|----|-------------------------------------------------------------------------|
|       | 1  | BY MS. KELLER:                                                           |
| 10:48 | 2  | Q.   And so we still have the saturation problem.  If you               |
| 10:48 | 3  | look at the -- about the fifth line down:                               |
| 10:48 | 4  |      "I have way too many Barbies and not enough Bratz."                |
| 10:48 | 5  |      "Barbie used to be more popular.  Bratz is new."                   |
| 10:48 | 6  |      "When I asked for a new Barbie, my mom says I have too             |
| 10:48 | 7  | many, so I get something else."                                         |
| 10:48 | 8  |      Are those all quotes from actual children in focus                 |
| 10:48 | 9  | groups?                                                                  |
| 10:48 | 10 | A.   That's how we tended to position it if there were                  |
| 10:48 | 11 | quotes from children, yes.                                              |
| 10:48 | 12 | Q.   And if you look about halfway down, it says, "According            |
| 10:48 | 13 | to girls, Barbie needs to be more like a teenager, less                 |
| 10:48 | 14 | grown-up, have more parties, be more spoiled, and have more             |
| 10:49 | 15 | fun" -- that does sound like a teenager.                                |
| 10:49 | 16 |      And those were all things that you were observing girls            |
| 10:49 | 17 | were -- you know, qualities girls were finding in Bratz,                |
| 10:49 | 18 | right?                                                                   |
| 10:49 | 19 | A.   Yes.                                                                |
| 10:49 | 20 | Q.   Now, let's go back again to Exhibit 1805, the Bratz                |
| 10:49 | 21 | Brief, and let's look at page 3.                                         |
| 10:49 | 22 |      *(Document displayed.)*                                            |
| 10:49 | 23 | BY MS. KELLER:                                                           |
| 10:49 | 24 | Q.   And if you look at the second paragraph from the top,              |
| 10:49 | 25 | it says, "Noteworthy is the fact that due to the increased              |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

82

| | | |
|---|---|---|
| 10:49 | 1 | saturation of Barbie, girls were more discriminating about |
| 10:49 | 2 | the product and demanded more uniqueness and greater product |
| 10:50 | 3 | differentiation.  Products that seemed to pique girls' |
| 10:50 | 4 | interests possessed the ideal combination of content and |
| 10:50 | 5 | features." |
| 10:50 | 6 | Let's -- now let's look at Exhibit 8685. |
| 10:50 | 7 | *(Document provided to the witness.)* |
| 10:50 | 8 | THE WITNESS:  Yes. |
| 10:50 | 9 | BY MS. KELLER: |
| 10:50 | 10 | Q.   And is this an e-mail from you to Matt Bousquette and |
| 10:50 | 11 | Tim Kilpin, dated November 16, 2004? |
| 10:50 | 12 | A.   Yes. |
| 10:50 | 13 | MS. KELLER:  Your Honor, I'd move 8685 into |
| 10:50 | 14 | evidence. |
| 10:50 | 15 | THE COURT:  Received. |
| 10:50 | 16 | *(Exhibit No. 8685 received in evidence.)* |
| 10:50 | 17 | BY MS. KELLER: |
| 10:50 | 18 | Q.   Now, in this e-mail you were emphasizing that Barbie's |
| 10:50 | 19 | accessories line was also in trouble, correct? |
| 10:50 | 20 | A.   Yes. |
| 10:50 | 21 | Q.   And this was kind of a perennial issue for you:  The |
| 10:51 | 22 | decline in Barbie accessory business? |
| 10:51 | 23 | A.   Yes, it was an issue for me. |
| 10:51 | 24 | Q.   And is it true that you felt like you needed to |
| 10:51 | 25 | continue to focus on driving the point that Mattel was in |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 83 of 120   Page ID #:308721
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

83

| | | |
|---|---|---|
| 10:51 | 1 | trouble, and this was another way of driving that point |
| 10:51 | 2 | home -- this e-mail about the accessory business? |
| 10:51 | 3 | A.   Yes.   Um, accessories sales were declining, so that was |
| 10:51 | 4 | the alert that I was sending out.   Again, I think it was -- |
| 10:51 | 5 | sorry.   I take it back. |
| 10:51 | 6 | Q.   Well, in a couple places in this e-mail you actually |
| 10:51 | 7 | used the term "red alert," right? |
| 10:51 | 8 | A.   Correct. |
| 10:51 | 9 | Q.   It says, "Younger Girls:   The decline in accessory |
| 10:52 | 10 | business is less than the decline in the doll business. |
| 10:52 | 11 | This is understandable since dolls are the entry point for |
| 10:52 | 12 | little girls. |
| 10:52 | 13 | "Transitional girls:   The decline in doll business |
| 10:52 | 14 | matches that of accessories.   Red alert. |
| 10:52 | 15 | "Older girls:   The decline in accessory business is the |
| 10:52 | 16 | highest in this age bracket, again to be expected since, |
| 10:52 | 17 | after doll saturation, the next point of purchase is |
| 10:52 | 18 | accessories.   Red alert." |
| 10:52 | 19 | So you're, again, trying to - just trying to drive home |
| 10:52 | 20 | that point that there's trouble here and we need to address |
| 10:52 | 21 | it, right? |
| 10:52 | 22 | A.   That was my role in representing issues that were |
| 10:52 | 23 | rising from little children and their mothers. |
| 10:52 | 24 | Q.   And let's look at Exhibit 36034. |
| 10:52 | 25 | *(Document provided to the witness.)* |

| | | |
|---|---|---|
| 10:52 | 1 | BY MS. KELLER: |
| 10:52 | 2 | Q.   Is this an e-mail dated March 21st, 2005, from Carey |
| 10:53 | 3 | Plunkett to Allison Willensky and you, with some cc's on it? |
| 10:53 | 4 | A.   Yes. |
| 10:53 | 5 |         MS. KELLER:  Your Honor, I'd move 36034 into |
| 10:53 | 6 | evidence. |
| 10:53 | 7 |             THE COURT:  Received. |
| 10:53 | 8 |       *(Exhibit No. 36034 received in evidence.).* |
| 10:53 | 9 |         *(Document displayed.)* |
| 10:53 | 10 | BY MS. KELLER: |
| 10:53 | 11 | Q.   Now, Carey Plunkett was in consumer research? |
| 10:53 | 12 | A.   Correct. |
| 10:53 | 13 | Q.   And if you look at number "2," which is about half a |
| 10:53 | 14 | dozen lines down, she discusses that "The message we are |
| 10:53 | 15 | sending to girls about the Barbie brand as a whole is |
| 10:53 | 16 | schizophrenic.  While Barbie in one segment has cooler |
| 10:53 | 17 | clothes and a new look, in other segments she continues to |
| 10:53 | 18 | reinforce deep-seeded enduring perceptions Barbie," paren, |
| 10:53 | 19 | "Barbie is a mom, a princess, a fairy," closed paren. |
| 10:53 | 20 |     So in March of 2005, then, you're still -- Mattel's |
| 10:54 | 21 | still struggling to define some kind of cohesive Barbie |
| 10:54 | 22 | brand; is that true? |
| 10:54 | 23 |             MR. PRICE:  Objection.  Ambiguous. |
| 10:54 | 24 |             THE COURT:  Overruled. |
| 10:54 | 25 |             THE WITNESS:  "Struggling" is a little bit of an |

| | | |
|---|---|---|
| 10:54 | 1 | overstatement.  It was -- this was a complex problem.  This |
| 10:54 | 2 | was not an easy problem to solve.  Obviously, we had the |
| 10:54 | 3 | best brains of the company focused on this.  It was a little |
| 10:54 | 4 | confusing.  And we needed to carve out a strategy as to how |
| 10:54 | 5 | we were going to communicate the brand Barbie. |
| 10:54 | 6 | BY MS. KELLER: |
| 10:54 | 7 | Q.   And did you agree with the assessment of Carey Plunkett |
| 10:54 | 8 | in this e-mail? |
| 10:54 | 9 | A.   Yes, I did. |
| 10:54 | 10 | Q.   Now, if you could take a look at Exhibit 35932. |
| 10:54 | 11 | A.   35 -- repeat? |
| 10:55 | 12 | Q.   35932. |
| 10:55 | 13 | A.   Yes. |
| 10:55 | 14 | Q.   Is this an e-mail from you to Richard Dickson and Tim |
| 10:55 | 15 | Kilpin, dated May 10, 2005? |
| 10:55 | 16 | A.   Yes, it is. |
| 10:55 | 17 | Q.   And is this e-mail about how -- the fact that in |
| 10:55 | 18 | May 2005 Barbie was still having problems with a brand |
| 10:55 | 19 | image? |
| 10:55 | 20 | A.   Right.  At that time we had decided that we were going |
| 10:55 | 21 | to do a brand image campaign for Barbie. |
| 10:55 | 22 | MS. KELLER:  Your Honor, I'd move 35932 into |
| 10:55 | 23 | evidence. |
| 10:55 | 24 | THE COURT:  Received. |
| 10:55 | 25 | (Exhibit No. 35932 received in evidence.). |

| | | |
|---|---|---|
| 10:55 | 1 | (Document displayed.) |
| 10:55 | 2 | BY MS. KELLER: |
| 10:55 | 3 | Q.   And you note in this e-mail that, "It is very important |
| 10:55 | 4 | for Barbie to have a definite icon look and feel that is |
| 10:55 | 5 | recognizable and consistent." |
| 10:55 | 6 | If you look at the fourth line down -- sixth line |
| 10:55 | 7 | down -- just after saying that, you say, "For example, think |
| 10:55 | 8 | of purple, big lips, the sexy, distinctive voice, the |
| 10:56 | 9 | animation, Passion for Fashion, and one visualizes Bratz." |
| 10:56 | 10 | And then, if you go down a little further, you see, |
| 10:56 | 11 | "What are the consistent Barbie cues that are relevant to a |
| 10:56 | 12 | five-year-old, seven-year-old, ten-year-old, and |
| 10:56 | 13 | forty-year-olds?" |
| 10:56 | 14 | So this was still something that had not been solved by |
| 10:56 | 15 | Mattel:  How to give Barbie a consistent brand image, |
| 10:56 | 16 | correct? |
| 10:56 | 17 | A.   Correct. |
| 10:56 | 18 | Q.   And you said the best minds in the company were working |
| 10:56 | 19 | on it.  Was this a kind of an all-out team effort to try to |
| 10:56 | 20 | essentially rescue Barbie? |
| 10:56 | 21 | A.   It was an all-out team effort to bring Barbie to its |
| 10:56 | 22 | previous, um, high points. |
| 10:56 | 23 | Q.   Okay.  To revive the brand? |
| 10:57 | 24 | A.   To revive the brand. |
| 10:57 | 25 | Q.   And let's look at Exhibit 36037.  Is this an e-mail |

| | | |
|---|---|---|
| 10:57 | 1 | from you to the president of Mattel, Matt Bousquette, on |
| 10:57 | 2 | Wednesday, March 30th, 2005? |
| 10:57 | 3 | A.   Yes, it is. |
| 10:57 | 4 | Q.   And if you look at the original e-mail, on the bottom, |
| 10:57 | 5 | it's from Allison Willensky to you, that same date.  And she |
| 10:57 | 6 | writes, "Sujata, this has been upsetting me since |
| 10:57 | 7 | yesterday's competitive toy review, so I thought I would |
| 10:57 | 8 | vent.  Think about the Barbie MP3 player and what it looks |
| 10:57 | 9 | like.  Then look at the Bratz version below, which will be |
| 10:57 | 10 | available this fall.  If you were an eight-year-old girl, |
| 10:57 | 11 | which would you want?" |
| 10:57 | 12 | MS. KELLER:  Oh, I'm sorry.  I forgot to move this |
| 10:57 | 13 | in, Your Honor.  I move 36037 into evidence. |
| 10:58 | 14 | THE COURT:  Received. |
| 10:58 | 15 | *(Exhibit No. 36037 received in evidence.)* |
| 10:58 | 16 | BY MS. KELLER: |
| 10:58 | 17 | Q.   And I'm reading that bottom e-mail. |
| 10:58 | 18 | "Think about the Barbie MP3 player and what it looks |
| 10:58 | 19 | like.  Then look at the Bratz version below, which will be |
| 10:58 | 20 | available this fall.  If you were an eight-year-old girl, |
| 10:58 | 21 | which would you want?  We have the insights, but where is |
| 10:58 | 22 | the innovation?" |
| 10:58 | 23 | And then your response, forwarding this on to |
| 10:58 | 24 | Mr. Bousquette is, "please see Allison's e-mail.  She's |
| 10:58 | 25 | right.  Sujata." |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 88 of 120   Page ID #:308726
CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

88

| | | |
|---|---|---|
| 10:58 | 1 | So when you compared the two MP3 players, you thought |
| 10:58 | 2 | that an eight-year-old girl would buy the Bratz version and |
| 10:58 | 3 | not the Mattel version, right? |
| 10:58 | 4 | A.   Yes. |
| 10:58 | 5 | Q.   And Allison Willensky thought that, too -- |
| 10:58 | 6 | A.   Yes. |
| 10:58 | 7 | Q.   -- right? |
| 10:58 | 8 | A.   Yes. |
| 10:58 | 9 | Q.   And so when Ms. Willensky said, "We have the insights |
| 10:58 | 10 | but where is the innovation?" what did you think she meant? |
| 10:59 | 11 | A.   This has been -- this had been one of the ongoing |
| 10:59 | 12 | discussions that, hearing what children were saying about |
| 10:59 | 13 | the brand, we were rather insistent, with a lot of these |
| 10:59 | 14 | e-mails, saying that we need innovation back in the brand -- |
| 10:59 | 15 | innovation as it relates to product and innovation as it |
| 10:59 | 16 | relates to advertising. |
| 10:59 | 17 | Q.   And you thought that Bratz was showing the innovation |
| 10:59 | 18 | that Mattel was lacking here, right? |
| 10:59 | 19 | A.   I was reacting to children's responses, yes, that they |
| 10:59 | 20 | were seeing -- their eyes were opening up wider, yes. |
| 10:59 | 21 | Q.   And that the Bratz brand was showing some innovation? |
| 10:59 | 22 | A.   Yes. |
| 10:59 | 23 | Q.   Now, let's look at Exhibit 36053. |
| 10:59 | 24 | *(Document provided to the witness.)* |
| | 25 | |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 89 of 120   Page ID #:308727
CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

89

| | | |
|---|---|---|
| 10:59 | 1 | BY MS. KELLER: |
| 10:59 | 2 | Q.   And this is an e-mail from you to Melissa Segal, dated |
| 10:59 | 3 | Friday, October 21st, 2005, is it not? |
| 11:00 | 4 | A.   I'm sorry.  Yes.  This is an e-mail written from me to |
| 11:00 | 5 | Melissa. |
| 11:00 | 6 | MS. KELLER:  36053.  Your Honor, I'd move 36053 |
| 11:00 | 7 | into evidence. |
| 11:00 | 8 | THE COURT:  Received. |
| 11:00 | 9 | *(Exhibit No. 36053 received in evidence.)* |
| 11:00 | 10 | *(Document displayed.)* |
| 11:00 | 11 | BY MS. KELLER: |
| 11:00 | 12 | Q.   And your e-mail is responding to an e-mail below it |
| 11:00 | 13 | from Ms. Melissa Segal to you, copy to Allison Willensky, |
| 11:00 | 14 | "Subject "MyScene," dated Friday, October 21. |
| 11:00 | 15 | And it says, "We got approval last night per my |
| 11:00 | 16 | recommended go-forward strategy to take Barbie out of |
| 11:00 | 17 | MyScene and out of the Barbie aisle, except in Mexico, if |
| 11:00 | 18 | they want to keep it as it is.  We will just change Barbie's |
| 11:00 | 19 | name to something else quietly, as it relates to product." |
| 11:00 | 20 | And so, at this point, you still didn't have a clear |
| 11:00 | 21 | brand imaging for -- you still hadn't cleared up that |
| 11:00 | 22 | problem of the brand -- you know, the brand identity, true? |
| 11:01 | 23 | A.   No.  This is related to MyScene. |
| 11:01 | 24 | Q.   Okay. |
| 11:01 | 25 | A.   So, there was a different issue on MyScene. |

| 11:01 | 1 | Q.   All right.  Was the issue that MyScene needed to be |
| 11:01 | 2 | separated from Barbie because you didn't want MyScene to |
| 11:01 | 3 | sort of be tainted with the Barbie image? |
| 11:01 | 4 | A.   There was discussion whether MyScene should be under |
| 11:01 | 5 | the Barbie umbrella or out of the Barbie umbrella.  There |
| 11:01 | 6 | were two schools of thought on that. |
| 11:01 | 7 | Q.   But did you think that MyScene would do better if it |
| 11:01 | 8 | were not placed next to Barbie? |
| 11:01 | 9 | A.   My personal perspective was, yes, MyScene would do |
| 11:01 | 10 | better if it were removed from the halo of Barbie. |
| 11:01 | 11 | Q.   Let's look at Exhibit 36071.  And this is an e-mail |
| 11:02 | 12 | dated August 26, 2005, from you to Tim Kilpin. |
| 11:02 | 13 | MS. KELLER:  Your Honor, I'd move to admit 36071. |
| 11:02 | 14 | THE COURT:  Received. |
| 11:02 | 15 | *(Exhibit No. 36071 received in evidence.)* |
| 11:02 | 16 | *(Document displayed.)* |
| 11:02 | 17 | BY MS. KELLER: |
| 11:02 | 18 | Q.   And the original e-mail below that, the first e-mail |
| 11:02 | 19 | from you to Mr. Kilpin, dated August 26, 2005, said, "Think |
| 11:02 | 20 | swapping MS will be a winner." |
| 11:02 | 21 | Does that stand for MyScene? |
| 11:02 | 22 | A.   "MS," MyScene, yes. |
| 11:02 | 23 | Q.   "Girls really like it, but Bratz will dilute a tad. |
| 11:02 | 24 | Need to continue building the awareness and focus on FF." |
| 11:02 | 25 | And what was "FF"? |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

91

| | | |
|---|---|---|
| 11:02 | 1 | A.    Fashion Fever. |
| 11:02 | 2 | Q.    And then, if you look at Mr. Kilpin's response, he |
| 11:02 | 3 | said, "What are girls saying about FF?  Do they call it |
| 11:03 | 4 | that, by the way?" |
| 11:03 | 5 | And your response was, "These kids feel we should wipe |
| 11:03 | 6 | Barbie name from the box.  Original strategy.  Really like |
| 11:03 | 7 | FF name and dolls, then they will buy.  Too much negative B |
| 11:03 | 8 | baggage." |
| 11:03 | 9 | And the "B baggage" was the Barbie baggage, right? |
| 11:03 | 10 | A.    Yes. |
| 11:03 | 11 | Q.    So, by August of 2005, you were finding that |
| 11:03 | 12 | associating products with the Barbie name was bad for the |
| 11:03 | 13 | new product, right? |
| 11:03 | 14 | A.    That's an overarching statement.  In particular, we |
| 11:03 | 15 | were referring to Fashion Fever. |
| 11:03 | 16 | Q.    Okay.  But, at least in the case of this one product, |
| 11:03 | 17 | it was viewed as being hampered if it was associated with |
| 11:03 | 18 | the "B baggage"? |
| 11:03 | 19 | A.    For Fashion Fever, yes. |
| 11:03 | 20 | Q.    So Barbie, from looking at this, was no longer as |
| 11:03 | 21 | popular an item as it had been, true? |
| 11:04 | 22 | A.    These were the focus groups we were doing that day, |
| 11:04 | 23 | that week, yes.  And we were getting reactions to –– I don't |
| 11:04 | 24 | recall exactly what we were getting reactions to.  I suspect |
| 11:04 | 25 | it's a reaction to Fashion Fever.  And for that particular |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

92

| | | |
|---|---|---|
| 11:04 | 1 | segment, kids were saying that it's better to be without the |
| 11:04 | 2 | Barbie baggage. |
| 11:04 | 3 | Now, this doesn't mean at that time that's what I was |
| 11:04 | 4 | endorsing.  I was just, this e-mail, regurgitating what kids |
| 11:04 | 5 | were saying about Barbie and Fashion Fever. |
| 11:04 | 6 | Q.   Now, not just products for kids, but the Barbie |
| 11:04 | 7 | Collectibles in the late 1990's had started failing, as |
| 11:04 | 8 | well, had they not? |
| 11:04 | 9 | A.   The Barbie Collectible business? |
| 11:04 | 10 | Q.   Yes. |
| 11:04 | 11 | A.   Yes. |
| 11:04 | 12 | Q.   And if we look at the Bratz Brief again, Exhibit 1805, |
| 11:04 | 13 | page 3. |
| 11:04 | 14 | (Document displayed.) |
| 11:04 | 15 | BY MS. KELLER: |
| 11:05 | 16 | Q.   Under "Business Perspective," we see, "The late 90's |
| 11:05 | 17 | were key transition years for Mattel.  In 1997, Mattel |
| 11:05 | 18 | recorded its most successful year with revenues reaching |
| 11:05 | 19 | 5.2 billion, and a net income of 500 million, up 7 percent |
| 11:05 | 20 | and 34 percent versus prior year respectively.  Unknown at |
| 11:05 | 21 | the time this would mark the end of Mattel's more than |
| 11:05 | 22 | 20 consecutive quarters of growth in revenue and earnings." |
| 11:05 | 23 | And then, if we go down in the next Paragraph, "Barbie |
| 11:05 | 24 | was the primary contributor to Mattel's 1997 financial |
| 11:05 | 25 | performance, with Barbie sales accounting for 36 percent of |

Case 2:04-cv-09049-DOC-RNB   Document 10191   Filed 03/15/11   Page 93 of 120   Page ID #:308731
CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

93

| | | |
|---|---|---|
| 11:05 | 1 | Mattel's revenue and 48 percent of its income.  Mattel's |
| 11:05 | 2 | dependence on Barbie's performance was obvious and |
| 11:05 | 3 | significant." |
| 11:05 | 4 | And then, if we look at the next paragraph, second |
| 11:06 | 5 | sentence, "Given the overall contribution of Barbie to |
| 11:06 | 6 | Mattel and its contribution relative to other brands, the |
| 11:06 | 7 | dependency on Barbie would only become more heightened after |
| 11:06 | 8 | the acquisition of The Learning Company, which proved to be |
| 11:06 | 9 | a significant financial burden." |
| 11:06 | 10 | So 1997 was a crucial year, was it not? |
| 11:06 | 11 | A.   It was a crucial year, yes. |
| 11:06 | 12 | Q.   And the heightened sales in that year had been based |
| 11:06 | 13 | predominantly on Barbie, right? |
| 11:06 | 14 | A.   Yes. |
| 11:06 | 15 | Q.   And then after that, the decline began, true? |
| 11:06 | 16 | A.   I don't have the exact sales -- yes.  In reading this, |
| 11:06 | 17 | it was the height of this, yes. |
| 11:06 | 18 | Q.   And let's look at Exhibit 1805-3.  That's the same |
| 11:06 | 19 | Bratz Brief. |
| 11:06 | 20 | At the bottom, under "Brand/Product Perspective," we |
| 11:07 | 21 | see, "Several actions were taken to stem the declining |
| 11:07 | 22 | interest of the Barbie brand among older girls.  These |
| 11:07 | 23 | efforts were undertaken prior to the introduction of Bratz." |
| 11:07 | 24 | *(Document displayed.)* |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

94

| | | |
|---|---|---|
| 11:07 | 1 | BY MS. KELLER: |
| 11:07 | 2 | Q.   Now, Mattel had already tried Generation Girl, Mystery |
| 11:07 | 3 | Squad, electronics, and Diva Starz before Bratz came out, |
| 11:07 | 4 | right? |
| 11:07 | 5 | A.   Yes. |
| 11:07 | 6 | Q.   And it really -- it really didn't work, correct? |
| 11:07 | 7 |         MR. PRICE:  Objection.  Ambiguous. |
| 11:07 | 8 | BY MS. KELLER: |
| 11:07 | 9 | Q.   The strategy to stem the declining interest in the |
| 11:07 | 10 | brand didn't work? |
| 11:07 | 11 |         THE COURT:  Overruled. |
| 11:07 | 12 |         THE WITNESS:  Could you repeat the question? |
| 11:07 | 13 | BY MS. KELLER: |
| 11:07 | 14 | Q.   The strategy to -- before Bratz ever came out, Mattel's |
| 11:08 | 15 | strategy to -- with Generation Girl, Mystery Squad, Diva |
| 11:08 | 16 | Starz, launching electronics -- that strategy just didn't |
| 11:08 | 17 | work to recapture the market, right? |
| 11:08 | 18 | A.   To recapture all the girls' interest in the brand, yes. |
| 11:08 | 19 | Q.   And, in fact, you concluded that "Mattel's older girl |
| 11:08 | 20 | portfolio continued to exhibit vulnerabilities." |
| 11:08 | 21 |     And I'm referring to page 4, the third paragraph. |
| 11:08 | 22 | Would that be a correct statement? |
| 11:08 | 23 | A.   It's a correct statement. |
| 11:08 | 24 | Q.   If we look at Exhibit 8677. |
| 11:08 | 25 |         (Document provided to the witness.) |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:08 | 1 | BY MS. KELLER: |
| 11:08 | 2 | Q.   And that's -- let's turn first to page 68. |
| 11:09 | 3 | (Document displayed.) |
| 11:09 | 4 | BY MS. KELLER: |
| 11:09 | 5 | Q.   Exhibit 8677 is Mattel's 2004 Corporate Strategic Plan, |
| 11:09 | 6 | and it says, "Board of Directors of Mattel, Inc. Information |
| 11:09 | 7 | Package, September 2004." |
| 11:09 | 8 | So this was actually given to Mattel's own Board of |
| 11:09 | 9 | Directors that year; is that right? |
| 11:09 | 10 | A.   I don't know.  I wasn't copied on this. |
| 11:09 | 11 | Q.   Well, let's take a look at page 68. |
| 11:09 | 12 | MR. PRICE:  Your Honor, I object.  The witness |
| 11:09 | 13 | knows nothing about the document. |
| 11:09 | 14 | MS. KELLER:  It's already in evidence, Your Honor. |
| 11:09 | 15 | And it contains information of which this witness is quite |
| 11:09 | 16 | aware. |
| 11:09 | 17 | MR. PRICE:  Same objection, given the rules the |
| 11:09 | 18 | Court has imposed. |
| 11:09 | 19 | THE COURT:  No.  Overruled. |
| 11:09 | 20 | (To the witness:)  Regarding your position, you |
| 11:09 | 21 | can refer to this. |
| 11:09 | 22 | This The Bratz Brief, isn't it? |
| 11:09 | 23 | MS. KELLER:  No, Your Honor.  This is the Mattel |
| 11:09 | 24 | 2004 -- |
| 11:09 | 25 | THE COURT:  The 2004 Corporate Strategic -- |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

96

| 11:09 | 1 | MS. KELLER: -- Corporate Strategic Plan. |
| 11:09 | 2 | THE COURT: -- Plan. |
| 11:09 | 3 | Have you ever seen this before?  In other words, |
| 11:10 | 4 | looking at 8677, I think Counsel referred you to page 68. |
| 11:10 | 5 | It's the 2004 Corporate Strategic Plan. |
| 11:10 | 6 | MS. KELLER:  Your Honor, actually, from -- she was |
| 11:10 | 7 | shown this at her deposition and asked about it. |
| 11:10 | 8 | THE COURT:  Have you seen this before? |
| 11:10 | 9 | THE WITNESS:  Yes.  I was shown in the deposition. |
| 11:10 | 10 | THE COURT:  Overruled. |
| 11:10 | 11 | BY MS. KELLER: |
| 11:10 | 12 | Q.   And if you go to page 68, you see the -- at the top, it |
| 11:10 | 13 | says, "Fix dolls:  In light of the changing trends" -- |
| 11:10 | 14 | A.   May I pause for a minute.  I'm on the wrong page. |
| 11:10 | 15 | Q.   I'm sorry. |
| 11:10 | 16 | A.   Page 68? |
| 11:10 | 17 | Q.   Oh, that's right.  It's internal page 68, but it's |
| 11:10 | 18 | dash 71.  8677-00071. |
| 11:11 | 19 | A.   I got it. |
| 11:11 | 20 | Q.   Okay.  And it says at the top, "Fix dolls:  In light of |
| 11:11 | 21 | the changing trends, Mattel is introducing the Worlds of |
| 11:11 | 22 | Barbie and sub-brands to address specific girl segments." |
| 11:11 | 23 | Now, one of Mr. Eckert's objectives was to fix the |
| 11:11 | 24 | dolls, right? |
| 11:11 | 25 | A.   Yes. |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

97

| | | |
|---|---|---|
| 11:11 | 1 | Q.    And specifically fix the Barbie brand, right? |
| 11:11 | 2 | A.    Yes. |
| 11:11 | 3 | Q.    And this page that we're looking at mentions a strategy |
| 11:11 | 4 | called "Worlds" to try to fix Barbie? |
| 11:11 | 5 | A.    Yes. |
| 11:11 | 6 | Q.    And the "Worlds" concept was to come up with strong |
| 11:11 | 7 | standalone dolls, right? -- Hiker Barbie, Ice Skater |
| 11:11 | 8 | Barbie -- so that there were strong dolls throughout the |
| 11:11 | 9 | year? |
| 11:11 | 10 | A.    No. |
| 11:11 | 11 | Q.    Okay.  What do you remember the "Worlds" concept to be? |
| 11:11 | 12 | A.    The "World" concept was one would launch a doll and an |
| 11:12 | 13 | accessory and maybe a horse to have a complete, cohesive |
| 11:12 | 14 | world within that theme. |
| 11:12 | 15 | Q.    And you might launch a DVD, you know, have other |
| 11:12 | 16 | properties -- licensed properties along with it? |
| 11:12 | 17 | A.    If you're -- to give you a better understanding, if |
| 11:12 | 18 | you're launching ice skating Barbie, then ice skating Barbie |
| 11:12 | 19 | would have a little accessory which was like an ice skating |
| 11:12 | 20 | rink.  It could have a DVD that plays music.  So that's a |
| 11:12 | 21 | concept of world versus an individual standalone doll. |
| 11:12 | 22 | Q.    And you didn't think that this "Worlds" concept went |
| 11:12 | 23 | far enough to be the right strategy, true? |
| 11:12 | 24 | A.    There was debate on this, true. |
| 11:12 | 25 | Q.    But, I mean, your particular opinion:  You didn't think |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:12 | 1 | it really went far enough or that it was the right strategy? |
| 11:12 | 2 | A.   My particular opinion was, yes, it was not the silver |
| 11:13 | 3 | bullet. |
| 11:13 | 4 | Q.   And -- I'm sorry.  It wasn't the silver bullet? |
| 11:13 | 5 | A.   Yes. |
| 11:13 | 6 | Q.   And what -- did the "Worlds" concept, in your opinion, |
| 11:13 | 7 | make Barbie too expensive, 'cause you had to buy into the |
| 11:13 | 8 | whole concept of all the things in the World? |
| 11:13 | 9 | A.   The "World" concept -- the genesis of the "World" |
| 11:13 | 10 | concept really came from a very successful "World" concept |
| 11:13 | 11 | that we launched every year in December, or maybe earlier, |
| 11:13 | 12 | which was in time for Christmas.  So there was a DVD.  There |
| 11:13 | 13 | was a story.  This was a TV show, which was supported by |
| 11:13 | 14 | product.  That really worked very well around the |
| 11:13 | 15 | Christmastime. |
| 11:13 | 16 | Q.   But the rest of the year? |
| 11:13 | 17 | A.   The rest of the year, it was a bit of a problem, |
| 11:13 | 18 | because the buy-in or the rest of the year is harder, |
| 11:13 | 19 | because kids and mothers don't spend as much through the |
| 11:13 | 20 | whole year as they do over Christmas. |
| 11:13 | 21 | Q.   And so how did the "Worlds" concept end up doing? |
| 11:14 | 22 | A.   At times it worked; at times it didn't.  There isn't a |
| 11:14 | 23 | definitive conclusion. |
| 11:14 | 24 | Q.   But it didn't revive the Barbie brand in the way that |
| 11:14 | 25 | you and the others at Mattel had been looking to do, |

| | | |
|---|---|---|
| 11:14 | 1 | correct? |
| 11:14 | 2 | A.   Correct. |
| 11:14 | 3 | Q.   Now, if you look at Exhibit 8676, which is already into |
| 11:14 | 4 | evidence. |
| 11:14 | 5 | *(Document provided to the witness.)* |
| 11:14 | 6 | *(Document displayed.)* |
| 11:14 | 7 | BY MS. KELLER: |
| 11:14 | 8 | Q.   This is the e-mail from Mr. Eckert, "What happened to |
| 11:14 | 9 | Barbie?" |
| 11:14 | 10 | And you were one of the recipients on this e-mail, |
| 11:14 | 11 | weren't you? |
| 11:14 | 12 | A.   Yes. |
| 11:14 | 13 | Q.   And the date on this e-mail is? |
| 11:14 | 14 | A.   It's a question? |
| 11:14 | 15 | Q.   Yeah. |
| 11:14 | 16 | A.   June 18, 2004. |
| 11:15 | 17 | Q.   And in this e-mail -- well, it wasn't too common for |
| 11:15 | 18 | Mr. Eckert to send you e-mails around this time, was it? |
| 11:15 | 19 | A.   No.  Bob didn't send too many e-mails.  Mr. Eckert |
| 11:15 | 20 | didn't send too many e-mails to me. |
| 11:15 | 21 | Q.   But in this one, Mr. Eckert also concluded that, "Kids |
| 11:15 | 22 | were getting older younger.  Barbie was seen as babyish by |
| 11:15 | 23 | older girls.  Generation Girl and Diva Starz, while |
| 11:15 | 24 | successful at first, were unsustainable," and a whole host |
| 11:15 | 25 | of other reasons contributing to the decline of Barbie; is |

| Time | Line | |
|---|---|---|
| 11:15 | 1 | that true? |
| 11:15 | 2 | A.   Yes. |
| 11:15 | 3 | Q.   By this time, you had submitted The Bratz Brief that |
| 11:15 | 4 | Mr. Eckert had requested the editorial change to? |
| 11:15 | 5 | A.   Yes. |
| 11:15 | 6 | Q.   And The Bratz Brief had -- actually, the Bratz Brief |
| 11:15 | 7 | had emphasized these very same points, true? |
| 11:15 | 8 | A.   True. |
| 11:15 | 9 | Q.   And so your belief was that Mr. Eckert had paid |
| 11:16 | 10 | attention to your Bratz Brief? |
| 11:16 | 11 | A.   Yes. |
| 11:16 | 12 | Q.   Now, if we can -- I'm gonna talk about the launch of |
| 11:16 | 13 | Bratz itself in 2001 and 2002. |
| 11:16 | 14 | Let's look at -- back to the Bratz Brief, page 4, |
| 11:16 | 15 | Exhibit 1805. |
| 11:16 | 16 | *(Document displayed.)* |
| 11:16 | 17 | BY MS. KELLER: |
| 11:16 | 18 | Q.   Now, Bratz had gotten, initially, at least, a modest |
| 11:16 | 19 | start in the U.S., but had had great success in Spain, |
| 11:16 | 20 | initially, right? |
| 11:16 | 21 | A.   Yes. |
| 11:16 | 22 | Q.   And after Spain caught on, the retailer's support for |
| 11:17 | 23 | Bratz began to increase, did it not? |
| 11:17 | 24 | A.   Yes, there was a buzz. |
| 11:17 | 25 | Q.   And if we look down at the second paragraph, second |

| | | |
|---|---|---|
| 11:17 | 1 | sentence, you say, "The brand represented a viable |
| 11:17 | 2 | alternative to Barbie in the fashion doll category with |
| 11:17 | 3 | improved margins reportedly around 35 percent." |
| 11:17 | 4 | And the next sentence says, "Bratz was unique." |
| 11:17 | 5 | And "Aesthetically, Bratz had a completely different |
| 11:17 | 6 | animated look.  In comparison, Barbie always had a more |
| 11:17 | 7 | realistic and unique look that was core to the brand.  In |
| 11:17 | 8 | terms of the positioning Barbie *(sic)* had a unique tone and |
| 11:17 | 9 | manner as bratty teenagers with a Passion for Fashion. |
| 11:17 | 10 | Older girls perceived them as the snotty, popular girls, and |
| 11:17 | 11 | saw them as the anti-Barbie.  In this case, the competitive |
| 11:17 | 12 | threat was based on a unique brand positioning and product |
| 11:18 | 13 | execution that was relevant and resonated with older girls." |
| 11:18 | 14 | What did you mean by the "unique brand positioning"? |
| 11:18 | 15 | A.  I think, at that time Bratz had a very unique theme and |
| 11:18 | 16 | a music that, when we were talking to little children, they |
| 11:18 | 17 | were able to replicate.  I think it was Passion for Fashion, |
| 11:18 | 18 | I think.  I don't recall.  But it was a very clear hook that |
| 11:18 | 19 | had gotten girls' interest. |
| 11:18 | 20 | So you ask 'em about Bratz, and they said, "Passion for |
| 11:18 | 21 | Fashion."  And that was a continuous hook that was being |
| 11:18 | 22 | communicated in the advertising and the packaging.  And we |
| 11:18 | 23 | were hearing kids singing the song. |
| 11:18 | 24 | Q.  Actually, singing the theme song from the commercials? |
| 11:18 | 25 | A.  Yeah. |

| | | |
|---|---|---|
| 11:18 | 1 | Q.   And when you say here, "The product execution that was |
| 11:18 | 2 | relevant and resonated with older girls," what do you mean |
| 11:19 | 3 | by the term "product execution"? |
| 11:19 | 4 | A.   The individual products that Bratz had, whether it be |
| 11:19 | 5 | going to the mall or shopping or going to the beach or going |
| 11:19 | 6 | ice -- skiing, they were very relevant areas of interest for |
| 11:19 | 7 | older girls.  And that's what Bratz was tapping into: |
| 11:19 | 8 | Understanding older girls' needs and developing themes that |
| 11:19 | 9 | were appropriate. |
| 11:19 | 10 | Q.   And then if we go on in your brief to the next page, |
| 11:19 | 11 | page 5, it says, "Bratz advertising also appeared to be on |
| 11:19 | 12 | target with attitude, a Passion for Fashion, and intrusive |
| 11:19 | 13 | techniques.  The positioning, packaging and advertising were |
| 11:19 | 14 | remarkably focused on luring the older girls away from |
| 11:19 | 15 | Barbie. |
| 11:19 | 16 | "Further, girls were enamored by the piece count and |
| 11:20 | 17 | stuff that accompanied the dolls.  Despite the high price |
| 11:20 | 18 | points, moms perceived a definite value for money and were |
| 11:20 | 19 | willing to justify their purchase.  Moms also endorsed the |
| 11:20 | 20 | brand due to its whimsical humor that compensated for the |
| 11:20 | 21 | irreverent attitude." |
| 11:20 | 22 | So basically, you thought that Bratz was more or less |
| 11:20 | 23 | firing on all cylinders, true? |
| 11:20 | 24 | MR. PRICE:  Objection, Your Honor.  Argumentative. |
| 11:20 | 25 | THE COURT:  About the "firing on all cylinders"? |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

103

| | | |
|---|---|---|
| 11:20 | 1 | MR. PRICE: Yeah. |
| 11:20 | 2 | THE COURT: Okay. Sustained. |
| 11:20 | 3 | BY MS. KELLER: |
| 11:20 | 4 | Q. Have you, yourself, used the phrase in your deposition |
| 11:20 | 5 | to describe how Bratz was doing as "firing on all |
| 11:20 | 6 | cylinders"? |
| 11:20 | 7 | A. I perhaps did. |
| 11:20 | 8 | Q. And you thought the execution was brilliant, didn't |
| 11:20 | 9 | you? |
| 11:20 | 10 | THE COURT: Well, Counsel, just a minute. |
| 11:20 | 11 | Was that in the deposition? |
| 11:20 | 12 | MR. PRICE: I don't know. |
| 11:21 | 13 | THE COURT: I'm going to undo -- |
| 11:21 | 14 | MS. KELLER: Yes. |
| 11:21 | 15 | THE COURT: Well, that's fine. I'm going to undo |
| 11:21 | 16 | my ruling. "Firing on all cylinders" is fine. |
| 11:21 | 17 | MR. PRICE: She's used it. |
| 11:21 | 18 | THE COURT: All right. Thank you. |
| 11:21 | 19 | BY MS. KELLER: |
| 11:21 | 20 | Q. Did you think the execution of the concept was |
| 11:21 | 21 | brilliant? |
| 11:21 | 22 | A. Yes, I did. |
| 11:21 | 23 | Q. And that meant the whole package of advertising: The |
| 11:21 | 24 | packaging, the product, fashions, accessories, all of it? |
| 11:21 | 25 | A. I need to clarify. This document and a lot of |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

104

| 11:21 | 1 | different points of view I have are not my personal points |
|---|---|---|
| 11:21 | 2 | of view.  They're arising from what the consumers had said. |
| 11:21 | 3 | In the role that I have at Mattel -- I had at Mattel, |
| 11:21 | 4 | there was representing the consumer and my personal point of |
| 11:21 | 5 | view.  These points of view that I represented in this |
| 11:21 | 6 | document were not my personal points of view.  They were |
| 11:21 | 7 | what I was hearing from children and mothers. |
| 11:22 | 8 | Q.   Well, were you personally, though, impressed with -- |
| 11:22 | 9 | were you personally impressed with the brand positioning of |
| 11:22 | 10 | Bratz? |
| 11:22 | 11 | A.   I was personally impressed. |
| 11:22 | 12 | Q.   And you, personally, were impressed with the execution |
| 11:22 | 13 | of the concept for Bratz, right? |
| 11:22 | 14 | A.   I was personally impressed with the execution, yes. |
| 11:22 | 15 | Q.   And when you saw how successful Bratz was becoming, was |
| 11:22 | 16 | it the first time that you had ever felt that Barbie was |
| 11:23 | 17 | truly threatened? |
| 11:23 | 18 | A.   In my 17-year history, yes. |
| 11:23 | 19 | Q.   Now, did Bratz expand the fashion doll market by |
| 11:23 | 20 | creating a renewed demand for fashion dolls, in your |
| 11:23 | 21 | opinion? |
| 11:23 | 22 | A.   Yes.  Among older girls, they expanded the market. |
| 11:23 | 23 | Q.   Now, in the past, when competition had arisen to |
| 11:23 | 24 | Barbie, Mattel had been able to defeat the competition, |
| 11:23 | 25 | before Bratz, right? |

| 11:23 | 1 | A.    Yes. |
| 11:23 | 2 | Q.    And if we look at -- again at the Bratz Brief, 1805, |
| 11:23 | 3 | page 5, at the bottom. |
| 11:23 | 4 | (Document displayed.) |
| 11:23 | 5 | BY MS. KELLER: |
| 11:23 | 6 | Q.    That's one of the things that is discussed. |
| 11:23 | 7 | "Past competitors entered the market when the appeal of |
| 11:24 | 8 | Barbie to girls was healthier and interest was growing. |
| 11:24 | 9 | These competitors fell in one of three buckets. |
| 11:24 | 10 | "They were a direct knockoff of the Barbie, like Sindy |
| 11:24 | 11 | in the UK. |
| 11:24 | 12 | "They were based on a unique theme, but the basic look |
| 11:24 | 13 | of the doll, in terms of the face sculpts and body styles |
| 11:24 | 14 | were very similar. |
| 11:24 | 15 | "They were based on a popular character or celebrities |
| 11:24 | 16 | such as the Spice Girls or Britney Spears." |
| 11:24 | 17 | But Bratz was different, because it didn't fit into |
| 11:24 | 18 | these categories, correct? |
| 11:24 | 19 | A.    Correct. |
| 11:24 | 20 | Q.    And after you realized the competitive threat that |
| 11:24 | 21 | Bratz posed to Barbie, was that when you -- when you first |
| 11:24 | 22 | realized the true nature of the competitive threat, were you |
| 11:24 | 23 | actually watching kids at the time? |
| 11:25 | 24 | A.    We watch kids all the time -- in -- in a good way. |
| 11:25 | 25 | (Laughter in the courtroom.) |

| | | |
|---|---|---|
| 11:25 | 1 | BY MS. KELLER: |
| 11:25 | 2 | Q.   Let's look -- in a marketing way. |
| 11:25 | 3 |      Let's look at Exhibit 8762. |
| 11:25 | 4 |           *(Document provided to the witness.)* |
| 11:25 | 5 |           *(Document displayed.)* |
| 11:25 | 6 | BY MS. KELLER: |
| 11:25 | 7 | Q.   And does that exhibit -- does that e-mail discuss that? |
| 11:25 | 8 | A.   This e-mail -- I think we've looked at this before; is |
| 11:25 | 9 | that right? |
| 11:25 | 10 | Q.   Uh-huh.  I think we have. |
| 11:25 | 11 | A.   Yes. |
| 11:25 | 12 | Q.   Now, when you saw that kids had kind of stopped being |
| 11:26 | 13 | interested in Barbie, did it actually cause you to become |
| 11:26 | 14 | very emotional? |
| 11:26 | 15 |           MR. PRICE:  I'm gonna object.  Assumes facts not |
| 11:26 | 16 | in evidence. |
| 11:26 | 17 |           THE COURT:  Overruled. |
| 11:26 | 18 |           THE WITNESS:  Would you repeat the question? |
| 11:26 | 19 | BY MS. KELLER: |
| 11:26 | 20 | Q.   When you saw the children's declining interest in |
| 11:26 | 21 | Barbie, did it actually cause you to become emotional? |
| 11:26 | 22 | A.   Yes, it did. |
| 11:26 | 23 | Q.   And did it actually cause you some tears? |
| 11:26 | 24 | A.   Yes, it did. |
| 11:26 | 25 | Q.   You were pretty devoted to Barbie, weren't you? |

| | | |
|---|---|---|
| 11:26 | 1 | A.    Seventeen years, yes. |
| 11:26 | 2 | Q.    And pretty devoted to Mattel? |
| 11:26 | 3 | A.    Absolutely.  Mattel made me who I am. |
| 11:26 | 4 | Q.    And you remember that, for the first time, |
| 11:26 | 5 | Mr. Bousquette began taking it seriously, too, when you |
| 11:26 | 6 | actually saw these children losing -- or showing no interest |
| 11:26 | 7 | in Barbie? |
| 11:26 | 8 | MR. PRICE:  Objection.  Lack of foundation, "first |
| 11:26 | 9 | time." |
| 11:26 | 10 | MS. KELLER:  In the e-mail we just discussed. |
| 11:27 | 11 | THE COURT:  Overruled. |
| 11:27 | 12 | THE WITNESS:  In this e-mail, October 27th, 2003? |
| 11:27 | 13 | Is that what you're referring to? |
| 11:27 | 14 | BY MS. KELLER: |
| 11:27 | 15 | Q.   When you -- when you first saw children, you know, more |
| 11:27 | 16 | or less essentially rejecting Barbie in focus groups do you |
| 11:27 | 17 | remember -- let me ask a different question. |
| 11:27 | 18 | Do you remember Mr. Bousquette insisting on attending |
| 11:27 | 19 | the State of the Barbie focus groups even though it was the |
| 11:27 | 20 | day after his triplets were born? |
| 11:27 | 21 | MR. PRICE:  Objection -- |
| 11:27 | 22 | THE WITNESS:  It's etched in my brain, yes. |
| 11:27 | 23 | MR. PRICE:  I'm gonna object.  This is irrelevant. |
| 11:27 | 24 | THE COURT:  Overruled. |
| | 25 | |

| 11:27 | 1 | BY MS. KELLER: |
| 11:27 | 2 | Q. And was your answer that that was etched in your brain? |
| 11:27 | 3 | A. Yes. |
| 11:27 | 4 | Q. That Mr. Bousquette was so worried that, even though |
| 11:28 | 5 | his children had just been born, triplets, he had attended |
| 11:28 | 6 | the State of the Barbie focus groups the next day? |
| 11:28 | 7 | A. Yes. It was over the weekend. |
| 11:28 | 8 | Q. Probably not an entirely popular decision in the |
| 11:28 | 9 | family, but, um, he was -- something -- it was -- |
| 11:28 | 10 | THE COURT: Strike the comment, Counsel. |
| 11:28 | 11 | Question now. |
| 11:28 | 12 | BY MS. KELLER: |
| 11:28 | 13 | Q. Were you and he discussing at the time how seriously |
| 11:28 | 14 | you both were taking the issue of the decline of Barbie? |
| 11:28 | 15 | A. When I came back in 2003, part of the reason why I |
| 11:28 | 16 | think I was brought back was because I had some knowledge of |
| 11:28 | 17 | little girls. Matt had just assumed responsibility for |
| 11:28 | 18 | girls toys. He had always worked on boys toys. So when I |
| 11:28 | 19 | got back, I said, "For you to understand the state of little |
| 11:28 | 20 | girls, I'm going to be setting up these groups. It is very |
| 11:29 | 21 | important that you attend and hear it directly from the |
| 11:29 | 22 | horse's mouth." |
| 11:29 | 23 | Because, quite frequently, I could have been accused |
| 11:29 | 24 | of -- "She's a naysayer," you know, "She interprets it the |
| 11:29 | 25 | way she wants to," which is fine. But I think it's very |

| 11:29 | 1 | important for marketing/design/management to listen to |
|---|---|---|
| 11:29 | 2 | little children, because that's what they're saying. |
| 11:29 | 3 | And it's -- it's not easy for me to paraphrase what |
| 11:29 | 4 | they're saying and put it in words.  You really have to hear |
| 11:29 | 5 | it from the horse's or the child's mouth, so to say.  So it |
| 11:29 | 6 | was important for all levels of management to come and |
| 11:29 | 7 | listen to little children.  I felt very strongly about that. |
| 11:29 | 8 | Q.   And did you think that that made a real impression on |
| 11:29 | 9 | him when he did that? |
| 11:29 | 10 | A.   I hope so.  You should ask him. |
| 11:29 | 11 | Q.   Now, at some point in the Fall of 2002, Mattel launched |
| 11:29 | 12 | this product called "MyScene" that's been referred to |
| 11:29 | 13 | before.  And MyScene was released, in part, to try to |
| 11:30 | 14 | respond to Bratz, wasn't it? |
| 11:30 | 15 | A.   Yes.  Remember, that was the time I was not at Mattel. |
| 11:30 | 16 | So, from all subsequent discussions, yes, that was |
| 11:30 | 17 | launched at the same time. |
| 11:30 | 18 | Q.   But you reviewed some cannibalization studies that |
| 11:30 | 19 | included MyScene, in part, to prepare The Bratz Brief, |
| 11:30 | 20 | right? |
| 11:30 | 21 | A.   Yes, of course. |
| 11:30 | 22 | Q.   And let's look at Exhibit 9698. |
| 11:30 | 23 | *(Document provided to the witness.)* |
| 11:30 | 24 | *(Document displayed.)* |
|  | 25 |  |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

110

| 11:30 | 1 | BY MS. KELLER: |

11:30   1   BY MS. KELLER:

11:30   2   Q.   Just to kind of lay the background, although you

11:30   3   weren't there, you know that MyScene was launched, in part,

11:30   4   as a response to Bratz, right?

11:30   5   A.   Yes, I do.

11:30   6   Q.   And that was to try to help recapture that older girl

11:30   7   market?

11:30   8   A.   Yes.

11:30   9   Q.   And it was -- came out after very accelerated effort,

11:30   10   true?

11:30   11          MR. PRICE:   Objection.   Lack of foundation.

11:31   12          THE COURT:   Overruled.   Well, just a moment.   This

11:31   13   is MyScene.   And she came back to work in 2003, didn't she?

11:31   14          MR. PRICE:   Yes.

11:31   15          THE COURT:   Left in 2000?

11:31   16          Sustained.

11:31   17   BY MS. KELLER:

11:31   18   Q.   But you researched MyScene in order to write The Bratz

11:31   19   Brief, correct?

11:31   20   A.   I researched MyScene documents, yes.

11:31   21   Q.   And if we look at 9698, this is a January 14, 2002, new

11:31   22   brand cannibalization study, by -- I'm sorry -- this is a

11:31   23   new brand cannibalization study; is that right?

11:31   24   A.   Yes, it is.

11:31   25   Q.   And on page 1, it says -- if we look under, "Summary of

| | | |
|---|---|---|
| 11:31 | 1 | Findings" -- you had 1,005 interviews with girls six to ten. |
| 11:31 | 2 | And it says, "The following key conclusions are reached: |
| 11:31 | 3 | Bratz has no observable impact on Barbie among six- to |
| 11:32 | 4 | seven-year-olds; however, Bratz does appear to cannibalize |
| 11:32 | 5 | Barbie, Fashion Polly, and the Fashion Divas, among older |
| 11:32 | 6 | eight- to ten-year-old girls." |
| 11:32 | 7 | And then, if we look at page 2 -- |
| 11:32 | 8 | *(Document displayed.)* |
| 11:32 | 9 | BY MS. KELLER: |
| 11:32 | 10 | Q.   -- we see, "The threat of Bratz" -- down toward the |
| 11:32 | 11 | bottom, numeral "2" -- |
| 11:32 | 12 | "The threat of Bratz cannibalizing existing and |
| 11:32 | 13 | potential Mattel girls' brands is most pronounced among the |
| 11:32 | 14 | older girl audience.  Bratz has no impact on Barbie's share |
| 11:32 | 15 | among six- to seven-year-olds.  However, Barbie exhibits a |
| 11:32 | 16 | substantial drop in share among eight- to ten-year-olds." |
| 11:32 | 17 | But we already had found that Barbie sales for eight- |
| 11:32 | 18 | to ten-year-olds were declining for reasons unrelated to |
| 11:32 | 19 | Bratz in the late 1990's, correct? |
| 11:32 | 20 | A.   Correct. |
| 11:32 | 21 | Q.   And let's look at Exhibit 8762. |
| 11:33 | 22 | *(Document displayed.)* |
| 11:33 | 23 | BY MS. KELLER: |
| 11:33 | 24 | Q.   Well, you know, I think we're gonna just skip on ahead |
| 11:33 | 25 | to a different area. |

| | | |
|---|---|---|
| 11:33 | 1 | Let's go back to the Bratz Brief.  If we look at 1805, |
| 11:33 | 2 | pages 6 and 7. |
| 11:33 | 3 | (Documents displayed.) |
| 11:33 | 4 | BY MS. KELLER: |
| 11:33 | 5 | Q.  Under "Lessons Learnt," or "Lessons Learned," |
| 11:33 | 6 | whichever, it says, "Maintain a continuous monitor on the |
| 11:34 | 7 | pulse of the consumer.  Understand the gaps and their needs |
| 11:34 | 8 | and play patterns.  Segment needs/gaps by the age of the |
| 11:34 | 9 | consumer." |
| 11:34 | 10 | Was this a lesson Mattel did learn as a result of your |
| 11:34 | 11 | admonitions about changing consumer tastes? |
| 11:34 | 12 | A.  No.  It was not a new lesson that was learnt.  The |
| 11:34 | 13 | underlying word is "maintain."  So while we always did |
| 11:34 | 14 | maintain a continuous pulse, it was to further reiterate |
| 11:34 | 15 | that it is really, really important to consider the needs of |
| 11:34 | 16 | all children of all ages. |
| 11:34 | 17 | Q.  And then it says, "Know your competition.  Threats can |
| 11:34 | 18 | arise from large and small competitors on a worldwide |
| 11:34 | 19 | basis." |
| 11:34 | 20 | Is that partly a reference to the fact that you hadn't |
| 11:34 | 21 | expected such fierce competition from a small company like |
| 11:35 | 22 | MGA? |
| 11:35 | 23 | A.  It was more to reiterate that, sometimes when you're |
| 11:35 | 24 | successful, you tend to function in a bubble.  So you |
| 11:35 | 25 | constantly have to look out and see what's out there.  And |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

113

| | | |
|---|---|---|
| 11:35 | 1 | it was a reiterating of you have to keep track of what's |
| 11:35 | 2 | happening in the marketplace and not live in your secure |
| 11:35 | 3 | world. |
| 11:35 | 4 | Q.   But, of course, the "Lessons Learnt" was the lessons |
| 11:35 | 5 | learned from Bratz, right? |
| 11:35 | 6 | A.   That is correct. |
| 11:35 | 7 | Q.   And one of the lessons was that even a small |
| 11:35 | 8 | competitor, if it has a great idea and great product and |
| 11:35 | 9 | great execution and great marketing and advertising and |
| 11:35 | 10 | everything, can still be a serious threat, right? |
| 11:35 | 11 | A.   Absolutely. |
| 11:35 | 12 | Q.   And the next thing says, "Fiercely protect the brand. |
| 11:35 | 13 | If a potential significant threat appears on the radar |
| 11:35 | 14 | screen, all efforts should be mounted immediately, ranging |
| 11:35 | 15 | from product development, availability, pricing, packaging, |
| 11:35 | 16 | promotions and advertising. |
| 11:36 | 17 | "Develop relevant strong flanker brands that enhance |
| 11:36 | 18 | rather than cannibalize, and manage the portfolio with that |
| 11:36 | 19 | in mind." |
| 11:36 | 20 | Now, this "significant threat," was that later changed |
| 11:36 | 21 | to "significant challenge" in Exhibit 9216? |
| 11:36 | 22 | A.   Yes. |
| 11:36 | 23 | Q.   And was that another one of the editorial changes made |
| 11:36 | 24 | by Mr. Eckert or suggested by Mr. Eckert? |
| 11:37 | 25 | A.   I don't recall that. |

| | | |
|---|---|---|
| 11:37 | 1 | Q.   And the next thing says, "Be willing to take risks. |
| 11:37 | 2 | Push the envelope beyond existing comfort zone.  Be |
| 11:37 | 3 | sensitive to moms, but do not overreact to their issues, |
| 11:37 | 4 | especially as it pertains to positioning or humor." |
| 11:37 | 5 |      Did this mean to get out of the comfort zone of the |
| 11:37 | 6 | traditional Barbie? |
| 11:37 | 7 | A.   Yes.  And it was particularly pertaining to the first |
| 11:37 | 8 | year of Bratz, where moms may have said, "That's a bratty |
| 11:37 | 9 | doll.  I don't want my kids to be like her."  So you could |
| 11:37 | 10 | overreact, but it was always put into perspective. |
| 11:37 | 11 | Q.   Because the children might override the mom? |
| 11:37 | 12 | A.   As most often this generation does. |
| 11:37 | 13 | Q.   And did it -- did it also -- did this "Be willing to |
| 11:38 | 14 | take risks" also refer to go ahead and go after a more edgy, |
| 11:38 | 15 | you know, more forward-looking product? |
| 11:38 | 16 | A.   It was more about get beyond your safety zone. |
| 11:38 | 17 | Q.   Now, you've now had many years from the time you wrote |
| 11:38 | 18 | The Bratz Brief.  In hindsight, do you feel that you were |
| 11:38 | 19 | right in your research and your analysis about changing |
| 11:38 | 20 | altitudes toward Barbie that you began observing in the late |
| 11:38 | 21 | 1990's? |
| 11:38 | 22 |           MR. PRICE:  Objection.  Irrelevant, "hindsight." |
| 11:38 | 23 | And foundation. |
| 11:38 | 24 |           THE COURT:  What's the relevance, Counsel? |
| 11:38 | 25 |           MS. KELLER:  Her belief as somebody who knows this |

115

| | | |
|---|---|---|
| 11:38 | 1 | industry backwards and forwards. |
| 11:38 | 2 | MR. PRICE:  It's hindsight.  She's not an expert. |
| 11:38 | 3 | MS. KELLER:  I'll ask a different question. |
| 11:38 | 4 | BY MS. KELLER: |
| 11:38 | 5 | Q.   Do you believe that The Bratz Brief that we've been |
| 11:38 | 6 | talking about was an accurate representation of your |
| 11:39 | 7 | research and the state of affairs at Mattel as you saw them |
| 11:39 | 8 | in 2003? |
| 11:39 | 9 | A.   Yes, I did. |
| 11:39 | 10 | Q.   And having reread it recently, do you still believe it |
| 11:39 | 11 | to be accurate? |
| 11:39 | 12 | A.   Yes, I do. |
| 11:39 | 13 | MR. PRICE:  Objection.  That's vague.  You mean as |
| 11:39 | 14 | of 2003?  No foundation for current -- |
| 11:39 | 15 | BY MS. KELLER: |
| 11:39 | 16 | Q.   Having reread it in 2010 for your deposition, did you |
| 11:39 | 17 | still believe it to be accurate then? |
| 11:39 | 18 | THE COURT:  Back in 2003? |
| 11:39 | 19 | MS. KELLER:  In 2010. |
| 11:39 | 20 | BY MS. KELLER: |
| 11:39 | 21 | Q.   Having reread it in 2010, did you still think that The |
| 11:39 | 22 | Bratz Brief that you wrote in 2003 was accurate? |
| 11:39 | 23 | THE COURT:  Sustained. |
| 11:39 | 24 | You had an objection, right, Mr. Price? |
| 11:39 | 25 | MR. PRICE:  Yes, yes. |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

116

| | | |
|---|---|---|
| 11:39 | 1 | THE COURT:  Sustained. |
| 11:39 | 2 | MR. PRICE:  Thanks. |
| 11:39 | 3 | BY MS. KELLER: |
| 11:39 | 4 | Q.   I want to ask you about a different area now. |
| 11:39 | 5 | When you were at Mattel, did you know a person by the |
| 11:39 | 6 | name of Sal Villasenor? |
| 11:39 | 7 | A.   Yes, I did. |
| 11:40 | 8 | Q.   What was Mr. Villasenor's position? |
| 11:40 | 9 | A.   I don't remember his exact title. |
| 11:40 | 10 | Q.   But where did he work? |
| 11:40 | 11 | A.   He worked in a group called Market Intelligence. |
| 11:40 | 12 | Q.   And what was the job of Market Intelligence? |
| 11:40 | 13 | A.   It was to keep -- maintain the NPD database on a |
| 11:40 | 14 | day-to-day basis, and understand what was happening |
| 11:40 | 15 | competitively. |
| 11:40 | 16 | Q.   Okay.  So part of Market Intelligence's job was to look |
| 11:40 | 17 | at competitors and try to figure out what they were doing |
| 11:40 | 18 | and where they were going and feed the information to the |
| 11:40 | 19 | rest of you, true? |
| 11:40 | 20 | A.   That was their job, yes. |
| 11:40 | 21 | Q.   And you also know what toy fairs are, true? |
| 11:40 | 22 | A.   True. |
| 11:40 | 23 | Q.   And that toy companies at toy fairs sometimes have toys |
| 11:41 | 24 | that are presented publicly that anybody can walk through |
| 11:41 | 25 | and look at, right? |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 11:41 | 1 | A.   Right. |
| 11:41 | 2 | Q.   And sometimes they have new product that's coming out |
| 11:41 | 3 | that is in a private room, that -- to which access is |
| 11:41 | 4 | restricted, right? |
| 11:41 | 5 | MR. PRICE:  Object to lack of foundation.  And |
| 11:41 | 6 | overbroad. |
| 11:41 | 7 | THE COURT:  Overruled. |
| 11:41 | 8 | THE WITNESS:  Could you repeat the question? |
| 11:41 | 9 | BY MS. KELLER: |
| 11:41 | 10 | Q.   And toy companies at toy fairs also frequently have a |
| 11:41 | 11 | private room to which access is restricted in which they may |
| 11:41 | 12 | show some of their upcoming products, true? |
| 11:41 | 13 | A.   True. |
| 11:41 | 14 | Q.   And, generally speaking, those were only available, for |
| 11:41 | 15 | example, to a retailer who is planning to buy or potentially |
| 11:41 | 16 | buy the product, right? |
| 11:41 | 17 | MR. PRICE:  Objection.  Lack of foundation. |
| 11:41 | 18 | THE COURT:  Overruled. |
| 11:41 | 19 | THE WITNESS:  I wouldn't say, generally. |
| 11:41 | 20 | They're -- it's open to the press sometimes. |
| 11:41 | 21 | BY MS. KELLER: |
| 11:41 | 22 | Q.   But there are private restricted areas that are not |
| 11:42 | 23 | open to anybody other than certain people the toy company |
| 11:42 | 24 | selects to see their upcoming product, right? |
| 11:42 | 25 | A.   Correct. |

CV 04-9049 DOC - 3/11/2011 - Day 32, Volume 1 of 4

118

| 11:42 | 1 | MR. PRICE:  Objection.  Overbroad, Your Honor. |
|---|---|---|

11:42    1          MR. PRICE:  Objection.  Overbroad, Your Honor.

11:42    2          THE COURT:  Overruled.

11:42    3     BY MS. KELLER:

11:42    4     Q.   And Mr. Villasenor is somebody that you knew during

11:42    5     both your first and your second stints at Mattel, right?

11:42    6     A.   I knew him, yes.

11:42    7     Q.   And you knew that Mr. Villasenor was getting

11:42    8     information from competitors at toy fairs, right?

11:42    9     A.   Yes.

11:42   10     Q.   And you first became aware that he was obtaining

11:42   11     confidential information from competitors in the 1990's,

11:42   12     correct?

11:42   13          MR. PRICE:  Objection.  Lack of foundation.

11:42   14          THE COURT:  Overruled.

11:42   15          You can answer the question.

11:42   16          THE WITNESS:  Yeah, thank you.

11:42   17          Yes, I'm thinking.

11:42   18          Could you repeat the question again?

11:42   19     BY MS. KELLER:

11:42   20     Q.   Did you first become aware that Mr. Villasenor was

11:42   21     obtaining confidential information from competitors at toy

11:42   22     fairs in 1990's?

11:43   23          MR. PRICE:  I'm gonna object.  This is competitors

11:43   24     in general, not MGA.  It's inappropriate --

11:43   25          THE COURT:  Overruled.

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

119

| | | |
|---|---|---|
| 11:43 | 1 | MR. PRICE:  -- given the previous ruling. |
| 11:43 | 2 | THE COURT:  Well, just a moment.  I don't |
| 11:43 | 3 | understand the objection, then. |
| 11:43 | 4 | Just a minute. |
| 11:43 | 5 | MR. PRICE:  It goes beyond Mattel and MGA. |
| 11:43 | 6 | THE COURT:  Counsel, do you want to ask if she |
| 11:43 | 7 | knows about MGA specifically to begin with? |
| 11:43 | 8 | MS. KELLER:  Your Honor, I think we may need to |
| 11:43 | 9 | discuss this with the Court. |
| 11:43 | 10 | THE COURT:  I think so too.  It's dawning on me I |
| 11:44 | 11 | think this would be a good time for the jury to go to lunch. |
| 11:44 | 12 | (To the jury:)  You're admonished not to discuss |
| 11:44 | 13 | this matter among yourselves nor form or express any opinion |
| 11:44 | 14 | concerning the case.  Would an hour be okay?  We'll see you |
| 11:44 | 15 | at 12:45, an hour. |
| 11:44 | 16 | In fact, Counsel, take a restroom break for 15 |
| 11:44 | 17 | minutes or so.  I'll meet you at 12:00 o'clock here. |
| 11:44 | 18 | (Recess held at 11:44 a.m.) |
| 11:44 | 19 | *(Further proceedings reported by Maria* |
| 11:44 | 20 | *Dellaneve in Volume II.)* |
| 11:44 | 21 | -oOo- |
| 11:44 | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CV 04-9049 DOC – 3/11/2011 – Day 32, Volume 1 of 4

120

11:44  1                              -oOo-

11:44  2

11:44  3                           CERTIFICATE

11:44  4

11:44  5          I hereby certify that pursuant to Section 753,

11:44  6   Title 28, United States Code, the foregoing is a true and

11:44  7   correct transcript of the stenographically reported

11:44  8   proceedings held in the above-entitled matter and that the

11:44  9   transcript page format is in conformance with the

11:44  10  regulations of the Judicial Conference of the United States.

11:44  11

11:44  12  Date:  March 11, 2011

11:44  13

11:44
11:44  14
11:44  15        _____
11:44
11:44  16        DEBBIE GALE, U.S. COURT REPORTER
           CSR NO. 9472, RPR

11:44  17

       18

       19

       20

       21

       22

       23

       24

       25