Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

```
MATTEL INC., et al.,            )
                                )
                 Plaintiff,     )
                                )        DAY 32
            vs.                 ) No. CV 04-9049-DOC
                                )     VOLUME 2 of 4
MGA ENTERTAINMENT, INC.,        )
                                )
                 Defendant.     )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

FRIDAY, MARCH 11, 2011

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

1   **APPEARANCES OF COUNSEL:**

2   **FOR THE PLAINTIFF:**   QUINN EMANUEL URQUHART OLIVER & SULLIVAN
                             BY:  MICHAEL ZELLER, ESQ.
3                            and  JOHN QUINN, ESQ.
                             865 S. FIGUEROA
4                            10TH FLOOR
                             LOS ANGELES, CALIFORNIA 90017
5                            (213)443-3000

6

    FOR THE DEFENDANTS:   ORRICK, HERRINGTON & SUTCLIFFE
7                             BY:  ANNETTE HURST, ESQ.
                              405 HOWARD STREET
8                             SAN FRANCISCO, CALIFORNIA 94105
                              (415)773-5700
9

10
    FOR THE DEFENDANTS:   ORRICK HERRINGTON & SUTCLIFFE
11                            BY:  THOMAS MCCONVILLE, ESQ.
                              4 PARK PLAZA
12                            SUITE 1600
                              IRVINE, CALIFORNIA 92614
13                             (949)567-6700

14
                              KELLER RACKAUCKAS
15                            BY:  JENNIFER KELLER, ESQ.
                              18500 VON KARMAN AVENUE
16                            SUITE 560
                              IRVINE, CALIFORNIA 92612
17

18
    FOR CARLOS MACHADO GOMEZ: LAW OFFICES OF MARK E. OVERLAND
19                            BY:  MARK OVERLAND, ESQ.
                              100 WILSHIRE BLVD
20                            SUITE 950
                              SANTA MONICA, CA. 90401
21                            (310) 459-2830

22

23

24

25

Page 3

1                           - AND -

2                    SCHEPER KIM & HARRIS LLP
                     BY:  ALEXANDER COTE, ESQ.
3                    601 WEST 5TH STREET_12TH FLOOR
                     LOS ANGELES, CA. 90071
4                    (213) 613-4660

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        I N D E X

 2
      DEFENDANT'S                                         VOIR
 3    WITNESS              DIRECT  CROSS  REDIRECT  RECROSS  DIRE

 4    SUJATA LUTHER           8     19

 5

 6

 7

 8                        EXHIBITS

 9
      PLAINTIFF'S                        FOR        IN
10    EXHIBIT  DESCRIPTION           IDENTIFICATION  EVIDENCE

11     8100                                          31
       8193                                          27
12     9704                                          42

13

14

15                        EXHIBITS

16
      DEFENDANT'S                        FOR        IN
17    EXHIBIT  DESCRIPTION           IDENTIFICATION  EVIDENCE

18     9705                                          14

19

20

21

22

23

24

25
```

1        SANTA ANA, CALIFORNIA; FRIDAY, MARCH 11, 2011

2                         -oOo-

3        **THE COURT:**  Counsel, concerning this objection, who

4    would like to be heard first?

5        **MR. PRICE:**  Your Honor, the basis of the objection was

6    the Court had ruled we weren't going to get into sneaking into

7    other competitors showrooms.  That's the primary basis of it.  It

8    was supposed to be MGA and Mattel.  Otherwise, we could put in

9    evidence of MGA getting into other people's showrooms.

10        **THE COURT:**  Okay.  Counsel?

11        **MS. HURST:**  Your Honor, that was a protective order for

12    discovery purposes, but it was not a relevance issue under 406 or

13    anything else.

14        **THE COURT:**  Before Mr. Price even joined, Ms. Hurst at

15    least was here.  So he'll recall that.

16        Mattel's objection is overruled.  During discovery

17    Mattel had vigorously opposed Mattel's motion to produce documents

18    about Mattel's efforts to gain access to other competitors'

19    showrooms.  Over Mattel's objection this Court had ordered Mattel

20    to produce videos and hard copies of the market intelligence group

21    presentation to the extent that documents and presentation in any

22    way resulted to MGA.  Discovery was constrained in light of the

23    impending discovery and motion filing deadlines.

24        Remember, this came to us rather late in the

25    depositional process.  However, MGA was still concerned and has

1  never not been permitted to discover the history of the market

2  intelligence group and Sal Villaseñor's tenure at Mattel.  This

3  information once again did not fully come to light until late in

4  the discovery process and just prior to trial.  This Court has

5  never ruled nor indicated that MGA would be restricted in their

6  presentation of any evidence that related to Mattel's market

7  intelligence group and their activities, including but not limited

8  to Mr. Sal Villaseñor.

9        This was a discovery dispute.  This was a discovery

10  dispute vigorously resisted by Mattel.  And finally, as a

11  practical matter such a ruling would absolutely be ridiculous.

12  There is no way that MGA can discuss the efforts of Mattel to

13  access competitors' showrooms.  And I had previously ruled that

14  the market intelligence group's conduct shared a logical

15  relationship with Mattel's trade secret claim because Mattel may

16  have stolen some of the materials that composed its trade secret

17  access.

18        In fact, in that order this Court noted that many of the

19  materials downloaded by Mr. Machado may have included information

20  that the market intelligence group stole from the competitors'

21  showrooms.

22        Now, I want you both to know this Court seriously

23  considered excluding evidence that MGA's subsidiary Zapf accessed

24  Mattel's showrooms.  Seriously considered absolute preclusion by

25  MGA -- I mean by Mattel.  But that issue has little to do today's

Page 7

1    rulings for two reasons.  First, only MGA, not Mattel, has a trade

2    secret misappropriation claim based upon illicit access to

3    competitors' showrooms.

4            Second, Mattel has accused its former employees of

5    downloading and taking information to MGA.  Mattel resisted

6    discovery into whether MGA's former employees downloaded and took

7    information to Mattel.

8            Now, I think the parties proceeded on the assumption,

9    and even during opening statement, and I had indicated that I

10   thought that limited inquiry by Mattel in rebuttal -- or I'll even

11   change that to possible cross-examination if it comes up so Mattel

12   is not limited -- might be appropriate if, in fact, MGA was

13   specifically sneaking into Mattel's showrooms.  But because of the

14   discovery position that Mattel took, quite frankly, a lot of this

15   information came to the Court late.  And I'm more than happy to

16   open up this entire area.  But if so, Mattel is going to start

17   making substantial disclosures, and this is the very resistance

18   that the Court met with.

19           So in short, Mr. Price, this is overruled.

20           Now, let's get the jury.

21           **MR. PRICE:**  May I alert the Court to one other important

22   issue?

23           **THE COURT:**  What is that, Mr. Price?

24           **MR. PRICE:**  It's the Sal Villaseñor resignation letter,

25   which this witness was shown in her deposition.  Remember, she

13c93f31-8083-49aa-b7c8-e9cd5033db76

1  left in December 2005; he resigned January 2006.  She said she has

2  never seen it, never talked about it.  But the reason I'm a little

3  concerned is she was shown it in her deposition.  So she has seen

4  it before.  But she has no foundation to testify about it, and

5  that should be with another witness.

6         **MS. KELLER:**  I can put everybody's mind at ease.  I

7  wasn't going to ask about that and show it.

8                        (Jury in.)

9         **THE COURT:**  Back on the record.  All parties are

10  present, counsel are present.  Thank you for your courtesy.  If

11  you would be seated, please.

12         **MS. KELLER:**  I understand the witness will be back

13  shortly, Your Honor.

14         Your Honor, may we just approach the Court on one topic

15  while we're waiting for the witness?

16         **THE COURT:**  No.  That's fine.  Thank you.

17     (Brief pause in proceedings)

18         **THE COURT:**  Back in session.  All counsel and parties

19  are present, the jury is present, the witness is present.

20         Ms. Keller, if you would like to continue.

21         **MS. KELLER:**  Thank you, Your Honor.

22                    DIRECT EXAMINATION (RESUMED)

23  BY MS. KELLER

24  **Q**   Ms. Luther, before the lunch break, we were talking about a

25  man by the name of Sal Villaseñor who was with the marketing

Page 9

1   intelligence division at Mattel.

2           Do you recall that?

3   **A**   Yes, I do.

4   **Q**   And you said you knew him both during your first and your

5   second stints at Mattel; correct?

6   **A**   Yes.

7   **Q**   And you knew that Mr. Villaseñor was getting confidential

8   information from competitors at toy fairs at least as early as

9   1990; correct?

10          **MR. PRICE:**  Objection.  Lack of foundation.

11          **THE COURT:**  Overruled.

12          You can answer the question.

13          **THE WITNESS:**  Yes, I knew he was getting confidential

14   information.

15   BY MS. KELLER

16   **Q**   And did Mr. Villaseñor ever tell you exactly how he went

17   about getting that information?

18   **A**   No, he didn't.

19   **Q**   But you knew that he would go to toy fairs and then return

20   with overviews of competitors' upcoming lines and products?

21   **A**   Yes.

22   **Q**   And you knew that he couldn't have gotten that information if

23   he told the other toy companies that he was with Mattel; correct?

24          **MR. PRICE:**  Objection.  Lack of foundation.

25          **THE COURT:**  Overruled.

1    **THE WITNESS:**  In 1999 and 2004, I really didn't think

2    much about it.  It wasn't really the most important thing in my

3    life at that time.  So I didn't think about how he was getting it.

4    BY MS. KELLER

5    **Q**    Well, but you did know that he would go to the toy fairs and

6    then he would come back with confidential information from

7    competitors?

8    **A**    Yes, that I knew.

9    **Q**    And would it be fair to say that in order to gather that

10   confidential information from closed showrooms, one would have to

11   not tell the other toy company that you were working for Mattel?

12   Would that be fair to say?

13        **MR. PRICE:**  Objection.  Lack of foundation.

14        **THE COURT:**  Overruled.

15        **THE WITNESS:**  No, not really.  It could have been an

16   exchange of information between two companies.  It could have been

17   him inviting somebody to go into a showroom.  So it's not clear

18   that he was getting it through any other means.

19   BY MS. KELLER

20   **Q**    Well, didn't you conclude that Mr. Villaseñor was somehow

21   using false or misleading information to get into the showrooms?

22        **MR. PRICE:**  Objection, Your Honor.  Her opinion is

23   irrelevant.

24        **THE COURT:**  Overruled.

25        You may answer the question.

1          **THE WITNESS:**  What time frame?

2    BY MS. KELLER

3    **Q**    Let's say in 2000, did you conclude that he was using false

4    or misleading information to get into showrooms?

5    **A**    In 2000 I didn't conclude anything.

6    **Q**    How about in 2004?

7    **A**    In 2004, I may have concluded, yes.

8    **Q**    And you knew that it was highly unlikely he would have been

9    allowed to get into a competitive showroom on his own; right?  If

10   he told him who he was?

11         **MR. PRICE:**  Objection.  Lack of foundation.

12         **THE COURT:**  Overruled.

13         **THE WITNESS:**  Highly unlikely.  Probably unlikely, yes.

14   BY MS. KELLER

15   **Q**    And after each New York toy fair when you were working at

16   Mattel, you would have a presentation from Mr. Villaseñor and his

17   group where they would present what is happening in the market

18   based on what they saw at the toy fair; right?

19   **A**    Me personally would have a presentation?

20   **Q**    You, the various people at Mattel?

21   **A**    Yes.

22   **Q**    And Mr. Villaseñor would pass out a slide deck to Mattel

23   employees at these presentations; correct?

24   **A**    Correct.

25   **Q**    And you believe that these reports were directed to upper

Page 12

1    level of management?

2              **MR. PRICE:**  Objection.  Lack of foundation.

3              **THE COURT:**  Overruled.

4              **THE WITNESS:**  I believe that.

5    BY MS. KELLER

6    **Q**    And during your second stint of employment, you know that MGA

7    was considered to have become a significant competitor and a

8    threat; right?

9    **A**    Right.

10   **Q**    And because MGA was a significant competitor, you would

11   expect that Mr. Villaseñor's gathering of that confidential

12   competitors' information at toy fairs would have extended to MGA

13   during that period of time?

14             **MR. PRICE:**  Objection.  Now it's speculation.

15             **THE COURT:**  I don't understand the question.  I'm going

16   to sustain the objection.

17   BY MS. KELLER

18   **Q**    Well, MGA had become a significant competitor by, say, 2003;

19   right?

20   **A**    Right.

21   **Q**    And you knew that Mr. Villaseñor was gathering confidential

22   information from competitors' showrooms at toy fairs during that

23   period; correct?

24   **A**    Correct.

25   **Q**    And therefore --

1      **THE COURT:**  Counsel, I'm going to sustain the objection

2   unless she has some specific information specifically about MGA.

3      **MS. KELLER:**  I was about to ask, "Because Mr. Villaseñor

4   was gathering information from significant competitors, you would

5   have expected one of those would be MGA?"

6      **THE COURT:**  Sustained.  She can state her general

7   understanding, counsel, but unless she has some foundation

8   specifically about MGA.

9      **MS. KELLER:**  Your Honor, we're offering it under rule

10   406.

11      **THE COURT:**  Not at this time, counsel.  Mr. Villaseñor

12   is available, isn't he?

13      **MS. KELLER:**  Yes, he is.

14      **THE COURT:**  Is he coming to court?

15      **MS. KELLER:**  He is.

16      **THE COURT:**  All right.  We'll resolve it that way.

17   BY MS. KELLER

18   **Q**    Then we'll move on to a different topic.

19      Ms. Luther, you are familiar with something called the

20   Bain Project Doll; correct?

21   **A**    Yes.

22   **Q**    And if we could show you Exhibit 9705.  Do you recognize that

23   as the final handover materials from Bain & Company for Project

24   Doll?

25   **A**    It says it's a final handover material.  I don't recognize

Page 14

1    the final.

2    **Q**    And this is dated September 7, 2004?

3    **A**    Yes, of course.   September 7.   Yes.

4              **MS. KELLER:**  And Your Honor, I would move 9705 into

5    evidence.

6              **THE COURT:**  Received.

7                    (Exhibit 9705 received in evidence.)

8    BY MS. KELLER

9    **Q**    And you said you were involved with the project.   How were

10   you -- what was your involvement in Project Doll?

11   **A**    My involvement was to brief Bain & Company on all the

12   research that we had done as well as the NPD information we had

13   gathered from -- we had bought from NPD.   It was just a brief one;

14   the state of the market.

15   **Q**    What was Project Doll about?   What was Bain & Company

16   supposed to do?

17   **A**    The only brief that I was given was we had hired Bain to give

18   us an overview of MGA, and could you please give them all the

19   information that you have gathered on Bratz and -- over the period

20   of time.

21   **Q**    And what was the purpose of having Bain & Company study MGA

22   and Bratz?

23   **A**    I don't know.

24   **Q**    Now, you were involved in defining the scope of the task; is

25   that correct?

Page 15

1    **A**    Of the task for Bain?

2    **Q**    Yes.

3    **A**    I don't remember specifics.  I met with a group of

4    individuals to gather with some internal Mattel people.

5    **Q**    And you were interested in the results of the Bain study

6    because you thought the information it might generate about MGA

7    could be significant to understand the state of the Barbie brand;

8    right?

9    **A**    No, not really.  I think we understood the state of Barbie

10   brand quite well as it related to the consumers.

11   **Q**    I'd ask you to take a look at your deposition transcript,

12   page 115, line 20 to lines 116, page 116, line 8.

13   **A**    Page 116?

14   **Q**    Page 115, line 20 to page 116, line 8.

15   **A**    Yes.

16   **Q**    Was one of the reasons you were interested in the Bain study,

17   that you thought it might generate information about MGA that

18   could be significant to understand the state of the Barbie brand?

19   **A**    Possibly, yes.  Significant in that I may have missed it from

20   what I had undertaken with consumers.

21   **Q**    And your understanding was that Mr. Eckert had retained the

22   Bain company to do the Bain report?

23   **A**    That was my understanding.

24   **Q**    And did you understand that Mattel had engaged Bain & Company

25   to do some sort of research on MGA beginning in the late summer

Page 16

1    2004?

2    **A**    I don't remember the exact time.

3    **Q**    Around then, though?

4    **A**    Possibly, yes.

5    **Q**    And did the Bain report generate information about MGA as a

6    competitor that you found useful?

7    **A**    As it pertained to my job, not really.

8    **Q**    Because your job was in research yourself, true?

9    **A**    Was consumers.  That was my job; to be concerned about what

10   the consumers were thinking, yes.

11   **Q**    Ms. Luther, now we talked about the fact that you have

12   separate counsel representing you here today; right?

13   **A**    Yes.

14   **Q**    And Mattel is paying your counsel's fees, true?

15   **A**    True.

16   **Q**    And at your deposition you were --

17        **MR. PRICE:**  Objection, Your Honor.  Irrelevant.  It was

18   a matter discussed, but it's irrelevant.

19        **THE COURT:**  I'm at a loss.  I apologize.

20        **MR. PRICE:**  May we have a half second?

21        **THE COURT:**  Yes.  Yes, you can.  My apologies.  Excuse

22   us for just a moment.  I'm not certain.

23             (The following proceedings were held at sidebar.)

24        **THE COURT:**  We're on the record at sidebar and I

25   apologize to counsel.  I didn't understand the objection.

 1          MS. KELLER:  I was about to ask, "And at your deposition

 2   you were represented by the firm of Quinn Emanuel."  That's all.

 3   And apparently there is an objection to that.  And then that's

 4   when I heard from Mr. McConville that the Court had never ruled on

 5   that.

 6          THE COURT:  I thought we had agreed last night it would

 7   be by lawyers for Mattel.

 8          MS. KELLER:  All right.

 9          THE COURT:  You had been excused, I think.  Ms. Hurst

10   and Mr. Price and Mr. McConville were here and we agreed that it

11   would be by lawyers from Mattel.

12          MS. KELLER:  Okay.  Or just or lawyers representing

13   Mattel.

14          THE COURT:  Lawyers representing Mattel.

15          MR. PRICE:  To complete the record, I think there was

16   the other half of that, which was that her nephew --

17          MR. ZELLER:  Some relative of hers worked at the Orrick

18   law firm.

19          MR. PRICE:  A law firm representing MGA.

20          MS. KELLER:  I don't have any problem saying "Orrick."

21   I think it's better I'm going to ask her about it anticipatorily.

22          THE COURT:  They're not -- if you want to, that's fine.

23   They were just trying to reciprocate without bringing in the

24   Orrick law firm.  That's up to you.  As far as the other agreement

25   we had, it was lawyers representing Mattel.  Okay.

Page 18

1                    (End side-bar.)

2              **THE COURT:**  Back on the record.

3              Counsel.

4    BY MS. KELLER

5    **Q**    Ms. Luther, at your deposition, you were represented by the

6    lawyers who were representing Mattel; correct?

7    **A**    Correct.

8    **Q**    Now, you have a nephew who actually is a lawyer for the

9    Orrick law firm; is that true?

10   **A**    No, it didn't.

11   **Q**    I'm sorry.  Is he a nephew in law?

12   **A**    He's my niece's husband.

13   **Q**    Your niece's husband is a lawyer for the Orrick firm?

14   **A**    Correct.

15   **Q**    Are you aware that that firm has 1100 lawyers in it?

16   **A**    No.

17   **Q**    You know it's big, though; right?

18   **A**    I know it's big.

19   **Q**    And it has multiple offices?

20   **A**    Yes, I know that, too.

21   **Q**    You don't have any relative who works at my little law firm

22   Keller Rackauckas; right?

23   **A**    No, I don't think so.

24   **Q**    We only have four.  So I think I would know.

25   **A**    I only have two.

Page 19

1    **Q**    And did you prepare for your testimony today with MGA

2    beforehand?

3    **A**    No, I didn't.

4    **Q**    Did you prepare for your testimony today with Mattel

5    beforehand?

6    **A**    No, I didn't.

7    **Q**    Have you even spoken with attorneys for either side between

8    the time of your deposition and the time that you came here to

9    testify today?

10   **A**    Not spoken, no.

11   **Q**    You might have gotten a subpoena or a notice?

12   **A**    Yes.  A notice, an e-mail, yeah.

13   **Q**    But nothing about the subject matter of your testimony?

14   **A**    Nothing about the subject matter.

15              **MS. KELLER:**  Thank you.  I have nothing further.

16              **THE COURT:**  And cross-examination by Mr. Price on behalf

17   of Mattel.

18                          CROSS-EXAMINATION

19   BY MR. PRICE

20   **Q**    Good afternoon, Ms. Luther.

21   **A**    Good afternoon.

22   **Q**    We have never met, have we?

23   **A**    No, we haven't.

24   **Q**    You were talking a little bit at the end about toy fairs.

25   And have you ever been or attended the New York Toy Fair?

Page 20

1    **A**    Yes, I have.

2    **Q**    And how long ago was that?

3    **A**    In 2003.  I don't remember the exact dates -- years, I mean.

4    **Q**    So it was when you first came back to Mattel?

5    **A**    When I came back?

6    **Q**    To Mattel, was that when it was?

7    **A**    Yes.

8    **Q**    And that was when Mr. Bousquette asked to you come back?

9    **A**    Correct.

10   **Q**    Now, you have talked about -- when you came back to Mattel,

11   you talked about communications with your superiors.

12   Mr. Bousquette was someone you considered to be a friend of yours

13   when you came back to Mattel?

14   **A**    Correct.

15   **Q**    And he was the immediate supervisor to you; correct?

16   **A**    Correct.

17   **Q**    And previously you had worked with Mr. Bousquette in your

18   prior stint with Mattel; correct?

19   **A**    Correct.

20   **Q**    Had been colleagues and friends?

21   **A**    Correct.

22   **Q**    And he -- you said that someone had said you were a naysayer.

23   Who said that?

24            **THE COURT:**  No.  She said she didn't want to be known as

25   a naysayer.

13c93f31-8083-49aa-b7c8-e9cd5033db76

Page 21

1   BY MR. PRICE

2   **Q**   Did you say anyone in particular had said you were a

3   naysayer?

4   **A**   No.

5   **Q**   Did you think Mr. Bousquette valued your opinions?

6   **A**   I believe so.

7   **Q**   In fact, you said that's why you thought he asked you to come

8   back to Mattel?

9   **A**   Yes.

10  **Q**   But one of your jobs was to look at market research and see

11  where the trends were going; right?

12  **A**   Correct.

13  **Q**   And call them as you saw them?

14  **A**   Yes.

15  **Q**   And did Mr. Bousquette ever say to you he didn't appreciate

16  that, or he didn't want you to do that?

17  **A**   No.

18  **Q**   Did he always seem to be receptive to the research you were

19  presenting to him and to your ideas?

20  **A**   Most often.

21  **Q**   Sometimes you disagreed?

22  **A**   As is any healthy relationship in a discussion in the

23  business world, yeah.

24  **Q**   You thought he was a pretty smart guy?

25  **A**   Yes.

1   **Q**   In fact, he left Mattel, was it, around December 2005?

2   **A**   I don't know the exact date.

3   **Q**   His position was eliminated; right?

4   **A**   Yes.

5   **Q**   And then I guess what you said was an appropriate amount of

6   time later your position was eliminated and then you left?

7   **A**   Yes.

8   **Q**   And later you two joined forces with another company?

9   **A**   Correct.

10   **Q**   What was that company?

11   **A**   Enesco.

12   **Q**   What time frame did you guys get back together for this other

13   company?

14   **A**   Around the summer of 2006.

15   **Q**   So that was about five months after you left Mattel?

16   **A**   Correct.

17   **Q**   What was this company Enesco?  What was its business?

18   **A**   Its business is collectibles and gifts.  In the gift

19   industry.

20   **Q**   And what was Mr. Bousquette's role in that company?

21   **A**   He's the chairman of the company.

22   **Q**   Was he also an owner?

23   **A**   Yes.

24   **Q**   What was your position in the company?

25   **A**   It was managing partner and executive vice president.

Page 23

1   **Q**    So you also were an owner in the company?

2   **A**    Yes.

3   **Q**    So you literally kind of put your resources together to try

4   to make that company work?

5   **A**    Mine significantly lower than his.

6   **Q**    So were you reporting to him or were you kind of coequals in

7   that new company?

8   **A**    Functionally I was reporting to him and we're also partners

9   in this company.

10  **Q**    Is that still the case where you two are still partners in

11  that company?

12  **A**    No.

13  **Q**    Now, getting back to the toy fairs, you said that

14  Mr. Villaseñor would come back from toy fairs and have these

15  handouts of reports talking about competition's products; right?

16  **A**    Right.

17  **Q**    Did you ever -- and you were asked about presentations that

18  Mr. Villaseñor gave.  Did you ever go to those presentations?

19  **A**    No.

20  **Q**    Your position was senior vice president of business strategy;

21  right?

22  **A**    Right.

23  **Q**    Why would the senior vice president of business strategy not

24  go to these presentations by Mr. Villaseñor?

25  **A**    Some of the presentations I felt were -- I already knew what

13c93f31-8083-49aa-b7c8-e9cd5033db76

Page 24

1   was happening in the marketplace.  This was important for other

2   people to see what was happening.  But it wasn't completely

3   relevant for me.

4   **Q**    So you thought as the senior vice president of the business

5   strategy -- was that the business strategy of Barbie?

6   **A**    No.  The business strategy of the company.

7   **Q**    Okay.  So as the very senior vice president of business

8   strategy you didn't think that was relevant?

9   **A**    I got the deck and I went through the deck.

10  **Q**    You didn't think you needed to have him talk about it?

11  **A**    I didn't need to be there, yeah.

12  **Q**    And you also said that you already knew what was going on in

13  the marketplace.  What did you mean by that, that you already

14  knew?

15  **A**    Well, I already knew what the kids were talking about.  The

16  kids were talking about was particularly relevant to them, and

17  that would come up in all my discussions with the children.

18           We also did a lot of research, and as part of the

19  research we would have to get competition and put it in front of

20  children.  And we would go and buy the competition from Target or

21  Walmart or wherever it was.

22           So generally I felt that we knew about the parts of the

23  consumer and what they were exposed to.

24  **Q**    Did you understand that one of the purposes of this toy fair

25  was for companies to generate buzz about their products?

1  **A**    Most companies were generating buzz prior to toy fair.

2  **Q**    Actually, it was like a pre-toy fair event?

3  **A**    A pre-toy fair was more important in generating the buzz,

4  yes.

5  **Q**    And at the toy fair, I guess you said you thought retailers

6  would be invited into a company's showroom; right?

7  **A**    Yes.

8  **Q**    Same retailers that Mattel sold to?

9  **A**    Most of those retailers that Mattel was selling to had

10  already previewed the product.

11  **Q**    And you said press would sometimes be involved?

12  **A**    Yes.

13  **Q**    Would you see press releases issued around the time of toy

14  fair talking about products, things of that nature?

15  **A**    I would say sometimes the Today Show or someone talking about

16  what's been launched.

17  **Q**    Now, I want to change topics now and ask you about the types

18  of research that you did and how it developed over the years.

19        Now, I think you told Ms. Keller that obviously you

20  began doing this a little while ago, before you left Mattel?

21  **A**    25 years is a little while.

22  **Q**    And you remember she showed you sort of a methodology you

23  came up with, was it in the '90s, early '90s?

24  **A**    Which methodology was that?

25  **Q**    A methodology of evaluating Barbie versus other competing

Page 26

1   brands, looking at trends?

2   **A**   I need more specifics.

3   **Q**   I just don't remember the name of the document you were

4   talking about.  You did a paper in 1990 about product life cycles

5   and product viability testing.

6          Do you remember that?

7   **A**   Yes.  That wasn't in the '90s.  Maybe we talked about it in

8   the '90s, but the actual -- I don't remember the exact time of the

9   award.  Probably in late '80s.

10  **Q**   Okay.  Now, in the '90s, the early '90s, Mattel was selling a

11  lot of Barbies.  Barbie sales were very strong in the early '90s?

12  **A**   Correct.

13  **Q**   But your job was still to look at the company and see if it

14  could get even better; right?

15  **A**   Absolutely.

16  **Q**   And so, for example, would you look at Exhibit 8193?

17  **A**   Yes, sir.  I have it right in front of me.

18  **Q**   And do you recognize this as a document they had made

19  12/2005, from consumer research for Ms. Willensky, but which

20  contains the highlights of what the consumer research highlights

21  had been between 1991 and 1999 for the Barbie brand?

22  **A**   I see it.

23          **MR. PRICE:**  I don't know if this is in evidence, but I

24  do move it in.

25          **THE COURT:**  Received.

Page 27

1          (Exhibit 8193 received in evidence.)

2    BY MR. PRICE

3    **Q**    So if we could look at this.  So, this document goes through

4    the prior research and kind of gives you the highlights year by

5    year between '91 and '99; is that right?

6    **A**    That is right.

7    **Q**    And in the first part under "summary," it says, "Throughout

8    the '90s Barbie was the leader in the girls' toy category overall

9    as well as the undisputed leader of the fashion doll segment

10   despite numerous challenges from toy competitors."

11          Do you see that?

12   **A**    Yes, I do.

13   **Q**    So during this time period in the '90s when you were doing

14   the consumer research, during that time frame Barbie was the

15   undisputed leader of this fashion doll segment; right?

16   **A**    Right.

17   **Q**    But your job was to try to make sure it stayed that way or

18   got better?

19   **A**    Absolutely.

20   **Q**    And Mattel had -- how many people were working with you at

21   that time frame to do this kind of research?

22   **A**    On Barbie specifically?

23   **Q**    Yes.  How many people in the early '90s?

24   **A**    Three, four, focused on Barbie.

25   **Q**    And there were others that were doing -- researching other

Page 28

1    brands?

2    **A**    Yes.

3    **Q**    In fact, you mentioned that there seemed to be, or was a

4    focus group somewhere in the world almost every day in connection

5    with Mattel brands; is that correct?

6    **A**    Yes.

7    **Q**    And those brands would include -- what else would that

8    include besides Barbie?  What kind of brand?

9    **A**    Hot Wheels, Fisher Price, American Girl, Polly Pocket.  You

10   name all the brands.  Monsters of the Universe, Match Box.  Any

11   number of those brands that were in our portfolio.

12   **Q**    And the research group researched not just Barbie but all

13   those Mattel brands; right?

14   **A**    Right.

15   **Q**    So, in the early '90s, when you were doing this, even in

16   '91 -- if you could look at '91 there, and you look at, I guess,

17   the first paragraph -- the only paragraph there, it says, "There

18   is growing evidence that older 8 to 10 year old girls are falling

19   out of toys earlier than ever before, which in turn has impacted

20   their interest levels in Barbie.  However, this fallout has, in

21   the past few years, been compensated by increased penetration

22   (depth and breadth among 3 to 4 year olds.)  It is increasing

23   evident that there is a five-year window of Barbie play beyond

24   which there is some clear signs of boredom and saturation."

25           Do you see that?

Page 29

1   **A**   Yes, I do.

2   **Q**   So you were identifying this boredom and saturation concept

3   even as early as 1991?

4   **A**   Correct.

5   **Q**   And the Barbie sales kept increasing throughout the '90s?

6   **A**   Correct.

7   **Q**   One thing about this market is that you get -- the market for

8   toys is you get new entrance into it kind of on a yearly basis?

9   **A**   Yes.

10  **Q**   More kids?

11  **A**   Yes.

12  **Q**   Keep coming along?

13  **A**   And kids keep falling out.

14  **Q**   So by saturation, you didn't mean you can't sell anymore

15  Barbie dolls; right?

16  **A**   Absolutely not.  Saturation means it's not completely

17  saturated, but it's not -- no, I'm sorry.  It didn't mean kids are

18  not going to buy one more Barbie doll.

19  **Q**   In fact, between '91 and '92, and '92 and '93, and '94 and

20  '95, and '96 and '97, Barbie sales kind of exploded.  They were

21  getting higher and higher?

22  **A**   I don't have the breakdown for worldwide sales, and at some

23  times I was talking about the U.S. and sometimes I was talking

24  about international.  So it just depends on the whole mix, because

25  some brands for Barbie -- some markets for Barbie are in their

Page 30

1   early stages of development and some markets are a little later.

2   So it depends on which market we are talking about.

3   **Q**    Let me ask this:  You saw the Bain report I guess in 1997 was

4   the highest sales Barbie had ever had worldwide?

5   **A**    Was it worldwide?

6          **MS. KELLER:**  I'm going to object.  There is no

7   foundation.

8          **THE COURT:**  Overruled.

9   BY MR. PRICE

10  **Q**    If you don't know this, don't worry.  We have got documents

11  in evidence.  But was it your understanding that in terms of

12  Barbie sales worldwide '97 was the peak year?

13  **A**    That's what I had written in the Bratz brief as well.

14  **Q**    That's what you wrote.  So also in '90 -- if you look at page

15  3 in Exhibit 8193, and I'm looking at the year 1997, it's Bates

16  number three at the bottom, 000003.  And if you look under 1997,

17  there is the last paragraph in that section that says, "Play time

18  with Barbie becomes increasingly competitive with other activities

19  and interests as girl get older.  Not only does Barbie need to

20  appear hot and exciting in order to continue to captivate older

21  girls, but the crossover of Barbie with some of these competitive

22  activities, computers, arts and crafts, etcetera, may also help

23  spark an interest among older girls."

24          You see that?

25  **A**    Yes, I do.

1   **Q**   So again, 1997, there was the realization from these reports

2   that Barbie needed to appear hot in order to get these -- the

3   older girl market or to maintain the older girl market; is that

4   right?

5   **A**   Is there a question?

6   **Q**   Yes.  Is that right?

7   **A**   Yes.

8   **Q**   In 1997 Mattel recognized that Barbie needed to appear hot

9   and exciting to continue to get -- to captivate older girls?

10   **A**   Right.

11   **Q**   And this was before Bratz came to market.  Several years

12   before; correct?

13   **A**   Correct.

14   **Q**   And if we go forward a few years, I guess to '96.  So maybe

15   it's back a year.  If you could look at Exhibit 8100?

16   **A**   It's the same one?

17   **Q**   8-1-0-0.  And do you recognize this as an August 27, 1996

18   tracking study?

19   **A**   Yes, I do.

20          **MR. PRICE:**  Your Honor, I move this into evidence.

21          **THE COURT:**  Received.

22          (Exhibit 8100 received in evidence.)

23   BY MR. PRICE

24   **Q**   In '96 -- by the way Janice bender appears to have been the

25   author of this.  Who was she?

1   **A**    She was one of the managers on -- I'm not sure whether she

2   was a manager on girls toys or small dolls or Barbie, but I

3   suspect, if I remember correctly, it was on girls' toys.

4   **Q**    Was she working with you in doing these tracking studies?

5   **A**    Yes.

6   **Q**    And if you look at the third paragraph down, it says,

7   "Overall, Barbie is in excellent position to sustain a very strong

8   performance throughout the remainder of 1996.  Barbie is

9   maintaining its strong base among core girls 5 to 8 and has

10  recovered considerable strength with moms since last year."

11       You see that?

12  **A**    Yes.

13  **Q**    But if you go down to the two paragraphs below that, it

14  begins with, "Though the immediate future."  Do you see that?

15  **A**    Yes, I do.

16  **Q**    "Though the immediate future looks bright among 7 and 8 year

17  olds, the oldest segment of Barbie's core target, there are some

18  indications for concern in the longer term.  Play frequency begins

19  to moderate after age six and playing with Barbie is less socially

20  acceptable for these girls who are experiencing negative peer

21  pressure to a much greater degree than are younger girls."

22       Do you see that?

23  **A**    Yes.

24  **Q**    So this is, again, in 1996, Mattel -- would you agree Mattel

25  is probably more aware than anybody that there was this issue

1   about older girls having social pressure after the age of six to

2   not play with Barbies?

3          **MS. KELLER:**  Objection.  No foundation.  Calls for

4   speculation.

5          **THE COURT:**  Overruled.

6          **THE WITNESS:**  Sorry.  Could you repeat the question?

7   BY MR. PRICE

8   **Q**   In '96, was Mattel more aware than anybody else about

9   Mattel's vulnerability here; that is, that after a certain age,

10  girls were seeing it less socially acceptable to be seen playing

11  with Barbies?

12         **MS. KELLER:**  No foundation as to anybody else, Your

13  Honor.

14         **THE COURT:**  Overruled.

15         You can answer the question.

16         **THE WITNESS:**  I actually had the same question.  More

17  than anyone else implies somebody on the outside.  Mattel was more

18  aware than anyone else on the outside.

19  BY MR. PRICE

20  **Q**   Let me -- it was an unclear question.

21         You were doing a lot of research on these issues;

22  correct?

23  **A**   Correct.

24  **Q**   As you said, Mattel relied heavily on this sort of active

25  research; right?

Page 34

1   **A**    Yes.

2   **Q**    And as a result of that active research, Mattel was certainly

3   aware of the strengths and vulnerabilities of its products thanks

4   in part to you?

5   **A**    Well, there is a question of awareness and a question of

6   acting on it.  So the awareness was raised.

7   **Q**    And you left in 2001?

8   **A**    2000.

9   **Q**    Do you remember when in 2000?

10  **A**    Yes.  Around February or March.

11  **Q**    And Mattel -- was there a group of dolls named Generation

12  Girls?

13  **A**    Yes.

14  **Q**    When did that come out?

15  **A**    I think around -- I don't remember exactly.  Close to the

16  time I left.

17  **Q**    And was that supposed to be an attempt to try to get an older

18  demographic?

19  **A**    Yes.

20  **Q**    And there was something called, is it Mystery Squad?  Is that

21  name right?

22  **A**    I really wasn't at Mattel when that was developed.

23  Generation Girl I was.  But obviously because I came back, I

24  caught up with all the reading.  So there was a brand that was

25  launched.  And I can't give you more details on that one.

13c93f31-8083-49aa-b7c8-e9cd5033db76

Page 35

1   **Q**     How about Diva Starz?

2   **A**     Yes, I'm aware of Diva Starz.

3   **Q**     Was that developed during your first stint at Mattel?

4   **A**     A version was developed and it was subsequently changed, a

5   little bit tweaked and launched after I left.  So I don't have all

6   the details on the tweaks on that one.

7   **Q**     And to continue along this time line of your reports and what

8   you were saying were the trends, would you look at Exhibit 8099?

9   **A**     Yes, sir.

10  **Q**     And you see -- is this a February 3, 1997, report from

11  Ms. Willensky about state of Barbie focus groups?

12  **A**     Yes.

13  **Q**     And the second paragraph says, "According to our consumers,

14  Barbie remains firmly entrenched in girls' lives."

15          Do you see that?

16  **A**     Yes.

17  **Q**     And then in the sixth paragraph it talks about becoming

18  evident that 7 to 8 year olds -- that there is social pressure

19  against public association for 7 and 8 year olds.

20          Do you see that?

21  **A**     Yes.

22  **Q**     And you go through this and talk about, in part, what is

23  important to try to keep that demographic; correct?

24  **A**     Yes.

25  **Q**     And if you look at page 4 and number two in detailed

1   findings, you see it says, "Moreover, there has been overall

2   improvement in mom's and girls' perceptions of Barbie dolls

3   relating to brand image/social relevance and diversity of product

4   offering.  Among some moms, however, there remains a negative

5   association with Barbie as an icon."

6          Do you see that?

7   **A**   Yes, I do.

8   **Q**   Now, there had been an attempt to improve the perceptions of

9   Barbie's diversity; is that right?

10  **A**   Yes.

11  **Q**   And that's something you had identified earlier as well?

12  **A**   Yes.

13  **Q**   And if you look at the -- and this is a bullet point; if you

14  look at three down, it says, "Encouragingly, the strategy begun in

15  the early '90s to differentiate Barbie dolls in order counteract

16  consumer perceptions that 'all Barbies look alike once they are

17  naked in the toy box,' and that Barbies don't do anything versus

18  mechanical electronic large dolls has been both acknowledged and

19  appreciated by our current consumer base of moms and girls."

20         Do you see that?

21  **A**   Yes.

22  **Q**   This is an example of using the research, responding to it,

23  and getting good results?

24  **A**   Yes.

25  **Q**   I think earlier Ms. Keller had asked you about the product

Page 37

1    not being differentiated, and that was something that was focused

2    on in the early '90s; correct?

3    **A**    Yes.  I don't know exactly what time frame, but as I

4    explained earlier, kids pretty much react to what you put in front

5    of them.

6    **Q**    If you look at the fourth bullet point where it says,

7    "Particularly salient is the poseable body as well as the

8    perception of having more ethnic diversity and different hair

9    colors available at retail.  In addition, there is recognition

10   among moms and girls that 'some Barbies talk', 'some have hair you

11   can cut,' etcetera.

12           This isn't what you wrote.  This is what Ms. Willensky

13   wrote; correct?

14   **A**    I didn't write this.  But this is Ms. Bender or

15   Ms. Willensky, yes.

16   **Q**    This is something you reviewed, though?

17   **A**    Absolutely.  I don't review.  I read, yes.  It comes from my

18   group.

19   **Q**    Now, I want to talk to you about ethnic diversity.  You were

20   asked some questions about that, and you were shown Exhibit 9703.

21   If you can look at that again, I would appreciate it.

22           This was the November 19, 1999, Barbie ethnic focus

23   group's Hispanic report.  Do you remember seeing that?

24   **A**    Yes.

25   **Q**    In the second paragraph there at the last sentence it says,

Page 38

1   "while may be an opportunity to take advantage of concepts

2   specifically targeted to this market, they should be viewed as

3   niche marketing opportunities and not as stand-alone brands."

4           Do you see that?

5   **A**   Yes.

6   **Q**   And Ms. Keller had asked if you were -- you recall being

7   asked questions about whether or not you were disappointed or

8   frustrated there wasn't a brand that resulted as a result of this

9   report.

10          Do you recall that?

11  **A**   Yes, I do.

12  **Q**   What does it mean here when it says there should be an

13  opportunity to take advantage of concepts specifically targeted to

14  the market; they should be viewed as niche marketing opportunities

15  and not as stand-alone brands?

16  **A**   I think I commented on -- when Ms. Keller was talking to me

17  about it, I said I'm not sure whether it justifies a stand-alone

18  brand because of the investments, but there are certain parts of

19  Barbie, there are certain friends of Barbie, namely, Christie and

20  Teresa who could be expanded, and targeted those niche

21  opportunities.  Teresa is Hispanic and Christie was African

22  American.

23          So that was what we were referring to and specifically

24  supported.  That doesn't necessary justify a stand-alone brand.

25  **Q**   You mentioned Christie.  Christie was an African American

Page 39

1    Barbie that began sometime in the '60s; is that right?

2    **A**    I'm not that far back into Mattel.

3    **Q**    You read about it?

4    **A**    Thank you.  Touché.  '60s, '60s, '70s, somewhere around

5    there, yes.

6    **Q**    And Christie, the African American doll would sometimes be

7    labeled "Christie" and sometimes just be labeled "Barbie"?

8    **A**    Yes.

9    **Q**    And you mentioned Teresa?

10   **A**    Yes.

11   **Q**    And that doll was what ethnicity?

12   **A**    Teresa was a little darker skinned and black hair.  So she

13   was Hispanic.

14   **Q**    And that was introduced sometime in the '90s, that doll?

15   **A**    I don't know.

16   **Q**    That's another doll that would sometimes be sold just under

17   the name "Barbie"?

18   **A**    Yeah.

19   **Q**    And was there -- there was a Kira?  Was there an Asian doll

20   as well?

21   **A**    You are jogging my memory now, yes.

22   **Q**    It's been a while ago.

23            And that doll also was sometimes just presented as

24   Barbie and not as Kira; right?

25   **A**    Sometimes they were Barbie, sometimes it was a friend of

Page 40

1   Barbie.

2   **Q**   Right.  Sometimes they'd be labeled as friends with the names

3   "Kira" or "Christie" or 'Teresa' and sometimes they would just be

4   Barbies; right?

5   **A**   Yes.

6   **Q**   Now, in doing these sorts of reports, one thing you have to

7   be aware of in the business context, it's sometimes hard to kind

8   of do a gunshot approach and try to please everybody at the same

9   time; right?

10  **A**   Yes.

11  **Q**   And you have to be -- you certainly have to be careful about

12  making major changes to the number one doll in the world; right?

13  **A**   Yes.

14  **Q**   But you think changes need to be made to maintain the sales

15  posture of Barbie.  You thought that; right?

16  **A**   Changes needed to be made to be more relevant as kids

17  changed, their trends changed, fashion changed.  It needed to be

18  as relevant and catch up with that, yeah.

19  **Q**   And I think you were asked questions about the failure of

20  Barbie.  Every year you were at Mattel, Barbie, in terms of

21  overall sales, was the number one fashion doll in the world;

22  right?

23  **A**   Yes.

24  **Q**   But at Mattel, just being the number one fashion doll in the

25  world wasn't good enough; right?

Page 41

1          **MS. KELLER:**  Objection.  Argumentative.

2          **THE COURT:**  I didn't hear it.  Argumentative?

3          **MS. KELLER:**  Yes, Your Honor.

4          **THE COURT:**  My apologies.  This is not Mattel, but from

5     this witness's perspective?

6          **MR. PRICE:**  Yes.

7          **THE COURT:**  Overruled.

8          **THE WITNESS:**  Sorry, could you repeat the question?

9     BY MR. PRICE

10    **Q**    It will be close to that question.

11          For people at Mattel, during these years, late '90s and

12    in 2000 until the time you left, they weren't satisfied with the

13    results of Barbie sales.  They thought it should be better?

14    **A**    Absolutely.  In any business you wanted to grow your market

15    share and you want to grow sales.

16    **Q**    And you were giving your advice at times on how to grow

17    market share and grow sales even though Barbie was still number

18    one in the market, right?

19    **A**    Yes.

20    **Q**    Now, I was having you look at 9703.  There was an exhibit

21    right after that, 9704, which I don't think is in evidence yet.

22          Do you recognize this?  Do you have it?

23    **A**    Yes, I do.

24    **Q**    As it's a report dated the same date as the Hispanic report

25    dated November 19, 1999, "Barbie Ethnic Focus Group for African

Page 42

1   American Report."

2           Do you see that?

3   **A**   Yes.

4           **MR. PRICE:**  I move Exhibit 9704 into evidence.

5           **THE COURT:**  Received.

6           (Exhibit 9704 received in evidence.)

7   BY MR. PRICE

8   **Q**   And you see in the first paragraph it says, "In order to

9   explore the potential of marketing Barbie and Barbie line

10  extensions to African Americans, focus groups were recently

11  conducted with African American moms and girls."

12          Do you see that?

13  **A**   Yes, I do.

14  **Q**   And the next sentence says, "This exploration demonstrated

15  that, in general, current product offerings are sufficient to meet

16  the needs of the African American market, and there does not

17  appear to be a need to develop a stand-alone brand."

18          Do you see that?

19  **A**   Yes.

20  **Q**   And then in the third paragraph, if you look at the last line

21  there, it says, "Perception of the Barbie brand among African

22  Americans are similar to those seen for the rest of the U.S.

23  population with mostly positive imagery and association."

24          That was the result of the research that you did;

25  correct?

Page 43

1   **A**    Correct.

2   **Q**    And then you have a page, three pages in, where you see

3   there's key findings.  Under "opportunity" it says, "Because in

4   most respects, the African American market is consistent with the

5   main stream U.S. market.  The current product mix in the Barbie

6   line should be sufficient to meet the needs of these consumers."

7          Do you see that?

8   **A**    Yes, I do.

9   **Q**    And so you had found that with respect to the African

10  American market, that perceptions generally of Barbie, as it

11  stood, were mostly positive with positive imagery association;

12  right?

13  **A**    Sorry.  I'm just reading this.  Yes, I'm sorry.  Could you

14  repeat the question?

15  **Q**    So, in doing this focus group, one of your findings was that

16  perceptions of the Barbie brand among African American moms and

17  kids were similar to that of the rest of the U.S. population in

18  conjunction with whether it was a positive imagery, whether it was

19  positive imagery for the girls and their moms?

20  **A**    Yes.

21  **Q**    So, let me get back to trying to move forward until the first

22  time you -- your first stint at Mattel.

23          So, by the time you first left in the 2000 time frame,

24  you had discussed with people within Mattel that although Barbie

25  was still number one and had significant sales, that there was a

Page 44

1    vulnerability that you saw; correct?

2    **A**    There was an Achilles Heel that I was identifying.

3    **Q**    And we talked about -- I think you have been asked about

4    attempts to meet that vulnerability.  Like, for example, coming

5    out with Generation Girls; right?  Later there was Flavas?

6    **A**    Flavas, and as you referred to Mod Squad -- or Mystery Squad.

7    **Q**    And I think you said that the best minds at Mattel were

8    working on this?

9    **A**    The best minds at Mattel, yes.

10   **Q**    And would it be -- do you think that the industry as a whole

11   saw this as an opportunity in the market to exploit also; that is,

12   the other toy companies, like, you know -- I don't know, the other

13   toy companies?

14            **MS. KELLER:**  Objection.  No foundation.

15            **THE COURT:**  I'm not sure what the question is, counsel.

16   BY MR. PRICE

17   **Q**    At the time that you were developing and sharing this view,

18   did you think that the market as a whole understood what was going

19   on with respect to Barbies and older girls?

20   **A**    The market as defined by the consumer?

21   **Q**    As defined by, in this case, Mattel's competitors?

22   **A**    I don't know what the competitors were thinking.  I really

23   don't know.

24   **Q**    And one of the important things to do in trying to deal with

25   this is to try get the right product; right?

Page 45

1   **A**   Yes.

2   **Q**   I mean, you want a product that will fill this vulnerability

3   that the Barbie brand had; right?

4   **A**   Yes.

5   **Q**   And products were tried that didn't work; right?

6   **A**   Yes.

7   **Q**   There were products like My Scene which were later attempted

8   and did work for a period of time?

9   **A**   Yes.

10   **Q**   But in 2001 when Bratz came out -- you are aware that Bratz

11   came out in 2001?

12   **A**   Yes.

13   **Q**   That particular product, you understood that Mattel couldn't

14   come out with Bratz; right?  It could not come out with that

15   product?

16           **MS. KELLER:**  Objection.  Argumentative.

17           **THE COURT:**  Sustained.

18   BY MR. PRICE

19   **Q**   Did you believe after Bratz came out, that Mattel could

20   itself come out with Bratz?

21           **MS. KELLER:**  Objection.  Unintelligible.

22           **THE COURT:**  Overruled.  Do you understand the question?

23           **THE WITNESS:**  I didn't.

24           **THE COURT:**  It's unintelligible.

25

Page 46

1   BY MR. PRICE

2   **Q**    When a company like MGA, when it came out with the Bratz

3   product, did you have an understanding whether Mattel could come

4   out with that same product?

5   **A**    The same product?

6   **Q**    Yes.

7   **A**    At the same time.

8   **Q**    Yes.

9   **A**    I wasn't at Mattel at that time.

10  **Q**    When you came back, Bratz was in the market?

11  **A**    Yes.

12  **Q**    Did you think that Mattel could come out with the same

13  product, Bratz?

14              **MS. KELLER:**  Objection.

15              **THE COURT:**  Sustained.

16  BY MR. PRICE

17  **Q**    When you were trying to -- saying that here is this

18  vulnerability and we need to address it, did you ever recommend

19  that Mattel come out with the exact same product MGA had?

20              **MS. KELLER:**  Argumentative.  Objection.

21              **THE COURT:**  No.  You can answer that question.

22              **THE WITNESS:**  What Jay had?  I didn't understand the

23  last part of your question.

24  BY MR. PRICE

25  **Q**    Did you ever recommend that Mattel come out with the same

Page 47

1   product that MGA had?

2   **A**     No.

3   **Q**     And you realize that wasn't an option available to you, to

4   Mattel, to come out with the same product that MGA had, Bratz?

5              **MS. KELLER:**  Objection.  Argumentative.

6              **THE COURT:**  Overruled.

7              You can answer the question.

8              **THE WITNESS:**  Yes.  Mattel could not have launched

9   another Bratz.

10  BY MR. PRICE

11  **Q**     And you said that you foresaw the vulnerability of Barbie and

12  the older age group, and that when you came back, you saw that

13  your foreseeing had been correct.  You didn't use those exact

14  words, but that's sort of what you said.

15             Do you remember that?

16  **A**     You are paraphrasing, yes.

17  **Q**     In your foresight, did you foresee that Mattel would be

18  competing against a unique doll design that had been created at

19  Mattel?

20             **MS. KELLER:**  Objection.  Argumentative.

21             **THE COURT:**  Sustained.

22  BY MR. PRICE

23  **Q**     To your knowledge, did Mattel ever license a fashion doll to

24  another company?

25  **A**     License a fashion doll?

Page 48

1   **Q**    That is come up with a fashion doll design within the Mattel

2   design center and then tell another company you can make it and

3   we'll just take licensing fees on it?

4          **MS. KELLER:**  Objection.  Argumentative.

5          **THE WITNESS:**  I'm not aware of that.

6          **MS. KELLER:**  And it lacks foundation, Your Honor.

7          **THE COURT:**  Just a moment.

8          **MR. PRICE:**  I don't know if there is a ruling or I

9   should go on.

10          **THE COURT:**  You should not go on, counsel.

11          Overruled.

12  BY MR. PRICE

13  **Q**    Now, when you came back, you were involved in writing the

14  Bratz brief; right?

15  **A**    Yes.

16  **Q**    And if you look at Exhibit 1805, was it your understanding

17  that one of the reasons you were doing this project is because

18  Bratz had hurt Barbie sales?

19  **A**    Yes.  One should always understand what is impacting your

20  core brand, yes.

21  **Q**    And it was your understanding that Bratz was impacting sales

22  of Mattel's core brand, Barbie?

23  **A**    Yes.

24  **Q**    And if you look at page 2, this language was pointed out to

25  you.  It says in the second paragraph, "While the Barbie brand

13c93f31-8083-49aa-b7c8-e9cd5033db76

Page 49

1   continues to be the leader in the girls' toys market, Bratz is the

2   first brand to successfully challenge Barbie and gain a

3   substantial foothold."

4           So, at this time, in 2003, Barbie with all of its issues

5   you have described was still the number one fashion doll brand in

6   the world; correct?

7   **A**    Correct.

8   **Q**    And in fact, as of 2003, Barbie was selling more than two and

9   a half times more Barbies than Bratz was selling Bratz; right?

10  **A**    I assume -- if you have the numbers, I'm assuming you are

11  correct, yes.

12  **Q**    But Mattel was still concerned because Bratz were hurting

13  Barbie sales; right?

14  **A**    Yes.

15  **Q**    And if we look at what you wrote here, could you look at page

16  4, I believe.  By four, it's Bates 0004.  And you see there is a

17  section there which talks about the Bratz launch in 2001, 2002;

18  right?

19  **A**    Yes, sir.

20  **Q**    The last paragraph there it says, "Bratz was unique."

21          Do you see that?

22  **A**    Yes, I do.

23  **Q**    It had a completely -- aesthetically Bratz had a completely

24  different animated look; right?

25  **A**    Yes.

Page 50

1    **Q**    And the product itself, the look of the product is pretty

2    important to little girls?

3    **A**    Very important.

4    **Q**    And older girls?

5    **A**    Very important.

6    **Q**    Now, you were shown the Bain report.  That was a report that

7    was done in September of '04.  In your questioning it was Exhibit

8    9705.  And if you look at page 7 of the report, 9705-0007, do you

9    see under "MGA's current strategy and tactics," the first bullet

10   point under "economics" is, "MGA is Bratz.  Bratz brand represents

11   approximately 90 percent of revenue."

12           Do you see that?

13   **A**    I'm sorry.  I'm not --

14   **Q**    0007?

15   **A**    Yes.

16   **Q**    Where it says "MGA is Bratz.  Bratz brand represents

17   90 percent of revenue."

18           Do you see that?

19   **A**    Yes.

20   **Q**    And in all of these reports we have been looking at that

21   mention MGA, I mean, what you are looking at is Bratz, not other

22   MGA products; right?

23   **A**    Right.

24   **Q**    And if you look at page 32, you see there is a slide there

25   that says, "MGA has not generated any hit concepts other than

Page 51

1   Bratz."

2           Do you see that?

3   A    Yes.

4   Q    And was that your understanding at the time, that the product

5   that impacted Mattel's Barbie sales, MGA, the only hit concept MGA

6   had was Bratz?

7   A    Bratz and other extensions of Bratz.

8   Q    And by that you are talking about the line extensions of

9   Bratz; right?

10  A    Yes.

11  Q    And in fact, if you look at page 37 of this document, you see

12  there is a slide that says, "Bratz appears to be following

13  Barbie's lead in brand extensions."

14          Do you see that?

15  A    Yes, I do.

16  Q    And your observation was that MGA was using that Bratz hit

17  idea, that product, it was using it well in line extension; it was

18  doing a good job of doing line extensions for Bratz?

19  A    Yes.

20  Q    And that's something which Mattel, with Barbie, had been

21  doing for decades; that is, line extensions of the core Barbie

22  concept doll?

23  A    Your question is?

24  Q    Barbie had been doing that for decades?

25  A    Yes.

13c93f31-8083-49aa-b7c8-e9cd5033db76

Page 52

1   **Q**     Extending its brands through line extensions?

2   **A**     Yes.

3   **Q**     Now, if you look at page 35, you see there is a presentation

4   there, "Bratz is likely MGA's best growth option.  Penetration not

5   yet close to Barbie levels."

6           And that was your understanding at the time, that Bratz

7   was hot, it was successful, but its penetration wasn't close to

8   Barbie?

9   **A**     Yes.

10  **Q**     Still you weren't satisfied with Barbie's positioning; right?

11  **A**     Yes.

12  **Q**     And when you would do this --

13          **THE COURT:**  "You are not satisfied with Barbie's

14  position; right?"  And she said "Yes."  Double negative.

15  BY MR. PRICE

16  **Q**     At that time were you satisfied with Barbie's positioning in

17  the market?

18  **A**     In 2003?

19  **Q**     Yes.

20  **A**     No, I was not satisfied.

21  **Q**     And you have talked about having communications with others

22  about your findings.  Some people were very receptive to your

23  findings; right?

24  **A**     It's one data point as we sit at the table.  I had one point

25  of view, yes.

1  **Q**    And people would 0some people would agree and some people

2  wouldn't?

3  **A**    As well as right.

4  **Q**    When you say "as well as right," that's sort of what you

5  would expect?

6  **A**    That's the nature of the business, yeah.

7  **Q**    And there was healthy debate?

8  **A**    Absolutely.

9  **Q**    And Mr. Bousquette, your boss, was someone that you

10  respected?

11  **A**    I respected him, yes.

12  **Q**    He respected you?

13  **A**    I hope.

14  **Q**    And you respected each other enough to start a business later

15  together?

16  **A**    And the question is?

17  **Q**    "Correct" I guess.

18         And later, it's true that you respected each other

19  enough to start a business together?

20  **A**    Correct.

21  **Q**    And the other thing that you knew as early -- I guess this is

22  2004 -- is that Bratz was starting to skew younger, that is, it

23  wasn't just the plus nine year olds.  It was starting to sell in

24  the younger age groups; right?

25  **A**    Yes.  There is a general phenomenon where what goes up must

Page 54

1   come down.  It will come down in age at some time.

2   **Q**   I think that's true with almost any product that's on the

3   market.

4   **A**   Generally down not in terms of sales, but down in terms of

5   trickle down with age.

6   **Q**   That's even true with cell phones; right?

7   **A**   It's true with a lot.

8   **Q**   At least it has been in my house.

9        If you look at page 36, at this point you see there,

10  "Bratz sales may have begun skewing towards lower age groups."

11       Do you see that?

12  **A**   Yes, I do.

13  **Q**   And again, that's something that you would expect?

14  **A**   Natural phenomenon, yes.

15  **Q**   So, at some point Bratz started to take sales from Mattel in

16  the lower age groups; right?  At some point Bratz started to take

17  sales from Barbie in the lower age groups as well as the older age

18  groups?

19  **A**   They were taking market share and, therefore, I guess sales.

20  We don't have an exact measure of sales.  It was a measure of

21  market share.

22  **Q**   Actually, your expertise wasn't in doing economic analyses;

23  correct?  I'm going to get a double negative.  Was your expertise

24  in doing economic analysis?

25  **A**   No.

1    **Q**    You did observe that Bratz had expanded the market; correct?

2    **A**    Correct.

3    **Q**    But you didn't have the expertise to say how much it had

4    expanded the market; correct?

5    **A**    Well, we had data points to say how much it expanded the

6    market.

7    **Q**    Your overall understanding was even with the market

8    expansions, that Bratz was hurting Barbie's sales at younger age

9    groups?

10   **A**    Yes.

11   **Q**    If you look at page 4 of 1805, which was "Bratz was unique,"

12   you were asked questions about --

13   **A**    Excuse me a minute, please.  Page 4 of the Bain document?

14   **Q**    No.  I'm going back to 1805, which is the Bratz brief.

15   **A**    Sorry.  It went away.

16   **Q**    Unfortunately, they're in different huge binders.

17   **A**    I have to stand sometimes to read this.  It's so thick.

18   **Q**    If you need to stand, let us know.

19   **A**    Okay.

20   **Q**    Now --

21   **A**    I should read it.

22   **Q**    I actually want to call your attention to another paragraph,

23   which I think you looked at earlier.  And it's the first full

24   paragraph on the page which begins with "While."  The first

25   unindented paragraph.  And it says, "While successful in year one,

Page 56

1    both Generation Girl and Diva Starz were unable to sustain the

2    older girl interest.  Thus Mattel's oral girl portfolio continued

3    to exhibit vulnerability."

4          Do you see that?

5    **A**    Yes.

6    **Q**    You understood from that, that Mattel was attempting to come

7    up with a product, a design to address the vulnerability that you

8    had talked about; right?

9    **A**    Yes.  We were desperately trying to come up with something

10   viable.

11   **Q**    And the best minds had not come up with anything unique like

12   Bratz?

13   **A**    Yes.

14   **Q**    And then you see the subparagraphs talk about Generation Girl

15   and Diva Starz.  If you look at Diva Starz, you see it says, "Diva

16   Starz represented a unique 'distorted look' to the doll category.

17   (It can be argued that it was the inspiration for Bratz.)"

18          Do you see that?

19   **A**    Yes.

20   **Q**    And it's fair to say that in the market, that toy companies

21   can take inspiration from other toy companies; right?

22   **A**    Fair to say.

23   **Q**    And sometimes you saw in the market where toy companies took

24   inspiration from Mattel?

25   **A**    Yes.

1  **Q**   And Mattel would try to make inspiration from other toy

2  companies; correct?

3  **A**   Learning, guidance, inspiration, yes.

4  **Q**   Do you remember you were asked about an e-mail that you wrote

5  about MGA's MP3 player?  Do you remember that?

6  **A**   Yes.  Actually, let me remind you, I didn't write it.  I

7  supported the point of view.  Allison Willensky wrote it and I

8  supported it and I forwarded it to Matt Bousquette.

9  **Q**   And you said "MGA's looks better than what we have come up

10  with?"

11  **A**   Allison said that, yes.

12  **Q**   And you agreed?

13  **A**   I agreed.

14  **Q**   And of course, you didn't have access at the same time to

15  MGA's e-mails about what it felt Mattel was doing better than that

16  it was doing?

17  **A**   That's a safe assumption, that I didn't have e-mails from

18  MGA.

19  **Q**   But you also were involved in e-mail exchanges where you were

20  saying, "Hey, MGA's doing the same thing we're doing here?"

21  **A**   Which was?

22          **MR. PRICE:**  If I might bring to the court a document we

23  have marked as 24238 for identification.

24          **THE COURT:**  Does opposing counsel have a copy?

25          Would this be a good time for a recess, counsel?

Page 58

1          MR. PRICE:  Yes.  Good for me.

2          THE COURT:  You are admonished not to discuss this

3    matter among yourselves or form or express any opinions on the

4    case.  Why don't we come get you in 15 minutes.

5                        (Jury out.)

6          THE COURT:  My intuition tells me this is a document we

7    haven't gone over.

8          MR. PRICE:  This is not a document we have gone over.

9    We have been doing it in response to what was asked on direct.  We

10   didn't anticipate it.

11         THE COURT:  Just a moment.  Is the bottom portion of the

12   page 1 that you are interested in -- pardon the expression -- the

13   one that starts "holy shit?"

14         MR. PRICE:  Yeah, the bottom of page 1 going to page 2,

15   from Ms. Luther in her best British accent.

16         MS. KELLER:  This is non-actionable copying of the type

17   that the Court has repeatedly ruled is not admissible.

18         MR. PRICE:  We're not -- we have had copying documents.

19   They talked about the MP3 player.

20         THE COURT:  Just a moment.  Let me read this.

21         MR. PRICE:  We could obviously redact it to just be her

22   e-mail.

23         THE COURT:  I won't cause you to redact the way people

24   write.

25         MR. PRICE:  I don't mean to take out the "holy shit."  I

1    mean to take all the e-mails above Ms. Luther.

2             THE COURT:  Just a moment.  Let me read this.

3             What do you want to get in this last e-mail?  Is that

4    what you are seeking?

5             MR. PRICE:  Yes.

6             THE COURT:  That basically reads, so the record is

7    clear, the expletive, then, "Did you see the Bratz twins?  A copy

8    of our My Scene twins.  They have also copied our strategy of

9    Blair.  Seen their Mystery Date doll?"

10            And the reason you want to get this in counsel is to

11   show what?

12            MR. PRICE:  To show that MGA was also taking cues from

13   Mattel, because so far we have just got Mattel not being as good

14   as MGA for document after document after document, the

15   self-critical e-mails.  And so we want to show that Ms. Luther

16   also thought that in some areas MGA was taking their cues from us.

17   And of course --

18            THE COURT:  Just a moment.  I don't understand.  This

19   e-mail is really Ms. Luther's comment that My Scene dolls, which

20   are Mattel's, are being copied by the Bratz twins.

21            MR. PRICE:  And that strategy of Blair is also --

22            THE COURT:  I don't understand "our strategy of Blair"

23   apparently.  What is that?

24            MR. PRICE:  I think she'll have to testify to it.  I

25   believe that it's a Mystery Date kind of concept that Mattel was

Page 60

 1  using.

 2          THE COURT:  I don't understand.  I'm sorry.  I'm sorry

 3  to be so dense, but I don't understand this e-mail.

 4          MR. PRICE:  Your Honor, remember, we put into evidence,

 5  remember, that long list of copying e-mails which you said was

 6  appropriate?

 7          THE COURT:  Certainly.

 8          MR. PRICE:  But I don't think any of them were from Ms.

 9  Luther.  This one is.  It's another example of MGA looking in the

10  market and saying Mattel's, at least according to Ms. Luther,

11  Mattel is doing something good, so we're going to do it, too.  And

12  that's the counterbalance, if you recall --

13          THE COURT:  Mattel is doing something good.  You mean

14  MGA is doing something good?

15          MR. PRICE:  No, Mattel.  Because what she is saying is

16  the Bratz twins are copying our My Scene twins.  MGA has looked in

17  the market and said, "Look what Mattel is doing; let's do the same

18  thing."  And MGA looked in the market and had seen Blair and MGA

19  is saying let's do the same thing.

20          THE COURT:  I don't know what Blair is.

21          MR. PRICE:  I think it's a character -- she said it's

22  like their MGA's Mystery Date doll.

23          THE COURT:  It's a doll?  Blair is a doll?

24          MR. PRICE:  Yes.  It's just to show that she wasn't just

25  Mattel is terrible and MGA is great, but she saw this going on in

Page 61

1    the market as well.

2              **MS. KELLER:**  May we respond, Your Honor?

3              **THE COURT:**  Please.

4              **MS. KELLER:**  This is just the most blatant attempt to

5    dirty us up by claiming that we are copying Mattel products, which

6    the Court has said not actionable copying is not coming in.  They

7    talk about reporting the latest list to security.  Above that they

8    list other things that they claim we're copying.  Party Refresh.

9    We were doing Party Jam, so they refreshed.  And it's completely

10   disingenuous to say it has anything to do with the examination of

11   Sujuta Luther about these documents where they were extolling MGA.

12             And it's also disingenuous to say it has anything to do

13   with the MP3 player that we brought up, which counsel just argued,

14   because that was a Mattel MP3 player and we put one out which she

15   was commenting was preferable in the minds of little girls eight

16   years olds to theirs.

17             So this doesn't refute anything that has been

18   introduced, and it's a blatant attempt to simply dirty us as

19   copycats, which the Court has said it's not allowing.

20             **THE COURT:**  I opened up the area of copying partially,

21   but I want to move up this e-mail chain.  "Can you please update a

22   list for me of all the MGA coincidences we have noticed over the

23   past year.  I want to have the latest list to talk to security.

24   Tim."

25             **MR. PRICE:**  We would redact all that.  We just want her

1    e-mail to show she is not this one-sided Mattel can't do anything

2    right, MGA does everything right.  And the Court has stated on the

3    record, I believe, that MGA opened up all this copying in the

4    marketplace -- not actionable copying, but competitive response

5    copying -- by their examination of their witnesses.

6              MS. KELLER:  This witness has not said Mattel can't do

7    anything right.  This witness extolled Mattel.  This witness has

8    said Mattel is part of who she is.  This witness is proud of

9    Mattel.  That's another ridiculous argument, Your Honor.

10             THE COURT:  I have certainly opened up copying for both

11   of you, but this e-mail is not going to come into evidence.  But

12   you can ask her in this area.  I haven't precluded you at all.

13   You can ask her if, in fact, MGA had on occasion inspired Mattel.

14   My feeling is you don't want to do that because the claim so far

15   has been consistently that MGA doesn't have a creative bone in its

16   body.

17             MR. PRICE:  This goes the other way.  That Mattel

18   inspired the Bratz twins; that Mattel inspired MGA's Mystery Date

19   doll.  I can ask her, Your Honor, and I did ask her and she said

20   "I don't know what you are referring to."

21             THE COURT:  Why don't you show her this to refresh her

22   recollection.  Have you shown her this?

23             MR. PRICE:  No, I haven't.  We haven't talked to her.

24             THE COURT:  I'm not going to let you read it, but you

25   can certainly ask.  You can go into the area.  The general content

1   of what you are trying to get at I'm going to permit.  The

2   copying, fine.

3           **MR. PRICE:**  I understand.

4           **THE COURT:**  It's too speculative.  What it does is --

5           **MS. KELLER:**  Is counsel going to be allowed to go

6   through all these different items that are listed on both pages

7   and claim that we were copying, Your Honor?  It's going to open up

8   a mini-trial on every one.

9           **THE COURT:**  Just a minute.  That's why we're supposed to

10  have nights and weekends together.

11          **MR. PRICE:**  I'm not going to.  That's my point.

12          **THE COURT:**  Just a moment.  I thought Mr. Price had just

13  said he was only interested, before mass panic sets in, in the one

14  e-mail.  So I don't know why you are concerned about the rest.  He

15  has already represented he is interested in the one e-mail which

16  is on page 2.

17          **MS. KELLER:**  He wants to claim through this witness that

18  the Bratz twins knocked off My Scene twins.  And that something he

19  hasn't been able to identify, Blair, is also knocked off by MGA.

20          **THE COURT:**  No.  He is -- what did I just say?  I feel

21  once again like the caretaker of a cemetery where nobody is

22  listening.  You tell me what I just said a moment ago, what I was

23  going to do.

24          **MS. KELLER:**  You said you were not letting the e-mail

25  itself in, but you would permit him to inquire about the subject

Page 64

1   matter.

2          THE COURT:  About the general subject matter.  In other

3   words, she can cast an opinion that there was inspiration and

4   copying going on, on the reverse side.  She can have an opinion

5   about that.  There is nothing that precludes that.

6          MS. KELLER:  I just have a bad feeling that's not how

7   it's going to be asked.

8          THE COURT:  Let's hear the question.

9          MR. PRICE:  "I'm going to show you Exhibit 2432 to see

10  if that refreshes your recollection.  Do you recall having the

11  opinion at the time that, in some instances, MGA was looking at

12  Mattel's products and getting inspiration?"

13         THE COURT:  Perfection.  What causes you concern?

14  Perfection.

15         MR. PRICE:  I might say "Did you call for language for

16  that?"

17         MS. KELLER:  I don't think she ever denied that, to

18  begin.  That's the problem.  I don't think she ever said MGA never

19  drew any inspiration from Mattel.

20         THE COURT:  I want you two to go back and forth as long

21  as you would like to.

22         MS. KELLER:  I'm done.

23         THE COURT:  That's the ruling.  Very simple.  You can

24  ask the question.  I'm going to open the door in four and a half

25  minutes.  That's the time you have got.

Page 65

1   (Whereupon there was a change in reporters and JANE SUTTON

2   reported the 2:15 session.)

3                                  -oOo-

4                               CERTIFICATE

5

6            I hereby certify that pursuant to Section 753, Title 28,

7   United States Code, the foregoing is a true and correct transcript

8   of the stenographically reported proceedings held in the

9   above-entitled matter.

10

11  Date:  MARCH 11, 2011

12

13

14  MARIA DELLANEVE, U.S. COURT REPORTER
    CSR NO. 9132

15

16

17

18

19

20

21

22

23

24

25