1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE DAVID O. CARTER, JUDGE PRESIDING

- - - - - - -


MATTEL, INC., ET AL.,                )
                                     )
          Plaintiffs,                )
                                     )
     vs.                             ) No. CV 04-9049-DOC
                                     )     Day 33
MGA ENTERTAINMENT, INC., ET AL.,     )     Volume 2 of 3
                                     )
          Defendants.                )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Jury Trial

Santa Ana, California

Tuesday, March 15, 2011


Jane C.S. Rule, CSR 9316
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-7755

11-03-15 MattelV2

Case 2:04-cv-09049-DOC-RNB  Document 10205  Filed 03/16/11  Page 2 of 122  Page ID #:309429
CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

2

1 | **APPEARANCES OF COUNSEL:**

2

3 | FOR PLAINTIFFS MATTEL, INC., ET AL.:

4 |         QUINN, EMANUEL, URQUHART & SULLIVAN
        By:  JOHN B. QUINN

5 |             MICHAEL T. ZELLER
            WILLIAM PRICE

6 |             Attorneys at Law
        865 South Figueroa Street

7 |         10th Floor
        Los Angeles, California 90017-2543

8 |         (213) 443-3000

9

10 | FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

11 |         ORRICK, HERRINGTON & SUTCLIFFE, LLP
        BY:  THOMAS S. MC CONVILLE

12 |             Attorney at Law
        4 Park Plaza

13 |         Suite 1600
        Irvine, California 92614

14 |         (949) 567-6700

15 |         - AND -

16 |         ORRICK, HERRINGTON & SUTCLIFFE, LLP
        BY:  ANNETTE L. HURST

17 |             Attorney at Law
        405 Howard Street

18 |         San Francisco, California 94105
        (415) 773-5700

19 |         - AND -

20

21 |         KELLER RACKAUCKAS, LLP
        BY:  JENNIFER L. KELLER

22 |             Attorney at Law
        18500 Von Karman Avenue

23 |         Suite 560
        Irvine, California 92612

24 |         (949) 476-8700

25

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 3 of 122   Page ID #:309430
CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

3

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3   FOR DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

 4           SCHEPER, KIM & OVERLAND, LLP
             BY:  ALEXANDER H. COTE (Not Present)
 5               Attorney at Law
             601 West Fifth Street
 6           12th Floor
             Los Angeles, California 90071
 7           (213) 613-4660

 8           - AND -

 9           LAW OFFICES OF MARK E. OVERLAND
             BY:  MARK E. OVERLAND
10               Attorney at Law
             100 Wilshire Boulevard
11           Suite 950
             Santa Monica, California 90401
12           (310) 459-2830

13

14   Also Present:

15           ISAAC LARIAN, MGA CEO

16           ROBERT ECKERT, Mattel CEO

17           LILY MARTINEZ, Mattel Employee

18           KEN KOTARSKI, Mattel Technical Operator

19           MIKE STOVALL, MGA Technical Operator

20           RACHEL JUAREZ, Quinn Emanuel Urquhart & Sullivan

21           KIERAN KIECKHEFER, Orrick Herrington & Sutcliffe

22           WARRINGTON PARKER, Orrick Herrington & Sutcliffe

23           MELANIE PHILLIPS, Orrick Herrington & Sutcliffe

24           FRANK RORIE, Orrick Herrington & Sutcliffe

25           DIANA RUTOWSKI, Orrick Herrington & Sutcliffe
```

4

```
 1                      I N D E X

 2

 3

 4                       EXAMINATION

 5

 6   Witness Name       Direct    Cross    Redirect    Recross

 7   LEAHY, MARGARET
       By Mr. McConville    5
 8     By Ms. Price                 100

 9

10

11                        EXHIBITS

12

13   Exhibit                       Identification   Evidence

14   Plaintiffs' No. 1125                              121

15   Defendants' Nos. 1140A through 1140D               26

16   Defendants' No. 4551                               17

17   Defendants' Nos. 4529, 16464, 16460,

18             16456, 16458                             99

19   Defendants' No. 16525                              42

20   Defendants' No. 17752                               9

21   Defendants' No. 17822                              52

22   Defendants' 17823 and 17825                        33

23   Defendants' No. 18572                               9

24   Defendants' No. 35863-1                            51

25
```

```
 1              SANTA ANA, CALIFORNIA, TUESDAY, MARCH 15, 2011

 2                        DAY 33, VOLUME 2 OF 3

 3                            (1:02 p.m.)

 4              (The following proceedings is taken in the

 5         presence of the jury.)

 6              THE COURT:  All right.  We are back in session.

 7              Counsel are present.  All the parties are present.

 8    The witness, Ms. Leahy, is present.

 9              And Mr. McConville on behalf of Mr. Larian, MGA,

10    you can continue your direct examination.

11              MR. MC CONVILLE:  Thank you, your Honor.

12         MARGARET LEAHY, DEFENSE WITNESS, RESUMED

13              DIRECT EXAMINATION (Continued)

14    BY MR. MC CONVILLE:

15    Q    Before we go back to the sculpting process, I want to

16    discuss with you that at some point, MGA provided you with

17    counsel in this case, right?

18    A    Right.

19    Q    Do you remember what year that was?

20    A    2004.

21    Q    And -- and since 2004, MGA has either paid for your

22    counsel fee or provided you with a lawyer; is that right?

23    A    Correct.

24    Q    And at some point after you had retained counsel, did

25    you receive a call from Mattel where Mattel attempted to
```

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

6

1    provide you with counsel?

2    A    Yes, I did.

3    Q    Please describe the circumstances of that call with

4    Mattel.

5    A    I had a message on my answering machine -- answering

6    machine from Michael Moore, who I didn't know who that was,

7    saying that he wanted to talk to me about some work, and he

8    was from Mattel, and I was happy because I didn't get a lot

9    of work from Mattel, so it was great to have a new client.

10   So I called him back, and he said he was a lawyer with

11   Mattel, and, you know, I was saying nicely, "okay, okay,

12   okay," and then hung up, meaning I didn't want to talk to

13   him for too long.

14   Q    Right.

15   A    And then he called back later -- well, I called Daphne

16   Gronich.

17   Q    And who is Daphne Gronich?

18   A    She was a lawyer at Mattel.

19   Q    At MGA?

20   A    At MGA, and she told me I was represented.

21   Q    Okay.  And then did you receive another call from

22   Michael Moore?

23   A    Yes.  He called me at home.

24   Q    And what happened on that phone call?

25   A    I told him that I had a lawyer already.

```
 1   Q    And was that the last time that you heard from

 2   Mr. Moore regarding providing you with counsel?

 3   A    It's the last time I heard from him personally.

 4   Q    Did anyone else from your family hear from Michael --

 5   Mr. Moore?

 6   A    Yes, my -- my husband --

 7              MR. PRICE:  Objection.  This is hearsay.

 8              THE COURT:  No.  Overruled.

 9              You can answer this question.

10              THE WITNESS:  My husband works at Mattel.

11   BY MR. MC CONVILLE:

12   Q    Does he still work there now?

13   A    Yes.

14              THE COURT:  Well, this is hearsay.

15              Is this conversation between -- was this

16   conversation allegedly between Mr. Moore and your husband,

17   and you're not present?

18              THE WITNESS:  Yes, it is.

19              THE COURT:  Sustained, Counsel.

20              MR. PRICE:  And move to strike, your Honor.

21              THE COURT:  And then we will strike the question,

22   strike the answer.

23   BY MR. MC CONVILLE:

24   Q    Well, ultimately, you know that your attorney that you

25   had retained sent a letter to the lawyers for Mattel
```

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

8

```
 1   advising them that you were represented, right?

 2   A    Correct.

 3            MR. MC CONVILLE:  Your Honor, I'd like to show the

 4   witness Exhibit 18572.

 5            THE COURT:  Well, I may be excising certain

 6   portions.  It's not going to go up on the board.  You can

 7   show it to her, we can talk about it, but I want to go over

 8   that letter again and see what the contents are.

 9            MR. MC CONVILLE:  Okay.

10            THE COURT:  So I'll be happy to receive it.

11            MR. MC CONVILLE:  Okay.

12            THE COURT:  But the hearsay portions we need to

13   discuss.

14            MR. MC CONVILLE:  Okay.

15   BY MR. MC CONVILLE:

16   Q    Do you recognize that letter?

17   A    Yes, I do.

18   Q    Flip to the second page.

19        Are you cc'd on that letter, at the bottom?

20   A    Yes.

21   Q    Okay.  All right.

22            MR. MC CONVILLE:  I offer it into evidence, your

23   Honor.

24            THE COURT:  I may receive it at this time, but I

25   may excise certain portions of it; we'll see.
```

CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

9

```
 1                MR. MC CONVILLE:  Okay.

 2                (Defendants' Exhibit No. 18572 is received in

 3        evidence.)

 4     BY MR. MC CONVILLE:

 5     Q    Before we broke for lunch, Ms. Leahy, you had mentioned

 6     that one of the inspirations or one of the -- one of the

 7     contents that were out in the marketplace at the time that

 8     you were designing the -- the -- the sculpt was someone

 9     named Lisa Frank; do you remember that?

10     A    Yes, I do.

11     Q    And I -- I asked to put in front of you Exhibit 17752

12     and ask you to -- if this is the same Lisa Frank designs

13     that you were talking about that were in the marketplace at

14     that time?

15     A    Yes, it is.

16                MR. MC CONVILLE:  Your Honor, I move Exhibit 17752

17     into evidence.

18                THE COURT:  Received.

19                (Defendants' Exhibit No. 17752 is received in

20        evidence.)

21     BY MR. MC CONVILLE:

22     Q    And is -- is this the type of artwork you were talking

23     about?

24     A    Yes, it is.

25     Q    Thank you.
```

```
 1        You also, before lunch, talked about that although you

 2   had Carter Bryant's sketches, you really couldn't use them

 3   for your sculpting work; do you remember that testimony?

 4   A    Yes, I do.

 5   Q    What was missing from those drawings?

 6   A    Can I see the drawings?

 7   Q    Yeah.  That's Exhibit 12118-1.

 8            MR. MC CONVILLE:  Is that 1 on the screen?

 9            (No audible response.)

10   BY MR. MC CONVILLE:

11   Q    So go ahead, what's missing from this drawing for you

12   to do your work as a sculptor?

13   A    Well, there are 360 degrees in 3 dimensions.

14   Q    Okay.

15   A    This is 1 degree, so there are 359 degrees missing, if

16   you can imagine it like that.  That's how much is missing.

17   However, there's no front or back.  There's no indication of

18   any depth, here.  It's just -- excuse me.

19        Is this okay?

20            THE COURT:  Sure, and put your back to me so the

21   jury can see.

22            THE WITNESS:  These are just mere lines, just a

23   drawing with no shading or anything like that, except on the

24   eye shadow, you know, and a little bit on the lips, but it's

25   all very, very two dimensional.  I have no idea what he
```

1  wants everything else to look like, the other 359 degrees.

2  BY MR. MC CONVILLE:

3  Q    Could you design a fashion doll sculpt where the thighs

4  are stuck together?

5  A    No, you cannot.

6  Q    Why is that?

7  A    Because when the -- if the thighs were sculpted

8  together, you wouldn't be able to put pants on it, and you

9  also wouldn't be able to move the legs back and forth.

10  That's what makes a doll, is the legs move, a fashion doll,

11  you know, there is a certain amount of play with it.  So you

12  have to have articulated arms and legs and a head for it to

13  be a fashion doll.

14  Q    And those -- those aspects were missing from the

15  drawings that you received from Carter Bryant?

16  A    Yes.

17  Q    Now, let's go back to where we left off before lunch,

18  which was -- I believe where we were was you had gotten

19  comments around September 29, and -- is that right?  I mean,

20  is that where we left off in your examination?

21  A    From what I can remember.

22  Q    Yeah, okay.

23       So what happened after you received these comments

24  around September 29?

25  A    I went back to my studio and made the changes.

1    Q    Are you still working from the same malleable clay

2    sketch?

3    A    Yeah, still from the clay.

4    Q    And what did you do -- did you incorporate these

5    changes or attempt to incorporate the changes?

6    A    I attempted to incorporate the changes.

7    Q    And then what happened after you made those changes to

8    the -- to the clay sketch?

9    A    After I made those changes, I called Carter again, and

10   there was another meeting.

11   Q    Do you recall how long after the September 29 meeting

12   you had that next meeting?

13   A    Maybe a week, a couple days or a week.

14   Q    So if you could flip to the next page of your -- of

15   your notebook, which is 1137-15, and I'll ask if you see an

16   entry, there, that reflects your next meeting concerning

17   the -- the clay sculpt?

18   A    Yes, it's -- it says "Fiona" and then "October 6th."

19   Q    And would that be the meeting -- the next meeting you

20   had concerning the clay sketch?

21   A    Yes.

22   Q    On October 6th?

23   A    Yes.

24   Q    Do you remember who was at that meeting?

25   A    I remember Carter, Paula and Veronica and my daughter.

1    Q    Okay.  Who was Paula?  What is Paula's full name?

2    A    It was Paula Treantafelles at the time.

3    Q    And who was Veronica?

4    A    I don't remember her last name.

5    Q    Marlow?

6    A    Veronica Marlow.

7    Q    Okay.  And on that day, on October 6th, did you receive

8    any comments to the clay sketch that you did?

9    A    Yes, I did.

10   Q    And what were those comments?

11   A    Ankles skinnier, legs skinnier from the inside, meaning

12   inner thighs; more definition in the bust.  Paula, I

13   remember that comment was from her.  She wanted me to carve

14   in the -- like the solar plexus in more so it would be

15   more -- her breasts would be more perky.

16   Q    And did she tell you why?

17   A    To make it younger.

18   Q    To make the clay sketch younger looking?

19   A    Yeah, they wanted younger dolls.  I made her look

20   older.

21   Q    Okay.  Go ahead, what are the other changes you

22   discussed?

23   A    The body smaller and the head bigger.

24   Q    And why did the changes have to be made for the body

25   smaller and the head bigger?

1    A    That's what they wanted.

2    Q    Okay.  Did they tell you why?

3    A    They didn't tell me why.

4    Q    Okay.  What's the next comments?

5    A    Bigger lips and cheekbones.

6    Q    And of these comments that were made, do you remember

7    any of them that were made in particular by Carter Bryant?

8    A    He wanted the ankles skinnier.

9    Q    And based on your experience as a sculptor, a toy

10   sculptor in particular, would that be something that's

11   feasible?

12   A    It's difficult to make ankles too skinny because the

13   plastic in the doll is malleable, so if the ankles are too

14   skinny, you end up with kind of crooked ankles and the feet

15   kind of curl in different ways, just due to the nature of

16   the plastic.

17   Q    And did you make that -- I -- so what happened after

18   the meeting was over?

19   A    After the meeting was over, I figured I just needed to

20   get this in the wax, which is what I use.  It's very hard

21   sculpting wax.  It's like stone.  It's not like candles,

22   which are kind of mushy, but the wax, you actually use

23   knives, sandpaper to smooth it, things like that, so that

24   way I can get more precise and accurate features.

25   Q    How did you go from the clay sketch to get to a wax

1   figure?

2   A    I had a mold made, which is a -- it's silicone, which

3   is a rubber -- a two-part rubber, and they pour -- they --

4   Q    Who is "they"?

5   A    The people who make molds, but at this point, I was

6   just using Gentle Giant, a company called Gentle Giant.

7   Q    Okay.

8   A    So for example, say I was molding this pen, I would

9   glue it down to a surface and then put a wall around it and

10  pour the silicone in it, in a catalyzer.  And the catalyzer

11  has a chemical reaction with the silicone, and it hardens in

12  about 24 hours, and then they cut the piece out.  And if you

13  are following me, that way I can pour the hot molten wax

14  into the negative part, and then I pull out an exact wax

15  copy of this.

16  Q    And the technique you described about how you would put

17  the object on the -- glue it to something and then put it

18  into the -- the container where they pour silicon on it, is

19  that something that Gentle Giant did?

20  A    Yes.

21  Q    Okay.  And prior to doing that process through Gentle

22  Giant, did you make the changes that were reflected on the

23  October 6th meeting?  Did you make changes to the clay

24  sketch that was given to you on the October 6th meeting?

25  A    Well, I -- I started to make the changes.  I had to

1    completely cut it up and start over, basically.

2    Q    Okay.

3    A    So it was more than just making a few changes.  It was

4    starting -- starting the whole project over so I can make it

5    a more feasible doll rather than a big giant figurine.

6    Q    And did you make those changes prior to giving the clay

7    sketch to Gentle Giant?

8    A    No, I didn't.

9    Q    I'm sorry, I didn't -- I'm confused.

10   A    I'm sorry.

11   Q    That's all right.

12        The October 6th meeting, you get some comments?

13   A    Yes.

14   Q    And you take the clay sketch and you -- and you make

15   the changes -- or you make the -- try to incorporate the

16   comments that were made, right?

17   A    Correct.

18   Q    Did you incorporate all of the comments that were made?

19   A    I did not.

20   Q    Which ones did you omit?

21   A    I can't -- I omitted the more detailed ones, like the

22   bigger lips and the cheekbones.  I didn't bother making the

23   ankles skinnier.  There wasn't any point to it.  And then I

24   decided I just needed to go to the wax so I could get more

25   technical and nitty-gritty with it, you know, like actually

1   getting down to business rather than just the fun, kind of

2   quick, sketchy, "here is the idea."

3   Q    Okay.  And so then you've got this -- this clay sketch,

4   and then I think you said you sent it to Gentle Giant to

5   make a mold; is that right?

6   A    Correct, a silicone mold.

7   Q    Okay.  And do you recall approximately when Gentle

8   Giant returned the mold back to you so you could pour the

9   wax in it?

10  A    I don't recall exactly when.  It would have been at

11  least a few days afterwards.

12  Q    Let's look at Exhibit 4551, please, and I'll ask you if

13  you recognize that document.

14  A    Yes, I do.

15  Q    What is it?

16  A    It's an invoice to me from Gentle Giant.

17           MR. MC CONVILLE:  Your Honor, I'd move

18  Exhibit 4551 into evidence.

19           THE COURT:  It's the invoice of October 11th?

20           MR. MC CONVILLE:  Yes.

21           THE COURT:  Look at the top.

22           Okay.  Received.

23           *(Defendants' Exhibit No. 4551 is received in*

24       *evidence.)*

25

1    BY MR. MC CONVILLE:

2    Q    Okay.  Let's go to the top left.  Who is that

3    referenced up there?

4    A    Gentle Giant Studios.

5    Q    Okay.  And what's the description of the work?

6    A    The description -- excuse me.  The description of the

7    work is, under "Item," it says the molding, which is the

8    silicone mold, and that would be the molding of the

9    four-piece doll.  This is a later version -- this is the

10   molding of the wax figure that I did later.

11   Q    Okay.

12   A    This isn't the mold of the big one.

13   Q    Okay.  Well, let's look at the date at the top of that,

14   there.

15   A    Okay.

16   Q    What's the date of that invoice?

17   A    It's October 11th.

18   Q    So October 11 is -- is -- is the date that you sent

19   your clay sketch to Gentle Giant?

20   A    No.

21   Q    Well, let me -- let me show you Exhibit 1136, please.

22            MR. MC CONVILLE:  And this is already in evidence,

23   your Honor.

24   BY MR. MC CONVILLE:

25   Q    All right.  Do you recognize that exhibit that's in

1   front of you, 1136?

2   A    Yes, I do.

3   Q    And what it?

4   A    This is the -- the clay -- the clay sketch we keep

5   talking about.

6   Q    Is this the clay sketch that -- well, that's not made

7   out of clay, right?

8   A    No.  This is a cast of it.

9   Q    So who made the cast?

10  A    Gentle Giant made the cast.  So Gentle Giant took the

11  mold and poured in -- another two-part process, but it's

12  resin, which is a different kind of plastic, and it sets up

13  in, like, 20 minutes, and they pour it in, and this is what

14  came out, so --

15  Q    And is that work that Gentle Giant did that would have

16  postdated -- it would have been after October 6th, right,

17  which is the meeting you had --

18  A    Yes.

19  Q    Okay.  And so this is something that came back to you

20  from Gentle Giant sometime after October 6th?

21  A    Correct.

22  Q    Within a couple days?

23  A    Yes.

24  Q    Okay.  And what's -- and how many copies did you get

25  back of the 1136 from Gentle Giant?

```
1   A    I can't remember, but I believe there were three

2   copies.

3   Q    Of that particular resin?

4   A    Yes, of this big resin sketch.

5   Q    Okay.  And then after you got -- you then received that

6   back from -- from Gentle Giant?

7   A    The mold.

8   Q    The mold, okay, the mold being the -- the silicon

9   container --

10  A    Correct.

11  Q    -- that had the molds for the clay sculpts -- clay

12  sketch?

13  A    Correct.

14  Q    Okay, got it.

15       And so you poured that yourself?

16  A    I poured the wax myself.

17  Q    Okay.

18  A    Gentle Giant poured the resin, the chemicals.

19  Q    Okay.  And what happened after you received that resin

20  sculpt back?

21  A    Well -- okay.  I got the mold back.

22  Q    Okay.  I'm sorry.  You got the mold back.

23  A    Correct, and then I poured the wax.

24  Q    Okay.

25  A    And then I went in with a wax of this -- well, this was
```

1    separate, and the arms were separate, of course, and I -- I

2    had to -- they wanted it much smaller, like, you know, 9 or

3    10 inches, so I had to go in and just cut with a jeweler's

4    saw, like cut off the legs here, cut out part of the legs

5    here, here and here, as well as the torso, just to very

6    slowly shrink it all down so it's the right size.

7    Q    And you were working from a wax sculpt at the time?

8    A    Yes.

9    Q    Can you describe the consistency of the wax you were

10   dealing with?

11   A    Well, like I said before, the wax is like stone.  It's

12   a mixture of paraffin and beeswax and Carnuba, but you put a

13   lot of talc in it so you can get it super, super hard so you

14   can get a lot of really fine detail and smooth it to look

15   like porcelain.

16   Q    And could you -- you called it "stone."  Is it possible

17   to make it "unstone-like"?

18   A    Yes.

19   Q    How do you do that?

20   A    I use a -- it's called a wax pen, and it's an electric

21   pen with different tips, and the tip heats up really hot,

22   and you just basically add wax, one drip at a time.

23   Q    Okay.  And I think you said -- did you say you chopped

24   the legs off too?

25   A    Yes.

1    Q    Why did you do that?

2    A    So I can make it smaller.  I should have started over,

3    in hindsight, but I just used this, and I just cut it all up

4    to make it smaller so I could start figuring out how to

5    articulate the legs, the arms and the body, and -- and how

6    to make it producible, in general.

7    Q    How long -- how many hours would it take, this process

8    that you've discussed to making the sculpt smaller, how long

9    did that take?

10   A    Let's say like 10, 12 hours a day, probably about 5

11   days.

12   Q    Okay.  And -- and while you were doing these changes to

13   the -- to the -- what's Exhibit 1136, was Carter Bryant

14   working with you?

15   A    No, he was not.

16   Q    Were you referring to Carter Bryant's drawings at that

17   time?

18   A    No, not at all.

19   Q    And ultimately, did Carter Bryant give you any

20   direction as it relates to your transitioning from

21   Exhibit 1136 to the next sculpt?

22   A    No, no direction from that time frame.

23   Q    And you said this probably took you working 10, 12

24   hours a day, it might take you, what did you say, a week or

25   so?

1    A    Yeah, five days, give or take.

2    Q    And then what did you do next?

3    A    Well, next we had another mold made.

4    Q    And who made that mold?

5    A    Gentle Giant.

6    Q    So that 1136 is no longer your working sculpt anymore,

7    right?

8    A    No, that -- no.  The clay gets destroyed in the molding

9    process, and, you know, the wax was -- you know, for the

10   most part, this entire thing just ceased to exist.

11   Q    Okay.  And then let's look at Exhibit 1141, please, and

12   I'll ask you --

13             MR. MC CONVILLE:  That's already in evidence, your

14   Honor.

15             THE COURT:  Okay.

16   BY MR. MC CONVILLE:

17   Q    And what is this, 1141?

18   A    This would be the next iteration of the doll.  After I

19   cut it all up and started working out the joints so the legs

20   can move, you know, there's a space between the legs, you

21   know, try to figure out how long the neck should be, what

22   kind of joints they have.

23   Q    What's the material of that sculpt that -- that you're

24   holding?

25   A    This is a resin, the same as this, but it's a different

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

24

1   color.

2   Q    Okay.  And how did you make that resin sculpt?

3   A    Gentle Giant cast this into the molds of my waxes that

4   I gave them.

5   Q    Okay.  So could we look at Exhibit 1140A through D,

6   please, and describe for us what these are.

7   A    Okay.  This is the mold I was talking about.  This is

8   the silicone after it's catalyzed.

9   Q    Do you know the exhibit number on there?

10        MR. MC CONVILLE:  Diana, can you help us with that

11   exhibit number?

12        MS. RUTOWSKI:  Yeah.  1140A.

13        MR. MC CONVILLE:  1140A.

14   BY MR. MC CONVILLE:

15   Q    Okay.  So hold it up so we can see --

16   A    Okay.  This is the mold, and then see inside, it's kind

17   of malleable, so you can pull out, you know, whatever

18   chemical you poured in here, into these holes, you can just

19   open it and pour it out.  And this is a mold -- you probably

20   can't tell from there, but of these legs, right here.

21   Q    And then what are the other components that are up

22   there in blue as well, what are those?

23   A    These are more molds in a set, so this here -- oh,

24   1140C, this is a mold of these arms.

25   Q    And you got these -- let's finish identifying the rest.

1    That was C.  Let's identify D and E, please.

2    A    Okay.  This is 1140B, this would be the torso, which is

3    this part, from here to here.

4         And then this is the head, you can see like a negative

5    round ball in here.  That's the head, which is --

6              THE COURT:  And that's 1140D?

7              THE WITNESS:  D, as in dog.

8              THE COURT:  Thank you.

9    BY MR. MC CONVILLE:

10   Q    And is there a date on the outside of those molds?

11   A    Yeah.  Generally, when these molds -- the chemicals

12   break down through time, so people put the date on it so

13   they can throw it away in a year so it's not rotting on the

14   shelves and secreting nauseous fumes.

15   Q    I'm glad you're handling it now.

16         (Laughter.)

17   BY MR. MC CONVILLE:

18   Q    So is that the time, October 23rd, that you received

19   the resin sculpt, which is 1141?

20   A    It would have been that or the day after.

21   Q    Okay.  And you've talked about negative space before in

22   your testimony.  What does "negative space" mean?

23   A    Negative space, for example, like this is positive

24   space, in three dimensions, this is taking up space.  And

25   when you take the head out of the mold, it leaves negative

1   space, which is the absence of the object, so -- it's the

2   same in drawings as well.

3           MR. MC CONVILLE:  Your Honor, I move into evidence

4   Exhibits 1140A through D.

5           THE COURT:  Received.

6           *(Defendants' Exhibit Nos. 1140A through 1140D*

7       *are received in evidence.)*

8   BY MR. MC CONVILLE:

9   Q    Okay.  So you get back from Gentle Giant the molds and

10  the resin sculpt?

11  A    Yes.

12  Q    What happened after that?

13  A    After that, I had another meeting to show this to

14  everybody.

15  Q    Who is "everybody"?

16  A    "Everybody," meaning Paula, Veronica, Carter, and then

17  Mercedeh Ward was there.

18  Q    And where did that meeting take place?

19  A    At MGA.

20  Q    Do you remember the date of the meeting?

21  A    Not exactly.

22  Q    Based on the date of the -- of those molds of

23  October 23rd, would it be after October 23rd --

24  A    Late October.

25  Q    Late October?

1    A    Yes.

2    Q    And you said -- we know who Paula Garcia is and we know

3    Veronica Marlow.  Who is Mercedeh Ward?

4    A    She was the engineer.  She was the brains behind all

5    the technical part and production part.  She is called a

6    production engineer.

7    Q    And what role did Paula Garcia play on this project?

8    A    She made aesthetic comments on the sculpt.

9    Q    Okay.  And describe to us -- and if you want to refer

10   to your notes, it's on page -- let's see here -- page 18,

11   and please describe for us what happened in that meeting in

12   late October.

13   A    Some people made aesthetic sculpts -- aesthetic

14   comments, and Mercedeh was making the more technical

15   comments.  The first one was to make the breasts more

16   natural, which was probably Paula.  Mercedeh was saying the

17   ball joints -- can I explain what joints are?

18   Q    Yes, please.

19   A    There are two kinds of joints in dolls.  One is a ball

20   joint, which is basically like our joints.  You know, we

21   have a ball, and then the outside joint goes around, so it

22   has a lot of motion.  It doesn't in this one, but -- and

23   then there are disk joints, which is a flat joint and just

24   two circles, so it's just kind of a flat rotation.

25        So Mercedeh wanted ball joints in the arms only and

1    disk joints in the legs, because the legs would be going up

2    and down instead of what I have, which are ball joints

3    and --

4    Q    I'm sorry, there are ball joints in that 1141, which

5    you are holding up?

6    A    Right, I had put ball joints in this.

7    Q    Okay.  Go ahead.

8    A    And then joints in the arms, and Mercedeh switched it.

9    Q    Did she explain to you why?

10   A    She didn't explain to me why.  I just --

11   Q    Okay.  You understood -- you understood she was the

12   engineer on the project?

13   A    Right.  That's what she wanted, so that's --

14   Q    All right.  Let's look at your notes and see what

15   other comments --

16   A    Okay.  Room in the pelvis.  I had to put room, like

17   from here to here, so there was enough plastic to hold the

18   legs on there.  If there wasn't enough plastic, the legs

19   would just pop off very easily.

20   Q    There is a comment here, "both legs same, yes," what

21   does that mean?

22   A    Carter wanted one leg bent, but --

23   Q    And is that -- 1141, does it have one bent leg?

24   A    Yes, it has one bent leg.

25   Q    Okay.

```
 1   A    And the reason we couldn't make a bent leg is because
 2   in most dolls -- I don't know if you all have played with
 3   dolls, but you take, for example, a Barbie leg and bend it
 4   back and forth, it makes a cracking noise.  So it's like a
 5   malleable plastic, and then it has, like, this armature
 6   inside that allows the leg to bend back and forth.  So there
 7   is no point in bending a leg like this.  It would just look
 8   weird when you bend it back and forth.
 9   Q    Okay.
10   A    Okay.
11   Q    "Ears more flush," what does that mean?
12   A    "Ears more flush," I had the ears -- I like ears on
13   doll heads to stick out.  I think it looks better, but they
14   wanted them -- most people want them stuck in more, more
15   flush to the head.
16   Q    Can you show us the doll head that's up there?
17   A    This is one version I have.  See, I had the ears
18   sticking out farther, but they wanted them stuck in more.
19   Q    And do you see any comments -- there is something there
20   about head size, "find out how much bigger, 6 percent," what
21   does that mean?
22   A    Okay.  Bear with me.
23        There is a shrink rate in different plastics that they
24   use, and most heads you see on dolls, they are that squishy
25   plastic, it's vinyl.  And the vinyl shrinks due to the
```

1    manufacturing process that shrinks anywhere from 6 to

2    10 percent, so you have to alot for that when you are

3    sculpting.  Like this is just one to one, because this

4    plastic, the hard plastic, doesn't shrink as much as this

5    because this head is -- like I would sculpt it bigger so

6    that it would shrink, and the product on the shelf would

7    look proportionate.

8    Q    So this was a direction to make the head bigger?

9    A    Correct.

10   Q    All right.  To accommodate for the shrinking that's

11   done in the manufacturing process?

12   A    Right.

13   Q    All right.  "Feet as generic as possible, 1 foot," what

14   does that mean?

15   A    Mercedeh wanted a "uni-foot," which means no left or

16   right foot.

17   Q    And then prior to that meeting at the end of October,

18   had you been sculpting different feet?

19   A    Yes.  Initially, I just sculpted the feet right on the

20   leg.  I didn't cut it yet.

21   Q    Okay.

22   A    And I was sculpting left and right foot.

23   Q    So this was a direction from the engineer to make it

24   one foot?

25   A    One foot fits all.

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 31 of 122   Page ID #:309458
CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

31

1    Q    Okay.  And what does -- there's a comment here about

2    ".60 wall thickness."  What does that mean?

3    A    It's another technical thing.  You have to have a

4    certain amount of -- just like the pelvis, you have to have

5    a certain amount of thickness in here so that you can put

6    the -- the -- the joint in.  It's like a peg, so it will

7    stay in there.

8    Q    So again, was that a comment made by Ms. Ward?

9    A    Yes.

10   Q    There is a comment here about "round nose more."  What

11   does that mean?

12   A    I had made the nose too triangular.

13   Q    What was the purpose behind making the nose rounder?

14   A    It's aesthetic -- an aesthetic comment.  It's just what

15   they would rather look at.

16   Q    And there's also a day here that says "11/27 final

17   wax."  What does that mean?

18   A    That's when Mercedeh wanted me to have the final wax

19   ready to go to Asia, like tooling ready.

20   Q    So that would be the next version of the sculpt that

21   you were working on?

22   A    Yes.

23   Q    And the wax we're talking about is the stuff that

24   becomes stone-like?

25   A    Yes.

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 32 of 122   Page ID #:309459
CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

32

1    Q    Ultimately when it's cured?

2    A    Yes.

3    Q    Okay.  And why -- why did you pick that date of 11/27?

4    A    I didn't pick that date.  Mercedeh picked that day.

5    Q    And did she tell you why?

6    A    No.  I didn't question it.

7    Q    And was there anything else that happened at that -- at

8    that meeting that you recall?

9    A    Not that I recall.

10   Q    How many -- how long did that meeting last?

11   A    Maybe half an hour.

12   Q    And you said the meeting took place at MGA?

13   A    Yes, it did.

14   Q    Was that your first meeting at MGA?

15   A    Yes, it was.

16   Q    And I want to -- and up to this point, up to the making

17   of the second sculpt, 1141, the -- had you been paid yet for

18   your work, if you recall?

19   A    I can't recall.  I doubt it.

20   Q    Okay.  Let's look at Exhibits 17823 and 17825, please,

21   and I'll ask you if you recognize them.

22   A    Yes, I do.

23   Q    What are they?

24   A    Oh, what was the other one?

25   Q    I'm sorry, 17823 and 17825.

1   A    These are invoices to MGA for my work.

2          MR. MC CONVILLE:  Your Honor, I move into evidence

3   Exhibits 17823 and 17825.

4          THE COURT:  Received.

5          *(Defendants' Exhibit Nos. 17823 and 17825 are*

6       *received in evidence.)*

7   BY MR. MC CONVILLE:

8   Q    Was there a discussion at your meeting at the end of

9   October about you getting paid; do you recall?

10  A    Paula had told me to submit a quote and an invoice.

11  Q    That happened at that meeting at MGA?

12  A    Oh, at that final -- the last meeting, I don't remember

13  talking about money at that meeting.

14  Q    Okay.  But in any event, you submitted --

15         MR. MC CONVILLE:  Which document is on the screen,

16  Mike?

17         MR. STOVALL:  823.

18  BY MR. MC CONVILLE:

19  Q    823, so let's look at Exhibit 17823.  At the top is

20  your name, Margaret Leahy?

21  A    Yes.

22  Q    And underneath it says, "Name of client," "MGA"?

23  A    Yes.

24  Q    And the name of the project is "Girlz," g-i-r-l-z,

25  "Fashion Doll"?

1   A    Yes.

2   Q    What does that refer to?

3   A    That was the working name of the doll.

4   Q    As of the date you submitted this, which in the upper

5   right, it says, "October 25, 2000," you didn't know that the

6   doll was going to be called "Bratz"?

7   A    I might have heard the name being kicked around at that

8   point, but the name I knew it as were Girlz.

9   Q    Okay.  And the description of what you're providing

10  here is one head, two arms with ball joints, one torso, two

11  legs with ball joints, and different facial expression,

12  correct?

13  A    Correct.

14  Q    So this -- based on this description, does that sound

15  like the second sculpt because it has ball joints?

16  A    Yes.

17  Q    Okay.  And the items in the description says, "final

18  body"; do you see that on the left?

19  A    Yes.

20  Q    Was this the final body -- was this the final work that

21  you did for MGA on this project, October -- was -- in

22  October 2000, were you done working on the Bratz project?

23  A    I wasn't done at that point.

24  Q    Okay.  And then let's look at Exhibit 17825, that's

25  also an invoice; is that correct?

1    A    Yes.

2    Q    And that's another one you submitted to MGA?

3    A    Yes.

4    Q    Okay.  So after -- and MGA was the one who was paying

5    you for your work on this Girlz project?

6    A    Yes.

7    Q    Let's look at Exhibit -- well, let me ask you this:

8    During these meetings, you've had one now, one or two in

9    September, had one in October, and now we've had one at the

10   end of October, was Carter Bryant a vocal participant in

11   these meetings?

12   A    No.  Carter Bryant is a very quite person, and he

13   didn't tend to say much in the meetings.

14   Q    Do you recall after you made the -- the second sculpt,

15   1141, receiving a drawing from Carter Bryant after that

16   date?

17   A    Yes, he had -- he made a -- after we had the meeting

18   with Mercedeh showing her the -- this sculpt --

19   Q    That's the end of October, right?

20   A    The end of October.

21        -- Carter felt like he had to get more drawings so I

22   can get the sculpt done the right way.

23   Q    Okay.  So let's look at Exhibit 5-89, please, which is

24   in evidence.

25        And what is this drawing?

1    A    This is the drawing that Carter did of this sculpt

2    after the meeting.

3    Q    Did he tell you why he made the drawing?

4    A    I don't know why he made the drawing.  I guess he just

5    felt that he had to.

6              MR. PRICE:  Your Honor, object to strike

7    everything after "I don't know why" as speculation.

8              THE COURT:  Sustained.

9              I'm sorry, sustained.  It's stricken.

10   BY MR. MC CONVILLE:

11   Q    Did you use the drawing that Carter Bryant gave you

12   after this end-of-October meeting?

13   A    No, I did not.

14   Q    Why not?

15   A    Because I had sculpted everything to this point, and

16   this drawing wasn't very feasible.  It still wasn't

17   feasible -- well, it's a better drawing than the ones before

18   I had already gotten to this point in this sculpt.

19   Q    So he was just memorializing in drawing the sculpt that

20   you made by the end of October?

21   A    Right, the sculpt.

22   Q    Okay.  And this drawing that's up on the screen, this

23   was not a drawing that he gave you at your initial meeting

24   in September, right?

25   A    Correct, he did not give that to me.

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

37

```
1    Q    Let me -- did -- did that drawing have anything -- did
2    it have any affect on your work at all?
3    A    No, it did not.
4    Q    And did you rely on it in any way in your sculpting?
5    A    No, I did not.
6    Q    Did -- let me step back.
7         So I believe you testified that your prior work, you
8    had worked at Mattel as a sculptor, had you ever sculpted a
9    doll before, an entire doll from start to finish?
10   A    No.  Like I said before, we all, as a group, as
11   sculptors, we all shared different parts of a doll in order
12   to get it done quicker.  So I'd get an arm here or a leg
13   there, but I mostly did the heads for Disney.
14   Q    So this was your first taking a ball of clay and making
15   it into a full doll sculpt?
16   A    A full doll sculpt.
17   Q    And how did you know what to do?
18   A    I think just through my knowledge of anatomy from
19   college, from studying anatomy, to my knowledge of how a
20   doll works at Mattel, I just put it all together.
21   Q    Now, after this -- what was the date on those -- on
22   those molds again; October 23rd?
23   A    Yes, October 23rd.
24   Q    And I think you said the meeting at MGA would have
25   taken place a few days after October 23rd?
```

1    A    Yes.

2    Q    So is it fair to say let's call it October 25th?

3    A    That could be very fair.

4    Q    Okay.  So after the October 25th meeting, Carter Bryant

5    gives you that drawing, correct?

6    A    Correct.

7    Q    And then what did you do next in the process?  Were you

8    done working with MGA at that point?

9    A    No.

10   Q    What was next?

11   A    Next, I had to incorporate all of the changes in this,

12   and change all of the joints, which is quite time-consuming

13   because I had to have a machinist make all of the joints.

14   It's like making a car.

15   Q    So the notes that are reflected in your notebook, those

16   were notes -- those were comments that were made at the

17   October 25th meeting, and you had to incorporate those

18   comments and try to get them done by November 27th; is that

19   the -- am I reading that correctly?

20   A    Yes, you are.

21   Q    Okay.  So then what did you do next?

22   A    Well, I had my machinist make the armatures for the

23   disk joints and the ball joints --

24   Q    I'm sorry, you used the word "armature."  What's an

25   armature?

CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

39

1    A     An armature are the actual mechanical parts, the

2    geometric parts with the -- I can't open this right now, but

3    in here, there's like half balls in the legs, and here,

4    there are half cuffs, so you have to fit them together

5    absolutely perfectly so that the legs will move the right

6    way, and the disk is just like a little tiny disk; that

7    simple.

8    Q     And who was doing that work for you?

9    A     It was -- my machinist's name is Sabina Meyer

10   Zurechkendorf.

11   Q     Common spelling?

12            (Laughter.)

13            THE WITNESS:  It's phonetic.

14   BY MR. MC CONVILLE:

15   Q     Would you mind spelling that, if you could?

16   A     Sabina is S-a-b-i-n-a, and her last name is M-e-y-e-r,

17   Z-u-r-e-c-h-k-e-n-d-o-r-f.

18   Q     I would have spelled it that way, too.

19            (Laughter.)

20   BY MR. MC CONVILLE:

21   Q     So tell me how you worked with the machinist?  Did she

22   come to your house?  Did you go to her house?  How did that

23   work?

24   A     She came to my house when she was done, but I went to

25   her house.  We -- she luckily lived down the street from me.

1    I had to go there and give her the measurements and the

2    drawings and show her exactly what I needed.

3    Q    And during this time period, after the October 25

4    meeting, did you have any other conversations or interaction

5    with anybody from MGA?

6    A    Not until I had the final wax to show.

7    Q    Well, do you recall -- and do you remember when you

8    showed the final wax?  Sometime after November 27,

9    presumably?

10   A    Well, it probably would have been a little before that

11   so I could incorporate more changes.

12   Q    Okay.  But do you recall after the October 25th

13   meeting, having conversations, for example, with Mercedeh

14   Ward?

15   A    I think we had a few phone calls, here and there.

16   Q    Okay.  If you could look at your notebook on page 23,

17   and there's a comment at the top.  Could you read those?

18   A    Okay.

19   Q    Does that say "Mercedeh" in the upper right hand --

20   A    Yes, it says "Mercedeh."

21   Q    What does it say below?

22   A    It says the nose is crooked.  I had gotten the nose off

23   center, and she wanted more definition.  Right arm needed to

24   mimic the left arm but keep it straighter.

25        The boot, to simplify the bottom of the boot, like the

```
 1    sole.  Her -- the Bratz head right eye was higher, and I
 2    needed to match it to her left eye.
 3    Q    Did you also -- do you also remember receiving any
 4    e-mail from Ms. Ward at the time?
 5    A    I don't remember any e-mails at that time.
 6    Q    All right.  Let's look at Exhibit 16525, okay?
 7    A    Okay.
 8    Q    Do you recognize it?
 9    A    I don't recognize it, but I believe it was to me
10    because it says it is, so --
11    Q    Well, let's look to the second page of the exhibit.
12         Do you recognize what's on the second page of the
13    exhibit?
14    A    Yes, I do.
15    Q    What's that?
16    A    That was a drawing Mercedeh had made for the -- the
17    armatures I was talking about.
18    Q    Do you remember that you had an e-mail address
19    MLeahy3D@mindspring.com?
20    A    Yeah, that's when I first got e-mail, which is probably
21    why I don't remember it very well.
22              MR. MC CONVILLE:  Your Honor, I'd move into
23    evidence Exhibit 16525.
24              THE COURT:  Received.
25
```

```
 1              (Defendants' Exhibit No. 16525 is received in

 2       evidence.)

 3  BY MR. MC CONVILLE:

 4  Q    At the top of the e-mail we just read, that's your

 5  e-mail address, and the date of this is November 1, 2000,

 6  right?

 7  A    Correct.

 8  Q    So this would have been after the October 25th, 2000

 9  meeting?

10  A    Correct.

11  Q    And the text of this says, "Margaret, I'm sorry this

12  took so long.  I had 58 e-mails to answer, and also my

13  computer is down, as you can see now."  And at the top, the

14  e-mail is actually from someone named Ben Ton.

15  A    Yes.

16  Q    But the text of the e-mail is signed "Mercedeh," right?

17  A    Correct.

18  Q    So let's look at the second page of the exhibit, and

19  describe for us what these are.

20  A    These are the armatures that I was talking about.

21            MR. MC CONVILLE:  Zoom in on the left, please.

22  BY MR. MC CONVILLE:

23  Q    All right.  What is that?

24  A    That's the ball joint I was talking about.  There's a

25  negative -- the negative space one is on the left-hand side,
```

1   half of the ball, and then the positive space was on the

2   right-hand side, and then that would have a ball that would

3   fit into that cup.

4   Q    Did you ask her to send you drawings of the armature,

5   if you remember?

6   A    We -- I can -- I can only speculate.

7   Q    Okay.  Let's -- and can you read the bottom part of

8   the -- of the --

9   A    It says, "Margaret, I'm working with minimal tools,

10  here."

11  Q    And the next page?

12  A    "Forgive my very primitive drawings.  I remember the

13  ball and the arm centered.  I think you can find the" --

14  something -- "but I measured about .03.  Call me if you need

15  to, Mer."

16  Q    And in looking at this, does -- does -- do you think

17  you got a fax from Ms. Ward rather than an e-mail?

18  A    I honestly cannot remember how I got this.

19  Q    Okay.  But in any event, after -- so after the

20  October 25th meeting and after this November 1 document, did

21  you continue working on the sculpt?

22  A    Yes.

23  Q    What were you doing?

24  A    That's when I would have had to have my machinist make

25  those joints, and I would have had to incorporate the

```
 1    changes they needed, like the straightening of the leg and
 2    everything that goes along with getting ready for the
 3    tooling process.
 4    Q    And what material were you working with?
 5    A    Wax.
 6    Q    The stone-type wax?
 7    A    Yes.
 8    Q    And ultimately, did you complete your project at the
 9    end of November time frame?
10    A    It wasn't the end of November.
11    Q    When was it completed?
12    A    Not until December.
13    Q    Do you remember when in December?
14    A    I don't remember the exact date.
15    Q    All right.  So let's look at Exhibit 1234, and I'll ask
16    you --
17              MR. MC CONVILLE:  That may be in evidence already?
18              Is it in evidence?
19              (No audible response.)
20    BY MR. MC CONVILLE:
21    Q    So if you could hold up Exhibit 1234, which is in
22    evidence.  It's a sculpt.
23         Is there a body that goes to that head?
24    A    Yes.
25    Q    And do you recognize Exhibit 1234, which is what you
```

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

45

1    are holding as the next version of the sculpt that you

2    worked on?

3    A    Yes.

4    Q    And you said that was done in December sometime?

5    A    Yes.  It would have been finished in December, yes.

6    Q    Finished in December.

7         And was this the last sculpt that you worked on?

8    A    Yes, this was the last actual sculpt I worked on.

9    Q    Was this -- do you know if this was the final sculpt

10   that went to production with -- on the Bratz doll?

11   A    Well, it's the final sculpt that I made, but after

12   production gets done with it, the tooling and the

13   feasibility of the manufacturing process, it -- it still

14   changes, yet, from there.

15   Q    So I think you said as part of the toy-making process,

16   your job is to make the prototype?

17   A    Yes.

18   Q    So would this have been -- this would have been the

19   final prototype sculpt of the Bratz -- of the thing that

20   became the Bratz doll?

21   A    Correct.

22   Q    And then I think you said that your prototype gets sent

23   to see how it can be produced?

24   A    Correct.

25   Q    And where did that go?

1   A     It --

2   Q     I'm sorry.  I don't want to cut you off, but let me.

3         So who -- where does that sculpt go for determination

4   about whether or not it could be mass produced?

5   A     It -- it has to go to wherever the factory is.  Usually

6   it's in China.

7   Q     And were you consulted at all about how to transition

8   from the final prototype sculpt to the production sculpt?

9   A     Yes, yes.

10  Q     Tell me about your involvement with that.

11  A     It's pretty technically involved.  It's pretty boring.

12  Q     Okay.  Let me ask you a better question.  How much

13  involvement did you have in the transitioning from the

14  prototype sculpt to the mass production sculpt?

15  A     I took my waxes and had to make "nests," are what they

16  are called.

17  Q     What's a nest?

18  A     A nest, it determines -- it establishes the parting

19  line, like if you look at your cell phone or anything that's

20  been manufactured out of plastic, or whatever, you'll see

21  there's a line on it from where the two pieces of plastic

22  come together, and they glue it or fuse it.  So I have to

23  establish that that line is perfect -- well, it's this way,

24  it's perfectly straight and not all crooked and weird so the

25  legs won't get caught up in the mold.  When they are in the

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

47

 1    factory, the machine is pulling the metal mold off the

 2    plastic.

 3          So a nest is a piece of plaster that you build up to

 4    get the actual parting line, here.

 5    Q    And that's -- this nesting is something that you did

 6    for -- that you did for MGA?

 7    A    Yes, that I did for this body.  It's the old-fashioned

 8    way before computers were able to do that kind of thing.

 9    Q    Okay.  And did you ultimately have a mold made of

10    that -- of that sculpt as well?

11    A    Yes, somebody made the molds.

12    Q    Not Gentle Giant?

13    A    Not Gentle Giant.

14    Q    And so this 1234 sculpt is the last -- last sculpt that

15    you did on the Bratz project?

16    A    Well --

17    Q    Last body sculpt that you --

18    A    Last body, yes.

19    Q    So you were holding up a head.  Tell me -- tell me what

20    else you did on the head.

21    A    This is the head, and this is the actual wax I was

22    telling you about.

23    Q    Oh, I'm sorry.  So that's actually the stone-like --

24    that's the wax that turns to stone?

25    A    Yes.

CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

48

1    Q    Okay.

2    A    It doesn't turn to stone, but when it cools, it's very

3    hard and stone-like.

4    Q    Much better, thank you.

5         So tell me what you did with the -- on the sculpting of

6    the head.

7    A    Well, I continued to smooth it out and even it up and

8    make it symmetrical, and, you know, incorporate their

9    comments, like moving the ears into the head.  And then I

10   had to scribe, which means I had to draw a line with my

11   tool.  You probably can't see it from here.  There's a line

12   that goes around it, which is where they root the hair.

13   It's like this big sewing machine with a big giant needle

14   that pokes hair into the head.  It basically sews the hair

15   on.  But this is where they now where to stop at the

16   factory, that hairline.  And then I put the copyright on the

17   back, you know, by hand, triple C, MGA 2001.

18   Q    Okay.  And how -- how -- when did you complete that

19   process of putting the MGA and the hairline on the head?

20   A    I can't remember, but after this, Mercedeh had asked me

21   to make the tooling wax for -- for Asia.  Normally they make

22   it, but it's better controlled so it doesn't get distorted

23   here.  So I made another silicone mold of this, and because

24   this wax has talc in it, it doesn't -- I don't know if you

25   have heard of the lost wax process, the way they've been

1    making bronze in the bronze age, but there is like a big

2    mold, and all the wax melts out of the mold when the hot

3    metal is poured in.  The problem is when you have talc in

4    this wax, the talc stays in the mold and damages the mold on

5    the inside, so they have to use wax without talc, which is

6    called "tooling wax," and that is more like candle wax.

7    Q    And so you made the -- do you remember when you made

8    the --

9    A    The tooling wax.

10   Q    The tooling wax mold?

11   A    I don't remember exactly when.

12   Q    Would it have been after you completed the body sculpt?

13   A    Yes.

14   Q    Okay.  Do you remember at any time being asked to

15   provide a particular doll head to Anna Rhee?

16   A    No, I never gave anything to Anna Rhee.

17   Q    Do you know Anna Rhee?

18   A    Yes, I do.

19   Q    What do you know her to be?

20   A    She's an artist and a face painter.

21   Q    Did you -- did you provide a head for Ms. Rhee to

22   paint?

23   A    She would have painted some iteration of this, but I

24   didn't have it -- I didn't know anything about it.

25   Q    Okay.  Well, let me ask you this:  When was the head --

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

1  when was the head that was the final sculpt that you came up

2  with, when was that head finished?

3  A    I don't know exactly when, but it was after this body.

4  Q    So it would have been sometime in December or later?

5  A    Right.

6  Q    And prior to that time, was there a head to paint?

7  A    I don't know.

8  Q    Okay.

9  A    To tell you the truth.

10 Q    Now, at the end of this -- of your sculpting for the --

11 for the body and the head, did you make -- did you work on

12 any other parts of the Bratz sculpting?

13 A    I started making the shoes after that.

14 Q    And do you remember when that was?

15 A    Just after this.  I -- I got very busy at the time, I

16 didn't keep as good notes in my notebook, so I don't know.

17 Q    Did you -- would it have been in January, roughly?

18 A    December, January.

19 Q    Okay.  Let's look at Exhibit 35863, please.  And I'll

20 ask if you recognize it.

21 A    Yes, I do.

22 Q    What is it?

23 A    It's a shoe that I sculpted.

24 Q    For the Bratz project?

25 A    For the Bratz project.

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 51 of 122   Page ID #:309478
CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

51

```
1            MR. MC CONVILLE:  Your Honor, I move into evidence
2    Exhibit 35863-1.
3            THE COURT:  Received.
4            (Defendants' Exhibit No. 35863-1 is received
5        in evidence.)
6    BY MR. MC CONVILLE:
7    Q    These were the shoes that you sculpted on the Bratz
8    project?
9    A    Yes.
10   Q    And do you recall when that was?
11   A    I don't recall when that was.
12   Q    Okay.  Let's look at Exhibit 17822, please.
13           THE COURT:  It should be an invoice, Counsel.
14           MR. MC CONVILLE:  Yes.
15   BY MR. MC CONVILLE:
16   Q    Do you have that in front of you?
17   A    Yes, I do.
18   Q    And what is it?
19   A    It's an invoice.
20   Q    For what?
21   A    For shoes.
22   Q    Invoice that you submitted to MGA for the shoes that
23   you molded?
24   A    The shoes that I sculpted.
25   Q    The shoes you sculpted, I'm sorry; is that true?
```

1    A    Yes, that's true.

2              MR. MC CONVILLE:  Your Honor, I move into evidence

3    17822.

4              THE COURT:  Received.

5              *(Defendants' Exhibit No. 17822 is received in*

6         *evidence.)*

7    BY MR. MC CONVILLE:

8    Q    And Ms. Leahy, do you see the date in the upper

9    right-hand corner for this shoe sculpt invoice?

10   A    Yes, I do.

11   Q    What's the date on it?

12   A    December 19th.

13   Q    So that would have been approximately the time that you

14   were working on shoe sculpts for MGA?

15   A    Yes.

16   Q    And during this process of going from the big clay

17   sketch, to the gray resin sculpt, to the next sculpt, to the

18   final 1234 sculpt, were you in that -- when you got to 1234,

19   were you relying on Carter Bryant's drawings to get to 1234,

20   that final sculpt?

21   A    No, I was not.

22   Q    And were you in contact with Carter Bryant about the

23   changes you were making to that sculpt?

24   A    Yes, I was.

25   Q    What -- what sort of contact were you having with

1    Carter Bryant?

2    A    Mainly phone conversations, and we met a few times.

3    Q    Did he give you any technical description about how he

4    wanted the sculpt to be changed?

5    A    Not technical, no.

6    Q    All right.  And who was paying you for your work as you

7    were -- as you were -- on that final sculpt, 1234, who was

8    paying you for your work on that project?

9    A    Bratz -- I mean, MGA.

10   Q    MGA was.

11        And during your -- over the course of the years that --

12   let me ask you a backup question:  Do you know how much

13   money you were paid for the sculpting work that you've

14   described for Bratz from the September to December time

15   frame of 2000?

16   A    Roughly around $20,000.

17   Q    And over the course of the years from when you became a

18   freelancer in September 2000 until you became an MGA

19   employee in, what year was that, 2005?

20   A    2005.

21   Q    During the course of that time period, have you had an

22   opportunity to figure out approximately how much money you

23   made from MGA?

24   A    Yes, it was somewhere around 500,000.

25   Q    $500,000 for all the work that you did for MGA as a

1    freelancer?

2    A    Yes, for all the work.

3    Q    And did you do work other than the Bratz project for

4    MGA?

5    A    Yes, I did quite a few projects.

6    Q    Okay.  Now, let's -- I want to change topics now and

7    try and walk you through in more detail the changes that you

8    made to the sculpts; are you -- okay, so I want to put in

9    front of you Exhibit 36080, and I'll ask you if this

10   document accurately reflects your testimony about the timing

11   of these sculpts?

12   A    Yes.

13   Q    Well, let me ask you, I see there is one on here I

14   didn't ask you about.

15        Do you know when the final production sculpt, so after

16   you got to that Exhibit 1234 and sent it to -- and it was

17   sent to China for final production sculpt, do you know how

18   long it took to get to the final production sculpt for the

19   Bratz doll?

20   A    I really don't know.  I'm not involved in the process

21   at that point.

22            MR. MC CONVILLE:  Okay, your Honor, we've had

23   testimony already in that case that that time was May 2000,

24   I'd like to show the chart.  I mean May 2001.

25            THE COURT:  You may.

1           MR. MC CONVILLE:  Thank you.

2    BY MR. MC CONVILLE:

3    Q    And would it be helpful for your testimony to show you

4    the exhibits so we can walk through the timing of these

5    different sculpts?

6    A    Yes.

7           THE COURT:  The same courtesy is going to be

8    extended, of course, to Mattel.

9           MR. MC CONVILLE:  Yes.

10          MR. PRICE:  Your Honor, may I plead for a short

11   bathroom break.  I know it's a little early.

12          THE COURT:  We're going to have a short bathroom

13   break.

14          You are admonished not to discuss this matter

15   amongst yourselves, nor form or express any opinion

16   concerning the case.

17          Can I come get you in 15 minutes?  We'll see you

18   at that time.

19          Counsel, 15 minutes, so 20 after the hour.

20          Why don't you step down.

21          (Recess.)

22          (The following proceedings is taken in the

23      presence of the jury.)

24          THE COURT:  All right.  We are back in session.

25          The jury is present, counsel, all parties,

56

```
 1    Ms. Leahy.

 2            And Counsel, Mr. McConville, if you'd like to

 3    continue your direct examination.

 4            MR. MC CONVILLE:  Yes.

 5            So if we could put up Exhibit 36080-1.

 6            MARGARET LEAHY, DEFENSE WITNESS, RESUMED

 7                 DIRECT EXAMINATION (Continued)

 8    BY MR. MC CONVILLE:

 9    Q    And Ms. Leahy, the first box on Exhibit 36080, do you

10    recognize that on the left, I'm sorry?

11    A    Yes, I do.

12    Q    And what is it?

13    A    It's one of Carter Bryant's drawings.

14    Q    That he gave to you prior to your sculpting process?

15    A    Correct.

16    Q    And I believe you said that happened roughly September,

17    end of September time frame?

18    A    Yes.

19    Q    And then the next picture that's in this exhibit,

20    moving to the right, is labeled 1136; do you see that?

21    A    Yes, I do.

22    Q    And did you -- do you remember when that sculpt was

23    finished?

24    A    Around that time.

25    Q    Around October 11?
```

1   A   Yes.

2   Q   Okay.  And then -- then the next sculpt in the process

3   is Exhibit 11 -- a picture of Exhibit 1141, and roughly

4   October 23rd, that was the date on the outside of the mold,

5   right?

6   A   Correct.

7   Q   And then between the Exhibit 1141 and Exhibit 1234, we

8   are now to the end of -- some time in December for your

9   final Bratz sculpt, right?

10   A   Correct.

11   Q   And then the production sculpt that was sent to China

12   was in the May 2001 time frame, but you don't know that,

13   right?

14   A   No, I don't.

15   Q   Okay.  So let's leave that off of the testimony and

16   leave that off the questioning.

17       So let's go back to some of the changes that you made

18   between sculpt one and sculpt two, okay?  I want to focus on

19   that.

20       Can you actually do me a favor, can you hold -- can you

21   assemble those sculpts?

22   A   Sure.

23   Q   That would be 1136A, I believe is the sculpt, and 1141A

24   is the other sculpt, and just put them up there so we can

25   show the jury what these sculpts look like.

1      All right.  Put them -- oh, still working on it?

2   A    (No audible response.)

3   Q    All right.  Can you estimate for me -- first of all,

4   the sculpt that you are currently holding is -- that's

5   sculpt 1141A, correct?

6   A    Correct.

7   Q    And the sculpt that's to its left is sculpt 1136A,

8   right?

9   A    Correct.

10  Q    And what's the rough difference in size between those

11  two sculpts, height wise?

12  A    Two and a half to three inches.

13  Q    And what was -- do you recall having to make the change

14  from -- in height from 1136A to 1141A?

15  A    Yes, I do.

16  Q    And why were those changes made?

17  A    The changes were made because, as I remember correctly,

18  that Paula thought this was way too huge, and they wanted to

19  shrink it down from around 9 to 10 inches.

20  Q    And do you recall any concerns about -- and to be fair,

21  Exhibit 1141A doesn't have any feet, does it?

22  A    I was just going to say, I wasn't holding it right, so

23  it's more like 2 inches.

24  Q    All right.

25  A    One and three-quarters to two inches.

1    Q    All right.  So Ms. Garcia said make it smaller,

2    correct?

3    A    Correct.

4    Q    What's the approximate height -- height of 1136A, if

5    you can estimate, that's the one -- the gray one?

6    A    I believe it's around 14 inches.

7    Q    Okay.  And what's the approximate height of 1141A?

8    A    Around 10, 10 and a half inches.

9    Q    To make it shorter, do you know what the reason was for

10   making it shorter?

11   A    They wanted to make it look younger, for one thing.

12   Q    And were there any other reasons?

13   A    I don't recall.

14   Q    Okay.  And the overall effect, I believe you said you

15   had to cut the legs off of the version that was 1136 and

16   start making the legs shorter; is that right?

17   A    Yes, the whole body I had to cut up in -- in, you know,

18   equal parts.  You can't just cut the thigh, you have to cut

19   the thigh and the calf to keep it proportionate

20   anatomically.  So, you know, I just cut the whole thing up

21   and shrunk it.  I chopped at the bits.

22   Q    And put it back together?

23   A    Yes, and put it back together.

24   Q    And what tool did you use to chop it up?

25   A    A jeweler's saw.

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 60 of 122   Page ID #:309487
CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

60

1    Q    What's that?

2    A    It's a very -- it's a saw that's shaped like a C or a C

3    with a handle, and then it's got a blade, a replaceable

4    blade that goes in it.  It's the best for the wax so it

5    doesn't get gummed up on the blade.

6    Q    Okay.  I'm going to focus, now, specifically on the

7    heads --

8    A    Okay.

9    Q    -- of those two sculpts.  I want to talk about the

10   differences, the changes that are made from 1136A, the head,

11   to 1141A, the head, and if we could look at Exhibit 36081.

12        MR. MC CONVILLE:  Your Honor, this is a

13   demonstrative exhibit that has photos of the heads, just for

14   purposes of the testimony, if we could display that.

15        THE COURT:  You may.

16        MR. MC CONVILLE:  36081-3.  And we'd want to zoom

17   in on the heads.

18   BY MR. MC CONVILLE:

19   Q    What's the first head on the -- there we go, 1136 and

20   1141.  So if you could -- let me ask you this:  Does the

21   photo that's on the screen do justice to the details that

22   are reflected in the actual products that you're holding?

23   A    There's always distortion in photos, so I can see some

24   distortion, and this photo with the red background is

25   blurry.

1    Q    Okay.  This would be 1141?

2    A    1141.

3    Q    Okay.  So first I'd like you to zoom -- describe for

4    me --

5    A    Okay.

6    Q    -- the -- the -- in general, the characteristics that

7    are in 1136, and you can look at the -- you don't have to

8    look at the photo, you could look at the actual doll, the

9    head if it makes it easier for you, and actually, if you

10   don't mind standing up and point out the parts of the head

11   that you're describing?

12            THE COURT:  Put your back to me so the jury can

13   see what you're pointing to.

14            THE WITNESS:  Yes.

15            Just note that the screen is also distorting it

16   this way.

17   BY MR. MC CONVILLE:

18   Q    Okay.  So let's focus on -- describe for me the -- the

19   eyes on 1136.

20   A    These eyes are actually sculpted into the head, if you

21   could see, I don't know if you can see this far, but they

22   are sculpted back into the head with actual eye lines and

23   actual lids, more detail.

24            Would you like me to compare the two or --

25   Q    Hold on a second, please.

1   A    Again, as you can see, it's very rough.  You can see

2   here we have the ears, as I said before, are more jug -- jug

3   ears, that's what you call them, and the lips have a

4   definite line around them here.

5   Q    Your 1136?

6   A    Yes.

7   Q    All right.  So we are talking about the lips?

8   A    That's what I just said about the lips, yeah.

9   Q    And describe for me the shape of the ears.

10  A    The shape -- well, the shape of the ears is ear shape,

11  a little exaggerated.  It's more of a round ear rather than

12  an ovally -- ears are more ovally, so these are more like

13  half circles, and they are sticking out more this way

14  than -- yeah -- well, they are still sticking out here, but

15  I had to keep moving them in until the final sculpt.

16  Q    Okay.  And then the overall general shape of 1136, how

17  would you describe it?

18  A    It's a ball, it's very round.  You can see, I mean,

19  this is distorted, but it is -- and this one is -- I don't

20  know if you can see, but it's a very round head.

21  Q    And does 1136, does it have eyelashes or eyebrows?

22  A    I did sculpt in the eyebrows here that you can see a

23  slight, you know, kind of little scribe -- scribe lines in

24  here.

25  Q    Okay.  Let's -- now let's talk about the chin.

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

63

1   Describe the chin in 1136.

2   A    The chin in 1136 is pretty much nonexistent.  It's just

3   all round, that's why it's looking like such a ball, it

4   doesn't have very prominent temples, and it's all round, and

5   I'm not sure if you can see the profile against the screen,

6   but this chin doesn't come out like this like most chins do,

7   it's pushed very far back this way.

8   Q    Okay.  Let's now compare 1141 to 1136, and let's start

9   with just the overall size of the heads.

10  A    Okay.  The overall size of the head, this white one

11  compared to the gray one is about 3 to 4 percent smaller.

12  Q    Okay.  And then let's discuss, I think you talked about

13  the -- the chin.  Let's talk about the chin on the 1141

14  instead of -- versus 1136.

15  A    Okay.  If you can see here, the chin is getting more

16  prominent.  I've taken some out of the jowls here, so she's

17  way less jowly, which makes it a softer look overall.

18      The lips, it's hard to see in this picture, but I'm

19  starting to remove the actual scribe lines, so that also

20  looks more natural.

21  Q    What's a scribe line?

22  A    A scribe line is when I take the tool and kind of

23  gouge, but very gently, a line into it and take material

24  out, so it's like an indented line.

25  Q    And there's less of an indented line on 1141?

1    A    Yes.

2    Q    Okay.  What about the size of the lips?

3    A    The size of -- the lips got bigger, especially the

4    upper lip got bigger, the bottom lip got bigger as well.

5    They are a little more in proportion to themselves, to each

6    other.

7    Q    And can you describe the detail of the eyes that are in

8    1141 versus 1136?

9    A    The detail is getting much softer.

10   Q    What does that mean?

11   A    Meaning here it's very sharp.  I have a very sharp line

12   going in the above eyelid and going under the eyelid and

13   into the corners of the eyes on both sides.  And I even have

14   indicated some sort of eyelash that comes out to the side

15   here, which happens in dolls, occasionally, but here, I'm

16   starting to soften it up --

17   Q    I'm sorry, just for the record, "here" is 1141?

18   A    In 1141, I'm starting to take out this eyelash line,

19   you know, the head is more elongated, I've taken out more

20   from the temples to make it look a little more believable

21   and natural, like she actually does have a skull underneath

22   her face, and then the chin, as well as it being more

23   pointy, longer, more prominent, it's coming out here more.

24   There's a little more bone structure, like cartilage going

25   on in there.  Ears are more refined or less round and

1    they're more actually ear shape.

2    Q    And the ears, are they flatter to the head in 1141 than

3    in 1136?

4    A    Yes, they are.

5    Q    Can you describe the differences in the noses?

6    A    Again, in 1136 --

7    Q    I'm sorry, I don't want to cut you off, but let me cut

8    you off.

9    A    Okay.

10   Q    Do you remember the drawing you got from Carter Bryant,

11   did it have a nose?

12   A    It did not have a nose.

13   Q    Okay.  Let's go to the differences in the noses between

14   1136 and 1141.

15   A    Okay.  This nose is very triangular.

16   Q    This is 1136?

17   A    Yes, the 1136 nose is very triangular, and it's

18   difficult to see in this drawing.  If you can see a shadow,

19   basically on this, there's a very strong line here, so it's

20   almost a sharp -- comes to a sharp point at the top, which

21   is not very attractive in a finished doll.

22        This in 1141, you know, again with the softer look, I

23   rounded the nose slightly and brought it slightly closer to

24   the lips so I can smooth it out.

25        It's very tricky to make a face without a nose.  You

1    have to have some indication of nose or else it just looks

2    like a Harry Potter villain, Voldemort or something.  It's

3    just very flat, looks like there's a cloth pulled tight over

4    the nose.  So that's what I'm doing with the nose, just --

5    Q    And can you comment on the -- on the structure of the

6    forehead, the differences between 1136 and 1141?

7    A    Right.  The forehead is getting flatter here.

8    Q    Here is 1141?

9    A    In 1141, the forehead is getting flatter and the

10   temples are getting more defined in this area as well as up

11   in this area.  You have to -- in the skull structure, you

12   have to take some out here, it's just not believable in this

13   temple area right here, as well as here.  I'm just putting

14   more bone structure in and softening the features.

15   Q    And what was the overall effect of doing that?

16   A    Well, the body was getting younger at this time, and

17   the head was getting slightly older.

18   Q    Okay.  Let's -- let's now -- well, let me ask you this:

19   In making these changes between the heads of 1136 and 1141,

20   did you go back and refer to the Carter Bryant drawings to

21   make those changes?

22   A    No, I didn't.

23   Q    Okay.  Now, the -- the sculpt that's in 1136, the head

24   sculpt in 1136, how does it compare to the drawing that

25   Carter Bryant gave you for --

1    MR. MC CONVILLE:  If we can put them all up on the

2    screen, hopefully.

3    BY MR. MC CONVILLE:

4    Q    What are the differences between 12118 and 1136?

5    A    These eyes are a lot smaller.  The ears are bigger, and

6    the -- the head is taller, and they're -- the biggest thing

7    is the nose, it had to have a nose.

8    Q    All right.  So let's go, now, to the -- and I'm sorry.

9    We looked at your notebook during the course of your

10   testimony.  Are all of the changes you made, are they all

11   reflected in that notebook?

12        Let me ask a better question.

13        Did you make changes that are not reflected in the

14   notebook?

15   A    Yes.

16   Q    Okay.  And how did you decide which changes to make?

17   A    It's -- it's more of a subconscious decision as well as

18   decisions based on what I've learned through college and all

19   the jobs I've had.

20        Like I was saying before, Carter's drawings are barely

21   the indications of a human, even though it has legs and a

22   head and eyes and ears, but to make a doll believable, you

23   have to have bone structure in that -- in that doll.

24        So I'd say the greatest thing was me just putting more

25   bone structure in the doll and getting -- inferring anatomy

```
 1   rather than just having a cartoon blob.
 2   Q    Okay.  And let's now, if we could, talk about the
 3   differences between 1141, which is the October --
 4   October 25th sculpt -- or October 23rd sculpt, versus the
 5   December sculpt, which is 1234.  And if you want to hold up
 6   the head of 1234.
 7   A    This is the wax.
 8   Q    And while you're -- can you please describe the
 9   differences between, for example, the eyes in 1234 versus
10   1141?
11   A    Okay.  The eyes, these are very prominently sculpted
12   eyes, as I've explained before.  They have actual lids, they
13   have eyeballs in them, irises and pupil -- well, they don't
14   have pupils, but the bottom lid of the eye is also defined.
15        These -- Mercedeh wanted the eyes washed out, and the
16   reason to do that is so you have different ways to paint it,
17   so you are not stuck with just one kind of way to paint the
18   eye that's sculpted on there.  This way you can sculpt a lot
19   of different kinds of eyes.
20   Q    Could you describe the differences in the nose?
21   A    Yes.  The nose is much softer now.
22   Q    In 1234, it's much softer than --
23   A    In 1234, it's much softer.  And here, and me adding
24   more bone structure, this is very prominent here.  It's
25   sculpted in, and there's a slight shadow.  I don't know if
```

```
 1    you can see right here where I'm taking more and more out.
 2    It's more humanesk, more believable again.  The lips are
 3    more natural.  They're kind of loosened up a little bit.
 4    They are not so tight together.  And the ears are even
 5    closer to the head.
 6         And I've also added -- this is difficult to see in the
 7    picture, but here, this is pushed back really far.
 8    Q    What's this?
 9    A    This would be 1141.
10    Q    And you are referring to your cheek?
11    A    Her --
12    Q    Jaw?
13    A    Yeah, like the front part of her jowls --
14    Q    Okay.
15    A    -- you know, next to the mouth, it's pushed back too
16    far, so she kind of looks like she has a sour expression on
17    her face, like she just ate some sour candy.  And this, I'm
18    filling it in to soften her expression, make her look more
19    relaxed.
20    Q    And what about the foreheads?
21    A    This forehead is even flatter and --
22    Q    I'm sorry, 1234?
23    A    1234, excuse me, is even flatter and I've got a little
24    more to the top of the head.  I also -- at some point MGA
25    decided that this head was too small.
```

1    Q    1141?

2    A    1141 was too small proportion with the body, so I took

3    this head to Gentle Giant because they had a computer

4    digital scanner which scans things in space, and it's able

5    to take that information, process it and have -- and spit it

6    out on the other end, to keep it simple, so they did that,

7    they enlarged it.  So if you can see, this head is larger

8    than this one by about 2 percent.

9    Q    So 1234 is larger than 1141?

10   A    Yes, by 2 percent.

11   Q    And what was the overall effect of the changes that you

12   made between 1141 and 1234?

13   A    Well, the overall effect was a lot -- it was bigger,

14   softer and more versatile because I took the eye definition

15   out.

16   Q    So you could paint eyes on it of various colors?

17   A    Many different shapes, yeah.

18   Q    Okay.

19   A    Shapes and --

20   Q    And 1136 had -- did it have eyebrows or eyelashes?

21   A    Yes, it had eyebrows sculpted in and then it had the

22   outside eyelash, which is this gray one.

23   Q    And are those now gone in 1234?

24   A    Yes, all detail is gone in 1234, there is just a brow,

25   a brow bone.

1    Q    Okay.

2    A    And cheekbone.

3    Q    All right.  Let's put the heads down.

4    A    Okay.

5    Q    And let's turn to the torso, if we could, and ask you

6    to put up 36081-4, which is up on the screen behind you if

7    you'd to look at it, but it might be helpful for you to hold

8    different sculpts.

9         Can you just hold those up again for the jury to show?

10        Let's talk about -- first of all, let's go back to the

11   drawing first.

12        Does the drawing reflect -- does it give you guidance

13   as to what the sculpted torso should look like?

14   A    No guidance to what the torso should look like, except

15   for slight contrapposto.

16   Q    What does that mean?

17   A    "Contrapposto" is a Greek term, and you know how you

18   see all of the Greek statues and they are leaning like this.

19             MR. MC CONVILLE:  Let the record reflect

20   "leaning."

21             (Laughter.)

22   BY MR. MC CONVILLE:

23   Q    Go ahead.

24   A    Leaning, you know, the hip sling, so that's

25   contrapposto, when you are not standing straight like this;

1   you have a gesture.

2   BY MR. MC CONVILLE:

3   Q    Okay.  So "contrapposto" means that the -- using your

4   example, that the statue has a gesture?

5   A    Yes.

6   Q    Okay.  So you took from Carter Bryant's drawing a

7   gesture?

8   A    Yes.

9   Q    Now, let's talk about the -- let's compare 1136 to

10  1141, and please describe the differences between those two

11  torsos.

12  A    Okay.  In this --

13  Q    This is 1136?

14  A    1136, there is a slight contrapposto here, as you can

15  see.  It's not a straight line up and down.  It has a curve

16  and her hip is out.

17       This is an older torso, because as you're growing,

18  especially the tween age, tweens, their torso stays short

19  like they are still little kids, but their legs, if you

20  haven't noticed, get super, super long.  And this indicates

21  an older torso because her shoulders are wider and her torso

22  is longer.

23  Q    That's 1136?

24  A    1136.

25       In 1141, I've shortened the torso considerably and

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 73 of 122   Page ID #:309500
CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

73

1   added a little more musculature here.

2   Q    Why did you do that?

3   A    Just to make her look younger.

4   Q    Okay.

5   A    You know, tweens are also rather uncomfortable with

6   their growing patterns, so that just adds a little bit of,

7   like, uncertainty.

8   Q    Rounded the shoulders?

9   A    Rounded shoulders.

10  Q    Okay.  Okay.  Let's talk about the -- well, let me ask

11  you this:  If you had to estimate the age of the gray

12  sculpt, 1136, what would you estimate it to be?

13  A    I would estimate 1136 to be more of college age, like

14  early 20s.

15  Q    And what would you estimate the age of 1141 to be?

16  A    Anywhere in between, say, 11 and possibly -- possibly

17  14, but more like 13.

18  Q    Okay.  So I believe you were talking about the collar

19  bone or was it the shoulders, sorry?

20  A    Earlier I said something about the solar plexus area,

21  but this -- the shoulders, like these are very flat and

22  relaxed shoulders.  These, I gave more -- more definition up

23  here, a little more of an attitude.

24  Q    And what about the breasts, the differences between the

25  breasts?

1    A    The breasts are smaller, for one.

2    Q    In 1141?

3    A    In 1136, the breasts are larger than 1141.

4    Q    Okay.

5    A    And in 1141, as Paula had pointed out, she wanted me to

6    sculpt out part of this area here to give the impression of

7    perkier, younger breasts.

8    Q    Okay.  And what about the -- describe the hip area.

9    A    The hip area, this is when I started to -- in 1141,

10   when I started to cut it up, as you can see, and the joints

11   are much -- much more narrow, which denotes, again, a

12   younger torso.  And I also -- from shoulder to shoulder in

13   1141, they are -- I have narrowed them.

14   Q    Narrowed the hips?

15   A    Narrowed the -- oh, sorry, the shoulders.  And I have

16   narrowed the hips here.

17   Q    Okay.  And then 1136, the hips are actually attached to

18   the sculpt, right?

19   A    Yes, they are attached, and they are much wider and

20   more voluptuous.

21   Q    And in 1141, we have a hip joint that's movable?

22   A    Yes, the legs are movable.

23   Q    I'm sorry, the legs are movable, not the hips.

24   A    Yes.

25   Q    Okay.  And did you make any changes to the ribcage in

1    1141?

2    A    Yes.  The ribcage I added more from a side-view so

3    she's standing up taller, you can see, but I added more in

4    this area, so it's more poofy in this area.

5    Q    Did you say "poofy"?

6    A    Poofy, like it's her -- underneath her breasts, like

7    her ribs are sticking out more.

8    Q    Okay.

9    A    And I also widened this area a little bit in relation

10   to the shoulders.

11   Q    Okay.  And is there a -- could you describe the -- the

12   gap between the legs, is that different at the base of the

13   torso, there?

14   A    Well, it is different for a few reasons.  In 1136,

15   there's no articulation, which is when the joints move, and

16   there is very little space in here.  So if one was to dress

17   this doll, it would be very difficult because there is not

18   enough space for the fabric to go.  You have to sew like

19   human size fabric and threads onto tiny little dolls, so it

20   does get all bunched up in the seams.

21         In 1141, there's a lot more space here, and I had to

22   make this pelvic area a lot wider to allow for the joints in

23   here to be trapped technically so that the kid can't just

24   pull the legs right off.  If there is enough material in

25   here, they are in there for good.

1   Q    Okay.  Let's look at -- any other changes, any other

2   differences between 1136 and 1141 in the torso?

3   A    The neck is longer and thinner.

4   Q    In 1141?

5   A    In 1141, it's longer and thinner.

6   Q    Okay.  Anything else?

7   A    Well, for the front, yes.

8   Q    Okay.  So let's -- do you want to look at the back?

9        No, let's keep going with the front.  Let's go to 1141

10  and compare it to 1234.

11       All right.  So could you describe the differences

12  between the shoulders?

13       I'm sorry, let me ask a broader question.

14       What's the differences in the overall size of the torso

15  between the two, between 1141 and 1234?

16  A    This -- in 1234, the torso is even shorter than in

17  1141.

18  Q    Okay.  All right.  Can you describe for us the change

19  you made, the difference in 1234 shoulders?

20  A    Yes.  The 1234 shoulders, this is where I'm putting in,

21  if you recall that kind of sketchy drawing, mechanical

22  drawing, this is where I'm putting in the cups and the

23  balls, so it get a lot more technical, they have to be lined

24  up perfectly in order for the machine in the factory to

25  stick the mushroom joint through here so they are on the

1    same axis.

2        So these shoulders are more defined.  These muscles,

3    the deltoid muscles in 1234 have come down from 1141, as you

4    can see.  I went too far in 1141; she looked too muscular

5    and pokey.

6    Q    Okay.  And can you describe the changes in the ribcage

7    area?

8    A    Yes, the ribcage area in 1234 got more refined, in

9    general.  I cut out -- I took more material out from under

10   her breasts just to make it more natural looking.  It was

11   too puffed up in this one, not enough bone definition.

12   Q    Okay.  And could you describe the -- the changes to the

13   waist?

14   A    The waist got less pinched.  It's more smooth in 1234.

15   You can see in 1141, the shadow is almost a even line all

16   the way across, so in order to refine it, it's -- it's

17   smoother, straighter and also easier to -- to make clothes

18   for it if the waist is slightly straighter.

19   Q    And the -- sticking with the hips, can you describe the

20   changes between the hip sockets in 1141 versus 1234?

21   A    Yes.  This -- this is the ball joint I was talking

22   about, like our joints, our bones, and this is a disk joint.

23   So this is just basically a flat tube that I put in here or

24   flat cylinder, and then the legs are a flat disk so that

25   they are like a perfect surface, and it lines up going all

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

78

1    the way around on an axis.

2    Q    And the -- the pelvis where the -- where the hips --

3    sorry, where the legs are attached, can you describe the

4    changes in that area?

5    A    Yes, I had to add -- well, I had to add more material

6    here.

7    Q    Why?

8    A    Number 1, I had to take these hips out because I was

9    taking the ball joints out.

10   Q    Okay.

11   A    There's a lot less aesthetic leeway when you use the

12   disk joint than ball joints.

13        I had to add here and here also to have enough material

14   to catch the -- the plastic post that goes through to attach

15   it.

16   Q    You are talking about the -- here and here are the

17   outside of the legs?

18   A    Here and here are the outside of the legs on 1234.

19   Q    Okay.  And what about the -- just from the naked eye,

20   it looks like 1234 is more like a U shape at the bottom.

21   Could you describe that change?

22   A    This?

23   Q    Yes.

24   A    Yes.  In doing disk joints, you have to bring these --

25   this transition as close to the pelvic area as you can, this

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 79 of 122   Page ID #:309506
CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

79

 1    kind of bottom pelvic area.  You have to bring it as close

 2    as you can while enabling the doll to be able to sit flatly.

 3        So it's -- it's very tricky and very technical, but if

 4    you put too much in here, the doll will only sit like this

 5    because it will like knock against that.  So it's very

 6    tricky, a lot of give and take with that, a lot of trial and

 7    error.

 8    Q    Did you actually figure that out while you were

 9    sculpting 1234?

10    A    Yes, I did.

11    Q    And you said trial and error, it was your own personal

12    trial and error?

13    A    Yes, it was.

14    Q    Okay.  Okay.  And -- and looking at those -- the two

15    torsos of 1141 and 1234, can you describe any other changes

16    that you note in the torso on the front of -- in the front

17    torso?

18    A    The bellybutton is lower.

19    Q    The dolls have a bellybutton?

20    A    Yes, they have a bellybutton.

21    Q    Okay.  Where is that?

22    A    The bellybutton on 1234 is right there, and I had

23    gotten it too high on 1141.

24    Q    Okay.  Any other changes?

25    A    That's about it.

1    Q    And when you were, again, referring back to your

2    notebook, we saw that you had a meeting around the time you

3    came up with -- with 1141, and you showed it to the -- to

4    the -- to the people at the end of October, Mercedeh Ward,

5    Paula Garcia, Veronica Marlow and Carter Bryant, and you had

6    some changes reflected in your notebook?

7    A    Yes.

8    Q    Did you incorporate those changes when you ultimately

9    ended up with 1234?

10   A    Yes, I did.

11   Q    And were the changes that you made, was the total

12   universe of changes you made reflected in that notebook?

13   A    No, it was not.

14   Q    No.

15        And 1234 was the sculpt that you completed in December,

16   right?

17   A    Yes.

18   Q    All right.  So let's -- let's now look at the back of

19   the torso, which is 36081-5 and let's start with sort of a

20   basic question, here.

21        When you looked at Carter Bryant's drawings, were you

22   able to tell what the back of the doll should look like?

23   A    There was no back of the doll in his drawings.

24   Q    Okay.  So at this -- when you're sculpting 1136, are

25   you relying on Carter Bryant's drawings to figure out what

1    the back is supposed to look like?

2    A    No, the back didn't exist in his drawings.

3    Q    Okay.  So let's describe -- let's -- let's discuss the

4    changes between 1136 and 1141 on the rear torso.

5    A    Okay.  On the rear torso, again this is squished from

6    top to bottom, so it's distorted, but this rear is much --

7    much lower.

8    Q    1136?

9    A    1136, the rear is much lower.  From the side-view, you

10   can see the -- the -- the butt part, it goes down lower into

11   the thigh.  Here, it's moved up and more round to be

12   younger.

13        This makes it look older when it's flatter on this

14   plane in 1136, and it's more round on this plane from a

15   side-view in 1141, so the ultimate end is a younger rear-end

16   in 1141, making the entire doll younger.

17        As far as the definition between the butt, there,

18   it's -- it's not as defined.  Like I said, it's flatter

19   here.  Here it's difficult to see in the picture, but I have

20   actual scribe lines for this area of the back that leads

21   down into this area in 1141.

22   Q    I'm sorry, from the upper back to the lower back of

23   1141, you put in a line?

24   A    Well, if I'm just talking about the rear at this point.

25   Q    Correct.

1    A    Right, at the very top of this transition here, I have

2    the muscle spreading out here, and then the cartilage in

3    this area of the back leading down.

4    Q    Okay.

5    A    And here, that's not defined at all.

6    Q    Okay.  Thank you.

7         All right.  Any other changes you can tell from looking

8    at 1136 versus 1141, the -- the back of the torso?

9    A    In general?

10   Q    Yes.

11   A    Okay.  The hips are more narrow, which we said from the

12   front view, so that would apply.  The waist is wider, making

13   it younger.  The shoulders are more narrow, making it

14   younger in all -- I'm starting to define the spine area and

15   the lateral muscles here as well, and the -- they are called

16   deltoids, these muscles, as well.  I'm just starting to add

17   anatomy.

18   Q    Okay.  Let's -- any other differences between the two?

19   A    All of the other differences I can state would be the

20   ones I just stated before, from the front view.

21   Q    Okay.  From the front view?

22   A    Yes.

23   Q    Okay.  So let's look at the differences between 1141

24   and 1234, please.  And if you could just start at the --

25   let's start at the upper back.

1    A    In the upper back, I have the deltoids more defined

2    as -- in the upper back of 1141.

3    Q    I'm sorry, so 1141, the deltoids are more defined?

4    A    More defined, more prominent.

5    Q    Okay.

6    A    In 1234, I've taken them down, giving a little more

7    definition to the neck transition into the deltoids.

8    Q    And why did you do that?

9    A    It was not looking right this way.  I had overdone it.

10   Q    Okay.

11   A    She looked too muscular.  I have -- it's difficult to

12   see, if you can see from here, going down this back here is

13   a very strong line defining the spine, and, you know, where

14   these muscles go into the spine and these muscles go into

15   the spine.  In 1234, it's a lot softer.  It's still implied,

16   but it's a lot softer of a line.

17        The waist, as with the front view, is a softer

18   transition as well, and it's slightly -- well, it's slightly

19   wider and straighter here to make it easier to make clothes,

20   pants, things like that.

21   Q    Okay.  Any other changes that you can observe from the

22   rear torso?

23   A    Everything is softer.  I made a very definite line here

24   and here, it's called massaging, sculpting, I just massaged

25   it into this cartilage surface here so it wouldn't be so

1    prominent.

2    Q    Okay.  Anything else?

3    A    I think that's, you know, waist is smoother, that's

4    good.

5    Q    Okay.  Let's go on to the -- let's talk about the legs,

6    okay?

7    A    Okay.

8    Q    So let's look at 36081-6.

9         All right.  First of all, let's talk about the drawing.

10   Again, I think you described how effective is a doll with

11   thighs stuck together from a sculpting perspective?

12   A    You can't have a doll with thighs stuck together,

13   that's considered a figurine.

14   Q    A figurine?

15   A    A figurine.

16   Q    Okay.

17   A    It's just a static model like this, a doll has no

18   joints.

19   Q    And I think you described before, what was the

20   difficulty with the crooked knee?

21   A    Well, one of them is that you can't dress it, you can't

22   put pants on.

23   Q    Okay.  So let's look at the comparison between the legs

24   of 1136 and 1141, and if you could describe for us what the

25   changes were that you made from October 11 -- the October 11

1  sculpt, which is 1136, to the October 23rd sculpt, which is
2  1141?
3  A    Okay.  As I've said before, I'm starting to put in the
4  joints in 1141.  This is just static here.  In 1141, there's
5  more space in between the inner thighs to allow for pants
6  being dressed.  In 1136, the knee is kind of knock-kneed,
7  it's turning in.  As said before, when you make a doll, the
8  legs need to be symmetrical and straight on.
9       So when I get to 1141, I'm starting to straighten out
10  this knee and the leg and define the ankles.  There's also
11  less -- there's more muscle definition in 1136.  You can see
12  how this comes out of the thigh area, it goes into the knee
13  and then this calf muscle is very defined.  We needed to
14  soften that to make it look younger in 1141, so this is more
15  of a smoother, straighter line.  The knees are a little
16  wider, and then the calves are less defined.
17  Q    What about the overall length of the leg?
18  A    The legs are shorter.
19  Q    Can you hold those up and --
20  A    You can just -- in proportion, this is obviously bigger
21  than this, but in proportion, these legs are shorter than
22  these legs.
23  Q    Okay.  And let's stay on that same page and let's
24  compare 123 -- the legs on 1234 to 1141, and describe for us
25  the changes you made between the October 23rd sculpt and the

1    December sculpt.

2    A     Again, as discussed, the December sculpt, 1234, I

3    completely changed the joint to a disk joint, and I filled

4    in -- there's this negative space area in 1141.  With the

5    disk joint in 1234, I was able to fill that in and make it a

6    smoother transition.

7         In 1141 you'll see her left knee is bent.  I

8    straightened it in 1234 to make it symmetrical to this one.

9    Q     Which -- which sculpt has more muscular thighs?

10   A     This -- 1141 has more muscular thighs.  They are

11   slightly wider, but I have muscle definition above the

12   knees, as you can see through the shadows right here.

13   Q     And why did you make the legs in 1234 less muscular?

14   A     It looked younger.

15   Q     Okay.  All right.  And what about the differences in

16   the calves?

17   A     The calves are even more narrow from the front view,

18   and there's a more natural transition.  Anatomically this

19   muscle on 1141, the outside calf muscle isn't right yet, and

20   I'm getting it better in 1234.

21        In anatomy, the inner calf muscle always ends lower

22   than the outer calf muscle, so you can see, this curve is

23   lower than this curve, so here, in 1234, I made this

24   anatomically correct where it's very slight, but it's right.

25   This muscle on the outside of the calf is higher than this

1    muscle here where it transitions into the ankle.

2    Q    Okay.  Any other changes between the legs of 1141 and

3    1234?

4    A    That's --

5    Q    All right.  Let's go to the arms, now.

6           MR. MC CONVILLE:  If we could put up 36081-1, and

7    we are going to use these for arm comparison.

8    BY MR. MC CONVILLE:

9    Q    So looking at the drawing which is on the screen,

10   12118, is that -- does Carter Bryant's drawing provide you

11   with guidance for how you should sculpt a doll?

12   A    No, it does not.

13   Q    Why -- why does it fail in the arm area?

14   A    In tool -- in the tooling process, you can't make the

15   hands in this gesture.  Number 1, you can't pull it out of

16   the mold, and number 2, the fingers would just get distorted

17   and break and curl up like the little -- when the ankles are

18   too skinny, they curl or distort.  This doesn't have joints.

19   Q    The drawing doesn't show you joints?

20   A    The drawing does not show joints, and you can't make a

21   doll with its arms out like this.  It just doesn't make any

22   sense.

23   Q    Okay.  So let's talk about the -- the arms in sculpt

24   1136 compared to 1141, and if you have them in front of

25   you --

1            MR. MC CONVILLE:  Okay.  Good.

2    BY MR. MC CONVILLE:

3    Q    Describe for us the changes you made from 1136 to 1141

4    in the size of the arm, the length of the arm.

5    A    The length of the arm is shorter in 1141, and that

6    denotes a younger -- younger body because the legs grow --

7    in tweens, the legs generally grow disproportionately to the

8    rest of the body.

9            In 1136, I have quite a bit of muscle definition.  You

10   can see in 1141, this is a more soft feel, there is a little

11   more baby fat in there.  Also, the hand is just -- in both,

12   the hand is kind of a big chunk of chewing gum, it looks

13   like, so I had to refine the hands.

14   Q    I'm sorry, you had to refine the hand from -- as you

15   went from 1136 to 1141?

16   A    Right.

17   Q    And can you describe the changes in the wrists?

18   A    The wrists are more delicate.  Here, you can't tell

19   in -- in this depiction because of the distortion, but the

20   wrists are, like I said, more delicate and less chunky in

21   1141.

22   Q    Okay.  Can you describe any other changes you made from

23   1136, as far as the arms are concerned, to 1141?

24   A    One moment.

25           I have lessened the hand gesture, so it's not as -- as

1    extreme, and that's also a technical thing, because of

2    tooling, it means I've softened the hand gesture.

3    Q    Okay.  Anything else?

4    A    That's about it.

5    Q    Okay.  Let's look at the differences between 1141 and

6    1234, please.

7    A    In 1234, I've made both of the arms symmetrical.

8         Here, in 1141, they right arm is not depicted, but if I

9    hold them together, they're different.  This one sticks out

10   more, you can kind of see through the negative space here,

11   it sticks out more.

12        And in 1141, this right wrist is turned down, and I

13   have turned it up and made the hands symmetrical as well.

14   The arms are slightly thinner going back to a little -- in

15   1234, going back to a little more shoulder definition and a

16   less extreme pose.

17   Q    Which arm is longer?

18   A    Hopefully neither.

19   Q    Sorry.  I meant which arm -- is 1141, the arm longer

20   than in 1234?

21   A    It is slightly -- slightly longer in 1141 than in --

22   Q    Which one is longer, I'm sorry?

23   A    Excuse me, 1234 has a slightly longer arm.

24   Q    And why is that?  Why did you change the arms to be

25   longer?

1   A    I can't remember.

2   Q    Okay.  Any other changes you can recall between 1141

3   and 1234 as it relates to the arms?

4   A    It was mainly the -- making it more symmetrical and

5   everything I just said.

6   Q    Okay.  Why don't you go ahead and take a seat?

7   A    Okay.

8   Q    The -- when you were making the changes to the arms and

9   legs that we discussed, again, were you -- were those a

10  result, in part, of the meetings that you had with people

11  from MGA and -- during your sculpting process?

12  A    Partially, yes.

13  Q    And were -- were there other changes you made that are

14  not reflected in the notebook?

15  A    Yes.

16  Q    And over the course of making the changes, let's --

17  let's just talk bigger picture.  In the course of making the

18  changes from sculpt 1136, which is October 11th, to sculpt

19  1141, which is October 23rd time frame, did you go back and

20  refer to Carter Bryant's drawings?

21  A    No, I did not.

22  Q    And when you went from sculpt 1141 to 1234, did you go

23  back and refer to Carter Bryant's drawings?

24  A    No, I did not.

25  Q    And if you look at Carter Bryant's drawing, which is

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

91

1    the first picture there, again, I think we discussed it.

2    It -- it did not -- that drawing did not have a rear view,

3    correct?

4    A    Correct.

5    Q    Did any of the drawings that you got from Carter Bryant

6    at your initial meeting have a rear view?

7    A    No, they did not.

8    Q    And let's just -- if you wouldn't mind briefly talking

9    about the changes that were made from 1234 and the final

10   sculpt, which was -- the production sculpt which was 17733.

11   A    You would like me to talk about changes?

12   Q    Just -- just summarize, if you can say, you know, we

13   don't need to go through the detail we just went through,

14   but if you can in general describe the differences.

15   A    Okay.

16   Q    Which one is taller?

17   A    They are both the same, except for a slight -- because

18   they use this as a tooling model, except for a slight

19   shrinkage, maybe a 2 to 4 percent shrinkage in the material

20   used for the body, so the body is smaller.

21   Q    The body is smaller in which one?

22   A    Oh, in 17733 the body is smaller.

23   Q    Okay.  And have the legs changed?

24   A    Yes, the legs have changed quite a bit as they put in

25   this parting line I was telling you about.  They got a lot

1    thinner.  They added more -- this is a little blurry, but

2    they added more to the disk here.  You can see a flat line

3    going straight across from here --

4    Q    I'm sorry, that's across the waist area?

5    A    Well, across the top of the hip joint.

6    Q    Okay.

7    A    The top of the leg.  They added more material because

8    they needed more thickness.

9         They also changed the joint, here.  I had a nice round

10   transition here, and they changed it to be a hard corner.

11   There's more space in between the legs.  Like I said, the

12   legs are thinner, the arms are thinner.  They changed the

13   joint to be smaller so the shoulders look a lot tinier than

14   they do here, and overall, this is a less voluptuous version

15   of this, like a skinny -- "skinnified" version of this.

16   Q    Okay.  Thank you.

17   A    Yes.

18   Q    So I now want to, if we could show you Exhibit --

19            MR. MC CONVILLE:  Again, your Honor, this would be

20   just for comparison purposes, Exhibit 35826.

21   BY MR. MC CONVILLE:

22   Q    If you could hold up, and -- Ms. Leahy, if you can hold

23   up 1136, which is the gray sculpt, and compare it to 17733.

24            MR. MC CONVILLE:  Your Honor, can I display that?

25            THE COURT:  You may.

CV 04-9049-DOC – 03/15/2011 – Day 33, Vol. 2 of 3

93

```
 1            MR. MC CONVILLE:  Thank you.
 2    BY MR. MC CONVILLE:
 3    Q    Just -- just put them right next to each other.
 4         Now, are these sculpts identical?
 5    A    No.
 6    Q    Are they different?
 7    A    Yes, they are very different.
 8    Q    They are very different.
 9         Can you describe in summary the differences the between
10    17733 and 1136?
11    A    The --
12    Q    Well, let me ask you this:  Which one is bigger, which
13    one is taller?
14    A    The gray one is taller.
15    Q    1136?
16    A    Yes.
17    Q    Which one has the appearance of being younger?
18    A    The production sample.
19    Q    17733?
20    A    Yes.
21    Q    And how are the -- describe for me the hip joints in
22    1136.
23    A    Okay.  There are no hip joints.
24    Q    Oh, there are no hip joints?
25    A    Yes.
```

1    Q    Okay.  So what about the hip joints in 11733, please?

2    A    They are a disk -- a disk joint.

3    Q    Can you describe the joints in -- the arm joints in

4    17733 versus 1136?

5    A    Oh, these are disk joints.

6    Q    I'm sorry, which --

7    A    Oh, in the gray sculpt, 1136, they are barely disk

8    joints and just for show, it was part of my sketching

9    process.

10        In 17733?

11   Q    Yes.

12   A    Yes, these are the ball joints where you have a lot

13   more range of motion, so you can see the little ball item

14   there, if you can see that far.

15   Q    Okay.  And the sculpts -- let me ask you this:  So when

16   you were given Carter Bryant's sketches at the outset of

17   your project, did you consider those to be a blueprint for

18   how to make a doll?

19   A    No.

20   Q    And why not?

21   A    Those were what we call in the industry more concept

22   sketches as opposed to control drawings that control each

23   view of -- which I've gotten before as well from other

24   people, they control each view of the doll.

25   Q    And let's -- let's look at Exhibit 18817, please.  And

1    I'd ask you if you recognize Exhibit 18817?

2    A    Yes, I do.

3    Q    And what is it?

4    A    It's a control drawing that a designer at MGA, while I

5    was employed there, did for me for a Shrek doll.

6         MR. MC CONVILLE:  Your Honor, I'd move into

7    evidence 18817.

8         THE COURT:  Received.

9    BY MR. MC CONVILLE:

10   Q    Now, you described this as a -- what type of drawing?

11   A    A control drawing.

12   Q    A control drawing.  Okay.

13        And which character is this for?

14   A    It's for the Shrek doll, which is ironically named

15   Fiona.

16   Q    Oh, there is some irony there, isn't there?

17        So let's --

18        MR. MC CONVILLE:  Can you zoom in, Mike, on the

19   top part of the drawing?

20   BY MR. MC CONVILLE:

21   Q    What is being shown in this drawing that you received

22   that's a control drawing?

23        THE COURT:  Well, just a moment, Counsel.  Why are

24   these relevant?  Do we have control drawings on the Bratz?

25        MR. MC CONVILLE:  No, we do not.  That's --

 1              MR. PRICE:  That's a disputed point, so we would

 2     object.

 3              THE COURT:  I'm going to ask you to take these

 4     down.  Thank you.

 5     BY MR. MC CONVILLE:

 6     Q    In any event, Ms. Leahy, Carter Bryant's drawings did

 7     not provide you a how-to to sculpt the doll, correct?

 8     A    No, they did not.

 9              THE COURT:  I'm also not going to receive 18817

10     until I have a further conversation with counsel.

11              Continue.

12              MR. MC CONVILLE:  Okay.

13     BY MR. MC CONVILLE:

14     Q    Ms. Leahy, at any time while you were working on the

15     Bratz project, did anyone at MGA instruct you to keep Carter

16     Bryant's identity a secret?

17     A    No, they did not.

18     Q    And at some point, do you recall telling anyone at

19     Mattel about Carter Bryant's involvement in the Bratz

20     project?

21     A    I remember saying something to -- something about it to

22     Abbo.

23     Q    Who?

24     A    Abbo, he was my mentor at Mattel.  His name is spelled

25     A-b-b-o.

```
 1   Q    And do you recall someone by the name of Roxana Powell?

 2   A    Yes.  She's a friend of mine.

 3   Q    Also a Mattel employee at the time?

 4   A    Yes.

 5   Q    And do you recall during your conversations with

 6   Ms. Powell and Mr. Abbo whether you told them that Carter

 7   Bryant was the person who -- who gave you the concept

 8   drawings for Bratz?

 9   A    I remember specifically talking to Roxana about it.

10   Q    And when was that conversation?

11   A    That was after the doll had come out.

12   Q    The doll came out in summer 2001?

13   A    Right.  After it was on the shelves in the store.

14   Q    So after the doll is on the shelf in the store, you had

15   a conversation with Roxana Powell of Mattel while she was a

16   Mattel employee?

17   A    While she was a Mattel employee.

18   Q    And what did you tell her concerning Carter Bryant's

19   involvement with the creation of Bratz?

20   A    Well, she was asking about it.  She was asking who --

21   who had what role in the making of Bratz.

22   Q    Okay.  Let me ask a better question.

23   A    Okay.

24   Q    How did the topic come up?

25   A    I don't know.  It just came up.
```

1   Q    Okay.  And -- did you describe your role in the

2   creation of the Bratz project?

3   A    I did not, because she already knew what my role was.

4   Q    She already knew your role, okay.

5        When was this conversation?

6   A    It was after the Bratz had come on the shelves, I am

7   not sure exactly when.

8   Q    Was it in 2001?

9   A    Yes, it would have been soon after they came out.

10  Q    So summer of 2001, late summer 2001?

11  A    Yes.

12  Q    What did you tell her concerning Carter Bryant's

13  involvement in the creation of Bratz?

14  A    I said he had given a few drawings and made a few

15  comments and was more hands-off, and Paula was the project

16  administrator and was more of the -- the main person who had

17  the input.

18  Q    And did you ask her to keep it secret that you had

19  disclosed to her that Carter Bryant had provided drawings

20  for the Bratz concept?

21  A    No, I did not.

22  Q    And I -- and I think you also mentioned you had a

23  conversation with someone named Abbo?

24  A    Yes.

25  Q    And what was Mr. Abbo's position at Mattel?

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

99

```
1    A    He was a manager and a sculptor in the sculpting group.

2    Q    And when was your conversation with Mr. Abbo?

3    A    I can't remember exactly, but it would have been soon

4    after the Bratz came out.

5    Q    2001?

6    A    Yes.

7    Q    And what did you tell him concerning Carter Bryant's

8    involvement in the Bratz project?

9    A    I honestly can't remember exactly what we talked about.

10   Q    But did you identify Carter Bryant as being involved --

11   A    Yes, I remember he asked a question, and I don't

12   remember exactly what the question was.

13   Q    But you mentioned that Carter Bryant --

14   A    Yes, I did.

15        MR. MC CONVILLE:  Your Honor, there are a few

16   invoices I'd like to move in without displaying them, if we

17   can show them to the witness?  4529, 16464, 16460, 16456 and

18   16458.

19        THE COURT:  Any objection to those invoices?

20        MR. PRICE:  I don't think so, your Honor.

21        THE COURT:  I'll take them subject to motion to

22   strike, Counsel, just for the record.  If there is, we can

23   discuss it.  Each of those will be received.

24        (Defendants' Exhibit Nos. 4529, 16464, 16460,

25        16456 and 16458 are received in evidence.)
```

100

 1          MR. MC CONVILLE:  Thank you, your Honor.  No

 2  further questions.

 3          THE COURT:  Would this be a good time for a break

 4  before you start your cross.

 5          MR. PRICE:  Yes, your Honor.

 6          THE COURT:  Okay.  We'll take a break at this time

 7  for 15 minutes.  You're admonished not to discuss amongst

 8  yourselves, nor form or express any opinion concerning the

 9  case.  Go ahead and have a nice recess.

10          Ms. Leahy, you may step down and please return

11  then.

12          THE WITNESS:  Thank you.

13          THE COURT:  Counsel, have a nice recess.

14          (Recess.)

15          THE COURT:  All right.  We are back in session.

16  The jury is present, the alternates, all counsel, the

17  parties, and the witness, Ms. Leahy, if you'd have a seat.

18  And Counsel, thank you for your courtesy, please be seated.

19          And Mr. Price, on behalf of Mattel, your

20  cross-examination.

21          MR. PRICE:  Thank you, your Honor.

22                       **CROSS-EXAMINATION**

23  BY MR. PRICE:

24  Q    Good afternoon.

25  A    Good afternoon.

1    Q    Ms. Leahy, right before we broke, you were talking

2    about conversations you had with a couple of Mattel

3    employees about Carter Bryant, right?

4    A    Correct.

5    Q    And do you recall at some point in this case, there

6    were times when your deposition was taken, that is when you

7    testified under oath in an office with an attorney

8    representing you and an attorney representing MGA and an

9    attorney representing Mattel; do you remember that?

10    A    Yes, I remember.

11    Q    And you were represented by a Mr. McFarland?

12    A    Yes, I was.

13    Q    And you understood that he was also an attorney for

14    MGA, correct?

15    A    Correct.

16    Q    So this is a gentleman who is both an attorney for MGA

17    and an attorney for you, right?

18    A    Correct.

19    Q    And on December 12, 2007 -- let me see if I can have

20    that transcript put before you, 12/12/07, your deposition

21    was taken, right?  You might not remember the date --

22    A    Yeah, I see the date here.

23    Q    And during that deposition -- and to refresh your

24    recollection, I'm going to ask you to look at page 204.

25         Do you have it in front of you?

1    A    Yes, I do.

2    Q    And do you remember at some point in the deposition, if

3    you look at line 6, this might help you out, there came a

4    time -- in fact, a few times when there were recesses, when

5    you would go off the record and go use the rest room and

6    things like that, correct?

7    A    Correct.

8    Q    And after one of the recesses, you came back and said

9    you wanted to come back and amplify some of your prior

10   testimony; do you remember that?

11   A    I do.

12   Q    And on December 12, 2007 --

13            MR. MC CONVILLE:  Your Honor, this is improper

14   publishing of a deposition without a question pending.

15            THE COURT:  Well, I haven't seen the deposition up

16   there, yet.

17            MR. MC CONVILLE:  Well, he's asking her questions

18   from the depo.

19            THE COURT:  No.  Overruled.

20            Continue on.

21   BY MR. PRICE:

22   Q    And at that time, you came back from the break, you

23   said you wanted to add some information, correct?

24   A    Correct.

25   Q    To make sure the record was clear, correct?

1    A    Correct.

2    Q    And you came out and said that you had a discussion

3    with Roxana Powell who you mentioned to Carter Bryant,

4    right?

5    A    Yes.

6    Q    And at that time when you were making the record clear,

7    to amplify the record, you didn't mention anybody else that

8    you talked to at Mattel concerning Carter Bryant, correct?

9    A    I'd have to read it.

10   Q    Well, do you have any recollection of -- of -- of

11   talking about -- speaking with someone other than Ms. Powell

12   prior to 2008 at -- at the previous trial?

13   A    Are you asking me if I had a recollection of the

14   deposition or recollection now of the deposition or the last

15   trial?

16   Q    Wow.

17        *(Laughter.)*

18   BY MR. PRICE:

19   Q    Let me be clear.

20        MR. MC CONVILLE:  Objection.  Vague.

21        *(Laughter.)*

22   BY MR. PRICE:

23   Q    At the time in December 2007, when you were trying to

24   amplify and make the record clear about who you spoke with

25   at Mattel about Carter Bryant, did you mention -- is it Abbo

1   Hussein?

2   A   As I said before --

3   Q   Abbo Hussein, I think -- is that the right name?

4   A   His name was Hussein Abbo.

5   Q   Hussein Abbo, I'm sorry.

6   A   Everybody called him Abbo.  It was his last name.

7   Q   Okay.  At the time in December 2007, you didn't mention

8   his name, right?

9   A   I -- again, I'd have to read through this and just make

10  sure.

11  Q   Okay.  Well, if you'd look at -- let's see.

12          THE COURT:  She can do that during the recess, so

13  if you want to save time, because it's valuable --

14          MR. PRICE:  Terrific.

15          THE COURT:  We'll have you do that during the

16  recess before tomorrow, okay?

17          THE WITNESS:  Okay.

18  BY MR. PRICE:

19  Q   Now, it's true that -- at any time, did you ever tell

20  anyone from Mattel that Carter Bryant designed Bratz while

21  he was at Mattel?

22          MR. MC CONVILLE:  Objection.  Vague.

23          THE COURT:  Overruled.

24          THE WITNESS:  Can you ask that question again?

25

CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

105

1   BY MR. PRICE:

2   Q    Sure.  At any time, did you ever tell anyone from

3   Mattel that Carter Bryant did Bratz designs while he was

4   working at Mattel?

5   A    No, I did not.

6   Q    And you are aware of designers going from company to

7   company in the toy business, correct?

8   A    Absolutely.

9   Q    And you understand that a designer might go from one

10  toy company to work as a designer at another toy company,

11  right?

12  A    Correct.

13  Q    And there's nothing wrong with that designer, in your

14  view, working on designs at that second toy company, right?

15  That's what they are supposed to do?

16  A    Correct.  They move to the next toy company to do what

17  that toy company wants them to do.

18  Q    Now, you -- you also testified that at some point you

19  went from being an independent contractor working on

20  projects, including Bratz, to being an employee of MGA,

21  correct?

22  A    Correct.

23  Q    And that took place in -- was that about 2005?

24  A    Yes.

25  Q    And what was the name of the company that you -- that

1    you had -- the name you were working under as an independent

2    contractor?

3    A    As a sole proprietor, it was Leahy 3D Dimensional --

4    3DD, I think, for dimensional design, and when I

5    incorporated, it was just 3DD or was it -- I apologize, I'm

6    blocking --

7    Q    Okay.  3D was in the name, both names, right?

8    A    Yes.

9    Q    And when you were an independent designer before you

10   started as an employee at MGA, would you work, you know,

11   kind of when the inspiration hit you when you were working

12   on a project or would you keep rigid hours?

13   A    Can you say the question again?

14   Q    Uh-huh.  When you were working as an independent

15   contractor doing sculpts, right?

16   A    Correct.

17   Q    Okay.  Would you work just 9:00 to 5:00 or would you

18   sometimes work in evenings and weekends when you had to get

19   something done or when you felt inspired?

20   A    I never had the luxury of working just when I felt

21   inspired.  Many times, so I could be with my daughter more,

22   I'd get up at three in the morning to work and then play

23   with her and then go back to work.  The hours were all over

24   the place according to my, you know, outside schedule.

25   Q    So when you -- when you joined MGA and were no longer

1    an independent contractor, you shut down your company,

2    right?

3    A    Correct.

4    Q    And you shut down your company because you knew it

5    would be a conflict of interest for you to continue working

6    as an independent contractor and also work for MGA as a

7    sculptor, right?

8    A    I did not shut down my company for that reason.

9    Q    Okay.  Well, you didn't do any more work as an

10   independent consultant once you joined MGA because you

11   thought that doing that would be a conflict of interest?

12   A    I -- I did one project at the very end.

13   Q    Well, if you --

14   A    For the Disney Store.

15   Q    If you look at your testimony on December 12th, 2007,

16   on page 179, if you'd look at lines 20 -- 179, 20, to 180,

17   line 3; do you see that?

18   A    Twenty on page 179 to --

19   Q    To 180, line 3.

20   A    180, line 3.

21        Would you like me to read that?

22   Q    If you could just look at it.

23   A    Yes, I see that.

24   Q    And so do you recall that you previously testified

25   under oath that when you joined MGA in April of 2005, that

1    you didn't do any more work because that would be a conflict

2    of interest, because when you're working for a toy company,

3    you can't work for a competitor?

4    A    Correct.

5    Q    And that's your general understanding, is that

6    generally when you work for a toy company, you can't work

7    for a competitor, right?

8    A    Correct.

9    Q    And that's something you were aware of as of

10   April 2005, when you started at MGA, correct?

11   A    Correct.

12   Q    And that's something you were aware of when you were

13   working at Mattel, correct?

14   A    Correct.

15   Q    Now, let me talk about your experience at Mattel.  You

16   said that when you were at Mattel, that you moonlighted; do

17   you recall that?

18   A    Yes.

19   Q    And let's talk about the circumstances.  Around that

20   time, you were making 80- or $90,000 a year?

21   A    Towards the end of my -- my time at Mattel.

22   Q    So is this around the time you say you moonlighted,

23   were you making 80- or 90,000 a year?

24   A    I was making probably less, more like 60- or 70-.

25   Q    So you were making between 60- and $70,000 a year, and

1   your husband lost his job, right?

2   A    He had quit his -- his job.

3   Q    And you -- at that time you were afraid that you were

4   going to lose your car because your husband no longer had a

5   job, right?

6   A    Correct, he was -- it was difficult to pay for my car

7   because he was in school.

8   Q    Well, you said -- you've testified previously, have you

9   not, that you were afraid you were going to lose your car

10  because you were making 60- to 70,000 a year, your husband

11  no longer has a job, right?

12  A    Correct, I needed extra money.

13  Q    And you said you -- is it correct that you -- you did,

14  quote, "moonlighting," even though you knew that your

15  contract prohibited you from doing that?

16  A    Yes.

17  Q    That is, you understood that your contract that you had

18  with Mattel did not authorize you to do what you did, which

19  is moonlight, correct?

20  A    Correct.  The moonlight -- the extra work I did for

21  Mattel was through a vendor that was doing work for Mattel.

22  It was never for -- never mind, it's irrelevant.

23       It wasn't for a competitor, I was doing Mattel work.

24  Q    So you distinguish that, working for a competitor

25  versus still doing Mattel work?

1    A    Yes.

2    Q    And it's your understanding that working at Mattel and

3    working for a competitor would be inconsistent with your

4    contract with Mattel, correct?

5    A    Correct.

6    Q    And that working at Mattel and also working with a

7    competitor would be wrong, correct?

8    A    According to the contract.

9    Q    And in fact, when you did what you did, you thought

10   there was a possibility you could get fired?

11   A    Yes, I knew it was -- it was wrong.

12   Q    And you did what you did somewhat out of desperation?

13   A    Yes, I needed money.  I wasn't terribly worried about

14   getting fired since my boss told me how to go about doing

15   it.

16   Q    Well, do you recall being asked questions about this --

17   let's see.

18        You'll never remember the dates.  Let me put it up

19   before you.

20   A    Thank you.

21   Q    If you look at July 2nd, 2008.

22        Now, just to refresh your recollection, if you'd look

23   at 4124, lines 19 through 25.

24   A    Yes.

25   Q    And if you'd look at -- and let me ask you, were you a

1   little bit nervous when you were being asked those

2   questions?

3   A    Um, I'm always nervous when you are asking me

4   questions.

5   Q    Well, I wasn't asking you these questions --

6   A    I know, and Mr. Zeller.

7   Q    Well, Mr. Zeller wasn't asking you these questions,

8   either, was he?

9   A    At the deposition?

10  Q    No one at Mattel -- no, no, look at 4124, and you see

11  where it identifies the questioner, it's no one from Mattel

12  that's asking you these questions, right?

13  A    Oh, you represent Mattel.

14  Q    Yeah, I do, hi.

15       But if you look at the transcript, 4124, look at

16  line 18, I'm not asking you to read it out loud, but the

17  questions you were being asked on July 2nd, 2008, were not

18  questions being asked by anyone associated with Mattel,

19  correct?

20  A    Okay.  Yes, I remember now.

21  Q    Okay.  And so I guess my question was:  Were you a

22  little bit nervous when you were answering that question?

23  A    Yes.

24  Q    And at that time -- well, it's true that at the time

25  you -- you moonlighted for a company that actually worked

1   for Mattel, that you knew that you could lose your job over

2   it, right?

3   A    Yes, it was possible.

4   Q    And you also said that you could not name anyone by

5   name who had worked for a competitor of Mattel at the same

6   time that they worked for Mattel, right?

7   A    Is there a different line --

8   Q    It's not right there.  I'm just asking -- let me ask

9   you if that's true --

10  A    Okay.

11  Q    That -- well, your memory was better about what

12  happened at Mattel back in the 2007, 2008 time frame than it

13  is now, correct?

14  A    Correct.

15  Q    And back in that time frame, you couldn't give a single

16  name of anyone you knew who worked for Mattel, at the same

17  time worked for a competitor, correct?

18  A    Not offhand, no.

19  Q    Well, you understand what you can and can't do as a

20  Mattel employee is a fairly significant issue in this trial,

21  correct?

22  A    Yes.

23  Q    And at the last trial, correct?

24  A    Correct.

25  Q    And you knew that at the time your deposition was

1    taken?

2    A    Correct.

3    Q    So when you say you couldn't offhand, when you were

4    asked questions such as could you name anybody who worked at

5    Mattel, at the same time worked as a competitor, you weren't

6    giving an offhand response, you were doing the best you

7    could, correct?

8    A    Yes, correct.

9    Q    So let me talk to you, then, about this communication

10   that you had with Mr. Bryant in September of 2000.

11        I think you told us that you had left Mattel because

12   you wanted to spend more time with your adopted daughter,

13   right?

14   A    Yes.

15   Q    And you weren't -- you were sad to leave Mattel,

16   correct?

17   A    I was.  I was, yes.

18   Q    In fact, Mattel had a program where they paid for --

19   $5,000 of your adoption expenses to adopt your daughter,

20   correct?

21   A    Yes, they had -- it was something under the Clinton

22   administration that had been -- it's just some kind of

23   thing, yeah.

24   Q    So it was your understanding every company would

25   contribute to payments in connection with adopting a

1    daughter?

2    A    I can't remember the specifics, but part of it was

3    because of some kind of law, and then part of it was because

4    of the generosity of the company.

5    Q    Well, whether it was law or generosity, one of the

6    benefits you had was Mattel paid about $5,000 in connection

7    with you adopting your daughter?

8    A    Does that include -- it wasn't an official maternity

9    leave, but it was basically like maternity leave.

10   Q    They gave you a $5,000 check to cover -- were the

11   expenses like 11,000?

12   A    Yes, at that time.

13   Q    And Mattel cut you a check for 5,000 to actually

14   help -- to reimburse you for those -- for 5,000 of those

15   expenses, right?

16   A    Correct, yeah.

17   Q    And then -- so that's the end of August 2000, correct?

18   A    That I got the check?

19   Q    No, no.  My fault.  The end of August 2000, you leave

20   Mattel, right?

21   A    I left Mattel in September.

22   Q    Okay.  The resignation letter was August but you took

23   two weeks -- you gave two weeks' notice?

24   A    Two weeks, yes.

25   Q    And so about the time you leave, you got a phone call

1    from Mr. Bryant, correct?

2    A    It was after I had left.

3    Q    So he called you at your home?

4    A    Yes.

5    Q    And at the time of that first call, he said that the

6    project he was working on was for MGA, correct?

7    A    Yes.

8    Q    And you testified earlier that you were excited to talk

9    to him about this project because it was your first as a

10   vendor and you would be given free rein; do you recall that?

11   A    Yes, I do.

12   Q    And at the time of your -- your -- your deposition, you

13   also testified about why you were excited; do you recall

14   that?

15   A    Yes.

16   Q    And if you'd look at that December 12th deposition

17   transcript, and I'm going to ask you to look at 131, and if

18   you'd look at 131, lines 6 through 11; do you see that?

19            MR. MC CONVILLE:  Your Honor, I object.  This

20   isn't impeaching.

21            THE WITNESS:  Okay.  I read it.

22            THE COURT:  It's not impeaching, Counsel.

23            MR. PRICE:  And I'm not impeaching her with it at

24   this point.

25

1    BY MR. PRICE:

2    Q    So my question is:  Back in 2007 when you were talking

3    about why you were excited about this --

4    A    Yes.

5    Q    -- you didn't mention that you were excited because you

6    were getting free rein, correct?

7    A    I hadn't been offered the job yet.  I hadn't been given

8    free rein yet.

9    Q    So at the time of the call, you were excited because

10   this was one of your first jobs as a vendor, right?

11   A    Correct.

12   Q    Well, and in connection with this discussion, you had

13   an understanding that you weren't going to be doing your

14   work for free, correct?

15   A    Correct.

16   Q    One of the exciting things about doing a job is getting

17   paid for it?

18   A    It's nice, yes.

19   Q    And here we are in mid September 2000, and your

20   understanding from your discussion with Mr. Bryant was that

21   MGA was going to pay you in connection with this project,

22   correct?

23   A    Correct.  He -- we didn't talk about money at that

24   point.  It was an assumption.

25   Q    Your assumption, given the discussion, was that MGA was

1   going to pay you, correct?

2   A    Correct.

3   Q    And that's what happened, MGA paid you, correct?

4   A    Correct.

5   Q    All right.  And you are not -- I mean, you don't feel

6   like you weren't paid for the time you worked in September

7   of 2000, do you?

8   A    No, I do not.

9   Q    I mean, you were paid by MGA for the work you did in

10  September of 2000, correct?

11  A    Correct.

12  Q    And -- and if you'd look at -- you were looking at your

13  notes that was Exhibit 1137, and if we could turn your

14  attention to page 14.

15  A    Thank you.

16  Q    And at the top, here, and I think Mr. McConville talked

17  about this subject, do you see it says "Carter Bryant

18  X6099"; do you see that?

19  A    Yes, I do.

20  Q    And what's the -- the parenthesis right next to it?

21  There is something in parenthesis, I can't make it out, I

22  thought maybe you could.

23  A    I can't make it out, but I can assume that it's --

24  Q    What's your belief?

25  A    It's his work extension.

1    Q    And when you say "his work extension," this is the work

2    extension when he was working at Mattel at the time you got

3    this call from him saying he wanted you to work on a project

4    from MGA, correct?

5    A    Correct.

6    Q    And there is a number after that, is it your

7    understanding that's his home extension?

8    A    Yes.

9    Q    Did you call him at his work extension in connection

10   with your working on the MGA project in September of 2000?

11   A    I don't remember.  I remember talking to him a couple

12   of times, but I don't remember which number I talked to him.

13   Q    And you are talking about, you remember talking to him

14   a couple of times on the phone in September of 2000?

15   A    Yes.

16   Q    So after this initial phone call -- and was it your

17   understanding that he was calling you from Mattel at the

18   time?

19   A    I can't remember where he was calling me from.

20   Q    Do you recall what time of day it was?

21   A    It was daytime.

22   Q    Do you know whether it was -- what -- was it a Monday,

23   Tuesday, Wednesday, Thursday, Friday, do you remember?

24   A    I'm sorry, I can't remember.

25   Q    Was it a weekday?

1    A    Yes.

2    Q    Did he tell you it was okay for you to call him at his

3    Mattel extension, 6099?

4    A    I can't remember.

5    Q    But he gave you the extension to call, correct?

6    A    Yes.

7    Q    All right.  And after that, you had a face-to-face

8    meeting with him at your house, correct?

9    A    Yes.

10   Q    And at that point, you don't have a sculpt, right?

11   A    Yes.

12   Q    At that point, he gave you some drawings and a Steve

13   Madden ad, correct?

14   A    Yes.

15   Q    And I'd like you to look at what we've marked as 1125.

16        And you've seen this collection of drawings, 1125,

17   before, correct?

18   A    Yes.

19   Q    And you've identified these as drawings which you gave

20   your counsel who was representing you in the deposition,

21   Mr. McFarland, correct?

22   A    Yes.

23            MR. MC CONVILLE:  This isn't in evidence.

24            MR. PRICE:  Oh.

25

1    BY MR. PRICE:

2    Q    So just to be clear, 1125 you recognize as drawings

3    which you gave your counsel to then turn over in connection

4    with this action, correct?

5    A    Yes.  I gave Larry, my counsel, what I had.  I -- I

6    remember the drawing part, but I don't remember the words

7    part.  Since then, I've seen many different versions and

8    it's --

9    Q    Okay.  Well, do you see at the bottom it says,

10   "SABW-L"?

11   A    Yes.

12   Q    And your attorney, Mr. McFarland, worked with the

13   Sidley Austin firm, correct?

14   A    No, he did not.

15   Q    Oh.  Was there a Sidley Austin firm?

16   A    Yes, there was.

17   Q    Was there a Skadden Arps?

18   A    Yes.

19   Q    And you understand that L here refers to you, Leahy?

20   A    I didn't know that, but now I do.

21   Q    Okay.  Well, you -- you previously testified that

22   this -- this 1125 looked similar to what you gave to your

23   counsel, correct?

24   A    Correct.

25            MR. PRICE:  Your Honor, I move 1125 into evidence.

```
 1              THE COURT:  Received.

 2              (Plaintiffs' Exhibit No. 1125 is received in

 3         evidence.)

 4    BY MR. PRICE:

 5    Q    All right.  Now, by the way, I wanted to ask you, you

 6    testified to the jury about Mr. Bryant's drawings.  And when

 7    you received the drawings from Mr. Bryant, did you think

 8    that he wanted you to help sculpt a figurine or a doll?

 9    A    He said it was a fashion doll.

10    Q    So you understood at the time you got the drawings,

11    that this was not supposed to be a figurine, correct?

12    A    Correct.

13    Q    And if you'd look at the first page, 1125-00001, you

14    see there the thighs together in the drawing that Mr. Bryant

15    did, correct?

16    A    Correct.

17    Q    If you'd look at 1125-00009, you see that that's a

18    picture of Zoe, correct?

19    A    Yes.

20    Q    And in that picture, her thighs aren't together,

21    correct?

22    A    Correct.

23              (Live reporter switch with Deborah Parker.)

24                          -oOo-

25
```

Case 2:04-cv-09049-DOC-RNB   Document 10205   Filed 03/16/11   Page 122 of 122   Page ID #:309549
CV 04-9049-DOC - 03/15/2011 - Day 33, Vol. 2 of 3

122

1                              -oOo-

2                          **CERTIFICATE**

3

4          I hereby certify that pursuant to Section 753,

5     Title 28, United States Code, the foregoing is a true and

6     correct transcript of the stenographically reported

7     proceedings held in the above-entitled matter and that the

8     transcript page format is in conformance with the

9     regulations of the Judicial Conference of the United States.

10

11    Date:  March 16, 2011

12

13

14          _____

            JANE C.S. RULE, U.S. COURT REPORTER
15          CSR NO. 9316

16

17

18

19

20

21

22

23

24

25