UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.     CV 04-9049 DOC (RNBx)                                  Date     March 5, 2011

Title     MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable     David O. Carter, U.S. District Judge

| Nancy Boehme | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

John Quinn                                              Thomas McConville
Michael Zeller                                           Jennifer Keller
William Price                                            Annette Hurst
                                                         Alexander Cote

Proceedings:     STATUS CONFERENCE

A status conference is held.

:

Initials of Preparer     nkb