UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                              Date   March 6, 2011

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Nancy Boehme | Deborah Parker/Maria Dellaneve | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn<br>Michael Zeller<br>William Price | Thomas McConville<br>Jennifer Keller<br>Annette Hurst<br>Alexander Cote |

Proceedings:   STATUS CONFERENCE

A status conference re: witnesses and exhibits is held.


                                                                 8     :     25

                                          Initials of Preparer    nkb