UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.     CV 04-9049 DOC (RNBx)                                               Date     March 13, 2011

Title     MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable     David O. Carter, U.S. District Judge

| Nancy Boehme | June Sutton, Sharon Seffens, Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Thomas McConville |
| Michael Zeller | Jennifer Keller |
| William Price | Annette Hurst |
|  | Alexander Cote |

Proceedings:     STATUS CONFERENCE

A status conference re: jury instructions is held.






                                                                                                    5     :     05

                                                                    Initials of Preparer     nkb