# EXHIBIT A

# EXPERT REPORT OF DR. ERICH JOACHIMSTHALER
## In the matter of Bryant v. Mattel, and consolidated cases
## November 1, 2010

1.      I, Erich Joachimsthaler, am the Chief Executive Officer of Vivaldi Partners, a strategic marketing and brand strategy consulting firm with headquarters in New York and offices in Munich, Hamburg, Dusseldorf, Zurich and London. I am also a Visiting Professor of Business Administration at IESE (Instituto de Estudios Superiores de la Empresa) in Barcelona, Spain and New York, one of the leading global business schools offering MBA and global executive education programs. I have been a professional in the brand and marketing field for more than 20 years and have provided expert brand and marketing advice to a diverse set of clients in industries such as consumer products, apparel, technology, financial services, entertainment and energy among others. I am over the age of twenty-one and am competent to make this declaration.

2.      Over the past fifteen years, I have been involved in analyzing brands and building strong brands for many clients in America, Europe, and Asia. I have worked for clients in every area relevant to building strong brands.  I have assessed the value of brands and their potential for development in several hundred situations, and I have led research on brand management both as an academic and as a consultant.

3.      I have published numerous articles and two books on marketing strategy and building strong brands.  My book, *Brand Leadership: The Next Level of the Brand Revolution*, which I co-authored with David Aaker, was published by The Free Press in January 2000 and

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 5

TX 25813-00001

has been a top seller among books on brands over the years. My latest book, *Hidden in Plain Sight: How to Find and Execute Your Next Growth Strategy,* was published by the Harvard Business Press in May 2007. It won the Berry-AMA Best Book of the Year award from the American Marketing Association in 2008. It is being translated into 7 languages. I also have published extensively in academic journals such as the *Harvard Business Review, Journal of Marketing Research, Journal of Marketing, Journal of Consumer Research*, and *Sloan Management Review.*

4.    I have held faculty positions at the Darden Graduate School of Business Administration at the University of Virginia, the University of Southern California, the University of Houston, and IESE (Instituto Estudios Superiores de la Empresa) in Barcelona, New York, and London. IESE is my current academic affiliation and is one of the leading global business schools offering MBA and executive education programs. It ranks among the Top 5 global business schools by *The Economist* and *The Financial Times* rankings in 2009.

5.    In 1988, I completed a post-doctoral fellowship at the Harvard Business School. I received my Ph.D. in Business Administration, with emphasis on statistics and marketing, from the University of Kansas in 1985, where I also received my Master's Degree of Science, with emphasis in quantitative methods, in 1981. In 1979, I received my Economics Degree from the Fachhochschule Giessen-Friedberg, Germany.

6.    I have served as an expert witness in several cases involving issues concerning how brand equity erodes, how brands are damaged, and how consumer confusion is created due to actions of different brands. A more detailed summary of my training, past experience, and prior testimony appears in Exhibit A at the end of this testimony.

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00002

7.      I am being compensated at my normal and customary hourly rate of performing my services.  My consulting firm is also being compensated for the time spent by its research staff at their normal and customary hourly rates.

8.      My opinion is based on currently available information. I reserve the rights to supplement, amend, or revise my opinions and conclusions, should additional information become available to me over the course of these proceedings.

## SUMMARY OF ISSUES AND OPINION

9.      I was retained  by MGA Entertainment  and I was asked by counsel to provide an opinion on several issues:

   a.   The importance of the visual elements of the brand in consumer choice

   b.   The role that visual elements or symbols such as the packaging plays in consumer judgments, decisions and behaviors

   c.   The role of the trapezoidal packaging for building the Bratz brand

   d.   The damage to the Bratz brand that results from the conduct of Mattel

10.     I have reviewed and relied on research as I customarily do to study brands for my clients in my consulting practice or in my academic research. Among other materials, I relied on the following:

   a.   Documents produced in this litigation, including:

   i.   Internal research and strategic planning documents from MGA Entertainment and Mattel, Inc.

3

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00003

    ii.   Product overview of doll lines and product pictures

    iii.  Marketing, Advertising and Business plans from MGA Entertainment and Mattel, Inc. and executives

    iv.  Annual Reports and documents with growth models, growth potential and quarterly reports

    v.   Depositions taken in this case

  b.  Materials collected and researched by Vivaldi Partners

    i.   Secondary academic and industry research

    ii.  Mattel, Inc. public filings

  c.  My own and my colleagues' extant work on conceptual theories, empirical research, and professional work on cognitive psychology, branding and marketing. I applied our frameworks and approaches to understand the situation.

11.    Based on my analyses outlined in this report, I arrive at several conclusions which are explained and amplified following the detailed analysis described in this report.

## DETAILED ANALYSIS

12.    In the following, I will first present my analysis, results and conclusion concerning the above issues. My work is predicated on the basic and fundamental theories, concepts and empirical research and the building of strong brands in my field. This work includes my own work on the importance creating strong brand identities in the minds of

4

CONFIDENTIAL – ATTORNEYS EYES ONLY

consumers. When I refer to brand identities, I refer to the set of brand associations that the brand strategist aspires to create or maintain.[1] A brand is defined as a distinguishing name and/or symbol intended to identify services or goods. The challenge then in building strong brands is to develop the thoughts, feelings, beliefs, perceptions, emotions and experiences about anything that represent that brand such as the style, the logo, the design, a color, a character, a gesture or a package in consumers' mind.

13.     One can distinguish between verbal elements and visual elements of the brand. Examples of verbal elements of the brands can include the brand name, a tagline or a slogan or any words that are linked in consumers' mind to the brand. Visual elements can include logos, symbols, colors, a gesture or any design aspects concerning the physical features of the product, packaging, or marketing or brand-building program. My colleague David A. Aaker and I were one of few academics in the marketing field that have early on recognized the power of visual elements and its strategic role in building brands. A symbol, sometimes even just a single visual element, can provide cohesion and structure to an identity, making it much easier to gain recognition and recall.[2] Visual elements, in our book we referred to these elements simply as symbols, can play a key role in creating and maintain brand equity.[3]

14.     All associations and elements of the brands, both visual and verbal, combine to create a brand identity system with depths and texture in consumers' mind. In a way, the visual and verbal elements of the brand work together and act like a glue that hold the various brand associations linked in consumers' mind together.

---

[1] David A. Aaker and Erich Joachimsthaler, *Brand Leadership,* The Free Press, New York, p. 43.
[2] Ibid, page 54.
[3] Ibid, page 54.

5

CONFIDENTIAL – ATTORNEYS EYES ONLY

15.     In the next sections, I will describe first the importance of visual brand elements such as any design features associated with packaging on consumer choice.

## 1.  The Importance of Visual Elements in Consumer Choice

16.     Consumer decision making is generally thought of as consisting of several distinct stages.[4] These stages are problem recognition, information search, consideration, evaluation, choice, and post-choice. The first stage, namely "problem recognition" or also-called "need recognition," is the stage in which the consumer first experiences a problem or a need (e.g., "I need to buy a gift for my daughter"; "Playing helps the development of the child"), and realizes that a product of a certain category may be needed (e.g., "Maybe, I'll buy a doll" or "She needs to have some toys to play with"). A large part of this problem recognition stage is driven by parents or family members who are the primarily buyer of fashion dolls. Parents spend more than three times (about $170 billion) on tweens than tweens spend themselves (about $51 billion) in the US. The influence of parents differs on the type of purchase. While parents may buy the doll, tweens spend a large amount on apparel and accessories. The influence of parents also differs across the stages of the choice process. While parents have more influence in the early stages of the process, recent research shows that "adolescents seem to play a significant role in the final stages of decision making."[5]

17.     The second stage, called the information search, is the stage in which the consumer gathers information to make the decision. Different types of information may be searched at this stage including (a) information about what options are available (e.g., "What are

---

[4] Wayne D. Hoyer and Deborah J. MacInnis, *Consumer Behavior* (3rd ed.). Boston, MA: Houghton Mifflin, 2003.
[5] Julie Tinson & Clive Nancarrow (2007), "Grow"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, 160-170.

6

CONFIDENTIAL – ATTORNEYS EYES ONLY

the different dolls available?"), (b) information about the main attributes of the options (e.g., "Which doll has a broad range of accessories?"; "How much will the child play with it?"), and (c) information about how to make the decision (e.g., "The type of fashion that the doll can be dressed is more important than the design of the doll"; "I better ask a person from the daycare center what they recommend"). Consumers' information search can be external (e.g., seeing what other kids her age play with, browsing the web) or internal, that is, based on their knowledge and memory (e.g., "I remember seeing a great doll a while ago"). A survey of 1,306 U.S. children showed that 36% of tweens ages 8-12 agree that they often pay close attention to advertisements to make sure they buy the right products and 36% also say that they often look to see what their friends use and buy when making purchase decisions, and 62% like to buy things their friends have.[6] Often, the information search will combine both internal and external searches and is generally more extensive when the consumer is particularly motivated to make a "good decision," which is a function of "consumer involvement".[7] Consumer involvement with the decision tends to be higher whenever "the stakes are high" such as when the product is expensive (e.g. buying a car), the decision has important consequences (e.g., will she play with it), the product entails risks (e.g., choosing a brand of medicine), or the product has high symbolic or expressive value (e.g., choosing a gift or to feel grown up). The extent of the information search also depends on the amount of experience and familiarity that the consumer has with the decision and the product category whether it is a purchase of a fashion doll, apparel or accessories.

---

[6] Online survey by Harris Interactive in collaboration with the University of Delaware's Lerner College of Business and Economics,
[7] Sharon E. Beatty and Scott M. Smith (1987), "External Search Effort - an Investigation across Several Product Categories," Journal of Consumer Research, 14 (1), 83-95; Erich Joachimsthaler and John Lastovicka (1985), 4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis Problem, *Journal of Marketing Research*, (Computer Abstracts).

CONFIDENTIAL – ATTORNEYS EYES ONLY

18.     The distinction between internal and external consumers' information search is very important. Both modes of information search are facilitated by strong visual elements of the brand. In external search, very young consumers might not be able to read well but they can recognize visual elements and hence learn brand information. They might recognize a brand on the shelf merely through the visual elements of the brand such as its unique package design. In internal search, visual elements are extremely useful since they act as glues that hold different associations together in consumers' mind. This greatly facilitates retrieval and processing of information.

19.     Another aspect of information search that is important is the fact that a large part of the information that consumers learn about brands is not learned in the context of or in relation to a specific decision. Instead, a large part of consumer's knowledge is acquired incidentally, that is, without an explicit intention to learn the specific information.[8] A consumer with no need or intent to buy a doll may still acquire, incidentally, a lot of doll-related information (e.g., seeing other people while walking in the park; noticing another child's doll while going out, seeing different types of dolls while passing by a toy store, seeing an ad for dolls while reading a magazine, etc.). Because of incidental learning, visual elements of the brand are so important. Part of this information will eventually resurface if one day the same consumer does need to buy a doll and starts searching through his or her memory. Industry experience shows, for example, that consumer take only three seconds to notice a brand on a shelf.[9] So, when a consumer walks by a shelf in a toy store, the distinctiveness of the packaging may be one of the determining factors to ensure that a consumer encodes the doll or package as a Bratz doll. This incidence may influence consumers' memory and future attitude and behavior

---

[8] H. E. Krugman (1967). "The measurement of advertising involvement," *Public Opinion Quarterly*, 30, 583-596
[9] Interview with Steffen Smith, January 31, 2008

8

CONFIDENTIAL – ATTORNEYS EYES ONLY

toward Bratz even if the consumer uses a different channel (for example, surfing the web) to buy a doll, apparel or accessories.

20.     The next stage is called consideration set formation. Because product choice often involves a multitude of alternatives, Target.com, for example, carries 8 types of fashion doll characters and 267 different fashion dolls to be exact, Toysrus.com carries 11 types of fashion dolls and 209 different fashion doll products, consumers almost always narrow down the set of options or alternatives to a more manageable subset called the consideration set. The consideration set is the set of options that "the consumer considers seriously when making a purchase and/or consumption decision".[10] Depending on whether information is searched externally or internally, consideration sets may be formed by paring down the set of options available in the external environment (e.g., a consumer "zooming in" on a subset of fashion dolls in the aisle of a retail store; a consumer refining his or her search from a web-shopping site) or by searching the set of options that come to mind and selecting a subset for further consideration. Consideration sets have been found to contain typically between three and six alternatives across a broad range of product categories.[11] Generally, it is only after they have narrowed down the options to this smaller set that consumers proceed with a more formal evaluation of the options.[12]

21.     It is therefore extremely important for brand owners that their brands or products be included in this consideration set. If a brand is included in the consideration set, the probability that it will be selected goes up significantly. It is probably not 100%. Rather, it is more or less inversely proportional to the number of options included in the consideration set.

---

[10] John R. Hauser and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration Sets," *Journal of Consumer Research*, 16 (4), p.393.
[11] Ibid
[12] J. Edward Russo and Abraham D. Horowitz (1994), "Expert Systems for Consumers."  In Beherns, G., K.P. Kaas, B. Neibecker, V. Trommsdorff, and P. Weinberg (eds.), Konsumentenforschung, Munich: Verlag-Vahlen, 367; John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, Vol. 16, 694

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 13

TX 25813-00009

However, if a brand is not included in the consumer's consideration set, its chances of being eventually purchased by this consumer are close to zero.[13]

22.     Inclusion in the consideration set is said to be driven by a number of factors. Several studies suggest that liking of objects is influenced by the ease (or difficulty) in processing information relating to the product or brand.  Bratz's extant and consistent use of visual elements that invoke the well-known brand associations ensures such as ease of information processing.[14] Hence, visual elements of the brand play an integral role in helping consumers to eliminate alternatives and to define the consideration set.[15]  Another factor follows from extant research that shows that people tend to buy brands with high awareness and familiarity that is often associated with established brands. That is, consumers invoke the cues or associations that they remember.  These cues or associations can stem from information they've heard from others, from advertisements, or visual encounters.[16]  In the case of fashion dolls, for example a girl may pick up a cue from friends or classmates that a new doll product is "cool." This could happen coincidentally through sheer observation of someone else having a particular doll and this can give the impetus to include the doll in their consideration set.

23.     The notion of the consideration set is particularly important for this case. As mentioned previously, an important indicator of a brand's strength at the consumer level is the degree to which the consumer is willing to consider the brand as an option, that is, whether the brand is part of this consumer's consideration set. A primary source of competitive advantage for

---

[13] John R. Hauser (1978), "Testing Accuracy, Usefulness, and Significance of Probabilistic Choice Models - Information-Theoretic Approach," *Operations Research*, 26 (3), 406-21.
[14] Luk Warlop and Joseph W. Alba (2004), "Sincere Flattery: Trade-Dress Imitation and Consumer Choice," *Journal of Consumer Psychology*, 14, 1&2, pp. 21-27.
[15] Aparna A. Labroo (2006), "Do Products Smile? When Fluency Confers Liking and Enhances Purchase Intent, "*Advances in Consumer Research*, Volume 33.
[16] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 14

TX 25813-00010

strong brands is therefore their ability to enter into the consideration sets of a larger number of consumers. This ability stems in part from these brands' higher levels of consumer memory awareness. Everything else equal, brands that are better known (more accessible in consumers' memory) are more likely to be considered, and therefore more likely to be purchased.[17] For example, sales of Bruno Magli fashion shoes, which previously were relatively unknown, went up by 30 percent after these shoes' brand name was prominently featured in the O.J. Simpson trial, and this in spite of the fact that the shoes were mentioned as being those worn by the murderer.[18] The impeccable popularity of the High School Musical Dolls, a best-selling doll a few years ago at Toys R' Us for example, is a good example of how a brand that enters into a consideration set is built on memory awareness. High School Musical was extremely popular among tweens. Owned and endorsed by the Disney Corporation, the play and movie features popular songs that are currently in stores, characters that appear on Disney Channel specials regularly and High School Musical clothing among many other products that work to embed the amazing and sensational popularity of this program into consumers' minds.

24.    The ability of strong brands to enter consumers' consideration sets also stems from their distinctive and compelling brand identity. For example, a consumer in the market for a new digital (mp3) player is very likely to at least consider an iPod as an option, not just because the consumer knows the brand, but this brand stands for something compelling and distinctive in this consumer's mind (e.g., "cool", "popular"; "great design"). Therefore, any source of confusion between the brand and another or any dilution of what the brand means for the

---

[17] Nedungadi, Prakash (1990), "Recall and Consumer Consideration Sets: Influencing Choice without Altering Brand Evaluations, *Journal of Consumer Research,* 17 (December), 263-276.
[18] A. Scot Walton (1997), "Bruno Magli: Shoe Sales are Up Because of Ad Campaign," in *The Atlanta Journal-Constitution.* Atlanta, GA

CONFIDENTIAL – ATTORNEYS EYES ONLY

consumer severely reduces this brand's ability to enter the consumer's consideration set, and

therefore the likelihood that it will eventually be chosen.

25.    Concerning the formation of the consideration set in a crowded retail environment,

the ability for a brand to become an option for consideration is directly related to its ability to be

recognized.[19]  For example, the Bratz brand has been able to set itself apart with a number of

unique store aisle tactics and packaging attributes.  The Bratz package uses bright metallic colors

to make the product stand out and reinforce the edgy and stylish feel of the brand in addition to

the clear form, strong logo, themed handle, and similar structure that resonates throughout all

products.[20]  MGA Entertainment has also designed a Bratz aisle experience for the consumer that

includes a cohesive color palate including wallpaper that is repeated through the entire aisle.

Their products are peg-able, creating more visually appealing space that allows the consumer to

see the product from all sides through the clear trapezoidal package.[21]  MGA has gone so far as

to place the various Bratz products in order by size from top to bottom to make choosing and

buying a clearer and more appealing process.[22] These visual identifiers manifest the brand's

ability to enter the consumer's consideration set and therefore the likelihood that it will be

purchased.

26.    Once the consideration set has been formed, the consumer proceeds with a more

detailed and careful evaluation of the alternatives included in this set.[23] This is the formal

evaluation stage. In this evaluation stage, the options' main attributes and benefits are reviewed

---

[19] Wayne D. Hoyer (1984), "An Examination of Consumer Decision Making for a Common Repeat Purchase
Product," *Journal of Consumer Research*, 11 (December)
[20] My Scene and Bratz: What's Working and What's Not M 0078511-12
[21] Barbie Retail Experience, M 0065497
[22] *Ibid*
[23] John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search
and Protocol Analysis," Organizational Behavior and Human Performance, Vol. 16, 694; J. Edward Russo and
France Leclerc (1994), "An Eye-Fixation Analysis of Choice Processes for Consumer Nondurables," *Journal of
Consumer Research*, Vol. 21

CONFIDENTIAL – ATTORNEYS EYES ONLY

and compared.  A consumer trying to decide between a Barbie and a Bratz doll may compare the look, construction quality, and price.  In this evaluation stage, tradeoffs and comparison decisions have to be made.  For instance, a young consumer might look at the package and decide that the metallic colors of the Bratz doll are more "edgy and appealing"[24] than the light pink color of Barbie and thus might pay more for the Bratz doll than for the Barbie doll.

27.     Various mechanisms also favor strong brand identities at the evaluation stage. First, the brand itself may become a criterion for evaluation and a decision driver. A consumer who is comparing three digital music players, an iPod, an iRiver, and a Creative Zen player, may favor the iPod because "Apple is a cool brand," a statement that is independent of the three players' objective attributes.  This applies to the Bratz brand because as Paula Garcia explains, girls use the dolls as an expression piece rather than a play piece.   Second, consumers' overall liking of and attraction to a brand may also color how this consumer will perceive and interpret the brand's product attributes, a phenomenon known as "halo-effect".[25] For instance, consumers who generally like Apple as a brand might perceive the iPod song selection mechanism as a "plus," whereas other consumers who are not as partial to Apple might perceive the same mechanism as a "minus." Finally, a strong brand identity may also help when no option clearly stands out based on a comparison of their attributes. This is clearly the case in many apparel purchases. In this case, a strong brand identity may serve as a "tie-breaking" heuristic. The formal evaluation stage generally culminates in a choice. A single product is selected and purchased.

---

[24] Barbie Retail Experience M 0065497
[25] N. E. Beckwith and D. R. Lehmann (1976), "Halo effects in multi-attribute attitude models: An appraisal of some unresolved issues," *Journal of Marketing Research.*, v13.

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 17

TX 25813-00013

28.     It is important to note that when the formal evaluation and choice takes place, all the relevant information about the options is not necessarily externally accessible to the consumer. Consumer researchers make a distinction between "stimulus-based" choice, where the information about the options is available in front of the consumer (e.g., a consumer in a drugstore comparing different brands of shampoo on the shelf) and "memory-based" choice, where the information about the options is only available from memory (e.g., a consumer trying to decide which brand of beer to order at a bar). In a third type of situation, called "mixed-based" choice, information accessible in the immediate external environment and information available from memory are combined. Many consumer decisions fall into the third category.[26] This distinction is important because it emphasizes that memory plays a very important role in consumers' decisions.[27] Therefore, any confusion or weakening of the brand in consumers' mind has important and negative consequences for consumers' decisions.

29.     The final stage in the consumer decision making process is the post-choice or post-purchase stage. In this stage, consumers experience the product and can more fully evaluate the product's performance. Product satisfaction or dissatisfaction and purchase satisfaction or regret may arise as a result. High product satisfaction may result in consumers telling others about how pleased they are with the product through, for instance, word-of-mouth or web-product review postings. Strong product dissatisfaction may have mirror effects. Again, a strong brand identity can also play an important role at this stage. As mentioned previously, a strong brand identity may further motivate the consumer to share their satisfaction with others if they

---

[26]  John G. Lynch and Thomas K. Srull. (1982). "Memory and Attentional Factors in Consumer Choice: Concepts and Research Methods," *Journal of Consumer Research*, 9 (June).
[27]  J. W. Alba and J. W. Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, 13 (4), 411-54.

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 18

TX 25813-00014

are satisfied with the product's performance. A strong brand identity may also mitigate consumers' negative reactions in case of product disappointment.[28]

30.     Based on my analysis above, I conclude that the nature of the consumer decision-making process in toys, and in particular dolls, is such that the visual elements of a brand such as the shape of its packaging has a significant impact on how consumers make purchase decisions and whether the purchase decision favors the Bratz brand over alternatives. Because visual elements such as the shape of packaging influences strongly in the early stages of the consumer decision making process where recognize the need to purchase a doll, catch attention from various sources and alternatives, search passively or actively for information, and choose which brands become part of the consideration set, it is extremely important for MGA to maintain the strengths or salience and uniqueness of its visual cues and elements that are linked to the Bratz brand.

## 2.  The Role of the Packaging of Bratz and its Impact on Consumer Judgment, Decisions and Behaviors

31.     In earlier paragraphs, I opined that building strong brands involves forming brand identities in consumers' mind. Brand identities consist of associations linked to a name or symbol. The associations could be anything including a thought, a belief, a feeling, an emotion, the design feature of the product, the packaging or the marketing and promotional material, for example. I also opined that visual elements can function much like a glue to create structure and

---

[28] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity,* 3rd Ed, Prentice Hall, Upper Saddle River, New Jersey, 2008.

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 19

TX 25813-00015

cohesiveness to a brand identity.  In this section, I will pick up on the role that visual elements such as the packaging of the Bratz brand on how consumers process information along the consumer choice process and how this role is impacted by consumer judgments, decision-making and consumer behaviors.

32.     Cognitive psychologists and marketers view the storing of information in people's memory about an object as a network.[29] When the information are brand associations, we refer to the network as a brand-related memory network where the brand name often serves as a central node. There are many elements of a brand's identity (e.g., its design, colors, logo, and packaging) that can be so closely connected to the brand name that it operates virtually the same way as a brand's central node. As a general illustration of a brand consider the figure below:



33.     In this figure, several associations are strongly linked to the brand: feelings, thoughts, emotions and attributes. Typically also things like packaging and design features such as color and shapes figure in such a branded network. It is important that each of these elements or a combination can invoke the brand. For example in the case of Bratz, the tagline: "passion for

---

[29] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity,* Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 20

TX 25813-00016

fashion" immediately invokes all associations with Bratz. Other elements or nodes in a brand's memory network, sometimes called a brand's "memory trace," represent beliefs about the brand's main attributes and benefits (e.g., functionality, quality, doll personality), experiences with the product whether direct (e.g., personal experience) or indirect (e.g., word-of-mouth, advertising), and other beliefs or feelings about the brand (e.g., popularity with peers, its "cool" factor, relevance to user's personality and imagination).

34.     The figure also illustrates an important feature of these branded memory networks. In the figure there is a link between the word "attribute" and the word "thoughts." This link should illustrate conceptually how the network is linked. What this means is that if one of the element of the network is activated, for example the word "attribute," it activates also the word "thoughts." This process is known as "spreading activation."[30] The stronger the link between the two elements of the network, the higher is the trace strength, and the more spreading activation takes place, because all the elements in the network are linked and the traces are strong. For example, it is possible that a packaging seen on the shelf could activate in consumers' memory many or all elements of the brand. Generally, strong and unique visual elements facilitate spreading activation.

35.     In order to understand further the spreading of activation of brand information in memory, it is helpful to evaluate specific consumer behavior processes that take place during the choice process. Some of these processes help and some of these processes hinder the activation of the memory network.

*Categorization*

---

[30] John R. Anderson, *The Architecture of Cognition*, Harvard University Press, Cambridge, MA, 1983.

17

CONFIDENTIAL – ATTORNEYS EYES ONLY

36.    Categorization is a learning process in which consumers categorize an object. It occurs when consumers use their prior knowledge stored in consumer memory to label, identify, and classify something new.[31] The role of categorization is to make learning new information efficient. All consumers process information through categorization. It is a form of managing the vast amount of information and the speed of information that consumers are bombarded with on a daily basis. For example, when a consumer sees another consumer holding a red soft drink cup, it is likely that the consumer infers that the other consumer drinks a Coke. The theory suggests that the similarity between the new information and what is stored in consumer memory drives the categorization process. Consumers make major inferences through this basic categorization process. For example, if a consumer categorizes a product as a member of a category, he or she may infer that the product has the features or attributes typical of that category. In other words, if a consumer for example sees a packaging with a particular shape and categorizes this packaging as belonging to a certain brand's network stored in memory, he or she infers that the packing contains product that has features or attributes typical of that brand.

*Retrieval*

37.    Retrieval is the process of remembering, or accessing, what we have stored in memory. There are basically two processes of memory retrieval: recall and recognition. Recognition occurs when we can identify something we have seen before. That is, when any stimulus (e.g., a name, or a packaging, a design) can find a match within an existing memory network. Generally, recognition takes place very quickly and very easily. We may just have a glance at something or see a fraction of it and can recognize it as something familiar. A

---

[31] Wayne D. Hoyer and Deborah J. MacInnis, *Consumer Behavior,* 4th Edition, Houghton Mifflin Company, Boston, p. 97

CONFIDENTIAL – ATTORNEYS EYES ONLY

consumer may see a packaging and through the retrieval process of recognition finds a match with something similar stored in memory.

38.     While recognition occurs very fast and is relatively easy and hence often accurate for consumers, there are also errors that can take place. This happens because people's memory may be subject to distortion or confusion. If there is a high degree of similarity between new information about one brand and an existing memory network of another brand, it is possible that false recognition takes place. For example, if a consumer has learned over time that one brand has a particular shape of a packaging and then see a similar shape of packaging from another brand, he or she can make a error, and retrieve the wrong information. The consumer may notice the mis-match and becomes confused, or he or she does not notice the mis-match and processes information incorrectly.

*Recall*

39.     Recall involves a more extensive activation of the network in memory. It requires more effort and a more elaborate processing because where consumers need to reproduce the information from memory, not merely recognize or identify the information. The stronger a brand's memory network is, the higher the trace strengths, the easier is the recall. For brands that are well-known and are part of people's daily life for many years, or even a life time such as for example, a certain brand of soap or a brand of soft drink, many consumers have a strong memory network and retrieve easily information from memory.

40.     But, regardless of how strong a brand's memory network is in consumers' memory, there are many recall errors that can occur. Errors occur when new information is encoded incorrectly. For example, a girl might play in the park and see another friend with a doll

19

CONFIDENTIAL – ATTORNEYS EYES ONLY

package with a certain shape or form passing by. The park-playing girl might encode this information by recalling the wrong memory network and hence mistakenly make the wrong judgment. There is also errors that take place after new information has been correctly encoded. For example, a mother might have searched through multiple stores to find a particular brand of dolls as a gift for her daughter in anticipation of the holidays. After the holidays, she remembers only having seen various dolls at different price levels in discount stores and specialty stores. She might recall that a certain doll brand was found primarily in the discount stores and lower price levels. These two types of errors of recall happens, the more similar the elements of two brands are, particularly those elements that invoke the memory network most easily.

*Expertise*

41.     Empirical research shows the errors of categorization and memory retrieval are a function of many factors that are specific to individuals. Novices, that is, new or younger consumers, are more likely to process or elaborate information by simplifying while consumers with more expertise have the ability to deal with complex information and reduce the negative effect of complexity.[32] This means that younger consumers with less expertise in purchasing are likely to rely on fewer information than more experienced consumers to activate memory retrieval processes. This means that less experienced consumers are more likely to make errors of retrieval than more experienced consumers.

## 3. The Bratz Brand and the Trapezoidal Packaging

---

[32] Hutchinson, J. Wesley and Eric M. Eisenstein, (2008), —Consumer Learning and Expertise,‖ in *Handbook of Consumer Psychology*, ed. Curtis P. Haugtvedt, Paul M. Herr, and Frank R. Kardes, New York, NY: Psychology Press, 103-31.

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00020

42.     Success in launching new brands in the toy or fashion doll business is not mandatory. It is in fact rare. Nevertheless, the Bratz brand became a success and a strong brand in a relatively short period of time. Within a few years of its launch, studies by MGA and Mattel showed that the Bratz brand performed well on numerous dimensions of brand strength, or brand equity. Awareness among parents and tweens, strong and meaningful brand associations among girls and mother such as fashionable, cool and fun, high ratings on perceived quality of the entire ecosystem of products from the dolls to accessories, and strong affinity or loyalty to the brand, all these dimensions attested to the strengths of the brand.

43.     It is remarkable how rapidly the strengths of the brand developed after its launch in 2001. Already as early as 2003 Mattel reported that Bratz awareness levels were impressive – in the range of 90-100%.[33] From my experiences in building brands, such a rapid brand development is truly exceptional but it is also no coincidence. MGA early recognized that success in building a brand will require cutting through the clutter of messages, advertising, promotions, and sales pitches. It required creating a strong brand identity system based on unique brand elements.

44.     The brand identity system of Bratz has been built around associations such as rebellious, cool, edgy personality, fun, fashionable, and an irreverent attitude. These identity elements contrast sharply from the well-known Barbie brand and anything that really existed at the time in the market. Bratz differentiation rests on strong, favorable and unique associations.

45.     It is important to make a distinction between conceiving or aspiring to create strong, favorable and unique associations and actually achieving and building such associations in consumers' mind. In the toy or doll market, achieving to create such associations is indeed an

---

[33] The Bratz Brief

21

CONFIDENTIAL – ATTORNEYS EYES ONLY

extremely difficult challenge since toy manufacturers like MGA only have a very limited time span of no more than a few years to build a brand. This is so because young girls enter the market for Bratz at the age of seven for example, but also move on to other toys by the age of 10 or 11 or earlier. One of the key factors that drives success in building a brand in such a short time span is that every aspect of the marketing program works in synch from product, marketing, packaging and sales. Across every consumer touch point where consumers can possibly see the brand such as for example a retail store, all verbal and visual cues of the brand must be consistent and communicate strongly. This is why visual cues play such as particular importance in marketing to tweens. Visual elements and cues help to consolidate brand associations into consumers' memory network, create the "glue' effect and structure the brand associations in memory.[34]  Visual elements or symbols are particularly powerful when strong or salient and unique.[35]

46.     The visual element that is of focus for my analysis is the trapezoidal shaped packaging that Bratz consistently used since 2001.  Packaging is one of the most important "carriers" of the brand identity in consumer marketing. In fact, the "shape of the packaging is the second most important visual recognition factor," after the brand name.[36] No other toy company built a brand around the trapezoidal shape of packaging, until MGA came along with Bratz. An innovative packaging such as the trapezoidal shape of Bratz packaging communicates the brand identity in many different ways. Packaging can communicate the personality and attitude of the brand. The trapezoidal shape's significant departure from traditional packaging doll market

---

[34] David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution,* The Free Press, New York, NY, 2000, p. 54.
[35] Pamela W. Henderson and Joseph Cote (1998), "Guidelines for Selecting or Modifying Logos," *Journal of Marketing,* 62 (April), 14-30.
[36] Jean-Noel Kapferer, The *Strategic Brand Management: Creating and Sustaining Brand Equity Long Term,* Kogan Page, London, 2008, p. 416.

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 26

TX 25813-00022

communicated associations of innovation and even attitude. It communicated: the Bratz dolls march to a different tune.

47.    Packaging also can communicate the overall brand promise and suggest the use experience. The trapezoidal packaging of Bratz also expressed the brand promise of fun. The innovative packaging of Bratz gives the brand ways to bring the fun imagery to life more than any other device. In a retail context, the packaging can act like a "silent salesperson" on the shelf and suggest key brand attributes which is important in the case of external consumer memory search. Bratz's packaging also effectively communicates the use experience ranging from play patterns, collecting, or expressing one's self-identity. Support for Bratz's superior value proposition comes from various research studies that show the importance of accessories in doll purchases, the strong performance of Bratz in terms of quality of accessories and value in the box.[37] Overall, Bratz' packaging delivers MGA the ability to differentiate Bratz from other dolls/toys at retail because Bratz has clear packaging equities that other dolls such as for example My Scene lacks.[38]

48.    Powerful packaging such as Bratz's trapezoidal packaging works along every stage of the consumer decision-making process described in the previous section. In a crowded retail environment, the unique Bratz packaging can draw attention from shoppers who might not even know of Bratz. In other words, the packaging can actually cause shoppers to include Bratz in their consideration set among other fashion dolls. Given that buying a fashion doll is for some consumers, for example parents, mostly a gift purchase, the ability to attract attention is extremely important. This is even important outside of the retail context. A consumer can retrieve information that is visually anchored or reinforced in memory a lot easier than

---

[37] Rebecca daCosta, "State of the Girls Packaging Report, June 2007, p. 10, Exhibit M1861411.
[38] My Scene & Bratz: What's Working & What Not?, Exhibit 1297.

23

CONFIDENTIAL – ATTORNEYS EYES ONLY

information that is not anchored strongly through a visual element. For example, a father might remember the daughters' choice of another friend's birthday present a lot easier if the packaging is salient visually and recognizable such as the trapezoidal Bratz packaging.

49.     A strong visual cue such as the trapezoidal packaging even facilitates learning and strongly influences choice. It is well known that most information acquisition is not purposeful or directed, most is incidental. Consumers attend to certain advertising stimuli because they recognize them or because they look familiar. Watching television, for example, is entirely a lean-back experience where consumers are in a very relaxed state of mind. The purpose is not active information acquisition, the purpose is to entertain, to enjoy or to relax. The stronger brands visual cues, the more a consumer can catch information incidentally and process these information by storing the information in the memory network. The trapezoidal Bratz packaging functions as such a visual cue. The packaging is so strong, it even influences choice in some situations. Mattel's own opinion from studying the Mexican market provided evidence. In the report, Mexico Insights, Concerns and Needs, one of the conclusions was that: ..staunch My Scene girls are still choosing Bratz because of its cool packaging."[39]

50.     Over the years, in addition to continuing to sell product in the same packaging as the first generation of Bratz dolls, MGA modified and varied its trapezoidal packaging.  In some instances, MGA created trapezoidal packaging with beveled edges or curved sides.  In others, MGA inverted the trapezoid or created a rectangular space next to the trapezoid in order to accommodate additional accessories.  Packages with such variations carry the same visual theme across the brand, consistently maintaining elements of the trapezoid and supporting its distinctiveness.  In fact, through these variations and modifications, MGA kept its trapezoidal

---

[39] Mexico Insights, Concerns, and Needs, Exhibit M1508740

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 28

TX 25813-00024

packaging looking fresh, just as Nike did with its fifteen different variations of the swoosh logo and Google does every day on its website. Such refreshing of the brand while maintaining the visual cue throughout all the variations is precisely what makes a brand survive over time and gives it strength.

51.     MGA maintained its unique trapezoidal packaging shape despite the utilitarian disadvantages of trapezoidal packaging. For example, in order to make a trapezoidal package with the same footprint on the shelf as a rectangular package valuable packaging space is compromised. This means that there is less space for the product and accessories within the box, which is perceived has having less value to consumers. Alternatively, to make a trapezoidal package with the same volume as a rectangular package, the shelf footprint would have to be much larger, which would require more shelf space to stock the product. Either way, there is "dead space" on the shelves between products packaged in trapezoidal packaging. Trapezoidal packages are also more difficult and expensive to ship because they cannot be packed flush with the sides of shipping containers. Despite these costs and inefficiencies, MGA built a brand around trapezoidal packaging.

52.     In sum, the trapezoidal packaging is a strong and unique element of the Bratz brand.

**4. Damages to the Bratz Brand**

53.     In this section, I will use well-accepted theories and empirically proven principles from the existing psychology, marketing, and consumer behavior literature to explain how the use of a similar shape of packaging by Mattel can confuse consumers, how consumers

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 29

TX 25813-00025

misinterpret and falsely process information about Mattel. I will also analyze the numerous adverse effects that the Mattel actions have on the Bratz brand.

54.    I have extensively discussed the cognitive process of categorization above. In this process, a consumer identifies an object based on its similarity to what he or she already knows, that is based on prior knowledge already stored in memory. For a consumer to make a judgment of identification, he or she will not evaluate every feature of the object. All that is necessary is that there is sufficient similarity on one or more features of the object. This mean when faced with new information about a brand, consumers activate the brand's memory structure and decide whether the information belong to this brand network. Practically, a consumer will not retrieve all information from memory but only those information that are easily accessible. As I have discussed earlier, the type of information that is easier to retrieve likely relates to the visual elements of the Bratz brand such as the shape of the packaging. From this theory, we can predict what is the likely consumer information processing that will take place when a consumer is confronted with a new visual clue, for example, a trapezoidal packaging such as the Toy Story 3 packaging from Mattel. The theory predicts that Mattel trapezoidal packaging is likely to be identified as and confused as belong to Bratz. In other words, consumers will likely make errors in judgment.

55.    Consumers, of course, are not perfect information processors. Often times, they don't know enough about what brand to buy or what brand is cool and what is the brand of choice among young consumers right now. For many consumers, purchasing fashion dolls is something they do infrequently, so often they don't have enough information in memory. They make inferences. A simple inference is for example when a consumer infers that a brand is cool with tweens because it appeared in a commercial that aired during a particular broadcast about

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 30

TX 25813-00026

young consumers. Consumers make these inferences to simplify decision making. They take short cuts, especially for some purchases because they want to go on with their lives.

56.     One of the well-known short cuts that consumers make is called the representativeness heuristic.[40] A heuristic is a mental short-cut that people use to make judgments. For example, a consumer might automatically assume when they see a yellow and red restaurant on the roadside that it must be a McDonalds. In the same way, consumer might automatically assume that when they see a trapezoidal packaging that it must be from Bratz. Given my analysis of the Bratz brand and the role of the trapezoidal packaging in consistent use since 2001, I believe it is very reasonable to assume that a consumer might make such a judgment of mistaken source identification.

57.     Another important theory is Krugman's passive or incidental learning theory.[41] The theory describes how consumers learn new brand information.  By analyzing TV ads, Krugman learned that even though viewers could recall the ads, the ads appeared to have little impact on viewers' attitudes toward the brand. This theory helps to understand consumer confusion in the case of similarity of packaging from two brands, because it is possible that even though consumers can not articulate an attitude change, because of repetition in a relatively low involvement environment, such change actually can have happened. This means that even though consumers might not remember that they have seen a trapezoidal packaging from Mattel, or might not even have noticed it, but nevertheless the new trapezoidal packaging from Mattel has changed their preferences. Such as attitude change process can take place for purchase situations that are relatively unimportant such a gift purchasing situation or an accessory purchase, or that

---

[40] Daniel Kahneman and Amos Tversky, "Subjective Probability: A Judgment of Representativeness," *Cognitive Psychology,* July 1972, pp. 430-454.
[41] Herbert E. Krugman, "The Impact of Television Advertising: Learning without Involvement," *Public Opinion Quarterly,* Fall 1965, pp. 349-356.

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00027

costs relatively little. As a consequence, a consumer could make the wrong purchase decision and buy a Mattel product because he or she has acquired low-level beliefs and a basic familiarity through seeing the trapezoidal packaging repetitively and retaining the wrong source information, namely that this shape of packaging belongs to the Barbie memory network.

58.     Another theory that is important has been put forth by John Anderson.[42]  This theory focuses on how consumers recognize information from a pattern perspective. That is, consumers perceive things in a holistic way. This concerns the visual recognition of figures such as the trapezoidal packaging. This theory is important because it suggests that a consumer needs to see only a fragment or small aspect of the shape of the packaging in order to process the fragment as being a trapezoidal shape belonging to the Bratz brand. From this theory, it is reasonable to conclude that it is possible that consumers might make the judgment that a packaging is from the Bratz brand even though it has been put out by Mattel, even though the consumer has seen only a fraction of the trapezoidal shape and all other information were clearly different from the usual Bratz packaging design. Even in such a situation, consumers could be confused because the strong visual cue of the shape of the packaging led to the false judgment.

59.     Through these theories of cognition and memory, it is possible to understand how consumers process information, how they make judgments and inferences and how they behave. There is extant empirical support for these theories that guide marketing decisions for building strong brands. Importantly, these theories also explain how consumers can be confused as to source in many day to day situations in which consumers need to make decisions along the stages of the consumer decision making process. Here are a few day to day situations of how this confusion as to source could take occur.

---

[42] John R. Anderson, *The Architecture of Cognition*, Harvard University Press, Cambridge, MA, 1983.

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00028

60.     It is possible that a consumer walks into a retail store in search of a toy and even though the consumer does not intend to buy a fashion doll, he or should be confused about the source of the trapezoidal packaging that Mattel put out for Toy Story 3 Barbie Loves Buzz that he sees while browsing the store. He might not even have made a purchase but weeks later or for the next occasion when wishing to buy a toy for a girl, he or she might remember that there was a Bratz on the shelf of that retail store. Clearly, this happened because the consumer mistakenly inferred from the trapezoidal shape of the packaging that is must be a Bratz fashion doll. Such a scenario is entirely likely given the errors that consumers make often times in low-level or passive learning situations.

61.     It is also entirely possible that a consumer catches a glimpse of an advertisement and infers that the advertisement was for a fashion doll from Mattel, even though the advertisement was from Bratz. This is possible because Bratz's unique visual identifier, namely the trapezoidal packaging is a bit less unique due to Mattel's use of such a shape with Toy Story 3 products. A consumer likely makes such an inference because of what is called the availability heuristic.[43] This heuristic suggests that consumers' judgments are influenced by the ease with which instances can be brought to mind. Clearly, Barbie has the advantage of being the doll brand that has been around for over 50 years now and hence is easier to retrieve from memory than a new brand. This advantage translates into a perceptual advantage and consumers could make the wrong inference because of the familiarity with Barbie.

62.     Mattel is a toy giant.  For 50 years it has been selling Barbie dolls and other toys in rectangular packaging.  Mattel has no need to use the trapezoidal shape in connection with its

_____

[43] Valerie S. Folkes, "The Availability Heuristic and Perceived Risk," *Journal of Consumer Research,* June 1988, pp. 12-23.

29

CONFIDENTIAL – ATTORNEYS EYES ONLY

packaging now except to dilute MGA's brand and to capitalize on MGA's brand identity and goodwill.

63.     In summary, MGA has likely suffered significant damage due to the availability of trapezoidal shaped packaging by Mattel in the market place. My research of Bratz shows that this shape is an important visual element of the Bratz brand identity system. It acts like a glue to hold together tightly the associations that Bratz aspires to create and has built with consumers. If this unique shape of packaging is no longer associated with Bratz and instead is also linked in some ways to the largest fashion doll franchise in the market, namely Barbie, there are many adverse effects for Bratz.

64.     First, it will be much harder for Bratz to market to existing and new consumers. This follows from the fact that retrieval or storing of information from memory is no longer as easy. This follows from the fact that any efforts by Mattel to appropriate the trapezoidal packaging weaken the Bratz memory network with consumers. It makes the system less cohesive and less tight and less consistent and ultimately also less unique.

65.     Second, it will be much harder for Bratz to attract consumers. I have shown the many stages that consumers make decisions, called the consumer decision making process. I also have shown how important the visual identifier such as a trapezoidal packaging is in the early stages of the decision making process. The effect of weaknesses in the early stages of this process is that the Bratz brand never gains acceptability or consider for purchase. Because consumers use inferences and make judgments that are biased and imperfect, Bratz might be eliminated from consideration simply because it can no longer get its fair share of attention with consumers in the crucial early stages of the consumer decision making process.

CONFIDENTIAL – ATTORNEYS EYES ONLY

66.     Third, it will be much harder for MGA to market to consumers. This is important because the fashion doll market is one that is in constant flux where new trends emerge and new products and new collections become available several times a year. Any new information are much harder to communicate to consumers. Equally, consumers have more difficulties to categorize the information and consolidate them in the brand's memory network. Marketing and advertising costs increase.

67.     Fourth, there is a lower chance of consideration and eventual purchase of Bratz products. Consumers are likely to make mistakes in judgments and draw inferences that are adverse to Bratz. It will be much harder for consumers "to notice" Bratz in competitive environments such as retail or other touchpoints.

68.     Fifth, MGA will have less opportunity to leverage its brand. Years of investments in building a strong brand are negatively and adversely affected because the brand stands out less in consumers' memory. The brand is less salient and "available" in consumers' mind and hence there is lower brand consideration and likely less purchase.

69.     Sixth, MGA will be significantly harmed in highly competitive environments such as retail. The trapezoidal packaging has led to a well-integrated and consistently well executed retail experience that uniquely distinguishes the Bratz brand from the one big blend in the world of Barbie.[44] This not only affects negatively consumer consideration and purchase but also retailers willingness to allocate shelf space and merchandise Bratz effectively. This can lead to additional marketing costs to get and maintain retail presence.

70.     Finally, after being pushed from shelves for over a year due to the litigation with Mattel and the recall order issued in the first phase, critical transference of brand awareness in

---

[44] Finance & Strategy Retail Visits, April 2004, Exhibit M 0941571

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 35

TX 25813-00031

Bratz was materially diminished just as another group of girls entered the tween age group. Because Mattel's appropriation of the trapezoidal packaging at this time has weakened the Bratz memory network and the value of the trapezoidal packaging as a unique identifier, it will take MGA years and great expense to restore the value of the trapezoidal packaging in the consumer decision making process.  For example, MGA will have to engage in substantial corrective advertising to counter the effects of the infringement and dilution caused by Mattel.


        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

        Executed November 1, 2010 in New York, New York.




                                                    _____
                                                    Erich Joachimsthaler

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 36

TX 25813-00032

**Exhibit A: Full Resume, Publications, Academic Credentials**

## ERICH A. JOACHIMSTHALER, Ph.D.

**Residence**:                                                    **Office:**
311 Amsterdam Avenue, # Ph-B                  125 Park Avenue, Suite 1500
New York, New York 10023                          New York, New York 10017

Tel. 1-917-441-9141                                    Tel. 1-212-965-0900
Cell 1-917-679-8614                                     Fax 1-212-965-0992

Email: ej@vivaldipartners.com

**Education**

| | | | |
|---|---|---|---|
| Post-Doctoral Research Fellow | 1987 | - | 1988 | Harvard Business School |
| Doctor of Philosophy | 1981 | - | 1985 | University of Kansas Business Administration Specialization: Marketing and Quantitative Methods |
| Master of Science | 1980 | - | 1981 | University of Kansas Marketing Research |
| Vordiplom | 1979 | - | 1980 | University of Frankfurt Economics |
| Diplom Betriebswirt | 1976 | - | 1979 | Fachhochschule Giessen-Friedberg Business Administration and Computer Science/ |

**Doctoral Dissertation**          "Lp-Norm Estimation in Discriminant Analysis."
                                                 Chairs: John L. Lastovicka and Kenneth O. Cogger

CONFIDENTIAL – ATTORNEYS EYES ONLY

## Academic Experience

| | | |
|---|---|---|
| 2004 | - | Visiting Professor of Business Administration<br>Department of Marketing, Instituto Estudios Superios de la Empresa (IESE), Barcelona |
| 1994 | - 1998 | Rust Visiting Professor of Business Administration<br>Colgate Darden Graduate School of Business Administration<br>University of Virginia, Charlottesville |
| 1989 | - 1994 | Associate Professor of Marketing<br>Department of Marketing, Instituto Estudios Superios de la Empresa (IESE), Barcelona |
| 1985 | - 1987 | Assistant Professor of Marketing<br>Department of Marketing, University of Houston, Houston |
| 1982 | - 1984 | Adjunct Professor of Management<br>Institute of Safety and Systems Management, University of Southern California, Los Angeles |
| 1981 | - 1985 | Graduate Instructor in Marketing<br>School of Business and School of Journalism, University of Kansas, Lawrence |

## Work Experience

| | | |
|---|---|---|
| 1999 | | Founder and Chief Executive Officer, Vivaldi Partners, New York, London, Munich, Hamburg, Dusseldorf, Zurich. |
| 1998 | - 1999 | Chairman, Prophet Brand Strategy, New York and San Francisco. |
| 1995 | - 1998 | Aaker-Joachimsthaler & Partners (AJ&P), Charlottesville and Berkeley. AJ&P was acquired by Prophet Brand Strategy in January of 1999. |
| 1990 | - 1994 | Alza Limited - Strategic Marketing and Reseach Consultancy, Barcelona. |

## Professional Memberships

American Marketing Association (AMA)
The Institute of Management Science (TIMS) - Marketing College
The Conference Board
European Academy of Marketing (EAM)
European Society for opinion and Marketing Research (ESOMAR)

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit A - Page 38

TX 25813-00034

## PERSONAL INFORMATION

Erich is married to Daniela Gomez. Daniela was born in Santa Fe, Argentina and is an audiologist with a specialty for hearing disorders. They have two daughters, Sara, and Sophia and one son, Julian.

## PUBLICATIONS

### A.     Publications

<u>Brand Strategy and International Marketing</u>

Der Zweck heiligt die Mittel, **Absatzwirtschaft**, 2004.

Ist das Markenarchitektur-Konzept noch zeitgemaeß?, **Absatzwirtschaft Online**, 2004.

Muessen die Marken in Zukunft ihre Herkunft verleugnen?, **Absatzwirtschaft**, 2003.

Mitarbeiter: Die vergessene Zielgruppe fuer Markenerfolge, **Absatzwirtschaft**, 2002.

Je kleiner desto besser, **Absatzwirtschaft**, 2002.

Getting the most out of your branding effort, **Markenartikel,** 2002.

Aufbau von Marken im Zeitalter der Post-Massenmedien, **Moderne Markenfuehrung,** 2001, 3. Auflage, Franz-Rudolf Esch (Eds), Gabler Verlag, Wiesbaden, with David Aaker.

Top Marken Strategien: Markenwert schaffen und absichern, **Absatzwirtschaft,** 2000.

The Branding Relationship Spectrum: The Key to the Brand Architecture Challenge, **California Management Review**, 2000, with David A. Aaker.

Brand Leadership, **Brandweek,** 2000, with David A. Aaker.

Brand Leadership, **The Free Press**, New York, 2000, with David A. Aaker. Translated in German, Spanish, Italian, Finnish, Japanese, Korean, and Portugese.

The Lure of Global Branding, **Harvard Business Review,** 1999, with David A. Aaker.

Building Brands without Mass Media Advertising: Lessons from Europe, **Harvard Business Review**, 1997, with David A. Aaker.

IMOS: An International Market opportunity Screening System, **Journal of International Marketing**, 1994, with Antonie Stam and V. Kumar.

35

CONFIDENTIAL – ATTORNEYS EYES ONLY

After the Wall: Marketing Guidelines for Eastern Europe, **Sloan Management Review,** 1991, with John A. Quelch; reprinted in: Después del Muro: Pautas de Comercialización para Europa del Este, **Alta Dirección**, 1992 and European Marketing: Readings and Cases, Chris Halliburton and Reinhard Hünerberg, Addison-Wesley, 1993.

El Valor del País de Origin (The Value of Country of Origin Information), **Actualidad de Economia**, 1991.


Methodology

New Answers for Old Questions: Conjoint Analysis Takes the Guess Work out of Marketing Decisions, **Dirección Farmaceutica**, 1994, with Paul Green.

Mathematical Programming Procedures for the Classification Problem in Discriminant Analysis: A Review, **Multivariate Behavioral Research**, 1990, with Antonie Stam.

A Robust Mixed-Integer Approach to Establish Classification Rules for the Discriminant Problem, **European Journal of operational Research**, 1989, with Antonie Stam.

Solving the Classification Problem in Discriminant Analysis Via Linear and Nonlinear Programming Methods, **Decision Sciences**, 1989, with Antonie Stam.

Four Approaches to the Classification Problem in Discriminant Analysis, **Decision Sciences**, 1988, with Antonie Stam.

4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis Problem, **Journal of Marketing Research**, (Computer Abstracts), 1985, with John Lastovicka.

RELCON: A Program for the Estimation of Internal Consistency of Composites with Congeneric Measurement Properties, **Journal of Marketing Research**, (Computer Abstracts), 1985, with Lane Curtis.


Technology, Strategy and Industrial MarketingBuying/Selling

Decision Support System Implementation: A Meta Analysis, **Management Information Systems (MIS) Quarterly**, 1992, with Maryam Alavi.

Sales Resource Allocation with Multiple Conflicting Objectives: An Interactive Decision Support Aid, **Decision Sciences,** 1991, with Antonie Stam and Lorraine Gardiner.

Order (Market) Selection Given Multiple Conflicting Objectives and Goals: An Interactive Marketing-Manufacturing Decision Model, **Decision Sciences**, 1989, with Antonie Stam and Lorraine Gardiner.

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00036

Influence of Formalization on the Organizational Commitment and Work Alienation of Salespeople and Industrial Buyers, **Journal of Marketing Research,** 1988, with Ronald Michaels, William Cron, and Alan Dubinsky.

Multicriteria Issues in Marketing: A Sales Resource Allocation Example and Potential Areas of Future Research, **Lecture Notes in Economics and Mathematical Systems Series**, 1988, Springer Verlag, with Lorraine Gardiner and Antonie Stam.

Individual Difference Factors in the Satisfaction and Usage of a Marketing Decision Support System, **Journal of Marketing Research**, 1987, with George Zinkhan and Thomas C. Kinnear.

Role Stress Among Industrial Buyers: An Integrative Model with Implications for Marketing, **Journal of Marketing**, 1987, with Ronald E. Michaels and Ralph L. Day.

<u>Methodology and Consumer Behavior</u>

Measurement Validity of VALS and a Custom Lifestyle Typology with Multiplicative Factoring of Multimethod- Multitrait Matrices, **Journal of Marketing Research**, 1990, with John Lastovicka and John P. Murry.

Improving Personality-Behavior Relationships, **Journal of Consumer Research**, 1988, with John Lastovicka.

A Lifestyle Typology to Model Young Male Drinking and Driving, **Journal of Consumer Research**, 1987, with John Lastovicka, John P. Murry, and Gaurav Bhalla.

Optimal Stimulation Level, Exploratory Behavior Models, **Journal of Consumer Research**, 1984, with John Lastovicka.

**B. Books & Book Chapters**

*Hidden in Plain Sight: How to find and execute your company's next big growth strategy,* Harvard Business School Press, 2007.

"*Strategie und Architektur fuer Markenportfolios*" in Handbuch Markenartikel, 2004, Manfred Bruhn, Gabler Verlag, Wiesbaden, with Markus Pfeiffer.

*Brand Leadership*, The Free Press, New York, 2000, with David A. Aaker. Translated in German, Spanish, Italian, Finnish, Japanese, Korean, and Portugese.

"Branding Challenges For Transitional Economy Firms in Local Markets," in *Marketing Issues in Transitional Economies*, 1999, Rajeev Batra, Kluwer Academic Publishers, Norwell, Massachusetts, with Jordi Garolera and Dana Pillsbury.

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00037

"Nestle Buitoni: The House that Mamma Built," in *Relationship Marketing: Strategy and Implementation*, 1999, Helen Peck, Adrian Payne, Martin Christopher, and Moira Clark, Butterworth-Heinemann, Oxford, with Edward Hickman.

## C. Working Papers & Teaching Notes, etc.

Eastman Kodak: Digital & Applied Imaging, Darden Educational Material, 1996.

Energia General (Eg3): Retail Service Stations in Argentina, Darden Educational Material, 1996.

Nike Europe, IESE Case Publication No. M-968, 1995.

Renault SA, IESE Case Publication No. M-966, 1995.

Hugo Boss AG, IESE Case Publication No. M-965, 1995.

IBM Ambra, IESE Case Publication No. M-963, 1995.

ABB: Electrical Motors, Case Study, 1995.

CCNR-Coca-Cola Nestlé Refreshments, Case Study, 1995.

Corporate Brands, IESE Working Paper.

The Andrex Case Story, IESE Case Publication No. M-952, 1994.

The Nestlé Buitoni Case Story: The House that Mamma Built, IESE Case Publication No. M-953, with Edward Hickman, 1994.

Marketing Metamorphosis: From Products to Brands to Consumers, IESE Working Paper No. MN-282, 1994.

Building Global Brand-Consumer Relationships, IESE Working Paper No. MN-294, 1994.

Maintaining Global Brand-Consumer Relationships, IESE Working Paper No. M-293, 1994.

Conjoint Analysis Takes the Guess Work Out of Pharmaceutical Marketing Decisions, IESE Publication No.: MN-284, with Paul Green, 1994.

The Häagen-Dazs Story, IESE Case Publication No. M-940, with Peter Taugbol, 1994.

The Swatch Story, IESE Case Publication No. M-930, 1993.

Anfi del Mar, S.A., IESE Case Publication No. M-888, with Madhur Mehta 1993; Teaching Note No.: MT-8, and Supplementary Material No.: M-924.

38

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00038

RCI: Service Quality and Its Measurement, IESE Case Publication No. M-905 with Brian Hare, 1993; Teaching Note for RCI M-10.

## EXPERT WITNESS EXPERIENCE

*Adidas America, Inc. and Adidas AG v. Payless ShoeSource, Inc.,* expert consultation for Plaintiffs

*Adidas America, Inc. and Adidas AG v. Kmart Corporation et al,* expert consultation for Plaintiffs

*Illinois Tool Works, Inc. (ITW) v. Alcoa Inc. and Reynolds Consumer Products, Inc.,* expert consultation for Defendant

*PepsiCo, Inc. v. The Coca-Cola Company*, 98 Civ. 3282 (LAP), expert consultation for Plaintiffs.

*Empresa Cubana del Tabaco d.b.a. Cubatabaco v. Culbro Corporation and General Cigar Co., Inc.*, 97 Civ. 8399 (RWS), expert consultation for Plaintiffs.

*Peter Norton v. Eileen Norton*, BD 326 561, expert consultation for Defendant, trial.

*Deere & Company v. MTD Holdings Inc., formerly known as MTD Products Inc.*, expert consultation for Plaintiffs, deposition.

*United Parcel Service of America, Inc. v. The Gator Corporation* expert consultation for Defendant, deposition.

*Verizon v. Nextel*, deposition

*Exide v. Enersys*, deposition

*Remo Imports, Ltd v. Jaguar Canada, Inc. and Jaguar Cars Limited (T-1473-91)* expert consultation for Jaguar

*Brighthouse LLC v. Advance Newhouse Inc, d/b/a, Advance/Newhouse Partnership, and Brighthouse Networks, LLP,* expert consultation for Plaintiffs

*O'Neill Inc*. v. *Joint Services International BV,* expert consultation for Plaintiffs

*Nissan North America & Nissan Motor Co. v. Audi AG & Volkswagen of America,* expert consultation for Defendant

CONFIDENTIAL – ATTORNEYS EYES ONLY

TX 25813-00039

## APPENDIX TO EXPERT REPORT OF DR. ERICH JOACHIMSTHALER

## MATERIALS I HAVE REVIEWED OR CONSIDERED IN INFORMING MY OPINION

The Bratz Brief, M 0079765-0079771.

Barbie Retail Experience, M 0065497

Mattel Finance & Strategy Retail Visits: Summary of Findings from Pre-Easter March 23 visits April 2004, M 0941568 – M 0941578

Mexico Insights, Concerns, and Needs, M 1508738 – M 1508741

My Scene & Bratz What's Working & What's Not, M 0078511 - M 0078512, Exhibit 1297

State of Girls Packaging Report, Jun 2007, M 1861402 – M 1861446

Barbie Business Update, July 14, 2004, M 0738659 – M 0738700

Barbie: The Next Generation, May 4, 2004, M 0282890 – M 0282915

Commercials Featuring Trapezoid Packaging – 2004, 9308 – 9308.10

Christmas shopping issue, The Observer Magazine, November 14, 2004, MGA2 1503737 – MGA2 1503761

Email from Cassidy L. Park, December 5, 2003, M 0082032

Email from Debbie Haag, July 27, 2004, M 0942704

Email from Ron Brawer, April 13, 2003, M 1861116 – M 1861117

Email from Russell Arons, December 7, 2003, M 00820033

Email from Russell Arons, February 20, 2004, M 0933877

Email from Tim Kilpin, December 5, 2003, M 0942504

Isaac Larian deposition, January 20, 2010, pg. 1700 – pg. 2075

Mattel Toy Memo from Erika Ashbrook, February 2004, M 0080055 – M 0080065

Mattel: MGA Stirs Up the Pot Again, Oppenheimer, 2003, M 0045841 – M 0045842

MGA Entertainment Letter Re: Magnetix Packaging – MGA packaging and trade free dress rights, March 9, 2005, MGA2 1503907

Moore, Angela (2003), "Bratz creator Larian aims to win Barbie's core fans," Reuters Limited, M 0045845 – M 0045846

My Scene Competitive Analysis, August 11, 2003, M 0082139 – M 0082146

My Scene Competitive Analysis, August 11, 2003, M 0086631 – M 0086676

Ninette Pembleton deposition, July 29, 2010, pg. 3018 – pg 3477

Paula Garcia deposition, April 21, 2010, pg. 1330 – pg. 1653

Production Costs of TV Commercials, MGA2 3932196

Production Costs of TV Commercials, MGA2 3932197 – MGA2 3932229

Production Costs of TV Commercials, MGA2 3932230

Project Doll – Final handover Materials, September 7, 2004, M 1241745 – M 1241813

Russell A. Arons deposition, April 14, 2010, pg. 1 – pg. 280

Russell A. Arons deposition, April 21, 2010, pg. 281 – pg. 464

Sam Khare deposition, March 25, 2010, pg. 424 – pg. 778

State of Girls: Consumer Insights, April 30, 2004, M 0065871 – M 0065892

Things to Note Regarding 2001, MGA2 1504125 – MGA2 1504139

Timothy Kilpin deposition, June 29, 2010, pg. 1 – pg. 38

Timothy Kilpin deposition, September 22, 2010, pg. 250 – pg. 395

Worldwide Boys Marketing Research: Toy Industry Review, May 14, 2002, M 1663690 – M 1663698

David A. Aaker and Erich Joachimsthaler, *Brand Leadership,* The Free Press, New York, p. 43, 54.

Wayne D. Hoyer and Deborah J. MacInnis, *Consumer Behavior* (3rd ed.). Boston, MA: Houghton Mifflin, 2003.

Julie Tinson & Clive Nancarrow (2007), "Grow"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, 160-170.

Online survey by Harris Interactive in collaboration with the University of Delaware's Lerner College of Business and Economics,

Sharon E. Beatty and Scott M. Smith (1987), "External Search Effort - an Investigation across Several Product Categories," Journal of Consumer Research, 14 (1), 83-95.

Erich Joachimsthaler and John Lastovicka (1985), 4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis Problem, *Journal of Marketing Research*, (Computer Abstracts).

H. E. Krugman (1967). "The measurement of advertising involvement," *Public Opinion Quarterly*, 30, 583-596

Interview with Steffen Smith, January 31, 2008

John R. Hauser and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration Sets," *Journal of Consumer Research*, 16 (4), p.393.

J. Edward Russo and Abraham D. Horowitz (1994), "Expert Systems for Consumers."In Beherns, G., K.P. Kaas, B. Neibecker, V. Trommsdorff, and P. Weinberg (eds.), Konsumentenforschung, Munich: Verlag-Vahlen, 367.

John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, Vol. 16, 694

John R. Hauser (1978), "Testing Accuracy, Usefulness, and Significance of Probabilistic Choice Models - Information-Theoretic Approach," *Operations Research*, 26 (3), 406-21.

Luk Warlop and Joseph W. Alba (2004), "Sincere Flattery: Trade-Dress Imitation and Consumer Choice," *Journal of Consumer Psychology,* 14, 1&2, pp. 21-27.

Aparna A. Labroo (2006), "Do Products Smile? When Fluency Confers Liking and Enhances Purchase Intent, "*Advances in Consumer Research*, Volume 33.

Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

Nedungadi, Prakash (1990), "Recall and Consumer Consideration Sets: Influencing Choice without Altering Brand Evaluations, *Journal of Consumer Research,* 17 (December), 263-276.

A. Scot Walton (1997), "Bruno Magli: Shoe Sales are Up Because of Ad Campaign," in *The Atlanta Journal-Constitution*. Atlanta, GA

Wayne D. Hoyer (1984), "An Examination of Consumer Decision Making for a Common Repeat Purchase Product," *Journal of Consumer Research*, 11 (December)

John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," Organizational Behavior and Human Performance, Vol. 16, 694

J. Edward Russo and France Leclerc (1994), "An Eye-Fixation Analysis of Choice Processes for Consumer Nondurables," *Journal of Consumer Research*, Vol. 21

N. E. Beckwith and D. R. Lehmann (1976), "Halo effects in multi-attribute attitude models: An appraisal of some unresolved issues," *Journal ofMarketing Research.*, v13.

John G. Lynch and Thomas K. Srull. (1982). "Memory and Attentional Factors in Consumer Choice: Concepts and Research Methods," *Journal of Consumer Research*, 9 (June).

J. W. Alba and J. W. Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, 13 (4), 411-54.

Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity,* 3rd Ed, Prentice Hall, Upper Saddle River, New Jersey, 2008.

Kevin Lane Keller, *Strategic Brand Manag*ement*: Building, Measuring, and Managing Brand Equity,* Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

John R. Anderson, *The Architecture of Cognition*, Harvard University Press, Cambridge, MA, 1983.

Wayne D. Hoyer and Deborah J. MacInnis, *Consumer Behavior,* 4th Edition, Houghton Mifflin Company, Boston, p. 97

Hutchinson, J. Wesley and Eric M. Eisenstein, (2008), ―Consumer Learning and Expertise,□ in *Handbook of Consumer Psychology*, ed. Curtis P. Haugtvedt, Paul M. Herr, and Frank R. Kardes, New York, NY: Psychology Press, 103-31.

David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution,* The Free Press, New York, NY, 2000, p. 54.

Pamela W. Henderson and Joseph Cote (1998), "Guidelines for Selecting or Modifying Logos," *Journal of Marketing,* 62 (April), 14-30.

Jean-Noel Kapferer, The *Strategic Brand Management: Creating and Sustaining Brand Equity Long Term,* Kogan Page, London, 2008, p. 416.

Daniel Kahneman and Amos Tversky, "Subjective Probability: A Judgment of Representativeness," *Cognitive Psychology,* July 1972, pp. 430-454.

Herbert E. Krugman, "The Impact of Television Advertising: Learning without Involvement," *Public Opinion Quarterly,* Fall 1965, pp. 349-356.

John R. Anderson, *The Architecture of Cognition*, Harvard University Press, Cambridge, MA, 1983.

Valerie S. Folkes, "The Availability Heuristic and Perceived Risk," *Journal of Consumer Research,* June 1988, pp. 12-23.

Product images, including photos of products submitted in connection with Mattel's Motion for Partial Summary Judgment, and photos of the following products:

- Toy Story Buzz Lightyear Wing Pack
- Toy Story Buddy Pack Action Figures - Sheriff Woody and Rex
- Toy Story 3 Buddy Pack Action Figures - Mr. Pricklepants and Hero Woody
- Toy Story 3 Buddy Pack Action Figures - Rex and Walking Woody
- Toy Story 3 Buddy Pack Action Figures - Trixie and Waving Woody
- Toy Story Buddy Pack Action Figures - Action Buzz Lightyear and Action Sheriff Woody
- Toy Story Buddy Pack Action Figures - Sheriff Woody and Slinky Dog
- Toy Story Buddy Pack Action Figures - Action Sheriff Woody and Green Army Men
- Toy Story Buddy Pack Action figures - Action Buzz Lightyear and Rex
- Toy Story Buddy Pack Action Figures - Buzz Lightyear and Mr. Spell
- Toy Story Poppin' Alien
- Toy Story Space Wings Buzz  Lightyear
- Toy Story Karate Choppin' Buzz Lightyear
- Toy Story 3 Buddy Pack - Hero Buzz Lightyear and Walking Woody
- Toy Story 3 Space Wings Buzz Lightyear - Deluxe Action Figure
- Toy Story 3 Round 'Em Up Sheriff Woody - Deluxe Action Figure
- Toy Story 3 Sheriff Woody Deluxe Talking Figure
- Toy Story 3 Buzz Lightyear Space Scope
- Toy Story 3 Actions Links - Jessie to the Rescue Stunt Set
- Toy Story 3 Action Links - Buzz Saves the Train Stunt Set
- Toy Story 3 Buzz Lightyear Ultra  Blast Gauntlet
- Toy Story 3 Barbie Loves Alien
- Toy Story 3 Barbie Loves Woody
- Toys Story Pizza Planet Rocket RC
- Toy Story Pop-Open Playworld
- Toy Story Rocket Buzz Lightyear Collector Action Figure
- Toys Story 3 Rex Collector Action Figure
- Toy Story Talking Magic 8 Ball - Ask Woody a Question
- Toy Story 3 Great Shape Barbie
- Toy Story Ker Plunk Game - Don't Let the Aliens Fall
- Toy Story 3 Hotwheels - Sparks Turbo Launcher
- Toy Story Rocket Escape Adventure
- Toy Story 3 Barbie Loves Buzz
- Toy Story Buddy Pack - Lenny and Rocky Gibraltar
- Toy Story 3 Barbie Made for Each Other
- Happy Birthday Barbie
- My Scene Sound Lounge

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story Buzz Lightyear Wing Pack |
|  | Mattel | Toy Story Buddy Pack Action Figures - Sheriff Woody and Rex |
|  | Mattel | Toy Story 3 Buddy Pack Action Figures - Mr. Pricklepants and Hero Woody |
|  | Mattel | Toy Story 3 Buddy Pack Action Figures - Rex and Walking Woody |

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story 3 Buddy Pack Action Figures - Trixie and Waving Woody |
| 0 | Mattel | Toy Story Buddy Pack Action Figures - Etch A Sketch and Quick-Draw Sheriff Woody |
|  | Mattel | Toy Story Buddy Pack Action Figures - Action Buzz Lightyear and Action Sheriff Woody |
|  | Mattel | Toy Story Buddy Pack Action Figures - Sheriff Woody and Slinky Dog |

TX 25813-00046

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
| | Mattel | Toy Story Buddy Pack Action Figures - Action Buzz Lightyear and RC |
| | Mattel | Toy Story Buddy Pack  Action Figures - Flyin' Buzz Lightyear and Alien |
| | Mattel | Toy Story Buddy Pack Action Figures - Sheriff Woody and Flyin' Buzz Lightyear |
|  | Mattel | Toy Story Buddy Pack Action Figures - Action Sheriff Woody and Green Army Men |

TX 25813-00047

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story Buddy Pack Action figures - Action Buzz Lightyear and Rex |
|  | Mattel | Toy Story Buddy Pack Action Figures - Buzz Lightyear and Mr. Spell |
|  | Mattel | Toy Story Poppin' Alien |
|  | Mattel | Toy Story Space Wings Buzz Lightyear |

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story Karate Choppin' Buzz Lightyear |
| | Mattel | Toy Story 3 Buddy Pack - Protector Buzz Lightyear and Good Mood Chunk |
|  | Mattel | Toy Story 3 Buddy Pack - Hero Buzz Lightyear and Walking Woody |
|  | Mattel | Toy Story 3 Space Wings Buzz Lightyear - Deluxe Action Figure |

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story 3 Round 'Em Up Sheriff Woody - Deluxe Action Figure |
|  | Mattel | Toy Story 3 Sheriff Woody Deluxe Talking Figure |
|  | Mattel | Toy Story 3 Buzz Lightyear Space Scope |
|  | Mattel | Toy Story 3 Actions Links - Jessie to the Rescue Stunt Set |

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story 3 Action Links – Buzz Saves the Train Stunt Set |
|  | Mattel | Toy Story 3 Buzz Lightyear Ultra  Blast Gauntlet |
|  | Mattel | Toy Story 3 Barbie Loves Alien |
|  | Mattel | Toy Story 3 Barbie Loves Woody |

TX 25813–00051

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toys Story Pizza Planet Rocket RC |
|  | Mattel | Toy Story Pop-Open Playworld |
|  | Mattel | Toy Story Rocket Buzz Lightyear Collector Action Figure |
|  | Mattel | Toys Story 3 Rex Collector Action Figure |

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
| | Mattel | Toy Story 3 Deluxe Action Figure - Laser Blast Buzz Lightyear |
| | Mattel | Toy Story 3 Deluxe Action Figure - Super Sprint Woody |
|  | Mattel | Toy Story Talking Magic 8 Ball - Ask Woody a Question |
|  | Mattel | Toy Story 3 Great Shape Barbie |

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story Ker Plunk Game - Don't Let the Aliens Fall |
|  | Mattel | Toy Story 3 Hotwheels - Sparks Turbo Launcher |
| | Mattel | Toy Story 3 Deluxe Action Figure - Poppin' Alien |
|  | Mattel | Toy Story Rocket Escape Adventure |

| PRODUCT IMAGE | MANUFACTURER | PRODUCT NAME |
|---|---|---|
|  | Mattel | Toy Story 3 Barbie Loves Buzz |
| | Mattel | Toy Story 3 Hotwheels - Claw Rescue Track Set |
|  | Mattel | Toy Story Buddy Pack - Lenny and Rocky Gibraltar |

TX 25813-00055



TX 25813-00056



TX 25813-00057