UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)          Date: March 15, 2011

Title: MATTEL, INC. V. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION FOR RECONSIDERATION

       After careful consideration of the moving and opposing papers, Mattel's motion for reconsideration of the order excluding the expert opinion of Frank Keiser is denied.

       The Clerk shall serve this minute order on all parties to the action.