UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                               Date: March 17, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION TO EXCLUDE OPINION OF DR. JOACHIMSTHALER [Docket 9473; Docket 10213]

     Mattel's motion to exclude the expert opinion of Erich Joachimsthaler [Docket 9473], including the supplement to that motion [Docket 10213], is denied. Dr. Joachimsthaler prepared a report in rebuttal to an expert that Mattel did not call during its case-in-chief. However, Mattel called other witnesses, including an expert witness, about the subject matter addressed in Dr. Joachimsthaler's rebuttal report: the value of the Bratz brand attributable to MGA's hard work, creativity, and legitimate efforts. His opinion is therefore "intended solely to contradict or rebut evidence on" the subject matter of branding that Mattel identified during its case-in-chief. *See* Fed. R. Civ. P. 26(a)(2)(D)(ii).

     The Clerk shall serve this minute order on all parties to the action.