UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: March 18, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER COMPELLING PRODUCTION OF CASE MANAGEMENT LOGS

      On or before March 18, 2011 at 4:00 p.m. PST, Mattel shall produce to MGA and Machado **color copies** of all Mattel Investigation Case Management Logs of investigations conducted from 2000 to 2007.

      The Clerk shall serve this minute order on all parties to the action.