UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                        Date: March 18, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Nancy Boehme                                               Not Present   
Courtroom Clerk                                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                     NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER COMPELLING PRODUCTION OF MATERIALS

      On or before March 19, 2011 at 5:00 p.m. PST, Mattel shall produce to MGA and Machado the following investigation report files (identified by number) that are logged in Mattel's Case Management Logs. This evidence may rebut Mattel's contention that counter-defendants induced the alleged misappropriation of trade secret information by certain departing Mattel employees. The following investigation files may reveal that other Mattel employees misappropriated trade secret information, and Mattel is therefore ordered to produce these materials to MGA and Machado on or before March 19, 2011 at 5:00 p.m. PST.

      **List of Investigation Files to be Produced to MGA**: [Log. # 00-402]; [Log. # 02-115] (MGA); [Log. # 02-152]; [Log. # 02-224]; [Log. # 02-234]; [Log. # 02-337]; [Log. # 02-588]; [Log. # 0034]; [Log. # 0069]; [Log. # 02-1680]; [Log. # 1333]; [Log. # 04-0241]; [Log. # 04-0271]; [Log. # 04-0425]; [Log. # 05-0066]; [Log. # 05-0158]; [Log. # 05-0312]; [Log. # 05-0571]; [Log. # 06-0080]; [Log. # 06-0631]; [Log. # 07-06661]; [Log. # 07-0678]; [Log. # 07-0679]; [Log. # 04-0150]; [Log. # 05-0221]; [Log. # 05-0308]; [Log. # 05-0322]; [Log. # 05-0336]; [Log. # 05-0579]; [Log. # 05-0670]; [Log. # 05-0680]; [Log. # 06-0095]; [Log. # 06-0147];

[Log. # 06-0246]; [Log. # 06-0248]; [Log. # 06-0290]; [Log. # 06-0353]; [Log. # 06-0441]; [Log. # 06-0486]; [Log. # 06-0627]; [Log. # 06-0648]; [Log. # 06-0663]; [Log. # 06-0713]; [Log. # 06-0729]; [Log. # 06-0740]; [Log. # 06-0822]; [Log. # 07-0008]; [Log. # 07- 0065]; [Log. # 07-0067]; [Log. # 07-0075]; [Log. # 07- 0076]; [Log. # 07-0213]; [Log. # 07-0246]; [Log. # 07-0255]; [Log. # 07-0268];

[Log. # 07-0294]; [Log. # 07-0295]; [Log. # 07-0296]; [Log. # 07-0290] ; [Log. # 07-0336]; [Log. # 07-0337]; [Log. # 07-0353]; [Log. # 07-0354]; [Log. # 07-0359]; [Log. # 07-0360]; [Log. # 07-0367]; [Log. # 07-0379]; [Log. # 07-0382]; [Log. # 07-0383]; [Log. # 07-0395]; [Log. # 07-0397]; [Log. # 07-0401] ; [Log. # 07-0433]; [Log. # 07-0434]; [Log. # 07-0465]; [Log. # 07-0468]; [Log. # 07-0622]; [Log. # 07-0626]; [Log. # 07-0633]; [Log. # 07-0635]; [Log. # 07-0636]; [Log. # 07-0637]; [Log. # 07-0663]; [Log. # 07-0687]; [Log. # 07-0688]; [Log. # 07-0711]; [Log. # 07-0716]; [Log. # 07-0722]; [Log. # 07-0741]; [Log. # 07-0742]; [Log. # 07-0789]; [Log. # 07-0810]; [Log. # 07-0852]; [Log. # 07-0854]; [Log. # 07-0859].

The Clerk shall serve this minute order on all parties to the action.