QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S REQUEST FOR RELEASE OF *IN CAMERA* TRANSCRIPTS TO MATTEL**<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Courtroom 9D<br><br>Pre-trial Conf: January 4, 2011<br>Trial Date:     January 18, 2011 |

1  On March 14, 2011, the Court conducted *in camera* hearings with certain
2  Mattel witnesses and Mattel attorneys. Because the transcripts were ordered sealed,
3  the court reporters have requested an Order authorizing release of those transcripts
4  to Mattel. Mattel hereby requests that the Court issue the concurrently-filed
5  proposed order directing the *in camera* transcripts from March 14, 2011 be released
6  to counsel for Mattel. Mattel agrees that the transcripts should otherwise remain
7  sealed and should not be released to any other parties.

10  DATED: March 20, 2011  QUINN EMANUEL URQUHART &
11  SULLIVAN, LLP

13  By */s/ John B. Quinn*
   John B. Quinn
14  Attorneys for Mattel, Inc., and
   Mattel de Mexico, S.A. de C.V.