QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>             Plaintiffs,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL'S REQUEST FOR RELEASE OF *IN CAMERA* TRANSCRIPTS TO MATTEL** |

00505.07975/4041346.1

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

Based on Mattel's concurrently filed Request for Release of *In Camera* Transcripts to Mattel,

IT IS HEREBY ORDERED:

The March 14, 2011 *in camera* hearing transcripts shall be released to counsel for Mattel. The transcripts shall otherwise remain under seal and should not be released to any other person or party.

DATED:                    , 2011

　　　　　　　　　　　　　　Hon. David O. Carter
　　　　　　　　　　　　　　United States District Judge