QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**PROPOSED CURATIVE INSTRUCTION CONCERNING ALLEGED DEATHS OF CHILDREN CAUSED BY MAGNETS**<br><br>Date:       TBD<br>Time:      TBD<br>Place:     Courtroom 9D<br><br>Trial Date:    January 18, 2011 |

00505.07975/4041434.1

1  On March 2, 2011, MGA improperly prejudiced the jury by asking
2  inflammatory questions asserting that "children died" from Mattel products
3  containing magnets, despite having no good faith basis for the questions and no
4  evidence to support them.  Trial Tr., dated March 2, 2011, Vol. 1, at 62:20-63:13.
5  After falsely asserting that children died as a result of Mattel products containing
6  magnets, MGA's counsel also asked for a sidebar before going into a "possibly
7  prohibited area."  Id.  These statements clearly implied to the jury that MGA has
8  evidence of children's deaths caused by magnets in Mattel's toys and that this Court
9  is prohibiting the jury from hearing such evidence.  As the Court knows, there is no
10 evidence that magnets in Mattel's toys killed any child.
11  In accordance with the discussion with the Court on March 20, 2011, Mattel
12 submits the following proposed curative instruction:
13  There is no evidence that any Mattel magnets killed any child,
14  and I have not prohibited the introduction of any such evidence.

17 DATED:  March 20, 2011          QUINN EMANUEL URQUHART &
18                                 SULLIVAN, LLP

20                                 By  /s/ John B. Quinn
                                       John B. Quinn
21                                     Attorneys for Mattel, Inc. and
22                                     Mattel de Mexico, S.A. de C.V.