ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059, No. CV 05-2727<br><br>The Honorable David O.Carter<br><br>**DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF MGA PARTIES' TRIAL BRIEF REGARDING DEPOSITION TESTIMONY OF TYLER BRADLEY** |

## DECLARATION OF WILLIAM A. MOLINSKI

I, WILLIAM A. MOLINSKI, declare:

1.   I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.   Numerous efforts have been undertaken to secure live witness testimony from Tyler Bradley at trial in Santa Ana.  Specifically, the MGA Parties caused Ms. Bradley to be served with a trial subpoena at her home in Georgia on March 8, 2011.  Attached hereto as **Exhibit A** is a true and correct copy of the Proof of Service and Affidavit of Reasonable Diligence from the process server.

3.   In addition, counsel for the MGA Parties have contacted counsel for Ms. Bradley to see if she would be willing to come to Santa Ana to testify at this trial.  Specifically, I asked if Ms. Bradley would testify and if her counsel would accept service of a subpoena.  Mr. William Hill, Ms. Bradley's counsel, informed me that Ms. Bradley would not agree to come to court to testify and that he was not authorized to accept service of a subpoena.

4.   Further, on March 17 and March 18, 2011, counsel for Mattel and the MGA Parties were present when the Court attempted to contact and did contact counsel for Ms. Snyder, who confirmed Ms. Snyder's unavailability to testify live in Santa Ana.

5.   On March 20, 2011, the Court inquired of the parties as to the possibility of having Ms. Bradley testify remotely via live video conferencing.  The MGA Parties are amenable to this method of examination, but do not have control over the technology or all of the logistics required for such an event.  I have left a message for Mr. Hill on March 21, 2011 asking if he is amendable to this.  I have not heard back.

1    I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct.  Executed in Santa Ana, California on the 21st day of

3    March, 2011.

4

5                                                   */s/ William A. Molinski*
                                                   William A. Molinski

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF WILLIAM A. MOLINSKI IN SUPPORT OF
MGA PARTIES' TRIAL BRIEF
CV 04-9049 DOC (RNBx)

# EXHIBIT A

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| DENISE M. MINGRONE | | | | |
| ORRICK HERRINGTON & SUTCLIFFE, LLP | | | | |
| 1000 MARSH ROAD | | | | |
| MENLO PARK, CA 94025 | | | | |

*Telephone No:* 650-614-7400

*Ref. No or File No.:* 22161-2006

*Attorney for:* , MGA PARTIES

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Applicant:* CARTER BRYANT
*:* MATTEL, INC.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* Wed, Mar. 23, 2011 | *Time:* 9:00am | *Dept/Div:* | *Case Number:* CV 04-9049 DOC (RNBx) |
|---|---|---|---|---|

1. I, ROBERT BENITO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant TYLER BRADLEY as follows:

2. *Documents:* SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; LETTER DATED FEBRUARY 25, 2011.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 03/12/11 | 8:15pm | Home | SERVER ARRIVED A WOMAN ANSWERED THE DOOR ACKNOWLEDGED SHE WAS TYLER BRADLEY BUT WHEN SERVER WENT TO GIVE HER DOCUMENTS SHE REFUSED. SHE THEN LEFT THEM ON THE DOORSTEP. Attempt made by: ROBERT BENITO. Attempt at: 911 BEVINGTON WAY, NE MARIETTA GA 30068. |
| Sat | 03/12/11 | 8:15pm | Business | Personal Service on: TYLER BRADLEY Business - 911 BEVINGTON WAY, NE MARIETTA, GA 30068 by Serving: party in item 3.a.. Served by: ROBERT BENITO |

**||||||||||||||||||||||||**
138341

3. *Person Executing*
   a. ROBERT BENITO
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Mar. 14, 2011



AFFIDAVIT OF REASONABLE DILIGENCE (ROBERT BENITO)

8044195.orrie-mp.351979

Ex A Page 3

| Attorney or Party without Attorney:<br>DENISE M. MINGRONE<br>ORRICK HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025<br>Telephone No: 650-614-7400 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.:<br>22161-2006 | | | |
| Attorney for: , MGA PARTIES | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court Central District Of California | | | | |
| Applicant: CARTER BRYANT | | | | |
| : MATTEL, INC. | | | | |

| PROOF OF SERVICE | Hearing Date:<br>Wed, Mar. 23, 2011 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>CV 04-9049 DOC (RNBx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; LETTER DATED FEBRUARY 25, 2011.

3. *a. Party served:*  TYLER BRADLEY

4. *Address where the party was served:*  911 BEVINGTON WAY, NE<br>MARIETTA, GA 30068

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Mar. 12, 2011 (2) at: 8:15PM
   b. *I received this subpena for service on:*  Tuesday, March 08, 2011

6. *Witness fees were offered or demanded, and paid:*  $2,269.69

7. *Person Who Served Papers:*
   a. ROBERT BENITO

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax  (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

138341

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Mon, Mar. 14, 2011*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(ROBERT BENITO)
8044495 ,orrhe-mp.351979

Ex A Page 4