QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING OF DOCUMENTS REFERENCED IN MATTEL'S CORRECTED OFFER OF PROOF REGARDING ARTICLES AND PRESS RELEASES ESTABLISHING TIMING OF PUBLIC DISCLOSURE OF MGAS CLAIMED TRADE SECRETS (DKT. 10240)**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following press releases and articles referenced in Mattel's Corrected Offer of Proof Regarding Articles And Press Releases Establishing Timing Of Public Disclosure Of Mgas Claimed Trade Secrets (Dkt. 10240) filed earlier today. As indicated, certain of the lodged trial exhibits contain proposed redactions.

1. **TX09859**. 2/19/2005, ASMZINE Article "Welcome to ASM's Toy Fair 2005 Coverage! MGA Entertainment Girls Toy Report." (Redacted)

2. **TX09879**. Reuters Article "Bratz dolls turn back time in new Kidz line." 2/8/2006. (Redacted)

3. **TX09882**. 02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry. (Redacted)

4. **TX16786**. 02/08/2001, MGA Press Release, 'MGA Entertainment "Looking Better Than Ever" With Introduction of Exciting New Toy Lines at New York Toy Fair.' (Redacted)

5. **TX20115-00002**. 02/17/2003, Toy Fair Times, "Bring On the Funk."

6. **TX20182**. 12/10/2002, The Associated Press "Top Toys for Christmas becoming hard to find on store shelves; Conservative ordering by retailers helps to deplete holiday supply." (Redacted)

7. **TX20184**. 02/15/2000, Newsday, "High-Tech Toys' Imitation of Life/Babies Grow and Giggle; Pups Bark, Wag Tails." (Redacted)

8. **TX20185**. 2/10/2000, Business Wire, "Exceeding Every Little Girl's Dream, MGA Entertainment Delivers MY DREAM BABY At Toy Fair; Toy Fair 2000." (Redacted)

9. **TX20188**. 12/12/2002, Spokane Review Article "Stores toy-tied for holidays Stocks limited as no single plaything the must-have of '02." (Redacted)

10. **TX20315**. 02/17/2005, Wall Street Journal Article "Doll Face-Off: Barbie, Bratz to Compete With Movies, Tunes." (Redacted)

11. **TX20516**. 2004 "Vivid-MGA Division Toy Fair Editorial," circulated in 11/10/2004 email. (Redacted)

12. **TX20587-00005**. 02/18/2004, Associated Press Newswires, "Hot toy trends from the American International Toy Fair." (Redacted)

13. **TX20588**. 02/01/2006, Playthings Article, "On with the Show; Toy Manufacturers Take Center Stage at the 2006 American International Toy Fair." (Redacted)

14. **TX20620**. 02/1/2004, KidScreen Article, "Little dolls a big deal with girls." (Redacted)

15. **TX20621**. 02/11/2004, Business Wire Press Release "MGA Entertainment Follows Up an Award-Winning Year With Bratz By Introducing Exciting New Lines in Girls and Boys Entertainment at 2004 American International Toy Fair in New York City." (Redacted)

16. **TX20623**. 02/11/2004, Business Wire Press Release, "MGA Entertainment Follows Up an Award-Winning Year With Bratz by Introducing Exciting New Lines in Girls and Boys Entertainment at 2004 American International Toy Fair in New York City." (Redacted)

17. **TX20625**. 01/26/2006, Business Wire Press Release "Bratz Mobile (TM) Phones Launch at Wal-Mart; Manufacturer of Popular Bratz (TM) Dolls First to Extend Brand to Unique Mobile Phone Offering." (Redacted)

18. **TX20628**. 2/22/2003, The Record Article "Playing their tune: Toy makers jump on the music bandwagon." (Redacted)

19. **TX20629**. 2004 Vivid Press Release "Bratz step it up for 2005!" (Redacted)

20. **TX20740-0001, -0002, -0003**. 09/00/2004, Keeping Ken Article "New 2004 Ken Fashions & Play Line News." (Redacted)

21. **TX20943**. 01/07/2003, Fashion Doll Scene Article, untitled. (Redacted)

22. **TX20944-00001**. 02/2003, Raving Toy Maniac, "Hulk Walkie Talkies." (Redacted)

23. **TX20951**. MGA created document containing excerpts from February 2002, License! Article "What kids want next-and who is delivering it now"; 2/25/2002 DSN Retailing Today Article, untitled; undated and untitled Toy Book article.

24. **TX21233-00077**. Kidscreen article, "Toy Fair 2001 Invasion of the robo-pets" 02/2001.

25. **TX21235-00001**. 02/2002, Kidscreen, "Toy Biz players head to Toy Fair 2002."

26. **TX21268**. 02/11-15/2001, Toy Fair Times 2001, "Bratz Running Amuck At MGA Exhibit."

27. **TX21301**. 02/08/2001, MGA Press Release, "MGA Looking Better Than Ever With Introduction of Cutting-Edge Fashion Dolls, Bratz." (Redacted)

28. **TX21970-00004**. 3/2003, Toy Book Article, "MGA's Bratz."

29. **TX21970-00008**. 02/2003, Playthings Article "Entertaining Bratz."

30. **TX21970-00011**. 01/2003, The Toy Book, "MGA's Lil' Bratz Attack."

31. **TX22389**. 01/08/2001, MGA Press Release, "MGA Entertainment Continues Revolutionary Toymaking with the Introduction of Thrilling New Toy Lines." (Redacted)

32. **TX22422**. 09/26/2005, Reuters Article "MGA expects to Expand Globally by 2007." (Redacted)

33. **TX22462**. 01/31/2006, MGA Press Release "MGA Entertainment Secures Multi-Year License for Die-Cast Vehicles Based Upon Marvel Super Hero Universe." (Redacted)

34. **TX22467**. 12/13/2004, MGA Press Release, "Bratz, World's Most Popular Fashion Doll and Lifestyle Brand, to Show a Passion for Music in Collaboration with Universal Music Enterprises." (Redacted)

35. **TX22468**. 2/12/2004, Twentieth Century Fox Press Release "Twentieth Century Fox Acquires Rights to Produce Feature Film Based on Top-Selling Bratz Dolls From MGA Entertainment." (Redacted)

36. **TX23887**. 02/01/2002, Kidscreen Article "Toy Fair 2002 -- Revival of the Fittest: Toy biz players head to Toy Fair 2002." (Redacted)

37. **TX23888**. 02/13/2003, MGA Press Release, "Creating Fun to Last a Lifetime, MGA Entertainment Introduces New Lines at The 100th Annual American International toy Fair, And Rocks the House with Bratz Electric Funk line of girl's lifestyle electronics!" (Redacted)

38. **TX23890**. 2/14/2002, Reuters Article "With Bratz, a toy maker's dreams come true." (Redacted)

39. **TX23893**. 12/8/2004, Reuters Article "MGA aims to extend Bratz brand with baby dolls." (Redacted)

40. **TX23903**. 01/2004, The Toy Book, "MGA's Bratz Are Hitting the Beach."

41. **TX23904**. 1/28/2005, MGA Press Release "MGA Entertainment and BRATZ Creating Non-Stop Excitement at Retail." (Redacted)

42. **TX23905**. 01/26/2006, MGA Press Release "Bratz Mobile (TM) Phones Launch at Wal-Mart; Manufacturer of Popular Bratz (TM) Dolls First to Extend Brand to Unique Mobile Phone Offering." (Redacted)

43. **TX24308**. 02/21/2005, CNN Article "Livin' a "Bratz-y" lifestyle." (Redacted)

44. **TX24309**. 02/01/2005, License! Article "Tot Spots." (Redacted)

45. **TX24312**. 03/31/2006, "Business Wire Press Release, ""MGA Entertainment Introduces Soda Pop Girls (TM) of Yummi-Land (TM), the Bubbly New Dolls with a Sweet Tooth for Style!"" (Redacted)

46. **TX24313**. 3/16/2006, Adrants Article, "Yummi Land Soda Pop Girls Are, Like, Really Cool." (Redacted)

1 | DATED: March 21, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.