1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15                    UNITED STATES DISTRICT COURT
16                   CENTRAL DISTRICT OF CALIFORNIA
17                          SOUTHERN DIVISION

| | |
|---|---|
| 18  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 19         Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| 20      v. | |
| 21  MATTEL, INC., a Delaware corporation, | **MGA PARTIES' TRIAL BRIEF TO EXCLUDE USE OR REFERENCE TO EXHIBIT 24324** |
| 22         Defendant. | |
| 23 | |
| 24  AND CONSOLIDATED ACTIONS | Trial Date: January 18, 2011 |
| 25 | Judge:  Hon. David O. Carter |

1  Exhibit 24324 is an email dated September 2007, almost a year before the
2  trial in Phase 1, referencing MGA's intent to donate money to an organization
3  called The Help Group. The Help Group is an organization that was founded in
4  1975. According to its mission statement it is "the largest, most innovative and
5  comprehensive nonprofit of its kind in the United States serving children with
6  special needs related to autism spectrum disorders, learning disabilities, ADHD,
7  mental retardation, abuse and emotional problems." See www.thehelpgroup.org.
8  Mattel presumably wishes to use the email because Isaac Larian remarked in
9  Exhibit 24324 that he wished the donation to The Help Group to have some
10 connection to Riverside. Mattel presumably wishes to use the email to try to show
11 that Mr. Larian's intent was somehow nefarious. This should be excluded under
12 Fed. R. Ev. 403.
13 First, MGA Entertainment began contributing to The Help Group as early as
14 2004. See Declaration of Bryce W. Baker, Ex. 1. It continued to make donations,
15 including a donation in April 2007, before the date of the email. See Baker Decl.,
16 Ex. 2. MGA continued to donate to The Help Group after the Phase 1 trial
17 concluded. See Baker Decl. Ex. 3. Second, as reflected in the attached documents,
18 there is no identification of any amount MGA donated, although other companies
19 are explicitly lauded for particular contributions. See, e.g., Baker Decl. Ex. 2 (the
20 Coffee Bean & Tea Leaf is given "special recognition for its outstanding
21 philanthropic support" in part for its donation of "over $287,000" while MGA is
22 "acknowledged [] for its generous gift"). Nor is there any identification of how the
23 money was earmarked. Third, there is no indication that any donation coming from
24 Isaac Larian (who is never mentioned in any article) or MGA was publicized so
25 there could be no effect on anyone—even assuming that potential juror monitor
26 donations to organizations and even assuming that they would recall that some one
27 year later.
28

1  As a result, the only purpose for the email is to smear Mr. Larian and MGA.
2  It should not be allowed.
3
4  Dated: March 23, 2011         Respectfully submitted,
5                                ORRICK, HERRINGTON & SUTCLIFFE LLP
6
7                                By:  */s/ Warrington S. Parker III*
8                                     Warrington S. Parker III
                                      Attorneys for MGA ENTERTAINMENT, INC.,
                                      MGA ENTERTAINMENT HK, LTD., MGA de
9                                     MEXICO, S.R.L. de C.V., and ISAAC LARIAN