ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone:   415-773-5700
Facsimile:    415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:    213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614
Telephone:   949-567-6700
Facsimile:    949-567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case No. CV 04-9059<br>and Case No. CV 05-2727<br><br>**DECLARATION OF BRYCE W. BAKER IN SUPPORT OF MGA PARTIES' TRIAL BRIEF TO EXCLUDE USE OR REFERENCE TO EXHIBIT 24324**<br><br>Trial Date: January 18, 2011<br>Judge:  Hon. David O. Carter |

I, Bryce W. Baker, declare:

1. I am a member of the bar of the State of California and an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for the MGA Parties. I make this declaration based on personal knowledge. If called and sworn as a witness, I could and would testify competently as follows.

2. On March 23, 2011, I conducted a Google search of the entire contents of the website www.thehelpgroup.org to locate any pages or articles mentioning "MGA" or "Larian." The search identified three issues of The Help Group's newsletter.

3. Attached as Exhibit 1 is a true and correct copy of the Spring 2005 "HelpLine" newsletter of The Help Group. At page 7, MGA is recognized for donating toys to The Help Group's December 11, 2004 Holiday Carnival in the article "The Help Group's Carnival Lights up the Holiday Season." As of March 23, 2011, the newsletter was available online at: www.thehelpgroup.org/pdf/Helpline05.pdf.

4. Attached as Exhibit 2 is a true and correct copy of the Spring 2007 "HelpLine" newsletter On page 18, in an article titled "Special Reception Marks National Autism Awareness Month" (continued from page 7), which describes the support and donations received from various individuals and companies, MGA is "acknowledged [] for its generous gift in support of The Help Group's efforts." As of March 23, 2010, the newsletter was available online at: http://www.thehelpgroup.org/pdf/HelpLine_Sp07web.pdf.

5. Attached as Exhibit 3 is a true and correct copy of the Fall 2008 "HelpLine" newsletter. MGA is recognized for donating toys to The Help Group's December 8, 2008 Holiday Carnival in an article on page 12, "Children Delight in Holiday Carnival." As of March 23, 2010, the newsletter was available online at:

//
//

1 | www.thehelpgroup.org/pdf/HelpLine_fall_08_web.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23d day of March, 2011 at Santa Ana, California.

> /s/ *Bryce W. Baker*
> Bryce W. Baker