# Exhibit 1



Administrative Offices:
13130 Burbank Boulevard
Sherman Oaks, California 91401

Non-Profit Org.
U.S. POSTAGE
PAID
PERMIT NO. 718
Van Nuys, CA



The Help Group...because every child deserves a great future          Spring 2005



Founded in 1975, The Help Group the largest, most innovative and comprehensive nonprofit organization in the United States serving children with special needs related to autism, Asperger's disorder, learning disabilities, attention deficit/hyperactivity disorder, mental retardation, abuse and emotional problems.

The Help Group's six specialized day schools offer pre-K through high school programs for more than 1,100 students. The Help Group's wide range of mental health and therapy services, child abuse, foster family and residential programs extend its reach to more than 5,000 children and their families each year. With more than 700 staff members, The Help Group's state-of-the-art schools and programs are located on four major campuses in the Los Angeles area.

The Help Group believes that dignity, hope, opportunity and love are the birthrights of all children. At the heart of its efforts is the commitment to helping young people fulfill their potential to lead positive, productive and rewarding lives. With the collective commitment of our Board of Directors, staff, governmental colleagues, philanthropic friends, parents and volunteers, we are able to serve more and more children with new and expanded programs...
*because every child deserves a great future.*

Culver City ■ Sherman Oaks ■ Valley Glen ■ Van Nuys
PHONE: 877.943.5747   ■   FAX: 818.779.5292   ■   www.thehelpgroup.org

Summit View School ■ Village Glen School ■ Bridgeport School ■ Coldwater Canyon Prep Progam ■ Sunrise School
Young Learners Preschool ■ Pacific Ridge School ■ Project Six ■ The Help Group Child & Family Center ■ The Help Group Center
for Autism Spectrum Disorders ■ The Help Group-UCLA Neuropsychology Program ■ The Help Group National Autism Foundation

### SAVE THE DATE

The Avenues of Art & Design
8th Annual Art & Design Walk
Saturday, June 4, 2005  4:30 - 8:00 p.m.
benefiting The Help Group

■ ■ ■

The Teddy Bear Picnic
honoring
*Ann & Jim Gianopulos*
The Beverly Hilton Hotel
June 9, 2005

■ ■ ■

The Help Group Summit 2005
*Autism, Learning Disabilities & ADHD*
Skirball Cultural Center
September 30 and October 1, 2005

■ ■ ■

Bloomingdale's Shopping Benefit
October 25, 2005

■ ■ ■

The Teddy Bear Ball
honoring
*Anne Sweeney*
The Beverly Hilton Hotel
December 3, 2005

## GARTH ANCIER SALUTED AT THE TEDDY BEAR BALL



*Bruce Rosenblum, Barry M. Meyer, Dr. Barbara Firestone, Garth Ancier, Gary H. Carmona*

The Help Group's black tie gala, The Teddy Bear Ball honoring Garth Ancier, Chairman of The WB Network, was held on December 4, 2004 at The Beverly Hilton Hotel. Honorary Chairs for this year's dazzling event were Barry M. Meyer, Chairman & CEO, Warner Bros. Entertainment, Inc. and Bruce Rosenblum, Executive Vice President, Warner Bros. Television Group. Gala Chairs were Susanne & Greg Daniels, David Janollari, Julie & Jamie Kellner, David Neuman, Michael Ross and Peter Roth. The evening began with The Help Group's Children's Choir
Continued on page 10

### HELP GROUP LAUNCHES CAPITAL CAMPAIGN AND FORMS CIRCLE OF FRIENDS BOARD

There are serious challenges confronting our children nationwide:

■ 1 in every 166 children has an autism spectrum disorder; nearly every 20 minutes a new case of autism is diagnosed
■ 2.9 million students receive services for learning disabilities
■ 7.5% of children have attention deficit/hyperactivity disorder
■ 125,000 children are born with mental retardation every year
■ More than 1.8 million children are victims of abuse and neglect each year

Continued on page 18

## ANN AND JIM GIANOPULOS TO BE HONORED AT THE TEDDY BEAR PICNIC



The Help Group is pleased to announce that Ann and Jim Gianopulos will receive its Help Humanitarian Award at The Teddy Bear Picnic. Jim, Chairman, Fox Filmed Entertainment, and his wife Ann, will receive this Award in recognition of their outstanding commitment to numerous philanthropic causes. This 28th Annual Spring Luncheon will be held on Thursday, June 9, 2005 at The Beverly Hilton Hotel. Megan and Peter Chernin, Robyn and Mel Gibson, Rita Wilson and Tom Hanks are the Honorary Chairs. Jessica Harper, Tom Rothman, Heather Thomas and Skip Brittenham are the Luncheon Chairs.

Each year, The Teddy Bear Picnic is attended by hundreds of prominent entertainment industry, business and community leaders. Highlights of the afternoon include performances by The Help Group's Children's Choir accompanied by their celebrity friends.

Jim was named Chairman of Fox Filmed Entertainment in July 2000. Together with his co-chairman, Tom Rothman, Jim oversees all management and creative responsibilities for the studio.

During Jim's tenure, Fox has released a wide range of successful films including *Kingdom of Heaven, Star Wars* trilogy (Episodes I-III), *Cheaper By the Dozen, Master and Commander: The Far Side of the World, X2: X-Men United, Minority Report, Moulin Rouge, James Bond: Die Another Day, Unfaithful, Cast Away, Sideways, Napoleon Dynamite, Bend It Like Beckham* and *28 Days Later.* Prior to joining Twentieth Century Fox, Jim held a number of senior management positions within the entertainment industry at Paramount and Columbia Pictures Studios.

Continued on page 3

**2** HelpLine

### BOARD OF DIRECTORS

Gary H. Carmona
Chairman of the Board

Dr. Barbara Firestone
President and CEO

Susan Berk
Director

Robert Dorman
Director

Dr. David Firestone
Director

Perry Katz
Director

Dr. Martin Lasky
Director

Jerrold Monkarsh
Executive Vice Chair/Chair Elect

Joy Monkarsh
Secretary

Barry N. Nagoshiner, C.P.A.
Vice Chair and CFO

Judd Swarzman
Director

Howard Tenenbaum
Director

Richard M. Zelle
Director

### CIRCLE OF FRIENDS BOARD

Victor Coleman
Dick Costello
Mel Elias
Jonathan Glaser
Sandy Grushow
Chris McGurk
Jamie McGurk
Jerrold Monkarsh
Joy Monkarsh
Bruce Rosenblum
David Salzman
Sunny Sassoon
Ken Solomon
Anne Sweeney
Howard Tenenbaum

### EXECUTIVE ADMINISTRATION

Dr. Barbara Firestone
President and CEO

Dr. Susan Berman
Executive Vice President

Tom Komp
Senior Vice President

Michael Love
Vice President

Sherri Zahedi
Vice President

Judy Burkow
Vice President of Development



The Help Group — because every child deserves a great future

### A MESSAGE TO OUR FRIENDS

So much has been happening at The Help Group that when we reviewed the long list of events and activities to share with you, we realized we had to add more pages to the newsletter! This edition will highlight a few of the programs and services offered by The Help Group, as well as the people and organizations who contributed to its ability to have served 5,000 children with special needs and their families during this past year alone.

To enable us to reach out to many more children, we are pleased to announce the launch of a new Capital Campaign to raise $10 million. We look forward to achieving this goal over the next two years with the philanthropic leadership of our newly formed Circle of Friends Board. This Board comprises individuals who have a longstanding commitment to our organization and its mission.

We are delighted to report all of the good news related to our fundraising events – The Teddy Bear Ball, The Keyes European Mercedes Benz Teddy Bear Golf Classic and the upcoming Teddy Bear Picnic honoring Ann and Jim Gianopulos. We will share with you a glimpse of our Holiday Carnival that hosted more than 700 at-risk, underprivileged children and their families and of our ongoing partnerships with Keyes Motors and The Coffee Bean and Tea Leaf. These outstanding corporate friends lend their support throughout the year and have done so for many years now.

In this edition, we have included numerous articles related to autism. Given the skyrocketing numbers of children diagnosed each day in the United States, and the need to enhance public awareness and educational opportunities, The Help Group has launched several important initiatives and programs including The Help Group National Autism Foundation.

We have intensified our efforts in the area of professional education with a full agenda of seminars and we will be expanding this year's Summit. Distinguished researchers, clinicians and educators will present the most state-of-the-art information on autism, learning disabilities and ADHD at our Summit 2005. We also feature a letter written by a parent of one our Village Glen students and a story about our Summit View graduating class. They illustrate how meaningful your commitment and involvement are in the lives of the children whom we serve.

We are immensely grateful to each of you for your friendship, for your support and for HELPing the children!

Gary H. Carmona     Dr. Barbara Firestone

### CIRCLE OF FRIENDS

Garth Ancier
Hon. Howard & Janice Berman
Carole Black
James L. Brooks
Hon. Yvonne Brathwaite Burke
Dyan Cannon
Wendy & Victor Coleman
Bruce C. Corwin
Ann & Dick Costello
Suzanne & Robert Davidow
Hon. Gray & Sharon Davis
Jane & Michael Eisner
Nancy & Jonathan Glaser
Nancy Goliger & Bruce Berman
Brian Grazer
Hon. Wendy Greuel & Dean Schramm
Barbara & Sandy Grushow
Hon. James K. Hahn
Mary & Sam Haskell
Hon. Robert Hertzberg
Quincy Jones
Ronnie & Michael Kassan
Susan & Brian Kennedy
Margaret Loesch
Marlee Matlin
Jamie & Chris McGurk
Ron Meyer
Wendy & Barry M. Meyer
Lori & Michael Milken
Sandra & Lowell Milken
Hon. Richard J. Riordan
Dana Rosenberg
Ande & Bruce Rosenblum
Cheryl & Haim Saban
Lucie Salhany
Sonia & David Salzman
Ellen & Richard Sandler
Debbie & Sunny Sassoon
Governor Arnold Schwarzenegger & First Lady Maria Shriver
Stacey Snider
Lissa & Ken Solomon
Anne Sweeney & Philip H. Miller
Nancy Tellem
Jamie & Steve Tisch
Jane & Jerry Weintraub
Hon. Jack Weiss & Leslie Kautz
Hon. Herb J. & Fabian Wesson
Hon. Zev & Barbara Yaroslavsky
Barbara & Stanley Zax
Caryn & Jeff Zucker

### THE HELP GROUP ADVISORY COUNCIL

**Tony Attwood, Ph.D.**
The Asperger's Clinic, Brisbane, Australia

**Robert M. Bilder, Ph.D.**
UCLA Neuropsychiatric Institute and Hospital

**Susan Bookheimer, Ph.D.**
University of California, Los Angeles

**Thomas E. Brown, Ph.D.**
Yale University

**Stephen Buka, Sc.D.**
Harvard University

**Eric Courchesne, Ph.D.**
University of California, San Diego

**Jack M. Fletcher, Ph.D.**
University of Texas - Houston

**Stephen Hinshaw, Ph.D.**
University of California, Berkeley

**Barbara Keogh, Ph.D.**
University of California, Los Angeles

**Lewis P. Lipsitt, Ph.D.**
Brown University

**Frank Manis, Ph.D.**
University of Southern California

**John Pomeroy, M.D.**
State University of New York at Stony Brook

**Larry Seidman, Ph.D.**
Harvard University

**Bennett A. Shaywitz, M.D.**
Yale University

**Sally E. Shaywitz, M.D.**
Yale University

**Susan L. Smalley, Ph.D.**
UCLA Neuropsychiatric Institute & Hospital

**Sara S. Sparrow, Ph.D.**
Yale University

**Joseph Torgesen, Ph.D**
Florida State University

HelpLine **19**

### ABOUT THE HELP GROUP

The Help Group is dedicated to serving children and families with special needs with a wide range of programs and activities including:

#### SPECIALIZED DAY SCHOOLS

Village Glen School for students with social and communicative disorders including Asperger's disorder and high functioning autism; The PACE Program is for Village Glen students who are highly gifted

Bridgeport School for students with social, communicative and mild cognitive delays

Sunrise School for students with autism and related developmental disabilities

Young Learners Preschool for children with autism spectrum disorders

Summit View School for students with learning differences

Coldwater Canyon Prep Program for students with learning differences, attentional and emotional issues

Pacific Ridge School for students with emotional disabilities

#### CLINICAL PROGRAMS

Comprehensive mental health treatment programs for children, adolescents and families

Psychiatric evaluation and treatment

Stepping Stones Program providing day treatment for preschool age children with emotional and behavioral challenges

Short-term crisis intervention counseling

Counseling for students at public school campuses throughout Los Angeles County

Child abuse prevention and intervention services

Foster family recruitment, placement and support

Home-based family prevention services for at-risk youth

Wraparound services to maintain at-risk children in their family homes

REACH after-school therapeutic program for at-risk children

Reunification of abducted children services

The Help Group Center for Autism Spectrum Disorders providing comprehensive diagnostic, assessment and intervention services, consultation, family support, after-school programs and summer day camp for children with Asperger's disorder and autism spectrum disorders

The Help Group - UCLA Neuropsychology Program providing learning disabilities and ADHD assessment and consultation

Speech and language therapy

Occupational therapy

Parent education and counseling

Vocational education and job placement

Residential living opportunities for adolescents and young adults with emotional and developmental disabilities

The Learning Exchange after-school tutorial program for students with learning differences

#### PROFESSIONAL DEVELOPMENT

Graduate & Post-Graduate Training Programs

Continuing Medical Education Seminars

Distinguished Lecturer Series

The Help Group Annual SUMMIT Topics on Autism ~ Asperger's Disorder ~ Learning Disabilities ~ Attention Deficit Hyperactivity Disorders

#### INITIATIVES

The Help Group National Autism Foundation

The Help Group Autism Awareness Campaign

18 HelpLine                                                                                                                                                           HelpLine 3

### CAPITAL CAMPAIGN – continued from page 1

For the past thirty years, The Help Group has been committed to serving children with these special needs and the number of children needing help continues to grow. That is why The Help Group has recently embarked upon a major capital campaign to raise $10 million. These funds will be used to:

- Expand facilities that will enable The Help Group to serve hundreds more children every day

- Augment outreach programs to disadvantaged children with special needs in underserved communities

- Support The Help Group National Autism Foundation that promotes autism awareness, early identification and intervention across the United States and other innovative initiatives in the areas of learning disabilities, ADHD and child abuse prevention and intervention

- Establish an endowment fund to ensure brighter futures for thousands more children throughout the years ahead

According to Gary H. Carmona, "We plan to reach out to more children and families with programs and services that can help the children meet their fullest potential. The success of our capital campaign is key to achieving our goals."

The Help Group looks forward to achieving these goals with the enthusiastic support of its newly created Circle of Friends Board. This philanthropic auxiliary board includes Victor Coleman, Dick Costello, Mel Elias, Jonathan Glaser, Sandy Grushow, Chris McGurk, Jamie McGurk, Jerry Monkarsh, Joy Monkarsh, Bruce Rosenblum, David Salzman, Sunny Sassoon, Ken Solomon, Anne Sweeney and Howard Tenenbaum. At a recent Circle of Friends Board meeting, Dr. Barbara Firestone commented that The Help Group is deeply grateful to these newly appointed members for their dedication to the mission of The Help Group and to the success of this capital campaign.

For more information on The Help Group's Capital Campaign, please call Judy Burkow at 818.779.5212.

### AUTISM FOUNDATION – continued from page 7

Group. Before, life was a challenge but by identifying Carson's needs and addressing them while he is still young, we can now look forward to a bright future for our son."

Senator Perata and Speaker Nunez announced they would be forming a joint legislative task force of health experts, business leaders, affected family members and academics to examine key issues involving autism in California. "You look at autism and one statistic is scarier than the next," Perata said. "A new case every 20 minutes - 20,000 more students with autism in California schools in just twelve years - a nationwide economic impact of $90 billion, which is expected to double in the next decade. We want to bring together some of the best and most effective minds in California to help us confront this epidemic with short and long-term actions the legislature and governor can take. This will be a real-time effort with real results," Nunez said. In addition to the human costs for individuals and their families, autism has a tremendous cost for our economy and our schools. Putting the influence of the Speaker and the President Pro Tem behind a top group of effective and dedicated team members, we can make California the leadership state, not just in autism cases, but in autism solutions. Dr. Firestone applauded Perata and Nunez for establishing the blue ribbon commission. "The call to action has never been greater. The Help Group looks forward to working with Senator Perata and Speaker Nunez in this important initiative."

### AUTISM LUNCHEON – continued from page 8

Autism Awareness Awards were presented to Ed Asner, Gary Cole, Joe Mantegna and Dr. Bruce Hensel for hosting a series of Help Group public service announcements (see related story, p. 8).  Dr. Barbara Firestone thanked them for their tremendous efforts and for their commitment to children with autism and their families. In their very memorable acceptance remarks, Ed, Gary and Joe spoke of their personal experiences, each the parent of a child with autism. Dr. Hensel spoke of the contributions of science in ongoing efforts to unlock the mystery of autism. Everyone was deeply touched when three Young Learners students, Maggie, Mordechai and Yiddi sang *What a Wonderful World* as a tribute to the special guests and honorees.

### 2005 TEDDY BEAR PICNIC

#### HONORING

**Ann & Jim Gianopulos**

#### HONORARY CHAIRS

Megan & Peter Chernin
Robyn & Mel Gibson
Rita Wilson & Tom Hanks

#### LUNCHEON CHAIRS

Jessica Harper & Tom Rothman
Heather Thomas & Skip Brittenham

#### LUNCHEON COMMITTEE

Nina & Dan Aloni
Suzy Amis & Jim Cameron
Jim Berkus
Steven Burkow
Jake Bloom
Marguerite & Norman Brokaw
Elizabeth & Colin Callender
Melanie Cook
Richard W. Cook
Bob Cooper
Carole & Bob Daly
Barbara Davis
Jordan & John Davis
Lauren Shuler Donner & Richard Donner
Michael Douglas
Giannina Facio & Ridley Scott
Jo & Joseph Farrell
Bobby Farrelly
Peter Farrelly
Laurie & Jon Feltheimer
Rob Friedman
Elizabeth & Lee Gabler
Eve & Bill Gerber
Leslie & Cliff Gilbert-Lurie
Cary Granat
Bob Harper
Jami & Nikolaus Heidegger
Leslie & Jim Hyman
Barry J. Josephson
Kelly & Martin Katz
Marilyn & Jeffrey Katzenberg
Barry Kemp
J. Geyer Kosinski
Susie & Brad Krevoy

Margo & Rock Lane
Donna Langley
Sherry Lansing
Ed Limato
George Lucas
Jane & John Mass
Mike Medavoy
Arnie Messer
Arnon Milchan
Hutch Parker
Catherine A. Paura
Madeline & Bruce Ramer
Paula & Paul Reiser
Jeff Robinov
Rick Rosen
Shannon & Michael Rotenberg
Andrea & Peter Roth
Joe Roth
Donna & Tony Scott
Angela Lansbury Shaw
Lynne Segall
Risa Shapiro
Tom Sherak
Anne & Robert Simonds
Deena & Martin Singer
Susan & Eric Smidt
Erwin Stoff
Suzanne Todd & Doug Aarniokoski
Paula Wagner & Rick Nicita
Candie & Richard Weitz
Elizabeth & Jim Wiatt
Lona Williams & David O'Connor
Ellen & Ken Ziffren
Marisa & Jeremy Zimmer

### TEDDY BEAR PICNIC – continued from page 1

For 15 years, Ann devoted herself to her work as an entertainment marketing executive. Now she is a dedicated wife and mother to their three children and they spend their free time lending support to the community and to numerous worthwhile charities including the Cambodian Children's Fund, KCRW - National Public Radio, the Motion Picture & Television Fund and the Alliance for Lupus Research. Jim is also a member of the Board of Governors of the Academy of Motion Picture Arts & Sciences and is a Director of the American Film Institute.

Ann and Jim are wonderful humanitarians and we are proud to honor them at this year's Teddy Bear Picnic.



For reservations and information, please contact Judy Burkow at 818.779.5212 or visit www.thehelpgroup.org.

### AUTISM SPEAKS CO-FOUNDER SUZANNE WRIGHT VISITS THE HELP GROUP

On May 6, 2005, Suzanne Wright, Autism Speaks Co-Founder, visited The Help Group Autism Spectrum Disorders programs at its Sherman Oaks Campus. Autism Speaks is a new initiative devoted to educating the public about autism, facilitating and funding research, motivating private and governmental resources, and ultimately, helping to find a cure for autism. Suzanne and her husband, Bob Wright, Vice Chairman of GE and CEO of NBC Universal, founded Autism Speaks after their three year old grandson, Christian, was diagnosed with autism. Suzanne and Bob spearheaded the NBC News week-long series on autism. (See related story p. 8) For more information, please visit www.autismspeaks.org.

*Help Group Student, Suzanne Wright*

## THE TEDDY BEAR GOLF CLASSIC:

The 14th Annual Keyes European Mercedes Benz Teddy Bear Golf Classic and Atlantic Express Awards Dinner was once again a sold-out success! The golfers enjoyed a glorious day of golf at Valencia Country Club on April 25, 2005.

Golf Classic Chairs, Victor Coleman, Jonathan Glaser, Frank Jansen, Judd Swarzman and Howard Tenenbaum, along with Golf Classic Committee members Jeff Berger, Carla Bruno, Gary Carmona, Jim DeStefano, Jack Goldner, Blake Mirkin and Dana Rosenberg put together a terrific event. Golfers were greeted with duffle bags stuffed with gifts and a pair of new golf shoes. This year, Howard Tenenbaum generously provided the services of The Mulligan Man who made the day of golf action-packed and fun-filled with games and competitions throughout the course. Everyone enjoyed a break in the picture perfect weather for a delicious BBQ lunch. The after golf reception featured a wide array of silent auction items and was followed by the Atlantic Express Awards Dinner and program.

Michael L. Matkins, founding partner of the law firm Allen Matkins Leck Gamble & Mallory LLP, received the Help Fore Children Humanitarian Award in recognition of his outstanding humanitarian efforts on behalf of children.

Gary H. Carmona and Dr. Barbara Firestone welcomed and thanked everyone for their generous support. Peter Tilden, popular radio personality and the 1998 Joe Angello Volunteer Award recipient, created an atmosphere of warmth and humor as Master of Ceremonies. He led a spirited live auction including Keyes Motors' premier suite at the Staples Center, exciting golf opportunities, art by the children of The Help Group, a trip to Hawaii and an adorable golden retriever puppy.





1. Judd Swarzman, Howard Tenenbaum, Teryl Ann & Michael L. Matkins, Gary H. Carmona
2. Blake Mirkin, Frank Jansen, Jeff Berger, Jonathan Glaser
3. Victor Coleman
4. Howard Tenenbaum, Larry Abramson
5. Judd Swarzman, Gary Carmona
6. Dr. Barbara Firestone, Peter Tilden
7. Carla Bruno, Dana Rosenberg
8. Jerry & Joy Monkarsh
9. Michael L. Matkins, Jonathan Glaser, Victor Coleman
10. Bo Hirsch, Michael L. Matkins, George Pappas, Robert Nicholas
11. Alan Abramson, Howard Tenenbaum, Grant Cardone, Mike Slagter
12. Jim Ingebritsen, Matt Root, Jonathan Firestone, Christian Dalzell

## IN MEMORIAM OUR FRIEND BILL



On Wednesday, May 10, 2005, The Help Group lost a very dear friend, Bill Katzky. He was a kind and loving man and a true gentleman. For 43 years, he was the devoted husband to his wife Anne, stepfather to Robert and Judith, grandfather to Michele, Jedd, Blake and Shawn and great grandfather to Zachary and Seth. Bill possessed the true spirit of humanitarianism and volunteerism and was deeply committed to children's causes. All of us at The Help Group shall remember him with great fondness and with a heartfelt appreciation for his friendship and for the difference that he made in the lives of so many children.

## THE HELP GROUP HOSTS SEMINAR FOR PEDIATRICIANS

On March 15, 2005, The Help Group presented a continuing medical education seminar for pediatricians entitled, *Autism Spectrum Disorders in Young Children: The Early Warning Signs* at the Luxe Hotel, Bel Air. Speakers included Dr. Barbara Firestone, Dr. Laurie Stephens, Director, The Help Group Autism Spectrum Disorder Program, Dr. Diane Danis, Development and Behavioral Pediatrician, Dr. Eric Saslow, Pediatric Neurologist, This seminar was offered in association with the Neuropsychiatric Institute at UCLA. The seminar offered a comprehensive review of the delays and differences in the early development of children with autism spectrum disorders. The Ask the Experts panel addressed a wide range of questions regarding autism. This was the first in a series of continuing education medical seminars on issues related to autism and other neurodevelopmental disorders.



*Dr. Diane Danis, Dr. Barbara Firestone, Dr. Eric Saslow, Dr. Laurie Stephens*

## DISTINGUISHED LECTURER SERIES

On January 31, 2005, The Help Group presented *Autism Spectrum Disorders: Early Detection and Early Intervention Strategies*, a seminar in its ongoing Distinguished Lecturer Series held at its Sherman Oaks Campus. The morning began with opening remarks by Dr. Barbara Firestone, followed by Dr. Laurie Stephens, Director of The Help Group Autism Spectrum Disorders Program who spoke on *Differential Diagnosis of Autism Spectrum Disorders in Children Under 5 Years of Age*. Dr. Susan Bookheimer, Associate Professor - Department of Psychiatry & Biobehavioral Sciences at the David Geffen School of Medicine at UCLA, shared her knowledge of *Research Trends in Autism Spectrum Disorders*; Dr. Connie Kasari, Professor of Psychological Studies in Education also at the David Geffen School of Medicine at UCLA, discussed *Early Development of Joint Attention and Symbolic Play*. After lunch, Margaret Dunkle, Senior Fellow at the Center for Health Services Research & Policy at George Washington University, spoke on *Early Identification/ Intervention & Public Policy* and movingly shared her personal experience with autism. Dr. Gwennyth Palafox, Post-Doctoral Resident - Autism Spectrum Disorders at The Help Group and Kyle Meyerowitz, Director of Speech and Language Pathology at The Help Group, jointly presented *Early Intervention Strategies: Best Practices in the Classroom & Speech & Language Therapy*. Dr. Eric Saslow, Assistant Clinical Professor Pediatrics at the David Geffen School of Medicine at UCLA, concluded the program with *Pharmacological Approaches to the Treatment of Young Children with Autism*. For information regarding upcoming conferences and seminars, please contact Debbie Martin at 818.779.5172 or visit www.thehelpgroup.org.

### PLANNED GIVING AT THE HELP GROUP

Planned Giving enables donors to include The Help Group in their estate planning and potentially leave a meaningful lasting legacy that will make a difference in the lives of children with special needs served by The Help Group. Planned Giving involves making a charitable gift that considers the financial needs of you and your family and takes advantage of tax incentives that are available. If you are interested in learning more about this program, please contact Jennifer Lynch at 818.779.5325.

Exhibit 1, Page 6

## GIRL SCOUTS BRING JOY TO 1,000 HELP GROUP CHILDREN



For the seventh consecutive year, the San Fernando Valley Girl Scout Council created beautiful Easter Baskets that were distributed to the children of The Help Group's Outpatient, Reach, Stepping Stones, Wrap Around, Foster Care and Mental Health Treatment Programs. The Help Group's Outpatient Programs have grown so tremendously that the girls and their leaders had to work feverishly to complete 1,000 handmade baskets filled with candy, stuffed animals, small toys and, of course, Girl Scout Cookies! In total, 39 troops participated in this project that provided each child (and their siblings) with an Easter basket.

Rebecca Lascoe, former Troop Leader of the Calabasas Girl Scouts and now the Senior Girl Scout Gold Award Advisor, created the Easter basket project in 1998 and has continued to coordinate this endeavor. According to Rebecca, "Our girls look forward to this project each year and all of them benefit from making the baskets almost as much as the children who receive them. For us, it is truly a labor of love."

We extend our heartfelt thanks to Rebecca and to the Girl Scouts who participated in this project for bringing so much joy to the children.

## 2004 EMPLOYEE OF THE YEAR

Each year, The Help Group selects a staff member to be its Employee of the Year. This staff member personifies professionalism, dedication to children with special needs and commitment to the mission of The Help Group.



*Robert Ray, Dr. Susan Berman*

Robert Ray was selected as The Help Group's 2004 Employee of the Year. He began working as a Teaching Assistant at the Sunrise School in September of 2001. He excelled in this role and was promoted to an Interventionist position.

Robert has a unique ability to work with all students in a positive and encouraging manner. He is universally respected by both his professional peers and the student body. Everyone knows that they can always count on Robert. He always has a bright smile on his face and terrific "can-do" attitude.

When Dr. Barbara Firestone and Dr. Susan Berman, Executive Vice President of The Help Group, announced Robert's selection as Employee of the Year at its Annual Holiday Staff Luncheon, and extolled his many virtues, he wasn't even there to hear it. He had stepped out for a few minutes and when he returned to the ballroom, he was greeted by a thunderous standing ovation.

According to Pam Clark, Director of The Help Group's Sherman Oaks campus and Robert's supervisor, "It takes an exceptional person to be selected for the position of Employee of the Year and Robert Ray is a very exceptional person. We are very lucky to have Robert on our team and he truly deserves this honor."

The Help Group congratulates Robert on receiving the Employee of the Year Award!

## A GREAT DAY FORE ALL



13. Dr. Susan Berman, Ray Friedman, Judy Burkow, Jeff Friedman
14. Chris Meyers
15. Tom Komp, Mike Mulhausen, Jim DeStefano, Mike Love
16. Michael L. Matkins, Help Group Students
17. Golf Classic Sponsors
18. Jim Sarvey, Dr Barbara Firestone
19. Art Geilman & Puppy
20. Mulligan Man
21. Help Group Students

Co-Chairs and 2003 Help Fore Children Humanitarian Award recipients, Victor Coleman and Jon Glaser, introduced honoree Michael L. Matkins and thanked him for his charitable endeavors and devotion to children's causes. Mike, founding partner of the law firm Allen Matkins Leck Gamble & Mallory LLP, received the Help Fore Children Humanitarian Award in recognition of his outstanding humanitarian efforts on behalf of children. Mike, one of the world's leading real estate attorneys, makes childrens' causes a top priority in his life. Golf Classic Co-Chair Frank Jansen and last year's Help Fore Children Humanitarian Award recipient, received this year's Joe Angello Volunteer Award for his kind and generous spirit of volunteerism.

Major sponsors of the Golf Classic included Arden Realty, Inc., Brutten Family Fund, JMG Capital Management, Milken Family Foundation, The Zenith, Allen Matkins Leck Gamble & Mallory LLP, AON Resource Group, Banc of America Securities, Camden Asset Management, The Carmona Family, E Trade Financial, Gordon L. Mountjoy & Associates, Howard Capital Management, Libra Securities, LEA & Barry Porter, SCI Real Estate Investments and The Hank Weeks Family.

Gary H. Carmona and Dr. Barbara Firestone expressed their heartfelt thanks to the Title Sponsor Keyes European Mercedez Benz and acknowledged Howard Tenenbaum and Larry Abramson. They also thanked Atlantic Express and Carla Bruno for sponsoring the Awards Dinner.

This year's event raised nearly $300,000. It was truly a hole in one for The Help Group!

## THE HELP GROUP HONORS SUPPORTERS OF ITS AUTISM EFFORTS



To kick off National Autism Awareness Month, The Help Group hosted a luncheon, generously underwritten by Keyes Motors and The Coffee Bean and Tea Leaf, on its Sherman Oaks Campus on April 1, 2005. Help Group student Dominique began the proceedings with an inspiring rendition of *America the Beautiful*. In her welcoming remarks, Dr. Barbara Firestone emphasized that the need to mobilize education and treatment resources, encourage research and reshape public policy has never been greater. She spoke of the importance of promoting greater awareness, early identification and early intervention for children with autism. Distinguished guest speakers California Assembly Speaker Fabian Nunez, Supervisor Zev Yaroslavsky, Councilmember Wendy Gruel and Dr. Lou Vismara, Special Consultant to California President Pro Tem Don Perata, commented on the need to intensify efforts to help children with autism and their families.

Gary H. Carmona presented the first of two Autism Partner Awards to First 5 LA for its generous grant in support of the development of The Help Group's Young Learners Preschool. Young Learners is an innovative preschool for children ages 3 to 5 years with Autism Spectrum Disorders. First 5 LA Commissioner Deanne Tilton Durfee and Director of Grants Management Lisa Brabo accepted the award. Joanne Palmer, mother of Young Learners' student Carson, spoke movingly of the impact that the program has had on her son. In fact, Carson will be returning to regular education next fall. Carson and her husband, Tom, presented flowers to her.

Dr. Barbara Firestone presented an Autism Partner Award to The Coffee Bean and Tea Leaf in recognition of their annual holiday promotion in support of The Help Group and their distribution of Help Group autism information cards throughout their retail outlets (see related story p. 8). The Coffee Bean and Tea Leaf Chief Executive Officer Sunny Sassoon and President and Chief Operating Officer Mel Elias accepted the award and presented a check for over $115,000 to The Help Group.

Continued on page 18

1. Gary Carmona, Stanly Zax, Dr. Barbara Firestone, Hon. Fabian Nuñez, Hon. Zev Yaroslavsky, Hon. Wendy Greuel
2. Dr. Bruce Hensel, Joe Mantegna, Ed Asner, Gary Cole, Gary Carmona, Help Group Student
3. Deanne Tilton Durfee, Dr. Peter Whybrow, Dr. Louis Vismara, Dr. Michael Durfee
4. Gary Carmona, Hon. Fabian Nuñez
5. Sunny Sassoon, Help Group Student, Mel Elias
6. Lisa Bravo
7. Howard & Jodi Tenenbaum
8. Dr. Barbara Firestone, Stanley Zax, Susan Berk, Dick Zelle
9. Barry & Peggy Nagoshiner
10. Teddi Cole
11. Nicki Fischer, Cindy Asner
12. Marilyn Bacquer, Joe Buissink
13. Dick Costello, Judy Burkow
14. Tom, Carson & Joanne Palmer
15. Michelle Kleinert
16. Help Group Student
17. Sarah Taylor, Help Group Students

## SUMMIT VIEW GRADUATES COLLEGE BOUND



Summit View School is dedicated to helping students with learning differences excel. Every graduation day is a great celebration of our students' achievements and successes. At last year's commencement, Michael, a graduating senior, shared his thoughts about his Summit View experience…

"As I get ready to graduate, I have had the opportunity to reflect upon life, what I have been through and how Summit View in particular has affected my life. The one thing that stands out the most about Summit View is the fact that they help you help yourself, they do not make you smarter or make you learn better, they allow you to find out how truly smart you are and how much you are able to learn. I came to this school three years ago not believing in myself and having almost no one believing in me. Here I found people that believed in me. Here the teachers showed me that I could, in fact, do the work, understand it, and excel at it. If I had never come here where people believed in me and pushed me, I would never have as much belief and confidence in myself as I do today. I was given the opportunity to learn from teachers who cared, take classes where everyone had the opportunity to participate and to take advanced classes in math and science. Not only that, but I was able to take classes at the local community college. I am a better person today because of these opportunities."

With this year's high school graduation rapidly approaching, Summit View is pleased to announce that its students have accomplished their goals for college and post-secondary education.

According to Summit View Director, Nancy Rosenfelt, "Our Summit View students are successfully competing with graduates from all high schools in the area for college admission. We attribute this success to our terrific students who are motivated and eager to continue their educations to the high defined WASC (Western Association of Schools and Colleges) accredited curriculum that prepares our students for post secondary education."

Students will be attending a wide range of universities, colleges, specialty schools and community colleges including The Art Institute of San Francisco, California State University (CSU), Channel Islands; CSU, Fullerton; CSU, Long Beach; CSU, Northridge; Mount St. Mary's College; University of Arizona; University of California (UC) Davis; UC Irvine; University of Nevada, Las Vegas, William Woods University; and California School of Culinary Arts.

We would like to thank our extraordinary Summit View administration, faculty and staff for their commitment to helping students with learning disabilities reach their fullest potential.

---

**DISTINGUISHED LECTURER SERIES**

*Reading Disabilities:*
*The Early Warning Signs*

Philip Levin Ph.D.
Director, The Help Group/UCLA Neuropsychology Program

September 2005

For more information, please visit www.thehelpgroup.org

14 HelpLine HelpLine 7

## THE HELP GROUP'S CARNIVAL LIGHTS UP THE HOLIDAY SEASON

The Help Group hosted more than 700 at-risk and underprivileged children and their families at its 2004 Holiday Carnival. These children are served by The Help Group's Child Abuse Prevention and Intervention, Mental Health, Residential Treatment and Foster Care programs. The children and their families enjoyed the spirit of the holiday season while visiting the petting zoo, playing carnival games and participating in a mixture of arts and crafts at this fun-filled event held on December 11th at The Help Group's Sherman Oaks Campus. Once again, Metropolitan Theatres generously provided lots of food for everyone to enjoy. In-N-Out Burger, The Coffee Bean and Tea Leaf and Izze Beverage Company added to the menu. Children decorated holiday stockings and seasonal cookies, had their faces painted by Free Arts for Abused Children and Help Group volunteers and clowns were on hand making animal balloons. The highlight of the day was a visit from Santa Claus, joined by Mickey Mouse and Minnie Mouse, whose visits were arranged by The Walt Disney Company.

Before leaving, the children received fabulous gifts which were donated by MGA Entertainment, Hasbro, Target, Universal Studios, Toys For Tots, Zenith Insurance and The Universal Church of God. This magical day was made possible by many generous sponsors. Our sincere thanks and appreciation to Zenith Insurance, Atlantic Express Transportation, The Carmona Family, Diaz Entertainment, The Firestone Family, Harris Stationers, Dr. Martin & Sheila Lasky, Lockton Insurance, Mellon 1st Business Bank, The Monkarsh Family, Metropolitan Theatres, Nuprint, Vinnie Ruggieri, Yellow Cab. A big thank you also to our spirited volunteers.



1. Santa Claus, Carnival Guest
2. Skip Stevenson, Dr. Barbara Firestone
3. Mike Berk, Shawn
4. Susan Berk
5. Carnival Guest, Carnival Volunteer
6. The Coffee Bean & Tea Leaf Volunteers
7. Pony Rides
8. Carnival Guest
9. Minnie Mouse, Carnival Guest
10. Kelly Martin
11. Dr. Susan & Laura Berman
12. Anne Katzky, Sweet Tooth Booth Volunteers
13. Alexa, Steve, Matthew & Judy Burkow
14. Volunteer Carrie Wick
15. Train Ride

## THE HELP GROUP'S NATIONAL AUTISM FOUNDATION LAUNCHED AT STATE CAPITOL

On April 13, 2005, at a press conference at the California State Capitol, The Help Group's Dr. Barbara Firestone, joined by California Senate President Pro Tem Don Perata; Speaker of the California Assembly Fabian Nunez; and actor and parent Ed Asner, announced the launch of The Help Group National Autism Foundation.



*Joanne Palmer, Ed Asner, Cindy Asner, Dr. Barbara Firestone, Speaker of the Assembly, Fabian Nuñez, Jon G. Parro, UC Davis, Senate President Pro Tem Don Perata, State Senator Liz Figueroa*

The Foundation was created to promote greater awareness, early identification, early intervention, and education and treatment opportunities for children, adolescents and young adults with autism.

"Autism calls for our collective attention, efforts and resolve to unlock its mysteries, to provide the most effective education and treatment for the children and to give hope and support to the families," remarked Dr. Firestone. "Today we are honored to join President Pro Tem Perata and Speaker Nunez who share the commitment to helping children with autism realize their fullest potential."



*Senate President Pro Tem Don Perata, Dr. Barbara Firestone, Speaker of the Assembly Fabian Nuñez*

The Help Group National Autism Foundation will achieve its goals through its ongoing national autism awareness campaigns; the dissemination of The Help Group's innovative educational and therapeutic models that incorporate current and emerging research; professional and parent education seminars, national conferences and publications; expanded graduate and post-graduate professional training programs; ongoing collaborative endeavors with public policy makers at the local, state and federal levels; and affiliations aimed at bridging research and practice with major universities such as its current partnership with UCLA's Neuropsychiatric Institute.

"The astounding increase in diagnoses of children with autism means that virtually everyone in California knows a family member, friend, co-worker or neighbor struggling with the challenges surrounding autism," Perata said. "As a 16 year veteran of the classroom, I am committed that all children in California receive the best possible education and I am pleased to work with the Help Group and Speaker Nunez to help make that a reality for children with autism. We know that there is no cure for autism, but that early intervention is the best antidote for leading a child with autism into a world of possibility and away from a world of solitude," commented Nunez. "Supporting outstanding organizations like The Help Group is part of the answer to this great challenge."

Actor Ed Asner, parent of a 17 year old boy with an autism spectrum disorder, spoke of the lack of information and services that were available to children with autism when his son was growing up. "There has been a tsunami in the incidence of autism around the world with no scientific or miracle cures in sight," remarked Asner. "The Help Group programs and its people are the ones who understand how to impact the lives of these children every day and help parents help their children as well, which is why it is critical that we help support and expand the foundation that this organization has carefully built."

Joanne Palmer, mother of 4 year old Carson who has autism, related her family's experiences and how all of their lives were changed after Carson started at The Help Group's Young Learners Preschool. Mrs. Palmer remarked, "Carson has made progress beyond our expectations at The Help

Continued on page 18

### COFFEE BEAN PARTICIPATES IN AUTISM AWARENESS CAMPAIGN

During April, Autism Awareness month, The Coffee Bean and Tea Leaf participated in The Help Group's National Autism Awareness Campaign by distributing brochures in more than 100 retail stores throughout California and Arizona. These brochures that include autism facts and early warning signs serve as a quick guide for parents who suspect that their children may be developing differently. Recognizing the early warning signs is an important first step to seeking further professional advice.

Our thanks to The Coffee Bean for their ongoing support of our Campaign.

### DR. BARBARA FIRESTONE JOINS TAP ADVISORY BOARD



*Dr Barbara Firestone, Nicki Fischer*

Dr. Barbara Firestone was recently named to the Advisory Board of TAP, The Autism Perspective Magazine, a new publication dedicated to exploring a myriad of topics related to autism. This nonprofit endeavor is being spearheaded by Nicki Fischer who has dedicated all of her time, resources and talents during the past year to bring her dream to fruition. Nicki has created this new magazine that is an invaluable resource for parents, families and professionals. Nicki is deeply committed to her nephew who has autism and wanted to create a publication that would contribute to the understanding of autism. Our congratulations to Nicki on her terrific efforts! For information regarding TAP, please visit www.theautismperspective.org.

### AUTISM EARLY WARNING SIGNS

**0 TO 4 MONTHS OF AGE**
- Does not make eye contact or makes little eye contact
- Does not seem interested in other people
- Does not react by looking at people when they are making social "sounds" such as humming or clapping
- Does not show as much interest in people as objects
- Does not have a social smile (smiling back to someone who smiles at them, without being cooed at or touched)

**5 TO 12 MONTHS OF AGE**
- Does not combine eye contact with smiling
- Does not babble (or the babble does not sound like "talking")
- Does not look at something interesting, such as an airplane, then look at a person, and then back at the airplane to see if the person is looking at it too
- Does not follow a person's eye contact when they point out an object and say, "Look at the airplane!"
- Does not respond when name is called
- Does not point using the index finger
- Does not show a caring or concerned reaction to other people crying
- Does not use gestures such as waving "hi" or "bye"

**12 TO 24 MONTHS OF AGE**
- Does not point to share interests with others, such as pointing to an airplane
- Does not develop pretend or make believe play
- Does not imitate common activities of others, such as sweeping the floor

**OTHER DEVELOPMENTAL SIGNS**
- May develop language and/or social skills normally and then lose some or all of these skills
- Has repetitive body movements (hand flapping, spinning)
- Fixates upon a single object, such as a spoon or book
- Cannot tolerate change in routine or environment, such as a new toothbrush or a replacement for a lost toy
- Has oversensitivity to texture, lights and/or sounds
- Has delayed motor skills (late walking, riding a tricycle or learning to jump)
- Prefers to play alone or does not interact with peers as expected, such as asking for friends to come over, playing together or taking turns
- Lines items up or puts things in order repeatedly
- Has excessive tantrums and is difficult to console
- Walks on tip toes
- May not enjoy cuddling or being touched unless it is on own terms

The presence of any one or a combination of these warning signs does not necessarily mean that your child has autism. If your child demonstrates any of these signs, please discuss your concerns with your pediatrician and ask for a referral for a further evaluation.

For more information, please contact Dr. Laurie Stephens 818.947.5542 or lstephens@thehelpgroup.org.

---

### VILLAGE GLEN PARENT SHARES HER EXPERIENCE

Parents of children with autism confront many challenges on their journey to find help and hope. It can be a very frustrating, daunting and lonely experience. The Help Group is deeply committed to making their journey easier. Here is one family's experience that they shared with The Help Group:

> On Wednesday, we had a Parent/Teacher conference with Matt's classroom teacher at The Help Group's Village Glen School. Matt entered that classroom on Jan. 4th and has attended for the past three months. The report from his teacher was glowing. Here is what he had to say (I both quote and closely paraphrase):
>
> "Matt is amazing . . . never before have I seen a kid make so much change so quickly . . . we have not seen ANY behavioral problems or any of the issues reported in previous schools . . . he has gone from being on the periphery of the group to the center, he sits right in the middle of the kids during all recess activities, is included by them and is inclusive . . . he works hard academically, stays on task and is making progress, doing better work everyday . . . he shows clear understanding of mathematical concepts . . . he is academically at Second Grade Level, but showing daily improvements and willingness to learn and to apply himself . . . It's a miracle."
>
> We agree, it is a miracle that after years of spiraling into despair, Matt has renewed self esteem and emotional equilibrium, and daily increases his competency and reduces his anxiety. That he is, again, so HAPPY. However, this miracle didn't happen by itself. It is due, in large part, to the tremendous dedication, support and professional as well as personal efforts of each of you.
>
> How can we thank you for the ways in which you have stuck by our child and our family through these excruciatingly difficult past few years, as well as for the opportunity and support those of you at THE HELP GROUP have given us since the fall?
>
> We can't. Instead, I offer Matt's own words to express this deep gratitude; "You rock!"
>
> Matt's Mom

This story goes to the heart of what The Help Group strives to make possible for young people with special needs. The Board of Directors thanks the staff, philanthropic friends, governmental colleagues, parents and volunteers who make stories like Matt's and his family's possible.

### KEYES SUPPORTS THE HELP GROUP'S PUBLIC INFORMATION EFFORTS



*Howard Tenenbaum, Margaret Keyes, Howard Keyes, Esther Keyes*



*Howard Tenenbaum, Larry Abramson*

Keyes Motors was one of the presenting sponsors of the recent 5th Annual Sherman Oaks Street Fair that was enjoyed by more than 60,000 visitors. The Fair took place on a closed off half mile section of Ventura Boulevard that featured pony rides, lots of food, music and arts and crafts. At the Keyes exhibit, information about The Help Group's programs for children with special needs and their families was prominently displayed and available to visitors. Also distributed at the Fair were brochures with autism facts and early warning signs that The Help Group prepared in connection with its Autism Awareness Campaign (see related story p. 8). Every hour, Keyes held a drawing for a Mercedes Benz children's pedal car and donated the proceeds from all of the drawings to The Help Group. Our thanks to Keyes Automotive Group President Howard Keyes, Vice President and Help Group Board Member Howard Tenenbaum and Vice President Larry Abramson for their generosity and for participating in The Help Group's Autism Awareness Campaign.

Exhibit 1, Page 10

### CHILD ABUSE SEMINAR FEATURES LEADERS IN THE FIELD



*Dr. David Sanders, Pamela Booth, Deanne Tilton Durfee*

The Help Group recently hosted a seminar in observance of National Child Abuse Awareness Month. Dr. Barbara Firestone convened the seminar and thanked everyone for their dedication and commitment to these issues. Dr. Susan Berman, Executive Vice President of The Help Group, introduced guest speakers, Deanne Tilton Durfee, Executive Director ICAN (the Los Angeles County Inter-Agency Council on Child Abuse and Neglect), Pamela Booth, Head Deputy of the Family Violence Division of the Los Angeles County District Attorney's Office and Dr. David Sanders, Director of Los Angeles County's Department of Children and Family Services.

Each of these distinguished speakers shared their insights and expertise on child abuse prevention and intervention. Deanne Tilton Durfee discussed the consequences of child abuse and neglect and of the powerful impact of mentoring on at-risk youth. Pam Booth described the important role of the criminal justice system with regard to abuse, neglect and domestic violence. Dr. David Sanders spoke of a myriad of important issues that his department is innovatively and effectively addressing including reunification of families, faster placement of children in permanent homes, improving safety within foster care, lower recidivism rate of abuse against children and prevention and early intervention of abuse and neglect. Dr. Firestone commented on the profound impact that intervention can have in the lives of young people that have been the victims of abuse and neglect. She recounted the words of Irene, a Help Group graduate with a history of serious abuse " . . .There have been many times in my young life that I could have given up - I now have very specific goals and I'm going to accomplish them no matter what! I believe that with the support I have received that I will be successful in achieving my goals because I am a survivor." The seminar concluded with an Ask the Experts panel moderated by Dr. Firestone.

### ART AND DESIGN WALK TO BENEFIT THE HELP GROUP



The Avenues of Art & Design, the West Coast's premier destination for interior design, art galleries, fashion boutiques, specialty shops and restaurants, will host its 8th Annual *Art and Design Walk* on Saturday, June 4, 2005 from 4:00 p.m. to 8:30 p.m. to benefit The Help Group.

The *Art and Design Walk* is a favorite annual event for design savvy consumers and trade professionals, drawing nearly 7,000 visitors each year to one of Southern California's most popular locations for fabulous shopping. This free community event provides an excellent opportunity to stroll leisurely through West Hollywood, sampling the latest styles in fashion and fine art while also enjoying live entertainment outside many of the participating showrooms in addition to cuisine from the area's popular eateries.

More than 150 individual showrooms, galleries and boutiques on the streets of Melrose Avenue, Robertson and Beverly Boulevards in trend-setting West Hollywood, will donate high-end products and services to a silent auction with proceeds benefiting The Help Group. The silent auction will be held throughout the event.

The event will include a VIP reception hosted by actor, talk show host, Los Angeles resident and community activist Ricki Lake. Abbe Land, the Mayor of West Hollywood, and Dr. Barbara Firestone, will provide remarks at 5:30 p.m. The Help Group's Children's Choir will perform on the Pacific Design Center steps at 5:30 and again at 6:30 p.m..

For more information, visit www.avenuesartdesign.com or call Alex Stettinski at 310.289.2534.

### NBC PRESENTS *AUTISM: THE HIDDEN EPIDEMIC?*



The Help Group was pleased to have participated in NBC's week-long series of news programs exploring the issues of autism. The Help Group was featured in the hour special that kicked off the series on February 19, 2005. Narrated by physician and investigative reporter, Dr. Bruce Hensel, and news anchor Michele Ruiz, this program was broadcast on all NBC owned and operated stations throughout the United States. The Help Group was also featured on NBC Nightly News in a segment narrated by medical correspondent Dr. Bob Bazell. This unprecedented series has made a significant contribution in raising autism awareness.

### HELP GROUP PSA CAMPAIGN PROMOTES AUTISM AWARENESS




The Help Group launched its 2005 National Autism Awareness Campaign with televised public service announcements featuring well-known actors who have children with Autism Spectrum Disorders (ASDs) including Ed Asner, *West Wing*'s Gary Cole, *Smallville*'s John Schneider and *Joan of Arcadia*'s Joe Mantegna. In addition, *Battlestar Gallactica*'s Edward James Olmos, a long-time friend of The Help Group, hosted a Spanish-language version of the PSA and Dr. Bruce Hensel, NBC's Los Angeles health correspondent, hosted a PSA highlighting the importance of early identification and early intervention. The goal of the PSA campaign is to promote early identification and intervention by reaching out to parents, families and the community at large with current facts about autsim.

To view the PSAs, please visit www.thehelpgroup.org.

### THE HELP GROUP SUMMIT 2005



*Dr. Peter Whybrow, Dr. Barbara Firestone, Dr. Paul Satz*

The Help Group's Summit 2005 on Autism, Learning Disabilities and ADHD will take place on Friday September 30th and Saturday October 1st at the Skirball Cultural Center in Los Angeles. Co-chaired by Dr. Barbara Firestone, Dr. Paul Satz, Professor Emeritus, David Geffen School of Medicine at UCLA and Chief of The Help Group-UCLA Neuropsychology Program, and Dr. Peter Whybrow, Director of the Semel Institute for Neuroscience and Human Behavior at UCLA, the conference will present state-of-the-art neurodevelopmental research and best practices in autism, learning disabilities and ADHD. Designed for professionals and parents, this in-depth and thought-provoking Summit will feature the nation's leading researchers, educators and clinicians. For more information, please call Debbie Martin at 818.779.5212 or visit www.the-helpgroup.org.

#### Confirmed Speakers to date include:

David Amaral Ph.D.
MIND Institute at UC Davis

Robert M. Bilder Ph.D.
Semel Institute for Neuroscience and Human Behavior at UCLA

Susan Y. Bookheimer, Ph.D.
David Geffen School of Medicine at UCLA

Thomas E. Brown Ph.D.
Yale University School of Medicine

Robert Byrd M.D.
UC Davis School of Medicine

Eileen Costello M.D.
Co-author, Quirky Kids, Boston University School of Medicine

Eric Courchesne Ph.D.
UC San Diego School of Medicine

Daniel H. Geschwind, M.D., Ph.D.
UCLA - Department of Neurology

Phillip Levin Ph.D.
The Help Group/UCLA Neuropsychology Program

Catherine Lord Ph.D.
University of Michigan - Department of Psychology

James T. McCracken, M. D.
David Geffen School of Medicine at UCLA

Albert "Skip" Rizzo, Ph. D.
Leonard Davis School of Gerontology at USC

Susan L. Smalley, Ph.D.
Semel Institute for Neuroscience & Human Behavior at UCLA

Laurie Stephens, Ph. D.
The Help Group Center for Autism Spectrum Disorders

Joseph Torgeson, Ph. D.
Florida State University

# THE TEDDY BEAR BALL - A DAZZLING EVENING

continued from page 1

singing a lively holiday medley joined by Mr. and Mrs. Santa Claus, Melissa Peterman and Christopher Rich from the WB sitcom *Reba*, *Summerland*'s Jesse McCartney and *Smallville*'s John Schneider.

With warmth and charm, Master of Ceremonies Stephen Collins (*7th Heaven*) welcomed the nearly 700 guests who gathered to salute Garth. 2002 Help Honoree Bruce Rosenblum thanked the evening's major sponsors including Warner Bros., Milken Family Foundation, Keyes Automotive Group, The Coffee Bean and Tea Leaf and Estee Lauder. Judy Burkow, The Help Group's Vice President of Development, announced that the evening was a tremendous success raising more than $600,000 to benefit the children.

*West Wing*'s Gary Cole spoke of the amazing partnership of The Help Group and The Coffee Bean & Tea Leaf. During the 2004 holiday season, all 200 Coffee Bean stores donated a portion of their sales to The Help Group. Gary introduced the The Coffee Bean & Tea Leaf's Chief Executive Officer Sunny Sassoon, and his wife Debbie, and thanked them for their tremendous generosity and ongoing commitment to The Help Group (see related story p. 8).

Jamie and Chris McGurk, 2000 Help Honorees, spoke of their longstanding involvement with The Help Group and then introduced the new Help Group video which was narrated by Diane Sawyer. Auctioneer extraordinaire Andrea Fiuczynski, President of Christie's, with the help of *Summerland* stars Lori Loughlin and Jessee McCartney, led a spirited live auction. They then auctioned Vermont Teddy Bears for a donation of $1,000 each in support of The Help Group's Opportunity Fund for at-risk teenagers which raised an additional $28,000.

The charismatic and multi-talented Reba McEntire performed a beautiful rendition of *White Christmas* accompanied by The Help Group's Children's Choir. Following the song, actor John Schneider introduced the launch of The Help Group's National Autism Awareness Campaign to provide parents and the public with information about autism and where to find help. After John spoke, three of The Help Group's public service announcements, hosted by Ed Asner, Gary Cole and John Schneider, were unveiled.

Lori Loughlin spoke eloquently of Garth's passion for creating television programs for the American family. Barry Meyer commended his colleague and friend of more than 20 years, a man of great integrity and compassion and the only person he and Jamie Kellner wanted to run the WB Network! As a tribute to Garth, the 2004 Spirit of Hope Award Recipient, Reba and The Help Group's Children's Choir sang *What the World Needs Now*.

In his remarks, Garth shared how he was "blessed with a wonderfully supportive family, great friends and loyal and passionate business colleagues." Garth also spoke of the importance of a strong educational foundation and he praised The Help Group for their "dedication and the work done by Dr. Barbara Firestone and the entire faculty and staff at The Help Group."

To conclude this fabulous evening, the children were joined on stage by the evening's honoree and presenters as well as friends and special guests in a reprise of *Winter Wonderland*. The Teddy Bear Ball was a truly magnificent evening!

1. Garth Ancier, Barry M. Meyer, Reba McEntire, Bruce Rosenblum
2. Dr. Barbara Firestone, Barry & Wendy Meyer, Gary Carmona
3. Garth Ancier, Peter Roth
4. Stephen Collins
5. Jesse McCartney, Lori Loughlin
6. Gary & Teddi Cole, Elly & John Schneider
7. Reba McEntire, The Help Group's Children's Choir
8. Stephen Collins, Garth Ancier
9. Gary & Rochelle Carmona
10. Susan & Mike Berk
11. Howard Keyes, Howard Tenenbaum
12. Perry Katz, Dr. Alice Berkowitz
13. Drs. Barbara & David Firestone
14. Sandy, Aaron, & Lowell Milken
15. Michael & Lori Milken
16. Anne Sweeney, Rosemary Miller
17. Philip Miller, Chris Miller
18. Sunny & Debbie Sassoon
19. Barbara & Sandy Grushow
20. Ande & Bruce Rosenblum, Judy & Steve Burkow
21. Jamie & Chris McGurk
22. Ann & Dick Costello
23. Ken & Lissa Solomon
24. Aaron & Candy Spelling
25. Drs. Susan & Barry Berman
26. Dean Schramm & Hon. Wendy Greuel
27. Michael Feuer
28. Brad Turell
29. Samantha & Jonathan Firestone
30. Dr. Sarah Milken
31. Lori Loughlin & Puppy
32. John Schneider, The Help Group's Children's Choir
33. Rose & Jack Herschorn
34. Margaret Loesch
35. Andrea Fiuczynski
36. Louis & Linda Wolff, Doug & Janis Warner
37. Melissa Peterman, Christopher Rich, The Help Group's Children's Choir