# Exhibit 2

# HelpLine

Spring 2007

The Help Group                    because every child deserves a great future

## TEDDY BEAR BALL HOLIDAY GALA LIGHTS UP THE SEASON



*Dr. Barbara Firestone, Susanne Daniels, Kelsey & Camille Grammer, Gary H. Carmona*

The International Ballroom of the Beverly Hilton was filled with the spirit of the holiday season as hundreds of friends and supporters gathered for The Help Group's 10th annual Teddy Bear Ball on Saturday evening, December 2. This year's event honored Susanne Daniels, President of Entertainment, Lifetime Entertainment Services with the 2006 *Help Humanitarian Award*, in recognition of her outstanding commitment to many philanthropic causes. Camille and Kelsey Grammer received the *Champion for Children Award* in honor of their ongoing dedication to enriching the lives of children.

continued on page 10

## THE HELP GROUP LAUNCHES "THERE IS HELP, THERE IS HOPE" AUTISM CAMPAIGN

In recognition of National Autism Awareness month, The Help Group developed its *There is Hope, There is Help: Learn the Early Signs of Autism* campaign in English and Spanish (see related articles on pages 3 and 9). The campaign was designed to acquaint families with the early signs of autism that may be evident



within a child's first two years of life. Early identification is of paramount importance since research has shown that many children with an autism spectrum disorder can make substantial progress in all areas of development when intensive intervention is started before five years of age.

continued on page 8

## TEDDY BEAR PICNIC HONORS AMY BRENNEMAN & BRAD SILBERLING AND PAM CLARK ~ NANCY ROSENFELT



*Brad Silberling & Amy Brenneman*

The Help Group is pleased to announce that Amy Brenneman and Brad Silberling will receive its *Help Humanitarian Award* at the Teddy Bear Picnic, in recognition of their outstanding humanitarianism. This year's 30th Annual Spring Luncheon will be held at the Beverly Hilton Hotel on Tuesday, June 12. At this gathering, The Help Group will present its *Professional Excellence Award* to two outstanding professionals, Pamela Clark, Director of The Help Group's Autism Schools, and Nancy Rosenfelt, Director of



*Pamela Clark*          *Nancy Rosenfelt*

Summit View Schools. Bruce Berman, Elizabeth and Lee Gabler, Ann and Jim Gianopulos, Brian Grazer, and Stacey Snider, are serving as 2007 Luncheon Chairs.

Amy Brenneman and Brad Silberling are a remarkable couple with a shared commitment to many philanthropic causes. Amy Brenneman is highly respected for her roles in film, television and theater. She has been nominated for five Emmys, three Golden Globes, a SAG award and is a three time TV Guide Award winner for Best Actress. Amy first became known to television audiences for her portrayal of Officer Janice Licalsi in the series "NYPD Blue," and subsequently by the six-season hit series, "Judging Amy," a drama based on the real-life experiences of her mother, a State of Connecticut Superior Court judge. Beginning this fall on ABC, Amy will be co-starring in "Private Practice," a spin-off of the medical drama "Grey's

continued on page 3



## 2 HelpLine



The **Help Group** *because every child deserves a great future*

### BOARD OF DIRECTORS

Gary H. Carmona
*Chairman of the Board*

Dr. Barbara Firestone
*President and CEO*

Susan Berk
*Director*

Robert Dorman
*Director*

Dr. David Firestone
*Director*

Perry Katz
*Director*

Dr. Martin Lasky
*Director*

Jerrold Monkarsh
*Executive Vice Chair/Chair Elect*

Joy Monkarsh
*Secretary*

Barry N. Nagoshiner, C.P.A.
*Vice Chair and CFO*

Judd Swarzman
*Director*

Howard Tenenbaum
*Director*

Richard M. Zelle
*Director*

### CIRCLE OF FRIENDS BOARD

Victor Coleman
Dick Costello
Mel Elias
Jonathan Glaser
Sandy Grushow
Chris McGurk
Jamie McGurk
Jerrold Monkarsh
Joy Monkarsh
Frederic D. Rosen
Nadine Rosen
Bruce Rosenblum
David Salzman
Sunny Sassoon
Ken Solomon
Anne Sweeney
Howard Tenenbaum

### EXECUTIVE ADMINISTRATION

Dr. Barbara Firestone
*President and CEO*

Dr. Susan Berman
*Chief Operating Officer*

Tom Komp
*Senior Vice President*

Michael Love
*Vice President*

John Farrimond
*Vice President*

### A MESSAGE TO OUR FRIENDS

We're delighted to have this opportunity to bring you news of our programs and activities and to take a few moments to thank our longstanding friends and welcome new friends to our Help Group family—there's so much to report to you—here are a few highlights.

This edition brings you news of our philanthropic events and the people whose remarkable efforts we honor at our Teddy Bear Ball, our Teddy Bear Golf Classic and our upcoming Teddy Bear Picnic. On June 12, we invite you to join us as we salute Amy Brenneman and Brad Silberling with our *Help Humanitarian Award* and Pamela Clark and Nancy Rosenfelt with our *Professional Excellence Award.*

During the month of April, we marked national autism awareness with the launch of our *There is Hope, There is Help: Learn the Early Signs* campaign. We are grateful to the Coffee Bean and Tea Leaf for once again hosting our awareness campaign in its 200 stores and to Gelson's for introducing this campaign throughout its chain. On April 13, at our Autism Awareness Reception, we were privileged to acknowledge Senator John Burton whose lifelong commitment to children with autism and their families has made an extraordinary difference.

To meet the demand of the ever growing number of families in need of support, we feature upcoming professional and parent education programs and highlights from our Child Abuse Prevention and Intervention seminar. These pages also bring news of the California Legislative Blue Ribbon Commission, Holiday Carnival, Milken Family Foundation Festival for Youth program and our Summit View School for students with learning differences. And you'll meet one of our recent graduates, Dulce Tenerio and some wonderful volunteers like Rebecca Lascoe.

We'd like to close with this thought from Bertha von Suttner, a Nobel Peace Prize recipient in 1905. "After the verb 'to Love,' 'to Help' is the most beautiful verb in the world." Our thanks to you for your commitment to our children and for all that you do to "help" each and every day.

Gary H. Carmona        Dr. Barbara Firestone

### CIRCLE OF FRIENDS

Garth Ancier
Hon. Howard & Janice Berman
Carole Black
Julee & Danny Bramson
James L. Brooks
Hon. Yvonne Brathwaite Burke
Dyan Cannon
Wendy & Victor Coleman
Bruce C. Corwin
Ann & Dick Costello
Susanne & Greg Daniels
Suzanne & Robert Davidow
Hon. Gray & Sharon Davis
Jane & Michael Eisner
Mel Elias
Elizabeth & Lee Gabler
Ann & Jim Gianopulos
Dr. Nancy & Jonathan Glaser
Nancy Goliger & Bruce Berman
Brian Grazer
Hon. Wendy Greuel
    & Dean Schramm
Sandy Grushow
Mary & Sam Haskell
Hon. Robert Hertzberg
Quincy Jones
Ronnie & Michael Kassan
Susan & Brian Kennedy
Stephanie & Stuart Liner
Margaret Loesch
Marlee Matlin
Jamie & Chris McGurk
Ron Meyer
Wendy & Barry M. Meyer
Lori & Michael Milken
Lowell Milken
Sandra Milken
Hon. Richard J. Riordan
Nadine & Frederic D. Rosen
Ande & Bruce Rosenblum
Cheryl & Haim Saban
Sonia & David Salzman
Ellen & Richard Sandler
Debbie & Sunny Sassoon
Governor Arnold Schwarzenegger
    & First Lady Maria Shriver
Stacey Snider
Lissa & Ken Solomon
Anne Sweeney & Philip H. Miller
Nancy Tellem
Jaime Tisch
Steve Tisch
Claire & D. Michael Van
    Konenyenburg
Jane & Jerry Weintraub
Hon. Jack Weiss & Leslie Kautz
Herb H. J. & Fabian Wesson
Hon. Zev & Barbara Yaroslavsky
Barbara & Stanley Zax

Exhibit 2, Page 14

HelpLine 3

## 2007 TEDDY BEAR PICNIC



HONORING

Amy Brenneman and Brad Silberling
HELP HUMANITARIAN AWARD RECIPIENTS

Pamela Clark Vaccaro & Susan Rosenfelt, M.A.
PROFESSIONAL EXCELLENCE AWARD RECIPIENTS

LUNCHEON CHAIRS
Laura & Bruce Hagman
Susan & Seth Freeman
Kimberly & Leonard Kohler
Mary Rose & Jim Gianopulos
Diane & Brian Grazer
Stacey Winkler

LUNCHEON COMMITTEE

| | |
|---|---|
| Merv Adelson | Joan Lurie & Scott Farb |
| Dan Aloni | Laurie MacDonald |
| Oren Aviv | & Walter Parkes |
| Brenda & Rich Battista | Kathie Marion |
| Willow Bay & Bob Iger | Leslie Moonves |
| Maria Bello | Sarah & Neal Moritz |
| Larry Brezner | Jami Morse Heidegger |
| Norman R. Brokaw | Rick Nicita |
| Jessica Capshaw Gavigan | Hutch Parker |
| & Christopher Gavigan | Peggy & Paige Parrish |
| Susan & Eric Carlson | Catherine Paura |
| Richard W. Cook | Julie & Marc Platt |
| Melanie Cook | Jeff Robinov |
| Barbara Davis | Karen Rosenfelt Blancato |
| Jordan & John Davis | Joe Roth |
| Sheri & Roy Disney | Andrea & Peter Roth |
| Joseph Farrell | Jessica & Tom Rothman |
| Lucy Fisher & Doug Wick | Kimberly Schneider |
| Linda & Richard Goldsmith | Ridley Scott |
| Mark Gordon | Risa Shapiro |
| Tom Hoberman | Tom Sherak |
| Cindy & Alan Horn | Marc Shmuger |
| Stephen Huvane | Lauren Shuler Donner |
| Nina Jacobson | & Richard Donner |
| Quincy Jones | Deborah & Erwin Stoff |
| Nancy Josephson | Scott Stuber |
| Carol & Arnie Kleiner | Nancy Tellem |
| Geyer Kosinski | Heather Thomas |
| Rick Kurtzman | & Skip Brittenham |
| Eileen Levine | Mary & Bill Urquhart |
| Janet & David Lonner | Paula Wagner |
| | Ellen & Ken Ziffren |

For reservations and information,
please contact Megan Weiss at
818.779.5212 or visit
www.thehelpgroup.org

## TEDDY BEAR PICNIC - continued from page 1

Anatomy." Amy's film credits to date include, "Heat," "Fear Your Friends & Neighbors," "Nine Lives," and this fall she will be starring in "Jane Austen Book Club" and "88 Minutes." A graduate of Harvard University, Amy earned a degree in Comparative Religion.

Brad Silberling is a critically acclaimed director, writer and producer. His most recent film is the independent feature "10 Items or Less," which he wrote and directed, and stars Morgan Freeman. Prior to that, he directed the Academy Award winning box office smash, "Lemony Snicket's A Series of Unfortunate Events." He wrote, directed and produced the highly praised "Moonlight Mile" and directed the much lauded box office hit "City of Angels." He is a graduate of the UCLA School of Theater Film and Television where he earned his master's degree in production, following his bachelor's degree in English from U.C. Santa Barbara.

In addition to prolific careers in film and television, Amy and Brad are committed to giving back to the community. Amy is a spokesperson for *Healthy Child, Healthy World* and has participated in numerous television and radio shows to help educate the public about children's health and the environment. She is an avid supporter of the *Feminist Majority,* a founding member of the *Cornerstone Theater Company* and through her involvement with *Women in Film,* she spends her time encouraging current and future

continued on page 16

## THE HELP GROUP SALUTES THE COFFEE BEAN & TEA LEAF FOR ITS OUTSTANDING COMMITMENT



*Jane Carlstrom, Mel Elias, Ellen Belot, Tami Clark, Help Group Students*

For more than six years, the Coffee Bean and Tea Leaf® has generously supported The Help Group's efforts on behalf of children with special needs and has played an important role in The Help Group's autism awareness campaign throughout California. At The Help Group's Autism Awareness Reception in April, The Coffee Bean presented a check in the amount of $287,000 to Gary H. Carmona and Dr. Barbara Firestone. This donation represents the culmination of CBTL's special year long philanthropic program in celebration of The Help Group's thirtieth anniversary. This program included the sale of an exclusive one-pound Help Group blend of coffee, *The Great Future Blend,* along with

continued on page 9

Exhibit 2, Page 15

**4** HelpLine

# 16TH ANNUAL TEDDY BEAR GOLF CLAS

The Help Group's 16th Annual Keyes European Mercedes-Benz Teddy Bear Golf Classic and Lockton Insurance Brokers, LLC Awards Dinner on Monday, April 23 at the Valencia Country Club honored Stephanie and Stuart Liner with the *Help Fore Children Humanitarian Award* for their outstanding humanitarianism and heartfelt commitment to children. The Golf Classic was a dynamite day that raised record-breaking funds to support The Help Group.

Golf Classic Committee Chairs, Jeff Berger, Victor Coleman, Jonathan Glaser, Blake Mirkin, Judd Swarzman and Howard Tenenbaum, along with Golf Classic Committee members, Jeff Boyer, Gary H. Carmona, Jonathan Firestone, Jack Goldner, Steve Molina, Brent H. Nishikawa, Tim Noonan, Ken Solomon and D. Michael Van Konynenburg, planned a terrific day of golf and good will, followed by a cocktail reception and silent auction.

The Awards Dinner began with a warm welcome from Gary H. Carmona and Dr. Barbara Firestone who thanked all event sponsors and donors for making this event an unprecedented success, including Keyes European Mercedes Benz for serving as the tournament title sponsor for the 11th consecutive year and Lockton Insurance Brokers, LLC for sponsoring the awards dinner. Howard Tenenbaum, Vice President of Keyes Motors, Inc. and Judd Swarzman, event co-chairs and board members of The Help Group, acknowledged their committee and announced the winners of the Golf Classic.

As master of ceremonies, Peter Tilden, host of KABC Talk Radio's 'America's Earliest Morning Show,' entertained guests with his wit and humor during the dinner and live auction. Students from The Help Group's REACH therapeutic after-school program for at-risk children performed for attendees with a spirited rendition of *Nine Holes of Golf* that captured everyone's hearts.

Co-chair, Blake Mirkin introduced honorees Stephanie and Stuart Liner and commended his friends and colleagues for their devotion to children, "Stephanie and Stuart Liner are two







1. Stephanie & Stuart Liner, Howard Tenenbaum
2. Jeff Berger, Blake Mirkin, Stuart Liner
3. Judd Swarzman, Howard Tenenbaum
4. Jonathan Glaser, Victor Coleman
5. Peter Tilden
6. Stuart Liner
7. Stephanie & Stuart Liner, Rocky Delgadillo
8. Ken Solomon
9. Gary H. Carmona, Stephanie & Stuart Liner, Dr. Barbara Firestone

HelpLine 5

# SIC—TEES OFF TO A GREAT SUCCESS



10. Dr. Susan Berman , Jeff Friedman, Ray Friedman

11. Frank Jansen

12. Chris O'Shea, Jeff Berger, Blake Mirkin, Stuart Liner

13. Tom Komp, Gary H. Carmona, John Bedrosian, Louis Price

14. Chris O'Shea, Byron Ball, Stuart Liner, Don Ashley, Evan Weiss

15. Stuart Liner, Howard Tenenbaum, Jim Sarvey

16. Stephanie Liner, Help Group Students

17. Help Group's Children Choir

18. Stephanie Liner, Erica Jaffe

19. Jonathan Firestone, Dr. Barbara Firestone

remarkable individuals who do so much to create brighter futures for children in need." For example, to cultivate opportunities for children, the Liner's and Stuart's law firm Liner Yankelevitz Sunshine & Regenstreif LLP (LYS&R) founded LYS&R Scholarship Program in 2004 offering full scholarships to inner city, high school students preparing to enter a university.

Saluting the Liner's commitment to children, Dr. Firestone said, "Stephanie and Stuart Liner take an active approach to philanthropic giving by donating much of their time and energy to aiding organizations like The Help Group to support and improve the lives of children of Los Angeles." City Attorney, Rockard "Rocky" Delgadillo, applauded the Liners for their efforts in creating opportunities for disadvantaged youths and for being exemplary role models for their children as well as the community.

Ken Solomon, CEO of the Tennis Channel, was honored as the *2007 Joe Angello Volunteer Award* recipient for his outstanding achievement in volunteerism. Solomon has been involved with The Help Group for many years and is a member of The Help Group's Circle of Friends Board and the Golf Classic Committee. In 1998 he was honored with the *Help Humanitarian Award*.

Major event sponsors included Eastdil Secured; Hudson Capital, LLC; JMG Capital Management; The Van Konynenburg Foundation; CB Richard Ellis; Milken Family Foundation; Stephanie and Stuart Liner; Liner Yankelevitz Sunshine & Regenstreif, LLP; The Warranty Group and The Zenith.

Our thanks to everyone who helped make this day such a memorable and successful one!



## CALIFORNIA LEGISLATIVE BLUE RIBBON COMMISSION ON AUTISM CONVENES ITS SECOND PUBLIC HEARING IN SACRAMENTO

The California Legislative Blue Ribbon Commission on Autism held its second public hearing at the State Capitol on March 1, 2007. At this important meeting the Commission heard insightful reports from its three Task Forces: Early Identification and Intervention (children 0-5); Education and Professional Development (school age children); and Transitional Services and Supports (individuals 22 years of age and older). These task forces were formed to advise the Commission about gaps in programs, services and funding in their respective areas and to make recommendations to close these gaps.

State Senator, Darrell Steinberg serves as Chair of this 16-member Commission and Dr. Barbara Firestone, serves as Vice Chair. The groundbreaking legislation that authorized the creation of this Commission was authored by Senate President pro Tem Don Perata with the support of Assembly Speaker Fabian Nuñez and was sponsored by The Help Group.

*Dr. Barbara Firestone, Darrell Steinberg*

The hearing was called to order by Senator Steinberg, who thanked each task force for helping "California to develop an autism agenda and make it a top tier priority." He addressed the recent increase of news coverage on autism and its impact on California, stating, "Since our last meeting the CDC issued a report that the incidence of autism in the United States is now affecting one in every 150 children. The study also estimated that 560,000 children under the age of 21 are impacted by autism spectrum disorders. Autism is now, and has been an urgent public health issue, and the work of our Commission is intended to guide California, the legislature and the governor to develop aggressive, well thought out proposals to address this."

In her opening remarks Dr. Firestone said, "We are at the advent of a new era and this Legislative Blue Ribbon Commission in California is one of the symbols of this new era that we are beginning in the area of autism spectrum disorders. The increasing number of children has given us a mandate. The demand for services has never been greater. It is our responsibility to help ensure that all of the emerging advances and all of the new knowledge that we're beginning to acquire gets translated into the systems of care that we have in the State of California so that we can optimize services for individuals living with autism and their families."

In addition to her Vice Chair role, Dr. Firestone is the Blue Ribbon Task Force Chair on Early Identification and Intervention. Dr. Laurie Stephens, Director of Autism Spectrum Disorders Programs at The Help Group, is serving on the Education and Professional Development Task Force. Principal of The Help Group's Bridgeport School, Anita Allardice is serving on the Transitional Services and Supports Task Force.

Over the next few months, the Commission will be holding town-hall style meetings throughout the State to gather further input on these preliminary recommendations. The Commissions findings will be presented to the governor and legislature in the fall of 2007.



*"At the March public hearing, the Commissioners were clearly impressed and engaged by the excellent recommendations that were presented by the three task force groups. I am certain the important work of the Commission will result in meaningful changes to improve the lives of individuals with autism and their families." Dr. Louis Vismara, Policy Consultant to the Senate President pro Tem, Don Perata*

*Dr. Louis Vismara*

For more information about the California Legislative Blue Ribbon Commission on Autism, please visit: http://senweb03.senate.ca.gov/autism

## SPECIAL RECEPTION MARKS NATIONAL AUTISM AWARENESS MONTH

In recognition of National Autism Awareness month, The Help Group held a special reception at its Sherman Oaks campus on April 13 to honor individuals and organizations with a commitment to California's children and their families. The reception was generously sponsored by Keyes Automotive Group and attended by distinguished leaders, supporters and parents of children with an autism spectrum disorder.

To welcome guests, The Help Group's Village Glen Recorder Ensemble performed Beethoven's *Ode to Joy* and students from The Help Group's Young Learners Preschool for Autism delighted audience members with an enthusiastic musical performance of *Mr. Sun.*

In her opening remarks, Dr. Barbara Firestone, Help Group President and CEO and Vice Chair of the California Legislative Blue Ribbon Commission on Autism, emphasized the importance of a renewed resolve to ensure that children have every opportunity to fully realize their potential, "With growing public awareness and advocacy, breakthrough research and the development of more effective diagnostic and intervention approaches, autism and hope are no longer mutually exclusive – it is a new era of positive and potent change that is long overdue for the children affected by autism spectrum disorders."

State Senator Darrell Steinberg, who chairs the California Legislative Blue Ribbon Commission on Autism, shared his insights and perspectives regarding the State's commitment to autism issues. Joining him with special remarks was Assemblymember Julia Brownley. Together, they presented The Help Group with a resolution on behalf of the California Legislature, applauding The Help Group's efforts to ensure a bright future for all children, commending its exemplary leadership role in the field of autism and recognizing April 13, 2007, as The Help Group Autism Awareness Day in the State of California.

Wendy Greuel, President pro Tem of the Los Angeles City Council and representative of the 2nd district, recognized the collective impact of autism on families and shared in her commitment to help create bright futures for all children. She presented The Help Group with a resolution on behalf of the city, declaring April 13, 2007, as The Help Group Autism Awareness Day in the City of Los Angeles.

Dr. Louis Vismara, policy consultant to Senate President pro Tem Don Perata was acknowledged for his efforts on behalf of children and families living with autism. He is one of the five founding fathers of the M.I.N.D. Institute, serves on the First 5 Commission and was one of the driving forces that led to the establishment of the Blue Ribbon Commission. Together, Dr. Vismara and Dr. Firestone presented The Help Group's *Autism Leadership Award* to former Senator John Burton, who has spearheaded autism efforts at the State level for nearly four decades, and has dedicated himself to humanitarian efforts on behalf of the children of California. In his acceptance remarks, Senator Burton praised the efforts of his fellow colleagues for their commitment to the children of California and expressed his ongoing dedication



1. *Gary H. Carmona, Dr. Barbara Firestone, Councilmember Wendy Greuel, Senator Darrell Steinberg, Assemblymember Julia Brownley*
2. *Senator John Burton, Stanley Zax, Senator Darrell Steinberg*
3. *Gary Cole*
4. *Mel Elias*
5. *Tami Clark, Jane Carlstrom, Ellen Belot*
6. *Dick Zelle*
7. *Susan Berk*
8. *Sheri Disney, Ken Simril, Dave Clark*
9. *Tim Redmond, Help Group Student, Hee-Sook Nelson, Yvonne Cooprider*
10. *Dr. Lou Vismara*
11. *Norton & Kristina Kell*
12. *Rachel Griffin, Dr. Barbara Firestone, Reagan Holmes*

continued on page 18

**8** HelpLine

## "THERE IS HOPE, THERE IS HELP" AUTISM CAMPAIGN - continued from page 1

In conjunction with The Help Group's inner city outreach efforts, Children's Hospital Los Angeles, St. John's Well Child and Family Center, and more than 60 other clinic sites of the Community Clinic Association of Los Angeles County are displaying and distributing the *Early Signs of Autism* brochures in English and Spanish.



APRIL IS AUTISM AWARENESS MONTH



ABRIL ES EL MES DE CONOCIMIENTO DEL AUTISMO

In the media, ABC 7 Eyewitness News featured The Help Group's Young Learners Preschool for Autism and Health Correspondent, Denise Dador interviewed Dr. Barbara Firestone on the benefits of early identification and intervention. The websites for the Oprah show and Larry King Live have included The Help Group

as one of its three autism resources. On the web, KCET featured The Help Group's Public Service Announcements and The 50 Ways to Save our Children foundation, founded by Cheryl Saban, linked to The Help Group's *There is Hope, There is Help* campaign. Keyes Motors and Stewart Title of California featured *Early Identification and Intervention: Creating Brighter Tomorrows for Children with Autism,* by Dr. Barbara Firestone, in their monthly news publications.

The Help Group would like to extend a special thank you to all of the individuals and organizations for their support and participation in this important outreach campaign.

## EARLY SIGNS OF AUTISM SPECTRUM DISORDERS

### BY 4 MONTHS OF AGE

- Does not make eye contact or makes little eye contact
- Does not seem interested in other people
- Does not react by looking at people when they are making social "sounds," such as humming or clapping
- Does not show as much interest in people as objects
- Does not have a social smile (smiling back to someone who smiles at them without being cooed at or touched)
- Does not show interest in watching other peoples faces

### BY 12 MONTHS OF AGE

- Does not combine eye contact with smiling
- Does not babble (or the babble does not sound like "talking")
- Does not look at objects that another person is looking at
- Does not try to engage other people in what he/she is looking at or doing
- Does not follow a person's eye contact when the person points out an object and says, "Look at the airplane!"
- Does not engage in back-and-forth gestures, such as giving, showing or sharing toys
- Does not respond when name is called
- Does not point using the index finger
- Does not show a caring or concerned reaction to other people crying
- Does not use gestures, such as waving "hi" or "bye"

### BY 24 MONTHS OF AGE

- Does not point to share interests with others, such as pointing to an airplane
- Does not imitate common activities of others, such as sweeping the floor
- Does not develop pretend or make-believe play
- Does not use single words by 16 months; no two-word spontaneous phrases ("go car" or "look doggie") by 24 months

### OTHER DEVELOPMENTAL SIGNS

- May develop language and/or social skills normally and then lose some or all of these skills
- Has repetitive body movements (hand flapping, spinning)
- Fixates upon a single object, such as a spoon or book
- Cannot tolerate change in routine or environment, such as a new toothbrush or a replacement for a lost toy
- Has oversensitivity to texture, lights and/or sounds
- Has delayed motor skills (late walking, riding a tricycle or learning to jump)
- Prefers to play alone or does not interact with peers as expected, such as asking for friends to come over, playing together or taking turns
- Lines items up or puts things in order repeatedly
- Has excessive tantrums and is difficult to console
- Walks on tiptoes
- May not enjoy cuddling or being touched unless it is on own terms

The presence of any one or a combination of these warning signs does not necessarily mean that your child has an autism spectrum disorder. If your child demonstrates any of these signs, please discuss your concerns with your pediatrician and ask for a referral for further evaluation.

For more information, please visit **www.thehelpgroup.org**

## COFFEE BEAN & TEA LEAF - continued from page 3

gift items decorated with artwork from Help Group children, its in store "Deck the Walls" holiday promotion and a very generous corporate contribution. In presenting its *Philanthropic Excellence Award* to the CBTL at this reception, Dr. Firestone commented, "The Coffee Bean and Tea Leaf is truly a role model of corporate philanthropy at its best—they have set the bar very high for



others to emulate. We are exceedingly grateful for their ongoing friendship, commitment and benevolence and we are proud to consider them part of The Help Group family."

The Help Group extends its heartfelt appreciation to Sunny Sassoon, CEO, and Mel Elias, COO and Sr. Vice President of Operations, who both serve on The Help Group's Circle of Friends Board. A special thanks to Tami Clark, Senior Director of Marketing and Strategic Alliances, Ellen Belot, Community Relations Manager and Jane Carlstrom, Senior Retail Project Manager, long with the entire staff for their ongoing support of The Help Group's efforts. (see related story page 7)

## MAKING A DIFFERENCE TOGETHER



**G**elson's market teamed up with The Help Group to promote the early signs of autism during Autism Awareness month in April. Brochures with autism facts were prominently displayed in each of the 18 Gelson's store locations throughout Southern California. Campaign posters lined storefront windows and every register screen displayed a rotating image of the campaign logo with autism facts. In addition, store patrons were able to participate in Autism Awareness month by making a contribution at the register. Funds raised from the *There is Hope, There is Help* campaign support The Help Group's autism education and outreach programs.

The Help Group extends a very special thank you to Bob Stiles, President, Donna Tyndall, Senior Vice President, Store Operations, and Yvonne Cooprider, Director of Marketing, for their tremendous efforts on behalf of The Help Group.

We are grateful to Gelson's staff for all of their outstanding support.

## SUMMIT 2007
## CONVENES LEADING EXPERTS

**T**he Help Group's Summit 2007 Advances and Best Practices in Autism, Learning Disabilities and ADHD will take place on Friday, October 5 and Saturday, October 6 at the Skirball Cultural Center in Los Angeles.

Designed for professionals and parents, this in-depth and thought-provoking Summit will feature the nation's leading researchers, educators and clinicians presenting state-of-the-art neurodevelopmental research and best practices in autism, learning disabilities and ADHD.

Summit Chairs are Dr. Barbara Firestone, Paul Satz, Ph. D., Professor Emeritus, David Geffen School of Medicine at UCLA and Peter Whybrow, M.D., Director of the Semel Institute for Neuroscience and Human Behavior at UCLA.

### Confirmed presenters to date include:

**David Amaral, Ph.D. -** Professor, Department of Psychiatry & Behavioral Sciences and Director of Research, UC Davis M.I.N.D. Institute

**Bruce Baker, Ph.D. -** Distinguished Professor and Senior Vice Chair, Department of Psychology at the University of California at Los Angeles

**Robert M. Bilder, Ph.D. -** Professor & Chief of Medical Psychology - Neuropsychlogy Semel Institute for Neuroscience & Human Behavior, David Geffen School of Medicine at UCLA

**Thomas E. Brown, Ph.D. -** Professor of Psychology and Cellular & Molecular Physiology, Yale University School of Medicine

**Eileen Costello, M.D. -** Co-author, Quirky Kids, Assistant Professor of Pediatrics, Boston University School of Medicine

**Dean C. Delis, Ph.D., A.B.P.P. -** Professor of Psychiatry, UCSD School of Medicine and Director of the Psychological Assessment Unit at the San Diego V.A. Medical Center

**Peter Gerhardt, Ed.D. -** President & Chair, Scientific Council Organization for Autism Research

**Philip Levin, Ph.D. -** Director, The Help Group - UCLA Neuropsychology Program and Assistant Clinical Professor at the Semel Institute for Neuroscience & Human Behavior, Geffen School of Medicine at UCLA

**Catherine Lord, Ph.D. -** Professor of Psychology, University of Michigan and Director, Autism & Communication Disorders Center

**Laura Schreibman, Ph.D. -** Distinguished Professor of Psychology and Director of the Autism Research Program at the University of California at San Diego

**Susan L. Smalley, Ph.D. -** Professor Psychiatry & Behavioral Sciences Semel Institute for Neuroscience & Human Behavior, Founder & Director, Mindful Awareness Research Center at UCLA

**Laurie Stephens, Ph.D. -** Director, The Help Group Autism Spectrum Disorders Programs and Assistant Clinical Professor at the Semel Institute for Neuroscience & Human Behavior, Geffen School of Medicine at UCLA

**Louis Vismara, M.D. -** Policy Consultant, Senate President pro Tem Don Perata, Commissioner, First 5 California and Board of Directors, M.I.N.D. Institute at the University of California at Davis

**For more information about Summit 2007, please call (818) 779-5212 or visit www.thehelpgroup.org**

Exhibit 2, Page 21

**10** H e l p L i n e

## THE TEDDY BEAR BALL SALUTES SUSANNE

continued from page 1

This year's honorary chairs were Help Group Circle of Friends Board member, Anne Sweeney, Co-Chair, Disney Media Networks, and President, Disney-ABC Television Group, and husband Philip H. Miller, attorney with Irell & Manella, who were honored with the Help Group's 2005 *Help Humanitarian Award*, Michael A. Clinton, Executive Vice President, Hearst Corporation and, Merv Griffin, Chairman, The Griffin Group. Gala chairs included Garth Ancier, President, The Garth Ancier Co., Betty Cohen, CEO, Lifetime Entertainment Services, Greg Daniels, Executive Producer, "The Office," Doug Herzog, President, Comedy Central and, Steve Smooke, Agent, Creative Artists Agency.





"American Idol's," Lisa Tucker and The Help Group's Children's Choir led by Sarah Taylor, Performing Arts Director, kicked-off the event with a lively medley of holiday tunes. Tony Award winning star of "Hairspray," Marissa Winokur, gave a heartwarming and spirited rendition of *The Wish Song* for the children. Multi-Platinum recording artist and star of Broadway's, and ABC's, "Dancing with the Stars," Joey McIntyre, delighted the audience with *The Way you Look Tonight* and saluted the honorees singing *What a Wonderful World* with the children.





The program included opening remarks by Ken Solomon, Chairman and CEO of The Tennis Channel and Help Group Circle of Friends Board Member who introduced The Help Group video narrated by Kelsey Grammer. Gary H. Carmona congratulated this year's honorees for their dedication to children. Dr. Barbara Firestone expressed The Help Group's appreciation to all who were involved in helping to make The Teddy Bear Ball such a tremendous success commenting, "Throughout the years the generosity of our philanthropic friends has helped to give important momentum to so many of our initiatives. We thank all of you who are helping us to move forward with our Capital Campaign, building expansion and outreach programs in the United States and abroad to provide help and hope to many more children." Dr. Firestone acknowledged the spokespersons for The Help Group's Autism Awareness Public Service Announcement campaign who were present – Gary Cole, Dave Clark, Sheri Disney, Jim Gott and Joanne Palmer.





Jamie McGurk and Chris McGurk, CEO, Overture Films and Help Group Circle of Friends Board members acknowledged The Coffee Bean and Tea Leaf® for its corporate commitment to The Help Group for the past six years, and extended a special thank you to Sunny Sassoon, Coffee Bean CEO and his wife Debbie and Mel Elias, Coffee Bean COO. Both Sunny and Mel are Help Group Circle of Friends Board members.





1. *Angela Kinsey & Warren Lieberstein, Susanne, Haley & Greg Daniels*
2. *Tracee Ellis Ross, Gary H. Carmona, Dr. Barbara Firestone, Camille & Kelsey Grammer*
3. *Anne Sweeney, Susanne Daniels*
4. *Philip H. Miller*
5. *Kelsey Grammer*
6. *Paul Lieberstein*
7. *Steve Smooke*
8. *Marissa Winokur*
9. *Gary H. & Rochelle Carmona*
10. *Jerry & Joy Monkarsh*
11. *Howard Tenenbaum*
12. *Dr. Martin & Sheila Lasky*
13. *Judd & Linda Swarzman*
14. *Cheryl Clark, Perry Katz*
15. *Mike & Susan Berk*
16. *Anne Sweeney, Dr. Susan Berman*
17. *Barrett & Joey McIntyre*
18. *Howard Keyes*
19. *Andrea Fiuczynski*
20. *Mel Elias*

Exhibit 2, Page 22

# DANIELS AND CAMILLE & KELSEY GRAMMER



Andrea Fiuczynski, President of Christie's Los Angeles, led the live auction featuring a premiere Staples Center suite donated by Keyes Motors. Howard Tenenbaum, Keyes Vice President and Help Board member joined her on stage to lead the bidding. Rich Batista, CEO, Gemstar-TV Guide topped-off the enthusiastic bidding for the suite. Dr. Firestone acknowledged Howard Keyes, President of Keyes Motors and his organization for their ongoing support of The Help Group.



New to this year's auction was the opportunity to sponsor a classroom in support of The Help Group's Capital Expansion project. With an enthusiastic response from the audience, 13 classrooms were sponsored. Dick Costello, Help Circle of Friends Board member, and Dr. Susan Berman, Help Group Chief Operating Officer, introduced The Help Group's annual auction of Teddy bears for the "Opportunity Fund". This fund provides money for scholarships, mentoring, college counseling, vocational training and internships, and even basic food, clothing and shelter to children and families in need served by The Help Group's programs.




David Salzman, Executive Producer, Mad TV and Help Circle of Friends Board member introduced a video retrospective featuring all of the individuals and organizations that The Help Group has honored since the inception of its awards program in 1987. Tracee Ellis Ross, star of the CW's and Grammnet Productions hit comedy, "Girlfriends," introduced the *Champion for Children Award* recipients describing Camille and Kelsey Grammer as accomplished humanitarians. In their gracious acceptance remarks Kelsey commented, "We believe that every privilege carries with it an intrinsic duty to give to the community. We have been blessed with success and good fortune throughout our lives. It is therefore our obligation to give what we can to foster good fortune and success in the lives of those around us." And, reflecting on the work of The Help Group Camille remarked, "A mind ignited by knowledge and a passion for learning is the hope of the world and a beautiful opportunity for any child. It is an extraordinary gift you give these children and we are so thankful."





21. Debbie & Sunny Sassoon
22. Ken & Lissa Solomon
23. Sonia & David Salzman
24. Chris & Jamie McGurk, Dick & Ann Costello
25. Lisa Tucker, The Help Group's Children Choir
26. Dean Schramm & Hon. Wendy Greuel
27. John Chiang  & Terry Chi
28. Rich & Brenda Batista
29. Gary & Teddi Cole
30. Jeremy & Dr. Sarah Milken,
     Samantha Firestone, Dr. Barbara Firestone,
     Jonathan Firestone, Dr. David Firestone
31. Andrea & Peter Roth
32. Dr. Peter Whybrow
33. Megan Weiss, Eric Needleman
34. Jack & Rose Herschorn
35. Gerald Rosenblatt, Barbara Singer
36. Help Group Child
37. Julee Bramson
38. Mary & Bill Urquhart, Dr. Barbara Firestone
39. Sarah Taylor and Help Group's Childrens Choir
40. Kenin Spivak

With wit and warmth, Angela Kinsey and Paul Lieberstein from the Emmy Award winning show, "The Office," introduced Susanne Daniels as a successful television executive and passionate humanitarian before inviting Daniels to join them on stage to receive the *Help Humanitarian Award*. During her acceptance remarks, Daniels poignantly reflected, "Together, the movie, TV and music industry raise millions of dollars for various personal and passionate causes...The Help Group schools are extraordinary, demonstrating a nurturing, comprehensive and innovative approach to educating children with special needs...so thank you...for giving me the opportunity to be a small part of generating the support that The Help Group needs and deserves." As the grand finale of this unforgettable evening of friendship and philanthropy came to a close Kelsey Grammer sang *Winter Wonderland* with the children to a cheering audience.

**12** HelpLine

## KEYES MOTORS PROMOTES COMMUNITY AWARENESS

The Help Group was distinguished as the charity of choice by Keyes Motors, title sponsor of "The Village of Sherman Oaks Spring Festival" held on Ventura Boulevard, Sunday, April 22. At this 7th annual Sherman Oaks Business Improvement event, Keyes Motors supported The Help Group's fundraising and public awareness efforts by making information available to the more than 35,000 visitors who attended the event.



Joan Pelico, Howard Tenenbaum, Tom Komp

The street fair prominently featured The Help Group informational kiosk, which displayed educational material on autism and a wide array of resources about The Help Group's programs and services for children with special needs.

Throughout the day, five Mercedes-Benz peddle cars were given away to raffle winners. Funds raised from this raffle to support The Help Group were matched dollar-for-dollar by Keyes Motors.

"Keyes Motors has been a committed business leader in our community and a long-time friend of The Help Group," says Tom Komp, The Help Group Senior Vice President. "This event reflects Keyes active role to reach out to children with special needs and their families."

The Help Group thanks Keyes Motors President, Howard Keyes and Vice President and Help Group Board Member, Howard Tenenbaum for their generosity and ongoing support of The Help Group's efforts.

## THE MILKEN FESTIVAL FOR YOUTH CELEBRATES  STUDENT COMMUNITY SERVICE

During the second week of April, students from The Help Group Schools participated in a celebratory event marking the culmination of the 2006-2007 Milken Festival for Youth (MFFY) community service program. For 20 years MFFY has promoted student volunteerism and community service. Its service projects are aimed at addressing local needs while learning the value of making a difference in the lives of others.

Rosey Grier

"Each person you help, that person helps someone else. And as we all help one another, we help the whole wide world," exclaimed football Hall of Famer, Rosey Grier, Milken Community Affairs Program Administrator.



Barbara Bowers, Greg Gallagher, Help Group Students

This school year, students had the opportunity to participate in various community services.  Among the long list of projects, students cared for farm animals at The Gentle Barn, collected shoes for Soles for Souls; generously collected canned goods to help replenish the pantry of the Guadalupe Community Center, which aids families in the San Antonio area; held clothing drives to benefit the Santa Monica Community Homeless Shelter and helped to feed the homeless at the Midnight Mission in Los Angeles. Students met with homebound elderly by participating in the "Meals on Wheels" program, started a recycling program and raised money for local charities including the Cesar Chavez Foundation. Reaching out beyond their local communities,

students helped to aid Katrina families and reached out in a personal way by writing letters of support to soldiers in Iraq.

"At The Help Group, students learn how to strengthen the skills needed to interact comfortably with the world around them. By participating in the MFFY program, our students are given the added opportunities to put their knowledge to work in a real-world environment," said Pam Clark, Director of The Help Group Autism Schools. "Children are learning that their actions can effect change and in the process they can come to value the community they live and learn in. We look forward to the success our students continue to make through the Festival of Youth."

Greg Gallagher, MFFY Director, rallied the students during the culmination ceremonies, chanting with the children, "I am the one; I am the one that gets it done." He continued, "Today we celebrate all the incredible work you have done throughout the school year. We challenged you to take action to effect change and in the process you have come to learn that your individual acts of kindness can make a big difference." To end the rally on a high note, each student joined The Help Group children's choir to sing, Put a Little Love in Your Heart.

We thank the MFFY program for inspiring student volunteerism and for their ongoing commitment to the children of The Help Group.

Exhibit 2, Page 24

## SEMINAR FOCUSES ON CHILD ABUSE PREVENTION AND INTERVENTION

**T**he Help Group hosted its annual Child Abuse Prevention and Intervention Seminar in observance of National Child Abuse Awareness month in April. This professional education seminar is part of The Help Group's Distinguished Lecturer Series, focused on current trends in child abuse prevention and intervention and the positive outcomes possible for children and their families receiving services in Los Angeles County.


*Dr. Barbara Firestone, Patricia S. Ploehn, Terri Morgan*

"In 2006, there were a staggering 3 million reports of child abuse in the United States with 1 million confirmed cases and in Los Angeles County there were 162,000 child abuse and neglect reports," commented, Dr. Barbara Firestone, in her opening remarks. "Given the enormity of this problem, we as a community must address the challenge of ensuring that children are raised in safe, loving and nurturing environments. It is a complex and pressing problem that demands our collective attention and resolve."

Terri Morgan, Senior Director of Outpatient Services co-hosted the event and introduced each of the speakers including, the Honorable Margaret S. Henry, Supervising Judge of the Dependency Court, Los Angeles County Superior Court. Judge Henry oversees the Edmund D. Edelman Children's Court that serves the needs of nearly all of the dependent children in Los Angeles. She spoke in depth about the court's services to dependents and their families and its involvement in the process of reunification or permanency. Deanne Tilton Durfee, Executive Director of Inter-Agency Council On Child Abuse and Neglect, one of the largest child abuse councils in the United States, briefed the audience on ICAN's National Center on Child Fatality Review to track child abuse in every California County and in all States in the nation.


*Karen Blakeney, Deanne Tilton Durfee, Deborah Brownstone, Roberto Roque, Antionette Andrews*

Patricia S. Ploehn is Director of LA County Department of Children and Family Services, the largest child welfare agency in the nation. She discussed the agency's new and innovative

continued on page 18

## SUMMER INSTITUTE 2007 ASSEMBLES LEADING EXPERTS IN ASPERGER'S DISORDER

**T**he Help Group – UCLA Semel Institute on Asperger's Disorder: Best Practices in Education is scheduled for Wednesday, July 18 through Friday, July 20 at The Help Group Sherman Oaks Campus. Designed for educational and related professionals, this intensive three-day, interactive workshop on best practices in educating children and adolescents with Asperger's Disorder, will feature Help Group and UCLA educators, researchers and clinicians.

Institute Chairs are Dr. Barbara Firestone, Help Group President and CEO and Dr. David Feinberg, Associate Professor of Clinical Psychiatry, David Geffen School of Medicine at UCLA. Event Program Chair is Dr. Laurie Stephens, Director of The Help Group Autism Spectrum Disorders Programs.

Workshop highlights include a comprehensive overview of Asperger's Disorder, common educational stumbling blocks and effective remediation strategies, the latest research findings and implications for educational practice, and interactive sessions focusing on social skills training and behavior modification in the classroom.

### Institute Faculty Include:

**Anita Allardice, B.A.**
Principal, Bridgeport School

**Mary Bauman, Ph.D.**
Clinical Coordinator, Village Glen School

**Susan Bookheimer, Ph.D.**
Professor of Psychiatry and Biobehavioral Sciences
David Geffen School of Medicine at UCLA

**Pamela Clark, M.A.**
Director, Village Glen & Bridgeport & Sunrise Schools

**Limor Dankner, M.Ed.**
Principal, The Pace Program of Village Glen School

**Melinda Docter, Ed.D.**
Elementary - Middle School Principal, Village Glen School

**Philip Levin, Ph.D.**
Program Director, The Help Group – UCLA Neuropsychology Program

**Bhavik Shah, M.D.**
Medical Director, ABC Child Partial Program
Resenick Neuropsychiatric Hospital at UCLA

**Laurie Stephens, Ph.D.**
Director, Autism Spectrum Disorders Programs

### Guest Presenters Include:

**Emily Iland, B.A.**
Co-author of *Autism Spectrum Disorders from A to Z*

**Lisa Iland**
Contributing author of *Asperger's and Girls*

**Jay Lytton**
Former Village Glen Student and Current UC Davis Honor's Student

**Registration is available on line at www.thehelpgroup.org**
or for more information please call (818) 779-5212

**14** HelpLine

## BRINGING HOLIDAY CHEER TO CHILDREN

For more than 20 years, The Help Group's annual Holiday Carnival has delighted hundreds of at-risk children and their families served by The Help Group's Child Abuse and Prevention and Intervention, Mental Health, Residential Treatment and Foster Care programs. This year, face painting and pony rides topped the list of popular activities. Santa Claus made his signature guest appearance with a bag full of goodies and Help Group volunteers along with clowns were on hand to make animal balloons and pass out presents.

This magical day was made possible by the generous donations from The Zenith, Metropolitan Theaters, The Coffee Bean & Tea Leaf®, Paige Laurie – Whitney Burditt – Josh Kroenke, In-N-Out, The Carmona Family, The Firestone Family, Harris Stationers, KB Toy Stores – Sherman Oaks, Laidlaw, The Lasky Family, Lockton Insurance, Mellon 1st Business Bank, The Monkarsh Family, Ruggieri Construction and Yellow Cab.

It was a day of family fun and amusement park adventure complete with a Ferris wheel, carnival games, train rides, a moon bounce, petting zoo and arts and crafts, including cookie decorating and spin art. Adding to the excitement of the day Metropolitan Theaters prepared hotdogs, cotton candy, popcorn and nachos for the happy crowds. The Coffee Bean & Tea Leaf stirred the beverage fancy in everyone with its classic Ice-Blended® sensations and In-N-Out provided old fashioned burgers. To relish in delectable edibles, everyone stopped at the all-time favorite, Sweet Tooth booth headed by the remarkable Anne Katzky. Anne helped establish the Holiday Carnival and continues to support this time-honored tradition every year.

Many wonderful companies donated toys, time and friendship including, ABC's Day Break, Anthony Masters Photography, Atlantic Express, Costco, Dandy Don's, Dragon Models, Free Arts, Gund, Hasbro, Katina Bakeries Inc., LA Fitness, Nuprint, Ralphs, Temple Judea's Room 2, Tower Lee Printing, Universal Church of God, VONS, The Walt Disney Company, 99¢ only Stores.

It was a day of fun for all. We'd like to extend a big thank you to all of our spirited volunteers.



*1. Dr. Barbara Firestone, Skip Stevenson, Anne Katzky, Gary H. Carmona   2. Sean , Mike & Susan Berk 3. Dr. Bonnie Auerbach, Dr. Susan Beman   4. Dr. Martin Lasky & grandchild   5. Gayl Simkin, Paige Laurie, Bo Dubbert, Lindsay Kimmel, Ben Burditt, Whitney Kroenke Burditt with Zoe, Heather Lindsey 6. Drs. David & Barbara Firestone 7 . Santa Claus 8. The Coffee Bean & Tea Leaf Volunteers 9. Dr. Sara, Jake & Jeremy Milkin  10. Dr. Barbara Firestone, Randy Kissel, Gene Martinez, Teresa Evans, Howard Meyer, Cheryl Raver, Kristine Datastanyan, Miriam Litman*

## GRADUATION TO MARK MILESTONE MOMENT FOR SUMMIT VIEW STUDENTS



**S**ummit View School is dedicated to helping students with learning difficulties excel. This year's high school seniors are preparing for culmination day ceremonies that will be held on June 13 at Summit View Valley and June 14 at Summit View West. Students will mark the end of their time at Summit View and begin preparing for bright futures.

### Summit View graduates will be attending:

| | | | |
|---|---|---|---|
| American University | Humboldt State University | Regis University | U.C. Santa Cruz |
| Cal State University Channel Islands | Lesley College | Santa Clara University | University of Oregon |
| Cal State University Monterey Bay | Lincoln University | Southern University A & M | Stephens College |
| Cal State University Long Beach | Marymount College | Tougaloo University | University of Arizona |
| Cal State University Northridge | Menlo College | U.C. Berkeley | University of Denver |
| Cal State University San Marcos | Oakwood College | U.C. Irvine | University of Vermont |
| Cazenovia College | Penn State | U.C. Merced | Whittier College |
| Dillard University | Southern Oregon | U.C. Riverside | Xavier |

"Each year I gain more and more respect for my Summit View seniors," says Nancy Rosenfelt, Director of Summit View Schools. "As course requirements and competition for college acceptances grow, it is with pride that I share their incredible successes and multiple acceptances! They are true role models for their younger classmates as they inspire them to stay committed and focused and reach for high goals. I am lucky to have been a part of their education."

On behalf of the graduates, we would like to thank our incredible Summit View administration, faculty and staff for their commitment to helping students with learning disabilities reach their fullest potential.

## SUMMIT VIEW GRADUATE SPOTLIGHT



*Dulce Tenerio*

Former Summit View graduate, Dulce Tenerio is a phenomenal young lady. During the 2006 Summit View West Graduation, Dulce was presented with the *Pam Savic Award*, which recognizes students for their academic achievements and their ability to demonstrate the spirit of leadership in the school community. "It's an honor for me to be standing here representing the Class of 2006. After six years at Summit View, I leave a confident, brave and out-spoken young adult," remarked Dulce during her acceptance speech. "I have also learned to become a leader as I was voted Vice President of the Student Council and a captain of the basketball team. Now that I have accomplished these goals, I am going to take another big step—college."

With the help of Summit View faculty and staff, Dulce made tremendous strides to overcome her learning disabilities. Last year, Dulce accomplished her dream when she began attending college in the fall. To make this dream come true, she remained resolute and continued to meet each challenge with determination.

From the Time Dulce Tenerio was eight-years-old, her parents dropped her off at Las Familias del Pueblo, a community center on the outskirts of Los Angeles' Skid Row that provides daycare for children whose parents work in the garment factories and sweatshops. With the advocacy of Alice Callahan, Founder and Director of Las Familias community center, Dulce was able to attend The Help Group's Summit View School.

Nancy Rosenfelt, Director of Summit View School recalls her first memory of Dulce, "I remember a young girl getting off the bus on her first day at a new school. She looked frightened, did not make eye contact and she barely responded to questions." While at Summit View, Dulce noticed that she was not the only student who had trouble reading, "My teachers worked with my strengths and weaknesses and taught me how to improve my grades." For the first time, Dulce made the honor role and forged ahead with her dream of going to college.

Dulce is currently attending California State University of Northridge, where she is pursuing her bachelor's degree and has the goal of attending law school.

### MESSAGE FROM A SUMMIT VIEW PARENT

*"Over the last three years my son has learned and improved in many academic areas. First, and without a doubt, the biggest achievement is his ability to read. The highly trained teachers and advanced, alternative learning programs, small group setting and guided practice have made the difference in my son's achievement.*

*His expressive and oral language skills have greatly improved with diligent and intensive language and speech services. He receives additional supports and opportunities to develop and experience success, including the chance to participate in plays, to learn music and art and to play sports.*

*Social emotional guidance is continually provided and monitored. This has given my son the ability to share and to learn how to manage peer and social conflicts. The small community of caring and friendly staff makes school a safe, encouraging place to develop and learn. Now he enjoys school!"*

## GIRL SCOUTS BRING EASTER CHEER!

Preparing Easter baskets filled with chocolate Easter bunnies, cuddly stuffed animals and thoughtful gifts and goodies is a labor of love for the Girl Scouts and a special treat for the children of The Help Group. For the eighth consecutive year, troops from the San Fernando Valley Girl Scout



Council provided 1300 Easter baskets for children served by The Help Group's mental health and child abuse prevention and intervention programs.

*Michelle Faulkner, Rebecca Lascoe, Terri Morgan, Melanie Prince, Janis Maslyk*

With more than 50 troops participating in this year's Easter Basket drive, The Girl Scouts coordinated between two drop-off locations and worked tirelessly for weeks to deliver the baskets in time for Easter.  Seven SUV's filed down the driveway at The Help Group's Van Nuys campus, each filled to the brim with baskets.  Many hands made light work as troop leaders and Help Group volunteers unloaded baskets to make ready for delivery to these children and their siblings.



"The Easter basket project has taken on a life of its own—it's one of the girls' favorite service projects," said Rebecca Lascoe, who spearheaded this effort from the onset, in 2000, by collecting 311 baskets. "The girls really enjoy this Easter

*Children of The Help Group*

tradition as a way to positively impact the community."

"The Girl Scouts dedication and hard work is evident, as each basket is beautifully arranged and decorated with creativity and care," said Terri Morgan, Senior Director of Outpatient Services. "The tremendous efforts of each Girl Scout troop will bring cheer to hundreds of children during the Easter holiday."

The Help Group thanks Rebecca Lascoe, each troop leader and all of the Girl Scouts for making Easter memorable and meaningful for Help Group children year after year. The baskets brought smiles to the faces of all who received them.

## TEDDY BEAR PICNIC - continued from page 3

generations of women to explore and pursue careers in all fields of the entertainment industry. Brad is actively involved with the *Sundance Institute*, where he has made a continuing commitment to share his talent as a mentor to aspiring filmmakers, and is an active member of the Director's Guild of America where he sits on leadership councils concerned with, among other issues, violence and social responsibility. Together, Amy and Brad teach a course about creative collaboration at the UCLA School of Film and Television, and are longtime supporters of The Brady Campaign to Control Gun Violence and the Los Angeles Children's Hospital. Amy and Brad have two children Charlotte Tucker, age 6 and Bodhi Russell, age 2. The Help Group is privileged to honor this dynamic and inspiring couple for all of their philanthropic efforts.

Pamela Clark, Director of The Help Group's Autism Schools, holds a master's degree in Special Education. She joined The Help Group in 1986 as a Teacher Specialist. During her teaching tenure, she was honored with the *Freedom Award* by the Los Angeles Sertoma Club for her outstanding work with special needs students. Pamela is the founding Director of our Village Glen, Bridgeport and Sunrise Schools, currently serving more than 750 students with autism spectrum disorders including high functioning autism and Asperger's Disorder. Pamela is a consummate leader whose wealth of knowledge, limitless energy, positive spirit and dedication to the children have contributed to the success of each of The Help Group's autism schools—making each a role model of excellence in the field.

Nancy Rosenfelt, Director Summit View Schools, has a master of arts in Educational Administration and a master of science in Special Education. She joined The Help Group in 1992 as a program administrator and is the founding Director of our Summit View Schools, dedicated to helping children with learning disabilities excel. As Director, Nancy oversees more than 400 students on two campuses. Through her magnetic dynamism, unwavering commitment to excellence and heartfelt compassion, Nancy has ensured that Summit View School is the preeminent special education program for children with learning differences. The Help Group is proud to honor both Pamela and Nancy for their outstanding achievements.

The Teddy Bear Picnic Reception will begin at 11:30a.m., followed by the Luncheon program at 12:15p.m. Every year, The Help Group Children's Choir highlights the afternoon with a wonderful musical performance. We hope you will join us for this very special afternoon!

For reservations and information, please contact Megan Weiss at 818.779.5212 or visit **www.thehelpgroup.org**

Exhibit 2, Page 28

## 47TH ASSEMBLY DISTRICT AND THE HELP GROUP HOST AUTISM ROUNDTABLE

The Help Group co-hosted an Autism Roundtable event with Assembly Majority Leader Karen Bass of the 47th district. More than 60 community members attended the roundtable to discuss best practices for children with autism, their families and service providers. The resource fair and town-hall style meeting was held at The Help Group's Culver City campus on April 25, and led by moderator Barbara Honig. Education Commission Chair panelists included, Dr. Pegeen Cronin, Associate Director of the UCLA Autism Evaluation Clinic, Dr. Laurie Stephens, Director of The Help Group's Autism Disorders Programs, Dr. Mary Falvey, Dean of Education at Cal State LA and Karen Lee, Founder of the TREACH Foundation.



*Dr. Laurie Stephens*

Parents, educators and clinicians shared in panel discussions in the areas of new autism research and health advances, education advances and best practices, community resources and California public policy updates.

## CONNECTING WITH FAMILIES IN THE OC

To expand its outreach and provide an intensive, interactive workshop on best practices in educating children and adolescents with autism spectrum disorders, The Help Group Distinguished Lecturer Series in association with The Orange County Asperger's Support Group was pleased to present *Behavior Management Strategies for Asperger's Disorder: A Practical Guide* to educators, clinicians and parents in Orange County.

The seminar featured Dr. Laurie Stephens, Director of The Help Group Center for Autism Spectrum Disorders and Assistant Clinical Professor at the Semel Institute. Dr. Stephens gave a comprehensive overview of Asperger's Disorder, focusing on a range of practical parenting strategies, social skills training and behavior modification techniques at home and in the classroom. Held at U.C. Irvine's Bren Events Center, educators, clinicians and parents in Orange County attended the event.

The Orange County Asperger's Support Group, founded by Rodney Ziebol was created to help individuals with Asperger's Disorder and their families connect with each other. The Help Group thanks Rodney for his efforts to reach out to Orange County families in support of this event.

## DR. BARBARA FIRESTONE AND DR. LAURIE STEPHENS PRESENT AT CASA COLINA CONFERENCE

Dr. Barbara Firestone and Dr. Laurie Stephens, Director of The Help Group's Autism Spectrum Disorders Programs presented at Casa Colina's 6th annual Trends in Autism Conference. The event was held in early March at the Harvey Mudd College Campus in Claremont, California.



Dr. Margaret Bauman, Medical Director of the Autism Program at the Children's Services Center of Casa Colina and Associate Professor of Neurology at Harvard Medical School, welcomed nearly 200 guests to the conference. Featuring physicians, therapists and other autism experts, the conference informed teachers, educators, clinicians and individuals living with an autism spectrum disorder as well as their family members about the latest clinical developments, challenges and achievements in the field.

Dr. Firestone presented the current trends in early identification and intervention and its recent impact on legislators in California. "From a public policy perspective, the State of California is taking great strides to help parent's better access, utilize & navigate complex systems of care," said Dr. Firestone. "California is working towards the appropriate screening, assessment, referral and intervention of children with ASD." To conclude her presentation, *Forging the New Architecture for Change*, Dr. Firestone highlighted The Help Group's early identification and intervention efforts and promoted its message with the hope that the quality of life for children who receive early treatment can be significantly enhanced.

"Early identification and intervention can make the critical difference in a child reaching his or her maximum potential," said Dr. Stephens in her presentation, *Early Identification & Intervention in Autism: The Key to Unlocking Potential*. "The Help Group is dedicated to broadening its efforts to raise awareness and continues to help define optimal early intervention strategies for all children with an autism spectrum disorder."

Casa Colina is a nonprofit organization serving adults and children with a broad range of diagnoses and offers a highly specialized Autism Program for young children.

**18** HelpLine

## AUTISM RECEPTION - continued from page 7

to create a roadmap for change. Dr. David Feinberg, Medical Director at Resnick Neuropsychiatric Hospital at UCLA-Semel Institute, announced the formation of The Help Group-UCLA Autism Education Research Alliance, a new initiative that will focus on autism education and treatment research.

The Coffee Bean & Tea Leaf® was given special recognition for its outstanding philanthropic support of The Help Group and for hosting The Help Group's autism awareness campaign for the past six years in its 200 retail stores throughout the western United States.  Coffee Bean & Tea Leaf Chief Operating Officer Mel Elias, along with Tami Clark, Ellen Belot and Jane Carlstrom accepted The Help Group's *Philanthropic Excellence Award* and presented a check for over $287,000 to The Help Group. (See related article on page 3)

Actor Gary Cole was named, Celebrity Parent Spokesperson for The Help Group. For many years, Gary has actively contributed to The Help Group's public information outreach efforts to promote the importance of early identification and intervention. As a father of a child living with autism, Cole spoke openly and candidly about his family's experiences and of his goal to bring the message of hope to other parents.

Kristina Kell, parent of a child at The Help Group's Young Learners Preschool for Autism, spoke from the heart about the difference early identification and intervention has made in the life of her son Norton and her family.  Norton is completing his 2nd year at Young Learners and joined the reception to present his mother with flowers on stage.

The Help Group's Chairman of the Board, Gary H. Carmona, presented Gelson's markets with the *Autism Partner Award*. The Help Group was proud to salute Gelson's Markets for featuring The Help Group's, *There is Help, There is Hope: Learn the Early Signs of Autism* campaign during the month of April in its 18 Southern California stores.  Yvonne Cooprider, Director of Marketing and her colleagues Tim Redmond and Hee-Sook Nelson, accepted the award on behalf of Gelson's.

Dr. Firestone welcomed MGA Entertainment to The Help Group family and acknowledged MGA for its generous gift in support of The Help Group's efforts. Rachel Griffin, Public Relations Manager and Reagan Holmes, Public Relations Coordinator from MGA accepted artwork made by the children of The Help Group as a gift of appreciation.

To pay tribute to all of the day's special guests and honorees, students from the Village Glen and Bridgeport Schools sang *What a Wonderful World* and closed the reception with a warm thank you to everyone in attendance.

## CHILD ABUSE IN LA - continued from page 13


*Kristy Felix, Corey Wilbur*

Prevention Initiative, a proactive approach to benefit the thousands of at-risk children in the community. DCFS receives approximately 11,000 reports of child abuse on a monthly basis, has a case load of 36,000 children and has over 20,000 children placed in out-of-home care. Under Ploehn's direction, DCFS continues to provide children with the services and supports needed to achieve safety and stability.

From First 5 LA, Antionette Andrews, Research Analyst, Karen Blakeney, Grants Management and Roberto Roque, Program Officer, described the important role of First 5's Partnership for Families Initiative, a  five-year, $50 million initiative to expand prevention and early intervention services and supports.

Deborah Brownstone, Program Director of The Help Group's Partnership for Families - Project SAFE (Support and Advocacy for Family Empowerment), described the profound impact that intervention can have in the lives of young people that have been the victims of abuse or neglect. The Help Group's Project SAFE is funded by First 5 LA.

This year, a special presentation was given by Kristy Felix, a mother of three and a woman with great resolve to confront and overcome the enormous challenges in her life. By age 20, Kristy had lived in more than 15 foster homes, had been represented by over 50 social workers and had two of her children removed from her care.  Determined to keep her family together, Kristy began family therapy with The Help Group and she has since been reunited with her children.

Corey Wilbur, Help Group therapist and CalWORKs coordinator, introduced Kristy who shared this poem when reflecting on her experiences.

> **No More Tears:** *Why I feel so alone, why I feel nobody cares, not knowing how to cry, and let myself be free, so much loneliness in my heart, like I feel there is nobody even there to listen. No more tears, I say to myself, there might be someone there to listen to me, but I just have to open my heart just a little bit and start letting people care!*

Kristy concluded the afternoon by sharing her testimony of resilience, "I am grateful for the opportunity to share my story with all of you today, because if it were not for the services I received, I would not know how to deal with any of my problems and I would not know how to get through the daily struggles of being a single mother of three. So, I thank God for The Help Group.  You are the angels in my life."

HelpLine 19

## THE HELP GROUP ADVISORY COUNCIL

**Tony Attwood, Ph.D.**
The Asperger's Clinic, Brisbane, Australia

**Robert M. Bilder, Ph.D.**
UCLA Neuropsychiatric Institute and Hospital

**Susan Bookheimer, Ph.D.**
University of California, Los Angeles

**Thomas E. Brown, Ph.D.**
Yale University

**Stephen Buka, Sc.D.**
Harvard University

**Eric Courchesne, Ph.D.**
University of California, San Diego

**Jack M. Fletcher, Ph.D.**
University of Texas - Houston

**Stephen Hinshaw, Ph.D.**
University of California, Berkeley

**Barbara Keogh, Ph.D.**
University of California, Los Angeles

**Lewis P. Lipsitt, Ph.D.**
Brown University

**Frank Manis, Ph.D.**
University of Southern California

**John Pomeroy, M.D.**
State University of New York at Stony Brook

**Larry Seidman, Ph.D.**
Harvard University

**Bennett A. Shaywitz, M.D.**
Yale University

**Sally E. Shaywitz, M.D.**
Yale University

**Susan L. Smalley, Ph.D.**
UCLA Neuropsychiatric Institute & Hospital

**Sara S. Sparrow, Ph.D.**
Yale University

**Joseph Torgesen, Ph.D**
Florida State University

### HelpLine

Managing Directors: **Cheryl Raver & Megan Weiss**
Writer: **Lisa Manafian**
Graphic Designer: **Kristine Datastanyan**

## ABOUT THE HELP GROUP

**The Help Group is dedicated to the education, treatment and outreach of children with autism and other special needs:**

### SPECIALIZED DAY SCHOOLS

Village Glen School for students with social and communicative disorders including Asperger's Disorder and high functioning autism; The PACE Program is for Village Glen students who are highly gifted

Bridgeport School for students with social, communicative and mild cognitive delays

Sunrise School for students with autism and related developmental disabilities

Young Learners Preschool for Autism for children with autism spectrum disorders

Summit View School for students with learning differences

Coldwater Canyon Prep Program for students with learning differences, attentional and emotional issues

Pacific Schools for students with emotional disabilities

Pacific Cove Program for students with social communication disabilities including high functioning autism and Asperger's Disorder as well as significant behavioral challenges

Pacific Harbor Program provides an educational and therapeutic environment for students with internalizing disorders

### CLINICAL PROGRAMS

Comprehensive mental health treatment programs for children, adolescents and families

Psychiatric evaluation and treatment

Stepping Stones Program for preschool age children with emotional and behavioral challenges

Project SAFE provides support by helping parents with young children gain access to the rich variety of resources that are available in their area

Counseling for students at public school campuses throughout Los Angeles County

Child abuse prevention and intervention services

CalWORKs support services for families transitioning from welfare to work

Home-based family prevention and intervention services for at-risk youth

Wraparound services to maintain at-risk children in their family homes

REACH after-school therapeutic program for at-risk children

The Help Group Center for Autism Spectrum Disorders providing comprehensive diagnostic, assessment and intervention, consultation, family support, after-school programs and summer camp for children with Asperger's Disorder and autism spectrum disorders

The Help Group - UCLA Neuropsychology Program providing learning disabilities and ADHD assessment and consultation

Speech and language therapy

Occupational therapy

Parent education and counseling

Vocational education and job placement

Residential living opportunities for adolescents and young adults with emotional and/or developmental disabilities

The Learning Exchange after-school tutorial program for students with learning differences

### PROFESSIONAL DEVELOPMENT

Graduate & Post-Graduate Training Programs

Continuing Medical Education Seminars

Distinguished Lecturer Series

The Help Group's Summit - Advances and Best Practices in Autism, Learning Disabilities & ADHD

The Help Group - UCLA Semel Institute on Asperger's Disorder

### INITIATIVES

The Help Group National Autism Foundation

The Help Group Autism Awareness Campaign



The Help Group

Administrative Offices:

13130 Burbank Boulevard
Sherman Oaks, California 91401

Non-Profit Org.
U.S. POSTAGE
PAID
PERMIT NO. 718
Van Nuys, CA



The Help Group *because every child deserves a great future*

Founded in 1975, The Help Group is the largest, most innovative and comprehensive nonprofit organization of its kind in the United States serving children with special needs related to autism, Asperger's Disorder, learning disabilities, ADHD, mental retardation, abuse and emotional problems.

The Help Group's six specialized day schools offer pre-K through high school programs for more than 1,300 students. The Help Group's wide range of mental health and therapy services, child abuse, foster family and residential programs extend its reach to more than 5,000 children and their families each year. With over 800 staff members, The Help Group's state-of-the-art schools and programs are located on four major campuses in the Los Angeles area.

The Help Group is highly regarded for its high standards of excellence, unique scope and breadth of services. Through its public awareness, professional training and parent education programs and efforts at the state and national levels, The Help Group touches the lives of children with special needs across the country and in other parts of the world.

At the heart of its effort is the commitment to helping young people fulfill their potential to lead positive, productive and rewarding lives.

The Help Group Center for Autism Spectrum Disorders
Young Learners Preschool for Autism
The Help Group National Autism Foundation
Village Glen School • Bridgeport School • Sunrise School

The Help Group-UCLA Neuropsychology Program
Summit View School • Coldwater Canyon Prep Program

The Help Group Child & Family Center
Pacific Ridge Schools • Project Six

CULVER CITY • SHERMAN OAKS • VALLEY GLEN • VAN NUYS
PHONE: 877.943.5747 • FAX: 818.779.5292 • www.thehelpgroup.org

## UPCOMING EVENTS

**The Help Group – UCLA Semel Institute on Asperger's Disorder**
The Help Group's Sherman Oaks Campus
Wednesday, July 18 – Friday, July 20

• • •

**The Help Group's Summit 2007**
Advances and Best Practices in
AUTISM • LEARNING DISABILITIES • ADHD
Friday, October 5 & Saturday, October 6
Skirball Cultural Center ~ Los Angeles California

• • •

**Bloomingdale's Shopping Benefit**
October 25, 2007

• • •

**The Teddy Bear Ball**
The Beverly Hilton Hotel
December 1, 2007

• • •

**The Help Group Holiday Carnival**
Sherman Oaks Campus
December 8, 2007

• • •

**The Help Group's
Keyes European Mercedes Benz
Teddy Bear Golf Classic**
Valencia Country Club
April 2008

