# Exhibit 3

# HelpLine

The Help Group...because every child deserves a great future

FALL 2008

## STEVE MOSKO TO BE HONORED AT THE 2008 TEDDY BEAR BALL ON DECEMBER 8TH

The Help Group is pleased to announce that Steve Mosko, president of Sony Pictures Television, will receive its *Help Humanitarian Award* at the Teddy Bear Ball in recognition of his outstanding commitment to many philanthropic causes. This year's 12th annual holiday gala will be held on Monday, December 8, 2008 at The Beverly Hilton Hotel. Gala Chairs are Michael Lynton, Chairman and CEO of Sony Pictures Entertainment and Amy Pascal, Co-chairman of Sony Pictures Entertainment.

*Steve Mosko*

"The Help Group looks forward to honoring Steve. He is a remarkable individual who is renowned, not only for his distinguished professional achievements, but also for his wonderful humanitarian spirit and commitment to giving back," said Dr. Barbara Firestone, President & CEO, The Help Group.

Steve oversees all U.S. television operations for Sony Pictures Entertainment (SPE). An executive at Sony for more than a decade, Steve leads a company that ranks as a leader in the production and distribution of programming, encompassing an extraordinary span of genres, time periods and television venues – including network primetime and daytime, cable primetime, syndication, and family entertainment. As president, Steve also oversees domestic pay cable, video-on-demand, pay per view, domestic digital distribution, advertiser sales, and the company's interests in FEARnet, Crackle.com, GSN and ITN Networks. Sony Pictures Television recently received 29 Primetime Emmy Award nominations, a record-breaking performance for the studio.

continued on page 3

## ABC7 PRESENTS AUTISM HEROES SPECIAL

The number one station in Los Angeles, ABC7 in association with The Help Group, presented a powerful one-hour television special on April 26th, based on the award winning book *Autism Heroes: Portraits of Families Meeting the Challenge* by Dr. Barbara Firestone, with photography by Joe Buissink. The special featured ABC7 anchors Michelle Tuzee, Phillip Palmer and Jovana Lara. In addition to ABC7 Los Angeles, Autism Heroes was aired by ABC-owned stations in other parts of the country. The book embraced by many in the autism community as a "compelling," "honest" and "hopeful" account of the experiences of 38 families confronting the challenges of autism has been sensitively adapted for television by ABC7.

Autism Heroes featured the very personal stories of some of the families featured in the book. These families are from all walks of life with children of all ages with all forms and degrees of autism.

In their own words, the parents share their challenges, their triumphs, their hopes and their wisdom to support others on the journey. It also speaks to the changing landscape of autism – the new era of hope fueled by increasing awareness,

continued on page 3

### SALUTING
### DR. SUSAN BERMAN
Chief Operating Officer, The Help Group
## 25 YEARS



" This July marked Dr. Susan Berman's Silver Anniversary at The Help Group. Over the past twenty five years, Susan's outstanding leadership, vision, expertise, and commitment to our mission have had an extraordinary impact on the development and ongoing work of our organization and on the lives of the many thousands of children with special needs and their families. It is with a deep sense of gratitude that we salute this remarkable woman, whose professional efforts are far-reaching and of the highest caliber and whose passion and dedication are boundless.

The Board of Directors looks forward to saluting Susan in the coming year. " - Gary H. Carmona ~ Barbara Firestone

Exhibit 3, Page 33

**BOARD OF DIRECTORS**

Gary H. Carmona
Chairman of the Board

Dr. Barbara Firestone
President & CEO

Susan Berk
Director

Robert Dorman
Director

Dr. David Firestone
Director

Perry Katz
Director

Dr. Martin Lasky
Director

Jerrold Monkarsh
Executive Vice Pres/Chair Elect

Joy Monkarsh
Secretary

Barry N. Nagoshiner, C.P.A.
Vice Chair & CFO

Judd Swarzman
Director

Howard Tenenbaum
Director

Richard M. Zelle
Director

**CIRCLE OF FRIENDS BOARD**

Victor Coleman
Dick Costello
Mel Elias
Jonathan Glaser
Sandy Grushow
Chris McGurk
Jamie McGurk
Jerrold Monkarsh
Joy Monkarsh
Frederic D. Rosen
Nadine Rosen
Bruce Rosenblum
David Salzman
Sunny Sassoon
Ken Solomon
Anne Sweeney
Howard Tenenbaum

**EXECUTIVE ADMINISTRATION**

Dr. Barbara Firestone
President & CEO

Dr. Susan Berman
Chief Operating Officer

Tom Komp
Senior Vice President

Michael Love
Senior Vice President

John Farrimond
Vice President

# A MESSAGE TO OUR FRIENDS

It is always a welcome challenge to compile the news of The Help Group – to take a brief look at so many wonderful activities and events. We are fortunate to be such a vibrant and dynamic organization with so much happening on an ongoing basis.

So here is a brief overview of the news that reflects the efforts of the incredible partnership that The Help Group comprises – a partnership of our Board of Directors, administration, faculty, governmental colleagues, philanthropic friends working together to support our mission to serve children with special needs and their families.

Although this is just a snapshot, we hope that it gives you an idea of the remarkable work of so many who believe as we do that "Every child deserves a great future" and who mobilize their commitment into action. It is with a great sense of pride and gratitude that we share this edition of Helpline with you!

Gary H. Carmona   ~   Dr. Barbara Firestone

# CONTENTS

Steve Mosko to be Honored.................................................cover
ABC7 Presents Autism Heroes Special.................................cover
Recognizing 25 Years - Dr. Susan Berman.........................cover
Teddy Bear Picnic Highlights...............................................page 3
Welcoming Right Start..........................................................page 4
Bloomingdale's Shopping Benefit.......................................page 4
The Coffee Bean & Tea Leaf "Decks the Walls"................page 4
17th Annual Teddy Bear Golf Classic.................................page 5
Autism Reception "A New Era of Hope".............................page 6
Marking Autism Awareness Month......................................page 7
Six Autism Research Studies Funded..................................page 8
California Lawmakers Unveil Autism Efforts......................page 8
Autism Legislative Briefing..................................................page 9
Milken Festival for Youth Culmination............................page 12
Children Delight in Holiday Carnival................................page 12
Teddy Bear Tea: A New Tradition....................................page 13
11th Annual Teddy Bear Ball............................................page 14
Girl Scouts Spread Holiday Cheer...................................page 16
Graduation Ceremonies....................................................page 16
Educators from Japan.......................................................page 16
2008 Summit to Convene Experts....................................page 17
Distinguished Lecturer Series...........................................page 18

**CIRCLE OF FRIENDS**

Garth Ancier
Bruce Berman
Hon. Howard & Janice Berman
Carole Black
Julee & Danny Bramson
James L. Brooks
Hon. Yvonne Brathwaite Burke
Amy Brenneman & Brad Silberling
Wendy & Victor Coleman
Bruce C. Corwin
Ann & Dick Costello
Susanne & Greg Daniels
Suzanne & Robert Davidow
Hon. Gray & Sharon Davis
Jane & Michael Eisner
Mel Elias
Elizabeth & Lee Gabler
Ann & Jim Gianopulos
Dr. Nancy & Jonathan Glaser
Brian Grazer
Hon. Wendy Greuel
   & Dean Schramm
Sandy Grushow
Mary & Sam Haskell
Hon. Robert Hertzberg
Amy & Andy Heyward
Quincy Jones
Ronnie & Michael Kassan
Susan & Brian Kennedy
Carol & Arnie Kleiner
Stephanie & Stuart Liner
Margaret Loesch
Marlee Matlin
Jamie & Chris McGurk
Ron Meyer
Wendy & Barry M. Meyer
Lori & Michael Milken
Lowell Milken
Sandra Milken
Dawn Ostroff
Hon. Richard J. Riordan
Nadine & Fredric D. Rosen
Ande & Bruce Rosenblum
Cheryl & Haim Saban
Sonia & David Salzman
Ellen & Richard Sandler
Debbie & Sunny Sassoon
Governor Arnold Schwarzenegger
   & First Lady Maria Shriver
Stacey Snider
Lissa & Ken Solomon
Anne Sweeney & Philip H. Miller
Nancy Tellem
Steve Tisch
Claire & D. Michael
   Van Konynenburg
Jerry Weintraub
Hon. Jack Weiss & Leslie Kautz
Hon. Herb J. & Fabian Wesson
Hon. Zev & Barbara Yaroslavsky
Barbara & Stanley Zax

## ANDY HEYWARD AND P.J. HOGAN & JOCELYN MOORHOUSE HONORED AT THE TEDDY BEAR PICNIC



Amy & Andy Heyward

P.J. Hogan, Jocelyn Moorhouse

The Help Group was proud to present its *Help Humanitarian Award* to Andy Heyward, Chairman & CEO, DIC Entertainment at The Help Group's 31st Annual Spring Luncheon, The Teddy Bear Picnic, held on June 5th at The Beverly Hilton Hotel. Andy is a remarkable humanitarian whose lifelong professional and personal efforts have enriched the lives of countless children worldwide.

continued on page 10

### ABC7 AUTISM HEROES - continued from cover





Michelle Tuzee

Phillip Palmer

Jovana Lara

expanding research, early identification and intervention, the call for greater education and treatment opportunities and public policy reform. Actor Gary Cole, The Help Group National Celebrity Spokesperson and his wife Teddi, actively advocate in the public arena on behalf of all children with autism and their families, Gary recalls that "As soon as we started to get information, it got better; more information equals less fear."

"We invited viewers to meet these remarkable families," says Dr. Firestone. "With sensitivity and openness, they have shared their experiences so that other families may derive strength and support from their insights. They speak of the meaning of dignity, hope, opportunity and love in their lives."

"ABC7 is proud to be associated with The Help Group on this special program," said Arnold J. Kleiner, President and General Manager of ABC7. "This is part of our commitment to the people of Southern California to provide essential information on a very topical issue."

To receive a complimentary copy of the ABC7 Autism Heroes DVD, please email your request to, contactus@autismheroes.org

www.autismheroes.org

All author royalties from sales of the book *Autism Heroes*

### TEDDY BEAR BALL - continued from cover

Recognized for his leadership and prolific career, Steve was inducted into the Broadcasting & Cable Hall of Fame in 2005. Previously, his considerable work for the studio garnered him the distinction in 2001 of being chosen by Electronic Media magazine (now Television Week) as one of the television industry's annual "12 to Watch" most impactful executives. In 2003, he was named to Entertainment Weekly's 14th Annual Power List, ranking in the top 40 among entertainment industry executives.



GALA CHAIRS

Michael Lynton

Amy Pascal



Steve Mosko, Help Group Students

In addition to a successful career in television and entertainment, Steve is committed to giving back to his community. He is a member of the executive committee for the Los Angeles Board of Governors of The Museum of Television & Radio; the National Board of Junior Achievement and the board of directors of the Game Show Network. Steve was formerly the Chairman of the Academy of Television Arts & Sciences Foundation, on the board of directors of Loyola Marymount University, Los Angeles and in 2000 he was chairman of the National Association of Television Program Executives. In Philadelphia, he served as president of the Philadelphia Ad Club and a member of the Philadelphia Police Department's Drug Advisory Council.

Steve and his wife, Marianne are the loving parents to three children, Matthew, 23, Bryan, 19 and Mallory, 9.

The Teddy Bear Ball will begin with a reception at 6:30 p.m. followed by a dinner program and live auction conducted by auctioneer extraordinaire, Andrea Fiuczynski, President of Christie's. Highlighting the event will be a special musical performance by The Help Group Children's Choir, performing holiday songs. We hope you will join us for a very special evening!

For reservations and information,
818.779.5212 ~ www.thehelpgroup.org

## THE HELP GROUP WELCOMES RIGHT START



The Help Group is pleased to announce that Right Start, a national specialty retailer of products for infants and young children has joined our corporate circle of friends.  Right Start is an innovative, high-quality, product-safety tested retailer since 1985. Right Start offers toys for children of all abilities and is dedicated to ensuring that children have the tools they need as they develop.

This holiday season, Right Start will conduct a toy drive in all of its 36 retail outlets throughout the United States. In collaboration with The Help Group National Autism Foundation, this wonderful program will brighten the holiday season for children under the age of five with autism and other special needs whose families have limited financial means. The Help Group's National Autism Foundation will accept applications from qualified nonprofit autism organizations in each of the Right Start cities throughout the country and will select the beneficiary organizations. "The Right Start has always been committed to helping parents foster their child's development. We are excited to unite our audience and skills with The Help Group this holiday season. It is an ideal partnership for the holidays, as well as all year long," said Hope Neiman, COO, Right Start.

In addition, Right Start will take part in our annual April Autism Awareness Campaign.  We encourage you to participate in the toy drive that will bring the joy of the holiday season to many children!

## THE COFFEE BEAN & TEA LEAF TO "DECK THE WALLS"



The Coffee Bean & Tea Leaf will host its 7th year of its "Deck the Walls" fundraising program during the upcoming holiday season. The "Deck the Walls" campaign asks patrons to donate $1 in exchange for cards that are used decorate the walls of each store. This promotion raises funds for The Help Group's autism education and treatment programs and is offered in its 200 stores across California and in the western United States.



The "Deck the Walls" campaign is part of Coffee Bean & Tea Leaf's on-going efforts to raise significant funds for The Help Group and to raise autism awareness.

The Help Group extends a heartfelt thank you to everyone at Coffee Bean & Tea Leaf for making a difference in the lives of children with autism and their families, and sends a special thank you to Sunny Sassoon, Executive Chairman of the Management Board and Melvin Elias, President, both of whom serve on The Help Group Circle of Friends Philanthropic Board.

During this holiday season, please remember to visit your local Coffee Bean & Tea Leaf to help "Deck the Walls"!

## BLOOMINGDALE'S SHOPPING BENEFIT SHOP, SAVE & HELP

Join The Help Group to "Give A Little, Get A Lot!"  Bloomingdale's annual Shopping Benefit will be held on Thursday, October 23rd, from 10:00 am - 10:00 pm. Throughout the day, local Bloomingdale's stores (Beverly Center, Century City and Sherman Oaks Fashion Square) will showcase select charities.



Customers can make a $10 donation at the door to receive a 15% savings ticket on purchases throughout the store, and 100% of the proceeds will be donated to the participating charities. The store will be open to the general public throughout the day and will feature fashion shows, educational seminars and family-centered entertainment.

To receive your exclusive Shopping Benefit invitation please contact Melissa Shapin at 818.779.5325

## KEYES EUROPEAN MERCEDES-BENZ GOLF CLASSIC…A WINNING DAY ON THE GREENS!



In her tribute remarks to the honorees, Dr. Firestone noted the honorees devotion to children, "John Arnos and John Schneider are two remarkable individuals who do so much to create brighter futures for children."

John W. Arnos, consultant to Canon U.S.A., Inc., donates much of his time, expertise and energy to improving the lives of children throughout the United States. Arnos expressed how honored he was by this experience and how much he and his wife Sheila appreciate the work of The Help Group. "We can all do so much to give back especially to organizations like The Help Group who do so much on behalf of children," said Arnos upon receiving his award.

John Schneider, award-winning actor and parent of a child with autism has worked whole-heartedly to advance the causes of autism. He is an active voice for parents and speaks openly and honestly about his family's experiences. "It's important for parents to know that there is help and hope available. The Help Group has positively impacted the lives of thousands of children. Elly and I are so proud to be a part of The Help Group family," said Schneider in accepting the award.

The Help Group's 17th Annual Keyes European Mercedes Benz Teddy Bear Golf Classic and Lockton Insurance Brokers, LLC Awards Dinner on Monday, April 28th at the Valencia Country Club honored John W. Arnos Sr. and John Schneider with the *Help Fore Children Humanitarian Award* for their outstanding humanitarianism and heartfelt commitment to children.

Our thanks to the Golf Classic Chairs, Jeff Berger, Victor Coleman, Jonathan Glaser, Blake Mirkin, Judd Swarzman and Howard Tenenbaum, along with Golf Classic Committee members, Gary H. Carmona, Jack Goldner, Jeff Boyer, Jonathan Firestone, Ken Solomon, Michael Van Konynenburg, Stuart Liner, Tim Noonan, Charlie Toppino and Chris Hoffman.

To commence the Awards dinner, Gary H. Carmona and Dr. Barbara Firestone thanked all event sponsors and donors for making the event a great success, including JMG Capital Management; The Van Konynenburg Foundation; and The Zenith. Carmona recognized Keyes European Mercedes Benz for serving as the tournament title sponsor for the 12th consecutive year and Lockton Insurance Brokers, LLC for sponsoring the awards dinner for the 2nd consecutive year. Dr. Firestone acknowledged Larry Abrahmson of Keyes for setting the bar high in corporate, philanthropic commitment and she thanked Lockton Insurance represented by Brent Nishikawa for their spirit of giving.

Dr. David Firestone, Help Group Board of Directors, was honored as the 2008 *Joe Angello Volunteer Award* recipient for his outstanding achievement in volunteerism. Gary H. Carmona and Judd Swarzman, Help Group Board of Directors presented the award to Dr. Firestone and spoke of his deep and enduring commitment to the children of The Help Group and his integral involvement in the organization for more than 30 years.

As master of ceremonies, popular radio personality, Peter Tilden, entertained participants with his wit and humor during the dinner and live auction. Louis Price, former lead singer from the Temptations sang *America the Beautiful* to a cheering audience and performed with students from The Help Group's day schools capturing everyone's hearts with *Somewhere Over the Rainbow.* Actor Gary Cole, spoke of his shared experience with colleague John Schneider in confronting the challenges of having a child with autism. He expressed admiration for the Schneider family for using their celebrity status to advocate publicly on behalf of other families.

Our thanks to everyone who helped to make this event such a wonderful success!

1. Larry Abramson    2. Dr. Barbara Firestone, John & Elly Schneider, Gary H. Carmona    3. Judd Swarzman    4. Shelia & John Arnos
5. Brent Nishikawa    6. Jeff Berger, Blake Mirkin    7. Don Mullane    8. Dr. David Firestone, Jonathan Firestone    9. Peter Tilden
10. Ken Solomon    11. Stuart Liner    12. Gary Cole    13. Louis Price, Help Group Student

THE HELP GROUP'S

## AUTISM RECEPTION CELEBRATES "A NEW ERA OF HOPE"

On April 9th, declared "The Help Group Autism Awareness Day" by the State of California and the County and City of Los Angeles, Mayor Antonio Villaraigosa and Los Angeles County Supervisor Zev Yaroslavsky joined The Help Group in recognizing National Autism Awareness Month.  In her welcoming remarks, Dr. Firestone stated, "It is the beginning of a new era of hope—with increasing awareness, outreach and public policy reform the landscape of autism continues to change in a new and positive direction."

Mayor Villaraigosa presented The Help Group's *Autism Heroes Award* to Magdalena Beltrán del Olmo, VP of Communications for the California Wellness Foundation, Blue Ribbon Commissioner and parent of Frankie, who has an autism spectrum disorder. She was recognized for her heartfelt commitment to building public awareness about autism and bringing the message of hope to other families.  In her acceptance remarks, she acknowledged the awareness efforts of her late husband, Pulitzer Prize winning Los Angeles Times journalist Frank del Olmo and recalled their commitment as a family to be public about their experiences.

Gary Cole, Help Group Celebrity Spokesperson, and his wife Teddi, last year's Autism Heroes Award recipients, addressed the audience saying, "We are thrilled to be here to recognize other parents like Magdalena Beltrán del Olmo for all that they do on behalf of children with autism." The Cole and del Olmo families are two of the 38 families featured in Dr. Firestone's book *Autism Heroes*.

Los Angeles County Supervisor Zev Yaroslavsky congratulated The Help Group on its more than 30 years of service to the children and families of Los Angeles County. He presented The Help Group's *Autism Leadership Award* to ABC7 Los Angeles for its integral role in promoting autism awareness and commented that "The media can play an integral role in autism awareness.  ABC7 has a long history of providing quality information to families in our community and promoting the health and well being of children." The Autism Leadership award was graciously accepted by ABC7 anchor Phillip Palmer.

Mayor Villaraigosa congratulated The Help Group and UCLA on the recent establishment of The Help Group - UCLA Autism Research Alliance and presented Mayoral commendations to Dr.



1. Mayor Antonio R. Villaraigosa, Magdalena Beltrán del Olmo, Frankie del Olmo, Dr. Barbara Firestone, Gary H. Carmona   2. Hon. Zev Yaroslavsky   3. Phillip Palmer   4. Gary & Teddi Cole   5. Howard Tenenbaum   6. Carol & Arnie Kleiner   7. Dr. Peter Whybrow   8. Joe Buissink   9. Mel Elias   10. Mayor Antonio R. Villaraigosa greets an excited Help Group Student   11. Louis Price, Help Group Celebrity   12. The Help Group's Recorder Ensemble   13. The Help Group Children's Choir

Firestone and Dr. Peter Whybrow, Director of the UCLA Semel Institute. Dr. Whybrow spoke of the innovation and importance of the alliance in advancing the agenda of evidence based education and treatment for children with autism spectrum disorders.

Help Group Chairman, Gary H. Carmona and Dr. Firestone saluted Gelson's for hosting The Help Group's *There is Hope, There is Help* campaign throughout its chain of supermarkets for the second consecutive year.  They applauded The Coffee Bean & Tea Leaf for its longstanding commitment to The Help Group's autism programs.

To close the program, the children of The Help Group sang with Louis Price, former lead singer of the Temptations. With beaming smiles on their faces the children took their bows to a heartfelt standing ovation.

## MARKING AUTISM AWARENESS MONTH WITH REAFFIRMED COMMITMENT

National Autism Awareness Month in April shines a light on the important issues confronting children and families living with autism. Once again, April marked the annual launch of The Help Group's *There is Hope, There is Help* campaign in English and Spanish to acquaint families with the early signs of autism. Through the widespread reach of several corporate and community partners The Help Group was able to inform tens of thousands of individuals of the importance of early identification and intervention and provide them with timely resources.



### LOS ANGELES MAYOR HOSTS NEW PSA's

To promote the importance of early identification in Los Angeles, Mayor Antonio R. Villaraigosa spoke on behalf of autism awareness in The Help Group's 2008 Autism Awareness Public Service Announcement Campaign.

To view the Mayor's PSA's in both English and Spanish, please visit, www.thehelpgroup.org



### GELSON'S IN STORE AWARENESS CAMPAIGN

Gelson's is making a difference for children with autism and their families. For the second consecutive year, Gelson's featured The Help Group's *There is Hope, There is Help* autism awareness campaign at all of its store locations during the month of April. The campaign raised both awareness and funds in support of The Help Group's autism education programs.

The Help Group extends its heartfelt appreciation to Gelson's Super Markets for their continued commitment to promoting autism awareness.



Help Group National Celebrity Spokesperson, Gary Cole and his wife Teddi lend their voices to InStyle Magazine Autism PSA

Photograph by Joe Buissink, in *Autism Heroes* © 2008

"This is a new era of growing awareness and hope."

Help Group Celebrity Spokesperson, Gary Cole



### OUTREACH TO PEDIATRICIANS

The Help Group was pleased to provide Los Angeles based pediatricians with complimentary resource materials from its There is Hope, There is Help: Learn the Early Signs of Autism campaign. To ensure that children are identified as early as possible, the American Academy of Pediatrics issued guidelines that call for pediatricians to conduct a formal ASD screening on all children at 18 and 24 months and to be aware of the early signs of ASDs.

Dr. Barbara Firestone was one of the featured speakers at Special Needs Network's Annual Tools for Transformation Conference, on Saturday, April 12th. Thanks to a generous foundation grant, more than 200 families in attendance from underserved communities received a complimentary copy of her book *Autism Heroes*.



Dr. Barbara Firestone at The Special Needs Conference

## CORPORATE COMMITMENT SPOTLIGHT

The Help Group would like to extend a sincere thank you to the following corporations for including autism awareness information in their company news publications:

| | | |
|---|---|---|
| FIRST STUDENT | SOUTHERN CALIFORNIA EDISON | TOSHIBA |
| LOCKTON INSURANCE | STEWART TITLE | WARNER BROS. |
| MELLON BANK | THE ZENITH | WELLS FARGO |

THE HELP GROUP'S

## THE HELP GROUP – UCLA AUTISM RESEARCH ALLIANCE ANNOUNCES SIX FUNDED RESEARCH STUDIES

**S**ince its launch in 2007, The Help Group - UCLA Autism Research Alliance is moving forward with six funded research initiatives in the following areas to study the effectiveness of treatment interventions for children and adolescents with Autism Spectrum Disorders (ASD). Under the direction of Dr. Liz Laugeson, the Alliance is dedicated to enhancing and expanding clinical research in the education and treatment of ASD and to contributing to the development, greater understanding, and use of best practice models by researchers, educators, and clinicians.

### THESE UNIQUE AREAS OF RESEARCH INCLUDE:



**UNDERSTANDING FACTORS THAT LEAD TO SUCCESS IN SCHOOL**

**JAN BLACHER, PH.D.**
Professor, Graduate School of Education
UC Riverside
**University of California
SEARCH Fellowship Program**

**IMPROVING FRIENDSHIP SKILLS FOR YOUNG ADULTS**



**ALEXANDER GANTMAN, PSY.D.**
Postdoctoral Research Fellow
UCLA Semel Institute for Neuroscience & Human Behavior
**NIH T32 Postdoctoral Research Fellowship**



**IMPROVING LANGUAGE DEVELOPMENT IN PRESCHOOL CHILDREN**

**CONNIE KASARI, PH.D.**
Professor, UCLA Department of Education
**Organization for Autism Research (OAR) Competition Award**

**IMPROVING SOCIAL SKILLS FOR MIDDLE SCHOOL & HIGH SCHOOL STUDENTS**



**ELIZABETH LAUGESON, PSY.D.**
Director of The Help Group – UCLA
Autism Research Alliance
**Shapell Foundation Grant & Semel Scholar Award**



**IDENTIFYING THE NEURAL PATHWAYS ASSOCIATED WITH UNDERSTANDING EMOTIONS**

**ISTVAN MOLNAR-SZAKACS, PH.D.**
Neuroscience Researcher, UCLA Tennenbaum
Center for the Biology of Creativity
**Grammy Foundation Grant**

**DECREASING SOCIAL ANXIETY IN ELEMENTARY SCHOOL AGED CHILDREN**



**JEFFREY WOOD, PH.D.**
Assistant Professor, UCLA
Department of Education
**Autism Speaks Family Services Community Grant**

## CALIFORNIA LAWMAKERS UNVEIL LEGISLATIVE EFFORT ON AUTISM

**A**t a press conference held at the State Capitol on April 2, 2008 lawmakers unveiled the comprehensive legislative package of The California Legislative Blue Ribbon Commission on Autism. The package of eight bills addresses gaps in services for individuals with autism throughout the lifespan and their families. More recently, a ninth bill was included to address an additional gap in the credentialing of educators of preschool age children with ASD.



*Dr. Barbara Firestone, Sen. Tom Torlakson,
Sen. Don Perata, Sen. Darrell Steinberg, Dr. Louis Vismara*

Throughout the State of California, families and systems of care have been struggling to meet the needs of individuals with ASD across the lifespan. "This Commission was charged with providing real solutions and recommendations to improve the lives of individuals with autism spectrum disorders and their families," said Senate pro Tempore Don Perata, who authored the resolution that created the Commission.

To commence the press briefing, Sen. Darrell Steinberg, Chair of the Commission, remarked, "The increase in children diagnosed with an autism spectrum disorder affects families, schools and communities all over California. Today this Legislature is responding strongly to the challenges this disorder poses to the State."

Vice Chair of the Commission, Dr. Barbara Firestone spoke ardently about the Commissions findings. "With the broad participation of parents, families, consumers, educators, clinicians, researchers and advocates the Commission's report and the autism legislative package provides a momentous step in forging new directions for real change," Firestone said.

"The Autism Commission has not only garnered enthusiastic support from stakeholders and autism organizations, but today's California autism legislative package brings real hope into the lives of individuals and families coping with autism throughout our state and nation," said actor, Gary Cole.

To read the full report, *An Opportunity to Achieve Real Change for Californians with Autism Spectrum Disorders*, or to track autism legislation, please visit:

http://senweb03.senate.ca.gov/autism/index.html

AUTISM INITIATIVES

## AUTISM LEGISLATIVE BRIEFING ADDRESSES EARLY INTERVENTION INITIATIVES

State Senator Tom Torlakson served as the keynote speaker at The Help Group's Autism Legislative Briefing to address the Early Identification and Intervention Agenda in California. The briefing was held at The Help Group's Sherman Oaks campus on Wednesday, July 23rd, 2008 and was attended by educators, parents and service providers in the Los Angeles autism community.

California Autism Legislative Package embodies many of the significant findings and policy recommendations of the Blue Ribbon Commission on Autism. This landmark legislation offers hope and real change that will positively impact many California families," said Dr. Firestone, who served as the Chair of the Blue Ribbon Commission's Early Identification and Intervention Task Force. "We salute Senator Torlakson on his important efforts to address the critical need for improved transition services for children with ASD."

The program also featured Dr. Elizabeth Laugeson, Director, The Help Group – UCLA Autism Research Alliance and Clinical Instructor







Senator Torlakson, Chair of the Senate Appropriations Committee, authored SB 1475, one of the nine bills that comprise the California Blue Ribbon Commission's autism legislative package to improve the lives of individuals with autism spectrum disorders in California. SB 1475 also known as a "Pilot on Transitional services for Early ASD Treatment," is currently pending in the Legislature. If passed, SB 1475 would identify and implement existing models of excellence and best practices to establish seamless, coordinated and integrated programs between Regional Centers and local school districts for the identification, assessment and treatment of children with ASD and other developmental delays from birth to five years of age.

"I am pleased to have authored SB 1475 on behalf of the children and families of our State," said Torlakson. "Research indicates that early intervention creates lifelong benefits for young people with autism spectrum disorders. SB 1475 is an important step to ensure the continuity of early identification services."

Dr. Barbara Firestone presented an overview of the Commission's recommendations and the autism legislative package. "The

in the Department of Psychiatry and Bio-Behavioral Sciences at the UCLA Semel Institute, who spoke on the important link between autism research and public policy. "We have a responsibility to translate research into community and school settings and share our findings with educators, mental health professionals, and legislators to create a bridge between science and legislation for the greater good."

Dr. Firestone and Senator Torlakson presented The Help Group's *Autism Heroes Award* to Kristina and Justin Kell, parents of Norton, a child with an autism spectrum disorder who graduated from The Help Group's Young Learners Preschool for Autism and now attends its Village Glen Kindergarten. Although Justin was unable to attend, Kristina closed the program with these heartfelt remarks about her experiences as a parent. "The Help Group has maximized Norton's potential. He has flourished and has blossomed into a vibrant and talkative young boy who has met many of his educational goals and loves going to school. I have early intervention to thank for his continued progress."

1. Senator Tom Torlakson, Help Group student    2. Dr. Barbara Firestone, Senator Tom Torlakson    3. Hon. Fran Pavley    4. Norton & Kristina Kell    5. Sherri Strahl, Elena Brewer, Yolanda Bosch, Debby Webb    6. Senator Tom Torlakson, Help Group student    7. Dr. Elizabeth Laugeson    8. The Help Group's Children Choir



10 **HelpLine**

# ANDY HEYWARD AND P.J. HOGAN & JOCELYN MO

continued from page 3

Saluting distinguished writer-producer-directors P.J. Hogan and Jocelyn Moorhouse, The Help Group was honored to give its *Champion for Children Award* to this committed couple for their tremendous dedication to children with special needs. P.J. and Jocelyn are the proud parents of four children, three of whom have learning differences.

This year's honorary and luncheon chairs included Los Angeles Mayor Antonio R. Villaraigosa, Oren Aviv, President, Walt Disney Motion Picture Group, Jerry Bruckheimer, Jerry Bruckheimer Films, Brian Grazer, Founder, Imagine Entertainment, Chris McGurk, CEO, Overture Films, and David Salzman, Executive Producer, *Mad TV*. With more than 500 guests, The Teddy Bear Picnic was a great success, in part thanks to the event's major sponsors including: DIC Entertainment, Cheryl & Haim Saban, Milken Family Foundation, The Zenith, Keyes Automotive Group and Imagine Entertainment.



The Teddy Bear Picnic opened with an enthusiastic performance of *Ain't No Stoppin' Us Now*, with The Help Group's Children's Choir accompanied by former lead singer of The Temptations, Louis Price. With wit and humor, emcee of the event, Jake Steinfeld, founder of Body by Jake Global, and Chair of the California Governor's Council on Physical Fitness, commenced the event by challenging special guest, 37th Governor of California, Gray Davis to do ten perfect push-ups on stage! Governor Davis performed the push-ups without missing a beat or a breath. Steinfeld acknowledged The Help Group's contributions to children with special needs saying, "Having served tens of thousands of children with special needs and their families over the years, The Help Group has enabled children to achieve goals that may have once seemed impossible."

Gary H. Carmona, Help Group Chairman of the Board, welcomed luncheon guests and Dr. Barbara Firestone thanked everyone for their friendship and generosity, and remarked, "Your philanthropic support is integral to all of our efforts on behalf of children with special needs and their families." Recognizing the honorees for their commitment to children Dr. Firestone said, "Andy has enriched the lives of countless children worldwide and P.J. and Jocelyn believe as we do that all children must be given the opportunity to fully realize their potential."

**TAKE ACTION**
DONATE ONLINE TO THE HELP GROUP TODAY!
www.thehelpgroup.org

# ORHOUSE HONORED AT THE TEDDY BEAR PICNIC



Help Group COO, Dr. Susan Berman, joined Steinfeld to introduce The Help Group's Opportunity Fund, which supports children with special needs and their families who have limited financial means. Friend to The Help Group and President of Christie's, Andrea Fiuczynski, led The Opportunity Fund Auction. Established in 2003, this traditional auction of teddy bears included Dr. Firestone's award winning book, *Autism Heroes: Portraits of Families Meeting the Challenge*. Thanks to the outpouring of support from event participants, the auction helped to raise funds for scholarship support, mentoring and vocational training, or needs as basic as food, clothing and shelter for children served by The Help Group's programs.

Help Group Circle of Friends Board Members, Jamie and Chris McGurk and David Salzman, introduced a video tribute of the past *Help Humanitarian* and *Champion for Children* Honorees and welcomed Andy, P.J. and Jocelyn to The Help Group family.

During the award ceremony, Film Composer and Academy Award Nominee, James Newton Howard, gave an eloquent introduction to P.J. and Jocelyn. In his heartfelt acceptance remarks, P.J. said, "Ultimately, raising a special needs child…is about loving them for who they are, and helping them be the best they can be, and in doing so - on certain days, at certain moments - realizing that they have made you the best that you can be. To all parents of children with special needs, we salute you." Joining her husband, Jocelyn, poignantly reflected, "If I have any advice for parents of newly diagnosed kids it is this: Reach out. There are so many of us, and we really can help each other. We share the same fears and we know the same pain, and we love each other's kids because they remind us of our own. P.J. and I will always be grateful to The Help Group, who care as much about our kids as we do."

Grammy nominated singer-songwriter, Sophie B. Hawkins gave a stirring performance of her chart-topping hit single, *As I Lay Me Down*. With a musical tribute for the honorees, Hawkins and The Help Group's Children's choir, sang *Reach Out and Touch*, with featured solos by the children that communicated the afternoon's message so poignantly.

Governor Gray Davis, former *Help Humanitarian Award* honoree, gave a warm introduction to his dear friend and colleague, Andy Heyward. Upon receiving his *Help Humanitarian Award*, Heyward reflected, "After being introduced to The Help Group, I must say there was no question from that moment on that I wanted to be a part of this amazing organization and help in any way that I possibly could.  After seeing the kids here today, I don't think there was one of us that wasn't choked up watching these amazing kids—we are all in awe. It's a great honor to be a part of The Help Group family and all that you do. I thank you and continue your beautiful, brilliant work."

The Teddy Bear Picnic was a wonderful celebration of the humanitarian spirit. The Help Group is grateful to all of its friends and colleagues for their generous support.



1. Dr. Barbara Firestone, Andy Heyward, Gary H. Carmona
2. Jocelyn Moorhouse, P.J. Hogan, James Newton Howard, Annica Ackerman
3. Hon. Gray & Sharon Davis, Amy & Andy Heyward
4. Rochelle & Gary H. Carmona
5. David Salzman
6. Chris & Jamie McGurk, daughter Stephanie
7. Jake Steinfeld, Hon. Gray Davis
8. Drs. Barry & Susan Berman, Ray & Lorraine Friedman
9. CA State Controller John Chiang
10. Mel Elias
11. Michelle Tushnet, Perry Katz
12. Jake Steinfeld, Dr. Susan Berman
13. Howard Tenenbaum, Stacey Siegel
14. Gerald Rosenblatt, Barbara Singer
15. Louis & Faye Price
16. Monica Dremann, Michael Rosenberg
17. Dr. Sarah Milken, Lowell Milken
18. Mr. Blackwell
19. Children of The Help Group, Andrea Fiuczynski
20. Help Group Children's Choir, Sophie B. Hawkins





**12** H e l p L i n e

## MILKEN FESTIVAL FOR YOUTH INSPIRES STUDENT VOLUNTEERISM

This May, Help Group students celebrated the culmination of the 2007-2008 Milken Festival For Youth Community Service Program (MFFY). With the motto, "Changing the community one good deed at a time," students from each of The Help Group schools participated in year-long community service projects with the goal of taking action to affect change through volunteerism. Through the MFFY program students learn to build community partnership skills and experience the unique satisfaction of giving back.



"Together we are a team. Together we can do anything and together we can make change happen."

– Rosy Grier
Program Adminsirator, Community Affairs
Milken Family Foundation

In her culmination ceremony remarks, Dr. Barbara Firestone acknowledged the Milken Family Foundation for leading the way in promoting student-driven volunteerism and congratulated each of the students saying, "Your spirit of giving back changes the lives of so many, and helps to establish strong citizens and strong communities. It is a day of celebration of all that you have accomplished."

We thank the Milken Family Foundation for their commitment to promoting volunteerism in young people.

## CHILDREN DELIGHT IN HOLIDAY CARNIVAL

On December 8th, The Help Group's Sherman Oaks campus was transformed into a holiday amusement park, complete with games, entertainment and prizes. This year, more than 600 at-risk children and their families served by The Help Group's Child Abuse Prevention and Intervention, Mental Health, Residential Treatment and Foster Care programs enjoyed an afternoon of carnival delights. Topping the list of activities was a visit to Santa Claus followed by rides on the Ferris wheel, trips to the moon bounce and plenty of fun-filled arts, crafts and activities, including cookie decorating and face painting!



> **MAJOR SPONSORS**
> The Zenith  •  Metropolitan Theaters
>
> **SPONSORS**
> The Milken Family Foundation  •  The Coffee Bean & Tea Leaf
> In-N-Out  •  Akiva Goldsman  •  Atlantic Express
> The Carmona Family  •  The Firestone Family  •  Gund Harris
> Stationers  •  Laidlaw  •  The Lasky Family
> Mellon 1st Business Bank, N.A.  •  The Monkarsh Family
> Ruggieri Construction  •  Sanrio, Inc.  •  Yellow Cab

1. Santa Claus   2. Carnival Clown
3. Dr. Barbara Firestone, Skip Stefansen
4. Peggy & Barry Nagoshiner   5. The Coffee Bean & Tea Leaf Volunteers
6. In-N-Out Volunteers   7. Carnival Volunteer

Bringing cheer to the children, Help Group volunteers and staff were on hand to pass out presents that were generously donated by Barnes & Noble Bookstores, Gund, MGA Entertainment, Mynd Toys, Ty, and the Universal Church of God. To highlight the festivities, Show Stoppers Entertainment hosted the karaoke corner for kids bringing musical entertainment to all. To top off the excitement, Metropolitan Theaters prepared hotdogs, cotton candy, popcorn and nachos for the happy crowds and The Coffee Bean & Tea Leaf treated parents to its classic Ice-Blended® sensations.

In the spirit of the season, many wonderful companies donated toys, time and resources including, Anthony Masters Photography, Atlantic Express, Big 5 Sporting Goods, Big Mama's Pizza- Studio City, Build-A-Bear, Costco, Free Arts, Katina Bakeries, Inc., LA Fitness, McDonald's, Nuprint, Ralphs, Sony BMG, Target, Tower Lee Printing, and 99 cent only Stores.

It was a day of fun for all. We'd like to extend a big thank you to all of our spirited volunteers.

## TEDDY BEAR TEA: A NEW TRADITION FILLED WITH LOVE

On Wednesday, February 13th, The Help Group held its first Teddy Bear Tea: An Affair of the Heart at The Regency Club in Los Angeles. The afternoon of high tea and heart-filled spirit was hosted and underwritten by Stephanie Liner and her husband Stuart, 2007 *Help Fore Children Humanitarian Award* honorees, to benefit The Help Group's Opportunity Fund. Established in 2003, the Opportunity Fund provides educational support and training, as well as basic food, clothing and shelter for children in The Help Group programs with limited access to financial resources.

Dr. Firestone welcomed guests and thanked everyone for their commitment to the children of The Help Group. With special gratitude, Dr. Firestone remarked, "Our host Stephanie Liner lives the verbs 'to love' and 'to help' and has paved the way for our Teddy Bear Tea. She and her husband, Stuart have made opening the doors of opportunity to children who would not otherwise have access to more promising futures – a top priority in their lives."

Stephanie Liner acknowledged co-hosts Patricia London, Jamie McGurk, Circle of Friends Board Member and 2000 Help Group Honoree and Sonia Salzman. Stephanie spoke of the meaningfulness of the event, expressing, "Today is truly 'an affair of the heart' so poignantly reflected in the giving and caring of everyone here today—a Valentine for the children…When Stuart and I visited The Help Group, the children captured our hearts forever – we are so proud to be a part of The Help Group family."

Parent of a Help Group student, Rony Rosenbaum shared her family's story of commitment, love and determination for her son Michael. Born with Down Syndrome, Rony spoke of Michael's journey to find a place of acceptance within the community. Not long after the Rosenbaum family placed Michael at The Help Group, Rony shared, "Michael's confidence is back. His smile is back. He wants to go to school and his sense of independence is growing. He feels included and a part of his community. He has friends and playdates and loves where he's at. As his parents, that's what being in the right place is all about. Thank you to everyone at The Help Group for making it the right place for kids and their parents."

Acclaimed author and distinguished research psychologist Sonja Lyubomirsky, Ph.D., discussed her new book, *The How of Happiness: A Scientific Approach to Getting the Life You Want.*



Highlighting the afternoon with her thought provoking findings, Sonja presented on the keys of happiness and how lead to a positive, fulfilling life.

As a special treat, children from The Help Group's Village Glen School gave an energetic performance of *Mr. Sun* and *Zippity Doo-Dah*. As a musical valentine to Stephanie, Patricia, Jamie and Sonia Help Group student Matthew, accompanied by teacher Kari Ann Walter, sang *Wonderful World* to close the program.

1. Jamie McGurk, Patricia London, Stephanie Liner, Sonia Salzman
2. Dr. Susan Berman, Dr. Barbara Firestone, Joy Monkarsh
3. Teddi Cole   4. Dr. Sonja Lyubomirsky
5. The Help Group Children's Choir

# 11TH ANNUAL TEDDY BEAR BALL SALUTES DAW

The Help Group's 11th annual Teddy Bear Ball on Monday evening, December 3rd was an unforgettable holiday gala. Dawn Ostroff, President of Entertainment, The CW Network, was presented with the 2007 *Help Humanitarian Award* in recognition of her outstanding commitment to many philanthropic causes. Shelley and Dr. Frank Litvack received the *Champion for Children Award* in honor of their ongoing dedication to enriching the lives of children.

Help Group Circle of Friends Board member Bruce Rosenblum, President, Warner Bros. Television Group, and Nancy Tellem, President, CBS Paramount Network Television Entertainment Group, so graciously served as gala chairs.

Former lead singer of the Temptations, Louis Price, and The Help Group's Children's choir kicked-off the event with a lively medley of holiday tunes. Golden Globe nominee Emmy Rossum saluted the honorees singing The Phantom of the Opera's *All I Ask of You* and delighted the audience with *Somewhere Over the Rainbow* with the children.

Stars of the new CW hit show *Gossip Girl* Blake Lively, Chace Crawford and Leighton Meester introduced The Help Group video narrated by anchor, Harry Smith of CBS's *The Early Show*. Gary H. Carmona, congratulated this year's honorees for their dedication to children. Dr. Barbara Firestone, expressed The Help Group's appreciation to all who were involved in helping to make The Teddy Bear Ball such a tremendous success. "Everyone who has joined this effort will surely have a very tangible impact on the lives of the children," said Dr. Firestone. "When our children have a special glow in their eyes because they feel a sense of pride with each new accomplishment—please know that you have helped to create the opportunities to make that glow in their eyes a reality."

Tia Mowry and Pooch Hall, from The CW's popular comedy show *The Game*, acknowledged The Coffee Bean & Tea Leaf for its corporate commitment to The Help Group for the past six years, and extended a special thank you to Sunny Sassoon, CBTL's Executive Chairman of the Management Board, and his wife



Debbie, and Mel Elias, CBTL's President. Both Sunny Sassoon and Mel Elias are Help Group Circle of Friends Board members.

Tichina Arnold, who plays the determined and loveable mother from the CW's popular family show, *Everybody Hates Chris* welcomed The Help Group's National Celebrity Spokesperson, actor Gary Cole, and his wife Teddi Cole, to the stage. They gave a heartwarming tribute to family members featured in Dr. Barbara Firestone's newly released book *Autism Heroes: Portraits of Families Meeting the Challenge*.

Andrea Fiuczynski, President of Christie's, led the live auction, which featured a premiere Staples Center suite and a new 2008 Audi R8, courtesy of Keyes Motors. For its second year in auction was the "Building for the Future" classroom naming program in support of The Help Group's Capital Campaign. Dr. Susan Berman, The Help Group's Chief Operating Officer, and Dick Costello, Help Group Circle of Friends Board member, introduced the annual auction of Teddy bears for the "Opportunity Fund". This fund provides funds for scholarships, mentoring, college counseling, vocational training and

# N OSTROFF AND SHELLEY & DR. FRANK LITVACK

















internships, and even basic food, clothing and shelter to children and families in need served by The Help Group's programs.

David Salzman, Executive Producer, *Mad TV* and Help Group Circle of Friends Board Member introduced a video retrospective featuring all of the individuals and organizations that The Help Group has honored since the inception of its awards program in 1987.

Willy, Erika, and Harry Litvack, children of Shelley & Dr. Frank Litvack, introduced the *Champion for Children Award* recipients, describing their mother as "Wonderful, attentive, and loving and a generous philanthropist...who worked her way up from a receptionist to an executive producer and director...winning 5 Emmy Awards and receiving 2 DGA nominations." They spoke of their father as a published and internationally known cardiologist, medical researcher and entrepreneur and as a "Role model and generous person who is always willing to help the little guy." In his gracious acceptance remarks, Frank commented, "We extend our heartfelt thanks – especially to our many friends who have arrived in force to support this most worthy organization, we offer our gratitude." And, reflecting on the work of The Help Group, Shelley remarked, "The many teachers, therapists, psychologists and staff who serve the thousands of children with special needs that are touched by The Help Group—they are the real 'champions for children'. These devoted people go to work every day and give so much of themselves to the children and families."

Gala chairs Nancy Tellem and Bruce Rosenblum, introduced *Help Humanitarian Award* honoree, Dawn Ostroff. Nancy described Dawn as "An extraordinarily caring and generous person with a big heart, especially when it comes to children." Bruce shared, "Dawn has always made her kids a top priority – and she brings this dedication to the growth and development of children to her work in supporting The Help Group." Giving her acceptance remarks, Ostroff expressed her appreciation stating, "While I'm sincerely grateful to be here tonight, the real beneficiaries of your kindness and generosity are the children of The Help Group. We owe an overwhelming amount of gratitude to Dr. Barbara Firestone, Gary Carmona and the entire board, as well as everyone at The Help Group for their vision, dedication and hard work. They've created the best schools in the country for children with special needs. They are changing the lives of these kids on a daily basis, and opening doors to a brighter future for all of them."

As the grand finale of this unforgettable evening of friendship and philanthropy came to a close, the honorees and presenters joined the children on stage to sing *Winter Wonderland* to a cheering audience.

1. Bruce Rosenblum, Gary H. Carmona, Dawn Ostroff, Nancy Tellem, Dr. Barbara Firestone
2. Shelly & Dr. Frank Litvack
3. *The Game's* Pooch Hall, Tia Mowry
4. *Gossip Girl's* Blake Lively, Chase Crawford, Leighton Meester
5. Emmy Rossum
6. Gary H. & Rochelle Carmona
7. Jerrold & Joy Monkarsh
8. Mike & Susan Berk
9. Cheryl Clark, Perry Katz
10. Andy Berman & Dr. Susan Berman
11. Gary & Teddi Cole
12. David & Sonia Salzman
13. Hon. Gray & Sharon Davis
14. Hon. Wendy Greuel & Dean Schramm
15. Dr. Sarah Milken, Joe Buissink
16. Jonathan & Samantha Firestone
17. Rich Brenda Batista
18. Ann & Dick Costello
19. Mary & Bill Urquhart
20. Karen Shapiro & Syud Sharif

**16** H e l p L i n e

## EDUCATORS FROM JAPAN VISIT THE HELP GROUP



*Dr. Keiichi Takeda, Dr. Philip Levin*

In March, a delegation of 29 special education teachers and speech and language therapists from Japan's Osaka Medical College, Learning Disabilities Center visited The Help Group's Sherman Oaks campus for a two-day special lecture series to study educational strategies for young children with Asperger's and high functioning autism. The delegation, led by Dr. Keiichi Takeda, Professor Emeritus of Osaka Kyoiku University, Visiting Professor of Osaka Medical College and President of Japan Association of Special Educational Needs is part of an ongoing educational partnership that The Help Group has made available to educators, physicians and clinicians from Japan.



The Help Group was pleased to share its expertise with these colleagues from Japan.

## GIRL SCOUTS SPREAD HOLIDAY CHEER



*Rebecca Lascoe, Volunteers, Help Group Team*

More than 30 Girl Scout Troops from the San Fernando Valley prepared 700 hand-made Easter Baskets filled with goodies to make Easter a special holiday for children served by The Help Group's mental health and child abuse prevention and intervention programs.

For the ninth consecutive year Rebecca Lascoe spearheaded this project. "Every year Girl Scout troops throughout the San Fernando Valley select community service projects – preparing the baskets for the children of The Help Group is always one of their favorite ways to positively impact the community."

Terri Morgan, Senior Director of Outpatient Services expressed, "The Easter Basket Delivery has become one of our favorite traditions. The baskets are such a special treat for the children and their families."

The Help Group extends a very special thank you to Rebecca Lascoe, and the Girl Scouts who participated in this labor of love.

## GRADUATION CEREMONIES
## MARK MILESTONE ACHIEVEMENTS

*June and August graduation ceremonies gave cause to celebrate the remarkable achievements of The Help Group's students*



Donning caps and gowns, 54 high school graduates celebrated a day of culminating achievements from the **Summit View** Valley and West campuses. All of the students are looking forward to attending colleges and universities this fall.

Marking the transition into young adulthood, eight proud **Bridgeport** graduates will be attending community college, vocational programs or entering the workplace and eleven high school seniors will prepare to enter Bridgeport's Transition Program.

Looking forward to bright futures, thirty eight **Village Glen** graduates proudly accepted diplomas. Students from Village Glen's Sherman Oaks and Culver City campuses will be attending a wide array of colleges, universities and trade schools this fall.

Families gathered to cheer on the 12 graduates from **Pacific Schools** who received diplomas.

**Coldwater Canyon Prep** culmination ceremonies marked the accomplishments of nine proud high school seniors.

The graduation ceremony for **Sunrise** student, Nicholas highlighted his remarkable achievements.

New and exciting beginnings await the 12 graduates from the **Young Learners Preschool for Autism.**



## THE HELP GROUP - SUMMIT 2008
## ADVANCES AND BEST PRACTICES IN AUTISM · LEARNING DISABILITIES · ADHD

**Friday, September 26th & Saturday, September 27th**
Skirball Cultural Center, Los Angeles

Designed for professionals, parents, and graduate and undergraduate students in the field, the annual Summit is a cutting-edge conference featuring some of the nation's leading researchers, educators and clinicians. Speakers will present the latest breakthroughs in neurodevelopmental research, treatment and best practices, and public policy in autism, learning disabilities and ADHD. The Summit offers continuing education units for Psychologists, Speech Pathologists, Social Workers, Marriage Family & Child Counselors, Marriage & Family Therapists and Registered Nurses, as well as professional development hours for teachers.

### SUMMIT CHAIRS

**Barbara Firestone, Ph.D.**
President & CEO, The Help Group

**Paul Satz, Ph.D.**
Ph.D. Professor Emeritus,
Semel Institute for Neuroscience &
Human Behavior

**Peter C. Whybrow M.D.**
M.D. Director,
Semel Institute for Neuroscience &
Human Behavior at UCLA

### PRESENTERS

**Michael Arnot, MPA**
Program Officer, First 5 LA

**Margaret L. Bauman, M.D.**
Associate Professor of Neurology,
Harvard University Medical School

**Jan Blacher, Ph.D.**
Professor of Education, UC Riverside

**Michael G. Chez, M.D.**
Director, Pediatric Neurology, Sutter Neuroscience
Institute & Sutter Memorial Hospital
Professor, Pediatric Neurology,
UC Davis Medical Center

**Glen Dunlap, Ph.D.**
Research Professor, Division of Applied Research
& Educational Support, University of South Florida

**Peter F. Gerhardt, Ed.D.**
President & Chair, Scientific Council
Organization for Autism Research

**Robert L. Hendren, D.O.**
Professor, Department of
Psychiatry & Behavioral Sciences
Chief, Division of Child & Adolescent Psychiatry
Executive Director, M.I.N.D. Institute, UC Davis

**Connie Kasari, Ph.D.**
Professor, Division of Psychological
Studies in Education
UCLA Graduate School of
Education & Information Sciences

**Michele D. Kipke, Ph.D.**
Professor, Departments of
Pediatrics & Preventive Medicine
Keck School of Medicine, USC

**Martin L. Kutscher, M.D.**
Assistant Clinical Professor, Pediatrics &
Neurology, New York Medical College

**Elizabeth Laugeson, Psy.D.**
Director, The Help Group - UCLA
Autism Research Alliance

**Alan M. Leslie, Ph.D.**
Director, Cognitive Development Lab
Distinguished Professor of Psychology &
Cognitive Science, Rutgers University

**Philip Levin, Ph.D.**
Program Director
Help Group - UCLA Neuropsychology Program
Assistant Clinical Professor, Semel Institute
for Neuroscience & Human Behavior

**Sandra Loo, Ph.D.**
Assistant Professor-In-Residence
Division of Child Psychiatry
Center for Neurobehavioral Genetics,
David Geffen School of Medicine, UCLA

**Enrique López, Psy.D.**
Research Neuropsychologist
Cedars - Sinai Medical Center
Clinical Assistant Professor
David Geffen School of Medicine, UCLA

**Catherine Lord, Ph.D.**
Director, University of Michigan Autism
& Communication Disorders Center
Professor, Psychology & Psychiatry
Research Professor
Center for Human Growth & Development

**Maureen W. Lovett, Ph.D.**
Senior Scientist
Neurosciences & Mental Health Program
Director, Learning Disabilities Research Program,
The Hospital for Sick Children
Professor, Pediatrics & Psychology
University of Toronto

**Areva D. Martin, Esq.**
President, Special Needs Network
Managing Partner, Martin & Martin, LLP

**Irene Martinez, MSW**
Executive Director, Fiesta Educativa

**Maja J. Mataric', Ph.D.**
Professor, Computer Science & Neuroscience
Founding Director, USC Center for Robotics and
Embedded Systems
Senior Associate Dean for Research
Viterbi School of Engineering

**Sara McCracken, Psy.D.**
Director, The Help Group Autism
Spectrum Disorders Programs

**Istvan Molnar-Szakacs, Ph.D.**
David Geffen School of Medicine, UCLA

**Derek A. Ott, M.D.**
Assistant Clinical Professor of Psychiatry,
Division of Child Psychiatry,
David Geffen School of Medicine, UCLA

**Emily Rubin, MS, CCC-SLP**
Director, Communication Crossroads

**Janiece Turnbull, Ph.D.**
Private Practice, Clinical Neuropsychologist
Director of Neurobehavior Services

**Louis Vismara, M.D.**
Policy Consultant, Senator Don Perata
Board of Directors, M.I.N.D. Institute, UC Davis

### Major Sponsors

 

### Award Recipients

**Media Excellence**


**autism heroes**
DR. LOUIS VISMARA

**Champion for Children**

GRAMMY FOUNDATION

For Registration, Continuing Education and Hotel Accommodation Information , please visit:
www.thehelpgroup.org

**18** H e l p L i n e

## THE HELP GROUP'S DISTINGUISHED LECTURER SERIES

### EMPATHY AND SYSTEMIZING IN AUTISM SPECTRUM DISORDER: RELEVANCE FOR EDUCATION



On January 14th, **Dr. Simon Baron-Cohen**, Professor of Developmental Psychopathology at Cambridge University, a Fellow at Trinity College, Cambridge and Director of the Autism Research Centre (ARC) in Cambridge presented, *Empathy and Systemizing in Autism Spectrum Disorder: Relevance for Education.*

Dr. Simon Baron-Cohen is widely recognized for his early theory that autism involves degrees of 'mindblindness' (or delays in the development of theory of mind) and his current research involves testing the 'extreme male brain' theory of autism. Dr. Baron-Cohen is an extensively published author, and has received awards from the American Psychological Association, the British Association for the Advancement of Science, and the British Psychology Society for his research in autism. He is also Director of CLASS (Cambridge Lifespan Asperger Syndrome Service), a clinic for adults with suspected Asperger Syndrome.

### THE SOCIAL WORLD OF AUTISM: TEACHING SOCIAL SKILLS TO CHILDREN AND ADOLESCENTS WITH HIGH FUNCTIONING AUTISM AND ASPERGER'S DISORDER



On March 3rd, **Dr. Liz Laugeson**, Director of The Help Group - UCLA Autism Research Alliance, Clinical Instructor in the Department of Psychiatry and Biobehavioral Sciences at the UCLA Semel Institute, and **Dr. Sara McCracken**, Director of The Help Group Autism Spectrum Disorders Programs presented *The Social World of Autism: Teaching Social Skills to Children and Adolescents with High Functioning Autism and Asperger's Disorder.*


*Dr. Liz Laugeson*

The afternoon lecture focused on the social development in children and adolescents with ASD, and included an overview of evidence-based social skills intervention, current social skills programs implemented at The Help Group and other social skills resources. Dr. Laugeson and Dr. McCracken described the social deficits, conversational problems and poor quality of friendships common among children with ASD. Drawing from previous research findings, including the UCLA PEERS Program, they outlined effective methods of social skills instruction and treatment methods.

*Dr. Sara McCracken*

## CHILD ABUSE PREVENTION & INTERVENTION SEMINAR

On April 3rd, in observance of National Child Abuse Awareness month, The Help Group hosted its annual Child Abuse Prevention and Intervention Seminar. The seminar focused on current trends and the positive outcomes possible for children and their families receiving services in Los Angeles County.



**Patricia Ploehn**, Director, L.A. County Department of Children & Family Services, one of the largest child welfare agency's in the nation discussed its new and innovative Prevention Initiative, as "A proactive approach to benefit the thousands of at-risk children in the community." Under Phloehn's leadership, DCFS provides children with the services and supports needed to achieve safety and stability.



**Dr. Astrid Heppenstall Heger**, Executive Director of the Violence Intervention Program (VIP). Dr. Heger described the VIP program as "The first of its kind, one-stop community Family Advocacy Center, offering medical, mental health, protective, legal and social services to victims of family violence and sexual assault throughout LA County."

**Deanne Tilton Durfee**, Executive Director of the Inter-Agency Council on Child Abuse and Neglect (ICAN). Durfee shared that "Each year in the United States, nearly 3,000,000 children are reported for suspected abuse or neglect and in LA County alone, DCFS responded to over 165,000 child abuse and neglect reports last year."



**Ruth Mandernach**, LCSW, Director, The Help Group's Family Service Programs presented the innovative work of The Help Group's Wraparound Program. Mandernach remarked, "Wraparound distinguishes itself by developing individualized plans of care based on the strengths and culture of the child and their family."



Exhibit 3, Page 50

## THE HELP GROUP ADVISORY COUNCIL

**Tony Attwood, Ph.D.**
The Asperger's Clinic, Brisbane, Australia

**Robert M. Bilder, Ph.D.**
UCLA Neuropsychiatric Institute and Hospital

**Susan Bookheimer, Ph.D.**
University of California, Los Angeles

**Thomas E. Brown, Ph.D.**
Yale University

**Stephen Buka, Sc.D.**
Harvard University

**Eric Courchesne, Ph.D.**
University of California, San Diego

**Jack M. Fletcher, Ph.D.**
University of Texas - Houston

**Stephen Hinshaw, Ph.D.**
University of California, Berkeley

**Barbara Keogh, Ph.D.**
University of California, Los Angeles

**Lewis P. Lipsitt, Ph.D.**
Brown University

**Frank Manis, Ph.D.**
University of Southern California

**John Pomeroy, M.D.**
State University of New York at Stony Brook

**Paul Satz, Ph.D.**
Professor Emeritus, Semel Institute for Neuroscience & Behavior
David Geffen School of Medicine at UCLA

**Larry Seidman, Ph.D.**
Harvard University

**Bennett A. Shaywitz, M.D.**
Yale University

**Sally E. Shaywitz, M.D.**
Yale University

**Susan L. Smalley, Ph.D.**
UCLA Neuropsychiatric Institute & Hospital

**Sara S. Sparrow, Ph.D.**
Yale University

**Joseph Torgesen, Ph.D**
Florida State University

### HelpLine

Managing Director: **Cheryl Raver**
Writer: **Lisa Manafian**
Graphic Designer: **Kristine Datastanyan**

## ABOUT THE HELP GROUP

The Help Group is dedicated to the education, treatment and outreach of children with autism and other special needs:

### SPECIALIZED DAY SCHOOLS

**Village Glen School** for students with social and communicative disorders including Asperger's Disorder and high functioning autism; The PACE Program is for Village Glen students who are highly gifted.

**Young Learners Preschool for Autism** for children with autism spectrum disorders.

**Bridgeport School** for students with social, communicative and mild cognitive delays.

**Sunrise School** for students with autism and related developmental disabilities.

**Summit View School** for students with learning differences.

**Coldwater Canyon Prep** for students with learning differences, attentional and emotional issues.

**Pacific Schools** for students with emotional disabilities. **Pacific Cove Program** for students with high functioning autism and Asperger's Disorder as well as significant behavioral challenges. **Pacific Harbor Program** for students with internalizing disorders.

### CLINICAL PROGRAMS

**The Mental Health Services Program** provides psychiatry, individual, family and group therapy, case management, day treatment services for at-risk preschoolers and after school enrichment for at-risk children and vocational services.

**The Help Group Center for Autism Spectrum Disorders** features multidisciplinary assessment, consultation, intervention, family support, after school programs and summer camp for children with autism and Asperger's Disorder. This program offers seminars for parents and professionals and promotes public awareness of Autism Spectrum Disorders.

**The STEPS to Independence Program** is designed to assist young adults with Autism and related disabilities to transition into the community and maximize their ability to function independently.

**The Speech and Language Disorders Program and Occupational Therapy Program** provides comprehensive assessment and intervention services on current research and best practices in individual, small group and classroom settings.

**The Help Group - UCLA Neuropsychology Program** is an innovative partnership of The Help Group and UCLA's Neuropsychiatric Institute. This program provides neuropsychological assessments and consultations for children, adolescents and young adults and enriches the field of knowledge through their research and educational endeavors.

**The Help Group - UCLA Autism Research Alliance** is an innovative partnership between The Help Group and the UCLA Semel Institute for Neuroscience and Human Behavior. It is dedicated to enhancing and expanding clinical research into Autism Spectrum Disorders education and treatment and to contributing to the development, greater understanding and use of best practice models by educators and clinicians.

**The Child Abuse Prevention and Intervention Programs** include child and family counseling, family preservation, teen parenting counseling, parent education and family reunification counseling.

### RESIDENTIAL SERVICES

**Project Six** creates therapeutic living opportunities in nurturing, home-like settings. With a full continuum of integrated services, these programs promote personal and interpersonal development, vocational and independent living skills for adolescents and young adults.

**Village Glen Commons** is a therapeutic boarding school for adolescents on the autism spectrum with challenges in the areas of socialization, communication, and peer relations.

### PROFESSIONAL DEVELOPMENT

Graduate & Post-Graduate Training Programs

Continuing Medical Education Seminars

Distinguished Lecturer Series

The Help Group's Summit - Advances and Best Practices in Autism, Learning Disabilities & ADHD

### INITIATIVES

The Help Group National Autism Foundation

The Help Group Autism Awareness Campaign



Non-Profit Org.
U.S. POSTAGE
PAID
PERMIT NO. 718
Van Nuys, CA

Administrative Offices:

13130 Burbank Boulevard
Sherman Oaks, California 91401

 because every child deserves a great future

Founded in 1975, The Help Group is the largest, most innovative and comprehensive nonprofit organization of its kind in the United States serving children with special needs related to autism, Asperger's Disorder, learning disabilities, ADHD, mental retardation, abuse and emotional problems.

The Help Group's six specialized day schools offer pre-K through high school programs for more than 1,300 students. The Help Group's wide range of mental health and therapy services, child abuse and residential programs extend its reach to more than 5,000 children and their families each year. With over 800 staff members, The Help Group's state-of-the-art schools and programs are located on four major campuses in the Los Angeles area.

The Help Group is highly regarded for its high standards of excellence, unique scope and breadth of services. Through its public awareness, professional training and parent education programs and efforts at the state and national levels, The Help Group touches the lives of children with special needs across the country and in other parts of the world.

At the heart of its effort is the commitment to helping young people fulfill their potential to lead positive, productive and rewarding lives.

The Help Group Center for Autism Spectrum Disorders
Young Learners Preschool for Autism
Village Glen School • Bridgeport School • Sunrise School
Steps to Independence • Village Glen Commons
The Help Group National Autism Foundation
The Help Group-UCLA Autism Research Alliance

Summit View School • Coldwater Canyon Prep
The Help Group-UCLA Neuropsychology Program

The Help Group Child & Family Center
Pacific Schools • Project Six

CULVER CITY • SHERMAN OAKS • VALLEY GLEN • VAN NUYS

PHONE: 877.943.5747 • FAX: 818.779.5292 • www.thehelpgroup.org



## UPCOMING EVENTS



### The Help Group SUMMIT 2008
Advances and Best Practices in
AUTISM ■ LEARNING DISABILITIES ■ ADHD
Skirball Cultural Center
September 26 & 27

• • •

The 12th Annual
### Teddy Bear Ball
honoring
**STEVE MOSKO**
President, Sony Pictures Television

The Beverly Hilton Hotel
December 8, 2008



• • •

### The Help Group's Holiday Carnival
Sherman Oaks Campus
December 13, 2008

• • •

### The Teddy Bear Tea
The Regency Club
February 11, 2009



• • •

The 18th Annual
### Keyes European Mercedes-Benz Teddy Bear Golf Classic
Valencia Country Club
April 27, 2009



