ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**CONSENT AND ORDER APPOINTING THE HONORABLE JOHN K. TROTTER (RET.) TO ACT AS THE FRCP RULE 53 SPECIAL SETTLEMENT MASTER and ORDER RE: MEDIATION**<br><br>Dates: March 26 and 28, 2011<br>Time: 1pm and 9am<br>Place: Dept. 9D<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

1  It is hereby consented and agreed by and between the parties to this action through their respective counsel that the Hon. John K. Trotter (Ret.) be appointed as Special Master pursuant to Federal Rules of Civil Procedure, Rule 53, to serve as mediator for the MGA parties and Isaac Larian and their insurance carriers.

Pursuant to the joint request of the parties and good cause appearing therefore, the Court orders that a representative of MGA and its insurance carriers and their counsel including the following attend a mediation in the above-entitled matter: 1. Crum & Forster Specialty Insurance Company; 2. Lexington Insurance Company; 3. Chartis Specialty Insurance Company; 4. Evanston Insurance Company; 5. National Union Fire Insurance Company of Pittsburgh; and 6. Shernoff Bidart Echevarria LLP.

The mediation shall occur beginning at 9:00 a.m. [handwritten, replacing ~~1:00 p.m.~~] on Saturday, March 26, 2011 and continuing if necessary, on Monday March 28, 2011 at 9:00 a.m. before Justice John K. Trotter, (Retired) in the courtroom of the Honorable David O. Carter.  Each attendee shall have full settlement authority.

**IT IS HEREBY ORDERED.**

DATED: *March 22*, 2011      _/s/ David O. Carter_
                                                    Hon. David O. Carter
                                                    United States District Judge

# CERTIFICATE OF SERVICE

I, Abby Ako-Nai, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

On March 22, 2011, I served the following document:

**CONSENT AND ORDER APPOINTING THE HONORABLE JOHN K. TROTTER (RET.) TO ACT AS THE FRCP RULE 53 SPECIAL SETTLEMENT MASTER and ORDER RE: MEDIATION**

- ☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
- ☐ By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.
- ☒ (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2011, at Irvine, California.

_____
Abby Ako-Nai

## SERVICE LIST

Susan J. Field, Esq.  
MUSICK, PEELER & GARRETT  
One Wilshire Boulevard, Suite 2000  
Los Angeles, CA 90017  
Tel: (213) 629-7618  
Fax: (213) 624-1376  
s.field@mpglaw.com

Attorneys for Defendant  
CRUM & FORSTER SPECIALTY  
INSURANCE COMPANY

James P. Wagoner, Esq.  
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP  
P. O. Box 28912  
5 River Park Place East  
Fresno, CA 93720  
Tel: (559) 433-1300  
Fax: (559) 433-2300  
Jim.wagoner@mccormickbarstow.com

Attorneys for Defendant  
LEXINGTON INSURANCE COMPANY

Michael J. Bidart, Esq.  
SHERNOFF BIDART ECHEVERRIA LLP  
600 South Indian Hill Boulevard  
Claremont, CA 91711  
Tel: (909)621-4935  
Fax: (909)621-2806  
MBidart@shernoff.com

Attorneys for Plaintiffs  
MGA ENTERTAINMENT, INC.  
AND ISAAC LARIAN

///  
///  
///  
///  
///  
///  
///  
///  
///

CONSENT AND ORDER APPOINTING HON. J. TROTTER AS SPECIAL SETTLEMENT MASTER CASE NO. 04-9049 DOC (RNBX)

| | | |
|---|---|---|
| 1 | John Quinn | Attorneys for |
| 2 | Michael T. Zeller, Esq. | MATTEL, INC. |
|   | Brett D. Proctor, Esq. | |
| 3 | Jon D. Corey, Esq. | |
| 4 | QUINN EMANUEL URQUART OLIVER & HEDGES LLP | |
| 5 | 865 South Figueroa Street, 10th Floor | |
|   | Los Angeles, CA 90017 | |
| 6 | Tel: (213)443-3000 | |
|   | Fax: (213) 443-3100 | |
| 7 | johnquinn@quinnemanuel.com | |
| 8 | michaelzeller@quinnemanuel.com | |
|   | dylanproctor@quinnemanuel.com | |
| 9 | joncorey@quinnemanuel.com | |
| 10 | | |
| 11 | | |
| 12 | Alexander H. Cote, Esq. | Attorneys for |
|    | SCHEPER KIM & HARRIS LLP | CARLOS GUSTAVO MACHADO |
| 13 | 601 W. Fifth Street, 12th Floor | GOMEZ |
|    | Los Angeles, CA  90071-2025 | |
| 14 | Tel:  (213) 613-4655 | |
|    | Fax:  (213) 613-4656 | |
| 15 | acote@scheperkim.com | |
| 16 | Mark E. Overland, Esq. | |
|    | Law Offices of Mark E. Overland | |
| 17 | 100 Wilshire Boulevard, Suite 950 | |
|    | Santa Monica, CA 90401 | |
| 18 | Tel:  (310) 459-2830 | |
|    | Fax:  (310) 459-4621 | |
| 19 | mark@overlaw.net | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |