# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MGA ENTERTAINMENT, INC., <br><br> Defendant(s). <br>_____ <br><br> AND CONSOLIDATED ACTIONS. <br>_____ | CASE NO. CV 04-9049 DOC (RNBx) <br><br> **O R D E R ORDER GRANTING MGA'S MOTION TO EXCLUDE REFERENCE TO EXHIBIT 24324** |

MGA's motion to exclude use or reference to Exhibit 24324 [Docket 10254] is GRANTED. See Fed. R. Evid. 403.

IT IS SO ORDERED.

DATED: March 24, 2011

_____
DAVID O. CARTER
United States District Judge