Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Tel: 213.629.7400/Fax: 213.629.7401
Email: obrien.robert@arentfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Discovery Master Report and Recommendation Re In Camera Review of Files Referenced In Mattel's Security Logs; (2) Application to File Document Under Seal; and (3) [Proposed] Order Granting Discovery Master's Application to File Document Under Seal

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| March 24, 2011 | /s/ Robert C. O'Brien |
|---|---|
| Date | Attorney Name |
| | Discovery Master |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)    **NOTICE OF MANUAL FILING**    American LegalNet, Inc.
www.Forms*Workflow*.com