Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**APPLICATION TO FILE DOCUMENT UNDER SEAL DISCOVERY MASTER REPORT AND RECOMMENDATION**<br><br>**CONFIDENTIAL–FILED UNDER SEAL PURSUANT TO COURT ORDER** |



ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232425.1

APPLICATION TO FILE UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]


ORIGINAL

## APPLICATION

Pursuant to Central District Local Rule 79-5.1, the Discovery Master respectfully requests that the Court permit him to file under seal the Discovery Master Report and Recommendation Regarding In Camera Review of Files Referenced In Mattel's Security Logs.  The basis for filing the Report and Recommendation under seal is that it references *in camera* proceedings by the Court.  As such, this information is not available to the public and should remain under seal.

The Discovery Master therefore respectfully requests that the Court grant this Application to File Under Seal.  The Discovery Master has lodged a [Proposed] Order concurrently herewith for the Court's consideration.


Dated:  March 24, 2011

By:_____
Robert C. O'Brien

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

APPLICATION TO FILE UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]

LA/232425.1