| | |
|---|---|
| 1 | Robert C. O'Brien (SBN 154372) |
| 2 | ARENT FOX LLP<br>555 West Fifth Street, 48th Floor |
| 3 | Los Angeles, CA 90013-1065<br>Telephone: 213.629.7400 |
| 4 | Facsimile: 213.629.7401<br>obrien.robert@arentfox.com |
| 5 | Discovery Master |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 24 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

CONSOLIDATED WITH
MATTEL, INC. v. BRYANT and
MGA ENTERTAINMENT, INC. v.
MATTEL, INC.

Case No. CV 04-09049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-2727

[~~PROPOSED~~] ORDER GRANTING DISCOVERY MASTER'S APPLICATION TO FILE DOCUMENT UNDER SEAL

**CONFIDENTIAL–FILED UNDER SEAL PURSUANT TO COURT ORDER**

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING APPLICATION
[Case No. CV 04-09049 DOC (RNBx)]

LA/232427.1

## ORDER

The Court, having considered the Discovery Master's concurrently-filed APPLICATION TO FILE DOCUMENT UNDER SEAL, hereby GRANTS the Application and orders that the Discovery Master Report and Recommendation Regarding In Camera Review of Files Referenced In Mattel's Security Logs be filed under seal.

**IT IS HEREBY ORDERED:**

DATED: MARCH 24, 2011

_____
Hon. David O. Carter
United States District Court Judge

Arent Fox LLP
Attorneys At Law
Los Angeles

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION
[Case No. CV 04-09049 DOC (RNBx)]

LA/232427.1