UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**ORDER ADOPTING DISCOVERY MASTER REPORT AND RECOMMENDATION RE *IN CAMERA* REVIEW OF FILES REFERENCED IN MATTEL'S SECURITY LOGS** |

The Court, having reviewed the Discovery Master Report And Recommendation Re *In Camera* Review of Files Referenced in Mattel's Security Logs (the "Recommendation") filed on March 24, 2011, hereby amends paragraph 2 of the Recommendation to exclude the exception for "Log 05-322, pages MATQEPD00160929-38" and otherwise adopts the Recommendation in its

ORDER
[Case No. CV 04-09049 DOC (RNBx)]

1 | entirety. The Court ORDERS Mattel to provide the MGA Parties with a copy of
2 | the subject security logs redacted in accordance with the Recommendation no later
3 | than 7:00 a.m. on March 25, 2011.

5 | It is so ORDERED.

7 | Dated: March 24, 2011

*[signature]*
Judge, United States District Court