ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   213-629-2020
Facsimile:    213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW RE CONVERSION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(a)** |
| AND CONSOLIDATED ACTIONS | Trial Date: January 18, 2011<br>Judge:  Hon. David O. Carter |


MGA Entertainment, Inc. ("MGA"), MGAE de Mexico, S.R.L. de C.V. ("MGA Mexico"), MGA Entertainment (HK) Ltd. ("MGA HK"), and Isaac Larian (collectively "the MGA Parties") respectfully submit this supplemental memorandum in support of the MGA Parties' Notice of Motion and Motion for Judgment as a Matter of Law re Conversion Pursuant to Federal Rule of Civil Procedure 50(a), Dkt. No. 10262.

In the MGA Parties' Motion for Judgment as a Matter of Law re Conversion, the MGA Parties demonstrated that judgment as a matter of law should be granted on Mattel's claim of conversion. Dkt. No. 10262. The MGA Parties submit the following additional evidence in support of that motion:

1) Margaret Leahy, an independent contractor, created the Bratz sculpts at issue, Exs. 1136 and 1141. Exs. 17823 & 17825; 3/15/2011 (Vol 2) 18:25-21:6, 23:11-24:4, 32:20-35:6 (Leahy Testimony); 1/25/2011 (Vol 2) 60:17-25, 76:23-77:13 (Garcia Testimony).

2) MGA paid Ms. Leahy in full for her work. Exs. 17823 & 17825; 3/15/2011 (Vol 2) 32:20-35:6, 53:11-16 (Leahy Testimony); 1/25/2011 (Vol 2) 65:3-67:25, 74:7-75:11, 76:23-77:13 (Garcia Testimony); 2/2/2011 (Vol 2) 95:23-96:9 (Bryant Testimony).

Respectfully submitted,

Dated: March 25, 2011       Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Warrington S. Parker III*
Warrington S. Parker III
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN