# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                    Date: March 25, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

        THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                             NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER COMPELLING PRODUCTION OF UNREDACTED COPIES OF MATTEL INVESTIGATION FILES 02-115 AND 02-1680

      Upon receipt of this Order, Mattel shall lodge with this Court unredacted versions of the above-entitled investigation files.

      The Clerk shall serve this minute order on all parties to the action.