QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL, INC.'S NOTICE OF LODGING OF MATTEL'S OPPOSITIONS TO MGA PARTIES' MOTIONS FOR JUDGMENT AS A MATTER OF LAW RE CONVERSION AND SCULPT OWNERSHIP AND DUTY OF LOYALTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(a)** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's March 8, 2011 order (Dkt. No. 10169), Mattel, Inc. and Mattel de Mexico, S.A. de C.V. hereby lodge on a thumb drive with the Court:  Mattel's Opposition To MGA Parties' Motion For Judgment As A Matter Of Law Re Conversion And Sculpt Ownership Pursuant To Federal Rule Of Civil Procedure 50(a), Mattel's Opposition To MGA Parties' Motion For Judgment As A Matter Of Law Re Duty Of Loyalty Pursuant To Federal Rule Of Civil Procedure 50(a), as well as supporting trial exhibits, trial transcripts, cases, and docket entries.

DATED:  March 26, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael T. Zeller*
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.