ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' REVISED [PROPOSED] SPECIAL VERDICT FORM**<br><br>Trial Date: January 18, 2011<br>Judge:  Hon. David O. Carter |

1         Pursuant to Federal Rule of Civil Procedure 59, the MGA Parties

2   hereby respectfully submit their proposed special verdict form.  The Court has

3   suggested that it may not submit the aiding and abetting breach of the duty of

4   loyalty and conversion claims to the jury, and those claims accordingly are not

5   addressed herein at the present time.  This is the form handed up to the Court and to

6   Mattel on the evening of March 26, 2011.

7

8   Dated: March 26, 2011         Respectfully submitted,

9               ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11               By:           */s/ Annette L. Hurst*

12                          Annette L. Hurst
               Attorneys for MGA ENTERTAINMENT, INC.,

13               MGA ENTERTAINMENT HK, LTD., MGA de
               MEXICO, S.R.L. de C.V., and ISAAC LARIAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>Contract Interpretation—Declaratory Relief</u>

1.    Has Mattel proven by a preponderance of the evidence that the definition of "inventions" in paragraph 2(a) of the 1999 Employee Confidential Information and Inventions Agreement encompasses ideas?

Yes _____

No _____

2.    Has Mattel proven by a preponderance of the evidence that the phrase "at any time during my employment" in paragraph 2(a) of the 1999 Employee Confidential Information and Inventions Agreement encompasses inventions made by Carter Bryant on nights and weekends outside the scope of his employment?

Yes _____

No _____

3.    Has Mattel proven by a preponderance of the evidence that either of the following ideas or combinations of ideas are inventions assigned to Mattel by Carter Bryant pursuant to paragraph 2(a) of the 1999 Employee Confidential Information and Inventions Agreement?

| <u>Trial Exhibit</u> | <u>Yes</u> | <u>No</u> |
|---|---|---|
| The Bratz Concept (defined as [insert definition from Dkt 9801]) | | |
| The Bratz Name (defined as [insert definition from Dkt 9801]) | | |

4. Has Mattel proven by a preponderance of the evidence that Carter Bryant was the sole author of any of the following (in other words, has Mattel disproven by a preponderance of the evidence that MGA was the author)?

| Trial Exhibit | Yes | No |
|---|---|---|
| K-mart Drawings (TX 1107, 1108, 1109, 1110) | | |
| Leahy Sculpt 1 (Preliminary Sculpt) TX 1136 | | |
| Leahy Sculpt 2 (TX 1141) | | |
| Bryant Drawing (TX 5-89) | | |
| Leahy Sculpt 3 (Tooling Sculpt) (TX 1234) | | |
| Final Production Sculpt 1 (Closed Mouth) (TX 17333) | | |
| Final Production Sculpt 2 (Open Mouth) (TX 17332) | | |
| [all subsequent Bryant fashion drawings] | | |
| (contd…) | | |

5. Has Mattel proven by a preponderance of the evidence that any invention embodied in any of the following was conceived or reduced to practice between January 4, 1999 and October 19, 2000?  (Place an "X" in the box to indicate "yes" and leave blank to indicate "no.")

| Trial Exhibit | Conceived | Reduced to Practice |
|---|---|---|
| Original 4 Drawings (TX 5-29, 5-40, 5-41, 5-42) | | |
| "Master" Drawings (TX ___) | | |
| Pitchbook & Original Color Drawings | | |
| 4 Evening Wear Drawings | | |
| K-mart Drawings | | |
| Leahy Sculpt 1 (Preliminary Sculpt) TX 1136 | | |
| Leahy Sculpt 2 (TX 1141) | | |
| Bryant Drawing (TX 5-89) | | |
| Leahy Sculpt 3 (Tooling Sculpt) (TX 1234) | | |
| Final Production Sculpt 1 (Closed Mouth) (TX 17333) | | |
| Final Production Sculpt 2 (Open Mouth) (TX 17332) | | |

6.     Has Mattel proven by a preponderance of the evidence that it is the exclusive owner of valid copyrights in the following works, either because they were (a) a work-made-for-hire by Carter Bryant for Mattel, or (b) Carter Bryant assigned them to Mattel under the Employee Confidentiality and Inventions Agreement? (Put an "X" in the box to indicate "yes" and leave blank to indicate "no.")

| Trial Exhibit | Work-Made-For Hire | Assignment |
|---|---|---|
| Original 4 Drawings (TX 5-29, 5-40, 5-41, 5-42) | | |
| "Master" Drawings (TX ___ ) | | |
| Pitchbook & Original Color Drawings | | |
| 4 Evening Wear Drawings | | |
| K-mart Drawings | | |
| Leahy Sculpt 1 (Preliminary Sculpt) TX 1136 | | |
| Leahy Sculpt 2 (TX 1141) | | |
| Bryant Drawing (TX 5-89) | | |
| Leahy Sculpt 3 (Tooling Sculpt) (TX 1234) | | |

*If you placed an X in any box in the second column ("Assignment") in question 6, then please answer question 7 for those specific works.  If you did not place an X in any box in the second column, ignore question 7.*

7.     If you placed an "X" in any box in the second column of Question 6, has MGA proven by a preponderance of the evidence that it acquired such copyright(s) from Carter Bryant in good faith, in exchange for valuable consideration or a binding promise to pay royalties, and without notice of the prior assignment to Mattel?

| Trial Exhibit | Yes | No |
|---|---|---|
| Original 4 Drawings (TX 5-29, 5-40, 5-41, 5-42) | | |
| "Master" Drawings (TX ___ ) | | |
| Pitchbook & Original Color Drawings | | |
| 4 Evening Wear Drawings | | |
| K-mart Drawings | | |
| Leahy Sculpt 1 (Preliminary Sculpt) TX 1136 | | |
| Leahy Sculpt 2 (TX 1141) | | |
| Bryant Drawing (TX 5-89) | | |
| Leahy Sculpt 3 (Tooling Sculpt) (TX 1234) | | |

## **Copyright Infringement**

8.   Has Mattel proven by a preponderance of the evidence that any of the following MGA products infringed any of the copyright(s) you identified above as both owned by Mattel and not assigned to MGA?

| **Trial Exhibit** | **Yes** | **No** |
|---|---|---|
| First Generation Cloe (TX _____) | | |
| First Generation Sasha (TX _____) | | |
| First Generation Jade (TX _____) | | |
| First Generation Hallidae (TX _____) | | |
| Production Sculpt (Closed Mouth) 17733 | | |
| Production Sculpt (Open Mouth) 17732 | | |
| Formal Funk Dana | | |
| Ooh La La Cloe | | |

*If your answer is "yes" to any of the above, then answer Questions 9-20.*
*If your answer is "no" to all of the above, then skip to Question 21 .*

9.   Has Mattel proven by a preponderance of the evidence that MGA Entertainment, Inc. is liable to Mattel for copyright infringement?

Yes _____

No _____

10.   Has MGA Entertainment, Inc. proven by a preponderance of the evidence that Mattel's claimed harm from copyright infringement occurred on or before November 20, 2003 [April 14, 2002] [December 7, 2001] [April 27, 2001]?

Yes _____

No _____

*If your answer to Question 10 is "yes," then skip Questions 11 and 12*

11.    Has Mattel proven by a preponderance of evidence that it is entitled to damages from MGA Entertainment, Inc. for copyright infringement?

Yes _____

No _____

12.    If yes, what amount?

$ _____

13.    Has Mattel proven that MGA Entertainment (Hong Kong) Limited is liable to Mattel for copyright infringement?

Yes _____

No _____

14.    Has MGA Entertainment (Hong Kong) Limited proven that Mattel's claimed harm from copyright infringement occurred on or before November 20, 2003?

Yes _____

No _____

*If your answer to Question 14 is "yes," then skip Questions 15 and 16*

15.    Has Mattel proven by a preponderance of evidence that it is entitled to damages from MGA Entertainment (Hong Kong) Limited for copyright infringement?

Yes _____

No _____

16.     If yes, what amount?

        $ _____

17.     Has Mattel proved that Isaac Larian is liable to Mattel for copyright infringement?

        Yes _____

        No _____

18.     Has Isaac Larian proven that Mattel's claimed harm from copyright infringement occurred on or before November 20, 2003?

        Yes _____

        No _____

*If your answer to Question 18 is "yes," then skip Questions 19 and 20*

19.     Has Mattel proven by a preponderance of evidence that it is entitled to damages from Isaac Larian for copyright infringement?

        Yes ____

        No ____

20.     If yes, what amount?

        $ _____

**Mattel's Claim for Trade Secret Misapropriation Against MGA
Entertainment, Inc. and Isaac Larian Related to "Bratz"**

*If you answered "No" to Question 3, then answer the following questions
only with respect to the sculpts and drawings.*

21.    Has Mattel proven that it owns a trade secret in any of the following:

| Claimed Bratz Trade Secret | Yes | No |
|---|---|---|
| The Bratz Concept | | |
| The Bratz Name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

*If you answered "No" to all, then skip to question 25.*

22.    Has MGA proven that the trade secrets in any of the following claimed Bratz
trade secrets are no more than that same expression protected by copyright?

| Claimed Bratz Trade Secret | Yes | No |
|---|---|---|
| The Bratz Concept | | |
| The Bratz Name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

23.  Has Mattel proven that any of the claimed Bratz trade secrets were trade secrets at the time of the alleged misappropriation?

| Claimed Bratz Trade Secret | Yes | No |
|---|---|---|
| The Bratz Concept | | |
| The Bratz Name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

*If you answered "No" to all, then skip to Question 27.*

24.  Has Mattel proven that MGA Entertainment, Inc. or Isaac Larian misappropriated any of the claimed Bratz trade secrets?

*Place an "X" in the box for "yes" and leave blank for "no."*

| Claimed Bratz Trade Secret | MGA Entertainment | Isaac Larian |
|---|---|---|
| The Bratz Concept | | |
| The Bratz Name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

*If you answered "No" to all, then skip to question 27.*

- 9 -

25. Has Mattel proven that MGA Entertainment, Inc. or Isaac Larian used improper means (theft, bribery, or inducing the breach of a duty to maintain secrecy) to misappropriate any of the claimed Bratz trade secrets?

*Place an "X" in the box for "yes" and leave blank for "no."*

| Claimed Bratz Trade Secret | MGA Entertainment | Isaac Larian |
|---|---|---|
| The Bratz Concept | | |
| The idea for the Bratz name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

*If you answered "No" to all, then skip to Question 27.*

26. Has MGA Entertainment proven that Mattel knew, or in the exercise of reasonable diligence should have known on or before November 20, 2003 [April 14, 2002] [December 7, 2001] [April 27, 2001], of the basis for its Bratz trade secret misappropriation claim?

Yes _____

No _____

27. Has MGA Entertainment or Isaac Larian proven by a preponderance of the evidence that Mattel engaged in inequitable conduct with respect to Mattel's claim for misappropriation of any of the claimed Bratz trade secrets?

Yes _____

No _____

*If your answer to Question 24 is "yes," then skip to Question __*

- 10 -

28.   Has Mattel proven by a preponderance of evidence that it is entitled to damages from MGA Entertainment, Inc. or Isaac Larian trade secret misappropriation?

*Place an "X" in the box for "yes" and leave blank for "no."*

| Claimed Bratz Trade Secret | MGA Entertainment | Isaac Larian |
|---|---|---|
| The Bratz Concept | | |
| The idea for the Bratz name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

29.   If yes, what amount of damages do you award to Mattel from MGA Entertainment, Inc. or Isaac Larian for misappropriation of any of the claimed Bratz trade secrets?

*Write in an amount.*

| Claimed Bratz Trade Secret | MGA Entertainment | Isaac Larian |
|---|---|---|
| The Bratz Concept | | |
| The idea for the Bratz name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

30.     Has Mattel proven by clear and convincing evidence that MGA
        Entertainment, Inc. or Isaac Larian willfully and maliciously
        misappropriated any of the claimed Bratz trade secrets?

*Place an "X" in the box for "yes" and leave blank for "no."*

| Claimed Bratz Trade Secret | MGA Entertainment | Isaac Larian |
|---|---|---|
| The Bratz Concept | | |
| The idea for the Bratz name | | |
| TX 1136 (Sculpt) | | |
| TX 1141 (Sculpt) | | |
| TX 302B-1 (Drawing) | | |
| TX ___ [list of other drawings] | | |

### Mattel's Employee-Based Trade Secret Misappropriation Claims

31.   Has Mattel proven that the court has personal jurisdiction over MGAE de Mexico?

Yes _____

No _____

*If "no" then answer no further questions with respect to MGAE de Mexico.*

32.   Has Mattel or Mattel Mexico proven that it owns a trade secret in any of the following:  ?

*Place an "X" in the box for "yes" and leave blank for "no."*

| Claimed Trade Secret | Mattel | Mattel Mexico |
|---|---|---|
| TX ____ | | |
| [list documents from Dkt 9801 that were admitted into evidence and for which proof of damages has been offered] | | |
| | | |
| | | |
| | | |
| | | |

*If you answered "No" to all, then skip to Question ____.*

33.   Has Mattel proven that any of the claimed Mexico trade secrets were trade secrets at the time of the alleged misappropriation?

| Claimed Trade Secret | Yes | No |
|---|---|---|
| TX ____ | | |
| [list documents from Dkt 9801 that were admitted into evidence and for which proof of damages has been offered] | | |
| | | |
| | | |
| | | |
| | | |

*If you answered "No" to all, then skip Question ____.*

34.  Has Mattel or Mattel Mexico proven that Gustavo Machado is liable for trade secret misappropriation?

| **Claimed Trade Secret** | **Yes** | **No** |
|---|---|---|
| TX ____ | | |
| [list documents from Dkt 9801 that were admitted into evidence and for which proof of damages has been offered] | | |
| | | |
| | | |
| | | |
| | | |

35.  Has Mattel or Mattel Mexico proven that MGA Entertainment, Inc., MGAE de Mexico or Isaac Larian used improper means (theft, bribery, or inducing the breach of a duty to maintain secrecy) to misappropriate any trade secrets in connection with any of the following former employees?

*Place an "X" in the box for "yes" and leave blank for "no." If you answered "no" to all of Question ____ or all of Question ____, then answer only for Brisbois, Cooney and Castilla.*

| **Former Mattel Employee** | **MGA Entertainment** | **MGAE de Mexico** | **Isaac Larian** |
|---|---|---|---|
| Brisbois (Canada) | | | |
| Cooney (U.S.) | | | |
| Castilla (U.S.) | | | |
| Machado, Trueba, Vargas (Mexico) | | | |

36. Has MGA Entertainment, MGAE de Mexico, Isaac Larian or Gustavo Machado proven that Mattel engaged in inequitable conduct with respect to its claim for trade secret misappropriation?

Yes _____

No _____

37. Has Mattel or Mattel Mexico proven by a preponderance of the evidence that it is entitled damages from MGA Entertainment, Inc., MGAE de Mexico, Isaac Larian or Gustavo Machado for misappropriation of any of the claimed employee trade secrets owned by it?

*Place an "X" in the box for "yes" or leave blank for no.*

|  | MGA Entertainment | MGAE de Mexico | Isaac Larian | Gustavo Machado |
|---|---|---|---|---|
| Mattel Inc. |  |  |  |  |
| Mattel Mexico |  |  |  |  |

38. If yes to 37, what amount of damages do you award to Mattel or Mattel Mexico from MGA Entertainment, Inc., MGAE de Mexico, Isaac Larian or Gustavo Machado for misappropriation of any of the claimed trade secrets?

*Write in an amount.*

|  | MGA Entertainment | MGAE de Mexico | Isaac Larian | Gustavo Machado |
|---|---|---|---|---|
| Mattel Inc. |  |  |  |  |
| Mattel Mexico |  |  |  |  |

39. Has Mattel or Mattel Mexico proven by clear and convincing evidence that MGA Entertainment, Inc., MGAE de Mexico, Isaac Larian or Gustavo

- 15 -

Machado willfully and maliciously misappropriated of any of the claimed employee trade secrets?

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | MGA Entertainment | MGAE de Mexico | Isaac Larian | Gustavo Machado |
|---|---|---|---|---|
| Mattel Inc. |  |  |  |  |
| Mattel Mexico |  |  |  |  |

## <u>MGA's Claim for Trade Secret Misappropriation Against Mattel, Inc.</u>

40. Has MGA Entertainment, Inc. proven that Mattel, Inc. misappropriated any of its trade secrets.

   Yes _____

   No _____

41. Has Mattel proven that MGA Entertainment, Inc. discovered, or in the exercise of reasonable diligence should have discovered on or before November 20, 2003, the misappropriation of its trade secrets?

   Yes _____

   No _____

42. Has Mattel proven that MGA Entertainment, Inc. engage in inequitable conduct with respect to its claim for trade secret misappropriation?

   Yes _____

   No _____

43. Has MGA Entertainment, Inc. proven by a preponderance of the evidence that it is entitled to damages from Mattel with respect to its claim for trade secret misappropriation?

   Yes _____

   No _____

44. If yes, what amount of damages do you award to MGA Entertainment, Inc. from Mattel for trade secret misappropriation?

   $ _____

## Intentional Interference with Contractual Relations

45.   Has Mattel proven that MGA Entertainment, Inc. or Isaac Larian intentionally interfered with Mattel, Inc.'s contractual relations with any of the following persons:

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | Carter Bryant | Ana Cabrera | Beatriz Morales | Maria Salazar | Ryan Tumaliuan |
|---|---|---|---|---|---|
| MGA Entertainment |  |  |  |  |  |
| Isaac Larian |  |  |  |  |  |

46.   Has MGA Entertainment, Inc. or Isaac Larian proven that Mattel discovered, or through the exercise of reasonable diligence should have discovered on or before November 20, 2003, the basis for its intentional interference with contractual relations claim as to Carter Bryant?

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | **Yes** | **No** |
|---|---|---|
| MGA Entertainment |  |  |
| Isaac Larian |  |  |

47. Has MGA Entertainment, Inc. or Isaac Larian proven that Mattel discovered, or through the exercise of reasonable diligence should have discovered on or before November 20, 2003, the basis for its intentional interference with contractual relations claim as to Ana Cabrera, Beatriz Morales or Maria Salazar?

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | **Yes** | **No** |
|---|---|---|
| MGA Entertainment |  |  |
| Isaac Larian |  |  |

48. Has MGA Entertainment, Inc. or Isaac Larian proven that Mattel discovered, or through the exercise of reasonable diligence should have discovered on or before November 20, 2003, the basis for its intentional interference with contractual relations claim as to Ryan Tumaliuan?

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | **Yes** | **No** |
|---|---|---|
| MGA Entertainment |  |  |
| Isaac Larian |  |  |

49. Has MGA Entertainment, Inc. or Isaac Larian proven that Mattel engaged in inequitable conduct with respect to its claim for intentional interference with contractual relations?

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | **Yes** | **No** |
|---|---|---|
| MGA Entertainment |  |  |
| Isaac Larian |  |  |

50. Has Mattel proven by a preponderance of the evidence that it is entitled to damages from MGA Entertainment, Inc. or Isaac Larian for its claim of intentional interference with contractual relations?

*Place an "X" in the box for "yes" or leave blank for "no."*

|  | Carter Bryant | Ana Cabrera, Beatriz Morales, Maria Salazar | Ryan Tumaliuan |
|---|---|---|---|
| MGA Entertainment |  |  |  |
| Isaac Larian |  |  |  |

51. If yes, what amount of damages do you award to Mattel from MGA Entertainment, Inc. or Isaac Larian for Mattel's claim of intentional interference with contractual relations?

*Write in an amount.*

|  | Carter Bryant | Ana Cabrera, Beatriz Morales, Maria Salazar | Ryan Tumaliuan |
|---|---|---|---|
| MGA Entertainment |  |  |  |
| Isaac Larian |  |  |  |

52.   Has Mattel proven by clear and convincing evidence that MGA Entertainment, Inc. or Isaac Larian acted with malice, oppression or fraud in intentionally interfering with Mattel, Inc.'s contractual relations with any of the following persons:

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | Carter Bryant | Ana Cabrera, Beatriz Morales, Maria Salazar | Ryan Tumaliuan |
|---|---|---|---|
| MGA Entertainment |  |  |  |
| Isaac Larian |  |  |  |