Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

```
MATTEL INC., et al.,        )
                            )
            Plaintiff,      )
                            )       DAY 39
       vs.                  ) No. CV 04-9049-DOC
                            )    VOLUME 3 OF 3
MGA ENTERTAINMENT, INC.,    )
                            )
            Defendant.      )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

THURSDAY, MARCH 24, 2011

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFF:    QUINN EMANUEL URQUHART OLIVER & SULLIVAN
                            BY:  MICHAEL ZELLER, ESQ.
 3                          and  JOHN QUINN, ESQ.
                            865 S. FIGUEROA
 4                          10TH FLOOR
                            LOS ANGELES, CALIFORNIA 90017
 5                          (213)443-3000

 6
      FOR THE DEFENDANTS:   ORRICK, HERRINGTON & SUTCLIFFE
 7                          BY:  ANNETTE HURST, ESQ.
                            405 HOWARD STREET
 8                          SAN FRANCISCO, CALIFORNIA 94105
                            (415)773-5700
 9

10
      FOR THE DEFENDANTS:   ORRICK HERRINGTON & SUTCLIFFE
11                          BY:  THOMAS MCCONVILLE, ESQ.
                            4 PARK PLAZA
12                          SUITE 1600
                            IRVINE, CALIFORNIA 92614
13                           (949)567-6700

14
                            KELLER RACKAUCKAS
15                          BY:  JENNIFER KELLER, ESQ.
                            18500 VON KARMAN AVENUE
16                          SUITE 560
                            IRVINE, CALIFORNIA 92612
17

18
      FOR CARLOS MACHADO GOMEZ: LAW OFFICES OF MARK E. OVERLAND
19                          BY:  MARK OVERLAND, ESQ.
                            100 WILSHIRE BLVD
20                          SUITE 950
                            SANTA MONICA, CA. 90401
21                          (310) 459-2830

22

23

24

25
```

```
 1                    - AND -

 2             SCHEPER KIM & HARRIS LLP
               BY:  ALEXANDER COTE, ESQ.
 3             601 WEST 5TH STREET_12TH FLOOR
               LOS ANGELES, CA. 90071
 4             (213) 613-4660

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                                   Page 4
 1                              I N D E X

 2
    DEFENDANT'S                                                    VOIR
 3  WITNESS              DIRECT  CROSS  REDIRECT  RECROSS          DIRE

 4  ISAAC LARIAN                            5

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

d2ca9c1d-9465-442d-b065-b4711d07e662

Page 5

1    SANTA ANA, CALIFORNIA; THURSDAY, MARCH 22, 2011

2                               -oOo-

3               FURTHER REDIRECT EXAMINATION

4  BY MS. HURST

5  **Q**   All right. And the date on this e-mail is January 27, 2005;
6  is that right?
7  **A**   It is.
8  **Q**   So now let's go back and look at this chart again, 36738
9  please. Was it at the beginning of 2005 which Kohl's suddenly
10 stopped buying your product?
11 **A**   They did.
12 **Q**   And then they didn't buy anything for the rest of 2005?
13 **A**   They did not.
14 **Q**   And they didn't buy anything at all in 2006; is that right?
15 **A**   That's correct.
16 **Q**   Those were some of your best years for Bratz; is that right?
17 **A**   For the company, not only Bratz.
18           **THE COURT:** Was this the e-mail that was going to go by
19 stipulation of counsel?
20           **MS. HURST:** Yes, Your Honor.
21           **THE COURT:** All right. Well, not that it's being
22 received, just that it maybe shown.
23           **MR. ZELLER:** Still subject to a notion to strike.
24           **THE COURT:** So subject to a motion to strike. Okay.
25 Thank you. Then you can put up the e-mail. That's not the

Page 6

1  e-mail.
2         **MS. HURST:** They're next to each other, Your Honor.
3  BY MS. HURST
4  **Q**   So the e-mail, Mr. Larian, says the competitor will not be
5  represented in their toy department for two years; right?
6  **A**   Yes, it does.
7  **Q**   And it says "Kohl's" in the subject line; right?
8  **A**   Yes, it does.
9  **Q**   And it says, "great news Barbie" in the subject line; right?
10 **A**   It does.
11 **Q**   And after the two-year period beginning in January of 2005,
12 did you sell product to Kohl's again?
13 **A**   We did.
14 **Q**   And do you think that you would have had a lot of success
15 with Kohl's during 2005 and 2006?
16 **A**   Yes.
17        **MR. PRICE:** Objection. Speculation. Ambiguous.
18        **THE COURT:** Overruled. Thank you, Mr. Larian, but I'll
19 make the rulings. Strike Mr. Larian's comments. Overruled.
20        You can ask the question.
21 BY MS. HURST
22 **Q**   Do you think you could have had a lot of success with Kohl's
23 in 2005 and 2006?
24 **A**   Absolutely. Those two years were some of the best years we
25 have ever had in the history of MGA.

1  **Q**   And had you had a relationship with Kohl's where you had
2  every expectation of a continuing sales relationship with that
3  company at the end of 2004?
4  **A**   Yes.
5  **Q**   In fact, you had just had your best year ever with Kohl's in
6  2004; right?
7  **A**   We did.
8  **Q**   And as soon as you got back into Kohl's, you had a successful
9  year; right?
10 **A**   Yes.  Skyrocketed.
11 **Q**   Is it your belief that you would have enjoyed even more
12 success in 2005 and 2006 than you did in 2007?
13 **A**   I can't speculate on that.
14 **Q**   Okay.  Is it true that Bratz' sales for the first time
15 started to drop in 2007?
16 **A**   That's correct.
17 **Q**   And actually, they were higher in 2005 and 2006 than they
18 were in 2007?
19 **A**   Those two years were the best years of Bratz.
20 **Q**   So those were the best years you have had for the whole
21 company of Bratz?
22 **A**   Yes.
23 **Q**   And you sold nothing to Kohl's those two years?
24 **A**   We did not.
25         **MS. HURST:**  No further questions.

Page 8

1        **THE COURT:** Do you want to start cross-examination or do
2   you want to start tomorrow morning?
3        **MR. PRICE:** I'll start tomorrow morning.
4        **THE COURT:** There is no reason to go 10 minutes with
5   counsel and interrupt.
6            You are admonished not to discuss this matter among
7   yourselves or form or express any opinion concerning this case.
8   You have a nice evening.  We'll see you tomorrow at 8:30.
9            Off the record.
10                (Whereupon the proceedings were adjourned at 4:29.)
11
12                              -oOo-
13
14                            CERTIFICATE
15
16           I hereby certify that pursuant to Section 753, Title 28,
17  United States Code, the foregoing is a true and correct transcript
18  of the stenographically reported proceedings held in the
19  above-entitled matter.
20
21  Date:  MARCH 24, 2011
22
23  _____
24  MARIA DELLANEVE, U.S. COURT REPORTER
    CSR NO. 9132
25