QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S PROPOSED JURY INSTRUCTIONS REGARDING EQUITABLE TOLLING**<br><br>Pre-trial Conference:  January 4, 2011<br>Trial Date:                  January 18, 2011 |

Mattel, Inc. and Mattel de Mexico ("Mattel") hereby submit the following supplemental jury instructions regarding equitable tolling. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement the following instructions before or during the trial of this matter. Mattel intends to submit further proposed jury instructions depending upon and based upon rulings issued in connection with motions *in limine* and other pre-trial or trial motions, and the evidence and theories proffered by the parties during the course of the trial. *See* Fed. R. Civ. P. 51A.

DATED:  March 28, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael T. Zeller*
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

# CACI 457

# STATUTE OF LIMITATIONS—EQUITABLE TOLLING—OTHER PRIOR PROCEEDING

Mattel claims that its claims against MGA, Mr. Larian and MGA Hong Kong relating to Mr. Bryant were equitably tolled.  In order to prevail on this issue, Mattel must prove all of the following:

1. That MGA, Mr. Larian, or MGA Hong Kong received timely notice that Mattel was pursuing its lawsuit against Carter Bryant instead of filing a lawsuit against MGA, Mr. Larian, or MGA Hong Kong.  For MGA, Mr. Larian, or MGA Hong Kong to have received timely notice, the lawsuit against Carter Bryant must have notified MGA, Mr. Larian, or MGA Hong Kong of the need to begin investigating the facts that form the basis for the lawsuit.

2. That the facts of the two claims were so similar that an investigation of the lawsuit against Carter Bryant gave or would have given MGA, Mr. Larian, or MGA Hong Kong the information needed to defend the lawsuit; and

3. That Mattel was acting reasonably and in good faith by pursuing its lawsuit against Carter Bryant.  In considering this issue, you may consider the amount of time after the lawsuit against Carter Bryant was filed before Mattel filed the lawsuit against MGA, Mr. Larian, or MGA Hong Kong.  However, you should not consider the time period between May 2005 and May 2006 because there was a stay, or hold, placed on this case during that period of time, during which period additional claims could not have been filed.

**Authority:** CACI 457 (modified); *Cervantes v. City of San Diego*, 5 F.3d 1273, 1275 (9th Cir. 1993) ("As with the limitations period itself, we borrow our rules for equitable tolling of the period from the forum state, California.")