# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 04-9049 DOC (RNBx) | | Date   March 14, 2011 |
| Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL | | |

Present: The Honorable   David O. Carter, U.S. District Judge

| Nancy Boehme | Debbie Gale/Jane Sutton/Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Zeller | Thomas McConville |

Proceedings:   IN CAMERA EVIDENTIARY HEARING

     The case is called. Court and counsel confer. Sealed in camera evidentiary hearing proceeds with only counsel for Mattel present in the courtroom. Witness list filed separately.

| | | |
|---|---|---|
| | 6 | : 07 |
| Initials of Preparer | nkb | |