UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV04-9049 DOC(RNBx) | | Date | March 15, 2011 |
|---|---|---|---|---|
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL | | | |

Present: The Honorable    David O. Carter, U.S. District Judge

| Nancy Boehme | Debbie Gale, Jane Sutton, Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst<br>Mark Overland, Alexander Cote |

_____ Day Court Trial      33rd      Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
_____ Plaintiff(s) rest.      _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   March 16, 2011 at 8:30 a.m.   for further trial.
_____ Other:

                                                           7  :  25
                              Initials of Deputy Clerk   nkb

cc: