# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV04-9049 DOC(RNBx) |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL |
| Date | March 17, 2011 |

Present: The Honorable   David O. Carter, U.S. District Judge

| Nancy Boehme | Debbie Gale, Jane Sutton, Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst, Mark Overland, Alexander Cote |

___ Day Court Trial    35th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    March 18, 2011 at 8:30 a.m.    for further trial.
___ Other:

7 : 20
Initials of Deputy Clerk   nkb

cc: