QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S CORRECTED RESPONSE TO DRAFT SPECIAL VERDICT FORM CIRCULATED BY COURT:**<br><br>**(1) OBJECTIONS TO COURT'S DRAFT SPECIAL VERDICT FORM;**<br><br>**(2) PROPOSED REVISED VERSION OF COURT'S DRAFT SPECIAL VERDICT FORM (RED-LINED); AND**<br><br>**(3) PROPOSED REVISED VERSION OF COURT'S DRAFT SPECIAL VERDICT FORM (CLEAN COPY)**<br><br>Trial Date:   January 18, 2011 |

1 | Plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively,
2 | "Mattel"), hereby submit the following documents in response to the Court's draft
3 | Special Verdict Form:

4 |     1.     Objections to Court's Draft Special Verdict Form (attached as Exhibit
5 |            A);
6 |     2.     Proposed Revised Version of Court's Draft Special Verdict Form –
7 |            Red-Lined (Attached as Exhibit B); and
8 |     3.     Proposed Revised Version of Court's Draft Special Verdict Form –
9 |            Clean Copy (Attached as Exhibit C).

DATED: March 28, 2011

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By */s/ Michael T. Zeller*
   Michael T. Zeller
   Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.

505.07975/4055213.1

-1-
MATTEL'S CORRECTED RESPONSE TO DRAFT SPECIAL VERDICT FORM CIRCULATED BY COURT