**Copyright Infringement**

1.      Has Mattel proven that it is the ~~exclusive~~ owner of ~~valid~~ copyrights in the following items?

*Select "no" for any items jointly authored by MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and/or Isaac Larian.*

| Trial Exhibit | Yes | No |
|---|---|---|
| TX 5-52, 62-1, 624, 5-74, 62-11, 10537, 15180, 5-75, 62-12, 10538, 15181,5-111, 708, 5-112, ~~708, 5-112,~~ 62-13, 5-113, 5-114, 62-14, 62-15, 1152-1, 1152-2, 10613, 1328, 10033-3, 10033-4 | | |
| TX 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153-4 | | |
| TX 5-35, 757 | | |
| TX 5-36, 701, 702 | | |
| TX 5-37, 703 | | |
| TX 5-38, 762 | | |
| ~~(contd…)~~ | | |
| TX 5-39, 523, 752 | | |
| TX 5-40, 753, 754, 13583 | | |
| TX 751-2, 751-3, 5-41, 755 | | |
| TX 5-42, 756 | | |
| TX 5-43, 709 | | |
| TX 5-46, 710 | | |
| TX 5-49, 704 | | |
| TX 5-50, 705 | | |
| TX 5-53, 1152-5, 1152-6, 10534, 15175 | | |
| TX 5-54, 62-2, 620, 774, 775 | | |
| TX 5-55, 62-3, 785, 1152-9 | | |
| TX 5-56, 764, 15176 | | |
| TX 5-57, 776, 777 | | |
| TX 5-58, 765, 15177 | | |
| TX 5-59, 739, 740 | | |
| TX 5-60, 761 | | |
| TX 5-61, 62-4, 782, 796-1, 1748 | | |
| TX 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1 | | |
| TX 5-63, 758, 759, 760 | | |
| TX 5-64, 62-6, 795, 1152-14, 1750 | | |
| TX 5-65, 1152-7, 1152-8, 11789 | | |
| TX 5-66, 794, 1152-13 | | |
| TX 5-67, 62-7, 784, 1152-11, 1152-12, 10535 | | |
| TX 5-68, 62-8, 781, 786, 790, 1751-4 | | |

| | | |
|---|---|---|
| TX 5-69, 11788, 5-70, 62-9, 623, 783 | | |
| TX 5-72, 1152-15, 1152-16, 10536, 15179 | | |
| TX 5-73, 741, 742 | | |
| TX 5-76, 706 | | |
| TX 5-77, 707 | | |
| TX 5-78, 10539, 18501 | | |
| TX 5-136, 711 | | |
| TX 10579, 18281 | | |
| TX 15172 | | |
| TX 3-1, 779, 780, 1-1, 2-1, 778 | | |
| TX 3-2, 726, 727, 728, 1-4, 2-5 | | |
| TX 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544 | | |
| TX 3-5, 791, 1-8, 2-2 | | |
| TX 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547 | | |
| TX 3-8, 789, 1-11, 2-9, 734, 5-106, 10546 | | |
| TX 3-9, 788, 1-10, 2-6, 746,  5-103, 10543 | | |
| TX 3-10, 735, 736 | | |
| TX 3-12, 792, 1-3, 2-7, 5-102, 10542 | | |
| TX 3-13, 793, 1-5, 2-3, 10-3 | | |
| TX 5-79, 1-9, 2-4, 737, 10545, 5-105 | | |
| TX 1-2 | | |
| TX 3-11 | | |
| TX 5-26, 712 | | |
| TX 5-27, 713 | | |
| TX 5-81, 720 | | |
| TX 5-82, 715 | | |
| TX 5-83, 723 | | |
| TX 3-4, 5-84, 716, 717 | | |
| TX 3-7, 5-85, 718, 719, 10-2, 63-1 | | |
| TX 5-80, 721, 722, 5-86 | | |
| TX 5-87, 5-108, 724, 725 | | |
| TX 5-34 | | |
| TX 5-89, 35-2 | | |
| TX 1107, 10638 | | |
| TX 1108, 10639 | | |
| TX 1109, 771 | | |
| TX 1110, 773 | | |
| TX 5-14, 10515 | | |
| TX 5-18, 10518 | | |
| TX 5-19, 10519 | | |

| | | |
|---|---|---|
| TX 5-28, 10526 | | |
| TX 5-30 | | |
| TX 5-95 | | |
| TX 5-96 | | |
| TX 5-99 | | |
| TX 302 | | |
| TX 323 | | |
| The Three Dimensional Item Presented at Pitch Meeting | | |
| The Item Depicted in the Photograph at Trial Exhibit 1105-2 | | |
| The Item Depicted in Trial Exhibit 19-3 | | |
| The Item Depicted in Trial Exhibit 537-3 | | |
| The Items Depicted in Trial Exhibit 1118 | | |
| The Items Depicted in Trial Exhibit 1135 (TX 1135A) | | |
| The Items Depicted in Trial Exhibit 1136 (TX 1136A) | | |
| The Items Depicted in Trial Exhibit 1230 | | |
| The Items Depicted in Trial Exhibit 1140 | | |
| The Items Depicted in Trial Exhibit 1141 (TX 1141A) | | |
| The Items Depicted in Trial Exhibit 1142 | | |
| The Items Depicted in Trial Exhibit 1231 | | |
| The "Bratz" characters | | |

*If your answer is "yes" to any of the above, then proceed to qQuestion No. 2.  If your answer is "no" to all of the above, then check "no" in response to questions 2-7.*

2.      Has Mattel proven that the following works infringed Mattel's copyright in any of the items works identified in Question No. 1?in which it has proven that it exclusively owns a valid copyright?

| **Trial Exhibit** | **Yes** | **No** |
|---|---|---|
| First Generation Cloe doll (TX _____) | | |
| First Generation Sasha doll (TX _____) | | |
| First Generation Jade doll (TX _____) | | |
| First Generation Hallidae doll (TX _____) | | |
| Bratz Production Sculpts | | |
| Formal Funk Dana doll | | |
| Ooh La La Cloe doll | | |

*If your answer is "yes" to any of the above, then answer Questions Nos. [ ___ ]3, 4, and 5. If your answer is "no" to all of the above, then [proceed to trade secret questions] check "no" in response to questions 3-7.*

3.      Has Mattel proven that MGA Entertainment, Inc. is liable to Mattel for copyright infringement?

Yes _____

No _____

4.      If you answered "yes" as to any of the works identified in Question No. 2, Wwhat amount of damages do you award to Mattel and against MGA Entertainment Inc., for copyright infringement, if any?

Yes$ _____

5.      If you answered "yes" as to any of the works identified in Question No. 2, was MGA Entertainment, Inc.'s infringement of Mattel's copyrights willful?

Yes _____

No _____

No _____

5.6.    Has Mattel proven that MGA Entertainment (Hong Kong) Limited is liable to Mattel for copyright infringement?

Yes _____

No _____

6.7.    If you answered "yes" as to any of the works identified in Question No. 2, wWhat amount of damages do you award to Mattel and against MGA Entertainment (Hong Kong) Limited for copyright infringement, if any?

$ _____

8.      If you answered "yes" as to any of the works identified in Question No. 2, was MGA Entertainment (Hong Kong) Limited's infringement of Mattel's copyrights willful?

Yes _____

No _____

7.9.    Has Mattel proven that Isaac Larian is liable to Mattel for copyright infringement?

Yes _____

No _____

8.10.   If you answered "yes" as to any of the works identified in Question No. 2, wWhat amount of damages do you award to Mattel and against Isaac Larian for copyright infringement, if any?

$ _____

11.   If you answered "yes" as to any of the works identified in Question No. 2, was Isaac Larian's infringement of Mattel's copyrights willful?

Yes _____

No _____

9.   On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the basis for its claim of copyright infringement against MGA Entertainment, Inc., MGA Entertainment (HK) Limited, or Isaac Larian?

| Date | Yes | No |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

12.   Did MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited and Isaac Larian act together to cause the harm Mattel suffered as a result of the copyright infringement?

Yes _____

No _____

13.   On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim of copyright infringement against MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited, or Isaac Larian?

| Date | Yes | No |
|---|---|---|
| April 27, 2001 |  |  |
| November 23, 2002 |  |  |

| November 20, 2003 | | |
|---|---|---|

14. _____

15.    If you marked "yes" next to any of the dates listed in Question No. [___], do you find that the limitations period was equitably tolled since December 3, 2004 and that Mattel did not discover, nor should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim of copyright infringement until December 3, 2001?

       Yes _____

              No _____

16.    Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least April 27, 2001?

       Yes _____

       No _____

17.    Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least April 27, 2001?

       Yes _____

       No _____

18.    Did MGA Entertainment (Hong Kong) Limited fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least April 27, 2001?

       Yes _____

       No _____

19.    Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least November 23, 2002?

       Yes _____

       No _____

20.    Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least November 23, 2002?

       Yes _____

       No _____

21.     Did MGA Entertainment (Hong Kong) Limited fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least November 23, 2002?

Yes _____

No _____

22.     Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least November 20, 2003?

Yes _____

No _____

23.     Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least November 20, 2003?

Yes _____

No _____

24.     Did MGA Entertainment (Hong Kong) Limited fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement against it until at least November 20, 2003?

Yes _____

No _____

25.     If you marked "yes" next to any of the dates listed in question 13, what amount of damages do you award to Mattel and against MGA Entertainment for copyright infringement that occurred after November 20, 2003?

$_____

26.     If you marked "yes" next to any of the dates listed in question 13, what amount of damages do you award to Mattel and against Isaac Larian for copyright infringement that occurred after November 20, 2003?

$_____

27.     If you marked "yes" next to any of the dates listed in question 13, what amount of damages do you award to Mattel and against MGA Entertainment (Hong Kong) Limited for copyright infringement that occurred after November 20, 2003?

$_____

**Mattel's Claim for Trade Secret Misappropriation Against
MGA Entertainment, Inc.  and Isaac Larian**

~~10.     Has Mattel proven that it owns the idea for the name "Bratz"?~~

~~Yes _____~~

~~No _____~~

~~11.     Has Mattel proven that it owns the idea for the name "Jade"?~~

~~Yes _____~~

~~No _____~~

~~12.     Has Mattel proven that any of the items, or ideas it owned was a trade secret at the time of its alleged misappropriation'?~~

~~Yes _____~~

~~No _____~~

28.     Has Mattel proven that any of the following was a Mattel trade secret at the time of its alleged misappropriation?

[insert list/chart identifying each "bucket" of Mattel's claimed trade secrets with space for jury to mark "yes" or "no" as to each]

~~13.~~29.  Has Mattel proven that MGA Entertainment. Inc. misappropriated any of its trade secrets?

[insert list/chart identifying each "bucket" of Mattel's claimed trade secrets with space for jury to mark "yes" or "no" as to each]~~Yes _____~~

~~No _____~~

30.     Was MGA Entertainment, Inc.'s misappropriation of Mattel's trade secrets willful and malicious?

Yes _____

No _____

~~14.~~31.  Has Mattel proven that Isaac Larian misappropriated any of its trade secrets?

Yes _____

No _____

32.     Was Isaac Larian's misappropriation of Mattel's trade secrets willful and malicious?

     Yes _____

     No _____

15.     ~~Has Mattel proven that MGA Entertainment, Inc. used improper means (theft, bribery, or inducing the breach of a duty to maintain secrecy) to acquire knowledge of any of the items listed in question 1, 6, or 7 that Mattel has proven are its trade secrets?~~

     ~~Yes _____~~

     ~~No _____~~

16.     ~~Has Mattel proven that Isaac Larian used improper means (theft, bribery, or inducing the breach of a duty to maintain secrecy) to acquire knowledge of any of the items or ideas listed in question 1, 6, or 7 Mattel has proven are its trade secrets?~~

     ~~Yes _____~~

     ~~No _____~~

17.     ~~On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the misappropriation of any of the items or ideas listed in questions 1, 6, and 7 that it owns?~~

| ~~Date~~ | ~~Yes~~ | ~~No~~ |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

18.     ~~Did Mattel engage in inequitable conduct with respect to its claim for trade secret misappropriation?~~

     ~~Yes _____~~

     ~~No _____~~

33.     What amount of damages do you award to Mattel and against MGA Entertainment, Inc. for trade secret misappropriation?

     $ _____

34.     What amount of damages do you award to Mattel and against Isaac Larian for trade secret misappropriation?

$ _____

35.     Did MGA Entertainment, Inc. and Isaac Larian act together to cause the harm Mattel suffered as a result of the trade secret misappropriation?

Yes _____

No _____

36.     On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim for misappropriation of trade secrets?

| **Date** | **Yes** | **No** |
|---|---|---|
| April 27, 2001 | | |
| November 23, 2002 | | |
| November 20, 2003 | | |

37.     If you marked "yes" next to any of the dates listed in Question No. [___], do you find that the limitations period was equitably tolled since December 3, 2004 and that Mattel did not discover, nor should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim for misappropriation of trade secrets until December 3, 2001?

Yes _____

No _____

38.     Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of trade secret misappropriation against it until at least April 27, 2001?

Yes _____

No _____

39.     Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of trade secret misappropriation against it until at least April 27, 2001?

Yes \_\_\_\_\_

No \_\_\_\_\_

40.     Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of trade secret misappropriation against it until at least November 23, 2002?

Yes \_\_\_\_\_

No \_\_\_\_\_

41.     Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of trade secret misappropriation against it until at least November 23, 2002?

Yes \_\_\_\_\_

No \_\_\_\_\_

42.     Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of trade secret misappropriation against it until at least November 20, 2003?

Yes \_\_\_\_\_

No \_\_\_\_\_

43.     Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of trade secret misappropriation against it until at least November 20, 2003?

Yes \_\_\_\_\_

**No \_\_\_\_\_**

### Mattel's Claims For Trade Secret Misappropriation Against Machado and MGAE de Mexico

19.44.  Is personal jurisdiction over MGAE de Mexico proper?

     Yes _____

     No _____

20.45.  Does Mexico have a greater interest than California in having its laws appliedor California have a greater interest in the application of its law to Mattel's claim?

     Yes _____

     No _____

21.46.  Has Mattel proven that Mr. Machado is liable for trade secret misappropriation?

     Yes _____

     No _____

47.  Was Mr. Machado's misappropriation of Mattel's trade secrets willful and malicious?

     Yes _____

     No _____

22.48.  Has Mattel proven that MGAE de Mexico is liable for trade secret misappropriation?

     Yes _____

     No _____

49.  Was MGAE de Mexico's misappropriation of Mattel's trade secrets willful and malicious?

     Yes _____

     No _____

50.  Did Mr. Machado and MGAE de Mexico act together to cause the harm Mattel suffered as a result of the trade secret misappropriation?

     Yes _____

     No _____

51.     Did Mr. Machado prove his unclean hands defense to Mattel's claim for trade secret misappropriation?

Yes _____

No _____

52.     Did MGAE de Mexico prove its unclean hands defense to Mattel's claim for trade secret misappropriation?

Yes _____

No _____

~~23.     Did Mattel engage in inequitable conduct with respect to its claim for trade secret misappropriation?~~

~~Yes _____~~

~~No _____~~ *If your answer to Question No. [ __ ] is "yes", then proceed to Question No. [ __ ]. If your answer to Question No. [ __ ] is "no", then answer Question Nos. [ __ and __ ].*

53.     What amount of damages do you award to Mattel and against Mr. Machado for trade secret misappropriation?

$ _____

54.     What amount of damages do you award to Mattel and against MGAE de Mexico for trade secret misappropriation?

$ _____

**MGA's Claim for Trade Secret Misappropriation Against Mattel, Inc.**

55.    Has MGA Entertainment, Inc. proven that any of the following was an MGA Entertainment, Inc. trade secret at the time of its alleged misappropriation?

[insert list/chart identifying each claimed MGA trade secrets with space for jury to mark "yes" or "no" as to each]

~~24.~~56.  Has MGA Entertainment, Inc. proven that Mattel, Inc. misappropriated any of its trade secrets?

[insert list/chart identifying each claimed MGA trade secrets with space for jury to mark "yes" or "no" as to each]~~Yes _____~~

~~No _____~~

57.    What amount of damages do you award to MGA Entertainment, Inc. and against Mattel for trade secret misappropriation?

$ _____

58.    On or before November 20, 2003 did MGA Entertainment. Inc. discover, or should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim for misappropriation of trade secrets?

~~25.    the misappropriation of its trade secrets?~~

Yes _____

No _____

59.    Did MGA Entertainment. Inc. unreasonably delay in bringing its trade secret misappropriation claim against Mattel?

Yes _____

No _____

60.    If you answered "yes" to Question No. [__], did Mattel suffer prejudice as a result of MGA Entertainment, Inc.'s delay?

Yes _____

No _____

26.61.  Did Mattel prove its unclean hands defense to MGA Entertainment, Inc.'s ~~Did MGA Entertainment. Inc. engage in inequitable conduct with respect to its~~ claim for trade secret misappropriation?

Yes _____

No _____

**Intentional Interference with Contractual Relations**

27.62.  Has Mattel proven that MGA Entertainment, Inc. intentionally interfered with Mattel, Inc.'s contractual relations with Carter Bryant, Ryan Tumaluiian, Ana Cabrera, Beatriz Morales, and/or Maria Salazar?

Yes _____

No _____

28.63.  Has Mattel proven that Isaac Larian intentionally interfered with Mattel, Inc.'s contractual relations with Carter Bryant, Ryan Tumaluian, Ana Cabrera, Beatriz Morales, and/or Maria Salazar?

Yes _____

No _____

Did MGA Entertainment, Inc. and Isaac Larian act together to cause the harm Mattel suffered as a result of the intentional interference with contractual relations?

Yes _____

No _____

29.  On what date could Mattel have discovered, through the exercise of reasonable diligence, the basis for its intentional interference with contractual relations claim against MGA Entertainment, Inc. and Isaac Larian?

| Date | Yes | No |
|------|-----|-----|
|      |     |     |
|      |     |     |
|      |     |     |

30.64.  Did MGA Entertainment, Inc., prove its unclean hands defense to Mattel's claim for intentional interference with contractual relations to the extent that claim is based on conduct other than Mr. Bryant's conduct?Did Mattel engage in inequitable conduct with respect to its claim for intentional interference with contractual relations?

Yes _____

_____No _____

*If your answer to Question No. [ ___ ] is "yes", then, in your response to Question Nos. [ ___ ] and [ ___ ], you should not award damages to Mattel based on conduct that contributed to your finding of liability as to Mattel's claim for intentional interference with contractual relations other than conduct by Mr. Bryant.  If your answer to Question No. [ ___ ] is "no", then you may award damages to Mattel based on any conduct that contributed to your finding of liability as to Mattel's claim for intentional interference with contractual relations.*

65.    What amount of damages do you award to Mattel and against MGA Entertainment, Inc. for intentional interference with contractual relations?

$ _____

66.    What amount of damages do you award to Mattel and against Isaac Larian for intentional interference with contractual relations?

$ _____

67.    Did MGA Entertainment, Inc. and Isaac Larian act together to cause the harm Mattel suffered as a result of the intentional interference with contractual relations?

Yes _____

No _____

68.    On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim for intentional interference with contractual relations?

| **Date** | **Yes** | **No** |
|---|---|---|
| April 27, 2002 | | |
| November 23, 2003 | | |
| November 20, 2004 | | |

69.    If you marked "yes" next to any of the dates listed in Question No. [ __ ], do you find that the limitations period was equitably tolled since December 3, 2004 and that Mattel did not discover, nor should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim for intentional interference with contractual relations until December 3, 2002?

Yes _____

No _____

70.     Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of intentional interference with contract against it until at least April 27, 2002?

        Yes _____

        No _____

71.     Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of intentional interference with contract against it until at least April 27, 2002?

        Yes _____

        No _____

72.     Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of intentional interference with contract against it until at least November 23, 2003?

        Yes _____

        No _____

73.     Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of intentional interference with contract against it until at least November 23, 2003?

        Yes _____

        No _____

74.     Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of intentional interference with contract against it until at least November 20, 2004?

        Yes _____

        No _____

75.     Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of intentional interference with contract against it until at least November 20, 2004?

        Yes _____

        No _____

## **Aiding and Abetting Breach of Duty of Loyalty**

~~31.~~76.  Has Mattel proven that MGA Entertainment, Inc. is liable for aiding and abetting breaches of duty of loyalty by Ana Cabrera, Maria Salazar, Beatriz Morales, Carter Bryant, and/or Ryan Tumaluian?

Yes _____

No _____

~~32.~~77.  Has Mattel proven that Isaac Larian is liable for aiding and abetting breaches of duty of loyalty by Ana Cabrera, Maria Salazar, Beatriz Morales, Carter Bryant, and/or Ryan Tumaluian?

Yes _____

No _____

78.    Did MGA Entertainment, Inc. and Isaac Larian act together to cause the harm Mattel suffered as a result of the aiding and abetting breach of duty of loyalty?

Yes _____

No _____

~~33.    On what date could Mattel have discovered, through the exercise of reasonable diligence, the basis for its aiding and abetting breach of duty of loyalty claim against MGA Entertainment, Inc. and Isaac Larian?~~

| ~~Date~~ | ~~Yes~~ | ~~No~~ |
|---|---|---|
| April 27, 2002 | | |
| November 20, 2004 | | |
| | | |

79.    Did MGA Entertainment, Inc. and Isaac Larian prove their unclean hands defense to Mattel's claim for intentional interference with contractual relations to the extent that claim is based on conduct other than Mr. Bryant's conduct?

Yes _____

No _____

*If your answer to Question No. [___] is "yes", then, in your response to Question Nos. [57] and [58], you should not award damages to Mattel based on conduct that*

*contributed to your finding of liability as to Mattel's claim for aiding and abetting breach of duty of loyalty other than conduct by Mr. Bryant.  If your answer to Question No. [___] is "no", then you may award damages to Mattel based on any conduct that contributed to your finding of liability as to Mattel's claim for aiding and abetting breach of duty of loyalty.*

80.   What amount of damages do you award to Mattel and against MGA Entertainment, Inc. for aiding and abetting breach of duty of loyalty?

$ _____

81.   What amount of damages do you award to Mattel and against Isaac Larian for aiding and abetting breach of duty of loyalty?

$ _____

82.   Did MGA Entertainment, Inc. and Isaac Larian act together to cause the harm Mattel suffered as a result of the aiding and abetting breach of duty of loyalty?

Yes _____

No _____

83.   On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the factual basis for the elements of its claim for aiding and abetting breach of the duty of loyalty?

| Date | Yes | No |
|---|---|---|
| April 27, 2002 | | |
| November 23, 2003 | | |
| November 20, 2004 | | |

84.   If you marked "yes" next to any of the dates listed in Question No. [___], do you find that the limitations period was equitably tolled since December 3, 2004 and that Mattel did not discover, nor should it have discovered through the exercise of reasonable diligence, the factual basis for the aiding and abetting breach of duty of loyalty until December 3, 2002?

Yes _____

No _____

85.   Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim for aiding and abetting breach of duty of loyalty against it until at least April 27, 2002?

Yes _____

No _____

86.   Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim for aiding and abetting breach of duty of loyalty against it until at least April 27, 2002?

Yes _____

No _____

87.   Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim for aiding and abetting breach of duty of loyalty against it until at least November 23, 2003?

Yes _____

No _____

88.   Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim for aiding and abetting breach of duty of loyalty against it until at least November 23, 2003?

Yes _____

No _____

89.   Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim for aiding and abetting breach of duty of loyalty against it until at least November 20, 2004?

Yes _____

No _____

90.   Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim for aiding and abetting breach of duty of loyalty against it until at least November 20, 2004?

Yes _____

No _____

**Conversion**

34.91.   Has Mattel proven that MGA Entertainment, Inc. is liable for conversion?

     Yes _____

     No _____

35.92.   Has Mattel proven that Isaac Larian is liable for conversion?

     Yes _____

     No _____

93.   Has Mattel proven that MGA Entertainment (Hong Kong) Limited is liable for conversion?

     Yes _____

     No _____

94.   Did MGA Entertainment, Inc. fraudulently conceal the bases for the elements of Mattel's claim of conversion against at until at least April 27, 2001?

     Yes _____

     No _____

95.   Did Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of conversion against it until at least April 27, 2001?

     Yes _____

     No _____

96.   Did MGA Entertainment (Hong Kong) Limited fraudulently conceal the bases for the elements of Mattel's claim of conversion against it until at least April 27, 2001?

     Yes _____

     No _____

97.   Did MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (Hong Kong) Limited act together to cause the harm Mattel suffered as a result of the conversion?

     Yes _____

     No _____

98.     What amount of damages do you award to Mattel and against MGA Entertainment, Inc. for conversion?

$ _____

99.     What amount of damages do you award to Mattel and against Isaac Larian for conversion?

~~36.~~     $ _____

100.     What amount of damages do you award to Mattel and against MGA Entertainment (Hong Kong) Limited for conversion?

$ _____

**Punitive Damages**

101.   Did MGA Entertainment, Inc. engage in wrongdoing with malice, oppression, or fraud?

Yes _____

No _____


102.   Did Isaac Larian engage in wrongdoing with malice, oppression, or fraud?

Yes _____

No _____


103.   Did MGA Entertainment (Hong Kong) Limited engage in wrongdoing with malice, oppression, or fraud?

Yes _____

No _____