Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER ORDER NO. 107 REGARDING MATTEL FEDERAL CREDIT UNION DOCUMENTS RELATING TO CARTER BRYANT** |

1    On March 28, 2011, Mattel provided the Discovery Master with: (1) an
2 Incident Report – File No. 05-0109, Incident No. 0000005852 0000 (the "Report");
3 and (2) three binders containing documents underlying the Report (the "File"). The
4 Discovery Master, having reviewed the Report and the File, rules as follows.

5    1.   The portion of the Report that does not contain attorney work product
6 is discoverable. A copy of the Report, redacted to remove attorney work product, is
7 attached.

8    2.   The File does not contain attorney work product or communications
9 protected by the attorney client privilege or any other applicable privilege, and is
10 therefore discoverable. MGA may inspect and copy the File after 5:00 p.m. this
11 evening in Conference Room 4872 of my Office.

13   IT IS SO ORDERED.

15   Dated: March 28, 2011            Respectfully submitted,

17                                    By:  /s/ Robert C. O'Brien
18                                         ROBERT C. O'BRIEN
                                           Discovery Master

# Incident Report                                                    Page: 1

| File #: 05-0109 | Incident #: 0000005852 0000 |
|---|---|

Category:              08 - Miscellaneous

Occurrence Date: 3/3/2005
Occurrence Time: 08:00
Reported Date:   3/3/2005

Building/Site:   El Segundo Tower
                 333 Continental Blvd.
                 El Segundo, California
                 United States 90245

Status:          Closed

Report Taken By: de Anda, Rich
**Employment Details:**
Occupation: Vice President of Security
Employer:   Mattel, Inc.
            333 Continental Blvd.
            El Segundo, California
            United States 90245
            (310) 252-5491

## Incident Person

### Incident Person Details 1 of 2
### Hernandez, Jon

Person Type: Subject
**Employment Details:**
Occupation: President
Employer:   Mattel Credit Union
            333 Continental Blvd.
            El Segundo, CA 90245

### Incident Person Details 2 of 2
### Bryant, Carter

Person Type: Subject
**Employment Details:**
Employer: ex-Mattel employee

## Incident Narrative

**REDACTED**

REDACTED

REDACTED

**REDACTED**

REDACTED