## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)                          Date: March 28, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                              NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER RE DISCOVERY MASTER'S IN CAMERA REVIEW

      At the deposition of Jill Thomas on March 27, 2011, Ms. Thomas testified that documents in Sal Villasenor's "cubicle" had been shipped to the Paul Hastings law firm and were in the control of that firm. Counsel for MGA requested that the Discovery Master conduct an *in camera* review of said documents. The Discovery Master ordered Mattel to produce the documents to his office on Monday, March 28, 2011, for such a review. In response, Mattel produced 35 boxes of documents of documents. The Discovery Master reviewed the Records Carton Inventory prepared by Paul Hastings and produced by Mattel. He also individually reviewed a sample set of the documents. Based upon the review, the Discovery Master found that the documents do not appear to contain attorney-client privilege communications or material protected by the work product doctrine. At least five of the boxes contain some materials relating to "Bratz" or "MGA". Accordingly, the Court will permit counsel for MGA to review the entire production of documents at the offices of the Discovery Master and copy such documents as it deems appropriate, commencing today at 5 p.m. Any copied documents will be given Bates numbers and a set of all copied documents will be provided to Mattel at the completion of the inspection. Any copied documents will be deemed designated "Attorney's Eyes Only" by Mattel. Mattel may file a motion with the Court to have any documents that it believes should not be in the possession of MGA returned to Mattel.

      The Clerk shall serve this minute order on all parties to the action.