1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15                UNITED STATES DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA
17                      SOUTHERN DIVISION

| | |
|---|---|
| 18  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 19         Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| 20     v. | |
| 21  MATTEL, INC., a Delaware corporation, | **MGA AND ISAAC LARIAN'S TRIAL BRIEF RE OBJECTION TO SUBMISSION OF ALTER EGO TO JURY** |
| 22  | |
| 23         Defendant. | |
| 24  AND CONSOLIDATED ACTIONS | |
| 25  | Trial Date: January 18, 2011 |
| 26  | Judge: Hon. David O. Carter |

27
28

1   Mattel seeks to submit instructions for the purpose of finding that MGA is an alter ego of its subsidiaries, and that Isaac Larian is an alter ego of MGA. In this fashion Mattel seeks to daisy chain together all of its claims and lay them at the feet of Isaac Larian without meeting the required elements of proof for those claims. Mattel also uses this argument in an effort to avoid the effect of its statute of limitations defense. Understandably, MGA Entertainment, Inc. and Isaac Larian object to submission of any "alter ego" issue to the jury.

Alter ego is an equitable doctrine. There is no right to jury trial of the issue. *Dow Jones Company, Inc. v. Avenel*, 151 Cal.App.3d 144, 148 (1984). Moreover, it is ordinarily considered in connection with the enforcement of judgments. *See id.*; *Wood v. Elling Corp.*, 20 Cal. 3d 353 (1977). Alter ego requires strict satisfaction of the elements and cannot be used to circumvent a statute of limitations defense. *Wood*, 20 Cal. 3d at 362-66.

One of the many factors to be considered in the alter ego inquiry is whether the entity is undercapitalized. Apart from the fact that Mattel has offered no evidence on this point, proper consideration of this issue requires that the Court consider the availability of *liability insurance* to satisfy a judgment for the claims at issue. *See Holley v. Crank*, 400 F. 3d 667, 675 (9th Cir. 2005); *Wechsler v. Macke Int'l Trade Inc.*, 327 F. Supp. 2d 1139, 1145 (C.D. Cal. 2004). Introduction of such evidence is absolutely prohibited by Federal Rule of Evidence 411, and the Court has already excluded such evidence from this trial repeatedly.

MGA and Larian cannot fairly litigate the issue of alter ego liability without consideration of insurance. Moreover, consideration of alter ego liability is highly premature. It would not be proper to consider the alter ego issue unless and until it were determined that MGA or one of its subsidiaries could not satisfy a judgment against it.

This is an issue that must await adjudication by the Court in the event it continues to be relevant after a judgment is entered.

| | | |
|---|---|---|
| 1 | Dated: March 28, 2011 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By: _____*/s/ Annette L. Hurst*_____ |
| 5 | | Annette L. Hurst<br>Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
| 6 | | |
| 7-28 | | |