# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                     EASTERN DIVISION
 4
 5    MATTEL, INC., A DELAWARE      )
      CORPORATION                   )
 6                                  ) CASE NO.
              PLAINTIFF,            ) CV 04-9049 DOC(RNBX)
 7                                  )
         V.                         ) CONSOLIDATED WITH
 8                                  ) CASE NO. 04-9059
      MGA ENTERTAINMENT, INC.,      )      AND
 9                                  ) CASE NO. 05-2727
              DEFENDANT.            )
10    _____)
                                    )
11    AND CONSOLIDATED ACTION(S)    )
      _____)
12
13
14
15          CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          VIDEOTAPED 30(B)(6) DEPOSITION OF
17          MGA ENTERTAINMENT, INC. (ISAAC
18          LARIAN), VOLUME XV, taken on behalf
19          of Mattel, Inc., at 600 West
20          Santa Ana Boulevard, 10th Floor,
21          Santa Ana, California, commencing at
22          8:14 a.m., Thursday, August 12,
23          2010, before Paula A. Pyburn,
24          CSR 7304, RPR, CLR.
25
```

1  retailers?

2  A.   I don't recall that.

3  Q.   Do you know whether or not the information
4  that's reflected in those pages, those price lists
5  that we're talking about, was public information as
6  of New York Toy Fair in 2001?

7  A.   It was not.  It says "confidential" right
8  up there on the front.  It's talking about fall
9  2001.

10       For example, if you go to page No. 3, we
11  launch Bratz in USA in toy fair 2001, and -- and
12  this is -- Bratz is listed here.  I don't see us
13  putting that price list in the public hand before
14  the product coming out to the market.

15  Q.   Apart from the documents saying
16  "confidential" on them, do you have any other
17  knowledge or information that MGA kept that price
18  list confidential?

19       MR. MOLINSKI:  Misstates the witness's
20  testimony.

21       THE WITNESS:  It is confidential.  We kept
22  it confidential.  We will not give our pricing for
23  upcoming products to -- to the world for our
24  competitors to know what we're going to sell a
25  product for.

```
 1   BY MR. ZELLER:
 2      Q.   So MGA considers the pricing information
 3   reflected in these pages, M 1681629 through -1271,
 4   to be trade secret information; is that correct?
 5      A.   No, confidential.
 6           MR. MOLINSKI:  Objection --
 7           THE WITNESS:  It doesn't say "trade
 8   secret"; it says "confidential."
 9           I'm sorry.  I didn't wait for objection.
10           MR. MOLINSKI:  Objection; calls for a legal
11   conclusion.
12           THE WITNESS:  I had too much coffee again.
13   BY MR. ZELLER:
14      Q.   Well, I understand that the -- the legend
15   on the document says "confidential," but do you also
16   consider it to have been trade secret as of the 2001
17   time period?
18           MR. MOLINSKI:  Calls for a legal
19   conclusion.
20           THE WITNESS:  What's the definition of
21   "trade secret"?
22   BY MR. ZELLER:
23      Q.   So you don't know?
24      A.   No.
25      Q.   Do you have any reason to think that MGA's
```