# EXHIBIT C

Dennis Jolicoeur        November 12, 2010

Page 7075

1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3                        EASTERN DIVISION

4    MATTEL, INC., a Delaware     )
     corporation,                 )
5                                 )
              Plaintiff,          )
6                                 )
     vs.                          ) CASE NO.CV04-9049DOC
7                                 )       (RNBx)
     MGA ENTERTAINMENT, INC., a   ) Consolidated with:
8    California corporation, et   ) Case No. 04-9059
     al.,                         )         and
9                                 )         05-2727
              Defendant.          )
10   _____)
                                  )
11   AND CONSOLIDATED ACTION(S)   )
     _____)
12

13           CONFIDENTIAL - ATTORNEYS' EYES ONLY

14            Videotaped 30(b)6 Deposition of DENNIS

15         JOLICOEUR, Volume XXIX, taken on behalf of

16         Plaintiff, at 865 South Figueroa Street, 9th

17         Floor, Los Angeles, California, commencing at 7:20

18         a.m. Friday, November 12, 2010, before BETH

19         FELIX, Certified Shorthand Reporter No. 12766.

20

21

22

23

24

25

A&E COURT REPORTERS  (213) 955-0070   FAX: (213) 955-0077

Exhibit C – Page 16

Dennis Jolicoeur        November 12, 2010

Page 7115

```
08:33:26   1   and when it can do so ahead of time because it got
08:33:32   2   information that it shouldn't have gotten, that's a
08:33:36   3   disadvantage to the person that originally thought or
08:33:39   4   the company that originally thought of that toy.
08:33:43   5         And I'm trying to express that as well as I
08:33:46   6   can.  You may not like the way I express it, but I'm
08:33:53   7   trying to do the best damn -- the best -- excuse me --
08:33:55   8   job I can.  I may appreciate your frustration, but I'm
08:33:59   9   doing the best I can.
08:34:02  10   BY MR. ZELLER:
08:34:02  11       Q   Please, tell us specifically what it is that
08:34:05  12   MGA claims was its trade secrets with respect to Bratz
08:34:12  13   Winter Wonderland as of the end of New York Toy Fair in
08:34:16  14   2003.
08:34:25  15       A   Its trade secrets would include any
08:34:35  16   transmittal of any kind, oral, visual, physical or
08:34:42  17   otherwise, describing what would be or will be the
08:34:49  18   intended overall look, appearance, theme, play pattern,
08:34:59  19   operation or advertising plan of any of its toys, and
08:35:08  20   that would be true of the Winter Wonderland toy.
08:35:18  21       Q   Anything else?
08:35:21  22       A   No.
08:35:22  23       Q   Which of those did Mattel take and use for
08:35:28  24   Bratz Chillin' Out?
08:35:34  25       A   All of the above.
```

A&E COURT REPORTERS   (213) 955-0070    FAX: (213) 955-0077

Exhibit C – Page 17