# EXHIBIT D

```
 1  ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
 2  WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
 4  San Francisco, CA 94105-2669
    Tel: (415) 773-5700/Fax:(415) 773-5759
 5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
 6  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 7  777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
 8  Tel. (213) 629-2020/Fax: (213) 612-2499

 9  THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
12
    Attorneys for the MGA Parties
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**MGA ENTERTAINMENT, INC.'S CORRECTED RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (MGA REPLY COUNTERCLAIMS)** |

MGA Entertainment, Inc. and its agents, officers, directors and employees acting at its direction.

(b)     MGA objects to the definitions of the term "RELATE TO" as vague, ambiguous, overly broad and unduly burdensome. The definition includes "refer to, relate to, discuss, constitute, evidence, pertain to, mention, support, contradict, negate, bear on, touch on, contain, embody, reflect, identify, state, deal with, concern, comment on, respond to, relevant to, or describe."

17.     MGA's responses are made based on its understanding and interpretation of each interrogatory. MGA reserves the right to supplement its objections and responses should Mattel subsequently put forth an interpretation of any interrogatory that differs from those of MGA.

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

Without waiving or departing from its General Response and General Objections, and specifically incorporating them in its response to each Interrogatory below, MGA makes the following additional objections and responses to specific Interrogatories:

**INTERROGATORY NO. 1:**

Identify, with particularity, each of the UNRELEASED PRODUCTS, each of the ALLEGED TRADE SECRET MATERIALS, and all CONFIDENTIAL INFORMATION that YOU contend that MATTEL misappropriated from YOU.

**RESPONSE TO INTERROGATORY NO. 1:**

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein. MGA is still taking discovery on this topic and will supplement its response as appropriate once its discovery is completed.

Notwithstanding, but without waiving, the foregoing objections, MGA responds that: The trade secrets at issue in MGA's counterclaims-in-reply relate to MGA's unreleased products. The trade secrets are as follows:

The appearance, operation, intended play pattern and plans to advertise on television for the following unreleased MGA products taken by Mattel from MGA private showrooms at the New York, Hong Kong and other Toy Fairs from 1999–2006:

1. Hopscotch Heather,
2. Dream Baby,
3. Bratz,
4. Jumpin Jenny,
5. Scooter Samantha,
6. Hello Kitty Be Beautiful Matchmaker Journal and Virtual Crush,
7. iCandy,
8. Liar Liar,
9. Monkey See Monkey Do,
10. A New Breed and Palm Puppies,
11. Hello Kitty Scooter,
12. Insecto Bots,
13. Monster Surgery,
14. Bratz Mobile,
15. My Beautiful Mermaid,
16. Hulk Two-Way Radios,
17. Bratz Styl' It Collection,
18. Bratz Boys,
19. Bratz Winterwonderland Collection,
20. Bratz Formal Funk Collection,
21. Bratz Runway Formal Funk Collection,
22. Bratz FM Limo,
23. Bratz Motorcycle,
24. Bratz Pet Assortment,
25. Bratz City Playsets,
26. Musikids,
27. Lil' Bratz Boyz,
28. Lil' Bratz Slumber Party,
29. Lil' Bratz Spring Break,
30. Lil' Bratz Loungin' Loft,
31. Lil' Bratz Vehicle Assortment,
32. Lil' Bratz Deluxe Mall Playset,
33. My Beautiful Ballerina,
34. Pia Back to School,
35. Jumpin' on the Bed Bouncin' Baby,
36. Rachel Lul A Bye Baby,
37. RC Street Flyer Samantha,
38. Walk 'n Go Jo Jo,
39. Bead Palace,
40. Bratz Stylin' Dance Party,
41. Alien Racers,
42. Micro Blast Jet Skis,
43. Bratz Petz,
44. Lil' Bratz Dance Party,
45. Dazzlin' Disco Café,
46. Sun Kissed Summer,
47. Girls Nite Out,