# EXHIBIT F

ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for the MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**MGA ENTERTAINMENT, INC.'S CORRECTED SECOND SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES NOS. 1-12, 15, 19 (MGA REPLY COUNTERCLAIMS)** |

**CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

MGA ENTERTAINMENT, INC.'S SECOND SUPPLEMENTAL
RESPONSES TO MATTEL, INC.'S FIRST SET OF
INTERROGATORIES (MGA REPLY COUNTERCLAIMS)

Exhibit F — Page 23

11·10

TX 22875-00001

responds that: The trade secrets at issue in MGA's counterclaims-in-reply relate to MGA's unreleased products. The trade secrets are as follows:

    The appearance, operation, intended play pattern and plans to advertise on television for the following unreleased MGA products taken by Mattel from MGA private showrooms at the New York, Hong Kong and other Toy Fairs from 1999–2006:

1. Hopscotch Heather, see M 1679958–1680047 at M 1680021
2. Dream Baby, see id. at M 1680022
3. Bratz, see M 0938405–0938498 at M 0938412, M 0938417
4. Jumpin Jenny, see id. at M 0938412, M0938431
5. Scooter Samantha, see id. at M 0938412, M 0938428
6. Hello Kitty Be Beautiful Matchmaker Journal and Virtual Crush, see M 1680714–1680811 at M 1680725, M 1680753
7. iCandy, see id. at M 1680725, M 1680754
8. Liar Liar, see id. at M 1680754
9. Monkey See Monkey Do, see id. at M 1680780
10. A New Breed and Palm Puppies, see id. at M 1680781
11. Hello Kitty Scooter, see id. at M 1680784
12. Insecto Bots, see id. at M 1680789
13. Monster Surgery, see M 1680525–1680713 at M 1680637
14. Bratz Mobile, see id. at M 1680667
15. My Beautiful Mermaid, see id. at M 1680678
16. Hulk Two-Way Radios, see M 0297397–0297605 at M 0297407
17. Bratz Styl' It Collection, see id. at M 0297415
18. Bratz Boyz, see M 1680525–1680713 at M 1680666
19. Bratz Winterwonderland Collection, see M 0297397–0297605 at M 0297415
20. Bratz Formal Funk Collection, see id. at M 0297415
21. Bratz Runway Formal Funk Collection, see id. at M 0297416
22. Bratz FM Limo, see id. at M 0297416
23. Bratz Motorcycle, see id. at M 0297416
24. Bratz Pet Assortment, see id. at M 0297416
25. Bratz City Playsets, see id. at M 0297417
26. Musikids, see id. at M 0297418
27. Lil' Bratz Boyz, see id. at M 0297425
28. Lil' Bratz Slumber Party, see id. at M 0297425
29. Lil' Bratz Spring Break, see id. at M 0297425
30. Lil' Bratz Loungin' Loft, see id. at M 0297425
31. Lil' Bratz Vehicle Assortment, see id. at M 0297425
32. Lil' Bratz Deluxe Mall Playset, see id. at M 0297425
33. My Beautiful Ballerina, see id. at M 0297579
34. Pia Back to School, see id. at M 0297579
35. Jumpin' on the Bed Bouncin' Baby, see id. at M 0297579
36. Rachel Lul A Bye Baby, see id. at M 0297579
37. RC Street Flyer Samantha, see id. at M 0297579
38. Walk 'n Go Jo Jo, see id. at M 0297588
39. Bead Palace, see id. at M 0297604
40. Bratz Stylin' Dance Party, see M 1679885–1679922 at M 1679888
41. Alien Racers, see id. at M 1679906

- 12 -

MGA ENTERTAINMENT, INC.'S SECOND SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S FIRST SET OF INTERROGATORIES (MGA REPLY COUNTERCLAIMS)

Exhibit F — Page 24

TX 22875-00013