Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER ORDER NO. 108 REGARDING DOCUMENTS MAINTAINED BY MR. VILLASENOR** |

On March 28 and March 29, 2011, pursuant to the request of the Court, the Discovery Master conducted a review of thirty-five (35) banker's boxes of documents produced by Mattel. Mattel represents that the boxes contain the documents removed from Sal Villasenor's work area or "cubicle" and are the materials identified by Jill Thomas in her deposition taken on March 27, 2011 (the Villasenor Files").

The Court instructed the Discovery Master to copy all documents from the Villasenor Files referring to "Bratz" or "MGA" and to replace the original documents in the their respective boxes after copying.

Enclosed are two binders (one for Mattel's counsel and one for MGA's counsel). Each binder contains a complete set of the documents from the Villasenor Files referring to "Bratz" or "MGA." The documents are divided by tabs indicating the box from which they were taken. To reflect the fact that these documents have been produced to the parties by the Discovery Master, the first page of each document is stamped "Confidential" in the upper right corner.

Pursuant to further instruction of the Court, I will review a sampling of the media items in the materials and make a separate report to the Court today. Upon conclusion of such review, I recommend that the Villasenor Files be returned to counsel for Mattel forthwith.

Dated: March 29, 2011                    Respectfully submitted,

By: /s/ M. C. O'B—
ROBERT C. O'BRIEN
Discovery Master

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 108
[Case No. CV 04-09049 DOC (RNBx)]