Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
obrien.robert@arentfox.com

Discovery Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PHASE 2 DISCOVERY MATTER ORDER NO. 109 REGARDING MEDIA FILES MAINTAINED BY MR. VILLASENOR** |

1   On March 29, 2011, pursuant to the request of the Court, the Discovery
2   Master conducted a review of various videotapes, audiotapes, digital discs, floppy
3   disks, and other media (the "Media Files") included in the thirty-five (35) banker's
4   boxes of documents produced by Mattel and removed from Sal Villasenor's work
5   area.

6   Given the volume of the Media Files and the need to complete the review by
7   the end of the day, I did not review the portion of the Media Files consisting of
8   clearly labeled third party promotional material or film or television clips clearly
9   originating from third party companies (e.g. movie studios), but instead reviewed
10  only the portions of the Media Files that (1) appear to have been created by Mattel
11  or (2) were not labeled, or hand labeled. I also did not review floppy disks or
12  audiotapes dated prior to 2000.

13  1.   Having completed my review, I find that the following Media Files in
14  Box 28 are discoverable and should be produced forthwith to MGA:

15  • Videotape labeled "Competitive Toy Review Presentation Re-edit
16    3/19/2004;" and

17  • Videotape labeled "Zandl 2004 Presentation."

18  2.   The items identified in Paragraph 1, above, are being transmitted to the
19  Court so that they can be made available for viewing and/or copying by the parties
20  in Santa Ana this evening.

21  3.   Four videocam tapes that may be relevant to this action have been sent
22  off-site for conversion to DVD format. I will issue a further ruling regarding those
23  items as soon as possible.

24  4.   Except for the items identified in Paragraph 3, above, all Media Files
25  have been returned to their respective boxes.

26  //
27  //
28  //

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER NO. 109
[Case No. CV 04-09049 DOC (RNBx)]

1 | Dated: March 29, 2011

Respectfully submitted,

By: _____
ROBERT C. O'BRIEN
Discovery Master