ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059/<br>Case No. CV 05-2727<br>Hon. David O. Carter<br><br>**THE MGA PARTIES' REQUEST FOR JUDICIAL NOTICE OF UNITED STATES COPYRIGHT OFFICE DOCUMENTS**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

1  Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA Entertainment, Inc., MGAE de Mexico S.R.L. de C.V., MGA HK Ltd., and Isaac Larian (collectively, the "MGA Parties") respectfully request that the Court take judicial notice of: (a) a certified copy of a document recorded in the Copyright Office Records (TX 27506), and (b) records from the Public Catalog of the United States Copyright Office website (www.copyright.gov) (TX 27254 and TX 35958 – 35969).

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known'…or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned . . . . '"). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

A federal court may take judicial notice of public records, including records of the Copyright Office. *See United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (courts may take judicial notice of public records); *MGIC Indem. Corp v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986); *Vitek Systems, Inc. v. Abbott Laboratories*, 675 F.2d 190, 192 n.4 (8th Cir. 1982) (a court may take judicial notice of documents filed with the U.S. Patent and Trademark Office); *Kaempe v. Myers*, 367 F.3d 958, 965 (D.C. Cir. 2004); *Denius v. Dunlap*, 330 F.3d 919, 926 (7th Cir. 2003) (taking judicial notice of information on official government website pursuant to Rule 201). Judicial notice of the Copyright Office records allows the Court to take notice of certain facts either set forth in or established by the records because they show that the facts are "capable of accurate and ready

1  determination by resort to sources whose accuracy cannot be reasonably
2  questioned."
3       The facts that are the subject of this request are capable of accurate and
4  ready determination by sources whose accuracy cannot reasonably be questioned.
5  The facts in question are recorded in or established by the records of the
6  Copyright Office.  Pursuant to Rule 210(b) and (d), the MGA Parties hereby
7  submit the following documents attached to the Appendix of Marked Trial
8  Exhibits filed herewith:
9       <u>TX 27506</u>:  Trial Exhibit 27506 is a certified copy of a "Short Term
10 Option" that was recorded at the Copyright Office between MGA and Twentieth
11 Century Fox on April 28, 2004.  The Short Term Option recites the chain of title
12 from Bryant through MGA to Twentieth Century Fox, including the registrations
13 for the works authored by Carter Bryant: VA 1-218-487, VA 1-218-488, VA 1-
14 218-490, VA 1-218-491, VA 1-218-489.
15      <u>TX 27254</u>:  Trial Exhibit 27254 is a printout of results from a search run on
16 the Public Catalog of the United States Copyright Office website
17 (www.copyright.gov) that reveals the titles and registration numbers of the works
18 authored by Carter Bryant, assigned to MGA, and then recorded in connection
19 with the Short Term Option to Twentieth Century Fox.
20      <u>TX 35958</u>:  Trial Exhibit 35958 is a printout of results from a search run on
21 the Public Catalog of the United States Copyright Office website
22 (www.copyright.gov) for the keyword "bratz" setting the search limit date range
23 as between 2001 to 2004.  The Copyright Number for the Bryant Bratz group
24 drawing registered by MGA (VA 1-218-489) appears at line 51 of this results
25 printout.
26      <u>TX 35959</u>: Trial Exhibit 35959 is a printout of results from a search run on
27 the Public Catalog of the United States Copyright Office website
28 (www.copyright.gov) for the keywords "carter bryant" setting the search limit

1   date range as between 2001 to 2004.  The Copyright Numbers for the Bryant
2   Bratz drawings registered by MGA (VA 1-218-491, VA 1-218-490, VA 1-218-
3   489, VA 1-218-488, VA-1-218-487) appear at lines 11 through 15 of this results
4   printout.

5         <u>TX 35960</u>:  Trial Exhibit 35960 is printout of results from a search run on
6   the Public Catalog of the United States Copyright Office website
7   (www.copyright.gov) for the keyword "cloe" setting the search limit date range as
8   between 2001 to 2004.  The Copyright Number for the Sasha drawing registered
9   by MGA (VA 1-218-490) appears at line 22 of this results printout.

10        <u>TX 35961</u>:  Trial Exhibit 35961 is a printout of results from a search run on
11  the Public Catalog of the United States Copyright Office website
12  (www.copyright.gov) for the keyword "jade" setting the search limit date range as
13  between 2001 to 2004.  The Copyright Number for the Jade drawing registered by
14  MGA (VA 1-218-487) appears at line 773 of this results printout.

15        <u>TX 35962</u>: Trial Exhibit 35962 is a printout of results from a search run on
16  the Public Catalog of the United States Copyright Office website
17  (www.copyright.gov) for the keyword "mga" setting the search limit date range as
18  between 2001 to 2004.  The Copyright Numbers for the Bryant Bratz drawings
19  registered by MGA (VA 1-218-491, VA 1-218-490, VA 1-218-489, VA 1-218-
20  488, VA-1-218-487) appear at lines 61 through 63 and 41-42, respectively, of this
21  results printout.

22        <u>TX 35963</u>:  Trial Exhibit 35963 is a printout of results from a search run on
23  the Public Catalog of the United States Copyright Office website
24  (www.copyright.gov) for the keyword "sasha" setting the search limit date range
25  as between 2001 to 2004.  The Copyright Number for the Sasha drawing
26  registered by MGA (VA 1-218-488) appears at line 231 of this results printout.

27        <u>TX 35964</u>:  Trial Exhibit 35964 is a printout of results from a search run on
28  the Public Catalog of the United States Copyright Office website

1  (www.copyright.gov) for the keyword "yasmin" setting the search limit date
2  range as between 2001 to 2004. The Copyright Number for the Yasmin drawing
3  registered by MGA (VA 1-218-491) appears at line 62 of this results printout.

4  <u>TX 35965</u>: Trial Exhibit 35965 is a printout of the record corresponding to
5  VA 1-218-487 for a work titled "Jade" from the Public Catalog of the United
6  States Copyright Office website (www.copyright.gov). This record indicates that
7  the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant,
8  the Date of Creation is 1998, and the Date of Publication is in 2001.

9  <u>TX 35966</u>: Trial Exhibit 35966 is a printout of the record corresponding to
10 VA 1-218-488 for a work titled "Sasha" from the Public Catalog of the United
11 States Copyright Office website (www.copyright.gov). This record indicates that
12 the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant,
13 the Date of Creation is 1998, and the Date of Publication is in 2001.

14 <u>TX 35967</u>: Trial Exhibit 35967 is a printout of the record corresponding to
15 VA 1-218-489 for a work titled "Bratz group drawing" from the Public Catalog of
16 the United States Copyright Office website (www.copyright.gov). This record
17 indicates that the Copyright Claimant is MGA, the Authorship on Application is
18 Carter Bryant, the Date of Creation is 1998, and the Date of Publication is in
19 2001.

20 <u>TX 35968</u>: Trial Exhibit 35968 is a printout of the record corresponding to
21 VA 1-218-490 for a work titled "Cloe" from the Public Catalog of the United
22 States Copyright Office website (www.copyright.gov). This record indicates that
23 the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant,
24 the Date of Creation is 1998, and the Date of Publication is in 2001.

25 <u>TX 35969</u>: Trial Exhibit 35969 is a printout of the record corresponding to
26 VA 1-218-491 for a work titled "Yasmin" from the Public Catalog of the United
27 States Copyright Office website (www.copyright.gov). This record indicates that
28 the Copyright Claimant is MGA, the Authorship on Application is Carter Bryant,

1    the Date of Creation is 1998, and the Date of Publication is in 2001.

2

3

4    Dated:  March 29, 2011            Respectfully submitted,

5                                       ORRICK, HERRINGTON & SUTCLIFFE LLP

6

7                                       By:  _____*/s/ Diana M. Rutowski*_____
                                              Diana M. Rutowski
8                                             Attorneys for the MGA Parties