ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' FURTHER SUPPLEMENTAL BRIEF REGARDING MOTION FOR MISTRIAL ON MAGNETS**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

As set forth in prior submissions, the MGA Parties strongly disagree with Mattel's complaints regarding the cross-examination of Robert Eckert regarding dangerous magnets in children's toys. As previously demonstrated, MGA had a good faith basis for that examination.

Nonetheless, Mattel has continued to complain about this issue virtually every night for weeks on end. In order to address Mattel's unjustified and unwarranted concerns and to take this complaint off the table once and for all, MGA hereby offers the following curative instruction to be read during the resumed examination of Mr. Eckert.

> THERE WAS PRIOR TESTIMONY FROM MR. ECKERT ABOUT MATTEL'S RECALLS DURING 2007 OF PRODUCTS CONTAINING LEAD PAINT AND MAGNETS. THIS TESTIMONY IS RELEVANT SOLELY FOR PURPOSES OF YOUR CONSIDERATION OF THE NOTORIETY OF THE RECALLS AND WHETHER THAT MAY HAVE AFFECTED THE PERFORMANCE OF MATTEL'S BRANDS AND PRODUCTS. YOU SHOULD DISREGARD ANY SUGGESTION OF PHYSICAL HARM FROM LEAD PAINT OR MAGNETS AND THAT SHOULD NOT FIGURE IN YOUR CONSIDERATION OF THIS MATTER.

Dated: March 29, 2011          Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Annette L. Hurst_____
Annette L. Hurst
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

- 1 -

MGA PARTIES' FURTHER SUPPLEMENTAL BRIEF RE MOTION FOR MISTRIAL ON MAGNETS
CV-04-9049 DOC (RNBx)