ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' OPPOSITION TO MATTEL'S TRIAL BRIEF RE PRECLUSION OF UNDISCLOSED MGA WITNESS TERI HAUSTEIN**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

# ARGUMENT

MGA timely disclosed to Mattel that it will call Ms. Teri Hauenstein as a witness in its case-in-chief. Ms. Hauenstein is currently the Vice President for Global Human Resources at MGA. She is being called as a records custodian witness to authenticate certain personnel records of MGA. Specifically, Ms. Hauenstein will testify to the creation of a summary document which evidence the total number of employees hired by MGA from 1999 to 2007. This summary document, TX 35006, was used to create a chart showing the total number of employees hired by MGA who previously worked at Mattel, compared with the total number of employees hired in those years. Her testimony is expected to last less than 30 minutes.

Mattel moves to exclude this witness based on the erroneous argument that MGA failed to disclose this witness on any of its witness lists. In fact, MGA's initial witness list filed on December 6, 2010 (Dkt. 9322) specifically states that "…the MGA side has not repeated the Mattel Corrected Witness List in this document, but **hereby reserves the right to call any witness identified on Mattel's Corrected Witness List.**" Mattel's Witness Lists, including the Corrected List referred to by MGA, lists several MGA custodians. (Dkt. 9310). Under its reservation of rights, MGA timely disclosed its custodians and must be permitted to present such testimony.

Further, Ms. Hauenstein's testimony as a record custodian is no different than the testimony admitted by Mattel employees Omar Cavasutto and Drew Vollero. Both witnesses were permitted to testify, despite the fact that neither witness was previously deposed nor previously disclosed by Mattel on the issues for which they were permitted to testify. Mr. Cavasutto was called as a witness to authenticate a handful of Mattel Mexico retail contracts, a topic on which he was never deposed and on which Mattel at the last moment to fill in a void in its claim for alleged misappropriation of trade secrets. Similarly, Mr. Vollero was permitted to testify, in

1  substitution for subpoenaed witness Milt Zablow (allegedly too ill to testify), on the
2  authenticity of a single email.

## CONCLUSION

For the foregoing reasons, MGA respectfully requests that Mattel's motion to preclude Teri Hauenstein from testifying in this matter be denied and MGA be permitted to present this very brief testimony.

Dated: March 29, 2011        Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:       */s/ Denise M. Mingrone*
                Denise M. Mingrone
        Attorneys for MGA ENTERTAINMENT, INC.,
        MGA ENTERTAINMENT HK, LTD., MGA de
        MEXICO, S.R.L. de C.V., and ISAAC LARIAN