UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE DAVID O. CARTER, JUDGE PRESIDING

- - - - - - -

# CERTIFIED TRANSCRIPT

MATTEL, INC., et al.,            )
                                 )
                Plaintiffs,      )
                                 )
        vs.                      )
                                 )
MGA ENTERTAINMENT, INC., et al., )  No. CV 04-9049-DOC (RNBx)
                                 )       Volume 2 of 2
                                 )
                Defendants.      )
_____)


REPORTER'S DAILY TRANSCRIPT OF REDACTED UNSEALED PROCEEDINGS
JURY TRIAL
SANTA ANA, CALIFORNIA
MONDAY, MARCH 28, 2011


Denise Paddock, CSR 10199, CMRS, RMR, CRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
transcripts@ocrecord.com www.ocrecord.com
032811 DCCD CR 9D CARTER MATTEL CIVIL JURY TRIAL V2 REDACTED
UNSEALED 03/28/2011

**APPEARANCES OF COUNSEL:**

FOR PLAINTIFF MATTEL, INC., ET AL.:

     QUINN EMANUEL URQUHART & SULLIVAN LLP
     BY: JOHN QUINN
         WILLIAM PRICE
         MICHAEL T ZELLER
         Attorneys at Law
     865 S Figueroa Street, 10th Floor
     Los Angeles, CA 90017-2543
     213-443-3000

FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

     ORRICK HERRINGTON & SUTCLIFFE LLP
     BY: THOMAS S McCONVILLE
         Attorney at Law
     4 Park Plaza, Suite 1600
     Irvine, CA 92614
     949-567-6700

     - AND -

     ORRICK HERRINGTON & SUTCLIFFE LLP
     BY: ANNETTE L HURST
         Attorney at Law
     405 Howard Street
     San Francisco, CA 94105
     415-773-5700

     KELLER RACKAUCKAS LLP
     BY:  JENNIFER L KELLER
         Attorney at Law
     18500 Von Karman Avenue, Suite 560
     Irvine, CA 92612
     949-476-8700

UNITED STATES DISTRICT COURT

1   **APPEARANCES OF COUNSEL (Continued):**

2

3

4     FOR CARLOS GUSTAVO MACHADO GOMEZ:

5           LAW OFFICES OF MARK E OVERLAND
            BY: Mark E Overland
6               Attorney at Law
            100 Wilshire Boulevard, Suite 950
7           Santa Monica, CA 90401
            310-459-2830
8
            -AND-
9
            SCHEPER KIM AND HARRIS LLP
10          BY: ALEXANDER H COTE
                Attorney at Law
11          601 West Fifth Street, 12th Floor
            Los Angeles, CA 90071-2025
12          213-613-4655

13          ALSO PRESENT:

14          MGA ENTERTAINMENT, INC.
            BY: JEANINE PISONI
15              Attorney at Law
            16360 Roscoe Boulevard, Suite 105
16          Van Nuys, California 91406

17

18   ALSO PRESENT:

19

     KEN KOTARSKI, Mattel Technical Operator - On the Record
20
     MIKE STOVALL, MGA Technical Operator - Digital Trial Consultant
21
     ROBERT O'BRIEN, Special Master
22

23

24

25

UNITED STATES DISTRICT COURT

Case 2:04-cv-09049-DOC-RNB   Document 10323   Filed 03/30/11   Page 4 of 66   Page ID #:313316
CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

4

         1              SANTA ANA, CALIFORNIA; MONDAY, MARCH 28, 2011

         2                         Volume 2 of 2

         3                         P.M. SESSION

         4              THE COURT:  On Mattel versus MGA, counsel are

14:06    5    present.

         6              For our record it would be Mr. McConville,

         7    Ms. Hurst, Mr. Cote, Mr. Price -- we've lost Mr. Quinn --

         8    Mr. Zeller -- able counsel.

         9              Counsel, this is the court's decision on the

14:06   10    counterclaim for conversion.

        11              This will not be going to the jury.  I've got four

        12    copies.

        13              Nancy, would you please distribute those to

        14    counsel.

14:07   15              That's the court's final decision.

        16              Please be available in the next hour because two

        17    more decisions will be coming down quickly, as well as the

        18    special verdicts.

        19              If you have instructions for me, you are now

14:07   20    running.  The time clock is gone.  So if you want alter ego,

        21    that instruction had better be on my desk in the next hour.

        22              Goodbye.

        23              (An unrelated matter was handled at this time.)

        24              THE COURT:  Okay.  Nancy, would you ask the Mattel

15:10   25    folks to come on in.

Case 2:04-cv-09049-DOC-RNB   Document 10323   Filed 03/30/11   Page 5 of 66   Page ID #:313317
CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

5

```
 1              THE CLERK:  Yes, Your Honor.

 2              (Pause in the proceedings.)

 3              (Open court - jury not present.)

 4              THE COURT:  We are on the record for Mattel and MGA

15:11 5    concerning the counterclaim for aiding and abetting the

 6    breach of duty and loyalty.

 7              The court doesn't find such a claim to exist.

 8              Concerning the aiding and abetting the breach of

 9    duty, the court finds that that claim does not exist.

15:12 10             That will not be going to the jury.

11             Okay.  It will be made available and orders will be

12    coming out.  And there's one mistake we'll correct on the

13    docket and I switched from the Roman numeral to letters on

14    the "A" and -- or you'll see "1."  That Section A is meant to

15:12 15   be 1 and 2.

16             Thank you.

17             If you'll remain available, please, for the court.

18             (An unrelated matter was handled at this time.)

19             (Open court - jury not present.)

15:36 20             THE COURT:  Okay.  I want to have a little

21    off-the-record conversation with you.

22             (Discussion held off the record.)

23             (An unrelated matter was handled at this time.)

24    //                                              //

25    //                                              //
```

CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

6

1              (Session reconvened in Los Angeles, California, at

2      the Law Offices of Arent Fox LLP, Gas Company Tower,

3      555 West Fifth Street, 48th Floor, Los Angeles, California

4      90013 on Monday, March 28, 2011.)

21:39  5              THE COURT:  Okay.  We're on the record.

6              It's March 28th, Monday.  It's about 9:00 p.m.

7              We're at the offices of Arent Fox with

8      Robert O'Brien, who is the special master.

9              I'm convening court this evening.

21:39 10              Mr. Quinn is present; John Cory is present, but not

11      in the room at the present time.  They're waiting in the

12      hallway, along with Annette Hurst and Tom McConville, who

13      represent MGA; the former counsel the court stated represent

14      Mattel.

21:39 15              With me is the special master.

16              The court had conducted a series of in-camera

17      hearings previously and I want to record my efforts this

18      evening to find out how these 35 boxes have so recently come

19      to the court's attention, and also a number of boxes

21:40 20      containing materials that were previously in the possession

21      of Mattel and, specifically, Sal Villasenor.

22              I'm going to ask the special master to make a

23      report to me for just a moment.

24              (Pause in the proceedings.)

21:42 25              THE COURT:  We're back on the record.

UNITED STATES DISTRICT COURT

CV 04-9049-DOC (RNBx) - 03/26/2011 - Volume 2 of 2

7

1          Mr. Quinn is joining me, Mr. McConville is joining

2     me; gentlemen, have a seat.  The special master is present

3     under these proceedings and the court's in session.

4          I want the special master to make your initial

21:42  5     report to me.  State to both counsel what you've stated to me

6     on the following and then I'll perfect the record and state

7     to the reviewing court why we're here this evening.

8          MR. O'BRIEN:  Thank you, Your Honor.

9          Last night at the deposition of Jill Thomas, during

21:42 10     the questioning the testimony was elicited that Mattel had

11     packed up the cubical of Mr. Sal Villasenor, at which point

12     Ms. Hurst made a request that the documents in the cubical --

13     asked if the documents in the cubical had been produced in

14     the litigation.

21:43 15          Mr. Gordon didn't know, but said that he would get

16     back later in the deposition.

17          The deposition concluded, Mr. Gordon reported

18     that -- and it may have been on the record, I'd have to take

19     a look at it -- either Ms. Thomas or Mr. Gordon reported that

21:43 20     the documents had been packaged up and sent to the

21     Paul Hastings law firm and had not gone to Quinn Emanuel, but

22     were in the Paul Hastings firm's custody.

23          Ms. Hurst renewed her request that the documents be

24     produced, being concerned that they were -- there might be

21:43 25     attorney-client privileged documents or work product

1    documents -- among those documents.  I ordered that the

2    documents be produced to my office this morning for an

3    in-camera review.

4           The documents were produced, and there were

21:44 5    35 boxes of documents that were produced for Mr. Villasenor's

6    cubical.  And I think "cubical" is probably loose.  My

7    assumption is that given the volume of documents there must

8    have been some file cabinets outside the cubical.

9           We undertook a brief review kind of over the lunch

21:44 10    hour and -- the late lunch hour, but there were 35 banker's

11    boxes of documents to try to determine if there were MGA or

12    Bratz documents that looked like they might be related to the

13    case.

14           One of the things is the document -- the box -- the

21:44 15    documents came with a cover sheet called "record carton

16    inventory."

17           On, I believe, five boxes of the documents, the

18    record carton inventory mentioned that there was a document

19    related to either Bratz or possibly MGA.

21:44 20           THE COURT:  Are those boxes 3, 5, 8, 15 and 27?

21           MR. O'BRIEN:  That's correct, Your Honor.

22           THE COURT:  Okay.

23           MR. O'BRIEN:  And so we reported back to the court

24    today that it appeared -- and then what we did, in addition

21:45 25    to looking at these documents and confirming it, what we did

1   is we did a spot check of another probably two to five boxes,

2   to go through them, to make sure that the documents matched

3   up to the record carton inventory, and it was our -- what we

4   found in the sample, but it wasn't -- we didn't go through

21:45  5   all 35 documents -- what we found in the sample is that the

6   documents appeared to conform to the record carton inventory.

7          So my assumption was when I reported to the court

8   and as I had mentioned to the court, we hadn't gone through

9   all of the documents to determine that there were no other

21:45 10  MGA or Bratz' documents in all 35 boxes, but from the sample

11  we did and from looking at the inventory records they looked

12  like they were accurate and done in good faith and it didn't

13  look like there were -- you know, at least from what we can

14  see, it looked straightforward and that was the report I gave

21:46 15  the court this afternoon.

16         My understanding is that an order was issued by the

17  court to allow MGA to come up and review the boxes, and my

18  understanding, initially, was that the review was going to be

19  of all 35 boxes -- if they could marshal the people -- to see

21:46 20  if there were any MGA or Bratz documents in those boxes.

21         As I mentioned it when you called -- you then

22  called me -- I think I had ordered the -- I didn't order the

23  parties, but I requested the parties to come up for the

24  review, both MGA and Mattel, and I believe it was an e-mail,

21:46 25  Your Honor.

CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

1        You then called me when they were on their way up

2   and told me that your initial ruling had been -- or I'm not

3   sure if it was a ruling, but your initial conversation with

4   counsel was to allow the MGA lawyers to review the five boxes

21:46 5   or five and a half boxes.

6        Basically on some of the boxes there's only -- some

7   of the boxes are missing the record carton inventory.

8        I don't think that there's anything untoward.  That

9   doesn't -- that doesn't mean anything because I think -- this

21:47 10   is my supposition just from looking at the boxes -- is that I

11   think that an inventory was prepared for material and then if

12   it didn't fit into the banker's box there was a second

13   banker's box, and the overflow into the banker's box into the

14   next banker's box, so that the inventory that was prepared

21:47 15   may have covered one and a half boxes, usually one and a half

16   boxes.

17        So I don't think there was anything inaccurate --

18   or I don't think you can read anything into the fact that

19   some records didn't have a carton record with them.  I think

21:47 20   it was overflow.  I think it was an administrative issue with

21   how they were packed up.

22        In any event, you had asked me if we could be

23   certain, certify that all of the boxes -- all of the

24   remaining boxes did not have MGA or Mattel documents.  I said

21:48 25   we can't certify that unless we go through each one of the

1    boxes individually and look at every single piece of paper.

2    And at that point you said, you know, go ahead and let the

3    MGA lawyers look at all the boxes but only take out documents

4    related -- or copy documents related to Mattel -- or, excuse

21:48  5    me -- related to MGA or Bratz.

6            You also asked that we have a paralegal sit in the

7    conference room to make sure they didn't take out or add any

8    documents to the documents or records.

9            So during the entire time that the MGA lawyers were

21:48 10   there we had a paralegal watching over the files and making

11   sure that counsel behaved ethically -- not that I had any

12   concern.  As I indicated I didn't think that counsel from

13   either side would behave in an inappropriate matter.

14           And then you also mentioned that we should allow

21:48 15   the Mattel lawyers to observe whatever the MGA lawyers were

16   doing, which we did.  Marshall Searcy was here to observe the

17   review of the documents.

18           MR. QUINN:  Apparently that was already ongoing,

19   though, when he arrived.

21:49 20           MR. O'BRIEN:  That's correct and the judge had told

21   me to allow them to do it with our paralegal sitting there

22   watching it and I also gave -- what I left out -- and that's

23   correct.

24           Mr. Quinn, I also gave a very thorough instruction

21:49 25   to Mr. Molinski and to Ms. Hurst -- you can certainly ask

CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

1    them about it -- in-camera, in which I explained to them the

2    severity of the consequences.  Not that I, in any way,

3    expected them to do anything inappropriate, but that if

4    anything inappropriate happened with the documents while they

21:49  5   were reviewing them, that the consequences would be extremely

6    severe and they, you know, understood that and I didn't have

7    any reason to doubt that they would either introduce a

8    document or try and take a document out of the box while we

9    had someone there.

21:49 10        During the course of this I was there and walked

11   back and forth and didn't supervise minute by minute but

12   was -- was, you know, aware of what was happening.

13        So while the document review was going on, after

14   Mr. Searcy had gotten here, he came into my office and

21:50 15   mentioned that Mr. Quinn would like to talk to me.  At which

16   point I talked to Mr. Quinn.  We had a bad connection, so I

17   called back from my landline.

18        Mr. Quinn informed me he was concerned about the

19   disconnect between the court's informal order or order or

21:50 20   whatever the situation was with Mr. Price and Mr. Zeller and

21   offered to put them on the line with me to attest to the fact

22   that what he was telling me was true.

23        I told Mr. Quinn that they didn't need to get on

24   the line for a number of reasons: A, if he told me something

21:50 25   I would certainly accept his word on it; but, B, that you had

1    previously called and told me that that's, in fact, what

2    happened and that you told me now that we couldn't certify

3    that there were no other MGA or Bratz documents in the

4    other -- other files that you'd agreed to allow them to move

21:51 5    forward and supervise -- review all 35 boxes.

6         What I left out earlier is in our earlier

7    conversation I asked if you wanted me to just give the five

8    boxes, 3, 5, 8, 15 and 27, to MGA and point them out to those

9    boxes -- you know, point them to those boxes; and the court

21:51 10   had instructed me not to do that, that we shouldn't be in the

11   business of directing MGA to those boxes or -- or, you know,

12   helping them find documents or suggesting to MGA that those

13   documents are either relevant or irrelevant.

14        And so my understanding was it was another reason

21:51 15   that you had decided to allow them to go through the 35 is to

16   let them determine for themselves what they thought was

17   relevant and pull them out as opposed to a judgment of the

18   discovery master, giving them something that somehow implied

19   that there was relevance or that the documents should have

21:51 20   otherwise been produced.

21        So, in any event, Mr. Quinn asked me if I would

22   halt the proceedings and allow him time to be heard.  I told

23   him that the decision wasn't mine on the 35 boxes; he would

24   have to raise it with the court.

21:52 25        I agreed to halt the proceeding -- halt the review,

1    which I did immediately after hanging up with him, called

2    you, suggested that we have a conference call, at which point

3    the court -- and I also offered that -- to reconvene in the

4    courthouse in Santa Ana so that the issue could be decided

21:52 5    there, at which point the court asked me to invite Mr. Quinn

6    and Mr. McConville to come up here and -- and that you'd be

7    coming to Los Angeles to review the documents and hold a

8    hearing here.

9            So that's -- that's my report.

21:52 10            THE COURT:  That's a lot of information in a short

11    time.

12            MR. O'BRIEN:  I'm sorry if I spoke quickly for you.

13            THE COURT:  Denise, if I go too fast, you slow me

14    down.

21:52 15            You two have been invited/ordered to come this

16    evening and the reasons are twofold.

17            I had had an informal conversation, Mr. Quinn,

18    after you left today with Mr. Zeller and Mr. Price and

19    Mr. McConville and Ms. Hurst.

21:53 20            The information that I had received from the

21    special master at that time was that there were about five --

22    five and a half boxes and I had informally told all

23    counsel -- and, please, if I don't state this correctly,

24    please correct me -- or ask Mr. Zeller to come down -- but my

21:53 25    impression was that there were five boxes that had MGA

Case 2:04-cv-09049-DOC-RNB   Document 10323   Filed 03/30/11   Page 15 of 66   Page ID #:313327
CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

15

        1    material in it.  There were approximately 35 boxes in

        2    Los Angeles.

        3            They were at the Paul Hastings offices, and that

        4    when I asked Mr. Zeller if he had been through those boxes,

21:53   5    he had initially volunteered that he had -- knew the

        6    materials, knew these materials.

        7            And at that time my instructions and my thoughts

        8    were "five boxes and that's the extent of it" because I

        9    assumed that they were clearly labeled and I assumed that the

21:54  10    contents inside those five boxes were MGA materials.

       11            Upon further discussion in that informal hearing,

       12    Mr. Zeller informed me he had not been through these boxes

       13    and did not know what these boxes contained.

       14            So at that time I instructed the special master to

21:54  15    start through the 35 boxes and I indicated to you that there

       16    might be a problem because I had stated informally that I

       17    thought that five boxes would initially be sufficient, but

       18    now I wanted all 35 boxes gone through but I was to set up

       19    some safeguards -- attorney's eyes only -- and any document

21:54  20    that was xeroxed was to be xeroxed by MGA and it was to be

       21    shown by you, and Mattel had the same courtesy.

       22            I then received a phone call that there were

       23    materials inside at least seven to eight boxes, that there

       24    were numerous videotapes --

21:55  25            MR. O'BRIEN:  And, Your Honor, can I mention I had

 1   left something out of my report --

 2           THE COURT:  Sure.

 3           MR. O'BRIEN:  -- that focuses on this.

 4           When I went in and asked MGA to stop reviewing the

 5   documents, I had agreed with Mr. Quinn, and Mr. Searcy didn't

 6   object to it, that MGA could continue to review, that I could

 7   give them the numbers of the five boxes that had the MGA

 8   material in there and that they could continue to review

 9   those while we were waiting for counsel and for the judge to

10   get here.

11           At which point Mr. Molinski told me that he had

12   found Bratz- or MGA-related materials in at least seven

13   boxes.

14           I had not confirmed that and have not gone through

15   those boxes because I was waiting for the hearing and

16   certainly will not -- and that's what I conveyed to the

17   judge, but nevertheless I still instructed him not to look in

18   the other boxes.  But there was a representation by MGA that

19   there were MGA or Bratz documents beyond the five boxes.

20           THE COURT:  And my expression back at the special

21   master, so you know and on the record, was that only two

22   things could happen.

23           First of all there was either carelessness in the

24   way that these boxes were labeled, because apparently the

25   additional boxes did not have MGA markings on them, which

 1    meant now that I was concerned that inadvertently material

 2    may have gone into other boxes or that these boxes were not

 3    properly labeled and if they were not properly labeled it

 4    gave me no confidence that the special master was able to

 5    make a report back to me that there were no other MGA

 6    materials that might be relevant to Sal Villasenor.

 7              Now, my guess is that this is hopefully going to be

 8    a tempest in a teapot, that the information has been turned

 9    over, that my special master will be able to make an accurate

10    report back to me by the end of this evening.  And my concern

11    is that either inadvertently or for whatever reason I've got

12    boxes with MGA materials that are not labeled, so I'm going

13    to have some questions for you in a few moments, but now I

14    want some time to look at these boxes myself, so I'm going to

15    invite you gentlemen to wait outside.

16              Thank you.

17              I'd like to see the first box.

18              MR. O'BRIEN:  That's Box No. 3.

19              The others are --

20              THE COURT:  I'm going to take them one at a time.

21              Let's go.

22              MR. O'BRIEN:  All right.

23              THE COURT:  Denise, rest your hands for a moment.

24              (Pause in the proceedings.)

25              THE COURT:  Both counsel are present, Mr. Quinn,

1    Mr. McConville and now Mr. Molinski.

2            Mr. Molinski, outside your presence today there

3    were a number of representations to me about boxes that the

4    special master initially found that were labeled "Sal

5    Villasenor, MGA."

6            My initial phone call into my office for the

7    special master was that there were approximately five.

8            After speaking to Mr. Zeller, he confirmed that

9    there were five boxes.  And then I got a report back from the

10   special master, because I became concerned after speaking to

11   Mr. Zeller when he represented that he had not personally

12   been through these boxes, that these boxes may have come over

13   from Mattel, and Quinn Emanuel may have, in fact, even been

14   bypassed or not known or know what were in these boxes.

15           I also felt that my special master could not make

16   an accurate report back to the court without going through

17   additional boxes, so I changed my orders, instructed the

18   special master when counsel came up that they were to go

19   through all 35 boxes, but those 35 boxes could be a

20   spot-check.  They were simply to determine that there were no

21   other MGA materials in the case; they were either

22   inadvertently mislabeled or in a number of boxes with clerks

23   putting them inside these boxes.

24           Special master then called back and said that you

25   had then found a number of additional boxes or additional

1    material in other boxes.

2           I know that the search has stopped this evening and

3    I decided to reconvene court because I was concerned about

4    bringing all of the boxes to Orange County and then bring

22:07  5    them all back to Los Angeles.  It was easier for the court to

6    come to Los Angeles with a court reporter this evening.

7           These boxes have been identified to me as the

8    initial five boxes:  Box No. 3, 5, 8, 15 and 27.

9           Were those boxes that contained some MGA material?

22:08 10    MR. COOK:  Yes, they were.

11           THE COURT:  Now, I'd like to specifically, before

12    they cart those boxes down the hallway, to get those five

13    boxes into this room, and I'd like you to identify what box

14    do I have in front of me at the present time?

22:08 15           MR. COOK:  That looks like it's Box No. 1.

16           THE COURT:  Have you been through Box No. 1?

17           MR. COOK:  I personally have not been through

18    Box No. 1.

19           THE COURT:  Has anybody been through Box No. 1?

22:08 20           MR. COOK:  Yes.

21           THE COURT:  Who?

22           MR. COOK:  Frank Rorie, an associate at my office.

23           THE COURT:  Is he here?

24           MR. COOK:  He is here.

22:08 25           THE COURT:  And what, if anything was found in

CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

1    Box No. 1?

2              MR. COOK:  That mentions Bratz, there were typed

3    notes for the reports, the oral reports that Sal Villasenor

4    would give.  They are his notes for that presentation and

22:08  5    those notes mention Bratz.

6              THE COURT:  What presentation?

7              MR. COOK:  One of the oral presentations of the toy

8    fair reports.  I don't have the year.

9              THE COURT:  Let me see.  Let me see those notes.

22:09 10             MR. O'BRIEN:  I think this is Box 3.  So, do you

11    want Box 1?

12             MR. COOK:  This says 1 of 35.

13             MR. O'BRIEN:  Oh, is that 1?

14             THE COURT:  It is Box 1.

22:09 15             MR. O'BRIEN:  Okay.

16             THE COURT:  And I want to get your associate who

17    went through this box in here.  I want everything on the

18    record.  We need counsel present.

19             Mr. McConville, you can have a seat.

22:09 20             MR. McCONVILLE:  I was going to go get him.

21             MR. COOK:  Here are those notes.

22             THE COURT:  Mr. McConville, was anything else found

23    in Box No. 1 which pertains to Bratz or Mr. Sal Villasenor?

24             MR. COOK:  Not that I'm aware of.  And I assume you

22:09 25    mean Bratz and Mr. Villasenor, because all the boxes relate

UNITED STATES DISTRICT COURT

         1    in some way to Mr. Villasenor.

         2              And here's another draft of those same notes, and

         3    another of those same notes.

         4              THE COURT:  Now get all the notes out of that box,

22:10    5    in Box No. 1, that pertains to Bratz.

         6              (Pause in the proceedings.)

         7              THE COURT:  I'm going to ask the special master, as

         8    I go through the boxes this evening, to ask Gladys or some of

         9    your staff to start making duplicates of some of the

22:11   10    material, but not yet.

        11              MR. O'BRIEN:  All right.  And, Your Honor, I think

        12    some of the duplicates have already been made.

        13              THE COURT:  That's all right.  I want a copy for

        14    the court.

22:11   15              MR. O'BRIEN:  Okay.

        16              (Pause in the proceedings.)

        17              MR. COOK:  That was just a single handwritten page.

        18              THE COURT:  In that form?

        19              MR. COOK:  And these are additional drafts of the

22:12   20    first document you reviewed.

        21              THE COURT:  Well, they're completely separate and

        22    different documents.

        23              Can you hold these for a moment.

        24              These two are the same documents.

22:13   25              Now, I want you to go down the log, Mr. Quinn and

UNITED STATES DISTRICT COURT

1    Mr. McConville, and I want you each to help me.

2              And if you'll slide over, Mr. Molinski, I want you

3    to sign where these items are noted on that log.

4              We're referring to Box No. 1.

22:13  5         (Pause in the proceedings.)

6              MR. QUINN:  From Box 1 --

7              THE COURT:  I want to get a master list.  I want

8    Mr. Quinn and Mr. McConville to take a yellow Marks-A-Lot,

9    and I want them to quash through each indicated exhibit that

22:14 10   I hand them.

11             MR. O'BRIEN:  Okay.  So you want me to get a yellow

12   highlighter?  Do you want me to make a copy of this master

13   inventory list?

14             THE COURT:  First of all, I want to locate each of

22:14 15   those items.

16             (Pause in the proceedings.)

17             MR. QUINN:  Your Honor, we have present a lawyer

18   who was actually involved in the production from these boxes.

19             THE COURT:  Okay.  Sure.

22:15 20        Would he be helpful?

21             MR. QUINN:  I think he would.

22             He informs me that the originals were put back

23   wherever they were found in the files.  In other words, that

24   contrary to my understanding, and what it sounds like was the

22:15 25   court's understanding, they were not kept separately,

1    segregated in five boxes, MGA-related documents.  Rather,

2    after production was made, those documents went back to

3    wherever they were found.  So indeed they may be in multiple

4    places in these 35 boxes.

22:16 5              THE COURT:  I got concerned because my special

6    master couldn't make an accurate report to me, which is why I

7    instructed him when counsel got here to inform -- and I

8    thought it was Mr. Zeller coming up -- that the court had

9    changed my position and I wanted all the boxes gone through.

22:16 10             MR. QUINN:  And my understanding based on what I

11   heard is that all MGA documents were in five boxes.

12             What this gentleman -- what this lawyer who is in

13   the other room tells me, who was personally involved in the

14   production, said, no, we made the copies, produced the boxes

22:16 15   and the originals went back to where they were found.

16             So it is the case that they will find MGA documents

17   in more than five boxes.

18             THE COURT:  I see.

19             MR. QUINN:  And if it's helpful I can have this

22:16 20   lawyer come in.

21             THE COURT:  In just a moment.

22             MR. McCONVILLE:  And our -- may I address the

23   court?

24             THE COURT:  Uh-huh.

22:17 25             MR. COOK:  Our concern is that documents like

1    these, I am fairly certain, were not produced.

2            I am pretty familiar with the Villasenor documents.

3            THE COURT:  I'm going to go over each of yours

4    later this evening, believe it or not, back in Santa Ana, so

22:17  5    you may be all coming back there.  I'm going to see what each

6    of you have got and we're going to put this to rest very,

7    very quickly.

8            (Pause in the proceedings.)

9            MR. QUINN:  And I understand that the court asked

22:17 10    that Elaina Bacca be here.  I understand she is here.

11            THE COURT:  I'll get to her in a moment.

12            There is a portion of her in-camera testimony that

13    I heard that you weren't present at, and I want to ask her a

14    couple more questions now, and that will be in-camera.

22:18 15            All right.  Box 2, did you go through Box 2?

16            MR. COOK:  I personally did not.  Ms. Hurst did.

17            THE COURT:  All right.

18            Ask Ms. Hurst to step in.

19            MR. McCONVILLE:  These are all on the list.

22:18 20            THE COURT:  They're all on the list; excellent.

21            Now, set that list off with these documents under

22    them and right on top of this box for the moment, which is

23    Box 1.

24            And how were these documents produced to you?

22:19 25            MR. McCONVILLE:  Basically, Mr. Molinski said they

1   hadn't seen them all.

2        THE COURT:  Mr. Molinski, were these documents all

3   produced to you?

4        MR. COOK:  I cannot confirm that 100 percent.  We'd

22:19 5   like an opportunity to confirm that, Your Honor.

6        THE COURT:  I'm going to put that right over here

7   and we're going to spend as much time as we need.  Of course

8   we're going to go through everything that's been turned over

9   if it becomes necessary.

22:19 10       All right.  Box No. 2, did you go through Box

11  No. 2?

12       MS. HURST:  Can I look at my notes?

13       THE COURT:  I want to get Box No. 2 in the room.

14       MS. HURST:  Yes, I went through Box No. 2.

22:19 15       THE COURT:  Okay.  I need Box No. 2 here.

16       (Pause in the proceedings.)

17       THE COURT:  In Box No. 2, this was not an

18  MGA-labeled box according to the special master, but

19  Mr. Quinn has informed me that I may be hearing from counsel

22:20 20  shortly who removed the documents and then may have scattered

21  them back in boxes.

22       Regardless, I want you to tell me in Box No. 2 if

23  there is a master sheet at the beginning of the box.

24       MS. HURST:  Yes.

22:20 25       THE COURT:  There on the typed -- I'm going to call

1    them "typed ledger."

2            What documents, if any, did you find that pertained

3    to MGA?  Or were there no documents in Box No. 2?

4            MS. HURST:  There is a Bratz document in Box No. 2.

22:21 5          THE COURT:  Show me what it is.

6            MS. HURST:  (Indicating.)

7            THE COURT:  Some kind of catalog?

8            MS. HURST:  Yeah.

9            THE COURT:  Anything else?

22:21 10         MS. HURST:  I think that's the only one.

11           THE COURT:  All right.  Just a moment.

12           (Pause in the proceedings.)

13           THE COURT:  Box No. 3; can I ask you to bring in

14   Box No. 3, please.

22:22 15         Robert, I'm going to need you here for a moment

16   because I'm going to have to give you specific directions in

17   a moment and then I'm going to have to bring you up to date.

18           MR. O'BRIEN:  Okay.

19           THE COURT:  If you want to invite other counsel in,

22:23 20   John, ask them to come in.

21           That might be helpful, and I'll wait until you get

22   here.

23           (Pause in the proceedings.)

24           MR. QUINN:  Your Honor, this is James Cook.

22:24 25         THE COURT:  Mr. Cook, how are you this evening?  If

```
 1        you would be kind enough to have a seat.

 2                MR. COOK:  Yes.

 3                THE COURT:  And also?

 4                MR. COOK:  Frank Rorie.

22:24  5          THE COURT:  Frank Rorie and also Annette Hurst.

 6        Come sit next to your colleague here.

 7                All right.  In Box No. 3 there should be a ledger

 8        in the front of this box, and this, I was told, was a box

 9        that had some kind of marking that indicated that they

22:24 10        contained some MGA material.

11                Who went through this box?

12                MS. HURST:  I did.

13                THE COURT:  Okay.  Ms. Hurst did.

14                Who went through it for Mattel?

22:24 15          MR. COOK:  I guess that would be me, initially,

16        possibly me or --

17                MR. QUINN:  We haven't done any of this recently.

18        He did this when it was originally produced -- which would be

19        when?

22:25 20          MR. COOK:  Sometime around July of 2010.

21                THE COURT:  What did you find in Box No. 3?

22                MS. HURST:  There was a Bratz Rose Art flyer

23        with --

24                THE COURT:  I'm sorry, Bratz what?

22:25 25          MS. HURST:  A Bratz flyer with licensee Rose Art,
```

```
 1    that contains the --

 2              THE COURT:  (Indicating.)

 3              MS. HURST:  That's it.

 4              THE COURT:  Are the items that you found marked

 5    with tags?

 6              MS. HURST:  Yeah.  The yellow Post-Its are ours,

 7    Judge.

 8              THE COURT:  What are the red?

 9              MS. HURST:  Those were preexisting in the box when

10    we -- when we started reviewing them.

11              THE COURT:  "Preexisting" meaning what?

12              MS. HURST:  Those are already on there.  We didn't

13    place them on there.

14              I don't know what they are.

15              MR. O'BRIEN:  Your Honor, we didn't place any

16    markings on the --

17              THE COURT:  So we don't know what the red tags are.

18              What are those tapes?

19              MS. HURST:  Those appear to be CDs of competitive

20    products.  There were two of them that I thought might

21    include MGA information.  I looked at them and neither did.

22              Well, one of them had Bratz dolls on it, but it was

23    a stock animation piece created by one of their marketing

24    people.

25              THE COURT:  We'll be right with you.
```

UNITED STATES DISTRICT COURT

```
 1                    Thanks, Elaina.

 2               MS. HURST:  I didn't flag it.

 3               THE COURT:  What is the WowWee Ltd., toy fair 2005?

 4          What's that?

 5               What's ToyQuest product information, New York Toy

 6          Fair, February 2005?

 7               What's that?

 8               MR. QUINN:  We don't know, Judge.

 9               THE COURT:  What's the New York Toy Fair 2005?

10          What's that?

11               This is marked "Hasbro, New York Toy Fair 2005."

12               What's that?

13               MS. HURST:  I would say, based on my observation of

14          the box, that there are a number of manufacturers who

15          provided electronic materials, and that the --

16               THE COURT:  By standard pick up, electronic

17          materials that are put out --

18               MS. HURST:  I don't know if it's in showrooms or

19          what it is, but that's what it appears to be.

20               THE COURT:  Okay.  Traditional toy catalog; media

21          kit; Handelshaus; new products from Darda.

22               I-O-N-E-G-S images.  What's that?

23               MS. HURST:  I looked at that and it was pictures of

24          a couple of toys from a -- apparently from a manufacturer

25          called Ion.
```

 1                THE COURT:  Okay.

 2                (Pause in the proceedings.)

 3                THE COURT:  Numerous disks; Famosa, Crayola,

 4      Fundex, KidKraft.

22:28   5                (Pause in the proceedings.)

 6                THE COURT:  Mostly catalogs?

 7                MS. HURST:  Those are all Japanese in the bag.

 8                I figured those were probably from the toy fair.

 9                THE COURT:  And how did you know that this was

22:29  10      containing MGA material?  In other words, this box was

11      represented to me by the special master to have -- to be one

12      of the boxes that contained MGA material.

13                Is there some marker on the outside of it?

14                MR. O'BRIEN:  Your Honor, I believe it's on the --

22:29  15      there is a reference to MGA on the records carton inventory.

16      Here it says "loose document; Bratz product information

17      sheet."

18                THE COURT:  Could I see that?

19                Ms. Hurst, if you could find that for me.

22:30  20                MS. HURST:  I think it's this one.

21                Yeah, that's the one.

22                THE COURT:  The catalog.

23                MR. O'BRIEN:  It looks like a public catalog, a

24      flyer.

22:30  25                THE COURT:  Good, good.  Okay.

| | |
|---|---|
| 1 | Okay.  Box No. 4; did you go through Box No. 4? |
| 2 | MR. QUINN:  Your Honor, would it be useful to hear |
| 3 | from the individual? |
| 4 | THE COURT:  Not yet.  I will in just a moment. |
| 22:30  5 | MR. McCONVILLE:  Do you want me to open that box, |
| 6 | Judge or -- |
| 7 | THE COURT:  I'll be with you in just a moment. |
| 8 | Did anybody look through Box No. 4? |
| 9 | MS. HURST:  I did. |
| 22:30 10 | THE COURT:  Okay.  Thank you. |
| 11 | There is a sheet on Box No. 4, "loose LGB catalog." |
| 12 | Did you find anything that pertained to Bratz in |
| 13 | Box No. 4? |
| 14 | MS. HURST:  No. |
| 22:31 15 | THE COURT:  Okay. |
| 16 | Box No. 5; it was represented that Box No. 5 was |
| 17 | one of the MGA boxes. |
| 18 | Who went through Box No. 5? |
| 19 | MS. HURST:  Mr. Rorie. |
| 22:31 20 | THE COURT:  Could I see Box No. 5, please. |
| 21 | Thank you very much. |
| 22 | Where's the master sheet? |
| 23 | What was in Box No. 5 that pertained to Bratz? |
| 24 | MR. RORIE:  There were a couple of MGA press |
| 22:32 25 | releases. |

CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

```
 1                THE COURT:  Show me.

 2                MR. RORIE:  (Indicating.)

 3                THE COURT:  Okay.  Just press releases, public --

 4                MR. RORIE:  Multiple copies.

 5                THE COURT:  Anything else?

 6                MR. RORIE:  There was one Zapf creation packet that

 7      was addressed to Sharon Rahimi.

 8                THE COURT:  A catalog?

 9                MR. RORIE:  It looks like a sales sheet, a catalog.

10                THE COURT:  Well, a sales sheet -- it looks like a

11      catalog.

12                Are you assuming that these are FOB prices or

13      retail prices?  Or you don't know?

14                MR. RORIE:  I don't know.

15                (Pause in the proceedings.)

16                THE COURT:  Okay.  Anything else that you found in

17      this box that pertains to Bratz?

18                MR. RORIE:  No.

19                THE COURT:  All right.

20                Box No. 6; did anybody go through Box No. 6?

21                MS. HURST:  Yes, Mr. Rorie did.

22                THE COURT:  Okay.  Let's get Box No. 6.

23                (Pause in the proceedings.)

24                THE COURT:  Okay.

25                MR. RORIE:  There was nothing in this box
```

UNITED STATES DISTRICT COURT

```
 1    pertaining to MGA or Bratz specifically.  There were a couple

 2    strategy documents in retailing in Mexico.

 3              THE COURT:  Okay.  Thank you.

 4              Put those down on the floor.

 5              Box No. 7; did anybody go through Box No. 7?

 6              MS. HURST:  No, we did not go through Box No. 7.

 7              THE COURT:  Box 7.

 8              MR. O'BRIEN:  Box 7.

 9              MR. RORIE:  You know what, Judge?  I started to

10    work on 7 and then that was where I stopped.

11              (Pause in the proceedings.)

12              THE COURT:  Is this where you stopped, where the

13    marker was?

14              MR. RORIE:  Yes.

15              THE COURT:  I know other companies are mentioned;

16    but anything up to this point concerning Bratz?

17              MR. RORIE:  No.

18              THE COURT:  Okay.

19              Why don't you two gentlemen go down and finish up

20    this box for me, please.

21              Just go down right here at the end of the table.

22              Box No. 8; did anybody go through Box No. 8?

23              MS. HURST:  Yes, Mr. Rorie did.

24              MR. COOK:  Yes.

25              THE COURT:  Mr. McConville, why don't you get busy,
```

1      then, the two of you.

2              And who went through Box No. 8?

3              MS. HURST:  Mr. Rorie.

4              THE COURT:  Mr. Rorie.  Okay.

22:35  5              MR. RORIE:  There was one MGA folder and one

6      Lil' Bratz flyer.

7              THE COURT:  Show me the MGA folder.

8              I know numerous other companies are mentioned, but

9      I'm just right now particularly interested in Bratz or MGA.

22:36 10              (Pause in the proceedings.)

11              THE COURT:  (Indicating.)

12              Anything else?

13              MR. RORIE:  Just a loose flyer.

14              THE COURT:  A loose flyer.  All right.

22:36 15              Box No. 9?

16              MR. COOK:  By Mr. Rorie also?

17              MS. HURST:  Yes.

18              MR. RORIE:  Here's 9.

19              THE COURT:  Was there anything in Box No. 9?

22:37 20              MR. RORIE:  Relating to MGA or Bratz, no.  There

21      was Mr. Villasenor's contact list or a document that appears

22      to have been identified as posted in his cubical.

23              MS. HURST:  I should get 10 because it's still

24      sitting on the table.

22:37 25              MR. McCONVILLE:  Judge, there's nothing else

1    in Box 7.

2              THE COURT:  Okay.

3              (Pause in the proceedings.)

4              THE COURT:  Box No. 10; did anybody go through Box

22:38 5    No. 10?

6              MS. HURST:  I'm about halfway through 10 now.

7              THE COURT:  Okay.

8              You go down there at the end of the table and you

9    work with Mr. Cook.

22:38 10             MS. HURST:  Okay.  Go ahead and do it.

11             THE COURT:  Box No. 10; did anybody go through Box

12   No. 11?

13             MS. HURST:  Oh, no.

14             Now, from 11 to 24, Judge, we didn't look at it

22:39 15   yet.

16             THE COURT:  Okay.

17             MR. COOK:  And I looked at 24, 25 and 27.

18             THE COURT:  Just a moment.

19             3, 5, 8, 15.

22:39 20             Somebody looked at Box 15 or at least it was

21   represented to me that someone looked inside Box 15, so I'd

22   like to see Box 15.

23             (Pause in the proceedings.)

24             THE COURT:  Who looked inside Box 15?

22:40 25             MR. COOK:  Both Annette Hurst and I.

Case 2:04-cv-09049-DOC-RNB   Document 10323   Filed 03/30/11   Page 36 of 66   Page ID
#:313348
CV 04-9049-DOC (RNBx) - 03/26/2011 - Volume 2 of 2

36

 1              MS. HURST:  No, no, we didn't do 15 yet.

 2              Oh, is that the one I didn't check off yet?  Yeah,

 3      okay.  You're right.

 4              MR. COOK:  It was just completed when we were asked

22:40  5      to stop the review.

 6              THE COURT:  Had you completed Box 15?

 7              MR. COOK:  Yes.

 8              THE COURT:  Do you know Box 15?

 9              MR. COOK:  I do.

22:40 10        THE COURT:  Let me see the master list.

11              MR. McCONVILLE:  This is Box 24.

12              That's Box 24.

13              MR. COOK:  Okay.  Thank you.

14              (Discussion held off the record.)

22:43 15        THE COURT:  I'd like to see the camera information

16      with the 35-millimeter cameras with attached reports.

17              Can someone find that for me.

18              (Pause in the proceedings.)

19              THE COURT:  There are various reports from

22:43 20      Matt Turetzky to Matt Bousquette or from Sal Villasenor to

21      Bousquette or to Turetzky.

22              MR. COOK:  And that's what we did find.  We did not

23      find specific references to MGA or Bratz in this box, Judge.

24              THE COURT:  Okay.

22:44 25        MR. COOK:  We flagged the documents that were the

```
 1   communications from Sal Villasenor to Matt Bousquette.

 2              THE COURT:  Show me some of those.

 3              MR. QUINN:  So, Judge, are we going to do this to

 4   some of their productions too?

 5              THE COURT:  That's what I'm going to ask you in a

 6   few moments.  I'm going to ask both of you what discovery you

 7   want across the board.

 8              We're going to wait.  I'm going to even this out

 9   very, very quickly.

10              MR. QUINN:  Ordinarily, when people produce

11   documents you assume the lawyers did their job, and I just

12   don't understand why this inquisition over this document

13   production?

14              THE COURT:  It's not an inquisition.

15              I'm sorry you feel that way.

16              MR. COOK:  This is an example of Sal

17   Villasenor's --

18              MR. QUINN:  Your Honor, I object to their reviewing

19   these documents.

20              They're reviewing things having nothing to do with

21   MGA.

22              THE COURT:  I'm going to even that up very quickly

23   in just a moment.

24              I'm going to ask you if you both want, Ms. Hurst,

25   McConville, all of MGA's files opened up and all the files
```

CV 04-9049-DOC (RNBx) - 03/26/2011 - Volume 2 of 2

```
 1    opened up on behalf of Mattel?
 2             Quite frankly, I think both sides are off, this
 3    entire discovery process.
 4             MR. QUINN:  I think you asked us that this
 5    afternoon, Your Honor, and both sides said no.
 6             THE COURT:  I want to make sure I have an absolute
 7    record of that and I'm prepared to open this up.
 8             MR. QUINN:  But in the meantime they're going
 9    through these files which they have no business going
10    through.
11             THE COURT:  You're going to be going through their
12    files.
13             MR. QUINN:  I don't want to be going through their
14    files, Your Honor, and I don't think they should be going
15    through ours.
16             THE COURT:  Then --
17             MR. QUINN:  I think lawyers are entitled to some
18    credence that they did their job, that they reviewed the
19    files and produced the documents that were appropriate.
20             They have a man here in the room who was involved
21    in that and is prepared to talk to Your Honor about what was
22    done.
23             THE COURT:  In just a minute.  We'll go through
24    that final box and then we'll have that discussion about
25    this.
```

1           (Pause in the proceedings.)

2           THE COURT:  Now, my special master was going to go

3   through all of these, but if you want I'll have the special

4   master go through these and we'll stop the search this

22:46 5   evening, but then I need a report back by tomorrow.

6           MR. O'BRIEN:  (Nodded head.)

7           THE COURT:  And I'll get your counsels'

8   representations on the record.  I'll accept your

9   representation.  I have your representations on the record

22:47 10  but I want to talk to Elaina Bacca.

11           MR. QUINN:  I would prefer that the master go

12  through the files rather than MGA's lawyers go through the

13  files.

14           THE COURT:  I'll offer you the same opportunity as

22:47 15  MGA.

16           MR. QUINN:  I don't want to, Judge.  We're closing.

17           THE COURT:  I'll offer you the same opportunity.

18           MR. QUINN:  I want them to stop going through our

19  friggin' files.

22:47 20           THE COURT:  We're almost done.

21           We've already gone through this box, but we have

22  20 boxes that we won't be going through, apparently.

23           I don't want to hear from this point forward that

24  one of you thinks that there's an inequity or you've been

22:47 25  treated unfairly, because I am happy to open up the entire

 1    files of MGA's that Mr. Zeller has been requesting, and

 2    Mr. Larian's files or any of MGA's files.  And I am happy to

 3    open up the entire files from this point forward so it's

 4    absolutely coequal on Mattel -- or any other company also.

22:48 5           And I want you two to go out in the hallway for a

 6    moment and have a quiet conversation without blurting out

 7    what you want to do.

 8           Goodbye.

 9           And I'm prepared to open them up this evening.

22:48 10          MR. COOK:  Is the title that you had asked for,

 11   Your Honor, "camera"?

 12          THE COURT:  Thank you.

 13          MR. COOK:  We did not find that of interest.

 14          (Pause in the proceedings.)

22:48 15          MR. O'BRIEN:  Mr. Molinski, you had -- there are

 16   tabs on some of these.  Are those documents that you tabbed

 17   that reference Bratz or MGA?

 18          (Discussion held off the record.)

 19          MR. QUINN:  See, they want to get memos -- they now

22:49 20   know about the existence of memos between Turetzky and

 21   Bousquette, having nothing to do with MGA, and the next thing

 22   we know they're going to want those.  They know about their

 23   existence.

 24          What's she opening down there?

22:50 25          THE COURT:  Just rest your hands for a minute.

```
 1              (Discussion held off the record.)

 2              THE COURT:  Box 15.

 3              Is this a box marked with MGA materials in it?

 4              (Pause in the proceedings.)

22:51  5        THE COURT:  Okay.  What box was that?

 6              MS. HURST:  That was 10, Your Honor.

 7              THE COURT:  Anything that concerned Bratz?

 8              MS. HURST:  Nothing concerning Bratz.

 9              THE COURT:  Now, let me get -- do you want an

22:51 10   explanation on the record from your associate?

11              MR. QUINN:  Well, I -- there's one person present

12    that has personal knowledge of the production that I thought

13    might be useful to the court.

14              THE COURT:  I haven't gone through each of these,

22:52 15   but I'm prepared to this evening.

16              It came to my attention, or at least from my

17    special master, that initially it was represented that there

18    were five boxes.  Mr. Zeller told me that there were five

19    boxes and then I hear that there are eight boxes with Bratz

22:52 20   material.

21              Explain this to me.

22              MR. COOK:  From the documents we went through, the

23    boxes we went through, there were 30-some boxes of documents,

24    some with MGA-related material in them.

22:52 25              I didn't come across any boxes that were filled
```

1  exclusively with documents that referenced MGA or MGA

2  products --

3              THE COURT:  Okay.

4              MR. COOK:  -- to the best of my recollection.

22:52  5        THE COURT:  Okay.  So what boxes had MGA material

6  in them?

7              MR. COOK:  I can't remember specifically which box

8  numbers may have had it.

9              There were a few documents mixed into certain of

22:52 10  the documents -- of the boxes.

11             THE COURT:  My concern is I don't -- my special

12  master cannot make an accurate report back to me without

13  going through these boxes, and he's going to feel awfully

14  foolish if something was misplaced in a particular box,

22:53 15  obviously.

16             MR. COOK:  Right.

17             THE COURT:  And the difficulty that I was having

18  was that in some of the boxes the labeling didn't match the

19  content, which led Mr. Quinn stating to me that these may

22:53 20  have been taken out and inadvertently put back in a different

21  box.

22             MR. COOK:  That's true.

23             THE COURT:  Okay.

24             MR. COOK:  So we did the best that we could to

22:53 25  replace the originals back in the box.

CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

```
 1              THE COURT:  But that would account for a label on

 2      the outside where a document might be in a different box.

 3              MR. COOK:  Yes.

 4              THE COURT:  Okay.

22:53  5              MR. QUINN:  Can I ask him a few questions, Your

 6      Honor?

 7              THE COURT:  Sure.

 8              MR. QUINN:  As I understand it, when you -- you and

 9      one other person went through the --

22:53 10              MR. COOK:  Two other people.

11              MR. QUINN:  -- two other people went through the

12      35 boxes relating to MGA or Bratz?

13              MR. COOK:  Yes.

14              MR. QUINN:  And you pulled them out and made copies

22:54 15      for production?

16              MR. COOK:  Yes.  We sent them out and made copies

17      for production, yes.

18              MR. QUINN:  And then the originals you tried to put

19      back to where you found them?

22:54 20              MR. COOK:  Yes.

21              MR. QUINN:  In other words, when they were returned

22      to boxes they weren't segregated just to one box?

23              MR. COOK:  Right.

24              MR. QUINN:  You tried to put them back -- you put

22:54 25      placeholders in the boxes to indicate where you had pulled
```

```
 1    something and then put it back?

 2              MR. COOK:  Yeah.  A lot of them are still in there.

 3              THE COURT:  Could you --

 4              MR. O'BRIEN:  And that's correct.  We found those

 5    placeholders and that's one of the things I reported to the

 6    court, that I thought my initial assumption was that many of

 7    these documents had already been produced because of the

 8    placeholders.

 9              I was guessing, because I obviously didn't go check

10    them against it, but there are placeholders in many of the

11    boxes, correct.

12              THE COURT:  Could I see the document marked "memo

13    and attachments from Sal Villasenor, Stephanie Page re MGA

14    Bratz update."

15              Could you find those for me.

16              MR. COOK:  What's the date on it, Your Honor?

17              THE COURT:  It would be 5-13-2003, and it would be

18    labeled "a memo and attachment from Sal Villasenor, Stephanie

19    Page re MGA Bratz update."

20              (Pause in the proceedings.)

21              MR. O'BRIEN:  Mr. Molinski, is that a document that

22    you tabbed in there?

23              MS. HURST:  I don't remember that being in that

24    box.

25              MR. COOK:  I don't recall that being in there.
```

1          THE COURT:  Well, that's what we want to find.

2          I'm looking for this document right there.

3          And it's this document right here, 5-13,

4     "Stephanie Paige re Bratz."

22:57 5          MR. QUINN:  Here it is.

6          THE COURT:  Let me see it.

7          Thank you.

8          Okay.  This should have already been shown to you;

9     it's in evidence.

22:59 10          MR. COOK:  Yeah, it's been produced.

11          THE COURT:  This is not in evidence, but it's --

12          MR. COOK:  I believe that has been produced,

13     Your Honor.

14          THE COURT:  It's been produced.

22:59 15          All right.  Now, if Mr. Zeller represents five

16     boxes to me -- I'm going to repeat back to you that the

17     reason I will have more boxes if I continue to go through

18     these and find any other Bratz product in any of these boxes

19     when the special master goes, is because they were taken out

23:00 20     of one of these five boxes and inadvertently put back in

21     another box?  Or is Mr. Zeller's second statement to me that

22     he didn't go through these after he said he knew what all

23     these materials were, incorrect?

24          MR. COOK:  I don't know if that's incorrect.  My

23:00 25     guess would be that they were inadvertently placed in the

1    wrong box.

2            THE COURT:  And did Mr. Zeller go through all

3    these?

4            MR. COOK:  I have no idea.

23:00  5            THE COURT:  Well, there's the confusion, then.  It

6    was represented as five boxes.

7            MR. COOK:  But --

8            THE COURT:  We apparently have more.

9            MR. COOK:  But I never saw five documents -- five

23:00  10   boxes full exclusively of MGA --

11           THE COURT:  No, I understand that.

12           MR. QUINN:  So there might be Bratz materials in

13   any one of these 35 boxes, is my understanding.

14           Is that true?

23:00  15           MR. COOK:  Yes.

16           THE COURT:  Okay.  So to quell your concerns, then,

17   I'll have the special master continue to go through these and

18   pull out documents for me tomorrow so that you can make an

19   accurate report back to me with no future embarrassment in

23:01  20   case there is a document that was supposed to be in one of

21   these boxes that got put into another box.  And then you can

22   drive it down or report it to me tomorrow night.

23           MR. O'BRIEN:  Okay.  And, Your Honor, do you want a

24   set of all the documents?

23:01  25           Do you want me to pull all the Mattel documents

1    from the boxes?

2              THE COURT:  Pull them all, xerox them, and put the

3    originals back in the boxes.

4              MR. QUINN:  Not Mattel, MGA Bratz.

23:01 5              MR. O'BRIEN:  Excuse me.  I stand corrected.

6              THE COURT:  Okay.  Now, do you want the court to

7    loosen its order? because I think you've been very protective

8    of your respective companies.  I have formed no opinion, so I

9    have a clear record.

23:01 10             My guess is there may be some concern about

11    additional activities between Mr. Larian and MGA and

12    additional activities by Mattel.

13             So far I held to the special master's original

14    request that I not go any further than discovery that you had

23:02 15    initially requested on behalf of MGA concerning this entire

16    area.

17             Now I'm finding it's very hard, in some ways to

18    contain that, but it's going to be coequal.  In other words,

19    if I'm opening this up in terms of orders, then I'm certainly

23:02 20    going to open up MGA at this time, and I think Mattel then is

21    entitled to know the complete activity, if any, of Mr. Larian

22    and MGA in this area, just like you may be entitled to know

23    Mattel.

24             So I'd like to know your position and I'm happy to

23:02 25    sign an order loosening the reins on this entire issue.

 1          MR. McCONVILLE:  Well, I think, Your Honor, at this

 2     point, given that we are pretty close to the end of trial --

 3     and I understand -- I understand what you're saying, that

 4     we --

23:02  5          THE COURT:  We don't have to finish this trial.

 6          MR. McCONVILLE:  I understand.

 7          THE COURT:  No, listen to me very carefully.

 8          My system only works with complete transparency.

 9     It only works with a modicum of honesty.

23:03 10          I don't have to finish this trial.

11          MR. McCONVILLE:  I understand that and -- and I

12     apologize for prefacing my statements with what I was saying

13     "we're almost at the end of trial."

14          THE COURT:  What do you want?

23:03 15          MR. McCONVILLE:  I'm not saying if in the future

16     this case gets retried we won't go back and ask to get all

17     this discovery, but at the point of this trial right now, we

18     don't want to go beyond what the court has already ordered

19     with this caveat, if -- while the special master's looking at

23:03 20     it -- we have heard during the course of this trial that --

21     that Mr. Villasenor, from Mattel's perspective, was a

22     two-person department and that, you know, in essence, people

23     didn't know what he was doing, that he was a

24     self-aggrandizing person who promoted himself to the position

23:03 25     of market intelligence.

1           And what I'm hearing from the -- what's in these

2      boxes is that there are correspondence between Mr. Villasenor

3      and Mr. Bousquette.

4           THE COURT:  And Mr. Turetzky --

23:04  5           MR. McCONVILLE:  And Mr. Turetzky --

6           THE COURT:  -- and Stephanie Paige and

7      Mina Mirkazemi --

8           MR. McCONVILLE:  -- which seems to do battle with

9      the notion that Mr. Villasenor was some sort of rogue

23:04 10   employee.

11          THE COURT:  Do you want this opened up?

12          MR. McCONVILLE:  Well, I -- I mean -- if you're

13     opening -- if you're saying do we want additional discovery

14     beyond that which we have already --

23:04 15         THE COURT:  Do you want additional discovery

16     concerning any alleged spying by Mattel concerning Hasbro,

17     Jakks, or any other company?

18          MR. McCONVILLE:  No.

19          THE COURT:  All right.

23:04 20          Do you want --

21          MR. QUINN:  No.

22          THE COURT:  Let me finish my statement to you.

23     It's an offer, because as a judge I'm getting tired of the

24     fencing going on between the parties as each of you in a

23:04 25   particular question, you know, try to dig a little bit

1    further into the activities of the other.

2           My limine motions were specific.  I have

3    desperately tried to contain this lawsuit between the

4    parties.

23:04  5           Now, I've seen that pop out in different forms

6    depending upon which counsel's asked the questions and, quite

7    frankly, that's why I'm making the offer; but it's coequal

8    across the board.

9           Do you want materials for MGA other than what

23:05  10   you've received so you feel that you've got some fairness and

11   equity in your case and that you're not being, you know, put

12   upon by MGA?  And if you do, I will open that up for you.

13          MR. QUINN:  We don't want any discovery into their

14   activities with respect to snooping at other toy companies.

23:05  15          THE COURT:  Contain your questions and contain your

16   arguments.

17          Is that understood?

18          MR. McCONVILLE:  Yes, sir.

19          THE COURT:  Do you understand that?

23:05  20          MR. QUINN:  Yes.

21          THE COURT:  All right.  Then I'll hold to my

22   initial ruling, at least at this time, but you have to

23   remember when you come to me for a motion for new trial and

24   you claim that there was other information, it's going to

23:05  25   fall on deaf ears depending upon who the winner and loser of

Case 2:04-cv-09049-DOC-RNB   Document 10323   Filed 03/30/11   Page 51 of 66   Page ID #:313363
CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

51



1    this lawsuit is, because then your argument for a new trial

2    can't be that there was additional information containing

3    Hasbro or Jakks or whoever that you didn't get your hands on

4    and it was much broader.  And you can't complain on behalf of

23:06 5   Mattel that there were other activities that MGA was entering

6    into that you couldn't get your hands on.

7            So I -- I'll hold to the ruling at the present

8    time, but please be careful with it.

9            All right.  I'd like to see Elaina Bacca in-camera

23:06 10  for just a moment, and I'm going to ask Mr. Quinn to remain,

11   I think.

12           MR. QUINN:  Do you want me to go get her?

13           THE COURT:  Would you, please.

14           I'm going to ask everyone else to remain outside.

23:06 15         I want the special master to remain at my side.

16           (Sealed proceedings.)

17

18

19

23:08 20

21

22       //                                        //

23       //                                        //

24       //                                        //

25       //                                        //

UNITED STATES DISTRICT COURT



UNITED STATES DISTRICT COURT



UNITED STATES DISTRICT COURT



UNITED STATES DISTRICT COURT







UNITED STATES DISTRICT COURT



UNITED STATES DISTRICT COURT



UNITED STATES DISTRICT COURT

CV 04-9049-DOC (RNBx) - 03/25/2011 - Volume 2 of 2

60



UNITED STATES DISTRICT COURT



UNITED STATES DISTRICT COURT





UNITED STATES DISTRICT COURT



23:44

23:45

23:45

23:45

(End of sealed proceedings.)

UNITED STATES DISTRICT COURT

```
 1              (Unsealed proceedings continued.)

 2              THE COURT:  Or if not by 5:00 -- better yet.  I'll

 3    be there until you call me.  Okay?

 4              So let's not say 5:00.  Let's say by 10:00 tomorrow

23:45  5    evening.  I'll be in court and you'll be there with me.

 6              MR. O'BRIEN:  My understanding of the original

 7    scope of what the court was asking me to do was to find any

 8    document that said "Bratz" -- basically related to Bratz or

 9    MGA?

23:46 10              THE COURT:  That's correct.

11              MR. O'BRIEN:  And that's certainly doable and we'll

12    have that.

13              Now, what about these --

14              THE COURT:  Now I need you to start flagging,

23:46 15    although I don't know that I'm going to make the ruling.

16    Market intelligence from Sal Villasenor to Bousquette or any

17    high-ranking official in Mattel, because I don't know what

18    Jill Thomas is going to say, I don't know what Moore's going

19    to say, and I don't know what Mr. Eckert's going to say.

23:46 20              I just want to be ready in case I make a ruling.

21              MR. QUINN:  So this is -- discovery's open one way?

22    One way?  That's -- no, that's what it is, Judge.

23              MR. O'BRIEN:  Your Honor, just to clarify --

24              THE COURT:  I haven't made that ruling yet.

23:46 25              MR. O'BRIEN:  These are memos?
```

Case 2:04-cv-09049-DOC-RNB   Document 10323   Filed 03/30/11   Page 66 of 66   Page ID #:313378
CV 04-9049-DOC (RNBx) - 03/28/2011 - Volume 2 of 2

66

1          THE COURT:  Yeah.  Memos or e-mails.  Just mark

2     them for me just so I can find them.

3          MR. QUINN:  It's so hard to do this case when

4     it's -- you're on a moving playing field.

23:47  5          And now they have added to these binders.  All

6     these -- you know, like the ten incident reports, Your Honor,

7     that we are ordered to produce within the last few days.

8          I mean, we have witnesses -- Jill Thomas, a member

9     of our team being deposed on Sunday.  We had asked that there

23:47 10   be some limitations on that.  There were no limitations.

11         Moore being deposed.  I just -- I don't know.  It's

12    just a -- it's always a changing battle field that we're on

13    and now they're going to call Jill Thomas.

14         I just don't understand how we got to this point.

23:47 15         THE COURT:  Okay.

16         Goodnight.  See you tomorrow at 8:30.

17         (Adjournment at 23:48 to resume on

18    Tuesday, March 29, 2011 at 8:00 a.m.  Next session

19    Reported by Debbie Gale.)

20    //                                        //

21    //                                        //

22    //                                        //

23    //                                        //

24    //                                        //

25    //                                        //