1 | **SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
2 | dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
3 | acote@scheperkim.com
601 W. Fifth Street, 12th Floor
4 | Los Angeles, CA 90071
Telephone:   (213) 613-4655
5 | Facsimile:    (213) 613-4656

6 | **LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
7 | mark@overlaw.net
100 Wilshire Blvd., Suite 950
8 | Santa Monica, CA 90401
Telephone: (310) 459-2830
9 | Facsimile: (310) 459-4621

10 | Attorneys for Carlos Gustavo Machado Gomez

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, | **CASE NO. CV 04-9049 DOC (RNBx)** |
| Plaintiff, | **Consolidated with CV 04-9059 and CV 05-2727** |
| v. | **GUSTAVO MACHADO'S REQUEST FOR JUDICIAL NOTICE OF 2004 CALENDAR** |
| MATTEL, INC, | |
| Defendant. | **Date**:   TBA |
| | **Time**:   TBA |
| AND CONSOLIDATED CASES | **Crtrm**: Honorable David O. Carter |
| | **Trial:**   January 18, 2010 |

1

## REQUEST FOR JUDICIAL NOTICE

2

3      Pursuant to Federal Rule of Evidence 201, Counterdefendant Gustavo

4  Machado respectfully requests that the Court take judicial notice of the calendar for

5  the year 2004, which is attached hereto as Exhibit A.

6      The Court may take judicial notice of any fact that is "not subject to

7  reasonable dispute in that it is either (1) generally known within the territorial

8  jurisdiction of the trial court or (2) capable of accurate and ready determination by

9  resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.

10  201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are

11  indisputable, and thus subject to judicial notice, only if they are either 'generally

12  known'…or 'capable of accurate and ready determination by resort to sources

13  whose accuracy cannot be reasonably questioned . . . . '"). A court shall take judicial

14  notice if requested by a party and supplied with the necessary information. Fed. R.

15  Evid. 201(d).

16      Courts may take judicial notice of a calendar. *See, e.g., Durland v. Fieldstone*

17  *Mortg. Co.*, 2010 U.S. Dist. LEXIS 92087 (S.D. Cal. Sept. 3, 2010); *Ravens v.*

18  *Iftikar*, 174 F.R.D. 651, 667 (N.D. Cal. 1997). The 2004 calendar is relevant here

19  because it shows, for example, that Mr. Machado executed his employment contract

20  with MGA de Mexico on a Friday afternoon (April 16, 2004), and then resigned on

21  the following Monday, the next business day (April 19, 2004). The 2004 Calendar

22  also demonstrates that Messrs. Machado and Vargas mistyped the date in the so-

23  called "business plan" when they stated they "should be starting at the [MGA de

24  Mexico] office Monday march 3rd." (TX 8859.) As the 2004 calendar makes clear,

25  March 3rd was not a Monday – it was a Wednesday. As Mr. Machado testified, the

26  date he intended was *May* 3rd, a Monday. The 2004 calendar bolsters Mr.

27  Machado's testimony on this point.

28

1    Accordingly, Mr. Machado respectfully requests that the Court take judicial

2  notice of the 2004 calendar, attached hereto as Exhibit A.

3  DATED: March 30, 2011          Respectfully submitted,

4                                 SCHEPER KIM & HARRIS LLP

5                                 ALEXANDER H. COTE

6                                 LAW OFFICES OF MARK E. OVERLAND

7                                 MARK E. OVERLAND

                                  By:   /s/ *Alexander H. Cote*

8                                      ALEXANDER H. COTE

9

10                                     /s/ *Mark E. Overland*

                                       MARK E. OVERLAND

11

12                                 Attorneys for Carlos Gustavo Machado Gomez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28