QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiffs, | Hon. David O. Carter |
| vs. | **MATTEL, INC.'S REQUEST FOR ADMISSION OF CARTER BRYANT DRAWING EXHIBITS INTO EVIDENCE** |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order Filed Concurrently Herewith] |
| | Pre-trial Conf:  January 4, 2011 Trial Date:  January 18, 2011 |

00505.07975/4041386.2

1    Mattel, Inc. ("Mattel") requests the admission into evidence of Carter Bryant

2 drawings reviewed by Mr. Bryant outside the presence of the jury pursuant to Court

3 Order and authenticated by Mr. Bryant at trial.

4    Pursuant to the Court's January 30, 2011 Order Directing Delivery of

5 Exhibits to Non-Party Witness Carter Bryant, Mattel and MGA jointly delivered to

6 Mr. Bryant a binder containing exhibits that Mr. Bryant reviewed outside the

7 presence of the jury.[1]

8    Mr. Bryant then admitted at trial that he reviewed the binder of exhibits and

9 determined them to be a collection of his drawings done in connection with Bratz:

10    Q   Mr. Bryant, this weekend, both parties had the

11    opportunity to give you some documents to let you review

12    them so we might be able to save time, correct?

13    A   Yes.

14    Q   And one of the things you got was a binder of drawings,

15    right?

16    A   Yes.

17    Q   And did you review that binder of drawings?

18    A   Yes.

19    Q   Were you able to determine that that binder was a

20    collection of drawings you did in connection with Bratz?

21    A   Yes.

22        MR. PRICE:  Your Honor, does that save us --

23        THE COURT:  That's satisfactory.

24        Mr. Bryant was given some items over the weekend

25    to save time.  They are contained in this binder, and

26

27

28

1    they've got about probably 100 tabs in them.  Instead of

2    taking the time to call out each of those tabs, I'll work

3    with counsel this evening.  You'll have a record of what

4    items are received, and it will be in this binder, which are

5    the drawings that have been referred to, which would be

6    exhibits --

7         Are these the drawings for what time period,

8    though?  Just let the jury know what you are referring to,

9    generally.

10        MR. PRICE:  Well, that's in dispute.

11        THE COURT:  Well, the time periods are in dispute,

12   but are these allegedly originals or are they both originals

13   and sketches?  I mean, are they colored or are they original

14   pencil sketches?

15        MR. PRICE:  They are both.

16        THE COURT:  They are both.

17        MR. PRICE:  And the originals themselves are not

18   in the binder because they are too big, but they are the

19   color copies of the originals, or the sketches.

20        THE COURT:  And the jury will have the originals

21   also?

22        MR. PRICE:  Yes.

23        THE COURT:  All right.  Thank you.

24        Now, can we have that binder set aside and give

25   them to Cathy so this evening we can go over each of those

26

27   [1]  Order Directing Delivery of Exhibits to Non-Party Witness Carter Bryant,

28   (footnote continued)

00505.07975/4041386.2

REQUEST FOR ADMISSION OF CARTER BRYANT DRAWING EXHIBITS INTO EVIDENCE

1 items.[2]

2      The Court instructed that the parties confer and stipulate to the admission of

3 the binder of drawings reviewed by Mr. Bryant and authenticated at trial.  Mattel

4 sent a draft stipulation to MGA over a month ago and has yet not received a

5 satisfactory answer as to the admissibility of these exhibits.[3]  These exhibits have

6 been reviewed by Mr. Bryant outside the presence of the jury pursuant to Court

7 Order and have been authenticated at trial.  MGA can not have any justifiable reason

8 to object to the admission of these exhibits into evidence.

9      Mattel accordingly requests that the following exhibits contained in the binder

10 reviewed by Mr. Bryant be admitted into evidence:

11      1.  Trial Exhibit 1

12      2.  Trial Exhibit 2

13      3.  Trial Exhibit 3

14      4.  Trial Exhibit 5-3, 5-14, 5-18 – 5-19, 5-26 – 5-28, 5-30, 5-34 – 5-43, 5-

15         46, 5-49, 5-50, 5-52 – 5-89, 5-95 – 5-96, 5-99, 5-101 – 5-108, 5-111 –

16         5-114, 5-136

17      5.  Trial Exhibit 10-2, 10-3

18      6.  Trial Exhibit 35

19      7.  Trial Exhibit 62

20      8.  Trial Exhibit 63-1

21      9.  Trial Exhibit 323-18, 323-19, 323-26, 323-32, 323-33

22      10. Trial Exhibit 523

23      11. Trial Exhibit 620

24

25 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

26 dated January 30, 2011 (Docket No. 9744).

27    [2]   Reporter's Transcript of Proceedings, dated February 1, 2011, Volume 2 at 5:17-7:8.

28

12. Trial Exhibit 621

13. Trial Exhibit 623

14. Trial Exhibit 624

15. Trial Exhibit 701-713

16. Trial Exhibit 715-728

17. Trial Exhibit 734-737

18. Trial Exhibit 739-744

19. Trial Exhibit 746

20. Trial Exhibit 751

21. Trial Exhibit 752-762

22. Trial Exhibit 764-765

23. Trial Exhibit 767-768

24. Trial Exhibit 770-771

25. Trial Exhibit 773-786

26. Trial Exhibit 788-796

27. Trial Exhibit 1107-1110

28. Trial Exhibit 1152-1, 1152-2, 1152-5, 1152-6, 1152-7, 1152-8, 1152-9, 1152-11, 1152-12, 1152-13, 1152-14, 1152-15, 1152-16, 1152-17, 1152-18, 1152-19, 1152-20

29. Trial Exhibit 1327

30. Trial Exhibit 1328

31. Trial Exhibit 1748

32. Trial Exhibit 1750

33. Trial Exhibit 1751-1, 1751-4, 1751-5

34. Trial Exhibit 1752-1

---

[3] _See_ E-mail from Scott Watson to Denise Mingrone and Tom McConville, (footnote continued)

00505.07975/4041386.2

REQUEST FOR ADMISSION OF CARTER BRYANT DRAWING EXHIBITS INTO EVIDENCE

1    35. Trial Exhibit 10033-3, 10033-4

2    36. Trial Exhibit 10153-3, 10153-4

3    37. Trial Exhibit 10515

4    38. Trial Exhibit 10518-10519

5    39. Trial Exhibit 10526

6    40. Trial Exhibit 10534-10539

7    41. Trial Exhibit 10542-10547

8    42. Trial Exhibit 10579

9    43. Trial Exhibit 10613

10   44. Trial Exhibit 10638-10639

11   45. Trial Exhibit 11788-11789

12   46. Trial Exhibit 11837-11838

13   47. Trial Exhibit 13583

14   48. Trial Exhibit 15172

15   49. Trial Exhibit 15175-15177

16   50. Trial Exhibit 15179-15182

17   51. Trial Exhibit 15184

18   52. Trial Exhibit 18281

19   53. Trial Exhibit 18501

20   DATED:  March 30, 2011            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
21

22

23                                     By /s/ Michael T. Zeller
                                          Michael T. Zeller
24                                        Attorneys for Mattel, Inc. and Mattel de
                                          Mexico, S.A. de C.V.
25

26   _____

27   dated February 21, 2011.

28