QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiffs,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S REQUEST FOR ADMISSION OF CARTER BRYANT DRAWING EXHIBITS INTO EVIDENCE** |

00505.07975/4064648.1

[PROPOSED] ORDER

Based on the concurrently filed Request for Admission of Carter Bryant Drawing Exhibits into Evidence

IT IS HEREBY ORDERED:

1. The following exhibits contained in the binder reviewed by Carter Bryant outside the presence of the jury pursuant to Court Order and authenticated by Mr. Bryant at trial are admitted into evidence:

1. Trial Exhibit 1
2. Trial Exhibit 2
3. Trial Exhibit 3
4. Trial Exhibit 5-3, 5-14, 5-18 – 5-19, 5-26 – 5-28, 5-30, 5-34 – 5-43, 5-46, 5-49, 5-50, 5-52 – 5-89, 5-95 – 5-96, 5-99, 5-101 – 5-108, 5-111 – 5-114, 5-136
5. Trial Exhibit 10-2, 10-3
6. Trial Exhibit 35
7. Trial Exhibit 62
8. Trial Exhibit 63-1
9. Trial Exhibit 323-18, 323-19, 323-26, 323-32, 323-33
10. Trial Exhibit 523
11. Trial Exhibit 620
12. Trial Exhibit 621
13. Trial Exhibit 623
14. Trial Exhibit 624
15. Trial Exhibit 701-713
16. Trial Exhibit 715-728
17. Trial Exhibit 734-737
18. Trial Exhibit 739-744
19. Trial Exhibit 746

20. Trial Exhibit 751
21. Trial Exhibit 752-762
22. Trial Exhibit 764-765
23. Trial Exhibit 767-768
24. Trial Exhibit 770-771
25. Trial Exhibit 773-786
26. Trial Exhibit 788-796
27. Trial Exhibit 1107-1110
28. Trial Exhibit 1152-1, 1152-2, 1152-5, 1152-6, 1152-7, 1152-8, 1152-9, 1152-11, 1152-12, 1152-13, 1152-14, 1152-15, 1152-16, 1152-17, 1152-18, 1152-19, 1152-20
29. Trial Exhibit 1327
30. Trial Exhibit 1328
31. Trial Exhibit 1748
32. Trial Exhibit 1750
33. Trial Exhibit 1751-1, 1751-4, 1751-5
34. Trial Exhibit 1752-1
35. Trial Exhibit 10033-3, 10033-4
36. Trial Exhibit 10153-3, 10153-4
37. Trial Exhibit 10515
38. Trial Exhibit 10518-10519
39. Trial Exhibit 10526
40. Trial Exhibit 10534-10539
41. Trial Exhibit 10542-10547
42. Trial Exhibit 10579
43. Trial Exhibit 10613
44. Trial Exhibit 10638-10639
45. Trial Exhibit 11788-11789

46. Trial Exhibit 11837-11838

47. Trial Exhibit 13583

48. Trial Exhibit 15172

49. Trial Exhibit 15175-15177

50. Trial Exhibit 15179-15182

51. Trial Exhibit 15184

52. Trial Exhibit 18281

53. Trial Exhibit 18501

DATED:                          . 2011

Hon. David O. Carter
United States District Judge