QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de
Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>              Plaintiffs,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>              Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MATTEL, INC. AND MATTEL MEXICO'S OPPOSITION TO GUSTAVO MACHADO'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(a), AND NOTICE PURSUANT TO FED. R. CIV. P. 44.1.**<br><br>Date:    TBD<br>Time:    TBD<br>Place:  Courtroom 9D<br><br>Pre-trial Conference:  January 4, 2011<br>Trial Date:  January 18, 2011 |

Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Mattel, Inc. and Mattel Mexico (collectively, "Mattel") respectfully request that this Court take judicial notice of the following Mexican Law:

"In determining foreign law, the court may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence.  The court's determination must be treated as a ruling on a question of law." Fed. R. Civ. P. 44.1.  A federal court may take judicial notice of foreign law under this rule.  See MCA, Inc. v. U.S., 685 F.2d 1099, 1104 n.12 (9th Cir. 1982) ("Under Fed. R. Civ. P. 44.1, when the parties have given written notice of intent to raise an issue of foreign law, a federal court may take judicial notice of the laws of a foreign country.").

Mattel respectfully requests that the Court take judicial notice of Article 359 of Mexico's Federal Code of Civil Procedure, ("Codigo Federal de Procedimientos Civiles, Articulo 359"), a copy and translation of which are attached as Exhibit A.

DATED:  March 31, 2011            QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                 By /s/ John B. Quinn

                                 John B. Quinn
                                 Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V

# EXHIBIT A



**CÓDIGO FEDERAL DE PROCEDIMIENTOS CIVILES**

Cámara de Diputados del H. Congreso de la Unión
Secretaría General
Secretaría de Servicios Parlamentarios
Centro de Documentación, Información y Análisis

*Última Reforma DOF 30-12-2008*

**III.-** Las consentidas expresamente por las partes, sus representantes legítimos o sus mandatarios con poder bastante.

**ARTICULO 357.-** En los casos de las fracciones I y III del artículo anterior, las sentencias causan ejecutoria por ministerio de la ley; en los casos de la fracción II se requiere declaración judicial, la que será hecha a petición de parte. La declaración se hará por el tribunal de apelación, en la resolución que declare desierto el recurso. Si la sentencia no fuere recurrida, previa certificación de esta circunstancia por la Secretaría, la declaración la hará el tribunal que la haya pronunciado, y, en caso de desistimiento, será hecha por el tribunal ante el que se haya hecho valer.

*Fe de erratas al párrafo DOF 13-03-1943*

La declaración de que una sentencia ha causado ejecutoria no admite ningún recurso.

## TITULO SEGUNDO

## CAPITULO UNICO
### Incidentes

**ARTICULO 358.-** Los incidentes que no tengan señalada una tramitación especial, se sujetarán a la establecida en este Título.

**ARTICULO 359.-** Los incidentes que pongan obstáculo a la continuación del procedimiento, se substanciarán en la misma pieza de autos, quedando, entretanto, en suspenso aquél; los que no lo pongan se tramitarán en cuaderno separado.

Ponen obstáculo, a la continuación del procedimiento, los incidentes que tienen por objeto resolver una cuestión que debe quedar establecida para poder continuar la secuela en lo principal, y aquellos respecto de los cuales lo dispone así la ley.

**ARTICULO 360.-** Promovido el incidente, el juez mandará dar traslado a las otras partes, por el término de tres días.

Transcurrido el mencionado término, si las partes no promovieren pruebas ni el tribunal las estimare necesarias, se citará, para dentro de los tres días siguientes, a la adiencia de alegatos, la que se verificará concurran o no las partes. Si se promoviere prueba o el tribunal la estimare necesaria, se abrirá una dilación probatoria de diez días, y se verificará la audiencia en la forma mencionada en el Capítulo V del Título Primero de este Libro.

En cualquiera de los casos anteriores, el tribunal, dentro de los cinco días siguientes, dictará su resolución.

**ARTICULO 361.-** Todas las disposiciones sobre prueba en el juicio, son aplicables a los incidentes, en lo que no se opongan a lo preceptuado en este Título, con la sola modificación de que las pruebas pericial y testimonial se ofrecerán dentro de los primeros tres días del término probatorio.

**ARTICULO 362.-** En la resolución definitiva de un incidente, se hará la correspondiente declaración sobre costas.

**ARTICULO 363.-** Los autos que en segunda instancia resuelvan un incidente no admiten recurso alguno.

ARTICLE 359. Incidents that pose an obstacle to the proceeding's continuation will be processed in the same part of the case, which is in suspension until that is done; those incidents that do not will be processed in a separate part of the case.

Incidents that pose an obstacle to the proceedings moving forward are those whose purpose is to resolve issues that must be settled in order to be able to proceed with the main issue, as well as those incidents about which the law so stipulates.



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOGOTA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
CLEVELAND
COLUMBUS
DALLAS
DENVER
DUBAI
DUBLIN
DUESSELDORF
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
LYON
MEXICO CITY
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC
ZURICH

## CERTIFICATE OF ACCURACY

I, *Elissa Feldman*, of TransPerfect, Inc. do hereby declare that the following are to the best of my knowledge and belief, a true and accurate translation, within the given parameters, of the document Codigo Federal de Procedimientos Civiles, Articulo 359, translated from Spanish into English.

A copy of the final translation is attached.

I so declare under penalty of perjury under the laws of the United States on this 29th day of March, 2011.

*Elissa Feldman*
TransPerfect Translations, Inc.

Sworn before me this
29th of March 2011

Signature, Notary Public

KRISTIN MILORO
Notary Public - State of New York
No. 01MI6212799
Qualified in New York County
Commission Expires Oct 19, 2013

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM