**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                      Date: March 30, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Nancy Boehme | Not Present |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

|  |  |
|---|---|
| NONE PRESENT | NONE PRESENT |

PROCEEDING (IN CHAMBERS): ORDER GRANTING MATTEL'S MOTION TO COMPEL
[Docket 10124]

      Mattel's motion for additional time to depose Jorge Castilla [Docket 10124] is
GRANTED.  Mr. Castilla shall submit to four hours of deposition on March 30, 2011, to begin at 12:00
p.m. PST in Los Angeles, California.  The Discovery Master shall preside over the deposition.

      The Clerk shall serve this minute order on all parties to the action.