UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                               Date: March 30, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                 NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING EX PARTE APPLICATION FOR ORDER TO COMPEL PRODUCTION AND SUPPLEMENTATION OF DOCUMENTS [DOCKET 9000]

MGA's ex parte application for order to compel production and supplementation of documents [Docket 9000] is GRANTED in its entirety.  Mattel shall produce the documents requested by MGA in native format on or before March 31, 2011 at 5:00 p.m.  The order at Docket 9024 is hereby VACATED.  MGA's application is being granted for the reasons stated on the record during the Daubert hearing held on March 30, 2011.

The Clerk shall serve this minute order on all parties to the action.