ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' SUPPLEMENTAL QUESTIONS FOR SPECIAL VERDICT FORM** |
| AND CONSOLIDATED ACTIONS | Trial Date: January 18, 2011<br>Judge:  Hon. David O. Carter |

1   Pursuant to Federal Rule of Civil Procedure 59, the MGA Parties hereby

2   respectfully submit the attached two additional questions for the  proposed special

3   verdict form.

4   Upon request, the MGA Parties can and will submit a proposed special

5   verdict form that includes its prior submission and the two questions set forth

6   below.

7

8   Dated: March 31, 2011                    Respectfully submitted,

9                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                                           By:   */s/ Warrington S. Parker III*

12                                                 Warrington S. Parker III
                                                   Attorneys for MGA ENTERTAINMENT, INC.,
13                                                 MGA ENTERTAINMENT HK, LTD., MGA de
                                                   MEXICO, S.R.L. de C.V., and ISAAC LARIAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MGA'S TRIAL SUPP'L QUESTIONS FOR SPECIAL VERDICT
                                                                                       CV-04-9049 DOC (RNBX)

**<u>Mitigation of Damages by Mattel Inc.</u>**

_____.  Has MGA or Isaac Larian proven by a preponderance of the evidence that Mattel Inc. made reasonable efforts and expenditures to avoid or limit the harm it claims was caused by MGA's acts?

      Yes_____

      No_____

_____. If yes, what is the amount of profit earned by Mattel as a result of these reasonable efforts and expenditures ?

      $_____

- 2 -