QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>           Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S NOTICE OF LODGING OF MATTEL, INC. AND MATTEL MEXICO'S OPPOSITION TO GUSTAVO MACHADO'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(a)** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that, pursuant to the Court's March 8, 2011
3  order (Dkt. No. 10169), Mattel, Inc. and Mattel de Mexico, S.A. de C.V. hereby
4  lodge with the Court a thumb drive containing Mattel, Inc. and Mattel Mexico's
5  Opposition to Gustavo Machado's Motion For Judgment as a Matter Of Law
6  Pursuant To Fed. R. Civ. P. 50(a), as well as supporting trial exhibits, trial
7  transcripts, and cases.

10  DATED: March 31, 2011         QUINN EMANUEL URQUHART &
11                                SULLIVAN, LLP

13              By */s/ Michael T. Zeller*
                  Michael T. Zeller
14                Attorneys for Mattel, Inc. and Mattel de
                  Mexico, S.A. de C.V.