QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S OFFER OF PROOF REGARDING MGA'S LATE PRODUCTION OF DOCUMENTS;**<br><br>**REQUEST TO INTRODUCE EVIDENCE OF SAME THROUGH WITNESS**<br><br>Trial Date: January 18, 2011 |

1    Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") respectfully submit this offer of proof relating to the belated production of critical documents by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGA de Mexico, S.R.L. de C.V., and Isaac Larian (collectively, "MGA").

MGA improperly suggested to the jury that Mattel and Quinn Emanuel withheld documents and produced documents late. During the direct examination of Mattel attorneys Robert Normile and Michael Moore, MGA was permitted—over Mattel's objection—to ask inflammatory questions about when documents were produced and if Mattel intentionally "buried" them. See Trial Tr. (Robert Normile), Vol. 2, at 22:10-22, 23:1-12, 25:1-17, 25:18-27:25, 51:21-52:9, 63:6-10, 82:5-14 (March 29, 2011); Trial Tr. (Michael Moore), Vol. 2, at 115:12-116:19, 129:20-130:14 (March 29, 2011). MGA also stated on examination of a Mattel witness that MGA had only received an unredacted version of TX 9484A (the December 22, 2005 Sal Villasenor email) during this trial—again suggesting impropriety to the jury. See Trial Tr. (Robert Normile), Vol. 2, at 52:19-53:12.

After the Court permitted MGA to engage in questioning about Mattel's document production, Mattel sought to respond to it during the examination of Mattel's assistant general counsel Jill Thomas by offering evidence of MGA's late production of critical documents in this litigation. Mattel also sought to respond to MGA's evidence concerning the "mid-trial" production of the unredacted Villasenor email by offering evidence that Mattel did not receive the full Larian/Holden email exchange contained in admitted TX 24306 until March 9, 2011, in the midst of this trial. That evidence was independently admissible to rebut MGA's <u>false</u> statement to the jury that the "prep Paula" email (TX 24306) had <u>not</u> been withheld. Thus, during the examination of Mr. Larian, MGA had elicited the following testimony:

Q. So the questions to you were about whether or not a document they have was withheld, right?

A. I don't know how it could have been withheld if they

1       have it.

2       Q.  Remarkable?

3    Trial Tr. (Isaac Larian), Vol. 2, at 52:5-13 (March 10, 2011).

4       The Court denied Mattel permission to use these documents with Ms. Thomas. Trial Tr., Vol. 1, at 143:4-150:16 (March 30, 2011).  The Court also declined, as least for the time being, Mattel's request to give a curative instruction.  Dkt. 10317 at 1; Trial Tr., Vol. 1, at 80:2-12 (March 30, 2011).  Mattel hereby requests leave to admit this evidence through another witness.

       Specifically, Mattel respectfully submits that it is entitled to respond to MGA's evidence by demonstrating that MGA (1) produced documents late on multiple occasions and (2) produced highly relevant documents during this trial.  In this offer of proof, Mattel identifies the evidence of MGA's late production of documents it sought to offer through Ms. Thomas and still seeks to offer with another witness. Those documents include the following:

- Mattel offers TX 24801 (attached as Exhibit 1), a September 3, 2010 letter reflecting the production of TX 9533 (attached as Exhibit 2) on that date.  TX 9533, which is in evidence, is a February 3, 2007 email from Angelika Sternberg to Ron Brawer, Paula Garcia, and Thomas Pfau stating: "Dear Isaac, We have some news for you which we heard from customers regarding 'Get Connected'-Barbie.  They show it as a TOP SECRET theme in a closed room at Toy Fair.  The retail price point will be around €90 which is seen by the trade as far too high 'for a simple doll with internet connection and a MP3 player'.  The main theme (movie) will be 'Princess of the island'. (Robinson Crusoe story) Storyline: Barbie and a lot of animals are on a lonely island.  A very nice and handsome guy is rescuing her and the animals from the island into civilization and Barbie and this guy—of course—fall in love and want to get married.  His parents are against this relationship since they

want him to marry another girl.  This girl—at the end—realize that a true love can not be skipped and dashed and finally backtrack and opens the way for Barbie and her beloved.  We furthermore heard that they are coming up with a new big Barbie house and an airplane.  In Polly Pocket they are introducing again high-priced accessories."

- Mattel offers TX 24803 (attached as Exhibit 3), an August 31, 2010 letter reflecting the production of TX 9546 (attached as Exhibit 4) on that date.  TX 9546, which is in evidence, is a February 7, 2007 email from Lisa Saunders to Paul Garcia stating:  "Please delete this email once you talk to isaac and ron.  Sitting in planogram, Barbie is doing the chat divas for fall 07 they talk and sing and can be plugged in ipod or other musical sources."

- Mattel offers TX 24801, a September 3, 2010 letter reflecting the production of TX 9854 (attached as Exhibit 5) on that date.  TX 9854, which is in evidence, is a February 13, 2008 email from Angelika Sternberg to Paula Garcia, Ron Brawer, Isaac Larian and others, with a subject line of "Nuremberg Toy Fair 2008," stating: "Two of our colleagues have been able to enter the booth of our competitor and wrote the attached report."  The two-page report gives detailed descriptions of Mattel products displayed at the "M" booth, including but not limited to Barbie and My Scene products.

- Mattel offers TX 24797 (attached as Exhibit 6), a March 9, 2011 email reflecting the production of TX 24306 (attached as Exhibit 7) on that date. TX 24306, which is in evidence, was produced during this trial and is a January 19, 2008 email from Craig Holden to Isaac Larian responding "Yes" to an email from Larian directing:  "Make sure Paula is preped and doesn't know that Veronica was using Mattel Seamsters."

1    Mattel did not possess this full email exchange prior to its production in
2    this trial.

3    • Mattel offers TX 24801, a September 3, 2010 letter reflecting the
4    production of TX 22225 (attached as Exhibit 8) on that date. TX
5    22225, which is in evidence, is a January 13, 2000 email from Isaac
6    Larian to "Mazel—Brady Churches" stating: "I need a favor. At
7    NYTF, can you please get me a copy of catalog and price list for
8    following companies: . . . Mattel . . . ."

DATED: March 31, 2011            QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                                 By /s/ John B. Quinn
                                    John B. Quinn
                                    Attorneys for Mattel, Inc., and Mattel de
                                    Mexico, S.A. de C.V.