# EXHIBIT 1



ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017

*tel* +1-213-629-2020
*fax* +1-213-612-2499

WWW.ORRICK.COM

September 3, 2010

Matthew E. DuBois
(213) 612-2457
mdubois@orrick.com

***VIA HAND DELIVERY***

Mr. Geoffrey Grundy
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re: Bryant v. Mattel (Case No.: 2:-4-cv-9049-DOC, C.D. Cal., Santa Ana)

Dear Geoff:

Enclosed please find one hard drive containing images and load files bearing Bates numbers MGA2 2936575 - MGA2 3216095.

Sincerely,

Matthew DuBois

Enc.
cc: Annette L. Hurst, Esq. (*w/o Enc.*)
Jason D. Russell (*via Hand Delivery w/ Enc.*)


BRY-570
Mattel, Inc. v. MGA Entertainment, Inc., et. al.
No. CV 04-09049-SGL
[Consolidated with CV 04-9059 & CV 05-2727]
9/02/2010
MGA Production
MGA2 2936575 - MGA2 3216095
Encore Discovery Solutions -- AM (1.0.7.0)
PH10245030690
EHAKR
PH09-0826-0051
Client: Orrick Herrington & Sutcliffe
Case: Barbie

# EXHIBIT 2

---

| | |
|---|---|
| **From:** | Angelika Sternberg - Germany Office |
| **To:** | Isaac Larian (President / CEO) |
| **CC:** | Ron Brawer; Paula Garcia; Thomas Pfau - Germany Office |
| **Sent:** | 2/3/2007 2:51:14 PM |
| **Subject:** | Competiton |

Dear Isaac,

We have some news for you which we heard from customers regarding „Get Connected"-Barbie. They show it as a TOP SECRET theme in a closed room at Toy Fair. The retail price point will be around € 90 which is seen by the trade as far too high "for a simple doll with internet connection and a MP3 player".

The main theme (movie) will be "Princess of the island". (Robinson Crusoe story)
Storyline:
Barbie and a lot of animals are on a lonely island. A very nice and handsome guy is rescuing her and the animals from the island into civilisation and Barbie and this guy -of course- fall in love and want to get married. His parents are against this relationship since they want him to marry another girl. This girl –at the end- realize that a true love can not be skipped and dashed and finally backtrack and opens the way for Barbie and her beloved.

We furthermore heard that they are coming up with a new big Barbie house and an airplane.
In Polly Pocket they are introducing again high-priced accessories.

Brgds,
Angelika



# EXHIBIT 3







AUG 31 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

August 31, 2010

Matthew E. DuBois
(213) 612-2457
mdubois@orrick.com

*VIA HAND DELIVERY*

Mr. Geoffrey Grundy
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re: Bryant v. Mattel (Case No.: 2:-4-cv-9049-DOC, C.D. Cal., Santa Ana)

Dear Geoff:

Enclosed please find two hard drivse containing images and native files bearing Bates numbers MGA2 2246503 - MGA2 2719234 and MGA2 2719235 - MGA2 2936356. All native files and images are CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Sincerely,

Matthew DuBois

Enc.

cc: Annette L. Hurst, Esq. (*w/o Enc.*)
Jason D. Russell (*via Hand Delivery w/ Enc.*)

OHS West:260981292.1

TX 24803-00001


ORRICK
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855
22161-2006
Mattel, Inc.
v.
MGA Entertainment, Inc., et. al.
No. CV 04-09049-DOC (RNBx)
[Consolidated with CV 04-9059 & CV 05-2727]
BRY-565
August 31, 2010
MGA Production
MGA2 2246503 - MGA2 2719234


ORRICK
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855
22161-2006
Mattel, Inc.
v.
MGA Entertainment, Inc., et. al.
No. CV 04-09049-DOC (RNBx)
[Consolidated with CV 04-9059 & CV 05-2727]
BRY-566
MGA2 2719235 - MGA2 2936356
August 31, 2010
MGA Production

# EXHIBIT 4

|  |  |
|---|---|
| **From:** | Lisa Saunders |
| **To:** | Paula Garcia |
| **Sent:** | 2/7/2007 9:33:43 PM |
| **Subject:** | Chat divas |

Please delete this email once you talk to isaac and ron

Sitting in planogram, Barbie is doing the chat divas for fall 07 they talk and sing and can be plugged in ipod or other musical sources. That is all package says.



# EXHIBIT 5

**From:** Angelika Sternberg - Germany Office
**To:** ZAPF - Jorge Arceo; Zapf - Christophe Baudic; Onno Van De Werken - Benelux Office; ZAPF - Marian Davis
**CC:** Paula Garcia; Janet Han; Alice Kao; Ron Brawer; Isaac Larian (President / CEO); Thomas Pfau - Germany Office; Laura Wiese
**Sent:** 2/13/2008 4:24:04 PM
**Subject:** Nuremberg Toy Fair 2008
**Attachments:** Nuremberg TF 2008 Competitive Report.doc

Two of our colleagues have been able to enter the booth of our competitor and wrote the attached report.

Best regards,
Angelika



# Report
# "M" booth
# Nuremberg TOY Fair 2008
# 10.02.2008

## Girls

1) **Fairies & Muses (TV)**
   a. Doll with skirt which changes style through touch of a button
   b. Two dolls taking hands and singing together
   c. Horse – eating function; flashing hooves; when combing the mane the horse starts singing
   d. House for the fairies and horse
   e. Diamond shaped carriage with horse

2) **Mariposa (Easter highlight):**
   World of fairies with wings which transform to large wings

3) **Shelly:**
   Little Shelly for the bathtub, Shelly sitting in a water lily spattering water; slide for the bathtub

4) **Barbie (Christmas highlight):**
   High quality Barbie with Christmas dress (red velvet with golden accessories)
   (TV; packed with DVD with the story "A Christmas Carol" of Charles Dickens

5) **Barbie Cruiser:**
   Large ship (like AIDA cruiser) with pool, it turns into a cruiser disco in the evening (disco style with light effects); room can be changed via elements that are turned around

6) **Barbie „Talk to me":**
   Barbie included shirt for the girl which has the same look/style like the doll

7) **Sleeping Beauty Castle**

8) **House for Barbie:**
   House can be designed by putting parts of the house together (parts of kitchen, bath with bathtub or shower etc.)

9) **Prima Ballerina Barbie:**
   Spinning Barbie as a ‚Prima ballerina' on a platform, includes key for holding the spinning Barbie without the platform in order to extend the play of the girl (MSRP: around €35,00)

10) **Barbie on Ice:**
   Large ice-skating Barbie (R/C) which does pirouettes, ice-skating moves like a swan (MSRP around €50,00)

11) **Barbie Mermaid (can swim in water)**

12) **Hairstyle:**
   Colouring parts of the Barbie hair by a stick of chalk
   Continuing themes of "Coole Zöpfe Barbie"
   1) Hair can be coloured
   2) Hair can be styled

9854.2

**13)Barbie with fruit lip-gloss and glitter for the girl (not smelling)**

**14)Hannah Montana:**

1) Doll Hannah Montana: together with the TV serial (hair turns from blond to dark by turning a part of the head), singing the songs from the TV serial,
2) Sleeping room of doll can be changed into a stage via elements that are turned around

**15)Dino**

D-Rex: remote controlled dinosaur (around 40 cm high) which makes loud and typical noises by touching/stroking the head/back

**16)Doll**

‚My lovely Baby' baby doll has grown older and comes with several functions around the bathing room: drinking sounds, speaks simple sentences like „Mommy, I got to go to the toilet". When put on the toilet (no potty) typical sounds will be played/the content of the toilet changes. When tap is turned doll interacts with basin ("wash my hands"). Brushing teeth function: when brush is put in front of dolls head she will start to turn her head. When blanket is put in dolls hand she will go to sleep.

## My Scene:

- Egyptian theme
- Winter theme
- Eye-catching packaging

## Mebees:

Can that has plush character inside. Play several stages of an attached game. At seventh stage can opens and hidden character can be revealed. Collecting theme

## Fisher Price:

1) **Children Keyboard for computer**
   Paint games (as windows paint) – different backgrounds, change colours, use stamp-function, air brush. Pictures can be printed. Large touch pad to paint on.

## Hot Wheels:

1) Motorcycle RC (remote control not with buttons but comparable to handheld of Nintendo Wii) RSP: around 80 €
2) Hot Wheels parcour: extendable and variable. Cars can be shot through parcours like done on domino day.
3) Water theme: shark – gorges diver – large boat composed of several smaller boats
4) Monster....

## Electronics:

1) Funkeys main station (MSRP: around 30 €)
2) Dolls to buy later on

**Darmstadt, 13.02.2008/Kerstin+Katharina**

9854.3

# EXHIBIT 6

**Kristen Strayhorn**

| | |
|---|---|
| **From:** | DuBois, Matthew [mdubois@orrick.com] |
| **Sent:** | Wednesday, March 09, 2011 12:09 PM |
| **To:** | Geoffrey Grundy |
| **Cc:** | Hall, Lynn; Alessi, Gerard; Kristen Strayhorn |
| **Subject:** | New MGA production MGA2 3944287 - MGA2 3944288 |

I have just uploaded to your ftp site a new MGA production, 20110309.zip, with documents bearing bates numbers MGA2 3944287 - MGA2 3944288.

If you would like a CD, please let me know.

Thank you,

Matthew



ORRICK

MATTHEW DUBOIS
*Regional Manager - Litigation Electronic Services*

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CA 90017

*tel* 213-612-2457
*fax* 213-612-2499
mdubois@orrick.com

www.orrick.com

================================================================

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

================================================================

# EXHIBIT 7

**From:** Craig Holden
**Sent:** Saturday, January 19, 2008 1:54 PM
**To:** Isaac Larian (President / CEO)
**Subject:** Re: Mattel _ pc

Yes

-----Original Message-----
From: Isaac Larian (President / CEO)
To: Craig Holden
Sent: Sat Jan 19 13:45:40 2008
Subject: Mattel _ pc

Make sure Paula is preped and doesn't know that Veronica was using Mattel Seamsters

Best Regards

Isaac Larian

CEO

" Fortune Favors the bold"

MGA Entertainment
818-894-3150
Lariani1@mgae.com

www.MGAE.com

# EXHIBIT 8

**From:** Isaac Larian
**To:** Mazel - Brady Churches
**Sent:** 1/13/2000 9:00:31 AM
**Subject:** NYTF

Dear Brady,

Hope you have a safe trip home and thank for your business and support.

I need a favor. At NYTF, can you please get me a copy of catalog and price list for following companies:

Playmate; Tiger, Manley, Radica, Hasbro, Parker brothers, Thinkway toys, DSI, Toymax, Mattel, ToyBiz

Thanks.

Isaac Larian
CEO
MGA Entertainment
16730 Schoenborn Street, North Hills, California, 91343, USA
Tel 818-894-3150