ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' OPPOSITION TO MATTEL'S OFFER OF PROOF REGARDING MGA'S LATE PRODUCTION OF DOCUMENTS; REQUEST TO INTRODUCE EVIDENCE OF SAME THROUGH WITNESS**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

1   On July 28, 2010, Mattel requested documents pertaining to MGA's gathering of information from toy fairs and other locations.  Parker Decl. Exhibit A (RFPs 33-37) at 16-17.  MGA produced Exhibits 3 and 4 to Mattel's offer of proof on August 31, 2010. Parker Decl. ¶ 2.  MGA produced Exhibits 1, 2, 5, 8 to Mattel's offer of proof on September 3, 2010.  Parker Decl ¶ 2.  There is no cause to claim that these documents were late produced.

As for Exhibit 6 and 7, they are the emails that state "[m]ake sure Paula is preped [sic] and doesn't know that Veronica was using Mattel Seamsters."  This Court allowed Mattel to ask Mr. Larian questions concerning the production of TX 23506, which is the email chain a complete copy of which is Exhibit 7 to the offer of proof.[1]  Mattel asked Mr. Larian whether he knew the document was withheld as privileged.  3/10/11 (Vol. 2) Tr. 45:24-46:14.  Mattel asked Mr. Larian questions to elicit testimony implying that Mr. Larian marked the document "Mattel PC" for the purpose of ensuring that the email would remain private and confidential.  *Id.* 47:14-16.

To sum, Mattel's offer of proof fails as to Exhibit 1-5 and 8.  As to Exhibits 6 and 7, its offer of proof is moot, even there merit to the claim.  There is no call for a rebuttal testimony as to any of the proffered documents.

Dated: April 1, 2011          Respectfully submitted,

                              ORRICK, HERRINGTON & SUTCLIFFE LLP


                              By:  */s/ Warrington S. Parker III*
                                   Warrington S. Parker III
                                   Attorneys for MGA ENTERTAINMENT, INC.,
                                   MGA ENTERTAINMENT HK, LTD., MGA de
                                   MEXICO, S.R.L. de C.V., and ISAAC LARIAN

---

[1] Exhibit 6 to the offer of proof references two separate emails, one being the document that is Exhibit 7, and that was admitted as TX 23506.  The other is the first email in the string.  TX 23506 reflects both emails referenced in Exhibit 6.  *See* Parker Decl. ¶ 4, Exhibit B.