ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: CV 04-9059; CV 05-2727<br><br>**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF MGA PARTIES' MGA PARTIES' OPPOSITION TO MATTEL'S OFFER OF PROOF REGARDING MGA'S LATE PRODUCTION OF DOCUMENTS; REQUEST TO INTRODUCE EVIDENCE OF SAME THROUGH WITNESS** |

1     I, WARRINGTON S. PARKER, declare:

2     1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

    2. At my direction, I asked persons working on this case to determine when MGA produced the documents attached as Exhibit 1 to 5 and 8 of Mattel's offer of proof. I have been informed and believe that I have been informed and believed based on the records of production in this Exhibits 3 and 4 were produced to Mattel on August 31, 2010. I have been informed and believe that Exhibits 1, 2, 5, and 8 were produced to Mattel on September 3, 2010.

    3. Attached as Exhibit A is a true and correct copy of Mattel's Eleventh Set of Requests for Documents and Things dated July 28, 2010.

    4. Attached as Exhibit B are MGA 2 3944287 and MGA 2 3944288. They are referenced in Exhibit 6 to Mattel's offer of proof. The emails referenced in MGA 2 3944287 and MGA 2 3944288 are reflected in TX 24306 about which Mattel questioned Mr. Larian.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Santa Ana, California on April 1, 2011.

                                               */s/ Warrington S. Parker III*
                                                 Warrington S. Parker