# Exhibit B

**From:** Isaac Larian (President / CEO)
**Sent:** Saturday, January 19, 2008 1:46 PM
**To:** Craig Holden
**Subject:** Mattel _ pc

Make sure Paula is preped and doesn't know that Veronica was using Mattel Seamsters

Best Regards

Isaac Larian

CEO

" Fortune Favors the bold"

MGA Entertainment
818-894-3150
Larianil@mgae.com

www.MGAE.com

Exhibit B, Page 38

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                   MGA2 3944287

| | |
|---|---|
| **From:** | Craig Holden |
| **Sent:** | Saturday, January 19, 2008 1:54 PM |
| **To:** | Isaac Larian (President / CEO) |
| **Subject:** | Re: Mattel _ pc |

Yes

-----Original Message-----
From: Isaac Larian (President / CEO)
To: Craig Holden
Sent: Sat Jan 19 13:45:40 2008
Subject: Mattel _ pc

Make sure Paula is preped and doesn't know that Veronica was using Mattel Seamsters

Best Regards

Isaac Larian

CEO

" Fortune Favors the bold"

MGA Entertainment
818-894-3150
Larianil@mgae.com

www.MGAE.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 3944288