**Declaratory Relief - Ownership**

1.  Has Mattel proven that it owns the following items?

| Trial Exhibit | Yes | No |
|---|---|---|
| TX 5-52, 62-1, 624, 5-74, 62-11, 10537, 15180, 5-75, 62-12, 10538, 15181, 5-111, 708, 5-112, 62-13, 5-113, 5-114, 62-14, 62-15, 1152-1, 1152-2, 10613, 1328, 10033-3, 10033-4 | | |
| TX 5-88, 35-1, 35-3, 5-101, 1327, 10153-3, 10153-4 | | |
| TX 5-35, 757 | | |
| TX 5-36, 701, 702 | | |
| TX 5-37, 703 | | |
| TX 5-38, 762 | | |
| TX 5-39, 523, 752 | | |
| TX 5-40, 753, 754, 13583 | | |
| TX 751-2, 751-3, 5-41, 755 | | |
| TX 5-42, 756 | | |
| TX 5-43, 709 | | |
| TX 5-46, 710 | | |
| TX 5-49, 704 | | |
| TX 5-50, 705 | | |
| TX 5-53, 1152-5, 1152-6, 10534, 15175 | | |
| TX 5-54, 62-2, 620, 774, 775 | | |
| TX 5-55, 62-3, 785, 1152-9 | | |
| TX 5-56, 764, 15176 | | |
| TX 5-57, 776, 777 | | |
| TX 5-58, 765, 15177 | | |
| TX 5-59, 739, 740 | | |
| TX 5-60, 761 | | |
| TX 5-61, 62-4, 782, 796-1, 1748 | | |
| TX 5-62, 62-5, 621, 767, 768, 5-71, 62-10, 770, 1752-1 | | |
| TX 5-63, 758, 759, 760 | | |
| TX 5-64, 62-6, 795, 1152-14, 1750 | | |
| TX 5-65, 1152-7, 1152-8, 11789 | | |
| TX 5-66, 794, 1152-13 | | |
| TX 5-67, 62-7, 784, 1152-11, 1152-12, 10535 | | |
| TX 5-68, 62-8, 781, 786, 790, 1751-4 | | |
| TX 5-69, 11788, 5-70, 62-9, 623, 783 | | |

| **Trial Exhibit** | **Yes** | **No** |
|---|---|---|
| TX 5-72, 1152-15, 1152-16, 10536, 15179 | | |
| TX 5-73, 741, 742 | | |
| TX 5-76, 706 | | |
| TX 5-77, 707 | | |
| TX 5-78, 10539, 18501 | | |
| TX 5-136, 711 | | |
| TX 10579, 18281 | | |
| TX 15172 | | |
| TX 3-1, 779, 780, 1-1, 2-1, 778 | | |
| TX 3-2, 726, 727, 728, 1-4, 2-5 | | |
| TX 3-3, 1152-19, 1152-20, 11838, 15182, 1-6, 2-10, 5-104, 10544 | | |
| TX 3-5, 791, 1-8, 2-2 | | |
| TX 3-6, 11837, 15184, 1-7, 2-8, 743, 744, 5-107, 1152-17, 1152-18, 10547 | | |
| TX 3-8, 789, 1-11, 2-9, 734, 5-106, 10546 | | |
| TX 3-9, 788, 1-10, 2-6, 746, 5-103, 10543 | | |
| TX 3-10, 735, 736 | | |
| TX 3-12, 792, 1-3, 2-7, 5-102, 10542 | | |
| TX 3-13, 793, 1-5, 2-3, 10-3 | | |
| TX 5-79, 1-9, 2-4, 737, 10545, 5-105 | | |
| TX 1-2 | | |
| TX 3-11 | | |
| TX 5-26, 712 | | |
| TX 5-27, 713 | | |
| TX 5-81, 720 | | |
| TX 5-82, 715 | | |
| TX 5-83, 723 | | |
| TX 3-4, 5-84, 716, 717 | | |
| TX 3-7, 5-85, 718, 719, 10-2, 63-1 | | |
| TX 5-80, 721, 722, 5-86 | | |
| TX 5-87, 5-108, 724, 725 | | |
| TX 5-34 | | |
| TX 5-89, 35-2 | | |
| TX 1107, 10638 | | |
| TX 1108, 10639 | | |
| TX 1109, 771 | | |
| TX 1110, 773 | | |

| **Trial Exhibit** | **Yes** | **No** |
|---|---|---|
| TX 5-14, 10515 | | |
| TX 5-18, 10518 | | |
| TX 5-19, 10519 | | |
| TX 5-28, 10526 | | |
| TX 5-30 | | |
| TX 5-95 | | |
| TX 5-96 | | |
| TX 5-99 | | |
| TX 302 | | |
| TX 323 | | |

2.  Has Mattel proven that it owns the following items?

| **Trial Exhibit** | **Yes** | **No** |
|---|---|---|
| The Three Dimensional Item Presented on September 1, 2000 | | |
| The Item Depicted in the Photograph at Trial Exhibit 1105-2 | | |
| The Item Depicted in Trial Exhibit 19-3 | | |
| The Item Depicted in Trial Exhibit 537-3 | | |
| The Items Depicted in Trial Exhibit 1118 | | |
| The Items Depicted in Trial Exhibit 1135 (TX 1135A) | | |
| The Items Depicted in Trial Exhibit 1136 (TX 1136A) | | |
| The Items Depicted in Trial Exhibit 1230 | | |
| The Items Depicted in Trial Exhibit 1140 | | |
| The Items Depicted in Trial Exhibit 1141 (TX 1141A) | | |
| The Items Depicted in Trial Exhibit 1142 | | |
| The Items Depicted in Trial Exhibit 1231 | | |

3.  Has Mattel proven that it owns the ideas for the names "Bratz" and "Jade"?

| **Ideas** | **Yes** | **No** |
|---|---|---|
| Name "Bratz" | | |
| Name "Jade" | | |

## Copyright Infringement

4. Has Mattel proven that the following works infringed any of the items in which it has proven that it owns a copyright?

| **Trial Exhibit** | **Yes** | **No** |
|---|---|---|
| First Generation Cloe (TX___) | | |
| First Generation Sasha (TX___) | | ` |
| First Generation Jade (TX___) | | |
| First Generation Hallidae (TX___) | | |
| Production Sculpt | | |
| Formal Funk Dana | | |
| Ooh La La Cloe | | |

*If your answer is "Yes" to any of the above, then proceed to Question 5.*

5. Has Mattel proven that MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited, and/or Isaac Larian is liable for copyright infringement?

| | **Yes** | **No** |
|---|---|---|
| MGA Entertainment, Inc. | | |
| MGA Entertainment (HK) Limited | | |
| Isaac Larian | | |

*If your answer is `yes" to any of the above, then proceed to Question 6.*

6. What amount of damages do you award to Mattel and against MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited, and/or Isaac Larian for copyright infringement, if any?

| | **Amount** |
|---|---|
| MGA Entertainment, Inc. | |
| MGA Entertainment (HK) Limited | |
| Isaac Larian | |

7. Has Mattel proven that MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited, and/or Isaac Larian committed willful copyright infringement?

|  | <u>Yes</u> | <u>No</u> |
|---|---|---|
| MGA Entertainment, Inc. |  |  |
| MGA Entertainment (HK) Limited |  |  |
| Isaac Larian |  |  |

8. Did MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited and Isaac Larian act together to cause the harm Mattel suffered as a result of the copyright infringement?

    Yes _____

    No _____

9. On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the factual bases for the elements of its claim of copyright infringement against MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited, or Isaac Larian?

|  | <u>April 27, 2001</u> | <u>April 13, 2002</u> | <u>November 23, 2002</u> | <u>November 20, 2003</u> |
|---|---|---|---|---|
| MGA Entertainment, Inc. |  |  |  |  |
| MGA Entertainment (Hong Kong) Limited |  |  |  |  |
| Isaac Larian |  |  |  |  |

10. Did MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited and/or Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of copyright infringement until at least the following dates?

|  | **April 27, 2001** | **April 13, 2002** | **November 23, 2002** | **November 20, 2003** |
|---|---|---|---|---|
| MGA Entertainment, Inc. |  |  |  |  |
| MGA Entertainment (Hong Kong) Limited |  |  |  |  |
| Isaac Larian |  |  |  |  |

**Mattel's Claim for Trade Secret Misappropriation Against MGA Entertainment, Inc. and Isaac Larian Relating to Carter Bryant's Works**

11. Has Mattel proven that any of the items listed below [or in an appendix], or any combination of those items, contained trade secret information?

[EACH OF MATTEL'S ALLEGED TRADE SECRETS SHOULD BE IDENTIFIED IN A CHART IN THIS SPACE OR IN AN APPENDIX WITH SPACE FOR THE JURY TO INDICATE "YES" OR "NO"]

12. If you checked "yes" as to any item identified in the preceding question, has Mattel proven that MGA Entertainment, Inc. and/or Isaac Larian misappropriated that item?

[EACH OF MATTEL'S ALLEGED TRADE SECRETS SHOULD BE IDENTIFIED IN A CHART IN THIS SPACE OR IN AN APPENDIX WITH SPACE FOR THE JURY TO INDICATE "YES" OR "NO"]

13. What amount of damages do you award to Mattel and against MGA Entertainment, Inc. or Isaac Larian for misappropriating the claimed trade secrets listed in Question __?

|  | **Amount** |
|---|---|
| MGA Entertainment, Inc. |  |
| Isaac Larian |  |

14. Has Mattel proven that MGA Entertainment, Inc., and/or Isaac Larian committed willful and malicious misappropriation of Mattel's trade secrets?

|  | **Yes** | **No** |
|---|---|---|
| MGA Entertainment, Inc. |  |  |
| Isaac Larian |  |  |

15. Did MGA Entertainment, Inc. and Isaac Larian act together to cause the harm Mattel suffered as a result of the trade secret misappropriation?

Yes _____

No \_\_\_\_\_

16. On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the misappropriation of any of the items or ideas listed in Questions 1-3?

|  | <u>April 27, 2001</u> | <u>April 13, 2002</u> | <u>November 23, 2002</u> | <u>November 20, 2003</u> |
|---|---|---|---|---|
| MGA Entertainment, Inc. |  |  |  |  |
| Isaac Larian |  |  |  |  |

17. Did MGA Entertainment, Inc. and/or Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of trade secret misappropriation until at least the following dates?

|  | <u>April 27, 2001</u> | <u>April 13, 2002</u> | <u>November 23, 2002</u> | <u>November 20, 2003</u> |
|---|---|---|---|---|
| MGA Entertainment, Inc. |  |  |  |  |
| Isaac Larian |  |  |  |  |

## Mattel's Claim for Trade Secret Misappropriation against MGA Entertainment, Inc., Isaac Larian, MGAE de Mexico, and Gustavo Machado Relating to non-Bratz Related Works

18. Has Mattel proven that any document listed below [or in an appendix] contains trade secret information?

[EACH OF MATTEL'S ALLEGED TRADE SECRETS SHOULD BE IDENTIFIED IN A CHART IN THIS SPACE OR IN AN APPENDIX WITH SPACE FOR THE JURY TO INDICATE "YES" OR "NO"]

19. If you checked "yes" as to any document identified in the preceding question, has Mattel proven that MGA Entertainment, Inc., Isaac Larian, MGAE de Mexico, and/or Gustavo Machado misappropriated that document?

[EACH OF MATTEL'S ALLEGED TRADE SECRETS SHOULD BE IDENTIFIED IN A CHART IN THIS SPACE OR IN AN APPENDIX WITH SPACE FOR THE JURY TO INDICATE "YES" OR "NO"]

20. What amount of damages do you award to Mattel and against MGA Entertainment, Inc., MGAE de Mexico, Isaac Larian, or Gustavo Machado for misappropriating the claimed trade secrets listed in Question __?

|  | **Amount** |
|---|---|
| MGA Entertainment, Inc. |  |
| Isaac Larian |  |
| MGAE de Mexico |  |
| Gustavo Machado |  |

21. Has Mattel proven that MGA Entertainment, Inc., MGAE de Mexico, Isaac Larian, or Gustavo Machado committed willful and malicious misappropriation of Mattel's trade secrets?

|  | **Yes** | **No** |
|---|---|---|
| MGA Entertainment, Inc. |  |  |

00505.07975/4068832.1

|  |  |  |
|---|---|---|
| Isaac Larian |  |  |
| MGAE de Mexico |  |  |
| Gustavo Machado |  |  |

22. Did MGA Entertainment, Inc., MGAE de Mexico, Isaac Larian and Gustavo Machado act together to cause the harm Mattel suffered as a result of the trade secret misappropriation?

   Yes _____

   No _____

23. Does Mexico or California have a greater interest in the application of its law to Mattel's claim?

   Mexico _____

   California _____

24. Does the Court have personal jurisdiction over MGAE de Mexico and/or Carlos Gustavo Machado Gomez?

|  | **Yes** | **No** |
|---|---|---|
| MGAE de Mexico |  |  |
| Gustavo Machado |  |  |

## MGA's Claim for Trade Secret Misappropriation Against Mattel, Inc.

25. Has MGA Entertainment, Inc. proven that any document listed below [or in an appendix] contains trade secret information?

[EACH OF MGA'S 114 ALLEGED TRADE SECRETS SHOULD BE IDENTIFIED IN A CHART IN THIS SPACE OR IN AN APPENDIX WITH SPACE FOR THE JURY TO INDICATE "YES" OR "NO"]

26. If you checked "yes" as to any document identified in the preceding question, has MGA Entertainment, Inc. proven that Mattel misappropriated any of the information contained in that document?

[EACH OF MGA'S 114 ALLEGED TRADE SECRETS SHOULD BE IDENTIFIED IN A CHART IN THIS SPACE OR IN AN APPENDIX WITH SPACE FOR THE JURY TO INDICATE "YES" OR "NO"]

27. What amount of damages do you award to MGA Entertainment, Inc. and against Mattel, Inc. for misappropriating any of the documents identified in Question __?

$ _____

28. On or before November 2, 2003, did MGA Entertainment, Inc. discover, or should it have discovered through the exercise of reasonable diligence, the misappropriation of the trade secret information identified in Question __?

Yes _____

No _____

## Mattel's Claim for Intentional Interference with Contractual Relations

## Against MGA Entertainment, Inc. and Isaac Larian

29. Has Mattel proven that MGA Entertainment, Inc. intentionally interfered with Mattel, Inc.'s contractual relations with Carter Bryant, Ryan Tumaliuan, Ana Cabrera, Beatriz Morales, and/or Maria Salazar?

    Yes _____

    No _____

30. Has Mattel proven that Isaac Larian intentionally interfered with Mattel, Inc.'s contractual relations with Carter Bryant, Ryan Tumaliuan, Ana Cabrera, Beatriz Morales, and/or Maria Salazar?

    Yes _____

    No _____

31. What amount do you award to Mattel, Inc. and against MGA Entertainment, Inc. or Isaac Larian for intentional interference with contractual relations?

|  | **Amount** |
|---|---|
| MGA Entertainment, Inc. |  |
| Isaac Larian |  |

32. Did MGA Entertainment, Inc. and Isaac Larian act together to cause the harm Mattel suffered as a result of the intentional interference with contractual relations?

    Yes \_\_\_\_\_

    No \_\_\_\_\_

33. On or before the following dates, did Mattel discover, or through the exercise of reasonable diligence have discovered, the basis for its intentional interference with contractual relations claim against MGA Entertainment, Inc. and Isaac Larian?

|  | **April 27, 2002** | **April 13, 2003** | **November 23, 2003** | **November 20, 2004** |
|---|---|---|---|---|
| MGA Entertainment, Inc. |  |  |  |  |
| Isaac Larian |  |  |  |  |

34. Did MGA Entertainment, Inc., and/or Isaac Larian fraudulently conceal the bases for the elements of Mattel's claim of intentional interference with contractual relations until at least the following dates?

|  | **April 27, 2002** | **April 13, 2003** | **November 23, 2003** | **November 20, 2004** |
|---|---|---|---|---|
| MGA Entertainment, Inc. |  |  |  |  |
| Isaac Larian |  |  |  |  |

## **Punitive Damages**

35.     Has Mattel proven that MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Limited, and/or Isaac Larian engaged in wrongdoing with malice, oppression, or fraud?

|  | **Yes** | **No** |
|---|---|---|
| MGA Entertainment, Inc. |  |  |
| MGA Entertainment (HK) Limited |  |  |
| Isaac Larian |  |  |