# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)          Date: April 1, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS): ORDER COMPELLING SUBMISSION OF ORIGINALS OF ALL CARTER BRYANT TANGIBLES TO WHICH MATTEL CLAIMS OWNERSHIP AND/OR IDENTIFICATION OF RELEVANT TRIAL EXHIBIT NUMBERS

      On or before April 1, 2011 at 7:00 p.m. PST, Mattel shall identify for the Court the originals of all tangible items (drawings, sketches, sculpts, etc.) to which Mattel claims ownership as well as any trial exhibit numbers assigned to those tangible items. The Court will not ask the jury to reach findings on ownership as to photocopies of the originals works; Carter Bryant did not conceive or reduce to practice photocopies at any time during his employment by Mattel.

      The Clerk shall serve this minute order on all parties to the action.