1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile:  213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MASTER REPORT AND RECOMMENDATION RE PRODUCTION OF MOORE DOCUMENTS** |

The Discovery Master, having conducted an *in camera* meeting with Mr. Michael Moore and his counsel and having further reviewed the 13 documents (the "Documents")[1] identified in the Discovery Master's March 31, 2011 Report and Recommendation, concludes that Documents tabbed as nos. 1 and 2 and a portion of the Document tabbed as no. 85 are attorney work product relating to another

---

[1] The Documents are tabbed as nos. 1, 2, 3, 4, 5, 6, 7, 8, 84, 85, 87, 101, and 102.

1  action that does not involve MGA. Therefore, these three documents need not be
2  produced by Mattel.
3      With respect to the remaining Documents and the portion of no. 85 that
4  appears to relate to this matter, counsel for Mattel has informed me during the *in*
5  *camera* meeting that it is withdrawing its objection based on the attorney work
6  product doctrine, but continues to assert that the Documents are protected by the
7  attorney client privilege.
8      Having considered Mattel's assertion of the privilege and reviewed and
9  analyzed the relevant authorities, the Discovery Master finds that the application of
10 the privilege to the Documents is a close call. Given the late stage of the trial and
11 potentially significant impact of a finding one way or the other, the Discovery
12 Master respectfully submits the question to the Court for decision.

Dated: April 1, 2011

Respectfully submitted,

By: *[signature]*
ROBERT C. O'BRIEN
Discovery Master