QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S OFFER OF PROOF RE DEFENSE OF MGA'S COUNTERCLAIMS AND REBUTTAL EVIDENCE**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

**Argument**

Before Mattel began presentation of its case-in-chief, the Court ordered that Mattel's affirmative claims would be presented first, and that its case-in-chief could not include evidence regarding MGA's claims against Mattel. Thus, all witnesses and evidence concerning MGA's affirmative claims against Mattel were ordered reserved until Mattel had rested on its affirmative claims.[1] Mattel has yet to present its defense to MGA's affirmative claims, and intends to do so by calling witnesses in rebuttal. It would be clear error to prevent Mattel from presenting witnesses in defense of MGA's claims.

Mattel intends to present the following witnesses, both in defense of MGA's affirmative claims and in rebuttal in support of Mattel's affirmative claims:

- Dennis Jolicoeur. Mr. Jolicoeur is MGA's Chief Financial Officer, and was designated by MGA on numerous 30(b)(6) topics. Mattel intends to examine him concerning these 30(b)(6) topics, which include MGA's practices and activities at toy fairs, MGA's public disclosures of its claimed trade secrets, and MGA's infiltration of Mattel's toy fair showrooms.

- Patrick Potgeisser. Mr. Potgiesser is MGA's Managing Director for its Benelux and Nordic operations. Mattel intends to examine him concerning, among other things, his prior testimony that MGA never required confidentiality agreements at the Nuremburg toy fair until 2009, and his testimony that MGA employees have infiltrated Mattel showrooms at toy fair on numerous occasions.

- Lisa Saunders. Ms. Saunders is MGA's Vice President of Sales. Mattel intends to examine her concerning MGA's distribution of its purported trade secret information in the months before toy fair,

---

[1] Mattel rested subject to certain reservations not relevant here.

MGA's admission of press into its showrooms at toy fairs, MGA's acquisition of Mattel information from planogram rooms and retailers, and her understanding that disclosures in planogram rooms occur prior to toy fair.

- <u>Didier Pietri.</u>  Mr. Pietri is MGA's former Chief Operating Officer and Mattel intends to examine him concerning MGA's own use of "NHB" as a code name for itself, and the appropriateness of such code names—issues raised in MGA's examination of Robert Normile, Jill Thomas, and others.

- <u>Lam Yuen Chak</u> Mr. Chak is an investigator MGA has hired on several occasions to obtain information from MGA's competitors under false pretenses, including by "posing" as a "buyer" and obtaining product samples and pricing information from exhibitors at the Hong Kong Toy Fair.

- <u>Daphne Gronich.</u>  Ms. Gronich is MGA's former general counsel. Mattel intends to examine her concerning MGA's investigation into the theft of Mattel trade secrets by certain of its employees, MGA's document production and privilege assertion practices, and MGA's knowledge of the market intelligence activities of Sal Villasenor, including when MGA first learned about Mr. Villasenor's activities at toy fairs and the source of MGA's knowledge.  Mattel also intends to examine Ms. Gronich concerning MGA's repeated use of fake buyers to obtain information from competitors in Hong Kong under false pretenses.

- <u>Jeanine Pisoni.</u>  Ms. Pisoni is MGA's current general counsel.  Mattel intends to examine her concerning MGA's investigation into the theft of Mattel trade secrets by certain of its employees, MGA's document production and privilege assertion practices, and MGA's knowledge of

the market intelligence activities of Sal Villasenor, including when MGA first learned about Mr. Villasenor's activities at toy fairs and the source of MGA's knowledge.

- <u>Craig Holden.</u> Mr. Holden is a former in-house attorney for MGA. Mattel intends to examine him concerning MGA's investigation into the theft of Mattel trade secrets by certain of its employees, MGA's document production and privilege assertion practices, and MGA's knowledge of the market intelligence activities of Sal Villasenor, including when MGA first learned about Mr. Villasenor's activities at toy fairs and the source of MGA's knowledge.

- <u>Mike Johnson.</u> Mr. Johnson has been a Senior Vice President of Kohl's responsible for the children's department since 2004. He will testify concerning Kohl's business relationships with MGA and Mattel and the testimony of Mr. Larian regarding those relationships elicited by MGA.

- <u>Carter Bryant.</u> Mattel intends to examine Carter Bryant concerning his previous work on a Winter Wonderland doll project at Mattel—a theme MGA claims is a trade secret misappropriated by Mattel.

- <u>Lily Martinez.</u> Mattel intends to examine Ms. Martinez concerning her knowledge of former Mattel products embodying the themes MGA alleges Mattel copied from Bratz. Ms. Martinez will also testify about the release dates of My Scene products alleged to have copied Bratz by Mr. Larian during MGA's case-in-chief.

- <u>John Louie.</u> Mr. Louie was Sal Villasenor's supervisor from September-December 2005. Mattel intends to examine him concerning his instruction to Mr. Villasenor not to use questionable methods to gather market intelligence.

- <u>Kenneth Plevan</u>. Mr. Plevan is a partner at Skadden Arps who asked a witness in deposition in January 2008 about Sal Villasenor. Mattel intends to examine him about the source of his and his law firm's information about Mr. Villasenor and Mattel employees' use of false identification at toy fairs.

- <u>Stephen Kwan</u>. Mr. Kwan is general manager of a Mattel manufacturing facility in China. He will testify regarding dates and aspects of the manufacture of My Scene Bling Bling dolls that MGA is suing on.

- <u>Mattel Custodian of Records Jackie Schaffhauser</u>. Ms. Schaffhauser is a Supervisor in Mattel's Trade Finance Department. Through Ms. Schaffhauser's testimony as a custodian of records, Mattel will admit several MY SCENE shipping invoices that reflect the earliest shipping date of particular MY SCENE products MGA claims damages on.

- <u>Mattel Custodian of Records Sally Dail</u>. Ms. Dail is a Manager in Mattel's Human Resources Department. Ms. Dail will introduce various Human Resources and personnel records pursuant to the parties' stipulation to allow Mattel to present a custodian to admit these records after it rested its case.

- <u>Simon Waldron</u>. Mr. Waldron is a Mattel marketing director and will testify regarding Mattel's development of Acceleracers on which MGA has asserted a claim.

- <u>Sarah Allen.</u> Ms. Allen is a public relations professional affiliated with Mattel UK and Mattel intends to examine her regarding an email (TX 9869) discussing the Nuremberg toy fair, raised by MGA in testimony of Brian Stockton.

- <u>Susanna Kuemmerle</u>. Mattel intends to examine Ms. Kuemmerle regarding an email she sent to Mr. Larian concerning dolls she found

that allegedly infringed Bratz, and her attempts to prevent legal authorities from finding Machado, Trueba, and Vargas.

- <u>Michael Wagner.</u>  Mr. Wagner is Mattel's damages expert who will respond to MGA's damages claims.

DATED: April 3, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ John B. Quinn*
John B. Quinn
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

00505.07975/4072429.1

MATTEL'S OFFER OF PROOF RE DEFENSE OF MGA'S COUNTERCLAIMS AND REBUTTAL EVIDENCE