| | |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
| 2 | ahurst@orrick.com<br>WARRINGTON S. PARKER III (State Bar No. 148003) |
| 3 | wparker@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | The Orrick Building<br>405 Howard Street |
| 5 | San Francisco, CA 94105<br>Telephone: 415-773-5700 |
| 6 | Facsimile: 415-773-5759 |
| 7 | WILLIAM A. MOLINSKI (State Bar No. 145186)<br>wmolinski@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 9 | Los Angeles, CA 90017<br>Telephone: 213-629-2020 |
| 10 | Facsimile: 213-612-2499 |
| 11 | THOMAS S. MCCONVILLE (State Bar No. 155905)<br>tmcconville@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600 |
| 13 | Irvine, CA 92614-2258<br>Tel: (949) 567-6700/Fax: (949) 567-6710 |
| 14 | Attorneys for MGA Parties |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' SUPPLEMENTAL QUESTIONS FOR SPECIAL VERDICT FORM**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

Pursuant to Federal Rule of Civil Procedure 59, the MGA Parties hereby respectfully submit the attached additional questions for the proposed special verdict form.

Upon request, the MGA Parties can and will submit a proposed special verdict form that includes its prior submissions and the questions set forth below.

Dated: April 3, 2011          Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  */s/ Warrington S. Parker III*
   Warrington S. Parker III
   Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

1. Has MGA Entertainment proven that Mattel's claim for copyright infringement is barred by the statute of limitations?

   Yes____

   No_____

2. Has MGA Entertainment (Hong Kong) Limited proven that Mattel's claim for copyright infringement is barred by the statute of limitations?

   Yes____

   No_____

3. Has Isaac Larian proven that Mattel's claim for copyright infringement is barred by the statute of limitations?

   Yes____

   No_____

4. Has MGA Entertainment, MGAE de Mexico or Isaac Larian proven that Mattel's claim for trade secret misappropriation is barred by the statute of limitations?

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | **MGA Entertainment** | **MGAE de Mexico** | **Isaac Larian** |
|---|---|---|---|
| Bratz Trade Secrets |  |  |  |
| Trade Secrets in connection with Brisbois (Canada) |  |  |  |
| Trade Secrets in connection with Cooney (U.S.) |  |  |  |
| Trade Secrets in connection with Castilla (U.S.) |  |  |  |
| Trade Secrets in connection with Machado, Trueba, Vargas (Mexico) |  |  |  |

5. Has MGA Entertainment or Isaac Larian proven that Mattel's claim for intentional interference with contract as to Carter Bryant, Ana Cabrera, Beatriz Morales, Maria Salazar or Ryan Tumaliuan is barred by the statute of limitations?

*Place an "X" in the box for "yes" and leave blank for "no."*

|  | Carter Bryant | Ana Cabrera | Beatriz Morales | Maria Salazar | Ryan Tumaliuan |
|---|---|---|---|---|---|
| MGA Entertainment |  |  |  |  |  |
| Isaac Larian |  |  |  |  |  |