QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>  Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S REQUEST FOR JUDICIAL NOTICE REGARDING ADDITIONAL CASE PROCEDURAL HISTORY |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201 and common law, Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") request that the Court take judicial notice of the following events and documents filed in this case:

1. On July 12, 2007, Mattel's Second Amended Answer and Counterclaims was lodged with the Court (marked as Trial Exhibit 24883 and attached as Exhibit A), adding additional claims against MGA Entertainment, Inc., Isaac Larian, Carter Bryant, MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Gustavo Machado.

2. On February 4, 2008, the Court imposed a stay on all discovery except as to the claims related to the ownership of the Bratz works. See Dkt. 1931 (marked as Trial Exhibit 22907 and attached as Exhibit B). That stay remained in effect until January 6, 2009. See Dkt. 4640 (marked as Trial Exhibit 22914 and attached as Exhibit C).

3. On April 8, 2009, Mattel's Third Amended Answer and Counterclaims was lodged with the court (marked as Trial Exhibit 24885 and attached as Exhibit D), adding additional claims against MGA Entertainment, Inc., Isaac Larian, Carter Bryant, MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Gustavo Machado.

4. On April 12, 2010, Mattel's Fourth Amended Answer and Counterclaims was lodged with the court (marked as Trial Exhibit 24886 and attached as Exhibit E), adding additional claims against MGA Entertainment, Inc., Isaac Larian, Carter Bryant, MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Gustavo Machado.

5. On August 16, 2010, MGA Entertainment, Inc. filed its Reply to Fourth Amended Answer and Counterclaims including Affirmative Defenses and Compulsory Counterclaims-in-Reply (marked as Trial Exhibit 34961 and attached

1 as Exhibit F), answering Mattel's claims and bringing counterclaims-in-reply
2 against Mattel, Inc.
3       This request is made pursuant to Federal Rule of Evidence 201, on the
4 grounds that the Court may take judicial notice of any document "capable of
5 accurate and ready determination by resort to sources whose accuracy cannot
6 reasonably be questioned." Under Rule 201, courts may take judicial notice of
7 matters of public record, including court records. See Lee v. Los Angeles, 250 F.3d
8 668, 689 (9th Cir. 2001); Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741,
9 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other
10 matters of public record."). When supplied with the necessary information to
11 demonstrate accuracy, judicial notice is mandatory. Fed. R. Evid. 201(d).

13 DATED: April 3, 2011      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.