UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                                                 Date: April 4, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                    NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION FOR RECONSIDERATION; GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL

       Mattel's request for reconsideration [Docket 10363] of the Court's order regarding the date of production of Mattel's emails concerning negotiations with Kohl's [Docket 10359] is DENIED. Mattel's request for the issuance of a curative instruction is DENIED for the reasons set forth in the Court's order. *See* Docket 10359 at 2 ("There is no ambiguity in Discovery Master Infante's order and this batch of communications concerning Kohl's should have been produced earlier.").

       Mattel's motion to compel [Docket 10365] is GRANTED IN PART AND DENIED IN PART. On or before April 5, 2011 at 12:00 p.m., MGA Entertainment, Inc. shall produce to Mattel: (1) all communications with Kohl's between September 1, 2004 and February 1, 2005; (2) all communications regarding Kohl's between September 1, 2004 and February 1, 2005; (3) documents sufficient to show, by product, all sales to Kohl's and all Kohl's sales of MGA products between January 1, 2004 and December 31, 2006; (4) the daily ship report for the end of year for each year between 2004 and 2006; (5) the end of year point of sales report for Kohl's for each year between 2004 and 2006. These materials are relevant to Mattel's defense to MGA's claim for unfair competition in contravention of Cal. Bus. & Prof. Code § 17200.

       The Clerk shall serve this minute order on all parties to the action.