QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar. No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL'S REQUEST FOR RELEASE OF *IN CAMERA* TRANSCRIPTS TO MATTEL**<br><br>Hearing Date:   TBD<br>Time:                 TBD<br>Place:               Courtroom 9D<br><br>Pre-trial Conf:   January 4, 2011<br>Trial Date:        January 18, 2011 |

00505.07975/4074887.1

On April 3, 2011, the Discovery Master conducted *in camera* hearings with a Mattel witnesses and attorney. Because the transcripts were ordered sealed, the court reporters have requested an Order authorizing release of those transcripts to Mattel. Mattel hereby requests that the Court issue the concurrently-filed proposed order directing the *in camera* transcripts from April 3, 2011 be released to counsel for Mattel. Mattel agrees that the transcripts should otherwise remain sealed and should not be released to any other parties.

DATED:  April 4, 2011          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ John B. Quinn*
John B. Quinn
Attorneys for Mattel, Inc., and
Mattel de Mexico, S.A. de C.V.