ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' REQUEST FOR JUDICIAL NOTICE RE LEGAL TERM OF ART "REDUCTION TO PRACTICE"**<br><br>Date: November 15, 2010<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

1

2  Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA
3  Entertainment, Inc. ("MGA"), MGAE de Mexico S.R.L. de C.V. ("MGAE de
4  Mexico), MGA HK Ltd. ("MGA HK"), Isaac Larian ("Larian") (collectively, the
5  "MGA Parties") request that the Court take judicial notice of the following facts.

6      1.    The term "reduction to practice" is a legal term of art in the law.

7      2.    As used in the law, an invention is "reduced to practice" when it is
8  actually made and is proved to work for its intended purpose.

9  *See* Kenneth C. Bass, et. al., Model Patent Jury Instructions, (The National
10 Jury Instruction Project, 2008) No. 5.6; *Apotex U.S.A. ,Inc. v. Merck & Co.*, 254
11 F.3d 1031, 1035 (Fed. Cir. 2001); *Mycogen Plant Science, Inc. v. Monsanto Co.*,
12 243 F.3d 1316, 1330 (Fed. Cir. 2001); *Ecolochem, Inc. v. S. Cal. Edison Co.*, 227
13 F.3d 1361, 1367-70 (Fed. Cir. 2000); *Singh v. Brake*, 222 F.3d 1362, 1366-70 (Fed.
14 Cir. 2000); *Pannu v. Iolab Corp.*, 155 F.3d 1344, 1349 (Fed.Cir. 1998); *Gambro
15 Lundia AB v. Baxter Healthcare Corp.*, 110 F.3d 1573, 1576-78 (Fed. Cir. 1997);
16 *Lamb-Weston, Inc. v. McCain Foods, Ltd.*, 78 F.3d 540, 545 (Fed. Cir. 1996); *In re
17 Bartfeld*, 925 F.2d 1450 (Fed. Cir. 1985); *Ralston Purina Co. v. Far-Mar-Co, Inc.*,
18 772 F.2d 1570, 1574 (Fed. Cir. 1985); *American Stock Exch., LLC v. Mopies*, 250
19 F. Supp. 2d 323 (S.D.N.Y. 2003); *In re Wyer*, 655 F.2d 221, 226 (C.C.P.A. 1981)

20

21 Dated: April 5, 2011        ORRICK, HERRINGTON & SUTCLIFFE LLP

22

23
24                 By: */s/ Annette L. Hurst*

25                 Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

26
27
28