QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL, INC.'S REQUEST FOR JUDICIAL NOTICE OF COPYRIGHT REGISTRATION CERTIFICATES AND CERTIFICATES OF RECORDATION** <br><br> Hearing Date: TBD <br> Time: TBD <br> Place: Courtroom 9D <br><br> Discovery Cut-off: October 4, 2010 <br> Pre-trial Conf: January 4, 2011 <br> Trial Date: January 11, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") respectfully request that the Court take judicial notice of copyright registration certificates and certificates of recordation from the United States Patent and Trademark Office ("USPTO"), all of which are public records under seal admissible pursuant to Federal Rules of Evidence 803(8) and 902(1):

| MATTEL'S EXHIBITS | |
|---|---|
| 13758A | November 6, 2006 Mattel copyright recordation – Carter Bryant's Inventions Agreement |
| 13759A | November 7, 2006 Mattel copyright recordation – Copyright VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VA7 715-271, VAu 715-273, VA 1-218-4887, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491 |
| 13875 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-650 – Group Drawing of Dolls |
| 13876 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-651 – Drawing of Doll No. 3 |
| 13877 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-652 – Drawing of Doll No. 4 |
| 13878 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-653 – Drawing of Doll No. 5 |
| 13879 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-654 – Drawing of Doll No. 6 |
| 13881 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-656 – Drawing of Doll No. 8 |
| 13882 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-657 – Drawing of Doll No. 9 |
| 13883 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-658 – Drawing of Doll No. 10 |
| 13884 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-659 – Drawing of Doll No. 11 |
| 13885 | October 30, 2006 Mattel copyright registration – Copyright VA 1-378-660 – Drawing of Doll No. 12 |
| 13886 | October 30, 2006 Mattel copyright registration – Copyright VAu 715-270 – Body Drawing |
| 13887 | October 30, 2006 Mattel copyright registration – Copyright VAu 715-271 – Drawing of Two Dolls |

| | **MATTEL'S EXHIBITS** |
|---|---|
| 13888 | October 30, 2006 Mattel copyright registration – Copyright VAu 715-273 – Drawing of Heads |
| 13889 | October 30, 2006 Mattel copyright registration – Copyright VAu 960-439 – Doll Sculpt Drawing |
| 13890 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-304 – Bryant Drawings D |
| 13891 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-306 – Bryant Drawings C |
| 13892 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-308 – Bryant Drawings B |
| 13893 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-309 – Bryant Drawings A |
| 13894 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-310 – Bryant Bratz Pitch Materials B |
| 13895 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-311 – Bryant Bratz Pitch Materials A |
| 13896 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-315 – Bryant Drawings E |
| 13897 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-318 – Bryant Drawings F |
| 13898 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-319 – Drawings of Heads |
| 13899 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-320 – Body Drawings |
| 13900 | July 25, 2008 Mattel copyright registration – Copyright VAu 964-321 – Body and Head Sculpture |
| 13912A | August 4, 2008 Mattel copyright recordation – Copyright VAu 964-311, VAu 964-310, VAu 964-309, VAu 964-308, VAu 964-306, VAu 964-304, VAu 964-315, VAu 964-318, VAu 964-319, VAu 964-320, VAu 964-321 |
| 13913A | May 22, 2008 Mattel copyright recordation – Copyright VAu 960-439 |
| | **MGA'S EXHIBITS** |
| 10819 | September 9, 2003 MGA copyright registration – Copyright VA 1-244-684 – Bratz Dolls Style Guide – Supplement Fall 2003 / Winter 2004 |
| 10822 | October 14, 2005 MGA copyright registration – Copyright VA 1-323-021 – Bratz Boyz Sculpt (Version 2) |
| 10824 | March 25, 2002 MGA copyright registration – Copyright Vau 550-696 – Bratz Boyz Doll Sculpture (Male) |
| 10825 | July 1, 2005 MGA copyright registration – Copyright Vau 692-372 – Bratz Babyz Sculpts |
| 10837 | January 25, 2006 MGA copyright registration – Copyright VA 1-340-167– |

| | **MGA'S EXHIBITS** |
|---|---|
| | Bratz Rock Angelz Packaging Style Guide Fall 2005 |
| 10839 | December 13, 2005 MGA copyright registration – Copyright VA 1-339-147 – Bratz Rock Angelz Dolls – Configuration, Packaging, & Accessories |
| 10843 | August 18, 2005 MGA copyright registration – Copyright VA 1-315-646 – Bratz Petz Fox – Soft Toys, Accessories, Packaging & Configuration |
| 10844 | August 18, 2005 MGA copyright registration – Copyright VA 1-315-645 – Bratz Petz Dogz – Soft Toys, Accessories, Packaging & Configuration |
| 10845 | March 28, 2005 MGA copyright registration – Copyright VA 1-301-538 – Bratz Petz Catz – Soft Toys, Accessories, Packaging & Configuration |
| 10851 | May 17, 2006 MGA copyright registration – Copyright VA 1-363-563 – Lil Bratz Go To The Zoo Styling Guide – Spring 2007 |
| 10852 | May 17, 2006 MGA copyright registration – Copyright VA 1-363-662 – Lil Bratz Go To The Zoo Packaging Styling Guide – Spring 2007 |
| 10860 | February 1, 2006 MGA copyright registration – Copyright VA 1-334-487 – Bratz Campfire Packaging Style Guide Holiday 2005 |
| 10861 | February 1, 2006 MGA copyright registration – Copyright VA 1-334-488 – Bratz Ooh La La Packaging Style Guide Holiday 2005 |
| 10862 | November 1, 2005 MGA copyright registration – Copyright Registration form VA 1-337-265 – Bratz Rock Angelz Fashion Funky Makeover |
| 10863 | November 1, 2005 MGA copyright registration – Copyright VA 1-337-266 – Bratz Funky Fashion Makeover |
| 10864 | January 25, 2006 MGA copyright registration – Copyright VA 1-340-165 – Bratz Passion 4 Fashion Packaging Style Guide Fall 2006 |
| 10865 | January 25, 2006 MGA copyright registration – Copyright VA 1-340-168 – Bratz Genie Magic Style Guide |
| 10866 | January 25, 2006 MGA copyright registration – Copyright VA 1-340-169 – Bratz Genie Magic Packaging Style Guide Spring 2006 |
| 10867 | January 25, 2006 MGA copyright registration – Copyright VA 1-340-170 – Bratz Passion 4 Fashion Style Guide |
| 10868 | January 8, 2007 MGA copyright registration – Copyright VA 1-390-709 – Bratz Ponyz Show Ponyz Fall 2007 Style Guide |
| 10869 | February 16, 2007 MGA copyright registration – Copyright PAu 3-096-376 – Bratz Passion 4 Fashion Diamondz |

This request is made pursuant to Federal Rule of Evidence 201, on the grounds that the Court may take judicial notice of any document "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Case 2:04-cv-09049-DOC-RNB   Document 10385   Filed 04/05/11   Page 5 of 7   Page ID
 #:315782

Fed. R. Evid. 201(b). When supplied with the necessary information to demonstrate accuracy, judicial notice is mandatory. Fed. R. Evid. 201(d).

A federal court may take judicial notice of information in public records, including USPTO records. See Vitek Sys., Inc. v. Abbott Labs., 675 F.2d 190, 192 n.4 (8th Cir. 1982) (a court "may take judicial notice of Patent and Trademark Office documents"); Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); see also Order Granting Requests for Judicial Notice (Feb. 22, 2011) (Dkt. No. 10052) (granting MGA's request for judicial notice of USPTO trademark applications and related facts).

These records are relevant because they establish the dates of the parties' copyright registration or recordation of transfer of various Bratz drawings and works. They fit within the exception provided by Federal Rule of Evidence 803(8) for public records or reports issued by public offices or agencies.[1] Moreover, all of the records

---

[1] See 17 U.S.C. §§ 410(a), 205(b); United States v. Taxe, 540 F.2d 961, 966 (9th Cir. 1976) (citing Fed. R. Evid. 803(8) and holding that "the admission of the [copyright registration] certificates . . . was proper"); Hughes v. United States, 953 F.2d 531, 539-540 (9th Cir. 1992) (holding that IRS Certificates of Assessments and Payments fell under the public records exception to the hearsay rule because they "qualify as '[r]ecords, reports, . . . or data compilations, in any form, of public offices or agencies, setting forth . . . matters observed pursuant to duty imposed by law as to which matters there was a duty to report'") (citing Fed. R. Evid. 803(8)); see also United States v. Anguiano, 1991 WL 27450, at *3 (9th Cir. March 5, 1991) (holding that California DMV vehicle registration slips fall under the public records exception to the hearsay rule because "[t]he registration of automobiles is clearly a routine, non-adversarial activity of the Department of Motor Vehicles"); Lance v. Freddie Records, Inc., 1993 WL 58790, at *3 (5th Cir. Feb. 17, 1993) ("[t]he admission of the [copyright registration] certificate into evidence was not an abuse of the trial court's discretion" under Rules 803(8) and 902(1)); Eagle Rock Entm't, Inc. v. Coming Home Prods., Inc., 2004 WL 5642002, at *11 n.13 (C.D. Cal. Sept. 1, 2004) (admitting, under the public records exception to the hearsay rule, a printout from the Copyright Office's Registered Works Database, which showed defendant's copyright registration).

00505.07975/4075465.2
-4-
MATTEL'S RJN OF COPYRIGHT REGISTRATION AND RECORDATION CERTIFICATES

are self-authenticating under Federal Rule of Evidence 902(1) because they are domestic public documents under seal.[2]

Notably, while these registrations and recordations contain statements made by both the registrants (Mattel and MGA) and the Copyright Office, the Court need not evaluate the truthfulness of the statements made by the parties to admit the documents. Mattel does not seek to admit these registrations and recordations to show the truth of the statements made by Mattel or MGA in them; in fact, Mattel has proven or will prove that many statements of purported fact made by MGA in its copyright registration certificates are false. However, regardless of the assertions made by the parties in the documents, the copyright registration certificates and certificates of recordation are authentic and trustworthy evidence *that the documents were in fact filed and recorded with the Copyright Office*. Mattel thus seeks, at this time, to admit these documents only for the truth of the matters asserted by the government employees who signed them. There should be no need to subpoena a government employee to testify that (1) the attached copyright registration certificates are claims of copyright for titled works bearing particular registration numbers; (2) the attached certificates of recordation are claims of transfer of copyright filed and recorded on a particular date; and (3) the attached photocopies are true representations of works, copyright assignments, and/or notice of copyright assignments deposited in the Copyright Office on a particular date. Instead, the Court should take judicial notice of these self-authenticating public documents.

---

[2] See Hughes, 953 F.2d at 540 (holding that IRS Forms 4340 and 2866 are self-authenticating because "[a]s long as the document is under seal and bears an appropriate signature, Rule 902(1) is satisfied"); Siegel v. Warner Bros. Entm't Inc., 542 F.Supp.2d 1098, 1121 (C.D. Cal. 2008) (holding that copies of a copyright registration that "clearly reveal[] the seal issued by the United States Copyright Office, signed by the Register of Copyrights" are self-authenticating because "[u]nder Federal Rule of Evidence 902(1), a 'document bearing a seal purporting to be that of the United States . . . or of a . . . department, officer, or agency thereof,' with "a signature purporting to be an attestation or execution,' is considered self-authenticated").

## Conclusion

For the foregoing reasons, under Rules 201, 803(8), and 902(1), Mattel respectfully requests that the Court take judicial notice of the parties' copyright registration certificates and certificates of recordation under seal. These exhibits should be admitted as evidence that the documents were in fact filed and recorded with the Copyright Office.

DATED: April 5, 2011        QUINN EMANUEL URQUHART &
                            SULLIVAN, LLP


                            By /s/ Michael T. Zeller
                               Michael T. Zeller
                               Attorneys for Mattel, Inc.