ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' OBJECTIONS TO MATTEL'S SUBMISSION OF LIST OF PUBLIC ARTICLES IDENTIFIED DURING CAREY PLUNKETT'S EXAMINATION PURSUANT TO THE COURT'S APRIL 4, 2011 ORDER (DKT. 10369)**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

The MGA parties object to the submission by the Mattel parties of TX 09882, TX 20315 and TX 20588 as all three items contain inadmissible hearsay which lacks inherent trustworthiness due to the unknown source of information contained within each of these proposed exhibits. Further, no proper foundation was laid for the admission of these exhibits through witness Carey Plunkett. The witness has no personal affiliation with these materials and cannot provide any information regarding the sources of the information contained therein such that an indicia of reliability could be established.

1) **TX 09882** is a Toy Fair 2006 blog which is inherently untrustworthy as it contains inadmissible hearsay from various and unknown sources.
2) **TX 20315** is a newspaper article based on unknown hearsay sources.
3) **TX 20588** is an article based on unknown sources and available at a website of unknown origin.

Dated: April 5, 2011                    Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*Denise M. Mingrone*_____
Denise M. Mingrone
Attorneys for MGA PARTIES

- 1 -

Objections To Mattel's Submission Of List Of Public
Articles Identified During Carey Plunkett's Examination
CV-04-9049 DOC (RNBx)