ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700/Fax: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: 213-629-2020/Fax: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>**MGA PARTIES' OBJECTION REGARDING OMITTED JURY INSTRUCTIONS**<br><br>Trial Date: January 11, 2011<br>Judge: Hon. David O. Carter |

The MGA Parties have proposed and submitted to this Court the following instructions that have not been included in the jury instructions this Court proposes to read to the jury. Those instructions are:

- "Conception" and "Reduction to Practice," Dkt. No. 9720 at 96;
- Interpretation—Adhesion Contracts, Dkt. No. 9720 at 100;
- Employee's Right of Mobility, Dkt. No. 9720 at 108;
- Right to Obtain New Employment, Dkt. No. 9720 at 110;
- Privilege of Competition, Dkt. No. 9720 at 112;
- Mitigation of Damages, Dkt. No. 9720 at 116;
- Copyright Preemption, Dkt. No. 9720 at 149;
- Trade Secret Misappropriation—No Damages After Public Disclosure of Trade Secret, Dkt. No. 9720 at 155;
- Comparative Fault of Mattel, Dkt. No. 9720 at 157;
- Basic Standard of Care, Dkt. No. 9720 at 159;
- Apportionment of Responsibility, Dkt. No. 9720 at 161;
- Estoppel, Dkt. No. 9720 at 223;
- Affirmative Defense—Setoff and Recoupment, Dkt. No. 9720 at 239.

These instructions should be given. The Ninth Circuit has consistently held that a party "is entitled to an instruction concerning his theory of the case if it is supported by the law and has some foundation in the evidence." *Stewart v. Ragland*, 934 F.2d 1033, 1042 (9th Cir. 1991) (finding error for failure to give instruction). All of the instructions referenced above are supported by the law and are supported by the evidence.

Dated:   April 5, 2011            ORRICK, HERRINGTON & SUTCLIFFE, LLP

By: */s/ Warrington S. Parker III*
Warrington S. Parker III
Attorneys for MGA Parties