QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>           Plaintiffs,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>           Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>MATTEL, INC.'S REQUEST FOR JUDICIAL NOTICE REGARDING TRADEMARK APPLICATIONS FOR "MOXIE GIRLZ" AND "MOXIE GIRL" |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Mattel, Inc., and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") respectfully request that the Court take judicial notice of facts reflected in trademark applications from the United States Patent and Trademark Office ("USPTO"), and the trademark applications, as presented below.

1.	On December 31, 2008, MGA Entertainment, Inc. filed a trademark application with the USPTO. This application was entered as serial number 77642394 for the mark "Moxie Girlz" as a trademark for "toys, games, and playthings…" in International Class 28. See Exhibit A (certified copy of USPTO Application serial number 77642394 (TX 24783)).

2.	On December 31, 2008, MGA Entertainment, Inc. filed a trademark application with the USPTO. This application was entered as serial number 77642396 for the mark "Moxie Girl" as a trademark for "toys, games, and playthings…" in International Class 28. See Exhibit B (certified copy of USPTO Application serial number 77642396 (TX 24782)).

This request is made pursuant to Federal Rule of Evidence 201, on the grounds that the Court may take judicial notice of any document "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). When supplied with the necessary information to demonstrate accuracy, judicial notice is mandatory. Fed. R. Evid. 201(d).

A federal court may take judicial notice of information in public records, including USPTO records. See Vitek Sys., Inc. v. Abbott Labs., 675 F.2d 190, 192 n.4 (8th Cir. 1982) (a court "may take judicial notice of Patent and Trademark Office documents"); Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); see also Order Granting Requests for Judicial Notice (Feb. 22, 2011) (Dkt.

1  No. 10052) (granting MGA's request for judicial notice of USPTO trademark
2  applications and related facts).
3  DATED: April 5, 2011              QUINN EMANUEL URQUHART &
                                     SULLIVAN. LLP

By  /s/ John B. Quinn
    John B. Quinn
    Attorneys for Mattel, Inc. and Mattel de
    Mexico. S.A. de C.V.