

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 04, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

**TRADEMARK APPLICATION:** 77/642,394
**FILING DATE:** December 31, 2008

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. Taylor
**W. TAYLOR**
Certifying Officer

Form 1478 (Rev 9/2008)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77642394
Filing Date: 12/31/2008

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77642394 |
| MARK INFORMATION | |
| *MARK | MOXIE GIRLZ |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MOXIE GIRLZ |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | MGA Entertainment, Inc. |
| *STREET | 16380 Roscoe Boulevard |
| *CITY | Van Nuys |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 91406 |
| PHONE | (818) 894-2525 |
| FAX | (818) 895-0771 |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | California |

file://D:\p2mp\temp\html\OEMS.htm

4/4/2011

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | TOYS, GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND PLAYSETS THEREFOR, ACTION SKILL GAMES, ARCADE GAMES, ATHLETIC PROTECTIVE PADS, NAMELY, ARM PADS, KNEE PADS, ELBOW PADS AND WRIST PADS FOR CYCLING, SKATING AND SKATEBOARDING, BALLOONS, BASEBALLS, BASEBALL GLOVES, BASKETBALLS, BEACH BALLS, BEAN BAG DOLLS, BOARD GAMES, BODY BOARDS, CARD GAMES, CHILDREN'S PLAY COSMETICS, CHRISTMAS TREE ORNAMENTS, EXCEPT CONFECTIONERY OR ILLUMINATION ARTICLES, CRAFT SETS FOR DECORATING BALLOONS, DOLLS, DOLL CLOTHING, DOLL ACCESSORIES, FLYING DISCS, FOOTBALLS, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, IN-LINE SKATES, KITES, MOBILES FOR CHILDREN, PARTY FAVORS IN THE NATURE OF CRACKERS AND NOISEMAKERS, PLAYGROUND BALLS, PLAYING CARDS, PLUSH TOYS, PUPPETS, PUZZLES, ROLLER SKATES, SKATEBOARDS, SKIM BOARDS, SNOW SLEDS FOR RECREATIONAL USE, SOCCER BALLS, SWIM FLOATS FOR RECREATIONAL USE, SWIM FINS, TOY ACTION FIGURES AND ACCESSORIES THEREFOR, TOY VEHICLES AND PLAYSETS THEREFOR, TOY SCOOTERS, VOLLEYBALLS, WATER WING SWIM AIDS FOR RECREATIONAL USE, WIND-UP TOYS, AND YO-YOS |
| FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| DISCLAIMER | No claim is made to the exclusive right to use GIRLS apart from the mark as shown. |

## CORRESPONDENCE INFORMATION

Copy provided by USPTO from the TICRS Image Database on 04/04/2011

| | |
|---|---|
| NAME | Sam Khare |
| FIRM NAME | MGA Entertainment, Inc. |
| STREET | 16380 Roscoe Boulevard |
| CITY | Van Nuys |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 91406 |
| PHONE | (818) 894-2525 |
| FAX | (818) 895-0771 |
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /BRYAN J. ARMSTRONG/ |
| SIGNATORY'S NAME | Bryan J. Armstrong |
| SIGNATORY'S POSITION | Employee - Trademark Administrator |
| DATE SIGNED | 12/31/2008 |

Copy provided by USPTO from the TICRS Image Database on 04/04/2011

Form 1478 (Rev 9/2008)
OMB No. 0651-0009 (Exp 12/31/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77642394**
**Filing Date: 12/31/2008**

To the Commissioner for Trademarks:

**MARK:** MOXIE GIRLZ (Standard Characters, see mark)
The literal element of the mark consists of MOXIE GIRLZ.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, MGA Entertainment, Inc., a corporation of California, having an address of
  16380 Roscoe Boulevard
  Van Nuys, California 91406
  United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

   International Class 028: TOYS, GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND PLAYSETS THEREFOR, ACTION SKILL GAMES, ARCADE GAMES, ATHLETIC PROTECTIVE PADS, NAMELY, ARM PADS, KNEE PADS, ELBOW PADS AND WRIST PADS FOR CYCLING, SKATING AND SKATEBOARDING, BALLOONS, BASEBALLS, BASEBALL GLOVES, BASKETBALLS, BEACH BALLS, BEAN BAG DOLLS, BOARD GAMES, BODY BOARDS, CARD GAMES, CHILDREN'S PLAY COSMETICS, CHRISTMAS TREE ORNAMENTS, EXCEPT CONFECTIONERY OR ILLUMINATION ARTICLES, CRAFT SETS FOR DECORATING BALLOONS, DOLLS, DOLL CLOTHING, DOLL ACCESSORIES, FLYING DISCS, FOOTBALLS, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, IN-LINE SKATES, KITES, MOBILES FOR CHILDREN, PARTY FAVORS IN THE NATURE OF CRACKERS AND NOISEMAKERS, PLAYGROUND BALLS, PLAYING CARDS, PLUSH TOYS, PUPPETS, PUZZLES, ROLLER SKATES, SKATEBOARDS, SKIM BOARDS, SNOW SLEDS FOR RECREATIONAL USE, SOCCER BALLS, SWIM FLOATS FOR RECREATIONAL USE, SWIM FINS, TOY ACTION FIGURES AND ACCESSORIES THEREFOR, TOY VEHICLES AND PLAYSETS THEREFOR, TOY SCOOTERS, VOLLEYBALLS, WATER WING SWIM AIDS FOR RECREATIONAL USE, WIND-UP TOYS, AND YO-YOS

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

No claim is made to the exclusive right to use GIRLS apart from the mark as shown.

Correspondence Information: Sam Khare
       16380 Roscoe Boulevard
       Van Nuys, California 91406

file://D:\p2mp\temp\html\OEMS.htm                                                                                                  4/4/2011

(818) 894-2525(phone)
(818) 895-0771(fax)

A payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /BRYAN J. ARMSTRONG/   Date Signed: 12/31/2008
Signatory's Name: Bryan J. Armstrong
Signatory's Position: Employee – Trademark Administrator


RAM Sale Number: 3930
RAM Accounting Date: 01/02/2009

Serial Number: 77642394
Internet Transmission Date: Wed Dec 31 20:04:25 EST 2008
TEAS Stamp: USPTO/BAS-64.60.95.2-20081231200042545385
5-77642394-40028a6e0e7854062b7bf4607ad06
dbaa6-DA-3930-20081231200046291291

Copy provided by USPTO from the TICRS Image Database on 04/04/2011

# MOXIE GIRLZ

Copy provided by USPTO from the TICRS Image Database on 04/04/2011