**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br><br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S OFFER OF PROOF RE TESTIMONY OF PATRICK POTGIESSER**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conference:  January 4, 2011<br>Trial Date:  January 11, 2011 |

00505.07975/4076343.1

MATTEL'S OFFER OF PROOF RE TESTIMONY OF PATRICK POTGIESSER

On April 5, 2011, the Court stated that it intended to exclude Patrick Potgiesser from Mattel's defense case because the information he possessed is hearsay. Mattel submits herewith pages from Mr. Potgiesser's October 26, 2010 deposition establishing that he has personal knowledge of the matters referenced in Mattel's offer of proof as to him.

DATED: April 5, 2011             QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ John B. Quinn*
    John B. Quinn
    Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.

00505.07975/4076343.1

-1-

CASE NO. CV 04-9049 DOC (RNBx)
MATTEL'S OFFER OF PROOF RE TESTIMONY OF PATRICK POTGIESSER