CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MATTEL, INC., A DELAWARE CORPORATION, | ) ) ) | |
| PLAINTIFF, | ) ) | CASE NO. CV 04-9049 DOC (RNBX) |
| V. | ) ) | CONSOLIDATED WITH CASE NO. 04-9059 |
| MGA ENTERTAINMENT, INC. , | ) ) | AND CASE NO. 05-2727 |
| DEFENDANT. | ) ) ) | |
| AND CONSOLIDATED ACTION(S) | ) ) | |

# CONFIDENTIAL – ATTORNEYS' EYES ONLY

# DEPOSITION OF PATRICK POTGIESSER

# OCTOBER 26, 2010



COURT REPORTERS

**REPORTED BY:**
EMILY MCCARY
CSR. NO. 7584
JOB NO. 10EM101

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

Patrick Potgiesser    October 26, 2010

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MATTEL, INC., A DELAWARE          )
CORPORATION                       )
                                  ) CASE NO.
        PLAINTIFF,                ) CV 04-9049
                                  ) DOC (RNBX)
           v.                     ) CONSOLIDATED WITH
                                  ) CASE NO. 04-9059
MGA ENTERTAINMENT, INC.,          )     AND
                                  ) CASE NO. 05-2727
        DEFENDANT.                )
_____)
                                  )
  AND CONSOLIDATED ACTION(S)   )
_____)



       CONFIDENTIAL - ATTORNEYS' EYES ONLY
       VIDEOTAPED DEPOSITION OF PATRICK
       POTGIESSER taken on behalf of Mattel,
       Inc., at 5 Connaught Road, Central,
       Hong Kong, commencing at 8:01 a.m.,
       Tuesday, October 26, 2010, before
       EMILY MCCARY, CSR 7584.

2

Patrick Potgiesser    October 26, 2010

```
 1    APPEARANCES:
 2    THE DISCOVERY MASTER:
 3            ARENT FOX
              BY:   ROBERT C. O'BRIEN, DISCOVERY MASTER
 4                  (Where Indicated)
              555 West Fifth Street
 5            48th Floor
              Los Angeles, California  90013-1065
 6            (213) 629-7400
              (Present Telephonically)
 7
 8
      FOR MATTEL, INC.:
 9
              QUINN EMANUEL URQUHART & SULLIVAN, LLP
10            BY:  MICHAEL ZELLER, ESQ.
              865 South Figueroa Street
11            10th Floor
              Los Angeles, California 90017
12            (213) 443-3000
              mzeller@quinnemanuel.com
13
14
      FOR MGA ENTERTAINMENT, INC.:
15
              ORRICK, HERRINGTON & SUTCLIFFE LLP
16            BY:  ANTHONY A. DE CORSO, ESQ.
              777 South Figueroa Street
17            Suite 3200
              Los Angeles, California 90017-5855
18            (213) 612-2346
19
20    ALSO PRESENT:
21            Tony Rodriguez, Videographer
22
23
24
25
```

3

Patrick Potgiesser    October 26, 2010

```
 1          THE DEPONENT:  One part of the showroom was
 2     a door, and behind the door we showed our new
 3     fashion doll line.  To gain access, people had to          09:48
 4     sign an NDA.
 5     BY MR. ZELLER:
 6          Q     That was for when Moxie was shown,
 7     correct?
 8          A     Correct.
 9          Q     Any other instances apart from when
10     Moxie was shown where MGA required a separate NDA
11     or confidentiality agreement to be signed before
12     people had access to the MGA portion of the
13     showroom?
14          A     All people I -- my customers have
15     signed NDA's to be shown the line.                          09:49
16          Q     When you say your customers, you're
17     referring to retailers, right?
18          A     Yes.
19          Q     Where are those signed NDA's?
20          A     I assume in L.A.
21          Q     The NDA's that you're referring to
22     that the customers signed are not separate and
23     specifically for Nuremberg, correct?
24          A     Say again.                                       09:49
25          Q     The NDA's that you're referring to
```

80

Patrick Potgiesser    October 26, 2010

1    that the retailers have signed are not

2    specifically for Nuremberg Toy Fair, correct?

3          A    Some not, some are.

4          Q    Well, when was the first year, to

5    your knowledge, that MGA required any customer

6    that -- namely a retailer, to sign an NDA that

7    applied to Nuremberg Toy Fair?

8          A    New York toy far -- Nuremberg Toy          09:50

9    Fair.

10         Q    Nuremberg?

11         A    2009.

12         Q    And that was in connection with the

13   showing of Moxie?

14         A    Correct.

15         Q    Though is it true that, as far as you

16   know, MGA did not require the retail customers to

17   sign nondisclosure or confidentiality agreements    09:51

18   specifically for Nuremberg prior to 2009?

19         A    Specifically from Nuremberg, no.

20         Q    What I said is a true statement?

21         A    Yes.

22         Q    Other than the NDA's that customers

23   signed starting in 2009 that you referred to,        09:51

24   were there other NDA's that you're referring to

25   that the retail customers had signed?

81

Patrick Potgiesser    October 26, 2010

```
 1        A     Yes.
 2        Q     And what are those?
 3        A     NDA's signed in Hong Kong Toy Fair.
 4        Q     Any others?
 5        A     The Hong Kong Toy Fair is the first
 6   time customers signed NDA's.                          09:51
 7        Q     And when did that start?
 8        A     I assume 2006.
 9        Q     It's more than an assumption.  That's
10   your knowledge, correct?
11        A     What does that mean?
12        Q     Let me first ask why is it that you
13   believe that customers were required to sign          09:52
14   NDA's for Hong Kong Toy Fair in 2006?
15        A     I'm trying to recollect if I was in
16   Hong Kong in 2006.  So it might also be -- if I
17   recollect -- if I -- in my knowledge, the first I
18   went to Hong Kong was in October 2006.  That was
19   the first time my retailers I do business with        09:52
20   signed NDA's.
21        Q     And that's something you know because
22   you were there when it happened?
23        A     Yes.
24        Q     And it was your understanding that
25   prior to that time the retail customers did not
```

82

Patrick Potgiesser    October 26, 2010

```
 1          THE VIDEOGRAPHER:  This is the end of tape
 2     number one.  We are going off the record.  The
 3     time is 10:08 a.m.
 4               (A recess was taken from                    10:08
 5               10:08 a.m. to 10:18 a.m.)
 6          THE VIDEOGRAPHER:  We are back on record at      10:19
 7     time is 10:18 a.m.  This is the beginning of tape
 8     number two.
 9     BY MR. ZELLER:
10          Q    Focusing on the October 2006 time
11     period, when retailers were saying to you that       10:19
12     this was the first time that they were being
13     asked to sign nondisclosure agreements in
14     connection with Hong Kong Toy Fair, what did you
15     tell them?
16          A    They had to sign.
17          Q    Did they ask why?
18          A    Some of them did.
19          Q    And what did you say in response when
20     they asked why?
21          A    It is more from MGA that have to sign
22     or otherwise no access to the showroom.              10:19
23          Q    Anything else you told them as to
24     why?
25          A    No, just the policy we had.
```

96

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

1        Q     You gave no explanation as to the
2    reason behind the policy?
3        A     No.   Well, because we want to keep
4    our products confidential.
5        Q     You're in sales, right?
6        A     No.
7        Q     You've been in sales?
8        A     Yes.
9        Q     For many years?
10       A     Yes.
11       Q     Is it your testimony that when you
12   provide information to retailers, you think they
13   keep it confidential?
14       MR. DE CORSO:   Calls for opinion,
15   speculation.
16             You can answer.
17       THE DEPONENT:   No.
18   BY MR. ZELLER:
19       Q     It's your understanding that when
20   you're sharing information with retailers, just
21   as when Mattel has been sharing information with
22   retailers, the retailers talk with others about
23   it, right?
24       MR. DE CORSO:   Calls for speculation.
25       THE DEPONENT:   I'd say yes.

10:20

10:20

97

Patrick Potgiesser    October 26, 2010

BY MR. ZELLER:

1
2       Q    Is that your expectation?

3       A    No.  I think there's a difference
4  between expectation and what really happens.

5       Q    Let's make sure we're on the same
6  wavelength.

7       A    Yes.

8       Q    You would like them not to talk about
9  it, correct, but you know that they will?

10      A    Yes.

11      Q    That's what I mean by "expectation."

12      A    Okay.  But --

13      Q    Hope as opposed to --

14      A    Yeah, I hope that they don't do it,
15  but I know they will.                              10:21

16      Q    And it's the case that from time to
17  time you received information from retailers
18  about information they had received from Mattel,
19  right?

20      A    Yes.

21      Q    About upcoming Mattel products and
22  strategies, right?

23      A    I'm not sure about strategies, but
24  products, yes.

25      Q    About products that are not yet on

98

Patrick Potgiesser    October 26, 2010

1   the market but will be, right?                    10:21

2        A    Correct.

3        Q    And certainly you're not surprised

4   when the retailers disclose the same kind of

5   information about MGA, right?

6        MR. DE CORSO:  Calls for speculation.

7        THE DEPONENT:  Absolutely not.

8   BY MR. ZELLER:

9        Q    You're not surprised?

10       A    No.

11       Q    To your knowledge, has MGA ever sued

12   a retail customer for violating any of these      10:22

13   nondisclosure agreements?

14       A    No, I don't have that knowledge.

15       Q    Do you think MGA is going to sue any

16   of the retail customers if it finds out that the

17   retail customers have not complied with the

18   NDA?

19       MR. DE CORSO:  Seeks speculation.

20       THE DEPONENT:  I absolutely believe they

21   will.

22   BY MR. ZELLER:

23       Q    You think that MGA will sue

24   Wal-Mart?

25       A    Yeah.

99

Patrick Potgiesser     October 26, 2010

| | |
|---|---|
| 1 | Q    And Toys "R" Us? | 10:22 |
| 2 | A    Yeah. |
| 3 | Q    And please tell us your full basis |
| 4 | for that testimony. |
| 5 | MR. DE CORSO:  Obviously do not include |
| 6 | anything if it was acquired through conversations |
| 7 | with counsel for MGA, in-house or otherwise. |
| 8 | THE DEPONENT:  I assume when you let people |
| 9 | sign NDA, you let them sign because you want to |
| 10 | keep it confidential.  And once you have proof |
| 11 | that people talk about or forward your | 10:23 |
| 12 | information, you are entitled to protect that |
| 13 | information.  And it doesn't matter if it's the |
| 14 | local store on the corner or it's Wal-Mart. |
| 15 | BY MR. ZELLER: |
| 16 | Q    And I'm not asking about entitlement. |
| 17 | I'm asking about what your expectation -- |
| 18 | A    What's "entitlement"? |
| 19 | Q    Well, you used the word "entitled." |
| 20 | You said that you were entitled to protect. |
| 21 | A    Oh, sure, yeah.  If you as a company |
| 22 | ask people to sign an NDA, you want to keep them | 10:23 |
| 23 | to that. |
| 24 | Q    Right, but I'm asking about as a |
| 25 | practical matter.  Do you think as a practical |

100

Patrick Potgiesser    October 26, 2010

1   don't want to prejudge any issue that may come up

2   in those depositions to the extent that those

3   depositions go forward.

4        MR. DE CORSO:  Okay.

5        THE ARBITRATOR:  And I don't want to get

6   the issues confused, but I do understand your

7   argument and appreciate the nature in which it

8   was made.

9             So those are the two rulings on these          11:16

10  issues.  And I'm going to be standing by over the

11  next five to six hours and will be available if

12  counsel on either side has future need for my

13  interjection.

14            Counsel, do you have any further

15  questions at this time?

16       MR. DE CORSO:  No, sir.

17       MR. ZELLER:  Not at this time.  Thank

18  you.

19       THE ARBITRATOR:  Okay.  Thank you very

20  much.

21            Madam Court Reporter, we are going to

22  go off the record here.

23            (Discussion held off the record.)

24            (The record was read as follows:          11:22

25            "Q    And when you say talk about a          10:28

111

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

1  doll that's being launched, you're talking about
2  something that is not yet on the market but will
3  be?"
4      THE VIDEOGRAPHER:  We are back on record.          11:23
5  The time is 11:23 a.m.
6  BY MR. ZELLER:
7      Q    So if you could go ahead and answer
8  the pending question.
9      A    Yes.
10     Q    And it's true that while you've been
11 at MGA, sometimes the information that you've
12 received from retailers about Mattel products       11:23
13 that are not yet on the market has been based on
14 what those retailers saw at Mattel toy fair
15 showrooms, correct?
16     MR. DE CORSO:  Calls for speculation.
17     THE DEPONENT:  Yes.
18 BY MR. ZELLER:
19     Q    That's been your understanding as to
20 the source of the information?
21     A    Yes.
22     Q    And sometimes you've received
23 information from retailers about Mattel products   11:24
24 that are not yet on the market based upon what
25 was in the planogram or layout rooms; is that

112

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

```
1    true?
2         A    I don't know that.
3         Q    It's the case that you've received
4    information about unreleased Mattel products from
5    what you knew to be retailer planogram or layout          11:24
6    rooms, correct?
7         A    No.
8         Q    You know a Lisa Saunders,
9    S-A-U-N-D-E-R-S?
10        A    I know the name.
11        Q    How do you know her?
12        A    Through MGA.                                     11:25
13        Q    She's a fellow MGA employee?
14        A    I think she is.
15        Q    And you've received information about
16   unreleased Mattel products based on what she saw
17   in retailer planogram or layout rooms, correct?
18        A    That might be.
19        Q    You do recall that occurring, do you
20   not?
21        A    That might be the case, yes.
22        Q    It's your recollection it occurred,
23   correct?
24        A    Yes.                                             11:26
25        Q    And it occurred on more than one
```

113

Patrick Potgiesser    October 26, 2010

1           A       What other instruction do you have?
2       I don't know.
3           Q       Well, is there an instruction as to
4       what it is that these employees were to do when a
5       retailer told them that information --
6           A       No.
7           Q       -- if they did not ask?
8           A       No, there was no instruction if a
9       retailer told -- tells them that.                          11:31
10          Q       So is it the case that you gave no
11      instruction that MGA employees could not receive
12      and use information if the retailer told them
13      about the unreleased Mattel products so long as
14      they did not ask?
15          MR. DE CORSO:  It's ambiguous.
16          THE DEPONENT:  Can you repeat it one more
17      time, please?                                              11:32
18          MR. ZELLER:  Please read it back.
19              (The record was read.)
20          THE DEPONENT:  It's a very complicated
21      question.
22              There was no instruction when they
23      were told.                                                 11:32
24      BY MR. ZELLER:
25          Q       So long as they did not ask?

                                                        118

Patrick Potgiesser   October 26, 2010

1        A        Correct.

2        Q        So in other words, the instruction

3    that was provided meant that for the MGA

4    employees it was okay for them to receive

5    information about unreleased Mattel products that

6    they received from retailers so long as they did

7    not ask for it, right?

8        A        Correct.                                    11:32

9        Q        Do you believe that there's anything

10   wrong with MGA employees receiving information

11   about unreleased Mattel products, products that

12   are not yet on the market, from a retailer if

13   that retailer obtained it from toy fair?

14       MR. DE CORSO:  Objection.  Ambiguous, seems

15   to call for opinions.

16       THE DEPONENT:  I don't see anything wrong

17   there.

18   BY MR. ZELLER:

19       Q        And has it always been the case that

20   that's been your view, since you started with

21   MGA?                                                      11:33

22       A        This has been my view always.

23       Q        Approximately on how many occasions

24   would you estimate you've received information     11:33

25   from a retailer about an unreleased Mattel

119

Patrick Potgiesser    October 26, 2010

1   product based on what it is that the retailer saw

2   at a Mattel toy fair showroom?

3            MR. DE CORSO:   Lacks foundation, calls for

4   speculation.

5            THE DEPONENT:   One retailer?   More

6   retailers?

7   BY MR. ZELLER:

8        Q    Just the total number.   I'm just

9   trying to get a sense of how often this has

10   happened.

11       A    Well, if you work toy fairs, you hear

12   it a lot.                                                    11:34

13       Q    And so is it true that typically when

14   you have gone to toy fairs while you've been

15   working for MGA, it's been a common occurrence

16   for a retailer to tell you information about an

17   unreleased Mattel product based on what that

18   retailer saw at the Mattel showrooms?

19       A    Yes.

20       Q    And is it true that based on the fact        11:34

21   that it's -- this often happens with you, that

22   you understand and believe that retailers at

23   these same toy fairs are also discussing with

24   Mattel what it is that they see at MGA

25   showrooms?

120

Patrick Potgiesser    October 26, 2010

```
 1        A    I believe so.

 2        MR. DE CORSO:  Compound, calls for

 3   speculation.

 4        THE DEPONENT:  I believe so.

 5   BY MR. ZELLER:

 6        Q    And you have believed that since the

 7   time you started working for MGA; is that true?        11:35

 8        A    Yes.

 9        Q    By the way, the instruction you were

10   talking about earlier to the MGA employees, have

11   you done that in writing before or has that

12   always been oral?

13        A    It might be both, but most of the

14   time it would be oral.                                  11:35

15        Q    Also, to go back to a question I had

16   asked you earlier today, did you ever receive an

17   instruction from anybody that you were to keep or

18   not destroy or discard documents or information

19   relating to this litigation?

20        THE DEPONENT:  I have to answer it?

21        MR. DE CORSO:  It's a "yes" or "no."

22        THE DEPONENT:  Yes.

23   BY MR. ZELLER:

24        Q    And approximately when did you             11:36

25   receive that instruction for the first time?
```

121

Patrick Potgiesser    October 26, 2010

1    on this first.  I mean, Nickelodeon, as you
2    understood, it was a licensee of Mattel at the
3    time, correct?
4         A    No, I don't understand that.
5         Q    Well, what was the relationship
6    between Nickelodeon and Mattel at the time when
7    you wrote Exhibit 8890, by your understanding?
8         A    My understanding is Nickelodeon is a
9    television station, and they sell air time in          11:44
10   which both MGA and Mattel buy air time to
11   broadcast their T.V. commercials and marketing
12   promotions.  That's my understanding.
13        Q    Well, then, let me ask it more
14   generally.  Let's divorce it from Nickelodeon for
15   a moment.
16             Is it true that it's your belief,
17   your understanding, that whether it's Mattel or
18   whether it's MGA, that once the toy manufacturer
19   shares information with a retailer, that it is no
20   longer a secret because you understand, again,     11:45
21   whether it's MGA or Mattel sharing that
22   information with the retailer, the retailer may
23   very well disclose it to others?
24        MR. DE CORSO:  It's compound and sounds
25   like argument.

127

Patrick Potgiesser    October 26, 2010

```
1          THE DEPONENT:  Explain the term "secret,"
2    because you use different words now.
3               That's not what I've testified.
4    That's not what I've said before.  It's my
5    understanding that retailers share information.
6    It doesn't mean something is not a secret          11:45
7    anymore.
8    BY MR. ZELLER:
9          Q     Well, what is your expectation of why
10   it is that it's still secret if a retailer shares
11   it?
12         A     Retailer signs an NDA.  To my
13   knowledge, if the product is not on the
14   marketplace, it's not open to public.              11:46
15         Q     Any other understanding?
16         A     No.
17         Q     You know what a secret is, right?
18         A     Yes.
19         Q     So it's your testimony as an MGA
20   executive that you understand retailers share
21   information about unreleased MGA products that     11:46
22   MGA shares with retailers, right?
23         MR. DE CORSO:  Ambiguous.
24         THE DEPONENT:  Yes.
25    / / /
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

1    BY MR. ZELLER:

2         Q    You know that they disclose such

3    information to other toy manufacturers including

4    Mattel, correct?

5         MR. DE CORSO:  Calls for speculation,

6    misstates his testimony.

7         THE DEPONENT:  Yes, but I don't have

8    proof.

9    BY MR. ZELLER:

10        Q    This is something that you've

11   understood and believed since the time you've

12   started working with MGA, correct?

13        A    Yes.

14        Q    Please tell me all the steps, then,          11:47

15   you've taken to insure that once MGA has shared

16   that information with retailers, and you

17   understood that retailers, just like they were

18   sharing Mattel information with MGA, were, in

19   fact, sharing that information, what you did

20   about it?

21        MR. DE CORSO:  Ambiguous, compound.

22        THE DEPONENT:  What do you want to know?

23   What's the question?

24   BY MR. ZELLER:

25        Q    What actions have you taken against

129

Patrick Potgiesser    October 26, 2010

1    retailers?

2         A    I can't, because I don't have any                    11:47

3    proof that they share information from MGA to

4    Mattel.

5         Q    One way that you know that retailers

6    share that information is because the retailers

7    share that same kind of information about

8    unreleased Mattel products with you, correct?

9         A    That's correct.

10        MR. DE CORSO:  Objection.  Argumentative.

11   BY MR. ZELLER:

12        Q    So have you ever told any retailers

13   point blank, "Do not share unreleased MGA product

14   with Mattel just like you share unreleased Mattel    11:48

15   product information with us"?

16        A    Yes.

17        MR. DE CORSO:  Ambiguous.

18   BY MR. ZELLER:

19        Q    When did you do that?

20        A    Right from the beginning.

21        Q    So it's the case that you believe

22   that it's okay for MGA to receive unreleased

23   Mattel product information from retailers, but

24   it's not okay for Mattel to receive unreleased     11:49

25   MGA product from retailers; is that right?

130

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

1          MR. DE CORSO:  Misstates his testimony,
2     argumentative.
3          THE DEPONENT:  It's different from what I'm
4     saying.
5     BY MR. ZELLER:
6          Q    Tell me.
7          A    You're changing my words.
8          Q    What are you saying?
9          A    You asked me if I believe that they
10    speak about my products in -- or other
11    manufacturers, in this case Mattel you mentioned,
12    and I said yes, I believe that.  The reason why I
13    believe that is because they also tell me unasked          11:49
14    information -- they give me unasked information
15    about Mattel.  So if somebody tells me, I believe
16    they also tell somebody else.
17         Q    And that's a belief you've had since
18    you started working at MGA, right?
19         MR. DE CORSO:  Asked and answered.
20         THE DEPONENT:  Also at Mattel.  I also
21    worked at Mattel so...
22    BY MR. ZELLER:
23         Q    What I'm trying to find out is what
24    you've done about it at MGA.
25              So you've been working there at MGA

131

Patrick Potgiesser    October 26, 2010

1      Q      You have not?

2      A      No, because I can only talk about

3   what I'm doing, and -- no.                              12:05

4      Q      You have no information or

5   understanding as to whether or not members of the

6   press have been in any MGA toy fair showroom; is

7   that true?

8      A      My understanding of press is like

9   newspapers.  That's -- and news channels.  That's

10  my understanding of press.  I don't know if you

11  have another understanding or definition.  You

12  have to tell me the definition.

13     Q      Well, I'm not asking your

14  understanding of what press means here.  Let me

15  broaden it.

16            Do you have any knowledge or            12:06

17  information about any instances in which any

18  member of the press or of the media has ever been

19  present at an MGA showroom at toy fairs?

20     A      I don't know.  I really don't.

21     Q      You know that members of the press or

22  the media are among those who MGA invites in

23  their showrooms, correct?

24     A      I can only tell you what I do.  I      12:06

25  don't invite them.

143

Patrick Potgiesser    October 26, 2010

1          Q     Have you ever seen a press kit
2    related to any MGA show -- toy fair?
3          MR. DE CORSO:  Vague and ambiguous.
4          THE DEPONENT:  And what do you mean by
5    "press kit"?
6    BY MR. ZELLER:
7          Q     Well, let's start with have you ever
8    seen a press release that MGA has issued in
9    connection with any toy fair?
10         A     I think I've seen those, yes.                    12:06
11         Q     And how do you see those?
12         A     Like something you announce to the
13    press.  We have press releases all the time.
14         Q     In connection with toy fairs,
15    correct?
16         MR. DE CORSO:  Ambiguous.
17         THE DEPONENT:  Yes, I think so.
18    BY MR. ZELLER:
19         Q     Please tell me the categories of
20    press releases that you can recall being issued
21    by MGA in connection with its toy fairs.
22         A     What is the category?  What do you
23    mean by "category"?                                          12:07
24         MR. DE CORSO:  Ambiguous.
25         THE DEPONENT:  I don't understand the

144

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

1    question.

2    BY MR. ZELLER:

3         Q    If you don't understand the question,

4    you just need to say so and I'll rephrase it.

5         MR. DE CORSO:  That's what he said.

6         THE DEPONENT:  I don't understand the

7    question.

8    BY MR. ZELLER:

9         Q    Please tell me what are some examples

10   of the press releases that you can recall MGA

11   issuing in connection with toy fairs?

12        A    What I remember, for instance, is

13   that in 2007, the first time we showed the Bratz        12:07

14   line, we had the press release saying that we

15   were showing press.

16        Q    So you said 2007?

17        A    Yeah.

18        Q    And is it true that your office, MGA

19   Benelux, from time to time issues press releases

20   in connection with toy fairs?

21        A    No, because we don't have toy fair.        12:08

22        Q    Well, I understand you don't have toy

23   fair, but does MGA Benelux ever issue its own

24   press releases pertaining to any toy fair?

25        A    I don't believe we have ever done

                                                            145

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

```
 1          A      Onno is his first name.
 2          Q      And he's somebody who actually worked
 3   in the Benelux office?
 4          A      Yeah, he is my marketing director.
 5          Q      And he's still there?                      12:32
 6          A      He's still there.
 7          Q      And then a Marian Davis, do you know
 8   a Marian Davis?
 9          A      Yes.
10          Q      That's someone who worked at Zapf?
11          A      I believe -- yeah, I believe she is
12   Zapf, yes.
13          Q      Is he still with Zapf?
14          A      That's a she.
15          Q      This is gonna be the most complicated
16   part of the deposition.
17                 So --
18          A      She's still there, yes.
19          Q      What is her role currently at MGA --     12:33
20   at Zapf, as you understand it?
21          A      She is brand manager, Zapf
22   Creation.
23          Q      Do you know if she does anything for
24   MGA?
25          A      I think she does also something for
```

160

Patrick Potgiesser    October 26, 2010

1    MGA, yes.

2         Q    And what is your understanding of

3    what she does for MGA?

4         A    I think she also manages the brands

5    of MGA except for Little Tikes.

6         Q    Do you know a Laura Wiese,          12:34

7    W-I-E-S-E?

8         A    Yes.

9         Q    Is she someone who worked at MGA

10   Germany?

11        A    No.  I think -- now I'm getting

12   confused, but Laura Wiese I think is in Canada.

13        Q    Is she with MGA?

14        A    She would be with MGA then, yes.

15        Q    Do you know if she's still there?     12:34

16        A    I'm not sure.  I don't know.

17        Q    Did it ever come to your attention

18   that people at MGA or Zapf had obtained access to

19   Mattel's toy fair booth at Nuremberg Toy Fair?

20        A    Yes.

21        Q    And on how many occasions did that

22   occur?

23        A    Once.                                12:34

24        Q    And how is it you learned of that?

25        A    Because the person told me.

161

Patrick Potgiesser    October 26, 2010

```
 1            Q     And who was that?

 2            A     That was Thomas Pfau.

 3            Q     And what did Mr. Pfau tell you?

 4            A     He told me he was in the Mattel

 5     booth.

 6            Q     And what year did Mr. Pfau say this

 7     to you?

 8            A     When?

 9            Q     Yes.

10            A     At the same evening when we had

11     dinner.                                              12:35

12            Q     Year.

13            A     Oh, year.  I think that was 2007.

14            Q     It came to your attention that people

15     at MGA or Zapf gained access to Mattel's booth or

16     showroom at Nuremberg Toy Fair in 2008 as well,

17     correct?

18            A     That might be.

19            Q     You understood that it happened,

20     right?

21            A     I have heard it happened.             12:35

22            Q     And how did you hear about it

23     occurring in 2008?

24            A     I cannot recall, but probably

25     somebody told me.
```

162

Patrick Potgiesser    October 26, 2010

1         Q     In fact, there was a report that was
2    written up about what people saw at the Mattel
3    showroom in Nuremberg in 2008, correct?
4         A     I'm not sure.
5         Q     Did you ever see that report?
6         A     I might have.  I don't know.                    12:36
7         MR. DE CORSO:  Assumes facts not in
8    evidence.
9    BY MR. ZELLER:
10        Q     Well, you say you might have.  Are
11   you saying you did or did not?
12        A     I can't recall.
13        Q     So were there other instances during
14   other years in which you learned that anyone from
15   MGA or Zapf had gained access to Mattel's
16   showroom at Nuremberg Toy Fair?                            12:36
17        MR. DE CORSO:  Compound.
18        THE DEPONENT:  I assume it happens every
19   year.
20   BY MR. ZELLER:
21        Q     And why do you assume it happens
22   every year?
23        A     Because for some people it's a
24   game.
25        Q     And when you say "some people," are

163

Patrick Potgiesser    October 26, 2010

1    you talking about some people at MGA or Zapf?

2         A    Yeah, or vice versa.

3         Q    And what is your understanding as to

4    how MGA or Zapf personnel have gained access?          12:37

5         A    How?

6         Q    Yes.

7         A    They --

8         MR. DE CORSO:  Compound.

9         THE DEPONENT:  They just walk in.  I don't

10   know.

11   BY MR. ZELLER:

12        Q    Well, what is -- when you say that

13   you understand that some people believe it's

14   okay, what are you referring to?

15        A    I didn't say that.

16        MR. DE CORSO:  Misstates his testimony.       12:37

17   BY MR. ZELLER:

18        Q    Maybe I misunderstood then.  You said

19   that, and tell me if I'm wrong, it's your basic

20   understanding that each year since 2007 -- let's

21   go off the record for a minute.

22        THE VIDEOGRAPHER:  We are going off the

23   record.  The time is 12:37.

24             (A recess was taken from                  12:38

25             12:37 p.m. to 12:38 p.m.)

164

Patrick Potgiesser    October 26, 2010

1    occasion when you've been at the Nuremberg Toy

2    Fair while you've been working at MGA?

3        A    Yes.

4        Q    Do you recall what years that

5    happened?

6        MR. DE CORSO:  Ambiguous.  When you -- he          12:51

7    said one occasion.

8    BY MR. ZELLER:

9        Q    I'm sorry.  There was just one

10   occasion you saw that?

11       A    Yes.

12       Q    I apologize.  I thought it happened

13   more than once.  There was one occasion you

14   remember?

15       A    I remember one occasion where I

16   stepped in.

17       Q    And what year was that?

18       A    2007.

19       Q    Were there other years where that

20   happened where you did not step in?

21       A    I don't know that.

22       MR. DE CORSO:  Lacks foundation, calls for          12:51

23   speculation.

24       THE DEPONENT:  I don't know that.

25   / / /

176

Patrick Potgiesser     October 26, 2010

```
 1   BY MR. ZELLER:
 2        Q     You mentioned Mr. Pfau told you about
 3   how he gained access.  What did Mr. Pfau tell
 4   you?
 5        A     He told me that after closing hours          12:51
 6   he had a meeting, I believe it was with the toy
 7   fair committee.  When he walked out to his car or
 8   the restrooms or the toilet -- I cannot recall
 9   what it was -- he passed the Mattel booth and the
10   door was open, and he just walked in.
11        Q     And you learned this because Mr. Pfau        12:52
12   told you during the conversation you mentioned?
13        A     He told us, yes, to me.
14        Q     Did he tell you what he saw in
15   there?
16        A     He mentioned some products, yes.
17        Q     And when you say "he mentioned some
18   products," he mentioned products that he saw
19   there in the Mattel showroom at Nuremberg when he
20   walked in?
21        A     Yes.
22        Q     Do you remember what he said about          12:52
23   the products?
24        A     Well, he mentioned the product which,
25   for instance, he saw that product, it looked
```

177

Patrick Potgiesser    October 26, 2010

1    nice, that product didn't look nice.  He just

2    gave an opinion.

3         Q    And was it your understanding that

4    this included products that were not yet on the

5    market?

6         A    That included products which were not

7    yet on the market, yes.

8         Q    Do you remember any of the specific          12:53

9    products at this point?

10        A    Like names?

11        Q    Yes.

12        A    No.

13        Q    Do you know if Mr. Pfau ever wrote it

14   up, what he saw?

15        A    No.

16        Q    You don't know one way or the

17   other?

18        A    No, I can't recall.

19        Q    When Mr. Pfau told you this, was

20   anyone else there?

21        A    Yes.

22        Q    Who else was present?

23        A    I know one -- one person for sure was     12:53

24   Angelika Sternberg, and the other persons I don't

25   know.  But most of the time we have dinner with a

178

Patrick Potgiesser    October 26, 2010

1   lot of people, so it might go from six, eight to
2   12 people.  But, again, in a restaurant, it's
3   where you sit close.  So it depends on where you
4   sit close to.  I don't know if the other people
5   has heard the conversation or not, but I did.
6       Q    You're saying you're not entirely                    12:54
7   sure of all the people who were at this dinner --
8       A    No, I'm not.
9       Q    -- who actually heard him talk about
10  that?
11      A    Yeah, I don't know that.
12      Q    Is there anyone else who you can
13  remember being present at that dinner whether or
14  not you know or think that they heard Mr. Pfau
15  talk about it?
16      A    No.  Sorry.
17      Q    Is there anything else that you can
18  remember about the conversation with Mr. Pfau
19  that you had at that time?                                     12:54
20      A    After he went in the booth?
21      Q    Right.
22      A    What I remember is he said he went to
23  his car or toilet -- I can't remember that -- but
24  passed the Mattel booth.  He quickly went over to
25  the Mattel booth because the door was open.

                                                             179

Patrick Potgiesser   October 26, 2010

1    instances that you're aware of where MGA product

2    was shown at Nuremberg Toy Fair, the showroom          14:13

3    where those products were was a Zapf showroom?

4        A    As far as I know, I've seen MGA

5    products only at Zapf Creation booth.

6        Q    Generally speaking, when you've been

7    working at MGA and you've attended Nuremberg Toy      14:14

8    Fair, about how many customer representatives do

9    you take through the showroom every year?

10       A    That's increased over the years.

11       Q    And so if you could please tell me,

12   then, the first year approximately how many?

13       A    The first year I would say somewhere

14   between 30 and 50.

15       Q    And then it increased from there?

16       A    Yes.

17       Q    So how much did it increase after       14:14

18   that?

19       A    I think we're now somewhere around

20   100.

21       Q    And that's the number of people you

22   yourself take through?

23       A    Yes.  But I have to tell you that

24   most of the time I run around, so I'm introduced

25   and I might -- I work with my team there.   Either

189

Patrick Potgiesser    October 26, 2010

```
 1    my team is introduced and we know all these
 2    customers and they invited and I run back and
 3    forth and I join the meetings for a couple of        14:15
 4    minutes because it's only four or five days
 5    and -- it's four or five days and hundreds
 6    appointments.  It's a lot to cover.  So my team
 7    is busy at the same time with three or four
 8    customers, and they're walking with the
 9    customers, and I just join those meetings.           14:15
10         Q    Focusing, then, on 2007, the first
11    year when you were working for MGA and where you
12    actually went to the Zapf showroom where they
13    were showing MGA products, do you have an
14    understanding or approximation of the total
15    number of people who were taken through the
16    showroom?
17         A    No.
18         Q    Is it hundreds?
19         A    No.
20         MR. DE CORSO:  Don't guess.  Estimate if
21    you can.
22         THE DEPONENT:  I estimate thousands.
23    BY MR. ZELLER:
24         Q    Thousands?                                 14:16
25         A    Yeah.
```

190

Patrick Potgiesser    October 26, 2010

```
 1        Q     And is that --
 2        MR. DE CORSO:  I'm sorry, Michael.
 3             Did you say thousand or thousands?
 4   Single or plural?
 5        The DEPONENT:  Thousands, yeah.  Maybe
 6   2,000.
 7   BY MR. ZELLER:
 8        Q     And has it been approximately that
 9   number, by your best estimation, every year since
10   2007 as well?
11        A     No.  I estimate that number going
12   up.
13        Q     So more than 2,000 in subsequent
14   years?
15        A     Yeah, but I really don't know, but
16   someone at Zapf Creation can give you the real
17   numbers.
18        Q     I'm just trying to get your best
19   estimate.
20        A     That's my best estimate.
21        Q     And so we have a clear record,
22   because also one thing is you want to avoid
23   talking over me and I'll try to avoid talking
24   over you, because she can only take down one
25   person at a time.
```

14:16

191

Patrick Potgiesser    October 26, 2010

```
 1        A     Okay.

 2        Q     So your best estimate is that in the

 3   year 2007, approximately 2,000 people were taken          14:17

 4   through the Zapf Creations showroom where the MGA

 5   products were shown?

 6        A     That's my estimate.

 7        Q     And then that number increased in

 8   years after 2007?

 9        A     That's what I think.

10        Q     Your best estimation?

11        A     Yes.

12        Q     What records or documents does MGA          14:18

13   have that show which unreleased products have

14   been displayed in the publicly-available in-store

15   planogram rooms?

16        A     That's -- please, again.

17        Q     Sure.

18              Can you repeat it?                             14:18

19              (The record was read.)

20        THE DEPONENT:  And that is MGA products?

21   BY MR. ZELLER:

22        Q     Right.

23        A     Most of the time we take picture of

24   the planogram, so it should be a picture.  And

25   there is made a rundown from the products on a
```

192

Patrick Potgiesser    October 26, 2010

```
 1   shelf, mostly in Excel, but might also be Word,
 2   but I think we used Excel.
 3       Q    Is there somebody who you would go              14:18
 4   and ask the pictures -- if you wanted to get the
 5   pictures, who you would go ask?
 6       A    My sales guy will make the
 7   planogram.
 8       Q    And which salesperson are you
 9   referring to?
10       A    Well, it's a general question, so
11   it's all my sales guys.                                  14:19
12       Q    Well, let me try it this way:  Are
13   the pictures of the planograms, the in-store
14   planograms that were -- that were public,
15   something that are all kept in one place or would
16   you have to go and ask the individual salespeople
17   for the pictures?
18       A    I -- I think I should -- I have to
19   ask different salespeople, yes.
20       Q    Do you know of any central repository
21   for those pictures?
22       A    Yeah, I would say that would be
23   marketing.                                               14:19
24       Q    And when you say the salespeople or
25   marketing people in these answers, you're talking
```

193

Patrick Potgiesser    October 26, 2010

1        Q     And what kind of records are those?

2        A     Copies of the sell sheets we send

3    out, copy of the email, copy of notes.

4        Q     And is the same true for the price

5    lists?

6        A     Yes.                                          14:54

7        Q     Are the sell sheets ever shared with

8    anyone other than the customers?

9        A     Internally, yes; externally, no.

10        Q     Is the same true for the price

11    lists?

12        A     Yes.

13        Q     Do you know one way or another

14    whether anyone else in the company, within MGA,      14:55

15    shares sell sheets or price lists with

16    licensees?

17        A     I'm not aware of that.

18        Q     Or potential licensees?

19        A     I'm not aware of that.

20        Q     Do you know one way or another

21    whether other people within MGA share the sell

22    sheets or the price list that we've been talking

23    about with anyone other than the customers?

24        A     I can imagine not.

25        Q     Well, I'm not trying to find out,          14:55

219

Patrick Potgiesser    October 26, 2010

1    again, what you can imagine.

2         A    Yeah, no.  To me -- to my

3    recollection, no.

4         Q    Do you know of instances in which MGA

5    obtained copies of any Mattel sell sheets or          14:56

6    price lists or catalogues that were intended for

7    retailers?

8         A    Price lists or catalogues which were

9    for retailers?

10        Q    Right.

11        A    And we have -- and then we had them?

12        Q    (Attorney nods head.)

13        A    I think I might have heard about it,

14   yes.

15        Q    You do recall?

16        A    Vaguely.  I have not seen it, let's

17   put it that way.

18        Q    What do you remember hearing?

19        A    I know one of my sales guys had his     14:56

20   hand on a price list once, and I told him that

21   that's information which we don't want to have in

22   the company.

23        Q    Did he tell you how he got it?

24        A    From a retailer.

25        Q    Did he say which retailer?

220

Patrick Potgiesser    October 26, 2010

1         A       No.

2         Q       Did you have an understanding as to

3    which retailer?

4         A       No.  Isn't that the same as knowing?          14:57

5         Q       What was this time period?

6         A       End of 2007, beginning of 2008.

7    That's my best estimate.

8         Q       Who was the salesperson?

9         A       Xavier Schellemans.

10                Xavier, X-A-V-I-E-R; last name              14:57

11   S-C-H-E-L-L-E-M-A-N-S.  Sound right?

12                And for simplicity's sake, and out of

13   no disrespect, I'm going to call him Xavier.

14                What do you guess?  Boy or girl?

15        Q       That I can guess.

16                Is Xavier still with MGA?                   14:58

17        A       No.

18        Q       Where did he go?

19        A       I think he is in oil -- olive oil or

20   something now.

21        Q       And so he said that he had gotten

22   this Mattel price list through a retailer?

23        A       Yes.

24        Q       And do you know what happened to the

25   copy of the price list?                                 14:58

221

Patrick Potgiesser    October 26, 2010

1      A     No.

2      Q     In other words, do you know what

3  Xavier did with it?

4      A     No, but I instructed him to throw it

5  away.

6      Q     Do you know if he did?

7      A     No.

8      Q     After that conversation that you had

9  with him that you described, did you talk with

10 him further about it or was that it, just that

11 one conversation?

12     A     It was just that conversation.

13     Q     Is there anything else that you can

14 recall discussing with Xavier on that?                    14:59

15     A     That he was not -- that we not -- how

16 do you say that -- that we don't like these kinds

17 of things to happen.

18     Q     Right.  I understand that's what you

19 testified to earlier.  I'm trying to find out is

20 there anything else that you can recall

21 discussing with Xavier during that

22 conversation?

23     A     No.                                             14:59

24     Q     Other than this conversation that you

25 had with this particular salesperson, did it ever

222

1          MR. DE CORSO:  It seems like you're asking

2     for a legal opinion.

3              You can answer.

4          THE DEPONENT:  I'm really lost.  I think,          15:42

5     you know, the things we do before we put it into

6     the market, I would say that would be secret.

7     BY MR. ZELLER:

8          Q     Everything that MGA does?

9          A     Yes.  Till you show it to the public,

10    to me it's a secret.

11          Q     Anything else?

12          A     No.

13          Q     What do you mean by before you put it          15:42

14    into market?

15          A     Before you show to the market.  So if

16    you -- if you ship it, deliver it.

17          Q     If you ship or deliver it, what's

18    that mean?

19          A     The product.

20          Q     Is it a trade secret, in your view,

21    when it's being shipped or delivered to

22    customers?

23          A     I would say until the moment you ship          15:43

24    it, it's a trade secret, yes; but, again, it's a

25    confusing question.

Patrick Potgiesser    October 26, 2010

```
1         Q      What is confusing about it?
2         A      The term "trade secret."  I don't
3    know what trade secret is.
4         Q      When you started working there at
5    MGA, did you sign any documents saying that you
6    would protect MGA trade secrets?
7         A      I signed an NDA.  I'm not sure if
8    there's the word "trade secret" in there.
9         Q      Do you have an understanding as to
10   what you're not supposed to be disclosing?
11        A      I think I have, yes.
12        Q      And what's that?                         15:43
13        A      Any -- I'm not -- I cannot disclose
14   information which I don't feel is appropriate to
15   share.
16        Q      Any other understanding of your
17   agreement?
18        A      No.
19        Q      Did anyone at MGA ever explain to you
20   what MGA considers to be a trade secret and what
21   it doesn't?                                          15:44
22        A      No.
23        Q      By your understanding, is something a
24   trade secret if it's the subject of a press
25   release?
```

244

Patrick Potgiesser    October 26, 2010

```
 1        MR. DE CORSO:  Assumes facts not in         15:44
 2   evidence, misstates his testimony.
 3        THE DEPONENT:  I think if you make a press
 4   release it's not a trade secret anymore.
 5   BY MR. ZELLER:
 6        Q    And that's true if the press release
 7   is done prior to the time that the product is
 8   shipped to retailers, right?
 9        A    If you make a press release, you're
10   releasing information to the public.  So it's not
11   a secret anymore then.                           15:45
12        Q    Well, which of these 114 products was
13   the subject of press releases?
14        A    I don't know.
15        Q    Which of these 114 products was the
16   subject of MGA public comments prior to the time
17   they were shipped to retailers?
18        A    As this is before I started, I don't
19   know.                                            15:46
20        Q    Is it your understanding that MGA
21   claims that information that it discloses to
22   retailers, even though it knows and expects
23   retailers that will disclose that information to
24   others, is still an MGA trade secret under your   15:46
25   agreement?
```

245

1          MR. DE CORSO:  Misstates his testimony, is

2    ambiguous, argumentative.

3          THE DEPONENT:  I have to answer?

4          MR. DE CORSO:  Yes.

5          THE DEPONENT:  Yes.

6    BY MR. ZELLER:

7          Q      And where did you obtain that

8    understanding?

9          A      From MGA, because that's how I see my

10   business and the way I operate.

11         Q      And that's, in your view, consistent

12   with the way that MGA sees it?

13         A      I would say yes.

14         Q      And what's that based on?                    15:47

15         A      Common business practice.

16         Q      What do you mean by that?

17         A      That I think, you know, that's the

18   way people see it, as I told you.

19         Q      Is that based on some kind of policy

20   that you've seen from MGA?  Is it based on some

21   kind of practice that you've seen there at MGA?

22   Is it based on conversations you've had with        15:47

23   people at MGA?  That's what I'm trying to find

24   out, what it's based on.

25         A      It's based on the instructions I

Patrick Potgiesser    October 26, 2010

1   to its employees what it is that's considered a

2   trade secret and what's not?

3        A   I think somebody working with MGA

4   understands what's secret and what's not.

5        Q   How?

6        A   Common sense.

7        Q   Any other basis?

8        A   No, besides on documents we write          17:16

9   "confidential information."  That might be it.

10       Q   Anything else?

11       A   No.

12       Q   What steps are you aware of MGA

13  taking to insure that its trade secret

14  information is kept trade secret, apart from

15  having NDA's signed?                              17:16

16       A   We have closed showrooms.  We lock

17  doors.  We instruct people.  We hire security.

18  We have cameras, alarm systems.  That's what I    17:16

19  can think of.

20       Q   Anything else?

21       A   No.

22       Q   You mentioned cameras.  Are there

23  security cameras at MGA showrooms that you're

24  aware of?

25       A   I'm aware of some showrooms that have

312

Patrick Potgiesser    October 26, 2010

```
 1    cameras, yes.
 2          Q     Which ones?
 3          A     I know the one in L.A. has.
 4          Q     Do you know if any of the others
 5    do?
 6          A     Not off the top of my head.
 7          Q     Was the information that Mr. Pfau          17:17
 8    received from the Mattel showroom at Nuremberg
 9    Toy Fair in 2007 that he disclosed to you
10    concerning unreleased Mattel products valuable to
11    MGA?
12          A     I don't see it's valuable.
13          Q     Why not?
14          A     Because at that time it takes way too
15    long to react to those products.
16          Q     What do you mean by that?
17          A     Well, by the time you hit Nuremberg,
18    there's almost no chance -- it's no time to adapt    17:18
19    or to change or to produce new product.
20          Q     Is that also true by the time of New
21    York Toy Fair?
22          A     Yes, because it's after Nuremberg Toy
23    Fair.
24          Q     Do you have any knowledge or            17:19
25    information about any action that Mattel has
```

313

Patrick Potgiesser    October 26, 2010

1    taken that has caused damage or loss of any kind

2    to MGA?

3         A    Of any kind?

4         Q    Yes.

5         A    Yes.

6         Q    Anything that you consider to be

7    inappropriate or unethical or illegal?

8         A    I would say it's business, business        17:19

9    practice.

10        Q    So that's a "yes"?

11        A    Yes.

12        Q    And what was that?

13        A    I was surprised that the gross margin

14   at my retailers had increased significantly over

15   the years when I left Mattel.

16        Q    I'm sorry.  What did?

17        A    The gross margin.                           17:20

18        Q    The gross margin increased?

19        A    Yes, on Mattel products, increased at

20   my customers.  So they -- that showed me that

21   they were investing a lot of money in the

22   marketplace.

23        Q    And this is something that occurred

24   after you left Mattel?

25        A    After I left.

314

Patrick Potgiesser     October 26, 2010

1        Q     Directing your attention to the

2   second page of Exhibit 8896, and you say in the          17:55

3   middle there, "We were told by various retailers

4   that Mattel is decreasing prices on Barbie and My

5   Scene for fall."  Do you see that?

6        A     Yes.

7        Q     And that is information that you

8   received from retailers?

9        A     That's correct.

10       Q     Did you think there was anything

11  inappropriate about receiving that kind of

12  information about what Mattel was doing?

13       MR. DE CORSO:  Calls for opinion.

14       THE DEPONENT:  No.

15  BY MR. ZELLER:

16       Q     Did you believe that the kinds of

17  information that you were receiving about          17:56

18  decreasing prices on Barbie and My Scene was

19  Mattel trade secret information?

20       A     No.

21       MR. DE CORSO:  Calls for opinion, maybe a

22  legal opinion.

23       THE DEPONENT:  No.

24  BY MR. ZELLER:

25       Q     Why not?

333

Patrick Potgiesser    October 26, 2010

```
 1          A    Because I saw it as public
 2    information.
 3          Q    How was it public?
 4          A    Because the products are already on
 5    the shelf.
 6          Q    Why do you say here, then, you were          17:56
 7    told by various retailers about that as opposed
 8    to saying that you saw this on shelf?
 9          A    Oh, these were products were not on
10    shelf yet, but the My Scene Super Bling was.  I
11    misread it.
12          Q    You see the sentence that says --            17:57
13          A    It says for fall, and this is dated
14    June.
15          Q    So the information -- just so we have
16    a clear record, the information here where it
17    says, "We were told by various retailers that
18    Mattel is decreasing prices on Barbie and My
19    Scene for fall," was information about upcoming
20    but not-yet-released fall products of Mattel that
21    you were receiving from retailers, right?
22          A    Products which has not yet been              17:57
23    released for the Benelux market, correct.
24          Q    So then to go back, you don't believe
25    that receiving that kind of information about
```

334

Patrick Potgiesser    October 26, 2010

1    fall products at that point, even though they

2    were not on shelf yet as of June 2006, was not

3    inappropriate; is that true?

4         MR. DE CORSO:  Ambiguous, there may have

5    been an extra negative in there.

6         MR. ZELLER:  I meant to say not

7    inappropriate.

8         Q    So I can rephrase it just to make it          17:58

9    a little easier, if that's a problem.

10             Did you believe it was appropriate or

11   inappropriate for you to receive information

12   about Mattel's pricing on unreleased Barbie and

13   My Scene products?

14        MR. DE CORSO:  Calls for opinion.

15        THE DEPONENT:  I didn't find it

16   inappropriate.

17   BY MR. ZELLER:

18        Q    And why was that?

19        A    Because we were told by retailers.

20   There's always the question if a retailer is

21   lying or not, maybe they're trying to get a          17:59

22   better deal.  It's just information that's told

23   to you.

24        Q    Well, is it true that you thought it

25   was appropriate to receive and use that kind of

335

Patrick Potgiesser    October 26, 2010

```
 1    information about unreleased Mattel products
 2    because it was information that the retailers
 3    already had?                                      17:59
 4         A    Yes.
 5         Q    Please mark as Exhibit 8897 a           17:59
 6    multi-page document bearing Bates numbers MGA
 7    1072514 through 516.  The first page is an email
 8    from Thomas Pfau to the witness among others
 9    dated November 27th, 2006.
10              (Plaintiff's Exhibit 8897 was marked
11              for identification by the Deposition
12              Officer and is bound separately.)
13    BY MR. ZELLER:
14         Q    And please let us know when you've      18:00
15    had a chance to review Exhibit 8897.              18:00
16         A    Yes, I have read it.
17         Q    Do you recognize Exhibit 8897 as an
18    email along with an attached status report that
19    you received in the November 2006 time period?    18:01
20         A    Yes.
21         Q    Directing your attention to the
22    second page of this exhibit, which is the first
23    page, the weekly report that's dated November 27,
24    2006.  Do you see that?
25         A    Yes.
```

336

Patrick Potgiesser    October 26, 2010

1          Q      Under the "marketing" section, the
2    first bullet point says, "Final agreement with ZC
3    on Nuremberg Toy Fair booth segmentation,                    18:02
4    procedure, and preliminary design."  Do you see
5    that?
6          A      Yes.
7          Q      Is it your understanding that ZC
8    stands for Zapf Creation?
9          A      Yes.
10          Q      And do you know, was there such a
11    written agreement?
12          MR. DE CORSO:   Objection.   The document
13    doesn't say "written."
14          THE DEPONENT:   I don't know.
15    BY MR. ZELLER:
16          Q      Do you know if there was a final
17    agreement, whether it was in writing or
18    otherwise?
19          A      I don't know.
20          Q      If you wanted to find out if there              18:03
21    was such an agreement, who would you ask?
22          A      CEO of Zapf Creation.
23          Q      Do you have any knowledge or
24    information of any agreement between MGA and Zapf
25    as it pertains to the Nuremberg Toy Fair booth?

337

Patrick Potgiesser    October 26, 2010

```
 1    email, and in particular the paragraph where it
 2    says, "What we experience for spring selection is
 3    that Mattel is coming on hard."
 4         A    Uh-huh.
 5         Q    And then it continues on in that
 6    paragraph?
 7         A    Yes.                                    18:23
 8         Q    What was the source of this
 9    information?
10         A    Retailers.
11         Q    So the retailers provided the
12    specific information in this -- that's reflected
13    in this paragraph about Mattel?
14         A    Yes.
15         Q    Were they the retailers who are
16    identified in the first paragraph of your email
17    here?
18         A    That's correct.                         18:23
19         Q    So, for example, the figure of
20    600,000 Euros to Bart Smit was -- where it
21    changed from 600,000 to 700,000 Euros was from
22    Bart Smit itself?
23         A    No.   That information is because this
24    is from December.  So this information comes from   18:24
25    counting the catalogue pages.
```

353

Patrick Potgiesser    October 26, 2010

1          Q     I see.  So you counted the catalogue

2    pages and then made the estimate from that?

3          A     Correct.

4          Q     Maybe I need to break this up a

5    little bit more specifically.

6                You say here, for example -- let me

7    just make sure I understand something here.  You

8    wrote this email in December of 2006.  And in          18:24

9    this paragraph you're discussing Mattel's spring

10   2007 products?

11         A     Where do I...

12         Q     You say, "What we experience for

13   spring selection is that Mattel is coming on

14   hard."

15         A     Yes, but it's referring to -- yeah,

16   it's referring to products we launch and Mattel

17   launch.  So what we say here is that retailers       18:25

18   reserved to our product line and Mattel is

19   putting a lot of pressure on launching new

20   products.  That's what it states there.

21         Q     Right.  But just so it's clear, this

22   paragraph where it's talking about Mattel's

23   spring selection is talking about products that

24   are not yet on the market but will be for spring

25   of 2007; is that true?

354

Patrick Potgiesser     October 26, 2010

```
 1          A      That's -- yes.                                    18:25
 2          Q      And so, then, the first bit of
 3   information I'd like to ask you about is where
 4   you say, "What we are told all the time is that
 5   Mattel is delivering over 43 percent margin on
 6   domestic products and over 50 percent on FOB
 7   shippings."
 8                 Do you see that?
 9          A      Yes.
10          Q      That was information about the spring
11   2007 Mattel products that you had received from
12   retailers by December of 2006?
13          A      Correct.                                          18:26
14          Q      Then you go on to say, "Co-op
15   advertising is going from 5 percent to 10
16   percent," right?
17          A      Yes.
18          Q      And the co-op advertising figure is
19   referring to Mattel's co-op advertising, right?
20          A      Uh-huh.
21          Q      Is that a "yes"?
22          A      Yes.
23          Q      And where did that information come
24   from?
25          A      Retailing catalogue.
```

355

Patrick Potgiesser   October 26, 2010

```
1      Q     So it is both sources?                    18:27
2      A     Yes.  Because I say estimate.
3      Q     Well, you say estimate a little bit
4   later.  You have here, however, "Co-op
5   advertising going from 5 percent to 10 percent."
6      A     Yeah.  So that's from retailers,
7   because some retailers they have a term so they
8   get a reduction from their sales, and other
9   retails send you an invoice for the co-op
10  advertising.                                        18:27
11     Q     Then you continue on in that
12  paragraph, "Intertoys we estimate something like
13  400,000 euro to 500,000 euro a year"?
14     A     Yes.
15     Q     And what was the source of that
16  information?
17     A     Retailer and retailer catalogues.
18     Q     Then the Bart Smit information as you
19  discussed earlier, that was from catalogues?
20     A     Retailers and catalogues.
21     Q     So it was from both?
22     A     Yes, both.
23     Q     And then the last part is, "Cash
24  discount 2/3 percent when payment within ten       18:27
25  days."
```

356

Patrick Potgiesser    October 26, 2010

1              Do you see that?

2         A    Yes.

3         Q    And those are referring to Mattel

4    trade terms for the spring 2007 products?

5         A    Correct.

6         Q    And what was the source of that

7    information?

8         A    Retailer.                              18:28

9         Q    Please mark as Exhibit 8898 a

10   multi-page document bearing Bates numbers MGA

11   23076617 through 620.  Top of the first page is

12   an email from Isaac Larian dated May 1st, 2007.   18:28

13              (Plaintiff's Exhibit 8898 was marked

14              for identification by the Deposition

15              Officer and is bound separately.)

16   BY MR. ZELLER:

17        Q    Please let us know when you've had a

18   chance to review Exhibit 8898.                    18:29

19        A    Yes, I have read it.

20        Q    You recognize Exhibit 8898 as an

21   email exchange that you were involved with

22   starting there at the bottom of the first page

23   back in the May 2007 time period?

24        A    I do.

25        Q    Is this, by the way, the Fisher Price  18:30

357

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

Patrick Potgiesser    October 26, 2010

367

1           DECLARATION OF WITNESS

2

3      I certify under penalty of perjury under the

4   laws of the State of California that the

5   foregoing is true and correct.

6

7

8   Executed at _HEMPENS_____ , on _21 NOVEMBER 2010_ ,
                (PLACE)                    (DATE)

9

10

11

12

                    _____
13                      (SIGNATURE OF WITNESS)

14

15

16

17

18

19

20

21

22

23

24

25

Patrick Potgiesser    October 26, 2010

1            Deposition Officer's Certificate

2

3    United States District Court      )

4                                      ) SS.

5    Central District of California    )

6

7           I, EMILY McCARY, hereby certify:

8    I am a duly qualified certified shorthand

9    reporter in the State of California, holder of

10   Certificate Number CSR 7584 issued by the Court

11   Reporters Board of California and which is in

12   full force and effect. [FED. R. DIV. P. 28 (A)].

13          I am authorized to administer oaths or

14   affirmations pursuant to California Code of Civil

15   Procedure, Section 2093(B) and prior to being

16   examined, the deponent was first duly sworn by

17   me.  [FED. R. CIV. P. 28(A), 30(F)(1)].

18          I am not a relative or employee or

19   attorney or counsel of any of the parties, nor am

20   I a relative or employee of such attorney or

21   counsel, nor am I financially interested in this

22   action. [FED. R. CIV 20    P. 28].

23          I am the deposition officer that

24   stenographically recorded the testimony in the

25   foregoing deposition and the foregoing transcript

368

Patrick Potgiesser   October 26, 2010

1   that is a true record of the testimony given by

2   the deponent. [FED. R. CIV. P. 30(F)(1)].

3        Before completion of the deposition, review

4   of the transcript [xx] was [  ] was not

5   requested.  If requested, any changes made by the

6   deponent (and provided to the reporter) during

7   the period allowed are appended hereto. [FED. R.

8   CIV. P. 30(E)].

9

10

11

12        Dated: _____

13

14

15

16        _____

17             EMILY MCCARY
               CSR No. 7584

18

19

20

21

22

23

24

25

369