Name & Address:
Warrington S. Parker III (SBN 148003)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049-DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** LODGED THUMB DRIVE PURSUANT TO THE COURT'S MARCH 8, 2011 ORDER

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other LODGED THUMB DRIVE PURSUANT TO THE COURT'S MARCH 8, 2011 ORDER

**Reason:**

☐ Under Seal
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  March 8, 2011 (Dkt. No. 1069)
☐ Manual Filing required (*reason*):

| April 6, 2011 | /s/ Warrington S. Parker |
|---|---|
| Date | Attorney Name |
| | Warrington S. Parker III |
| | Party Represented |
| | MGA Parties |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)          **NOTICE OF MANUAL FILING**          American LegalNet, Inc.
www.Forms*Workflow*.com