ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**THE MGA PARTIES' NOTICE OF LODGING PURSUANT TO THE COURT'S MARCH 8, 2011 ORDER**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Court's March 8, 2011 Order
3  (Dkt. No. 10169, the MGA Parties hereby provide notice that they will lodge one
4  thumb drive containing the following documents, as well as supporting trial
5  exhibits and trial transcripts:

6  1. MGA Parties' Notice of Motion and Motion for Judgment as a Matter
7     of law re Conversion Pursuant to Federal Rule of Civil Procedure
8     50(a) [Dkt. No. 10262];

9  2. MGA Parties Notice of Motion and Motion for Judgment as a Matter
10    of Law Re Duty of Loyalty Pursuant to Federal Rule of Civil
11    Procedure 50(a) [Dkt. No. 10264];

12 3. MGA Parties' Supplemental Memorandum in Support of Motion for
13    Judgment as a Matter of Law re Conversion Pursuant to Federal Rule
14    of Civil Procedure 50(a) [Dkt. No. 10272]; and

15 4. Motion for Judgment as a Matter of Law Pursuant to Federal Rule of
16    Civil Procedure 50(a) [Dkt. No. 10380].

Dated: April 6, 2011        Respectfully submitted,
                            ORRICK, HERRINGTON & SUTCLIFFE LLP


                            By:    */s/ Warrington S. Parker*
                                   Warrington S. Parker III
                                   Attorneys for MGA Parties