UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                    Date   March 19, 2011

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Nancy Boehme | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

John Quinn
Michael Zeller
William Price

Attorneys Present for Defendants:

Thomas McConville
Jennifer Keller
Annette Hurst
Alexander Cote

Proceedings:   STATUS CONFERENCE

A status conference re: experts is held.

14 : 30

Initials of Preparer   nkb