UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                                       Date    March 21, 2011

Title    MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable    David O. Carter, U.S. District Judge

| Nancy Boehme | Maria Dellaneve | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                         Attorneys Present for Defendants:

John Quinn                                                         Thomas McConville
Michael Zeller                                                     Jennifer Keller
William Price                                                      Annette Hurst
                                                                   Alexander Cote

Proceedings:    STATUS CONFERENCE

A status conference is held.


                                                                      0    :    45

                                                    Initials of Preparer    nkb