ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:    213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br><br>**MGA PARTIES' SECOND REQUEST FOR JUDICIAL NOTICE RE LEGAL TERM OF ART "REDUCTION TO PRACTICE"** |
| AND CONSOLIDATED ACTIONS | Trial Date:   January 18, 2011<br>Judge: Hon. David O. Carter |

1    Pursuant to Federal Rule of Evidence 201, Counter-defendants MGA

2  Entertainment, Inc. ("MGA"), MGAE de Mexico S.R.L. de C.V. ("MGAE de

3  Mexico), MGA HK Ltd. ("MGA HK"), Isaac Larian ("Larian") (collectively, the

4  "MGA Parties") request that if this Court does not grant MGA's Request for

5  Judicial Notice re Legal Term of Art "Reduction to Practice" (Dkt. # 10383) or

6  offer the requested instruction, that the Court take judicial notice of the Black's

7  Law Dictionary definition of "reduction to practice."  This definition is attached

8  hereto as TX 36632, and MGA requests that this exhibit be admitted into evidence

9  and published to the jury.

10    The Court may take judicial notice of any fact that is "not subject to

11  reasonable dispute in that it is either (1) generally known within the territorial

12  jurisdiction of the trial court or (2) capable of accurate and ready determination by

13  resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid.

14  201(b); *see United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Facts are

15  indisputable, and thus subject to judicial notice, only if they are either 'generally

16  known'…or 'capable of accurate and ready determination by resort to sources

17  whose accuracy cannot be reasonably questioned . . . . '").  A court shall take

18  judicial notice if requested by a party and supplied with the necessary information.

19  Fed. R. Evid. 201(d).

20    Dictionary definitions are a proper subject of judicial notice.  *B.V.D.*

21  *Licensing Corp. v. Body Action Design, Inc.*, 846 F.2d 727, 728 (Fed. Cir. 1988)

22  ("Courts may take judicial notice of facts of universal notoriety, which need not be

23  proved, and of whatever is generally known within their jurisdictions.  To that end,

24  dictionaries and encyclopedias may be consulted.")(citations omitted); *Gart v.*

25  *Logitech, Inc.*, 254 F.3d 1334, 1343 (9th Cir. 2001); *Comerica Bank v. Lexington*

26  *Ins. Co*., 3 F.3d 939, 944 (6th Cir. 1993).

27  ///

28  ///

- 1 -

1    The dictionary definition reflected in TX 36632 is capable of accurate and

2    ready determination by sources whose accuracy cannot be reasonably questioned.

3    MGA respectfully requests that the Court take judicial notice of this document and

4    receive it into evidence for publication to the jury.

5

6    Dated:  April 6, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8

9    By:  _____*/s/Diana M. Rutowski*_____
                    Diana M. Rutowski

10   Attorneys for MGA ENTERTAINMENT, INC.,
     MGA ENTERTAINMENT HK, LTD., MGA de
     MEXICO, S.R.L. de C.V., and ISAAC LARIAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -        MGA'S SECOND REQUEST FOR JUDICIAL NOTICE RE LEGAL
             TERM OF ART "REDUCTION TO PRACTICE"
             CV-04-9049 DOC (RNBx)