ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**APPENDIX OF PREVIOUSLY MARKED TRIAL EXHIBIT IN SUPPORT OF MGA PARTIES' SECOND REQUEST FOR JUDICIAL NOTICE RE LEGAL TERM OF ART "REDUCTION TO PRACTICE"**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

1  Counter-defendants MGA Entertainment, Inc., MGAE de Mexico
2  S.R.L. de C.V., MGA HK Ltd., and Isaac Larian (collectively, the "MGA Parties")
3  hereby submit the following Appendix of Previously Marked Exhibit in Support of
4  MGA Parties' Second Request For Judicial Notice Re Legal Term Of Art
5  "Reduction To Practice."
6      This Appendix consists of a document previously marked as a trial
7  exhibit in this action. The Appendix maintains the exhibit number associated with
8  the document in accordance with the requirements of the Local Rules.
9      1.    Attached hereto as TX 36632 is a true and correct copy of Trial
10 Exhibit 36632.

12 Dated: April 6, 2011    Respectfully submitted,
13     ORRICK, HERRINGTON & SUTCLIFFE LLP

15     By:   */s/Diana M. Rutowski*
16     Diana M. Rutowski
    Attorneys for the MGA Parties

TX 36632

Case 2:04-cv-09049-DOC-RNB Document 10414-1 Filed 04/06/11 Page 3 of 4 Page ID #:316343

Westlaw.

REDUCTION TO PRACTICE                                                                Page 1

Black's Law Dictionary (9th ed. 2009), *actual reduction to practiceconstructive reduction to practicevicarious reduction to practice*

## REDUCTION TO PRACTICE

**reduction to practice.** *Patents.* The embodiment of the concept of an invention, either by physical construction and operation or by filing a patent application with a disclosure adequate to teach a person reasonably skilled in the art how to make and work the invention without undue experimentation. • The date of reduction to practice is critical in determining priority between inventors competing for a patent on the same invention. See INVENTION. [Cases: Patents ⇐90(5).]

*actual reduction to practice.* The empirical demonstration that an invention performs its intended purpose and is therefore complete for patent purposes; the use of an idea or invention — as by testing it — to establish that the idea or invention will perform its intended purpose. *Brunswick Corp. v. U.S.*, 34 Fed. Cl. 532, 584 (1995).

*constructive reduction to practice.* The documented demonstration that an invention will perform its intended purpose, contained in a patent application that provides enough detail that a person skilled in the art could make and test the invention; the filing of a patent application for an invention or design. *Brunswick Corp. v. U. S.*, 34 Fed. Cl. 532, 584 (1995). [Cases: Patents ⇐90(5).]

*vicarious reduction to practice.* A doctrine that treats one party's actual reduction to practice of an invention as the opposing (usu. complaining) party's actual reduction to practice. • In a two-party interference, proof of derivation is usu. sufficient; showing an actual reduction to practice is unnecessary. The doctrine is more important in a three-party interference. [Cases: Patents ⇐90(5).]

© 2009 Thomson Reuters

Bryan A. Garner, Editor in Chief

END OF DOCUMENT

(c) 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

TX 36632-0001