QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S OFFER OF PROOF RE DOCUMENTS RELATED TO KOHL'S PRODUCED BY MGA ON APRIL 5, 2011**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

Pursuant to <u>Federal Rule of Evidence</u> 103(a)(2), Mattel makes this offer of proof.

On April 6, 2011, during the examination of Lisa Saunders, MGA's Vice President of Sales, Mattel sought to introduce exhibits proving MGA's sales to Kohl's during the years 2005 and 2006 and communications regarding Kohl's unsold inventories of MGA products.  MGA produced these documents to Mattel on April 5, 2011 in response to the Court's April 4, 2011 Order (Dkt. 10374).  Mattel sought to examine Ms. Saunders on her understanding that MGA continued to sell to Kohl's during the years 2005 and 2006.  In addition, Mattel sought to examine Ms. Saunders on her personal knowledge that Kohl's customers' were not buying MGA's Bratz products and that Kohl's had large unsold inventories of Bratz products.

Mattel hereby identifies the documents that it sought to introduce into evidence:

1. **TX24906.**  MGA Entertainment Invoices to Kohl's, dating August to October 2005.
2. **TX24907.**  Spreadsheet of MGA Forecast Booked and Shipped Sales to Kohl's for the year 2005.
3. **TX24908.**  Spreadsheet of MGA's 2007 versus 2006 Sales to Kohl's Department Store.
4. **TX24909.**  Spreadsheet of MGA's Sales to Kohl's by SKU for the years 2004 and 2005.
5. **TX24910.**  Spreadsheet of MGA's Sales to Kohl's by SKU for the year 2005.
6. **TX24911.**  Email dated January 20, 2005, from Holly Chabot to Shirin Makabi, copying Lisa Saunders.  Subject: "New Travel Request – Includes previous request to Kohl's."  Notes that Kohl's "has held off on all purchases due to large inventory."

| | |
|---|---|
| DATED: April 7, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  */s/ John B. Quinn*<br>    John B. Quinn<br>    Attorneys for Mattel, Inc. and<br>    Mattel de Mexico, S.A. de C.V. |