**Appendix A**
**MGA's Claim Deficiencies By Trade Secret**

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 1. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Mobile. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9507 (Mattel memo dated March 20, 2002) to TX 20951 (License! Magazine, dated February 25, 2002); see also 3/23/11 Trial Tr., Vol. 1, at 108:22-110:7; see also TX 23890 (Reuters article by Jan Paschal, dated February 14, 2002), 3/23/11 Trial Tr., Vol. 1 at 114:23-116:15.<br><br>Generic.  No identification of trade secret in generic theme (toy car).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>Mattel product developed long after toy fair.  "Club Birthday Car With Radio" was invoiced on October 25, 2004 See TX 24834-00002. |
| 2. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Styl' It Collection. | MGA product introduced before toy fair.  June 2001 (Admitted TX 24671-00002, line 74)<br><br>Mattel product developed long after toy fair<br>"My Scene Swappin' Styles" First Invoice date for product more than three years AFTER relevant toy fair. [Toy Fair: 2/16/2002] 04/07/2005: First Invoice date for product [TX 24835-00001 (M 2033741)].<br><br>Generic.  No identification of trade secret in generic theme (fashion doll).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 3. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Boys. | Generic.  No identification of trade secret in generic theme (boy doll).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| 4. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Winterwonderland Collection. | Generic.  No identification of trade secret in generic theme (winter theme). |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 5. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Formal Funk Collection. | Generic.  No identification of trade secret in generic theme (formal wear).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>Mattel product developed long after toy fair.<br>"My Scene Dressed to Impress" First Invoice date for product more than 18 months after relevant toy fair. [Toy Fair: 2/16/2003] 08/20/2 004: First Invoice date for product [TX 24836-00001-00002 (M 2033761-762)]. |
| 6. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Runway Formal Funk Collection. | Generic.  No identification of trade secret in generic theme (trapezoidal packaging).<br><br>No showing of any specific harm or damages. |
| 7. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz FM Limo. | Generic.  No identification of trade secret in generic theme (toy car).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>Mattel product developed long after toy fair. Product development for "My Scene Goes Hollywood Party Limo" began long after the Toy Fair at which Mattel supposedly learned of Bratz FM Limo.  "My Scene Limo" First Invoice date (10/6/2005) is more than two years AFTER relevant toy fair (2/16/2003).  TX 24838-00001. |
| 8. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Motorcycle. | Generic.  No identification of trade secret in generic theme (motorcycle). |
| 9. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Pet Assortment. | Generic.  MGA has not produced any testimony at all to show that any aspect of this product is unique.<br><br>No showing of any specific harm or damages. |
| 10. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz City Playsets. | Generic.  No identification of trade secret in generic theme (city).  No product admitted.<br><br>Mattel product in development before toy fair. Product development for "My Scene Café" began before the Toy Fair at which Mattel supposedly learned of the paired of Bratz City Playsets. TX 24890 -00002. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 11. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Slumber Party. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 26546-044 to TX 21970-004.<br><br>Generic.  No identification of trade secret in generic theme (pajama theme).  No product admitted. |
| 12. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Spring Break. | Mattel product in development before toy fair.  Development for My Scene Spring Break began before the Toy Fair at which Mattel supposedly learned of Lil' Bratz Spring Break. TX 24499-00002<br><br>Generic.  No identification of trade secret in generic theme (spring break).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| 13. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Loungin' Loft. | Generic.  No identification of trade secret in generic theme (dollhouse).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9275-29 to TX 21970-011, TX 21970-008.<br><br>Mattel product developed long after toy fair<br>"My Scene Madison's Loft" First Invoice date for product more than one year and 4 months (6/18/2004) AFTER relevant toy fair (2/16/2003).  See TX 24839-00001. |
| 14. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Vehicle Assortment. | Generic.  No identification of trade secret in generic theme (toy cars).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>Mattel product developed long after toy fair.  "My Scene Convertible (2003)" First Invoice date for product more than one year and 3 months (6/12/2004) AFTER relevant toy fair (2/16/2003).  See TX 24840-00001. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 15. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Deluxe Mall Playset. | <u>Generic.</u>  No identification of trade secret in generic theme (mall playset).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br><u>Mattel product developed long after toy fair.</u>  "Barbie My Scene Mall Maniacs Sketchers Shoe Store Playset" First Invoice date for product almost three years (4/12/2006) AFTER relevant toy fair ( 2/16/2003).  <u>See</u> TX 24841-00001. |
| 16. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Petz. | <u>The information was made public via an earlier dated press release or article.</u>  The information was available in a publicly available article before the date of the alleged misappropriation.  <u>Compare</u> TX 9284 (E-mail from Stephanie Page, dated February 11, 2004) <u>to</u> TX 23894 (MGA Press Release, dated February 11, 2004); <u>see also</u> 3/18/2011 Trial Tr., Vol. 2, at 16:15-22:22.<br><br><u>Generic.</u>  No identification of trade secret in generic theme (animal toy).<br><br><u>Product shipped prior to toy fair.</u>  Bratz Petz shipped to retailers more than two months before New York Toy Fair.  <u>See, e.g.,</u> TX 24603 (MGA invoice to Wal-Mart, dated December 3, 2003 at TX 24603-00002) |
| 17. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Dance Party. | <u>Generic.</u>  No identification of trade secret in generic theme (dance theme).  No product admitted. |
| 18. | The appearance, operation, intended play pattern and plans to advertise on television for Dazzlin' Disco Cafe. | <u>No evidence of misappropriation.</u> No Mattel report in evidence.<br><br><u>Mattel product pre-dates alleged misappropriation.</u>  <u>See</u> TX 24376 (Design Start October 2003).  Mattel's My Scene Sound Lounge was displayed in Mattel's showroom at the same toy fair at which MGA appears to claim Mattel misappropriated Bratz Runway Formal Funk Collection.  <u>See</u> TX 24781.<br><br><u>Generic.</u>  No identification of trade secret in generic theme (disco).  No product admitted. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 19. | The appearance, operation, intended play pattern and plans to advertise on television for Sun Kissed Summer. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9284 (E-mail from Stephanie Page, dated February 11, 2004) to TX 23894 (MGA Press Release, dated February 11, 2004); see also 3/18/2011 Trial Tr., Vol. 2, at 16:15-22:22.  Compare TX 27459-16 to TX 20621-1-2.<br><br>The MGA product shipped before Toy Fair.  "Sun Kissed Summer" was shipped on 11/25/2003 (Admitted TX 24603-000001), and it was introduced in December 2003 (Admitted TX 24671-00006, line 282).<br><br>Generic.  No identification of trade secret in generic theme (beach theme).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>Mattel product available before toy fair. "Jammin in Jamaica Guava Gulch" introduction date is December 2003 (Admitted TX 24671-00011, line 596). |
| 20. | The appearance, operation, intended play pattern and plans to advertise on television for Girls Nite Out. | Duplicate of MGA Trade Secret No. 65<br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9284 (E-mail from Stephanie Page, dated February 11, 2004) to TX 23894 (MGA Press Release, dated February 11, 2004); see also 3/18/2011 Trial Tr., Vol. 2, at 16:15-22:22.  Compare TX 27459-15 to TX 20621-2.<br><br>MGA product shipped before Toy Fair.  "Girls Nite Out" was shipped on 11/25/2003 (Admitted TX 24603-00003).  The introduction date of product is November 2003 (Admitted TX 24671-00002, line 100).<br><br>Generic.  No identification of trade secret in generic theme (nightlife theme). |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 21. | The appearance, operation, intended play pattern and plans to advertise on television for Wild Life Safari Collection. | The information was made public via an earlier dated press release or article. The information was available in a publicly available article before the date of the alleged misappropriation. Compare TX 9284 (E-mail from Stephanie Page, dated February 11, 2004) to TX 23894 (MGA Press Release, dated February 11, 2004); see also 3/18/2011 Trial Tr., Vol. 2, at 16:15-22:22.<br><br>Generic. No identification of trade secret in generic theme (jungle theme). Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>Mattel product developed long after toy fair<br>"Mattel My Scene Salon Safari" First Invoice date for product more than three years (5/31/2007) AFTER relevant toy fair (2/15/2004). See TX 24847-00001.<br><br>No showing of any specific harm or damages. |
| 22. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Diamondz. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article. Compare TX 08522-00006 to TX 09879 (2/8/2006, Reuters Article "Bratz dolls turn back time in new Kidz line.") and TX 09882-00006 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.). When shown this article, Isaac Larian did not contest that the fact that Bratz Diamondz used a "real gem" was not a trade secret as of the date of publication of this article. 3/25/2011 Trial Tr., Vol. 1, at 67:15-69:18; see also TX 9879.<br><br>Generic. No identification of trade secret in generic theme (real gem). |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 23. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Sportz. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005);  Compare TX 26755-009 to TX 20629-002.<br><br>MGA product shipped before Toy Fair.  "Bratz Sportz" introduction date "December 2004 (Admitted TX 24671-00001, line 11).<br><br>Generic.  No identification of trade secret in generic theme (sports).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| 24. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Virtual Buddiez Petz. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2 at 11:14-14:15.  Compare TX 26758-012 to TX 9350-003; compare TX 26755-012 to TX 9350-003.<br><br>Generic.  No identification of trade secret in generic theme (animal toy).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 25. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Live In Concert. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.<br><br>MGA product shipped before Toy Fair:  "Bratz Live in Concert" introduction date is December 2004 (Admitted TX 24671-00001, line 34).<br><br>Generic.  No identification of trade secret in generic theme (music).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 26. | The appearance, operation, intended play pattern and plans to advertise on television for Midnite Dance. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr. Vol. 2, at 11:14-14:15.  Compare TX 26755-010 to TX 9350-001.<br><br>"My Scene Masquerade" introduction date:  December 2004 (Admitted TX 24671-00011, line 569).<br><br>Mattel product pre-dates alleged misappropriation.  "My Scene Masquerade" introduction date: December 2004 (Admitted TX 24671-00011, line 569).<br><br>Generic.  No identification of trade secret in generic theme (party).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 27. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Campfire. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/23/2011 Trial Tr. Vol. 1, at 117:10-123:17.  Compare TX 26755-010 to TX 9350-001.<br><br>Generic.  No identification of trade secret in generic theme (camping).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| 28. | The appearance, operation, intended play pattern and plans to advertise on television for Wild Wild West. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/23/2011 Trial Tr., Vol. 1, at 117:10-123:17.  Compare TX 26755-010 to TX 9350-002.<br><br>Generic.  No identification of trade secret in generic theme (western).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| 29. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Rock Angels. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/23/2011 Trial Tr., Vol. 1, at 117:10-123:17.  Compare TX 26755-010 to TX 9350-002.<br><br>Generic.  No identification of trade secret in generic theme (music).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| 30. | The appearance, operation, intended play pattern and plans to advertise on television for Holiday 2005. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/23/2011 Trial Tr., Vol. 1, at 117:10-123:17.  Compare TX 26755-011 to TX 9350-002.<br><br>Generic.  No identification of trade secret in generic theme (holiday).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 31. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Phone. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/23/2011 Trial Tr., Vol. 1, at 117:10-123:17.  Compare TX 26755-011 to TX 9350-002.

Generic.  No identification of trade secret in generic theme (phone).  No product admitted. |
| 32. | The appearance, operation, intended play pattern and plans to advertise on television for Funk Fashion Makeover game. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.  Compare TX 26755-012 to TX 9350-003.

Mattel product pre-dates alleged misappropriation.  "My Scene Stylin' Head Playset" First Invoice date for product more than 18 months (7/21/2003) BEFORE relevant toy fair (2/10/2005).  See TX 24850-00001.

Generic.  No identification of trade secret in generic theme (makeover).  No product admitted. |
| 33. | The appearance, operation, intended play pattern and plans to advertise on television for Hopscotch Heather. | Generic.  No identification of trade secret in generic theme (baby doll).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).

No showing of any specific harm or damages. |
| 34. | The appearance, operation, intended play pattern and plans to advertise on television for Dream Baby. | Generic.  No identification of trade secret in generic theme (baby doll).  No product admitted.

No showing of any specific harm or damages. |
| 35. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz. | |
| 36. | The appearance, operation, intended play pattern and plans to advertise on television for Jumpin Jenny. | Generic.  No identification of trade secret in generic theme (baby doll).  No product admitted.

No evidence of misappropriation. No Mattel report in evidence.

No showing of any specific harm or damages. |

10

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 37. | The appearance, operation, intended play pattern and plans to advertise on television for Scooter Samantha. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9564-24 to TX 16786.<br><br>MGA actually learned of Mattel's product Scooter Shannen at least as early as December 2003 and planned to piggyback on Mattel's television advertising to sell its own product.<br><br>Generic.  No identification of trade secret in generic theme (scooter doll).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 38. | The appearance, operation, intended play pattern and plans to advertise on television for Hello Kitty Be Beautiful Matchmaker Journal and Virtual Crush. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9504-40 to TX 16786.<br><br>Generic.  No identification of trade secret in generic theme (journal).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 39. | The appearance, operation, intended play pattern and plans to advertise on television for iCandy. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.<br><br>Generic.  No identification of trade secret in generic theme (journal).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 40. | The appearance, operation, intended play pattern and plans to advertise on television for Liar Liar. | Generic.  No identification of trade secret in generic theme (electronic toy).  No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|-----|----------------------------|-------------------------------------------------------------------------------------------------------------------------------|
| 41. | The appearance, operation, intended play pattern and plans to advertise on television for Monkey See Monkey Do. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9504-67 to TX 22389-2.<br><br>Generic.  No identification of trade secret in generic theme (monkey toy).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 42. | The appearance, operation, intended play pattern and plans to advertise on television for A New Breed and Palm Puppies. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9504-68 to TX 22389-1.<br><br>Generic.  No identification of trade secret in generic theme (animal toy).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 43. | The appearance, operation, intended play pattern and plans to advertise on television for Hello Kitty Scooter. | Generic.  MGA has not produced any testimony at all to show that any aspect of this product is unique.<br><br>Generic.  No identification of trade secret in generic theme (scooter).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 44. | The appearance, operation, intended play pattern and plans to advertise on television for Insecto Bots. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9504-76 to TX 16786-1, TX 21233-077.<br><br>Generic.  No identification of trade secret in generic theme (insect toy).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 45. | The appearance, operation, intended play pattern and plans to advertise on television for Monster Surgery. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9507-113 to TX 21235-01.<br><br>Generic.  No identification of trade secret in generic theme (monster toy).  No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 46. | The appearance, operation, intended play pattern and plans to advertise on television for My Beautiful Mermaid. | Generic. No identification of trade secret in generic theme (mermaid). No product admitted.<br><br>No showing of any specific harm or damages. |
| 47. | The appearance, operation, intended play pattern and plans to advertise on television for Hulk Two-Way Radios. | The information was available in a publicly available article before the date of the alleged misappropriation. Compare TX 26546-006 to TX 20944.<br><br>Generic. No identification of trade secret in generic theme (two-way radio). No product admitted.<br><br>No showing of any specific harm or damages. |
| 48. | The appearance, operation, intended play pattern and plans to advertise on television for Musikids. | Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |
| 49. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Boyz. | Generic. No identification of trade secret in generic theme (boy toy). Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 50. | The appearance, operation, intended play pattern and plans to advertise on television for My Beautiful Ballerina. | The information was made public via an earlier dated press release or article. The information was available in a publicly available article before the date of the alleged misappropriation. Compare TX 9275-183 to TX 21970-011.<br><br>Generic. No identification of trade secret in generic theme (ballet). No product admitted.<br><br>No showing of any specific harm or damages. |
| 51. | The appearance, operation, intended play pattern and plans to advertise on television for Pia Back to School. | Generic. No identification of trade secret in generic theme (doll). No product admitted.<br><br>No showing of any specific harm or damages. |
| 52. | The appearance, operation, intended play pattern and plans to advertise on television for Jumpin' on the Bed Bouncin' Baby. | Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |
| 53. | The appearance, operation, intended play pattern and plans to advertise on television for Rachel Lul A Bye Baby. | Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 54. | The appearance, operation, intended play pattern and plans to advertise on television for RC Street Flyer Samantha. | Generic.  No identification of trade secret in generic theme (?).  No product admitted. <br><br> No showing of any specific harm or damages. |
| 55. | The appearance, operation, intended play pattern and plans to advertise on television for Walk 'n Go Jo Jo. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9275-192 to TX 23888-002. <br><br> Generic.  No identification of trade secret in generic theme (animal toy).  No product admitted. <br><br> No showing of any specific harm or damages. |
| 56. | The appearance, operation, intended play pattern and plans to advertise on television for Bead Palace. | Generic.  No identification of trade secret in generic theme (?).  No product admitted. <br><br> No showing of any specific harm or damages. |
| 57. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Stylin' Dance Party. | Generic.  MGA has not produced any testimony at all to show that any aspect of this product is unique. <br><br> Generic.  No identification of trade secret in generic theme (party).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). <br><br> No showing of any specific harm or damages. |
| 58. | The appearance, operation, intended play pattern and plans to advertise on television for Alien Racers. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9284 (E-mail from Stephanie Page, dated February 11, 2004) to TX 23894 (MGA Press Release, dated February 11, 2004); see also 3/18/2011 Trial Tr., Vol. 2, at 16:15-22:22; see also TX 20621-003. <br><br> Generic.  No identification of trade secret in generic theme (boy's toy, name that begins with "A"). <br><br> No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|-----|---------------------------|-------------------------------------------------------------------------------------------------------------------------------|
| 59. | The appearance, operation, intended play pattern and plans to advertise on television for Micro Blast Jet Skis. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9284 (E-mail from Stephanie Page, dated February 11, 2004) to TX 23894 (MGA Press Release, dated February 11, 2004); see also 3/18/2011 Trial Tr., Vol. 2, at 16:15-22:22.<br><br>Generic.  No identification of trade secret in generic theme (?).  No product admitted<br><br>No showing of any specific harm or damages. |
| 60. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz luscious Lamp/Alarm Clocks. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 20587-005.<br><br>Generic.  No identification of trade secret in generic theme (clock).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 61. | The appearance, operation, intended play pattern and plans to advertise on television for Flower Fairies. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 20620-002.<br><br>Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 62. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz internet Café Playset. | Generic.  No identification of trade secret in generic theme (cafe).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| 63. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Retro Cafe. | Generic.  No identification of trade secret in generic theme (cafe).  No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 64. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Transforming Bedroom. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.

Generic.  No identification of trade secret in generic theme (?).  No product admitted.

No showing of any specific harm or damages. |
| 65. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Girls Night Out. | Duplicate of MGA Trade Secret No. 20

The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9284 (E-mail from Stephanie Page, dated February 11, 2004) to TX 23894 (MGA Press Release, dated February 11, 2004); see also 3/18/2011 Trial Tr., Vol. 2, at 16:15-22:22.  Compare TX 27459-15 to TX 20621-2.

MGA product shipped before Toy Fair.  "Girls Nite Out" was shipped on 11/25/2003 (Admitted TX 24603-00003).  The introduction date of product is November 2003 (Admitted TX 24671-00002, line 100).

Generic.  No identification of trade secret in generic theme (nightlife theme). |
| 66. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Kidz. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.

The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 09882-00007-8(02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.)

Generic.  No identification of trade secret in generic theme (child).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).

No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 67. | The appearance, operation, intended play pattern and plans to advertise on television for High School Cool. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 09882-00005 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (school).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 68. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Rodeo. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 09882-00005 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (rodeo).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 69. | The appearance, operation, intended play pattern and plans to advertise on television for Passion for Fashion. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 09882-00006 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (fashion).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 70. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Baby Sisterz. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 09882-00005 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (family).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 71. | The appearance, operation, intended play pattern and plans to advertise on television for Talking Bratz. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 09882-00005 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (talking doll).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 72. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Costume. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  See TX 09882-00007 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (costume).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 73. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz on Ice. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available blog.  See TX 09882-00005 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (ice skating theme).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|-----|---------------------------|------------------------------------------------------------------------------------------------------------------------------|
| 74. | The appearance, operation, intended play pattern and plans to advertise on television for Holiday Doll. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available blog.  See TX 09882-00007 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (holiday theme).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 75. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Play Sportz Teamz. | No evidence of misappropriation.  See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15; see TX 09882-00005 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic.  No identification of trade secret in generic theme (sports).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 76. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Couture. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>Generic. MGA has not produced any testimony at all to show that any aspect of this product is unique.<br><br>Generic. No identification of trade secret in generic theme (fashion). Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 77. | The appearance, operation, intended play pattern and plans to advertise on television for Story Time Princess Collection Fashion Dolls. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was public<br>"Story Time Princess Collection Fashion Dolls" introduction date December 2005 (Admitted TX 24670-00013, line 708)<br><br>Generic. No identification of trade secret in generic theme (princess). No product admitted.<br><br>No showing of any specific harm or damages. |
| 78. | The appearance, operation, intended play pattern and plans to advertise on television for Story Time Classics Collection Mini Dolls. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |
| 79. | The appearance, operation, intended play pattern and plans to advertise on television for Yummi-Land Soda Pop Girls. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 80. | The appearance, operation, intended play pattern and plans to advertise on television for Marvel Super Heroes Die-Cast Vehicles. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article. The information was available in a publicly available blog. See TX 9882-10 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic. No identification of trade secret in generic theme (cars). No product admitted.<br><br>No showing of any specific harm or damages. |
| 81. | The appearance, operation, intended play pattern and plans to advertise on television for Spider-Man & Friends Crime Cruiser R/C. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article. The information was available in a publicly available blog. See TX 09882-00009 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |
| 82. | The appearance, operation, intended play pattern and plans to advertise on television for Spider-Man Fire Rescue R/C. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article. The information was available in a publicly available blog. See TX 09882-00010 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 83. | The appearance, operation, intended play pattern and plans to advertise on television for Land Sea R/C AXI Trespass. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article. The information was available in a publicly available blog. See TX 09882-00011 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |
| 84. | The appearance, operation, intended play pattern and plans to advertise on television for 6 Foot Bratz Puzzles. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article. The information was available in a publicly available blog. See TX 09882-0001 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic. No identification of trade secret in generic theme (?). Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 85. | The appearance, operation, intended play pattern and plans to advertise on television for I-Petz. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>The information was made public via an earlier dated press release or article. The information was available in a publicly available blog. See TX 09882-00011 (02/15/2006 -02/16/2006, "Toy Fair and MGA 2006" Blog Entry.).<br><br>Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 86. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Mobile Phones. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>Generic. No identification of trade secret in generic theme (phone). No product admitted.<br><br>My Scene Mobile Phone was a licensed product, and thus not actually designed or sold by Mattel. See Trial Tr., 4/5/11, Vol. 3 at 82:20-83:10.<br><br>No showing of any specific harm or damages. |
| 87. | The appearance, operation, intended play pattern and plans to advertise on television for Muichiz. | No evidence of misappropriation. See TX 9566-3; see also Trial Tr., 3/23/11, Vol. 2, at 48:19-49:4; Trial Tr., 3/23/11, Vol. 1 at 76:20-77:7.<br><br>Generic. No identification of trade secret in generic theme (doll). No product admitted.<br><br>No showing of any specific harm or damages. |
| 88. | The appearance, operation, intended play pattern and plans to advertise on television for Baby Bratz. | Generic. No identification of trade secret in generic theme (baby doll). Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 89. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Pretty N' Punk. | Generic. No identification of trade secret in generic theme (?). No product admitted.<br><br>No showing of any specific harm or damages. |
| 90. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Fabulous. | Generic. No identification of trade secret in generic theme (?). Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 91. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Treasures. | Generic. No identification of trade secret in generic theme (?). Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 92. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz direct to video movie with Twentieth Century Fox. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation. Compare TX 9593-15 to TX 23904.<br><br>Generic.  No identification of trade secret in generic theme (video).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 93. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz music album with Universal Music Enterprises. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation. Compare TX 9593-15 to TX 23904.<br><br>Generic.  No identification of trade secret in generic theme (music).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 94. | The appearance, operation, intended play pattern and plans to advertise on television for Livin' Bratz. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation. Compare TX 027461-004 to TX 24308 (02/21/2005, CNN Article "Livin' a "Bratz-y" lifestyle.").<br><br>Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 95. | The appearance, operation, intended play pattern and plans to advertise on television for Giddy Up Girl. | Generic.  No identification of trade secret in generic theme (?).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 96. | The appearance, operation, intended play pattern and plans to advertise on television for Toby. | Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 97. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Babies. | No evidence of misappropriation.  No Mattel report in evidence.<br><br>Generic.  No identification of trade secret in generic theme (baby doll).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 98. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz. | Generic.  No identification of trade secret in generic theme (baby doll).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).<br><br>No showing of any specific harm or damages. |
| 99. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz plug and play. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 26755-012 to TX 9350-003.<br><br>Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 100. | The appearance, operation, intended play pattern and plans to advertise on television for Lil' Bratz Stylin' Sticker Maker. | Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 101. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz Candyz. | Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 102. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz DynaMite. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.  Compare TX 26755-010 to TX 9350-001. |
| | | Generic.  No identification of trade secret in generic theme (?).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| | | No showing of any specific harm or damages. |
| 103. | The appearance, operation, intended play pattern and plans to advertise on television for Petz Campfire. | Generic.  No identification of trade secret in generic theme (camping).  No product admitted. |
| | | No showing of any specific harm or damages. |
| 104. | The appearance, operation, intended play pattern and plans to advertise on television for Oooh La La. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/23/2011 Trial Tr., Vol. 1, at 117:10-123:17.  Compare TX 26755-011 to TX 9350-002. |
| | | Generic.  No identification of trade secret in generic theme (?).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| | | No showing of any specific harm or damages. |
| 105. | The appearance, operation, intended play pattern and plans to advertise on television for Ponyz. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/23/2011 Trial Tr. Vol. 1, at 117:10-123:17.  Compare TX 26755-011 to TX 9350-003. |
| | | Generic.  No identification of trade secret in generic theme (?).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony). |
| | | No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 106. | The appearance, operation, intended play pattern and plans to advertise on television for Twiinz. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005).  Compare TX 26755-011 to TX 9350-002.  \n\nGeneric.  No identification of trade secret in generic theme (twin dolls).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).  \n\nNo showing of any specific harm or damages. |
| 107. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz digital camera. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005).  Compare TX 26755-011 to TX 9350-002.  \n\nGeneric.  No identification of trade secret in generic theme (?).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).  \n\nNo showing of any specific harm or damages. |
| 108. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz miniature radio. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005).  Compare TX 26755-011 to TX 9350-002.  \n\nGeneric.  No identification of trade secret in generic theme (?).  No product admitted.  \n\nNo showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 109. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz MP3 player. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005).  Compare TX 26755-011 to TX 9350-002.

Generic.  No identification of trade secret in generic theme (?).  Product not admitted with testimony (may be admitted at the close of trial by stipulation of the parties with no testimony).

No showing of any specific harm or damages. |
| 110. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz furniture. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005).

Generic.  No identification of trade secret in generic theme (?).  No product admitted.

No showing of any specific harm or damages. |
| 111. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz doll display. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005).  Compare TX 26755-011 to TX 9350-002.

Generic.  No identification of trade secret in generic theme (?).  No product admitted.

No showing of any specific harm or damages. |

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| 112. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz bath and beauty products. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.<br><br>Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 113. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz stationary. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.  Compare TX 26755-012 to TX 9350-003.<br><br>Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |
| 114. | The appearance, operation, intended play pattern and plans to advertise on television for Bratz remote control Kendall. | The information was made public via an earlier dated press release or article.  The information was available in a publicly available article before the date of the alleged misappropriation.  Compare TX 9291 (e-mail from Sal Villasenor, dated April 8, 2005) to TX 9350 (Article titled "Welcome to ASM's Toy Fair 2005 Coverage!", dated February 19, 2005); see also 3/18/11 Trial Tr., Vol. 2, at 11:14-14:15.  Compare TX 26755-012 to TX 9350-003.<br><br>Generic.  No identification of trade secret in generic theme (?).  No product admitted.<br><br>No showing of any specific harm or damages. |

**Alleged Trade Secret Claims Added By the Testimony of Isaac Larian**

| No. | MGA's Alleged Trade Secret | In addition to the reasons identified in Mattel's Motion, each of the alleged trade secret claims fails for the reasons below. |
|---|---|---|
| N/A | Bratz Flashback Fever | Generic. No identification of trade secret in generic theme (roller skating doll). <br><br> Accused Mattel product released years after alleged trade secret. Flashback Fever was available at retail by July 2004, while My Scene Roller Girls was not released until December 2006. Compare TX 24580 (My Scene Roller Girls introduced December 2006) to TX 24671-003 (Bratz Flashback Fever introduced July 2004).; see also 3/25/11 Trial Tr., Vol. 1, at 83:9-86:18. <br><br> No showing of any specific harm or damages. |
| N/A | Price lists, including the pricing to retailers/FOB pricing for the products above | MGA had no reasonable expectation of confidentiality in this information.. See 3/25/11 Trial Tr., Vol. 2, at 37:18-38:4, 88:20-89:17, 103:11-105:24 (Larian testifying "that he expects retailers to talk" and that "practically speaking" retailers go ahead and share the information he gives them with other people in the industry.); see also 2/24/11 Trial Tr., Vol. 1, at 35:12-36:8 (MGA's Susana Kuemmerle testifying that manufacturer price lists are not trade secret and that retailers share them with competitors "all the time."); 3/31/11 Trial Tr., Vol. 2, at 41:10-42:9 (MGA executive Ron Brawer testifying that "there's certainly a significant amount of leakage from the moment that you start telling retailers what the FOB cost is of a product."). <br><br> No showing of any specific harm or damages. |