QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL, INC.'S NOTICE OF INTENT TO REDACT TRIAL TRANSCRIPT DOCKETED AS NUMBER 10339**<br><br>Trial Date:          January 18, 2011 |

00505.07975/4080355.3

MATTEL, INC.'S NOTICE OF INTENT TO REDACT TRIAL TRANSCRIPT DOCKETED AS 10339

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Mattel, Inc. intends to redact certain portions
3  of the trial transcript dated March 29, 2011, filed at Docket 10339.

4
5  DATED: April 7, 2011        QUINN EMANUEL URQUHART & SULLIVAN, LLP

6
7
8                  By */s/ Michael T. Zeller*
                    Michael T. Zeller
9                      Attorneys for Mattel, Inc.