QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>          vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>                Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL, INC.'S NOTICE OF INTENT TO REDACT TRIAL TRANSCRIPT DOCKETED AS NUMBER 10338**<br><br>Trial Date:            January 18, 2011 |

00505.07975/4081123.1

MATTEL. INC.'S NOTICE OF INTENT TO REDACT TRIAL TRANSCRIPT DOCKETED AS 10338

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. intends to redact certain portions of the trial transcript dated March 29, 2011, filed at Docket 10338.

DATED: April 7, 2011          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Michael T. Zeller*
                Michael T. Zeller
                Attorneys for Mattel, Inc.