QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| Plaintiffs, | Hon. David O. Carter |
| vs. | **JOINT STIPULATION REGARDING ADMISSION OF TANGIBLE ITEMS** |
| MGA ENTERTAINMENT, INC., a California corporation, et. al., | [[Proposed] Order Filed Concurrently Herewith] |
| Defendants. | Date: TBD Time: TBD Place: Courtroom 9D |
| AND CONSOLIDATED ACTIONS | Pre-trial Conf: January 4, 2011 Trial Date: January 18, 2011 |

00505.07975/4081107.1

**STIPULATION**

Mattel, Inc. ("Mattel") and MGA Entertainment, Inc., Isaac Larian, and MGA HK (collectively, "MGA") by and through their counsel of record, hereby stipulate as follows:

(1)    Mattel and MGA offer the Bratz dolls and other MGA products identified on the attached Exhibit A into evidence.

NOW, THEREFORE, it is hereby stipulated by the parties that:

1.    With the Court's permission, the Bratz dolls and other MGA products identified on the attached Exhibit A are admitted into evidence.

DATED:  April 7, 2011          QUINN EMANUEL URQUHART & SULLIVAN. LLP


                               By /s/ Michael T. Zeller
                                  Michael T. Zeller
                                  Attorneys for Mattel, Inc. and Mattel de
                                  Mexico. S.A. de C.V.


DATED:  April 7, 2011          ORRICK, HERRINGTON & SUTCLIFFE, LLP


                               By /s/ Annette Hurst
                                  Annette Hurst
                                  Attorneys for the MGA Parties

# EXHIBIT A

| | Exhibit | DESCRIPTION |
|---|---|---|
| 1 | 549 | Bratz Strut It Sasha |
| 2 | 8719 | Bratz Pampered Pupz – Yasmin |
| 3 | 8722 | Bratz – Cloe |
| 4 | 8724 | MGA Bratz Neon Pop Divaz Sasha |
| 5 | 8725 | MGA Bratz Rock Angelz Sasha |
| 6 | 8729 | MGA Bratz Passion 4 Fashion Spotlight Collection Cloe |
| 7 | 8730 | MGA Bratz Wild Life Safari Meygan |
| 8 | 14001 | Bratz Welcome to Fabulous Bratz Yasmin |
| 9 | 14003 | Bratz Dynamite Nevra |
| 10 | 14005 | Bratz Sleep Over Meygan |
| 11 | 14009 | Design Your Own Bratz Yasmin |
| 12 | 14010 | Bratz Welcome to Fabulous Bratz Sasha |
| 13 | 14011 | Bratz Birthday Bash Sasha |
| 14 | 14014 | Bratz Hollywood Style Cloe |
| 15 | 14015 | Bratz Step Out! Yasmin |
| 16 | 14016 | Bratz Step Out! Jade |
| 17 | 14017 | Bratz Tokyo-A-Go Go! Cloe |
| 18 | 14020 | Bratz Wintertime Collection Yasmin |
| 19 | 14021 | Bratz Wintertime Collection Jade |
| 20 | 14031 | Bratz S07 Adventure Girlz Cloe |
| 21 | 14032 | Bratz S07 Adventure Girlz Yasmin |
| 22 | 14033 | Bratz S07 Adventure Girlz Sasha |
| 23 | 14036 | Bratz Birthday Yasmin |
| 24 | 14037 | Bratz Birthday Cloe |
| 25 | 14040 | Bratz Birthday Bash Yasmin Doll |
| 26 | 14043 | Bratz XTreme Skate Boarding RC Yasmin |
| 27 | 14046 | Bratz CampFire Cloe |
| 28 | 14048 | Bratz Campfire Dana |
| 29 | 14053 | Bratz Fashion Pixiez – Breeana |
| 30 | 14055 | Bratz Feelin' Pretty Collection Cloe |
| 31 | 14057 | Bratz Feelin' Pretty Collection Sasha |
| 32 | 14058 | Bratz Flashback Fever Cloe |
| 33 | 14063 | Bratz Forever Diamondz Yasmin |
| 34 | 14064 | Bratz Forever Diamondz – Sharidan |
| 35 | 14065 | Bratz Formal Funk Collection Cloe |
| 36 | 14066 | Bratz Formal Funk Collection Yasmin |
| 37 | 14067 | Bratz Formal Funk Collection Jade |
| 38 | 14071 | Bratz Funk N Glow Sasha |
| 39 | 14076 | Bratz Funk Out! Cloe |
| 40 | 14077 | Bratz Funk Out! Yasmin |
| 41 | 14078 | Bratz Funk Out! Jade |
| 42 | 14088 | Bratz Genie Magic Cloe |
| 43 | 14090 | Bratz Girls Night Out Jade |
| 44 | 14094 | Bratz S07 Hot Summer Dayz Cloe |
| 45 | 14095 | Bratz S07 Hot Summer Dayz Yasmin |
| 46 | 14097 | Bratz S07 Hot Summer Dayz Sasha |
| 47 | 14098 | Bratz Ice Champions Yasmin |
| 48 | 14099 | Bratz Ice Champions Dana |

| 49 | 14111 | Bratz Nighty Night Collection Cloe |
|----|-------|-----|
| 50 | 14112 | Bratz Nighty Night Collection Yasmin |
| 51 | 14113 | Bratz Nighty Night Collection Jade |
| 52 | 14115 | Bratz Nighty Night Collection Sasha |
| 53 | 14116 | Bratz OOH LA LA Dana |
| 54 | 14118 | Bratz Passion For Fashion Jade |
| 55 | 14120 | Bratz Passion For Fashion Sasha |
| 56 | 14122 | Bratz Passion For Fashion Yasmin |
| 57 | 14123 | Bratz P4F Yasmin |
| 58 | 14124 | Bratz Play Sportz Yasmin Soccer |
| 59 | 14130 | Bratz Play Sportz Gymnastics Yasmin |
| 60 | 14141 | Bratz Play Sportz Cheerleading Yasmin |
| 61 | 14153 | Bratz Rock Angelz – Yasmin |
| 62 | 14158 | Bratz Rodeo Yasmin |
| 63 | 14161 | Bratz Secret Date Cloe |
| 64 | 14168 | Bratz Slumber Party Cloe |
| 65 | 14169 | Bratz Spring Break Doll Pack Yasmin |
| 66 | 14170 | Bratz Step Out! Cloe |
| 67 | 14171 | Bratz Step Out! Sasha |
| 68 | 14173 | Bratz Strut It Cloe |
| 69 | 14174 | Bratz Strut It Yasmin |
| 70 | 14175 | Bratz Strut It! Jade |
| 71 | 14176 | Bratz Strut It! Sasha |
| 72 | 14177 | Bratz Style It Yasmin |
| 73 | 14178 | Bratz Style It Jade |
| 74 | 14179 | Bratz Style It! Sasha |
| 75 | 14182 | Bratz Sweet Dreamz Pajama Party  Cloe |
| 76 | 14183 | Bratz Sweet Dreamz Pajama Party  Yasmin |
| 77 | 14186 | Bratz Sweet Dreamz Pajama Party – Felicia |
| 78 | 14198 | Bratz Wild Wild West – Fianna |
| 79 | 14206 | Bratz Fall 2002  Jade |
| 80 | 14207 | Bratz Fall 2002  Sasha |
| 81 | 14211 | Bratz Boyz Formal Funk – Eitan |
| 82 | 14232 | Bratz Head Gamez Cloe Doll Pack |
| 83 | 14416 | Bratz Birthday Jade |
| 84 | 14543 | Bratz Slumber Party Sasha |
| 85 | 14626 | Bratz Girlz Really Rock – Sasha |
| 86 | 14627 | Bratz Girlz Really Rock – Jade |
| 87 | 17366 | Bratz Xpress It! Yasmin |
| 88 | 17367 | Bratz FM Cruiser Radio Shack – Cloe |
| 89 | 17411 | Package of birthday invitations |
| 90 | 17413 | Package of party hats 8 |
| 91 | 17416 | Sweetz Style Book |
| 92 | 17419 | Nail Stencil Factory Battery Operated Nail Dryer |
| 93 | 17420 | Slippers |
| 94 | 17421 | The Jet Set (education game) |
| 95 | 17423 | Metal Lunch Box |
| 96 | 17424 | Medium Camping Chair |
| 97 | 17425 | Flip Flops |

| 98  | 17426 | Backpacking Kit (Tent, Sleeping Bag, Pillow) |
| 99  | 17427 | Bratz Dress UP |
| 100 | 17428 | Bratz Fake Nails Black |
| 101 | 17429 | Bratz Fake Nails Red |
| 102 | 17430 | Perfume and lipgloss in metal container with handle |
| 103 | 17431 | Vinyl Lunch Pail (Purple) |
| 104 | 17432 | Small Gift Bag |
| 105 | 17433 | Left Hand Spiral Notebook |
| 106 | 17434 | Binder |
| 107 | 17435 | Binder |
| 108 | 17436 | Summer Annual Activity Special |
| 109 | 17437 | Pink Socks |
| 110 | 17438 | Kite |
| 111 | 17439 | Spinning Plastic Straw |
| 112 | 17440 | The Secret Necklace Computer Game |
| 113 | 17442 | Watch inside pink container |
| 114 | 17444 | Glamitivity Set |
| 115 | 17445 | Black shirt and jeans decorated in gold sequins and rhinestones |
| 116 | 17446 | Activity Book with glitter stickers |
| 117 | 17447 | Scrub-A-Dub Tub Fun |
| 118 | 17448 | Basketball Bath Set |
| 119 | 17449 | Decorative Pillow |
| 120 | 17450 | Bath Blast |
| 121 | 17451 | Bratz Kids Spoil Me Spa Set |
| 122 | 17452 | Bath Crayons and Coloring Book |
| 123 | 17453 | Purple Ice Skating Costume |
| 124 | 17454 | Holiday Countdown Poster |
| 125 | 17455 | Edible Icing Image |
| 126 | 17456 | Plastic cup with Straw |
| 127 | 17457 | Metal Water Bottle |
| 128 | 17458 | Purple Container with Pink Handles |
| 129 | 17459 | Single Duvet Cover and Pillowcase |
| 130 | 17460 | The Fabulous Style Swap |
| 131 | 17461 | Watch in metal box with hair clips |
| 132 | 17462 | Vinyl Lunch Pail |
| 133 | 17463 | Watch and Clock Gift Set |
| 134 | 17464 | Inflatable Chair |
| 135 | 17465 | Vals and Candy (Valentines) |
| 136 | 17470 | Bratz Babyz Hair Flair Glow in the Dark – Sasha |
| 137 | 17471 | Holiday (Babyz) – Lela |
| 138 | 17472 | Bratz Babyz – Jade |
| 139 | 17474 | Playz Sportz (Boyz) Baseball – Kade |
| 140 | 17476 | Boyz Prince – Iden |
| 141 | 17477 | Step Off! (Boyz) – Koby |
| 142 | 17482 | Hair Flair (Itsy Bitsy) – Sasha |
| 143 | 17487 | Collector Series (Lil' Angelz) – Fianna |
| 144 | 17488 | Collector Series (Lil Angelz) |
| 145 | 17490 | Lil Boyz Pax – Colin |
| 146 | 17491 | Lil  Bratz Funk House – Talia |

3

| 147 | 17496 | Bratz ICandy Cloe |
|-----|-------|-------------------|
| 148 | 17500 | Bratz Midnight Dance – Yasmin |
| 149 | 17502 | Bratz Fabulous Bratz – Tiana |
| 150 | 17503 | Bratz OOH LA LA Kumi |
| 151 | 17505 | Bratz Live In Concert – Yasmin |
| 152 | 17507 | Bratz Dynamite Cloe |
| 153 | 17508 | Bratz Twins Dolls Nona and Tess |
| 154 | 17509 | Design Your Own Bratz Cloe |
| 155 | 17510 | Flower Girlz |
| 156 | 17511 | Bratz Play Sportz Doll Inline Skating Sasha |
| 157 | 17512 | Costume Party Yasmin |
| 158 | 17513 | Bratz Pampered Pupz – Cloe |
| 159 | 17514 | Bratz Birthday Sasha |
| 160 | 17517 | Bratz Back to School Cloe |
| 161 | 17518 | Birthday – Meygan |
| 162 | 17519 | Bratz Birthday Bash Cloe |
| 163 | 17520 | Bratz X-Treme Skate Boarding RC – Sasha |
| 164 | 17521 | Bratz CampFire – Felicia |
| 165 | 17522 | Big Bratz Collector Doll – Yasmin |
| 166 | 17526 | Bratz Flashback Fever Sasha |
| 167 | 17530 | Bratz Funk N Glow – Jade |
| 168 | 17531 | Bratz Funk N' Glow Cloe |
| 169 | 17535 | Bratz Funky Fashion Makeover – Meygan |
| 170 | 17536 | Bratz Genie Magic – Megan |
| 171 | 17538 | Bratz Girlz Night Out Cloe |
| 172 | 17540 | Bratz Holiday Doll – Trinity |
| 173 | 17547 | Bratz Cloe |
| 174 | 17549 | Bratz Cloe |
| 175 | 17550 | Bratz Cloe |
| 176 | 17553 | Bratz Jade |
| 177 | 17556 | Bratz Sasha |
| 178 | 17559 | Bratz Yasmin |
| 179 | 17560 | Bratz Yasmin |
| 180 | 17563 | Bratz Play Sportz Sasha Cheerleading |
| 181 | 17566 | Bratz Princess – Roxxi |
| 182 | 17567 | Shrek Doll – Yasmin |
| 183 | 17568 | Bratz Sleep Over – Cloe |
| 184 | 17569 | Spider Man – Cloe |
| 185 | 17570 | Bratz Spring Break Doll Pack Cloe |
| 186 | 17571 | Bratz Strut it – Meygan |
| 187 | 17576 | Sweet Heart – Phoebe |
| 188 | 17579 | Bratz Twiins – Valentina & Oriana |
| 189 | 17581 | Bratz Wild Wild West Cloe |
| 190 | 17583 | Bratz Babyz Sitter – Lana & Alicia |
| 191 | 17598 | Bratz Petz – Easter Bunny Viveca |
| 192 | 17623 | Bratz Boots |
| 193 | 17631 | Bratz Briefcase |
| 194 | 17634 | Bratz School Pack |
| 195 | 17646 | Bratz Umbrella |

| 196 | 17652 | Bratz Purse purple |
|-----|-------|---------------------|
| 197 | 17654 | Bratz Blanket |
| 198 | 17658 | Bratz Sneaker Skates |
| 199 | 17659 | Bratz CD Player |
| 200 | 17662 | Bratz Petz Purse |
| 201 | 17666 | Bratz Swimwear Yellow |
| 202 | 17667 | Bratz Clip-On Purse |
| 203 | 17668 | Bratz Body Jewels |
| 204 | 17670 | Bratz Boots |
| 205 | 17671 | Bratz Tennis Shoes |
| 206 | 17672 | Bratz Flip Out Sofa |
| 207 | 17680 | Bratz Discman |
| 208 | 17681 | Bratz Translator |
| 209 | 17682 | Bratz Body Art |
| 210 | 17692 | Bratz Skipping Rope |
| 211 | 17696 | Bratz Window Decorations |
| 212 | 17697 | Bratz Wallet |
| 213 | 17726 | Bratz Passion 4 Fashion Cloe |
| 214 | 17728 | Bratz Girlfriendz Nite Out Sasha |
| 215 | 17729 | Bratz Play Sportz Yasmin |
| 216 | 17772 | Bratz The Movie Funky Fashion Makeover – Cloe |
| 217 | 17776 | Bratz Holiday Yasmin |
| 218 | 17777 | Fashion Pack (Dynamite Dance) |
| 219 | 17778 | Fashion Pack (Pajama Power) |
| 220 | 17779 | Fashion Pack (Study Hall) |
| 221 | 17799 | Micro Bratz – Cloe |
| 222 | 17800 | Micro Bratz – Jade |
| 223 | 17801 | Micro Bratz – Sasha |
| 224 | 17802 | Bratz Fashion Pack (Just Do P.E.) |
| 225 | 17803 | Bratz Fashion Pack (Punk n Prep) |
| 226 | 17806 | Bratz Xpress It! Sasha |
| 227 | 17807 | Bratz Xpress It! Cloe |
| 228 | 17809 | Bratz Xpress It! Jade |
| 229 | 17810 | Bratz S02 Sasha |
| 230 | 17811 | Bratz S02 Jade |
| 231 | 17812 | Bratz S02 Flaunt It Yasmin |
| 232 | 17813 | Beach Party Bratz Cloe |
| 233 | 17814 | Beach Party Bratz Jade |
| 234 | 17815 | Bratz Stylin' Hair Studio |
| 235 | 18034 | Bratz Starrin' & Stylin' DVD |
| 236 | 18035 | Bratz DVD |
| 237 | 18038 | Bratz Kidz Fairy Tales DVD |
| 238 | 18292 | Playz Sportz Basketball – Cloe & Yasmin |
| 239 | 18428 | Bratz Rodeo Sorya Doll |
| 240 | 18542 | Bratz Funk N' Glow Jade |
| 241 | 18650 | Bratz Birthday Cloe |
| 242 | 18651 | Bratz Birthday Yasmin |
| 243 | 18653 | Costume Party – Lela |
| 244 | 18655 | Bratz Feelin' Pretty Collection Dana |

| 245 | 18656 | Bratz Funk N' Glow  Cloe |
|-----|-------|--------------------------|
| 246 | 18657 | Bratz Girls Night Out Dana |
| 247 | 18658 | Bratz Hollywood Yasmin |
| 248 | 18659 | Bratz Hollywood Phoebe |
| 249 | 18660 | Bratz S07 Hot Summer Dayz Jade |
| 250 | 18663 | Bratz S07 Magic Hair Jade |
| 251 | 18664 | Bratz Midnight Dance Fianna |
| 252 | 18665 | Bratz Nighty Night Collection Fianna |
| 253 | 18666 | Bratz Play Sportz Karate Roxxi |
| 254 | 18667 | Bratz Play Sportz Softball Phoebe |
| 255 | 18668 | Bratz Play Sportz Doll Snow Boarding Lilee |
| 256 | 18669 | Bratz Play Sportz Race Car Driving Katia |
| 257 | 18670 | Play Sportz Teamz Soccer – Cloe & Katia |
| 258 | 18671 | Bratz Costume Party Yasmin |
| 259 | 18672 | Bratz Play Sportz Teamz Softball Leah & Dana |
| 260 | 18676 | Bratz Rock Angelz Jade |
| 261 | 18677 | Bratz Rodeo – Sorya |
| 262 | 18678 | Bratz Secret Date Nevra |
| 263 | 18679 | Bratz Sisterz – Kiani & Lilana |
| 264 | 18680 | Bratz Slumber Party – Yasmin |
| 265 | 18681 | Bratz Sleep Over Jade |
| 266 | 18682 | Spring Break – Leah |
| 267 | 18683 | Bratz Step Out! Meygan |
| 268 | 18684 | Sun Kissed Summer – Cloe |
| 269 | 18685 | Bratz Sweet Dreamz Pajama Party Siernna |
| 270 | 18686 | Bratz Sweet Dreamz Pajama Party Kumi |
| 271 | 18688 | Bratz Twins – Krysta & Lela (identical) |
| 272 | 18689 | Bratz Twins Collector – Phoebe & Roxxi |
| 273 | 18692 | Bratz Wild Wild West Kiana |
| 274 | 18693 | Bratz Wintertime Collection – Cloe |
| 275 | 18694 | Bratz Wintertime Collection – Yasmin |
| 276 | 18695 | Bratz Girlfriendz Cloe |
| 277 | 18698 | Bratz Funk Out! Sasha |
| 278 | 18703 | Bratz Play Sportz Soccer Cloe |
| 279 | 18704 | Bratz Jade Strut It |
| 280 | 18709 | Bratz Adventure Girlz Yasmin |
| 281 | 18714 | Bratz Flashback Fever Fianna |
| 282 | 18719 | Bratz Play Sportz Basketball Yasmin & Jade |
| 283 | 18724 | Bratz Wild Wild West Yasmin |
| 284 | 18727 | Bratz Funk n Glo Sasha |
| 285 | 18728 | Bratz Sleepin' Style Sasha |
| 286 | 18731 | Bratz Sweet Heart Sasha |
| 287 | 18732 | Bratz Sweet Heart Yasmin |
| 288 | 18733 | Bratz Wintertime Wonderland – Eitan |
| 289 | 18735 | Bratz Doll Triiiplets: Adrienne, Brigitte, Janelle |
| 290 | 18737 | Bratz Sleepin' Style Meygan |
| 291 | 18738 | Bratz Sunkissed Summer Jade |
| 292 | 18740 | Bratz Doll Goldmedal Gymnyst Cloe |
| 293 | 18743 | Bratz Sun-kissed Summer Cloe |

| 294 | 18746 | Bratz Genie Magic Jade |
|---|---|---|
| 295 | 18747 | Bratz Bratz Treasures Roxxi |
| 296 | 18749 | Bratz Wild Life Safari – Fianna |
| 297 | 18755 | Bratz Sunkissed Summer Sasha |
| 298 | 18763 | Bratz Doll Play Sportz Soccer – Katia & Cloe |
| 299 | 18765 | Bratz Play Sportz Cloe & Yasmin Softball |
| 300 | 18766 | Bratz Campfire Yasmin |
| 301 | 18767 | Bratz Live In Concert – Dana |
| 302 | 18772 | Bratz Birthday Jade |
| 303 | 18773 | Bratz Back 2 School Yasmin |
| 304 | 18774 | Bratz Blind Date Jade |
| 305 | 18798 | MP3 Player |
| 306 | 18799 | 35mm Camera with Flash |
| 307 | 18800 | Talk Back Alarm Clock |
| 308 | 18801 | Rockin' Helmet |
| 309 | 18806 | Designer Canopy |
| 310 | 18809 | 3 Shelf Storage |
| 311 | 24913 | Bratz Head Gamez Fashion Head Yasmin |
| 312 | 24915 | Bratz Magic Makeup Sasha |
| 313 | 28748 | Bratz World Cowgirlz Yasmin |
| 314 | 28751 | Bratz World Familiez – Cloe and Mom (Polita) |
| 315 | 28753 | Bratz CowGirlz Cloe |
| 316 | 28755 | Bratz Boy Wildlife – Kobe |
| 317 | 28759 | Bratz Magic Hair Grow and Cut Cloe |
| 318 | 28761 | Bratz Dance Crewz Cloe |
| 319 | 28765 | Bratz Magic Hair FFM Head – Yasmin |
| 320 | 28774 | Bratz World Familiez Babysitter – Cloe & Colin and Isa |
| 321 | 28776 | Bratz Magic Hair Color– Leah |
| 322 | 28780 | Bratz The Fashion Show Evening Wear Collection – Yasmin |
| 323 | 28784 | Bratz P4F Collection Cloe |
| 324 | 28786 | Bratz Spring Break – Jade |
| 325 | 28789 | Bratz Designed By Jade |
| 326 | 28793 | Bratz Sun-Kissed Cloe |
| 327 | 28795 | Bratz  Play Sportz Xtreme Sasha Rock Climbing |
| 328 | 28799 | Bratz Costume Party Pouty Princess Cloe |
| 329 | 28801 | Bratz The Fashion Show Swim Wear Collection – Yasmin |
| 330 | 28807 | Bratz Wintertime Collection Cloe |
| 331 | 28811 | Bratz Costume Party Pretty Pirate Yasmin |
| 332 | 28814 | Bratz P4F Collection Yasmin |
| 333 | 28820 | Bratz Magic Hair Grow and Cut – Yasmin |
| 334 | 28822 | Bratz P4F Collection – Aubrey |
| 335 | 28824 | Bratz Wintertime Collection – Yasmin |
| 336 | 28829 | Bratz World Cloe's Room – Cloe |
| 337 | 28831 | Bratz  Desert Jewelz Genie Bottle – Katia |
| 338 | 28833 | Bratz Fashion Designer – Cloe |
| 339 | 28837 | Bratz The Fashion Show Sleep Wear Collection – Cloe |
| 340 | 28843 | Bratz Play Sportz Cheerleading Cloe |
| 341 | 28847 | Bratz Play Sportz Hip Hop Dance Yasmin |
| 342 | 28849 | Bratz Hair Style – Sasha |

| 343 | 28851 | Bratz Boyz Wintertime Collection – Cameron |
| 344 | 28857 | Bratz Play Sportz Xtreme Leah Skateboarding |
| 345 | 28859 | Bratz P4F Collection – Destiny |
| 346 | 28864 | Bratz Magic Hair Color FFM Torso – Sasha |
| 347 | 28866 | Bratz World Twiins – Peyton & Nevaeh |
| 348 | 28868 | Bratz Celebritiez Cloe Dance Star |
| 349 | 28870 | Bratz Holiday Absolute Angel Yasmin |
| 350 | 28872 | Bratz P4F Collection – Kina |
| 351 | 28874 | Bratz Wintertime Collection Sasha |
| 352 | 28876 | Bratz Nighty Nite Yasmin |
| 353 | 28880 | Bratz Nighty Nite Cloe |
| 354 | 28882 | Bratz Nighty Nite Jade |
| 355 | 28886 | Bratz Dance Crewz – Sasha |
| 356 | 28892 | Bratz Spring Break Cloe |
| 357 | 28896 | Bratz World Yasmin's First Date with Braden |
| 358 | 28898 | Bratz P4F Dollpack Artist Jade |
| 359 | 28900 | Bratz P4F Dollpack Hippie Yasmin |
| 360 | 28968 | Bratz Ooh La La Funky Fashion Makeover – Kumi |
| 361 | 28971 | Bratz Winter Girlz Yasmin |
| 362 | 28980 | Bratz Celebritiez Yasmin Movie Star |
| 363 | 28982 | Bratz Dance Crewz Yasmin |
| 364 | 28992 | Bratz Princess – Jade |
| 365 | 29000 | Bratz Winter Girlz Cloe |
| 366 | 29006 | Bratz Wintertime Collection Yasmin |
| 367 | 29011 | Play Sportz One on One Basket Ball – Jade & Meygan |
| 368 | 29014 | Bratz Iconz Dollpack – Yasmin |
| 369 | 29017 | Bratz Welcome to Fabulous Bratz Cloe |
| 370 | 29034 | Bratz Basic Doll – Shadi |
| 371 | 29035 | Bratz Party Boyz Doll – Dylan |
| 372 | 29044 | Bratz Party – Sasha |
| 373 | 29055 | Bratz FM Cruiser |
| 374 | 29058 | Bratz Style It Collection Cloe |
| 375 | 29059 | Bratz Wintertime Wonderland Collection Cloe |
| 376 | 29060 | Bratz Formal Funk Collection Sasha |
| 377 | 29062 | Bratz FM Limo |
| 378 | 29066 | Lil' Bratz Vehicle Assortment |
| 379 | 29067 | Lil' Bratz Deluxe Mall Playset |
| 380 | 29071 | Bratz Stylin' Dance Party |
| 381 | 29072 | Bratz Lucious Lamp/Alarm Clock |
| 382 | 29075 | Bratz Internet Café Playset |
| 383 | 29076 | High School Cool Fashion Pack (Koby) |
| 384 | 29080 | 6 Foot Bratz Puzzle |
| 385 | 29086 | Bratz Plug N Play Guitar |
| 386 | 29087 | Bratz Plug N Play Math |
| 387 | 29088 | Bratz Virtual Buddiez Petz |
| 388 | 29091 | Bratz digital camera |
| 389 | 35026 | Hollywood Style – Katia |
| 390 | 35035 | Bratz World House |
| 391 | 35037 | Kiss 'n Make -up Shop |

8

| 392 | 36702 | Miuchiz game |
|-----|--------|--------------|
| 393 | 36711 | Bratz Passion 4 Fashion – Cloe |
| 394 | 36712 | Bratz On Ice – Vinessa |
| 395 | 36713 | Girl's Nite Out – Sasha |
| 396 | 36722 | Bratz Boyz Formal Funk – Kobe |
| 397 | 37092 | Bratz Treasures! Scorchin' Sea Scooter |
| 398 | 37196 | Let's Talk – Yasmin |
| 399 | 17541A | Bratz I-Candy -Yasmin |