QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING ADMISSION OF TANGIBLE ITEMS** |

00505.07975/4081164.1

[PROPOSED] ORDER

1                                             [PROPOSED] ORDER

2        Based on the parties' concurrently filed Joint Stipulation Regarding Admission of Tangible Items and good cause appearing,

4        IT IS HEREBY ORDERED:

5        The Bratz dolls and other MGA products identified in Exhibit A to the Joint Stipulation Regarding Admission of Tangible Items are admitted into evidence.

10 DATED: _____ . 2011

                                       Hon. David O. Carter
                                       United States District Judge