# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                              Date    March 26, 2011

Title    MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable    David O. Carter, U.S. District Judge

| Nancy Boehme | Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

John Quinn                                           Thomas McConville
Michael Zeller                                       Jennifer Keller
William Price                                        Annette Hurst
                                                     Alexander Cote

Proceedings:    STATUS CONFERENCE

A status conference is held.

|  | 5 | : | 15 |
|---|---|---|---|
| Initials of Preparer | nkb | | |