# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 04-9049 DOC (RNBx)                          Date    March 28, 2011

Title    MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable    David O. Carter, U.S. District Judge

| Nancy Boehme | Debbie Gale/Denise Paddock | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

John Quinn                                        Thomas McConville
Michael Zeller                                    Jennifer Keller
William Price                                     Annette Hurst
                                                  Alexander Cote

Proceedings:    STATUS CONFERENCE

A status conference re: discovery is held.

5    :    18

Initials of Preparer    nkb