**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTEL, INC., et al., | CASE NUMBER |
| Plaintiff(s), | CV 04-9049-DOC (RNBx) |
| vs. | **NOTICE OF FILING OF OFFICIAL SEALED TRANSCRIPT** |
| MGA ENTERTAINMENT, INC., et al., | |
| Defendant(s). | |

**TO ALL COUNSEL OF RECORD:**

Notice is hereby given that an official transcript of a proceeding, document number(s), 10324 has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal.

Date: April 8, 2011

CLERK U.S. DISTRICT COURT

DENISE PADDOCK
Court Reporter/Deputy Clerk

**G-46(5/08) NOTICE OF FILING OF OFFICIAL TRANSCRIPT**