1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
2      (johnquinn@quinnemanuel.com)
      William C. Price (Bar No. 108542)
3      (williamprice@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
4      (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
6   Facsimile:    (213) 443-3100

7   Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11

| | |
|---|---|
| 12  MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business 13  entity, | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
|         Plaintiffs, 14 | Hon. David O. Carter |
| 15      vs. | **[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING ADMISSION OF TANGIBLE ITEMS** |
| 16  MGA ENTERTAINMENT, INC., a California corporation, et al. | |
| 17         Defendants. | |
| 18  AND CONSOLIDATED ACTIONS 19 | |

20

21

22

23

24

25

26

27

28

00505.07975/4081215.1

ORDER

Based on the parties' concurrently filed Joint Stipulation Regarding Admission of Tangible Items and good cause appearing,

IT IS HEREBY ORDERED:

The Bratz dolls and other MGA products identified in Exhibit A to the Joint Stipulation Regarding Admission of Tangible Items are admitted into evidence.

DATED:  April 7 , 2011

_____
Hon. David O. Carter
United States District Judge

00505.07975/4081215.1

-2-

[PROPOSED] ORDER