ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION FOR EXHIBIT LIST TO BE PROVIDED TO JURY** |

1  **STIPULATION**

2  The MGA Parties and Mattel hereby stipulate and agree that the
3  attached Exhibit List shall be provided to the jury for its reference.
4  The parties further agree and request that the jury be instructed that the
5  descriptions on the list are for reference purposes only and shall not be considered
6  as evidence.
7  The parties further stipulate and agree that these descriptions shall not
8  be binding upon them for any other purpose and shall not be evidence.

10 Dated: April 12, 2011  ORRICK, HERRINGTON & SUTCLIFFE LLP

12  By: ____/s/ Annette L. Hurst____
     Annette L. Hurst
13   Attorneys for MGA ENTERTAINMENT, INC.,
     MGA ENTERTAINMENT HK, LTD., MGA de
14   MEXICO, S.R.L. de C.V., and ISAAC LARIAN

15 Dated: April 12, 2011  QUINN EMANUEL URQUHART & SULLIVAN, LLP

18  By: ____/s/ Scott Watson____
     Scott Watson
     Attorneys for Mattel, Inc. and Mattel de Mexico,
19   S.A. de C.V.