UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: April 14, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DIRECTING SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

       Both MGA Entertainment, Inc. and Mattel, Inc. tried claims alleging violations of Cal. Bus. & Prof. Code § 17200.  Those claims were tried to the Court.  On or before April 20, 2011, the parties shall file proposed findings of fact and conclusions of law as to both claims.

       The Clerk shall serve this minute order on all parties to the action.