## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 04-9049 DOC (RNBx)                                      Date   April 2, 2011

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Nancy Boehme | Denise Paddock | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Thomas McConville |
| Michael Zeller | Jennifer Keller |
| William Price | Annette Hurst |
|  | Alexander Cote |

Proceedings:   STATUS CONFERENCE

A status conference is held.

7   :   24

Initials of Preparer   nkb