UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.  CV 04-9049 DOC (RNBx)                                    Date   April 3, 2011

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC., ET AL

Present: The Honorable   David O. Carter, U.S. District Judge

| Nancy Boehme | Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

John Quinn                                       Thomas McConville
Michael Zeller                                   Jennifer Keller
William Price                                    Annette Hurst
                                                 Alexander Cote

Proceedings:   STATUS CONFERENCE

A status conference is held.


                                                              10     :    00

                                       Initials of Preparer   nkb