# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV04-9049 DOC(RNBx) |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL |
| Date | April 7, 2011 |

Present: The Honorable   David O. Carter, U.S. District Judge

| Nancy Boehme | Debbie Gale, Maria Dellaneve, Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst, Mark Overland, Alexander Cote |

____ Day Court Trial        48th Day Jury Trial

____ One day trial:  ____ Begun (1st day);  X  Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
____ Plaintiff(s) rest.        ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    X Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    Briefs to be filed by
____ Motion to dismiss by    is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by    is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by    is    ____ granted.    ____ denied.    ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    April 8, 2011 at 8:30 a.m.    for further trial.
X Other:   Conference held outside the presence of the jury.

12 : 50

Initials of Deputy Clerk   nkb

cc: