QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S REQUEST FOR MODIFICATION OF *IN CAMERA* AND UNDER SEAL MINUTE ORDER DATED APRIL 14, 2011 RE: MGA'S MOTION TO COMPEL INTERVIEW NOTES OF MICHAEL MOORE**<br><br>[[Proposed] Order Filed Concurrently Herewith]<br><br>Pre-trial Conf:   January 4, 2011<br>Trial Date:         January 18, 2011 |

00505.07975/4095567.1

REQUEST FOR MODIFICATION OF *IN CAMERA* AND UNDER SEAL MINUTE ORDER DATED APRIL 14, 2011 RE: INTERVIEW NOTES OF MICHAEL MOORE

Mattel, Inc. ("Mattel") requests modification of the Court's *In Camera* and Under Seal minute order dated April 14, 2011 Re: MGA's Motion to Compel Interview Notes of Michael Moore. Specifically, Mattel requests deletion of the last sentence of the Minute Order (on page 8): "The Clerk shall serve this minute order on all parties to the action." and insertion of the sentence: "This order shall remain under seal and shall not be released to any other person or party."

That service directive is inconsistent with the Court's express statement in footnote 1 (on page 1) of the Minute Order: "Because this order discusses the contents of documents protected by the attorney-client privilege, this order will be filed under seal and will not be available to parties other than Mattel."

That directive is also inconsistent with the Court's April 15, 2011 transmittal email to Mattel that accompanied the Minute Order: "Please see attached under seal minute order issued yesterday, April 14, 2011. Neither the public nor the other parties in this case will have access to this minute order."

Finally, that directive, if carried out, would result in disclosure to the MGA parties of the substantive contents of Mattel documents which the Court has explicitly ruled to be protected by the attorney-client privilege.

DATED: April 16, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Michael T. Zeller
 Michael T. Zeller
 Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

00505.07975/4095567.1

-2-
REQUEST FOR MODIFICATION OF *IN CAMERA* AND UNDER SEAL MINUTE ORDER DATED APRIL 14, 2011 RE: INTERVIEW NOTES OF MICHAEL MOORE