1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     William C. Price (Bar No. 108542)
3    (williamprice@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
4    (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11

12  MATTEL, INC., a Delaware                CASE NO. CV 04-9049 DOC (RNBx)
    corporation, and Mattel de Mexico,      Consolidated with
13  S.A. de C.V., a Mexico business         Case No. CV 04-09059
    entity,                                 Case No. CV 05-02727
14               Plaintiffs,
                                            Hon. David O. Carter
15          vs.
                                            **[PROPOSED] ORDER GRANTING
16  MGA ENTERTAINMENT, INC., a              MATTEL'S REQUEST FOR
    California corporation, et al.          MODIFICATION OF *IN CAMERA* AND
17                                          UNDER SEAL MINUTE ORDER
                 Defendants.                DATED APRIL 14, 2011 RE:
18                                          INTERVIEW NOTES OF MICHAEL
    AND CONSOLIDATED ACTIONS                MOORE**
19

20

21

22

23

24

25

26

27

28

<u>[PROPOSED] ORDER</u>

Based on Mattel's concurrently filed Request for Modification of the Court's *In Camera* and Under Seal minute order dated April 14, 2011 Re: MGA's Motion to Compel Interview Notes of Michael Moore,

IT IS HEREBY ORDERED:

The Court's *In Camera* and Under Seal Minute Order dated April 14, 2011 Re: MGA's Motion to Compel Interview Notes of Michael Moore shall be modified as follows: The last sentence of the minute order—"The Clerk shall serve this minute order on all parties to the action."—shall be deleted, and in its place shall be inserted the sentence: "This order shall remain under seal and shall not be released to any other person or party."

DATED: April ___, 2011

Hon. David O. Carter
United States District Judge