UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

MATTEL INC., et al., )
)
Plaintiff, )
) DAY 51
vs. ) No. CV 04-9049-DOC
) VOLUME 1
MGA ENTERTAINMENT, INC., )
)
Defendant. )
______________________________)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

TUESDAY, APRIL 12, 2011

JURY NOTE

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:** QUINN EMANUEL URQUHART OLIVER & SULLIVAN
BY: MICHAEL ZELLER, ESQ.
and JOHN QUINN, ESQ.
865 S. FIGUEROA
10TH FLOOR
LOS ANGELES, CALIFORNIA 90017
(213)443-3000

FOR THE DEFENDANTS: ORRICK, HERRINGTON & SUTCLIFFE
BY: ANNETTE HURST, ESQ.
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105
(415)773-5700

FOR THE DEFENDANTS: ORRICK HERRINGTON & SUTCLIFFE
BY: THOMAS MCCONVILLE, ESQ.
4 PARK PLAZA
SUITE 1600
IRVINE, CALIFORNIA 92614
(949)567-6700

KELLER RACKAUCKAS
BY: JENNIFER KELLER, ESQ.
18500 VON KARMAN AVENUE
SUITE 560
IRVINE, CALIFORNIA 92612

FOR CARLOS MACHADO GOMEZ: LAW OFFICES OF MARK E. OVERLAND
BY: MARK OVERLAND, ESQ.
100 WILSHIRE BLVD
SUITE 950
SANTA MONICA, CA. 90401
(310) 459-2830

- AND -

SCHEPER KIM & HARRIS LLP
BY: ALEXANDER COTE, ESQ.
601 WEST 5TH STREET_12TH FLOOR
LOS ANGELES, CA. 90071
(213) 613-4660

SANTA ANA, CALIFORNIA; TUESDAY, APRIL 12, 202011

-oOo-

**THE COURT:** There has been a reading. And counsel, I think we want to inform the jury while they're present that the first portion was both direct, cross, redirect and recross of Carter Bryant and we didn't designate out which party was reading.

The second portion, the last portion pertained to Ramona Prince.

Is that stipulated to by counsel?

**MR. ZELLER:** Yes.

**MR. MCCONVILLE:** Yes.

**THE COURT:** Now, is that a satisfactory reading as far as Mattel is concerned?

**MR. ZELLER:** It is.

**THE COURT:** And MGA?

**MR. MCCONVILLE:** Yes.

**THE COURT:** Okay. Your second question yesterday was, "Please provide us with a table of content index of what specific evidence is, or explain to us better how to locate the exhibits."

MGA and the parties -- or MGA parties and Mattel hereby are stipulating and agreeing that the exhibit list that you are going to be given in a few moments will be provided for you as a reference, and it will be an exhibit list. The parties are further agreeing, and I'm instructing you, that the descriptions that are in the list are for reference purposes only and shall not

be considered as evidence.

What they don't want you to do is take a label on that exhibit. It's a way for you to find the exhibit, but please don't be influenced by the label that goes with the exhibit.

The parties are stipulating and agreeing that these descriptions shall not be binding upon any of the party or the jury for any other purpose and shall not be in evidence. They're simply a reference list to help you locate the exhibits?

Is that a satisfactory admonition as far as Mattel is concerned?

**MR. QUINN:** Yes, Your Honor.

**THE COURT:** And as far as MGA and Mr. Larian are concerned?

**MR. MCCONVILLE:** Yes.

**THE COURT:** The fourth note yesterday has caused a little bit of concern, not because you don't know what you want. We want to make certain we supply exactly what you need; no more, no less. And you're requesting exhibit numbers for Mattel copyright applications for Carter Bryant, and then there is an arrow drawn and it says, "Drawings where he assigns drawings to Mattel."

That's causing a little bit of concern about the parties about what specifically to give to you. So if you can define that better, come back to us with another note.

**JURY FOREPERSON:** We found it already.

**THE COURT:** You found it. So, okay. Well, I'm going --

**JURY FOREPERSON:** You can disregard both of the exhibit requests.

**THE COURT:** And the second one was exhibit number for Mattel chronological security log and investigative reports?

**JURY FOREPERSON:** No. That, we still need.

**THE COURT:** You need that. So it's number three, but you found the exhibit for Mattel copyright application for Carter Bryant, the drawings where he assigns the drawings to Mattel, and the parties don't need to be concerned about that.

**JURY FOREPERSON:** That's correct.

**THE COURT:** Then you're looking now for the exhibit numbers for Mattel chronological security log and investigative reports. We're going to give that master exhibit list back to you. If that doesn't locate it for you, we're sitting here. We'll discuss that and get the answer back to you as quickly as possible.

Counsel, would that be sufficient for both parties?

**MR. QUINN:** Yes, Your Honor.

**MS. KELLER:** Yes, Your Honor.

**THE COURT:** We'll send the jury back then. Thank you very much.

(Jury resumes deliberations.)

**THE COURT:** Back on the record. Counsel have given the Court an exhibit list that they're stipulating may be sent back to

the jury. And the Court is complimenting both counsel for their hard work last evening. It's 55 pages in length.

Is that stipulated to by Mattel, Mr. Quinn?

**MR. QUINN:** Yes, Your Honor.

**THE COURT:** And by MGA, Mr. Larian?

**MS. KELLER:** Yes, Your Honor.

**THE COURT:** Would you take this back to the jury, please. And if I could get an extra copy, Scott, thank you very much. We'll wait.

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter.

Date: APRIL 12, 2011

MARIA DELLANEVE, U.S. COURT REPORTER
CSR NO. 9132