UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

| | | |
|---|---|---|
| MATTEL INC., et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DAY 51 |
| vs. | ) | No. CV 04-9049-DOC |
| | ) | VOLUME 3 |
| MGA ENTERTAINMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

TUESDAY, APRIL 12, 2011

JURY NOTE

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

7b26e47e-edcf-46e2-8a0f-3fb7da7d5bcd

 1   **APPEARANCES OF COUNSEL:**

 2   **FOR THE PLAINTIFF:**   QUINN EMANUEL URQUHART OLIVER & SULLIVAN
                             BY:  MICHAEL ZELLER, ESQ.
 3                           and  JOHN QUINN, ESQ.
                             865 S. FIGUEROA
 4                           10TH FLOOR
                             LOS ANGELES, CALIFORNIA 90017
 5                           (213)443-3000

 6
     FOR THE DEFENDANTS:  ORRICK, HERRINGTON & SUTCLIFFE
 7                           BY:  ANNETTE HURST, ESQ.
                             405 HOWARD STREET
 8                           SAN FRANCISCO, CALIFORNIA 94105
                             (415)773-5700
 9

10
     FOR THE DEFENDANTS:  ORRICK HERRINGTON & SUTCLIFFE
11                           BY:  THOMAS MCCONVILLE, ESQ.
                             4 PARK PLAZA
12                           SUITE 1600
                             IRVINE, CALIFORNIA 92614
13                            (949)567-6700

14
                             KELLER RACKAUCKAS
15                           BY:  JENNIFER KELLER, ESQ.
                             18500 VON KARMAN AVENUE
16                           SUITE 560
                             IRVINE, CALIFORNIA 92612
17

18
     FOR CARLOS MACHADO GOMEZ: LAW OFFICES OF MARK E. OVERLAND
19                           BY:  MARK OVERLAND, ESQ.
                             100 WILSHIRE BLVD
20                           SUITE 950
                             SANTA MONICA, CA. 90401
21                           (310) 459-2830

22

23

24

25

Page 3

1                          - AND -

2                    SCHEPER KIM & HARRIS LLP
                     BY:  ALEXANDER COTE, ESQ.
3                    601 WEST 5TH STREET_12TH FLOOR
                     LOS ANGELES, CA. 90071
4                    (213) 613-4660

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1          SANTA ANA, CALIFORNIA; TUESDAY, APRIL 12, 2011

2                                -oOo-

3          **THE COURT:**  We're on the record.  I just wanted to say

4    with all counsel present, first of all, thank you.  And second,

5    I'm catching the red eye tonight.  I'm not leaving you.  Okay.  So

6    I get off the plane at 6:30 tomorrow morning, which is 3:30 our

7    time.  I'll be on the phone because you'll be in deliberations.

8    I'm just kidding you.  But I'll be in contact every single hour

9    and then I'm back on the plane.

10         But my guess is with the turnaround time from three to

11   five hours on the ground, I won't be back in time if you have a

12   question tomorrow.  So counsel are stipulating that I can just

13   address you.

14         If you have a question tomorrow and you can continue on

15   with your declarations, send a question out so I know what it is,

16   and I can talk to counsel because they'll meet me at seven or

17   eight tomorrow and we'll have whatever you need ready.  You won't

18   know if you have a question until tomorrow.  If you need any

19   rereading or whatever, let me know so we can start preparing, you

20   know, on the way back so we're ready for you on Thursday with

21   whatever you need.

22         And finally, thank you.  And I just apologize to you for

23   that one day but I haven't forgotten you, trust me.  And if you

24   can continue on with your declarations regardless if you run into

25   any question or problem, please do so.  If you can't until we

Page 5

1   respond to a particular question or need, then go on home, leave

2   whatever that question you have with us so we can sort that out

3   and we'll see you Thursday morning.  Is that acceptable to you?

4           Counsel, is that acceptable my little comment?

5           **MR. QUINN:**  Yes, Your Honor.

6           **THE COURT:**  You go have a wonderful evening.  Thank you

7   very much.

8                           (Jury out.)

9           (Whereupon the proceedings were adjourned at 3:53

10  p.m..)

11

12                           -oOo-

13

14                         CERTIFICATE

15

16           I hereby certify that pursuant to Section 753, Title 28,

17  United States Code, the foregoing is a true and correct transcript

18  of the stenographically reported proceedings held in the

19  above-entitled matter.

20

21  Date:  APRIL 14, 2011

22

23  _____

24  MARIA DELLANEVE, U.S. COURT REPORTER
    CSR NO. 9132

25