Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

```
MATTEL INC., et al.,           )
                               )
          Plaintiff,           )
                               )      DAY 54
     vs.                       ) No. CV 04-9049-DOC
                               )      VOLUME 2
MGA ENTERTAINMENT, INC.,       )
                               )
          Defendant.           )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

FRIDAY, APRIL 15, 2011

JURY NOTE

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:    QUINN EMANUEL URQUHART OLIVER & SULLIVAN
                           BY:  MICHAEL ZELLER, ESQ.
 3                         and  JOHN QUINN, ESQ.
                           865 S. FIGUEROA
 4                         10TH FLOOR
                           LOS ANGELES, CALIFORNIA 90017
 5                         (213)443-3000

 6
     FOR THE DEFENDANTS:   ORRICK, HERRINGTON & SUTCLIFFE
 7                         BY:  ANNETTE HURST, ESQ.
                           405 HOWARD STREET
 8                         SAN FRANCISCO, CALIFORNIA 94105
                           (415)773-5700
 9

10
     FOR THE DEFENDANTS:   ORRICK HERRINGTON & SUTCLIFFE
11                         BY:  THOMAS MCCONVILLE, ESQ.
                           4 PARK PLAZA
12                         SUITE 1600
                           IRVINE, CALIFORNIA 92614
13                          (949)567-6700

14
                           KELLER RACKAUCKAS
15                         BY:  JENNIFER KELLER, ESQ.
                           18500 VON KARMAN AVENUE
16                         SUITE 560
                           IRVINE, CALIFORNIA 92612

17

18

19

20

21

22

23

24

25
```

1        SANTA ANA, CALIFORNIA; FRIDAY, APRIL 14, 2011

2                              -oOo-

3

4         **THE COURT:**  We're on the record on the 13th note from
5    the jury.  "Please inform us if the verdict dates on page 4 and 13
6    are correct.  Thank you."
7              "The dates on pages 4 and 13 are correct dates we're
8    asking about, and they are different than the dates on page 28."
9              Acceptable to Mattel?
10        **MR. PRICE:**  "The correct dates we're asking about."
11        **THE COURT:**  "And they are different than the dates on
12   page 28."
13        **MR. PRICE:**  Yes.
14        **THE COURT:**  In other words, I'm reading exactly what you
15   wrote.
16        **MR. PRICE:**  On the first clause --
17        **THE COURT:**  "The dates on page 4 and 13 are the correct
18   dates we're asking about, and they are different than the dates on
19   page 28."
20        **MR. PRICE:**  That's what we agreed to.
21        **THE COURT:**  Acceptable to MGA?
22        **MS. HURST:**  Yes.
23        **THE COURT:**  I'll go have this typed out.
24             Counsel, thank you.  If you would be a short distance
25   away.  They're asking to leave by 4:00 o'clock; if you don't hear

Page 4

1  from us by 4:00 o'clock, have a nice weekend.

2

3                              -oOo-

4

5                            CERTIFICATE

6

7       I hereby certify that pursuant to Section 753, Title 28,

8  United States Code, the foregoing is a true and correct transcript

9  of the stenographically reported proceedings held in the

10 above-entitled matter.

11

12 Date:  APRIL 15, 2011

13

14 _____

15 MARIA DELLANEVE, U.S. COURT REPORTER
   CSR NO. 9132