QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>             Plaintiffs,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>JOINT FILING REFLECTING MICHAEL MOORE TESTIMONY READ TO JURY |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, for purposes of clarity of the record, the parties hereby jointly submit page and line citations for the trial testimony of Michael Moore which was read to the jury on April 14 and 15, 2011. Objections and rulings thereon were not read to the jury, even if contained in the pages and lines set forth below.

From the Trial Transcript dated March 29, 2011 (Vol. 2 of 3): 109:4-132:9; 133:7-135:13; 135:21-137:14; 137:21-138:24; 139:7-140:23; 141:3-142:2; 143:19-148:10; 148:16-149:14; 149:19-151:11; 151:16-151:20; 152:5-152:11; 152:19-153:10; 153:19-154:2; 154:8-155:12; 155:19-156:17; 156:22-158:5; 158:10-159:13; 159:19-164:18; 165:5-167:14; 167:18-169:19[1]; 170:16-171:13; 171:24-172:9*[2]; 172:15-173:11*; 173:20-174:5*; 174:10-177:5*; 177:10-178:21*; 179:8-180:14*; 180:22-184:5*.

From the Trial Transcript dated April 4, 2011 (Vol. 2 of 4): 7:23-24:22; 25:3-29:11; 29:15-33:23; 34:5-35:5; 35:19-37:8; 37:22-41:3; 41:22-46:23; 47:9-48:15; 54:22-58:22; 59:12-61:25; 62:18-64:3; 64:8-64:21; 65:1-65:7; 65:15-66:8; 67:9-70:11; 71:7-72:2; 72:24-73:6; 73:17-75:17; 76:20-77:2; 77:22-82:1; 83:5-85:24; 87:14-87:18; 88:7-88:17; 94:10-97:1; 97:15-99:13; 100:9-100:16; 101:1-101:4; 102:10-103:3; 104:22-110:23; 111:7-111:18; 112:12-113:17; 113:22-115:20; 116:6-116:12; 116:23-117:21[3]; 118:10-118:25; 119:7-120:14; 121:1-124:11; 124:18-126:5; 126:17-128:19; 128:24-129:5; 129:13-131:14.

From the Trial Transcript dated April 4, 2011 (Vol. 3 of 4): 6:5-10:1; 10:7-11:7; 11:14-13:5; 13:19-14:7; 14:14-15:13; 15:18-15:20; 16:14-17:4; 17:14-20:21; 21:2-24:20; 25:16-26:3; 26:14-26:18.

---

[1] Accidently read to 169:22.
[2] The testimony indicated with a * was read over Mattel's objection as set forth on the record on April 14, 2011.
[3] Read as edited as agreed by the parties.

| | | |
|---|---|---|
| 3 | DATED:  April 18, 2011 | QUINN EMANUEL URQUHART & SULLIVAN. LLP |
| 5 | | By  */s/ Michael T. Zeller* |
| 6 | | Michael T. Zeller |
| | | Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V. |
| 8 | DATED:  April 18, 2011 | ORRICK, HERRINGTON & SUTCLIFFE. LLP |
| 10 | | By  */s/ Thomas S. McConville* |
| 11 | | Thomas S. McConville |
| | | Attorneys for MGA Parties |

00505.07975/4097400.1

-3-
JOINT FILING RE: MICHAEL MOORE TESTIMONY READ TO JURY