# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV04-9049 DOC(RNBx) |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL |
| Date | April 11, 2011 |

Present: The Honorable    David O. Carter, U.S. District Judge

| Nancy Boehme | Debbie Gale, Jane Sutton |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst |

___ Day Court Trial    50th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    X Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    X Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    April 12, 2011 at 8:30 a.m.    for jury deliberations.
X Other:    Outside the presence of the jury, Court and counsel confer regarding exhibits, Special Verdict Form, and Jury Notes 1, 2, 3 and 4.

1 : 48

Initials of Deputy Clerk    nkb

cc: