# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV04-9049 DOC(RNBx) |
| Title: | MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL |
| Date | April 18, 2011 |

Present: The Honorable  David O. Carter, U.S. District Judge

| Nancy Boehme | Debbie Gale, Maria Dellaneve |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Quinn, William Price, Mike Zeller | Jennifer Keller, Thomas McConville, Annette Hurst |

___ Day Court Trial    55th  Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X  Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   X  Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
X  Case continued to  April 19, 2011 at 8:30 a.m.  for jury deliberations.
X  Other:  Outside the presence of the jury, Court and counsel confer regarding Jury Notes 14, 15, 16,

0 : 15

Initials of Deputy Clerk  nkb

cc: