1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   William C. Price (Bar No. 108542)
3  (williamprice@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
4  (michaelzeller@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
6  Facsimile:    (213) 443-3100

7  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.
8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                      SOUTHERN DIVISION
11

12 MATTEL, INC., a Delaware          CASE NO. CV 04-9049 DOC (RNBx)
   corporation, and Mattel de Mexico, Consolidated with
13 S.A. de C.V., a Mexico business   Case No. CV 04-09059
   entity,                            Case No. CV 05-02727
14                Plaintiffs,
                                      Hon. David O. Carter
15       vs.
                                      [PROPOSED] ORDER GRANTING
16 MGA ENTERTAINMENT, INC., a         MATTEL'S REQUEST FOR
   California corporation, et al.    MODIFICATION OF *IN CAMERA* AND
17                                    UNDER SEAL MINUTE ORDER
                  Defendants.         DATED APRIL 14, 2011 RE:
18                                    INTERVIEW NOTES OF MICHAEL
   AND CONSOLIDATED ACTIONS           MOORE
19

00505.07975/4095598.1

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based on Mattel's concurrently filed Request for Modification of the Court's *In Camera* and Under Seal minute order dated April 14, 2011 Re: MGA's Motion to Compel Interview Notes of Michael Moore,

IT IS HEREBY ORDERED:

The Court's *In Camera* and Under Seal Minute Order dated April 14, 2011 Re: MGA's Motion to Compel Interview Notes of Michael Moore shall be modified as follows: The last sentence of the minute order—"The Clerk shall serve this minute order on all parties to the action."—shall be deleted, and in its place shall be inserted the sentence: "This order shall remain under seal and shall not be released to any other person or party."

DATED: April 18, 2011

*David O. Carter*
Hon. David O. Carter
United States District Judge