**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

```
MATTEL, INC., et al.,           )
                                )
          Plaintiffs,           )
                                )
     vs.                        ) No. CV 04-9049 DOC
                                )    Day 55
MGA ENTERTAINMENT, INC., et al.,)    Volume 1 of 2
                                )
                                )
          Defendants.           )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Jury Trial

Santa Ana, California

Monday, April 18, 2011

Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

04cv9049 Mattel 2011-04-18 D55V1

```
 1   APPEARANCES OF COUNSEL:

 2

     FOR PLAINTIFF MATTEL, INC., ET AL.:
 3
              QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
 4         BY:  JOHN QUINN   (not present)
                WILLIAM PRICE
 5              MICHAEL T. ZELLER
                Attorneys at Law
 6         865 South Figueroa Street
           10th Floor
 7         Los Angeles, California 90017
           (213) 443-3000
 8

 9

10

11   FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

12            ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
           BY:  THOMAS S. McCONVILLE
13              Attorney at Law
           4 Park Plaza
14         Suite 1600
           Irvine, California 92614
15         (949) 567-6700

16            - AND -

17            ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
           BY:  ANNETTE L. HURST
18              Attorney at Law
           405 Howard Street
19         San Francisco, California 94105
           (415)773-5700

20            - AND -

21
              KELLER RACKAUCKAS
22         BY:  JENNIFER KELLER
                Attorney at Law
23         18500 Von Karman Avenue
           Suite 560
24         Irvine, California 92612
           (949) 476-8700

25
```

```
 1    APPEARANCES OF COUNSEL (Continued):

 2


 3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

 4
              LAW OFFICES OF MARK E. OVERLAND
 5            By:  MARK E. OVERLAND   (not present)
                   Attorney at Law
 6            100 Wilshire Boulevard
              Suite 950
 7            Santa Monica, California 90401
              (310) 459-2830
 8
              - AND -
 9
              SCHEPER KIM & HARRIS LLP
10            BY:  ALEXANDER H. COTE (not present)
                   Attorney at Law
11            601 West 5th Street
              12th Floor
12            Los Angeles, California 90071
              (213) 613-4660
13

14


15
      ALSO PRESENT:
16

17            ROBERT ECKERT, Mattel CEO

18            ISAAC LARIAN, MGA CEO

19

20

21

22

23

24

25
```

| | **I N D E X** | |
|---|---|---|
| | **PROCEEDINGS** | **PAGE** |
| | Jury Note 14 | 5 |
| | Jury Note 15 | 9 |
| | Response to Jury Note 15 | 9 |

Case 2:04-cv-09049-DOC-RNB   Document 10482   Filed 04/20/11   Page 5 of 10   Page ID #:318119
CV 04-9049 DOC - 4/18/2011 - Day 55, Volume 1 of 2

5

|  |  |
|---|---|
|  | 1    **SANTA ANA, CALIFORNIA, MONDAY, APRIL 18, 2011** |
|  | 2    **Day 55, Volume 1 of 2** |
|  | 3              (11:01 a.m.) |
| 11:04 | 4       *(Outside the presence of the jury.)* |
| 11:01 | 5              THE COURT:  All right.  Counsel, we're on the |
| 11:01 | 6    record. |
| 11:01 | 7              We've received Question No. 14 from the jury. |
| 11:01 | 8              "Under the heading 'Mattel's claim for trade |
| 11:01 | 9    secret misappropriation,' Question No. 9 and 75, we are |
| 11:01 | 10   missing Document TX20474.  Please provide doc.  Thank you." |
| 11:01 | 11             There's only one problem with that document. |
| 11:01 | 12   Mattel added, "Confidential.  Attorney's Eyes Only" to that |
| 11:01 | 13   document at a later time, after this litigation started. |
| 11:01 | 14   Remember? |
| 11:01 | 15             MR. PRICE:  Yeah. |
| 11:01 | 16             THE COURT:  So that document is misleading.  In |
| 11:01 | 17   other words, that document should go back to the jury, but |
| 11:01 | 18   "Attorney's Eyes Only" -- |
| 11:01 | 19             MR. PRICE:  I think we gave them a general |
| 11:01 | 20   instruction. |
| 11:01 | 21             THE COURT:  Well, they need to be reminded of |
| 11:01 | 22   that.  It can't go back in that form. |
| 11:01 | 23             MR. PRICE:  They have a lot of documents back |
| 11:02 | 24   there like that, I think, from both sides. |
| 11:02 | 25             MS. HURST:  They do.  But a reminder would be |

| | | |
|---|---|---|
| 11:02 | 1 | welcome. |
| 11:02 | 2 | THE COURT: It needs to be. |
| 11:02 | 3 | Okay. So do we have that document? |
| 11:02 | 4 | MR. ZELLER: We do. |
| 11:02 | 5 | THE COURT: Could I see that for just a moment. |
| 11:02 | 6 | Show that to the opposition for just a minute. |
| 11:02 | 7 | Mr. Larian, Mr. Eckert, good morning to both of |
| 11:02 | 8 | gentlemen. |
| 11:02 | 9 | *(Document provided to the Court.)* |
| 11:02 | 10 | THE COURT: Now, do you want me to send a note |
| 11:02 | 11 | back or to bring the jury down the hallway? |
| 11:02 | 12 | MR. ZELLER: Just give it to them and -- maybe |
| 11:02 | 13 | with a written note. If everyone thinks they ought to be |
| 11:03 | 14 | reminded, just simply say, "Also, I remind you" -- |
| 11:03 | 15 | THE COURT: Yeah. |
| 11:03 | 16 | Why don't you draft it. That way there won't be |
| 11:03 | 17 | any quibbling. |
| 11:03 | 18 | "This is Document No. 20474. The Court reminds |
| 11:03 | 19 | you that the 'Confidential. Attorney's Eyes Only' was a |
| 11:03 | 20 | label that the parties placed on the document after |
| 11:03 | 21 | litigation." |
| 11:03 | 22 | MR. ZELLER: "As set forth in instruction" -- and |
| 11:03 | 23 | then I think we can give them the number. |
| 11:03 | 24 | MS. HURST: I don't think there was a -- |
| 11:03 | 25 | MR. McCONVILLE: I don't think there was an |

| | | |
|---|---|---|
| 11:03 | 1 | instruction. |
| 11:03 | 2 | THE COURT: It was during the trial. |
| 11:03 | 3 | MS. HURST: It was an instruction given during the |
| 11:03 | 4 | trial. |
| 11:03 | 5 | THE COURT: Okay. Somebody draft it. Get out a |
| 11:03 | 6 | pen, piece of paper. Write it down. |
| 11:03 | 7 | MS. HURST: Okay. What did you just say, Mike? |
| 11:03 | 8 | THE COURT: Now, also, I remind you -- my best |
| 11:04 | 9 | thought is that we inform the jury that Friday is a day that |
| 11:04 | 10 | they won't be in session at all. If they reached a verdict |
| 11:04 | 11 | and brought it in on Friday, it's going to take well over an |
| 11:04 | 12 | hour to read the verdict. |
| 11:04 | 13 | I've given an hour and 15 minute for all the |
| 11:04 | 14 | parties to drive down the highway. So if we get notice, we |
| 11:04 | 15 | literally can't take a verdict on Friday. And you don't |
| 11:04 | 16 | want to be into Good Friday afternoon, because you're going |
| 11:04 | 17 | to lose all your jurors. |
| 11:04 | 18 | So my thought is that they be informed, by |
| 11:04 | 19 | stipulation of all counsel, that they're just not in session |
| 11:04 | 20 | on Friday. |
| 11:04 | 21 | Is that acceptable to MGA? |
| 11:04 | 22 | MS. KELLER: Yes, Your Honor. |
| 11:04 | 23 | THE COURT: Mattel? |
| 11:04 | 24 | MR. PRICE: Yes. |
| 11:04 | 25 | THE COURT: All right. Why don't we inform them |

Case 2:04-cv-09049-DOC-RNB   Document 10482   Filed 04/20/11   Page 8 of 10   Page ID
 #:318122
CV 04-9049 DOC - 4/18/2011 - Day 55, Volume 1 of 2

8

| | | |
|---|---|---|
| 11:04 | 1 | then of that at the end of the day, not this morning. |
| 11:04 | 2 | Also, if there are inconsistent verdicts, we need |
| 11:04 | 3 | to send it back to the jury.  And I think that it's going to |
| 11:04 | 4 | be at least a half-day process. |
| 11:04 | 5 | Okay.  Why don't you just read that and see if |
| 11:05 | 6 | it's acceptable. |
| 11:05 | 7 | MS. HURST:  "The document is provided.  It bears |
| 11:05 | 8 | a," quote, "Confidential.  Attorney's Eyes Only," end quote, |
| 11:05 | 9 | "designation placed there by the parties after the |
| 11:05 | 10 | litigation commenced.  As with the other documents bearing |
| 11:06 | 11 | this designation, and as I previously instructed you during |
| 11:06 | 12 | the trial, the designation is not to be considered |
| 11:06 | 13 | evidence." |
| 11:06 | 14 | THE COURT:  Acceptable to MGA? |
| 11:06 | 15 | MS. HURST:  Yes. |
| 11:06 | 16 | THE COURT:  Acceptable to Mattel? |
| 11:06 | 17 | MR. ZELLER:  Yes. |
| 11:06 | 18 | THE COURT:  Then, I'll word-process this, send |
| 11:06 | 19 | Document 20474 back through Nancy, who's the clerk. |
| 11:06 | 20 | And we'll call you as soon as we get another |
| 11:06 | 21 | question.  Okay.  Thank you. |
| 11:06 | 22 | *(Proceedings recessed at 11:06 a.m.)* |
| 11:06 | 23 | *(Proceedings resumed at 1:39 p.m.)* |
| 01:37 | 24 | *(Outside the presence of the jury.)* |
| 01:39 | 25 | THE COURT:  All right.  Counsel, we're on the |

Case 2:04-cv-09049-DOC-RNB   Document 10482   Filed 04/20/11   Page 9 of 10   Page ID #:318123
CV 04-9049 DOC - 4/18/2011 - Day 55, Volume 1 of 2

9

| | | |
|---|---|---|
| 01:39 | 1 | record in Mattel v. MGA Entertainment. |
| 01:39 | 2 | I'm going to have to call another criminal matter |
| 01:39 | 3 | so this needs it be quick. |
| 01:39 | 4 | The jury states, "We're unable to locate exhibit |
| 01:39 | 5 | number for e-mail from Mr. Turetzky to Villasenor, where he |
| 01:39 | 6 | communicates to Villasenor he saved Mattel a million |
| 01:39 | 7 | dollars.  Please provide us the exhibit number.  Thank you." |
| 01:39 | 8 | MS. KELLER:  We're looking it up right now, |
| 01:39 | 9 | Your Honor. |
| 01:39 | 10 | *(Pause in the proceedings at 1:39 p.m.)* |
| 01:37 | 11 | *(Proceedings resumed at 1:51 a.m.)* |
| 01:51 | 12 | *(Outside the presence of the jury.)* |
| 01:51 | 13 | THE COURT:  All right.  Debbie, we're on the |
| 01:51 | 14 | record.  The note is: |
| 01:51 | 15 | "In answer to your request in Note No. 15, the |
| 01:52 | 16 | parties believe the exhibit you requested are marked as |
| 01:52 | 17 | Trial Exhibit No. 27464-R, pages 129 and 158." |
| 01:52 | 18 | Satisfactory? |
| 01:52 | 19 | MR. McCONVILLE:  Yes. |
| 01:52 | 20 | THE COURT:  Mike? |
| 01:52 | 21 | MR. ZELLER:  Yes. |
| 01:52 | 22 | THE COURT:  Then, we'll call you as soon as we get |
| 01:52 | 23 | another question.  Thank you. |
| 01:52 | 24 | *(Proceedings recessed at 1:52 p.m.)* |
| | 25 | -oOo- |

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: April 18, 2011

_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR