QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>JOINT SUBMISSION REFLECTING JAMES MALACKOWSKI AND MICHAEL WAGNER TESTIMONY READ TO JURY |
| AND CONSOLIDATED ACTIONS | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, for purposes of clarity of the record, the parties hereby jointly submit page and line citations for the trial testimony of James Malackowski and Michael Wagner which was read to the jury on April 19, 2011. Objections and rulings thereon were not read to the jury, even if contained in the pages and lines set forth below.

From the Trial Transcript dated April 4, 2011 (Vol. 3 of 4):  37:14-67:18.

From the Trial Transcript dated April 5, 2011 (Vol. 1 of 5):  26:19-40:13; 40:23-59:22.

From the Trial Transcript dated April 5, 2011 (Vol. 2 of 5):  5:8-18:8

From the Trial Transcript dated April 5, 2011 (Vol. 3 of 5):  71:18-95:23; 96:13-100:23.

From the Trial Transcript dated April 5, 2011 (Vol. 4 of 5):  4:4-13:9; 13:22-17:21; 19:15-21:15; 22:9-35:4; 37:17-40:11.

DATED: April 20, 2011         QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc. and Mattel de Mexico. S.A. de C.V.

DATED: April 20, 2011         ORRICK, HERRINGTON & SUTCLIFFE. LLP

By /s/ Thomas S. McConville
Thomas S. McConville
Attorneys for MGA Parties