```
 1                 UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3           HONORABLE DAVID O. CARTER, JUDGE PRESIDING

 4                        - - - - - - -

 5
     MATTEL, INC., et al.,              )
 6                                      )
                  Plaintiffs,           )
 7                                      )
          vs.                           ) No. CV 04-9049 DOC
 8                                      )    Day 56
     MGA ENTERTAINMENT, INC., et al.,   )    Volume 1 of 2
 9                                      )
                                        )
10                Defendants.           )
     _____)
11

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                        Jury Trial

16                   Santa Ana, California

17                 Tuesday, April 19, 2011

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141
24

25   04cv9049 Mattel 2011-04-19 D56V1
```

```
 1   APPEARANCES OF COUNSEL:

 2

     FOR PLAINTIFF MATTEL, INC., ET AL.:
 3
                 QUINN EMANUEL URQUHART & SULLIVAN
 4               BY:  JOHN QUINN   (not present)
                      WILLIAM PRICE
 5                    MICHAEL T. ZELLER
                      Attorneys at Law
 6               865 South Figueroa Street
                 10th Floor
 7               Los Angeles, California 90017
                 (213) 443-3000
 8

 9

10

11   FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

12               ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
                 BY:  THOMAS S. McCONVILLE
13                    Attorney at Law
                 4 Park Plaza
14               Suite 1600
                 Irvine, California 92614
15               (949) 567-6700

16               - AND -

17               ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
                 BY:  ANNETTE L. HURST
18                    Attorney at Law
                 405 Howard Street
19               San Francisco, California 94105
                 (415)773-5700
20
                 - AND -
21
                 KELLER RACKAUCKAS
22               BY:  JENNIFER KELLER
                      Attorney at Law
23               18500 Von Karman Avenue
                 Suite 560
24               Irvine, California 92612
                 (949) 476-8700
25
```

```
 1    APPEARANCES OF COUNSEL (Continued):

 2


 3    FOR CARLOS GUSTAVO MACHADO GOMEZ:

 4
              LAW OFFICES OF MARK E. OVERLAND
 5            By:  MARK E. OVERLAND   (not present)
                  Attorney at Law
 6            100 Wilshire Boulevard
              Suite 950
 7            Santa Monica, California 90401
              (310) 459-2830
 8
              - AND -
 9
              SCHEPER KIM & HARRIS LLP
10            BY:  ALEXANDER H. COTE   (not present)
                  Attorney at Law
11            601 West 5th Street
              12th Floor
12            Los Angeles, California 90071
              (213) 613-4660
13

14    ALSO PRESENT:

15
              ROBERT A. ECKERT, MATTEL CEO
16
              ISAAC LARIAN, MGA CEO
17

18

19

20

21

22

23

24

25
```

# I N D E X

| PROCEEDINGS | PAGE |
|---|---|
| Jury Note 17 | 5 |
| Readback of Direct Examination by Ms. Keller of Mr. Malackowski | 6 |

Case 2:04-cv-09049-DOC-RNB   Document 10488   Filed 04/21/11   Page 5 of 8   Page ID
#:318142
CV 04-9049 DOC - 4/19/2011 - Day 56, Volume 1 of 2

5

**SANTA ANA, CALIFORNIA, TUESDAY, APRIL 19, 2011**

**Day 56, Volume 1 of 2**

(10:05 a.m.)

*(In the presence of the jury.)*

THE COURT: Good morning. How are you today?

We'll, first, the jury's present, and all counsel are present.

Counsel, thank you for your courtesy.

Usually, we'd spend on hour or so going through and looking at each objection and making sure that it's crossed out. But my memory is the examintions that you're asking for went rather smoothly for both sides. And instead of taking that couple hours, let's start with Debbie rereading. If she sees an objection, she'll just skip over that, as is our custom. And I think we'll save a couple hours by just getting right to the task.

Second, we'll take a break along the way. Because, instead of a straight reading, you will need a break, probably, in that process. But we'll get that to you, and I think we can do it before launch.

Finally, both counsel have stipulated and agreed that this Friday, regardless of where you are in your deliberations, is Good Friday, and you're going to have the entire day off. So Thursday will be your last sitting today. And then, if you're continuing on with your

Case 2:04-cv-09049-DOC-RNB   Document 10488   Filed 04/21/11   Page 6 of 8   Page ID #:318143
CV 04-9049 DOC - 4/19/2011 - Day 56, Volume 1 of 2

6

```
10:06   1    deliberations, we'll continue after that "week recess" we
10:06   2    promised you.
10:06   3              One reason is that, frankly, both sides agreed
10:06   4    that, if you reached a verdict and we were reading it that
10:06   5    day, it's a rather long process.  So people have religious
10:06   6    issues on that -- not "issues" -- have religious needs on
10:06   7    that day, and we don't know who.  So we just decided that
10:06   8    the better course was that Friday you had the entire day off
10:06   9    so you could make your plans.  Okay?
10:06  10              Now -- and that was stipulated to by Mattel and
10:06  11    MGA; is that correct?
10:06  12              MR. PRICE:  Yes, Your Honor.
10:07  13              THE COURT:  And we should have told you that last
10:07  14    week, quite frankly, okay?  But we just didn't intrude.
10:07  15              Well, Debbie, come up on the stand and start
10:07  16    reading.
10:07  17                 (Record read.)
11:51  18              THE COURT:  Now, that completes the reading of the
11:51  19    direct examination by Ms. Keller of Mr. Malackowski.
11:51  20              Why, don't you go to lunch.  Why don't you come
11:51  21    back at 1:00 o'clock.  So we'll see you at 1:00 o'clock.
11:51  22    And Debbie or Maria will read.
11:51  23              And your next request was Mr. Wagner's testimony
11:51  24    on 4/5/11.  And you want his testimony when he was recalled.
11:51  25              JURY FOREPERSON:  Yes.
```

| | | |
|---|---|---|
| 11:51 | 1 | THE COURT: Okay. We'll have that read for you |
| 11:51 | 2 | when you return. |
| 11:51 | 3 | All right. Counsel, if you will join me at five |
| 11:51 | 4 | minutes to 1:00 just so we're ready. Okay? |
| 11:51 | 5 | Have a nice lunch. |
| 11:51 | 6 | *(Lunch recess held at 11:51 a.m.)* |
| 11:51 | 7 | *(Further proceedings reported by Maria* |
| 11:51 | 8 | *Dellaneve in Volume II.)* |
| 11:51 | 9 | -oOo- |

Case 2:04-cv-09049-DOC-RNB Document 10488 Filed 04/21/11 Page 8 of 8 Page ID #:318145
CV 04-9049 DOC - 4/19/2011 - Day 56, Volume 1 of 2

8

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: April 19, 2011

_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR