Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

```
MATTEL INC., et al.,           )
                               )
            Plaintiff,         )
                               )    DAY 56
        vs.                    ) No. CV 04-9049-DOC
                               )    VOLUME 2 OF 2
MGA ENTERTAINMENT, INC.,       )
                               )
            Defendant.         )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

TUESDAY, APRIL 19, 2011

JURY NOTE

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:    QUINN EMANUEL URQUHART OLIVER & SULLIVAN
                           BY:  MICHAEL ZELLER, ESQ.
 3                         and  JOHN QUINN, ESQ.
                           865 S. FIGUEROA
 4                         10TH FLOOR
                           LOS ANGELES, CALIFORNIA 90017
 5                         (213)443-3000

 6
     FOR THE DEFENDANTS:   ORRICK, HERRINGTON & SUTCLIFFE
 7                          BY:  ANNETTE HURST, ESQ.
                           405 HOWARD STREET
 8                         SAN FRANCISCO, CALIFORNIA 94105
                           (415)773-5700
 9

10
     FOR THE DEFENDANTS:   ORRICK HERRINGTON & SUTCLIFFE
11                         BY:   THOMAS MCCONVILLE, ESQ.
                           4 PARK PLAZA
12                         SUITE 1600
                           IRVINE, CALIFORNIA 92614
13                          (949)567-6700

14
                            KELLER RACKAUCKAS
15                          BY:  JENNIFER KELLER, ESQ.
                            18500 VON KARMAN AVENUE
16                          SUITE 560
                            IRVINE, CALIFORNIA 92612
17

18

19

20

21

22

23

24

25
```

1    SANTA ANA, CALIFORNIA; TUESDAY, APRIL 19, 2011
2                          -oOo-
3         **THE COURT:** We're on the record, and Mattel has
4    requested that the Court read, and the Court agrees with Mattel,
5    the following:  "You are not to consider any damages allegedly
6    attributable to conduct involving Kohl's in arriving at a damages
7    figure.  The Court will make that determination, if any."
8         Second, the note that we received, the jury stopped us
9    as we began the re-reading of Mr. Wagner's testimony on 4/5/11,
10   and the note stated in parenthesis "his recall."  The jury
11   informed us that they just wanted his recross.  So that will be
12   read in just a moment.
13        And the page number, counsel, where that begins?
14        **MS. KELLER:**  It is page 39 of volume four.
15        **MR. PRICE:**  I have a different page number.  I want to
16   check.
17        **THE COURT:**  We have received juror note number 18.  It
18   states:  "We apologize, Your Honor.  We were wrong.  We will move
19   forward with reading asked on jury note number 17B.  Thank you."
20        So that means I think that they want --
21        **MS. KELLER:**  The recross.
22        **THE COURT:**  No.  I think that they want the entire
23   testimony reread, and we're going to call the jury down right now.
24   I'm going to ask them.
25        **MS. KELLER:**  Does that mean the entire testimony of

Page 4

1   Wagner or the entire testimony of Wagner and Malackowski?
2           **THE COURT:**  It says Mr. Wagner's testimony on 4/5/11.
3           **MR. ZELLER:**  They're now saying they want to hear the
4   whole thing.
5           **THE COURT:**  I think so.  And we're going to clarify that
6   and make absolutely certain.  And I think that's exactly what they
7   mean.  The nice thing is we won't have to guess.  We'll ask them
8   in just a moment.
9           **MS. KELLER:**  So all the testimony when he was recalled?
10          **MR. PRICE:**  Right.
11          **MS. KELLER:**  On rebuttal.
12          **THE COURT:**  On rebuttal.
13                          (Jury in.)
14          **THE COURT:**  We're on the record.  And I just want to
15  make certain our record is complete.
16          I received a note, "We apologize, Your Honor.  We were
17  wrong.  We will move forward with reading asked on question jury
18  note number 17B."  17B requests Mr. Wagner's testimony on April 5,
19  2011, his recall.
20          We take that to mean his rebuttal; is that correct?  So
21  we'll just start reading right from the beginning and proceed
22  through unless you tell us to stop.
23          That acceptable to Mattel and MGA?
24          **MR. PRICE:**  Yes, Your Honor.
25                          (Record read.)

Page 5

1 **THE COURT:** The re-reading has been completed now. And
2 you are reminded that you are not to consider any damages
3 allegedly attributable to the conduct involving Kohl's in arriving
4 at a damages figure. The Court will make that determination, if
5 any.
6         We'll excuse the jury, thank you.
7                     (Jury out.)
8
9                      -oOo-
10
11                    CERTIFICATE
12
13      I hereby certify that pursuant to Section 753, Title 28,
14 United States Code, the foregoing is a true and correct transcript
15 of the stenographically reported proceedings held in the
16 above-entitled matter.
17
18 Date: APRIL 21, 2011
19
20 _____
21 MARIA DELLANEVE, U.S. COURT REPORTER
   CSR NO. 9132
22
23
24
25