CV 04-9049 DOC - 4/20/2011 - Day 57

1

1              **UNITED STATES DISTRICT COURT**

2           **CENTRAL DISTRICT OF CALIFORNIA**

3       **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    - - - - - - -

5

  MATTEL, INC., et al.,              )
6                                    )
            Plaintiffs,              )
7                                    )
       vs.                           ) No. CV 04-9049 DOC
8                                    )     Day 57
  MGA ENTERTAINMENT, INC., et al.,   )
9                                    )
                                     )
10         Defendants.               )
  _____)
11

12

13

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                   Jury Trial

16              Santa Ana, California

17           Wednesday, April 20, 2011

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141

24

25   04cv9049 Mattel 2011-04-20 D57

CV 04-9049 DOC - 4/20/2011 - Day 57

2

**APPEARANCES OF COUNSEL:**

FOR PLAINTIFF MATTEL, INC., ET AL.:

        QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
        BY:   JOHN QUINN
             WILLIAM PRICE
             MICHAEL T. ZELLER
             Attorneys at Law
        865 South Figueroa Street
        10th Floor
        Los Angeles, California 90017
        (213) 443-3000

FOR DEFENDANT MGA ENTERTAINMENT, INC., ET AL:

        ORRICK, HERRINGTON & SUTCLIFFE, LLP (Irvine)
        BY:   THOMAS S. McCONVILLE
             Attorney at Law
        4 Park Plaza
        Suite 1600
        Irvine, California 92614
        (949) 567-6700

        - AND -

        ORRICK, HERRINGTON & SUTCLIFFE, LLP (SF)
        BY:   ANNETTE L. HURST
             Attorney at Law
        405 Howard Street
        San Francisco, California 94105
        (415)773-5700

        - AND -

        KELLER RACKAUCKAS
        BY:   JENNIFER KELLER
             Attorney at Law
        18500 Von Karman Avenue
        Suite 560
        Irvine, California 92612
        (949) 476-8700

1   **APPEARANCES OF COUNSEL (Continued):**

2

3   FOR CARLOS GUSTAVO MACHADO GOMEZ:

4
        LAW OFFICES OF MARK E. OVERLAND
5       By:  MARK E. OVERLAND  (not present)
             Attorney at Law
6       100 Wilshire Boulevard
        Suite 950
7       Santa Monica, California 90401
        (310) 459-2830
8
        - AND -
9
        SCHEPER KIM & HARRIS LLP
10      BY:  ALEXANDER H. COTE  (not present)
             Attorney at Law
11      601 West 5th Street
        12th Floor
12      Los Angeles, California 90071
        (213) 613-4660
13

14

15
    ALSO PRESENT:
16

17      ROBERT ECKERT, Mattel CEO

18      ISAAC LARIAN, MGA CEO

19

20

21

22

23

24

25

CV 04-9049 DOC – 4/20/2011 – Day 57

4

1              **I N D E X**

2    **PROCEEDINGS**                                    **PAGE**

3    Jury Note 19 (verdict in ink)                    5

4    Jury Note 20 (verdict reached)                   7

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC – 4/20/2011 – Day 57

5

| | | |
|---|---|---|
| | 1 | **SANTA ANA, CALIFORNIA, WEDNESDAY, APRIL 20, 2011** |
| | 2 | **Day 57** |
| | 3 | (1:59 p.m.) |
| 01:59 | 4 | *(Outside the presence of the jury.)* |
| 01:59 | 5 | THE COURT:  All right.  We're back in session. |
| 01:59 | 6 | Counsel are present. |
| 01:59 | 7 | I received Note No. 19 -- is that correct? |
| 01:59 | 8 | THE CLERK:  Yes, Your Honor. |
| 01:59 | 9 | THE COURT:  Do you have copies of the note?  It |
| 01:59 | 10 | asks a very simple question. |
| 02:00 | 11 | "In response to your question in Note 19, the |
| 02:00 | 12 | verdict form must be completed in ink," and I've proposed to |
| 02:00 | 13 | send that back to the jury. |
| 02:00 | 14 | Any objections? |
| 02:00 | 15 | MS. KELLER:  No objection. |
| 02:00 | 16 | MR. ZELLER:  No. |
| 02:00 | 17 | THE COURT:  It must be in ink.  In fact, it must |
| 02:00 | 18 | be completed in ink. |
| 02:00 | 19 | I don't know if the jury's close to a verdict or |
| 02:00 | 20 | not.  It may be one of the signs that they may be close. |
| 02:00 | 21 | Do I have a stipulation from counsel for the hour |
| 02:00 | 22 | and 15 minutes? |
| 02:00 | 23 | Mr. Eckert's here and Mr. Larian's here.  But I |
| 02:00 | 24 | know members of the press wanted to be present. |
| 02:00 | 25 | Also, I would like an hour to examine that verdict |

Case 2:04-cv-09049-DOC-RNB   Document 10491   Filed 04/21/11   Page 6 of 14   Page ID
#:318157
CV 04-9049 DOC - 4/20/2011 - Day 57

6

| | | |
|---|---|---|
| 02:00 | 1 | form in chambers, just the Court looking to see that there's |
| 02:00 | 2 | no inconsistencies. |
| 02:00 | 3 | Do I still have your stipulation on that? |
| 02:00 | 4 | MR. ZELLER:  You do. |
| 02:00 | 5 | MS. KELLER:  Yes, Your Honor. |
| 02:00 | 6 | THE COURT:  All right.  I'll be right back. |
| 02:00 | 7 | *(Brief pause in the proceedings.)* |
| 02:00 | 8 | THE COURT:  All right.  I've received no |
| 02:00 | 9 | indication of a final verdict. |
| 02:01 | 10 | But, Nancy, if you will take this back attached to |
| 02:01 | 11 | Note No. 19. |
| 02:01 | 12 | Now, the second question I have for you is this: |
| 02:01 | 13 | It's 2:00 o'clock now.  If, in fact, they come |
| 02:01 | 14 | back with the notation that they've reached a verdict, do |
| 02:01 | 15 | you want that verdict read this evening? |
| 02:01 | 16 | Mr. Quinn? |
| 02:01 | 17 | MR. QUINN:  Yes, we would. |
| 02:01 | 18 | THE COURT:  If at all possible, if they can stay. |
| 02:01 | 19 | Also, we have the alternates here. |
| 02:01 | 20 | So, Nancy, take that note back to the jury. |
| 02:01 | 21 | THE CLERK:  They indicated they wanted to leave at |
| 02:01 | 22 | 4:00 today. |
| 02:01 | 23 | THE COURT:  Well, they want to leave at 4:00 |
| 02:01 | 24 | today.  Let's see what they send back as a note.  I'm |
| 02:01 | 25 | anticipating a verdict, just because of this note.  But |

Case 2:04-cv-09049-DOC-RNB   Document 10491   Filed 04/21/11   Page 7 of 14   Page ID #:318158
CV 04-9049 DOC - 4/20/2011 - Day 57

7

| | |
|---|---|
| 02:01 | 1 |

until they say that they've reached a verdict, we should do

02:01  2  nothing.

02:01  3          All right.  Counsel, I'll be right back with you.

02:02  4              *(Proceedings recessed at 2:03 p.m.)*

02:34  5              *(Proceedings resumed at 2:34 p.m.)*

02:34  6              *(Outside the presence of the jury.)*

02:34  7          THE COURT:  All right.  We're back on the record.

02:34  8  All counsel are present.

02:34  9          The Court's received -- and the parties are

02:34  10 present, Mr. Eckert Mr. Larian.

02:34  11         The Court received a note from the jury at

02:34  12 2:10 p.m.  Juror Note No. 20, "The jury's reached a

02:34  13 unanimous verdict."

02:34  14         It's 25 to 3:00.  The jury also expressed a desire

02:34  15 to go home at 4:00 o'clock.  I think under these

02:34  16 circumstances, I promised not only the parties, but the

02:35  17 media, that they'd have an hour and 15 minutes to come to

02:35  18 Court.  That means that we wouldn't start taking the verdict

02:35  19 until a little after 4:00 o'clock.  I anticipate at least

02:35  20 two hours in taking the verdict because of the polling

02:35  21 process.

02:35  22         My suggest to counsel is that the Court simply

02:35  23 calls the jury back into session, admonishes them in the

02:35  24 strongest terms that they're to make no comments and not to

02:35  25 discuss the matter any further; that we'll take the verdict

CV 04-9049 DOC – 4/20/2011 – Day 57

8

| | | |
|---|---|---|
| 02:35 | 1 | tomorrow morning at 8:30. |
| 02:35 | 2 | Would be that acceptable to Mattel and MGA? |
| 02:35 | 3 | MS. KELLER:  Yes, Your Honor. |
| 02:35 | 4 | MR. QUINN:  Yes, Your Honor. |
| 02:35 | 5 | THE COURT:  All right. |
| 02:35 | 6 | Will you ask the jury to come down the hallway, to |
| 02:35 | 7 | bring the verdict, but to show it to no one. |
| 02:36 | 8 | *(Pause in the proceedings at 2:35 p.m.)* |
| 02:36 | 9 | *(Proceedings resumed at 2:37 p.m.)* |
| 02:37 | 10 | *(In the presence of the jury.)* |
| 02:37 | 11 | THE COURT:  Good afternoon. |
| 02:37 | 12 | All right.  We're back in session.  If counsel |
| 02:37 | 13 | would be seated. |
| 02:37 | 14 | I'm going to, first of all, make the following |
| 02:37 | 15 | record: |
| 02:37 | 16 | I received Juror Note No. 20.  It states, "The |
| 02:38 | 17 | jury has reached a unanimous verdict." |
| 02:38 | 18 | Upon receipt of that information, the following |
| 02:38 | 19 | will occur: |
| 02:38 | 20 | Kathy is the clerk of the Court.  She is located |
| 02:38 | 21 | here.  And if you would like, Kathy will place your verdict |
| 02:38 | 22 | this evening in a sealed envelope. |
| 02:38 | 23 | JURY FOREPERSON:  Okay. |
| 02:38 | 24 | THE COURT:  The verdict will be taken tomorrow at |
| 02:38 | 25 | 8:30.  And I'm going to release you today because you'd also |

DEBBIE GALE, U.S. COURT REPORTER

Case 2:04-cv-09049-DOC-RNB   Document 10491   Filed 04/21/11   Page 9 of 14   Page ID #:318160
CV 04-9049 DOC - 4/20/2011 - Day 57

9

| | | |
|---|---|---|
| 02:38 | 1 | asked that you be released at 4:00 o'clock.  And I've got |
| 02:38 | 2 | the alternates and, as a courtesy, I would like to have them |
| 02:38 | 3 | present.  And they had agreed they wanted to leave at 3:30. |
| 02:38 | 4 | So let me be the bad person and just say it's tomorrow |
| 02:38 | 5 | morning. |
| 02:38 | 6 | Number two, depending upon what your decision |
| 02:38 | 7 | is -- and I want no indication from you what that decision |
| 02:38 | 8 | is -- it may take a short time or a long time to read the |
| 02:38 | 9 | verdict; and therefore, I want to have that time with you |
| 02:38 | 10 | tomorrow. |
| 02:38 | 11 | So I'm going to admonish you in the strongest |
| 02:39 | 12 | terms not to discuss this matter any further. |
| 02:39 | 13 | And when you come back in tomorrow morning, we |
| 02:39 | 14 | should be with you probably within 15 minutes of the time |
| 02:39 | 15 | you arrive at 8:30.  I just need to know all of you are |
| 02:39 | 16 | present and all of the alternates are present. |
| 02:39 | 17 | Now, you can't talk to anybody about this case, |
| 02:39 | 18 | anybody about the decision. |
| 02:39 | 19 | Counsel have also stipulated that I may look |
| 02:39 | 20 | solely at your verdict in camera, in other words, this |
| 02:39 | 21 | evening.  And that way, if there's some deficiency or some |
| 02:39 | 22 | issue, et cetera, I may have time to sort that out. |
| 02:39 | 23 | It's a complicated verdict form.  It's an |
| 02:39 | 24 | extensive verdict form.  And counsel have been kind enough, |
| 02:39 | 25 | so in the solitude of my chambers, I'll look.  And I'll |

Case 2:04-cv-09049-DOC-RNB   Document 10491   Filed 04/21/11   Page 10 of 14   Page ID
#:318161
CV 04-9049 DOC - 4/20/2011 - Day 57

10

| | | |
|---|---|---|
| 02:39 | 1 | reseal that and hand it right back to you. |
| 02:39 | 2 | Now, remember, between that time and tomorrow -- |
| 02:39 | 3 | although you've indicated a verdict -- if there's still any |
| 02:39 | 4 | further discussion, et cetera, you're free to do that |
| 02:39 | 5 | tomorrow morning, and indicate as such.  But right now, |
| 02:39 | 6 | you've indicated that you have reached a verdict in this |
| 02:40 | 7 | matter. |
| 02:40 | 8 | So if you would be kind enough, as the foreperson, |
| 02:40 | 9 | to hand that to Kathy.  She'll place it in an envelope. |
| 02:40 | 10 | *(Verdict provided to clerk, placed in an* |
| 02:40 | 11 | *envelope, and sealed.)* |
| 02:40 | 12 | THE COURT:  And if you would be kind enough just |
| 02:40 | 13 | to sign the envelope in a sealed condition, Kathy. |
| 02:40 | 14 | I'll break that seal later this evening after you |
| 02:40 | 15 | leave.  I'll then resign that, and hand it back to you in |
| 02:40 | 16 | the same form.  I want you to check that tomorrow morning |
| 02:40 | 17 | when it comes back in, just in terms of integrity. |
| 02:40 | 18 | And that's why I asked -- concerning your last |
| 02:40 | 19 | note, it has to be filled out in ink.  Never want the |
| 02:40 | 20 | accusation that it's subject to any change by any party. |
| 02:40 | 21 | Okay? |
| 02:40 | 22 | All right.  Then, without further admonition, |
| 02:40 | 23 | tomorrow morning at 8:30.  And please drive safely.  Don't |
| 02:40 | 24 | let anything happen to any of you.  Okay? |
| 02:40 | 25 | So, see you tomorrow.  You have a good evening |

Case 2:04-cv-09049-DOC-RNB   Document 10491   Filed 04/21/11   Page 11 of 14   Page ID
#:318162
CV 04-9049 DOC - 4/20/2011 - Day 57

11

| | | |
|---|---|---|
| 02:41 | 1 | now. |
| 02:41 | 2 | Why don't you keep that, Kathy.  You give that to |
| 02:41 | 3 | me later. |
| 02:41 | 4 | *(Jury adjourns at 2:41 p.m.)* |
| 02:41 | 5 | *(Outside the presence of the jury.)* |
| 02:41 | 6 | THE COURT:  All right.  Counsel, I don't think |
| 02:41 | 7 | there's anything further this evening, except to let the |
| 02:41 | 8 | jury clear the courthouse so that there's no intermixing. |
| 02:41 | 9 | (To the clerk:) And tell the alternates I want |
| 02:41 | 10 | them back promptly at 8:30 tomorrow.  Okay?  And perhaps, if |
| 02:41 | 11 | they're still here, we could call in the alternates and pay |
| 02:41 | 12 | them the courtesy of telling them that we believe that |
| 02:41 | 13 | there's been a verdict that will be handed down.  We'd like |
| 02:41 | 14 | them to be present tomorrow. |
| 02:41 | 15 | *(Brief pause in the proceedings.)* |
| 02:42 | 16 | *(In the presence of the alternate jurors.)* |
| 02:42 | 17 | THE COURT:  Well, first, all of the alternates are |
| 02:42 | 18 | present.  Counsel are still present. |
| 02:42 | 19 | We've called you into open Court this evening as a |
| 02:42 | 20 | courtesy.  I want to inform you that a few moments ago we |
| 02:42 | 21 | received a note from the sitting jurors that they've reached |
| 02:42 | 22 | a verdict in this matter.  We have not taken that verdict |
| 02:43 | 23 | yet because the verdict may take some time to read.  We |
| 02:43 | 24 | don't know if it's a small amount of time or large amount of |
| 02:43 | 25 | time.  It's a very complicated verdict form. |

Case 2:04-cv-09049-DOC-RNB  Document 10491  Filed 04/21/11  Page 12 of 14  Page ID
#:318163
CV 04-9049 DOC - 4/20/2011 - Day 57

12

| | | |
|---|---|---|
| 02:43 | 1 | So it's been decided by all parties and the Court |
| 02:43 | 2 | to hand down that verdict at 8:30 tomorrow morning.  We'd |
| 02:43 | 3 | like you to be present. |
| 02:43 | 4 | You've had no part in the decision-making process. |
| 02:43 | 5 | And even up until tomorrow, if one of the jurors was unable |
| 02:43 | 6 | to continue, the deliberations would start over again. |
| 02:43 | 7 | So you're admonished not to discuss this matter |
| 02:43 | 8 | amongst yourselves nor form or express any opinion |
| 02:43 | 9 | concerning the case. |
| 02:43 | 10 | But you've certainly been with us 57 days, and all |
| 02:43 | 11 | of us would appreciate if you're present, as part of this |
| 02:43 | 12 | contribution that you've made, and that you hear the verdict |
| 02:43 | 13 | that the rendering -- or sitting jury is about to render. |
| 02:43 | 14 | So if you would promptly be here at 8:30. |
| 02:43 | 15 | The jury is to have no discussion with you coming |
| 02:43 | 16 | into the courtroom about their decision.  They're sworn to |
| 02:44 | 17 | be silent about that. |
| 02:44 | 18 | We want to wish you the best, and we'll see you |
| 02:44 | 19 | tomorrow morning at 8:30. |
| 02:44 | 20 | Please don't discuss this matter with anyone. |
| 02:44 | 21 | *(Alternate jurors adjourn for the evening.)* |
| 02:44 | 22 | *(Outside the presence of all jurors.)* |
| 02:44 | 23 | THE COURT:  All right.  Then, Counsel, is there |
| 02:44 | 24 | anything further this evening on behalf of Mattel or MGA? |
| 02:44 | 25 | MS. KELLER:  No, Your Honor. |

CV 04-9049 DOC - 4/20/2011 - Day 57

13

| | | |
|---|---|---|
| 02:44 | 1 | MR. QUINN:  No, Your Honor. |
| 02:44 | 2 | THE COURT:  Then we'll see you tomorrow morning at |
| 02:44 | 3 | 8:30. |
| 02:44 | 4 | *(Proceedings adjourned at 2:44 p.m.)* |
| 02:44 | 5 | -oOo- |
| 02:44 | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

DEBBIE GALE, U.S. COURT REPORTER

CV 04-9049 DOC - 4/20/2011 - Day 57

14

```
02:44    1                              -oOo-

02:44    2

02:44    3                            CERTIFICATE

02:44    4

02:44    5          I hereby certify that pursuant to Section 753,

02:44    6    Title 28, United States Code, the foregoing is a true and

02:44    7    correct transcript of the stenographically reported

02:44    8    proceedings held in the above-entitled matter and that the

02:44    9    transcript page format is in conformance with the

02:44   10    regulations of the Judicial Conference of the United States.

02:44   11

02:44   12    Date:  April 20, 2011

02:44   13

02:44   14
02:44
02:44   15          _____
02:44
02:44   16                    DEBBIE GALE, U.S. COURT REPORTER
                              CSR NO. 9472, RPR

02:44   17

        18

        19

        20

        21

        22

        23

        24

        25
```