# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

Case No.  CV04-9049 DOC(RNBx)                                     Date  April 21, 2011

Title:  MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL

Present: The Honorable  David O. Carter, U.S. District Judge

Kathy Peterson, Julie Barrera, Nancy Boehme           Debbie Gale, Jane Sutton
_Deputy Clerk_                                         _Court Reporter/Recorder, Tape No._

Attorneys Present for Plaintiff(s):                   Attorneys Present for Defendants:
John Quinn, William Price, Mike Zeller                Jennifer Keller, Thomas McConville, Annette Hurst

___ Day Court Trial        58th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.                       ___ Defendant(s) rest.
___ Closing arguments made by ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.                        ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
X Jury Verdict in favor of                   X MGA Parties
X Jury polled.                               ___ Polling waived.
X Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Case continued to _____ for jury deliberations.
___ Other:

                                                                4 : 14
                                          Initials of Deputy Clerk  nkb

cc: