UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL INC., <br><br> Plaintiff, <br><br> v. <br><br> MGA ENTERTAINMENT INC., ET AL. <br><br> Defendant. | Case No: CV 04-09049-DOC (RNBx) <br><br> APPENDIX A TO GIVEN JURY INSTRUCTIONS |

# APPENDIX A—MATTEL'S CLAIMED TRADE SECRETS

| |
|---|
| A multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, and small, almost non-existent noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot. |
| The name "Bratz" used in connection with a multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, and small, almost non-existing noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot. |
| Sculpt TX 1136A |
| Sculpt TX 1141 |
| Bratz Hero Shot, TX 302B-0001 |
| The following Bratz drawings: TXs 1, 2, 3, 5-26, 5-27, 5-79, 5-81, 5-82, 5-83, 5-84, 5-30, 5-52, 62, 5-88, 5-35, 5-36, 5-37, 5-38, 5-39, 5-40, 5-41, 5-42, 5-43, 5-46, 5-49, 5-50, 5-53, 5-54, 5-55, 5-56, 777, 5-58, 5-59, 5-60, 5-61, 5-62, 5-63, 5-64, 5-65, 5-66, 5-67, 5-68, 5-73, 5-72, 5-70, 5-69, 779, 5-107, 5-106, 5-103, 5-104, 791, 5-108, 5-85, 719, 10-2, 5-80, 5-86, 5-87, 5-89 (also 1129), 10-3, 5-102, 5-105, 1107, 1108, 1109, 1110, 1327, 1328, 5-96, 302, 323-4 through 323-35 |
| Barbie 2005 Preliminary Line List: TX 7104 |
| Viability Testing Report: TX 6739 |
| International Overview Strategic Plan Meetings: TX 24033 |
| Forecasting and Inventory Management Documents: |
| TX 7168  *2005 Sales Planning Enhancement Project* |
| TX 7169  *Int. Systems SP 2005 Product management* |
| TX 7170 |
| TX 7171 |
| TX 7172  *Testing Schedule - computers* |
| TX 7173  *Testing Log - comp program* |
| TX 7174  *Sales Intellegence* |
| TX 7175 |
| TX 7176 |
| TX 7177A |
| TX 7178 |
| TX 7179 |
| TX 7180 |
| TX 7181 |
| TX 7182 |
| TX 7183 |
| TX 7184 |
| TX 7185 |
| TX 7186 |

1

| |
|---|
| TX 7187 |
| TX 7188 |
| TX 7189 |
| TX 7191 |
| TX 7192 |
| TX 7193 |
| TX 7194 |
| TX 7195 |
| TX 7197 |
| TX 7203 |
| TX 7204 |
| TX 7207 |
| TX 7210 |
| TX 7211 |
| TX 7212 |
| TX 7218 |
| TX 7219 |
| TX 7220 |
| TX 7222 |
| TX 7223 |
| TX 7224 |
| TX 7225 |
| TX 7226 |
| TX 7228 |
| TX 7230 |
| TX 7232 |
| TX 7233 |
| TX 7234 |
| TX 7236 |
| TX 7237 |
| TX 7239 |
| TX 7240 |
| TX 7241 |
| TX 7242 |
| TX 7243 |
| TX 7245 |
| TX 7246 |
| TX 7247 |
| TX 7248 |
| TX 7249 |
| TX 7252 |
| TX 7253 |
| TX 7254 |
| TX 7255 |
| TX 7256 |

| TX 7258 |
| TX 20474 |
| TX 23696 |
| TX 23697 |
| TX 23698 |
| TX 23699 |
| TX 26939 |