FILED
CLERK, U.S. DISTRICT COURT
APR 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL INC., <br>     Plaintiff, <br> v. <br> MGA ENTERTAINMENT INC., ET AL. <br>     Defendant. | Case No: CV 04-09049-DOC (RNBx) <br><br> APPENDIX B TO GIVEN JURY INSTRUCTIONS |

# APPENDIX B

| No. | MGA's Claimed Trade Secrets |
|---|---|
| 1 | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz Mobile** |
| 2 | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz Styl' It Collection** |
| 3 | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Boys** |
| 4 | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz WinterWonderland Collection** |
| 5 | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz Formal Funk Collection** |
| 6 | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz Runway Formal Funk Collection** |
| 7 | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz FM Limo** |
| 8 | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz Motorcycle** |

1

**APPENDIX B**

| No. | MGA's Claimed Trade Secrets |
|---|---|
| 9. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bratz Pet Assortment** |
| 10. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz City Playsets** |
| 11. | The appearance, operation, intended play pattern, and plans to advertise on television for **Lil' Bratz Slumber Party** |
| 12. | The appearance, operation, intended play pattern, and plans to advertise on television for **Lil' Bratz Spring Break** |
| 13. | The appearance, operation, intended play pattern, and plans to advertise on television for **Lil' Bratz Loungin' Loft** |
| 14. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Lil' Bratz Vehicle Assortment** |
| 15. | The appearance, operation, intended play pattern, and plans to advertise on television, and FOB pricing for **Lil' Bratz Deluxe Mall Playset** |
| 16. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Petz** |

2

**APPENDIX B**

| No. | MGA's Claimed Trade Secrets |
|---|---|
| 17. | The appearance, operation, intended play pattern, and plans to advertise on television for **Lil' Bratz Dance Party** |
| 18. | The appearance, operation, intended play pattern, and plans to advertise on television for **Dazzlin' Disco Café** |
| 19. | The appearance, operation, intended play pattern, and plans to advertise on television for **Sun Kissed Summer** |
| 20. | The appearance, operation, intended play pattern, and plans to advertise on television for **Girls Nite Out** |
| 21. | The appearance, operation, intended play pattern, and plans to advertise on television for **Wild Life Safari Collection** |
| 22. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Diamondz** |
| 23. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Sportz** |
| 24. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Virtual Buddiez Petz** |

3

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 25. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Live In Concert** |
| 26. | The appearance, operation, intended play pattern, and plans to advertise on television for **Midnite Dance** |
| ㉗ | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Campfire** |
| ㉘ | The appearance, operation, intended play pattern, and plans to advertise on television for **Wild Wild West** |
| ㉙ | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Rock Angels** |
| 30. | The appearance, operation, intended play pattern, and plans to advertise on television for **Holiday 2005** |
| 31. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz phone** |
| 32. | The appearance, operation, intended play pattern, and plans to advertise on television for **Funk Fashion Makeover game** |

4

**APPENDIX B**

| No. | MGA's Claimed Trade Secrets |
|---|---|
| 33. | The appearance, operation, intended play pattern, and plans to advertise on television for **Hopscotch Heather** |
| 34. | The appearance, operation, intended play pattern, and plans to advertise on television for **Dream Baby** |
| 35. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz** |
| 36. | The appearance, operation, intended play pattern, and plans to advertise on television for **Jumpin Jenny** |
| 37. | The appearance, operation, intended play pattern, and plans to advertise on television for **Scooter Samantha** |
| 38. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Hello Kitty Be Beautiful Matchmaker Journal and Virtual Crush** |
| 39. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **iCandy** |
| 40. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Liar Liar** |

5

# APPENDIX B

| No. | MGA's Claimed Trade Secrets |
|---|---|
| 41. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Monkey See Monkey Do** |
| 42. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **A New Breed and Palm Puppies** |
| 43. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Hello Kitty Scooter** |
| 44. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Insecto Bots** |
| 45. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Monster Surgery** |
| 46. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **My Beautiful Mermaid** |
| 47. | The appearance, operation, intended play pattern, and plans to advertise on television for **Hulk Two-Way Radios** |
| 48. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Musikids** |

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 49. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Lil' Bratz Boyz** |
| 50. | The appearance, operation, intended play pattern, and plans to advertise on television for **My Beautiful Ballerina** |
| 51. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Pia Back to School** |
| 52. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Jumpin' on the Bed Bouncin' Baby** |
| 53. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Rachel Lul A Bye Baby** |
| 54. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **RC Street Flyer Samantha** |
| 55. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Walk 'n Go Jo Jo** |
| 56. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for **Bead Palace** |

7

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 57. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Stylin' Dance Party** |
| 58. | The appearance, operation, intended play pattern, and plans to advertise on television for **Alien Racers** |
| 59. | The appearance, operation, intended play pattern, and plans to advertise on television for **Micro Blast Jet Skis** |
| 60. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Luscious Lamp/Alarm Clocks** |
| 61. | The appearance, operation, intended play pattern, and plans to advertise on television for **Flower Fairies** |
| 62. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Internet Café Playset** |
| 63. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Retro Café** |
| 64. | The appearance, operation, intended play pattern, and plans to advertise on television for **Lil' Bratz Transforming Bedroom** |

8

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| (65.) | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Girls Nite Out** |
| 66. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Kidz** |
| 67. | The appearance, operation, intended play pattern, and plans to advertise on television for **High School Cool** |
| 68. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Rodeo** |
| (69.) | The appearance, operation, intended play pattern, and plans to advertise on television for **Passion for Fashion** |
| 70. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Baby Sisterz** |
| 71. | The appearance, operation, intended play pattern, and plans to advertise on television for **Talking Bratz** |
| 72. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Costume** |

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 73. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz on Ice** |
| 74. | The appearance, operation, intended play pattern, and plans to advertise on television for **Holiday Doll** |
| 75. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Play Sportz Teamz** |
| 76. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Couture** |
| 77. | The appearance, operation, intended play pattern, and plans to advertise on television for **Story Time Princess Collection Fashion Dolls** |
| 78. | The appearance, operation, intended play pattern, and plans to advertise on television for **Story Time Classics Collection Mini Dolls** |
| 79. | The appearance, operation, intended play pattern, and plans to advertise on television for **Yummi-Land Soda Pop Girls** |
| 80. | The appearance, operation, intended play pattern, and plans to advertise on television for **Marvel Super Heroes Die-Cast Vehicles** |

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 81. | The appearance, operation, intended play pattern, and plans to advertise on television for **Spider-Man & Friends Crime Cruiser R/C** |
| 82. | The appearance, operation, intended play pattern, and plans to advertise on television for **Spider-Man Fire Rescue R/C** |
| 83. | The appearance, operation, intended play pattern, and plans to advertise on television for **Land Sea R/C AXI Trespass** |
| 84. | The appearance, operation, intended play pattern, and plans to advertise on television for **6 Foot Bratz Puzzles** |
| 85. | The appearance, operation, intended play pattern, and plans to advertise on television for **I-Petz** |
| 86. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Mobile Phones** |
| 87. | The appearance, operation, intended play pattern, and plans to advertise on television for **Muichiz** |
| 88. | The appearance, operation, intended play pattern, and plans to advertise on television for **Baby Bratz** |

11

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 89. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Pretty N' Punk** |
| 90. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Fabulous** |
| 91. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Treasures** |
| 92. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz direct to Video movie with Twentieth Century Fox** |
| 93. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz music album with Universal Music Enterprises** |
| 94. | The appearance, operation, intended play pattern, and plans to advertise on television for **Livin' Bratz** |
| 95. | The appearance, operation, intended play pattern, and plans to advertise on television for **Giddy Up Girl** |
| 96. | The appearance, operation, intended play pattern, and plans to advertise on television for **Toby** |

12

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 97. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Babies** |
| 98. | The appearance, operation, intended play pattern, plans to advertise on television for, and FOB pricing **Lil' Bratz** |
| 99. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz plug and play** |
| 100. | The appearance, operation, intended play pattern, and plans to advertise on television for **Lil' Bratz Stylin' Sticker Maker** |
| 101. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz Candyz** |
| 102. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz DynaMite** |
| 103. | The appearance, operation, intended play pattern, and plans to advertise on television for **Petz Campfire** |
| 104. | The appearance, operation, intended play pattern, and plans to advertise on television for **Oooh La La** |

**APPENDIX B**

| No- | MGA's Claimed Trade Secrets |
|---|---|
| 105. | The appearance, operation, intended play pattern, and plans to advertise on television for **Ponyz** |
| 106. | The appearance, operation, intended play pattern, and plans to advertise on television for **Twiinz** |
| 107. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz digital camera** |
| 108. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz miniature radio** |
| 109. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz MP3 player** |
| 110. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz furniture** |
| 111. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz doll display** |
| 112. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz bath and beauty products** |

## APPENDIX B

| No. | MGA's Claimed Trade Secrets |
|---|---|
| 113. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz stationary** |
| 114. | The appearance, operation, intended play pattern, and plans to advertise on television for **Bratz remote control Kendall** |

15