| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 29020 | Bratz Fashion Pixies (Tangible) | Carter Bryant | 2/3/2011 | 2/3/2011 | ALL |
| 29023 | Bratz Let's Talk Cloe (Tangible) | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 29063 | Bratz Motorcycle Style (Tangible) | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 29065 | Lil' Bratz Loungin Loft (Tangible) | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 29077 | Bratz Babies (Tangible) | Carter Bryant | 2/3/2011 | 2/3/2011 | ALL |
| 29078 | Porcelin Daphne Doll (Tangible) | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 29082 | Giddy Up Girl (Tangible) | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 29083 | Giddy Up Girl #2 (Tangible) | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 29089 | Bratz Holiday Collector Doll (Tangible) | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 29122 | MGA 4-Ever Best Friends Dolls (Tangible) | Tim Kilpin | 3/18/2011 | 3/18/2011 | ALL |
| 30687 | Portfolio Drawing in Mattel File (Society Hound Barbie with Greyhound) | Carter Bryant | 2/2/2011 | 2/2/2011 | ALL |
| 30688 | 2002 Barbie Collectibles Catalog | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 31177 | 2001 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31178 | 2002 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31179 | 2003 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31180 | 2004 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31181 | 2005 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31182 | 2006 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31183 | 2007 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31184 | 2008 MGA Sales by Customer Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 31186 | Hop Scotch Heather (Tangible) | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 31189 | Scooter Samantha (Tangible) | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 31265 | 8/22/10 Turetzky Representation Agreement with Mattel | Matthew Turetzky | 3/22/2011 | 3/22/2011 | ALL |
| 31286 | 8/06 Mattel Board of Directors Meeting Minutes | Robert Eckert | 3/2/2011 | 3/2/2011 | 24 |
| 31331 | 2001 MyScene My Bling Bling (Tangible) | Adrienne Fontanella | 3/17/2011 | 3/17/2011 | ALL |
| 31343 | 2006 MyScene My Bling Bling Kennedy (Tangible) | Adrienne Fontanella | 3/17/2011 | 3/17/2011 | ALL |
| 31401 | "Bratz" Trademark Assignment Agreement between MGA & Lovins, Inc. | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 31430A | MGA Fall '02 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31431A | MGA Spring '02 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31432A | MGA Fall '03 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31434A | MGA Fall '04 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31435A | MGA Spring '04 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31436A | MGA Fall '05 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31437A | MGA Spring '05 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31438A | MGA Fall '06 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31439A | MGA Spring '06 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31440A | MGA Fall '07 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31441A | MGA Spring '07 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31442A | MGA Fall '08 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 31530 | 2004 NYTF Trend & Manufacturer Overview | Sal Villasenor/Robert Eckert | 3/23/2011 | 4/1/2011 | 22, 23 |
| 32836 | Mattel Girl's Worlwide Consumer Research Report Titled "Toy Fair 2001" | Isaac Larian | 3/24/2011 | 3/24/2011 | 13, 24, 27, 66, 79, 80, 89 |
| 33971 | 3/23/05 Willensky to Luther Email re Barbie Problems | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 34457 | 2003 Mattel Flavas Commercial (Video) | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 34458 | Bratz T.V. Commercial (Video) | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 34467 | 6/6/08 Kyae to Rhee email re MyScene Heads | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34468 | 8/21/08 Mattel Halloween Barbie 3D Face Design Specifications | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34469 | 8/20/08 Mattel Barbie 3D Face Design Preliminary Color Specification | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34470 | 8/25/08 Mattel Fashion Packs 3D Face Design Preliminary Color Specification | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34471 | 9/4/08 Mattel Hello Kitty (Light Pink Hair) 3D Face Design Prelim. Color Spc. | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34472 | 9/4/08 Mattel Hello Kitty (Dark Pink Hair) 3D Face Design Prelim. Color Spc. | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34473 | 9/4/08 Mattel Hello Kitty (Blue Hair) 3D Face Design Prelim. Color Spc. | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34474 | 9/4/08 Mattel Hello Kitty (Lavendar Hair) 3D Face Design Prelim. Color Spc. | Anna Rhee | 1/27/2011 | 1/27/2011 | ALL |
| 34475 | Image of Mattel Shorties | Jill Nordquist | 3/10/2011 | 3/10/2011 | ALL |
| 34511 | Proof of Beverly Hills Bratz Trademark Abandonment on 4/26/95 | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 34525 | 12/3/1996 Bratz Snowboard Trademark Registration | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34535 | Proof of Brats of the Lost Nebula Trademark Abandonment on 8/6/99 | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34536 | Proof of Brat Pack and Designs Trademark Abandonment on 11/15/00 | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34548 | Proof of Brat Boards Trademark Abandonment on 4/6/00 | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34639 | Martinez Mattel Performance Reviews ("Track") | Lily Martinez | 1/19/2011 | 1/19/2011 | ALL |
| 34650 | 2/27/03 Kaye Ltr. to Ross Re: 18 Months Severance | Ivy Ross | 1/19/2011 | 1/19/2011 | 6 |
| 34676 | Mattel v. Brawer Civil Complaint for Declaratory Relief | Ron Brawer | 3/31/2011 | 3/31/2011 | ALL |
| 34686 | 5/16/08 Maurus Attorney Fee Agreement | Jennifer Maurus | 2/8/2011 | 2/8/2011 | ALL |
| 34690 | 12/7/00 Maurus to Larian Email re Family Dollar HK Pre-Show | Jennifer Maurus | 2/8/2011 | 2/8/2011 | ALL |
| 34707 | 5/14/01 Garcia to Kwok Email re "Articulated Bratz Body" | Paula Garcia | 1/25/2011 | 1/25/2011 | ALL |
| 34768 | 1996 Integrity Toys Jade Doll (Tangible) | Isaac Larian | 2/22/2011 | 2/22/2011 | ALL |
| 34770 | 2000 Jade Doll (Tangible) | Isaac Larian | 2/22/2011 | 2/22/2011 | ALL |
| 34771 | MGA Fall & Spring '09 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 34772 | MGA Spring '09 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 34773 | MGA Fall '09 Price List | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 34781 | Original Bratz Style Guide (Tangible) | Paula Garcia | 1/26/2011 | 1/26/2011 | ALL |
| 34790 | MGA Demonstrative of Bratz Themes | Paula Garcia/Isaac Larian | 1/26/2011 | 2/17/2011 | ALL |
| 34814 | 11/22/91 Beverly Hills Bratz Trademark Application | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34823 | Brat Boards Trademark Application | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34828 | 4/11/03 Fontanella Termination Agreement with Mattel | Adrienne Fontanella | 3/17/2011 | 3/17/2011 | ALL |
| 34829 | 9/5/01 Turetzky to Parducci, Contanella, Bossick & Others re Bratz Sales | Adrienne Fontanella | 3/17/2011 | 3/17/2011 | ALL |
| 34830 | Mattel/Bratz 2002 Key Facts Talking Points Memo | Matthew Turetzky | 3/22/2011 | 3/22/2011 | ALL |
| 34832 | 1/14/02 Bryan to Fontanella Email re 2002 Fashion Diva Launch | Adrienne Fontanella | 3/17/2011 | 3/17/2011 | ALL |
| 34833 | 9/5/01 Parducci/Fontanella/Doesburg Email Chain re Stopping Bandai Bratz Distribution | Adrienne Fontanella | 3/17/2011 | 3/17/2011 | ALL |
| 34834 | TARR Report on "BRATTY BABIES" Trademark | Lucy Arant | 1/27/2011 | 1/27/2011 | ALL |
| 34841 | 6/16/98 Brat Pack and Designs Trademark Application | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34842 | 3/30/00 Brats of the Lost Nebula Trademark Application | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 34844 | 1/9/96 Bratz Snowboard Trademark Application | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| 34847 | 10/4/00 Legg/Arant/Larian Email re Trademark Search for Bratz | Lucy Arant | 1/27/2011 | 1/27/2011 | ALL |
| 34863 | Walmart Replenishment Monthly Quarterly Recap for 2007-2009 | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 34908 | Mattel 2005 Fourth Quarter Actuals - Gross Sales/Profits by Country | Omar Cavasutto | 3/8/2011 | 3/8/2011 | 88, 90 |
| 34909 | Mattel 2004 Fourth Quarter Actuals - Gross Sales/Profits by Country | Omar Cavasutto | 3/8/2011 | 3/8/2011 | 33, 35 |
| 34945 | Barbie Portable LCD Game "Barbie Beach Adventure" (Tangible) | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 34946 | Electronic Skip-Bo (Tangible) | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 34947 | Electronic Skip Bow (Out of Box) (Tangible) | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 35000 | O'Connor MGA Performance Review | Victoria O'Connor | 2/4/2011 | 2/4/2011 | ALL |
| 35002 | Portfolio Drawing in Mattel File | Carter Bryant | 2/2/2011 | 2/2/2011 | ALL |
| 35003 | Portfolio Drawing in Mattel File (Red Dress) | Carter Bryant | 2/2/2011 | 2/2/2011 | ALL |
| 35008 | Portfolio Drawing in Mattel File (Vogue: Forecast of Spring Fashions) | Carter Bryant | 2/2/2011 | 2/2/2011 | ALL |
| 35036 | Photo of Bratz Wild Life Tent Playset | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35075 | 8/24/05 Brawer to Larian Email re Machado Transfer to Los Angeles | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35076 | Photo of Makeup Amy Doll | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 35077 | Photo of K.C. Cheerleader | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 35078 | Photo of My Dream Baby | Isaac Larian | 2/11/2011 | 2/11/2011 | ALL |
| 35081 | Flavas P-Bo (Tangible) | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 35095 | Photo of Bratz Kidz | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35096 | Photo of Bratz Lil' Angelz | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35097 | Photo of Lil' Boyz Bratz (Mikko & Collin) | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35098 | Photo of Bratz Camera and Mp3 Player | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35099 | Photo of Bratz Sew Stylin' Sewing Machine | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35100 | Photo of Bratz Sportz Aluminum Scooter | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35102 | Photo of Livin' Bratz Clock & Canopy | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35114 | Photo of Bratz Babyz and Bratz Ponyz | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35115 | Group Photo of Bratz Petz | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 35116 | Photo of Itsy Bitsy Bratz and Itsy Bitsy Petz | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35117 | Photos of Bratz Boys | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35118 | Photos of Bratz Boys #2 | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35119 | Photo of Bratz Theme Characters | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35120 | Photo of Bratz Theme Characters #2 | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35121 | Photo of Bratz Theme Characters #3 | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35122 | Photo of Bratz Boyz Motorcycle, FM Cruiser, and Formal Funk FM Limo | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35123 | Photo of Assorted Bratz Playsets | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35125 | Photo of Assorted Bratz Theme Dolls | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35132 | Photo of Bratz Learning Math in the Mall & Bratz Electric Funk Cordless Phone | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35133 | Photo of Bratz Fashion Packs | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35135 | 1/16/01 Larian to Malacrida Email re DSN Retailing Toy Fair Program | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35140 | 1/1/01 Larian to Malacrida Email re Excellent 2000 PR Work & Future PR Focus | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35141 | 7/19/01 Garcia to Dailey/Wong/Kwok Email re Bratz Fall '02 Doll Pack | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35142 | 2/11/02 Glaser Response to Mattel 2/7/02 Cease & Desist Letter (Exh. 17252) | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35143 | 3/27/01 Bratz Focus Group Evaluation | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35145 | 1/29/02 ConsumerQuest Market Research Report for MGA | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35171 | MGA Sales by SKU for 2002 | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35182 | "Bratz" and "Jade" Trademark Report | Isaac Larian | 2/17/2011 | 2/17/2011 | 2 thru 37 |
| 35184 | Photo of Bratz Big Babyz | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35193 | Salazar Mattel Common Review (with Compensation Information) | Sally Dail (Custodian) | 4/7/2011 | 4/7/2011 | 40 |
| 35193 | Mattel/Salazar Conflict of Interest Questionnaire | Sally Dail (Custodian) | 4/7/2011 | 4/7/2011 | 35, 36 |
| 35193 | Salazar Employee Confidential Information & Inventions Agreement | Sally Dail (Custodian) | 4/7/2011 | 4/7/2011 | 37, 38 |
| 35213 | 2/12/02 Mattel Response to 2/11/02 Glaser Letter (Exh. 35142) | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35219 | Compilation of Bratz Sculpts | Isaac Larian | 2/17/2011 | 2/17/2011 | ALL |
| 35264 | MGA Demonstrative Comparing Exh. 302 (Bryant Pitchbook) and 500 (Patent App. for Changeable Footgear) | Isaac Larian | 2/16/2011 | 2/16/2011 | ALL |
| 35265 | MyScene Chill Out (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 35302 | Mattel 2000 Product Catalog (Diva Starz Pages) | Adrienne Fontanella | 3/17/2011 | 3/17/2011 | 1, 90, 91 |
| 35303 | MGA 4-Ever Best Friends (Tangible) | Tim Kilpin | 3/18/2011 | 3/18/2011 | ALL |
| 35304 | Mattel Wee 3 Friends Set (Tangible) | Tim Kilpin | 3/18/2011 | 3/18/2011 | ALL |
| 35307 | 1997 Mattel "Let's Play" Catalog - "Clueless" Dolls Ad | Robert Eckert | 4/1/2011 | 4/1/2011 | 28-31 |
| 35308 | 1987 Mattel Catalog - "Hot Looks" Dolls Ad | Robert Eckert | 4/1/2011 | 4/1/2011 | 36-43 |
| 35310 | 1999 Mattel Catalog | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 35311 | Diva Starz Pages from Mattel Product Catalog | Michael Wagner | 3/8/2011 | 3/8/2011 | 90, 91 |
| 35312 | Diva Starz Doll (Tangible) | Margaret Leahy | 3/15/2011 | 3/15/2011 | ALL |
| 35313 | Diva Starz Summer Doll (Tangible) | Margaret Leahy | 3/15/2011 | 3/15/2011 | ALL |
| 35378 | Copy of Employment Records at Mattel de Mexico re Ricardo Ibarra | Gustavo Machado | 3/4/2011 | 3/4/2011 | ALL |
| 35438 | 4/1/04 Eckert to Mattel Email re Mattel Layoffs | Robert Eckert | 3/3/2011 | 3/3/2011 | ALL |
| 35517 | 10/10/05 Eckert to Mattel Email re "New Organizational Structure" | Robert Eckert | 3/3/2011 | 3/3/2011 | ALL |
| 35526 | 12/23/05 Eckert to Friedman Email re NPD Numbers Showing Bratz Surge | Robert Eckert | 3/3/2011 | 3/3/2011 | ALL |
| 35646 | 11/13/07 Eckert to Sato Email Forwarding Market Intelligence Dept. Memo for Printing | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 35817 | 7/9/04 Prince to Sindall Email Attaching Notary Book Scans | Ramona Prince | 3/16/2011 | 3/16/2011 | ALL |
| 35819 | 4/29/04 Eckert to [Unknown] Email Memo re Focusing on TRAC Goals | Robert Eckert | 3/2/2011 | 3/2/2011 | ALL |
| 35820 | 7/26/04 Bain & Co. Invoice to Mattel for $422,951 | Robert Eckert | 3/2/2011 | 3/2/2011 | ALL |
| 35842 | Fall 2009 Monster High Focus Group | Tim Kilpin | 3/18/2011 | 3/18/2011 | ALL |
| 35843 | 6/24/08 Monster High "The Playground" Document | Tim Kilpin | 3/18/2011 | 3/18/2011 | ALL |
| 35844 | 8/3/07 Mattel Consumer Research Report re 6-9 Year Old Focus Groups | Robert Eckert | 3/3/2011 | 3/3/2011 | ALL |
| 35863 | Picture of Bratz Shoe Sculpts | Margaret Leahy | 3/15/2011 | 3/15/2011 | 1 |
| 35902 | 4/20/04 Kilpin to Ross Email re Being More Aggressive Competing with Bratz | Tim Kilpin | 3/18/2011 | 3/18/2011 | ALL |
| 35932 | 5/10/05 Luther to Dickson & Kilpin Email re Barbie Brand Image Problems | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 35936 | 4/8/03 Kilpin Employment Offer Letter from Mattel | Tim Kilpin | 3/17/2011 | 3/17/2011 | ALL |
| 35943 | Mattel What's Her Face Doll (Tangible) | Robert Eckert | 3/2/2011 | 3/2/2011 | ALL |
| 35952 | 4/19/04 Mattel Internal Incident Report re Mattel Mexico Resignations | Robert Eckert | 3/3/2011 | 3/3/2011 | ALL |
| 35986 | Villasenor Fake Business Card With Ficticious Name "Anthony Villa" | Sal Villasenor | 3/22/2011 | 3/22/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 36023 | Villasenor Fake Business Card for Cal State Long Beach "Daily 49er Newspaper" | Sal Villasenor | 3/23/2011 | 3/23/2011 | ALL |
| 36027 | 10/3/05 Outlook Invite & Calendar Page Showing Villasenor/Friedman Meeting | Neil Friedman | 3/11/2011 | 3/11/2011 | ALL |
| 36028 | "Project Toy Fair" Description & Toy Fair Infiltration Instruction Manual | Sal Villasenor | 3/22/2011 | 3/22/2011 | ALL |
| 36034 | 3/21/05 Plunkett to Willensky & Luther Email re Skitzophrenic Barbie Messaging | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 36037 | 3/30/05 Luther to Bousquette Email re Superiority of Bratz mp3 Player | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 36041 | 5/3/05 Luther to Bousquette Email re Improving Barbie & MyScene Imagery | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 36053 | 10/21/05 Segal to Luther Email re Barbie and MyScene Separation | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 36055 | 12/5/05 Luther to Scothon & McCook Email re Barbie Losing "Core" Market Share | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 36071 | 8/26/05 Luther to Kilpin Email re Eliminating Barbie Name from Fashion Fever Box | Sujata Luther | 3/11/2011 | 3/11/2011 | ALL |
| 36083 | Carey Plunkett Personnel File | Neil Friedman | 3/15/2011 | 3/15/2011 | ALL |
| 36084 | Michael Shore Personnel File | Neil Friedman | 3/15/2011 | 3/15/2011 | ALL |
| 36088 | 2/17/04 Villasenor to Many Email re "Weekly Insights" from Market Intelligence | Neil Friedman | 3/15/2011 | 3/15/2011 | ALL |
| 36091 | 4/23/04 "QA - Draft NHB QA" PR Prep Document | Michael Moore | 4/4/2011 | 4/4/2011 | 31, 33 |
| 36092 | Villasenor Mattel Personnel File | Alan Kaye | 3/16/2011 | 3/16/2011 | ALL |
| 36096 | Sharon Rahimi Mattel Personnel File | Alan Kaye | 3/16/2011 | 3/16/2011 | ALL |
| 36098 | Geri Pilgrim Personnel File | Neil Friedman | 3/15/2011 | 3/15/2011 | ALL |
| 36112 | Lil' Bratz Fashion Tote (Tangible) | Isaac Larian | 3/25/2011 | 3/25/2011 | ALL |
| 36114 | 2002 Mattel Security Dept. Case Management Log | Jill Thomas | 3/30/2011 | 3/30/2011 | ALL |
| 36613 | 8/20/04 Reagan to Many Email Forwaring Kohl's Spring 2005 Line Review Meeting Recap | Andrew Vollero | 3/29/2011 | 3/29/2011 | ALL |
| 36633 | 11/1/04 Rooney to Larian Email re Efforts to Maintain Confidentiality of MGA Products | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36635 | MGA Confidentiality Agreement & Sign-In Sheet for 2005 HKTF Showroom Visitors | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36639 | NYTF MGA Private Showroom Floor Plan | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36640 | Confidential MGA Hopscotch Heather Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 32 |
| 36640 | Confidential MGA My Dream Baby Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 33 |
| 36640 | Confidential MGA Original Bratz Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 34 |
| 36640 | Confidential MGA Jumping Jenny Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 36 |
| 36640 | Confidential MGA Scooter Samantha Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 37 |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 36640 | Confidential MGA Hello Kitty Matchmaker Journal Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 38 |
| 36640 | Confidential MGA Hello Kitty Virtual Crush Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 39 |
| 36640 | Confidential MGA Eye Candy Matchmaker Journal Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 41 |
| 36640 | Confidential MGA Eye Candy Eye Spy Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 42 |
| 36640 | Confidential MGA Liar Liar & DJ Chaos Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 43 |
| 36640 | Confidential MGA Monkey See Monkey Do Sell Sheet Produced by Mattel | Isaac Larian | 3/24/2011 | 3/24/2011 | 44 |
| 36641 | Carter Bryant Q2 2001 Royalty Statement | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36642 | 2010 MGA Consolidated Statement of Operations | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36643 | 2009 MGA Consolidated Cash Flow Statement | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36644 | 2010 MGA 4Q Sales by Company by SKU Report | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36649 | MGA Item Master List | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36650 | MGA Item Master List as of September 28, 2010 | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36651 | MGA Assortment Pack Component Breakdown | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36652 | MGA Assortment Pack Component Breakdown | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36654 | Bratz Formal Funk Sell Sheet | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36655 | Bratz Ooh La La Cloe Sell Sheet | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36656 | MGA BOM Per Item Along With Country of Origin | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36657 | MGA Assortment Pack Component Breakdown | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36658 | MGA Assortment Pack Component Breakdown | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36659 | MGA Assortment Pack Component Breakdown | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36660 | MGA Assortment Pack Component Breakdown | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36661 | Bratz Ooh La La Cloe Sell Sheet #2 | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36662 | MGA Exclusives Product Information Form for Ooh La La Cloe w/Lip Gloss Carrying Case | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36663 | MGA Product Summary Sheet for Ooh La La Cloe w/Lip Gloss Carrying Case | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36664 | MGA Bratz Head Gamez Component List | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36665 | MGA BOM Per Item Along With Country of Origin | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36684 | MyScene Roller Girls (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 36685 | Bratz Flashback Fever (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36688 | Hot Wheels AcceleRacers (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36695 | MyScene Day & Night Chelsea (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36697 | MyScene Stlying Head Madison (Tangible) | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36704 | Bratz Winter Wonderland Jade (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36707 | Alien Racers (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36715 | Bratz Formal Funk Runway Disco Playset (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36716 | MyScene Sound Lounge (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36717 | MyScene Vespa (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36718 | Bratz Motorcycle Style (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36719 | MyScene Pets (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36720 | MyScene Pets (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36721 | MyScene Pets (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36723 | Lil' Bratz Spring Break Sasha (Tangible) | Isaac Larian | 3/25/2011 | 3/25/2011 | ALL |
| 36731 | 4/15/05 Turetzky to Valero Email re Status of Bousquette's Strategic Plans | Andrew Vollero | 3/29/2011 | 3/29/2011 | ALL |
| 36742 | MyScene Bling Bling (Tangible) | Isaac Larian | 3/24/2011 | 3/24/2011 | ALL |
| 36749 | 5/22/08 "Sales Research / Market Intelligence" NPD Q1 '08 Toy Industry Review | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36750 | 8/28/08 "Sales Research / Market Intelligence" NPD YTD '08 Report to Eckert & Others | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36769 | 5/10/07 "Sales Research / Market Intelligence" NPD Q1 '07 Toy Industry Review | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36772 | MyScene Junglicious Kennedy (Tangible) | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36774 | Mattel 2005 Spring Girls Catalog | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36775 | Mattel 2006 Spring Catalog | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36813 | 5/9/06 Baca to Barrera Letter re Villasenor Medical Status & Litigation Resolution | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 36817 | Page of Mattel Investigative File for Lynn Friedman w/ Computer Keyword Search Terms | Jill Thomas | 3/30/2011 | 3/30/2011 | 1, 2, 19 |
| 37006 | 9/18/07 Moore to Elias Email re Imaging "NHB" Computers | Michael Moore | 4/4/2011 | 4/4/2011 | ALL |
| 37103 | 2000 Mattel Security Dept. Case Management Log | Jill Thomas | 3/30/2011 | 3/30/2011 | 4 |
| 37112 | 12/22/04 Spaulding to Bousquette, Cleary & Valero Email re Kohl's Bratz Freezeout | Robert Eckert | 4/4/2011 | 4/4/2011 | ALL |

| Exhibit No. | Description | Witness | Date Identified | Date Admitted | Page No. Admitted |
|---|---|---|---|---|---|
| 37113 | 12/16/04 Masket to Scholvin Email re Offer to Give Bratz Shelf Space to Mattel in Return for "3S" | Robert Eckert | 4/4/2011 | 4/4/2011 | ALL |
| 37116 | Mattel Surveillance Video of Brawer Leaving with Box | Robert Eckert | 4/1/2011 | 4/1/2011 | ALL |
| 37197 | About.com Article Titled "Top 10 Toy Fair Questions" by Van Patten | Dennis Jolicoeur | 4/6/2011 | 4/6/2011 | ALL |
| 40000 | Monster High Group Doll Picture | Lily Martinez | 1/19/2011 | 1/19/2011 | ALL |
| 41001 | Image Lift of Bryant Notebook Lupe Sketch (Exh. 5-39) (Tangible) | Lloyd Cunningham | 2/4/2011 | 2/4/2011 | ALL |
| 41002 | Image Lift of Bryant Notebook Hallidae Sketch (Exh. 5-40) (Tangible) | Lloyd Cunningham | 2/4/2011 | 2/4/2011 | ALL |
| 41003 | Image Lift of Bryant Notebook Jade Sketch (Exh. 5-41) (Tangible) | Lloyd Cunningham | 2/4/2011 | 2/4/2011 | ALL |
| 41004 | Image Lift of Bryant Notebook Zoe Sketch (Exh. 5-42) (Tangible) | Lloyd Cunningham | 2/4/2011 | 2/4/2011 | ALL |
| 41006 | Request for Judicial Notice Admitting Various Trial Exhibits | Judicial Notice | 3/24/2011 | 3/24/2011 | ALL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Counsel stipulate that the exhibits on the joint exhibit list are the exhibits in the jury deliberation room; they have been reviewed and counsel agree that they have been admitted into evidence and are properly submitted to the jury for deliberation.

John Quinn on behalf of Mattel

Jennifer Keller on behalf of MGA