

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   MATTEL INC.,                    )    Case No: CV 04-09049-DOC (RNBx)
                                      )
12                    Plaintiff,      )
                                      )
13         v.                         )    VERDICT FORM - REDACTED
                                      )
14   MGA ENTERTAINMENT INC., ET       )
     AL.                              )
15                                    )
                      Defendant.      )
16                                    )
                                      )
17   _____)

18

19

20

21

22

23

24

25

26

27

28

# VERDICT FORM

We answer the questions submitted to us as follows:

## Mattel's Claim for Declaratory Relief

1.   Has Mattel proven that it owns the following:

| | Yes | No |
|---|---|---|
| Four Sketches: TX 5-39, TX 5-40, TX 5-41, TX 5-42 | | ✓ |
| Pitchbook: TX 1, TX 2, TX 5-102, TX 5-103, TX 5-104, TX 5-105, TX 5-106, TX 5-107, TX 302, TX 323 | | ✓ |
| Notarized Drawings:  TX 5-52 (also TX 62-1), 5-54 (also TX 62-2), 5-55 (also TX 62-3), 5-61 (also TX 62-4), 5-62 (also TX 62-5), 5-64 (also TX 62-6), 5-67 (also TX 62-7), 5-68 (also TX 62-8), 5-70 (also TX 62-9), TX 62-10 through 15 | | ✓ |
| Fashion Drawings: TX 1107, TX 1108, TX 1109, TX 1110, TX 5-30, TX 5-51, TX 5-96 | | ✓ |
| Sculptural Head and Body Drawings: TX 5-88, TX 5-89 (also 1129), TX 1327, TX 1328 | | ✓ |
| Formalwear Drawings: TX 5-26, TX 5-27, TX 5-79, TX 5-80, TX 5-81, TX 5-82, TX 5-83, TX 5-84, TX 5-85, TX 5-86, TX 5-87, TX 5-108, TX 10-2 | | ✓ |
| Posterboards:  TX 3-1 (also TX 779), TX 3-2, TX 3-3, TX 3-4, TX 3-5 (also TX 791), TX 3-6, TX 3-7, TX 3-8, TX 3-9, TX 3-10, TX 3-11, TX 3-12, TX 3-13 | | ✓ |
| Line Drawings & Notes: TX 5-38, TX 5-46, TX 5-53, TX 5-56, TX 5-58, TX 5-59, TX 5-60, TX 5-63, TX 5-66, TX 5-72, TX 5-73, TX 777, TX 5-43, TX 5-35, TX 5-36, TX 5-37, TX 5-49, TX 5-50, TX 5-65, TX 5-69 | | ✓ |
| Sculpts:  TX 1136A; TX 1141 | | ✓ |

2.   Has Mattel proven that it owns the following:

| | Yes | No |
|---|---|---|
| The idea for the name "Bratz" | | ✓ |
| The concept for a multi-ethnic group of hip, urban, edgy, trendy fashion dolls and accessories that are high school friends with attitude, distinctive names, nick names, fashions, personalities, back stories and mascots, as well as teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, and small, almost non-existent noses, and small bodies. | | ✓ |

1

## Mattel's Claim for Copyright Infringement

3.   Has Mattel proven that the First Generation Cloe doll (TX 12286), the First Generation Sasha Doll (TX 17558), the First Generation Jade Doll (TX 17551), the First Generation Hallidae Doll (TX 17561), the Formal Funk Dana Doll (TX 17529), and/or the Ooh La La Cloe Doll (TX 17540) infringed creative works in which Mattel owns a valid copyright?   To determine whether Mattel owns a valid copyright in a particular creative work, refer to your answers to question 1.

Yes _____

No _____

*Proceed to Question 4.*

4.   Has Mattel proven that the First Production Sculpt (TX 17732) and/or the Second Production Sculpt (TX 17733) infringed creative works in which Mattel owns a copyright?   To determine whether Mattel owns a valid copyright in a particular creative work, refer to your answers to question 1.

Yes _____

No _____

*If you answered "no" to questions 3 and 4, stop and proceed to Question 7.*

*If you answered "yes" to either question 3 or question 4, proceed to complete the Chart in Question 5.*

2

Below is a chart that identifies each allegedly infringing product

*Identify:*

(1) the specific creative works that the product infringes (identify the creative works by writing in their corresponding exhibit numbers into column 1)

(2) whether MGA Entertainment, Inc. is liable for that product's infringement (in column 2);

(3) whether Isaac Larian is liable for that product's infringement (in column 3);

(4) whether MGA Entertainment (Hong Kong) Limited is liable for that product's infringement (in column 4);

(5) the amount of damages, if any, owed to Mattel by MGA Entertainment, Inc. for that product's infringement (in column 5);

(6) the amount of damages, if any, owed to Mattel by MGA Entertainment (Hong Kong) Limited for that product's infringement (in column 6);

(7) the amount of damages, if any, owed to Mattel by Isaac Larian for that product's infringement (in column 7);

(8) The total amount of damages, if any, owed to Mattel for that product's infringement (in column 8);

| Product | 1<br>Creative Work(s) Infringed by Product | 2<br>MGAE liable? | 3<br>MGA HK Liable? | 4<br>Larian liable? | 5<br>MGAE Damages | 6<br>Larian Damages | 7<br>MGA HK Damages | 8<br>Total Damages |
|---|---|---|---|---|---|---|---|---|
| First Generation Cloe doll (TX 12286) | | | | | | | | |
| First Generation Sasha Doll (TX 17558) | | | | | | | | |
| First Generation Jade Doll (TX 17551) | | | | | | | | |
| First Generation Hallidae Yasmin Doll (TX 17561) | | | | | | | | |

3



| | | | | |
|---|---|---|---|---|
| Formal Funk Dana Doll (TX 17529) | | | | |
| Ooh La La Cloe Doll (TX 17540) | | | | |
| First Production Sculpt (TX 17732) | | | | |
| Second Production Sculpt (TX 17733) | | | | |

6. On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, the claimed copyright infringement by MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Ltd., or Isaac Larian?

Complete each box with the answers "yes" or "no" in response to this question.

Once you make a choice and answer "yes" to any date, then all later dates as to that defendant must be marked "yes."

Once you make a choice and answer "no" as to any date, then all prior dates as to that defendant must be marked "no."

| | April 27, 2001 | April 13, 2002 | November 23, 2002 | November 20, 2003 |
|---|---|---|---|---|
| MGA Entertainment, Inc. | | | | |
| MGA Entertainment (HK) Ltd. | | | | |
| Isaac Larian | | | | |

4

## Mattel's Claim for Trade Secret Misappropriation

7.   Has Mattel proven that any of the items listed in the chart in Question 9 are its trade secrets?

Yes _____   No _____

*If no, stop here and go to Question 14.*

*If yes, proceed to Question 8.*

8.   Has Mattel proven that MGA Entertainment, Inc. and/or Isaac Larian misappropriated any of the listed items that qualify as trade secrets in the chart in Question 9?

Yes _____   No _____

*If no, stop here and go to Question 14.*

*If yes, proceed to complete the Chart in Question 9.*

5

9.   Below is a chart that lists Mattel's claimed trade secrets.

*Identify:*

(1)   whether Mattel has proven each entry is a trade secret (answer "YES" or "NO" in column 1).

(2)   whether Mattel has proven that MGA Entertainment, Inc. misappropriated the claimed trade secret (answer "YES" or "NO" in column 2);

(3)   whether Mattel has proven that Isaac Larian misappropriated the claimed trade secret (answer "YES" or "NO" in column 3);

(4)   the amount of damages, if any, that Mattel is owed from MGA Entertainment, Inc. for the misappropriation of the claimed trade secret (in column 4);

(5)   the amount of damages, if any, that Mattel is owed from Isaac Larian for the misappropriation of the claimed trade secret (in column 5); and

(6)   the total damages, if any, owed to Mattel for the misappropriation of the claimed trade secret (in column 6).

| # | Description | 1 Mattel's Trade Secret? | 2 Did MGA Misappropriate? | 3 Did Larian Misappropriate? | 4 Damages Against MGA | 5 Damages against Larian | 6 Total Damages owed to Mattel |
|---|---|---|---|---|---|---|---|
| 1. | A multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, and small, almost non-existent noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot. | NO | NO | NO | NO | NO | NO |
| 2. | The name "Bratz" used in connection with a multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as | NO | NO | NO | NO | NO | NO |

6

| # | Description | 1 Mattel's Trade Secret? | 2 Did MGA Misappropriate? | 3 Did Larian Misappropriate? | 4 Damages Against MGA | 5 Damages against Larian | 6 Total Damages owed to Mattel |
|---|---|---|---|---|---|---|---|
| | "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, and small, almost non-existing noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot. | see prior page | | | | | |
| 3. | Sculpt TX 1136A | NO | NO | NO | 0 | 0 | zero |
| 4. | Sculpt TX 1141 | NO | NO | NO | 0 | 0 | zero |
| 5. | Bratz Hero Shot, TX 302B-0001 | NO | NO | NO | 0 | 0 | zero |
| 6. | The following Bratz drawings: TXs 1, 2, 3, 5-26, 5-27, 5-79, 5-81, 5-82, 5-83, 5-84, 5-30, 5-52, 62, 5-88, 5-35, 5-36, 5-37, 5-38, 5-39, 5-40, 5-41, 5-42, 5-43, 5-46, 5-49, 5-50, 5-53, 5-54, 5-55, 5-56, 777, 5-58, 5-59, 5-60, 5-61, 5-62, 5-63, 5-64, 5-65, 5-66, 5-67, 5-68, 5-73, 5-72, 5-70, 5-69, 779, 5-107, 5-106, 5-103, 5-104, 791, 5-108, 5-85, 719, 10-2, 5-80, 5-86, 5-87, 5-89 (also 1129), 10-3, 5-102, 5-105, 1107, 1108, 1109, 1110, 1327, 1328, 5-96, 302, 323-4 through 323-35 | | | | | | |
| 7. | Barbie 2005 Preliminary Line List: TX 7104 | yes | NO | NO | 0 | 0 | zero |
| 8. | Viability Testing Report: TX 6739 | yes | NO | NO | 0 | 0 | zero |

7

| # | Description | 1 Mattel's Trade Secret? | 2 Did MGA Misappropriate? | 3 Did Larian Misapprop riate? | 4 Damages Against MGA | 5 Damages against Larian | 6 Total Damages owed to Mattel |
|---|---|---|---|---|---|---|---|
| 9. | International Overview Strategic Plan Meetings Document: TX 24033 | Yes | No | No | 0 | 0 | zero |
| 10. | Forecasting and Inventory Management Documents: TX 7168 | No | No | No | 0 | 0 | zero |
| 11. | Forecasting and Inventory Management Documents: 7169 | No | No | No | 0 | 0 | zero |
| 12. | Forecasting and Inventory Management Documents: TX 7170 | No | No | No | 0 | 0 | zero |
| 13. | Forecasting and Inventory Management Documents: TX 7171 | No | No | No | 0 | 0 | zero |
| 14. | Forecasting and Inventory Management Documents: TX 7172 | No | No | No | 0 | 0 | zero |
| 15. | Forecasting and Inventory Management Documents: TX 7173 | No | No | No | 0 | 0 | zero |
| 16. | Forecasting and Inventory Management Documents: TX 7174 | No | No | No | 0 | 0 | zero |
| 17. | Forecasting and Inventory Management Documents: TX 7175 | No | No | No | 0 | 0 | zero |
| 18. | Forecasting and Inventory Management Documents: TX 7176 | No | No | No | 0 | 0 | zero |
| 19. | Forecasting and Inventory Management Documents: TX 7177A | No | No | No | 0 | 0 | zero |
| 20. | Forecasting and Inventory Management Documents: TX 7178 | No | No | No | 0 | 0 | zero |
| 21. | Forecasting and Inventory Management Documents: TX 7179 | No | No | No | 0 | 0 | zero |
| 22. | Forecasting and Inventory Management Documents: TX 7180 | No | No | No | 0 | 0 | zero |
| 23. | Forecasting and Inventory Management | | see next page | | | | |

8

| # | Description | 1 Mattel's Trade Secret? | 2 Did MGA Misappropriate? | 3 Did Larian Misapprop riate? | 4 Damages Against MGA | 5 Damages against Larian | 6 Total Damages owed to Mattel |
|---|---|---|---|---|---|---|---|
| | Documents: TX 7181 | NO | NO | NO | 0 | 0 | zero |
| 24. | Forecasting and Inventory Management Documents: TX 7182 | NO | No | No | 0 | 0 | zero |
| 25. | Forecasting and Inventory Management Documents: TX 7183 | NO | No | No | 0 | 0 | zero |
| 26. | Forecasting and Inventory Management Documents: TX 7184 | NO | No | No | 0 | 0 | zero |
| 27. | Forecasting and Inventory Management Documents: TX 7185 | NO | No | No | 0 | 0 | zero |
| 28. | Forecasting and Inventory Management Documents: TX 7186 | NO | No | No | 0 | 0 | zero |
| 29. | Forecasting and Inventory Management Documents: TX 7187 | NO | No | No | 0 | 0 | zero |
| 30. | Forecasting and Inventory Management Documents: TX 7188 | NO | No | No | 0 | 0 | zero |
| 31. | Forecasting and Inventory Management Documents: TX 7189 | NO | No | No | 0 | 0 | zero |
| 32. | Forecasting and Inventory Management Documents: TX 7191 | NO | No | No | 0 | 0 | zero |
| 33. | Forecasting and Inventory Management Documents: TX 7192 | No | No | No | 0 | 0 | zero |
| 34. | Forecasting and Inventory Management Documents: TX 7193 | No | No | No | 0 | 0 | zero |
| 35. | Forecasting and Inventory Management Documents: TX 7194 | NO | No | No | 0 | 0 | zero |
| 36. | Forecasting and Inventory Management Documents: TX 7195 | NO | No | No | 0 | 0 | zero |
| 37. | Forecasting and Inventory Management Documents: TX 7197 | NO | NO | No | 0 | 0 | zero |

| # | Description | 1 Mattel's Trade Secret? | 2 Did MGA Misappropriate? | 3 Did Larian Misapprop riate? | 4 Damages Against MGA | 5 Damages against Larian | 6 Total Damages owed to Mattel |
|---|---|---|---|---|---|---|---|
| 38. | Forecasting and Inventory Management Documents: TX 7203 | Yes | NO | NO | 0 | 0 | ZERO |
| 39. | Forecasting and Inventory Management Documents: TX 7204 | NO | No | NO | 0 | 0 | ZERO |
| 40. | Forecasting and Inventory Management Documents: TX 7207 | Yes | No | No | 0 | 0 | ZERO |
| 41. | Forecasting and Inventory Management Documents: TX 7210 | Yes | NO | NO | 0 | 0 | zero |
| 42. | Forecasting and Inventory Management Documents: TX 7211 | Yes | No | NO | 0 | 0 | ZERO |
| 43. | Forecasting and Inventory Management Documents: TX 7212 | Yes | NO | NO | 0 | 0 | ZERO |
| 44. | Forecasting and Inventory Management Documents: TX 7218 | Yes | NO | NO | 0 | 0 | ZERO |
| 45. | Forecasting and Inventory Management Documents: TX 7219 | Yes | NO | NO | 0 | 0 | ZERO |
| 46. | Forecasting and Inventory Management Documents: TX 7220 | Yes | NO | NO | 0 | 0 | ZERO |
| 47. | Forecasting and Inventory Management Documents: TX 7222 | NO | NO | NO | 0 | 0 | ZERO |
| 48. | Forecasting and Inventory Management Documents: TX 7223 | NO | NO | No | 0 | 0 | ZERO |
| 49. | Forecasting and Inventory Management Documents: TX 7224 | Yes | NO | No | 0 | 0 | zero |
| 50. | Forecasting and Inventory Management Documents: TX 7225 | Yes | NO | NO | 0 | 0 | ZERO |
| 51. | Forecasting and Inventory Management Documents: TX 7226 | NO | NO | NO | 0 | 0 | ZERO |
| 52. | Forecasting and Inventory Management | | | | | | |

See Next page

10

| # | Description | 1 Mattel's Trade Secret? | 2 Did MGA Misappropriate? | 3 Did Larian Misappropriate? | 4 Damages Against MGA | 5 Damages against Larian | 6 Total Damages owed to Mattel |
|---|---|---|---|---|---|---|---|
| | Documents: TX 7228 | NO | NO | NO | 0 | 0 | ZERO |
| 53. | Forecasting and Inventory Management Documents: TX 7230 | NO | NO | NO | 0 | 0 | ZERO |
| 54. | Forecasting and Inventory Management Documents: TX 7232 | NO | NO | NO | 0 | 0 | ZERO |
| 55. | Forecasting and Inventory Management Documents: TX 7233 | NO | NO | NO | 0 | 0 | ZERO |
| 56. | Forecasting and Inventory Management Documents: TX 7234 | NO | NO | NO | 0 | 0 | ZERO |
| 57. | Forecasting and Inventory Management Documents: TX 7236 | NO | NO | NO | 0 | 0 | ZERO |
| 58. | Forecasting and Inventory Management Documents: TX 7237 | NO | NO | NO | 0 | 0 | ZERO |
| 59. | Forecasting and Inventory Management Documents: TX 7239 | NO | NO | NO | 0 | 0 | ZERO |
| 60. | Forecasting and Inventory Management Documents: TX 7240 | NO | NO | NO | 0 | 0 | ZERO |
| 61. | Forecasting and Inventory Management Documents: TX 7241 | NO | NO | NO | 0 | 0 | ZERO |
| 62. | Forecasting and Inventory Management Documents: TX 7242 | NO | NO | NO | 0 | 0 | ZERO |
| 63. | Forecasting and Inventory Management Documents: TX 7243 | NO | NO | NO | 0 | 0 | ZERO |
| 64. | Forecasting and Inventory Management Documents: TX 7245 | NO | NO | NO | 0 | 0 | ZERO |
| 65. | Forecasting and Inventory Management Documents: TX 7246 | NO | NO | NO | 0 | 0 | ZERO |
| 66. | Forecasting and Inventory Management Documents: TX 7247 | NO | NO | NO | 0 | 0 | ZERO |

11

| # | Description | 1 Mattel's Trade Secret? | 2 Did MGA Misappropriate? | 3 Did Larian Misappropriate? | 4 Damages Against MGA | 5 Damages against Larian | 6 Total Damages owed to Mattel |
|---|---|---|---|---|---|---|---|
| 67. | Forecasting and Inventory Management Documents: TX 7248 | No | NO | No | $\emptyset$ | $\emptyset$ | ZERO |
| 68. | Forecasting and Inventory Management Documents: TX 7249 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 69. | Forecasting and Inventory Management Documents: TX 7252 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 70. | Forecasting and Inventory Management Documents: TX 7253 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 71. | Forecasting and Inventory Management Documents: TX 7254 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 72. | Forecasting and Inventory Management Documents:: TX 7255 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 73. | Forecasting and Inventory Management Documents:: TX 7256 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 74. | Forecasting and Inventory Management Documents: TX 7258 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO 2 |
| 75. | Forecasting and Inventory Management Documents: TX 20474 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 76. | Forecasting and Inventory Management Documents: TX 23696 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 77. | Forecasting and Inventory Management Documents: TX 23697 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 78. | Forecasting and Inventory Management Documents: TX 23698 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 79. | Forecasting and Inventory Management Documents: TX 23699 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |
| 80. | Forecasting and Inventory Management Documents: TX 26939 | No | No | No | $\emptyset$ | $\emptyset$ | ZERO |

12

10. What is the total amount owed to Mattel, if any, on its claim for trade secret misappropriation?

MGA Entertainment, Inc. $ _ZERO_ (total of all amounts in column 4)

Isaac Larian $ _ZERO_ (total of all amounts in column 5)

Total amount owed to Mattel $ _ZERO_ (total of all amounts in column 6)

11. On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, facts that would have caused a reasonable person to suspect that MGA Entertainment, Inc. or Isaac Larian had misappropriated any Bratz-related concepts and works?

*Complete each box with the answers "yes" or "no" in response to this question.*

*Once you make a choice and answer "yes" to any date, then all later dates as to that defendant must be marked "yes."*

*Once you make a choice and answer "no" as to any date, then all prior dates as to that defendant must be marked "no."*

| | April 27, 2001 | April 13, 2002 | November 23, 2002 | November 20, 2003 |
|---|---|---|---|---|
| MGA Entertainment, Inc. | NO | NO | NO | NO |
| Isaac Larian | NO | NO | NO | NO |

13

12. Has Mattel proven that MGA Entertainment, Inc. or Isaac Larian used improper means to acquire any of the following claimed trade secrets? (answer "YES" or "NO" in each box)

|  | MGA Entertainment, Inc. | Isaac Larian |
|---|---|---|
| A multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, and small, almost non-existent noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude; each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot. | No | No |
| The name "Bratz" used in connection with a multi-ethnic group of hip, urban, edgy, trendy teen age girls fashion dolls and accessories, collectively known as "Bratz," including designs for large, oversized heads and feet, large eyes, large lips, and small, almost non-existing noses, and small bodies. The dolls are four high school, multi-ethnic friends with attitude, each have distinctive names, nick names, fashions, personalities, back stories and icons descriptive of the doll's personal mascot. | No | No |
| Sculpt TX 1136A | No | No |
| Sculpt TX 1141 | No | No |
| Bratz Hero Shot, TX 302B-0001 | No | No |
| The following Bratz drawings: TXs 1, 2, 3, 5-26, 5-27, 5-79, 5-81, 5-82, 5-83, 5-84, 5-30, 5-52, 62, 5-88, 5-35, 5-36, 5-37, 5-38, 5-39, 5-40, 5-41, 5-42, 5-43, 5-46, 5-49, 5-50, 5-53, 5-54, 5-55, 5-56, 777, 5-58, 5-59, 5-60, 5-61, 5-62, 5-63, 5-64, 5-65, 5-66, 5-67, 5-68, 5-73, 5-72, 5-70, 5-69, 779, 5-107, 5-106, 5-103, 5-104, 791, 5-108, 5-85, 719, 10-2, 5-80, 5-86, 5-87, 5-89 (also 1129), 10-3, 5-102, 5-105, 1107, 1108, 1109, 1110, 1327, 1328, 5-96, 302, 323-4 through 323-35 | No | No |

13. Has Mattel proven by clear and convincing evidence that MGA Entertainment, Inc. and/or Isaac Larian acted willfully and maliciously in the misappropriation of any trade secrets?

|  | Yes | No |
|---|---|---|
| MGA Entertainment, Inc. |  | ✓ |
| Isaac Larian |  |  |

14

## MGA's Claim for Trade Secret Misappropriation

14.   Has MGA Entertainment, Inc. proven that any of the items listed in the chart in question 16 are its trade secrets?

Yes _____   No _____

*If no, stop here and go to Question 20.*

*If yes, proceed to Question 15.*

15.   Has MGA Entertainment, Inc. proven that Mattel, Inc. misappropriated any of listed items that qualify as trade secrets in the chart in Question 16?

Yes _____   No _____

*If no, stop here and go to Question 20.*

*If yes, proceed to complete the chart in Question 16.*

15

16.   Below is a chart that lists MGA Entertainment, Inc.'s claimed trade secrets.

*Identify:*

(1)   whether MGA Entertainment, Inc. has proven each entry is a trade secret (answer "YES" or "NO" in column 1);

(2)   whether MGA Entertainment, Inc. has proven that Mattel, Inc. misappropriated the claimed trade secret (answer "YES" or "NO" in column 2);

(3)   whether MGA Entertainment, Inc. has proven that Mattel, Inc. used improper means to acquire the claimed trade secrets (answer "YES" or "NO" in column 3);

(4)   the amount of damages, if any, that MGA Entertainment, Inc. is owed from Mattel, Inc. for the misappropriation of the claimed trade secret (in column 4).

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| 1. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz Mobile | YES | YES | YES | $3.4 MILLION |
| 2. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz Styl' It Collection | YES | YES | YES | $3-4 MIL |
| 3. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Boys | NO | NO | NO | $0 |
| 4. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz WinterWonderland Collection | YES | YES | YES | $3.4 mil |
| 5. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz Formal Funk Collection | YES | YES | YES | $3.4 MIL |
| 6. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz Runway Formal Funk Collection | YES | YES | Yes | $3.4 mil |
| 7. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz FM Limo | YES | YES | Yes | $3.4 mil |

16

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| 8. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz Motorcycle | Yes | Yes | Yes | $ 3.4 MIL |
| 9. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bratz Pet Assortment | Yes | Yes | Yes | $ 3.4 MIL |
| 10. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz City Playsets | NO | NO | NO | 0 |
| 11. | The appearance, operation, intended play pattern, and plans to advertise on television for Lil' Bratz Slumber Party | NO | NO | NO | 0 |
| 12. | The appearance, operation, intended play pattern, and plans to advertise on television for Lil' Bratz Spring Break | NO | NO | NO | 0 |
| 13. | The appearance, operation, intended play pattern, and plans to advertise on television for Lil' Bratz Loungin' Loft | NO | NO | NO | 0 |
| 14. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Lil' Bratz Vehicle Assortment | Yes | Yes | Yes | $ 3.4 MIL |
| 15. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Lil' Bratz Deluxe Mall Playset | Yes | Yes | Yes | $ 3.4 MIL |
| 16. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Petz | Yes | Yes | Yes | $ 3.4 MIL |
| 17. | The appearance, operation, intended play pattern, and plans to advertise on television for Lil' Bratz Dance Party | NO | NO | NO | 0 |
| 18. | The appearance, operation, intended play pattern, and plans to advertise on television for Dazzlin' Disco Café | Yes | Yes | Yes | $ 3.4 MIL |
| 19. | The appearance, operation, intended play pattern, and | Yes | Yes | Yes | $ 3.4 MIL |

17

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
|  | plans to advertise on television for Sun Kissed Summer |  |  |  |  |
| 20. | The appearance, operation, intended play pattern, and plans to advertise on television for Girls Nite Out | YES | YES | YES | $ 3.4 MIL |
| 21. | The appearance, operation, intended play pattern, and plans to advertise on television for Wild Life Safari Collection | YES | YES | YES | $ 3.4 MIL |
| 22. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Diamondz | YES | YES | YES | $ 3.4 MIL |
| 23. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Sportz | NO | NO | NO | 0 |
| 24. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Virtual Buddiez Petz | YES | YES | YES | $ 3.4 MIL |
| 25. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Live In Concert | NO | NO | NO | 0 |
| 26. | The appearance, operation, intended play pattern, and plans to advertise on television for Midnite Dance | NO | NO | NO | 0 |
| 27. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Campfire | YES | YES | YES | $ 3.4 MIL |
| 28. | The appearance, operation, intended play pattern, and plans to advertise on television for Wild Wild West | YES | YES | YES | $ 3.4 MIL |
| 29. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Rock Angels | YES | YES | YES | $ 3.4 MIL |
| 30. | The appearance, operation, intended play pattern, and plans to advertise on television for Holiday 2005 | NO | NO | NO | 0 |
| 31. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz phone | NO | NO | NO | 0 |
| 32. | The appearance, operation, intended play pattern, and plans to advertise on television for Funk Fashion | NO | NO | NO | 0 |

18

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| | Makeover game (See prior page) | | | | |
| 33. | The appearance, operation, intended play pattern, and plans to advertise on television for Hopscotch Heather | NO | NO | NO | 0 |
| 34. | The appearance, operation, intended play pattern, and plans to advertise on television for Dream Baby | NO | NO | NO | 0 |
| 35. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz | NO | NO | NO | 0 |
| 36. | The appearance, operation, intended play pattern, and plans to advertise on television for Jumpin Jenny | NO | NO | NO | 0 |
| 37. | The appearance, operation, intended play pattern, and plans to advertise on television for Scooter Samantha | NO | NO | NO | 0 |
| 38. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Hello Kitty Be Beautiful Matchmaker Journal and Virtual Crush | NO | NO | NO | 0 |
| 39. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for iCandy | NO | NO | NO | 0 |
| 40. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Liar Liar | YES | NO | NO | 0 |
| 41. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Monkey See Monkey Do | YES | YES | YES | $ 3.4 mil |
| 42. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for A New Breed and Palm Puppies | YES | NO | NO | 0 |
| 43. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Hello Kitty Scooter | YES | NO | NO | 0 |
| 44. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Insecto Bots | YES | NO | NO | 0 |

19

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| 45. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Monster Surgery | yes | NO | NO | $0 |
| 46. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for My Beautiful Mermaid | yes | NO | NO | $0 |
| 47. | The appearance, operation, intended play pattern, and plans to advertise on television for Hulk Two-Way Radios | NO | NO | NO | $0 |
| 48. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Musikids | yes | No | NO | $0 |
| 49. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Lil' Bratz Boyz | yes | yes | yes | $3.4 mil |
| 50. | The appearance, operation, intended play pattern, and plans to advertise on television for My Beautiful Ballerina | NO | NO | NO | $0 |
| 51. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Pia Back to School | yes | NO | NO | $0 |
| 52. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Jumpin' on the Bed Bouncin' Baby | yes | NO | NO | $0 |
| 53. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Rachel Lul A Bye Baby | yes | NO | NO | $0 |
| 54. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for RC Street Flyer Samantha | yes | NO | NO | $0 |
| 55. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Walk 'n Go | yes | NO | NO | $0 |

20

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| | Jo Jo (see prior page) | | | | |
| 56. | The appearance, operation, intended play pattern, plans to advertise on television, and FOB pricing for Bead Palace | Yes | NO | NO | 0 |
| 57. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Stylin' Dance Party | NO | NO | NO | 0 |
| 58. | The appearance, operation, intended play pattern, and plans to advertise on television for Alien Racers | Yes | yes | yes | $3.4 mil |
| 59. | The appearance, operation, intended play pattern, and plans to advertise on television for Micro Blast Jet Skis | NO | NO | NO | 0 |
| 60. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Luscious Lamp/Alarm Clocks | NO | NO | NO | 0 |
| 61. | The appearance, operation, intended play pattern, and plans to advertise on television for Flower Fairies | NO | NO | NO | 0 |
| 62. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Internet Café Playset | NO | NO | NO | 0 |
| 63. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Retro Café | NO | NO | NO | 0 |
| 64. | The appearance, operation, intended play pattern, and plans to advertise on television for Lil' Bratz Transforming Bedroom | NO | NO | NO | 0 |
| 65. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Girls Nite Out | yes | yes | yes | $ 3.4 mil |
| 66. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Kidz | yes | yes | yes | $ 3.4 mil |
| 67. | The appearance, operation, intended play pattern, and plans to advertise on television for High School Cool | NO | NO | NO | 0 |

21

| # | Description | 1<br>Trade Secret? | 2<br>Did Mattel Misappropriate? | 3<br>Improper Means? | 4<br>Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| 68. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Rodeo | NO | NO | NO | φ |
| 69. | The appearance, operation, intended play pattern, and plans to advertise on television for Passion for Fashion | yes | yes | yes | $3.4 mil |
| 70. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Baby Sisterz | NO | NO | NO | φ |
| 71. | The appearance, operation, intended play pattern, and plans to advertise on television for Talking Bratz | NO | NO | NO | φ |
| 72. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Costume | NO | NO | NO | φ |
| 73. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz on Ice | NO | NO | NO | φ |
| 74. | The appearance, operation, intended play pattern, and plans to advertise on television for Holiday Doll | NO | NO | NO | φ |
| 75. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Play Sportz Teamz | NO | NO | NO | φ |
| 76. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Couture | NO | NO | NO | φ |
| 77. | The appearance, operation, intended play pattern, and plans to advertise on television for Story Time Princess Collection Fashion Dolls | NO | NO | NO | φ |
| 78. | The appearance, operation, intended play pattern, and plans to advertise on television for Story Time Classics Collection Mini Dolls | NO | NO | NO | φ |
| 79. | The appearance, operation, intended play pattern, and plans to advertise on television for Yummi-Land Soda Pop Girls | NO | NO | NO | φ |
| 80. | The appearance, operation, intended play pattern, and | NO | NO | NO | φ |

22

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| | plans to advertise on television for Marvel Super Heroes Die-Cast Vehicles | (see prior page) | | | ∅ |
| 81. | The appearance, operation, intended play pattern, and plans to advertise on television for Spider-Man & Friends Crime Cruiser R/C | NO | NO | NO | ∅ |
| 82. | The appearance, operation, intended play pattern, and plans to advertise on television for Spider-Man Fire Rescue R/C | NO | NO | NO | ∅ |
| 83. | The appearance, operation, intended play pattern, and plans to advertise on television for Land Sea R/C AXI Trespass | NO | NO | NO | ∅ |
| 84. | The appearance, operation, intended play pattern, and plans to advertise on television for 6 Foot Bratz Puzzles | NO | NO | NO | ∅ |
| 85. | The appearance, operation, intended play pattern, and plans to advertise on television for I-Petz | NO | NO | NO | ∅ |
| 86. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Mobile Phones | NO | NO | NO | ∅ |
| 87. | The appearance, operation, intended play pattern, and plans to advertise on television for Muichiz | NO | NO | NO | ∅ |
| 88. | The appearance, operation, intended play pattern, and plans to advertise on television for Baby Bratz | NO | NO | NO | ∅ |
| 89. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Pretty N' Punk | NO | NO | NO | ∅ |
| 90. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Fabulous | NO | NO | NO | ∅ |
| 91. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Treasures | NO | NO | NO | ∅ |
| 92. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz direct to Video | NO | NO | NO | ∅ |

23

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| | movie with Twentieth Century Fox | (See prior page) | | | |
| 93. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz music album with Universal Music Enterprises | NO | NO | NO | ⌀ |
| 94. | The appearance, operation, intended play pattern, and plans to advertise on television for Livin' Bratz | NO | NO | NO | ⌀ |
| 95. | The appearance, operation, intended play pattern, and plans to advertise on television for Giddy Up Girl | NO | NO | NO | ⌀ |
| 96. | The appearance, operation, intended play pattern, and plans to advertise on television for Toby | NO | NO | NO | ⌀ |
| 97. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Babies | NO | NO | NO | ⌀ |
| 98. | The appearance, operation, intended play pattern, plans to advertise on television for, and FOB pricing Lil' Bratz | Yes | NO | NO | ⌀ |
| 99. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz plug and play | NO | NO | NO | ⌀ |
| 100. | The appearance, operation, intended play pattern, and plans to advertise on television for Lil' Bratz Stylin' Sticker Maker | NO | NO | NO | ⌀ |
| 101. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz Candyz | NO | NO | NO | ⌀ |
| 102. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz DynaMite | NO | NO | NO | ⌀ |
| 103. | The appearance, operation, intended play pattern, and plans to advertise on television for Petz Campfire | NO | NO | NO | ⌀ |
| 104. | The appearance, operation, intended play pattern, and plans to advertise on television for Oooh La La | NO | NO | NO | ⌀ |
| 105. | The appearance, operation, intended play pattern, and plans to advertise on television for Ponyz | NO | NO | NO | ⌀ |

24

| # | Description | 1 Trade Secret? | 2 Did Mattel Misappropriate? | 3 Improper Means? | 4 Total Damages owed to MGA Entertainment, Inc. |
|---|---|---|---|---|---|
| 106. | The appearance, operation, intended play pattern, and plans to advertise on television for Twinz | NO | NO | NO | 0 |
| 107. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz digital camera | NO | NO | NO | 0 |
| 108. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz miniature radio | NO | NO | NO | 0 |
| 109. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz MP3 player | NO | NO | NO | 0 |
| 110. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz furniture | NO | NO | NO | 0 |
| 111. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz doll display | NO | NO | NO | 0 |
| 112. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz bath and beauty products | NO | NO | NO | 0 |
| 113. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz stationary | NO | NO | NO | 0 |
| 114. | The appearance, operation, intended play pattern, and plans to advertise on television for Bratz remote control Kendall | NO | No | NO | 0 |

25

17. What is the total amount owed to MGA Entertainment, Inc., if any, on its claim for trade secret misappropriation?

   $ _88.5 mil_ (total of all amounts in column 6)

   #4

18. On or before November 20, 2003, did MGA Entertainment, Inc. discover, or should it have discovered through the exercise of reasonable diligence, facts that would have caused a reasonable person to suspect that Mattel has misappropriated any trade secrets listed in Question 16?

   Yes _____

   No ___/___

19. Has MGA Entertainment, Inc. proven by clear and convincing evidence that Mattel, Inc. acted willfully and maliciously in the misappropriation of any trade secrets?

   Yes ___/___

   No _____

26

## Mattel's Claim for Intentional Interference with Contractual Relations

20.   Complete the chart below to respond to the following question:  Has Mattel, Inc. proven that MGA Entertainment, Inc. intentionally interfered with Mattel, Inc.'s contractual relations with any of the following individuals:

|  | __Yes__ | __No__ |
|---|---|---|
| Contractual Relations with Carter Bryant | ✓ | |
| Contractual Relations with Ana Cabrera | | ✓ |
| Contractual Relations with Beatriz Morales | | ✓ |
| Contractual Relations with Maria Salazar | | ✓ |

21.   Complete the chart below to respond to the following question:  Has Mattel, Inc. proven that Isaac Larian intentionally interfered with Mattel, Inc.'s contractual relations with any of the following Individuals:

|  | __Yes__ | __No__ |
|---|---|---|
| Contractual Relations with Carter Bryant | ✓ | |
| Contractual Relations with Ana Cabrera | | ✓ |
| Contractual Relations with Beatriz Morales | | ✓ |
| Contractual Relations with Maria Salazar | | ✓ |

*If your answer is "yes" to Question 20 or 21, proceed to Question 22.*

27

22. What amount of damages, if any, do you award to Mattel, Inc. and against MGA Entertainment, Inc. or Isaac Larian for intentional interference with contractual relations?

| | Amount |
|---|---|
| MGA Entertainment, Inc. | $ 5,000.00 |
| Isaac Larian | $ 5,000.00 |
| **Total Amount Owed to Mattel for Intentional Interference with Contractual Relations** | $ 10,000.00 |

Total (Ten thousand Dollars)

23. On or before the following dates, did Mattel discover, or should it have discovered through the exercise of reasonable diligence, facts that would have caused a reasonable person to suspect that MGA Entertainment, Inc. or Isaac Larian intentionally interfered with its contractual relations?

*Complete each box with the answers "yes" or "no" in response to this question.*

*Once you make a choice and answer "yes" to any date, then all later dates as to that defendant must be marked "yes".*

*Once you make a choice and answer "no" as to any date, then all prior dates as to that defendant must be marked "no".*

| | April 27, 2001 | April 13, 2004 | November 23, 2004 | November 20, 2007 |
|---|---|---|---|---|
| MGA Entertainment, Inc. | Yes | Yes | Yes | Yes |
| Isaac Larian | Yes | Yes | Yes | Yes |

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: April 20, 2011

_____
Jury Foreperson

28