# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 04-9049 DOC (RNBx)            Date: April 21, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

                 THE HONORABLE DAVID O. CARTER, JUDGE

     Julie Barrera                        Not Present
    Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                        NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER SETTING BRIEFING SCHEDULES AND HEARINGS ON POST-TRIAL MOTIONS

       In light of the jury's verdict, the parties may renew and revise their pending motions for judgment as a matter of law. Those motion must be filed on or before May 5, 2011. Any oppositions thereto shall be filed on or before May 12, 2011. Any replies in support of the motions shall be filed on or before May 19, 2011.

       Any party may move for a new trial on or before May 5, 2011. Any oppositions thereto shall be filed on or before May 12, 2011. Any replies in support of the motions shall be filed on or before May 19, 2011.

       Any party may move for the recovery of attorneys' fees, costs, and/or punitive damages on or before May 5, 2011. Any oppositions thereto shall be filed on or before May 12, 2011. Any replies in support of the motions shall be filed on or before May 19, 2011.

       The hearing on these motions shall commence on May 24, 2011.

       The Clerk shall serve this minute order on all parties to the action.