CV 04-9049-DOC - 04/21/2011 - Day 58, Vol. 2 of 2

1

1           **UNITED STATES DISTRICT COURT**

2           **CENTRAL DISTRICT OF CALIFORNIA**

3        **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    - - - - - - -

5

6   MATTEL, INC., ET AL.,                )
                                         )
7              Plaintiffs,               )
                                         )
8         vs.                            ) No. CV 04-9049-DOC
                                         )    Day 58
9   MGA ENTERTAINMENT, INC., ET AL.,     )    Volume 2 of 2
                                         )
10            Defendants.                )
    ─────────────────────────────────────)

11

12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   Jury Trial / Verdict

17                   Santa Ana, California

18               Thursday, April 21, 2011

19

20

21

22   Jane C.S. Rule, CSR 9316
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-7755
25
     11-04-21 MattelV2

1    **APPEARANCES OF COUNSEL:**

2

3    FOR PLAINTIFFS MATTEL, INC., ET AL.:

4              QUINN, EMANUEL, URQUHART & SULLIVAN
               By:  JOHN B. QUINN
5                   MICHAEL T. ZELLER
                    WILLIAM PRICE
6                   Attorneys at Law
               865 South Figueroa Street
7              10th Floor
               Los Angeles, California 90017-2543
8              (213) 443-3000

9

10   FOR DEFENDANTS MGA ENTERTAINMENT, INC., ET AL.:

11             ORRICK, HERRINGTON & SUTCLIFFE, LLP
               BY:  THOMAS S. MC CONVILLE
12                  Attorney at Law
               4 Park Plaza
13             Suite 1600
               Irvine, California 92614
14             (949) 567-6700

15             - AND -

16             ORRICK, HERRINGTON & SUTCLIFFE, LLP
               BY:  ANNETTE L. HURST
17                  Attorney at Law
               405 Howard Street
18             San Francisco, California 94105
               (415) 773-5700

19             - AND -

20             KELLER RACKAUCKAS, LLP
21             BY:  JENNIFER L. KELLER
                    Attorney at Law
22             18500 Von Karman Avenue
               Suite 560
23             Irvine, California 92612
               (949) 476-8700

24

25

1    APPEARANCES OF COUNSEL (Continued):

2

3    FOR DEFENDANT CARLOS GUSTAVO MACHADO GOMEZ:

4              SCHEPER, KIM & OVERLAND, LLP
               BY:  ALEXANDER H. COTE
5                   Attorney at Law
               601 West Fifth Street
6              12th Floor
               Los Angeles, California 90071
7              (213) 613-4660

8              – AND –

9              LAW OFFICES OF MARK E. OVERLAND
               BY:  MARK E. OVERLAND
10                  Attorney at Law
               100 Wilshire Boulevard
11             Suite 950
               Santa Monica, California 90401
12             (310) 459-2830

13

14   Also Present:

15             ISAAC LARIAN, MGA CEO
               ROBERT ECKERT, Mattel CEO
16             LILY MARTINEZ, Mattel Employee
               KEN KOTARSKI, Mattel Technical Operator
17             MIKE STOVALL, MGA Technical Operator
               RACHEL JUAREZ, Quinn Emanuel Urquhart & Sullivan
18             KIERAN KIECKHEFER, Orrick Herrington & Sutcliffe
               WARRINGTON PARKER, Orrick Herrington & Sutcliffe
19             MELANIE PHILLIPS, Orrick Herrington & Sutcliffe
               FRANK RORIE, Orrick Herrington & Sutcliffe
20             DIANA RUTOWSKI, Orrick Herrington & Sutcliffe
               DENISE MINGRONE, Orrick Herrington & Sutcliffe
21

22

23

24

25

1                    I N D E X

2

3

4                    VERDICT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          SANTA ANA, CALIFORNIA, THURSDAY, APRIL 21, 2011

2                    DAY 58, VOLUME 2 OF 2

3                         (1:06 p.m.)

4              (The following proceedings is taken outside

5         the presence of the jury.)

6              THE COURT:  All right.  Counsel, we are back on

7    the record.

8              The counsel are present.  The parties are present.

9              Counsel, is there anything further on behalf of

10   Mattel or MGA?

11             MR. QUINN:  Your Honor, we've spoken about the

12   date for the hearing on the post-trial motions, and we were,

13   jointly, both wondering if there's any chance that could be

14   put off a week?

15             You set them for the --

16             THE COURT:  Let me check the calendar.  I've got

17   some pre-commitments overseas that I can't change.  Let me

18   see if I can accomplish that.

19             MR. QUINN:  Either one week or two weeks.

20             THE COURT:  Yeah, let me check.  Just a moment.

21             (Interruption in the proceedings.)

22             THE COURT:  Let me see if I can accommodate all

23   the parties.

24             Will this be reasonable?  The only dates I have,

25   if I'm going to move this, would be June 21st, 22nd and

1   23rd, and the only reason I'm setting aside that period of

2   time is I don't know the volume of the argument, and I would

3   require a fairly strict briefing schedule that I'd send out

4   to you sometime early next week so I have time to absorb

5   that, but I'm glad to do that.  I can move cases, which is

6   why I was checking in the back, but those are the only

7   dates.

8           MR. QUINN:  Those are okay for us.

9           MS. KELLER:  Your Honor, Ms. Hurst has a long

10  planned, long paid-for European vacation with her kids, so

11  that won't work for us.

12          THE COURT:  Well, it's either May or it's June.

13  Now, I'm going to take one more moment on the bench, but

14  those are your only choices.  So it will either be the 24th,

15  25th and 26th, unless you represent it's one day, then I

16  might be able to fit you in on one day, but I'm not certain

17  of that.  I think the only available dates that I have,

18  quite frankly, are the 24th, 25th and 26th, any one of those

19  days or all three, so I'm trying to be courteous, or the

20  21st, 22nd and 23rd.  So discuss that informally for a

21  couple minutes.

22          Off the record.

23          *(Recess.)*

24          *(The following proceedings is taken outside*

25      *the presence of the jury.)*

Case 2:04-cv-09049-DOC-RNB   Document 10523   Filed 04/25/11   Page 7 of 14   Page ID #:318551
CV 04-9049-DOC - 04/21/2011 - Day 58, Vol. 2 of 2

7

1           THE COURT:  Okay.  We're on the record.

2           Counsel, do you have an answer?

3           MR. QUINN:  Your Honor, we -- all counsel think

4     this can be done in one day, and if the Court has a single

5     day --

6           THE COURT:  Okay.  This is off the record for a

7     moment.  I'm going to tell you my problems.

8           *(Discussion held off the record.)*

9           THE COURT:  All right.  We are back on the record.

10          We are going to stay with May 24th, 25th and 26th,

11    and Counsel, let me set that aside as a courtesy to you.  If

12    it takes a few hours, that's fine, but if it takes days,

13    let's take that time.  I know there's going to be some

14    concern over a duplication, minimally, on at least two of

15    the claims that MGA believes are not synonymous, as written

16    up, and Mattel does.

17          So let's -- let's stay with the 24th, 25th and

18    26th.

19          Now, Counsel, I know that there are a number of

20    other concerns, but those should be for motions for a new

21    trial, and I'm going to call the jury back in in just a

22    moment, unless anybody else wants to make a statement.

23          MS. HURST:  The Court had inquired before the

24    recess whether we all agreed that the Court should be

25    handling the punitive damages.  On MGA's part, we do agree,

Case 2:04-cv-09049-DOC-RNB   Document 10523   Filed 04/25/11   Page 8 of 14   Page ID #:318552
CV 04-9049-DOC - 04/21/2011 - Day 58, Vol. 2 of 2

8

1    that's correct.

2              THE COURT:  The law seems clear, but I'll turn to

3    Mattel.

4              MR. QUINN:  We think the law is clear.

5              THE COURT:  Yeah.

6              All right.  Then is there anything further before

7    I bring the jury down and discharge them?

8              MR. QUINN:  No.

9              THE COURT:  Now, I'm going to talk to the jury

10   privately, but I need to stay away from any discussion

11   concerning this case.  It's not appropriate, but I promised

12   them that we'd take them around the court building -- the

13   marshals are going to be present -- and try to show them,

14   you know, after this long a period of time, just some of the

15   interworkings of the federal court.  They, at least, deserve

16   that courtesy.

17             So if you'd summon the jury, Cathy.

18             MR. QUINN:  Your Honor, will we have a chance

19   to -- would it be possible for us to have a chance to speak

20   with the jurors before the tour?

21             THE COURT:  I don't know.  Let me ask them.  They

22   were concerned about a photographer taking a picture when

23   they went to lunch today.  We took them outside.  We don't

24   know who that photographer was.  He or she may not have

25   known that that was appropriate or not.  With the Aryan

 1   Brotherhood, we had to get literally Budget Rent-A-Vans

 2   with --

 3              *(Interruption in the proceedings.)*

 4              THE COURT:  I didn't hear that.  I can't hear

 5   that.

 6              -- with blinds on them.  I didn't realize it was

 7   going to get that kind of news coverage, otherwise I would

 8   have gotten blinded vans today or kept them inside the

 9   building, but they deserve better for lunch than being stuck

10   here.

11              So let's bring them down.

12              I'll ask them, Mr. Quinn.

13              MR. QUINN:  Thank you, your Honor.

14              THE COURT:  In fact, I'd rather do that in

15   organized fashion, quite frankly.

16              *(The following proceedings is taken in the*

17       *presence of the jury.)*

18              THE COURT:  Well, the jury is present, the

19   alternates are present, all counsel.

20              And Counsel, thank you for your courtesy.  If

21   you'd please be seated.

22              First of all, let me say to you that I'm going to

23   order the verdicts recorded in just a moment, and before I

24   take that final step, I want to thank you on behalf of

25   Mattel, MGA, Mr. Eckert, Mr. Larian and all involved.  Of

```
 1   course, when parties, more later than the other, the other
 2   may be a little disappointed, but that doesn't stop either
 3   of these parties from allowing me to convey to you their
 4   appreciation for how hard you've worked.
 5             I think that we presented to you one of the most
 6   complicated cases imaginable, and I want to pay you the
 7   personal compliment, along with counsel, of the thousands
 8   and thousands and thousands of exhibits, you were asking by
 9   exhibit number and for information over these last nine
10   days, and it was from, our perspective, an extraordinary
11   effort.
12             Second, I don't know where we found all you good
13   people.  Fifty-nine days here, do you want to come back
14   tomorrow for old times' sake?
15             (Laughter.)
16             THE COURT:  But maybe the blessing is just the
17   wisdom of the community, you know, all of the thought you've
18   put into it, an extraordinarily complicated special verdict
19   form.  I don't think I've seen one quite that complicated,
20   and the parties really requested it, demanded it, wanted it
21   and wanted clarity to the decision.
22             Finally, I think it behooves me to pay my
23   compliments to counsel for both Quinn Emanuel and Ms. Keller
24   and the MGA side.  As you worked hard, I want to just tell
25   you a little bit behind the scenes.  I can't imagine any
```

1   attorneys working any harder.  They literally were here on

2   Saturdays at 8:00, and they went home literally -- hopefully

3   by 6:00 or 7:00 on I think seven consecutive Saturdays.

4   They were here on Sundays, oftentimes at 8:00, but church

5   sometimes, commitments, they start at 10:00 and end at 6:00,

6   so they were working seven days a week.

7          They've been on the record and tried to get things

8   in an orderly fashion literally for your benefit from both

9   sides as late as 1:30 in the morning and then going home and

10  trying to catch a little bit of sleep, and that's the

11  dedication you've received by counsel.  So I want you to

12  know it's well-taken by both parties, by plaintiffs' counsel

13  and by defendants' counsel, and they really made an effort

14  to take what is an extraordinarily complicated case and get

15  that into some semblance so that you can try to understand

16  the case.

17         It's an extraordinarily difficult case.  I can't

18  remind you how difficult of these issues we could have

19  possibly presented to you.  At any time you get a special

20  verdict form that looks like a telephone directory, you've

21  got a lot to decide.

22         So I pay both counsel for both sides and the

23  parties the Court's compliments for your extraordinary work

24  in this matter.  Behind the scenes, there are a whole bunch

25  of young people that won't be recognized, associates for the

Case 2:04-cv-09049-DOC-RNB   Document 10523   Filed 04/25/11   Page 12 of 14   Page ID #:318556
CV 04-9049-DOC - 04/21/2011 - Day 58, Vol. 2 of 2

12

 1   various firms, and literally, these young kids who brought

 2   more boxes in and more binders than you can possibly see, so

 3   we paid them our compliments privately.

 4              Now, Counsel, listen, is there anything further?

 5   I'm going to discharge the jury at this point and order that

 6   the verdicts be recorded.

 7              On behalf of Mattel, reserving all motions?

 8              And on behalf of MGA, reserving all motions?

 9              MS. KELLER:  Yes, your Honor.

10              MR. QUINN:  Yes, your Honor.

11              THE COURT:  Verdicts are ordered to be recorded by

12   the clerk of this Court, and having down so, I'm now

13   discharging the jury and the alternates.

14              Now, I'm going to talk to you for a few moments

15   because I want to, but I can't talk to you about the case,

16   so help me uphold my ethics because, obviously, there will

17   be motions in the future, et cetera, and the Court needs to

18   keep an open mind.  So I really can't take any input about

19   your deliberative process or what you did.  And so,

20   therefore, it's more of a social call just to thank you and

21   maybe to give you that behind-the-scenes tour for an hour or

22   so that the public doesn't see and most of the public

23   doesn't want to see, okay?

24              So Counsel, if there's nothing further -- I will

25   ask the jury this:  If they want to talk to you, I may make

1    them available in the complex courtroom next door.  If they

2    don't want to talk to you, I'll come out within the next

3    hour or so.  Of course, it's a democracy, but if you don't

4    want to talk to counsel, so be it.  If you do, I'd rather

5    have that in an organized fashion.  I am not even certain I

6    should be present, or encourage that.

7            So Counsel, anything further at this time?

8            MR. QUINN:  No, your Honor.

9            THE COURT:  Okay.  Counsel, if you want to remain,

10   I'll let you know in a few moments.

11           Well, ladies and gentlemen, come on.

12           *(Recess.)*

13                           -oOo-

14

15

16

17

18

19

20

21

22

23

24

25

1                              -oOo-

2                           **CERTIFICATE**

3

4          I hereby certify that pursuant to Section 753,

5     Title 28, United States Code, the foregoing is a true and

6     correct transcript of the stenographically reported

7     proceedings held in the above-entitled matter and that the

8     transcript page format is in conformance with the

9     regulations of the Judicial Conference of the United States.

10

11    Date:  April 22, 2011

12

13

14                    _____

                      JANE C.S. RULE, U.S. COURT REPORTER
15                    CSR NO. 9316

16

17

18

19

20

21

22

23

24

25