FILED
CLERK, U.S. DISTRICT COURT
APR 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL INC., <br><br> Plaintiff, <br><br> v. <br><br> MGA ENTERTAINMENT INC., ET AL. <br><br> Defendant. | Case No: CV 04-09049-DOC (RNBx) <br><br> TANGIBLE TRIAL EXHIBITS - DISPLAY SHELVING CHART |



Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 1 | 05-C |
| 2 | 05-C |
| 3 | 05-C |
| 4 | 05-C |
| 5-26, 5-27, 5-30, 5-35, 5-36, 5-37, 5-38, 5-39, 5-40, 5-41, 5-42, 5-43, 5-46, 5-49, 5-50, 5-51, 5-53, 5-56, 5-57, 5-58, 5-59, 5-60, 5-63, 5-65, 5-66, 5-69, 5-72, 5-73, 5-79, 5-80, 5-81, 5-82, 5-83, 5-84, 5-85, 5-86, 5-87, 5-88, 5-89, 5-96, 5-102, 5-103, 5-104, 5-105, 5-106, 5-107, 5-108 | 05-C |
| 5-52, 5-54, 5-55, 5-61, 5-62, 5-64, 5-67, 5-68, 5-70, 5-71, 5-74, 5-75, 5-112 | 05-D |
| 10 | 05-E |
| 48A | 02-C |
| 48C-1 | 02-C |
| 48C-2 | 02-C |
| 48C-3 | 02-C |
| 60A | 05-E |
| 62 | 05-D |
| 257A | 02-C |
| 258A | 02-C |
| 259A | 02-C |
| 261A | 02-C |
| 323A | 05-D |
| 393 | 05-D |
| 504 | 05-A |
| 549 | 13-B |
| 719 | 05-C |
| 777 | 05-D |
| 779 | 05-C |
| 791 | 05-C |
| 1107 | 05-D |
| 1108 | 05-D |
| 1109 | 05-D |
| 1110 | 05-D |
| 1136A | 04-B |
| 1137 | 04-B |
| 1140A | 04-B |
| 1140B | 04-B |
| 1140C | 04-B |
| 1140D | 04-B |
| 1141 | 04-B |
| 1141A | 04-B |
| 1155C | 05-E |
| 1234 | 04-B |
| 1261 | 02-A |
| 1313C | 05-E |
| 1327 | 05-D |
| 1328 | 05-D |
| 1329 | 05-E |
| 8719 | 08-C |
| 8722 | 10-B |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
| --- | --- |
| 8724 | 18-D |
| 8725 | 18-D |
| 8729 | 18-C |
| 8730 | 18-D |
| 8804 | 01-B |
| 8806 | 06-B |
| 9072 | 03-A |
| 9073 | 03-A |
| 9074 | 03-A |
| 9687A | 05-E |
| 9789 | 03-A |
| 9790 | 03-A |
| 10179 | 03-D |
| 10624 | 05-D |
| 12286 | 05-B |
| 13634 | 05-E |
| 13635 | 05-E |
| 13656A | 01-B |
| 14001 | 13-B |
| 14003 | 18-C |
| 14005 | 13-B |
| 14009 | 13-B |
| 14010 | 13-B |
| 14011 | 13-B |
| 14014 | 13-B |
| 14015 | 13-C |
| 14016 | 13-C |
| 14017 | 13-C |
| 14020 | 13-C |
| 14021 | 13-C |
| 14031 | 13-C |
| 14032 | 13-C |
| 14033 | 13-D |
| 14036 | 13-D |
| 14037 | 13-D |
| 14040 | 13-D |
| 14043 | 13-D |
| 14046 | 13-D |
| 14048 | 18-B |
| 14053 | 09-C |
| 14055 | 13-D |
| 14057 | 13-E |
| 14058 | 13-E |
| 14063 | 13-E |
| 14064 | 09-A |
| 14065 | 14-B |
| 14066 | 14-B |
| 14067 | 14-B |
| 14071 | 14-B |
| 14076 | 14-B |
| 14077 | 14-B |
| 14078 | 14-B |
| 14088 | 14-B |
| 14090 | 14-B |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 14094 | 14-C |
| 14095 | 14-C |
| 14097 | 14-C |
| 14098 | 14-C |
| 14099 | 14-C |
| 14111 | 14-C |
| 14112 | 14-C |
| 14113 | 14-C |
| 14115 | 14-D |
| 14116 | 14-D |
| 14118 | 14-D |
| 14120 | 14-D |
| 14122 | 14-D |
| 14123 | 14-D |
| 14124 | 14-D |
| 14130 | 18-B |
| 14141 | 14-D |
| 14153 | 10-D |
| 14158 | 14-E |
| 14161 | 14-E |
| 14168 | 14-E |
| 14169 | 14-E |
| 14170 | 14-E |
| 14171 | 14-E |
| 14173 | 15-B |
| 14174 | 15-B |
| 14175 | 18-B |
| 14176 | 15-B |
| 14177 | 15-B |
| 14178 | 15-B |
| 14179 | 15-B |
| 14182 | 15-B |
| 14183 | 15-C |
| 14186 | 09-E |
| 14188 | 07-B |
| 14198 | 09-D |
| 14206 | 15-C |
| 14207 | 15-C |
| 14211 | 09-E |
| 14232 | 18-B |
| 14416 | 15-C |
| 14543 | 15-C |
| 14626 | 10-D |
| 14627 | 10-D |
| 15059 | 05-D |
| 15091 | 05-D |
| 15110 | 05-D |
| 15242 | 05-D |
| 15243 | 05-D |
| 15333 | 05-D |
| 15340 | 05-D |
| 15341 | 05-D |
| 15364 | 05-D |
| 15393 | 05-D |

3

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 15339 | 05-D |
| 15471 | 03-B |
| 17246 | 03-D |
| 17358 | 07-C |
| 17366 | 15-C |
| 17367 | 11-A |
| 17369 | 07-B |
| 17371 | 02-A |
| 17374 | 02-A |
| 17378 | 02-A |
| 17379 | 02-B |
| 17383 | 01-D |
| 17384 | 01-D |
| 17399 | 01-E |
| 17401 | 06-B |
| 17403 | 06-B |
| 17405 | 06-B |
| 17411 | 11-D |
| 17413 | 11-D |
| 17416 | 11-C |
| 17419 | 11-B |
| 17420 | 12-C |
| 17421 | 11-B |
| 17423 | 11-D |
| 17424 | 09 floor |
| 17425 | 12-C |
| 17426 | 09 floor |
| 17427 | 12 hanging |
| 17428 | 11-C |
| 17429 | 11-C |
| 17430 | 11-D |
| 17431 | 12-C |
| 17432 | 11-D |
| 17433 | 11-C |
| 17434 | 11-C |
| 17435 | 11-C |
| 17436 | 11-C |
| 17437 | 12-C |
| 17438 | 11-E |
| 17439 | 12-D |
| 17440 | 11-B |
| 17441 | 08-B |
| 17442 | 11-D |
| 17444 | 11-C |
| 17445 | 12 hanging |
| 17446 | 11-C |
| 17447 | 12-C |
| 17448 | 11-C |
| 17449 | 09 floor |
| 17450 | 12-C |
| 17451 | 12-B |
| 17452 | 11-C |
| 17453 | 12 hanging |
| 17454 | 11-C |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 17455 | 12-D |
| 17456 | 12-D |
| 17457 | 12-D |
| 17458 | 11-C |
| 17459 | 12-B |
| 17460 | 11-C |
| 17461 | 11-B |
| 17462 | 12-D |
| 17463 | 11-C |
| 17464 | 12-C |
| 17465 | 11-C |
| 17466 | 08-A |
| 17467 | 08-A |
| 17468 | 07-A |
| 17469 | 07-C |
| 17470 | 08-D |
| 17471 | 08-D |
| 17472 | 08-D |
| 17473 | 08-B |
| 17474 | 08-D |
| 17476 | 09-B |
| 17477 | 08-D |
| 17478 | 07-D |
| 17482 | 08-D |
| 17483 | 07-C |
| 17484 | 07-C |
| 17485 | 07-C |
| 17486 | 07-D |
| 17487 | 08-C |
| 17488 | 08-C |
| 17489 | 07-C |
| 17490 | 08-C |
| 17491 | 08-D |
| 17496 | 15-C |
| 17500 | 09-C |
| 17502 | 10-D |
| 17503 | 15-C |
| 17505 | 09-C |
| 17507 | 15-D |
| 17508 | 15-D |
| 17509 | 15-D |
| 17510 | 11-D |
| 17511 | 15-D |
| 17512 | 15-D |
| 17513 | 08-C |
| 17514 | 15-D |
| 17517 | 15-E |
| 17518 | 09-A |
| 17519 | 15-E |
| 17520 | 10-C |
| 17521 | 10-B |
| 17522 | 09-A |
| 17523 | 07-A |
| 17526 | 15-E |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 17527 | 07-B |
| 17529 | 05-B |
| 17530 | 09-A |
| 17531 | 15-E |
| 17535 | 08-D |
| 17536 | 09-C |
| 17538 | 15-E |
| 17540 | 09-A |
| 17541A | 10-D |
| 17546 | 05-B |
| 17547 | 05-A |
| 17549 | 05-B |
| 17550 | 05-A |
| 17551 | 05-B |
| 17553 | 05-A |
| 17556 | 05-A |
| 17558 | 05-B |
| 17559 | 05-A |
| 17560 | 05-A |
| 17561 | 05-B |
| 17562 | 05-B |
| 17563 | 16-B |
| 17566 | 09-B |
| 17567 | 09-E |
| 17568 | 08-E |
| 17569 | 09-E |
| 17570 | 16-B |
| 17571 | 10-D |
| 17576 | 09-E |
| 17577 | 07-B |
| 17579 | 10-A |
| 17581 | 16-B |
| 17582 | 07-B |
| 17583 | 10-C |
| 17585 | 06-D |
| 17589 | 06-C |
| 17593 | 06-C |
| 17598 | 11-B |
| 17623 | 12-C |
| 17631 | 11-C |
| 17634 | 11-C |
| 17646 | 09-A |
| 17652 | 12-B |
| 17654 | 11-E |
| 17658 | 12-C |
| 17659 | 11-B |
| 17662 | 12 hanging |
| 17666 | 12 hanging |
| 17667 | 11-C |
| 17668 | 11-C |
| 17670 | 12-C |
| 17671 | 12-C |
| 17672 | 09 floor |
| 17680 | 11-B |

6

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 17681 | 11-B |
| 17682 | 12-D |
| 17692 | 11-E |
| 17696 | 12-D |
| 17697 | 11-C |
| 17712 | 04-C |
| 17713 | 04-C |
| 17714 | 04-C |
| 17715 | 04-C |
| 17726 | 15-B |
| 17728 | 15-A |
| 17729 | 16-B |
| 17731 | 07-A |
| 17732 | 04-C |
| 17733 | 04-C |
| 17752 | 03-D |
| 17753 | 03-D |
| 17758 | 03-D |
| 17769 | 03-D |
| 17770 | 03-B |
| 17772 | 10-A |
| 17775 | 07-C |
| 17776 | 17-B |
| 17777 | 08-E |
| 17778 | 08-E |
| 17779 | 08-E |
| 17799 | 08-C |
| 17800 | 08-C |
| 17801 | 08-C |
| 17802 | 08-E |
| 17803 | 08-E |
| 17804 | 07-C |
| 17806 | 15-A |
| 17807 | 16-C |
| 17808 | 06-D |
| 17809 | 15-A |
| 17810 | 15-A |
| 17811 | 16-A |
| 17812 | 16-C |
| 17813 | 16-C |
| 17814 | 17-B |
| 17815 | 12-A |
| 17818 | 02-A |
| 18034 | 11-B |
| 18035 | 11-B |
| 18038 | 11-B |
| 18292 | 10-B |
| 18428 | 16-C |
| 18457 | 06-A |
| 18475 | 06-A |
| 18476 | 06-A |
| 18486 | 05-D |
| 18488 | 05-D |
| 18489 | 05-D |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 18490 | 05-D |
| 18491 | 05-D |
| 18493 | 05-D |
| 18496 | 05-D |
| 18497 | 05-D |
| 18498 | 05-D |
| 18499 | 05-D |
| 18500 | 05-D |
| 18515 | 05-D |
| 18542 | 16-C |
| 18650 | 16-C |
| 18651 | 16-C |
| 18653 | 09-C |
| 18655 | 18-C |
| 18656 | 16-C |
| 18657 | 15-D |
| 18658 | 15-E |
| 18659 | 15-E |
| 18660 | 16-D |
| 18663 | 15-A |
| 18664 | 18-B |
| 18665 | 16-D |
| 18666 | 16-D |
| 18667 | 16-D |
| 18668 | 16-D |
| 18669 | 16-D |
| 18670 | 10-B |
| 18671 | 16-D |
| 18672 | 16-A |
| 18676 | 16-B |
| 18677 | 09-D |
| 18678 | 16-D |
| 18679 | 10-C |
| 18680 | 10-D |
| 18681 | 16-A |
| 18682 | 10-E |
| 18683 | 16-A |
| 18684 | 10-C |
| 18685 | 16-A |
| 18686 | 16-D |
| 18688 | 10-A |
| 18689 | 10-A |
| 18692 | 17-B |
| 18693 | 09-B |
| 18694 | 09-B |
| 18695 | 16-B |
| 18698 | 16-B |
| 18703 | 16-B |
| 18704 | 17-D |
| 18709 | 17-D |
| 18714 | 17-D |
| 18719 | 17-D |
| 18724 | 17-D |
| 18727 | 17-D |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 18728 | 17-E |
| 18731 | 17-E |
| 18732 | 17-E |
| 18733 | 09-B |
| 18735 | 17-E |
| 18737 | 17-E |
| 18738 | 17-E |
| 18740 | 13-A |
| 18741 | 06-D |
| 18743 | 17-E |
| 18746 | 17-E |
| 18747 | 17-B |
| 18749 | 09-D |
| 18755 | 15-D |
| 18763 | 10-B |
| 18765 | 17-B |
| 18766 | 17-B |
| 18767 | 09-C |
| 18772 | 17-B |
| 18773 | 16-E |
| 18774 | 16-E |
| 18798 | 11-B |
| 18799 | 11-B |
| 18800 | 11-B |
| 18801 | 11-D |
| 18803 | 08-B |
| 18806 | 09 floor |
| 18809 | 12 floor |
| 18857 | 04-C |
| 18858 | 04-C |
| 18859 | 04-C |
| 18860 | 04-C |
| 18861 | 04-C |
| 18862 | 04-C |
| 18863 | 04-C |
| 18864 | 04-D |
| 18865 | 04-C |
| 18866 | 04-D |
| 18867 | 04-D |
| 18868 | 04-D |
| 18869 | 04-D |
| 18870 | 04-D |
| 18871 | 04-D |
| 18872 | 04-D |
| 18873 | 04-D |
| 18875 | 07-B |
| 18876 | 07-D |
| 18877 | 08-A |
| 18878 | 07-D |
| 18879 | 07-E |
| 23804 | 03-B |
| 23805 | 03-B |
| 23806 | 03-B |
| 23852 | 02-E |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 24027 | 01-A |
| 24028 | 01-C |
| 24029 | 01-A |
| 24030 | 03-E |
| 24031 | 01-E |
| 24041 | 02-D |
| 24047 | 02-D |
| 24050 | 02-D |
| 24053 | 02-D |
| 24065 | 02-D |
| 24068 | 02-E |
| 24069 | 02-D |
| 24116 | 01-A |
| 24118 | 01-C |
| 24119 | 01-C |
| 24121 | 01-B |
| 24122 | 01-B |
| 24123 | 01-B |
| 24176 | 01-C |
| 24297 | 02-E |
| 24298 | 06-D |
| 24315 | 03-C |
| 24320 | 05-E |
| 24713 | 02-B |
| 24913 | 18-C |
| 24915 | 18-C |
| 27588 | 06-A |
| 28748 | 13-A |
| 28751 | 09-D |
| 28753 | 17-C |
| 28755 | 09-D |
| 28757 | 08-B |
| 28759 | 16-E |
| 28761 | 17-C |
| 28765 | 08-D |
| 28774 | 09-D |
| 28776 | 12-B |
| 28780 | 08-C |
| 28784 | 15-A |
| 28786 | 09-A |
| 28789 | 18-B |
| 28793 | 13-A |
| 28795 | 14-A |
| 28799 | 14-A |
| 28801 | 08-C |
| 28805 | 07-B |
| 28807 | 14-A |
| 28811 | 14-A |
| 28814 | 14-A |
| 28820 | 12-B |
| 28822 | 08-C |
| 28824 | 09-B |
| 28829 | 10-E |
| 28831 | 12-A |

Tangible Trial Exhibits

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 28833 | 10-E |
| 28835 | 07-E |
| 28837 | 08-C |
| 28843 | 16-E |
| 28847 | 13-A |
| 28849 | 12-B |
| 28851 | 09-B |
| 28857 | 13-A |
| 28859 | 08-C |
| 28864 | 10-A |
| 28866 | 10-A |
| 28868 | 14-A |
| 28870 | 17-D |
| 28872 | 08-C |
| 28874 | 13-A |
| 28876 | 16-E |
| 28878 | 08-B |
| 28880 | 16-E |
| 28882 | 14-A |
| 28886 | 10-C |
| 28892 | 16-E |
| 28896 | 17-C |
| 28898 | 17-C |
| 28900 | 14-A |
| 28963 | 08-A |
| 28968 | 08-D |
| 28971 | 17-C |
| 28980 | 13-E |
| 28982 | 14-A |
| 28992 | 09-B |
| 29000 | 16-A |
| 29006 | 13-A |
| 29011 | 10-B |
| 29014 | 10-E |
| 29017 | 13-E |
| 29020 | 07-B |
| 29023 | 06-C |
| 29034 | 12-A |
| 29035 | 09-E |
| 29044 | 09-D |
| 29055 | 11-A |
| 29058 | 13-A |
| 29059 | 17-C |
| 29060 | 17-C |
| 29062 | 12-A |
| 29063 | 07-E |
| 29065 | 08-B |
| 29066 | 11-A |
| 29067 | 11-E |
| 29071 | 11-B |
| 29072 | 12-B |
| 29075 | 11-D |
| 29076 | 08-E |
| 29077 | 07-C |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 29078 | 07-A |
| 29080 | 11-D |
| 29082 | 06-A |
| 29083 | 06-A |
| 29086 | 12 floor |
| 29087 | 11-B |
| 29088 | 11-B |
| 29089 | 07-A |
| 29091 | 11-B |
| 29122 | 06-B |
| 31186 | 06-B |
| 31189 | 06-C |
| 31331 | 02-B |
| 31343 | 02-B |
| 34768 | 03-D |
| 34770 | 03-D |
| 34781 | 04-E |
| 34945 | 03-C |
| 34946 | 03-C |
| 34947 | 03-C |
| 35002 | 05-D |
| 35003 | 05-D |
| 35008 | 05-D |
| 35026 | 09-E |
| 35035 | 12-E |
| 35036 | 07-E |
| 35037 | 12-E |
| 35081 | 01-E |
| 35265 | 02-B |
| 35303 | 06-B |
| 35304 | 02-B |
| 35312 | 01-D |
| 35313 | 01-D |
| 35943 | 01-E |
| 36112 | 07-C |
| 36684 | 02-A |
| 36685 | 06-D |
| 36688 | 03-C |
| 36695 | 02-E |
| 36697 | 01-E |
| 36702 | 11-B |
| 36704 | 06-D |
| 36707 | 06 floor |
| 36711 | 08-C |
| 36712 | 10-B |
| 36713 | 09-D |
| 36715 | 06 floor |
| 36716 | 02-C (Table) |
| 36717 | 02-E |
| 36718 | 06-E |
| 36719 | 02-A |
| 36720 | 02-A |
| 36721 | 02-A |
| 36722 | 09-E |

Tangible Trial Exhibits
by Exhibit Number

| Trial Exhibit Number | Shelf Number |
|---|---|
| 36723 | 07-C |
| 36742 | 02-B |
| 36772 | 02-A |
| 37092 | 11-A |
| 37196 | 09-A |
| 41001 | 05-E |
| 41002 | 05-E |
| 41003 | 05-E |
| 41004 | 05-E |