QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING OF EVIDENCE AND DOCUMENTS IN SUPPORT OF MATTEL'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING MGA'S UNFAIR COMPETITION CLAIM (CAL. BUS. & PROF. CODE § 17200) AND MATTEL'S RELATED DEFENSES**<br><br>Trial Date: January 11, 2011 |

00505.07975/4117225.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges for the Court's convenience a flash drive containing evidence, docket entries and authorities in support of **MATTEL'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING MGA'S UNFAIR COMPETITION CLAIM (CAL. BUS. & PROF. CODE § 17200) AND MATTEL'S RELATED DEFENSES**.

DATED: April 29, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.