QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S NOTICE OF ERRATA REGARDING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING MGA'S UNFAIR COMPETITION CLAIM (CAL. BUS. & PROF. CODE § 17200) AND MATTEL'S RELATED DEFENSES**<br><br>Trial Date:  January 18, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following corrections to the document captioned Mattel's Proposed Findings of Fact and Conclusions of Law Regarding MGA's Unfair Competition Claim (Cal. Bus. & Prof. Code § 17200) And Mattel's Related Defenses. Dkt. No. 10526.

The submission inadvertently included incorrect trial transcript volume numbers on page 2, line 3; page 2, line 22; and page 8, line 6. The correct volume numbers have been inserted and now read:

- 2/16/11 Trial Tr. Vol. 1 (Larian) at 86:7-24
- 2/11/11 Trial Tr. Vol. 3 (Larian) at 22:2-6
- 3/25/11 Trial Tr. Vol. 1 (Larian) at 31:4-33:8

The submission inadvertently included the incorrect trial transcript volume number and additional lines of testimony on page 19, line 7. The correct citation has been inserted and now reads:  3/17/11 Trial Tr. Vol. 1 (Fontanella) at 118:8-19.

The submission inadvertently omitted the trial transcript volume numbers on page 10 at lines 13 and 22-23. The correct volume numbers have been inserted and now read:

- 3/25/11 Trial Tr. Vol. 1 (Larian) at 36:21-25.
- 3/25/11 Trial Tr. Vol. 1 (Larian) at 41:21-43:2.

The submission inadvertently cited an incorrect page of TX 31180 on page 8, line 5. The correct page number has been inserted and now reads:  TX 31180-00014.

DATED:  April 29, 2011        QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc., and Mattel de Mexico. S.A. de C.V.