Name & Address:
Alexander H. Cote (SBN 211558)
acote@scheperkim.com
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655; Fax (213) 613-4656

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 04-9049-DOC (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

SEE ATTACHED LIST

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other    SEE ATTACHED LIST

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| May 5, 2011 | /s/ Alexander H. Cote |
| Date | Attorney Name |
| | Carlos Gustavo Machado Gomez |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING

# LIST OF DOCUMENTS

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. GUSTAVO MACHADO'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO CAL. CIV. CODE § 3426.4; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

4. DECLARATION OF ALEXANDER H. COTE IN SUPPORT OF MOTION FOR ATTORNEYS' FEES PURSUANT TO CAL. CIV. CODE § 3426.4; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

5. NOTICE OF LODGING THUMBDRIVE