Name & Address:
William A. Molinski (State Bar No. 145186)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware Corporation,<br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** SEE ATTACHED LIST OF DOCUMENTS

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other   SEE ATTACHED LIST OF DOCUMENTS

**Reason:**

☒ Under Seal
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  January 4, 2005
☒ Manual Filing required (*reason*): Application to Seal and proposed order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| May 5, 2011<br>Date | /s/ William A. Molinski<br>Attorney Name<br>William A. Molinski<br>Party Represented<br>MGA Parties |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   **NOTICE OF MANUAL FILING**   American LegalNet, Inc.
www.Forms*Workflow*.com

LIST OF DOCUMENTS TO BE MANUALLY FILED

1. Application To File Under Seal

2. [Proposed] Order Granting Application To File Under Seal

3. MGA Parties' Notice Of Motion And Motion For Exemplary Damages And Fees Pursuant To California's Uniform Trade Secret Act, Cal. Civ. Code §§ 3426.3, 3426.4 [UNREDACTED]

4. MGA Parties' Motion For Award Of Attorneys' Fees And "Full Costs" Under Section 505 Of The Copyright Act [UNREDACTED]

5. Declaration Of Stephen Schultz In Support Of MGA Parties' Motion For Award Of Attorneys' Fees And "Full Costs" Under Section 505 Of The Copyright Act And Exhibits 1-58 [THUMBDRIVE]

6. Declaration of Peter D. Zeughauser In Support of MGA Parties' Motions for Fees and Costs

7. Exhibits to the Declaration of Annette Hurst In Support of MGA Parties' Motions for Fees and Costs [THUMBDRIVE]

OHS WEST:261143440.1