1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15            UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA
17                   SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><hr>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF MGA's MOTIONS FOR FEES AND COSTS** |

**[EXHIBITS F, G, H, I FILED UNDER SEAL]**

1  I, Annette L. Hurst, declare:

2  1. I am a member of the bar of the State of California, admitted to practice before this Court, a partner with the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel for the MGA Parties. I make this declaration based on personal knowledge unless otherwise expressly stated, in which case, it is based on information and belief. If called and sworn as a witness, I could and would testify competently as follows.

3  2. I was lead counsel of record for defendant Thomas Forsyth in the *Mattel v. Walking Mountain* case. After the Ninth Circuit's reversal of the denial of attorneys' fees on the cross-appeal, the United States District Court for the Central District of California, Judge Lew presiding, granted defendant's request for an award of attorneys' fees and awarded nearly $2M in fees and costs.

4  3. Attached hereto as Exhibit A is a true and correct copy of the book entitled "Toy Monster: The Big, Bad World of Mattel," written by Jerry Oppenheimer and published by John Wiley & Sons, Inc. on February 24, 2009.

5  4. Attached hereto as Exhibit B is a true and correct copy of the article titled "Barbie's Bodyguards," written by Tracie L. Thompson and published in the *California Lawyer* magazine in May of 2006.

6  5. Attached hereto as Exhibit C is a true and correct copy of the article titled "Mattel's Latest: Cease-and-Desist Barbie," written by Steve Silberman and published by Wired.com on October 28, 1997.

7  6. Attached hereto as Exhibit D is a true and correct copy of the article titled "Sue-happy Barbie" published by the Times-Picayune Publishing Company on January 28, 2003.

8  7. Attached hereto as Exhibit E is a true and correct copy of the article titled "Jury rejects Mattel's Bratz doll copyright claim," written Amy Taxin and Mae Anderson and published by The Associated Press on April 22, 2011.

9  8. Attached hereto as Exhibit F is a true and correct copy of a transcript

1  of the testimony of Tom Nolan given on November 9, 2010 in the *MGA v.*
2  *Lexington, et al.* arbitration.  [FILED UNDER SEAL]
3      9.   Attached hereto as Exhibit G is a true and correct copy of the transcript
4  of testimony of Annette Louise Hurst given on November 10, 2010 in the *MGA v.*
5  *Lexington, et al.* arbitration.  [FILED UNDER SEAL]
6      10.  Attached hereto as Exhibit H is a true and correct copy of the transcript
7  of testimony of Jeanine Pisoni given on November 11, 2010 in the *MGA v.*
8  *Lexington, et al.* arbitration.  [FILED UNDER SEAL]
9      11.  Attached hereto as Exhibit I is a true and correct copy of a letter from
10 Timothy L. Alger at Quinn Emanuel to Michael Keats and Johanna Schmitt at
11 O'Melveny & Myers LLP dated June 7, 2007.  [FILED UNDER SEAL]
12     I declare under penalty of perjury under the laws of the United States that the
13 foregoing is true and correct.  Executed on May 5, 2011, in San Francisco,
14 California.

                                          */s/ Annette L. Hurst*
                                          Annette L. Hurst