# EXHIBIT A-1

# Toy Monster

Exhibit A - Page 3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518472

Exhibit A - Page 4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518473

# Toy Monster

## *The Big, Bad World of Mattel*

Jerry Oppenheimer



**WILEY**

John Wiley & Sons, Inc.

ffirs.indd   iii                                          1/8/09   1:45:05 PM

Exhibit A - Page 5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518474

Copyright © 2009 by Jerry Oppenheimer. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*
Oppenheimer, Jerry.
    Toy monster : the big, bad world of Mattel / Jerry Oppenheimer.
      p.   cm.
    Includes bibliographical references.
    ISBN 978-0-470-37126-8 (cloth)
    1. Mattel, Inc.   2. Toy industry—United States.   I. Title.
  HD9993.T694M386   2009
  338.7′688720973—dc22
                                                        2008051535

Printed in the United States of America
10  9  8  7  6  5  4  3  2  1

Exhibit A - Page 6

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MGA2 1518475

*For Caroline, Cuco, Trix, Max, Louise, Jesse, and Toby*

Exhibit A - Page 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518476

Exhibit A - Page 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518477

# Contents

**Part One: The Barbie War and the Handler-Ryan Era**    **1**

| Chapter 1: | Barbie's Untold Heritage | 3 |
| Chapter 2: | A Shocking Cover-Up | 13 |
| Chapter 3: | From Weapons of Mass Destruction to Barbie, and the Knocking Off of a German Doll | 19 |
| Chapter 4: | Putting the "Matt" in Mattel, and How the Toymaker Became a Hotbed of Aggressive Hotheads | 37 |
| Chapter 5: | Real-Life Barbie Dolls | 51 |
| Chapter 6: | Horrific Scandal, Controversy, and Indictments | 65 |
| Chapter 7: | A Civil War and a Hollywood Romance | 81 |
| Chapter 8: | A Bloody Tragic Ending | 89 |

**Part Two: A Drama Princess and the Barad Era**    **103**

| Chapter 9: | "Miss Italian America" | 105 |
| Chapter 10: | From "He-Man" to Home Depot | 121 |
| Chapter 11: | A Fearsome and Firing Diva and the Great Whistleblower Debacle | 135 |

Exhibit A - Page 9

CONFIDENTIAL - ATTORNEYS' EYES ONLY                MGA2 1518478

viii                           C O N T E N T S

**Chapter 12:** The Princess Diana Fiasco, Praying for Success,
and Demi Plays Barad                                    147
**Chapter 13:** Another Whistleblower in the Ranks, Toyland's
Worst Acquisition, and the End of a Reign              161

**Part Three: Toy Terror, the Bratz Attack, and the
Eckert Era**                                               **181**

**Chapter 14:** The Processed Cheese Savior                183
**Chapter 15:** Barbie's Aging, Eckert's Making Excuses, and
the Bratz Pack Is Booming                              193
**Chapter 16:** Toy Terror 2007                            201
**Chapter 17:** An Outrageous Apology                      213
**Chapter 18:** "Like Something Out of *The Exorcist*"      227
**Chapter 19:** Keep It Out of the News!                   235
**Chapter 20:** Don't Diss Barbie, and the Toy Trial of the
Century: *Bratz vs. Barbie*                            247

Author's Note on Sources                                   265
Selected Bibliography                                      267
Acknowledgments                                           269
Index                                                     273

Exhibit A - Page 10

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        MGA2 1518479

# Part One

# THE BARBIE WAR AND THE HANDLER-RYAN ERA

Exhibit A - Page 11

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518480

Exhibit A - Page 12

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518481

# Chapter 1

# Barbie's Untold Heritage

After consummating yet another evening of compulsive sex—this night with the tall redhead who is Mattel's top-secret voice of the first talking Barbie doll—Jack Ryan, the "Father of Barbie," looks up at the oak ceiling of the boudoir in his Hefneresque Bel-Air Tudor mansion known as "The Castle," turns to voluptuous, brown-eyed, breast-enhanced Gwen Florea, who, besides thrilling millions of little girls by having their favorite doll speak, helps run Mattel's high-tech recording studio and acoustics lab, and says, "You know something, Kid, I should cut a hole in the ceiling so when I make love I can look up and see the stars and the moon. Wouldn't that be just delightful?"

Even in bed, where he spends many evenings with one or more real-life beautiful dolls, most possessing the attributes of his fantasy doll, Barbie—the long-legged, slim-waisted, pointy-breasted, 11½ inch plastic one that is making him a fortune—the Father of Barbie can always conjure up new ideas; the corny romantic bedroom sunroof is just one. He usually talks his ideas into a tape recorder he carries, or jots them down on a pad he keeps next to his toilet.

3

Exhibit A - Page 13

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MGA2 1518482

4                        T O Y   M O N S T E R

While Barbie and other iconic Mattel playthings he's developed—Chatty Cathy, Ken, Hot Wheels, not to mention the Optigan music-maker, among others—are earning him millions in royalties, his very favorite toy is The Castle. This private kingdom, on more than four acres of expensive turf, underscores the Father of Barbie's hyperactive narcissism and singular quirkiness and eccentricity.

Literally following the old adage that "a man's home is his castle," Ryan transformed what had once been Bel-Air's second oldest stately home, the staid (by Hollywood standards) 16,000-square-foot manse and grounds of silent-to-talkies Oscar winner Warner Baxter (who underwent a lobotomy to "cure" his arthritis and died not long after), into the Father of Barbie's own private "once-upon-a-time" theme park.

There's the high Greek Revival Moorish archway. There's the wood bridge over the moat that protects the entrance. There are battlements. There are the massive arches guarded by knights in armor. There are the giant stone fireplaces, the leaded glass windows, and the rich wood paneling. There is the massive ballroom with marble floors. There's the scallop-edged swimming pool with cabanas, and the open dance pavilion with a gazebo top. There's the tennis court and tennis house (which often is home to one or more ladies of the moment). There's the circular staircase leading to the tree house, which can serve eight under a chandelier, where the likes of CBS chairman William Paley often enjoys a repast.

The Tom Jones Room, in the lower level of the main house, is reserved for intimate Thursday-night no-utensils dinner bacchanals at which the Father of Barbie presides from an enormous throne that once belonged to the Prince of Parma. (Ryan had originally bought the throne to cover the toilet where he jots his ideas, but it was disappointingly too big for the loo.) His Queen, a different beauty chosen each week, wears the crown used in commercials for Imperial Margarine.

Curiously, many of the adornments in the immense house are fake, like a movie set, because Ryan tends to not finish many of the numerous renovation projects he starts. The pillars supporting the temporary roof of the dance pavilion are made of plywood and are hollow and house playful gofers; the drapes in the main house are made of inexpensive canvas, but painted with ornate gold trimming to give the appearance of being costly; at the end of one room is a big faux fireplace that

Exhibit A - Page 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MGA2 1518483

Barbie's Untold Heritage                                    5

is skillfully dummied up to look authentic; and some of the asphalt drive-way is painted in such a way as to give the look of stone. On some projects, he had the assistance of a Disneyland designer. "The idea that something was finished would mean that he wouldn't be able to do anything more with it," observes a close friend Annie Constantinesco. "So many things were a mockup, and if it went further than that, it stopped being interesting to him because he could always improve on a mockup."

At one point during the never-ending renovation, the Father of Barbie had ordered expensive oak paneling from the estate of William Randolph Hearst, and had delivered to The Castle spectacular lime-stone blocks imported from a 15th-century French abbey, but never got around to installing any of it.

Because of the immense size of The Castle, the Father of Barbie has the help of about a dozen bright, handsome students from the nearby campus of UCLA. These unpaid interns, known as "Ryan's Boys," receive free room and board in exchange for sundry services, such as keeping the grounds and house in tip-top shape and offering security and valet services for the huge parties the Father of Barbie throws. *Look* magazine wrote a feature about the intriguing setup, headlined, "The Butler Goes to College."

Since Ryan is in constant and often-frenzied communication with col-leagues and friends, he installed 144 telephones throughout The Castle and grounds. Some of the phones are even in trees, and for those he changed the ring tones to sound like the chirping of birds. The entire phone system is switched through a highly sophisticated communications system that he bought as surplus from a U.S. Navy destroyer and reengineered.

A car buff, he has some 18 autos in various states of customiza-tion, and even owns a mint-condition 1935 Reo fire engine. It's not unheard of for Ryan to invite a group of revelers to jump aboard and, with siren wailing, race from The Castle through the gold-paved streets of Beverly Hills to party at the latest "in" disco.

For first-time guests, awe-inspired by the mind-boggling layout, Ryan put together a guidebook of his playground, appropriately enti-tled, *It's a Party*.

■ ■ ■

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518484

6                                    TOY MONSTER

During his lifetime, the Father of Barbie had his name on more than a thousand patents, and was a man of seemingly as many personas—inventor, designer, and serial Casanova, to name just a few. The *Los Angeles Times* once characterized him as "a strange mixture of the new technologist and the old playboy." Zsa Zsa Gabor, the second of his five wives (he was the sixth of her nine husbands), had a somewhat different view. She described the Father of Barbie this way: "[M]y knight in shining armor, the inhabitant of a fairy-tale castle, Jack my new husband . . . was a full-blown seventies-style swinger into wife-swapping and sundry sexual pursuits as a way of life." Most of her assessment was accurate, except for the wife-swapping part, unless she meant he swapped one old wife for one new one with rings and weddings, like she did with her mates.

Except for a small circle of confidantes, few knew that the Father of Barbie was a mass of treatable and untreatable emotional problems and addictions, including what later became known as *hypersexuality*, a manic need for sexual gratification, which was one of the symptoms of his bipolar disorder—a well-kept secret and an illness that explained his compulsive womanizing.

Barbie has quite an untold heritage.

■ ■ ■

As Barbie's 50th anniversary on March 9, 2009 loomed, the first Voice of Barbie reminisces nostalgically about her relationship with the Father of Barbie—one she says "was just a brief fling as far as bed was concerned."

Observes Gwen Florea: "Jack was fun-crazy. That night when he wanted to cut a hole in the ceiling so that he could see the starlight, I had to talk him out of it, or he would have done it. He'd do things like that on the spur of the moment."

They were an oddly matched twosome, but so was the Father of Barbie with all of his other women—the ones he knew biblically, and those he courted and charmed socially.

While most playboys used their proverbial Little Black Books to list the vital statistics and other intimate details about their women, the Father of Barbie's method was far more advanced. He adopted the

Exhibit A - Page 16

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518485

McBee Keysort System, used by librarians before the advent of small computers, to list the Barbie-like physical attributes and sometimes sexual interests and appetites of the women he knew. Most of that data was gathered at Hollywood parties and Beverly Hills society and charity functions. It was entered into the system by his coterie of beautiful social secretaries, such as statuesque Gun Sundberg, a former Miss Scandinavia, and Swedish Tanning Secrets TV commercial knockout.

Along with gathering all the details, his secretaries photographed certain guests and attached the prints to the data cards. The information in Ryan's eight address books was also added to the mix. If the Father of Barbie required a statuesque Barbie doll lookalike with certain kinks for one of the Castle revels, or if he needed 60 chic couples for one of his enormous celebrity parties, his beautiful assistants had no problem gathering the precise card sort.

■ ■ ■

Whereas the Voice of Barbie was six-foot-one in heels, the Father of Barbie was a diminutive five-foot-eight—and that was in his custom-made elevator shoes imported from Church's of London, which gave him at least three more inches. "My being taller than him was always something that he loved, like a real-life Barbie doll," relates the Voice of Barbie. "He once said to me he loved me being tall so he could stick his nose in my boobs when he hugged me."

Derek Gable, a star designer and executive at Mattel for 16 years who was part of the company's "brain drain" from the United Kingdom, says Ryan fancied himself a sort of funny-looking Hugh Hefner. Hefner had his own Barbie doll–like Barbi (no *e* on the end). Benton, the Playboy founder's longtime playmate who, with a singing career in mind, once recorded a dud called "Barbi Doll."

Recalls Gable: "The first time I ever heard of Jack Ryan was in a newspaper back in England, one of the scandal ones, probably, and the headline said, "Jack and His Dolly Birds," with a picture of him having dinner under a chandelier in his tree house on his estate, and the story was about this whacked-out guy who has all these dolly birds."

Despite his success in bedding a chorus line of beauties, the Father of Barbie was no handsome Ken (the boy doll developed by Ryan and

Exhibit A - Page 17

CONFIDENTIAL - ATTORNEYS' EYES ONLY                MGA2 1518486

8                                    T O Y   M O N S T E R

his crack team of Mattel designers and engineers that was brilliantly promoted as Barbie's main squeeze). Besides Jack Ryan's height, or lack thereof, his hair was cut and dyed an odd orange-red by famed "stylist to the stars" Jay Sebring (who, along with actress Sharon Tate, was one of cult leader Charles Manson's victims); his speaking voice sounded as if he had inhaled laughing gas; his forehead was overly large and alien-like; he had a Humpty Dumpty build—his chest puffed out like a rooster in heat and he had skinny arms and spindly legs; and his complexion was a Bela Lugosi–like pale because of his genetic Irish-American pallor as well as the fact that he rarely ventured into the southern California sun.

A dandy of sorts, he sported custom-tailored suits from Mr. Guy in Beverly Hills, wore safari jackets with a silk ascot, and often arrived at a party wearing a full-length fur coat. Many considered him a blast, while others thought he was Napoleonic—in size and demeanor. His IQ was in the genius range.

The Father of Barbie was also considered a sensuous lover.

"Jack was very good in bed," Gwen Florea attests years later. "He was very, very considerate. But it was the whole aura of his personality that was so attractive."

As with so many others in Jack Ryan's orbit, ranging from the creative geniuses at Mattel to Hollywood's celebrity A-list, she was referring to his charm, brilliance, inventiveness, eccentricity, and life-style. However, those are some of the same characteristics that have relegated Ryan to virtual anonymity in the long and storied history of Mattel and the mythology surrounding the Barbie doll as she entered her second half-century.

The press courted the Father of Barbie and praised his intellect and talent. "Under his supervision, the Barbie Doll and all her friends and wardrobe demands were born," declared the *Los Angeles Times*. "He is an inventor who has already patented . . . the most successful toys ever sold."

■ ■ ■

While the media extolled Ryan's intellectual and creative virtues, a far more powerful figure in the Father of Barbie's life criticized,

Exhibit A - Page 18

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518487

begrudged, and denied them—especially when it came to who actually conceived, or invented, or devised the biggest-selling, most-iconic doll in the universe.

Her name is Ruth Handler, Mattel's driven, ambitious, and cut-throat co-founder. After Ryan's death in 1991, and before her own passing in 2002, she publicly waged what many in Ryan's circle believe was a deliberate campaign to diminish, if not altogether erase, his role as the Father of Barbie, and take full credit as the billion-dollar doll's inventor and as "Mother of Barbie."

Privately, within the hallowed halls of Mattel, the two had been at each other's throats for almost two decades. It was a backroom and boardroom drama that eventually exploded into what one high-powered Beverly Hills lawyer describes as "a scorched-earth legal battle," as in *Ryan v. Mattel*.

"Ruth Handler came in after Jack died and started a whole PR campaign about her being the creator of Barbie," maintains Stephen Gnass, founder of a serious, prestigious seminar program for inventors called Invention Convention, and a close friend of Ryan's. "Enough propaganda, enough promotion and you can make anybody believe anything. Ruth Handler really marginalized anything that Jack had to do with Mattel. She was making her case after he was dead and he was in no position to defend his legacy."

To Gnass, Ryan seemed possessed by Barbie.

"When Jack talked about creating Barbie, or improving Barbie, he would light up and describe the breasts and the legs and how tall she needed to be. He was intrigued by that," recalls Gnass. "When he talked about Barbie it was like listening to somebody talk about a sexual episode, almost like listening to a sexual pervert talk about creating this doll. He got a little glow, was animated, had a twinkle in his eye. Barbie was the number-one toy at Mattel that he would talk about creating. I often think about the expression on his face when he described the doll's voluptuousness."

An expert at media spin and self-promotion, and once described in the *New York Times* as a "one-woman sales-merchandising-promotion-administrative force, a sort of industrial Orson Welles," Ruth Handler was enormously successful at getting her story across—and her rendition of Barbie's birth became an integral part of the Barbie myth and phenomenon.

Exhibit A - Page 19

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518488

As she once stated bluntly, "One of my strengths is that I do have the courage of my convictions and the guts to take a position, stand up for it, and make it happen. I can be very persuasive in getting others to see the light."

Hints of the Handler-Ryan feud became public on rare occasions, such as when the *New York Times*, in a profile of the toy company in 1968, described Ryan as "Mattel's real secret weapon," and noted that Ruth and her husband and Mattel co-founder, Elliot Handler, were "reluctant to credit any single person with the invention of new toy 'principles.'" The story pointed out that early publicity about Mattel that had credited Ryan with the development of Barbie had "caused a top-level chasm" between him and the Handlers, especially Ruth, whose vendetta only intensified.

When the *Times* ran a caption-sized feature item in 1994 about Barbie's 35th anniversary, and named the then-deceased Jack Ryan as "Barbie's creator," Ruth Handler went as ballistic as the realistic toy missiles that were designed for Mattel by Ryan, which sold in the millions, and were even featured in *Life* magazine. Ryan had helped design real missiles for use by the military before he joined Mattel. In a letter to the *Times*, Handler stated that the story "contained an inaccuracy. The late Jack Ryan was not Barbie's creator. My husband Elliot, and I were the founders of Mattel Toys, and I was the creator of the Barbie doll. Jack Ryan, in his role as head of the research-and-development department, managed some of the design work relating to the doll and her accessories."

Mattel was Ruth's show, they were her toys, and no one else was going to get credit. Those in the creative end were thought of as "technicians," literally and figuratively.

Ruth was considered "ruthless, a real hatchet man who was completely oblivious to design," asserts Fred Adickes, who came from designing tailfins at General Motors to serve as chief industrial designer at Mattel under Ryan. Adickes helped spearhead the development of Hot Wheels and worked on the "World of Barbie," which included the doll's first car, a Corvette, and her home and furnishings. The project was Ryan and the Handlers' way of expanding Barbie beyond just clothing and fashion accessories.

Exhibit A - Page 20

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518489

"Ruth and Elliot's word was law," says Adickes, years later. "They were exalted. They were Mattel's God and Holy Spirit—and they had a competitive, adversarial relationship with Jack Ryan. In the end, Ruth was designated as the inventor of Barbie. This was done not only for ego, but probably for good business reasons. It wouldn't be good business to identify anyone else who contributed."

Adickes notes that after he left Mattel, unhappy with the politics and culture, Elliot Handler began taking credit for Hot Wheels. As Adickes observes, "It wouldn't be good business for the Handlers to say, 'Well, the man who actually came up with the idea for Hot Wheels was an automotive designer who left the company.'"

Salaried Mattel designers such as Adickes who were big producers sometimes received bonuses and stock options, but were barely compensated for their lucrative ideas. After signing a mandatory document turning over all patent rights to a toy that might generate hundreds of millions of dollars in revenue for Mattel, he says they received in return a crisp one-dollar bill. "Sometimes I got it," notes Adickes, "sometimes not."

Because the world-famous Barbie brand has been the most significant product in Mattel's extraordinary lifetime, the unvarnished story of the doll's conception and implementation offers a candid snapshot of Mattel's founders and their complex relationship with their employees, and of the company's curious corporate culture. It underscores how Mattel became an international juggernaut—the biggest, baddest toy company in the world.

Placing Barbie's plastic DNA under a microscope, one finds contradictions in Ruth Handler's story of Barbie's conception. It also reveals the very private war the Handlers were waging against Jack Ryan, which subsequently so debilitated him emotionally and physically that at the age of 64 he had a tragic end. His manner of death has long been kept secret.

Exhibit A - Page 21

CONFIDENTIAL - ATTORNEYS' EYES ONLY                         MGA2 1518490

Exhibit A - Page 22

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518491

# Chapter 2

# A Shocking Cover-Up

Ruth Handler's account of Barbie's creation became formally etched in stone with her autobiography, *Dream Doll*, published in 1994, three years after Ryan's death. What Walt Disney was to Mickey, Ruth Handler essentially declared she was to Barbie—and Jack Ryan was virtually nowhere in sight. Her campaign worked. Subsequent articles and books about the doll took her at her word that she was the "the creator of Barbie."

Written with the help of Jacqueline Shannon, a journalist (who declined to be interviewed for this book), *Dream Doll*, published by Longmeadow Press (a small, long-defunct house), and widely reviewed at the time, mentions Jack Ryan only briefly, with little more than a dozen short references in the 227-page book, and gives him little or no credit for his lucrative and creative role. Her one concession to Ryan was his development of the "Twist 'n' Turn Barbie," a major breakthrough, that gave the doll natural movement by allowing little girls to bend her at the waist and legs, and twist her at the hips—with no visible joints.

13

Exhibit A - Page 23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518492

14                              T O Y   M O N S T E R

But Handler went on to complain: "Because these technological
innovations were among the few Barbie features we were able to pat-
ent, Jack Ryan would later tell people that he was the inventor of the
Barbie doll. You can imagine how annoying this was."

She may have been annoyed, but, in fact, Ryan held the only U.S.
patents related to the Barbie doll, while the Handlers, neither of whom
were engineers, had none involving Barbie, a key fact to which Ruth
didn't fess up in *Dream Doll*, among many other things. Ryan's first pat-
ent, filed seven months before Barbie's debut at the 1959 International
Toy Fair in New York, was for doll construction; his second was for
doll construction, natural movements, and positions; his third was
for a doll having an angular adjustable line; and the fourth was for natu-
ral movements and positions—the breakthrough involving the Twist 'n'
Turn development.

Ryan was also involved in designing the tiny mechanisms that per-
mitted Barbie, Chatty Cathy, and Larry the Lion, among other Mattel
classics, to speak. For about two years, leggy Gwen Florea had been
recording Barbie's voice, two-second sound bites, on records smaller than
a quarter that fit inside under the doll's breasts. Among the first words
Barbie spoke were, "I love being a fashion model." When a more sophisti-
cated voice unit was in development by Ryan and his team, Florea inter-
viewed and recorded dozens of actresses to become the potential new
voice. But when she made the final presentation to Jack Ryan and the
Handlers they wanted only her voice. "I was told that they did not want
anybody on the outside to know who the voice was, that it would be
counterproductive to have an actual human in competition with Barbie."

According to retired chief designer of Barbie Collector Dolls &
Collectibles, Carol Spencer, a 36-year Mattel veteran, and an interna-
tionally known Barbie expert and author, the Handlers changed the
design of Ryan's last patent to avoid paying him royalties. "Jack Ryan
had the patent for the twist waist," says Spencer. "After Jack left Mattel,
the Handlers broke his patent. They merely stopped using features that
Jack had patented, which is an easy way to 'break' a patent. Mattel went
from his angular twist waist to a horizontal twist waist."

Ryan's defenders assert that Ruth Handler ordered the changes as
part of a campaign to disparage and denigrate him. And Mattel would

Exhibit A - Page 24

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518493

eventually stop payment on all of Ryan's royalties, leading to a legal battle royal.

"Jack got the short end of the stick," declares Annie Constantinesco, a Masters graduate at the Sorbonne and a Fulbright scholar who became an integral part of Jack Ryan's world in the late 1960s and remained a lifelong close confidante.

It was after Jack died that it was no-holds-barred, with Ruth Handler taking all the credit for Barbie. She probably always did claim credit for inventing Barbie to a degree, but after Jack died there were quite often articles, or interviews where she was featured, and she basically totally ignored him, or his name, or his contribution, and said it was all her doing.

But Jack addressed every feature of the doll. He had all the patents. To analyze the success of Barbie is to analyze what the features of the Barbie doll are that made it such a success, and one is the bendable waist that didn't exist before. Nobody had that feature and it was one of Jack's most prominent patents. When you look at a little girl playing with Barbie, that's one of the things that they love, and that was one of Jack's big contributions.

And the concept of Barbie was so in keeping with Jack's concept of a woman—the long legs, the small waist, the big tits. That was his take on women.

The Barbie doll introduced to the world in March 1959, sheathed in a tight black-and-white-striped bathing suit, fit Ryan's profile of the perfect fantasy woman; her real-life vital dimensions were a Pamela Andersonesque 39–18–34.

*The Women's Review of Books*, billed as a "serious, informed discussion of new writing by and about women," then published by the Wellesley Centers for Women, an organization closely tied to Wellesley College, severely panned *Dream Doll*. "Handler's autobiography," wrote the critic, "is nakedly self-serving, an attempt at auto-canonization. . . . Sadly, Handler's real achievement—as a woman who started an enormously important company—is obscured by her own account."

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518494

16                                    T O Y   M O N S T E R

The review pointed out Handler's unrelenting boasts, such as describing herself as "a fiercely independent woman, one who has always felt the need to prove myself," and the critic noted that Handler ends *Dream Doll* with an appendix titled "Awards and Honors," but "leaves out her rap sheet," a reference to Handler's white-collar crimes in the 1970s that forced her (along with her husband) from Mattel, and almost landed her in prison.

The shocking case of how she and a few colleagues finagled Mattel's books and cashed in on insider information (detailed later in this book) demonstrated Ruth Handler's ability to twist facts and dodge the truth. If she prevaricated with hard-nosed investigators from the Securities and Exchange Commission and federal prosecutors, as she did, is it difficult to make the leap that she'd take full credit for Barbie over Jack Ryan, whom she deeply resented, and who wasn't around to defend himself?

■ ■ ■

In mid-2008, as Barbie's 50th anniversary approached, Ruth's widower, Elliot Handler, was, at 92 years old, in relatively good health. Well-liked by his former Mattel employees as the soft-spoken, creative member of the Handler team, while "mannish" Ruth, as Gwen Florea described her, was the one who took care of business, Elliot had recently completed painting portraits of his six great-grandchildren in his Century City penthouse overlooking Beverly Hills. An artist, he had just undergone a second surgery for carpal tunnel syndrome on his right hand, making painting difficult.

Mattel, and how he and his wife were forced out more than three decades earlier, are subjects he's loath to discuss. However, he acknowledges that Jack Ryan "was a talented designer, a talented engineer who created a good engineering and design department for us. We brought him in working for us and we gave him a small royalty to go along with the product that he worked with." He concedes that there was an ongoing feud between Ryan and Ruth. "They had arguments on a number of things. He and Ruth did not get along too well. It was just personality. Ruth had a strong ego and so did Jack. If you put two people with big egos together they bounce around a little bit."

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Still, he defended Ruth against Ryan when it came to the subject of Barbie. "The doll was completely Ruth Handler's idea," Elliot declares. "She always wanted a teenage doll, and this thing kind of came together. Jack Ryan had nothing to do with the original creativity of the doll. His work had to do with the mechanical things."

According to Ruth's book, the Barbie doll was her concept from start to finish.

She stated that in the early 1950s, she had watched her daughter, Barbara, then approaching adolescence, and her friends, playing with cutout dolls—paper renditions of young career women, nurses, secretaries, all very feminine and sexualized. She saw how the girls dressed them and fantasized about their make-believe lives. As Handler saw it, "They were using these dolls to project their dreams. . . . So one day it hit me: Wouldn't it be great if we could take that play pattern and three-dimensionalize it so little girls could do their dreaming and role-playing with real dolls and real clothes instead of the flimsy paper or cardboard ones?"

Handler believed that a more adult-looking doll, one with breasts, could be a huge seller for her and Elliot's growing company. But when she presented the concept within Mattel, none of the men could see it, she bemoaned.

In 1956, the Handlers, already reaping substantial profits from their decade-old Mattel (thanks in part to being one of the first toy companies to shrewdly gamble advertising dollars on TV commercials), took a month-and-a-half European vacation. In Lucerne, just a few days before leaving for home, Ruth spotted a plastic doll in a shop window that was "the embodiment" of the adult-looking doll she had been unsuccessfully advocating back at headquarters. She stood "transfixed" with 15-year-old daughter Barbara at her side, gazing at the 11½-inch plastic rendition dressed in a tight miniature ski outfit.

"I was gripped," Ruth Handler recalled.

Called Bild-Lilli, the doll had everything she claimed she had been envisioning for a marketable, money-making product—long legs, thin waist, perky breasts—the same female attributes that Jack Ryan fantasized about, lusted after, and eventually engineered into Barbie. Over the years, that supermodel-like body in doll form would be one of the few things on which Ruth Handler and Jack Ryan ever agreed.

Exhibit A - Page 27

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        MGA2 1518496

18                             T O Y   M O N S T E R

Bild-Lilli had the look of an erotic Deutschland dominatrix with arched eyebrows and a tightly pulled-back ponytail rather than the Doris Day, girl-next-door image that Ruth had envisioned. In the latter part of the first decade of the twenty-first century, Lilli's real-life counterpart might be the pinup and burlesque entertainer Dita von Teese. Lilli was based on a sexy, popular cartoon character whose floozy lifestyle was depicted in a hugely popular strip in *Bild Zeitung*, a garish German tabloid. Because of Lilli's immense popularity, the newspaper had commissioned a well-known German doll designer, Max Weissbrodt, to turn her into an adult novelty, a doll that men hung from their rearview mirrors or gave as suggestive gifts to their women.

Ruth snapped up Lilli and brought her back home. With a makeover, she believed Mattel could sell millions to America's Baby Boomerettes. Jack Ryan was just the man to handle the project.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518497

# Chapter 3

# From Weapons of Mass Destruction to Barbie, and the Knocking Off of a German Doll

John William (Jack) Ryan was a Yalie who designed high-tech weapons for America's Cold War machine before joining Mattel.

Born in New York City, November 12, 1926, the future Father of Barbie grew up in elegant surroundings in a sprawling house filled with antiques and beautiful hand-carved furniture in the Manhattan commuter-suburb of Yonkers. He was the second son of James J. Ryan, an Irish immigrant from a farming family, who became a fashionable Manhattan contractor to the rich and famous, specializing in opulent store facades, and the paneled interiors of fancy homes for the likes

19

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 29

MGA2 1518498

20                                    T O Y   M O N S T E R

of Katherine Hepburn, Helen Hayes, June Havoc, and hoi polloi like the Hearsts. Annually, he was commissioned to do the Bride's House for *House Beautiful*, and when the World's Fair came to New York in 1939, he designed model homes for the great exhibition. He was a drinker, sportsman, and dapper dresser who wintered in Florida two months out of the year and, like his son, was a roué. Even in his last years he liked to pinch and rub up against the beauties who populated The Castle.

Lily Urqhart Croston Ryan, his wife, who brought James Ryan Jr. into the world seven years before his famous brother, Jack, worked for a time in *Life* magazine's art department and, according to Ryan family lore, was with her English pedigree the proprietor of a fancy tearoom across the street from Radio City Music Hall.

As a mother, however, Lily was an odd duck, with child-rearing ideas that would never pass Dr. Spock's muster—such as refusing to allow Jack to have any friends. That alone would have a devastating psychological impact on his adult life, and on virtually everyone around him.

"When my father was growing up, his mother didn't let him play with other children because she felt they weren't good enough to play with him, and others weren't good enough to come to the Ryan home, and when the Ryan boys were invited to other people's homes, well, those people weren't good enough, either," recounts Diana Ryan, the second of Jack Ryan's two daughters. "My father's mother didn't want other kids to come to the Ryan home because she felt like her home, while beautiful, wasn't ready, wasn't finished. So it was both 'they're not good enough,' and 'we're not good enough.' So that was my grandmother's issue."

Emotionally crippled by the memory of his lonely childhood, the Father of Barbie as an adult required constant attention, crowds of people, nightly parties, innumerable lovers, and a succession of wives. But he claimed loneliness was never a problem for him, although he acknowledged he had "a tendency to be sensitive in that direction. To like to be with people is important to me, to be part of a group, accepted, liked, respected and to share in the mutual feelings people have. Human feelings are important to me. I'm sensitive to them."

Because of his mother's fears and phobias, Jack Ryan's only play-mate, pal, and mentor growing up was his big brother, Jim, which

CONFIDENTIAL - ATTORNEYS' EYES ONLY

From Weapons of Mass Destruction to Barbie          21

might have been a blessing in disguise. "My father and Jim got a little ingrown," observes Diana Ryan, a divorcee with two sons. A committed Christian, she started a business to help people organize their lives "to have time for the people they love."

Besides barring Jack from having friends, Lily Ryan was also blind to the fact that her youngest son had a major but undiagnosed learning disability. The future Father of Barbie—the much-hailed inventor and intellectual—was severely dyslexic. He could not read, but was able shrewdly to hide his infirmity, one of a number of serious emotional problems—ranging from being bipolar to suicidal, alcoholic, and cocaine-addicted—that would surface over the years.

"My Uncle Jim was the bookworm and so when they were growing up he would do the reading and then Dad would debrief him," says Diana Ryan. "My dad was introduced to high school work when he was in elementary school, and college work when he was in high school. Jim taught my father most of his high school stuff because they were very close and always together, and my father just absorbed things like a sponge from Jim. In those days there weren't people who could diagnose learning disorders, but my dad figured out on his own what these days would be called a learning disorder."

When Jack was seven, for instance, Jim taught him high school German. When Jack was in high school at the exclusive Barnard School, in the fancy enclave of Riverdale in the Bronx, he was permitted to skip biology in order to teach physics, which his brother had taught him—without Jack having once read a book on the subject. It was during the early years of World War II, and all of the regular physics instructors were in uniform.

Jack was a junior mad scientist with a seriously dangerous mischievous streak. The future Father of Barbie boasted that he made dynamite in the Ryan's basement, and detonated the charges to frighten the neighbors. On a tamer note, when he spotted neighborhood boys riding three-speed bikes, Jack designed and built a nine-speed. Often bored at school, he built a crystal radio set and customized it so it was hidden in his desk, with the earphones stashed in the inkwell. A born entrepreneur, he sold more than a dozen to classmates.

He taught himself how to take apart and put together an automobile engine, and later, when he was earning millions at Mattel, he had

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 31

MGA2 1518500

dozens of cars, many he redesigned, such as grafting Mercedes-Benz grills on to old Studebakers, or slicing new Rolls Royces in half and putting another make's body in the middle—the first unofficial stretch limousines. So it was not a great leap for him to become a key figure in the design and implementation of another of Mattel's iconic huge sellers, Hot Wheels, which is for boys what Barbie is for girls.

In his senior year of high school, he was elected class president, and was so advanced in his studies that he was allowed to attend classes just one day a week, spending the rest working in an electronics laboratory for a disciple of the famed inventor and industrialist Vincent Hugo Bendix, where Ryan devised a better way to test radio crystals—and won a $25 war bond for his breakthrough.

After graduating from high school, with the war still on, Ryan was easily accepted at Yale, and enlisted in the university's Naval officer training program, serving from July 1944 to July 1946, at the New Haven campus and in the Pacific, where he was assigned to an ammunition ship.

Still, he couldn't handle reading books, so he found a way around the problem.

"When Dad went to Yale he told me that he put together a study group for each of his classes, and appointed himself moderator of each of the study groups," says Diana Ryan. "He doled out the reading assignments and then he'd have people read the chapters and report back to him, all of which he absorbed. Since he was the moderator, he didn't assign chapters to himself, so he got through Yale pretty much without having to do *any* reading."

While majoring in electrical engineering and industrial administration, he undertook an extra term of independent research work in personnel psychology with the E. Wight Bakke Foundation at the Institute of Human Relations at Yale. He was also active on campus as a sharp-shooting member of the Yale pistol team; he'd have a lifetime fascination with guns, developing successful toy guns and rifles for Mattel.

He joined Dramat, Yale's dramatic society, where he was known as an outgoing, attention-getting exhibitionist. Rather than act, he volunteered for the less glamorous job of production manager after he discovered that the Dramat's musical, "In the Clover," was scheduled to

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518501

From Weapons of Mass Destruction to Barbie          23

tour women's colleges—women were always his favorite form of recreation. Throughout his lifetime he believed that the female brain, not just the body, was superior to that of the male.

Even before graduation, he got a job as a technical consultant at a White Plains, New York, plastics company, which was invaluable experience when he got to Mattel, where plastic ruled.

He graduated with a BS degree from Yale's School of Engineering in 1948, announcing plans to assist his brother, Jim, in the development of electronic inventions. However, his first job out of school was managing the Square Root Manufacturing Company for a friend, J.J. Root, who was producing TV antennas for postwar-American couch potatoes. Ryan also took some graduate courses at Harvard.

While there, the future Father of Barbie fell in love, or so it seemed. Her name was Barbara Harris, a pretty, stiff-lipped Brahmin, the daughter of a Texas Company executive and a concert violinist and teacher. A Parsons School of Design graduate, the future Mrs. Jack Ryan worked as a designer of chic scarves for the Vera brand—a company formed by Vera Neumann, an artist who became a noted textile designer whose popular scarves were signed VERA in small print.

Jack and Barbara dated for a year or two and got married in August 1950, in what would become an ill-fated, unconventional union after Ryan joined Mattel.

"Because Dad was in a hurry, and Mom was too shy to have a big wedding, they eloped," says Diana Ryan. "They were married in a friend's living room in New Rochelle, New York—just with friends and the minister—and that was it."

For the next two years, they lived with Jack's parents and brother in his boyhood home in Yonkers, a decision in which the bride had no say. Through the years she'd have little input in anything her dominant and controlling husband decided. The reason he moved back home was his lifelong issue of loneliness. He felt more comfortable with lots of people around. For Barbara Ryan, it would get much worse.

It was during this time that Jack was offered a plum job with a high security clearance at one of America's premier defense contractors (and inventor of the microwave oven), Raytheon (which means "light from the gods"). It was 1952: General Dwight David Eisenhower was

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 33

MGA2 1518502

24                                    T O Y   M O N S T E R

elected President; U.S. troops were battling the Communist North Koreans; French soldiers were fighting the Communist Viet Minh in Vietnam; and the United States dedicated the Nautilus, the world's first atomic submarine, to fight the Reds, if needed. And in Waltham, Massachusetts, 26-year-old Jack Ryan was doing his part for America's so-called military–industrial complex.

He was assigned to work on preliminary design for the ground-to-air Hawk missile, and was performing reliability studies for the air-to-air Sparrow III missile, both of which were ordered by the Cold War Pentagon. "I was in charge of the work of seven-hundred engineers and scientists developing the Hawk system—I wasn't their boss but I was the young guy who ran it," Ryan revealed years later.

It was during missile test-firing trips to the Point Magu Naval Air Missile Test Center, just north of Los Angeles, that the future Father of Barbie heard about a prosperous, up-and-coming toy company called Mattel.

■ ■ ■

"I used to go to California every six weeks," Jack Ryan once explained, "and I had to be accompanied at all times by the project officer, a Navy commander, just to make sure that certain secrets were protected."

He sold ideas to toy companies because he wasn't making much money as a commander, and he introduced me to people from Mattel and I met them and they made me an offer I couldn't refuse.

I'm no Einstein but I recognized serendipity when I saw it and I latched on to it. I said, these people are the right kind of people, going in the right direction. So I left all the missiles behind me. I was an independent inventor collaborating with Ruth and Elliot Handler, who were just a nice young couple that started the Mattel Toy Company. It was being in the right time at the right place and realizing I was lucky.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                  MGA2 1518503

Jack returned to Boston and told Barbara, who had recently given birth to their first child, Anne, that he'd found nirvana in southern California. Once again he gave her no options. The Ryans were L.A.-bound.

Ryan joined the Handlers around 1955, just as Mattel, with annual sales of $6 million, was about to skyrocket. Earlier that year, the Handlers were made an offer *they* couldn't refuse, courtesy of Walt Disney, ABC-TV, and a mouse named Mickey. At the time, the Handlers had retained their first advertising agency, Carson/Roberts, and had a $150,000-a-year advertising budget, which was considered high for the toy industry back then. The money went for newspaper, magazine, and chain-store catalog ads, which was the way companies hawked their products in the golden age of toys, with most of the hype beginning around Thanksgiving and culminating at Christmas.

But now, the Handlers were being offered a different opportunity to get their message across to kids and tap their parents' pocketbooks. If the Handlers were willing to put up $500,000, their entire current net worth, and sign a contract for 52 weeks, they could be the sole sponsor of a 15-minute segment on a new, untested show called the *Mickey Mouse Club*. The Handlers considered their fate, and took the risk.

"Ruth was always a gambler," notes Derek Gable. "She loved Vegas." The Handlers figured that with Disney connected to the program, they couldn't lose. They decided to advertise a new product brought to them by an outside inventor, called the Burp Gun. Toy guns and replica rifles like the Winchester were lucrative for Mattel's boys' toys line through the 1950s and the very early 1960s, thanks to the popularity of TV shows featuring Gene Autry, Roy Rogers, and The Lone Ranger. The Handlers' gamble paid off. They sold a million Burp Guns, and forever changed the way the toy industry advertised.

Toy commercials in those days were often incredibly deceptive—the products made to look or sound far different from what they actually were in order to mislead kids and their parents. In the early 1960s, the National Association of Broadcasters introduced tough guidelines for toy advertising in response to public criticism about misleading commercials by Mattel and others. For instance, Mattel was ordered by the

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518504

26                             T O Y   M O N S T E R

Federal Communications Commission to pull a Hot Wheels commercial from the air because it misrepresented the toy.

Jack Ryan watched the Handlers' successes and how they operated and was even more impressed. As he stated later, "Ruth has a mind like a steel trap and Elliot has a sensitivity of product that is uncanny."

The Handlers had never publicly revealed their financial arrangement with Ryan, but in mid-2008, the surviving co-founder agreed to divulge aspects of their agreement. "We needed someone to help come up with new products," says Elliot Handler. "Ryan came to us highly recommended as a very good designer, and we made a deal with him. We put him in charge of design. We gave him a small percentage of products that he was involved with, like a royalty."

Ryan was overjoyed. He initially asked for $25,000 a year, which he knew the Handlers, who were tight with money, wouldn't pay. Instead, haggling back and forth, he made a far better deal.

Marvin Barab, Mattel's first marketing director, who worked under Ryan and considered him "one of the most brilliant men I've ever met—and he thought so, too," says the Handlers gave Ryan such a lucrative deal because they had not expected the kind of growth Mattel suddenly experienced, most of it attributable to Barbie. As a result, the Handlers were forced to pay Ryan huge royalty fees, which drove them crazy. Barab, who was hired several months before Barbie's debut at the toy fair, notes that when he came aboard Ryan was "in the hierarchy" at Mattel, one of the key decision makers.

> In the original deal, as I understood it, Jack was getting a percentage of the company's gross sales. Later, the Handlers renegotiated his royalty level because it got to be too big of an item. They felt they were paying him way too much. As I understood it, it was not just on Barbie that he got his percentage, but every patent issued by that company was in his name.

According to a number of Ryan colleagues, the amount of his royalty was a whopping 1.5 percent, soon generating him sometimes more than $1 million a year, which he spent as fast as it came in on his high living style.

"The Handlers did some crazy things in the early days involving Jack because they thought he walked on water, and they were scared to

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 36

MGA2 1518505

From Weapons of Mass Destruction to Barbie          27

death of a competitor getting a contract with him, so they were ridiculously generous in the deal they struck with Jack, who was excellent at selling himself," observes Denis V. Bosley, a former Mattel engineer and vice president, who was recruited by Ryan in London.

"The Handlers were still bootstrapping it when suddenly along comes this Raytheon engineer who's obviously brilliant, who says, 'I know you can't afford my salary, so I'll be generous; just pay me a small percentage,'" adds Fred Adickes, who was hired at Mattel by Ryan and remained a lifelong friend and colleague.

But Adickes doesn't think that Ryan hoodwinked the very shrewd Handlers, who had never gone much beyond high school, but were self-taught, street-smart businesspeople. "It wasn't a conning, one way or the other," he says.

> It was just simple math. The Handlers knew their pricing structure could absorb 1.5 percent without any problem. And if Jack gave them a truly interesting product they would get quite a boost in the marketplace, so they were basically hiring his technology for a bargain, and from Jack's standpoint he knew what he could do. He knew his potential, and was betting on that, and Ruth and Elliot were just very content with their simple math and simple accounting. It was a good deal on both sides.

> His agreement called for him to give his services and creativity in exchange for the royalty, yet he was in charge of all the creative people at Mattel, so there was a blur as to who did what.

While Ryan was acting as a vice president of R&D, he was neither an officer, nor an employee, but rather an independent contractor, essentially a full-time consultant, which allowed him much freedom. This also alienated the Handlers as time passed, because Ryan liked to play as much as he liked to create.

Although he wasn't an official employee, Ryan considered himself to be "a third of Mattel"—*Ruth, Elliot, and Jack* was the way he saw it. "I invented the products and they sold them." And he made it quite clear in public: "I designed the Barbie doll—if that's any claim to fame, but at least it shows some kind of interest in art, or in women."

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MGA2 1518506

28                                    T O Y   M O N S T E R

■ ■ ■

When the Handlers returned to Mattel headquarters from Europe with the Lilli doll, they began serious discussions with Ryan about how to proceed in terms of design and manufacturing.

One decision, though, already was made. Ruth claimed in *Dream Doll* that Barbie was named after her daughter, Barbara. But Ryan intimates contend that Barbie was named after both Barbara Handler *and* Barbara Ryan, the latter at Jack's insistence. Over the years, however, Barbara Handler Segal, a divorcee, has claimed the title, even making a guest appearance in 2007 on *Oprah*, billed as the real-life Barbie, and giving press interviews, though she was often embarrassed when compared to the doll, especially when she was a teenager. At least one other Ryan family name had been attached to another popular Mattel doll, Baby First Step, a walking doll powered by batteries. During the development stage involving Ryan, it was called the "Diana Project," named after Ryan's youngest daughter.

"One of the first things I heard from Ruth Handler was that she did a lot of sales traveling and out of guilt brought home the most expensive doll she could buy [for Barbara] at FAO Schwartz, in New York," Ryan confided years later at an Invention Convention gathering.

They [the Handlers] spoke a lot of Yiddish, so I picked up a lot of their Yiddish expressions. She used to say things about her children like, "That cockamamie kid is potchking around with paper dolls." So I said, "Well, Ruth, we have these market research psychologists that work for me now. They really go into depth about what motivates children and why they're doing what they're doing."

So I said, "Why don't I go home with you and I'll just watch the kids and talk to them." So I did and I went there and she and the neighbor girl were busy playing with paper dolls just like the mother predicted—cheap paper dolls, and I said to them, "Gee, you're having a lot of fun, but what about those beautiful dolls up on the shelf there. They're very expensive." And Barbara said, "The dresses are pretty but when you take the clothes off, they've got dopey figures."

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                   MGA2 1518507

So I looked at the paper dolls they were cutting out, and they were more voluptuous than any drawing in the popular magazines of the time. *Esquire* had the drawings of a man named [George] Petty, and a man named [Alberto] Vargas, both of whom had a different vision of the feminine figure, but they both were quite beautiful.

These little girls were saying they wanted a doll that didn't have a dopey figure. They were very aware of those things. . . . If a child wanted to be something and identify with something and project from there we provided all the tools—starting with a beautiful body. The kid wanted a beautiful body, so we gave her a beautiful body, and we gave her all the tools to act out and practice what she wanted to do.

Ryan and the Handlers agreed that the Lilli doll would be used as the model for Barbie. Ryan would oversee a creative team and implement it all—from her engineering to her makeover to her manufacturing.

With his education and missile background, Ryan brought rare expertise to the project, and instituted ideas that had an enormous impact on the toy industry as a whole. "Jack brought real scientific vigor to how you design, develop, manufacture, and market toys," observes Roger Coyro, a longtime business associate and confidante, who would play a key role when the Father of Barbie and Mattel's relationship went south.

Jack transformed the toy industry by bringing scientific standards and new materials and processes to manufacture products that hadn't been done before. The Handlers wouldn't have had the knowledge or the inclination to pursue that. Jack brought real analysis—cost analysis—to how a toy's manufactured. He developed formulas for how many you had to sell to break even, the manufacturing time, the material cost. He was one of the first guys to take products overseas for manufacturing.

∎ ∎ ∎

Years before, Mattel did the bulk of its manufacturing business in China (which would result in the company's global image–tarnishing toy recall

CONFIDENTIAL - ATTORNEYS' EYES ONLY

scandal of 2007), the Handlers and Ryan decided to outsource the pro-
duction of Barbie to Japan in 1956. "We couldn't make it in the United
States because the labor costs were too high," explains Elliot Handler in
a 2008 interview with the author. "We wanted to make a three-dollar
doll. If we made it here, it would have cost seven or eight dollars, and
it wouldn't have been successful because no one would have paid that
much. It's the same reason Mattel goes to China today."

Three dollars was the cost of the doll alone. The Handlers and
Ryan decided that there would be many outfits and accessories to
follow—just like Barbara Handler's cutout dolls had. It was a shrewd
business plan.

As Marvin Barab observes, "It's the Gillette razor approach. Give
away the razor and sell the blades."

In *Dream Doll*, Ruth Handler wrote: "I handed Ryan the Lilli
doll and said, 'Jack while you're over there [Japan], see if you can find
someone who could make a doll of this approximate size. We'll sculpt
our own face and body and design a line of clothes and accessories,
but see if you can find a manufacturer."

Ryan found a company called Kokosai Boeki, and he had the help
of a small dream team in preparing Barbie for her debut into soci-
ety. There was one-time Seventh Avenue fashionista Charlotte Johnson,
who for years would oversee design of the dolls' endless wardrobe—
she even designed some of the fashions in her own personal style. For
the doll's face, Ryan enlisted veteran Universal Studios makeup artist
Bud Westmore, who was under strict orders to make her look like an
American teenage fashion model. Because Lilli was a bit too anatomi-
cally correct for the U.S. market, Ryan personally handled the breasts,
since he was such an expert. "I filed the nipples off the mold," he later
acknowledged.

■ ■ ■

What Ruth Handler didn't reveal in her autobiography was that they
had ignored one very important step in the process of bringing the
Barbie doll to market. Mattel, playing fast and loose, never bothered
to secure licensing permission from Greiner & Hausser GmbH, the
manufacturer of Bild-Lilli, to remake her into Barbie. This would lead

Exhibit A - Page 40

CONFIDENTIAL - ATTORNEYS' EYES ONLY                     MGA2 1518509

to court battles in the United States and Germany, beginning in the early 1960s and going into the twenty-first century. For years, Mattel kept Lilli, Barbie's one-and-only ancestor, under tight wraps.

Along with his market research duties, Marvin Barab was in charge of the archives of Mattel's design projects. One afternoon, while taking inventory, he discovered a doll hidden in a box that closely resembled Barbie, but was dated much earlier than Mattel's.

> I was kind of shocked looking at it, so I marched into Jack's office. I said, "Jack, look." He said, "Yeah." I said, "Look at the date on it, Jack." He said, "Yeah." I said, "Well, what does it mean?" And he stared at me and said, "Plagiarize, plagiarize, that's how God made your eyes. Now put it back, and I don't ever want to hear you mention that doll again."

> As I interpreted it, he was saying, "Yes, that's the origin of Barbie." He was admitting that Barbie was copied off of that doll. It was not known at the time, and for a number of years in the future, that Barbie was based on Lilli, or was the reincarnation of Lilli.

"Ruth is the one who came up with the basic concept and adopted it when she first saw the Lilli doll," he believes. What he did know for certain was that "she *didn't* invent it."

> Ruth was no engineer and never tried to be. She did not have the capability of carrying the engineering and design through to the level that Jack did, and as quickly as Jack did. Jack took it and brought it into a state to be turned over ready for production.

> But in the process of producing Barbie, neither one of them gave it a thought that maybe they should buy the rights to Lilli, or even that it was necessary to buy the rights.

■ ■ ■

By 1960, a year after Barbie's introduction at the toy fair, she was minting gold for Mattel. The Handlers couldn't keep up with the incredible demand.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518510

32                                    T O Y   M O N S T E R

"To get Barbie, you had to have influence because there was such a shortage," recalls Jay Horowitz, owner of American Classic Toys, and the third generation in the toy business. "I was 13 and working in my father's toy store in Great Neck on Long Island. He was also a wholesaler, so he may have received 3,000 pieces from Mattel. Then he would say, who are my best customers, and he would assign—he gets three dozen, he gets two dozen. At the store, people came off the street all day long—'Do you have Barbie?' 'No, no; sorry, we don't have it.' But if a good customer came in and bought something, we'd say, 'I have a Barbie for you.' When Barbie came in I put it on the shelf and it was gone in five minutes. It was insane."

Kokusai Boeki, the chosen factory in the Land of the Rising Sun, was soon stamping out more than 100,000 dolls a week—peanuts compared to what would happen in the future, when Mattel would claim *one billion* sold. A headline in the *Saturday Evening Post* declared, "Barbie Is a Million-Dollar Doll." Barbie fan clubs were started. According to a Hollywood columnist, Barbie was getting more fan mail than Elizabeth Taylor and Audrey Hepburn *combined*.

Seemingly unaware of all this action, or rather because of it, Rolf Hausser, managing director of Greiner & Hausser, which manufactured the Lilli doll in Germany, received a patent in the United States for the doll hip joint used in Lilli, which had moveable legs and arms, and a head that could be turned to the side.

More competitively, Hausser made an exclusive licensing deal with a major Mattel rival, the very aggressive New York City toy producer, Louis Marx, who had a reputation for knocking off products by Mattel. "He was the big bully on the block," maintains Fred Adickes. "He'd go to a toy fair, see what was there, and he'd knock it off quickly." Adickes had it happen to him. He had designed a low-slung, quality three-wheeler for Mattel, but it bombed because Marx quickly turned out a cheap, blow-molded plastic version. He called it Big Wheels, which became a classic, and virtually overnight made a bundle, underscoring his credo: "Give the customer more for less money."

Envying Mattel's big score with Barbie, Louis Marx, hailed in a 1955 *Time* magazine cover story as "The Toy King," secured from Hausser the rights to license Lilli, and introduced her with some minor touches to the American market as the Miss Seventeen doll—one of

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 42

MGA2 1518511

Barbie's first competitors for the hearts and minds of the free world's little girls, and for their parents' pocketbooks. A taller, less attractive Barbie knockoff, the doll did use the Bild–Lilli head mold, which was manufactured in Hong Kong.

The first salvo in what would become Mattel's Teutonic War had been fired.

■ ■ ■

On March 24, 1961, two years after Barbie's introduction, as the Handlers and Ryan were reaping the profits, G&H and a gloating Louis Marx quietly sued Mattel in federal court in California, alleging that the House of Barbie had infringed on G&H's patent for Bild–Lilli's hip joint, and further claimed that Barbie was "a direct take-off and copy of" Bild–Lilli. Moreover, they charged that Mattel "falsely and misleadingly represented itself as having originated the design," according to court records.

Mattel denied the infringement, claiming the G&H patent was invalid, or if valid was not infringed by Mattel. And in a counterclaim, Mattel accused G&H and Marx of "unfair competition" and alleged a "campaign of harassment of [Mattel's] customers and potential customers." With incredible chutzpah, Mattel even claimed that the inspiration for Barbie came from a wooden doll dating back to 19th century Vermont—based on research by Jack Ryan's brother, Jim, who also was a Mattel executive.

Marx claimed Mattel had copied the "form, posture, facial expressions" and appearance of Lilli, "perpetrating a hoax upon the public." Mattel shot back, alleging that Marx's Miss Seventeen was "an inferior doll . . . of confusingly similar appearance" to Barbie, and even brought the Father of Barbie into the case by alleging Marx had made a knock-off of a cap gun mechanism Jack Ryan had devised.

The case, which received little, if any, press attention at the time, sat idle for more than a year when, on March 4, 1963, both sides suddenly agreed to stop fighting, and the case was dismissed.

But that was far from the end of Hausser's claims against Mattel. All appeared peaceful in 1964, when a curious deal was struck between Mattel and G&H.

Exhibit A - Page 43

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        MGA2 1518512

34                                    TOY MONSTER

For the small sum of 85,000 deutsche marks, which translated into just $21,600—in three lump-sum payments, no less—Mattel bought G&H's Bild-Lilli copyright and its German and U.S. patent rights. And for another 15,000 deutsche marks, or $3,800, G&H gave Mattel the rights to Marx's marketing territories when its license expired in 1970. (In 1972, Marx Toys was sold to Quaker Oats and subsequently went out of business.) Aside from what appeared to be a giveaway to Mattel, G&H, represented in the negotiations by managing director Rolf Hausser, agreed not to produce any dolls similar to Barbie or Bild-Lilli, or to produce or sell any doll with the names Bild-Lilli, Lilli, or Barbie. Mattel affirmed it would not use the names Lilli, or Bild-Lilli. And why would it? Barbie already was its star.

While Mattel continued generating enormous profits from Barbie, G&H floundered. In 1983, bankruptcy proceedings were initiated, and the firm was essentially out of business two years later.

But in May 2001, in Germany, Rolf Hausser's wife, acting as the court-appointed liquidator for G&H, took new legal action against Mattel. The lawsuit alleged that fraud was involved in the 1964 agreements. G&H claimed it "had been induced to accept a flat fee for the 1964 licenses based on material misrepresentations by Mattel regarding the number of Barbie dolls it was selling in Germany and internationally," according to court records. "G&H asserted that it would have insisted on a per doll royalty had it known the actual volume of Barbie sales."

G&H asked the German court to declare the 1964 agreements nonbinding, and sought damages "based on an appropriate royalty for every Barbie doll sold by Mattel since 1964," which would amount to hundreds of millions of dollars or more.

Germany has always seemed to play a pivotal role in the genealogy of Barbie. One of Mattel's first forays into the international market was in Bild-Lilli's homeland in the early 1960s, through the licensing of distributorships. "We found out the things we were doing were wrong," Ruth Handler told the *Los Angeles Times*. "Then we set up to penetrate the markets in a more businesslike way." For instance, Mattel purchased a small, vacant doll factory in the West German town of Barbenhausen, and nicknamed it "Barbiehausen."

In response to the latest G&H lawsuit, Mattel initiated its own action against the company, Rolf Hausser, and his wife, Margarethe-Lilly Hausser. Mattel stated in federal court in Los Angeles that the

Exhibit A - Page 44

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MGA2 1518513

From Weapons of Mass Destruction to Barbie                35

1963 dismissal of the lawsuits and the 1964 G&H licensing agreements protected the company, and it asked for injunctive relief barring the German action, as well as a preliminary injunction to keep the Germans from moving forward with the lawsuit in the Fatherland.

Mattel's motion for the preliminary injunction was denied, and its entire lawsuit was soon dismissed. Mattel appealed. In late 2003, the 9th U.S. Circuit Court of Appeals in San Francisco affirmed the denial of the preliminary injunction, but disagreed with the entire dismissal, reinstated Mattel's lawsuit, and remanded the case for further proceedings without ruling on the merits.

Meanwhile, a court in Germany dismissed G&H's case "with prejudice" citing statute of limitations, and because the company had been liquidated. G&H appealed the decision.

In the U.S. appeals court's written opinion, it was noted that "Barbie, the ubiquitous doll produced by Mattel, has been a regular visitor to our court. . . . Today Barbie generates over $2 billion in wholesale revenues each year, a sum which helps to explain why Barbie comes to visit us so frequently. It presumably also helps to explain why a lawsuit was filed in Germany in May 2001 by G&H, claiming that it had been defrauded by Mattel. . . ."

Asked in 2008 whether Barbie was a knockoff of the much-disputed and much-litigated Bild-Lilli doll, Mattel co-founder Elliot Handler admitted to the author, "Well, you might call it that, yes. Ruth wanted to adapt the same body as the Lilli doll with some modifications. Changes were made, improvements were made. Ruth wanted her own look [for the doll.] And Jack Ryan put it all together."

Former Mattel executives and designers assert that Hot Wheels also was a knockoff of sorts. "On a trip to Europe, the Handlers brought back a few Matchbox cars," according to former Mattel engineer Janos Beny. "Elliot told Ryan that he would like to get in that same business, and Jack told us guys to start coming up with some schtick that would make ours special."

Hot Wheels became one of Mattel's biggest-selling and most iconic brands next to Barbie. In 2008, Hot Wheels celebrated its 40th year, with Mattel boasting that more than 15 million boys ages 5 through 15 were "avid collectors," with the average boy collector owning more than 41 of the little cars.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 45

MGA2 1518514

Exhibit A - Page 46

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518515

# Chapter 4

# Putting the "Matt" in Mattel, and How the Toymaker Became a Hotbed of Aggressive Hotheads

Unlike Jack Ryan's classy albeit strange and lonely upbringing, and his Ivy League education, the founders of Mattel came from a completely different world.

While the Ryans were part of upscale Yonkers society, the Handler and the Moscowicz tribes were struggling for survival, like so many of the tired, poor, huddled masses who had come from all over Europe via Ellis Island in the early 1900s. As happened with many ethnic groups whose surnames were Greek to harried U.S. immigration clerks, Moscowicz was shortened to Mosco.

37

Exhibit A - Page 47

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518516

Like Jack Ryan, Ruth Mosco was a Scorpio, born on November 4, 1916, the last of her mother Ida's brood of 10, who last gave birth when she was 40. Unlike Ryan's sophisticated mother, however, Ida Mosco was an illiterate Polish peasant, a baby-making machine.

It was from Ruth's street-smart, hustler father, Jacob, that she inherited her shrewd business sense, her intense entrepreneurial drive, and her love of gambling. The Polish patriarch had been a foot soldier in the Russian army, and had gone over the hill, most likely to escape gambling debts, according to Mosco family lore. The "Mother of Barbie" later acknowledged that she had a proclivity for rolling the dice and maintaining a poker face, which no doubt accounts for a good part of Mattel's early winning streak.

While many eastern-European Jewish immigrants found themselves living in the crowded tenements of New York's Lower East Side, the Moscos fortuitously landed in the West—Denver, probably because Jacob fibbed to immigration that he was a blacksmith, a trade needed for the dozens of rail lines carrying gold and silver ore from the Rockies into the Mile High City's smelters. Ida and her six children (four would be born in the United States) had been left behind in Warsaw; she arrived in steerage with her babies a year after her husband. They spoke only Yiddish at home, and Ida remained illiterate until her death. In their early years in America, the family had little money, made worse by the patriarch's gambling addiction, according to Ruth's account in *Dream Doll*.

Because her mother was in poor health, Ruth was raised from the age of six months by an older sister, Sarah, and her new husband, Louie Greenwald. Ruth considered Sarah, a 3rd-grade school dropout but shrewd and street-smart, the "greatest influence on the woman I was to become." In *Dream Doll*, Ruth pooh-poohed the possibility that her mother's "supposed rejection" triggered her lifelong need to "prove herself."

The Moscos had a knack for making a buck. With little or no education, they had the ability to start what became successful businesses. Ruth, of course, would co-found the biggest and most famous. But her father did well, too, building custom bodies for trucks, which provided

Exhibit A - Page 48

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MGA2 1518517

Putting the "Matt" in Mattel                39

jobs for five of her brothers. Liquor stores, pharmacies, food markets, used-car lots—those were the kind of businesses the Moscos got into and did well with, although one brother practiced law, an ambition that Ruth had for a time.

Driven to make money and by a fear of losing it all, an immigrant mentality that stayed with her throughout her life, Ruth was holding down an after-school job as early as the age of 10 in the drugstore that Sarah and Louie owned at the time.

"I preferred working over playing with other kids," she stated. She was a loner who never had a close friendship; the future Mother of Barbie was a tomboy who considered girltalk "stupid." For the woman who has taken credit for conceiving the most feminine and sexualized doll ever, she admitted, "I didn't like dolls and never played with them." Always tough and business-minded, she considered women weak. It wasn't until the age of 40, she stated, that she began "to truly appreciate and enjoy female companionship."

Ruth was a cute brunette of 16 when she discovered her first and last real-life dream doll—17-year-old Isadore (Izzy) Elliot Handler, whom she said she met while he and his chums were searching for a crap game on Denver's West Side—shades of her father. As a roll of the dice would have it, one of her brothers had a game going at the Mosco homestead.

Years later, Elliot, the son of a house painter, recalls the romantic scene of their meeting somewhat differently. "It was at one of those Jewish charitable affairs where they did dancing and stuff, a social thing. One of my friends knew her, and we started dancing, and we didn't stop."

Like Barbie and Ken, it was "love at first sight," Elliot acknowledges years later in an interview with the author. "I was attracted to everything about her—the face, the body, the style. She was real cute, kind of a roundish, cute face, and dark hair. Everything worked. We just hit it off and kept going together."

One of America's great mergers—romantic and corporate—was in the cards.

■ ■ ■

Exhibit A - Page 49

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MGA2 1518518

40                                    T O Y   M O N S T E R

With the assistance of a social service agency called the Jewish Consumptive Relief Society, Elliot Handler's family landed in Denver from Chicago after emigrating from the Ukraine. During America's great flu epidemic of 1918, which ravaged the country, Elliot's father, Sam, had gotten ill and contracted tuberculosis. "I was like three years old. It was just one of those things and quite a few Jewish families came to Denver because of that epidemic," recalls Handler, who was one of four in his mother Frieda's brood.

When he met the Mosco girl, the Handler boy was a senior in high school, with artistic talent and ambitions of becoming an artist. A kid with a creative bent, he already had a part-time job working for a small lighting fixture company. "They needed somebody to do some detail work—graphics and detail construction work."

Ruth and Elliot began going steady in 1932, around the same time that future competitor Louis Marx was operating a Pennsylvania toy factory known as "The Monkey Works," nicknamed for a Depression-era metal plaything called the Climbing Monkey.

Theirs was not a love match made in Heaven, at least in the eyes of Ruth's parents. "My family lived on the West Side and her family lived on the East Side, which was more upscale. Her family had businesses. My father made a little money. So the families were in two different worlds," says Elliot. "There really was no connection between them in any way. Even later, the parents weren't close, other than the children."

It only got worse when Elliot and Ruth started dating seriously, because the Mosco family had visions of Ruth marrying well—maybe even a doctor. Says Elliot, "They thought I was a poor schlep."

But Ruth had a different view. In *Dream Doll*, she noted, "None of the other guys I dated came close to sparking the feelings in me that Izzy did."

The summer she was 19, the young lovers had a heated argument. To spite him, she and a girlfriend took off for Hollywood, where a Mosco family acquaintance worked as a secretary at Paramount Pictures. Ruth was hooked by the glamour and almost immediately snagged a job as a studio stenographer, which offered lots of overtime. Years later, showing off her Mattel corporate acumen in *Dream Doll*,

Exhibit A - Page 50

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518519

she noted, "[T]he emerging businesswoman in me was appalled at the waste of money and poor management this represented."

The Moscos were overjoyed that Ruth had put distance between herself and the Handler boy, praying their romance was over. Maybe in Hollywood, working at Paramount, she'd meet and marry a rich producer, which was even better than a doctor, or even a lawyer.

"But I went to Los Angeles and we were together for quite a while," says Elliot. "But then her family insisted that Ruth come back home because we were getting too close—and I was a poor artist, and what was she going to do with a poor artist?"

Over her parents' objections, Ruth became Mrs. Elliot Handler on June 26, 1938. By then, the Mosco family was in the money—the wedding was at Denver's fancy-schmancy Park Lane Hotel, and the bride's wedding gift from her siblings was a new car, a Chevy coupe, which the newlyweds drove back to L.A., where they would make their home and start a little business of their own.

■ ■ ■

On the Sears & Roebuck installment plan, the Handlers purchased power tools that Elliot, then taking part-time courses at L.A.'s Art Center College of Design, needed to fashion decorative tchotchkes out of a new form of plastic called Plexiglas, which was being used in the wartime defense industry. He began turning out the accessories in a garage the Handlers shared with a neighbor, who soon complained about the mess he was making.

Forced out, but knowing they were onto something, the young entrepreneurs rented inexpensive space in a former Chinese laundry. They also brought in a partner, an older, easygoing chap by the name of Harold "Matt" Matson, a shop foreman and craftsman, to help with the manufacturing. Before long, Ruth, a five-foot-two dynamo, was making sales calls, successfully hawking what Elliot and Matson were making. The first time out, she later boasted, she got a $500 order.

For a time, the Handlers and Matson were involved in a relatively successful costume jewelry business with a pushy Russian immigrant

Exhibit A - Page 51

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518520

42                                  T O Y   M O N S T E R

jeweler and his abrasive investors. During that period, Ruth became a mother, giving birth to Barbara in May 1941, seven months before Pearl Harbor, and Kenneth (for whom the Ken doll was later named) in March 1944, when the allies began bombing Berlin. By then, Elliot and Matt were fed up with their Russian partners, and decided to make a go of it on their own again, producing plastic picture frames— Elliot designing, Matson making them in his garage, and Ruth selling them. Her first sale was for $3,000. When plastic was banned during the war effort, the team made the frames out of inferior wood, the defects hidden with decorative flocking.

Nevertheless, Ruth's next sale to the same customer was for $6,000. To celebrate, the Handlers and Matson decided to formalize their partnership, to make a real business and give it a name. Needing a catchy moniker, they combined Matt's name with Elliot's.

They called their little company "Mattel."

Mattel's first venture in the toy business was making dollhouse furniture from picture frame plastic and wood leftovers. Toward the end of the war, Elliot was drafted, but that didn't stop Mattel's production. With his Army basic training at a camp near Los Angeles, Private Handler spent weekend leaves working on new toy ideas and helping Matson with the doll furniture, which had started selling briskly on consignment. Before long, with Ruth running the business end, they had sales reps on both coasts, and soon in the Midwest and Southeast.

In 1945, Mattel's first full year in business, the company turned a healthy profit of $30,000 on $100,000 in dollhouse furniture sales.

Incorporated in California 1948 and reincorporated in Delaware in 1968, Mattel had its first best annual sales of about $6 million on a hugely popular item called the "Uke-A-Doodle," a $1.49 plastic ukelele, of which more than 10 million were sold thanks in part to radio and TV personality Arthur Godfrey, who had revived the ukelele's popularity by strumming it on the air. That was followed by a plastic piano, the first with raised black keys, which quickly sold more than half-a-million units. More musical toys came off the Mattel assembly line—the "Cowboy Ge-Tar," the "Musical Merry-Go-Round," the "Jack-in-the Box," all thanks to an inventor who approached the

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 52

MGA2 1518521

Putting the "Matt" in Mattel                    43

Handlers with a cheap, simple, rubber-band version of the complex and expensive Swiss music box mechanism.

The Handlers and Mattel thrived.

Ruth loved the adrenalin rush of doing business in the high-pressure postwar toy world; she savored the hustle, the pitch, and especially the sale. Elliot, the artist, was just happy to put his ideas and design talents to work, and see the money begin to roll in.

But Matson, the second half of what had become a lucrative partnership, was a different story. Older than the Handlers, married, with children to support and a mortgage to pay, he was a gentle, talented, hardworking, decent guy—someone Ruth would likely call a *mensch*—who was nowhere near as aggressive or hungry for riches and power as his colleagues.

"He invested about ten thousand dollars, which was his life savings at the time," the aging Elliot Handler told the author in 2007. "As time went on, he got pretty nervous about the business and said he'd like to get his money back, so we bought him out. He asked if he could make some of the things we used to make like the picture frames and jewelry and I said by all means go ahead. I have no problem with that."

In *Dream Doll*, Ruth painted a schmaltzy scene of finding Matson "hunched over his desk, his head buried in his arms. . . . He looked up at us with miserable eyes. 'I can't take this pressure-cooker business anymore,'" she quoted him as saying. "Elliot and I felt sorry for him," Ruth asserted, so they made him an offer the poor guy couldn't resist.

The Handlers arranged for Ruth's sister, Sarah, and her husband, liquor store owner Louie Greenwald—both savvy investors, to buy Matson's end of the business for what must have been a relative song. Unlike Matson, the Greenwalds had confidence in the Handlers' vision and "were excited about Mattel's future." At the time, the deal put the ever-increasingly valuable Mattel firmly in the hands of Handler and Mosco family members.

Matson and his family surely must have watched with envy as Mattel grew into the biggest and most successful toy company in the world, worth hundreds of millions of dollars in stock to the Handlers at one point.

Exhibit A - Page 53

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518522

Asked by the author if he thought Matson's decision to cash-out at Mattel's beginnings some six decades earlier might have been a great disappointment to him, Elliot Handler says, "Oh, I'm sure it was. But I don't know why it's worth zeroing in on what happened with him because it was a very minor little thing in the history of the business."

As Ruth put it in *Dream Doll*, "We never heard from Matt again."

■ ■ ■

With Matt Matson out of the picture, Jack Ryan became the Handlers' go-to guy and principal collaborator.

As vice president of Research & Design (R&D), "Jack had autonomy to run the department how he wanted to and that was magic," notes former veteran Mattel engineer, designer, and inventor Derek Gable.

But Ryan's genius and expertise meant much more to Mattel than just toy ideas and design. Because of his education and experience, the Handlers gave him free reign to establish the R&D corporate culture. On his own, he created a first in the toy industry—a think tank known as Preliminary Design, considered to be Mattel's most important department, where all future toy products were hatched.

"Jack also created Mattel's acoustics department [headed by his brother, Jim], the chemistry lab, all the various departments that he created in order to produce the very best toys in the world," notes Janos Beny. "The Handlers created Mattel, but Jack Ryan made it big for them."

His role involved everything at Mattel from security to recruitment to testing children.

As Fred Adickes, one of Hot Wheels' key developers under Ryan, observes, "To Ruth and Elliot, Jack was the hero who came from Raytheon. The Handlers had no corporate background. They had never really worked for other companies. They never worked particularly as employees, but they had a great intuitive drive. They needed someone with Jack's brilliance to get the company jumpin' and bumpin.'"

Secrecy was a high priority. Mattel needed to protect its ideas in an industry where industrial espionage was a way of life. The toy business, as the *New York Times* once noted, is "one of the world's most secretive and fiendishly competitive industries."

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518523

Under Ryan, who had been schooled in security at Raytheon, an impenetrable wall was established around Mattel's Research & Development department, with the assistance of Jack's sibling mentor, Jim Ryan, a brilliant engineer who had also become a key player at Mattel as head of the recording-acoustics laboratory, from whence the doll voices emanated. Jim had served in Army intelligence and, according to a close colleague, had ties to the Central Intelligence Agency and therefore was skilled in the ways of espionage.

There was only one way in and one way out of R&D, and that checkpoint was guarded 24 hours a day, seven days a week by a uniformed, armed security guard. R&D employees—the designers, engineers, model makers, assistants, and secretaries who reported to Ryan—were required to show a coded, numbered badge, and had to go through a turnstile to gain entrance. For others, a warning sign at the guard station read: YOU MUST BE SIGNED IN AT THE R&D TURNSTILE & ESCORTED BY AN R&D EMPLOYEE FOR ENTRANCE INTO THE MODEL SHOP WITH A STRIPED BADGE. Virtually every nook and cranny of Mattel was constantly being checked for electronic bugging by the enemy; shredders took care of confidential documents and plans, and prototypes and models were crushed into dust to keep them from falling into the hands of the competition.

"We were literally locked up," says Derek Gable, who had worked in the aerospace industry in Great Britain. "Security at Mattel was tighter than aerospace. Industrial espionage was very serious. The money that could be lost by any of our ideas getting out was very significant. We were sworn to secrecy. We weren't even supposed to talk to our families about what we were working on. It was very hush-hush."

The Father of Barbie's involvement went far beyond keeping the secrets safe. Intensely interested in the psychology of marketing—how children play with a toy and why—Jack Ryan established the use of testing rooms with one-way mirrors so he and his designers could surreptitiously watch youngsters at play, especially girls with dolls. He soon learned that "the first thing they almost invariably do is to undress the doll. It's a fact of life, like gravity. Sometimes they'll feed it. When they get bored they put it to bed, like parents. There's another division of play where they're imagining something they want to do—if there's even a toothpick there, they'll put it in the doll's hand and pretend she's leading a band, or she's an orchestra leader."

Exhibit A - Page 55

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        MGA2 1518524

Ryan worked closely with Elliot Handler on the selections from the 2,000 toy ideas submitted annually by amateur inventors. One that really impressed Ryan, and one that showed he wasn't always right, was a very special ball that could bounce higher than anything like it on the market. "I brought Elliot the Super Ball and I bounced it for him," recalled Ryan some years later, "and I was so excited, and I said, 'This guy has this terrific ball. Look at that thing bounce!' And Elliot looked at it and he said simply, 'They'll get lost.'" There was no doubt—Elliot Handler had a good take on what was and wasn't marketable.

■ ■ ■

From around the world Jack Ryan recruited the best and the brightest engineers and designers to blue sky and develop innovative, marketable, and highly profitable new toys for Mattel. But his recruiting techniques were considered bizarre, because he always combined conventional business with unconventional pleasure.

Denis Bosley, a 29-year-old chief engineer at a British company that was moving to "godforsaken Scotland," as he put it, had spotted a Mattel jobs ad offering a new life in sunny Southern California, a perk that would always draw talented people from dreary regions. He applied and was invited to appear for what he expected to be a typical job interview.

Instead, he and his wife, Loretta, a vivacious 24-year-old mother of three who had accompanied him to London from the North, found themselves part of an outrageous "Medieval" bacchanal that Jack had tossed in the Elizabethan Room of the posh Goring Hotel near Buckingham Palace—a Swinging London revel replete with buxom wenches, a roving band of colorful minstrels, vats of mead and other libations, and for the sybaritic feast, a giant roasted boar with an apple in its mouth. Seated around an enormous T-shaped table, ready to savor the sensual dinner, was a bevy of glamorous British movie stars, along with a gathering of roués, groupies, and sycophants.

"Jack Ryan, of course, sat at the head of the table and was the King, and he chose my wife as his Queen," says Bosley. It was a scene he and his mate have never forgotten, and one the couple discovered

Exhibit A - Page 56

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MGA2 1518525

when they got to Mattel underscored the Father of Barbie's eccentric management approach and his flamboyant lifestyle.

"Jack didn't have a date, I was really cute, so he chose me as his Queen," recalls Loretta Bosley with delight, years later. "We were the royalty, and everybody thought we were husband and wife that night. When we sat down, Jack asked me to cut into the big boar's head. I looked at it, and I looked at Jack, and said, 'I can't cut into *that*,' and he said, 'You have to, nobody else can eat until you do,' and I said, 'Well, I can't,'" and he said, 'Just take a sliver off his cheek.' Everybody was drunk out of their minds."

After gorging, Ryan dragged the Bosleys and a dozen other revelers to the Bag O' Nails, one of Soho's trendiest basement clubs, a hangout for rock stars and the place where Linda and Paul McCartney first met. "I'd never been to London, or to a nightclub before," says Loretta Bosley, "and here I was dancing with Jack Ryan, and I was like a green cucumber, and he probably thought it was amusing. He asked me, 'Are all English girls like you?'"

The frivolity ended at 3 A.M. Back at the hotel, Ryan assigned Mrs. Bosley to be his unofficial secretary "for the fricking morning," fielding mostly phone calls from actors and actresses who were at the party and who "wanted to meet Jack the next day because they thought he knew all the directors and could get them into something." She also had to make sure Ryan was sober enough to do what he had come to London to do—conduct recruitment interviews for Mattel.

Candidates such as Denis Bosley were required to take a battery of knowledge, personality, and psychological tests selected by Ryan, who had done research in personnel psychology at Yale and was a longtime group-therapy patient of a prominent Beverly Hills psychiatrist, Dr. Marvin Klemes, who also specialized in corporate human relations management. (When the working relationship between Ruth Handler and Ryan verged on the intolerable because of Ryan's perfectionism and Ruth Handler's push to get an idea into production, Klemes was consulted to help resolve their problems.)

The best candidates for Mattel were those who were aggressive, entrepreneurial, very bright, highly creative, somewhat eccentric and extremely confident leaders in their field. Among the tests selected

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MGA2 1518526

48                                    T O Y   M O N S T E R

by Ryan and given to potential Mattel designers and engineers was the Buss-Durkee Hostility Inventory, which measures an individual's aggression, hostility, and even guilt feelings.

"They were looking for people with the right aggressive personality," says Derek Gable.

> And everybody who worked there under Ryan had the same personal profile. Jack Ryan understood that he was basically taking a bunch of children and managing them to get the best out of them, without putting them in a rigid environment.

> Mattel was just full of these very entrepreneurial hotheads. Very, very talented people, but they really weren't made to work in a corporate structure. They were people designed to run their own businesses. So we had a whole company full of them, sort of running around making things happen, and bouncing off each other. The energy was something to none. To my mind it was those kinds of people with a sort of childlike drive and curiosity and ability to get down on their knees and make things happen that had a great deal to do with the early success of Mattel.

As a manager of people, Ryan was both admired and despised. A few, such as Marvin Barab, characterized his style as excessive, even sadistic. "Jack as a person—I don't think anybody liked," Barab asserts years later.

> He was a brilliant guy, but from a personal point of view he was a bastard. And Ruth and Elliot put up with it because they couldn't afford to do otherwise. If given their druthers, he'd have been out of there on his ass within the first year. They felt they were paying him too much, and he had that wild lifestyle. They did *not* like him as a person, but that was not what they hired him for, so they put up with him as long as they felt they had no choice and it was to their advantage.

Looking back, Barab believes that the one personality trait that Jack and Ruth shared in common were Goodyear Blimp–size egos.

Exhibit A - Page 58

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518527

Putting the "Matt" in Mattel                    49

"Ruth's," he observes, "was less diseased. Her obnoxiousness was in an acceptable form, and Jack's wasn't. But they both were pretty obnoxious."

Ruth Handler's unpleasant behavior often surfaced in meetings with her design and engineering underlings. "She was not a very nice person," claims Janos Beny.

> I did a lot of Jack's very preliminary models and we'd just stick them together with tape and if they broke or didn't work very well she'd shout, "What the fuck am I paying you guys for?"

> She didn't pay deference to people who really made the place move along. I was a high producer, designer, and inventor. I was intimately involved in the Hot Wheels design, but she would look right through me in meetings, and ignore me when I was making a presentation to her. Times that I had to deal with her I'd walk away feeling, what is she all about? But Elliot was different. He'd stop by and talk and see what I was doing, and listen very carefully. He treated you like somebody, unlike Ruth.

> Years later, Elliot Handler says his personal philosophy in running Mattel was, "I wanted most people to be content, happy, and enjoy their work."

Ryan's "psychotic" treatment of Barab, meanwhile, stayed with him for decades. As Barab saw it, Ryan "took pleasure in making people as uncomfortable as possible."

For Barab it started at one of the many parties at The Castle. Barab and his wife were sitting by the pool when Jack suggested that they race from one end to the other. Barab hadn't brought swimming trunks, but Jack told him he didn't need them. "He says, 'You're going in the way you are.' I was in a suit. I said, 'Jack, forget it.' But the implication was, if you want to keep your job, Buddy, you're going to jump into the pool, so I jumped in the pool. What do you do if an eight-hundred-pound gorilla asks you to dance? It was his pleasure in creating discomfort for other people once he could find their weakness."

The precipitating incident that caused Barab to quit Mattel occurred at a product planning committee meeting at which he was

Exhibit A - Page 59

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518528

50                                    T O Y   M O N S T E R

to present superior, but less costly, packaging for Barbie—a goal set by "the powers that be—Ruth, Elliot, and Jack."

"We worked our tails off on the project because Barbie was about 75 percent of Mattel's business, and therefore got 85 percent of the attention, which it deserved," says Barab. "The Handlers were constantly looking for ways of keeping ahead of the competition, whether it be packaging, the product itself, or costuming."

Barab's team got close to the established price point, but failed to hit the number. In the middle of his presentation, with Mattel's top executives seated around the conference table, Jack stood up and lit into Barab. "You were given directions to bring it in at a certain cost, and you did not do it. You're not doing your job!"

A few days later, the embarrassed and humiliated executive turned in his resignation.

While Barab had his problems with Jack, Janos Beny notes that the Father of Barbie "only responded to people who were creative, and whoever was creative and produced was very well treated by Jack and very well regarded, too."

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518529

# Chapter 5

# Real–Life Barbie Dolls

The Father of Barbie adhered to a libertine philosophy in his personal life at The Castle and in his professional life at Mattel, where he hired young, pretty women because he believed his designers and engineers would be more creative and thrive if there were gorgeous females in view, all of which raised eyebrows with the Handlers.

"Jack would say, 'Why do you think airplanes have such pretty stewardesses? It makes people relax, takes their minds off of fear of flying.' He just felt that men are the best they can be if there's a pretty female in their midst," relates Nancy Hudson, who was a perky 29-year-old suntanned, platinum blonde divorcee who favored micro-miniskirts and high heels when she was hired to work for Ryan as a secretary.

51

Exhibit A - Page 61

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518530