# EXHIBIT A-2

52                    T O Y   M O N S T E R

Jack had to find women who knew how to look good all by themselves and all the time. A woman who could really type and take shorthand wasn't what he cared about. He liked somebody who was more sparky.

Mattel wanted to keep Jack happy. He operated pretty independently, so whatever arrangement worked for him was okay. The Handlers looked upon Jack as creative and inventive and a genius and they weren't going to enforce a corporate culture on him. Whoever Jack wanted to hire was fine with them.

At the same time, Ryan had enormous respect for the intelligence of women. "Women's work isn't given the proper value, and, as a result, they get angry," he espoused. "More than that, they try to become amateur men. The thinking process of women is quite different from men, and we should recognize that—and also recognize its probable superiority."

Jack adored Hudson, though she points out they were never romantically involved. They became "close buddies" during her seven-year tenure at Mattel and after, when she began helping out at The Castle, where Ryan had established his own private R&D think tank, called the Jack Ryan Group. For one of Hudson's birthdays, Jack threw a little celebration at Mattel and presented her with a three-quarter-length white mink coat. He also paid for her group-therapy sessions with his psychiatrist, Dr. Marvin Klemes, and Ryan took Hudson, Annie Constantinesco, and another beauty named Charlie on an all-expenses-paid vacation in Acapulco.

"Jack was an extremely generous man," notes Hudson.

Gwen Florea, the first Voice of Barbie, was another example of Ryan's philosophy of hiring the best and most beautiful.

She was an aspiring actress and part owner of a rowdy Santa Monica bar called the Oar House when the Father of Barbie's brother, Jim, spotted the statuesque redhead bumping and grinding barefoot to the music of "The Stripper" atop the bar—barely clad in what she later described as "hip-hugging blue jeans that are almost a G-string, and a red halter top barely covering her jiggling breasts . . . like a Barbie doll come to life." Jack came to see her in action and immediately ordered Jim, who was married and a known womanizer himself, to recruit Florea for a job in Mattel's recording studio and acoustics lab, which Jim headed.

Exhibit A - Page 62

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518531

The Ryans wanted her at Mattel not only for her looks, but because she had conceived an amazing sound system in the Oar House with a tape of eclectic music and booming sound effects, ranging from a roaring steam engine to a flushing toilet. "How much are you making?" Jim Ryan asked her. Before she could answer, he told her, "We'll double it."

Many years later, Florea clearly remembers the goggle-eyed look on the faces of Mattel's designers and engineers when she sashayed in for her first day on the job. "The guys looked at me and went—*Aha!* Look at this babe! And everybody assumed right away that I was there because the Ryans wanted to get in my pants."

■ ■ ■

On the desks of the engineers and designers in Ryan's department Barbie dolls were perched in erotic poses. "Some of the guys put black stockings and black gloves on Barbie like the *Playboy* cartoon characters," recalls Fred Adickes. "Your head would turn every time you walked by one of those things."

On Ryan's birthday, the crew would give him off-color gifts, which he sometimes savored, like the year they stuffed his office with a giant weather balloon filled with confetti and a scantily clad buxom young lady. Another year, he wasn't so happy when they gave him a one-off doll called "Pooping Polly" that had a diaper filled with a mixture that looked and smelled like diarrhea. Ryan watched in horror as the concoction made in Mattel's chemistry lab for the occasion dripped down his suit jacket.

Every so often, the designers and engineers had races with custom floats in the parking lot. The women who worked in the Barbie fashion department, for instance, entered the race with a four-poster bed on wheels into which they climbed wearing provocative nightgowns; from under the sheets they discarded intimate apparel along the course.

Nancy Hudson had been hired to assist Ryan's executive secretary, Linda Henson, a Mormon, who was in her early twenties and was the devoted and obedient mistress of the Father of Barbie. Henson had become romantically involved with Ryan when she began working at Mattel in her late teens and he was nearly twice her age.

With all of the creative types and attractive women in the personnel mix, affairs were rampant in the highly competitive culture

Exhibit A - Page 63

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518532

of Mattel. "There was always stuff going on," recalls Derek Gable. "It was a little bit like the Playboy Club. The people there were all outrageously creative and outgoing." One of the many long-remembered affairs involved a married secretary in Ryan's R&D and a married R&D executive. When her husband found out, he physically assaulted the executive and was fired, and the lovers later married. To deal with the competition, stress, and sexually charged atmosphere, employees would gather after work on the beaches near the House of Barbie's Hawthorne headquarters for pot, wine, and sex parties.

Some compared the scene at Mattel to the 1970s sybaritic ethos portrayed in films like *Boogie Nights* or *Bob & Carol and Ted & Alice*.

"That's what it was like at Mattel—free love before AIDS," maintains Derek Gable. "People hooked up. It was outrageous for me coming from stuffy old England and seeing all this going on. It was a swap meet and Mattel was in the thick of it. That's why Jack was having all those parties. His tree house was full of chicks in their underwear. It was considered the thing to do. If you weren't doing it you weren't in the in-crowd. That was the feeling."

■ ■ ■

While the Father of Barbie was having his affair with Linda Henson, he was still married to his first wife, Barbara, the mother of his two children, who were still living at The Castle. It would take a scorecard to keep track of Ryan's many dalliances and four subsequent marriages. After his divorce from Barbara Ryan, his second wife was Zsa Zsa Gabor, his third was Henson, his fourth was a one-time actress named Gary Hardy Lansing, and his fifth and last was an émigré from Poland—but more on these relationships later.

Linda Henson was an extraordinary beauty, says Nancy Hudson, who became Henson's close friend and confidante and a trusted friend of Ryan's.

"She was the image of Snow White—skin as white as snow, hair as black as ebony, eyes as blue as the sky. She was taller than Jack and had a very hourglass figure."

Still, she wasn't quite perfect enough for Ryan, who had certain criteria for his women. One of them was that they have long, shapely

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MGA2 1518533

legs like Barbie. Henson's legs were long, but not shapely enough, so Ryan decided to have them molded to suit his fantasy. "It was a *huge* issue with Jack," says Hudson. He ordered Henson to attend sessions with a trainer to the stars who gave her exercises to develop her calf muscles.

"Linda would get up early in the morning three times a week and travel over to the San Fernando Valley and do those exercises and, of course, her calves never did develop," says Hudson. "But it showed that she would do *anything* for Jack."

Eventually she would die trying to win his love.

■ ■ ■

As with designing real-looking toy dolls, the Father of Barbie had an obsession with remaking real-life women if they didn't meet his high, albeit twisted, standards. Henson wasn't the only one who came under his mesmeric influence.

Ryan introduced a friend, James Miner, who was in the geothermal energy business, to a certain girlfriend whom Ryan had had cosmetically enhanced from head to toe according to his specifications, which included facial reconstruction, breast augmentation, and vaginaplasty. At the same time, Ryan had redesigned the passenger seat of a Rolls-Royce so that it swiveled 180 degrees, specifically so he could, according to Miner, proudly exhibit his newly sculpted flesh-and-blood Barbie—all of her—to select friends riding in the backseat as he cruised through Beverly Hills.

"He acted as if he was routinely presenting a new doll design to the Handlers," asserts Miner. "It was pretty kinky."

Ryan's daughter, Diana, thought the story sounded too farfetched and bizarre, even for her father, but she was aware that he had arranged for his compliant fifth and last wife, Magda, to have some facial surgery.

Diana Ryan adds still another twist to her father's extreme fascination with female transformation. She says that one of his "pastimes" was sitting at a Beverly Hills café closely examining the faces and bodies of glamorous female passersby. "Dad was quite a people watcher," she notes, "so he would try to guess the name of the plastic surgeon who

Exhibit A - Page 65

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MGA2 1518534

56                                    T O Y   M O N S T E R

had done work on different women who walked by. Each surgeon had sort of a signature look, and Dad got to know the look, and he would ask women, 'Was it doctor so-and-so who did your nose?' "

Jack liked the women around him to be thin, as unrealistically skinny as Barbie, so at Mattel he suggested they start taking diet pills, which became trendy, and kept the Father of Barbie happy. Svengali-like, his mantra was, "Be as thin as you can be." A famous British super-model named Twiggy had the skinny Barbie look. "It was the Twiggy era," notes Nancy Hudson. "We were all trying for that body. I took diet pills; Linda took them."

An ingredient of the pills was amphetamine, an addictive drug. "I wouldn't eat that whole day after I took one, and I kind of liked the way it made me feel—wired. I got a lot of work done," recalls Hudson. "When Jack got uncomfortable in his clothes he would take diet pills, too, to stop eating so he'd lose weight. Many, *many* people at Mattel were doing that."

Through the years, the Barbie doll has been criticized for giving young girls false expectations about their bodies, and about keeping thin. Linda Henson's tragic trajectory, directed and controlled by the Father of Barbie, underscored those views.

At Ryan's behest, Henson was popping diet pills to stay thin in order to remain his real-life Barbie, even while knowing that he was constantly cheating on her. Eventually, he married her and she became the third of his five wives. Despite their long relationship, the marriage quickly turned sour. Never satisfied with one woman, Ryan had become involved with his future fourth wife, Gary Hardy Lansing, a blonde-bombshell former actress once billed at MGM as the "new Ann-Margret." She was 22 years Ryan's junior, and had been married to the actor Robert Lansing, with whom she had a daughter. Devastated, Henson began drinking heavily, put on weight, and lost her gorgeous figure.

"I was embarrassed for her," says Nancy Hudson. "It was like you don't want to look at a wreck."

Henson sought psychiatric help from Dr. Klemes, who also had as patients Hudson and Ryan and others in his circle.

Disgusted with Henson's body, Ryan divorced her after a relatively short, roller-coaster marriage. Still desperately in love with him, and

Exhibit A - Page 66

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518535

Real-Life Barbie Dolls                              57

trying to win him back by losing weight, she stopped eating altogether, even stopped drinking water, became fatally anorexic, and died in her bed watching TV of an apparent heart attack. She was in her thirties.

"My Dad found her body. He was devastated," says Diana Ryan, who remembers going into Mattel as a child on Saturday mornings with her father and sitting on Henson's lap and playing with the keys on her typewriter. Nancy Hudson, Henson's friend, also was grief-stricken. "I thought, what a sad, sad thing. I always wondered how Jack felt, and whether he took any responsibility for the ruination of this beautiful woman."

■ ■ ■

Even during his early marriages, The Father of Barbie had a coterie of gorgeous "social secretaries" who arranged his busy dating schedule, planned his many parties at The Castle, acted as hostesses, or just looked beautiful and mixed with Ryan's glamorous guests, many of them Hollywood celebrities, who were enchanted by him and his home.

Annie Constantinesco was one of his secretaries, and more, while he was still married to his first wife. The multilingual Fulbright scholar, daughter of a fashion designer and a United Nations official, had met Ryan in Paris where she operated an upscale tour guide service, and he had retained her to show him around. He had arrived in the City of Light from Germany with a fraulein he had met while touring the Neuschwanstein Castle built by the so-called Fairy Tale King Ludwig II. Jack had visited the enchanted location because he was always seeking design and architectural ideas for his own castle, which he was constantly and obsessively redoing, but never finishing.

By the time Linda Henson had arrived in Paris at his request to continue his castle tour, he'd already fallen for Constantinesco.

"Jack was totally in love at first sight with me, and it was like, 'We gotta do this! You have to come to California,'" she says.

In order to be alone with her, he sent Henson off on a trip around the world, and bade *auf wiedersehen* to his German conquest. Before heading back to Mattel and his wife and two daughters, he gave Constantinesco a one-way, first-class airline ticket to Los Angeles. "Jack really knew how to do it up right," she observes. "He wooed me and

Exhibit A - Page 67

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518536

58                              T O Y   M O N S T E R

offered me a job, a chance to stay on his estate, and a car." It was too
good of an offer to refuse, since she'd recently been divorced and was
looking for a new life.

On her arrival at The Castle, where Ryan's first wife and children
were still in residence, Constantinesco "became his right arm. I was
involved with every aspect of his life. He kept saying I was *the* woman
in his life. But there were many."

Gun Sundberg, the glamorous Swedish beauty-pageant winner,
who was a veteran Ryan social secretary when Constantinesco joined
the stable, sometimes accompanied him to parties in his obsessive quest
for more playmates.

"I learned his patterns in life," she says. "When we would go out,
I could guess whom he would like. If he saw a woman who was very
provocative and had a great body he would say to me, 'What do you
think?' And I'd say, 'We can get to know her, and then you can see if
you like her.' I would introduce myself, and say, 'I work for Jack Ryan.
Would you like to come up to the house? We're having a little cocktail
party.' We got to know an awful lot of women in Hollywood, and a lot
of women wanted to go out with him. There was a certain mystique
about Jack. He took them to the best places and he knew everybody."

Sundberg continues,

> Barbie was Jack's fantasy woman because we always looked for
> that type in Hollywood. There were a few around—long legs,
> tiny waist, big boobs, and fluffy hair. They just came and went.
> Jack was a perpetual hunter. He got to know one woman but
> that manic quality in his personality never left him happy for
> too long. He had to go on to the next one. He would date
> many women at the same time. On occasion, they came to the
> same party—women who thought they were exclusive with
> him, and he would get a little chuckle out of their jealousy. It
> was a *game* to him.

Not long after Ryan bought The Castle with his enormous royalty
payments from Mattel and began transforming it into his own version
of a combination of San Simeon and the Playboy Mansion, he and
Barbara Ryan separated. She was disgusted by his hedonistic lifestyle,

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518537

Real-Life Barbie Dolls                    59

sickened by his many women, and revolted by the constant round of parties, both wild and tame.

"Barbara was very East Coast, very reserved, very dignified, very classy, and withdrawn," observes Constantinesco. "She did not want to be exposed to any of Jack's shenanigans. She did not like what was going on at The Castle—all those UCLA students running around, all those parties. She was the exact opposite of Jack—a loner. She was very private. Jack told me that she would lock herself in the bathroom for hours to escape. She hated the whole thing."

Rather than see Barbara and his daughters move out during their so-called separation, Ryan reconfigured The Castle so that she and the girls had their own living quarters, which were off limits to all of the merrymakers; a sign outside her part of the house read, PRIVATE— Do Not Enter. Ryan also installed a one-way door between his suite of rooms and what was called the "family side," which allowed him to visit them, but kept his decidedly decadent side virtually impenetrable. In order to feed his private demon of loneliness, Ryan also had installed his parents in a suite of rooms of their own, and his father helped supervise the unending castle renovations.

"My dad needed constant activity around him, and in that way he and my mother were so different," observes Diana Ryan, years later. "My mother coped mostly by creating a smaller, quieter life for herself within that environment [of The Castle]." Diana Ryan says as a child she never questioned the family's curious way of living, and claims she was unaware of her father's promiscuity because "when you're a child, it's just the way it is. It was just the way we lived. When you're growing up what you see in front of you is normal and you don't know anything else. I missed some family closeness."

Ryan waited until after his Catholic father died in 1971 to begin divorce proceedings with Barbara. They reached a no-fault settlement under which he bought her a house in Bel-Air and a Volvo, and gave her money for a vacation place on Cape Cod.

■ ■ ■

Notwithstanding all of the beautiful and intelligent women in his life, Jack's sexual compulsion drove him to prostitutes, ranging from high-class

Exhibit A - Page 69

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518538

60                              T O Y   M O N S T E R

call girls to streetwalkers. At Mattel, Nancy Hudson recalls Jack getting calls from a madam. When he got off the phone with her, he'd tell Hudson, "She's got a woman for me."

He also became involved with a waiflike young prostitute whom he had met at a party. "She was very needy, like an urchin, very thin and childlike, and he sort of adopted her," says Hudson. "She was a hooker, but she wasn't flamboyant. She didn't wear makeup and she had big eyes and looked like something a man like Jack might want to adopt."

The Father of Barbie somehow rationalized that he was the only man in her life—until he was diagnosed with a sexually transmitted disease, gonorrhea.

"He was so angry that he wanted to see if she was with other men," says Hudson. "Somehow when he was at her house he found her diary with codes in it about other men, and information about him. He told me it was the first time he ever caught anything. He must have learned some kind of lesson."

■ ■ ■

Back at Mattel, the Handlers, a close-knit, very private and conservative Jewish family, were infuriated with the father of Barbie's wild lifestyle. Practically every week Ruth Handler saw another colorful item in the gossip columns about Mattel's "flamboyant creator-inventor" being seen around town with different women, or about his endless parties. She felt he was giving her toy company a bad name, and personally embarrassing the Handler name, which was becoming the biggest in the toy industry.

"In the beginning, Jack would invite Ruth and Elliot to some of his parties, which were really pretty fabulous," observes Nancy Hudson. Ryan was a platinum member of the star-studded Thalians, a Hollywood organization devoted to raising funds for those with mental and psychological problems, an A-list crowd that included such icons as Frank Sinatra, Bob Hope, Lucille Ball, and Debbie Reynolds. Ryan often threw open The Castle for Thalian balls and other festivities.

"Jack would tell me that Ruth and Elliot loved to meet these famous people, and he liked to give them an opportunity to step on

Exhibit A - Page 70

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518539

the wild side, so to speak," says Hudson. "They enjoyed his celebrity and his energy *in the beginning* because it brought Mattel a lot of publicity. Any article about Jack usually mentioned he worked at Mattel and he named the Mattel toys. But then he went overboard. He was just going off the deep end, and the Handlers thought it was no way to run a business. He was just getting too kookie."

One of his more uninhibited parties, a bash to which the Handlers weren't invited—but some 500 other revelers were—included Mickey Dolenz of the popular rock group The Monkees, who arrived at The Castle "giggling to himself intermittently," accompanied by "two skanky, tall girls" known as the "the Gemini Twins" from the Mexico City production of *Hair*. Along with Linda Henson were two of Ryan's future wives, Zsa Zsa Gabor, in a skin-tight orange-and-white gown, and Gary Hardy, who was described as "eye-catching" and "peroxided" and who wore "a backless white mini-dress with navel-deep neckline plunge."

At some parties, he installed a large phallus-shaped dial over the entrance with numbers from 1 to 10. When a woman entered the room, he had a cohort pull a cord that moved the dial up, stopping at a certain number that indicated how sexy she was, a 10 being *va-va-voom*. He called it the "Peter Meter."

Because of the sometimes-bawdy goings-on at The Castle, Charlotte Johnson, an unmarried loner, who headed Barbie fashion design, demanded that her female workers leave any Ryan party no later than 9 o'clock, lest they get caught up in any unsavory activity.

A close Ryan pal was stockbroker-turned-actor Kem Dibbs, who played interplanetary space hero Buck Rogers in the 1950s TV series, among other film and television roles. But he was best known to Jack for supplying his parties with beautiful women. "Kem was an interesting rascal, a handsome bachelor in the Omar Sharif style, who was always bringing girls around," says Annie Constantinesco. "Kem had a lot of style, was clever, and could put a party together with lots of women very quickly. That appealed to Jack, who didn't like people who had two left feet." There are some in Ryan's circle who thought Dibbs, who died in 1996, might have acted as procurer for the Father of Barbie.

Hungry to be known as a bon vivant, and with a hugely inflated view of himself that was equal to, if not surpassing, Ruth Handler's,

Exhibit A - Page 71

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518540

T O Y   M O N S T E R

Ryan had hired a prominent Hollywood publicist, Russell Birdwell, who had handled film campaigns for the likes of Howard Hughes and David O. Selznick, to generate as much press as possible. The coverage ranged from Ryan's appearances on Merv Griffin's talk show to an embarrassingly candid profile in *Esquire* magazine's first issue of the Swinging Seventies decade, ironically entitled, "Class in Our Time."

The story made Ruth Handler seethe, because she and Elliot were briefly mentioned mostly as "The Couple," and the story further noted that Ryan, not the "The Couple," was the one who had "visualized a doll that was like a young woman . . . a merchandiser's dream . . . a mixture of precocious sex and instant affluence."

Moreover, Ryan's carousing and adultery sickened Ruth. "We knew how he lived, but there was nothing we could do about it," Elliot Handler acknowledges, years later. "Ruth was upset. She was not happy with his lifestyle and the fact that he had a wife—and he acted like he *didn't* have one."

■ ■ ■

Unlike the Father of Barbie, the founders of Mattel lived conservatively and relatively modestly for all of the tens of millions of dollars they were accumulating; Mattel was their be-all and end-all.

But like anyone coming from poor circumstances who suddenly hit the jackpot, they did splurge. Elliot went from driving a simple American sedan to work to a spectacular Aston Martin—the James Bond model—and then to a Rolls Royce. At one point, the Handlers, moving on up like television's *The Jeffersons* or *The Beverly Hillbillies*, bought the Beverly Hills estate of one-time movie cowboy star Tom Mix, on which they planned to build a new home, recalls Marvin Barab.

"Ruth and Elliot were very much into playing tennis, and the unique thing about their plans for the house was that the tennis court was going to be on the roof," he says. "The neighbors raised all kinds of hell. The Handlers were getting the plans approved and said they could probably win the battle, but they'd create enmity in the neighborhood, so they sold the property."

The sudden riches from the Mattel toys bought them a mansion in exclusive Holmby Hills; a beach house they purchased from the singer

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518541

Frankie Lane in the exclusive, celebrity-studded Malibu Colony for 30 percent less than he was asking, as Ruth boasted in her book; and a luxurious, 28th-floor custom penthouse in Century City with spectacular views. Led by Elliot, they invested in art—Impressionist and Post-Impressionist paintings by Monet, Pissarro, Leger, Derain, and Renoir, among others, lined their walls.

But Ruth publicly played down all of that luxe. "We are very simple people living a very simple personal life," she told a *New York Times* writer. "Our travel and entertaining is related to business." And in an apparent veiled reference to the Father of Barbie, she added, "We're just not swingers."

Fred Adickes had a somewhat different take. "I'm sure they were jealous of Jack's lifestyle," he asserts. "The Handlers were *dull*. You wouldn't want them at a party. All Ruth could think about was business and Elliot was a very introverted artist."

If anything turned on Ruth Handler more than seeing the money roll in, it was rolling into work every morning in her Cadillac El Dorado and taking in her empire. "The thing that gets me is coming to the plant and seeing this sea of cars—then I am overcome by the reality of what we have wrought. It *is* a little unbelievable."

To Ruth Handler, Jack Ryan's lifestyle was immoral. But his carousing and philandering had no adverse impact on Mattel. However, her actions would eventually wreak havoc on the company and almost destroy what she and Elliot had worked so hard to build.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518542

Exhibit A - Page 74

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518543

# Chapter 6

# Horrific Scandal, Controversy, and Indictments

As the Watergate scandal was tightening a noose around Richard Nixon's neck in 1973, little notice was given to a White House announcement by the beleaguered commander-in-chief appointing another president, Mattel's Ruth Handler, to a prestigious committee dealing with the economic role of women in America.

If anyone at Woodward and Bernstein–besieged 1600 Pennsylvania Avenue had bothered to vet Handler before the appointment, they would have unearthed a minefield of questionable—soon-to-be-criminal— activities that would all but bring Mattel to its corporate knees.

As with Nixon, who that same year famously declared, "I am not a crook" and soon resigned, Handler, too, was caught in wrongdoing—illegal

65

Exhibit A - Page 75

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518544

acts that would lead to her own scandalous ouster and worse. The two presidents had much in common: ego and arrogance. She admired Nixon, who she later stated "was so much warmer and smarter and [more] insightful than I'd ever imagined." She described one of the stiffest presidents in history as "relaxed and sincere." Unlike the Mother of Barbie, the Father of Barbie detested Nixon. A political liberal, he threw campaign fundraising parties at The Castle for the likes of George McGovern and Jerry Brown, and had Jane Fonda as a guest when she was being vilified as "Hanoi Jane" because of her opposition to the Vietnam War.

Ruth Handler's fall from power could be blamed in part on Hot Wheels, Mattel's monster boys' toy, and the indisputable fact that its phenomenal sales had suddenly and unexpectedly screeched to a halt two years after its introduction.

Mattel, which the Handlers had taken public in 1960, had long been Wall Street's wonder child, promising and recording record profits through most of the 1960s. This was mostly due to Barbie, but sometimes even more to Hot Wheels, which was considered the ultimate in die-cast toy cars, a plaything that was to boys what Barbie was to girls. When President Kennedy was assassinated in 1963, Mattel was met with a wave of parental and political resentment toward toy guns and rifles, a major profit center in its boys' toys product line. With the gun sales precipitously falling, the Handlers needed another big revenue generator.

Noting the success of toy cars such as the Matchbox line, Elliot thought it wise to get into the game, but Mattel's marketing people were skeptical, contending that the toy car market was oversaturated. Nevertheless, Handler instructed Jack Ryan to get his Preliminary Design group started on what he hoped would be a revolutionary product based on a conventional boys' toy, a little car. It was a top-secret project that would consume about a year of intense work.

"Elliot was kind of a frustrated automotive designer," says Fred Adickes, who became one of the lead players in the cast that designed, marketed, and produced Hot Wheels. "He did a couple of toy cars years before at Mattel, but they were a failure."

At Ryan's behest, Adickes went to Detroit and hired an automotive designer named Harry Bradley, who knew styling and had an eye

Exhibit A - Page 76

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MGA2 1518545

for the "California Car" hotrod look. Ryan and Handler were heavily involved in the project. Ryan, for example, spent about $20,000 on a steering mechanism that he had in mind, but failed to make it work.

Adickes hated the idea of using the Matchbox product as a model. "Matchbox was not a good representation of a car," he says years later. "If you dragged it on a desk the wheels wouldn't roll and they'd just scratch the desk. To me a car was something that had springs and rubber tires and rolled and was fast. All the toys that Mattel had succeeded with were replicas of real life—whether a doll or a rifle—and that's what I wanted in the toy car."

He sketched a design, had one of the model makers make a quick prototype, and tested the little car on a 20-foot-long rubber gasket from a garage door. "I put that thing on it and—*zoom!* I had to go look for it and by the time I came back to my office, Elliot, Jack, Ruth, and the marketing director were there. I demonstrated the car again and Elliot said, 'Okay, that's what we're going to do,' and that was the end of the development. It probably cost Mattel $150, but so many people contributed so much to make it successful."

With the New York Toy Fair looming, the Handlers held a sneak preview of Hot Wheels for Kmart, one of Mattel's biggest buyers in the late 1960s. Ken Sanger, the boys' toys buyer for the discount store chain, watched the demonstration, which lasted less than a minute. The Handlers' jaws dropped when he told them he would initially order a mind-boggling "fifty million cars," and declared, "You'll sell every one you can make."

The first candy-colored Hot Wheels, representing most of America's most popular cars, or custom versions thereof, hit the market around Christmas 1968, along with race tracks and other never-before-seen accessories, in order to destroy the Matchbox brand. As with Barbie, it was the *Gillette razor theory* in action: Give away the car, and sell the other stuff to make it more fun and generate bigger profits.

It was celebration time at Mattel. Hot Wheels was a smash. Through 1968 and 1969, sales were in the stratosphere. But then the money machine ground to a halt and Mattel ran into a series of problems that brought about its first loss and opened a window into company corruption.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518546

68          T O Y   M O N S T E R

■ ■ ■

Christmas 1969 was no holiday at Mattel. In fact, it was an utter disaster when a fire gutted the company's warehouse on the Mexican border. The structure was underinsured, and there was one fatality, but even worse, the Handlers were unable to ship about 30 percent of Mattel's holiday orders. Next came a strike by dockworkers that impacted much-needed supplies for toys for Christmas 1970.

With the big holiday on the horizon, there was virtual panic along Mahogany Row, the name given to Mattel's fancy executive suite of offices, which looked out onto the 405, the crowded and polluted San Diego Freeway. Hot Wheels had dominated the market a bit too much, and store shelves were now sagging under their weight. The cars weren't moving; Hot Wheels appeared to be out of gas. Sizzler, a version of the little cars with a tiny motor in it, also had bombed with kids.

To make matters worse, Wall Street analysts had been promised another year of record Mattel profits. Panicked, the Handlers and their top executives held a crisis summit meeting to deal with the potentially catastrophic situation. The top item on the agenda had a big question mark: How do we increase sales to meet Wall Street expectations based on our promises?

The answer was a simple business concept known as *bill and hold*. Mattel's sales force would be turned loose to snag huge orders from their customers, and the long-trusted toy company with the catchy slogan—"If It's Mattel, It's Swell"—would simply hold the products in its warehouses for delivery sometime down the road.

Under normal circumstances, bill and hold is on the up-and-up *if* the orders are genuine and *if* the sold products are actually put aside for the customer.

As it turned out, however, Mattel was running a scam, according to a 500-page special report by independent lawyers and accountants who conducted a probe as part of a Mattel settlement with the Securities and Exchange Commission (SEC), which had accused the company of releasing false earnings reports.

The report, which Ruth later claimed "was riddled with half-truths," charged that Mattel's sales force was secretly telling the customers they could cancel the orders, which were already on the books. According

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 78

MGA2 1518547

to the report, one order that was documented at $615,000 later shipped at the actual selling price of $185,000. In another instance, an order for almost $5 million was counted twice, and inventor royalties were understated by several million dollars.

In total, the crash sales program and other finagling allowed Mattel to have another fiscal year of record earnings; Wall Street and the stockholders were delighted. Mattel was still the whiz kid—or so it seemed.

In 1972, despite all of the manipulations, Wall Street awoke to the shocker that Mattel, the leader of the toy industry, and promising still more profits, had a $31.2 million after-tax loss on sales of $206.4 million. Before taxes, the loss was $59 million. The Handlers soon were placed in the humiliating position of restating announced future profit projections by issuing a press release for another major loss for the first quarter of 1973. The banks Mattel dealt with quickly lost confidence in the company. Ruth later called it "a horrifying mess. . . . For years, people had been making millions of dollars on our stock. . . . Now it plummeted. . . ."

And plummet it did. The scandal was like a pin bursting a balloon. Everyone who owned the stock took a bath. Once over the $100-a-share mark, by September of 1974, it sold on the New York Exchange at $2 a share, and traded over-the-counter at little more than $3. Longtime dedicated employees, such as the first Voice of Barbie, Gwen Florea, were devastated.

"I was being paid in stock options, not salary increases, and my stock went through the floor," she says. "It went down to pennies. They lost a bundle—an absolute big bundle of money. I left Mattel just before the shit hit the fan, but I kept my stock because I loved the company. I asked the stock people if I could have the actual Mattel stock certificates because I wanted to wallpaper my bathroom. It was that bad. Oh God, yes."

The special investigation determined that the bill-and-hold sales spree failed to meet "any minimal legal or accounting standards," and revealed that 80 percent of the orders were canceled within a few months. The SEC accused Mattel of issuing false earnings reports, and the investigative report, documenting blatant falsification of profit and sales figures during the fiscal years 1971 and 1972, placed most of

Exhibit A - Page 79

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518548

the blame on Ruth and Elliot Handler, and on Seymour Rosenberg, a former executive vice president for finance and administration, who had been forced out. Rosenberg had been recruited in the late 1960s to spearhead penetration into the international market and forge acquisition of new businesses, which was his forte and a major goal of the Handlers, who felt they needed to expand beyond toys to keep Wall Street happy.

Mattel, according to the investigators, had shipped five million Hot Wheels cars near the close of fiscal 1972 at a loss of $400,000, but it wasn't until the next fiscal year that the loss was reported.

Beyond the bill-and-hold scheme, the investigators discovered numerous other abuses because of top management's pressure for profits. The investigative report charged that Mattel's expenses were purposely understated by $6.6 million; that accountants were pressured by top management to generate numbers that would impress the financial analysts who covered Mattel because "a few members of management had a preeminent concern over Mattel's Wall Street image"; and that profits were increased further because Mattel sidestepped contributing to the employees' profit-sharing plan in 1971, the company's best year at that point, and the year when accounting manipulation started. According to the report, Mattel reported pretax profits of $34 million, but an auditor's investigation revealed that as much as $20 million resulted from questionable and improper accounting methods.

Because of the bogus earnings reports, Mattel stockholders had filed five class action suits against the company, resulting in a $30 million settlement, the largest in a securities case at that point, and one in which the Handlers had to make a big contribution—more than two million shares of stock and $112,000 in legal fees that had been paid by Mattel on the founders' behalf.

In a front-page headline, the *Los Angeles Times* called the case "The Mattel Debacle."

Once cocky, Ruth Handler said of the scandal, "We are deeply, deeply distressed and I don't know how else to say it." Elliot Handler was quoted as saying, "It's a very sad feeling but life has to go on."

In the biggest shocker of all, the pioneer founders of one of America's great companies were forced to resign from the Mattel board on October 17, 1975, ending all ties to the world's largest toy maker, which they had started on a shoestring three decades earlier.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518549

Horrific Scandal, Controversy, and Indictments            71

"I packed up my belongings and walked out of Mattel's doors for good," Ruth later stated.

Before she left, though, Ruth threw all of her support behind a bizarre doll project that she thought might even surpass Barbie in popularity and sales. However, what "Growing Up Skipper" ignited was an enormous controversy for Mattel. If Barbie's predecessor, Bild-Lilli, was considered a plaything for bawdy adults, this latest version of Skipper, who since the late 1960s had been billed as Barbie's younger sister, was thought of as virtually pornographic, a 9-inch plastic children's version of an inflatable life-size doll sold in stores frequented by dirty old men.

By a crank of her left arm, platinum blonde Skipper sprouted little plastic breasts, her waist became slimmer, and she gained three-quarters of an inch in height. Mattel billed her as "Two Dolls in One," and the packaging promised she'd "grow slim and tall and curvy."

"That idea was far out there, pretty risqué," observes Derek Gable. "It was debated and laughed at by some at Mattel, and others were saying, 'God, are we really going to do that?' The thing is Ruth was very out there. Ruth was adventuresome, way ahead of her time."

Many parents and feminists were outraged. Right after the doll's introduction at the New York Toy Fair, the National Organization for Women (NOW) denounced Mattel's emphasis on breasts over brains, and asked in a letter for a male doll with a penis that grew when *his* arm was cranked. Projecting sales of 1.5 million, Mattel's public relations director's response was, "How can you take someone seriously when they make a suggestion like that?"

On February 16, 1978, the bomb dropped on Ruth Handler.

■ ■ ■

At 61 years of age, and a grandmother, the Mother of Barbie, along with three other former officers and a current employee, was indicted by a federal grand jury in Los Angeles on charges of conspiracy, mail fraud, and making false financial statements to the SEC.

The 10-count indictment alleged that Ruth and 54-year-old Seymour Rosenberg influenced the market price of Mattel stock by falsifying company records regarding sales and earnings for the three-year period 1971–1973. Falsified records also allegedly were used to

Exhibit A - Page 81

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518550

72                     T O Y   M O N S T E R

acquire assets in other companies with overvalued Mattel stock, borrow money from the Bank of America, and sell the stock for personal gain.

The indictment charged that Handler and Rosenberg directed another employee to keep false records from being discovered by Mattel's auditors, Arthur Andersen & Co., and the following month Ruth signed a letter to Andersen claiming that the auditor had received all financial and accounting records. Handler also was accused of directing an employee not to correct a $4.8 million error overstating sales to the dime-store chain S.S. Kresge Co. The indictment noted that with Mattel stock up, Ruth sold 16,600 shares as a trustee for her children, Barbie and Ken, for $383,000.

The indictment also alleged that Handler and Rosenberg had hidden questionable financial statements from outside auditors. "The marketing guys who had done most of the 'dirty work' were not indicted," Ruth later asserted.

Elliot Handler was not indicted, a decision made by the grand jury, and "based not on titles but on what the evidence showed," stated the prosecutor, assistant U.S. Attorney A. Howard Matz. Mainly, Elliot was not prosecuted because he was involved in the creative end, while Ruth oversaw business affairs.

If convicted, she and the others faced stiff sentences—two to five years in prison and a fine of up to $10,000 on each of the counts.

Declaring that she was "deeply offended" by the charges, Ruth Handler stated, "I am not guilty. My integrity is on the line. I am coming out fighting and will exert every ounce of strength at my disposal to prove my innocence."

The day of the indictment, she was taken to the basement of the courthouse, where she was fingerprinted, photographed, and ordered by a stern matron to take off her gold jewelry, diamond wedding ring, and belt. She was then led to the hellish women's lockup. Gripped by panic and fear, she broke free of the guard, screaming for Elliot, who was nearby with her lawyers, and they arranged it so she wouldn't be placed in the cell.

"I wanted to die of shame," she noted years later in *Dream Doll*. "I had always prided myself on being fair and honest, and always valued my business reputation."

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518551

Ten days later, she pleaded innocent to the charges, and a trial was scheduled for June.

But seven months after the indictment, on September 5, 1978, the white-haired Mother of Barbie dropped her vehement claim of innocence and pleaded "no contest"—equal to a guilty plea—on the charges under an "agreement" that guaranteed she would *not* have to serve a prison sentence ranging from 20 to 50 years. The next day, the headline in the *Los Angeles Times* blared, "Ruth Handler Changes Plea: Won't Be Jailed."

Asked in court by U.S. District Judge Robert Takasugi whether she understood that her plea of nolo contendere would be treated in the records as a guilty plea, Ruth declared: "I believe that I am innocent of any criminal wrongdoing. But I decided, with my attorney's concurrence, to plead nolo." She said she was aware that the plea would be treated as guilty on all the charges, and that her plea would be entered as a conviction on charges of conspiracy, mail fraud, filing false reports and registration statements with the Securities and Exchange Commission, and making a false statement to a federally insured bank.

U.S. Attorney Andrea Ordin was furious about Ruth's statement, reiterating her innocence. "We believe the public interest requires a final, public and unambiguous resolution," the prosecutor said. "Although the law makes it clear that the plea is the equivalent of a plea of guilty . . . such a plea has apparently allowed a defendant [Handler] to make the claims being made here. Giving credence to such claims calls into question the integrity of the system and is therefore deeply unfortunate."

The Mother of Barbie, whose routine boast in the prescandal, boom days of Mattel was "We'll cry all the way to the bank," charged that the prosecutors were out to get her and see her imprisoned because she was a woman. "Bring down a woman, a famous woman, an uppity woman who had the nerve to climb to the top. . . ." She figured in her book that that's what the white hats were thinking as a way to make their reputations—a common theme among female white-collar criminals; domestic diva Martha Stewart and hotel queen Leona Helmsley would make similar assertions years later, before and after they were sent up.

Exhibit A - Page 83

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518552

74                    T O Y   M O N S T E R

And like other white-collar criminals who had become extremely successful, Ruth Handler felt a sense of entitlement, felt she could do no wrong because of her enormous success. Conceivably, she even felt above the law. This woman, who rose from near poverty to the heights of co-founding an international behemoth, saw herself as a superwoman.

On December 11, 1978, as the big Christmas toy-buying season was in full swing, with Mattel releasing SuperStar Barbie and Fashion Photo Barbie, the woman who helped start it all was sentenced to five years' probation by Judge Takasugi, and ordered to concurrently perform a total of 2,500 hours of community service—the largest community service sentence ever handed down at that point—and to pay a fine of $57,000.

■ ■ ■

As happened when the stock plummeted, Ruth's no-contest plea floored many longtime employees. "Nobody could believe that they would do anything criminal, because they'd always been decent to the employees," says Derek Gable years later. "You couldn't believe that those guys would be crooks. Everything was going along and then all of a sudden it was sort of—*No, it can't be!* It didn't make any sense. A lot of it was guilt by letting things happen. She may have known they were happening, but I don't think she said, 'Hey, let's go in and cook the books.' "

In *Dream Doll*, published almost two decades after the scandal, Ruth pinned the wrongful acts that resulted in her no-contest plea on other company executives whom she did not name in the book, referring to one of them only as a newly hired "executive vice president" and "an acquisitions expert."

At a meeting to discuss acquisitions early in Rosenberg's tenure, she claimed, he put her down, declaring, "You're Jewish. . . . [Y]our style is all wrong. If you were to deal with the investment community you wouldn't create the right impression." Ruth was furious, telling Elliot, "I'm going to fire that son of a bitch." He talked her out of it because the hiring of Rosenberg, who had a good reputation on Wall Street, had caused a big spurt in Mattel's stock. Nevertheless, she despised him. "In one stroke," she stated, "a man had gained power over me in my

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 84

MGA2 1518553

own company by putting me down." Later distancing herself from the charges against herself and Rosenberg, she asserted, "I steered clear of and left him to operate more or less on his own"; this was an assertion hard for many at Mattel to swallow, since she was known as a control freak who had her finger on all aspects of the business end of Mattel.

Yet in news accounts after Rosenberg was hired away from Litton Industries, Inc. he was highly praised by the Handlers and given the green light to speak for the company. A *Los Angeles Times* story, for instance, quoted Ruth as saying that Mattel in the mid-to-late 1960s was weak in financial managerial abilities and long-range financial planning, and that was one of the reasons Rosenberg "was enticed aboard." She said Mattel, with Rosenberg on the team, was ready to "go big," with a five-year plan to achieve $500 million in sales and reach 15 percent of the U.S. toy market and 5 percent internationally. There was no indication, as she later maintained, that friction existed between her and Rosenberg, or that she had left him to his own devices to run things.

In the late 1960s, with Mattel's enormous and hugely profitable growth slowing somewhat, the ambitious and hungry Handlers felt they needed to expand beyond toys in order to keep their stockholders and Wall Street happy.

With Rosenberg in charge of acquisitions, the company had what Ruth called "diversification fever," and went on a wild corporate shopping binge, scooping up a variety of companies: the pet supply business, Metaframe; the playground equipment company, Turco Manufacturing; the toy model company, Monogram; the tape cassette company, Audio Magnetics Corporation; the country's largest children's book company, Western Publishing; and last but not least, Mattel's most precarious high-wire acquisition, the Ringling Bros. and Barnum & Bailey Circus, which the Handlers saw as "a virtual money machine" and a way for Mattel to get into family entertainment.

In *Dream Doll*, Ruth claimed the deal happened because one of the owners, a Walt Disney wannabe, needed an infusion of cash—$25 million to $30 million—to build a theme park called Circus World near Disney World in Florida.

But another story also circulated. According to Rita Rao, a former Mattel executive vice president, "I did hear that Ruth couldn't get a ticket to take a child, a niece or something, to the circus, so

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 85

MGA2 1518554

Ruth said she'd buy it so they could always get in. By that point in time, she had enough ego to do that. The Handlers were out of their element with those acquisitions and that really contributed greatly to their downfall."

Mattel management had even manipulated the ticket sales and other revenue generated from the circus subsidiary, according to that special investigative report, which charged that profits were shown as being lower to give the appearance of a bigger jump the following year.

Later, as Mattel sank deeper into scandal, all of the purchases were sold off, mostly as losses. Ruth later acknowledged that "things are never quite as they look on the surface."

Derek Gable, who years later said he never for a minute believed that Ruth consciously committed criminal acts, put it another way: "Most of it went down the toilet."

■ ■ ■

Ruth also implied in *Dream Doll* that the crimes might not have occurred if she had been in good emotional and physical health. Sadly, in June 1970, she was diagnosed with breast cancer and lost her left breast. She was devastated, and felt her power as a woman had been stolen. "After the mastectomy," she maintained, "I never was able to grab hold of things at Mattel and regain control. . . . I didn't seem to have the self-confidence required to take charge and take over leadership."

She once revealed to a reporter for the *Los Angeles Times*, "[M]y anger took on such statements as 'I'd like to chop off parts of the doctor.' Things like that."

Whatever her emotions, she actually was stable enough, even through the discovery of the financial manipulations and the related emotional stress, to start another new and very successful business. Like the bosomy Barbie doll that made her rich, her new venture also had to do with breasts; the idea came to her as a result of her mastectomy.

Even before she was indicted, but after being ousted from Mattel, she founded a company called Nearly Me, which manufactured and sold a new form of breast prosthesis for others like herself who were unhappy with the "commercial breasts" that were on the market.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518555

On leaving court after making her plea of no contest, she told the news media that she took that step because she didn't want "many years of seemingly endless investigations and litigation and the personal commitment demanded by a lengthy trial" to interfere with her new money-making venture. In sentencing Ruth, the judge said she could pick any form of community service—but not anything that would involve or promote Nearly Me. At one point, she had suggested giving away the prostheses to women in need as the way to do her community service, but the judge, Handler asserted, saw that as a way for her to get "free advertising." Later, she complained about the length of her community service—one week a month—"not easy to do when you're tending a fledgling new business," which she said demanded long hours and extensive travel.

In the end, because of her work with a youth program, her probation was terminated 18 months early by the court. Her "legal nightmare," as she termed it, was finally over.

Once again, Ruth and Elliot had gone to Sears for the necessary power tools needed for her Nearly Me startup, just like they had done decades earlier when Mattel was in its infancy. They recruited a few of their former employees, and designed a breast made of material used in some Mattel dolls—polyurethane as the outer skin, over silicone gel. "Nobody was making rights and lefts then. We were the first to do that," she boasted to the *Los Angeles Times*, one of a number of national publications that profiled the ex-con's new venture.

In a lengthy piece about Ruth and Nearly Me in the *New York Times*, Robert Lindsey wrote:

> There's the same feisty sense of self-confidence, the same buoyant forecast of future growth, the same aggressive, sometimes brash approach to marketing. Ruth Handler, who made a fortune in the toy business, and then lost most of it in a spectacular episode of alleged corporate shenanigans, is back in business . . . on her way to making another fortune. . . . [S]he has defined a need and filled it. . . . [D]emonstrating her old skill as a promoter, she spends much time these days discussing her new breast prosthesis with reporters and frequently opens her blouse during interviews and asks a reporter or photographer to feel her breasts to determine which one is real.

Exhibit A - Page 87

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518556

T O Y   M O N S T E R

He quoted her as saying, "I'm a marketing genius—I know it."

Ruth made the rounds of the nighttime TV talk shows aggressively promoting her latest product, and got a hearty laugh out of Merv Griffin when she asked him to squeeze her breasts and tell her which one was hers, and which was Nearly Me.

In *Dream Doll*, Ruth Handler declared: "When I conceived Barbie, I believed it was important for little girls' self-esteem to play with a doll that has breasts. Now I find it even more important to return that self-esteem to women who have lost theirs."

In the early 1990s, after almost two decades of self-imposed exile from Mattel, she was brought back into the House of Barbie. In 1994, at the time of Barbie's 35th anniversary, Ruth was asked to participate in the celebration, and help publicize the event. Overjoyed, she was mobbed by Barbie fans in Germany, and signed autographs in New York and Chicago. She also agreed to be interviewed for *Barbie Nation*, an unauthorized documentary about Mattel and the Barbie phenomenon and obsession.

"At the time that I interviewed her she was going through this comeback," says filmmaker Susan Stern in an interview with the author.

> She was being embraced as the Mother of Barbie. All of a sudden she was achieving stardom all these years later, being invited by Mattel to Barbie conventions after being estranged from Mattel, and then being lionized by all these Barbie collectors. She told me about this one woman who came up to her at one of the conventions and just devoted herself to her, packing her luggage and becoming her little assistant. She loved the adulation. She was like a movie star in her last years.

The early 1990s were a time of immense joy and terrible unhappiness for Ruth and Elliot Handler. The joy was attributable to her Mattel resurrection. The unhappiness involved their son Ken.

A talented musician who was passionate about film and architecture, Ken Handler was far more academic and intellectual than his parents and his sister, Barbara—Ruth considered him "cerebral," and later observed that he "was a difficult sort of child" who "lived in a world of his own."

All of that was no surprise since Ken grew up embarrassed and humiliated by having an anatomically incorrect boy doll named after

Exhibit A - Page 88

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518557

him; unlike Barbie who had breasts, Ken had no hint of genitalia. As he grew older, real-life Ken also was self-conscious about the fame and riches the Barbie and Ken dolls had brought to the family, and he was particularly disturbed about the negative impact Barbie had on some young girls—so much so that he refused as an adult to have the dolls in his home, or to allow his two daughters and son to play with them.

To all those who knew him, Ken Handler was a wonderful father, a loving husband to his wife Suzie, his childhood sweetheart; a bright and sensitive man who, with his various endeavors such as writing, directing and producing a small film in the mid-1980s—a bizarre comedy about prostitutes, sculptors and one-time Nazis holding pizza delivery boys hostage on the night they were to participate in a break dancing contest—made his parents proud.

But there was another side to Ken, and in 1990 he was formally diagnosed with AIDS. His parents and wife were shocked, but Ruth overcame whatever feelings she had about his hidden life and took charge of her son's treatment, seeking the best and latest for him. For months he had been traveling back and forth to Ecuador seeking "natural" treatment that he hoped would cure him, according to his then Washington, D.C. oncologist, Dr. Pamela Harris, a noted AIDS expert, who says she prescribed for Handler the drug AZT, which was making headway in extending the lives of some AIDS patients.

But Ken, who had done extensive research on his own, wanted only homeopathic remedies, says Dr. Harris. Besides, he was soon too far gone for *anything* to help; he had developed the skin lesions Carposi Sarcoma, and was experiencing dementia. "When he had to undergo an emergency appendectomy," recalls Harris, "it was difficult to find a surgeon because they were all afraid of the disease."

In June 1994, a day before his daughter, Stacey, was to be married, and with his entire family sitting vigil, Ken Handler died in the bedroom of his family's stately townhouse in New York's Greenwich Village. He was 50 years old.

While Ruth mentioned his tragic passing in *Dream Doll*, calling his death "untimely," she kept the cause secret to shield the family. The Handlers' remaining friends at Mattel had heard various accounts—that Ken had picked up a virus while traveling in South America, that he had suffered a brain tumor, or encephalitis. "I don't think any one of us

CONFIDENTIAL - ATTORNEYS' EYES ONLY

80          T O Y   M O N S T E R

knew what the truth was," notes Derek Gable. "Ruth and Elliot never talked about it." In Handler's obituaries there was no mention of what was still called "the gay plague."

In an odd coincidence in the year before he died, Mattel released an updated version of the Ken doll, one of the doll's most controversial iterations over the years. This one was called Earring Magic Ken, a plastic figure with blond highlights in his hair, and sporting a purple shirt, lavender vest, a charm necklace and a diamond earring in his left ear, giving him the look and feel of one of the Village People. The doll sold well—mostly to gay men who saw it as a campy reflection of themselves. Like other Mattel toys that sparked controversy, Earring Magic Ken came under attack for its stereotyped gay look—mostly criticized by heterosexual parents, church groups and the like, and Mattel was forced to take it off the shelves in the same year real-life Ken was buried.

After Ruth Handler died in 2002 at the age of 85 from complications following colon surgery—she was interred next to Ken in the Hillside Memorial Park Cemetery, in Culver City, California, Mattel management commissioned one of its premier Barbie artists, Aldo Favilli, to sculpt a three-by-three-foot bronze high relief of Ruth and Elliot, which is on the wall of the second floor lobby of Mattel's El Segundo, California, headquarters. It depicts the founders seated at a table, with Ruth holding a Barbie doll, and an unclothed Barbie resting on the table with Barbie garments in front of her.

"It took so many years to heal the old resentment," observes Favilli, who spent three decades at Mattel. "The company had a beautiful party when the sculpture was unveiled. I was very honored to do it because I felt those two people were the reason Mattel existed."

Even in death, Ruth Handler sparked controversy. When in 2004 California's First Lady Maria Shriver Schwarzenegger put her power behind a museum exhibition called "California's Remarkable Women" that included the Mother of Barbie and Elizabeth Taylor, three museum board members resigned in angry protest. "That's why we have wax museums and Ripley's," one of them declared, referring to Handler and Taylor.

Exhibit A - Page 90

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518559

# Chapter 7

# A Civil War and a Hollywood Romance

Even before the financial mischief started, Ruth and Elliot Handler decided that the Father of Barbie had served his purpose, that there was no more that Jack Ryan could offer in exchange for the huge royalties he was generating on a deal that was almost two decades old.

The first salvo came when Elliot Handler instituted a second preliminary design group.

"It was set up deliberately to create competition—and to keep Ryan on his toes because the Handlers were paying him a lot of money," says Derek Gable.

Placed in charge of the competition was a Mattel executive named Jack Barcus, who was the exact opposite of Ryan in looks and style. "It was fascinating to watch," recalls Gable, "because on the one hand you had Ryan, who looked like a gnome, a total sideshow, and on the other hand was Barcus, who was a giant with big muscles and a crew cut, who had sort of a Gestapo look to him."

81

Exhibit A - Page 91

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518560

82                               T O Y   M O N S T E R

However, when product presentations were made, or discussions evolved between the two groups, Ryan was the Goliath who always won the points over Barcus.

Between the two groups a high wall was erected, like the one that separated East from West Germany during the Cold War, and that same combative atmosphere prevailed between Ryan's team and the new Barcus group. "It was a crazy idea," says Denis Bosley, who was assigned to co-manage Ryan's group and subsequently took it over. "Eventually, Jack got less and less involved. He would come in occasionally and stick his finger into certain projects to which he took a fancy."

Nancy Hudson watched her boss become increasingly depressed with the deteriorating situation with the Handlers. "They made it so unpleasant for him to work there," she says. "He was very unhappy, didn't like the competition, and some of the people who he always worked with were now working for Barcus. Jack was drinking more, taking Valium."

Mattel's next and final attack on Ryan was stopping his royalty payments when his contract with the company was due to be renewed in the early 1970s, according to close Ryan friend and business associate Roger Coyro.

"For a number of years prior to the end of the contract, Jack was feeling that he was being short-changed by Mattel in their accounting," asserts Coyro, who would manage Ryan's eventual lawsuit against Mattel.

As this competition between the Handlers and Jack developed, they formed that separate R&D group and Jack didn't participate under his contract in any of the royalties on products developed by that group. They were really trying to screw him, but in a legal way. They had the right do it. But you don't do that sort of thing when you've got a good relationship and you want people to continue to do the same good work as has been done in the past.

The group the Handlers set up to compete with Jack's didn't foster team spirit. People were in turf battles and it didn't make sense. Things were pretty bitter, and there were some real hard feelings between the design groups fostered by the Handlers,

Exhibit A - Page 92

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518561

who were working every way they could to ace Jack out of opportunities, or even the best design pool. The Handlers brought in some real corporate operators to maximize profits, please the banks, and try to find more money for Mattel wherever they could, and that's why there was such a vigorous battle put up to stop paying Jack.

Ryan was shocked and devastated by the Handlers' treatment because he had always liked and respected them. He had been happy helping to create great toys and see Mattel grow, and see himself grow rich in the process, according to intimates.

"He never really said anything negative about Ruth or Elliot," notes Annie Constantinesco, one of his closest confidantes, who was married to Coyro.

He was pretty much complimentary when he spoke about them. Jack had quite a lot of respect for Elliot's artistic nature and commented on that quite often. I think he was always looking for their approval, or their recognition. Jack was *always* hungry for recognition, for glory. So the way the Handlers began treating him by setting up the second preliminary design group, and then chopping his royalty payments, destroyed him.

One of the big problems was that they were envious of him. He was enjoying his life and his money and they weren't. They absolutely didn't approve of his lifestyle. One needs to place Jack's lifestyle in the context of the times—the 1960s and 1970s—when everybody was having a grand time, and Jack was having a grander time than anybody else, and he didn't think it should stop. He was having *such* a good time, and he was working hard, and he couldn't understand why he would have to stop, or change because people tried to tell him to put a lid on it. Some of the designers said, "Cool it, Jack." I know that I did. I used to say, "You don't have to be so much in everybody's face. You don't have to press your point," and he would just laugh. Too much was never too much for him. If he had to choose between not enough and too much, Jack would go for too much.

Exhibit A - Page 93

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518562

When the royalty payments petered out around the time of the financial manipulations by Ruth Handler and the others, Ryan severed his once-lucrative and friendly ties with Mattel in 1974, after almost two decades. He established the Jack Ryan Group, about a dozen engineers and designers—some former and present Mattel people—who worked out of offices at The Castle. After he left Mattel the preliminary design group set up to compete with him was folded back into Ryan's original operation, and eventually was disbanded altogether by the Mattel management that took over after the Handlers were ousted.

As with the Mother of Barbie, who got caught playing fast and loose with Mattel's financials, the Father of Barbie's life became equally hellish while he was fighting Mattel for money that was owed him. He became obsessed with going through years of royalty statements, and finally quietly sued Mattel, charging that the company had understated royalty payments to him—by almost $25 million—and demanding an accurate accounting of the amounts and a detailed statement of all products involved.

"More and more, Jack would see sales continuing to climb for Mattel, and yet his royalty income was going down and down," states Coyro.

He knew something was up in terms of accounting, so at some point he had to pull the trigger and sue them. He was not gaining anything through discussions. There were some products later in Jack's cycle at Mattel where, instead of getting straight royalties, Mattel kept trying to figure out ways to reduce payments to Jack and they kept coming up with, "Well, we'll give you royalties, but only after a product breaks even," so there were complex formulas developed to determine when a product had broken even and recouped its development and manufacturing costs—not unlike what the movie industry does.

Jack was really personally hurt that it came to having to file a lawsuit after spending so many productive years with Mattel. He told me, "I gave my heart to Mattel."

∎ ∎ ∎

During that time, the Father of Barbie was acutely depressed, drowning his sorrows in alcohol. He was prescribed lithium for his bipolar

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518563

disorder, but he often stopped taking the medication, sparking his manic phase, and then there would be more parties, more sex, and still more unnecessary and mostly unfinished renovations on The Castle.

It was during that frenzied period that he decided to remarry. The Father of Barbie chose as the second Mrs. Ryan a flamboyant mate—the famous-for-being-famous, and for being married, Hungarian spitfire Zsa Zsa Gabor, who lived up the block from him in a gracious home she bought after her divorce from the second of her nine husbands, the hotel baron Conrad Hilton. Like all of Ryan's marriages (and seemingly Gabor's), this one came out of the blue, and mainly for one reason: "My dad did not like being alone, and his decisions to get married from Zsa Zsa on [through his fifth and last wife] seemed to happen quite quickly," says Diana Ryan.

Others say Gabor jumped into marriage with Ryan because she thought he was very rich from the way he lived, though not quite on par with her previous beau, the elderly, ultrawealthy oilman J. Paul Getty. "Instead of opting for Getty, and gathering a multitude of diamonds while I could," she said later, she "fell for" the Father of Barbie because he was "a genius," besides living the high life.

Gabor and Ryan had been friends and neighbors for a number of years. She sometimes complained to him (and the Bel-Air Patrol, the private police force owned by Howard Hughes) about the loud noise emanating from The Castle grounds when he had one of his blowout bashes, especially ones to which she hadn't been invited. When she was invited she was very demanding—for instance, asking for filet mignon to take home to her lapdog. Ryan later stated that he married her to "shut her up," but the two had an amicable relationship, although no one in Ryan's sphere ever imagined that he'd take her for his wife.

Jack loved her glamour, flamboyance, and celebrity as an occasional actress and, more frequently, as an outrageous guest on TV talk shows; plus he apparently was on one of his bipolar highs when he decided to marry her. Before they tied the knot, and some two decades after Gabor starred in the John Huston film *Moulin Rouge*, Ryan did one of his off-the-medication renovation projects. He decided that Zsa Zsa needed a third floor on her home, so he had workmen construct a replica of the Moulin Rouge itself, at what Zsa Zsa later claimed was a cost of $1 million. When guests pulled up to Zsa Zsa's home, a stone

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518564

lion welcomed them—he had placed in it an electric-eye sensor that triggered the audio greeting.

"I was thoroughly beguiled by him," she said.

Diana Ryan was in her freshman year at college and had come home for Thanksgiving break in 1974. At dinner with her father and Zsa Zsa, "it became clear to me that they were dating, and I said something to my father like, 'Why are you seeing *her*?' And he said, 'Well, if you're going to date somebody, you might as well date somebody who speaks five languages.'"

Within days of returning to school, Diana got a call from Caesar's Palace on The Strip in Las Vegas. "We're about to be married and I thought I'd like to let you know," Ryan cheerfully informed his youngest. "We're here. We're doing it."

Ryan had given his beloved a $12,000 ring from Van Cleef & Arpels, and she took the vows wearing a white gown designed by Bob Mackie (who some years later would design for Mattel a special holiday Barbie Collector gown.)

Nancy Hudson, Ryan's longtime gal pal and secretary, who had followed him when he left Mattel to help out with the parties and the Ryan Group at The Castle, also got a celebratory call. "He told me that Zsa Zsa thought he was the most fantastic lover of all her husbands—and he believed it," she recalls, chuckling at the moment, since Gabor similarly raved about all of her husbands. "Even though she was older than him, Jack told me how great she looked from her toes to the top of her head. Knowing Jack as I did, I'm sure he just married her because of bragging rights. It was a big feather in his cap to be hooked up with her because she was a celebrity. I don't think he really loved her. I could never see him settling down with any woman. He loved them all—for a little bit."

No less a chronicler of world events than *Time* magazine dutifully reported the nuptials in its February 3, 1975, issue:

> Married. Zsa Zsa Gabor, 55, sometime actress and talk-show queen; and Jack Ryan, 48, Los Angeles millionaire who, as head of Mattel Inc.'s research division, supervised the development of the Barbie doll. The couple wed in a civil ceremony at Caesar's Palace, Las Vegas; he for the second time, she for the

Exhibit A - Page 96

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518565

sixth. Said the white-gowned Mrs. Ryan: "If this doesn't work, I shoot myself."

In Gabor's 1991 autobiography, *One Lifetime Is Not Enough*, Zsa Zsa noted that some of the press had quipped at the time of their nuptials that he "had married his very own Barbie doll. . . . I was now Mrs. Jack Ryan and I felt wonderful."

That ebullience, however, seems to have lasted as long as it took for the newlyweds to settle into their Tokyo honeymoon suite. Ryan was seething over an event that happened at the airport upon their arrival, an incident that suggested to him that marriage to Zsa Zsa might have been a big mistake.

Because of Gabor's fame, they were welcomed at the gate by a top airline executive. Zsa Zsa had her little dog with her and, being the diva she was, said to the airline official, "Dahling, *you* carry the dog." Jack later told friends he was mortified that she was giving such orders and embarrassing him.

Besides honeymooning, Ryan also had business to conduct in Japan. After leaving Mattel, starting the Jack Ryan Group, and filing the lawsuit, he began designing toys on a royalty basis for a Mattel competitor, the Ideal Toy Company, inventors of the Teddy Bear and the Betsy Wetsy Doll, among many other iconic playthings.

On the newlyweds' second day in Tokyo, Ryan told his bride he had to go to a business meeting and that she would be escorted around the city by a guide, who took her to a fancy lunch and then brought her back to the hotel. She claimed in her book she was horrified when he informed her, "Miss Gabor, your husband has paid me to go to bed with you."

After they returned home from Japan, Gabor said she "discovered that, far from building a life with me, with one woman, Jack had every intention of continuing his swinging lifestyle. . . . We did have fun together, though, because Jack really was a very bright and witty man."

One example of his playfulness with her occurred when Gabor and Eva—one of Zsa Zsa's glamorous sisters—starred in a Chicago performance of *Arsenic and Old Lace*. In one scene, the sisters hide a body in a window seat. When Zsa Zsa opened it she became hysterical with laughter because Ryan, who had snuck backstage and onto the set, was curled up inside.

Exhibit A - Page 97

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518566

Most of the time, though, they fought because she claimed he never gave up his mistresses, and she and Ryan only occasionally lived together in the same house. "I just couldn't cope," she said in her book. "There was also the matter of Jack's dungeon, a torture chamber painted a sinister black and decorated with black fox fur. All in all, Jack's sex life would have made the average *Penthouse* reader blanch with shock."

Annie Constantinesco says Ryan never had a dungeon and asserted there were no ex-wives or mistresses living at the Castle at the time he married Zsa Zsa. She says that much in Gabor's book about the Father of Barbie was highly exaggerated, if not untrue.

Moreover, Constantinesco paints Zsa Zsa during her brief marriage to Jack as a jealous shrew. "The thing with Mattel was crushing to him, and that's one of the reasons he married Zsa Zsa," she maintains. "Jack just felt so down, so betrayed by the Handlers and depressed that marrying a celebrity like Zsa Zsa got him excited and out of his depression for a minute. He was flattered by her interest in him, and by her name. He didn't have anything going at the time, so it sounded like a good idea to marry her."

Zsa Zsa kept a tight watch on her groom. She was especially worried about Constantinesco. "Zsa Zsa probably knew that I had dated him, so she thought I should be expendable," says Constantinesco.

Zsa Zsa's paranoia about her husband became so intense that, according to Ryan, she had put Constantinesco under surveillance. "Jack used to say that she had Hilton security people bug my phone to make sure if Jack called me that it wasn't a romantic call. He said she had me followed, but I never paid much attention to it."

At one point, as the marriage was going downhill, Ryan offered to turn Zsa Zsa's Rolls Royce into a stretch limo. But after he had the expensive car sliced in two, they separated, so he never bothered to complete the customization, and left her with the two halves, according to friends. Zsa Zsa was furious, and nailed him in the divorce settlement.

He later told Virginia Smith-Rader, his secretary at the Ryan Group, "That marriage cost me $400,000 a bang."

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Chapter 8

# A Bloody Tragic Ending

Zsa Zsa Gabor was Carol Brady compared to the next woman in Jack Ryan's life.

In the late 1960s, the Father of Barbie had told Nancy Hudson that he wouldn't smoke marijuana, which was in vogue at Mattel as it was everywhere else in that era of sex, drugs, and rock 'n' roll, because he was afraid of losing control and because it was illegal. But in the mid-1970s, with his new lover, Barbara Kerr (15 years his junior), he sank into a black hole of drug abuse—mostly cocaine.

The two had met at a dinner party in Chicago around 1975, and she moved in with him at The Castle. Dark-haired and sensual looking—one of the few in Ryan's harem not in the Barbie mold—Kerr was a journalist with an office in the Playboy Tower who had been involved with the women's liberation movement from its beginning, and worked in George McGovern's 1972 presidential campaign.

She had gone to San Francisco in the hippie era of the mid-1960s and lived in the Haight-Ashbury section, where she researched women

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 99

MGA2 1518568

90                                    T O Y   M O N S T E R

who were using drugs and then turned to drugs herself. Around the time she met Ryan, her book, *Strong at the Broken Places: Women Who Have Survived Drugs*, had recently been published and received a blurb on the jacket from Chicago novelist Nelson Algren (best known for *The Man with the Golden Arm*, about a heroin addict). She dedicated the book to her young son, Scott, whom she had from a college marriage—one of two failed marriages.

Besides the sex and drugs, Ryan was attracted to Kerr because of her extraordinary intellect and her friends in Hollywood, the closest of whom was Gail Fisher, the first black actress to win an Emmy Award for her role as the secretary Peggy Fair, in the hit show *Mannix*. She also was into drugs and often partied at The Castle with Ryan and Kerr. Around that time, Fisher was arrested for possession of cocaine.

"Barbara was an interesting, tall, skinny intellectual, not a bimbo, but her whole life she was involved with drugs," says Annie Constantinesco.

She lived with Jack and they did drugs together—cocaine— and drank together. She was a bad influence. It was easy for Jack to fall into any kind of excess. The combination of coke and alcohol on a tormented brain like his was lethal. But there was nothing any of us could say to him. He became totally erratic, was inclined to be angry and mean and suspicious of everything. Something was missing from the house, which later turned up, but she told him I was involved, and he turned on me, he accused me, which was absolutely unheard of in our relationship. Because they were both nuts on drugs, she accused several people at the same time. It wasn't a pretty picture.

Ryan seemed to be in love with Kerr, or maybe it was the drugs that gave that impression. In any case, he thought enough of her to accompany her to her hometown in Indiana to meet her mother, Grace Tracy Bessire, and her brother, William "Jed" Bessire. Kerr's mother reciprocated by visiting Jack and Barbara at The Castle.

Physically, the cocaine had a visibly terrible effect on Ryan. "His face was skinny, and he had kind of caved-in cheeks," Jed Bessire recalls. "My sister brought him to meet Mom and he was here for one

Exhibit A - Page 100

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518569

night. The difference in ages didn't bother my mother, because she was pretty much a free thinker."

Bessire said his impression of Ryan was that of "a wild genius. There are touches of madness in anybody that's that far ahead in their thought as he was." During Ryan's brief visit, Bessire mentioned an interest in CB radios, which were a craze at the time, and Ryan offered him a layman's explanation about how radio waves work.

He also recalls his sister telling him that Zsa Zsa Gabor had referred to her as "that bitch from Chicago," apparently after learning that Ryan was involved with Kerr before their divorce was final. "It's possible that my sister was the straw that broke the camel's back, but I do know that Zsa Zsa and Jack were not living together when my sister was with him."

Somehow, Ryan pulled himself out of his drug haze, and he and Kerr had a falling out. She moved into the pool house, and then drifted away, moving back to the Chicago area where she continued writing. She died of cancer at the age of 59 in 2000, the same year her friend Gail Fisher died of kidney failure.

With Kerr out of his life, and clean of drugs, the Father of Barbie faced the stark reality of his lawsuit against Mattel and financial ruin.

■ ■ ■

With his high-living style, and the lawyers' fees, the Father of Barbie had run through the millions he had made in royalties. As Virginia Smith-Rader, who had lived through the Mattel case with Ryan, and had been called to New York to give a deposition, noted: "One person going up against Mattel is a fearsome situation. Jack just went through all his money. But he never gave up. He went into bankruptcy and called upon all his friends for help and eventually got himself out of bankruptcy, but also paid them dollar for dollar for their help."

Worst of all, around 1976, he was forced to sell his most prized possession, The Castle, which he had purchased in 1962 mostly with Barbie royalties. The property was listed with a prominent broker, but other than tire kickers intrigued by the curious-looking mansion, there were no serious buyers.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518570

Finally, a developer who got a tip from a Mattel source who said Ryan was desperate to sell at a fire-sale price, showed up and made an offer for everything—what now looked like an amusement park funhouse, all of its contents, and the very valuable Bel-Air land that The Castle sat on. Ryan let it all go for "just nothing"—under $2 million, according to Constantinesco. "It was a terrible deal for Jack. It should not have been made. It destroyed him to lose his house. He was in such a funk, such a depression during that whole time. It was just awful. He saw the sale of his home as a big failure on his part."

(The property was later purchased by the royal family of Saudi Arabia, who erected a controversial monstrosity of a palace, removed all of the imported trees and plantings, and covered most of the vast expanses of lawn with marble and concrete. The Saudis left the country after 9/11, and the dated and ugly house, considered a teardown by agents, was on the market for $40 million in early 2008.)

The stress and anxiety was mounting for Ryan, especially with the lawsuit against Mattel taking over his life. He went through several lawyers in the legal battle—a complex accounting case and high-stakes saga that played out largely behind closed doors, and one that would drag on for close to a decade. Ryan's contract with Mattel was, according to a Mattel attorney involved in the case, "arguably ambiguous, but there was a contractual entitlement for him to get a certain percentage royalty on products, no question." Mattel contended that Ryan had to be personally involved with a product in order to be compensated. The litigation involved virtually every Mattel toy from before Barbie to Hot Wheels, and, overall, some two decades of Mattel's product history.

"Mattel fought him every step of the way," says Roger Coyro. "There were a few times when Jack was slow in answering some depositions and interrogatories and Mattel would move to either have the lawsuit dismissed, or sanction Jack because of his slowness in responding. It was just a matter of pure paper, and they would just flood Jack with paper. It was the typical corporate philosophy of keeping the ball in the air as long as they can."

One of Mattel's attorneys defending the lawsuit, who requested anonymity, on the eve of Barbie's 50th anniversary still proudly displayed a framed check from Jack Ryan in the amount of $25,000—a

Exhibit A - Page 102

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518571

A Bloody Tragic Ending                              93

sanction award ordered by a judge because Ryan "failed and refused" to respond to discovery in the case.

"There were perhaps 200 products that were at issue that Ryan was claiming he was entitled to royalties on," says the attorney.

I prepared a set of written questions asking a half a dozen or so questions as to each product, which were designed to go into the role he played in it and the basis for his royalty claim. For almost two years, we never got a response from him, or we got responses that weren't sufficient, and we kept after him. Ultimately, we took the matter to court and got an order requiring him to provide answers, and sanctioning him for $25,000 for not properly responding. The check was paid on April 11, 1979. It would be worth three or four times that today. Ultimately, we got the responses from him.

It was during the period of constant depositions—more than 200 days of sworn questioning over a two-to-three-year period—that Ryan suffered an almost-fatal heart attack, which caused a six-month delay in the case. The lawyer, who says he personally liked Ryan, believes the physical and emotional strain of fighting Mattel was too debilitating for the Father of Barbie. "As I understand it, literally all his vital signs had stopped, but they were able to revive him. He in one sense died." Coyro says Mattel "deposed Jack to death," but the Mattel attorney looked at it differently. "I kind of viewed it as Ryan's stalling to death."

Ryan had to undergo life-saving quintuple heart-bypass surgery at Cedars Sinai Hospital. "The lawsuit was hard on him," says his daughter, Diana Ryan. When he recuperated, the depositions in the lawsuit continued. "It was like Lazarus coming back to battle Mattel," observes the former Mattel lawyer. Roger Coyro says Ryan never considered giving up. "Jack was as determined as they were, though not as strong. He didn't have the corporate wherewithal that Mattel did." After dropping his first two lawyers, he retained the legendary California trial attorney Joseph A. Ball, who had been a senior counsel to the Warren Commission, which investigated the assassination of President Kennedy. "He was very tenacious and effective reviewing the Mattel accounting, and analyzing the underpayments and understatements to Jack," says Coyro.

Exhibit A - Page 103

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518572

94                          T O Y   M O N S T E R

Just prior to the trial date, both sides dropped the attitude and got serious about discussing a settlement. Over the course of about a month, a so-called courthouse-steps confidential agreement was reached in early 1980 that called for payments to Jack over a 10-year period. "He got a fraction [less than half] of what they really owed him, and that's the game Mattel played," says Coyro. "It was a decent sum in those days, between $10 million and $15 million—before legal expenses."

Ryan later told a gathering of inventors, "Ruth and Elliot Handler owed me $24 million in royalties and unfortunately our relationship ended when I sued them for $24 million, and I had to settle for $10.1 million. Mattel earned millions of dollars of interest on the money they didn't pay me, so they invested $1 million a year in harassing me for eight years where I had to prove that I was a real inventor even though I had over a thousand patents at that time."

The former Mattel lawyer says he viewed the settlement

. . . more as splitting the baby. But, looking at the case objectively, Mattel certainly had delayed for a lengthy period of time paying him. And, as is true in any settlement, they paid him less than the demand. From a financial viewpoint, Mattel certainly paid a lot of attorney fees. But ultimately they certainly paid less. The net to them was both a substantial delay in payment, a lesser sum, and, as I recall, capping the amount owed to Ryan because he might have been entitled under his contract to being paid infinitum. I liked Jack. He had his idiosyncrasies. But I would never dispute that Jack was important in building the Mattel institution and the creativity in toys that that company had. He was an adversary, but I certainly had respect for him.

After the case was settled, an embittered Ryan came to despise lawyers, declaring, "Unfortunately, the lawyers are taking over the country, and taking over the world, and like any disease I hope it kills itself."

At times, throughout the ordeal, he was emotionally and physically spent from his efforts of trying to get what was due him.

"He was pouring so much energy into negative work—the lawsuit and dealing with Mattel—that should have been going into productive, creative work that he thrived on," notes Coyro.

Exhibit A - Page 104

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518573

Jack was a strong character, but he also was someone who always liked approval and appreciation from people for what he was doing for them. He really felt betrayed by the Handlers.

Mattel was his home for some 20 years, developing one of the great toy companies of the world, and yet they were just fucking with him every chance they could get, and thinking up new ways to do it. In the meantime, Ruth and the others were fucking Mattel by misstating financial statements just to keep Wall Street happy. These were the types of people he was dealing with.

■ ■ ■

After the settlement, and in the wake of his heart surgery, Ryan hit the brakes somewhat on his manic sybaritic lifestyle—he didn't have the financial wherewithal, or the energy, sexual or otherwise, to pursue the high life anymore. He began obsessing about his emotional and mental health, and in his research he discovered the work of Dr. Kay Redfield Jamison, who was director of the UCLA Affective Disorders Clinic. He contacted her and was knocked out by both her brains and her beauty. As with so many other women in his life, he instantly fell in love.

Before long, Ryan and the pretty psychiatrist had developed a close relationship. She was enamored by his charm and intelligence, but rejected his many proposals. One of the reasons was because the two shared a commonality that would make marriage difficult, and had "the potential for catastrophe," she observes years later. "We had the same illness. My field of research and clinical study is bipolar illness. He knew that, and somewhere along the line I told him about my illness. He was aware that he had manic-depressive illness and was interested in talking about it. He was particularly interested in the illness's relationship with creativity. He thought a lot of inventors had it, and he thought that the illness had been involved in his success. He had many of the characteristics that make highly creative people creative. He asked me about mania and depression and suicide from time to time and we talked about those things very openly."

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518574

In 1999, seven years after Ryan's death, Jamison's book *Night Falls Fast*, about understanding suicide, was published to critical acclaim. By then a professor of psychiatry at the Johns Hopkins School of Medicine, she wrote in the prologue about her relationship with Ryan, and a curious pact that they had made one evening at their favorite restaurant, the chic Bistro Gardens, in Beverly Hills.

> We were talking about suicide and making a blood oath: if either of us again became deeply suicidal, we agreed, we would meet at Jack's [first wife's] home on Cape Cod. Once there, the nonsuicidal one of us would have a week to persuade the other not to commit suicide . . . a week to cajole the other into a hospital . . . to impress upon the other the pain and damage to our families that suicide would inevitably bring.

With Jamison, Ryan "repeatedly" talked about the most important and meaningful part of his life—his relationship with the Handlers and Mattel, and how it all ended so depressingly for him. "He was devastated," she says. "He felt betrayed. He felt like he didn't get the recognition, the intellectual credit, the inventing credit, the financial credit. All ways around he felt he had been treated badly."

Eventually, Ryan and Jamison moved on with their lives—she to further her career, and he to promote his latest inventions. One of these was a "top secret" doll that he told associates would far surpass the success of "my Barbie"; the other was called "The Magic Cup," which instantly cooled hot coffee or tea to a drinkable temperature and kept it there for almost a half hour.

■ ■ ■

Always needy and desperate for companionship, Jack Ryan married his fifth and final wife, Magda, a Polish émigré, in August 1984. He literally swept her off her feet, seemingly without her knowing what was happening, she says.

When he met her, she was working as a companion for a wealthy but elderly and sickly Polish woman who lived in Beverly Hills. Magda spoke little if any English. She had been in the United States only six

Exhibit A - Page 106

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518575

months, coming from Poland, where she had studied law and had been married and divorced. To impress her, Ryan took her to the best restaurants. "He had accounts at the Polo Lounge at the Beverly Hills Hotel, where he always had the same table. He took me to the Bel-Air Hotel, the Bistro Gardens. The son of the woman I was working for was telling me to 'be careful, don't get involved, he wants to use you.'" Ryan was suddenly calling her, telling her he loved her. "I thought he was crazy. How can you love somebody you don't even know?"

The next thing she knew, they were at the courthouse in Santa Monica getting a marriage license. "The clerk said, 'Congratulations,' and I asked, 'Are we married?' She said, 'No, you have to go to the minister.'" Ryan called his brother, Jim, from one of the first cellular phones in existence and he immediately arranged for a minister to conduct the service that same day. "I wasn't exactly ready to get married," she says. "Jack always put me in that situation with no time to think."

Magda was a quarter-century younger than Ryan when they tied the knot, and her birthday, by odd chance, was the same day Barbie was introduced to the world at the New York International Toy Fair.

She wasn't as glamorous as most of the women in Ryan's life, according to Ryan pals, so the Father of Barbie got busy transforming her. "She was basically kind of a plain, nice gal—and he had her teeth done, a brow lift, and some facial reconstruction," asserts Virginia Smith-Rader, Ryan's trusted administrative assistant at the Jack Ryan Group, who was associated with him for at least a dozen years. "Magda was young and willing, and while she was with him she blossomed and became very pretty."

However, Magda claims that all she had had done was "a nose job—and not because Jack forced me to do it. I wanted to do it. Jack had this idea that he kind of liked me to wear high heels and dress sexy. I had long hair and my natural boobs were kind of okay, so I didn't have to do anything else to please him in how I looked. Jack was a very young man in an old body. He didn't look very good. But his mind was so young, his spirit was so young, and he treated me like a princess. I felt good with him."

With his new bride, Ryan rented a house whose previous tenants had included Liza Minnelli and John Belushi. Not long after they

Exhibit A - Page 107

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518576

married, the calls started coming from old girlfriends. "One was like a porno star," recounts Magda Ryan. "One was like a James Bond girl. Sometimes he had a conversation in front of me with them on the phone saying, 'Look, I have my wife here. I am so in love with her. I cannot meet you.'"

But she says she spotted him with another woman on at least one occasion, and knew there were others, one of them demanding money from him.

> I was so angry. I wasn't jealous, but I felt stupid. I considered leaving him, but then he had serious health problems with his heart and diabetes, and I couldn't leave. He used to tell me that his mother loved to talk, talk, talk, and when she had a stroke she couldn't speak anymore, she couldn't function. He said, "Maggie, it was so awful. I never would want to live like that if the same thing happened to me."

In 1989, it happened.

The Father of Barbie suffered a serious stroke and lost his ability to speak, couldn't swallow properly, and the entire right side of his body was paralyzed. "I became his nurse," Magda says. "I was never sure how much he could understand. He was very emotional. He cried a lot. He was very depressed, wouldn't go out, wouldn't see anyone. I bought a wheelchair, but he would never sit in it. He couldn't do anything by himself. He knew he would never recover. He knew his life was over."

The most the stricken Ryan could do, or wanted to do, was lie in bed isolated from the world and watch television. One of the last programs he saw was an interview with Ruth Handler, who would outlive him by a decade, taking credit for the Barbie doll. "She never mentioned anything about Jack," Magda Ryan recalls in an interview with the author. "It was so upsetting for Jack because only he would make a doll like that with the boobs and the legs."

■ ■ ■

It was Tuesday, August 13, 1991. Magda Ryan fed Jack breakfast—she had to feed him or otherwise he could choke because of the stroke's effect on his ability to swallow. Once he was settled, she went out to

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 108

MGA2 1518577

A Bloody Tragic Ending                99

run some errands. When she returned home, the first thing she did, as always, was open the door to the bedroom to see how he was doing. This time, he wasn't there. "I could not see him. I said 'Jack, Jack, where are you?' I was running around the place [they had moved into a simple two-bedroom condo] and I couldn't find him."

Then she looked in the bedroom again and spotted his crumpled body in a pool of blood on the floor beside the bed. Lying next to him was the .45 caliber pistol he used to fire one bullet into his mouth. Ambidextrous, he had used the trigger-finger of his working left hand to end his life. Before he fired the fatal shot, he used Magda's lipstick to write on a mirror, "I love you," along with a few affectionate words in Polish. He was three months away from turning 65.

Says his widow years later, "I believe he had this plan to kill himself. It was his last project."

∎ ∎ ∎

Because of the manner of his death, the funeral services were kept private.

Several of his close friends offered eulogies. One of them was Dr. Irene Kassorla, a psychotherapist who wrote a big bestseller in 1981 that was right down the Father of Barbie's dark alley. It was called *Nice Girls Do*, which *Time* called "the hot-selling sex manual." One of the concepts she espoused was called "The Maxi Orgasm," described as an "untamable" orgasm within the reach of most women. Kassorla was a frequent guest at Ryan's parties at The Castle. "At dinners I always sat right next to him," she boasts years later. "On the other side, he'd have his little cutesy of the moment. He was largesse and generous. Everything flowed—champagne, food. He was a heavenly host. Everything was loose back then. What today would be called promiscuity then was called normalcy. Jack was of that era. He wasn't a pastor." When *Nice Girls Do* became a *New York Times* bestseller, she says, "Jack was very proud of me. He showed me off like an intellectual Barbie doll." (A year after Ryan's death, Kassorla made international headlines as the shrink for another highly sexed persona, the White House intern Monica Lewinsky, whom Kassorla counseled throughout her affair with President Clinton.)

Exhibit A - Page 109

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518578

A friend told the gathering that Ryan ended his life as he lived it—on his own terms.

Among the many mourners at St. Paul The Apostle Catholic Church in the Westwood section of Los Angeles were Ruth and Elliot Handler, who sat alone and offered no eulogy. Roger Coyro had made a special effort to invite them. For years after his death, members of Ryan's close circle privately blamed the Handlers' and Mattel's treatment of him for his declining health and suicide.

Another in attendance was ex-wife number two, Zsa Zsa Gabor, who never could resist a crowd. Only one publication reported at the time that Ryan had committed suicide—the *National Enquirer*—because Gabor, who loved publicity, directly or indirectly leaked the story to the supermarket tabloid and gave an interview. "The reporter for the *Enquirer* was out on the sidewalk at the funeral," says Diana Ryan. "They were taking Zsa Zsa's picture, and they interviewed her about her relationship with my father."

The glaring headline on the story dated September 10, 1991, read: Zsa Zsa in Tears as Husband Number Six Commits Suicide.

The tabloid noted that Ryan "took his life" just three months after Zsa Zsa's fifth husband, a "Texas oil tycoon," died of cancer. Of Ryan, Zsa Zsa, "choking back tears," declared:

> Jack was a genius but he was very eccentric. All the while we were married he maintained young mistresses. I knew all about them but I put up with the situation because I loved Jack very much. I also recognized that I had married a brilliant man who did not lead the same life as ordinary men. He used to get up in the middle of the night, go up on our roof, and sit for hours listening to police messages on a short wave radio.

> Yes, Jack was unfaithful to me but he was an exciting man. After we divorced we remained friends. In fact, just before I married my current husband, Jack asked me to marry him again. I was shocked and heartbroken by the news of his death, but I wasn't at all surprised. Jack had always been a man of enormous energy and drive. After such an active, productive life he couldn't bear being an invalid.

Exhibit A - Page 110

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518579

A Bloody Tragic Ending                    101

A caption under a photo of Ryan and Gabor said, "In happier times. He invented the Barbie doll."

Ryan's death received major coverage around the world. "It was his toy inventions that put his engineering genius into households across the country," the *Los Angeles Times* obituary noted.

> Ryan designed some 35 of the country's best-selling toys, including the Chatty Cathy doll, Hot Wheels and many electronic toys. But his best-known product was Barbie, the tall, slender young adult doll. . . . Never mind that critics said the doll with the torpedo breasts, tiny waist and disproportionately long legs gave little girls a false and unachievable ideal of the adult female figure. Just about every girl wanted one anyway, complete with clothes and accessories.

In London, the highly respected *Independent* newspaper carried a remembrance of Ryan by Billy Boy, a Barbie doll expert and designer and owner of the world's largest Barbie collection. Billy Boy had written a colorful history called *Barbie: Her Life & Times*, which included special outfits for the doll designed by the likes of Yves Saint Laurent and Bill Blass. Mattel, which he called "Barbie's parents," supported the project, and Mattel France had commissioned him to organize a Barbie fashion retrospective.

"Jack Ryan, inventor and designer, was an unsung hero largely unknown to the millions of the baby boom generation who came in contact with his genius," Boy wrote.

> Yet he was responsible to some extent for the forming of their life attitudes, their farthest reaching ambitions and fantasies, and perhaps also their greatest fears and anxieties. Most important of all, he was the developer of the Barbie doll. . . . It was Ryan's overseeing the directional design of the doll that allowed Barbie to have pointy breasts, to be clothed at first in quasi-haute couture then high school dress and when the time came, psychedelic garb and one hundred percent synthetic sports regalia. He realized the vision of the ultimate female with the new generation, which the new generation would idolize.

Exhibit A - Page 111

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518580

1/8/09   1:38:58 PM

Exhibit A - Page 112

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518581

# Part Two

## A DRAMA PRINCESS
## AND THE BARAD ERA

Exhibit A - Page 113

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518582

1/8/09   1:39:49 PM

Exhibit A - Page 114

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518583

# Chapter 9

# "Miss Italian America"

Next to the driven and avaricious Ruth Handler, and the brilliant and troubled Jack Ryan, Jill Barad was the most flamboyant and ambitious of Mattel's leaders. Like Handler, Barad had come a long way to reach the pinnacle of the corporate ladder.

If somewhere along the road she hadn't fallen by chance into the business world as a cosmetics company trainee, she might have had a career in show business. And at Mattel she instantly became known as a flashy performer in her personal style and executive capacity. She had the same kind of pizzazz and brass as another middle-class Jewish Baby Boomer who was also born in Brooklyn, her idol Barbra Streisand. Other than Barad's having a better nose and being raised on Long Island, both had star quality.

Born in 1951, nine years before the debut of Barbie, on which Barad would make her mark at Mattel, Jill was the younger of two daughters of Brooklynites Larry Elikann and Corinne "Corky" Schuman Elikann. If show biz was in Jill's genes, it was because of her father,

105

Exhibit A - Page 115

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518584

106                    T O Y   M O N S T E R

who got into television in its golden age and rose from cameraman to become an Emmy Award–winning TV director and producer. The son of Harry Elikann, a New York City costume bead importer, and the former Sadye Trause, Jill's father had served as a staff sergeant during World War II in the Army Signal Corps, where he was a radioman behind enemy lines in the Philippines.

In 1947, after he was discharged, the 24-year-old veteran married flashy, attractive, and creative 18-year-old budding artist Corinne, daughter of Essie and Irving Schuman. Seeing that television was the future, Larry Elikann attended a technical school in New York, where he learned that the fledgling NBC television network was hiring technicians. He took the test and was hired as a $50-a-week cameraman on the *Philco Television Playhouse*, which featured live anthology dramas.

He remained at NBC as a technical director until the early 1960s, and then directed TV commercials for a time. In the mid-1970s, Jill's parents moved from Beechurst, in Queens, to Hollywood, where he began directing and producing major network specials and episodes of popular glitzy programs such as *Dallas, Falcon Crest*, and *Knots Landing* that featured glamorous characters much like his daughter.

"Because of Larry, Jill was always around show business and knew TV and movie stars, and the glamour and the power and especially the diva persona rubbed off on her," says a longtime family friend.

> Jill was seeking stardom from the time she was a little girl, but we all thought it would be in TV or movies because of her dad, and her own vivacious and gregarious personality—and her stunning looks. No one ever thought she'd wind up running a worldwide corporation. But the girl always had smarts. She would have been successful anywhere. Her father had ambition and drive and she inherited those attributes, too.

As a precocious child, she often kept her sister Jo-Anne, older by three years, awake at night while she jumped up and down on her bed belting out show tunes from *Oklahoma!* and *The Sound of Music*. Barad said she grew up in a "creative" home with much intellectual stimulation and with a parental message that she could be anything she wanted to be, as long as she was good at it. Her father once told her his key to success, which was, "Put your mind to it, learn what you need to, and go for it."

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 116

MGA2 1518585

She followed Daddy's golden rules to the letter. One of her first jobs was working behind the counter at her grandparents' pharmacy. During the hippy summer of 1967, after having a Sweet Sixteen party, she modeled bell-bottoms for a small family-run firm called Happylegs. "She couldn't wait to try on the clothes, to learn how to meet customers, how to sell, how to talk," recalled one of the owners.

She spent three years at Jerry Seinfeld's alma mater, Queens College, in New York, and later became a big fan of his show along with *X-Files*. But an opportunity came up that caused her to drop out—an $18,000-a-year job selling Fresh Lemon bath products for Love Cosmetics, which introduced the lemon-smell craze to the American consumer. After a year hawking the products, Jill returned to Queens and earned a BA in 1973, having studied English, psychology, and drama, but never a business course.

With a show-business career in mind, she snagged a bit part with the help of her director father in the 1974 film, *Crazy Joe*, based on the rise and fall of murdered New York mafia hoodlum "Crazy" Joe Gallo, starring Peter Boyle, and featuring Henry Winkler ("Fonzie" from TV's *Happy Days*) and Herve Villechaize ("Tattoo" of *Fantasy Island* fame).

The future chairman of the board and CEO of Mattel had the uncredited, nonspeaking role of "Miss Italian America," or, according to the script, the "girl in sequin gown." That was her last acting role, at least in the entertainment world. She also worked as a production assistant for the film's producer, Dino DeLaurentiis.

Later, when she became the boss at Mattel, with 52 Barbie dolls in her plush office and Andy Warhol's rendition of Barbie as her favorite piece of art on the wall of her executive suite, she called her attempt at movie stardom in *Crazy Joe* the worst job she ever had, and described her father's Hollywood as "so superficial, so silly." Yet she was "Hollywood" personified in her style and executive persona, so much so that she avidly followed astrology. As a Gemini, she once revealed, "I am off the ground. I am definitely an air person. I am not calm. I am pretty stable, but I am out there, thinking all different things."

It was in 1974, after Elikann's shot as an actress failed to materialize more roles that, on a lark, she took a sales-trainee job at Coty Cosmetics, because she had no clue what she wanted to do with her life. As she once acknowledged, "I just saw jobs as fun. I had no

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518586

108                     T O Y   M O N S T E R

goals." It was during her tenure at Coty that she began to display her talent as an innovative marketer. On the road as a cosmetician-trainer, she noted that her company's products weren't getting the kind of visibility they deserved, so she took it upon herself to design a new display, and sent it off to her boss. The company was still using her concept some two decades later. Within three years, she was named brand manager for the company's entire line.

With her parents ensconced in La-La Land, Jill was spending more time there, socializing and lunching at the chicest places, like the trendy Polo Lounge in the famous Beverly Hills Hotel, known as the "pink palace," *the* place to see and be seen.

"If Jill were fictional, she'd be the protagonist in a chick-lit novel, or a character in *Sex in the City*," a friend from those days observes. "Jill was that kind of chic, sharp, glib, trendy Jewish girl."

One evening at the Polo Lounge, while the impeccably turned out Coty girl was having drinks with a friend, she fixed her eyes on a man sitting with an older couple. In her mid-twenties, Jill was ready for a husband. "I look over and here's this really nice-looking guy with his mom and dad. I said to my friend, 'See that guy over there? I'm going to marry him and move to L.A.'"

Jill always got what she wanted, which years down the road would lead her to a scandalous fall from power at Mattel. But in 1977, the 26-year-old cosmetics girl set out to win Thomas K. Barad, also 26, a budding independent movie producer. They dated, fell in love, and she quit Coty and moved to Los Angeles to be with her man. She immediately got a job with the hot advertising agency Wells Rich Greene, which handled the Max Factor cosmetics account to which Barad was assigned. Jill became Mrs. Thomas Barad in 1979; a few months later, she was pregnant with the first of their two sons. She left the agency, as she later said, to "put my energies into my new child."

After Alex came into the world, the new mother became depressed. "It wasn't the baby," she was later quoted as saying. "He slept all the time. It wasn't fair."

Always a fashionista, she spent afternoons wheeling her first-born up and down the aisles of a nearby May Company department store, eyeing the dresses and mentally critiquing them. It was clear after some

CONFIDENTIAL - ATTORNEYS' EYES ONLY

18 months as a stay-at-home mom that her boredom had become intolerable. She wanted more from life. Her husband perceived what he later called her "unspent energy" and told her to get a job.

Jill Barad wanted a job that would utilize her cosmetics and marketing experience, and she was aware that the company that marketed her favorite doll, Barbie, had a reputation for hiring women. She retained an executive headhunter to make the connection for her.

Enter Mattel.

■ ■ ■

An obscure department—the novelty-development section—had an opening, and Barad had the looks, the drive, and the ambition that Mattel was looking for, dating back to the profile established during the Father of Barbie's recruiting days. Barad was hired one week after her interview in 1981, as a product manager. At the time, Mattel was the nation's second largest toy company behind Hasbro. During her almost two decades there, it became number one.

She displayed her corporate grit and loyalty when her second son, Justin, was about to be born. In the hospital delivery room, about to undergo a Caesarean, Barad asked a nurse for a phone so she could make calls to her office about Mattel business. A little over a month later, she was back at work, winging her way to New York to hawk Mattel's latest products and Barbie updates.

Another Barad plus was that she had come from the world of makeup. "Mattel liked to recruit from the cosmetic industry," observes former Mattel vice president of Barbie design, Margo Moschel, who had also come from cosmetics. "Mattel, strong in girls' toys, favored cosmetics people because both toys and cosmetics are based on newness and product. Mattel was strongest in Barbie, and she was very cosmeticy, if you will, very fashiony, always built on newness every quarter."

Barad was on her way.

Her husband, who gave her the kick-start to get the job, later became known behind the couple's back as "Mr. Jill Barad" by the snipers at Mattel, because she had become more famous and powerful in corporate America than he had in the movie business. Jill Barad later

Exhibit A - Page 119

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518588

110                                    T O Y   M O N S T E R

acknowledged that her husband "played mom and dad" at home, which, when she reached the stratosphere at Mattel, was a spectacular mansion in movie-star-land on Sunset Boulevard in Bel-Air, a big move up the real estate ladder from the far simpler home the Barads first owned in swanky Pacific Palisades. Besides her husband taking care of the domestic end, there was a fulltime live-in nanny and housekeeper.

As a working mom and career woman with her eye always on the top job, sometimes putting in 12-hour days—not because she had to, but because she wanted to—Barad once acknowledged that the most painful moment in her life was when her first-born's third-grade teacher met her for the first time and blurted out, "Oh, Alex really does have a mom." Barad believed concessions have to be made in order to have it all. For important times in her children's lives, she made sure either she or her husband was on hand. Later, she took her sons on glamorous trips overseas while on Mattel business, and brought them to Mattel headquarters to test new toys.

Over the years prior to her fall from grace, Barad was heralded by the media as the poster girl for successful career women—she had beauty, brains, a powerful job, and a family to boot—and was praised by feminists and business leaders alike for her ability to balance it all.

The *Los Angeles Times*, in one of the first of what would be many glowing profiles of Barad as she rose to power, and before her fall, reported that

> . . . she doubled sales of the company's line of girls' toys by introducing female action dolls. . . . Mattel has seen an 82 percent sales increase in their girls' toys division. And all this while she's maintained . . . a marriage and reared sons. . . . That she has been able to do so is a testament to both Barad's talents and capacity for hard work. . . .

> If Barad's journey into the ranks of upper management has been unusually speedy, it has also been unconventional with detours for marriage, childbirth and a cross-country move. That hardly comes as a surprise from this striking ex–New Yorker, whose non-corporate approach to dressing for success also reflects her individualistic approach to her life and work.

Exhibit A - Page 120

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518589

In the not-too-distant future, she'd be named one of the world's 50 most beautiful people by *People* magazine; *Ladies Home Journal* bestowed upon her the honor of being one of America's 10 smartest women. How many corporate executives can make those claims?

One of her first bosses at Mattel was another tough, driven executive, Judy Shackelford. She had risen in three years during her decade at Mattel—1976 to 1986—from manager of preschool marketing to executive vice president of marketing and product development worldwide. She was then the highest-ranking woman in the toy industry—that is, before Barad skyrocketed up through the ranks. "Those were the days," Shackelford observes years later, "when people thought no man would work for a woman. It was just absurd. I was the pathfinder. I was the one that had the machete in my hand to beat a path."

Shackelford, who post-Mattel started her own successful toy company, does not have fond memories of Mattel, or of Barad. The same viciously competitive corporate culture populated by aggressive personalities that existed during the era of the Handlers and Jack Ryan was still operational. Shackelford put it bluntly, "Mattel was a place you had to watch your back. It has always been a place where people are pitted against each other. It was a shark pond. You throw people in and see if they can swim fast enough to stay alive. For Jill, it was a fit."

When Barad arrived, Shackelford had been credited with helping to resuscitate the Barbie line, which had become somewhat moribund in the wake of the Ruth Handler mess. In fact, virtually anyone who had risen to high executive status at Mattel in the post-Handler era later took credit for reviving Barbie and made her success a part of their executive resume. As Moschel notes, "There was a tremendous amount of self-merchandizing. People were constantly going on about themselves, making it known as to how great their performance was in order to get noticed. Even if you were taking credit for something you really didn't do all yourself, management noticed you, and you moved up."

Barad had her eye on being involved with Barbie from her first day on the job. One day, she pushed her way into the office of Thomas J. Kalinske, who became one of a long line of 1980s Mattel presidents and chief executives. Standing brashly in her high heels and elegant

CONFIDENTIAL - ATTORNEYS' EYES ONLY