# EXHIBIT A-3

112                    TOY MONSTER

and sexy pinstriped business suit, she intoned, "What the fuck do I have to do to get a decent assignment around here?"

Her career-building philosophy was simple: "I always fought for my point of view." She got her way and became a product manager for the Barbie brand, and in 1982 was promoted to the post of Barbie marketing director.

By the 1988 Christmas toy season, Barad, at 37, was executive vice president of Marketing Worldwide Product Design and Development—at the time one of four Mattel executive vice presidents, having control over design and marketing, and directing the work of some 500 employees.

■ ■ ■

As with many women who rise to a position of corporate power, especially a gorgeous, vampy female like Barad, there is always lots of gossip about how they got to be on top, and there was such chatter about Barad.

A former Mattel president who worked closely with her and admired her "intelligence, drive, and great presence" also observes years later that "she certainly set the women's movement in business back substantially by being the embodiment of what a woman executive doesn't want to be, or shouldn't be. She was very, *very* flirtatious with members of the board of directors," he asserts. "I used to find it amusing, because Jill would go up to some of the elderly directors who were on the board and sweet talk them and put an arm on their shoulder and bat her eyelashes at them—and they would just swoon, which is one of the reasons why she got the big personal contracts she did."

Other Mattel executives, male and female, who worked closely with Barad agreed she had "a strong physical and sexual appeal to men," but believed that was all part and parcel of her confident and vivacious personality. Colleagues recall her "look" before she began wearing expensive executive designer clothing, and it was a captivating, sexy style that caught the attention of men—a very short purple skirt with purple cowboy boots was one outfit of note.

Veteran Mattel executive Margo Moschel, who ran marketing and design at different times during her vaunted career and worked closely with Barad, noted that one of her gifts was that "she knew how to

Exhibit A - Page 122

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        MGA2 1518591

merchandise herself. She had the long, dark hair, which is something she used a lot. She tossed it. She would just flick her hair back, and it was part of her communication. She looked great all the time, looked fabulous all the time, pulled together, fashionable, stunning, always wore high heels, always, always, always—the whole thing."

But beyond her appearance and allure, there was a brilliant business mind at work.

"Jill was so smart and so bold and so in touch with what it took to innovate, but there were all kinds of rumors about how she came into power when I joined Mattel in 1990," says Nancy Zwiers, former senior vice president of worldwide marketing for Barbie, who worked closely with Barad.

Barad once noted that in her years climbing the executive ladder she had never experienced any of the sexism or exploitation that many other women in business felt. But when she finally reached the top and began her sudden fall from grace she would invoke sexism in part as an excuse for her demise.

But all of that was far down the road. For now, she was highly respected.

"She was the best speaker, the most wonderful performer, just so charismatic, and had a great flair for everything," asserts former Mattel executive vice president of product design and senior vice president, Diana Troup, who was a Barad colleague and friend.

> When she walked in a room she was just a total knockout, glamorous and beautiful, and wore the most beautiful clothes, starting with Escada and graduating to Dior and Chanel. She was more like a movie star, but still incredibly gifted in management. And the woman knew how to make money. She knew what the ideas were that would make *a lot of money*. And she knew how to promote them. She had the talent to sift through a whole bunch of ideas and say, that's the one!

One key to her success and one that often caused friction with other Mattel executives was that Barad never took no for an answer. When Troup, along with senior vice president of marketing and product development Rita Fire Rao, began pushing for a new doll design with very long hair, Mattel's engineering department said they couldn't

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518592

114                    T O Y   M O N S T E R

implement the concept. "I showed it and Jill loved it, Rita loved it, but engineering said no," says Troup. "We kept going back and forth, and Jill finally said, 'We *will* make hair that long.' And it was done. If she thought something was good, she would press for the creativity to do it."

If the marketing team told Barad they couldn't afford to do a certain product because it wasn't hitting the cost product objective, she'd say, "Raise the price!"

"To a designer that was music to my ears," says Margo Moschel.

> What I loved about her was anytime you thought you couldn't give one more ounce of creativity, or work—just when you thought you couldn't do it—she'd figure out a way to make you see you could do it. She really had a way of pulling things out of people. The problem was the minute that you didn't deliver was the minute that you were on her bad list. And once you got on her bad list, honey, it was just a matter of moments and you were out the door.

Troup and others maintain that Barad usually took all the credit—even if the ideas weren't completely hers—much like Ruth Handler did in her feud with Jack Ryan over the creation of Barbie.

Troup, for instance, had got the idea for a large doll that resembled a girl of five or six which, with a bit of chemical magic, made it appear that she was applying and wearing makeup. From mothers in marketing research groups, Troup had learned that little girls liked to play with makeup and fragrance, along with their dolls. As it turned out, Mattel had a color-change technology. Once cold water was applied to the doll Troup had in mind, which would be aptly marketed as Li'l Miss Makeup, she sprouted eyebrows, eyelids with mascara-like coloring, lips that turned red, colored fingernails—even a heart-shaped beauty mark. Troup projected that her concept would be a big seller for Mattel.

"It was all my idea, and I found the sculpted doll in the Mattel archives, and that's how we got it into the marketplace in record time and did $58 million the first year," she says in an interview with the author.

> But Jill was not much in sharing the glory. She took all the credit. I didn't feel it was necessarily the right thing to do. She wouldn't credit me. She wouldn't say to the press, "Oh, Diana Troup created this doll," but that Jill Barad created it. I always

Exhibit A - Page 124

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518593

wished that I had gotten more credit for what I did. But I got promotions. I got a wonderful salary. But you had to bring in the goods. If you didn't deliver, you wouldn't get your stuff.

Besides selling like gangbusters, the doll caused a bit of a stir. The *New York Times*, in a trend story about how companies like Mattel were marketing cosmetic items such as stick-on painted fingernails for little girls, noted that "Mothers, especially those that came of age in 1960s—when cosmetics were frowned upon—may be aghast at these young make-up aficionados." The article was headlined, BABES IN MAKEUP LAND.

■ ■ ■

One of Barad's biggest supporters on her meteoric rise was John W. Amerman, who had joined Mattel in the company's dark days in the wake of the Handler scandal, working on Mattel's international business and raising it to new heights. For some 15 years he had been in chewing gum and cosmetics, where he rose to president of the Warner-Lambert Company's American Chicle division. "She wouldn't have gotten ahead if she hadn't had special qualities," the handsome, dapper, 50-something Amerman said of Barad after he promoted her to executive vice president. "She just understands our business, marketing, and how to deal with people. You put that all together and it spells success."

Under Amerman, who became chairman and chief executive in 1987, Mattel had record profits for more than five years running, and posted net growth of 20 percent. He bought up more than a half-dozen toy companies, and was especially proud of acquiring the British firm that first marketed the magnetic toy, Polly Pockets, which he grew to more than $80 million internationally during his decade-long watch. (Polly Pockets would surface as a danger to children during the toy-terror scandal of 2007. But that was far down the road.)

Amerman was unsuccessful in one of his biggest endeavors—an aggressive drive to pull off a $5.2 billion merger with Mattel's chief rival, Hasbro.

During his watch, he moved the company from the rundown Handler-era Hawthorne headquarters to the futuristic El Segundo

Exhibit A - Page 125

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518594

116                TOY MONSTER

location with its enormous fitness and day-care centers and volleyball and tennis courts.

Of Mattel's iconic toys, Barbie was Amerman's favorite, and because Barad had shown pure genius in hawking the doll in innovative ways, Amerman played a key role in Barad's meteoric rise within the company.

Still, observers noted that the two were competitive and had an ongoing power struggle—much like Ruth Handler and Jack Ryan.

Barad was said to have gone ballistic when *Los Angeles* magazine gave the fit, well-tailored, white-haired, bespectacled, and egotistical Amerman the royal treatment in a profile headlined KING OF BARBIE, because the equally postured and self-important Barad felt he took credit for things she had done with the brand. One of the quotes from baritone-voiced Amerman that infuriated her was how he "gussied up America's favorite little girl [Barbie] and turned my struggling company into a megatoyopoly." Barad, who would always be credited with doing the gussying, received only one brief mention in the article.

Even though it was a foregone conclusion that Barad would ascend one day to the CEO and chair positions after Amerman retired, it appeared the two were quietly out for each other's jugular.

Both Barad and Amerman declined to be interviewed for this book. She never responded to repeated calls and e-mails to her Beverly Hills office. But in a letter to the author, Amerman boasted,

> The performance of Mattel during the ten years that I was Chairman and CEO of the company is something for which I am very proud. At the time I assumed responsibility for Mattel, the company had serious financial difficulties. . . . [My] record of achievement was matched by very few corporations over that period.

Despite their competitive relationship, Barad hopped, skipped, and jumped up the Mattel corporate ladder under Amerman. Her first promotion to an executive position was as marketing director when she was four months pregnant. Once that happened, she knew she could "have it all," that Mattel "was a place that was going to be

Exhibit A - Page 126

CONFIDENTIAL - ATTORNEYS' EYES ONLY                MGA2 1518595

supportive and nurturing in terms of talent." The promotions came fast and swift after that—vice president of marketing; senior vice president marketing, girls' toys, and preschool games; senior vice president of product development; vice president of product design and executive vice president of product design and development—and upward until she eventually was appointed to succeed Amerman, as chairwoman and chief executive.

But that final step to the top would take a while. In 1987, *Business-Week* had already placed Barad on a watch-list of 50 women executives as potential CEOs.

Besides Amerman, one of Barad's other important mentors who taught her a lot and who helped change the direction and corporate culture of Mattel was Robert Sansone, an ambitious young executive with an interesting history before he arrived for what would be an ill-fated stay as president.

A New Yorker with an MBA from the Columbia University Graduate School of Business, Sansone served as a White House Fellow in the first term of President Nixon, and then served as special assistant to Maurice Stans, Nixon's Secretary of Commerce, and master fundraiser for the dethroned president in the Watergate scandal. (Stans was indicted along with former attorney general John Mitchell, eventually pleading guilty to five violations of campaign finance laws and paying a $5,000 fine.)

When Sansone was appointed president of Mattel USA in October 1987 by Amerman, he had spent almost a quarter-century at General Foods, where he was credited with revitalizing that company's foreign operations. At Mattel, Amerman gave him the job of restoring the company's troubled and money-losing domestic operation, which accounted for about 50 percent of Mattel's sales the previous year, and bringing it back to profitability.

Within a year, with Sansone aboard, Mattel had gone from a third-quarter loss of more than $14 million in 1987, just before he was hired, to a more than $21 million profit for the same period in 1988. Amerman was so cheered by the upturn that he and Sansone invited some 800 Mattel employees to the company's cafeteria. The two executives rolled up their sleeves and did a rap number: "We thought you'd

Exhibit A - Page 127

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518596

118                    T O Y   M O N S T E R

like to know that the third quarter's fine. . . . Mattel is startin' to shine." Amerman and Sansone were backed up by a trio of secretaries who called themselves the "Mattel Rappettes."

From Sansone, Barad learned about brand segmentation and brand extension, and how to build Barbie, which was always her baby, into lines of additional products—an entire new world of Barbie accessories for Mattel's iconic bestseller. Learning from him, she built the Barbie brand to record revenues.

For example, Barad hit a gusher, selling Barbie and Barbie accessories to both little girls and their mothers, who had played with the doll in their own childhood. The timing was right. Nostalgia for all things Barbie had suddenly kicked in. The Barbie Collector dolls, which became a separate division because of the brand's success, were more expensive than the run-of-the-mill Barbie. The first one, called Holiday Barbie, shocked even Barad by selling 300,000 units virtually overnight. The marketing, however, infuriated genuine collectors of rare, early Barbies—some worth thousands of dollars—who saw their world being flooded with Barbie dolls that Mattel was hawking as collectibles.

∎ ∎ ∎

"In the eighties through the late nineties, Barbie drove everything. She was like 50 percent of the volume and 90 percent of the profit," observes Rita Rao, former senior vice president of marketing and product development. Rao had had a couple of previous stints at Mattel, leaving once because she didn't get a promotion, but she returned in 1987 when Sansone was aboard.

While Rao credits Barad with the shrewd marketing of Barbie, she feels that much of that success was attributable to Sansone's management. "He's the guy who really deserves the credit, but never really got it," she says years later.

He was really the genius who turned the company around. He was very goal-oriented and very disciplined about the goal. There were performance reviews every six months and people were rated one to five. If you got rated as a two, you were

Exhibit A - Page 128

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518597

gone. If you agreed to reach a number then you had damn well better do it.

It was the first time Mattel really functioned as a team where we were all in it together. His strong suit was management and motivation.

Rao, who left Mattel in 1998, attributed her promotion to executive vice president to "Barbie performance primarily."

Seemingly out of the blue, the successful Sansone suddenly resigned, and Amerman swiftly appointed Barad as one of two presidents of Mattel USA to succeed Sansone in late October 1990. Barad desperately wanted the post of president, so much so that she warned she'd quit if she didn't get the promotion, according to an account in *Business Week*. "She threatened to leave for a top job at Reebok International Ltd.," the magazine reported in a cover story headlined, THE RISE OF JILL BARAD. *Business Week* noted that Barad's "politicking and flamboyance" had caused much friction within the company, and she was quoted as saying, "Many men hated me. I think it can be a tough thing for a man to lose to a woman."

Sansone had been running the domestic operation for just three years. He was said to have resigned to become a part-time senior advisor to the chairman. The *Wall Street Journal* quoted the always driven-to-succeed Sansone at the time as curiously saying he was leaving the company because "he wanted a better balance in his life between professional and personal growth."

In fact, Sansone had been under enormous stress to increase sales of Mattel's weak line of boys' toys. "The pressure on Bob was intense to bring up the numbers, to come up with new product," observes a veteran Mattel executive. "It was probably too much pressure."

Healthwise, it clearly was. During Sansone's relatively brief tenure at Mattel, he was stricken with cancer, one of a number of Mattel executives over the years who were so diagnosed, beginning with Ruth Handler. Nine months later, on July 15, 1991, he died at the age of 49, leaving a wife and three children from a former marriage.

But at Mattel, the show just went on—as always.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518598

120                    T O Y   M O N S T E R

As president, the 39-year-old Barad was given responsibility for virtually all Barbie products, licensed products, other fashion dolls, and entertainment and marketing services.

At Lincoln Center in New York City the year Barad became president, Mattel celebrated Barbie's 30th birthday with what was billed as a "Pink Jubilee" party. Barad was heavily involved in producing the glitzy affair. Guests guzzled pink champagne, munched pink candy, and sported pink corsages and boutonnieres in the promenade of the New York State Theater, which was draped in—what else—pink, a true-blue Barbie color.

Celebrities such as the singer Melba Moore were on hand to toast the iconic doll. "Barbie is my inspiration," she told the gathering. "She has almost as many dresses as I do." The guests received a special-edition Pink Jubilee Barbie wearing a silver lamé gown.

With Barad running practically everything in the girls' toys line, the boys' toys division was handed over to Barad's co-president, a newcomer, David Mauer, who had been recruited from Tonka Corporation's U.S. Toy group, where he was president. The *Wall Street Journal* headlined the appointment, MATTEL SHUFFLES EXECUTIVES TO BOOST BOYS' TOY SALES. As one key financial analyst noted at the time about Mauer's role, "Boys' toys is the obvious void Mattel has. This company has been a girls' toy company."

As Derek Gable, director of Mattel preliminary design from the late 1960s through the mid-1980s, puts it:

> Barbie had a certain persona and she was treated with huge respect. Jill, who kind of came out of nowhere, broke those rules and it worked. She was an amazing marketer and she was a promoter and she promoted Mattel and Barbie, but she really promoted herself even more. She actually hired a PR company to give her an image. For a long time, Barbie was going gangbusters. But while Barad was building the girls' side of things, the boys' side of things was slipping down the toilet.

It wasn't always that way.

Exhibit A - Page 130

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518599

# Chapter 10

# From "He-Man" to Home Depot

While Jill Barad was pushing the Barbie brand through the Milky Way during her platinum reign in the 1980s, a Mattel designer conceived a toy for boys that virtually overnight pummeled all the competition—at one point even eclipsing Barbie in sales—and generated enormous revenue and controversy for the company.

Even Hasbro's iconic and hugely selling G.I. Joe had to take cover in his foxhole. The bombshell new product was called He-Man, star of a new line branded "Masters of the Universe"—the brainchild of a one-time weakling by the name of Roger Sweet, although others at Mattel quickly claimed credit for what became a $1 billion gold rush.

In the mid-1970s, Raymond P. Wagner, one of a long line of Mattel presidents after Ruth Handler (they seemed to have been as inter-changeable as Barbie's outfits), had made one of the all-time enormous

121

Exhibit A - Page 131

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518600

122                    T O Y   M O N S T E R

flubs in toyland history. Prior to the release of the movie *Star Wars*, the film's writer-director, George Lucas, had offered Mattel the golden opportunity to get the license to produce *Star Wars* characters—Luke Skywalker, Darth Vader, and the whole incredible cast.

Conservative in his thinking, and not getting the concept, Wagner, still back in the Handler era mindset, thought Lucas's demand for an upfront fee of $750,000 was too high a price to pay for a still-as-yet unproven product, and he didn't think the proposed action figures could get out in time for the *Star Wars* premier. "I was in the meeting when Ray turned down *Star Wars*," says Derek Gable, who headed Mattel's action figure line. "Almost no movies at that time translated into successful toy lines. The problem was timing. *Star Wars* came out just before Christmas and product wouldn't be available until March."

But "The Force" was with one of Mattel's lesser competitors, Cincinnati-headquartered Kenner Products, which saw the future, scooped up the line when it was offered by Lucas, and made a megafortune from the Kenner Star Wars Collection of plastic action figures, games, and accessories throughout the entire *Star Wars* trilogy, from 1977 to 1985. Kenner had also been faced with the time difference between movie and toy release. "But Kenner took a huge risk that ended up paying off," notes Gable. "They had the audacity to give coupons for the product to the kids at Christmas that could be cashed in when the toys were ready."

With the *Star Wars* fiasco still haunting him, Wagner around 1980 demanded a unique boys' action figure, and Roger Sweet took it on virtually as his own personal project. Tall, skinny, intense, low-key, but very creative, Sweet had joined Mattel in 1972 when the company was in dire financial straits with the Handler financial scandal brewing and the war with the Father of Barbie growing more intense. With an MS degree in product design from the Institute of Design in Chicago, he had come aboard from Lockheed, where he had helped design the interior of the Boeing 747, and before that the packaging for a number of consumer products.

Derek Gable's charter from Wagner was "to get the next *Star Wars*, the next big hit in male action figures. So every week, every two weeks, every time there was a product conference," Gable brought in different male action figure ideas, "and every time we went in there, they were completely dumbfounded."

Exhibit A - Page 132

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518601

But out of the blue, Sweet came up with three prototypes around Christmas of 1980 at the direction Gable, in whose group Sweet worked.

Roger came to me one day and he said, "I've got this idea. It's a guy who's bigger than big, as wide as he is tall, with huge muscles." Roger was then into weightlifting and he said, "Look, all these male action figures on the market are wimpy. I want to do a really big action figure." He called it "He-Man," sort of a combination of space and medieval, a medieval guy with weapons.

Years later, Sweet says his main motivation for conceiving He-Man was because of how he looked as a kid. "I was a scrawny dude and I read about all these heroes through history—very physical guys like Genghis Khan, and warriors like Charlemagne. And then Schwarzenegger was very big in the 1970s, a powerful-looking guy who was in very powerful action roles in the movies."

Sweet showed his initial three figures in model form at a product conference, and they were the three that brought He-Man and consequently Masters of the Universe into existence. "Other ideas were presented at the conference, but Ray Wagner didn't know what to do with this idea," says Sweet. "He knew He-Man was a strong product, but he didn't know whether it was applicable to the toy business. Of everything that was on the table, though, he pointed to my He-Man figures and he said, 'Those have the power.'"

Sweet got together with Gable and at Sweet's urging they decided to have marketing research killed on the other ideas that had been presented, because they knew the He-Man concept was strong. They met with the marketing honchos and it was decided to move forward with He-Man.

Sweet recalls, "The first marketing projection for the line was $7 million, and the next one was $11 million because it was looking a little stronger. Then they upped it to the unheard-of, white-knuckled height of $19 million. The first year the line got out in the stores it sold $38 million worth, then $80 million, then $111 million—and kept going up—and this is all domestically, in the United States."

Exhibit A - Page 133

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518602

124                    T O Y   M O N S T E R

In return for his idea, Sweet was promoted to manager of the Masters line, and received a bonus totaling about $90,000 over three years—peanuts compared to the revenue being generated by Mattel. He also felt "a lot of jealousy and resentment" from competitive associates in the shark-infested corporate waters of Mattel. "Within the first two months, there was more than one person claiming credit for having originated and named He-Man and originating the Masters line," he asserts. "People within Mattel claimed I didn't do it, and this was fast after I came up with it. They took credit because it became successful so quickly."

Derek Gable maintains years later that

Roger deserves a great deal of credit, but He-Man and Masters of the Universe were a combination of many things, and Roger did have a huge part in making it happen. There were certain people at the company who didn't know what Roger did, or didn't appreciate his side of it. They all thought *they* did it. It was a process that developed. None of it would have happened if it wasn't for Roger, none of it would have happened if it wasn't for me pushing it along. There're loads of people who are responsible for having it happen.

As with the controversy over who invented Barbie years earlier, the debate over who really conceived He-Man and Masters continued ad infinitum.

Mattel claimed it conducted more than a dozen studies to get He-Man right.

■ ■ ■

Management's belief was that if a boy had one He-Man doll he would become a collector, just like what happened for girls with Barbie and her many accessories under Barad.

Beginning with the first He-Man and Masters of the Universe (MOTU) production run in 1982, a whole fantasy world had been developed—known as the magic Kingdom of Eternia. The $5-to-$8, 5½-inch polychloride He-Man, with his enormous Schwarzenegger-like muscles and bottle-blond hair, lived in the Roger Sweet–invented Castle

Exhibit A - Page 134

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518603

Grayskull (cost about $28.00), and was one of what would become dozens of characters, play sets, and accessories in the ensuing toy seasons. For almost $50, parents could purchase their little He-Man fan the Palace of Evil, known as Snake Mountain, with a built-in microphone that turned a boy's voice into a frightening "voice of evil."

In 1983, the He-Man line grossed $736 million for Mattel. After five consecutive quarterly losses, the company reaped a whopping 51 percent gain in sales, most of it due to Roger Sweet's He-Man and MOTU. That same year, Mattel president Ray Wagner, who blew the *Star Wars* acquisition, but green-lighted He-Man, became "disgruntled" with the situation there and left Mattel after a 10-year reign to become a toy consultant. One of his clients was Mattel's main competitor, Hasbro. Less than two years later, he died of a heart attack at the age of 53 while attending the toy fair in New York, where the latest MOTU products were getting a royal reception.

In 1984, Mattel was projecting sales of 55 million He-Man characters, which now included a scantily clad doll, He-Man's partner, Teela, who was billed as a goddess-warrior. In comparison, it took more than two decades for Mattel to sell 200 million of its stars, Barbie and Ken. There were now some two-dozen Masters characters—not to mention almost 200 spinoff products, ranging from He-Man pants equipped with a plastic sword to He-Man lunchboxes to He-Man underwear to He-Man electric toothbrushes from which He-Man's voice instructed kids to regularly brush.

Helping to push sales through the stratosphere was the number-one Nielsen-rated daily 30-minute syndicated TV children's show, naturally called *Masters of the Universe*, with a kid audience in the millions, which aired on some 160 stations in the United States, and in some four-dozen other countries and in languages such as Swahili, Arabic, and Zulu.

In January 1985, *Time* magazine noted that when He-Man, the hero of the afterschool program, shouted, "By the power of Grayskull, I have the power!" it had proved "puissant enough to capture the attention of more little boys than any other show in America." In order to bring girls into the TV audience, Mattel came up with a new action figure called She-Ra, billed as He-Man's twin sister, the "Princess of Power."

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518604

The Mattel-conceived and heavily promoted cartoon program, produced by Filmation in Los Angeles, had its debut in 1983, and immediately sparked controversy. Glenn Hastings, another Mattel president at the time, told the news weekly, "We were trying to fill a hole in the marketplace. We looked at boys ages three to six and found that, unlike girls, they [liked] good vs. evil."

Parents began expressing concern about the effect of He-Man and Masters on their children's psyches, and about violence in such programming. At the same time, Masters (and similar programs) were considered by parents and TV watchdog groups as tools to sell more toys and reap bigger profits for the likes of Mattel.

One such high-visibility nonprofit organization, Action for Children's Television, was especially critical. "These shows are not thought up by people trying to create characters or a story," the group's very vocal and high-profile president, Peggy Charren, observed. She told the *New York Times* that shows like *Masters of the Universe* were nothing more than "program-length advertisements . . . created to sell things. Accessories in the toy line must be part of the program."

Legislation had even been proposed in Congress requiring TV stations to offer five hours a week of educational programming for children, and two hours on weekends. Senator Frank Lautenberg, a New Jersey Democrat, who introduced the Children's Television Act of 1985, declared, "These shows are a violation of good taste and good judgment, and the worst thing is that there is no choice." The powerful National Association of Broadcasters, which represented almost 900 local TV stations and what was then just three networks, ABC, CBS, and NBC, opposed the legislation.

Filmation's president, Lou Scheimer, defended his *Masters of the Universe* program, noting, "We try not to have He-Man hurt any living creature, and the good guys always win." A senior vice president of marketing at Mattel, Paul Cleveland, also deflected criticism, declaring: "Having good guys and bad guys didn't start with He-Man. Little boys played that way 1,000 years ago."

■ ■ ■

Exhibit A - Page 136

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518605

From "He-Man" to Home Depot                127

By Christmas 1985, Mattel was predicting that its dozens of Masters characters and spinoffs would reap a whopping $450 million universally, a sharp 30 percent spike from 1984. Mattel bragged that if the brand were an actual corporation, it would be in the Fortune 500. Mattel, however, appeared blinded by its success, and to what was happening at its biggest competitor, Hasbro, then the number-one toy manufacturer in the United States. Hasbro had introduced a boys' toys line originally from Japan, called Transformers, which generated $100 million in revenue in 1984 and about $300 million in 1985. One of the many unique things kids did with Transformers was to convert a robot into a microscope.

Meanwhile, Mattel was utilizing new technology to spice up He-Man. This included characters that walked. Another was a dragon that spit water rather than fire. A Mattel executive, David Capper, another head of marketing for boys' toys, said strategies were in place to annually "freshen the products and keep the play patterns exciting."

One of the new Masters accessories was called Slime, a goopy product that came in cans, and that kids placed in another Masters product known as the Slime Pit. During the first six months of 1986, Mattel had given away thousands of cans of the green gooey stuff, which had first been marketed as a novelty product by Mattel in the late 1970s, selling some 10 million cans.

After the 1986 giveaway, however, the only way kids could get Slime was by having their parents buy two new Masters characters, or another Slime Pit. Mattel was again using the Gillette razor-and-razorblade theory of marketing that had been so successful with Barbie.

Parents were furious with Mattel's marketing strategy. The *Los Angeles Times*, in a story headlined, MARKETING TO CHILDREN RAISES BIG QUESTIONS, quoted a marketing professor at USC as calling Mattel's technique "manipulative. You only need a can of Slime, and you have to buy two figures to get it." Mattel, naturally, defended its practice, declaring the promotion wasn't onerous, and was put in place "to build momentum on Masters figures."

As the school year of 1985 was about to begin, Mattel had a big promotion to generate more interest in He-Man and Masters, and bring in more buyers. The toy giant announced in the September 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 137

MGA2 1518606

128                     T O Y   M O N S T E R

Sunday newspaper comic sections across the land a contest that was open to children under the age of 12. Mattel promised to offer the winner a $100,000 college scholarship and, best of all, the rules specifically promised: "The Winning Entry will be made into an actual Toy!!!" as part of the Masters of the Universe line. Mattel declared that its "Create-a-Character" contest was established to "foster imaginative play in children." A Mattel spokesman, Martin Kleinman, was quoted at the time in *Education Week*, a magazine for teachers, as saying the company expected half-a-million entries by October 10, 1985, the contest's closing date. He noted that the entries would be a "telling commentary" on "what's going on in the minds of American children."

In fact, there was a winner—of sorts. He was a cute blond eighth-grader—11-year-old Nathan Bitner, of Naperville, Illinois. His idea was called "Fearless Photog"—an action figure whose head was a futuristic camera that supposedly could take snapshots.

Mattel made the splashy, full-page announcement in another moneymaker and promotional item, the official *Masters of the Universe* magazine, which had a circulation of some 750,000. In the Spring 1986 issue, Mattel congratulated Bitner, whose photograph and that of his drawing of Fearless Photog appeared. In the magazine, Mattel noted that he "received over 40,000 votes from across the country, and beat out four tough competitors. Nathan was awarded a $100,000 scholarship. He also won a five-day trip to California where he will spend one day as honorary president of Mattel."

In a press release, Mattel reportedly stated that it would "produce Fearless Photog as part of the Masters toy line." But there was no mention as to when.

Interestingly enough, the product never was produced. This ignited a huge controversy and a swarm of conspiracy theories among the He-Man cognoscenti, who appeared angered with Mattel for misleading them. It was assumed that they wanted Fearless Photog for their MOTU collections.

As time passed, He-Man and Masters fans inundated related websites, criticizing Mattel for its failure to bring out the figure. Even in the new millennium, He-Man bloggers on such sites as X-Entertainment raised questions about Mattel, Fearless Photog, and Bitner himself.

Exhibit A - Page 138

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MGA2 1518607

As late as the early-to-mid-2000s, the controversy over Fearless Photog and Mattel continued to rage online. Finally, Nathan Bitner surfaced. He had been in the videogame business, but also had had a sad life reportedly rife with personal and financial problems, as reported on message boards such as Big Brother Strikes Back on the Force.Net, and Ron Schuler's Parlour Tricks blog. Bitner was last known to have been serving as a medic in the Army in Iraq.

On Big Brother, the writer noted that "Bitner's plight had become the stuff of legend in the action figure world. . . . Obviously, Mattel bought off Nathan Bitner with the promise of education, but depriving the world of the Fearless Photog. . . . you've got to wonder if his life would have turned out differently if his dreams of the Fearless Photog would have come to life."

■ ■ ■

Meanwhile, MOTU appeared to be reaching its zenith. By early summer 1986, Mattel boasted that He-Man, in one form or another, was in almost 70 percent of American homes with boys in the 4-to-10 age group.

But by the Spring of 1987, there was a major downturn. Mattel was now being described in the media as "embattled," "beleaguered," and "lackluster" after reporting a whopping $127.3 million drop in domestic sales, which was mostly blamed on the decline and fall of He-Man and the rest of the brand. It was a mindboggling turnaround from the heights. During its amazing run, He-Man and MOTU had sold more than $1 billion worth of product, and 1985 even eclipsed Barbie in sales, but now the entire line had taken a dive into the Slime Pit.

When He-Man took off, says Roger Sweet, "I was treated very well at Mattel, and was treated very well through 1986 when the line was doing great; and then in 1987, when it collapsed, I collapsed, so to speak."

There were a number of reasons for He-Man's sudden and unexpected death. One of them was that Mattel, as was the case with Hot Wheels back in the 1970s, had been too confident and too aggressive and too greedy in pushing the product to retailers to increase profits and

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518608

130                    TOY MONSTER

impress Wall Street. "It was *way* oversold, and in 1987 it collapsed and sold just $7 million," says Sweet. "There was just too much product put in the stores for the amount of demand for it. It swamped the shelves." The other major reason for He-man's burial was competition from the likes of Hasbro's Transformers, and another action figure series called Teenage Mutant Ninja Turtles (TMNT) produced by a company called Playmate Toys. TMNT was a toy that originated with a hugely successful comic book, followed by an animated TV series, a movie, and more.

Mattel made a last-ditch, albeit curious, effort to save MOTU. It hired actors to play the roles of some of the brand's characters, and sent the show—"The Masters of the Universe Power Tour"—replete with acrobats, a roller derby, and simulated explosions, across the country. MATTEL TRIES TO STAGE A REVIVAL: FLOUNDERING HE-MAN BROUGHT TO LIFE AND TOLD TO HIT THE ROAD, trumpeted a headline in the *Los Angeles Times* in March 1987.

The 90-minute extravaganza featured as He-Man a hulking, blond-and-bronzed member of the Teamster's Union, 33-year-old Jack Wadsworth, who sported a 49-inch chest, 20-inch arms, and 28-inch thighs. She-Ra, He-Man's twin sister character, was portrayed by Wadsworth's wife, 28-year-old Leslie. They'd met on the Universal Studios tour when he was playing Conan the Barbarian, and she Red Sonja. The MOTU tour was a success—it sold out in most cities, and was blasted by parents and children's groups as a "program-length commercial"—but the patient died.

With Masters and He-Man now a flop, Roger Sweet's star fell. Because he was such a competent designer, though, Mattel held onto him for a little while. He was transferred into the Barbie accessories area under the talented Diana Troup, who had been promoted to executive vice president by her friend, Jill Barad. There, Sweet designed a number of innovative items, the most elaborate of which was Barbie's $350 electrified colonial-style Magic Mansion, which was part of the Barbie Collectible line. "Barbie had always had collectibles," notes Sweet, "but Jill had pushed it like crazy and just segmented the line like crazy and expanded it."

In April 1991, Sweet got his final walking papers, and he "suspects" that Barad was behind his dismissal "even though I was coming up

Exhibit A - Page 140

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518609

with excellent product. They had me stop working at Mattel, and I worked with a Human Resources guy in severance negotiations. I had to come in when they called me. They just wanted me out."

Without a job, Sweet assumed that with his background and the name he had earned for He-Man he'd be snapped up by another toy company. But no one would have him.

If you ask Sweet, the "impression" he got was that he had been "blacklisted." "I tried to get a job at several other toy companies and couldn't—and I had one of the best track records in the history of the toy industry," he says.

> But there were a few key people talking heavily against me. There were people at Mattel who, as a result of my coming up with the He-Man line, had their fortunes turn very bad at Mattel. It had to be frustrating for a lot of people and there was a lot of resentment. When somebody comes up with something that's *way* better than what other people are doing— other people resent it. When people are on top, people want to knock them down.

> I sometimes think that if I would never have come up with He-Man and Masters I probably could have worked at Mattel until I retired. In relation to Mattel and the industry in general I was never given the credit for originating and naming He-Man, and originating the general concept of the Masters line.

Sweet was able to snag some freelance work after he left Mattel, but not enough to pay the bills. He hit his low point when he was forced to take an hourly job at Home Depot in hardware sales, in the Seattle area, wearing the eponymous orange-and-white apron and a hardhat and driving a forklift. With a sense of irony, the man who helped make more than $1 billion for Mattel says, "I got terrific at driving a forklift. It pleased me no end to be able to maneuver a piece of equipment weighing several thousand pounds in and out of tight spots in a heroic way."

Like others who had worked for Mattel, he was struck with cancer. During chemotherapy, he had "enough radiation in one dose to kill a

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518610

132          T O Y   M O N S T E R

person," he says. "For three days in that hospital room nobody could come in because I was radioactive."

Unlike He-Man, Roger Sweet was a survivor.

■ ■ ■

The fall of He-Man was a major financial calamity for Mattel. In 1986, the company lost $1 million. A year earlier, North American operating profits fell to $6.2 million from $96.7 million. Calling the company "struggling, heavy and bloated," chairman and chief executive John Amerman essentially cleaned house, slashed costs, laid off 500 at the company's headquarters, closed Mattel factories in the United States, the Philippines, Canada, and Taiwan, and went back to the company's core brands, such as Barbie, whose sales were still skyrocketing as a result of Barad's marketing skills.

When Hasbro introduced a new doll called Jem to compete against Barbie, Barad fought back.

"Jem was a very tarty, trailer park, trashy rock-chick doll, and I mean *trashy*," says Lynn Rosenblum, a former marketing director at Mattel from 1987 to 1995, who helped push the Barbie collector and special editions line of dolls, such as Mermaid Barbie and Rockettes Barbie. "Jill just made Barbie a rocker, called it Barbie and the Rockers with capes and songs, and just totally wiped out Jem." Of Mattel's revenues, Barbie's wholesale sales amounted to some 40 percent, with the remainder coming from other toys. Analysts kept a wary eye on the company. "Mattel has a remarkable propensity to get people excited and a remarkable propensity to disappoint," observed one.

Roger Sweet's boss on the He-Man project, Derek Gable, a 16-year Mattel veteran, and his supervisor, Denis Bosley, also were dismissed when the Preliminary Design group, where great toy ideas had been developed ever since it was established by Jack Ryan, was dissolved.

"They got rid of all the preliminary design management—and I was having my best year ever," says Gable. "I couldn't believe what they were doing, and they were trying to come up with all these reasons for letting us go, and they kept changing the reasons because they were trying to cover their ass because they didn't want to be sued.

Exhibit A - Page 142

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     MGA2 1518611

From "He-Man" to Home Depot          133

Eventually, we all went. I could see the writing on the wall," he says on the eve of Barbie's 50th anniversary. "Mattel had become very political—people were sucking up to people; it became more about ass-covering, and being seen with the right people. It all became decision making, not for the best interests of the company, but just for people's careers."

He firmly believed that the new corporate culture at Mattel, as he saw it, was "absolutely" primed for the continued rise of Jill Barad.

Exhibit A - Page 143

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518612

Exhibit A - Page 144

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518613

# Chapter 11

# A Fearsome and Firing Diva and the Great Whistleblower Debacle

In 1992, Jill Barad approached John Amerman with a demand. She was aware that sometime in the not-too-distant future he intended to retire as chairman and chief executive, and she wanted to be assured—in no uncertain terms—that she would ascend to the vaunted top spot in the company with his approval.

While he intended to be around for a while more—it turned out to be another five years—he demonstrated his confidence in her by promoting her to president and chief operating officer. Tougher and more in-charge than ever, she negotiated a contract that doubled her compensation to $2 million annually with incentives. Better still, she was guaranteed a full five years' compensation if she didn't get Amerman's post when he stepped down.

135

Exhibit A - Page 145

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MGA2 1518614

136                    T O Y   M O N S T E R

In her new position of power, Barad's management style was both peculiar and fearsome. In order to catch her eye and get on her good side—and sometimes even get promotions—one had to look marvelous, but still not be more marvelous-looking than she in terms of dress, makeup, and overall style. Executives under her, women and men alike, joked that she had the same philosophy of success as the Fernando Lamas character played by Billy Crystal on *Saturday Night Live*, whose comical catchphrase was, "You look *mah-velous* dahling. . . . It's better to look good than feel good!"

Barad believed that if you looked marvelous, you'd perform in your job marvelously—and those were the kind of executives with whom she wanted to be surrounded—attractive and glamorous-looking people—real-life Barbies in Escada and Kens in Armani. "Everybody had to dress up, had to look glamorous," maintains Diana Troup.

Margo Moschel, also an elegant dresser who caught Barad's approving eye, notes,

> Jill believed you are what you wear, and no way would she ever even have a conversation with someone within Mattel, within the Barbie brand, if they didn't look good. Her comment would be, "Well, what does she know? Look at what she wears. Look what she looks like." She judged people pretty harshly as far as their appearance was concerned.

> There were women in the company who didn't even get considered for any higher-up positions like becoming a director or a vice president. They didn't stand a chance until someone took them aside and said, "You've got one thing that you're missing because you've got the intelligence you just need to know how to bring your look up and polish it and make yourself look like a VP who would be working for Jill Barad." The minute the person did it, they got promoted.

At the same time, Barad was idolized by many within Mattel despite her curious management style and her rigid likes and dislikes. Diana Troup maintains,

> People really wanted Jill's love because when she showed you her appreciation and told you, "Oh, my God, that idea's fantastic"—it just felt so good coming from someone who

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 146

MGA2 1518615

was so smart, so very strong, and knew this was a business and that we had to have all the right people in there. Jill was *the* star. I don't want to say she had a personality cult. I don't want to use the word *cult* because that sounds so evil. But her personality was *so* powerful that people quaked in their boots when she walked around—quaked in both fear and adoration.

Troup often traveled with Barad to Europe and the Far East on Mattel business, and everywhere they went there was, in fact, a feeling of a cult following. She was idolized and adored. Other people in the toy business responded to her as if she was a rock star.

"I was in Japan with her and she was sitting next to me and one of these little Japanese ladies in the toy business in marketing who wanted to meet her came in and was actually trembling and crying in her presence," Troup recalls. "Jill's reputation was international. She was really, really something—very ambitious, and driven. I hate to think of her as that because it was more than driven and ambitious. She really *loved* her work, and she liked *all* the glory."

■ ■ ■

There was also the *fear factor*.

"People who worked with Jill were afraid of her—afraid of disagreeing with her, afraid to say no to her," asserts Nancy Zwiers, who headed worldwide Barbie marketing through most of the 1990s, when Barad rose from president of girls' toys, to COO, to chief executive and chairwoman.

As gutsy as Barad and considered more knowledgeable about the toy business, Zwiers did something no one else under Barad ventured to do—she often disagreed with her on decisions affecting Mattel. "People tried to second guess Jill," Zwiers observes.

But I figured out what I thought was right and so I had Jill's respect. One part of her didn't like people to disagree with her, but the other part of her respected the person who was an independent enough thinker to have a point of view and to be a forceful advocate for that point of view. And so my relationship with Jill was unusual in the company. People used to marvel at how I would go toe-to-toe with her for what I believed.

Exhibit A - Page 147

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518616

138          T O Y   M O N S T E R

Ultimately, Zwiers decided to leave Mattel after nine years because there were things that she thought needed to happen regarding the direction to take Barbie, and couldn't get Barad to agree with them.

"There came a shift when I felt like I knew the business better than Jill, and I knew what was best for the business better than Jill—not because I was better than her, but I was just closer to it," Zwiers maintains. "Jill was very intuitive—and that was a huge strength of hers, and so she had a tendency to say, 'Don't confuse me with the facts. I know what I believe.' She was so set on trusting her intuition that she refused to pay attention to facts that were contrary to that intuition, and that ultimately led to her downfall."

The fear factor under Barad manifested itself in increased competitiveness, in pitting people against one another, in placing blame on others for her own mistakes, and what was perceived as pure mean-spiritedness that went above and beyond her being a tough and demanding boss who expected perfection.

A female senior vice president of the Barbie brand in the 1990s, is said to have suffered constant verbal abuse from Barad. "Jill would reduce her to tears," according to a former Mattel president who was an eyewitness. "They would have a meeting and Jill would be so abusive that the executive would just break into tears. She ran the brand and was very effective at what she did but ultimately got pushed out."

According to a former executive vice president, the executive, who left Mattel on her own, and went on to work for the Disney organization, became one of Barad's scapegoats. Says the former executive, "In order for Jill to deflect any blame from herself, she chose someone to put the blame on. Jill was very convincing, and everyone would go along with her—the board of directors, whomever. There was no one who was going to come up against her—long before she became chairman."

If Barad despised a Barbie design being shown to her—or if she was just determined to "get" the person making the presentation— she'd humiliate him or her in front of others.

Margo Moschel recalls getting both Barad's praise and criticism. "When I was a star, I could do no wrong with Jill," Moschel states.

We'd be in a meeting with standing room only, with all the top executives, and somebody would be making a presentation, and I'd be sitting in the back, and Jill's in the front row. She'd have

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 148

MGA2 1518617

The Great Whistleblower Debacle                    139

this disdainful look on her face about the presentation, and she did *not* hide her disdain. Out of the corner of her eye, she noticed where I was sitting, turned around, gave a little flick of her hair, and said, "Well, let's ask Margo. She's the *only* one with any taste in this room," which was her way of putting *everyone else* down. "Margo, tell us what we should do with this. I hate it! But I don't know why I hate it."

It made me feel good and it didn't because I thought, "Oh, shit, she's doing it now—she's doing it to me. She's pitting people against people, and those other folks in the room are going to end up hating me." I was on the winning side of the comments but I would *cringe*. But then she used the very same tactic when she wanted me out of there. I knew, one day I was her super-star, but tomorrow I could be chopped liver. If she wanted to get rid of somebody she'd pick at little things. She had the abil-ity to take the least significant thing and make it look like a crime—like you had committed a crime.

As an executive, Barad had developed a take-no-prisoners repu-tation for terminating executives on a whim. For honchos under her at Mattel it was like taking a dip in the waters off Amity Beach, with Barad playing the Great White. Her firings were analyzed by survivors and victims alike during her reign and it was determined that as soon as she assumed a new level of power she terminated the people beneath her whom she perceived to be competitors.

"It was basically an attempt on Jill's part to eliminate any form of competition," observes a veteran Mattel executive who was a victim.

Her habit of firing capriciously would eventually become well known in the business world and the media that covered it. For instance, the *Ivey Business Journal*, in an article undiplomatically entitled, "The Seven Habits of Spectacularly Unsuccessful Executives," reported that Barad "removed her senior lieutenants if she thought they harbored reservations about the way she was running things. . . . At Mattel, along with firing senior lieutenants on a moment's notice, Jill Barad during her reign as chairman and CEO drove six [executives] to resign for 'personal reasons.' "

■ ■ ■

Exhibit A - Page 149

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518618

Before Jim DeRose accepted the position of president of Mattel USA in the Spring of 1994, he had one final candid and soul-searching conversation with president and COO Barad.

The Mattel job was a fantastic opportunity for the 44-year-old DeRose, he believed at the time. Mattel was an iconic company and the job would give him enormous visibility in corporate America, with substantial opportunity for advancement. When and if Barad ascended to the top job, DeRose figured he'd be in line to succeed her as COO. As president of Mattel's domestic division, he would be responsible for all North American operations in addition to having global responsibility for the development and licensing of Barbie, Hot Wheels, and the soon-to-be acquired Cabbage Patch Kids.

DeRose had a reputation for cleaning up corporate messes, and Mattel at the time was experiencing some supply-and-demand problems with major retailers, so DeRose's positive relationship with the retail sector was a big plus. Barad's expectation, DeRose understood from her, was that he would hit the ground running and put Mattel's domestic house in order.

But the move to Mattel would also involve major professional and personal lifestyle changes. The highly esteemed DeRose had an excellent track record in his current position as president of the Hanes Division of the Sara Lee Corporation, and his family, including children just starting high school, had a comfortable life in Winston-Salem, North Carolina. But he concluded it was the right time to make a major career move, and go west to Mattel.

Of greater concern to DeRose, however, was Mattel's corporate culture. A self-described pragmatic businessman, he had done his due diligence, and what he had learned troubled him.

Before making his final decision to come aboard, DeRose met with Barad at the Westwood Marquis Hotel and Gardens, in Los Angeles. For some three hours he candidly gave her his opinions of Mattel, and what he perceived to be some of the problems that existed. He described his management style, his skill sets, even areas he wasn't good at, and offered his pledge that he would always be truthful and honest with her. He felt that by laying his cards on the table he'd avoid the untenable situation encountered by other Mattel executives who'd been eaten alive and spit out.

Exhibit A - Page 150

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518619

The Great Whistleblower Debacle                141

At the end of the meeting, Barad stood up on her stilettos, gave DeRose a warm hug—he already knew she had a reputation for being touchy-feely and flirtatious around powerful men—and exclaimed, "Oh, Jim, you are wonderful! You're exactly what I have been looking for to come to this company. We are going to march to the boardroom together."

DeRose felt good about Barad's seemingly enthusiastic support. He flew back to North Carolina, gave Sara Lee four weeks' notice, moved his brood to California, and was on board as president by May 1994, in time for a worldwide executive meeting for which Barad demanded his presence.

"Initially, I thought I was in heaven," he later told a confidant, who has requested to remain anonymous, but provided the author with DeRose's experience at Mattel.

Soon, though, DeRose discovered worrisome "stress signs" within Mattel. In order to keep Wall Street happy and make the projections the company had been promising, Mattel had asked major retailers in the quarter previous to DeRose's arrival to buy additional product—millions of dollars' worth—with a promise from Mattel that the retailers would later get special discounts and special programs to assist them in moving the extra inventory.

Mattel's salespeople expressed serious concerns about the practice of "inventory loading" to DeRose. They viewed it as a "time bomb" because they felt retailers like Toys 'R' Us could never unload the glut of goods. Their concerns appeared valid, because DeRose soon discovered that Mattel customers were still jammed with excessive inventory and he felt that forecasts put forth by the company were not achievable.

He told the confidant, "I began to ring the alarm bell to Jill. I suggested that it was early enough in the year that actions could be taken to protect the profitability by basically pulling in the reigns, such as reducing advertising for the year. I was saying that we had severe problems that needed to be addressed." In a memo to Barad, he stated that the company was short some $40 million to meet its projections for the year, and that Mattel should "determine collectively how to address the profit fallout."

As DeRose looked further into the matter, it became "very apparent" that Barad "was a major factor in the inventory loading effort, that

CONFIDENTIAL - ATTORNEYS' EYES ONLY                MGA2 1518620

142                    T O Y   M O N S T E R

ultimately all decisions were being made by Jill," he told the confidant. "It was all driven by a desire to make the numbers. Your stock rises and falls based on your ability to deliver your numbers. In any organization there is the old saying that as long as you are making your numbers, everything is fine, and Jill was making her numbers."

And with good numbers, Barad would receive bigger bonuses.

■ ■ ■

Like DeRose, another Mattel executive, Michelle Greenwald, a senior vice president for marketing who supervised its business with the Walt Disney Company, had similar concerns about what was going on.

Greenwald was subsequently fired in July 1995, and in October of that year accused Mattel in what the *Wall Street Journal* described as "a little-noticed whistle-blower lawsuit" of inflating its earnings with various gimmicks and questionable accounting practices.

Once the lawsuit became public, all hell broke loose for Mattel.

The *New York Times*, in a June 1997 story entitled "Truth or Consequences Hardly," which was about the decline and fall of corporate ethics at the time, noted that Greenwald's lawsuit "paints a disturbing picture of Mattel's corporate environment."

According to the article, Greenwald had alleged that there was constant pressure to keep earnings on an upward spiral—something DeRose had also noted—and that Barad and chairman and CEO Amerman received compensation that was linked closely to how well the company performed under an incentive plan, which, according to Greenwald's suit, permitted top executives "to reap perhaps $100 million in payments, substantially from" certain allegedly questionable accounting procedures. The suit further charged that Barad and Amerman had disguised the actual cost of doing business and misled the public. In addition, Greenwald claimed that a "crisis" mentality existed within the company.

Mattel adamantly denied her allegations, believing the case was absolutely without merit. One Mattel director told the *Times* that "Ms. Greenwald's lawsuit against the company was 'just another nuisance suit.'" And a second director "called the lawsuit 'totally fraudulent.'"

The company then began an independent investigation.

But questions were raised about how independent that probe actually was, when it was revealed in a *New York Times* story, titled

Exhibit A - Page 152

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518621

The Great Whistleblower Debacle                    143

"Independent Investigation of Mattel Data Is Questioned," that the head of Mattel's inquiry, a former Securities and Exchange Commission enforcement official, had passed on to Amerman a confidential letter he had received from Greenwald's attorney outlining areas that should be probed. Mattel claimed the letter's forwarding "was entirely appropriate" because it was part of the ongoing probe.

Mattel also declared it intended to sue Greenwald.

"In light of this repeated slander of our company, we will now take action by exercising every available legal remedy to defend Mattel from these unwarranted and baseless public attacks and to recover damages from Ms. Greenwald and her counsel for the harm they have done to the company and our shareholders," Mattel's spokesman, Glenn Bozarth, told the *Los Angeles Times*.

In the wake of the controversy sparked by Greenwald's allegations, Mattel announced a rare flat quarter, which sent shares plummeting by more than 10 percent.

Greenwald's lawyer responded to Mattel's threat by declaring, "If they bring any legal action, based on what I presently know, it would be unwarranted and unfounded, and I would defend myself to the fullest extent of the law, and Ms. Greenwald as well."

■ ■ ■

It seemed the past was repeating itself at Mattel.

Back in the 1970s, Ruth Handler's efforts to keep Wall Street happy was one of the reasons for her downfall. It appeared that similar shenanigans were happening once again, raising concerns that Mattel's corporate culture had not really changed, according to analysts at the time. But whatever scandal Greenwald's lawsuit had sparked would have no effect on Barad's rise to the top of the world's biggest toy company.

Handler and Barad, the two highest-ranking women ever to run Mattel, first met at a meeting of a charitable group called "Women of Distinction," where Barad told the gathering, "I have my job only because such a woman as Ruth Handler existed before me and created the company I now work in." Handler, who felt the contemporary Barbie doll resembled the glitzy and glamorous Barad, was "touched" by Barad's remarks, and later noted that Mattel had made "an excellent choice" in promoting her to the most powerful positions in the company.

Exhibit A - Page 153

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518622

144           T O Y   M O N S T E R

■ ■ ■

It wasn't long into Jim DeRose's tenure before he realized that his style of management and Barad's were miles apart. His was sleeves-rolled-up, down-in-the-trenches, collaborative; Barad's was summoning people up to her ivory tower office where she held court—the ultimate Barbie Executive Princess doll. Because of DeRose's down-to-earth management style, he quickly became popular among the troops and other executives, while Barad was often the subject of snarky gossip. As a result, she was becoming increasingly wary of him as competition.

She was the epitome of the corporate politician. Not only was she worried about competition from DeRose, she even appeared to distrust chairman Amerman, her biggest backer within the company. This was underscored when she gave Jim DeRose strict instructions never to talk to Amerman and, if by chance he had any conversations with the chairman, DeRose was to immediately contact her and let her know in detail what was said.

To Barad's apparent annoyance, both DeRose and Amerman were early risers who got into headquarters before seven o'clock, and it was not uncommon for Amerman to grab a cup of coffee and pop down to DeRose's office, put his feet up, and say, "Hey, what's going on?" To DeRose, this meant Amerman was fishing for company intelligence that Barad might have been withholding.

It was then incumbent on DeRose, entangled in Barad's conspiracy, to track her down wherever she might be in the world—Europe, Asia, or at her hairdresser—and tell her that he had just had a conversation with Amerman, and give her a verbatim account.

As DeRose later told the confidant, "Jill obviously didn't want to be blindsided by her boss. She needed to know everything he said or asked about."

Regardless, DeRose tried to skirt the politics and do his job, which wasn't easy with all of the intrigue and backstabbing that permeated Mattel's executive suites. Among his successes during his watch was securing the Cabbage Patch Kids line—and keeping it true to the original rather than allowing it to become, as he once observed, "another typical Mattel plastic play piece."

Exhibit A - Page 154

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MGA2 1518623

At Sara Lee, DeRose had found the management style collaborative and cooperative, and if there was an issue it was put on the table and dealt with. Mattel, in his view, was the exact opposite—issues were swept *under* the table, and few if any wanted to confront problems that existed. While he saw negatives he felt he could fix, he was faced with a "tremendous amount of resistance to change," and was frequently told that "things are just fine, you don't need to make changes."

Shortly thereafter, DeRose saw that his relationship with Barad was quickly fraying. She had begun distancing herself from him, and when they were together he sensed a degree of irritation on her part. The only time that they met socially after his hiring was at a bar mitzvah for another Mattel executive's son. Still, he was hearing that Barad was "delighted" with what he was doing.

But DeRose came to the realization that his number was probably up six months into his tenure. In November 1994, in preparation for a board meeting, he had submitted a report to Barad with his projections for the year—numbers in his view that were actually achievable. A few days later, one of Barad's finance and planning people returned DeRose's report, telling him Barad found it "unacceptable," and gave him different figures that "Jill wants you to present to the board of directors." When DeRose argued that her numbers were unrealistic, the Barad associate shot back: "When you are the COO of this company, you can present any numbers you want. Until then, you will present the numbers that Jill tells you to present."

Through the Thanksgiving 1994 holiday, DeRose prepared a restructuring plan for Mattel and presented it to Barad, who quickly rejected it. She also turned down a subsequent plan.

One of the clues that an executive was about to be given the axe by Barad during her reign was when Joseph McKay, Mattel's senior vice president of human relations, was waiting in the employee's office with his or her personnel file in hand.

That was how Jim DeRose was greeted at eight o'clock in the morning on a Friday, two weeks before Christmas 1994—a day after Barad rejected his second restructuring plan, and just seven months after he had joined the company, an apparent record for a high-ranking Mattel executive to be axed by Barad.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518624

146                    T O Y   M O N S T E R

"Jill wants you out right now," McKay told DeRose. "She's just not happy with you here."

When DeRose pointed out that he had moved his family across country, that he had worked hard for the last half-year, that he had made progress and pushed the company in the right direction, that he had kids in school and a mortgage to pay, McKay's only response was, "Sorry, Jim, but Jill's just not happy with you. It's just not working for her."

DeRose pleaded with McKay to speak to Barad and/or Amerman, but was told neither would see him, that they were terminating him on the spot without giving him the courtesy of a meeting.

McKay put a document on DeRose's desk that Barad wanted him to sign. DeRose refused and was escorted out of the building. After much soul-searching, and with the severance part of his contract being honored by Mattel, he decided not to sue for wrongful termination because he feared he'd be treated as a pariah in corporate America and never get another executive job. In fact, he became quite successful.

"Following that ugly period in my life at Mattel," he later said, "I turned the page and moved on."

Meanwhile, DeRose's nemesis, Jill Barad, was getting closer to her coronation as boss of bosses.

Exhibit A - Page 156

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518625

# Chapter 12

# The Princess Diana Fiasco, Praying for Success, and Demi Plays Barad

On August 22, 1996, 45-year-old Jill Barad, decked out in shocking Barbie pink—her suit, her shoes, and her lipstick—finally reached the pinnacle she had been striving for since that first day she walked into Mattel headquarters and began moving up the corporate ladder, beginning as a lowly $38,000-a-year product manager.

Mattel had finally announced that, effective January 1, 1997, Barad would succeed her mentor, John Amerman, as chief executive and later that year take over the chairmanship. With her promotion, she became one of America's most powerful women executives, one of only two women at the time running a company in the *Fortune* 500.

147

Exhibit A - Page 157

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MGA2 1518626

148                          T O Y   M O N S T E R

When she was solely running the Barbie brand, she had come up with a slogan for the doll, which was, "We Girls Can Do Anything." Now, with her promotion, Barad had proved it.

Soon after, she began putting her stamp on Mattel from the top—beginning with acquisitions. The first on her watch, in March 1997, was Tyco Toys Inc., makers of Matchbox and radio-controlled cars. The purchase, though, came at a time when Tyco wasn't considered a major coup because its sales were sliding, and Mattel's purchase price of $881 million was considered steep—more than Tyco's sales a year earlier. As a result, Mattel was forced to record a $275 million pretax charge against operations.

As time would tell, acquisitions were not Barad's forte.

She also began putting her stamp on Mattel's corporate culture, initiating flexible working hours. Fridays became half-days, and employees were permitted to choose to take off four Fridays a year. Those workers who volunteered at a local school were given two days off every year, and employees at El Segundo headquarters received two weeks off at the end of the year following the Christmas toy-buying season. She and other executives used a makeshift stage in the Mattel cafeteria to make announcements, such as when they dressed in casual clothing, including bathrobes and leather jackets, to proclaim that every workday, not just Friday, would be casual dress. But she herself continued to be a fashion plate, and was considered among the cadre "casually challenged." She participated in skits for employees—she still loved acting—and her memorable Mattel roles in the months after her promotion included those of a *Star Trek* character and a beatnik.

"The best people are attracted to places that not only fulfill them on an intellectual level, but also take into consideration life-style issues," she declared.

She gave special consideration to gays in the company, and there were many. When one executive learned he had AIDS and thought he should leave Mattel, Barad kept him on board. With Barad's support, he started the Children Affected by AIDS Foundation, and Barad threw her support behind the organization's annual "Dream Halloween" fundraising event. It was also said that when she learned an employee had undergone a male-to-female sex-change operation, Barad had authorized a special restroom for her use. She also didn't

Exhibit A - Page 158

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518627

mind when a group of employees, including a top female executive—all born-again Christians—held hands and prayed joyously for a new product's success.

Despite all the joy and glad tidings, Barad continued to hire and fire on a whim, and instructed executives under her "to be ruthless" when it came to cutting expenses.

■ ■ ■

One of the many starred items on Barad's to-do list involved two dolls that she had been dreaming about producing—collectibles of Diana, Princess of Wales, and Miss Elizabeth Taylor. As one Mattel executive involved in both projects observes, "Jill was practically obsessed with having those two icons, Di and Liz, become Mattel dolls. Jill felt it would give her and the company enormous prestige, because neither had ever given their authorization for an exclusive doll in their likeness."

For at least two years prior to 1997, Barad and her top marketing people had pushed unsuccessfully to get authorization from Diana herself, the beloved and controversial international icon, to grant Mattel permission to produce a beautiful doll in the Princess's image for the Barbie collector market. According to a knowledgeable source, "Diana had categorically refused to be associated with Barbie, or commercially exploited as a doll."

It was only when Diana tragically died in Paris on August 31, 1997, in a car accident with her lover, Dodi Al-Fayed, that Mattel considered producing an unauthorized Diana doll. However, there was swift competition when the Franklin Mint, known for hawking collectibles ranging from commemorative coins to celebrity tchotchkes, beat Mattel to the punch by rushing two unlicensed Diana dolls to the market—one made of porcelain that sold swiftly for $245—along with a Princess Diana Tribute Plate, among other Diana items.

The Diana, Princess of Wales Memorial Fund charity, in Great Britain, unsuccessfully sued the Franklin Mint, owned by a wealthy Beverly Hills couple, Stewart and Lynda Resnick. The lawsuit charged the company with exploiting the Princess's name, "like vultures feeding on the dead."

Exhibit A - Page 159

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518628

150            T O Y   M O N S T E R

Seeking to avoid such legal entanglements, Barad and her lieutenants began waging a major campaign to get permission from the Memorial Fund—and the late Princess's older sister, Lady Elizabeth Sarah Lavinia McCorquodale—for Mattel to produce a beautiful doll that had the Fund's approval. Mattel executives viewed the Franklin Mint's product with what was described as "annoyance and derision"—so much so that when a Mattel executive bought one to scrutinize, she was turned down for expense reimbursement by her boss because the doll was "considered too ugly to keep." She was instructed to return it and get a refund.

In late March 1997, some five months before Di died, an illustrator of doll fashions from Great Britain, Anne Zielinski-Old, had applied for a job at Mattel. Zielinski-Old had come with an interesting resume. Besides doll fashions, she had done packaging illustration work for prestigious English firms such as the famed London department store Harrods, owned by Dodi Al-Fayed's father; the food purveyor Fortnum & Mason; and Garrads, the Crown Jewellers, all of which were businesses that carried the prestigious stamp of "Royal Appointment" from Buckingham Palace.

Zielinksi-Old had an enthusiastic meeting at Mattel headquarters with a few executives in the Barbie Collectible division—including Ruby Knauss, vice president of the division, and Ann Driskill, the division's director. Everyone there liked her portfolio. Because there was a hiring freeze at the time, she was given some freelance design work for Fashion Avenue Barbie. She left to return to England with high hopes that she'd eventually get a job offer from Mattel, move permanently to California, and become part of the prestigious Barbie design team. Flying home, she figured there was interest in her because, "Jill Barad wanted to English-up the products in that it was the era of Princess Diana."

At least, that's what she thought at the time.

Curiously, the full-time staff job offer didn't materialize until September 7, 1997, just a week after the Mercedes-Benz carrying Princess Diana and Al-Fayed slammed into an abutment in Paris's Pont de l'Alma road tunnel as they were being chased from Al-Fayed's father's Ritz Hotel by a pack of paparazzi.

Ruby Knauss, a sprightly Texan, then the head of Mattel's collectibles division, called Zielinksi-Old at her home in the village

Exhibit A - Page 160

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518629

of Ditchling, some 50 miles from London, and gave her the good news that she was being hired as a "staff designer" at an annual salary of $70,018, plus a $10,000 signing bonus and full company benefits. Mattel would pay for business-class airfare for her and her husband and their daughter, and all other relocation expenses. Mattel employment papers were faxed to the country store in the village for the grateful new hire to sign. Knauss wanted Zielinksi-Old to start work as soon as possible, but first she was assigned to attend as Mattel's representative the runway shows in London, Milan, and Paris—and to make contact with the people from Gucci regarding licensing deals.

She finally arrived at Mattel's Design Center on November 3, 1997, to begin her new career, with the understanding that it would involve designing Barbie dolls, and with at least a year to learn the complexities of the Barbie line. Two days later, after she asked what her beginning duties would be, she was hit with a shocker. She was told, "We've chosen you to do Princess Diana."

Instead of Barbie, she was assigned to Jill Barad's priority project, which had never been discussed with Zielinksi-Old.

Years later she says in an interview with the author, "They had actually hired me to do *that* doll. My being there was the manifestation of Jill Barad's greed. She wanted to do the Princess Diana doll and they thought, 'Here's somebody who actually works for these people who have the royal warrants—let's get her in, let's get the approval on the doll.' Apparently they thought I had royal pedigree myself."

In fact, Anne Zielinksi-Old, with her very proper British accent, and very proper British education, had been born in the New York City borough of Queens, and was an American whose mother was British—all of which she found "quite amusing" when it was discovered at Mattel.

Nevertheless, she quickly found herself working with a Mattel sculptor "actually designing Diana's face, and keeping it within looking like a Barbie product." She also picked up negative vibes from those involved in speedily pulling together the likeness of the dead Princess.

"From the time I was given the Di project," she says years later,

I was made aware of the general sour feeling in the Design Center about creating this doll. It had everything to do with

Exhibit A - Page 161

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518630

152                         T O Y   M O N S T E R

accelerating the project when the princess had died suddenly, and essentially exploiting her death for profit after she had said she did not want to be a Barbie doll.

Ruby Knauss acknowledges years later that "sure, there were people in my group" who were against the project for reasons of taste. "But it seemed logical making a Di doll because Princess Diana was beautiful and charismatic."

Knauss recalls that Barad kept a close watch on the doll's progress.

A lot of time had been spent on designing the dress and making sure Jill liked it, and if she had changes, they had to be done. Jill had the last say. If she wanted the sash turned a different way, we did it. If the hair needed to be coiffed differently in Jill's eyes, we did it. Jill might have been obsessed, but that's pushing it. A person of that status to have a doll by Mattel would have been a coup. It would have meant we did it. We all wanted it to happen, and Jill had a great desire to see it happen.

■ ■ ■

Zielinksi-Old had a number of meetings about the design with Barad and chief operating officer Bruce L. Stein—that's how important the Diana project was to those at the top—and she recalls being introduced at those meetings "with the fanfare and sparkle" of a celebrity.

"A lot of people said a lot of things to me about Jill," says Zielinksi-Old. "She was described to me as a Jewish American Princess. I was terrified to meet this woman. But I had to, because there were constant review meetings, which were very intimidating because she wouldn't say what she wanted, and she didn't know what she wanted."

At those meetings, the British designer got a better take on the slightly built powerhouse American CEO. "When she didn't feel happy about something, she'd screech, 'You gotta be kidding!' in a Queens accent, and she had the air of a spoiled little girl," recounts Zielinski-Old.

Exhibit A - Page 162

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518631

She'd always be surrounded by an entourage whenever she moved through the building. Her eyes were like black saucers that faded away at meetings when she wasn't stimulated. She'd wear these stilettos that seemed too large for her small feet so when she came into a meeting they made this clickety-clack sound, and it seemed to me at least that her breasts were growing and getting increasingly pointy. They were visible because she sometimes wore a transparent top that showed her bra.

During one of the early meetings, Zielinksi-Old brought in the first of what turned out to be eight Princess Diana designs that she did, and Barad and her marketing team studied it closely. Then Barad turned to the nervous designer and stated, "Couldn't you Mackie it up a bit?," which was a reference to the fashion designer Bob Mackie, known for his glitzy and glamorous gowns, who actually had designed some outfits for Barbie Collectible dolls.

"When Jill said that to me—'Mackie it up'—I knew what she wanted, and I did it. It was a very complicated process," continued Zielinksi-Old, "but in the end I came up with the doll that got Jill's approval."

In early February 1998, she presented to Barad what was billed as the Ultimate Princess Diana Gown Doll.

Jill's words to me were, "Oh! She's lovely!" And I said, "She sparkles when she turns." Jill—whom I found extremely stimulating, skilled as a marketer, who sparked people into action—just saw dollar signs.

Barad's vision of Mattel's coffers filling with dollars from what she was certain would be a Diana doll approved by the Diana Memorial Fund, however, turned to shock and fury a month later when she picked up the *Wall Street Journal* and saw the headline, OH, YOU DOLL: PRINCESS DIANA COULD BE IMMORTALIZED BY HASBRO. The story she read stated that her main competitor, Hasbro, was in talks with the Fund's trustees about creating a collectible Diana doll and other Diana collectibles.

The *Journal* story emphasized, "Both sides are eager not to appear to be capitalizing on the death of the princess," and the Fund's trustees

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518632

154                    T O Y   M O N S T E R

stated they would be sensitive to the "public feelings and sentiments" about the dead Princess. "It is the duty of the trustees to ensure that the fund raises as much money as possible for the causes that the Princess held dear." However, they added that they "would be absolutely wrong not to consider a doll."

British politicians were repulsed by the news. One member of Parliament called the doll idea "absolutely appalling," and Prime Minister Tony Blair said through a spokesman that he was "concerned about overcommercialism." By then, financial analysts had estimated that sales of Diana memorabilia were in the tens of millions of dollars, and skyrocketing.

While Hasbro and the Franklin Mint had taken much of the heat, Mattel's efforts to get in on the Diana action had somehow stayed below the media radar, and had never before been disclosed.

But there would be no approval for the doll, because someone at Mattel screwed up—*royally*. As Zielinksi-Old observes years later, "A lack of Mattel etiquette killed the relationship with the Fund."

While a new vice president of marketing was winging his way to London for a meeting with the Fund people in hopes of finally securing the required and lucrative authorization for Mattel to begin production, someone at Mattel had sent Zielinski-Old's Diana doll that Jill Barad had approved to the Fund, without any prior notice, where it was opened by the dead Princess's sibling.

"Sarah opened the box and sees her sister," recounts Zielinski-Old. "It's the most beautiful Princess Diana doll, but she was horrified. She was shocked that something could be so close to her sister in miniature. The Mattel project was immediately killed. Mattel never managed to recover from that. They never got the approval. They did it the wrong way, and that was a shame."

As Ruby Knauss notes, "It would have been a coup for Mattel to be able to say, 'We have designed and produced the Diana doll.' I would have imagined every SKU would have been sold, a good sell-through worldwide."

Never one to give up, Barad persisted. She personally showed a copy of the original doll—only two were in existence—at Toy Fair to special customers behind closed doors, but told buyers the doll wouldn't be produced without the Diana Fund's permission.

Exhibit A - Page 164

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518633

Mattel executive David Haddad made another unsuccessful attempt in May 1998. Before he left for London, he asked Zielinksi-Old, "How would I bring them back into Mattel's court if they say no?"

Beyond not bringing the Fund back into the court, Haddad was told in London by a Fund official "the even more depressing news" that the Fund favored Hasbro, although in the end no Diana doll was ever authorized. Haddad would later quit.

After getting the negative report from Haddad, COO Bruce Stein sent an e-mail, subject "Diana Response," to Barad and other Mattel brass, pointing out the "disappointing news" and declaring how it "underscores how fiercely we must protect our category from the attempts by competitors to steal our business. . . . Even when we were told no before, you went after it. Thanks for your valiant, never-say-die efforts and let's dial up the pressure we put on the outside. We must get to these before anyone else so that we are not playing catch-up as we were in this situation." In a postscript, he added, "Any last hope here, or could Jill or I make a difference?"

A year later, Stein would leave the company.

■ ■ ■

With the Diana doll as dead as its subject, Barad pressed the design team to move forward to produce what she hoped would be her next big doll coup and moneymaker—a miniature collectible likeness of "Miss Elizabeth Taylor" that the star would approve, something Barad had been seeking for years, and one that she hoped, with the failure of the Di doll, would help Mattel's projected earnings.

Anne Zielinksi-Old got the assignment in mid-June 1998, and saw it as "a new start at Mattel following the Princess Diana Fiasco." She was instructed to come up with the perfect "one-of-a-kind" replica that would make Taylor happy because, as the designer maintains, "Taylor was acutely aware and protective of her image and had her own ideas about how she wanted to be portrayed." The plan was for one special doll that would be auctioned off at the annual Dream Halloween party, a charity event for AIDS in which Barad was heavily involved, to be followed by a more mass-produced La Liz doll.

Exhibit A - Page 165

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518634

156                    T O Y   M O N S T E R

Zielinksi-Old did extensive research on Taylor, and prepared presentation boards depicting the star in five of her most famous roles in the films *Cleopatra*, *National Velvet*, *Father of the Bride*, *Cat on a Hot Tin Roof*, and *A Place in the Sun*. The boards were to be shown at the first big meeting in Beverly Hills with Taylor and her people. As it turned out, the star never once made an appearance—until the actual auction—but was always represented by her personal assistant and her attorney.

At the meeting, the La Liz's assistant told the gathering, which included Zielinksi-Old and a group of Mattel executives, that Taylor wanted the doll to be based on her image in the 1968 film *Boom*, which also starred Richard Burton. It became clear during the presentation that the representative from Mattel marketing hadn't done his research on Taylor's past charitable work and had to fudge it, causing mistrust and consternation in Taylor's people.

As Zielinksi-Old recalls it, "It was uncomfortable and the room was quiet and people's mouths went dry. It was just terrible because it was such an important moment."

She went on to tell Taylor's representatives that she felt the actress's look in *Boom* wasn't her best, that it was during her "troubled-woman era" with Burton, to whom she was married twice, and that a cross between how the young Taylor looked in *Father of the Bride* and *Cat on a Hot Tin Roof*—"a time when her face was perfect"—would give the doll "a little bit of innocence and knowingness."

They seemed to approve.

Afterward, Zielinksi-Old was told by a high-ranking executive that the Taylor doll would be "the highest profile doll Mattel had ever made," and that there would be a lot of publicity for the person who did the final design, resulting in what he called "a lot of jealousies." It was decided that the design credit would not go to Zielinksi-Old, but rather to Mattel's lead designer, Robert Best.

As Zielinksi-Old later characterized the corporate culture at the time, "Behind the cake and the muffins and the pizza that got brought in, Mattel was very cutthroat."

She alleges that a new manager–vice president recruited from the Franklin Mint had "started making things very difficult for me, telling me the project was failing, falling behind in the timeline, when actually

Exhibit A - Page 166

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518635

it was running on time and everything was running very smoothly." She asserts that the executive, a big fan of Taylor's, had "started getting greedy for her contacts and for the notoriety of doing the doll because he wanted Taylor to know that."

In any case, the doll was completed on time, and received Elizabeth Taylor's enthusiastic approval, much to Jill Barad's immense relief. Mattel then began to publicize the doll in advance of the charity auction.

A crew from the celebrity TV news show *Entertainment Tonight* arrived at the El Segundo headquarters in mid-October with hopes of interviewing the doll's designer and sculptor, which became a virtual public relations disaster. Before the camera was turned on, Zielinksi-Old says she was warned by the executive, "Do not say you were the designer!" The executive also asked her to write down everything she intended to say on camera, which he then edited, "rearranging and contradicting my words." She claims that before the crew got there the head designer, Robert Best, redid her illustration of the doll, and that was the one that was videotaped.

> I was actually interviewed in my little gray cubbyhole with the executive standing behind the camera saying, "Don't say you designed the doll," and they were interviewing me *as* the designer. On the video I think I looked absolutely crazed with—*what do I say? What do I do?* So, I just told the truth. And then the design group secretary went and found *my* illustration and put it in front of the guys from *Entertainment Tonight* and said, "This is the *real* drawing of the doll."

The secretary was soon dismissed. Zielinksi-Old was fired in November 1998, and was escorted out of the building by a security guard. Mattel claimed she hadn't produced enough dolls, that her interpersonal skills were lacking, that she had dared to suggest that Mattel produce a Playboy Bunny Barbie, "probably the most forbidden doll you could do," and a host of other reasons.

She sued Mattel and [the executive] in March 1999 in Los Angeles Superior Court for wrongful termination, defamation, promissory fraud, and other charges. "When you sue them, it's almost like waving a red flag," she asserts. "I was forced to go through hours and hours and

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518636

158                    T O Y   M O N S T E R

hours of depositions. They wanted to know where I had applied for jobs and I'd tell them and of course I never got another job. I met with a very abrupt end."

Because the two sides failed to reach a resolution, the case went to a mediator, one that Zielinksi-Old says had been used in the past by Mattel. At the first session, she claims, the female mediator sat at a table in her office in Malibu and began "to treat the session like a séance. She closes her eyes, lays her hands on the table, and she becomes Barbie. In a high-pitched Barbie voice, she's saying to me, 'Anne, you made me cry. You tried to change me too much. I couldn't take it.'"

In the end, according to Zielinksi-Old, Mattel offered a settlement of a year's salary, about $70,000. But she says she refused to agree to it, and she returned to Great Britain. (Mattel does not comment on personnel matters.)

Says the designer on the eve of Barbie's golden anniversary: "I knew the value of everything I'd done. I was making millions for Mattel. What I designed is still being sold in the Fashion Model Barbie line."

■ ■ ■

The October 24, 1998, auction of the one-off authorized Elizabeth Taylor doll was an enormous success. In front of a glittering audience of hundreds—Hollywood celebrities, Mattel executives, other VIPs—a proud-as-a-peacock Jill Barad presented the doll to a glowing Liz with the words, "I couldn't be happier if I were God!"

The auction began and the winning bid—a whopping $25,000—was submitted by telephone from Paris. The victor was the actress Demi Moore, a noted doll collector and Barbie aficionado. In early 2000, Mattel began marketing an Elizabeth Taylor *Cleopatra* doll—"the first authorized portrait of the film star," Mattel boasted—and announced plans for a *Father of the Bride* reproduction, each priced at $75. They were essentially the same ones drawn and proposed by Anne Zielinksi-Old before she was axed. The launching of the Cleopatra doll received worldwide attention. In Great Britain, where the star is known as Dame Elizabeth, the BBC noted, "Particular attention is paid to her famous violet eyes, adorned with heavy kohl liner and glitter eye-shadow, as in the film."

Exhibit A - Page 168

CONFIDENTIAL - ATTORNEYS' EYES ONLY                      MGA2 1518637

Five months after the auction in Los Angeles, Mattel, which was beginning to have major financial problems in 1999 under Barad, made a record bid of $150,000 at a Christie's Park Avenue, New York, auction, for the dress Elizabeth Taylor wore to the Academy Awards in 1969. The proceeds went to the American Foundation for AIDS Research, a cause of Taylor's since the death of her friend Rock Hudson. It was the highest bid for a celebrity dress since someone had paid $222,500 for a dress that had once been worn by Princess Diana. A spokeswoman for Mattel said the company bought the Taylor dress "because we have a relationship with her."

Demi Moore's winning bid for the doll didn't come as a surprise to a number of Mattel executives. Moore was known to be a friend of Barad's, and had visited Mattel's Design Center a number of times, where the star and ex-wife of Bruce Willis was given the VIP treatment. There were a few Mattel higherups aware of the Barad-Moore ties who even suggested the auction might have been rigged in Moore's favor. Zielinksi-Old, for one, who saw Moore being treated at Mattel like visiting royalty, declares, "I have no doubt!"

Moore, through her agent, did not respond to requests by the author for an interview about her fascination with dolls, and winning the Liz replica.

One executive who was assigned by Barad to wine and dine Moore when she visited Mattel was Barbie design executive vice president Margo Moschel.

"Demi was a devotee, or however you say it, of Barbie—a *huge* collector of Barbie dolls," says Moschel. "Demi approached Mattel and that opened up the communication between her and Jill that I was aware of. I spent a day with Demi. We had lunch in Jill's office, the three of us, and I was told by Jill to take Demi on a tour of the Design Studio"—an area of high-security, normally off-bounds to visitors.

Moore's 1997 film, *G.I. Jane*, in which she played the first female to become part of an elite Navy Seal training squad, had just been released, and Barad was especially knocked out by how buff the actress was. Moore had had her head shaved and did extensive weight training for the box office hit, in which her character's most-quoted line was, "Suck my d★★k!" when she battled the sexism and machismo of the men in her unit.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 169

MGA2 1518638

"Demi had brought Polaroid outtakes that she was showing us at lunch," recalls Moschel, "and she had done that body-building thing for the role and her muscles were huge and I remember Jill saying to her, 'Oh, my God, how did you ever do this?' There was a friendship, or relationship, forged between Jill and Demi."

Ruby Knauss recalls one visit in particular by Moore, who arrived with a relative, possibly a sister-in-law.

Jill brought her in and Demi was charming, not flamboyant. Her visit turned out to be a funny little joke on my part. Pictures were going to be taken, and one of them was of me handing a doll to Demi and her sister-in-law. But when the photo was distributed, all of me wasn't in it. I got great jollies out of sending that picture to friends and saying, "This is my hand with Demi Moore."

According to Mattel sources, Moore and Barad, who ran in Hollywood circles because of her own executive celebrity, her brief acting past, and her father's and husband's positions in TV and movies, are said to have known each other for a number of years. There even was speculation that Moore had actually modeled the sexy, corporate executive character she played in the 1994 thriller, *Disclosure* (opposite Michael Douglas), on Barad.

"I'd put my money on it that Jill was the one who coached Demi for that role," maintains a Mattel insider.

Demi spent time with Jill—they both had the long dark hair, the stockings, the high heels. Their suits were almost identical. When I saw the movie I was dumbstruck and thought, "Wait a minute, where have I seen this character before?" Demi's playing Jill. When you watch *Disclosure*, it's like a no-brainer.

Exhibit A - Page 170

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518639

# Chapter 13

# Another Whistleblower in the Ranks, Toyland's Worst Acquisition, and the End of a Reign

Around the time Jill Barad was giving Jim DeRose her Manolo boot out of the company in 1994, a new hire had come aboard, someone at the time low enough in the Mattel ranks at headquarters that the then–chief operating officer probably never heard of her—just another worker bee among thousands in her domain.

But by 1998, Christine Casey's name was ricocheting off Barad's executive suite walls like sniper bullets in Baghdad, casting a darkening cloud over her second year as chief executive. Just like Michelle Greenwald during Jim DeRose's Barad-aborted watch, Casey had

161

Exhibit A - Page 171

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518640

surfaced as yet another whistleblower who believed she had gotten the goods on financial hanky-panky within the company.

The 32-year-old Casey, a recent MBA graduate from the University of Southern California, had been given a complex assignment as a newly hired financial analyst. Mattel required updated data on which of its toys should be made, at which of its globe-spanning factories, and in what timeframe. This meant Casey had to begin probing such esoteric areas as market demand, the costs of manufacturing, and plant capacity—a daunting task but one that she apparently relished.

What she uncovered, though, came as a surprise to her, but was not too different from the kind of funny business dating as far back as the Handler financial scandal and as recently as the Greenwald allegations. Casey found that sales orders and production numbers—demand in general for Mattel toys such as Barbie—were being overstated by the marketing division "in order to tie to figures expected by senior management," according to an internal memo offered into evidence when Casey eventually sued Mattel after being forced out.

Casey "had come to believe" that Mattel "was misleading its shareholders about its likely future sales performance" and that "sales forecasts were so high that managers, who were meant to use them to plan production, routinely ignored the numbers . . . some managers kept two sets of figures . . . others would ring around to find out what they should really tell their factories to produce," according to an account in *The Economist*.

Casey characterized what was going on as "a joke around the office," "an open secret," and "systematic" at Mattel.

Of all of the products Casey zeroed in on, Barbie seemed to be in particularly bad shape compared to what was being forecast. By late 1997, the end of Barad's first full year as CEO and chairwoman, the doll that had propelled her to the top as Barbie's supreme marketer was suddenly losing some of its appeal among its audience, and demand was dropping. By the time Barad was made CEO, she had been credited with making Barbie a $1.9 billion brand from the $200 million pauper the doll was when Barad embraced her in the early 1980s. But now, all of that was changing.

As Casey put it, Mattel's customers "are two feet tall, their tastes are hard to determine, and they don't have a lot of money."

Princess Di and Elizabeth Taylor doll designer Anne Zielinski-Old says that when she first came to Mattel, Barad acted like a cheerleader when speaking at employee meetings.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MGA2 1518641

She would dance . . . whoop up her audience, but she wasn't at all like that in the executive approval meetings, where she was agitated and hard to please. It was now your turn to perform. One after another, designers would get up at the head of the conference table with their doll project—and make her laugh, make her smile, entertain her, and if you did you were hero for the day—and that's what made you strive as a designer.

But when Jill got up to speak at the 1998 employee update and tried her dance routine it didn't work. No one even clapped. The floor was deadpan. One of the reasons, as I understood it, was because she had canceled the holiday vacation period [as business grew worse]. She underestimated the intelligence and business acumen of her workforce. They saw her greed and hated her for it.

Nevertheless, the forecasts Mattel's shareholders and Wall Street were getting from the glamorous and driven CEO were as bright as the midday sun. No gloom and doom was emanating from the office of the chairwoman of the board. Barad's bullish optimism continued into much of 1999, when she was issuing statements of Barbie's sales growth of as much as 10 percent; in fact, sales were falling like duck pins.

Casey recalled thinking, "Where is she getting her information?" Casey had worked the numbers. She'd even designed charts documenting "routinely inflated" projections at the start of the year and showed how they actually deflated—sometimes by as much as 25 percent—as the quarters ended. She alleged that Barad was "misleading the investment community."

Feeling secure in what she had found, she took her case to Ned Mansour, newly promoted to president of Mattel, Inc. by Barad, who called him "an incredible executive" who has "played a principal role in every one of the mergers and acquisitions that have made us the great company we are today."

At first, according to Casey, Mansour, a lawyer, appeared to treat her issue seriously, and looked positively at a plan she offered to deal with the situation—a proposal that would adjust inflated projections and put Mattel on the straight and narrow when it came to forecasting profits. Under her plan, a new department of information would be set up with her running it.

Exhibit A - Page 173

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MGA2 1518642

As he was a platinum member of Barad's inner-circle executive club, it was no surprise that Mansour deep-sixed Casey's plan.

From that point on, her life at Mattel became hellish, she claimed. Another executive berated her and made it clear he wanted her out of the company. Since Casey joined Mattel, she'd always gotten positive performance reviews filled with praise. But her first review after the Mansour meeting was negative, and it went downhill from there to the point where she lost most of her job duties and was ordered to work in a packing-box-littered cubicle. Even Mattel's Human Resources department, which was there to help employees, reportedly took no notice of how she was being treated, and even harassed her, she alleged.

In a letter to Mattel chief financial officer Harry J. Pearce, Casey asserted that "misrepresentation of earnings projection has made the company vulnerable to shareholder litigation." But her missive seemed to have had little or no impact. Mattel eventually had to ante up a whopping $122 million to settle shareholder lawsuits for allegedly putting out misleading sales forecasts.

■ ■ ■

As the *Los Angeles Times* noted in a February 2003 story entitled, "Former Mattel Employee's Battle Shows Whistle-Blowers Walking a Fine Line," which was about Casey's plight, "When it came to the dissemination of discouraging facts, Mattel evidently followed a policy of 'don't ask, don't tell.'"

Pearce had joined Mattel from Tyco Toys in the merger in Barad's first year as CEO and was named by her as chief financial officer, the same position he held at Tyco. As Mattel under Barad became more financially troubled, Pearce left the company. *CFO* magazine, noting "it's no longer playtime at Mattel," called the 55-year-old Pearce's departure "sudden," asserted that it was "related" to Mattel's increasing losses, and quoted a top analyst at Bear Stearns as saying Pearce had done a good job at Mattel, but "has other goals he wants to achieve."

Mansour also resigned reportedly for health problems, and began caring for his friend, Joseph McKay—the executive who carried out Barad's order to fire Jim DeRose. McKay had left Mattel as senior vice president of human resources when he was diagnosed with terminal

Exhibit A - Page 174

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518643

colon cancer. (Mansour declined requests to be interviewed for this book.)

Casey remained in Mattel purgatory until the company offered to come up with a money offer if she left and waived her legal rights. She refused to negotiate, reported what she claimed were Mattel's questionable projections to the Securities and Exchange Commission (SEC), resigned, and then sued the company, alleging wrongful dismissal and harassment.

During the trial, Mattel's outside bulldog attorney, John Quinn, who over the years successfully handled a number of the company's major cases, characterized Casey as a "grasping, self-interested career woman who would do anything to climb the corporate ladder," according to the *Los Angeles Times*. Quinn was quoted as telling the reporter, Michael Hiltzik, "She's a true believer and she's not troubled with the facts," accused Casey of "trying to hold Mattel up," and asserted she never really understood the systems she was assigned to look into.

Casey lost her case when the judge ruled that she hadn't been harassed enough, or as he put it, was not "unusually aggravated." He also made a determination that she made "proposals" to change what she found wrong, rather than registering actual "complaints" about Mattel's actions, and therefore was not protected by whistleblower laws, which had been enacted during her battle with Mattel.

Mattel adamantly denied that it ever inflated sales forecasts as charged by Casey, and asserted that any earnings guidance was based "upon management's best judgment of the market place at the time." The SEC apparently took no action regarding Casey's complaint. The only response was for her to contact the commission's Office of Investor Education.

Casey's case was noted in *Business Week*'s 2002 cover story, titled "Year of the Whistleblower," along with such legendary whistleblowers as Enron Corp.'s Sherron S. Watkin, who nailed CEO Kenneth Lay, and WorldCom Inc.'s Cynthia Cooper, who uncovered fraud valued in the billions.

Casey, however, had difficulty getting another job. To make matters worse, Mattel petitioned the court to recover the legal costs from her.

"If I had to do this again, I'd never do it. . . . [T]he best legal advice is to keep your mouth shut," she sadly concluded after her shootout with Mattel.

Exhibit A - Page 175

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518644

166                    T O Y   M O N S T E R

■ ■ ■

Jill Barad apparently felt that as CEO she could make her biggest mark on Mattel by consummating flashy acquisitions as the iconic toymaker neared the new millennium.

Tyco Toys and its Matchbox cars line was the first, which she asserted gave Mattel "$500 million in the wheels business" along with Hot Wheels, which was still going strong. She expected that genre of boys' toys to eventually reach $1 billion. Her expectations, it seemed, were always high.

She next forged a merger in 1998 with the Pleasant Company—this was during the period when Christine Casey was making noise about the goings-on at Mattel. The Pleasant Company, a mail-order business, manufactured the American Girl line of dolls and accessories, which down the road would become quite successful for Mattel.

At the time of the purchase, though, toy industry professionals felt Mattel's buy price was too high—$700 million for a company that was bringing in only a reported $300 million in annual sales. However, by making the merger, Barad had shrewdly brought into Mattel's portfolio a Barbie competitor at a time when the doll was on the decline and other revenues were sinking.

For the second time since she became CEO, Barad was being taken to task for paying too much for an acquisition.

It would only get worse. Barad's extravagance was part of her nature—even on the most basic levels, such as having meals on the company tab. She always did it large.

Diana Troup, then executive vice president of product design, says Barad "loved fashion and she loved fun and she loved food." When the two traveled together on business, Troup was amazed at the lavish restaurant dinners her boss ordered.

I come from a very humble background; I don't like to overdo. I was sitting at breakfast with Jill and she said, "What do you want to have, Diana?" I said, "Well, I'm not really sure whether to get pancakes, or the eggs and bacon, or an omelet." And Jill says, "Get everything! Order everything! And then you can just eat what you want of it." That's the kind of person she was. She never looked at anything in a small way.

Exhibit A - Page 176

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518645

As Christmas 1998 neared, Barad was forced to lower earnings growth by almost half, and the company's stock, which had skyrocketed more than 50 percent—from less than $30 a share to more than $46—in the weeks following her promotion to CEO, had fallen back to where it had started. Financial analysts, however, were confident she would make things right. In fact, Barad had a gift-wrapped surprise for Wall Street under Mattel's Christmas tree and Hanukkah bush.

Or was it actually a time bomb waiting to detonate?

■ ■ ■

Ten days before the holidays, Mattel announced the $3.8 billion stock deal acquisition of the Learning Company. Next to Microsoft, on whose board Barad also served, the Learning Company was the largest producer in the world of software for the consumer market, and the biggest producer of educational software in the United States.

Mattel needed to be a part of that exploding home computer world market, Barad strongly believed. After all, at home, she observed, "My two sons prefer computer games."

After she became CEO, Mattel was one of four toy companies to underwrite the design of high-tech playthings at the Massachusetts Institute of Technology using microprocessors. Barad said of the "Toys of Tomorrow" project, "There is no question in my mind that going into the new millennium technology will fundamentally change the way children play."

The acquisition of the Learning Company was part of her grand plan. But the Learning Company was starting to run on hard times when she snapped it up. Two of its most popular products, Carmen Sandiego and Reader Rabbit, were losing popularity, and, worse still, the Learning Company had been in the red except for one year since the early 1990s. Nevertheless, Barad agreed to pay a whopping 4.5 times the company's sales at a time when its projected revenue for the year was only $850 million. This was at a time when the kids' software market had reached $1.8 billion and was rising.

With the acquisition announcement, Mattel warned that 1998 would show dismal results. The company's stock fell to a 52-week low, losing more than $8.00. The *New York Times*, in a story titled "Mattel's Mixed Day: A Deal and Falling Profits," reported that "shareholders

Exhibit A - Page 177

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518646

168                    T O Y   M O N S T E R

typically cheer news that a company is broadening its product line and thinking ahead." But it quoted a key analyst for Credit Suisse First Boston as stating that Mattel's bleak financial outlook "is so disappointing that it is really hard to say what it means for the [Learning Company] deal."

Moreover, wholesale shipments of Barbie were down 14 percent, but Mattel claimed the dolls' retail sales had increased.

Mattel's financial status at the close of 1998 was dire enough for the usually upbeat Barad to issue a downbeat statement, declaring, "This situation is very painful and disappointing for us." The company said it had been hit with weak sales to major retailers like Toys 'R' Us, which cut by 50 percent its inventory of Mattel toys. Barad said the severe cuts by retailers had "negatively impacted our sales by approximately $250 million" in 1998. Moreover, Mattel had begun a new inventory program that had the effect of further reducing sales by another $150 million. Shocked analysts felt that that wouldn't have happened with proper management.

Barad predicted "1998 sales to be flat with last year."

■ ■ ■

While Mattel had a dismal 1998 under Barad, with the company stock freefalling by 37 percent, she had nothing to complain about in terms of her own rich compensation.

All told, she grossed $4.75 million, which included a salary of $1.26 million, along with a $500,000 bonus—all of which was 14 percent higher than 1997, her first year as Mattel's boss lady, according to SEC filings. Beyond salary and bonus, she was awarded another $2,991,756 in long-term incentive pay and other compensation. Not a bad take-home for the head of what had become a deeply financially troubled corporation during her watch.

Regarding her home, as part of her terms of her CEO contract, she had received a mortgage loan from Mattel of $3 million, the principal and all accrued unpaid interest of which would be forgiven, unless she was terminated for cause.

In terms of compensation, Barad had actually done far better in 1997 because of special options grants valued at a whopping $24 million. Combined with her salary, her compensation was $26.3 million.

Exhibit A - Page 178

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518647

An expert on compensation, Graef Crystal, editor of the *Crystal Report*, said, "If you threw her package on a scale, all the springs would have fallen out" in 1997. "It looks like they went on a pay Weight Watchers all during 1998."

Even so, Crystal estimated that Barad's base salary in 1998 was 60 percent higher than that of other CEOs running companies of a size similar to Mattel, and almost 30 percent above the market average.

(In 1996, her husband, Tom Barad, also cashed in. Mattel paid his company, the Electronic Catalogue Network, in which he held a 50 percent interest, $691,116 and royalties based on resulting product sales to produce a Barbie infomercial.)

■ ■ ■

The year 1999, when Barbie turned 40, began as gloomily as 1998 had ended for the world's largest toy company. Everyone from stockholders to Wall Street analysts to Mattel's thousands of employees were wondering, What happened to our superwoman, Jill Barad?

The year's first quarter showed a $17.9 million loss—a 2 percent drop in revenue—and the stock price was in the mid-$20 range. Barad needed to take action and that involved cost cutting, which meant heads would roll. When she swung the axe, some 3,000 employees were laid off and some factories and offices shuttered.

To toy industry watchers, struggling Mattel began to seem like the Army's 82nd Airborne, with top executives bailing out of a plummeting plane seemingly about to crash and burn—pulling their ripcords either forcibly or voluntarily in a major management shakeup. Among the first to go was Barad's top lieutenant, 44-year-old Bruce Stein, the chief operating officer, who had been hired less than three years earlier, and 52-year-old Gary Baughman, president of the Mattel subsidiary Fisher-Price, who was part of the Tyco merger just two years earlier.

There was speculation that Barad had tossed the blame for Mattel's problems on Stein. There also was speculation that Stein bailed because of battles with Barad, which both Stein and Mattel denied. Stein said he needed "a new challenge," and Barad said his leaving was "most painful for me." Few in the know, however, believed any of it. Stein was not replaced and his duties were dropped in Barad's lap.

Exhibit A - Page 179

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518648

Putting positive spin on the dire situation, Barad claimed she was transforming Mattel—quite suddenly, it appeared—from the kind of company it had been for years, which was a traditional toy company—to what she called a "children's products company," with four core brands, and with fewer executives.

Barad appointed flashy Adrienne Fontanella to run Barbie and girls' toys. She had previously been in charge of Barbie licensing, and was a favorite of Barad's because she had close ties to the New York fashion world and had run her own small fragrance company, all of which had impressed Barad. Matthew Bousquette, who had started in Mattel marketing as a vice president, was named to head boys' toys. The recently acquired Pleasant Company would be run by its founder, Pleasant Rowland, and 36-year-old David Haddad was given Mattel Media, the software end, which Barad saw as the future.

Eight months later, Haddad quit, just a week after Mattel's stock plummeted to the lowest level in five years. The others would eventually go, too—with generous golden parachutes.

By the spring of 1999, the word on The Street was that Barad didn't have the wherewithal to turn around the troubled $4.8 billion company. Her leadership and ability to hold onto talented executives, along with her financial skills, were being seriously questioned. All of the adoration that had been heaped upon her when she marketed Barbie like there was no tomorrow was fast evaporating as the stock continued to decline. One criticism was that she wasn't coming up with increased profits because she spent too much time trying to keep bankers and analysts from becoming bearish on Mattel.

One analyst who covered Mattel observed that most of the people who did business with Barad were "professional men, and their ability to critique her can't be taken out of the context of them being men. Jill brings a level of animation and feminization to the role that people find off-putting at times because they are not used to it."

Executives who worked with her thought of her as outspoken and demanding, controlling and temperamental, a micromanager and not a team player. This was the exact opposite of how she described her management style late in her first year as CEO to the magazine *The Chief Executive*, to wit:

Exhibit A - Page 180

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518649

Another Whistleblower in the Ranks                     171

I try to do things with humor and a sense of fun versus an iron fist. I don't believe in firing people for mistakes. I've made mistakes in my career and I'm still here. . . . The worst thing someone can do is clone themselves. If you want to screw up your business, that's the best way—to have all the same personality types with the same vision and the same expertise.

■ ■ ■

With the fall and winter 1999 holidays looming, Mattel—with Barad at the wheel of what appeared to be a sinking ship—faced its worst financial situation in years. Barbie's growth, for example, had "slowed to a crawl."

But worse, Barad's huge and much-touted (by her) acquisition, the Learning Company, was in serious trouble. She had expected a $50 million profit. Instead, the company faced a loss of as much as $100 million. In "Mattel Warns of Yet Another Profit Shortfall," the *New York Times* called it a "debacle . . . sprung on shareholders," who wasted no time selling off their stock. By the end of the day, Mattel stock plummeted to a 52-week low and had dropped by almost 50 percent for the year.

For the first time, Barad's future—or lack thereof—had become fodder for public discourse. One senior portfolio manager, whose firm owned 3.77 million shares of Mattel stock, was quoted in the *Times* article as saying, "Clearly, she is going to be under fire by the institutional shareholders and, as a result, by members of the board of directors. This is a black eye on all of Mattel management." Another stated, "The fact that they closed on the Learning Company in the second quarter and in the third quarter they are announcing a substantial after-tax loss is really disappointing. I'm trying to give the company the benefit of the doubt, but all these explanations and disappointments don't seem to add up."

The latest development sparked business media speculation that Barad, less than three years into her reign, was probably on her way out—or should be. Wall Street was flabbergasted that it was getting positive promises from Barad and seeing negative results.

Exhibit A - Page 181

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518650