# EXHIBIT A-4

"I think to have two huge misses within the same year despite assurances that everything is fine looks really bad," observed prominent analyst Sean McGowan with Gerard Klauer Mattison. He was the first to publicly state, "I have a hard time thinking there won't be further management changes." Everyone in the business knew whom he was thinking about.

Gretchen Morgenson, the highly respected financial columnist for the *New York Times*, noting that $13.5 billion in Mattel market value "has vaporized," wrote in early November 1999:

> A chief executive's ultimate test is how he or she copes in a crisis. Mattel . . . is definitely in a crisis. . . . But instead of going on the offensive, Jill E. Barad, the chief executive, has gone into hiding. Although she generally loves the spotlight and thrives when she is putting on a show, Ms. Barad abruptly cancelled plans to attend an influential industry conference. . . . Mattel has almost never missed a chance to make a presentation there. But the company was nowhere to be seen this year, even though Barad was said to be in New York a day later for a board meeting. . . . [I]ndustry insiders draw an image of a company severely damaged by Ms. Barad's management style. Most of these people asked for anonymity when they spoke, fearing reprisals from Mattel. . . .

The ill-fated era of 48-year-old Jill Barad—her amazing climb to the top by turning Barbie into a superbrand, and her spectacular fall as a failed corporate leader—ended on February 3, 2000, just 11 days before the beginning of the prime industry event, the Toy Fair, when she was forced by Mattel's board of directors to step down. She was essentially fired—a wretched and embarrassing end to a spectacular career.

"There is nothing I can say to gloss over how devastating the Learning Company results have been to Mattel's overall performance," Barad acknowledged in a press release. "Because there must be accountability, I and the board agree that I must resign today as chairman and chief executive and from the board."

Barad's finale came swiftly after a secret board meeting—a week before one that had been scheduled—with Mattel's directors in New York. Mattel insiders say that negotiations for her removal had been quietly underway for several months.

Exhibit A - Page 182

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        MGA2 1518651

Barad had forever lost the confidence of Wall Street and the board of directors by making upbeat pronouncements that never panned out. "Each time, it was the last time, and it wasn't going to happen again," observed Credit Suisse First Boston analyst Martin Romm. "Unfortunately, Jill went to the well a couple of times too many."

■ ■ ■

Lauded for years as one of Mattel's and corporate America's most inventive and powerful female executives, a marketing genius, and a symbol for working mothers, Jill Barad was devastated at what she viewed as the shabby treatment she received from the board of directors, the same board that had unanimously approved her decision to acquire the troubled Learning Company, the key cause of her fall from power.

"Jill felt the board in asking for her resignation had overlooked all she had done for Mattel over almost two decades," says a Barad confidante.

Despite what she said publicly, she was convinced that the board had caved-in to Wall Street pressures and used her as a scapegoat. She felt she deserved the board's loyalty. She felt she deserved better. What's ironic is that Jill herself was always finding a scapegoat when things were going bad. I guess her dismissal was a genuine case of that old adage, "What goes around comes around."

Another knowledgeable Mattel source says Barad had put up a ferocious battle to try to convince the board to let her stay on, that she was confident that with a little more time she could turn things around. But the board members turned a deaf ear. They had had it with the drop in the stock value, with all the red ink, with the negative news, with her failed dog-and-pony shows.

Diana Troup, who had left Mattel after being diagnosed with breast cancer, but who continued working at Barad's insistence as a Mattel consultant, recalled how terrible the once-proud and cocky chief executive felt when she got the axe.

"She cried on the plane on her way home from New York," Troup says. "Here she was coming back by herself and her whole career was over. It has got to be a big blow to anybody. Jill was negotiating, and then it was all over for her."

Exhibit A - Page 183

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518652

174        T O Y   M O N S T E R

Barad claimed at times that she'd been judged differently from male executives—at the time of her resignation she was one of just four women running a *Fortune* 500 company—but Wall Street faulted her not for being a woman, but rather for offering inflated expectations and extravagant optimism. *Fortune* magazine, in fact, had named Barad as one of five CEOs who were "in denial" about how financially ailing their companies had become. Specifically, the article "CEOs in Denial Reality" noted that neither Barad nor the other four were able to accurately forecast financial performance two years in advance, along with their failure to control the number of high-ranking executives abandoning the company.

As for all the male executives who had been fired or who had fled during her reign, she griped that Wall Street viewed her as being unable to work with men. "The fact is that I worked with a man, and that man is no longer here. Somehow it then gets said that I don't get along with men."

The *Los Angeles Business Journal*, which kept close watch on Barad's rise and fall because Mattel was one of the L.A. region's largest companies aside from the movie and TV industry, described her leadership technique as "highly feminine and highly aggressive at the same time" and noted that it "has become the stuff of legend." The magazine called her "a flamboyant executive . . . who can work a crowd and signs off by saying 'I love you all' during video presentations to employees." It quoted a friend of Barad's, an attorney with political ambitions, Lisa Specht, as observing that Barad was "synonymous with Mattel to the extent that [then–Disney CEO] Michael Eisner is with Disney. It's a mistake to condemn her too quickly. . . ."

The public and boardroom drama involving Barad, like so much of the history of Mattel and its curious cast of characters, could have been bankable at the box office, or at the least was juicy fodder for a television miniseries. It had all the drama and all the glitz.

There was even speculation in credible quarters that Barad might have been "set up for a fall" because she'd reached the pinnacle so swiftly, and had developed a number of enemies along the way in the very competitive bitch-eat-bitch world of Mattel.

But Barad's Mattel colleague and friend, Diana Troup, had trouble buying that theory.

Exhibit A - Page 184

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518653

"First of all, Jill's not someone who would *ever* get set up. She's too smart for that," Troup maintains years later. "What she saw in the Learning Company was what Mattel didn't have—a product, educational software, that was beginning to be popular in the marketplace. I firmly believe she was sold a bill of goods by the Learning Company."

Many wondered, however, how that could have happened. Hadn't Barad and the board of directors done the required due diligence? The answer, according to Troup, a veteran toy industry executive, was quite simple, if not altogether plausible.

> Through the years, a lot of people wouldn't tell Jill, "Oh, you can't do this. This isn't going to work," because 95 percent of the time she was right. In this particular case, many people told her this was *not* a good deal, but she didn't listen because she trusted her instincts and would generally be right. The board of directors respected her opinion. God, with Barbie she went from $200 million to $1.5 billion, and we were trying to get to $2 billion. How could she not be trusted to make another right decision?

Troup insists all of the criticism was sparked by jealousy of Barad. "People said she took the company down the drain. But there wouldn't have been a Mattel without her."

Troup essentially owed her life to Barad, whom she described as a loyal friend and boss.

As with a number of others at Mattel, Troup was diagnosed with cancer, breast cancer like Ruth Handler. Troup's diagnosis came in the late 1990s, when she was serving as general manager of Barbie, with marketing, design, and prior development reporting to her. She continued working while she underwent treatment, but when she revealed her circumstances, Barad was horrified and leaped into action to help her.

"I'd had surgery but the margin wasn't clean," Troup recounts. "I was driving home with Jill and I said, 'Well, I have this little thing left,' and she said, 'That's not good enough, Diana, for you, or for me. You need to get all of that out of there, and I'm going to call Susan Love.'"

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518654

Dr. Love, a leading authority, director of the prestigious UCLA Breast Center, and author of *Dr. Susan Love's Breast Book*, was not someone easily accessible. But she was part of Barad's platinum circle of influential friends, and took on Troup's case, and Troup became a survivor. "Jill was so kind to me," she says.

■ ■ ■

In the wake of Barad's dismissal, Mattel's board came in for criticism, too. It was described in the business media as "troubled" and "sleepy," and unprepared with anyone to immediately fill Barad's shoes. Two months after Barad's departure, the executive search still proved fruitless. Moreover, Mattel's stock hadn't moved much over $10 per share since she left.

A new board member, Ralph V. Whitworth, was brought on board. He had earned a sterling reputation as someone who could straighten out the kind of mess Barad had left behind. A holder of more than 4 million shares of Mattel stock, Whitworth believed the company needed an infusion of new blood and a major shakeup of the board.

But there was still more drama and controversy to come, when it was revealed in an SEC filing three months after Barad went down in flames that she had floated back to earth with quite a cushion to brake her descent—a mind-boggling $50 million golden parachute, one that would come under intense criticism and scrutiny, adding yet another dark cloud over already embattled Mattel.

"Yes Barbie, there is a Santa Claus for failed chief executives," wrote Graef Crystal, considered the nation's best-known expert on executive compensation. In a column for Bloomberg News, Crystal lambasted Barad for her "incompetent tenure" and criticized the directors for "sending her out the door with a severance package that is a monument to failure."

He added:

For someone who had never run a major company, she extracted extraordinarily generous terms from her board. But sadder than the millions of dollars paid to get out of that agreement is that the directors felt compelled to ladle millions more on top of that. You have to marvel at a board that could

Exhibit A - Page 186

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518655

Another Whistleblower in the Ranks                        177

willfully inflict so much damage on its shareholders. It's as if having put a bullet in the heart of the collective shareholder body . . . the Mattel board dug up the corpse . . . and shot it all over again.

In her agreement, Barad received:

- Five years of salary and bonuses, amounting to $26.4 million. Had she actually remained as CEO, and with her bad performance, she most likely would not have received a copper penny in bonus money.
- A pension of almost $709,000 per year for her lifetime, even though she hadn't worked until the age of 60, but was fired while she still was in her 40s. In the end, Barad negotiated a deal to receive $1.2 million a year for the next decade—until 2010, Barbie's 51st year.
- Her $3 million home loan, given in 1993, was forgiven by the board, as was a $4.2 million loan granted in 1997. Also forgiven was more than $3 million in federal, state, and Medicare tax liabilities.
- A life insurance policy of $5 million for the remainder of her time on earth, an amount that presumably will go to one or all of her survivors. Along with the policy, she took away paid health insurance, outplacement and financial counseling services, and private club memberships.
- For the thrift-shop sum of a measly two dollars, she was permitted to purchase all of her stately office furniture along with the leased corporate car.
- Full vesting in 6.4 million stock options, worth millions.

Graef Crystal noted, however, that the board wasn't letting Barad off "scot-free." She was required to give 40 hours per month of consulting services for the rest of 2000. Usually, such a clause is boilerplate, but "with a board that has acted this dumbly," observed Crystal, "they just might decide to call her up."

Stuart Varney, the anchor of CNN's *Moneyline News Hour*, declared, "Jill Barad's path out of Mattel" was "paved with gold." He observed that her severance package "is leaving every failed executive in America salivating, and may leave shareholders foaming at the mouth." He called her deal "a going-away present so rich it's almost stunning. . . .  Imagine what she might have received upon leaving if the company had done well."

Exhibit A - Page 187

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518656

178                    T O Y   M O N S T E R

One of those who had an actual vested, rather than media, interest in being outraged was H. Carl McCall, the New York State Comptroller. And McCall had every right to demand—unsuccessfully as it turned out—that the board reconsider Barad's going-away gift. New York State's Common Retirement Fund, of which McCall was the sole trustee, held 1.2 million shares of Mattel stock, which he declared had fallen in value more than 55 percent during Barad's brief tenure as CEO—a nosedive that occurred at a time when the Standard & Poor's 500 stock index had doubled.

In his angry letter to Mattel's acting chairman, William D. Rollnick, the retired CEO of a privately held company that rented electronics equipment, McCall wrote, "It is disturbing to hear that the board has elected to reward the person who presided over this precipitous decline.... I am particularly disturbed that the board decided to forgive a $3 million loan granted for the purchase of a home and to provide payments on a $5 million life insurance policy." And he expressed "outrage" over the board's decision to pay for such luxuries as club memberships.

The most critical and in-depth study of Barad's tenure as CEO and chairwoman emanated from the Tuck School of Business at Dartmouth University, where, ironically, Barad's mentor and "corporate rabbi," former Mattel CEO and chairman John Amerman, had earned his MBA.

The paper, entitled "Learning from Mattel," described how Barbie, with Barad doing the pushing, had "fueled" Mattel into "a global powerhouse." It documented bad decisions by Barad in "turning to mergers and acquisitions for growth," and how she expected and paid too much for the Learning Company. Moreover, it focused on how she allowed the company to "slip into disarray," while her tenure was marked by "a steady stream of executive departures," and as a "passive board of directors" gave her "great leeway and likely one too many chances as chief—in large part due to her successful pre-CEO track record with building the Barbie line."

■ ■ ■

In August 2006, *Forbes* ran an article titled, "The World's Most Powerful Women: Angels and Demons." The account dealt with women executives who were "increasingly being called on to clean up corporate scandals."

Exhibit A - Page 188

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518657

Another Whistleblower in the Ranks                179

But the piece, written by Claire Miller, also noted that "women can be troublemakers, too." The article listed Barad among the A-listers of fallen corporate stars and included such women as Linda Wachner, who helped lead Warnaco into bankruptcy; Carly Fiorina, who was axed from Hewlett-Packard after the much-criticized acquisition of Compaq Computer, and lifestyle maven and convicted white-collar criminal Martha Stewart.

With Barad gone, a new era in the new millennium was about to begin at the world's largest, and most embattled, toy company as it headed toward the astonishing half-century mark of its mainstay, Barbie. Few would have been able to predict the complications and legal issues that would arise.

Exhibit A - Page 189

CONFIDENTIAL - ATTORNEYS' EYES ONLY                MGA2 1518658

1/12/09   8:52:31 PM

Exhibit A - Page 190

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518659

# Part Three

# TOY TERROR, THE BRATZ ATTACK, AND THE ECKERT ERA

Exhibit A - Page 191

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518660

1/12/09   8:53:25 PM

Exhibit A - Page 192

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518661

# Chapter 14

# The Processed Cheese Savior

Robert A. Eckert, who was recruited out of the processed American cheese and Oscar Mayer hotdog world of Kraft Foods, was named the new chief executive and chairman of Mattel on May 17, 2000, three months after the ouster of Jill Barad.

If Barad was considered by some cynics to be the ultimate Beverly Hills Barbie Princess, then Bob Eckert was thought in some quarters to be the epitome of the white-bread Midwesterner, Ken. Glitz-and-drama-free, Eckert was in fact the anti-Barad.

Unlike the glamorous Barad, who was said to have been the model for a sexy movie character played by Demi Moore, the understated Eckert appeared more like the likeable Chevy Chase character, Clark Griswold, the food additives researcher and jovial suburban dad in *National Lampoon's Vacation*.

But unlike Griswold, Eckert was no buffoon. Married and the father of four children, the 45-year-old Eckert had spent half his life

183

Exhibit A - Page 193

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518662

184                    T O Y   M O N S T E R

climbing the ladder at Kraft to become its CEO, typical of the company, whose parent was Philip Morris, grow at a reported quicker pace than most other food industry companies. But despite his years of loyalty to Kraft, when Eckert was quietly approached by an executive recruiting firm on Mattel's behalf, he readily agreed to a series of secret interviews over a two-month period.

Eckert had been with Kraft, located in the Chicago suburbs not far from where he grew up, since 1977, and had been CEO for just three years, the same as Barad's tenure. When he joined Kraft, it had been publicly described as "the sleeping giant of the food industry," which he saw as an opportunity, a place to move up in the ranks. Eventually, Kraft was considered *the* venerable supermarket leader in providing America with ready-to-eat processed cheeses, lunchmeats, and desserts sold in vacuum-sealed clear plastic packages. Eckert often called the company "the undisputed leader" in such edibles.

Before being named Kraft's CEO, he'd spent three years—from 1993 to 1996—as president of Kraft's Oscar Mayer Foods Corporation, at a time when the division was "searching for ways to stoke the American appetite for processed meat." Oscar Mayer's best-known product was the all-American hotdog, which was promoted with what became a pop culture icon—a hotdog-shaped vehicle called the Weinermobile, a version of which was designed by Harry Bradley, who was a key player in Mattel's Hot Wheels project during the Handler era.

Unlike Barad, who had lots of flash, charisma, and creativity, Eckert was a rather bland, monotone numbers-guy who had a reputation for cost-cutting, brand-building, and manager-development. "It's challenging to do those three things simultaneously," the self-styled multitasking executive once offered.

Asked by the *New York Times* at the time of his appointment to describe his management style, Eckert simply said, "I try to be just another person."

■ ■ ■

Eckert's accomplishments early on were quite impressive for a seemingly low-key, unpretentious guy who grew up in middle-class surroundings in the conservative Republican enclave of Elmhurst, Illinois, a mostly

Exhibit A - Page 194

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518663

blue-collar Windy City bedroom community, and typical of the mythical Chicago suburb where the fictional Clark Griswold resided with his wife and two kids.

The striking similarities between Eckert and Griswold are surreal. In the film *Vacation*, the Griswolds take the ugly green-with-faux-wood-paneling "Wagon Queen Family Truckster" on a cross-country trip to a Southern California amusement park called "Walley World—America's Favorite Family Fun Park." In real life, Eckert and his family had what's known as the annual "RV Getaway," which entailed the entire Eckert clan—elderly relatives and all—renting recreational vehicles and camping at a favorite state park in Michigan, a family tradition that had happened in the summer for decades.

He and his family were so tied to their Midwestern roots that when he got the offer from Mattel, he had trepidations, mainly about leaving the heartland. "I had the stereotypical perception of anybody working in Los Angeles as being the 'Let's do lunch crowd,'" which he felt was in "stark contrast" to the "Let's get to work" crowd that he had worked with for years at the Northfield, Illinois, headquarters of Kraft Foods. He was equally afraid of telling his children that they had to move to Southern California. However, they quickly jumped into the L.A. vibe, from volleyball to surfing to outdoor photography.

The *Chicago Tribune*, describing Eckert's leadership not long after he took over Mattel, said he was "the picture of Midwestern sobriety."

■ ■ ■

Born on August 14, 1954—five years before Barbie came into the world—Eckert was the middle son of the former Pearl Rippy, and Elmer A. Eckert, who became one of Elmhurst's few dentists after serving in World War II. Eckert had a younger sister, Linda, and an older brother, Edward, whom friends remembered as a "James Dean type" who rode a motorcycle and was "more rambunctious" than Bob.

The Eckerts were the epitome of an all-American family living in an all-American town. Bob's mother was known for her baking, a real-life Betty Crocker. His father, known to friends as "Elm," was a regular, easy-going, religious guy who was a member of the Fraternal Order of Masons, helped develop the town's YMCA, drove a convertible, repaired

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518664

186                    T O Y   M O N S T E R

antique clocks as a hobby, and liked to use the expression "high on the hog."

Ralph Will, who was Master of Elmhurst Masonic Lodge 941 in 1969, was a friend and fraternal brother of Dr. Eckert, and thought of him as a bit of an eccentric. "He was a maintenance guy for our building, and was on the committee for maintaining the building. The lodge met there early in the week, and he used to go in there on Saturday and sweep and mop and dust the place so everything was nice and clean for Sunday when a church met there. The lodge didn't hire a janitor. They tried to get by as cheap as possible."

Bob Eckert described his father and mother as classic "Greatest Generation" parents—those who served in uniform during WWII, and those who kept the home fires burning and the defense plants humming.

"Those were people who were very community and civic-minded. We used to talk about sharing your time, your talent and your treasures for the benefit of others," he said in an interview for *Kellogg World*, the alumni magazine of the Kellogg School of Management, at Northwestern University, where he earned his MBA in 1977. "I was raised with the belief that we are very fortunate. Not only were we born in America, but we were born, certainly, on the other side of being poverty stricken."

He used those comments as a jumping off point to boast about his "good fortune to work for two companies that share similar values"—Kraft and Mattel, which he asserted were "both very involved in their local communities and share a culture of giving back."

Elmer, 91, and Pearl, 88, died one day apart in May 2008 after 66 years of marriage. Besides their children, they were survived by eight grandchildren and two great-grandchildren.

■ ■ ■

Sixteen miles west of the Chicago Loop, Elmhurst's claim to fame while Eckert was growing up was that it was home to the largest Chevrolet dealer in the country, and was corporate headquarters for the Keebler Company, the cookie maker. A commuter suburb, Elmhurst during the 1920s had been the largest city in Dupage County, long a powerful Republican stronghold.

Exhibit A - Page 196

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518665

In the sixties, while Eckert—known as "Bobby" to his pals—was coming into his teens, Elmhurst, all 10 square miles of it, had a population of almost 37,000, 18 of whom were African-American, or as the 1960 Census showed—99.8 percent white, and 0.0 percent "Negro."

One of his friends growing up, Barb Tilden—the first Barbie in his life—who lived 10 houses away from the Eckerts' modest, two-story, red-brick Cape Cod–style house, remembers him from their days at Washington Elementary School as "one of the cutest kids, nice, very quiet, and he was a little guy." The two went all through school together, were confirmed together, and his father was her dentist.

Another Washington Elementary School friend, Candy Purdom, lived three blocks from the Eckerts on South Parkview in Elmhurst's pleasant Crescent Park neighborhood, where beautiful elm trees once lined the streets until Dutch Elm disease destroyed most of them. Purdom and Bobby also went to Sunday School together at the nearby First Congregational United Church of Christ. "He reminded me of Timmy in the *Lassie* TV show," she says. But like others, she lost track of him when they went on to junior high and high school because "he was below the radar."

One of Eckert's close chums in elementary school and later was another future titan of industry. In 2002, Dave Fitzpatrick scored a $22 million package as executive vice president and chief financial officer of Tyco International in the wake of the scandal involving chairman Dennis Kozlowski, who was sent to prison for misappropriating more than $400 million of the company's funds.

In 1968, Eckert entered York Community High School as a freshman in the Class of '72, some 900 students strong.

While the rest of the country was in ferment—violent protests against the Vietnam War; the assassinations of Dr. Martin Luther King and Senator Robert Kennedy; riots in the streets of America's big cities; and the election of Richard Nixon as president—student life at York seemed in some sort of time warp.

Frank Canzolino, an honors student, observed,

If it was happening in the country, it sure as hell wasn't happening in this little suburb, a non-radical place. There were no demonstrations, nothing like that through my high school years.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

188                    T O Y   M O N S T E R

Elmhurst was about as easy-going a place as you could possibly want to grow up.

As class member Glenn Balsis declares, "With few blacks, we didn't exactly have a balanced approach to life." Jackie Deshich Urso says many of the students at York were from families who were part of the "white flight from Chicago." She recalls that beyond a couple of black students in the Class of '72, there were only four Jewish students. "Elmhurst," she says, "was a white Republican conservative enclave."

It was in that kind of vacuum-sealed environment that the future leader of the world's largest toy company came of age. Many members of the class who were interviewed had no recollection of Bob Eckert as any kind of standout in high school. In fact, as they pointed out, he was virtually invisible.

In the 1972 yearbook, the only evidence of his attendance is the standard class picture. There is no indication that he was involved in any sport in a school known for its cross-country team; no involvement in music in a school known for its bands—although Eckert later confessed to *USA Today* that he became a fan of The Who, Led Zeppelin, and The Eagles while in high school; and no honor society involvement in a school that sent more than 90 percent of its graduates to colleges and universities. For a future leader of corporate America, Eckert was a virtual nonentity.

Of the successful York High graduates besides Eckert, the most remembered was "affable and bright" Ken Paulson, who became editor-in-chief of *USA Today*. Even though the newspaper covered Mattel and Eckert extensively in its business pages, Paulson says, "I didn't know Bob in high school. There were 800 of us in our graduating class and I don't think we've ever met."

Many of the students in the Class of '72 honors courses went on to prestigious schools like the University of Chicago, Harvard, Yale, and William and Mary. But Eckert took a different route. He went to the University of Arizona, a party school remembered during that time for its coeds with Farrah Fawcett hair and jocks in convertibles with CB radios. There, he earned a BS degree in the Class of '76, the year of the U.S. Bicentennial celebration. Within the school's enormous student population, Eckert seems to have been as invisible as he had been in high school.

Exhibit A - Page 198

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518667

He then went on to get his MBA in marketing and finance at
Kellogg, joining Kraft upon graduation. At Kraft, it took him a decade
to get his first vice presidency, in strategy and development in grocery
products—and just about every two or three years thereafter he moved
up the executive ladder until becoming president and chief executive.

Eckert himself later said in an interview after he became an industry
leader, "You never would have predicted that I'd be a CEO someday
I guess no one else would have, either."

■ ■ ■

Eckert did well with Mattel early on, and especially in terms of his
own bank account—which quickly sparked criticism when it became
public, especially in the wake of the furor over Barad's final paycheck.

Mattel offered him a three-year contract that paid him an annual
base salary of $1.25 million, and an annual bonus equal to his salary,
which could triple if he met prescribed goals. Another bonus was built
into his contract—one that could pay him as much as $8 million over
his first 36 months in office. Just by putting his John Hancock on the
dotted line of his contract, he walked away with a healthy $2.8 million
signing bonus. He received free shares worth $7.7 million, and options
on 3 million shares that at the time had an estimated value of more
than $11 million, with a strike price of almost $7 million. Moreover, if
he was fired after three years, he'd get a pension worth $550,000 a year.

Beyond all of that, he was handed a $5.5 million loan that included tax
gross-ups, giving it a true estimated worth, according to compensation expert
Graef Crystal, "of around $11 million." The loan was presumably so he
could purchase the fancy home he acquired in the spectacular Rancho
Palos Verdes Estates above the Pacific. The house would eventually undergo
what was described as a two-year decoration-and-renovation project over-
seen by his wife, Kathie, using a decorator known for her work in Las
Vegas, the same one who had decorated former Mattel executive Diana
Troup's house. Better yet, Mattel would eventually forgive the loan.

Writing in the *Los Angeles Business Journal*, Crystal called the deal
that "the directors of Mattel fashioned" for Eckert as "equally galling"
as the "obscene amount of severance" handed to Barad.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

190          T O Y   M O N S T E R

If he doesn't work out, shareholders will again foot an expensive bill for failure. Eckert's contract should be called "Jill 2," to use the fitting lingo of a Grade-B slasher movie. Nothing in its terms should give shareholders confidence that this is a company doing what it takes to dig itself out of its hole.

As it turned out, Eckert did even better than expected in the first seven months on the job. *Forbes* reported that he made "more than $12 million in salary and bonuses"—$4 million in bonuses and $7.7 million in stock awards.

■ ■ ■

Eckert's first big controversy at Mattel involved his staunch defense of Jill Barad's $50 million golden handshake. As the new CEO, who scored quite a glorious compensation package himself, he publicly stated that the Mattel board was "obligated to fulfill her contract" and even sweeten it in order to change leadership post-haste and "for the good of the company."

Eckert offered his Barad mea culpa some three weeks into his tenure at a meeting with shareholders who were furious at seeing the company's market value drop by $7 billion over the past year. They reportedly interrupted Eckert's presentation several times. He asked them to save their questions until he finished his presentation, but surrendered when many shouted at him until they were recognized. In the end, the shareholders who didn't sell off their stock had to wait it out and put their faith in Eckert.

Meanwhile, Barad, with her Mattel bounty, accepted election to a newly created seat on the board of Leap Wireless International, Inc., a wireless communications carrier, and a spinoff of Qualcomm. Leap's chairman and CEO, Harvey P. White, said Barad "will contribute strong strategic leadership and a track record of consumer marketing successes to Leap. Her track record . . . adds another dimension to our outstanding board." Incredibly, there was no mention in his announcement that Barad had just brought the world's largest toy company to its corporate knees. She also remained on the board of Pixar Animation Studios, Inc.

Exhibit A - Page 200

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518669

Although Barad had exited Mattel with a wad of dough, she did not receive as much as a farewell party from the company to which she gave so much of her life. Under better circumstances, there would have been a big, catered bash, but the security guards who were said to have escorted her out of the El Segundo headquarters for the last time weren't in much of a festive mood, and were just doing their job.

"After Jill had left the company she threw her *own* goodbye party because at Mattel she was just *out* the door," says Diana Troup.

> About a year-and-a-half after she left the company, she had a party at her home where she invited her people who she really enjoyed the most to celebrate her career at Mattel, and that was wonderful. The people that were there for her at Mattel were the people that liked her, that did not say bad things about her, who genuinely did a great job for her. It wasn't like *I'm only going to have the crème de la crème*. Her assistant was even there. She invited people from lower level to upper level.

> Barad also tossed a glitzy 50th birthday party for herself at a fancy restaurant. "We had to do something in the way of a little performance for her," says Troup. "It wasn't like she was Marie Antoinette and *please come and entertain me, do something special for me*. That was not from her, that was from her husband. So he got up there in a top hat."

At the same time, Troup, who had left Mattel because of her cancer, had joined Barad in a top-secret business venture, working out of her newly opened offices shared with her producer husband in Beverly Hills. "She couldn't do dolls because of her agreement with Mattel," says Troup. "We did something that was not toy-related, that was just *gorgeous* and *beautiful*." But in the end, Barad made the decision not to market the product.

■ ■ ■

One of Eckert's big headaches, the troubled Learning Company, the purchase of which had resulted in Barad's ouster, was finally put on the block by Mattel in spring 2000 with a stern directive from the new CEO, who saw the company as a "distraction," to sell it at any cost.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA2 1518670

192                    T O Y   M O N S T E R

He wanted a fresh slate. There were business media predictions that the interactive educational software company might sell for as little as $200 million, or about 5 percent of the $3.6 billion Mattel had paid. Credit Suisse First Boston was retained to handle the sale.

"Call it a learning experience," joshed *Forbes*.

Finally, in October of Eckert's first year, Mattel dumped the albatross from around his neck. A corporate turnaround firm, Gores Technology Group, purchased the company—amazingly for *no* cash and what was described as "an unspecified share" of future Learning Company earnings. Mattel even agreed to pay off a big chunk of the company's debt—a whopping $500 million. For the year 2000, Mattel's net loss for what was considered "one of the biggest corporate blunders ever" amounted to more than $430 million.

Moreover, as a result of shareholder lawsuits that were filed in 1999 and 2000 relating to Barad's atrocious acquisition—suits that charged mismanagement and breach of fiduciary duty—Mattel had to ante up a whopping $122 million.

But that was peanuts compared to the hell Bob Eckert and Mattel were about to enter as Barbie came face-to-face with the new world order of dolls—a street-tough, very sexy, and ethnic-looking pack that appeared to be putting Mattel's royal princess into retirement.

Exhibit A - Page 202

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518671

# Chapter 15

# Barbie's Aging, Eckert's Making Excuses, and the Bratz Pack Is Booming

Through the early to mid-2000s, the Mattel CEO appeared to get Mattel under control. The reverse of Barad, he under-promised, overdelivered, trimmed the fat by cutting jobs, and kept the product line basic. Earnings were up and Mattel was starting to make money again. He appeared to be bringing stability to the long-volatile toy giant. Right below Oprah Winfrey, he was named one of the top 25 managers of 2001 by *BusinessWeek*.

As the magazine noted in a November 2002 story titled, "Mattel's New Toy Story," Eckert "believes he can take a lot of the guesswork

193

Exhibit A - Page 203

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        MGA2 1518672

out by selling toys that make money year in, year out. . . . Eckert would love a blockbuster toy. But he won't sacrifice steady growth to get it."

Evidently, Eckert knew coming in after the mess Barad had left behind would be a challenge. As such, he concluded that Mattel needed "to refocus on its core toy business—Barbie, Fisher-Price, Hot Wheels, Matchbox." He also was aware that the world's largest toy company with its 25,000 employees in more than 40 countries was too disjointed, with a number of divisions. Worse still, the corporate culture was horrific, with "discord and inefficiencies," and "an abundance of contention and aggressiveness," with groups refusing even to talk to each other.

It was clear, he believed, that Mattel's various divisions were working in "silos and were not very collaborative." As he put it, "There were opportunities for improvement" and the "biggest one was in the area of leadership development, and training programs in building leadership capabilities." Workers, he believed, are not dummies. "They knew what had to be done. It was management that stood in the way."

■ ■ ■

Under Eckert, Mattel appeared to be on an even keel, but soon growth and profits began to slow once again.

By the middle of the first decade of the 21st century, Mattel was again missing earnings targets, and Eckert was making excuses to Wall Street analysts—the retail environment was too tough; higher gasoline prices were keeping stay-at-home moms from taking the kids to the local Wal-Mart to fill their shopping carts with Barbie dolls and Polly Pockets, he bemoaned.

As *Fortune* observed in the article "To Thine Own Self Be True, Barbie," "each quarter Eckert seems to come up with a new extenuating circumstance to explain his profit problems."

As Christmas 2005 approached, the busty blond who was Mattel's big earner, who made up a quarter of the company's sales, was flat—her revenue was down for more than eight successive quarters. Gross sales for Barbie worldwide had slumped to as much as 15 percent. "Our biggest challenge ahead," Eckert stated, "is reinvigorating the fashion doll business . . . reinvigorating the Barbie brand. . . ." Moreover, Mattel

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MGA2 1518673

reported an $87 million loss on sales of $1.7 billion during the first six
months of the year.

*Business Week's* headline told the story: Not Much Fun and Games
at Mattel.

Evidently, Mattel could do without the flash and even the charisma
of a Jill Barad, but creativity was the heart and soul of a great toy
company—and that was one executive asset Eckert appeared to
be lacking. As one Wall Street analyst pointed out at the time of his
appointment, "Cheese, while a consumer product, is very different than
toys which can be fad-driven."

■ ■ ■

Eckert had come into the job at Mattel with the staunch belief that
for Mattel to continue to succeed and grow and keep shareholders
happy, he had to return to its core products. Barbie was at the top of
his list. But Barbie had begun to get long in the tooth, her age was
showing, and the taste of little girls was changing. This new generation
wanted toy hotties like they saw on MTV videos and in celebrity
magazines. The likes of Britney Spears and Paris Hilton were their
role models, not the dated, conservative image that Barbie still had.
But Eckert and Mattel didn't appear to have the vision to gauge the
changes in the taste of their prime girls' toys customers.

Suddenly, Barbie was being blitzed in sales by an upstart doll called
Bratz, which down the road would lead to the biggest, most costly and
vicious court battle over a toy in the history of the industry (more on
that in Chapter 20).

Bratz was first brought to market in mid-2001 by MGA
Entertainment, started by Isaac Larian, a young entrepreneurial Jewish
Iranian immigrant who had come to America with $750 in his pocket.

The first Bratz Pack—Yasmin, Cloe, Jade, and Sasha, all with a "pas-
sion for fashion," according to MGA—were considered by Larian "not
merely dolls but 'fashion icons' that look to the runways and what kids
wear in and out of school for inspiration," as he later told the publica-
tion *Brand Strategy*.

With the dolls' bright-red lips as if injected with collagen, huge
almond-shaped eyes, bubble butts, and erotic bellies extended from

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518674

196                     T O Y   M O N S T E R

tight little tops, mysteriously ethnic and streetwise, they looked nothing like Barbie, and in fact were considered the "anti-Barbie" by Larian.

By Christmas 2001, to Eckert's dismay and concern, Bratz had become the top-selling doll brand in France, Spain, Israel, and Italy, and soon topped Barbie in Great Britain, and quickly began outselling Barbie in the United States. (Even worse, as Eckert and Mattel would eventually learn, the idea for the Bratz contingent had been developed by an ambitious young Mattel doll designer, Carter Bryant, who would become a key figure in the toy trial of the century. But that was still to come.)

The business magazine *Baseline*, in an article entitled "How Barbie Lost Her Groove," observed, "Girls who wanted attitude and ethnicity, not pert and pale [Barbie], bought $20 million worth of Bratz dolls in the first six months they were out." Bratz also won the People's Choice Toy of the Year award from the Toy Industry Association.

But that was just the beginning. As Christmas 2003 neared, MGA claimed that Bratz and its licensed products had a whopping $1 billion in sales.

By 2006, 125 million Bratz dolls had been sold worldwide, and global sales had reached more than $2 billion, still $1 billion below Barbie, but Barbie sales were continuing their decline and stagnation.

■ ■ ■

The only similarity between the slutty Bratz dolls and perky Barbie was the controversy the MGA line stirred. The Pack was attacked on all sides by parent organizations and other groups for promoting sexuality in young girls, along with materialism and consumerism.

With the popularity and sales of Bratz soaring seemingly out of the blue, Mattel—even with its "world class corporate intelligence system that consisted of teams of research scientists" working with business intelligence software—was caught completely off-guard and defenseless. The company's immediate red-alert response was to get a competitor in the stores as soon as possible, but under the many layers of bureaucracy and protocols at Mattel that emergency effort took some 14 months.

Mattel came out with a line called My Scene that included a trendier Barbie—more urban, more ethnic, more bling, and hotter—along with hip newcomers Madison and Chelsea. To Eckert's dismay, the brand didn't put a dent in Bratz's soaring sales. Worse still, it would

Exhibit A - Page 206

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518675

spark a lawsuit several years later from Isaac Larian at MGA, who saw similarities with his Bratz girls, just as the original Barbie was much like the German Bild-Lilli that had also ignited litigation against Mattel.

Caught by surprise by the Bratz bombardment early in his reign, Bob Eckert found a scapegoat. He ousted 43-year-old Adrienne Fontanella, who had served for three years as president of the girls/Barbie entertainment unit that included the My Scene rush-to-market concept.

Fontanella had been the discovery of, and anointed by, Jill Barad, to oversee the $1.8 billion world of Barbie, and other toys. Fontanella gave Barbie a slight breast reduction and less makeup.

Veteran toy industry analyst Margaret Whitfield of Stern, Agee, and Leach, who had been covering Mattel since the mid-1990s, told the author in April 2008:

> Adrienne did not react soon enough to this threat that Bratz brought to the company. Mattel should have undercut the Bratz doll big-time out of the gate with a Barbie that was priced so cheaply that no one would want to pay for Bratz. Or Mattel should have had a hipper design for girls six and up which is what Bratz's strong suit was.

> But there was no such action on the part of Mattel. In my view, Bob Eckert, overseeing this, did not react quickly enough. He's the kind of guy who probably lets things go too long before he intervenes.

> I have been disappointed in the evolution of Barbie under his reign. I believe that action should have been taken a lot sooner either to change the management of Barbie, or for Mr. Eckert to get involved a lot sooner than he did in making changes at the top and combating the Bratz invasion.

Fontanella's ouster was announced as part of Eckert's consolidation of the boys' and girls' divisions, placed under Matthew Bosquette, which mainly had to do with the beating Barbie was taking from Bratz in what was known as the Doll Wars.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518676

Like other Mattel executives axed for poor performance, Fontanella got a hefty severance—$6.5 million, three years of health benefits, the forgiving of loans totaling a reported $3 million, but that's not all. Her golden handshake also included country club membership for three years, and even tax preparation counseling. She also got to keep the most prized doll she had on display in her executive suite—it wasn't Barbie, though her windowsills were lined with various Barbies—but rather a reproduction of Fontanella herself as a bride with a photograph of her bridesmaids in the background.

Whitfield points out that Bosquette, who was appointed by Eckert to succeed Fontanella, did even worse in his effort to compete with Bratz. "His solution was to go even edgier, and he developed that God-awful line called 'Flavas'—and that was a total bomb."

"Flavas"—as in "flay-vuhs," hip-hop, urban street pronunciation of *flavors*—meant "personal flavor and style." Armed with cell phones and soda cans and even a graffiti wall, the 10- to 11½-inches-high Flavas dolls—Kiyoni Brown, Happy D, Tika, Liam, Peebo, and Tre—sparked more criticism than sales. Detractors, and there were many—rappers and hip-hoppers among them—claimed the dolls stereotyped young African-Americans, and made fun of instead of complimenting the culture of hip-hop. Critics also pointed out that the Kiyoni Brown getup—a microminiskirt and halter top—made her look like a "video hoochie."

The *New York Times* in "A Makeover of a Romance" noted that Mattel's attempt to compete with Bratz by introducing Flavas was "like a desperate publicist trying to revive the moribund career of a Hollywood star."

On Wall Street, Flavas also raised questions about whether Mattel—read *Eckert*—had any handle whatsoever on the contemporary doll market with midlife-crisis Barbie still ruling the El Segundo roost, and the company's seeming desperation to battle the new kids on the block. In a story titled "To Lure Older Girls, Mattel Brings in a Hip-Hop Crowd," the *Wall Street Journal* in July 2003 reported, "In the 44 years since it introduced its bombshell Barbie, Mattel has rarely brought out a doll line to compete with her."

The toy industry trade magazine *TDmonthly* observed that in an attempt to counter MGA's juggernaut, "Mattel has done the unthinkable

Exhibit A - Page 208

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MGA2 1518677

and created a competitor to its enduring Barbie line. . . . Mattel will have to hit the ground running to catch up with Bratz, which currently has 130 licensees worldwide" with hundreds of millions in projected sales.

And Flavas gave Isaac Larian a good laugh, too. "The only thing that's missing," he opined at the time, "is a cocaine vial. You think of Mattel, you think of Barbie and you think of sweetness. . . . This is like 'gangster Barbie,' and I think it's going to backfire."

He was spot on.

Faced with so much criticism and few sales, Mattel canceled the Flavas line a year after its introduction, and Eckert soon after booted Bosquette.

For many it's great to be hired by Mattel, and for some it's equally good to be axed, as Barad and Fontanella would attest.

Bosquette, who had been promoted by Barad during her ill-fated reign, walked away from Mattel with $5.4 million in severance—three times his annual salary—and received his bonus for the year. Moreover, the day he was fired, Bosquette secured a consulting deal with Mattel that gave him $1.5 million for two years—consulting services that, according to his agreement, "do not interfere with the consultant's personal and professional activities—as determined by the consultant."

A golfer, he also had his initiation fee paid to a country club, and got his leased company car for $100.

John Vogelstein, the head of Mattel's board compensation committee, took it on the chin from Graef Crystal who, in a piece for Bloomberg.com, declared, "If there's one thing that can be said about Vogelstein, it's this: He gives good severance."

And this was at a time when Mattel was once again facing what could fairly be called hard times.

Worse still, Mattel and Eckert were about to become entangled in a scandal that would make the Barad fiasco and the Ruth Handler scandal seem like child's play.

Exhibit A - Page 209

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518678

Exhibit A - Page 210

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518679

# Chapter 16

# Toy Terror 2007

To Bob Eckert, the toy giant appeared to be on a straight-and-narrow course at the start of 2007. Perky-breasted plastic Barbie, still the company's centerpiece, but seemingly running neck-and-neck with Bratz, had joined the age of the Internet, with a free website called BarbieGirls.com, allowing children in the 7-to-12 age group to create their own virtual characters, design their own room, and even customize their characters' outfits at a cybermall. The concept would also launch in about a dozen other countries, and Mattel had plans to hawk a $59.99 MP3 player to interact with the website.

At 48, Barbie was online with the likes of such new child pop-culture heroines as Hannah Montana, and that evil Bratz newcomer, who was giving her, or at least Eckert, palpitations.

But, as *Forbes* noted, Eckert "is making sure Mattel's impossibly blonde figurine, and its other classic brands like Hot Wheels and Fisher-Price, will stay on top 21st-century style." This included what the company termed *Premier Alliances*, connecting its iconic brands with major players in entertainment, sporting goods, clothing, and electronics—the likes of Time

201

Exhibit A - Page 211

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518680

202                                T O Y   M O N S T E R

Warner's Cartoon Network, the Walt Disney Co., and Universal Studios Home Entertainment.

Even better, Mattel had posted first-quarter 2007 profits in the face of analysts' forecasts for a loss—although U.S. sales for Barbie had dropped a troubling 21 percent, which Eckert blamed in part on a decline in "shelf space" in stores. In fact, Barbie was facing stiff competition from that upstart, freaky-looking doll called Bratz who had none of Barbie's old-fashioned glamour. But Eckert was confident that Barbie would again reign supreme. Barbie's losses were offset by strong sales for the preschool Fisher-Price brands and Hot Wheels.

"While not a particularly significant quarter within the seasonal toy industry," an optimistic Eckert noted, "our positive first quarter results are a good start to the year."

Little did he know.

■ ■ ■

"Friday the 13th" in any given year is considered by some an unlucky day, a good time to stay in and keep one's head down, if one believes in scary legends. Eckert had some last-minute work to clear up on Friday, July 13, 2007. He was looking forward to the weekend and a Saturday morning run, one of the ways he relaxed, and some quality time with his family in their spectacular multimillion-dollar home—paid for as a company perk—in the fashionable Palos Verdes Estates (long an enclave for Mattel honchos) overlooking the Pacific, south of the toy monster's El Segundo headquarters.

Eckert had hoped he could leave the office a bit early—he was not known as a workaholic—but his TGIF dreams were shattered when he was interrupted by one of his top lieutenants, Tom Debrowski. For Eckert, the dark myth of Friday the 13th was about to become stark reality.

As he recalled later, the first words he heard from Mattel's executive vice president of worldwide operations were "We have an issue."

Before the crises of high gasoline prices, bank and financial institution failures, government bailouts, and home mortgage foreclosures, there was Mattel's toy terror summer of 2007, when potentially deadly magnets and lead in paint in the company's most popular toys plagued parents and children, tarnishing the image of Mattel in the hearts and

Exhibit A - Page 212

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518681

minds of the public, the media, consumer groups, and lawmakers in the nation's capital.

Eckert's problem had actually begun quietly a little over a month earlier, on June 8, when Auchan, a French direct importer, had tested for lead in paint on some of Mattel's preshipment toys destined for stores in France. Auchan had retained Intertek, an independent laboratory in Europe, to perform the test on a sample of toys manufactured for Mattel Asia Pacific Sourcing, known as MAPS, by Lee Der Industrial Company, Ltd. Lee Der was a vendor in the toy-manufacturing center of Guangdong province, in southern Communist China, the land of outsourcing and home of the largest toy-manufacturing industry in the world—the North Pole notwithstanding—where some 70 percent of Mattel's toys are made.

Lee Der Industrial was not a neophyte among the tens of thousands of vendors doing business for big American companies in the new and booming economy of China. It had been making toys for Mattel for 15 years, which included painting them.

Mattel's people in China, known as "product integrity employees," ordered shipment of the item halted and asked Lee Der to remedy the problem. On June 29, Mattel received what it thought was good news: A subsequent lead test by Intertek on another batch of the same toy proved negative.

Eckert would later testify before one of a number of congressional committees in the both the House and Senate probing the scandal, "The product passed the lead test. At that point, Mattel Product Integrity employees in Asia had reason to believe that Lee Der had solved any lead paint issue that it had."

But around the same time that lead in the paint was ruled out, a consumer telephoned Mattel's U.S. call center with a conflicting and more worrisome report. The customer had discovered lead paint in a toy using a home test kit. Mattel claimed later that that toy had been made by Lee Der. Children gnawing on toys containing lead in the paint can suffer headaches, stomach ailments, and death if large quantities of lead are ingested. Lead paint has been banned in the United States since 1978, because lead poisoning can trigger neurological problems, especially in children.

Mattel tried to replicate the same positive lead outcome without success.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

204                    T O Y   M O N S T E R

As American families were about to celebrate the 4th of July 2007 holiday, unaware that some Mattel toys their children were playing with might be toxic and dangerous, a third test by Intertek for Auchan once again found high levels of lead in the paint on another sample of the originally tested toy in a different batch made by the Lee Der company.

In the following days, more toys with more lead in the paint were found, and Mattel's Asia operation notified Lee Der that it would accept no more of its product.

Incredibly, it wasn't until July 12—more than a month after the first lead paint was discovered in the test for the French importer Auchan—that Mattel's officials in Asia notified senior management in El Segundo.

The next day, what became known privately within Mattel as "Black Friday the 13th," Debrowski ruined his boss's weekend plans when he informed Eckert of the problem. According to the chief executive's subsequent testimony before the Subcommittee on Commerce, Trade, and Consumer Protection, "an immediate freeze of all shipments of suspect Lee Der products" was ordered.

On its own, Mattel began a quiet investigation to determine the cause and scope of the lead paint fiasco, the affected toys, whether any had been shipped, and the dates of production. The chief executive later asserted that the lead levels were traced to "yellow pigment in paint used on portions of certain toys" manufactured by the Lee Der company in what Eckert described as "a previously undisclosed plant" located in Foshan City, China.

Under the rules of the Consumer Product Safety Commission (CPSC), the watchdog agency responsible for keeping Americans safe from dangerous and defective products, companies like Mattel are required to report a potentially dangerous problem within 24 hours of its discovery. But Mattel had felt for years that it didn't have to abide by those guidelines, that it could police itself until it felt ready to file a report that could lead to a recall.

Finally on July 20—dozens of hours later—Mattel filed an "initial report" with the CPSC, which, like Mattel, would also come under a barrage of media fire and intense congressional scrutiny for inaction, understaffing—there was only one toy tester in the entire agency—and questionably close ties between agency officials and the industries it oversees, such as toys.

Exhibit A - Page 214

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        MGA2 1518683

Toy Terror 2007                                        205

Mattel didn't file a "full report" with the CPSC until July 26, indi-
cating what Eckert later described as the company's "desire to institute
a fast track recall" of all products that Mattel believed "could contain
impermissibly high lead levels."

The first 2007 mass recall of Mattel toys was on August 2,
almost two months after the initial discovery of excessive lead in the
paint. More than 80 types of popular preschool Sesame Street and
Nickelodeon toys, among them Big Bird, Elmo, Dora, and Diego—
almost a million units sold in the United States, the United Kingdom,
and other countries around the world between May and August under
the Mattel's subsidiary Fisher-Price label—were ordered returned.

Mattel offered a boilerplate apology to its millions of loyal and trust-
ing customers in the United States, and gave Wall Street notice that the
recall would cut pretax operating income by $30 million. But that was just
the beginning of bad news for its stockholders—and its customer base.

■ ■ ■

Five days later, Mattel, in an apparent attempt to throw all of the blame
about the recall scandal on China, chose to disclose to the world that
the lead-tainted toys had been made by Lee Der Industrial, and
that Mattel had ceased accepting shipments from the manufacturer.

Moreover, Mattel claimed it alerted its competitors to Lee Der's
alleged misdeeds. A Mattel spokesperson never identified the competi-
tion by name, but asserted, "We do not consider safety to be a competi-
tive advantage." Normally, in the $22 billion dog-eat-dog toy industry,
one company wouldn't give ice away to another in the middle of a
blizzard, so Mattel's decision to voluntarily share information about
a vendor seemed rather curious.

The next day, in the wake of Mattel's revelation, the Chinese state
media ominously announced that the country would "severely" punish
those involved in the toy safety scandal, which in this case was Lee Der.

A Chinese quality control official was quoted as saying,

Concerning those involved in seriously conspiring to break the
law, the parties involved will be transferred to legal authorities
to be dealt with severely according to the law. The supervision
bureau will increase its level of management, stop the export of

Exhibit A - Page 215

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518684

206                    T O Y   M O N S T E R

the goods in question and resume exports when qualifications
are completely overhauled.

In short order, Lee Der's export license was revoked, and the Chinese
government publicly revealed that a fake lead-free paint pigment had been
shipped to Lee Der by its paint supplier, sparking a government probe
into the sale of bogus lead-free pigment in China that then arrived on
toys in the United States and elsewhere, jeopardizing the lives of children.

Mattel's adverse publicity about the Chinese company then led to
another shocking and tragic development in the escalating toy scandal.

On Saturday, August 11, the Hong Kong businessman who owned
Lee Der Industrial, 52-year-old Zhang Shuhong, committed suicide. He was
found hanged on the third floor of his company's Foshan warehouse. An
employee told local reporters "our boss had two deep marks in his neck."

Zhang was reported to have spent the morning addressing some of
his 5,000 employees who were certain to be fired since the company
would lose as much as $30 million in business from Mattel because
of the scandal. These were workers who were lucky to earn $3 a day,
and many lived in tenement-like tiny rooms within the factory. The
few-and-far-between toy assemblers working in the United States
made at least $18 an hour. But there weren't many toy-making jobs
left in America. As was Japan when Barbie was first produced in 1959,
China was now Mattel's go-to country for cheap labor.

After Zhang's death, a Chinese newspaper, the *Southern Metropolis
Daily*, reported that the company had gotten the disputed paint from a
firm run by a close friend of Zhang's, and that Zhang felt that he had
been betrayed.

The *New York Times*, in a lengthy story titled "Scandal and Suicide
in China: A Dark Side of Toys," observed that Zhang's suicide "read
like the latest twist in a morality play," and noted that Zhang

> . . . was a victim . . . of his own duplicitous suppliers, of China's
> faulty supply chains, and the pressures of its loosely regulated
> brand of capitalism, where Chinese entrepreneurs feel squeezed
> between Western companies' appetite for cheap goods and the
> fierce local competition to satisfy it. . . . Zhang was one of

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 216

MGA2 1518685

the hundreds of thousands of entrepreneurs who had helped make China into the world's factory floor, providing the inexpensive goods that fill the shelves of Wal-Mart and Target.

The prestigious *Guardian* newspaper in London reported, "The finger of blame has also been pointed at Mattel for apparently failing to enforce safety standards in its supply chain. . . ."

While Mattel claimed it owned and controlled a dozen factories in China, it was contracting with as many as 40 other vendors in 2007. In 2002, the last Mattel manufacturing plant in the United States, part of the Fisher-Price division, was closed. By 2007, an estimated 70 percent of Mattel's toys were made by low-paid workers in China, and some, such as the Barbie doll, were produced in Indonesia, Mattel stated, with additional Barbie accessories made in China. Other Mattel toys are made in Mexico and elsewhere—but none are reportedly produced in the United States.

Three days after the suicide, on August 14, Mattel "suffered another blow," as the *Financial Times* noted, when it announced its second enormous recall of the summer. This recall involved some 9.3 million toys sold in the United States and 11 million in foreign countries. In all, they included popular Barbie, Polly Pockets toys, and *Cars* movie items manufactured in China—using Mattel specifications. Millions of the toys were made with tiny magnets that could seriously injure or kill a child when swallowed.

And they already had.

In its recall press release, however, Mattel gave more precedence to the lead paint found on 253,000 of the *Cars* die-cast vehicle line—the Sarge character. It wasn't until the fourth paragraph that the larger and more serious recall of toys with the magnets was mentioned. Mattel would be accused of purposely burying the more massive recall of dangerous-magnet toys, which had already caused injuries to children—and at least one child's death involving a different toy manufacturer. One such critic, Dara O'Rourke, an assistant professor of labor and environmental policy at the University of California, Berkeley, charged that Mattel "really mixed these issues," and accused the company of playing public relations.

Exhibit A - Page 217

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518686

208                    T O Y   M O N S T E R

(As early as 2005, long before the toy terror summer, two youngsters, one in Indiana and the other in Colorado, had swallowed magnets that were part of the very popular Mattel Polly Pockets brand. The children became extremely ill, almost died, and required emergency surgery. To avoid a public scandal, assert lawyers representing the families, Mattel quietly made financial settlements with the families. The horrific experiences of the children and their families are detailed later in this book.)

With all hell breaking loose, Eckert later told *Fortune*, "I had no idea this was the beginning of what turned out to be a long summer for us in the toy business."

And long it was. Before the end of 2007, Mattel and its subsidiary, Fisher-Price, were forced to have a total of five recalls of some 20 million toxic and dangerous toys mostly manufactured in China, including 675,000 Barbie accessories, in which lead paint was discovered. A congressional request for a sixth recall was denied by Mattel.

The legal limit for lead in paint is 0.06 percent, but Mattel toys recalled in 2007 had as much as 11 percent lead, which was caused by the manufacturing process of its vendors in China. Recalled magnetic toys that caused injuries to children, such as Mattel's popular Polly Pockets brand, however, were the result of poor design by Mattel.

*Forbes* headlined the international scandal, CHINESE TOY TERROR, and *USA Today* declared, "Mattel's Stellar Reputation Tainted."

Those two stories were typical of the worldwide coverage, and of the panic the recalls sparked among outraged and frightened parents. In the story "After Stumbling, Mattel Cracks Down in China," the *New York Times* reported that one mother angered by the series of recalls showed up at Mattel headquarters with a car loaded with the company's playthings and demanded that someone in authority go through them to see which were dangerous and which were safe; Mattel claimed none were problematic.

Nevertheless, "the blow to Mattel's public reputation was substantial," the *Times*' story observed. The indignation of parents was exemplified by an irate father in Belgium, who angrily commented on the *Times of London* website:

I am so glad this has come to light before Christmas when so many more of these toys would have been sold. I am sick and

Exhibit A - Page 218

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MGA2 1518687

tired of the greed. Please have a conscience. If you don't I hope your company has to close down.

■ ■ ■

Toy recalls, however, might not be effective at all because very few of the products ever get returned. That was the shocking conclusion of a study published at the height of the Mattel imbroglio in the August 2007 issue of the peer-reviewed journal *Injury Prevention*. Keri Brown Kirschman, an assistant psychology professor at the University of Dayton, and a specialist in pediatric injury prevention, found that many dangerous, recalled toys wind up on online auction sites and at flea markets.

"Today we're thinking about Mattel, we're thinking of Fisher-Price, because the recalls are in the news," Kirschman said, "but three years from now, when we go online to buy toys, we won't be thinking about recalls." The researcher said that when she went online she found toys for sale recalled in the late 1990s. "A concern for current Fisher-Price and Mattel recalls is that these products will linger in second-hand venues long after the publicity dies down."

One of the most knowledgeable hands-on experts on toy testing and recalls is Robert L. Hundemer, who, for almost three decades until his resignation in January 2008, was the CPSC's "sole full-time tester for toys on the market in the United States." Until his retirement at the age of 61, Hundemer worked out of grubby facilities in a 1950s building whose rundown condition, including rodent infestation, he describes as being like "a ghetto," although it's what he calls "the toy lab for all America—for all of the United States Government." Before he left the agency, when the Mattel scandal was in the headlines daily, Hundemer had become a symbol of CPSC's lack of teeth in performing its investigative and enforcement duties due to insufficient funding and personnel dating back to Reagan Administration budget cuts.

In his many years of experience dealing with unsafe and dangerous toys, Hundemer states unequivocally that "recalls are not effective. The CPSC *knows* they're not. The return percentage of recalls is very low, below 10 percent. We don't really know how many toys are returned or disposed of. We've never done a study." (During the 2007 recalls, Mattel said it planned to recycle as many components of returned toys as

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 219

MGA2 1518688

210                        T O Y   M O N S T E R

possible, but also noted that historically only about 6 percent of recalled toys are actually returned by consumers.)

Hundemer also reveals another important aspect of recalls—that they are actually *negotiated* between a manufacturer like Mattel and the CPSC. "Recalls are not an edict decreed by the CPSC," he asserts.

> You have to negotiate with the manufacturer for the wording of the recall. It's a legal process. The CPSC just doesn't go out and say, "Okay, you've got to recall these products." If you have to negotiate the wording of the recall with the other side, it's sometimes a time-consuming process. If it took four months or six months for the recall to take place, all that time the public has been exposed to the hazard. It's like the magnets, which were out there for well over a year, a year-and-a-half, before the problem became known. It's a failure of our system—a failure of prevention. Recalls are not a success story.

By the time recalls get into the public domain, the child may have outgrown the product, or the toy may have been broken and discarded, notes Hundemer, who also learned in his many years as the government's toy tester that with an expensive toy "parents measure the risk versus the reward. If it's a favored product, a lot of times parents are reluctant to discard it." Moreover, he believes that despite the publicity recalls generate in the media, "Most people aren't product geeks, so the recall just kind of passes their knowledge. The attention span is very short in all of America—and unless you are a consumer geek, recalls aren't effective."

Hundemer advocates "third-party certification" in order to make certain toys are safe, such as the kind of independent laboratory used by the French company that touched off the flood of Mattel recalls in 2007.

> You have to have meaningful independent certification by a disinterested party of a product in production, not one that's cherry-picked by the manufacturer. That's what I would want. That's my requirement. Mattel did their own certification. Obviously, they didn't do a good enough job.

But Hundemer is also critical of the manufacturing process in China and the mindset involved. "The fact of the matter is the only thing the Chinese really understand is the Yen," he maintains.

Exhibit A - Page 220

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518689

They have children, but is their eye as keen as ours when it comes to safety? Hell, no. Do the Chinese workers have the same environment as in the United States? No. Do they have the same pollution standards as in the United States? No. Do they have the same health standards as the workers in the United States? No. So why would they care about the toys they make? If they're not that concerned about their own people, where do you think we rank?

Hundemer's assertion that there were ties between the CPSC and the industries the commission oversees became public in the midst of the recall scandal.

The *Washington Post* disclosed that Hundemer's boss, Nancy Nord, the agency's acting commissioner, and the previous chairman, Hal Stratton, under whom Hundemer also worked, had taken dozens of trips at the expense of the toy industry and others that the agency regulates. "Some of the trips were sponsored by lobbying groups and lawyers representing the makers of products linked to consumer hazards," the *Post* reported in its story, "Industries Paid for Top Regulators' Travel."

In February 2006, for instance, the Toy Industry Association, the trade and lobbying group for Mattel and other manufacturers of playthings, paid for Nord's travel, meals, hotel stay, and even her parking so she could attend the annual Toy Fair in New York. This was later viewed as a probable conflict of interest, if not just plain bad judgment on her part.

As with Mattel's Eckert, Nord came under fire during heated congressional hearings. Nancy Pelosi, the speaker of the U.S. House of Representatives, called for President Bush to fire Nord, whom he had appointed. She had previously worked in public relations at Kodak.

The allegation about her close industry ties, and a letter Nord sent to lawmakers, which (incredibly) criticized a proposal in the Senate to increase CPSC's authority, infuriated members of Congress. Pelosi, for one, declared that anyone who doesn't think the agency needs more resources "does not understand the gravity of the situation and does not understand the concerns that America's parents have for the safety of their children."

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MGA2 1518690

c16.indd   212                                                   1/12/09   8:55:33 PM

Exhibit A - Page 222

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518691

# Chapter 17

# An Outrageous Apology

O n August 21, within a week of the second massive recall by Mattel, the company faced its first major legal challenge in the escalating scandal. A Philadelphia lawyer, Jeffrey Killino, an expert in dealing with problems resulting from Chinese-manufactured products, filed a class action suit in Los Angeles County Superior Court.

He took the action in an effort to compel Mattel to pay for lead testing for "possibly millions" of children who might have been affected by the company's lead-tainted products. After the first two recalls, families around the country began contacting him, fearing the lead in Mattel's toys might have damaged their children.

"The families were so irate, and so sad," Killino asserts.

They were saying, "We put these toys in our kids' hands and we don't even know which ones have lead. Is my kid sick? Is my kid going to get hurt?" You want to give your kid every benefit in life, and instead of giving them every benefit, you give them a toy and you're giving them poison. There was nobody

213

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A - Page 223

MGA2 1518692

214                    T O Y   M O N S T E R

who wanted to profit from Mattel's problems. They wanted the
right thing done. They wanted Mattel to take responsibility for
having their kids tested, for paying for any medical bills. Those
were their concerns and they didn't want it to happen ever
again to anybody else. If you put a lead-painted toy in contact
with a child, every pediatrician is going to say that the child has
to be tested no matter what.

What Mattel did wrong was put toxic toys in kids' hands. So
who should pay to get the kids tested to see if they've got lead
in their system? In my estimation, Mattel put profit before
safety. When the problem arose and they got caught, they
stalled getting the word out to parents as soon as possible, and
then they should have tested the kids as soon as possible to see
if they had any lead. Mattel just cared about controlling the sit-
uation so they could get their [2007] Christmas toy sales.

One of the youngsters Killino alleges was injured by Mattel's lead-
tainted toys was three-year-old Kevin Ryan Fisher, of Chicago, whose
parents joined in the class action suit. In the spring of 2007, the tyke's
mother, Beth Fisher, noticed extreme changes in his behavior. "He
just was very, very hyper and then he would get lethargic," the mother
of four says. "It got terribly bad in the late summer, when he wasn't
speaking very well. He only had two- or three-word sentences. He
would get very angry. He would have meltdowns. He was really tired.
His appetite decreased. In my gut, I knew there was something wrong."

It was then that the Fishers read about the Mattel recalls and saw a
report on ABC's *Nightline* about the lead-tainted toys. She took her son
to his pediatrician and was shocked to learn from blood and urine tests
that he showed "a seriously high level" of lead in his system, accord-
ing to Killino. "Lead had settled in his bones, his brain, and his tissues,"
33-year-old Beth Fisher says.

She soon determined that Ryan had been eating the painted
hair off of his Diego toy, part of the popular Dora the Explorer line
imported from China by Mattel's Fisher-Price division, located in East
Aurora, New York. It was one of the Mattel toys in the August 2 recall.
"Ryan ate the hair off it," his mother says. "He used to sleep with the

Exhibit A - Page 224

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518693

Diego. He also had Monkey Boots, which is part of that line, and he ate the boots off of it. I would try to get the toys and take them out of his mouth. I didn't realize they were toxic. I had a lot of faith in Mattel."

Faced with a toxic toy situation, Fisher called Mattel's advertised recall hotline to get a list of the toys that had been recalled and to see what the company was doing for people who had been affected. The response surprised her.

> I called right after I found out Ryan was lead-poisoned. They told me to send the toys to them and then they would give me a voucher to buy the same toys. The representative then asked me whether I would continue to buy Mattel and I said, *no!* I asked to speak to a manager and she said the manager wasn't available. They obviously weren't going to acknowledge that their toys were the cause of my child's lead poisoning.

She says she joined the lawsuit because she feels that

> Mattel should pay for testing children for lead. I'm hoping that Mattel takes some responsibility for the damage they have done to these children. I'm very angry at what has happened to my child. I am a very vocal person, so everyone I know now knows my story, and a lot of people I know do not now buy Mattel toys because of what has happened to Ryan, and the fear of what might happen to their children.

■ ■ ■

After the first two recalls, Mattel went into deep-crisis mode. The recalls created a public relations disaster for the company and increased trade tensions between the United States and China. In full-page ads that ran concurrently with the second recall in the *Wall Street Journal*, *New York Times*, and *USA Today*, Eckert offered a mea culpa. In the ad, which pictured three children playing, Eckert, the father of four, said:

> Fellow parents. Nothing is more important than the safety of our children. Our long record of safety at Mattel is why we're one of the most trusted names with parents. And I am confi-dent that the actions we are taking now will maintain that trust.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MGA2 1518694

Mattel went further and produced a videotaped apologia by Eckert that aired on Mattel's website, promising things would get better. The media reaction to Mattel's spin was not positive, as exemplified by a CNN reporter who stated that "damage control is now the name of the game at Mattel, both on Wall Street and Main Street, USA." Eckert told CNN, "I'm disappointed, I'm upset, but I can ensure your viewers that we are doing everything we can about the situation."

Eckert made the TV rounds. On ABC's *Good Morning America*, he was berated by co-anchor Chris Cuomo, who suggested that the CEO's push for profits by manufacturing toys in China had endangered children. "Every batch of toys we're producing meets our rigorous standards and we're testing every batch of toys before it's released to the retail chain," Eckert maintained.

An editorial, "Toy Story: Mattel's Recall, and China Bashing," in the *Wall Street Journal* observed: "Parents will decide in coming months how much they trust products made for Mattel in China. . . ."

*Time* called Mattel's PR campaign a "punch-drunk performance."

In the eyes of the world media, the U.S. Congress, and the public, Bob Eckert became the latest international CEO poster child for corporate mistrust, accused of everything from misleading the consumer to stonewalling lawmakers in Washington who were suddenly—in the face of headlines and constituent indignation—working to enact new laws to tighten toy testing and safety.

"Why Eckert wasn't forced to resign is something I don't understand," declares Bob Hundemer, the former CPSC toy-tester-turned-industry-gadfly, who notes,

> Corporate ethics start at the top. Eckert set the tone for Mattel's corporate mantra. He's arrogant. He was all apologetic, saying, "Yes, it was our fault; we're going to stand up and take responsibility." He said that on one hand, but on the other hand, he didn't take any *personal* responsibility at all.

Officials of the Chinese government responsible for the safety of its products—China produced 86 percent of all of the toys sold in the United States in 2007—were furious that Mattel was placing the blame for the recall scandal on its manufacturers.

Exhibit A - Page 226

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA2 1518695

An Outrageous Apology                217

Li Changjiang, the country's quality watchdog chief, claimed that 85 percent of the Mattel toy recalls were due to Mattel design faults—the toys made with tiny magnets that kids were ingesting—and 15 percent of the toys were considered unsafe because of the use of dangerous lead in paint. He noted that Chinese exports in the first half of 2007 to the United States were up by 17.8 percent, and by more than 30 percent to the European Union, declaring that "these figures show fully that Chinese products are popular all over the world. . . . More than 99 percent of our goods meet standards. Demonizing Chinese products, or talking of the Chinese product threat, I think is simply a new kind of trade protectionism."

A spokesman for China's General Administration of Quality Supervision, Inspection and Quarantine further stated that Mattel "should improve its product design and supervision over product quality. Chinese original equipment manufacturers were doing the job just as importers requested, and the toys conformed with the U.S. regulations and standards at the time of production."

Since the Mattel recalls started, China had come under intense criticism from the likes of U.S. Sen. Christopher J. Dodd, the Connecticut Democrat, who had gone so far as to propose suspending all toy imports from China. His idea might have been taken seriously, because still more trouble was brewing.

Just as the long Labor Day 2007 holiday ended and children were headed back to school, another Mattel recall shattered the expectations of the public, the media, and members of Congress, now out for blood, that the toxic toy danger had subsided.

On September 4, the CPSC and Mattel announced that 844,000 toys containing excessive amounts of lead were recalled. Three Fisher-Price toys and a number of Barbie accessories—a whopping 675,000—were named. Mattel claimed the recall was part of its ongoing investigation that was promised after the August recalls.

With the latest recall, *CBS News* reported that Mattel's "reputation took another hit," and noted that the company "could face an uphill battle convincing consumers about the safety of its products. . . ."

Eckert was now about to put a plan into effect that would give Mattel an even bigger black eye.

Exhibit A - Page 227

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MGA2 1518696