# EXHIBIT C





SUBSCRIBE  RENEW
GIVE A GIFT  INTERNATIONAL

Sign In | RSS Feeds           All Wired   GO

Culture : Lifestyle

# Mattel's Latest: Cease-and-Desist Barbie

Steve Silberman ✉ 10.28.97

✉ **Email Article**

If Barbie could talk, would Mattel let anyone else join the conversation?

That's the question on the mind of Barbie collectors everywhere, following a season of lawsuits and cease-and-desist letters against clubs, publications, and now, Web sites - and their ISPs - devoted to the doll who has personified style and moxie in miniature for generations of pre-teen women worldwide.

📄 **Full Page**
💬 **Comments**

The latest victim of Mattel's increasingly hardball approach to protecting Barbie-related copyrights is Mark Napier, an innovative Web artist and culture critic whose site, The Distorted Barbie, first came under fire from Mattel on 10 October. In a letter to Napier's ISP, Interport Communications, Mattel's counsel stated that "there can be no dispute that this page unlawfully infringes Mattel's copyrights." The site weaves text and visuals - including altered iterations of the famous face - into a pointed inquiry into the role of Barbie as an icon in modern life.

Napier modified the site, stripping out most of the altered images, but on Monday, Interport informed Napier that Mattel still considers the site a dilution of the Barbie trademark.

An earlier version of Napier's site was published last year in the Web arts quarterly Enterzone, and editor Christian Crumlish received a similar letter on 21 October. Crumlish - whose server space is hosted by a university that he declines to name - has decided to hold his ground while he talks to his lawyers.



Mattel counsel William Dunnegan says that the company "has a policy of not talking to the press about Internet-related issues."

"I do understand why a publicly owned corporation has to defend its copyrights," Crumlish observes. "What's being silenced is any reflection, any meta-conversation about Barbie." One of the most "evocative" elements of Napier's site, Crumlish says, is an interactive section that allowed viewers to submit their own observations of what Barbie meant to them as they were growing up. The Enterzone site also includes a selection of Photoshopped "Alternative Barbies" - a "behind-the-scenes look at the seamy underbelly of Barbie's world" - including "Fat and Ugly Barbie" and a "Mentally Challenged Barbie."

Mattel's technique of targeting Napier's ISP raises thorny questions about free-speech issues on the Web, and about the role of ISPs in defending their users' content against lawsuits. Interport's letter to Napier claims absolute neutrality on the issue of the legality of his site. "Interport is not qualified to verify Mattel's claim and has absolutely no opinion on whether Mattel's claim is true or not. Regardless, Interport is in a position of potential liability ... we make no statement that a copyright infringement exists. However one may agree or disagree with this existing environment, Interport is compelled to act accordingly in a manner which limits our liability."

In an interview, however, Interport vice-president Phillip Kim - the author of the letter - said that his company *does* make judgments about potential copyright infringement before sending out desist orders to their customers. "We're not going to jump every time someone accuses one of our customers of copyright infringement," Kim said. "If we think our user is breaking the law, and there is reasonable evidence to support that, we'll send out a letter." The problem, says Kim, is that Interport "is just trying to follow the letter of the law, and the law is unfortunately not very clear."



Subscribe & get a Wired T-shirt FREE!

Subscribe to WIRED
Renew
Give a gift
Customer Service

Mattel's discouragement of "meta-conversation" about the Pink One has caused an uproar in the global network of Barbie fans, following the filing of a suit in April against Barb and Dan Miller, the Spokane-based publishers of *Miller's*, a magazine for Barbie collectors. In five years, *Miller's* blossomed from a digest-sized price guide into a 132-page glossy *Elle* for the tiny-purse set. *Miller's* doesn't flinch away from, as Miller puts it, "telling the truth no matter what it is," and in the course of examining such issues as the pricing of special limited-edition Barbies - such as a US$70 Star Trek model that belly-flopped when it hit the market in 1996 - Miller admits the magazine "occasionally steps on some toes."

On 5 October, the *Spokane Spokesman-Review* quoted a Mattel lawyer as telling the Millers' counsel, "We want the Millers' house."

The case will go to trial this June, and the Millers are planning to launch a Web site to provide daily updates for those in what Miller describes as "the pretty folksy industry" of Barbie collecting.

Miller blames Mattel for fostering a "we/they mentality" in the world of Barbiephiles. "Sometimes they appear to be like, 'We love you collectors,'" Miller says. "But that can be overshadowed by the fact that everyone's getting sued."

**Related Wired Links:**

**Oasis and Trek Fans Battle to Protect Sites**
21.May.97

**Fan Fiction on the Line**
11.May.97

**Paramount Locks Phasers on Trek Fan Sites**
18.Dec.96

**The War Against Fandom**

reddit   0

Stumble
ShareThis

**Subscription:** Subscribe | Give a Gift | Renew |
International | Questions | Change Address

**Quick Links:** Contact Us | Login/Register |
Newsletter | RSS Feeds | Tech Jobs |
Wired Mobile | FAQ | Sitemap

### Also on Wired.com

- The Science Channel's *Oddities* Returns for Season 2
- What's the connection between Disney and the Watts Riots of 1965?
- A Taste of SerennAide from *America 2049*
- ESPN Brings Free Live-Streaming to iOS Devices
- What Comics Taught Me About Parenting

Search Wired
[          ] [Top Stories ▾]
GO

Related Topics:

## Comments (0)

Want to start a new thread or reply to a post?
Login/Register and start talking!

There are no comments

Login/Registration

Corrections | Sitemap | FAQ | Contact Us | Wired Staff | Advertising | Press Center | Subscription Services | Newsletter | RSS Feeds

**Condé Nast Web Sites:**

**Webmonkey** | **Reddit** | **ArsTechnica** | **Details** | **Golf Digest** | **GQ** | **New Yorker**

Registration on or use of this site constitutes acceptance of our User Agreement (Revised 8/28/2008) and Privacy Policy (Revised 8/28/2008).
Wired.com © 2011 Condé Nast Digital. All rights reserved.
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast Digital.