# EXHIBIT D

Case 2:04-cv-09049-DOC-RNB   Document 10538-7   Filed 05/05/11   Page 2 of 2   Page ID
#:319169



65 of 113 DOCUMENTS

Copyright 2003 The Times-Picayune Publishing Company
Times-Picayune (New Orleans, LA)

January 28, 2003 Tuesday

**SECTION:** METRO - EDITORIAL; Pg. 4

**LENGTH:** 158 words

**HEADLINE:** Sue-happy Barbie

**BODY:**

Had the courts sided with her parent company, Barbie could have added a new addition to her already famous Dreamhouse.

Alas, it is not to be, for the Supreme Court refused Monday to make MCA Records stop being mean to Barbie.

The record company signed the Danish group Aqua, whose 1997 hit, "Barbie Girl," included the lines, "I'm a blonde bimbo in a fantasy world/Dress me up, make it tight, I'm your dolly."

Mattel Inc., which makes $1.5 billion in Barbie sales every year, argued that the song might confuse young tykes into thinking that the song was actually an ad for Barbie.

The 9th U.S. Circuit Court of Appeals laughed at that idea. "With fame often comes unwanted attention," Judge Alex Kozinski wrote. "The parties are advised to chill."

The Supreme Court, in its silence, seemed to agree that Barbie needs to relax.

Maybe she can stretch out poolside at her Malibu Barbie Beach House and read up on the First Amendment.

**LOAD-DATE:** January 28, 2003