# EXHIBIT F

## (FILED UNDER SEAL – PURSUANT TO PROTECTIVE ORDER)