# EXHIBIT I

## (FILED UNDER SEAL – PURSUANT TO PROTECTIVE ORDER)