QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>[[Proposed] Order Filed Concurrently Herewith] |

00505.07975/4125980.1

MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. respectfully applies for leave to file a 93-page Memorandum of Points and Authorities in Support of its Renewed Motion For Judgment As A Matter Of Law Re MGA's Claim For Misappropriation Of Trade Secrets Pursuant To Federal Rule Of Civil Procedure 50(B); And Alternative Motion For Remittitur And/Or New Trial.  Given the length of the trial and the number, complexity and importance of the issues involved, additional pages are required to adequately address the issues.  Mattel submits that addressing the issues in a single memorandum, rather than separate briefs addressing discrete issues, is the most appropriate and coherent means of presenting them.  MGA filed a 112-page motion for judgment as a matter of law on April 7, 2011 and did not seek leave to file an overlength brief; Mattel's request for leave to file a brief of shorter length addressing MGA's claims should be granted.

For the foregoing reasons, Mattel respectfully requests that the Court order that Mattel's Memorandum of Points and Authorities in Support of its Motion for Judgment as a Matter of Law Re MGA's Claim For Misappropriation Of Trade Secrets Pursuant To Federal Rule Of Civil Procedure 50(B); And Alternative Motion For Remittitur And/Or New Trial may be 93 pages.

DATED:  May 5, 2011       QUINN EMANUEL URQUHART & SULLIVAN. LLP


By /s/ Michael T. Zeller
Michael T. Zeller
Attorneys for Mattel, Inc.