QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, <br><br>    Plaintiffs, <br><br>    vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br>    Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 <br><br> <u>Hon. David O. Carter</u> <br><br> **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW** |

[PROPOSED] ORDER

<u>[PROPOSED] ORDER</u>

Based on Mattel's concurrently filed Ex Parte Application for Leave to File an Overlength Memorandum of Points and Authorities in Support of Motion for Judgment as a Matter of Law, dated May 5, 2011,

IT IS HEREBY ORDERED:

Mattel is hereby given leave to file a 93-page memorandum of points and authorities in support of its Mattel's Notice Of Motion And Motion For Judgment As A Matter Of Law Re MGA's Claim For Misappropriation Of Trade Secrets Pursuant To Federal Rule Of Civil Procedure 50(B); And Alternative Motion For Remittitur And/Or New Trial.

DATED:  May                    , 2011

Hon. David O. Carter
United States District Judge