ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-09049 DOC (RNBx)<br>Consolidated with:<br>CV 04-09059<br>CV 05-02727<br><br>**DECLARATION OF JAMES E. MALACKOWSKI IN SUPPORT OF MGA PARTIES' MOTION FOR EXEMPLARY DAMAGES AND FEES PURSUANT CALIFORNIA'S UNIFORM TRADE SECRET ACT, CAL. CIV. CODE §§ 3426.3, 3426.4**<br><br>Trial Date: January 11, 2011<br>Dept: Courtroom 9D<br>Judge: Hon. David O. Carter |

I, James E. Malackowski, declare as follows:

1. Since 2003, I have been the Chairman and Chief Executive Officer of Ocean Tomo, LLC, an integrated Intellectual Capital Merchant Banc™ firm providing financial products and services related to Intellectual Property (IP) expert services, research, investments, risk management and transactions. I have been a Registered Certified Public Accountant ("CPA") in the State of Illinois since 1986. As a CPA, I am familiar with the accounting principles related to net worth determinations, I have prepared net worth computations on many occasions for presentations to investors, and I have conducted appraisals showing net worth. As a company director, I have reviewed computations of net worth as part of my fiduciary responsibilities representing shareholders. My qualifications are presented in detail in my professional resume, which is attached as Exhibit A to this Declaration.

2. I have been asked to determine Mattel's net worth. Based on my experience as a CPA and based on generally accepted principles that govern the work of accountants, such as the FASB Accounting Standards, net worth is the amount by which total assets exceed total liabilities. Attached as Exhibit B is a true and correct copy of excerpts from the FASB Accounting Standards. On page 50 of Exhibit B (FASB Accounting Standards Glossary), "net worth" is defined as "[t]he difference between total assets and total liabilities, after deducting estimated income taxes on the differences between the estimated current values of assets and the estimated current amounts of liabilities and their tax bases." While the FASB Accounting Standards Codification addresses the concept of "net worth" only in the context of personal financial statements, the FASB Accounting Standards Codification presents the topic of "equity" and defines equity as "the residual interest in the assets of an entity that remains after deducting its liabilities." *See* Exhibit B at 48 (FASB Accounting Standards Codification – Topic 505-10-05-3). Consequently, on the balance sheet of a company, net worth is referred to as equity

in compliance with FASB Accounting Standards. Net worth, or stockholders' equity, is determined by subtracting the liabilities on the company's balance sheet from the assets on the company's balance sheet. *See* Exhibit B at 48 (FASB Accounting Standards Codification – Topic 505-10-05-3) and 47 (FASB Accounting Standards Codification – SEC Rules, Regulations, and Interpretations).

3. To determine Mattel's net worth, I reviewed publicly available financial information prepared by Mattel, specifically Mattel's Form 10-K for the year ended December 31, 2010 and Mattel's Form 10-Q for the quarter ended March 31, 2011. Mattel's Form 10-K for the year ended December 31, 2010 is attached hereto as Exhibit C. Mattel's Form 10-Q for the quarter ended March 31, 2011 is attached hereto as Exhibit D. Mattel's 2010 financial statements included in its Form 10-K were audited by Mattel's independent auditor, PricewaterhouseCoopers LLP. Both the 10-K and 10-Q referenced in this Declaration have been certified by Robert Eckert, Mattel's Chairman and Chief Executive Officer, and Kevin Farr, Mattel's Chief Financial Officer, as fairly presenting in all material respects the financial condition and results of operations of Mattel. Mattel's Forms 10-K and 10-Q have been filed with the U.S. Securities and Exchange Commission ("SEC") and are available on Mattel's website at http://investor.shareholder.com/mattel/financials.cfm.

4. In the balance sheets in the referenced 10-K and 10-Q, Mattel identifies its total assets and its total current and noncurrent liabilities. The 10-K for year ended December 31, 2010 sets forth Mattel's assets and liabilities as of December 31, 2010 and December 31, 2009. The 10-Q for the quarter ended March 31, 2011 identifies Mattel's liabilities and assets as of March 31, 2011, and also as of March 31, 2010 and as of December 31, 2010. Mattel's net worth, determined by subtracting the reported value of all liabilities from the reported value of Mattel's assets on Mattel's audited balance sheet in its SEC Form 10-K, was $2.6 billion as of December 31, 2010. Mattel's 'net worth' was reported as

'total stockholders' equity' on Mattel's balance sheet. *See* Exhibit C at 105. The number identified as "total stockholders' equity" can be calculated by subtracting Mattel's reported current and noncurrent liabilities from total assets ($5.4 billion - $1.4 billion - $1.4 billion = $2.6 billion). *Id.* As of March 31, 2011, Mattel's net worth was $2.5 billion according to the amount of total stockholders' equity reported on Mattel's balance sheet in its SEC Form 10-Q for the period ended March 31, 2011. *See* Exhibit D at 204. The number identified as "total stockholders' equity" can be calculated by subtracting Mattel's reported current and noncurrent liabilities from total assets ($4.98 billion - $1.04 billion - $1.42 billion = $2.52 billion). *Id.*

5.  The exemplary damages sought by MGA of $177 million are 7.03 percent of Mattel's net worth of $2.5 billion as of March 31, 2011 ($177.0 million ÷ $2.5174 billion).

6.  Mattel's net worth, or stockholders' equity, has consistently been above $2 billion since at least December 31, 2007. Mattel's net worth was $2.5 billion as of December 31, 2009. *See* Exhibit C at 105. Attached hereto as Exhibit E is a true and correct copy of Mattel's SEC Form 10-K for the year ended December 31, 2008, produced by Mattel at bates range M_0932252-M_0932505, this is also on Mattel's website at http://investor.shareholder.com/mattel/financials.cfm. Mattel's net worth was $2.1 billion as of December 31, 2008 and $2.3 billion as of December 31, 2007. *See* Exhibit E at 312.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois on Thursday, May 5, 2011.

_____
James E. Malackowski