# Exhibit B



# Accounting Standards Codification®

## Notice to Constituents (v 4.2)

### About the Codification

# FASB Accounting Standards Codification®
# Notice to Constituents (v 4.2)
## About the Codification

> **Notice to Constituent version numbers** - The Notice to Constituents contains a version number indicating the degree of change within a particular version.  Versions ending with ".0" represent substantive changes to the text, whereas versions ending with a number other than zero represent editorial or clerical corrections.

Page

FASB Accounting Standards Codification® ........................................................................... 4

Codification Goals ................................................................................................................ 5

Codification Research System .............................................................................................. 6

Content Matters .................................................................................................................... 7

   Population of codified standards as of July 1, 2009 ............................................................ 7

      Standards issued by standard setters other than the SEC ................................................ 7

      Standards issued by the SEC ........................................................................................ 8

   Essential and nonessential content ................................................................................... 9

   Cross-referencing between standards and the Codification ................................................. 9

   Grandfathered content excluded from the Codification as of July 1, 2009 ............................ 10

      General ........................................................................................................................ 10

      Business Combinations .................................................................................................. 10

      Income Taxes ............................................................................................................... 10

      Pensions ...................................................................................................................... 10

      Transition guidance for first-time adopters of US GAAP ................................................... 11

   Non-GAAP ...................................................................................................................... 11

   Governmental accounting standards ................................................................................. 11

   Audit guidance ................................................................................................................ 11

Structure and Style Matters .................................................................................................. 12

   Topical structure ............................................................................................................. 12

      Illustration of the hierarchy ............................................................................................ 12

      Topics ......................................................................................................................... 12

      Subtopics .................................................................................................................... 13

      Sections ...................................................................................................................... 14

May 2, 2011 (v 4.2)

Subsections ................................................................................................. 20

Paragraph groups ........................................................................................ 20

Paragraphs .................................................................................................. 21

Classification codes .......................................................................................... 21

Referencing the Codification in footnotes and other documents ......................... 21

Broad references in footnotes .................................................................... 21

Detailed references in other documents ..................................................... 22

Content-related structure and style matters ...................................................... 22

Intersecting content .................................................................................. 22

Editorial standards, style, and other matters ............................................. 22

Glossary ..................................................................................................... 25

Use of [Not used] ....................................................................................... 25

Fair value option ........................................................................................ 25

Related Party Disclosures Topic ................................................................. 25

Fair Value Measurement Topic ................................................................... 25

Codification Research System ......................................................................... 26

Joining and combining content .................................................................. 26

General Codification matters ............................................................................... 28

Materiality ...................................................................................................... 28

Use of standards by analogy ............................................................................ 28

Laws, rules, and regulations ............................................................................ 28

Ongoing standard-setting process ....................................................................... 29

Effective date and superseded standards ......................................................... 29

Ongoing standard-setting process .................................................................... 29

Pending Content .............................................................................................. 30

Maintenance Updates ...................................................................................... 30

Feedback ......................................................................................................... 31

XBRL (eXtensible Business Reporting Language) ................................................ 32

Background ...................................................................................................... 32

Codification references and links contained in the taxonomy ........................... 32

XBRL elements contained in the Codification .................................................. 33

Appendix A—Project Background and Codification Process ................................ 34

Project background .......................................................................................... 34

© 2011 Financial Accounting Foundation

May 2, 2011 (v 4.2)

Events leading to the project ................................................................................................ 34

Compelling reasons to pursue a Codification .................................................................. 34

Project approval ................................................................................................................. 35

Codification process .......................................................................................................... 35

Planning ............................................................................................................................. 35

Individuals and entities involved in the development of the Codification ........................... 37

Creation .............................................................................................................................. 38

Verification ......................................................................................................................... 40

Appendix B—Sequence numbers ....................................................................................... 41

Appendix C— Replacement of Standard Language ............................................................. 42

© 2011 Financial Accounting Foundation

May 2, 2011 (v 4.2)

# FASB Accounting Standards Codification®

Welcome to the Financial Accounting Standards Board (FASB) *Accounting Standards Codification*® (Codification).

The FASB *Accounting Standards Codification*® is the source of authoritative generally accepted accounting principles (GAAP) recognized by the FASB to be applied to nongovernmental entities.  The Codification is effective for interim and annual periods ending after September 15, 2009. All previous level (a)-(d) US GAAP standards issued by a standard setter are superseded. Level (a)-(d) US GAAP refers to the previous accounting hierarchy.   All other accounting literature not included in the Codification will be considered nonauthoritative.  See Codification Topic 105, Generally Accepted Accounting Principles, for additional details.

The Codification is the result of a major 5-year project involving more than 200 people from multiple entities. The Codification structure is significantly different from the structure of previous standards. This Notice to Constituents provides information that will help in obtaining a good understanding of the Codification structure, content, style, and history.

© 2011 Financial Accounting Foundation

Financial Accounting Standards Board

May 05, 2011

# 946 Financial Services—Investment Companies
## 10 Overall
### S99 SEC Materials

---

## Securities and Exchange Commission (SEC)

**General Note**: As more fully described in the Notice to Constituents, the Codification includes selected SEC and SEC Staff content for reference by public companies. The Codification does not replace or affect how the SEC or SEC Staff issues or updates SEC content. SEC Staff content does not constitute Commission-approved rules or interpretations of the SEC.

## General

> **SEC Rules, Regulations, and Interpretations**

> > **Regulations S-X**

> > > **Regulation S-X Rule 6-01, Applications of Rules 6-01 to 6-10**

**946-10-S99-1**   The following is the text of Regulation S-X Rule 6-01, Applications of Rules 6-01 to 6-10.

- [SOURCE: Sections 210.6–01 through 210.6–10 appear at 47 FR 56838, Dec. 21, 1982, unless otherwise noted. [SX 210.6–01, paragraph Front Matter, sequence 1] ]
- [Sections 210.6–01 to 210.6–10 shall be applicable to financial statements filed for registered investment companies. [SX 210.6–01, paragraph , sequence 2] ]

Financial Accounting Standards Board

#### > > >   Regulation S-X Rule 6-02, Definition of Certain Terms

**946-10-S99-2**   The following is the text of Regulation S-X Rule 6-02, Definition of Certain Terms.

- [The following terms shall have the meaning indicated in this rule unless the context otherwise requires. (Also see § 210.1–02 of this part.) [SX 210.6–02, paragraph , sequence 1] ]

  - [(a) **Affiliate**. The term affiliate means an affiliated person as defined in section 2(a)(3) of the Investment Company Act of 1940 unless otherwise indicated. The term control has the meaning in section 2(a)(9) of that Act. [SX 210.6–02, paragraph (a), sequence 2] ]

  - [(b) **Value**. As used in §§ 210.6–01 to 210.6–10, the term value shall have the meaning given in section 2(a)(41)(B) of the Investment Company Act of 1940. [SX 210.6–02, paragraph (b), sequence 3] ]

  - [(c) **Balance sheets**; statements of net assets. As used in §§ 210.6–01 to 210.6–10, the term balance sheets shall include statements of assets and liabilities as well as statements of net assets unless the context clearly indicates the contrary. [SX 210.6–02, paragraph (c), sequence 4] ]

  - [(d) **Qualified assets**. [SX 210.6–02, paragraph (d), sequence 5] ]

    - [(1) For companies issuing face-amount certificates subsequent to December 31, 1940 under the provisions of section 28 of the Investment Company Act of 1940, the term qualified assets means qualified investments as that term is defined in section 28(b) of the Act. A statement to that effect shall be made in the balance sheet. [SX 210.6–02, paragraph (d) (1), sequence 6] ]

    - [(2) For other companies, the term qualified assets means cash and investments which such companies do maintain or are required, by applicable governing legal instruments, to maintain in respect of outstanding face-amount certificates. [SX 210.6–02, paragraph (d)(2), sequence 7] ]

    - [(3) Loans to certificate holders may be included as qualified assets in an amount not in excess of certificate reserves carried on the books of account in respect of each individual certificate upon which the loans were made. [SX 210.6–02, paragraph (d)(3), sequence 8] ]

#### > > >   Regulation S-X Rule 6-03, Special Rules of General Application to Registered Investment Companies

May 05, 2011

# 505 Equity
## 10 Overall
### 05 Overview and Background

**General Note**: The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

**505-10-05-1**   The Equity Topic includes the following Subtopics:

- a.  Overall
- b.  Stock Dividends and Stock Splits
- c.  Treasury Stock
- d.  Equity-Based Payments to Nonemployees
- e.  Spinoffs and Reverse Spinoffs.

**505-10-05-2**   The Overall Subtopic addresses financial accounting and reporting for equity-related matters not specifically addressed in the other Subtopics of the Equity Topic or other Topics that also address equity matters.

**505-10-05-3**   Equity, sometimes referred to as net assets, is the residual interest in the assets of an entity that remains after deducting its liabilities. The Subtopics of the Equity Topic provide guidance on several specific elements of transactions, accounts and financial instruments that are classified as components of equity as well as overall general guidance related to equity. Issues that relate to whether a specific financial instrument shall be classified as equity or outside of the equity classification are addressed in Topic 480 as well as other Topics that address these classification matters.

**505-10-05-4**   Other Topics, including industry-specific Topics, also contain guidance related to specific equity matters associated with those Topics. Equity guidance in those

Financial Accounting Standards Board

May 05, 2011

# Glossary terms beginning with N

### Natural Expense Classification

[ A method of grouping expenses according to the kinds of economic benefits received in incurring those expenses. Examples of natural expense classifications include salaries and wages, employee benefits, supplies, rent, and utilities. [AAG NPO(2008), paragraph Glossary, sequence 2073] ]

### Natural Resources

[Under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, natural resources are defined as land, fish, wildlife, biota, air, water, groundwater, drinking water supplies, and other such resources belonging to, managed or held in trust by, or otherwise controlled by the United States, state or local governments, foreign governments, or Indian tribes. [SOP 96-1, paragraph 49, sequence 82] ]

### Near Term

[A period of time not to exceed one year from the date of the financial statements. [SOP 94-6, paragraph 7, sequence 14] ]

### Net Amount at Risk (Relating to Variable Annuity Contracts)

[ The guaranteed benefit in excess of the current account balance. For guarantees in the event of death, the net amount at risk is the minimum guaranteed amount available to the contract holder upon death in excess of the contract holder's account balance at the balance sheet date. For guarantees of amounts at annuitization, the net amount at risk is defined as the present value of the minimum guaranteed annuity payments available to the contract holder determined in accordance with the terms of the contract in excess of the current account balance. [SOP 03-1, paragraph 49, sequence 354] ]

### Net Asset Information

[Information regarding the net assets available for benefits. [FAS 035, paragraph 280, sequence 513] ]

### Net Assets

## Network Affiliation Agreement

[A broadcaster may be affiliated with a network under a network affiliation agreement. Under the agreement, the station receives compensation for the network programming that it carries based on a formula designed to compensate the station for advertising sold on a network basis and included in network programming. Program costs, a major expense of television stations, are generally lower for a network affiliate than for an independent station because an affiliate does not incur program costs for network programs. [FAS 063, paragraph 14, sequence 55] ]

## Net Worth

[The difference between total assets and total liabilities, after deducting estimated income taxes on the differences between the estimated current values of assets and the estimated current amounts of liabilities and their tax bases. [SOP 82-1, paragraph 6, sequence 12.2.2.2.2.2] ]

## New Basis Event

See Remeasurement Event.

## NFP

See Not-for-Profit Entity.

## Nominee Shareholder

[One or more shareholders whose relationship with the physician practice management entity (which can be either the physician practice management entity itself or its controlled subsidiaries) perpetually has all of the following characteristics: [EITF 97-02, paragraph ISSUE, sequence 20] ]

- a. [Time Frame: [EITF 97-02, paragraph ISSUE, sequence 21] ]

  - 1. [The physician practice management entity can at all times establish or effect a change in the nominee shareholder. [EITF 97-02, paragraph ISSUE, sequence 22] ]

  - 2. [The physician practice management entity can cause a change in the nominee shareholder an unlimited number of times, that is, changing the nominee shareholder one or more times does not affect the physician practice management entity's ability to change the nominee shareholder again and again. [EITF 97-02, paragraph ISSUE, sequence 23] ]