ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**Honorable David O. Carter**<br><br>**NOTICE OF ERRATA RE DECLARATION OF ANNETTE L. HURST IN SUPPORTOF MGA'S MOTIONS FOR FEES AND COSTS (DKT # 10538)**<br><br>Date: May 24, 2011<br>Time: 8:30 a.m.<br>Dept: Courtroom 9D |

On May 5, 2011, counsel for Counter-Defendants MGA Entertainment, Inc., Counter-Defendants MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian ("MGA Parties") filed the "Declaration Of Annette L. Hurst In Support Of MGA's Motions For Fees And Costs," Dkt. No. 10538. Counsel for the MGA Parties inadvertently linked this declaration to the wrong motion on the docket—"MGA Parties' Motion for Judgment On Mattel's Intentional Interference With Contract And Unfair Competition Claims" at Dkt. No. 10535—when it should have been linked to "MGA's Notice Of Motion And Motion For Exemplary Damages And Fees Pursuant To California's Uniform Trade Secret Act, Cal. Civ. Code §§ 3426.3, 3426.4," Dkt. No. 10539, and "MGA Parties' Motion For Award Of Attorneys' Fees And 'Full Costs' Under Section 505 Of The Copyright Act," Dkt. No. 10542.

To rectify this situation and to make the document readily identifiable on the docket, counsel for the MGA Parties is hereby filing this Notice of Errata and linking it to the "Declaration of Annette L. Hurst In Support Of MGA's Motions For Fees and Costs, Dkt. No. 10538, along with the two above-referenced motions that the declaration is in support of, Dkt. Nos. 10539 and 10542. The MGA Parties will not file a corrected declaration because there has been no substantive change to declaration and because the title of the declaration clearly identifies that it is in support of Dkt. Nos. 10539 and 10542.

Dated: May 6, 2011               ORRICK, HERRINGTON & SUTCLIFFE LLP

                                 By:    */s/ Diana M. Rutowski*
                                        Diana M. Rutowski
                                        Attorneys for MGA Parties