**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

**Attorneys for**
**Carlos Gustavo Machado Gomez**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC,<br><br>    Defendant.<br><br>AND CONSOLIDATED CASES. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with CV 04-9059 and CV 05-2727<br><br>**NOTICE OF ERRATA**<br><br>Judge: Hon. David O. Carter<br><br>**Date**: May 24, 2011<br>**Time**: 9:00 AM<br>**Crtrm**: Honorable David O. Carter<br><br>**Trial:** January 18, 2011 |

   Counter-Defendant Carlos Gustavo Machado Gomez hereby submits a Notice of Errata regarding Exhibit C to the "Declaration Of Alexander H. Cote In Support Of Motion For Attorneys' Fees Pursuant To Cal. Civ. Code § 3426.4."

NOTICE OF ERRATA

1 | A Revised Exhibit C and a correction log are attached hereto.

2 | DATED: May 12, 2011       Respectfully submitted,

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE

LAW OFFICES OF MARK E. OVERLAND
MARK E. OVERLAND


By:    /s/  *Alexander H. Cote*
       Alexander H. Cote
       Attorneys for Carlos Gustavo Machado Gomez

---

1
NOTICE OF ERRATA