# CORRECTION LOG

| Date | Timekeeper | Hours | Rate | Amount | Description | MSJ Modifier | Explanation |
|---|---|---|---|---|---|---|---|
| 6/18/2000 | Mark Overland | 17.5 | $500 | $8,750 | Prepare for deposition of P. Vargas (2.0); conduct deposition (15.4); travel to Los Angeles (1.1) | | Fixed year to 2010 |
| *6/18/2010* | *Mark Overland* | *17.5* | *$500* | *$8,750* | *Prepare for deposition of P. Vargas (2.0); conduct deposition (15.4); travel to Los Angeles (1.1)* | | |
| | **Net:** | **0.0** | | **$0** | | | |
| 11/29/2007 | Alexander Cote | 1.1 | $400 | $440 | Review transcript from November 20 hearing (.6); draft correspondence to A. Park re: settlement status (.2) | | Fixed total for time entry to 0.8 |
| *11/29/2007* | *Alexander Cote* | *0.8* | *$400* | *$320* | *Review transcript from November 20 hearing (.6); draft correspondence to A. Park re: settlement status (.2)* | | |
| | **Net:** | **-0.3** | | **-$120** | | | |
| 1/31/2008 | Mark Overland | 0.4 | $500 | $200 | Review all filings, motions for day (0.5) | | Fixed total for time entry to 0.5 |
| *1/31/2008* | *Mark Overland* | *0.5* | *$500* | *$250* | *Review all filings, motions for day (0.5)* | | |
| | **Net:** | **0.1** | | **$50** | | | |
| 9/3/2008 | Alexander Cote | 1.1 | $375 | $413 | Calls with C. Holden and G. Machado | | Removed time entry |
| *9/3/2008* | *Alexander Cote* | *0.0* | *$375* | *$0* | | | |
| | **Net:** | **-1.1** | | **-$413** | | | |
| 10/15/2008 | Mark Overland | 0.6 | $450 | $270 | Review deposition exhibits (0.6); email to C. Holden [NO CHARGE] | | Removed time entry |
| *10/15/2008* | *Mark Overland* | *0.0* | *$450* | *$0* | | | |
| | **Net:** | **-0.6** | | **-$270** | | | |
| 1/8/2009 | Alexander Cote | 0.6 | $400 | $240 | Finalize correspondence and budget for review by MGA legal | | Removed time entry |
| *1/8/2009* | *Alexander Cote* | *0.0* | *$400* | *$0* | | | |
| | **Net:** | **-0.6** | | **-$240** | | | |
| 4/6/2009 | Mark Overland | 2.2 | $500 | $1,100 | Prepare, review and revise new engagement letter; agreement for payment by MGA. (2.2 hours, NO CHARGE) | | Removed time entry |
| *4/6/2009* | *Mark Overland* | *0.0* | *$500* | *$0* | | | |
| | **Net:** | **-2.2** | | **-$1,100** | | | |
| 5/14/2010 | Mark Overland | | $500 | | | | Mr. Overland's May 2010 time unintentionally omitted in original. Now included |
| *5/14/2010* | *Mark Overland* | *0.7* | *$500* | *$350* | *Review Carter orders denying Motion to Confirm Pendency of Trade Secret Misappropriation Claim based on Theft of Bratz; MGA's Motion for Summary Adjudication* | | |
| | **Net:** | **0.7** | | **$350** | | | |
| 6/16/2010 | Mark Overland | | $500 | | | | Mr. Overland's May 2010 time unintentionally omitted in original. Now included |
| *6/16/2010* | *Mark Overland* | *10.3* | *$500* | *$5,150* | *Depo prep, M. Trueba, with W. Molinski, A. de la Cruz, C. Prieto* | | |
| | **Net:** | **10.3** | | **$5,150** | | | |

| Date | Timekeeper | Hours | Rate | Amount | Description | MSJ Modifier | Explanation |
|---|---|---|---|---|---|---|---|
| 11/1/2010 | Mark Overland | 2.6 | $500 | $1,300 | Review and summarize Mattel Separate Statement in Response to Machado SJ Motion | | |
| *11/1/2010* | *Mark Overland* | *2.6* | *$500* | *$325* | *Review and summarize Mattel Separate Statement in Response to Machado SJ Motion* | *25%* | Summary judgment time reduced to 25% |
| | **Net:** | **0.0** | | **-$975** | | | |

| Date | Timekeeper | Hours | Rate | Amount | Description | MSJ Modifier | Explanation |
|---|---|---|---|---|---|---|---|
| 12/8/2010 | Gregory Ellis | | $350 | | | | |
| *12/8/2010* | *Gregory Ellis* | *6.6* | *$350* | *$2,310* | *Research and draft motion in limine re Machado's initial invocation of Fifth Amendment privilege; status discussions with A. Cote re same* | | Time unintentionally omitted in original. Now included |
| | **Net:** | **6.6** | | **$2,310** | | | |

| Date | Timekeeper | Hours | Rate | Amount | Description | MSJ Modifier | Explanation |
|---|---|---|---|---|---|---|---|
| 2/1/2011 | Mark Overland | 9.0 | $500 | $4,500 | Trial | | |
| *2/11/2011* | *Mark Overland* | *9.0* | *$500* | *$4,500* | *Trial* | | Date fixed from 2/1/2011 to 2/11/2011 |
| | **Net:** | **0.0** | | **$0** | | | |

**TOTAL OF ALL CHANGES:**  **14.0**     **$5,155**