1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
4   San Francisco, CA  94105-2669
    Tel: (415) 773-5700/Fax: (415) 773-5759
5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
8   Tel. (213) 629-2020/Fax: (213) 612-2499

9   THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710

12  Attorneys for MGA Parties

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                 SOUTHERN DIVISION

16

17  MATTEL, INC., a Delaware          Case No.  CV 04-9049 DOC (RNBx)
    corporation,                      Consolidated with:
18                                    Case Nos. CV 04-9059 & CV 05-2727
              Plaintiff,
19
          v.
20                                    **MGA PARTIES' EX PARTE
    MGA ENTERTAINMENT, INC., a        APPLICATION FOR LEAVE TO FILE
21  California corporation, et al.,   OVERLENGTH MEMORANDUM OF
                                      POINTS AND AUTHORITIES IN
22            Defendant.              OPPOSITION TO MATTEL'S
                                      CORRECTED RENEWED MOTION
23  AND CONSOLIDATED ACTIONS          FOR JUDGMENT AS A MATTER OF
                                      LAW**
24

25

26

27

28

                                   - 1 -

OHS WEST:261148266.1

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2    **PLEASE TAKE NOTICE** that MGA Entertainment, Inc., MGA

3    Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties"),

4    respectfully submit this *ex parte* application seeking leave to file an overlength

5    memorandum of points and authorities in support of their opposition to Mattel's

6    corrected renewed motion for judgment as a matter of law.

7         The parties make this request for the following reasons: The brief addresses

8    all of the arguments raised by Mattel, which itself filed an oversized brief in support

9    of its motion.  Given the number of arguments presented in the moving papers,

10   additional pages beyond the normal twenty-five allotted are necessary.  This is

11   particularly so given the breadth of the claims alleged.

12        As a result, the MGA Parties request leave to file an overlength

13   memorandum of points and authorities in opposition to Mattel's motion for

14   judgment as a matter of law. The opposition shall not exceed sixty-five pages.

15        Pursuant to Local Rule 7-19.1, counsel for the MGA Parties gave notice of

16   this Application to counsel for Mattel on May 12, 2011.  Counsel for Mattel, Inc.

17   includes John Quinn and Michael Zeller of Quinn, Emanuel, Urquhart, Oliver &

18   Hedges, LLP (telephone: 213-443-3000; address: 865 South Figueroa Street, 10th

19   Floor, Los Angeles, CA 90017).

20

21   Dated:    May 12, 2011            ORRICK, HERRINGTON & SUTCLIFFE LLP

22                                     By:     /s/ *Denise M. Mingrone*
                                                Denise M. Mingrone
23                                              Attorneys for MGA Parties

24

25

26

27

28

EX PARTE RE LEAVE TO FILE OVERLENGTH BRIEF
CV 04-9049 DOC (RNBx)

OHS WEST:261148266.1

## MEMORANDUM OF POINTS AND AUTHORITIES

The MGA Parties intend to file an oversized memorandum of points and authorities in support of their opposition to Mattel's Corrected and Renewed Motion for Judgment As A Matter of Law, which seeks to overturn the jury's verdict in this action.  Mattel's arguments are extensive and its brief exceeds the page limit governed by the Court's Local Rules. In order to fully address each of Mattel's arguments, the MGA Parties' brief will exceed the twenty-five page limit. The MGA Parties anticipate that the memorandum of points and authorities in opposition to Mattel's Judgment As A Matter of Law will not exceed sixty-five (65) pages in length.

## CONCLUSION

For the foregoing reasons, the MGA Parties respectfully request that this *ex parte* application be granted.

Dated:    May 12, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          By:      */s/ Denise M. Mingrone*
                                                   Denise M. Mingrone
                                                   Attorneys for MGA Parties

EX PARTE RE LEAVE TO FILE OVERLENGTH BRIEF
CV 04-9049 DOC (RNBx)

OHS WEST:261148266.1