1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building, 405 Howard Street
4   San Francisco, CA 94105
    Tel. (415) 773-5700/ Fax: (415) 773-5759
5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
8   Tel. (213) 629-2020/Fax: (213) 612-2499

9   THOMAS S. McCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11  Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710
12
    Attorneys for MGA Parties
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                   SOUTHERN DIVISION

17  CARTER BRYANT, an individual,      Case No.  CV 04-9049-DOC (RNBx)

18          Plaintiff,                 Consolidated with: Case No. CV 04-9059
                                       and Case No. CV 05-2727
19      v.

20  MATTEL, INC., a Delaware           **[PROPOSED] ORDER GRANTING
    corporation,                       THE MGA PARTIES' EX PARTE
21                                      APPLICATION FOR LEAVE TO
            Defendant.                  FILE OVERLENGTH
22                                      MEMORANDUM OF POINTS AND
                                        AUTHORITIES IN OPPOSITION TO
23                                      MATTEL'S MOTION FOR
    AND CONSOLIDATED ACTIONS            JUDGMENT AS A MATTER OF LAW**
24

25

26

27

28

OHS WEST:261148270.1

1    The Court, having considered the MGA Parties' Ex Parte Application for

2    Leave to File An Overlength brief in support of their opposition to Mattel's Motion

3    for Judgment as a Matter of Law, HEREBY ORDERS as follows:

4         The MGA Parties are hereby given leave to file a memorandum of points and

5    authorities in opposition to Mattel's Motion for Judgment As A Matter of Law not

6    to exceed sixty-five (65) pages.

7         **It is so ORDERED.**

8

9

10   Dated: _____, 2011    _____

11                                    David O. Carter
                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -                                     [PROPOSED] ORDER GRANTING EX PARTE
                                          RE OVERLENGTH BRIEF
                                          CV 04-9049 DOC (RNBx)

OHS WEST:261148270.1