**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>**NOTICE OF *IN CAMERA* FILING WITH SPECIAL MASTER**<br><br>Judge:  Hon. David O. Carter<br><br>**Date**:  May 24, 2011<br>**Time**:  9:00 AM<br>**Crtrm**: Honorable David O. Carter<br><br>**Trial:**  January 18, 2011 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's May 9, 2011 Order (Docket No. 10547, hereinafter "Order"), Carlos Gustavo Machado Gomez hereby gives notice that he has lodged *in camera* with the Special Master for Discovery, Robert C. O'Brien, Esq., the following items in support of *Gustavo Machado's Motion For Attorneys' Fees Pursuant To Cal. Civ. Code § 3426.4*:

(1) A binder of invoices of legal fees incurred by Scheper Kim & Harris LLP (or its predecessors) and The Law Offices of Mark E. Overland, with colored highlighting as required by the Order and

(2) A USB thumbdrive containing scans of the foregoing invoices and a document in Word format showing the information contained in these invoices.

The binder is lodged *in camera* with the Special Master because it discloses communications that are privileged by the attorney-client privilege and work product doctrine.

Also pursuant to the Court's Order, Mr. Machado offers the following explanation for the highlighting in the invoices:

(a) for all time entries bracketed in **green** highlighting, Mr. Machado seeks an award of the entire amount incurred;

(b) for all time entries partially highlighted in **green**, Mr. Machado seeks an award of only those parts highlighted;

(c) for all time entries bracketed in **blue** highlighting, Mr. Machado seeks an award of 25% of the entire amount incurred; and

(d) for all time entries partially highlighted in **blue**, Mr. Machado seeks an award of 25% of only those parts highlighted.

The time entries marked in blue relate to Mr. Machado's summary judgment motion, which was researched, briefed and argued between September and

1  November of 2010. Mr. Machado moved for summary judgment on *all* of Plaintiffs'
2  claims, including the trade secrets claims, contract claim, RICO claims and other
3  tort claims. Because Mr. Machado is entitled to recover only those fees incurred in
4  connection with the trade secrets claims, he seeks an award of only 25% of the fees
5  incurred in connection with summary judgment. That percentage is a conservative
6  estimate of the fees attributable to the trade secret portion of the summary judgment
7  motion, as explained in Mr. Machado's motion at page 23, n. 8 and in Paragraphs
8  12-13 of the Declaration of Alexander H. Cote.

9  DATED: May 12, 2011                    Respectfully submitted,

10                                         SCHEPER KIM & HARRIS LLP
11                                         ALEXANDER H. COTE

12                                         LAW OFFICES OF MARK E. OVERLAND
13                                         MARK E. OVERLAND
                                           By:  /s/ *Alexander H. Cote*
14                                               ALEXANDER H. COTE
15
                                           */s/ Mark E. Overland*
16                                         MARK E. OVERLAND
17
                                           Attorneys for Carlos Gustavo Machado
18                                         Gomez