QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et. al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Compact disk lodged pursuant to Notice of Lodging of Videos re Mattel's Opposition to Motion for Exemplary Damages and Fees Pursuant to CUTSA, CAL. CIV. CODE §§ 3426.3, 3426.4

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))

☑ Other  Compact Disk

**Reason:**

☐ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| May 12, 2011<br>Date | Michael T. Zeller<br>Attorney Name<br><br>Mattel, Inc.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                              **NOTICE OF MANUAL FILING**