QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de. C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF LODGING OF VIDEOS RE MATTEL, INC.'S OPPOSITION TO MOTION FOR EXEMPLARY DAMAGES AND FEES PURSUANT CALIFORNIA'S UNIFORM TRADE SECRET ACT, CAL. CIV. CODE §§ 3426.3, 3426.4** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. hereby lodge a compact disk containing the following videos of New York Toy Fair in support of Mattel's Opposition To Motion For Exemplary Damages And Fees Pursuant to California's Uniform Trade Secret Act, Cal. Civ. Code §§ 3426.3, 3426.4:

1. http://video.google.com/videoplay?docid=-8994643910142214111#;
2. http://xfinity.comcast.net/video/new-york-toy-fair/66141783/;
3. http://video.google.com/videoplay?docid=4326385115367637655#;
4. http://www.youtube.com/watch?v=5-V0tPlsQLU;
5. http://www.youtube.com/watch?v=q2Eun50P9CY&feature=related; and
6. http://www.youtube.com/watch?v=xVkOFKI4OeI&feature=related.

DATED: May 12, 2011         QUINN EMANUEL URQUHART &
                            SULLIVAN, LLP

                            By /s/ Michael T. Zeller
                               Michael T. Zeller
                               Attorneys for Mattel, Inc.

00505.07975/4138496.1

-1-

NOTICE OF LODGING