QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>MATTEL'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ANNETTE HURST IN SUPPORT OF MGA'S MOTIONS FOR FEES AND COSTS<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Courtroom 9D<br><br>Discovery Cut-off:  October 4, 2010<br>Pre-trial Conf:     January 4, 2011<br>Trial Date: January 11, 2011 |

Mattel, Inc. respectfully submits the following Evidentiary Objections to the Declaration of Annette Hurst in Support of MGA's Motions for Fees and Costs.  Objections to evidence that is cited in the MGA Parties' Separate Statement of Uncontroverted Facts in Support of MGA Parties' Motion for Summary Judgment are set forth in Mattel's Separate Statement of Genuine Issues and Additional Uncontested Facts and Conclusions of Law in Response to the MGA Parties' Separate Statement of Uncontroverted Facts in Support of MGA Parties' Motion for Summary Judgment.  Hurst Dec., Exhibits A, B, C, D, E.

## I. EVIDENCE SUBMITTED TO THE COURT IN SUPPORT OF A MOTION MUST BE ADMISSIBLE AS IF OFFERED AT TRIAL.

Evidence submitted to the Court on motion practice must meet all requirements for admissibility of evidence if offered at the time of trial.  Orr v. Bank of Am., 285 F.3d 764, 773 (9th Cir. 2002);  Beyene v. Coleman Sec. Services, Inc., 854 F.2d 1179, 1181-1182 (9th Cir. 1988).  See also Fed. R. Evid. 101 (Rules of Evidence apply to all proceedings in the courts of the United States); Fed. R. Evid. 1101 (listing exceptions to Rule 101).  Here, much of the evidence submitted in support of the MGA Parties' Motion for Summary Judgment is inadmissible.

## II. OBJECTIONS TO DECLARATION OF ANNETTE HURST.

Mattel objects to the Hurst declaration on the following grounds:

1. Exhibit A to the Hurst Declaration contains multiple layers of hearsay.  Fed. R. Evid. 802, 805.  The declarant of the statements in that exhibit lacks personal knowledge of the matters stated. Fed. R. Evid. 602.  The statements in that exhibit are also irrelevant to the motions before the Court.  Fed. R. Evid. 402.
2. Exhibit B to the Hurst Declaration contains multiple layers of hearsay.  Fed. R. Evid. 802, 805.  The declarant of the statements

|  |  |  |
|---|---|---|
| 1 |  | in that exhibit lacks personal knowledge of the matters stated. |
| 2 |  | <u>Fed. R. Evid.</u> 602.  The statements in that exhibit are also |
| 3 |  | irrelevant to the motions before the Court.  <u>Fed. R. Evid.</u> 402. |
| 4 | 3. | Exhibit C to the Hurst Declaration contains multiple layers of |
| 5 |  | hearsay.  <u>Fed. R. Evid.</u> 802, 805.  The declarant of the statements |
| 6 |  | in that exhibit lacks personal knowledge of the matters stated. |
| 7 |  | <u>Fed. R. Evid.</u> 602.  The statements in that exhibit are also |
| 8 |  | irrelevant to the motions before the Court.  <u>Fed. R. Evid.</u> 402. |
| 9 | 4. | Exhibit D to the Hurst Declaration contains multiple layers of |
| 10 |  | hearsay.  <u>Fed. R. Evid.</u> 802, 805.  The declarant of the statements |
| 11 |  | in that exhibit lacks personal knowledge of the matters stated. |
| 12 |  | <u>Fed. R. Evid.</u> 602.  The statements in that exhibit are also |
| 13 |  | irrelevant to the motions before the Court.  <u>Fed. R. Evid.</u> 402. |
| 14 | 5. | Exhibit E to the Hurst Declaration contains multiple layers of |
| 15 |  | hearsay.  <u>Fed. R. Evid.</u> 802, 805.  The declarant of the statements |
| 16 |  | in that exhibit lacks personal knowledge of the matters stated. |
| 17 |  | <u>Fed. R. Evid.</u> 602.  The statements in that exhibit are also |
| 18 |  | irrelevant to the motions before the Court.  <u>Fed. R. Evid.</u> 402. |

DATED:  May 12, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Marshall M. Searcy III
Marshall M. Searcy III
Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.