QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>      Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MACHADO'S MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER CAL. CIV. CODE § 3426.4**<br><br>Hearing Date:  May 24, 2011<br>Time:  8:00 a.m.<br>Place:  Courtroom 9D<br><br>Trial Date:  January 11, 2011 |

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California, the District of Columbia and the State of New York and a partner at Quinn Emanuel Urquhart & Sullivan , LLP ("Quinn Emanuel"), attorneys for plaintiff and counter-defendant, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ( collectively "Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. I have reviewed the entries in Exhibit C to the Declaration of Alex Cote which he represents contain the time entries, hours and rate billed by Mr. Cote and Mr. Overland during their representation of Mr. Machado. Under my supervision and direction, Quinn Emanuel personnel converted the information in that chart to Word format so that the amounts could be collected by subject and/or type and calculations made.

3. The analyses made herein take into account the Revised Exhibit C (Dkt. No. 10550) filed by Machado's counsel on the day Mattel's opposition was due.

4. Attached as Exhibit A is a true and correct copy of a chart that applies and calculates for all non-apportioned entries through December 23, 2010—when Mr. Overland reviewed the Court's order on the parties' cross-motions for summary judgment—the 75% reduction in fees that Machado applied to his work on summary judgment motions because of the pendency of claims other than Mattel's claim for trade secret misappropriation. To avoid double-deduction and to calculate the correct amount to be deducted from Machado's claimed fees, Mattel excluded from this chart any entry as to which Machado had already applied the 75% deduction. The total amount of Machado's attorney's fees that should not be collected because they need to be apportioned to the two RICO and four other state claims is $ 556,353.00.

5.      Attached hereto as Exhibit B is a chart showing the days of trial and hearings that Machado's attended, but either said nothing or very little.  At my direction, Quinn Emanuel personnel searched the trial and hearing transcripts after entry of summary judgment and identified those that Machado's counsel attended where they said nothing or fewer than 100 words.  In Exhibit D, Quinn Emanuel personnel collected the entries and fees incurred on those dates and summed them.  The total amount of Machado's attorney's fees from this chart that the Court should not allow is $212,300.00.

6.      Attached as Exhibit C is a chart that shows the entries of Machado's counsel for "review[ing] filings", with no indication or representation that they all related solely to the defense of Mattel's trade secret claim.  The total amount of Machado's attorney's fees from this chart that the Court should not allow is $34,738.00.

7.      Attached hereto as Exhibit D is a chart showing the time Machado's counsel improperly billed for translating.  The total amount of Machado's attorney's fees from this chart that the Court should not allow is $10,345.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2011, at Los Angeles, California.

*[signature]*

Jon Corey
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.