**COREY DECL. EXH. B - MACHADO IMPROPER BILLING – TRIAL TIME**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 1/13/2011 | Alexander Cote | 11.6 | $400 | $4,640 | Attend trial day 1 (voir dire) | 11.6 | $4,640 |
| 1/14/2011 | Alexander Cote | 4.5 | $400 | $1,800 | Attend trial day 2 (voir dire) (4.2); confer with client re: appearance at trial (.3) | 4.2 | $1,680 |
| 1/18/2011 | Alexander Cote | 9.9 | $400 | $3,960 | Attend trial day 3 (opening statements, I. Ross); trial preparation (concurrent); review testimony for trial preparation (1.3) | 8.6 | $3,440 |
| 1/19/2011 | Alexander Cote | 10.6 | $400 | $4,240 | Attend trial day 4 (I. Ross; L. Martinez); trial preparation (2.1) | 8.5 | $3,400 |
| 1/19/2011 | Mark Overland | 8.7 | $500 | $4,350 | Revise opening statement (1.2); opening statements and trial (7.5) | 8.7 | $4,350 |
| 1/20/2011 | Alexander Cote | 9.1 | $400 | $3,640 | Attend trial day 5 (P. Garcia); trial preparation (concurrent) | 9.1 | $3,640 |
| 1/20/2011 | Mark Overland | 9.2 | $500 | $4,600 | Trial (7.1); chambers conference, Judge Carter, lead counsel (0.3); review files and prepare Vargas examination (1.8) | 7.1 | $3,350 |
| 1/25/2011 | Alexander Cote | 9.0 | $400 | $3,600 | Attend trial day 6 (P. Garcia); review filings by Mattel regarding motion to reconsider and jury instructions (concurrent); review MGA objections to jury instructions (concurrent); review and revise G. Machado objections to jury instructions and correspondence re: same (concurrent); continued trial preparation (concurrent) | 9.0 | $3,600 |
| 1/25/2011 | Mark Overland | 9.1 | $500 | $4,550 | Trial and trial prep | 9.1 | $4,550 |
| 1/26/2011 | Alexander Cote | 10.7 | $400 | $4,280 | Attend trial day 7 (P. Garcia; S. Linker); review and revise jury instructions (concurrent); prepare for examination of witnesses (concurrent); correspond with S. Kidman re: M. Wagner documents (1.2) | 9.5 | $3,800 |
| 1/26/2011 | Mark Overland | 7.7 | $500 | $3,850 | Trial and trial prep | 7.7 | $3,850 |
| 1/27/2011 | Alexander Cote | 11.4 | $400 | $4,560 | Attend trial day 8 (L. Arant; A. Rhee; C. Bryant; N. Ashong) (10); review documents produced by Mattel (concurrent); correspond with W. Molinski re: M. Wagner documents and P. Vargas documents (concurrent); prepare for examination of witnesses (1.4) | 10 | $4,000 |
| 1/27/2011 | Mark Overland | 8.5 | $500 | $4,250 | Trial and trial prep | 8.5 | $4,250 |
| 1/28/2011 | Alexander Cote | 9.1 | $400 | $3,640 | Attend trial day 9 (C. Bryant); prepare for examination of witnesses (concurrent); review filings and Court orders (concurrent) | 9.1 | $3,640 |

**COREY DECL. EXH. B - MACHADO IMPROPER BILLING – TRIAL TIME**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 1/28/2011 | Mark Overland | 6.7 | $500 | $3,350 | Trial and trial prep | 6.7 | $3,350 |
| 2/1/2011 | Alexander Cote | 9.5 | $400 | $3,800 | Attend trial day 10 (C. Bryant); correspond with Mattel counsel re: Wagner documents (concurrent); prepare for examination of witnesses (concurrent) | 9.5 | $3,800 |
| 2/1/2011 | Mark Overland | 8.5 | $500 | $4,250 | Trial | 8.5 | $4,250 |
| 2/2/2011 | Alexander Cote | 9.8 | $400 | $3,920 | Attend trial day 11 (C. Bryant); prepare examination outlines re: Mexico witnesses, including outline for individual trade secrets (concurrent) | 9.8 | $3,920 |
| 2/2/2011 | Mark Overland | 7.9 | $500 | $3,950 | Trial | 7.9 | $3,950 |
| 2/3/2011 | Alexander Cote | 10.0 | $400 | $4,000 | Attend trial day 12 (C. Bryant, L. Cunningham); research and draft motion in limine re: J. Kinrich summary testimony (concurrent); correspond with counsel re: trial matters (concurrent); review newly produced documents and court filings (concurrent) | 10.0 | $4,000 |
| 2/3/2011 | Mark Overland | 8.2 | $500 | $4,100 | Trial | 8.2 | $4,100 |
| 2/4/2011 | Alexander Cote | 9.1 | $400 | $3,640 | Attend trial day 13 (L. Cunningham, V. O'Connor, S. Odom, F. Larian); prepare summary of Vargas-used trade secrets (concurrent); revise examination outline for individual trade secret documents (concurrent) | 9.1 | $3,640 |
| 2/4/2011 | Mark Overland | 7.1 | $500 | $3,550 | Trial | 7.1 | $2,840 |
| 2/8/2011 | Alexander Cote | 9.6 | $400 | $3,840 | Attend trial day 14 (J. Maurus, I. Larian); review and object to supplemental jury instructions (concurrent); prepare examination of witnesses (concurrent) | 9.6 | $3,840 |
| 2/8/2011 | Mark Overland | 7.6 | $500 | $3,800 | Trial (7.1); conferences, A. Cote, re: cross-examination of witnesses (0.4) | 7.1 | $3,550 |
| 2/9/2011 | Alexander Cote | 11.5 | $400 | $4,600 | Attend trial day 15 (I. Larian) (9.9); prepare examination outlines for A. Willensky, J. Elias (concurrent); revise examination outlines for other witnesses (concurrent); review exhibits cited as evidence of trade secrets use in Mattel's recent filing (1.6) | 9.9 | $3,960 |
| 2/9/2011 | Mark Overland | 10.6 | $500 | $5,300 | Trial (8.1); review Vargas depositions, volumes 2, 3 and prepare cross- examination (2.5) | 8.1 | $4,050 |

**COREY DECL. EXH. B - MACHADO IMPROPER BILLING – TRIAL TIME**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 2/10/2011 | Alexander Cote | 10.5 | $400 | $4,200 | Attend trial day 16 (I. Larian) (10.5); prepare examination outlines for A. Willensky and other witnesses (concurrent); review Court's orders and recent filings (concurrent) | 10.5 | $4,200 |
| 2/11/2011 | Alexander Cote | 10.3 | $400 | $4,120 | Attend trial day 17 (I. Larian) (8.7); prepare examination outlines for witnesses (concurrent); review Court's orders and recent filings (concurrent); prepare argument re: jury instructions (1.6) | 8.7 | $3,480 |
| 2/11/2011 | Mark Overland | 9.0 | $500 | $4,500 | Trial | 9.0 | $4,500 |
| 2/15/2011 | Alexander Cote | 9.2 | $400 | $3,680 | Attend trial (canceled due to sick juror) and hearings before Judge Carter (6.8); revise witness examination outlines (Willensky, Elias, trade secrets) (2.4) | 6.8 | $2,720 |
| 2/15/2011 | Mark Overland | 7.8 | $500 | $3,900 | Trial (4.5); conference, A. Cote re: wits. cross-exam (2.5); prepare Vargas/Tiburcio cross- exam (0.8) | 4.5 | $2,250 |
| 2/16/2011 | Mark Overland | 8.0 | $500 | $4,000 | Trial (7.0); prepare cross-exam (1.0) | 7 | $4,000 |
| 2/17/2011 | Mark Overland | 7.7 | $500 | $3,850 | Trial | 7.7 | $3,850 |
| 2/22/2011 | Alexander Cote | 12.3 | $400 | $4,920 | Attend trial day 21 (I. Larian, D. Rosenbaum, L. Chan) (11.2); prepare examination outline for M. Wagner and J. Kinrich (concurrent); return to Court for evening session to review exhibits (1.1) | 11.2 | $4,480 |
| 2/22/2011 | Mark Overland | 10.6 | $500 | $5,300 | Trial (10.2); conference, A. Cote, re: Kinrich, Wagner cross examination (0.4) | 10.2 | $5,100 |
| 2/24/2011 | Mark Overland | 7.5 | $500 | $3,750 | Trial | 7.5 | $3,750 |
| 3/3/2011 | Alexander Cote | 12.9 | $400 | $5,160 | Attend trial day 27 (R. Eckert) and continued Daubert hearing (10.7); revise cross exam of M. Wagner (2.2) | 10.7 | $4,280 |
| 3/4/2011 | Alexander Cote | 9.5 | $400 | $3,800 | Attend trial day 28 (G. Machado) | 9.5 | $3,800 |
| 3/4/2011 | Courtney Overland | 9.1 | $200 | $1,820 | Trial (7.5); Machado prep (1.6) | 7.5 | $1,500 |
| 3/8/2011 | Courtney Overland | 2.6 | $200 | $520 | Trial (.5); Machado prep for testimony (2.1) | .5 | $100 |
| 3/10/2011 | Mark Overland | 7.0 | $500 | $3,500 | Trial | 7.0 | $3,500 |
| 3/15/2011 | Mark Overland | 7.7 | $500 | $3,850 | Trial | 7.7 | $3,850 |
| 3/16/2011 | Mark Overland | 6.3 | $500 | $3,150 | Trial | 6.3 | $3,150 |

**COREY DECL. EXH. B - MACHADO IMPROPER BILLING – TRIAL TIME**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 3/17/2011 | Mark Overland | 7.5 | $500 | $3,750 | Trial | 7.5 | $3,750 |
| 3/18/2011 | Alexander Cote | 9.4 | $400 | $3,760 | Attend trial day 36 (T. Kilpin, Joachemstaller) (8.1); revise JMOL (1.3) | 8.1 | $3,240 |
| 3/18/2011 | Mark Overland | 7.6 | $500 | $3,800 | Trial | 7.6 | $3,800 |
| 3/19/2011 | Alexander Cote | 7.1 | $400 | $2,840 | Attend hearing re: case status (4.1); finalize JMOL (concurrent); confer with counsel re: special verdict form (1.4); legal research re: same (1.6) | 4.1 | $1,640 |
| 3/21/2011 | Alexander Cote | 3.7 | $400 | $1,480 | Attend court hearing regarding special verdict form and jury instructions | 3.7 | $1,480 |
| 3/21/2011 | Mark Overland | 2.9 | $500 | $1,450 | Hearing on privilege and JMOL motion | 2.9 | $1,450 |
| 3/22/2011 | Alexander Cote | 10.6 | $400 | $4,240 | Attend trial day 37 (S. Villasenor, M. Romano, M. Turetzky); prepare outline for argument on JMOL (concurrent) | 10.6 | $4,240 |
| 3/22/2011 | Mark Overland | 7.5 | $500 | $3,750 | Trial | 7.5 | $3,750 |
| 3/23/2011 | Mark Overland | 7.7 | $500 | $3,850 | Trial | 7.7 | $3,850 |
| 3/24/2011 | Mark Overland | 8.5 | $500 | $4,250 | Trial | 8.5 | $4,250 |
| 3/25/2011 | Alexander Cote | 6.8 | $400 | $2,720 | Attend day 40 of trial (I. Larian); legal research re: jury instructions issues (concurrent) | 6.8 | $2,720 |
| 3/26/2011 | Alexander Cote | 5.9 | $400 | $2,360 | Attend hearing in Court regarding various trial issues | 5.9 | $2,360 |
| 3/28/2011 | Alexander Cote | 4.3 | $400 | $1,720 | Attend hearing in Court regarding various trial issues | 4.3 | $1,720 |
| 3/29/2011 | Alexander Cote | 7.1 | $400 | $2,840 | Attend trial day 41 (C. Plunkett, A. Vollero, R. Normile, M. Moore) (7.1); legal research re: issues raised in jury instruction objections (1.2 concurrent); review recent filings (1.3 concurrent); revise special verdict form (.7 concurrent) | 4.9 | $1,960 |
| 3/29/2011 | Mark Overland | 8.6 | $500 | $4,300 | Trial | 8.6 | $4,300 |
| 3/30/2011 | Alexander Cote | 8.5 | $400 | $3,400 | Attend trial day 42 (J. Thomas, T. Hauenstein, R. Brawer, B. Stockton); legal research re: issues raised in hearings and for anticipated JMOL (concurrent); review pleadings and orders filed in case (concurrent) | 8.5 | $3,400 |
| 3/31/2011 | Alexander Cote | 11.2 | $400 | $4,480 | Attend trial day 43 (R. Brawer, R. de Anda) (11.1); review JMOL opposition and prepare outline of response to same (concurrent); legal research re: issues raised and prior filings and pleadings (concurrent) | 11.1 | $4,440 |

**COREY DECL. EXH. B - MACHADO IMPROPER BILLING – TRIAL TIME**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | **$212,300.00** |