**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 10/4/2007 | Alexander Cote | 0.6 | $400 | $240 | **Review filings** in matter for background | .6 | $240 |
| 10/4/2007 | Mark Overland | 0.6 | $500 | $300 | **Review various Mattel filings** to determine relevancy to Machado; (filings re: Matttel's bandying of 30(b)(6) witnesses, motion to compel MGA to produce documents) | .6 | $300 |
| 10/22/2007 | Alexander Cote | 2.1 | $400 | $840 | **Review recent pleadings and other documents filed in the case from the last week (1.0)**; Review interrogatories sent to Machado and calendar response dates re: same (1.1) | 1 | $400 |
| 12/4/2007 | Alexander Cote | 1.2 | $400 | $480 | **Review filings and Court's order (0.3)**; emails with T. Nolan and D. Scheper and M. Overland re: settlement procedures (0.5); draft correspondence to Mattel re: motion to strike and sanctions (0.4) | .3 | $120 |
| 12/6/2007 | Alexander Cote | 2.0 | $400 | $800 | **Review new filings (1.2)**; call with D. Proctor re: scheduling and merits of motion to strike (0.2); call with G. Machado (0.6) | 1.2 | $480 |
| 12/7/2007 | Alexander Cote | 3.3 | $400 | $1,320 | **Review filings (1.8)**; call with client (0.3); draft correspondence to C. Holden; prepare for meeting with client (0.4); draft preliminary discovery (0.5) | 1.8 | $720 |
| 12/11/2007 | Alexander Cote | 4.4 | $400 | $1,760 | Meet with client (2.5); **review filings and correspondence (0.8)**; prepare for and participate in meet and confer with Mattel counsel regarding document preservation declaration (0.6); additional research re: special master jurisdiction (0.5) | .8 | $320 |
| 12/20/2007 | Alexander Cote | 3.0 | $400 | $1,200 | **Review filings and motions (0.5)**; review MGA's draft opposition to motion for additional discovery and comment on same (0.8); conduct legal research re: Rule 53(b)(1) and revise opposition to motion re: master's jurisdiction (1.6); draft correspondence to third party counsel re: same (0.1) | .5 | $200 |
| 12/21/2007 | Alexander Cote | 5.1 | $400 | $2,040 | Finalize oppositions due on 12/24 (3.9); **review filings (1.2)** | 1.2 | $480 |
| 12/28/2007 | Alexander Cote | 2.0 | $400 | $800 | **Review filings (1.6)**; review Mattel's reply brief re: document preservation declaration (0.4) | 1.6 | $640 |
| 1/2/2008 | Alexander Cote | 4.3 | $400 | $1,720 | Prepare for January 7 hearing re: motion for document preservation declaration, special master jurisdiction and additional discovery (1.8); call with T.Nolan re: same (.2); | .2 | $80 |

**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| | | | | | correspondence with D.Scheper, M.Overland and A.Park re: same (.3); **review filings (.2)**; draft response to first set of requests for admissions (1.5); call with S.Chan at JAMS re: hearing schedule in front of master (.3) | | |
| 1/8/2008 | Alexander Cote | 2.3 | $400 | $920 | **Review filings (1.2)**; legal research re: Hague Petition application to deposition of Machado (1.1) | 1.2 | $480 |
| 1/10/2008 | Alexander Cote | 5.6 | $400 | $2,240 | **Review filings and deposition notices and correspond with A. Park re: same (.9)**; draft email to client re: RFAs (1.4); call with B. Proctor re: same (.1); draft responses to RFAs (.4); call to court and draft correspondence to court requesting clarification of 1/7/08 order (1.3); review orders from special master re: discovery disputes (.6); call with R. Harrington re: clarification of 1/7/08 order (.2); prepare for deposition (.3); review additional deposition notices and coresponchance re: same (.4) | .9 | $360 |
| 1/11/2008 | Alexander Cote | 3.3 | $400 | $1,320 | **Review filings (.3)**; call with D. Proctor re: third set of requests for admission (.2); call with S.Chan re: scheduling of hearing (.2); calls with D. Proctor and J. Corey re: stipulation to continue hearing (.3); draft email re: same (.4); draft motion to continue hearing for use if necessary (1.5); calls with A. Park and D. Adler re: deposition scheduling (.4) | .3 | $120 |
| 1/14/2008 | Alexander Cote | 6.1 | $400 | $2,440 | Review notice of withdrawal filed by Mattel and transcript of January 7 hearing and revise supplemental opposition to motion to compel accordingly (3); call with client and draft document preservation declaration (1.8); call with A. Park re: opposition (.4); **review filings by Mattel and MGA (.9)** | .9 | $360 |
| 1/16/2008 | Alexander Cote | 2.6 | $400 | $1,040 | Prepare for and attend hearing re: motion to compel deposition (2.0); **review filings (.3)**; emails with client and with counsel re: deposition scheduling (.3) | .3 | $120 |
| 1/17/2008 | Alexander Cote | 2.2 | $400 | $880 | Revise discovery responses to requests for admissions and email with client re: [redacted] (1.6); **review filings (.2)**; draft correspondence to counsel (.4) | .2 | $80 |

**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 1/18/2008 | Alexander Cote | 2.1 | $400 | $840 | **Review filings (.2)**; correspondence with counsel re: deposition scheduling (.1); revise request for admission responses and call with client re: same (1.8); | .2 | $80 |
| 1/22/2008 | Alexander Cote | 2.7 | $400 | $1,080 | **Review filings (.5)**; draft joinder to MGA's filing re: mediator payments and file same (.9); finalize responses for requests for admissions and correspond with client re: same (1.3) | .5 | $200 |
| 1/23/2008 | Alexander Cote | 0.8 | $400 | $320 | **Review filings** | .8 | $320 |
| 1/23/2008 | Mark Overland | 0.3 | $500 | $150 | **Review court filings** and MGA and Mattel emails re: discovery | .3 | $150 |
| 1/24/2008 | Alexander Cote | 0.4 | $400 | $160 | **Review filings** | .4 | $160 |
| 1/28/2008 | Alexander Cote | 11.0 | $400 | $4,400 | Attend deposition of S. Kuemmerle (9.0); **review filings and calendar same (1.6)**; draft email to A. Park and J. Allen re: discovery master decisions (.4) | 1.6 | $640 |
| 1/28/2008 | Mark Overland | 0.8 | $500 | $400 | **Review today's filings and motions (0.6)**; review and email signed stipulation re: Brawer deposition (0.2) | .6 | $300 |
| 1/29/2008 | Alexander Cote | 0.6 | $400 | $240 | Draft email correspondence to discovery master (.1); **review filings (.3)**; review court order (.2); | .3 | $120 |
| 1/29/2008 | Mark Overland | 0.5 | $500 | $250 | **Review today's court filing, motions (0.5)** | .5 | $250 |
| 1/30/2008 | Alexander Cote | 1.8 | $400 | $720 | Call with client (.5); review deposition of S. Kuemmerle with M. Overland (.3); **review filings (.8)**; draft discovery plan (.2) | .8 | $320 |
| 1/30/2008 | Mark Overland | 0.4 | $500 | $200 | **Review all daily filings, motions** | .4 | $200 |
| 1/31/2008 | Alexander Cote | 2.2 | $400 | $880 | **Review filings** and discovery responses by MGA and Bryant; draft correspondence to C. Holden; call with client | 2.2 | $880 |
| 1/31/2008 | Mark Overland | 0.5 | $500 | $250 | **Review all filings, motions for day (0.5)** | .4 | $200 |
| 2/1/2008 | Alexander Cote | 1.0 | $400 | $400 | **Review filings (.6);** prepare for hearing (.4) | .6 | $240 |
| 2/1/2008 | Mark Overland | 0.4 | $500 | $200 | **Review filings, motions, stipulation filed today** | .4 | $200 |
| 2/4/2008 | Mark Overland | 0.4 | $500 | $200 | **Review filings and motions for today** | .4 | $200 |
| 2/5/2008 | Alexander Cote | 1.8 | $400 | $720 | **Review filings and court order (1)**; draft correspondence to client re: same (.5); draft correspondence to counsel for MGA re: same and re: discovery responses (.3) | 1 | $400 |
| 2/7/2008 | Alexander Cote | 1.2 | $400 | $480 | **Review filings (.8)**; call with Ambassador Prosper re: case status (.4) | .8 | $320 |

**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 2/7/2008 | Mark Overland | 0.4 | $500 | $200 | **Review filings and motions for today** | .4 | $200 |
| 2/8/2008 | Mark Overland | 0.5 | $500 | $250 | **Review daily filings and motions** | .5 | $250 |
| 2/11/2008 | Mark Overland | 0.3 | $500 | $150 | **Review day's filings and motions** | .3 | $150 |
| 2/12/2008 | Alexander Cote | 0.6 | $400 | $240 | **Review filings and pleadings** | .6 | $240 |
| 2/12/2008 | Mark Overland | 0.4 | $500 | $200 | **Review day's filings and motions** | .4 | $200 |
| 2/13/2008 | Alexander Cote | 0.4 | $400 | $160 | **Review court's order and other filings**; draft correspondence to MGA counsel re: same | .4 | $160 |
| 2/13/2008 | Mark Overland | 0.3 | $500 | $150 | **Review filings and motion for today** | .3 | $150 |
| 2/15/2008 | Alexander Cote | 0.3 | $400 | $120 | **Review filings and stipulations** | .3 | $120 |
| 2/19/2008 | Mark Overland | 0.3 | $500 | $150 | **Review filings for today and motions** | .3 | $150 |
| 2/25/2008 | Alexander Cote | 2.2 | $400 | $880 | **Review filings in matter**; draft correspondence re: same | 2.2 | $880 |
| 2/28/2008 | Alexander Cote | 0.8 | $400 | $320 | Draft correspondence to counsel (.4); **review filings (.4)** | .4 | $160 |
| 2/29/2008 | Alexander Cote | 0.3 | $400 | $120 | **Review filings and correspondence** | .3 | $120 |
| 3/5/2008 | Alexander Cote | 0.6 | $400 | $240 | **Review filings** | .6 | $240 |
| 3/10/2008 | Alexander Cote | 1.2 | $400 | $480 | **Review** summary judgment motions and **other filings** | 1.2 | $480 |
| 3/13/2008 | Alexander Cote | 1.1 | $400 | $440 | **Review pleadings and filings in case** | 1.1 | $440 |
| 5/6/2008 | Alexander Cote | 1.2 | $375 | $450 | **Review filings and orders in the matter** | 1.2 | $450 |
| 5/23/2008 | Alexander Cote | 2.1 | $375 | $788 | **Review recent filings and orders in case** | 2.1 | $788 |
| 5/27/2008 | Alexander Cote | 1.2 | $375 | $450 | **Review pleadings and filings in matter** | 1.2 | $450 |
| 1/27/2009 | Alexander Cote | 0.4 | $400 | $160 | **Review filings**; correspond with client re: same | 0.4 | $160 |
| 6/15/2009 | Alexander Cote | 0.4 | $400 | $160 | **Review filings in case** and court's orders | 0.4 | $160 |
| 7/27/2009 | Alexander Cote | 0.3 | $400 | $120 | **Review filings in case**; correspond with A. Hurst re: same | 0.3 | $120 |
| 9/14/2009 | Alexander Cote | 2.1 | $400 | $840 | **Review filings and motions (.3)**; correspond with W. Molinksi and A. Hurst re: coordinating responses (.4); review interrogatories (.6); review prior order of discovery master and forward to W. Molinski regarding ex parte (.8); correspondence and calls with D. Proctor regarding stipulation to continue hearing (.2) | .3 | $120 |
| 9/15/2009 | Alexander Cote | 0.4 | $400 | $160 | **Review filings in case (.2)**; review final draft of stipulation continuing hearing (.2) | .2 | $80 |
| 9/16/2009 | Alexander Cote | 0.8 | $400 | $320 | Review stipulation re: expert dates (.2); **review filings and discovery served in case (.6)** | .6 | $240 |

**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 9/28/2009 | Mark Overland | 1.2 | $500 | $600 | **Review QE filings (0.7)**; prepare for strategy meeting on 9/30 | .7 | $350 |
| 10/21/2009 | Alexander Cote | 0.8 | $400 | $320 | **Review correspondence and filings in case**; correspond with W. Molinski regarding settlement conference; call with court clerk regarding same | .8 | $320 |
| 10/22/2009 | Alexander Cote | 0.9 | $400 | $360 | **Review filings**; correspond with court regarding settlement conference | 0.9 | $360 |
| 10/23/2009 | Alexander Cote | 0.6 | $400 | $240 | **Review filings**; correspond with W. Molinski regarding settlement conference | 0.6 | $240 |
| 10/27/2009 | Alexander Cote | 0.3 | $400 | $120 | **Review filings and case status** | 0.3 | $120 |
| 11/2/2009 | Alexander Cote | 0.8 | $400 | $320 | **Review filings in case and declarations** | 0.8 | $320 |
| 11/3/2009 | Alexander Cote | 1.2 | $400 | $480 | **Review filings in case** | 1.2 | $480 |
| 11/9/2009 | Alexander Cote | 1.3 | $400 | $520 | **Review filings**; review correspondence regarding deposition of J. Elias; review notice re: same | 1.3 | $520 |
| 11/11/2009 | Alexander Cote | 1.4 | $400 | $560 | Conference with W. Molinski regarding case status; **review pleadings in case**; review draft scheduling order; legal research regarding statutes of limitations for potential state and federal criminal charges | 1.4 | $560 |
| 11/20/2009 | Alexander Cote | 0.8 | $400 | $320 | **Review filings and correspondence in case**; respond to same | 0.8 | $320 |
| 11/23/2009 | Alexander Cote | 1.8 | $400 | $720 | **Review filings in case**; review draft fourth amended counterclaims; conference with client regarding case status and issues | 1.8 | $720 |
| 11/24/2009 | Alexander Cote | 0.6 | $400 | $240 | **Review court orders and other filings in case** | 0.6 | $240 |
| 1/22/2010 | Alexander Cote | 3.0 | $400 | $1,200 | Review transcripts and protective order regarding disclosure of documents to client and prepare memo re: same (2.1); review legal research regarding immunity (.3); correspond with W. Parker regarding P. Vargas confidentiality agreement (.2); **review filings in case (.4)** | 0.4 | $160 |
| 1/25/2010 | Alexander Cote | 1.2 | $400 | $480 | Call with e-discovery vendor regarding G. Machado drive; correspondence with W. Molinski regarding depositions; **review filings in case** | 1.2 | $480 |
| 1/26/2010 | Alexander Cote | 0.5 | $400 | $200 | **Review filings in case**, including 30(b)(6) notice of deposition | 0.5 | $200 |
| 1/27/2010 | Alexander Cote | 0.4 | $400 | $160 | **Review filings in case**; correspond with T. McConville re: | 0.4 | $160 |

**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| | | | | | same | | |
| 2/19/2010 | Alexander Cote | 0.3 | $400 | $120 | **Review court orders and filings in case** | 0.3 | $120 |
| 4/6/2010 | Alexander Cote | 3.0 | $400 | $1,200 | Review deposition testimony of K. Storie (1.2); draft outline of questions for continued deposition (.8); **review filings in case (.4)**; revise outline of Mexico trade secrets (.8) | 0.4 | $160 |
| 4/7/2010 | Alexander Cote | 1.9 | $400 | $760 | Revise outline for K. Storie continued deposition; **review filings in case** | 1.9 | $760 |
| 4/8/2010 | Alexander Cote | 1.2 | $400 | $480 | **Review filings in case (.3)**; revise memorandum on Mexico Trade secrets (.9) | 0.3 | $120 |
| 4/26/2010 | Alexander Cote | 1.3 | $400 | $520 | **Review filings and orders in case (.8)**; confer with L. Feldstein re: M. Trueba deposition (.3); correspond with A. Hurst and W. Molinski re: stipulation for motions against FAAC (.2) | 0.8 | $320 |
| 5/14/2010 | Alexander Cote | 2.5 | $400 | $1,000 | Review documents for preparation of M. Trueba for deposition; **review court orders and filings**; correspond with client re: case | 2.5 | $1,000 |
| 5/18/2010 | Alexander Cote | 5.3 | $400 | $2,120 | **Review court orders and filings in case (.7)**; prepare M. Trueba for deposition (4.6) | 0.7 | $280 |
| 5/25/2010 | Alexander Cote | 1.1 | $400 | $440 | **Review pleadings and court orders in action (.4)**; correspond with W. Molinski and M. Overland re: motion to reconsider order regarding P. Vargas deposition (.4); Correspond with client re: [redacted] (.3) | 0.4 | $160 |
| 6/4/2010 | Alexander Cote | 0.6 | $400 | $240 | **Review filings and orders in case** | 0.6 | $240 |
| 6/8/2010 | Alexander Cote | 1.4 | $400 | $560 | **Review filings and court orders (1.1)**; correspond with W. Molinski and J. Corey re: P. Vargas deposition (.3) | 1.1 | $440 |
| 6/13/2010 | Alexander Cote | 1.2 | $400 | $480 | **Review court orders and recent filings (.8)**; correspond with W. Molinski re: P. Vargas deposition (.4) | .8 | $320 |
| 7/20/2010 | Alexander Cote | 1.3 | $400 | $520 | **Review filings by Mattel**; review findings by ILS; research re: same; correspond with G. Machado re: same | 1.3 | $520 |
| 8/4/2010 | Alexander Cote | 1.2 | $400 | $480 | Review stipulation regarding expert discovery (.3); review Court order regarding use of depositions in Mexico (.2); **review filings in case (.3)**; review correspondence re: meet | .3 | $120 |

**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| | | | | | and confer on discovery issues (.4) | | |
| 8/5/2010 | Alexander Cote | 0.8 | $400 | $320 | **Review filings in case (.5)**; correspond with M. Korhonen regarding stipulation and meet and confer on discovery issues (.3) | .5 | $200 |
| 8/6/2010 | Alexander Cote | 1.9 | $400 | $760 | Call with client re: [redacted] (1.0); draft correspondence to B. Molinski regarding issues raised in Mattel meet and confer letter (.6); **review filings in case (.3)** | .3 | $120 |
| 8/24/2010 | Alexander Cote | 3.6 | $400 | $1,440 | Finalize and serve document request responses (1.1); legal research re: statute of limitations defense (.8); draft response to second supplemental interrogatories (1.4); **review filings in case (.3)** | .3 | $120 |
| 9/2/2010 | Alexander Cote | 1.0 | $400 | $400 | Draft supplemental responses to interrogatories regarding affirmative defenses (.6); **review filings in case (.2)**; calls with W. Molinski re: hearing status and attendance at court (.2) | .2 | $80 |
| 9/10/2010 | Alexander Cote | 2.4 | $400 | $960 | Revise responses to second set of document requests (.8); correspond with Mattel counsel re: same (.2); **review filings in case (1.4)** | 1.4 | $560 |
| 10/1/2010 | Alexander Cote | 0.6 | $400 | $240 | **Review filings in case** | .6 | $240 |
| 10/6/2010 | Alexander Cote | 0.8 | $400 | $320 | Call with W. Molinski re: motions for summary judgment (.3); review discovery responses re: same (.3); **review filings and court orders (.2)** | .2 | $80 |
| 10/28/2010 | Alexander Cote | 3.8 | $400 | $380 | Finalize opposition to summary judgment (1.4); revise second part of MGA fact statement (1.8); **review pleadings and filings in action (.6)** | .6 | $240 |
| 11/1/2010 | Alexander Cote | 9.4 | $400 | $3,760 | Prepare for and defend deposition of Gustavo Machado re: counterclaims in reply (8.9); **review court filings and orders (.5)** | .5 | $200 |
| 11/2/2010 | Alexander Cote | 1.6 | $400 | $160 | Correspond with client re: [redacted] (.1); call with A. de la Cruz re: reply briefing and choice of law analysis (.2); **review filings and expert reports (1.1)**; coordinate efiling of hyperlinked documents (.2) | 1.1 | $440 |
| 1/5/2011 | Alexander Cote | 7.8 | $400 | $3,120 | Review and revise jury instructions (2.1); call with D. | .3 | $120 |

**COREY DECL. EXH. C - MACHADO IMPROPER BILLING TIMES – FILE REVIEW TIME ENTRIES**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| | | | | | Mingrone and R. Freitas re: jury instructions (.3); **review filings in case (.3)**; draft outline for trial re: physical location of Mexico trade secrets and other trial preparation (3.3); review Court's order on summary judgment (1.5); correspond with client re: [redacted] (.3) | | |
| 2/6/2011 | Alexander Cote | 6.9 | $400 | $2,760 | Review deposition testimony of J. Elias and exhibits for examination outline (4.9); **review filings (.7); review filing re: Mattel trade secrets and use of same (1.3)** | 2 | $800 |
| 2/7/2011 | Alexander Cote | 4.6 | $400 | $1,840 | Revise trade secrets trial binder of trade secrets (1.5); **review filings (.8)**; review deposition exhibits (investigative file, Mexican writ) for witness outlines (1.9); review W Hotel presentation and related exhibits for witness examination outlines (.4) | .8 | $320 |
| 3/29/2011 | Alexander Cote | 7.1 | $400 | $2,840 | Attend trial day 41 (C. Plunkett, A. Vollero, R. Normile, M. Moore) (7.1); legal research re: issues raised in jury instruction objections (1.2 concurrent); **review recent filings (1.3 concurrent)**; revise special verdict form (.7 concurrent) | 1.3 | $520 |
| 3/30/2011 | Alexander Cote | 8.5 | $400 | $3,400 | Attend trial day 42 (J. Thomas, T. Hauenstein, R. Brawer, B. Stockton); legal research re: issues raised in hearings and for anticipated JMOL (concurrent); **review pleadings and orders filed in case (concurrent)** | 8.5 | $3,400 |
| **Total** | | | | | | | $ 34,738.00 |