**COREY DECL. EXH. D - MACHADO IMPROPER BILLING – TRANSLATIONS**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| 9/25/2007 | Mark Overland | 4.1 | $450 | $1,845 | Review, translate and summarize documents re: appearance of J. Elias in Mexico | 4.1 | $1,845 |
| 10/10/2007 | Mark Overland | 0.5 | $500 | $250 | Review for document production and translate client emails to Mattel (0.4); conference A. Cote (0.1) | 0.4 | $200 |
| 10/12/2007 | Mark Overland | 0.6 | $500 | $300 | Review and translate Mattel manual re: copying issue (0.5); email to A. Cote (0.1) | 0.5 | $250 |
| 10/3/2008 | Mark Overland | 0.7 | $500 | $350 | Review and translate client Mexico declarations (0.7); email to J Pisoni [NO CHARGE] | 0.7 | $350 |
| 10/9/2008 | Mark Overland | 0.7 | $500 | $350 | Review protective order (0.5); translate to Spanish parts of order and email to client's Meixcan counsel (0.2) | 0.2 | $100 |
| 9/1/2009 | Mark Overland | 2.2 | $500 | $1,100 | Telephone conferences and emails, C. Prieto, W. Molinsky (1.4); review and translate Mexico pleading re: requirement of original documents (0.8) | 0.8 | $400 |
| 9/2/2009 | Mark Overland | 2.7 | $500 | $1,350 | Send and review multiple emails to and from C. Prieto re: [redacted] (0.6); revise C. Prieto declaration re: same (0.3); review and translate January 15, 2009 ruling of Mexico court (1.8) | 1.8 | $900 |
| 9/4/2009 | Mark Overland | 3.1 | $500 | $1,550 | Translate and prepare memorandum summarizing orders of the court in Mexico with respect to declarations by counsel for Mattel and orders of the court relating to the location of original documents to which the defendants are entitled in criminal proceedings under the Mexican Constitution | 3.1 | $1,550 |
| 9/9/2009 | Mark Overland | 0.8 | $500 | $400 | Email to and from W. Molinski re: Machado confidentiality in production of documents (0.2); translate and summarize Mexico filings re: original documents (0.6) | 0.6 | $300 |
| 10/1/2009 | Mark Overland | 1.7 | $500 | $850 | Emails to and from W. Molinsky, G. Machado, C. Prieto, re: Vargas developments in Mexico criminal proceedings (0.3); review and translate Vargas 2007 Meixico trial declaration, emails to W. Molinsky re: same (1.4) | 1.4 | $700 |
| 10/23/2009 | Mark Overland | 0.7 | $500 | $350 | Review and translate email from C. Prieto re: Mexico criminal proceedings; email to A. Cote, W. Molinski re: same | 0.7 | $350 |
| 6/14/2010 | Mark Overland | 4.1 | $500 | $2,050 | Translate and compare Vargas declarations in preparation for | 4.1 | $2,050 |

**COREY DECL. EXH. D - MACHADO IMPROPER BILLING – TRANSLATIONS**

| Date | Timekeeper | Hours | Rate | Amount | Description | Hours Improperly Billed | Total Amount Improperly Billed |
|---|---|---|---|---|---|---|---|
| | | | | | deposition | | |
| 6/15/2010 | Mark Overland | 2.7 | $500 | $1,350 | Finalize translation and summary of Vargas declaration | 2.7 | $1,350 |
| **Total** | | | | | | | **$10,345.00** |