QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| Plaintiff, | Hon. David O. Carter |
| vs.<br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br>Defendant. | **MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE AN OVERLENGTH OPPOSITION TO MGA'S MOTION FOR AWARD OF ATTORNEY'S FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT** |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order Filed Concurrently Herewith] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. respectfully applies for leave to file a 32-page Opposition to MGA's Motion for Award of Attorney's Fees and "Full Costs" Under Section 505 of the Copyright Act (Dkt. No. 10542).  Given the number, complexity and importance of the issues involved and the amount of money MGA is claiming in this brief, additional pages are required to adequately address the issues.

For the foregoing reasons, Mattel respectfully requests that the Court order that Mattel's Opposition to MGA's Motion for Award of Attorney's Fees and "Full Costs" Under Section 505 of the Copyright Act may be 32 pages in length.

DATED:  May 12, 2011        QUINN EMANUEL URQUHART &
                            SULLIVAN. LLP


                            By /s/ Michael T. Zeller
                               Michael T. Zeller
                               Attorneys for Mattel. Inc.