QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE AN OVERLENGTH OPPOSITION TO MGA'S MOTION FOR AWARD OF ATTORNEY'S FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT** |

[PROPOSED] ORDER

Based on Mattel's concurrently filed Application for Leave to File an Overlength Opposition to MGA's Motion for Award of Attorney's Fees and "Full Costs" Under Section 505 of the Copyright Act,

IT IS HEREBY ORDERED:

Mattel is hereby given leave to file a 32-page Opposition to MGA's Motion for Award of Attorney's Fees and "Full Costs" Under Section 505 of the Copyright Act.

DATED: May _____, 2011

          Hon. David O. Carter
          United States District Judge