QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF MARSHALL M SEARCY IN SUPPORT OF MATTEL'S OPPOSITION TO MGA'S MOTION FOR ATTORNEY'S FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conf: January 4, 2011<br>Trial Date: January 11, 2011 |

I, Marshall M. Searcy, declare as follows:

1. I am a member of the bar of the State of California, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an article by Drew Combs, in The AmLaw Daily, "Mattel v. MGA: Welcome Back to the Dollhouse" (dated 1/12/11) (available at http://amlawdaily.typepad.com/amlawdaily/2011/01/bratzretrial.html) (last visited May 12, 2011).

3. Attached hereto as Exhibit 2 is a true and correct copy of an article by Erin Fuchs, in Law 360, "O'Melveny Says MGA Owes $10M In Bratz Legal Fees" (dated 7/14/10) (available at http://www.law360.com/topnews/articles/180868/o-melveny-says-mga-owes-10m-in-bratz-legal-fees) (last visited May 12, 2011).

4. Attached hereto as Exhibit 3 is a true and correct copy of an article by Amanda Bronstad, in the National Law Journal, "MGA Pleads to Retain Counsel—or at Least for a Delay of Bratz Doll Retrial" (dated 1/6/11) ("The disqualification was the latest legal headache for MGA, which has replaced its lawyers numerous times during the copyright dispute.") (available at http://www.law.com/jsp/cc/PubArticleCC.jsp?id=1202477107603&MGA_Pleads_to_Retain_Counsel_mdash_or_at_Least_for_a_Delay_of_Bratz_Doll_Retrial) (last visisted May 12, 2011).

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the Deposition Transcript of Robert Eckert in this case.

6. Attached hereto as Exhibit 5 are true and correct copies of excerpts from the Deposition Transcript of Douglas Wadleigh in this case.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts from the Deposition Transcript of Sujata Luther in this case.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the Deposition Transcript of Timothy Kilpin in this case.

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the Deposition Transcript of Jean Gomez in this case.

10. Attached hereto as Exhibit 9 are true and correct copies of excerpts from the Deposition Transcript of Gene Murtha in this case.

11. Attached hereto as Exhibit 10 are true and correct copies of excerpts from the Deposition Transcript of Sal Villasenor in this case.

12. Attached hereto as Exhibit 11 are true and correct copies of excerpts from the Deposition Transcript of Ivy Ross in this case.

13. Attached hereto as Exhibit 12 is a true and correct copy of a March 13, 2008 letter from Mattel's counsel Melissa Grant to Veronica Marlow's counsel Larry McFarland.

14. Attached hereto as Exhibit 13 is a true and correct copy of a September 9, 2009 letter from MGA's counsel Bill Molinski to me.

15. On June 26, 2009, I wrote an email to MGA's counsel Jean Pierre Nogues stating that "Mattel anticipates serving supplemental responses to RFP Nos. 88, 89, 99, 100, 101, 102, 103, 104 and 111 on Thursday, July 6, 2009 and producing any additional responsive documents on a rolling basis after that date." I referred to that email in a June 26, 2009 letter which is attached hereto as Exhibit 14.

16. Attached hereto as Exhibit 15 is a true and correct copy of a March 3, 2010 email exchange between Annette Hurst, counsel for MGA, and John Quinn and Bridget Hauler, counsel for Mattel.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a letter dated July 27, 2007 from William Charron, counsel for MGA, to Michael Zeller, counsel for Mattel.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a letter dated November 27, 2007 from Timothy Miller, counsel for MGA, to Jon Corey, counsel for Mattel.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a letter dated March 17, 2008 from Amy Park, counsel for MGA, to Jon Corey, counsel for Mattel.

20.     Attached hereto as Exhibit 19 is a true and correct copy of a letter dated June 25, 2009 from Amman Khan, counsel for MGA to me.

21.     Attached hereto as Exhibit 20 is a true and correct copy of a Minute Order dated June 16, 2006 entitled "6/16/06 Civil Minutes re: Mattel's Motion to Enforce the Court's Order of March 23, 2005 and for Sanctions."

22.     Attached hereto as Exhibit 21 is a true and correct copy of an order in LASC Case No. BC314398 (this case prior to removal), dated 10/5/2004 entitled "Ruling On (1) Motion To Compel Deposition And (2) Motion For A Protective Order And Establish The Sequence And Timing Of Discovery."

23.     Attached hereto as Exhibit 22 is a true and correct copy of an order in LASC Case No. BC314398 (this case prior to removal), dated 10/20/2004, entitled "Order Granting Mattel's Ex Parte Application To Set Compelled Deposition Of Defendant And Cross-Claimant Carter Bryant For A Date Certain Pursuant To The Court's Order Of October 5, 2004.

24.     Attached hereto as Exhibit 23 is a true and correct copy of MGA's Cross-Complaint in <u>O'Melveny & Myers vs. MGA</u>, Case No. BC441593, Superior Court of California, County of Los Angeles Central Division, filed August 5, 2010.

25.  Attached hereto as Exhibit 24 is a true and correct copy of MGA's Case Management Statement, dated April 29, 2011, in <u>O'Melveny & Myers vs. MGA</u>, Case No. BC441593, Superior Court of California, County of Los Angeles Central Division, filed August 5, 2010.

26.  Attached hereto as Exhibit 25 is a true and correct copy of a Notice of Ruling, dated November 17, 2010 in Notice of Ruling in <u>O'Melveny & Myers vs. MGA</u>, Case No. BC441593, Superior Court of California, County of Los Angeles Central Division.

27.  Attached hereto as Exhibit 26 is a true and correct copy of an Order Granting In Part and Denying In Part Mattel's Motion to Overrule Instructions Not To Answer During the Deposition of Carter Bryant, dated March 7, 2007.

28.  Attached hereto as Exhibit 27 is a true and correct copy of an Order compelling Isaac Larian's deposition and awarding sanctions against MGA, dated March 23, 2005.

29.  Attached hereto as Exhibit 28 is a true and correct copy of an Order compelling Isaac Larian's deposition and awarding sanctions against MGA, dated June 16, 2006.

30.  Attached hereto as Exhibit 29 is a true and correct copy of Mattel's Notice of Deposition of MGA, dated February 15, 2005.

31.  Attached hereto as Exhibit 30 is a true and correct copy of Dkt. entry number 63 in <u>Innovention Toys, Inc. v. MGA Entm't, Inc.</u>, 07-CV-6510-MLCF-ALC, (1/28/09).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed this 12th day of May, 2011, at Los Angeles, California.

          /s/ Marshall M. Searcy
          Marshall M. Searcy