QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**NOTICE OF LODGING OF FLASH DRIVE RE MATTEL'S MAY 12, 2011 FILINGS AND EVIDENCE AND DOCUMENTS IN SUPPORT THEREOF**<br><br>Hearing Date: May 24, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>Trial Date: January 11, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges for the Court's convenience a flash drive containing Mattel's May 12, 2011 filings and evidence, docket entries and authorities in support thereof, as listed below:

MATTEL, INC.'S OPPOSITION TO MACHADO'S MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER CAL. CIV. CODE § 3426.4;

MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR ATTORNEY'S FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT;

MATTEL, INC.'S OPPOSITION TO MGA'S MOTION FOR EXEMPLARY DAMAGES AND FEES PURSUANT TO CALIFORNIA'S UNIFORM TRADE SECRET ACT, CAL. CIV. CODE §§ 3426.3, 3426.4;

MATTEL'S RESPONSE TO MGA'S MOTION FOR JUDGMENT ON MATTEL'S INTENTIONAL INTERFERENCE WITH CONTRACT AND UNFAIR COMPETITION CLAIMS;

MATTEL'S POST TRIAL BRIEF RE: EQUITABLE DEFENSES.

DATED: May 16, 2011            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael T. Zeller

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.