ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700 / Fax: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: 213-629-2020 / Fax: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700 / Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with: Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MGA PARTIES'** ***EX PARTE*** **APPLICATION TO COMPEL PRODUCTION OF EVIDENCE IN CONNECTION WITH HEARING ON MOTIONS FOR ATTORNEYS' FEES**<br><br>Hearing Date:     May 24, 2011 |

1  The Court, having considered MGA Parties' *Ex Parte* Application to Compel
2  Production of Evidence in Connection with Hearing on Motions for Attorneys'
3  Fees (the "*Ex Parte* Application"), and having found good cause appearing, it is
4  HEREBY ORDERED that
5      1.    MGA Parties' *Ex Parte* Application is hereby GRANTED.
6      2.    MGA Parties are authorized to serve the subpoena attached as
7  Exhibit 1 to the *Ex Parte* Application.
8      3.    Quinn Emmanuel Urquhart & Sullivan LLP and Mattel, Inc., by and
9  through its counsel of record, shall provide a complete production in response to the
10 subpoena attached as Exhibit 1 to the *Ex Parte* Application by 5:00 p.m. on Friday,
11 May 20, 2011.  Mattel shall provide responsive materials in complete and
12 unredacted form to the Special Master for Discovery, Robert C. O'Brien, Esq.
13 Mattel may redact any confidential attorney client privileged or attorney work
14 product information from the responsive materials provided to counsel for the
15 MGA Parties.
16     4.    Mattel shall also provide to the Special Master for Discovery a
17 document showing the total dollar amount of fees invoiced in connection with the
18 consolidated actions for each month and the individual daily fees incurred on each
19 date by each timekeeper comprising that total amount, in the format specified by
20 the Court in its Minute Order dated May 9, 2011, 2011 (Docket #10547).
21
22 **IT IS SO ORDERED**.
23
24
25 Dated:  May _____, 2011
26                                             Hon. David O. Carter
                                            United States District Court Judge
27
28

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO COMPEL PRODUCTION OF EVIDENCE RE MOTIONS FOR ATTORNEY' FEES  CV-04-9049 DOC (RNBx)