QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S NOTICE OF MOTION AND MOTION TO STRIKE AND CONFIRM WAIVED THE MGA PARTIES' UNTIMELY OBJECTIONS TO MATTEL'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE MGA'S UNFAIR COMPETITION CLAIM**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>Trial Date: January 18, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on a date to be determined by the Court, plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") will, and hereby do, move, pursuant to Local Rule 52-7, for an Order striking as untimely the MGA Parties' Objections To Mattel's Proposed Findings Of Fact And Conclusions Of Law Re MGA's Unfair Competition Claim and confirm that by failing to file objections when required by Local Rule, MGA Parties' waived any objections to Mattel's Proposed Findings of Fact and Conclusions of Law re MGA's Unfair Competition Claim.

Mattel makes this motion on the grounds that Local Rule 52-7 requires a party to file objections to any proposed findings of fact and conclusions of law within seven days after service and that failure to do so results in mandatory waiver of objections. Mattel filed its objections on April 26, 2011. MGA did not serve its obejections within the seven days required by Local Rule 52-7.

This Motion is based upon this Notice of Motion and Motion, Memorandum of Points and Authorities in support thereof, all pleadings and papers on file in this action, such other evidence or arguments as may be presented to the Court, and such other matters of which this Court may take judicial notice.

DATED: May 17, 2011  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

**Memorandum of Points and Authorities**

Mattel respectfully requests that the Court (a) strike as untimely MGA's objections to Mattel's Proposed Findings of Fact and Conclusions of Law Regarding MGA's Unfair Competition Claim (Dkt. No. 10554), and (b) confirm that, pursuant to the applicable rule, MGA's untimely objections are deemed waived.

Local Rule 52-7 governs objections to findings of fact and conclusions of law on matters tried to the Court. Any objections must be filed within seven days after service of proposed findings of fact and conclusions of law. Id. (providing that, a party may "within seven (7) days after sevice of a copy of [findings of fact and conclusions of law], file and serve objections to the form of the document and the grounds therefor."). If objections are not timely filed, then waiver of the objections is mandatory. "The failure to file timely objections *shall be deemed a waiver* of any defects in the form of the document." Id. (emphasis added).

MGA's objections were not filed within seven days after Mattel served its proposed findings of fact and conclusions of law. The objections are waived and should be stricken. The Court ordered the parties to file proposed findings of fact and conclusions of law as to the parties' claims alleging violations of Cal. Bus. & Prof. Code § 17200 on or before April 20, 2011. Dkt. No. 10455. At MGA's request, the Court extended that deadline to April 26, 2011. April 18, 2011 Tr. (Vol. 2) at 7:15-23. On April 26, 2011, Mattel filed and served proposed findings of fact and conclusions of law regarding MGA's unfair competition claim. Dkt. No. 10526. Pursuant to Local Rule 52-7, MGA had until May 3, 2011, seven days after Mattel served its findings of fact and conclusions of law, to file objections. MGA filed no objections on or before May 3, 2001. On May 12, 2011, without seeking relief from Local Rule 52-7, MGA failed untimely objections. Dkt. No. 10554. Mattel, therefore, requests that the Court apply Local Rule 52-7, strike the

1  objections and confirm that, consistent with the rule's mandatory language, MGA's
2  untimely objections are deemed waived.

3  DATED: May 17, 2011            QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP
4

5                                 By /s/ John B. Quinn
6                                    John B. Quinn
                                     Attorneys for Mattel, Inc. and Mattel de
7                                    Mexico, S.A. de C.V.