QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation, et. al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CASE NO. CV 04-9049 DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte Application to Compel Production of Evidence in Connection with Hearing on Motions for Attorneys' Fees; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Ex Parte Application to Compel Production of Evidence in Connection with Hearing on Motions for Attorneys' Fees; Application to File Under Seal; Proposed Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| May 19, 2011<br>Date | Michael T. Zeller<br>Attorney Name<br>Mattel, Inc.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)          **NOTICE OF MANUAL FILING**