QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., a Delaware corporation, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CASE NO. CV 04-9049 DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel, Inc.'s Notice of Motion and Motion to Compel MGA Entertainment, Inc. to Produce Attorney Billing Records Submitted to the Discovery Master Pursuant to the Court's May 9, 2011 Order; Application to File Under Seal; Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Mattel, Inc.'s Notice of Motion and Motion to Compel MGA Entertainment, Inc. to Produce Attorney Billing Records Submitted to the Discovery Master Pursuant to the Court's May 9, 2011 Order; Application to File Under Seal; Proposed Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  January 4, 2005

☐ Manual Filing required (*reason*):

May 19, 2011                                                    Michael T. Zeller
Date                                                                   Attorney Name

                                                                        Mattel, Inc.
                                                                        Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                       **NOTICE OF MANUAL FILING**