ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**MGA PARTIES' NOTICE OF LODGING OF THUMBDRIVE FOR SUPPLEMENTAL DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS AND EXHIBITS 1-6**<br><br>Hon. David O. Carter |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, the MGA Parties hereby provide notice that

3  they will lodge one thumb drive containing the following document:

5  1. **SUPPLEMENTAL DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS AND EXHIBITS 1-6 [THUMBDRIVE]**

8  Dated:   May 19, 2011            Respectfully submitted,
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By:   */s/ Diana M. Rutowski*
                                          DIANA M. RUTOWSKI
                                          Attorneys for MGA Parties