ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON MATTEL'S INTENTIONAL INTERFERENCE WITH CONTRACT AND UNFAIR COMPETITION CLAIMS** |
| AND CONSOLIDATED ACTIONS | Date: May 24, 2011<br>Time: 8:30 a.m.<br>Dept: Courtroom 9D<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

As Mattel has conceded, the Court should grant judgment in favor of MGA and Isaac Larian on Mattel's intentional interference and unfair competition claims. *See* Dkt. No. 10562 (Mattel's non-opposition to MGA's motion for judgment). While Mattel claims that MGA's motion was unnecessary, it pointed to no motion from Mattel requesting dismissal of these claims or order dismissing the claims. Accordingly, MGA properly filed its motion regarding intentional interference with contract in response to the jury finding that Mattel knew or should have known about the conduct at issue on or before April 27, 2001 to perfect its record for appeal (if necessary). Moreover, MGA included Mattel's unfair competition in the motion because the latter claim rises and falls with the former.

Stripped of its posturing and mudslinging, Mattel's brief boils down to two key concessions: (1) the jury's findings require judgment in favor of MGA and Mr. Larian for Mattel's intentional interference claim; and (2) the jury's findings require judgment in favor of MGA and Mr. Larian on Mattel's unfair competition claim. Accordingly, MGA and Mr. Larian respectfully request that the Court enter judgment in their favor.

Dated: May 19, 2011        Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:      */s/ Warrington S. Parker III*
         Warrington S. Parker III
         Attorneys for MGA ENTERTAINMENT, INC.,
         MGA ENTERTAINMENT HK, LTD., MGA de
         MEXICO, S.R.L. de C.V., and ISAAC LARIAN

- 1 -        MGA PARTIES' REPLY ISO MOTION FOR JUDGMENT RE
             INTENTIONAL INTERFERENCE AND UNFAIR COMPETITION
             CV-04-9049 DOC (RNBx)