QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et. al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC. AND MR. MACHADO TO PRODUCE ATTORNEY BILLING RECORDS SUBMITTED TO THE DISCOVERY MASTER PURSUANT TO THE COURT'S MAY 9, 2011 ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2**<br>Discovery Cut-off: October 4, 2010<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

[PROPOSED] ORDER

Based on the concurrently filed Notice of Motion and Motion to Compel MGA Entertainment, Inc. and Mr. Machado to Produce Attorney Billing Records Submitted to the Discovery Master Pursuant to the Court's May 9, 2011 Order,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion to Compel MGA Entertainment, Inc. and Mr. Machado to Produce Attorney Billing Records Submitted to the Discovery Master Pursuant to the Court's May 9, 2011 Order is GRANTED.

No later than 5:00 p.m. on Friday, May 20, 2011, MGA and Mr. Machado are ORDERED to serve exact copies on Mattel of all materials submitted to the Discovery Master pursuant to the Court's May 9, 2011 Order. Because MGA and Mr. Machado have impliedly waived the privilege by seeking attorneys' fees and costs, they may not redact any portion of their attorney billing records for which they seek compensation from Mattel.

DATED:                              . 2011  _____
                                            Hon. David O. Carter
                                            United States District Judge