ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**SUPPLEMENTAL HURST DECLARATION IN SUPPORT OF MGA'S MOTIONS FOR FEES AND COSTS**<br><br>Hearing Date:  May 24, 2011<br>Time:  8:30 a.m.<br>Place:  Courtroom 9D<br><br>Judge:  Hon. David O. Carter |

1  I, Annette L. Hurst, hereby declare as follows**:**

2  1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in support of the Reply Memorandum In Support Of MGA Parties' Motion For Exemplary Damages And Fees Pursuant to California's Uniform Trade Secret Act, Cal. Civ. Code §§ 3426.3, 3426.4 and in support of the Reply Memorandum In Support Of MGA's Motion For Award Of Attorneys' Fees And "Full Costs" Under Section 505 Of The Copyright Act. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. From the time I undertook this engagement in July 2009 I performed almost no work for any other clients. This case was a full time job for nearly all of the attorneys who worked on it. I was unable to devote my attention to other clients, or to securing other new clients or new engagements, for a nearly two-year period. This was true for several other partners and counsel on the case as well.

3. Mattel argues that Orrick's fees were excessive and not reasonable because it filed a motion for summary adjudication in May 2010 that the Court struck as premature. The work done for the May 2010 motion was used again less than five months later in connection with the summary judgment filings in October 2010. The documents filed in May were the starting point for the motions filed in October. The preparation of the evidentiary record, legal research, and legal arguments drafted in May all formed the basis for the October 2010 filing.

4. A true and correct copy of a press release entitled *Mattel Named One of the "World's Most Ethical Companies" Again in 2010*, dated March 22, 2010, available at

- 1 -

1  http://investor.shareholder.com/mattel/releasedetail.cfm?releaseid=453783, is
2  attached hereto as Exhibit 1.
3      5.    A true and correct copy of a press release entitled *Mattel Among the
4  2009 "World's Most Ethical Companies,"* dated April 5, 2009, available at
5  http://files.shareholder.com/downloads/MAT/1262740447x0x287375/f26417cf-
6  505b-417b-89a2-ebb103387a07/MAT_News_2009_4_15_Corporate_News.pdf, is
7  attached hereto as Exhibit 2.
8      6.    A true and correct copy of an excerpt from the transcript of the Mattel
9  Q1 2011 Earnings Call, dated April 15, 2011, available at
10 http://files.shareholder.com/downloads/MAT/1261647554x0x462689/0ecbdd37-
11 0f79-4f9e-be6a-b096c4e2f9c4/Corrected%20Transcript%20MAT-
12 Apr_15,_2011[1].doc.pdf, is attached hereto as Exhibit 3.
13     7.    A true and correct copy of an excerpt from the transcript of the Mattel
14 Q3 2009 Earnings Call, dated October 16, 2009, available at
15 http://files.shareholder.com/downloads/MAT/1261647554x0x325946/b81675ed-
16 01aa-44f0-8623-3d20411976b0/MAT_Transcript_FINAL_102209.pdf, is attached
17 hereto as Exhibit 4.
18     8.    A true and correct copy of an excerpt from the transcript of the Mattel
19 Q2 2008 Earnings Call, dated July 18, 2008, available at
20 http://files.shareholder.com/downloads/MAT/1261647554x0x229545/e040f169-
21 efbf-4f04-8d4a-89b92b448849/2Q08transcript.pdf, is attached hereto as Exhibit 5.
22     9.    A true and correct copy of an excerpt from the transcript of the Mattel
23 Q3 2010 Earnings Call, dated October 15, 2010, available at
24 http://files.shareholder.com/downloads/MAT/1262740447x0x414298/c53e8a5b-
25 9ded-42d8-9b49-6cc5970fb8d0/TRANSCRIPT_WITH_LAN_S_JEFFS_
26 UPDATE_11_01_10.doc.pdf, is attached hereto as Exhibit 6.
27     10.   A true and correct copy of an excerpt from the transcript of the Mattel
28 Q4 2010 Earnings Call, dated February 2, 2011, available at

1  http://files.shareholder.com/downloads/MAT/1262740447x0x442226/76ca4650-a0f4-4d63-8a08-0da3222e21fb/MAT-Feb_2_20111_2_.doc.pdf, is attached hereto as Exhibit 7.

2  11. A true and correct copy of excerpts from MGA's First Set of Requests for Production of Documents and Things, dated November 22, 2006, is attached hereto as Exhibit 8.

3  12. A true and correct copy of excerpts from MGA's Fifth Set of Requests for Production of Documents and Things in Case No. 05-2727, dated August 3, 2007, is attached hereto as Exhibit 9.

4  13. A true and correct copy of the Judgment, Docket No. 1036, in *Oracle Corp. v. SAP AG*, 07-01658-PJH (EDL) (N.D.Cal.), filed February 3, 2011 is attached hereto as Exhibit 10.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 19, 2011, at San Francisco, California.

*/s/ Annette L. Hurst*
Annette L. Hurst