# Exhibit 1



[Print page](#)   [Email page](#)   [Download PDF](#)
[« Previous Release](#) | [Next Release »](#)

## Mattel Named One of the "World's Most Ethical Companies" Again in 2010

*Company Recognized for Ongoing Commitment to Social, Environmental and Governance Leadership*

EL SEGUNDO, Calif., Mar 22, 2010 (BUSINESS WIRE) -- Mattel, Inc. (NASDAQ: MAT) announced today that it has been named one of the "World's Most Ethical Companies" in 2010 by the Ethisphere Institute. Despite a record number of nominations for the award, Mattel earned this recognition again in 2010 because of the company's commitment to ethical practices and initiatives, which are instrumental to the company's ongoing success.

"Our commitment to 'play fair' is at the core of our organization's culture and is the cornerstone of our ethical compliance program," said Robert A. Eckert, chairman and chief executive officer of Mattel. "At Mattel, we believe that how we achieve success is just as important as the success itself, and this commitment to ethics is sustained by an unwavering dedication to high standards from employees at every level."

Through in-depth research and a multi-step analysis, Ethisphere reviewed thousands of nominations from companies in more than 100 countries and 36 industries.

"Mattel's promotion of a sound ethical environment shines within its industry and shows a clear understanding that operating under the highest standards for business behavior goes beyond goodwill and is intimately linked to performance and profitability," said Alex Brigham, Executive Director of the Ethisphere Institute. "This year's World's Most Ethical Companies award was more competitive than ever, because companies realize that making ethics a priority is critical amidst a tough economic environment."

The methodology for the WME ranking includes reviewing codes of ethics, litigation and regulatory infraction histories; evaluating the investment in innovation and sustainable business practices; looking at activities designed to improve corporate citizenship; and studying nominations from senior executives, industry peers, suppliers and customers.

Read about the methodology and view the complete list of the 2010 World's Most Ethical Companies at
http://ethisphere.com/wme-2010.

In 2010, Mattel was recognized for the third consecutive year by *FORTUNE Magazine* as one of the "100 Best Companies to Work For," and by *Corporate Responsibility Magazine* as one of the "100 Best Corporate Citizens."

**About Mattel, Inc.**

Mattel, Inc., (www.mattel.com) is the worldwide leader in the design, manufacture and marketing of toys and family products. The Mattel family is comprised of such best-selling brands as Barbie(R), the most popular fashion doll ever introduced, Hot Wheels(R), Matchbox(R), American Girl(R), Radica(R) and Tyco R/C(R), as well as Fisher-Price(R) brands, including Little People(R), Power Wheels(R) and a wide array of entertainment-inspired toy lines. In 2010, Mattel is named as one of FORTUNE Magazine's "100 Best Companies to Work For" for the third year in a row, and was ranked among Corporate Responsibility Magazine's "100 Best Corporate Citizens." Mattel also is recognized among the "World's Most Ethical Companies." With worldwide headquarters in El Segundo, Calif., Mattel employs approximately 27,000 people in 43 countries and territories and sells products in more than 150 nations. Mattel's vision is to be the world's premier toy brands--today and tomorrow.

**About Ethisphere Institute**

The research-based Ethisphere Institute is a leading international think tank dedicated to the creation, advancement and sharing of best practices in business ethics, corporate social responsibility, anti corruption and sustainability. The Institute's associated membership group, the Ethisphere Council, is a forum for business ethics that includes over 200 leading corporations, universities and institutions. The Ethisphere Council is dedicated to the development and advancement of individuals on its membership council through increased efficiency, innovation, tools, mentoring, advice, and unique career opportunities. Ethisphere magazine, which publishes the globally recognized World's Most Ethical Companies Ranking (TM), is the quarterly publication of the Institute. More information on the Ethisphere Institute, including ranking projects and membership, can be found at www.ethisphere.com.

MAT-CORP

Exhibit 1 - Page 4

SOURCE: Mattel, Inc.

**News Media**
```
Mattel, Inc.
Jules Andres, 310-252-3529
```
Jules.Andres@mattel.com

Copyright Business Wire 2010

Close window | Back to top

Exhibit 1 - Page 5