# Exhibit 2



## Mattel Named Among the 2009 "World's Most Ethical Companies"

*Company Recognized for Ongoing Commitment to Social, Environmental and Governance Leadership*

EL SEGUNDO, Calif., Apr 15, 2009 (BUSINESS WIRE) -- Mattel, Inc. (NYSE: MAT) announced today it has been named one of the "World's Most Ethical Companies" in 2009 by the Ethisphere Institute. The selection process included a rigorous, multi-step evaluation process that reviewed the ethical and legal performance of more than 10,000 global companies from more than 100 countries and 35 industries, from which 99 were recognized.

"At Mattel, playing fair is one of our company's core values and the cornerstone of our ethical compliance program," said Robert A. Eckert, chairman and chief executive officer of Mattel. "We know that how we achieve success is just as important as the success itself, and this recognition underscores our commitment to conduct our business with the highest level of integrity."

Earlier this year, Mattel also was recognized among *Fortune Magazine's* "100 Best Companies to Work For," ranking at #48, as well as *CRO Magazine's* "100 Best Corporate Citizens," ranking at #7. Mattel joins honorees such as Nike, Toyota, Target, HP, Best Buy, McDonalds and Starbucks on *Ethisphere's* 2009 honor roll.

"Mattel has proven to be one of the world leaders in upholding high ethical standards, making it a true standout in its industry," said Alex Brigham, executive director of the Ethisphere Institute. "The competition for this year's World's Most Ethical Companies was very strong and we applaud Mattel for rising to the top."

The methodology for the World's Most Ethical ranking includes reviewing codes of ethics, litigation and regulatory infraction histories; evaluating the investment in innovation and sustainable business practices; looking at activities designed to improve corporate citizenship; studying nominations from senior executives, industry peers, suppliers and customers; and working with consumer action groups for feedback. The 2009 World's Most Ethical Companies methodology committee, comprised of leading attorneys, government officials, professors and organization leaders, were consulted early on in the 2009 WME process and had the opportunity to review and comment on the methodology used to rate this year's nominees. Ethisphere researchers further analyze information provided by the companies through questionnaires.

To view the complete list of the 2009 World's Most Ethical Companies, visit: http://ethisphere.com/wme2009/

**About Mattel, Inc.**

Mattel, Inc. (NYSE: MAT) (www.mattel.com) is the worldwide leader in the design, manufacture and marketing of toys and family products. The Mattel family is comprised of such best-selling brands as Barbie(R), the most popular fashion doll ever introduced, Hot Wheels(R), Matchbox(R), American Girl(R), Radica(R) and Tyco R/C(R), as well as Fisher-Price(R) brands, including Little People(R), Power Wheels(R) and a wide array of entertainment-inspired toy lines. In 2009, Mattel is recognized among the "100 Best Corporate Citizens," as one of the "World's Most Ethical Companies" and as one of FORTUNE Magazine's "100 Best Companies to Work For." With worldwide headquarters in El Segundo, Calif., Mattel employs approximately 30,000 people in 43 countries and territories and sells products in more than 150 nations. Mattel's vision is to be the world's premier toy brands--today and tomorrow.

**About Ethisphere Institute**

The research-based Ethisphere Institute is a leading international think-tank dedicated to the creation, advancement and sharing of best practices in business ethics, corporate social responsibility, anti-corruption and sustainability. The Institute's associated membership group, the Ethisphere Council, is a forum for business ethics that includes more than 200 leading corporations, universities and institutions. The Ethisphere Council is dedicated to the development and advancement of individuals on its membership council through increased efficiency, innovation, tools, mentoring, advice, and unique career opportunities. Ethisphere Magazine, which publishes the globally recognized World's Most Ethical Companies Ranking(TM), is the quarterly publication of the Institute. More information on the Ethisphere Institute, including ranking projects and membership, can be found at http://www.ethisphere.org.

MAT-CORP

SOURCE: Mattel, Inc.

Exhibit 2 - Page 6

```
Mattel, Inc.
Jules Andres, 310-252-3529
```
Jules.Andres@mattel.com

Copyright Business Wire 2009

Exhibit 2 - Page 7