# Exhibit 3

| **Mattel, Inc.** | MAT | Q1 2011 Earnings Call | Apr. 15, 2011 |
|---|---|---|---|
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

# PARTICIPANTS

## Corporate Participants

**Drew Vollero** – Senior Vice President, Investor Relations
**Robert A. Eckert** – Chairman & Chief Executive Officer
**Bryan G. Stockton** – Chief Operating Officer
**Kevin M. Farr** – Chief Financial Officer

## Other Participants

**Sean P. McGowan** – Senior Analyst, Needham & Co. LLC
**Robert W. Carroll** – Analyst, UBS Securities LLC
**Timothy A. Conder** – Senior Analyst, Wells Fargo Advisors LLC
**Gerrick L. Johnson** – Research Analyst, BMO Capital Markets (United States)
**John G. Taylor** – Principal, Arcadia Investment Corp.
**Michael Kelter** – Research Analyst, Goldman Sachs & Co.
**Margaret B. Whitfield** – Senior Vice President & Senior Analyst, Sterne, Agee & Leach, Inc.
**Gregory R. Badishkanian** – Vice President, Citigroup Global Markets (United States)
**Drew E. Crum** – Vice President, Stifel, Nicolaus & Co., Inc.

# MANAGEMENT DISCUSSION SECTION

Operator:  Good day, ladies and gentlemen, and welcome to Mattel's First Quarter 2011 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will be given at that time. [Operator Instructions] As a reminder, today's conference call is being recorded.

I'd now like to turn the conference over to your host, Mr. Drew Vollero, Senior Vice President of Corporate Strategy and Investor Relations. Please go ahead.

**Drew Vollero, Senior Vice President, Investor Relations**

Thanks Ally.  As you know, this morning we reported Mattel's first quarter financial results.

As we did with our fourth quarter call, we have provided you with a slide presentation to augment our discussion on the call today.   In a few minutes Bob Eckert, Mattel's Chairman and CEO, Bryan Stockton, Mattel's Chief Operating Officer and Kevin Farr, Mattel's CFO, will provide comments on the results, and then the call will be opened for your questions.

Certain statements Bob, Bryan and Kevin make during the call may include forward-looking statements relating to the future performance of our overall business, brands and product lines. These statements are based on currently available operating, financial, economic and competitive information and they are subject to a number of significant risks and uncertainties which could cause our actual results to differ materially from those projected in the forward-looking statements.

We describe some of these uncertainties in the risk factors section of our 2010 Annual Report on form 10-k, as well as in our quarterly reports on form 10-q and in other filings we make with the SEC from time to time.   Mattel does not update forward-looking statements and expressly disclaims any obligation to do so.

| Mattel, Inc. | MAT | Q1 2011 Earnings Call | Apr. 15, 2011 |
|---|---|---|---|
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

**<A – Bryan Stockton – Chief Operating Officer>:** And Tim, did you have a follow up on Masters?

**<Q – Timothy Conder – Wells Fargo Advisors LLC>:** Yes, yes. Any timing of anything there Bryan, as far as entertainment to go with it?

**<A – Bryan Stockton – Chief Operating Officer>:** Yeah, it's 2013 at the earliest.

**<Q – Timothy Conder – Wells Fargo Advisors LLC>:** Okay, great. Thank you, gentlemen.

**<A – Bryan Stockton – Chief Operating Officer>:** Thanks, Tim.

Operator:  Our next question comes from Gerrick Johnson of BMO Capital Markets. Please go ahead.

**<Q – Gerrick Johnson – BMO Capital Markets (United States)>:** Hi, good morning. I was wondering if you could comment on the litigation, what's the timing on the current trial in terms of a verdict? And then, after that what's next? What do we have next in the pipeline, the antitrust trial and anything else beyond that? Thanks.

**<A – Robert Eckert – Chairman & Chief Executive Officer>:** Well Gerrick, let me start with the MGA case. I think it's most important for everybody to remember that we brought this litigation because of the critical principle at stake. This is about protection of our intellectual property, which is at the very heart of the company's creative work. The jury has the case now. They started deliberating on Monday of this week. When they have a verdict, they will have a verdict. No one knows when that is. But whatever the verdict is, our first priority is and always has been, to make and sell the best toys in the world, and we we'll continue to do just that.

I think whatever plays out from the verdict, will play out from the verdict. I don't know that any of us knows what exactly the next steps will be.  I'm sure there will be appeals of the verdict and that will play out. But I think until we have a verdict, I don't think anybody has any real insight into what the future is going to be in terms of that litigation. As you know, my goal is to put this behind us. I've been clear for some time now that, I would like to figure out a way to move on from this case, but it takes two to agree to that, and we haven't found that place yet. So in the meantime, we'll continue and we'll await the verdict.

**<Q – Gerrick Johnson – BMO Capital Markets (United States)>:** Okay. Previously, it was all about the Bratz property and potential damages that you would be awarded, but now with the counter suit claiming corporate espionage, is there a possibility that there could be damages that you guys would have to pay to MGA?

**<A – Robert Eckert – Chairman & Chief Executive Officer>:** Sure. There is essentially three things the jury is considering. One is copyright claims that we have against MGA. Secondly is interference of contractual obligations that we have against MGA. And third, each of the two companies is alleging trade secret theft from one another. And so those are the three things, broadly speaking that the jury is contemplating as we speak.

**<Q – Gerrick Johnson – BMO Capital Markets (United States)>:** Okay. And just lastly on that issue on page 17 of your deck, you show $18 million in total legal and litigation settlements, but I think it's on page 10 you have $26 million. What's the difference there between the $18 million and $26 million incremental in the quarter?

**<A – Robert Eckert – Chairman & Chief Executive Officer>:** Yeah, Kevin, what's the difference between $18 million and $26 million incremental in the quarter?

| **Mattel, Inc.**<br>*Company▲* | MAT<br>*Ticker▲* | Q1 2011 Earnings Call<br>*Event Type▲* | Apr. 15, 2011<br>*Date▲* |
|---|---|---|---|

**<A – Kevin Farr – Chief Financial Officer>:** Yes, that would be the $8 million of legal settlements that we had reversed in 2010 related to recall litigation settlement. And this year there is an absence of that reversal.  (Note: In addition to the $18 million of incremental costs seen on page 17 which included the absence of the reversal noted above, Mattel recorded a $7.5 million charge in the first quarter related to a proposed settlement of litigation related to the Gunther-Wahl Productions lawsuit, which was summarized in the  2010 10-k.

**<Q – Gerrick Johnson – BMO Capital Markets (United States)>:** Okay. I see, all right. Great, thank you very much.

Operator:  Our next question comes from John Taylor of Arcadia Investment. Please go ahead.

**<Q – John Taylor – Arcadia Investment Corp.>:** Good morning. I've got three questions, I guess. First, I want – CARS has been kind of an unusually good performer for long time and I'm wondering if you might be able to talk a little bit about, give us a sense of what the base is in 2010, so we can make some guesses about growth? And I don't – if you don't want to do that, maybe talk about Toy Story 3 and CARS together or just give us some sense of kind of what's going on with the growth potential on the Pixar side, that's the first one.

Second, I wonder if you can talk a little bit about the Fisher-Price domestic business and what you see as low hanging fruit if there is any and what the changes are likely to be there? And third, I guess this is for you Bryan, maybe talk a little bit about Monster High. I mean, how culturally relevant is that to markets outside of here, given the the subject matter or whatever, maybe, sort of put that into a global perspective for us? Thanks.

**<A – Robert Eckert – Chairman & Chief Executive Officer>:** Well, let me start J.T., because I'll be the most evasive. CARS is a big deal. This is the sixth year. The movie comes out June 24th. The product is going to be on shelf in the middle of May. We've got more characters, as Bryan mentioned, with 70 new characters. It's got more global appeal with World Grand Prix races in Japan and Italy and the UK. There are new play patterns with the spy adventure. So it's a big deal. Disney knows it's a big deal. We believe it's a big deal. Our retail customers believe it's a big deal, and I think you're going to see a lot of CARS in stores based on the fact that we've got a six year track record now with this IP that Disney created.

So, I don't want to quantify it. Toy Story is holding up very nicely. It's an evergreen property. So this is a great year for us in terms of Pixar stuff, but we don't provide a lot of insight into the size of that box. Bryan?

**<A – Bryan Stockton – Chief Operating Officer>:** Okay, thanks Bob. Regarding Fisher Price, J.T., I guess the way that I would think about it is, it's a tremendously strong brand with global appeal. And with that, we face very different competitive situations in different parts of the world. The reason I mention that is, our goal of Fisher-Price is to really sharpen its consumer positioning so that moms, whether they're in the UK, Mexico, U.S., or Japan, really clearly understand what Fisher Price can do for them. So as we think about that with the U.S., we are going to start with trying to sharpen how we speak with moms about the importance of Fisher Price and how important Fisher Price is for the development of their children. So we're working on that.

Secondly, in terms of low fruit, we're going to be also focusing more on retail execution this year and making sure that we are really partnering well with our retail customers to make sure that we have terrific displays of Fisher-Price. We have usually great space with our customers, but we need to take better advantage of that and communicate our benefits to consumers. So for low fruit, I'd say those are the two things that we are focusing on.

| Mattel, Inc. Company▲ | MAT Ticker▲ | Q1 2011 Earnings Call Event Type▲ | Apr. 15, 2011 Date▲ |

**<A – Kevin Farr – Chief Financial Officer>:** Yes Drew, at this time we can't give you the profitability of the international operations. That will be in our 10-Q that we file in a week or so. We've got cash all around the world. Having access to that cash where we need it when we need it is not an issue, but we do have cash offshore.

**<Q – Drew Crum – Stifel, Nicolaus & Co., Inc.>:** Okay. Thanks, Kevin.

### Drew Vollero, Senior Vice President, Investor Relations

Thank you. There will be a replay of this call available beginning at 11:30am eastern time today. The number for the replay is 706-645-9291 and the passcode is 5146 8985. Thank you for participating in today's call.

Operator: Ladies and gentlemen, this does conclude today's conference. You may all disconnect and have a wonderful day.

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*