# Exhibit 4



| Mattel, Inc. | MAT | Q3 2009 Earnings Call | Oct. 16, 2009 |
|---|---|---|---|
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

### ▬ MANAGEMENT DISCUSSION SECTION

**Operator:**  Please stand by. Good day and welcome to the Mattel Third Quarter 2009 Earnings Conference. As a reminder, today's call is being recorded. At this time for opening remarks and introductions, I would like to turn the call over to Ms. Dianne Douglas. Please go ahead.

**Dianne Douglas, Senior Vice President Investor Relations and Treasurer**

Thanks Operator. As you know, this morning we reported Mattel's third quarter 2009 financial results. In a few minutes Bob Eckert, Mattel's Chairman and CEO, and Kevin Farr, Mattel's CFO, will provide comments on the results and then the call will be opened for your questions.

Certain statements Bob and Kevin make during the call may include forward-looking statements related to the future performance of our overall business, brands and product lines. These statements are based on currently available operating, financial, economic and competitive information, and they are subject to a number of significant risks and uncertainties which could cause our actual results to differ materially from those projected in the forward-looking statements. We describe some of these uncertainties in the Risk Factors section of our 2008 annual report on Form 10-K as well as in our 2009 quarterly reports on Form 10-Q and in other filings we make with the SEC from time to time. Mattel does not update forward-looking statements and expressly disclaims any obligation to do so.

Information required by Reg G regarding non-GAAP financial measures is available on the Investor and Media section of our corporate website, mattel dot com, under the sub-heading Financial Information and Earnings Releases.

Now I'd like to turn the call over to Bob.

**Robert A. Eckert, Chairman and Chief Executive Officer**

Thank you Dianne and good morning.

As I said during last quarter's call, during the second half of the year, we were anticipating continued pressures on the topline from several key areas. So it should come as no surprise that we're still experiencing the negative effects of foreign exchange, reduced shipments as our customers continue to tightly manage their inventories, and the fact that 2009 is an entertainment-lite year for us.

That said, we're encouraged with the positive momentum we're seeing at point of sale for several of our core brands.

Overall for the quarter, we're pleased with our efforts to rebuild margins by appropriately pricing our products, tightly managing costs, and aligning our infrastructure with realistic revenue assumptions. We also made good progress on cash flow during the quarter, which continues to be a high priority.

Every year at this time, folks in the toy industry and those of you who cover it start to have what I like to call the Early Fall Jitters, and this year is no exception as we begin to work our way out of what has been the worst economic crisis of my generation.

As you've likely heard, retailers continue to be reluctant to make inventory bets.  And it will undoubtedly be a difficult holiday for parents whose job status and financial well-being are uncertain.  So as we've done in the past, we'll adjust accordingly. But on the whole, the toy industry has historically held up well in difficult economic times and Mattel has had solid performance in both good times and bad.

| Mattel, Inc. | MAT | Q3 2009 Earnings Call | Oct. 16, 2009 |
|---|---|---|---|
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

**<A – Robert Eckert>:** It's really tends to be in the higher priced segments of Fisher-Price® like Power Wheels® and BabyGear™ and even some of the higher priced toys. We're hoping that the higher priced toys move later this year and they just do clear before Christmas but we're certainly working with retailers to make sure we have strong promotional programs to support those.

The good news on the BabyGear™ business is it's been a great growth business for us over the last several years. It's been slow for the last year, and I think it may have bottomed out, and we're starting to see some improvements at point of sale. It's too early to declare victory, but I feel a little bit better about BabyGear™ today than I did six or eight months ago. Power Wheels®, on the other hand, it's high priced. In this environment we are just holding on with it.

**<Q – Gerrick Johnson>:** Okay, and how do you feel your entry into the construction category is going?

**<A – Robert Eckert>:** It's very early and we'll have to find out. But we think there is an opportunity for some building products targeted to a younger aged segment, and we'll see how it goes.

**<Q – Gerrick Johnson>:** Okay, and lastly some sort of update on Bratz. Where do we stand with both litigation and perhaps where the product will be headed later in 2010 and '11?

**<A – Robert Eckert>:** Well, we plan to launch Bratz dolls in the spring of 2010. The dolls look terrific. We know girls and through research we probably talked to more girls and their parents than any company on the planet. So we're confident that the new line of dolls will really resonate with girls, and we're quite excited about the prospect of launching them. So we are moving ahead with a launch next year.

As it relates to the litigation, we're continuing in the court through a process to see either A, whether we can resolve the litigation, or B, whether we continue with what amounts to phase II of the case, which includes things like trade secret theft.

**<Q – Gerrick Johnson>:** Okay. And how much litigation expense was in this quarter, related to MGA?

**<A – Robert Eckert>:** We don't go through kind of case-by-case. I know for sure we're not going to get into case-by-case legal expense. I can tell you it was down --

**<A – Kevin Farr>:** Down $4 million, yeah.

**<Q – Gerrick Johnson>:** Down $4 million.

**<A – Robert Eckert>:** I don't know if that was all MGA or whether that was included some of the product liability issues too.

**<A>:** It was both.

**<Q – Gerrick Johnson>:** Okay. Thank you very much.

**<A – Dianne Douglas>:** Operator, we'll take one more question.

Operator:  Thank you, and we'll take that question from Hayley Wolff with Rochdale Securities

**<Q – Hayley Wolff>:** Hi guys.

**<A – Robert Eckert>:** Hi Hayley.



www.CallStreet.com • 212-849-4070 • Copyright © 2001-2009 CallStreet     18

Exhibit 4 - Page 13

| Mattel, Inc. | MAT | Q3 2009 Earnings Call | Oct. 16, 2009 |
|---|---|---|---|
| *Company*▲ | *Ticker*▲ | *Event Type*▲ | *Date*▲ |

**<A – Kevin Farr>:** Hi Hayley.

**<Q – Hayley Wolff>:** On the litigation expense, how much do you anticipate moving forward, and I know it depends on whether you go to Phase II with MGA. But assuming you don't, is there a substantial amount remaining?

**<A – Kevin Farr>:** You've answered the question. Our view of this has always been this is about doing the right thing, about protecting our intellectual property, about making sure that employees of this company know that when they create something, we will protect it, and we will help them work in a collaborative environment and keep the intellectual property here at Mattel. So we'll invest whatever it takes for however long it takes as long as somebody wants to continue litigating this. The facts are friendly; we got a good verdict in phase I of the trial. And as I've said, the evidence for phase II of the trial is compelling.

**<A – Kevin Farr>:** Let me just put it in context, I guess between 2008 and where we're at in 2009, our legal fees. As we've said we've incurred significant legal fees over the last couple of years related to MGA and recall related litigation. For full-year 2008, we incurred incremental legal costs of $37 million, primarily for MGA litigation, and $15 million of legal settlements primarily related to recall related multi-state settlements.

For the first nine months of 2009, litigation related legal costs decreased by $37 million primarily for MGA litigation. So it is encouraging that we are a step closer to resolving the recall related litigation. But again, as Bob said, we're going to invest in legal fees as required, because we think they are a good investment today.

**<Q – Hayley Wolff>:** Does the fact that they are changing the judge in the Bratz case have any impact on anything?

**<A – Robert Eckert>:** No, I wouldn't want to speculate on anything like that.

**<Q – Hayley Wolff>:** Okay. The timing of Fashionistas™, when did that ship? Did that ship in the third quarter or is that a fourth quarter ship?

**<A – Robert Eckert>:** That started in the third quarter because it's on shelf today with pretty good presence on shelf and the advertising begins, I believe it's like this weekend or early next week. So the advertising support is just about underway, and the products are on shelf. So we clearly shipped some in third quarter.

**<Q – Hayley Wolff>:** Okay. And I know you don't like to talk about the gross margin and sustainability, but you talked about the price of oil and it's doubled now versus last year. Do we then think about gross margin as going the other direction next year, at least as it relates to the input costs?

**<A – Robert Eckert>:** If you can tell me what the price of resins are going to be in January, February, March, when we we're building next year's toys, I can give you more insight. We're just, Hayley, just not that good at predicting those things.

**<Q – Hayley Wolff>:** But if we assume they are at the current levels and fast forward those.

**<A – Kevin Farr>:** I think there has been a lot of volatility in input costs over the last few years, particularly resins costs. Today, we're seeing declines in resin costs from the record high levels this summer and fall of 2008 that we experience as we're buying inputs for spring 2009 line. So while spring 2010 versus spring 2009 could benefit from lower resin costs, conversely fall 2010 could be negatively impacted by input cost pressures versus fall 2009, since there's been a steady recovery

Case 2:04-cv-09049-DOC-RNB   Document 10589-4   Filed 05/19/11   Page 5 of 6   Page ID #:320780

in oil prices, as Bob said, to about $75 or $76 yesterday, driving resin costs and oil based or related costs up with it.

That said, commodities are impossible to predict. It's been from $76 today to $30 last December and $147 in 2008. And if you look at our gross margins, there are many factors that impact our gross margins like input costs, like freight and distribution costs, royalties, FX mix and tooling just to name few. It's hard for us to predict gross margin, it's complex since there's a lot of moving pieces and not always good transparency or predictability. But we've made good progress rebuilding our gross margins in '09 as year-to-date gross margin is 48.1% back to levels in 2003.

We're going to continue to execute Global Cost Leadership programs and other cost and manufacturing efficiency programs, and then we're going to price products appropriately to sustain our margins, and over the long-term we are striving for 50% gross margins.

**<Q – Hayley Wolff>:** The gross margin in this quarter was impressive, so kudos to that. One last question, Wal-Mart has been out talking about SKU reduction in the toy category, and we all think about that as a net benefit to the large manufacturers. When do you start thinking about sustainable market share gains from this vendor consolidation at retail, or will all these other brands just find other outlets?

**<A – Robert Eckert>:** Yeah, I don't know, and I don't get a lot of control over what a retailer is going to carry. I can tell you that we are well aligned with large customers who want to have a more efficient SKU profile. It's a key initiative here at Mattel. We are going to reduce our SKUs next year by quite a bit and the following year by more. So we know we've done the analysis and lot of our competitors have done the analysis, you can take some number, 10%, 20%, 30% of the SKUs and end up with 1% or 2% of your sales and a profit level that's on a good day not even that.

So we want to get more efficient. I think a lot of our retail customers want to get more efficient. And I think that's good for everybody.

**<Q – Hayley Wolff>:** Okay, great. Thank you guys.


### Kevin Farr, Chief Financial Officer

Thanks Hayley.


### Dianne Douglas, Securities Analysts

Thanks Hayley. Thank you all for participating in the call today. There will be a replay of this call available beginning at 11.30 AM Eastern Time today. The number for the replay is 719-457-0820 and the pass code is 542-2939. Thanks again.

Operator:  And again ladies and gentlemen, this does conclude today's conference call. Thank you for your participation.

| Mattel, Inc.  
Company▲ | MAT  
Ticker▲ | Q3 2009 Earnings Call  
Event Type▲ | Oct. 16, 2009  
Date▲ |

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2009. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*