# Exhibit 5

| Mattel, Inc. | MAT | Q2 2008 Earnings Call | Jul. 18, 2008 |
|---|---|---|---|
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

# MANAGEMENT DISCUSSION SECTION

**Operator:** Good day, everyone. Welcome to the Mattel Second Quarter 2008 Earnings Conference Call. Today's call is being recorded. At this time I'd like to turn the conference over to Mr. Mike Salop, Treasurer and Senior VP of Investor Relations. Please go ahead, sir.

### Mike Salop, Senior Vice President, External Affairs

Thanks, Melissa. As you know this morning we reported Mattel's second quarter 2008 financial results. In a few minutes Bob Eckert, Mattel's Chairman and CEO and Kevin Farr, Mattel's CFO, will provide comments on the quarter and then we'll open the call up for your questions.

Certain statements made during the call may include forward-looking statements about management's expectations, strategic objectives, anticipated financial performance and other similar matters. Such forward-looking statements may include comments regarding performance of our brands and product lines, new product introductions, entertainment properties, retail inventory levels, input cost pressures, litigation expenses, effects of price increases, margins, income tax provisions, foreign exchange gains and losses, capital deployment, retail expansion and legal matters.

A variety of factors which are beyond our control affect the operations, performance, business strategy and results of Mattel and could cause actual results to differ materially from those projected in such forward-looking statements. Some of these factors are described in our 2007 report on Form 10-K filed with the SEC and Mattel's other filings made with the SEC from time to time as well as in Mattel's other public statements. Mattel does not update forward-looking statements and expressly disclaims any obligation to do so.

Information required by Regulation G regarding non-GAAP financial measurers is available on the Investors and Media section of our website Mattel.com, under the heading Financial Information and Earnings Releases.

Now I'd like to turn the call over to Bob.

### Robert A. Eckert, Chairman and Chief Executive Officer

Thank you, Mike, and good morning, everyone. Before I begin my remarks as it relates to the quarter I wanted to take a moment to address yesterday's jury verdict in favor of Mattel in the Bratz™ case. The jury's verdict was a victory not only for Mattel but for all those who believe in fair play. Mattel has pursued this case as a matter of principle and we're very satisfied that the justice system has helped uncover the wrongdoing that occurred.

While the case has been very complicated, the underlying principle has been a simple one: you shouldn't take what isn't yours. As many of you are aware, this verdict is just part one of a two-part trial so although it's an important step in the right direction, the trial hasn't yet been concluded. The next phase of the trial will determine if the Bratz™ products infringe on drawings and sculpts determined to be owned by Mattel and if so what damages should be awarded. We look forward to continuing to present our case in the next phase of the trial which is scheduled to begin next week.

Moving onto the quarter, we experienced good top line growth with a double-digit revenue increase boosted by contributions from toys tied to key summer entertainment properties. We also saw nice improvement in several of our key core brands including Fisher-Price® core and American Girl®.

| Mattel, Inc. | MAT | Q2 2008 Earnings Call | Jul. 18, 2008 |
|---|---|---|---|
| *Company▲* | *Ticker▲* | *Event Type▲* | *Date▲* |

While international markets around the world continue to lead our growth, partially aided by foreign exchange rates in Europe, our US business also delivered improved revenue in the quarter.

Kevin will discuss the financial results in more detail in a few minutes, but in general, improvements in profitability from revenue growth, foreign exchange, our June price increase and reduced recall related costs were countered by continued input cost pressures and litigation costs.  While input costs will be a challenge all year, we should benefit in the second half of the year from having the price increases in place the entire period.

As I mentioned, toys tied to the key entertainment properties, Batman®: The Dark Knight™, Speed Racer™ and Kung Fu Panda™ aided second quarter results.  While Speed Racer™ didn't meet box office expectations, consumer reaction to the toys in the US has actually been very solid.  Kung Fu Panda™ on the other hand had nice box office performance, which will hopefully extend the legs on the toy sales and our innovative Batman® toys already on shelves have jumped off to a good start prior to the movie release which debuts in the US today.

Barbie® performance in the quarter was a disappointment although consumer takeaway performed better than shipments.  Our new BarbieGirls™ VIP subscription site just kicked off a few weeks ago so at this point it's too early to judge success as we continue to build the subscription base.  Outside of Barbie®, our Other Girl's segment performed quite well led by High School Musical dolls.

Fisher-Price® Core delivered good growth in the quarter as retail inventory levels returned to positions consistent with prior year.  Continued sales of SmartCycle and the introduction of a new Imaginext Batman® line also contributed to the growth.

Finally, American Girl® had a terrific quarter.  Although the Kit Kittredge® movie wasn't released in theaters until July, the pre-movie marketing generated great demand for products tied to the movie characters.  Both the retail and catalog businesses grew, with our new boutique stores in Atlanta and Dallas continuing to perform well.  As a result, we recently announced plans for new boutique stores scheduled to open later this year in Boston and at the Mall of America in Minneapolis.

Overall, although the second quarter like the first is relatively small for us, we are pleased to generate some positive top line momentum and see clean retail inventory levels as we enter the second half.

I'll now turn the call over to Kevin Farr, Mattel's CFO who will provide more detail on the quarter's results.

**Kevin Farr, Chief Financial Officer**

Thank you, Bob, and good morning, everyone.  I'll begin my review for the second quarter with a discussion of worldwide gross sales shown on Exhibit 2 of today's press release.  Total worldwide gross sales for the quarter increased 10% including a six percentage point benefit from changes in currency exchange rates.  US sales grew 3% and international sales grew 15%, including a 10 percentage point benefit from foreign exchange.

On a regional basis, sales in Europe were up 7% including an 11 percentage point positive impact from exchange rates. Sales in Latin America grew 22% including an 11 percentage point positive impact from foreign exchange and sales in Asia-Pacific were up 16% including a six percentage point positive impact from changes in currency exchange rates.

I will now review our core categories and brands for the second quarter.  Worldwide sales for Mattel Girls and Boys Brands segment increased 13% including a six percentage point positive impact

| Mattel, Inc.<br>Company▲ | MAT<br>Ticker▲ | Q2 2008 Earnings Call<br>Event Type▲ | Jul. 18, 2008<br>Date▲ |
|---|---|---|---|

**<A – Kevin Farr>:** Thanks, JT.

Operator:  That does conclude the question and answer session for today.  I'd like to turn the conference back to our speakers for any additional or closing remarks.

### Mike Salop, Senior Vice President, External Affairs

Okay.  Thanks, Martha. We will have a replay of this call available today beginning at 11:30 a.m. Eastern Time.  The number for the replay is 719-457-0820 and the pass code is 342-6585.  Thanks for participating in today's call and have a good weekend.

Operator:  And once again that does conclude today's call.  We do appreciate your participation. You may disconnect at this time.

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2008. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*