# Exhibit 6

| **Mattel, Inc.** | MAT | Q3 2010 Earnings Call | Oct. 15, 2010 |
|---|---|---|---|
| *Company*◆ | *Ticker*• | *Event Type* A | *Date* |

## MANAGEMENT DISCUSSION SECTION

**Operator:** Good day, ladies and gentlemen, and welcome to Mattel's Third Quarter 2010 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question and answer session and instructions will be given at that time. [Operator Instructions] As a reminder, today's conference call is being recorded.

I'd now like to turn the conference over to your host Ms. Dianne Douglas, Senior Vice President of Investor Relations. Please go ahead.

**Dianne Douglas, Senior Vice President-Investor Relations**

Thanks, Allie. As you know, this morning we reported Mattel's third quarter 2010 financial results. In a few minutes, Bob Eckert, Mattel's Chairman and CEO and Kevin Farr, Mattel's CFO, will provide comments on the results and then the call will be opened for your questions.

Certain statements Bob and Kevin make during the call may include forward-looking statements relating to the future performance of our overall business, brands, and product lines. These statements are based on currently available operating, financial, economic, and competitive information and they are subject to a number of significant risks and uncertainties, which could cause our actual results to differ materially from those projected in the forward-looking statements.

We describe some of these uncertainties in the Risk Factors section of our 2009 Annual Report on Form 10-K, as well as in our quarterly reports on Form 10-Q and in other filings we make with the SEC from time to time. Mattel does not update forward-looking statements and expressly disclaims any obligation to do so.

Information required by Regulation G regarding non-GAAP financial measures is available on the Investor and Media section of our corporate website, mattel.com, under the subheading Financial Information and Earnings Releases.

Now, I'd like to turn the call over to Bob Eckert.

**Robert A. Eckert, Chairman and Chief Executive Officer**

Thank you, Dianne, and good morning everyone.

We continue to be pleased with the performance of the business while the all important holiday season still lies ahead. We remain on track to deliver solid revenue and profit growth driven by our portfolio of brands across various countries and regions.

That said, there are still some challenges ahead in relation to the biggest selling season for toys. After scrutinizing what was written about the "back-to-school" season the consensus seems to be that sales came, but they came late, with analysts surmising that consumers are still cautious about the economy and therefore purchasing closer to the actual event or need than in previous seasons. As such, retailers remain guarded with inventories and several are betting on a late holiday season this year.

So anticipating the question I'm asked most often during this time of year - yes, there will be a Christmas and Mattel toys will be under the tree, and we'll likely sell more toys than anyone else. That said, I suspect it will play out later than we are accustomed to.

| Mattel, Inc. | MAT | Q3 2010 Earnings Call | Oct. 15, 2010 |
|---|---|---|---|
| *Company*◆ | *Ticker*• | *Event Type* | *Date*A |

<Q — Sean McGowan>: Thank you. One question I had is regarding Monster High. So you mentioned the 22-minute episode coming up on Nickelodeon, are there any plans for other TV support for that property?

<A — Robert Eckert>: Yeah. Sean, we are looking at it. The brand is off to a terrific start. Let me give you some of the online traffic numbers. The Monsterhigh.com website has had over 7.5 million visitors. The music video was the most watched video on YouTube for the weekend of Friday August 13, when we ran it. The Facebook page has over 100,000 fans. This thing has not been broadly advertised. We're just starting to television advertise it now. The Chapter Book as I mentioned has done well. We're getting good reports from both Justice and Party City. So, the brand certainly has some traction. We think investing behind the brand makes sense. We are going to do something with Nickelodeon, one of our strong network partners, here for Halloween and we are certainly looking at entertainment, both television and theatrical, for Monster High as we build out the franchise.

<Q — Sean McGowan>: I know you've mentioned the prospect of something theatrical well into the future, but no definite plans or anything in the works for TV?

<A— Robert Eckert>: No definite plans, but again I'd just tell you, it is something we're actively exploring.

<Q — Sean McGowan>: Okay, thank you. Could you remind us, Kevin, what was the other expense item, that $14 million last year?

<A— Kevin Farr>: Yeah, it related to foreign exchange loss on our Venezuelan subsidiary primarily.

<Q — Sean McGowan>: Okay, that's what I thought, okay. And I just want to circle back to the Fisher-Price core, it's one of the most surprising things, I thought, in the quarter. Do you think there is a demographic angle to this as well? I mean the birth rates have been down, but do you think that, is it that nature of the product, the infant and juvenile product?

<A— Robert Eckert>: No, I really don't, Sean. Certainly the birth rate, which was favorable to us the last couple of years has subsided with the recession. But again looking at the NPD data, and we only have it for the first eight months, not for the most important four months of the year, but the infant and preschool categories held up well and Fisher-Price has well.

<Q — Sean McGowan>: Okay. Thank you.

<A — Robert Eckert>: Thanks, Sean.

<A— Kevin Farr>: Thank you, Sean.

Operator: Our next question comes from Tony Gikas of Piper Jaffray. Please go ahead.

<Q — Anthony Gikas>: Hey, good morning, guys. Couple of questions. Just as it relates to two properties, is Toy Story 3 product performing better than you expected? There wasn't a lot of mention in the press release. Similarly with the — with WWE was kind of absent in your press release; is that performing better than your expectations? And lastly any comment on MGA,> It seems like there is a lot of noise around the litigation the and costs. Any kind of update you have there will be helpful?

<A — Robert Eckert>: Well, I would say that, that all three of the major new properties for this year, that is Thomas, Toy Story, WWE, all three of those, we've had high expectations for and we're at

| Mattel, Inc. | MAT | Q3 2010 Earnings Call | Oct. 15, 2010 |
|---|---|---|---|
| *Company* ◆ | *Ticker* • | *Event Type* | *Date* ▲ |

least achieving those expectations. As it relates to MGA, as you remember the Ninth Circuit decided that some of the aspects of the first phase of our case against MGA in which we had a favorable outcome will need to be retried. So, the new judge, the judge from the first part of the case has retired from the bench and the new judge has combined what was sort of Phase I and Phase II, Phase I being the intellectual property and Phase II primarily being trade secret theft, into one trial that starts I believe on January 11.

We think that with a trial that has — it's comprehensive and puts everything together in one place, in front of one jury, we think that gives us an even more compelling case than was possible with a divided trial. And I have great confidence in the judicial system and the ability of the jury to right the wrongs that Mattel has suffered. So, we're going to continue pursuing this for as long as we need to. It is expensive, but we have an obligation to the owners of the company, to the employers — employees of the company to protect their intellectual property and our rights, and we're going to do so.

<Q — Anthony Gikas>: Okay, last question, then. This is the time of the year when all the retailers are talking about discounting of toys; just for the record, is it — does it appear to be any more aggressive this year than it has in the past few years?

<A— Robert Eckert>: No. It's still a little bit early, so, it remains to be seen. There is clearly some market share shifts among retailers, but I wouldn't describe it at this point in time as being abnormal competition based on retail price.

<Q — Anthony Gikas>: Okay. One more if I could squeeze it in. With Toys "R" Us having a lot of these new pop-up stores, a lot more than last year, does that really grow overall toy sales in the industry or is it, do you view that really as just redistribution of sales?

<A— Robert Eckert>: I suspect it's going to be a little bit of both. I mean, providing more convenient access to products is good for the entire category, the toy category. Also to me it's -- Toys "R" Us must have concluded that they have an opportunity to gain some share by doing so. So, I suspect it's a combination of both things.

<Q — Anthony Gikas>: Okay. Good luck, guys. Thanks.

<A — Robert Eckert>: Thank you.

<A— Kevin Farr>: Thanks, Tony.

Operator: Our next question comes from Gerrick Johnson of BMO Capital Markets. Please go ahead.

<Q — Gerrick Johnson>: Hi, good morning. I was hoping you could talk a little bit about some things going on at Walmart. Perhaps the flexing of their space year-over-year looks down pretty significantly, thanks to Project Impact. I was wondering how that impacts your sales as well as your inventory position out there at retail. So, what would, say, inventory at retail be excluding Walmart at the other NASD discounters or retailers?

<A— Robert Eckert>: Gerrick, I'm sensitive to not wanting to go down the slippery slope here of isolating customer information. I'd just respond by saying, broadly speaking, our retail inventories are down and it's not confined to one customer.

<Q — Gerrick Johnson>: Okay

<A— Robert Eckert>: That said, certainly if you look at starting last year, particularly infant and preschool section, Walmart has added some house brands in that department, and that's cut into

| **Mattel, Inc.** | MAT | Q3 2010 Earnings Call | Oct. 15, 2010 |
|---|---|---|---|
| *Company*◆ | *Ticker*• | *Event Type* | *Date*A |

<Cl— Linda Bolton-Weiser>: Okay, so then going — I mean for the time being you think that's enough of a write-offs for now or...

<A — Robert Eckert>: I think it's enough of a write-off for now. And I can't imagine there is anything, or much, left to write-off in the future.

<A— Kevin Farr>: That's right, Bob.

<Q — Linda Bolton-Weiser>: Okay. Okay, thanks, that's it.

<A— Robert Eckert>: Thanks, Linda.

Operator: Our last question comes from Ed Woo of Wedbush Securities. Please go ahead.

<Q— Edward Woo>: Thank you. How easy is it for you to be able to chase product displayed into the holiday season?

<A— Robert Eckert>: It's going to be hard, Ed, and that's one of the issues here, is as retailers think the holidays are going to be late, as they take product later when something is running, there is going to be less opportunity to chase it. So, we're chasing some goods as we speak even though our inventories are in pretty good shape. We don't have enough of some of the toys and the later the season is the harder it is to chase.

<Q— Edward Woo>: Okay. And also on recall expenses, was there any recall expense for the recent announcement and do you expect any in the fourth quarter?

<A— Kevin Farr>: Yeah, as you know, we recalled in September of 2010 in cooperation with the Consumer Product Safety Commission, certain Fisher-Price products. As a result, we recorded $7.6 million accrual which relates to our estimates of customer sales returns, our obligation to consumers and other related costs. We think the accrual is appropriate and at this point, we don't expect any additional charge in the fourth quarter. But this is one of those accruals that each quarter you true it up to your experience rate on recalls.

<Q — Edward Woo>: Thank you and good luck with the holidays.

<A — Robert Eckert>: Thank you, Ed.

<A— Kevin Farr>: Thanks, Ed.

<A— Robert Eckert>: Thanks, everyone.

**Dianne Douglas, Senior Vice President-Investor Relations**

Thanks, everyone, for participating today. There will be a replay of this call available beginning at 11:30 Eastern Time today. The number for the replay is 706-645-9291 and the passcode is 96255098. Thank you, Operator, and thanks for everyone's participation.

Operator: Ladies and gentlemen, that does conclude today's conference. You may all disconnect and have a wonderful day.

| **Mattel, Inc.** | **MAT** | **Q3 2010 Earnings Call** | **Oct. 15, 2010** |
|---|---|---|---|
| *Company*◆ | *Ticker*• | *Event Type* | *Date*A |

**Disclaimer**
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2010. Ca!Street and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*