# Exhibit 7


| **Mattel, Inc.**<br>*Company ▲* | MAT<br>*Ticker ▲* | Q4 2010 Earnings Call<br>*Event Type ▲* | Feb. 2, 2011<br>*Date ▲* |
|---|---|---|---|

## MANAGEMENT DISCUSSION SECTION

Operator: Good day, ladies and gentlemen, and welcome to Mattel's Fourth Quarter 2010 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will follow at that time. [Operator Instructions] As a reminder, today's conference is being recorded.

I'd now like to turn the conference to your host, Ms. Dianne Douglas.

**Dianne Douglas, Senior Vice President, Investor Relations**

Thanks, Amy.

As you know this morning, we reported Mattel's fourth quarter and full-year 2010 financial results. In an effort to improve our communications, we've provided you with a slide presentation to augment our discussion on the call today, and we plan to provide this in the future as well.

In a few minutes, Bob Eckert, Mattel's Chairman and CEO, and Kevin Farr, Mattel's CFO, will provide comments on the results and then the call will be opened for your questions.

Certain statements Bob and Kevin make during the call may include forward-looking statements relating to our future performance of our overall business, brands, and product lines. These statements are based on currently available operating, financial, economic, and competitive information and they are subject to a number of significant risks and uncertainties, which could cause our actual results to differ materially from those projected in the forward-looking statements. We describe some of these uncertainties in the Risk Factors section of our 2009 Annual Report on Form 10-K, as well as our quarterly reports on Form 10-Q and in other filings we make with the SEC from time to time. Mattel does not update forward-looking statements and expressly disclaims any obligation to do so.

The slide presentation and the information required by Regulation G regarding non-GAAP financial measures is available on the Investor and Media section of our corporate Web site, mattel.com, under the subheadings Financial Information and Earnings Releases. Additionally, for your reference, we've added quarterly and annual revenue growth trends for key businesses, brands, and markets to the other information that is available under the subheadings Financial Information and Financial History.

Now, I'd like to turn the call over to Bob.

**Robert A. Eckert, Chairman and Chief Executive Officer**

Thank you, Dianne, and good morning. The year 2010 was a personal milestone for me - May 17th marking my 10-year anniversary with Mattel. As you well know, I joined the company during some tough times and in the midst of change. On my first day, I told Mattel employees gathered in the company's cafeteria that we were going to do three things: build brands, cut costs, and develop people. During the last 10 years, we've made good progress on all three fronts.

Last year, we also revealed a new vision for the company - Creating the Future of Play - which I told you would be an evolutionary process with our overarching goal being to build on the progress we've made and to push ourselves to achieve more.

I also said we would achieve our goals by accomplishing three main objectives; capitalize on opportunities to increase revenues by continuing core brand performance, while maximizing the

| **Mattel, Inc.**<br>*Company* ▲ | MAT<br>*Ticker* ▲ | Q4 2010 Earnings Call<br>*Event Type* ▲ | Feb. 2, 2011<br>*Date* ▲ |
|---|---|---|---|

We have the, I think, eight of the toy business top 12 brands for the holidays -- Barbie, Toy Story, Disney Princess, Hot Wheels, American Girl, Thomas, CARS and Dora. So we had good POS momentum through the holiday season, and I think we're in relatively good shape here.

**<Q – Timothy Conder>:** And last question on the tax rate. I think the guidance which you've given on the tax rate was roughly 24% to 25% and a little bit – came in a little bit below 20%. Anything special, Kevin? You didn't really call out anything in your preamble, but anything special in the quarter or was that just some true-up at year-end?

**<A – Kevin Farr>:** Yeah, that really reflected the tax rate true-up.  With respect to the rate, it's dependent upon where income is earned geographically and how the income is taxed in those geographical locations.  And as we did that final calculation for the year, we've modified our effective tax rate, resulting in a tax rate on continuing operations of approximately 22%. And we expect that rate to continue into 2011 and beyond. The rate for 2010 was 21%, but as we looked at the future, we thought it would be 22% for 2011 and beyond.

**<Q – Timothy Conder>:** Great. Thank you, gentlemen.

**<A – Robert A. Eckert>:** Thanks, Tim.

Operator:  Thank you. Our next question comes from Sean McGowan of Needham & Co. Your line is open.

**<Q – Sean McGowan>:** Thank you. Couple questions here as well. Can you talk a little bit about the buyback in terms of the timing? It looks like it didn't have that much impact on the share count. So does that suggest that the buyback really came very late in the quarter? And what is the actual starting share count for 2011?

**<A – Kevin Farr>:** Yeah, the share rebuy or share repurchase program was back-end loaded in the latter half of the quarter. When we look at shares outstanding at the end of the quarter, it's 349.1 million shares.

**<Q – Sean McGowan>:** Okay. And in terms of SG&A trends and this new round of Global Cost Leadership, how much of that is going to be sort of back-end loaded on the two-year period or should we start to see some of that impact fairly quickly?

**<A – Kevin Farr>:** Sean, we're targeting incremental cumulative savings of $150 million by the end of 2012, which is expected to include $75 million of lower legal related cost and $75 million savings in Global Cost Leadership program 2. We recently announced the appointment of Bryan Stockton to the new position of Chief Operating Officer. This action further aligns Mattel's senior leadership team with the company's global strategic priorities. And we're currently working with Bryan and his team to look across our operations to identify areas where we work together better, whether that's across geographies, functions or brands to leverage our scale more effectively and efficiently. At this point, it's difficult to say exactly when the savings will come or when investments will be made until we finalize specific plans and determine what investments are required to achieve our goals. We'll provide more information on GCL 2 initiatives over the next couple of months as the plans come together, but I can tell you that we're less concerned with driving near-term savings and more focused on identifying the right sustainable cost savings opportunities.

**<Q – Sean McGowan>:** Okay. And on the legal front, would you expect most of those savings on the legal cost to come this year, I mean, or is this thing going to drag into 2012?

**<A – Robert A. Eckert>:** Sean, this is Bob. It will be hard for the legal savings to come this year. The MGA trial is underway. As much as I would have preferred to settle the dispute, that wasn't my unilateral prerogative. We have a strong case. The trial is going to last three or four months. The

| **Mattel, Inc.**<br>*Company ▲* | MAT<br>*Ticker ▲* | Q4 2010 Earnings Call<br>*Event Type ▲* | Feb. 2, 2011<br>*Date ▲* |
|---|---|---|---|

spending is very high. And then, I'm hopeful we can finally put this behind us. But I'll also say – having said that, this is a matter of principle. It's about righting a wrong, and I have confidence in the judicial system and that we'll prevail. But certainly from a spending standpoint, we're spending at a pretty high rate right now.

**<Q – Sean McGowan>:** Okay. Last question. When is that $250 million debt due? What's the timing on that repayment?

**<A – Robert A. Eckert>:** It's June, I believe, isn't it, Kevin?

**<A – Kevin Farr>:** Yeah, I believe it's June. It's $240 million due in June and there is $10 million due in October.

**<Q – Sean McGowan>:** All right; thank you very much.

**<A – Kevin Farr>:** You're welcome.

**<A – Robert A. Eckert>:** Thanks, Sean.

Operator:  Thank you. Our next question comes from Robert Carroll of UBS. Your line is open.

**<Q – Robert Carroll>:** Hi, guys. Congrats on a solid holiday. Looking forward to pricing, Bob, I know you'd said in the past that you're expecting prices to be higher in 2011. Now that we kind of see where input costs are and 2011 is kind of underway, any kind of refinement to that, whether it will be low single-digit, mid single-digit?

**<A – Robert A. Eckert>:** Yeah, I think the way I'm thinking about it, the way we are thinking about it, Rob, that the oil is at about $90 a barrel today, compared to about $70 a year ago; labor's up another 20% in China on top of last year's 20% increase. So costs are going up, and in addition to our strong focus on cost reductions, which have been very helpful here, we will be raising prices. My sense, it's I'd say, it's most likely high single digits in terms of price increases essentially across the whole line this year.

**<Q – Robert Carroll>:** Okay. And then also in the slides, you've included mix with FX during Q4 as -- on a combined basis being a drag. If you were to isolate mix aside from royalties and aside from FX, would that have still been a drag during Q4 on gross margins?

**<A – Kevin Farr>:** Yes.

**<Q – Robert Carroll>:** Okay. So is there in addition to the, call it, mid- to high single-digit price increases, there is likely given the trends that we've seen in some of the new product introductions, will mix likely remain a drag in 2011?

**<A – Kevin Farr>:** It's very hard to predict, but I don't think so.

**<Q – Robert Carroll>:** Okay. All right; great. Thanks, guys.

**<A – Robert A. Eckert>:** Thanks, Rob.

Operator:  Thank you. Our next question comes from Margaret Whitfield of Sterne Agee. Your line is open.

**<Q – Margaret Whitfield>:** Good morning and congratulations. I wondered if you could discuss your plans for SKU reductions. Is that part of the Global Cost Leadership program number two or will that been in addition? That's the first question.

| Mattel, Inc.<br>Company▲ | MAT<br>Ticker▲ | Q4 2010 Earnings Call<br>Event Type▲ | Feb. 2, 2011<br>Date▲ |
|---|---|---|---|

**Dianne Douglas, Senior Vice President, Investor Relations**

All right. Thank you all for participating in the call today. There will be a replay of the call available beginning at 11:30 AM Eastern Time. The number for the replay is 706-645-9291 and the passcode is 35308770. Thank you.

Operator: Ladies and gentlemen, this does conclude today's conference. Thank you for your participation and have a wonderful day. You may all disconnect.

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

*The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2011. CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.*