# Exhibit 8

DIANA M. TORRES (S.B. #162284)
JAMES P. JENAL (S.B. #180190)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: dtorres@omm.com

DALE M. CENDALI (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: dcendali@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
Email: pglaser@chrisglase.com

Attorneys for Plaintiff
MGA Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MGA ENTERTAINMENT, INC.,

Plaintiff,

v.

MATTEL, INC., a Delaware Corporation, and DOES 1-10, Defendants.

Case No. CV 04-09049 SGL (RNBx)

**MGA'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

PROPOUNDING PARTY: MGA ENTERTAINMENT, INC.
RESPONDING PARTY: MATTEL, INC.
SET NO. ONE
NOS. 1-115

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all documents and tangible things described, in accordance with the Definitions and Instructions set forth below, on December 22, 2006, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

**DEFINITIONS**

As used in these Requests:

1. "BRATZ" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or other thing or matter that is or has ever been manufactured, marketed or sold by MGA, or others under license, as part of a line of goods or merchandise commonly known as, or sold and marketed under the "Bratz" trademark or trade dress including but not limited to the "BRATZ CONCEPT," "FIRST BRATZ DOLLS," "BRATZ DOLLS," "BRATZ PACK," "LIL' BRATZ," "BRATZ PETZ," "BRATZ BABYZ," and "BRATZ BOYZ."

2. "BRATZ CONCEPT" means and refers to each "BRATZ"-related image, drawing, picture, sculpt, mold, prototype and any other form of artwork predating the FIRST BRATZ DOLLS, examples of which have been the subject of Mr. Bryant's testimony and produced by Mr. Bryant in *Mattel v. Bryant,* now part of consolidated Case No. CV 04-09049 SGL (RNBx), bearing Bates serial numbers

**REQUEST NO. 16:**

All DOCUMENTS REFERRING OR RELATING TO the "BRATZ" themes including but not limited to "Forever Diamondz," "Rock Angelz," "Bratz Rodeo," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk," "Funky Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer" before they were advertised or otherwise made publicly available.

**REQUEST NO. 17:**

All DOCUMENTS REFERRING OR RELATING TO "BRATZ," or showing any awareness by MATTEL of "BRATZ," prior to the January 2001 Hong Kong toy fair.

**REQUEST NO. 18:**

All DOCUMENTS REFERRING OR RELATING TO any "BRATZ" product or theme as an inspiration or factor in the development of any "MY SCENE" product.

**REQUEST NO. 19:**

All DOCUMENTS REFERRING OR RELATING TO the packaging of "BRATZ, including but not limited to "Forever Diamondz," "Rock Angelz," "Bratz Rode," "Wild Life Safari," "Bratz Passion 4 Fashion," "Formal Funk," "Funky Fashion Makeover," "Wintertime Wonderland," and "Sun Kissed Summer."

**REQUEST NO. 20:**

All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE" packaging, including without limitation, advertising (including commercials), color schemes, product display, shape, and the transparent style of packaging.

**REQUEST NO. 21:**

All DOCUMENTS REFERRING OR RELATING TO any similarity or dissimilarity between "BRATZ" and "MY SCENE," including without limitation, themes, accessories, clothing, and shoes.

**REQUEST NO. 29:**

DOCUMENTS sufficient to show all iterations of the www.myscene.com, www.myscene.everythinggirl.com, or http://myscene.everythinggirl.com websites.

**REQUEST NO. 30:**

All DOCUMENTS REFERRING OR RELATING TO any exhibition, or proposed, offered or requested exhibition, of "BRATZ" prior to its release to the public.

**REQUEST NO. 31:**

All DOCUMENTS REFERRING OR RELATING TO whether MATTEL had access to any exhibits, displays or show rooms containing any of MGA's "BRATZ" lines prior to its release to the public.

**REQUEST NO. 32:**

All COMMUNICATIONS between YOU and YOUR sales personnel REFERRING OR RELATING TO any alteration, manipulation or change of displays or retail spacing of MGA's PRODUCTS.

**REQUEST NO. 33:**

All COMMUNICATIONS between YOU and any merchandiser REFERRING OR RELATING TO any alteration, manipulation or change of displays or retail spacing of MGA's PRODUCTS.

**REQUEST NO. 34:**

All COMMUNICATIONS between YOU and NPD Group, Inc., including NPD Funworld, ("NPD Funworld") REFERRING OR RELATING TO MGA's subscription to NPD Funworld data, including but not limited to the termination thereof.

**REQUEST NO. 35:**

All COMMUNICATIONS between YOU and NPD Funworld REFERRING OR RELATING TO any alleged misuse of NPD Funworld data by MGA.

**REQUEST NO. 111:**

All COMMUNICATIONS between YOU and any supplier REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ."

**REQUEST NO. 112:**

All COMMUNICATIONS between YOU and any other third party REFERRING OR RELATING TO whether "MY SCENE" copies, replicates, or in any way imitates the appearance of "BRATZ".

**REQUEST NO. 113:**

Documents sufficient to identify those persons, by name and title, for the time period from October 1998 through the end of December 2000, associated with the originating telephone numbers contained in the documents produced by YOU in *Mattel v. Bryant,* now part of consolidated Case No. CV 04-09049 SGL (RNBx), with Bates numbers M0001825-M0012534.

**REQUEST NO. 114:**

All DOCUMENTS tending to support or refute any of the denials, allegations or statements in YOUR ANSWER, not produced in response to another Request.

**REQUEST NO. 115:**

All DOCUMENTS tending to support or refute YOUR affirmative defenses to the COMPLAINT, not produced in response to another Request.

Dated: November 22, 2006

O'MELVENY & MYERS LLP

James P. Jenal
Attorneys for MGA Entertainment, Inc.